## ATTACHMENT TO THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CIVIL COVER SHEET

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, et al.,
v.
U.S. BUREAU OF LAND MANAGEMENT, et al.

**For Section I (c) – Plaintiffs' Attorneys:**

*<u>Lead Counsel and Counsel for Citizens for a Healthy Community, High Country Conservation Advocates, Center for Biological Diversity, Sierra Club, Western Watersheds Project, and WildEarth Guardians</u>*:

| | |
|---|---|
| Melissa A. Hornbein | Kyle J. Tisdel |
| Western Environmental Law Center | Western Environmental Law Center |
| 103 Reeder's Alley | 208 Paseo del Pueblo Sur, Unit 602 |
| Helena, Montana 59601 | Taos, New Mexico 87571 |
| Phone: (406) 471-3173 | Phone: (575) 613-8050 |
| hornbein@westernlaw.org | tisdel@westernlaw.org |

*<u>Counsel for Center for Biological Diversity</u>*:     *<u>Counsel for Sierra Club</u>*:

| | |
|---|---|
| Diana Dascalu-Joffe | Nathaniel Shoaff |
| Center for Biological Diversity | Sierra Club |
| 1536 Wynkoop St., Ste. 421 | 2101 Webster Street, Suite 1300 |
| Denver, Colorado 80202 | Oakland, California 94612 |
| Phone: (720) 925-2521 | Phone: (415) 977-5610 |
| ddascalujoffe@biologicaldiversity.org | nathaniel.shoaff@sierraclub.org |