**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY;

HIGH COUNTRY CONSERVATION ADVOCATES;

CENTER FOR BIOLOGICAL DIVERSITY;

SIERRA CLUB;

WESTERN WATERSHEDS PROJECT;

and WILDEARTH GUARDIANS,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior;

DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior;

JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office;

STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager;

and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office.

    Federal Defendants.

---

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs, Citizens for a Healthy Community, High Country Conservation Advocates, Center for Biological Diversity, Sierra Club, Western Watersheds Project, and WildEarth Guardians, through their undersigned counsel, hereby certify to this Court that there are no parent corporations of, or any publicly-held corporations that own any stock in Plaintiffs' non-profit corporations.

RESPECTFULLY SUBMITTED this 19th day of August, 2020.

/s/ Melissa Hornbein
Melissa A. Hornbein (MT Bar No. 9694)
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(p) 406.708.3058
hornbein@westernlaw.org

/s/ Kyle Tisdel
Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*Counsel for Plaintiffs*

/s/ Diana Dascalu-Joffe
Diana Dascalu-Joffe (CO Bar No. 50444)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p): 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

/s/ Nathaniel Shoaff
Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB

2101 Webster Street, Suite 1300
Oakland, CA 94612
(p): 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Plaintiff Sierra Club*