IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Marcia S. Krieger

Civil Action No. 20-cv-02484-MSK

**CITIZENS FOR A HEALTHY COMMUNITY;**
**HIGH COUNTRY CONSERVATION ADVOCATES;**
**CENTER FOR BIOLOGICAL DIVERSITY;**
**SIERRA CLUB;**
**WESTERN WATERSHEDS PROJECT; and**
**WILDEARTH GUARDIANS,**

    Plaintiff,

v.

**UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior;**
**DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior;**
**JAMIE CONNELL, in her official capacity as Director of the Bureau of Land Management's Colorado State Office;**
**STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager; and**
**AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office,**

    Federal Defendants.
_____

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**
_____

**Krieger, J.**

    This action under the Administrative Procedures Act was filed on August 19, 2020. A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.

    Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP). The form JCMP of this court is referenced in D.C.COLO.LAPR

16.1(a).  Counsel should attempt in good faith to agree on all matters covered in the form JCMP.  Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

**THEREFORE, IT IS ORDERED** that on or before the deadline for defendants' response to the complaint under Fed. R. Civ. P. 12(a)(2), the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form referenced in D.C.COLO.LAPR 16.1(a), and shall submit a copy of the proposed Joint Case Management plan in an editable format (Microsoft Word or WordPerfect) to krieger_chambers@cod.uscourts.gov.

Dated this 25th day of August, 2020.

**BY THE COURT:**

_____

Marcia S. Krieger
Senior United States District Judge