AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office<br><br>*Defendant(s)* | Civil Action No. 1:20-cv-02484-MSK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Bureau of Land Management
Department of the Interior
1849 C Street NW, Rm. 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/27/2020

*CLERK OF COURT*

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS <br> *Plaintiff(s)* <br> v. <br> UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office <br> *Defendant(s)* | Civil Action No. 1:20-cv-02484-MSK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/27/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS <br> *Plaintiff(s)* <br> v. <br> UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office <br> *Defendant(s)* | Civil Action No. 1:20-cv-02484-MSK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jamie Connell, State Director
U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/27/2020

*CLERK OF COURT*

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS <br><br>*Plaintiff(s)* <br><br>v. <br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office <br><br>*Defendant(s)* | Civil Action No. 1:20-cv-02484-MSK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephanie Connolly, District Manager
U.S. Bureau of Land Management
Southwest District Office, Colorado
2465 S. Townsend Ave.
Montrose, CO 81401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 8/27/2020

*CLERK OF COURT*

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office <br><br> *Defendant(s)* | Civil Action No. 1:20-cv-02484-MSK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Amy Carmichael, Acting Field Manager
U.S. Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

s/*S. Phillips, Deputy Clerk*

Date:  8/27/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: