**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02484-MSK

CITIZENS FOR A HEALTHY COMMUNITY;
HIGH COUNTRY CONSERVATION ADVOCATES;
CENTER FOR BIOLOGICAL DIVERSITY;
SIERRA CLUB;
WESTERN WATERSHEDS PROJECT; and
WILDEARTH GUARDIANS,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior;
DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior;
JAMIE CONNELL, in her official capacity as Director of the Bureau of Land Management's Colorado State Office;
STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager; and
AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office,

    Federal Defendants.
_____

**PROOF OF SERVICE**
_____

Plaintiffs, through their undersigned counsel, hereby submit proof of service in this case pursuant to Fed. R. Civ. P. 4(l). On August 28, 2020, copies of the Summons, Complaint, Plaintiffs' Corporate Disclosure Statement, the Court's Notice of Availability of a Magistrate Judge and Consent/Non-Consent Forms, and the Court's Order Directing Preparation of a Joint Case Management Plan in the above captioned case were sent via U.S. Postal Service first class,

1

certified mail, return receipt requested to all Federal Defendants in this matter, the U.S. Attorney for the District of Colorado, and the U.S. Attorney General, addressed as follows:

| | |
|---|---|
| U.S. Bureau of Land Management<br>Department of the Interior<br>1849 C Street NW, Rm. 5665<br>Washington, DC 20240 | David Bernhardt, Secretary<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 |
| Jamie Connell, State Director<br>U.S. Bureau of Land Management<br>Colorado State Office<br>2850 Youngfield St.<br>Lakewood, CO 80215 | Stephanie Connolly, District Manager<br>U.S. Bureau of Land Management<br>Southwest District Office, Colorado<br>2465 S. Townsend Ave.<br>Montrose, CO 81401 |
| Amy Carmichael, Acting Field Manager<br>U.S. Bureau of Land Management<br>Uncompahgre Field Office<br>2465 S. Townsend Ave.<br>Montrose, CO 81401 | Civil Process Clerk<br>The U.S. Attorney's Office<br>District of Colorado<br>1801 California St., Ste. 1600<br>Denver, CO 80202 |
| United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | |

Attached hereto are the executed summonses, proof of service forms, U.S. Postal Service online tracking information, and receipts for the above referenced certified mailings showing service was completed by delivery of the summons and complaint to the office of the U.S. Attorney for the District of Colorado on August 31, 2020; to all Federal Defendants in this matter on September 1, 2020; and to the U.S. Attorney General on September 2, 2020. Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

RESPECTFULLY SUBMITTED this 11th day of September 2020,

/s/ Melissa Hornbein
Melissa A. Hornbein (MT Bar No. 9694)
WESTERN ENVIRONMENTAL LAW CENTER

2

103 Reeder's Alley
Helena, MT 59601
(p) 406.708.3058
hornbein@westernlaw.org

/s/ Kyle Tisdel
Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*Counsel for Plaintiffs*

/s/ Diana Dascalu-Joffe
Diana Dascalu-Joffe (CO Bar No. 50444)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p): 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

/s/ Nathaniel Shoaff
Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p): 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Plaintiff Sierra Club*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the foregoing Proof of Service, and attachments, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered participants in this case.

I further certify that at the time of this filing, counsel has not yet been assigned for the Federal Defendants in this matter.

/s/ Melissa Hornbein
Melissa A. Hornbein (MT Bar No. 9694)
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(p) 406.708.3058
hornbein@westernlaw.org

*Counsel for Plaintiffs*