AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Bureau of Land Management
Department of the Interior
1849 C Street NW, Rm. 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/27/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Bureau of Land Management
was received by me on *(date)* 08/27/2020 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons, complaint, plaintiffs' corporate disclosure statement, the Court's notice of availability of a magistrate judge and consent/non-consent forms, and the Court's order directing preparation of a joint case management plan were sent via U.S. Postal Service first class, certified mail, return receipt requested on August 28, 2020.  The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and to the U.S. Attorney General.  See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/09/2020

/s/ Dina M. Gonzales
*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
*Server's address*

Additional information regarding attempted service, etc:

USPS.com® - USPS Tracking® Results   https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7018 1830...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**   Get the free Informed Delivery® feature to receive automated notifications on your packages   **Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70181830000210729713

Your item was delivered to an individual at the address at 11:50 am on September 1, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

September 1, 2020 at 11:50 am
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Return Receipt Electronic** ∨

---

**Tracking History** ∧

September 1, 2020, 11:50 am
Delivered, Left with Individual
WASHINGTON, DC 20240
Your item was delivered to an individual at the address at 11:50 am on September 1, 2020 in WASHINGTON, DC 20240.

September 1, 2020, 8:50 am
Arrived at Unit
WASHINGTON, DC 20018

August 31, 2020
In Transit to Next Facility

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:55 pm
USPS in possession of item
TAOS, NM 87571



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Washington, DC 20240

Certified Mail Fee  $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $1.70
☒ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.00
Total Postage and Fees  $7.25

Sent To: U.S. Bureau of Land Management
Street and Apt. No., or PO Box: Department of the Interior
                                1849 C Street NW, Rm. 5665
City, State, ZIP+4®: Washington, DC 20240

PS Form 3800, April 2015



September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9713**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | September 1, 2020, 11:50 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

### Recipient Signature

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *20241*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS <br> *Plaintiff(s)* <br> v. <br> UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office <br> *Defendant(s)* | Civil Action No.  1:20-cv-02484-MSK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  8/27/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Bernhardt, Secretary U.S. Department of the Interior

was received by me on *(date)* 08/27/2020 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons, complaint, plaintiffs' corporate disclosure statement, the Court's notice of availability of a magistrate judge and consent/non-consent forms, and the Court's order directing preparation of a joint case management plan were sent via U.S. Postal Service first class, certified mail, return receipt requested on August 28, 2020.  The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and to the U.S. Attorney General.  See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/09/2020

/s/ Dina M. Gonzales

*Server's signature*

Dina M. Gonzales, Administrative Coordinator

*Printed name and title*

Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571

*Server's address*

Additional information regarding attempted service, etc:

USPS.com® - USPS Tracking® Results

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7018 1830...

# USPS Tracking®

FAQs >

**Track Another Package +**

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ×

**Tracking Number:** 70181830000210729720

Your item was delivered to an individual at the address at 11:50 am on September 1, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

September 1, 2020 at 11:50 am
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ∨

---

**Text & Email Updates** ∨

**Return Receipt Electronic** ∨

**Tracking History** ∧

September 1, 2020, 11:50 am
Delivered, Left with Individual
WASHINGTON, DC 20240
Your item was delivered to an individual at the address at 11:50 am on September 1, 2020 in WASHINGTON, DC 20240.

September 1, 2020, 8:50 am
Arrived at Unit
WASHINGTON, DC 20018

August 31, 2020
In Transit to Next Facility

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:55 pm
USPS in possession of item
TAOS, NM 87571



Feedback


UNITED STATES POSTAL SERVICE

September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9720**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 1, 2020, 11:50 am |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *20241*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jamie Connell, State Director
U.S. Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/27/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jamie Connell, State Director
U.S. Bureau of Land Management, Colorado State Office
was received by me on *(date)* 08/27/2020 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons, complaint, plaintiffs' corporate disclosure statement, the Court's notice of availability of a magistrate judge and consent/non-consent forms, and the Court's order directing preparation of a joint case management plan were sent via U.S. Postal Service first class, certified mail, return receipt requested on August 28, 2020.  The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and to the U.S. Attorney General.  See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/09/2020

/s/ Dina M. Gonzales
*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

**Tracking Number:** 70181830000210729737

Your item was delivered to the front desk, reception area, or mail room at 11:48 am on September 1, 2020 in DENVER, CO 80215.

## ✓ Delivered

September 1, 2020 at 11:48 am
Delivered, Front Desk/Reception/Mail Room
DENVER, CO 80215

Get Updates ∨

---

Text & Email Updates ∨

Return Receipt Electronic ∨

**Tracking History** ∧

September 1, 2020, 11:48 am
Delivered, Front Desk/Reception/Mail Room
DENVER, CO 80215
Your item was delivered to the front desk, reception area, or mail room at 11:48 am on September 1, 2020 in DENVER, CO 80215.

