## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02484-MSK

CITIZENS FOR A HEALTHY COMMUNITY; et al.,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

    Federal Defendants.

_____

## AFFIDAVIT OF SERVICE
_____

I, Dina M. Gonzales, hereby state that on August 28, 2020, I caused to be deposited in the United States Mail, copies of the summons forms issued to the named federal defendants in this matter, the complaint, plaintiffs' corporate disclosure statement, the Court's notice of availability of a magistrate judge and consent/non-consent forms, and the Court's order directing preparation of a joint case management plan in the above captioned case, first class, certified mail, return receipt requested, addressed to:

    Civil Process Clerk
    The U.S. Attorney's Office
    District of Colorado
    1801 California St., Ste. 1600
    Denver, CO 80202

I have received return receipts for the certified mailing, No. 7018 1830 0002 1072 9775 (attached hereto), indicating that delivery was completed on August 31, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| September 9, 2020 | */s/ Dina M. Gonzales* |
| Date | Dina M. Gonzales, Administrative Coordinator |
| | 208 Paseo del Pueblo Sur, #602, Taos, NM 87571 |

USPS.com® - USPS Tracking® Results     https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7018 1830...

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**   Get the free Informed Delivery® feature to receive automated notifications on your packages   **Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Track Another Package +

Remove ×

**Tracking Number:** 70181830000210729775

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**In-Transit**
August 31, 2020
In Transit to Next Facility

Get Updates ∨

Text & Email Updates

Return Receipt Electronic

Tracking History

August 31, 2020
In Transit to Next Facility
Your package is moving within the USPS network and is on track

August 31, 2020, 12:28 pm
Delivered to Agent for Final Delivery
DENVER, CO 80202

August 29, 2020, 5:37 pm
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:51 pm
USPS in possession of item
TAOS, NM 87571



1 of 2     9/9/2020, 2:56 PM



September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9775**.

| Item Details | |
|---|---|
| Status: | Delivered to Agent for Final Delivery |
| Status Date / Time: | August 31, 2020, 12:28 pm |
| Location: | DENVER, CO 80202 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 7.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: (Authorized Agent) | *R.D* *RT 234 COVID-19* |
| Address of Recipient: | *1801 CALIFORNIA ST* *#1600* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004