**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02484-MSK

CITIZENS FOR A HEALTHY COMMUNITY; et al.,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

    Federal Defendants.

_____

**AFFIDAVIT OF SERVICE**
_____

    I, Dina M. Gonzales, hereby state that on August 28, 2020, I caused to be deposited in the United States Mail, copies of the summons forms issued to the named federal defendants in this matter, the complaint, plaintiffs' corporate disclosure statement, the Court's notice of availability of a magistrate judge and consent/non-consent forms, and the Court's order directing preparation of a joint case management plan in the above captioned case, first class, certified mail, return receipt requested, addressed to:

    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

    I have received return receipts for the certified mailing, No. 7018 1830 0002 1072 9768 (attached hereto), indicating that delivery was completed on September 2, 2020.

    I declare under penalty of perjury that the foregoing is true and correct.

<u>September 9, 2020</u>      */s/ Dina M. Gonzales*
Date                            Dina M. Gonzales, Administrative Coordinator
                                 208 Paseo del Pueblo Sur, #602, Taos, NM 87571

USPS.com® - USPS Tracking® Results                              https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7018 1830...

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**  Get the free Informed Delivery® feature to receive automated notifications on your packages  **Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70181830000210729768

Your item was delivered at 5:13 am on September 2, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

September 2, 2020 at 5:13 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

Text & Email Updates ∨

Return Receipt Electronic ∨

Tracking History ∧

September 2, 2020, 5:13 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:13 am on September 2, 2020 in WASHINGTON, DC 20530.

September 1, 2020, 10:37 am
Available for Pickup
WASHINGTON, DC 20530

September 1, 2020, 6:44 am
Arrived at Unit
WASHINGTON, DC 20018

August 31, 2020
In Transit to Next Facility

August 29, 2020, 8:07 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 9:34 pm
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

August 28, 2020, 5:13 pm
Departed Post Office
TAOS, NM 87571

August 28, 2020, 4:52 pm
USPS in possession of Item
TAOS, NM 87571



Feedback



September 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9768**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | September 2, 2020, 5:13 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004