August 31, 2020, 4:05 am
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

August 30, 2020
In Transit to Next Facility

August 29, 2020, 5:37 pm
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:52 pm
USPS in possession of item
TAOS, NM 87571



Certified Mail Receipt addressed to: Jamie Connell, State Director, U.S. Bureau of Land Management, Colorado State Office, 2850 Youngfield Street, Lakewood, CO 80215. Postmarked Taos, NM AUG 28 2020. Certified Mail Fee $3.55; Return Receipt (electronic) $0.00; Postage $2.00; Total Postage and Fees $7.25.



September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9737**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | September 1, 2020, 11:48 am |
| Location: | DENVER, CO 80215 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

Signature of Recipient: *BH 1550 C 19*

Address of Recipient: *2850 Yar...*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephanie Connolly, District Manager
U.S. Bureau of Land Management
Southwest District Office, Colorado
2465 S. Townsend Ave.
Montrose, CO 81401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 8/27/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stephanie Connolly, District Manager
U.S. Bureau of Land Management, Colorado Southwest District Office
was received by me on *(date)* 08/27/2020 .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons, complaint, plaintiffs' corporate disclosure statement, the Court's notice of availability of a magistrate judge and consent/non-consent forms, and the Court's order directing preparation of a joint case management plan were sent via U.S. Postal Service first class, certified mail, return receipt requested on August 28, 2020. The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and to the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/09/2020

/s/ Dina M. Gonzales
*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner& appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70181830000210729744

Your item was delivered to an individual at the address at 11:11 am on September 1, 2020 in MONTROSE, CO 81401.

## ✓ Delivered

September 1, 2020 at 11:11 am
Delivered, Left with Individual
MONTROSE, CO 81401

Get Updates ∨

Text & Email Updates ∨

Return Receipt Electronic ∨

Tracking History ∧

September 1, 2020, 11:11 am
Delivered, Left with Individual
MONTROSE, CO 81401
Your item was delivered to an individual at the address at 11:11 am on September 1, 2020 in MONTROSE, CO 81401.

August 31, 2020
In Transit to Next Facility

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:52 pm
USPS in possession of item
TAOS, NM 87571



Certified Mail Receipt addressed to: Stephanie Connolly, District Manager, U.S. Bureau of Land Management, Southwest District Office, Colorado, 2465 S. Townsend Ave., Montrose, CO 81401. Postmarked TAOS NM AUG 28 2020.



September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9744**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 1, 2020, 11:11 am |
| **Location:** | MONTROSE, CO 81401 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

### Recipient Signature

Signature of Recipient: *AD CA 0003 9-1-20*

Address of Recipient: *2465 S Townsend*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as Southwest District Manager; and AMY CARMICHAEL, in her official capacity as Acting Field Manager of the Uncompahgre Field Office

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amy Carmichael, Acting Field Manager
U.S. Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/27/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amy Carmichael, Acting Field Manager, U.S. Bureau of Land Management, Uncompahgre Field Office

was received by me on *(date)* 08/27/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons, complaint, plaintiffs' corporate disclosure statement, the Court's notice of availability of a magistrate judge and consent/non-consent forms, and the Court's order directing preparation of a joint case management plan were sent via U.S. Postal Service first class, certified mail, return receipt requested on August 28, 2020. The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and to the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/09/2020

/s/ Dina M. Gonzales
*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
*Server's address*

Additional information regarding attempted service, etc:

USPS.com® - USPS Tracking® Results                                     https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7018 1830...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**   Get the free Informed Delivery® feature to receive automated notifications on your packages   **Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ×

**Tracking Number:** 70181830000210729751

Your item was delivered to an individual at the address at 11:11 am on September 1, 2020 in MONTROSE, CO 81401.

## ✓ Delivered

September 1, 2020 at 11:11 am
Delivered, Left with Individual
MONTROSE, CO 81401

Get Updates ∨

---

Text & Email Updates                                                                                                                             ∨

---

Return Receipt Electronic                                                                                                                        ∨

---

Tracking History                                                                                                                                 ∧

September 1, 2020, 11:11 am
Delivered, Left with Individual
MONTROSE, CO 81401
Your item was delivered to an individual at the address at 11:11 am on September 1, 2020 in MONTROSE, CO 81401.

August 31, 2020
In Transit to Next Facility

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:52 pm
USPS in possession of item
TAOS, NM 87571



Certified Mail Receipt addressed to:
Amy Carmichael, Acting Field Manager
U.S. Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401



September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9751**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 1, 2020, 11:11 am |
| **Location:** | MONTROSE, CO 81401 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

Signature of Recipient: *AD CA 0003 9-1-20*

Address of Recipient: *1465 S Townsend*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004