IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

**NOTICE OF ENTRY OF APPEARANCE**

      I hereby certify that I am a member in good standing of the bar of this court and enter an appearance on behalf of all Federal Defendants in this matter. Service of any papers and correspondence should be addressed as follows:

<u>U.S. Mail (including USPS Priority Mail Services):</u>

    Caitlin Cipicchio
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 7611
    Washington, D.C. 20044-7611

<u>Express Mail Services or Hand Delivery:</u>

    Caitlin Cipicchio
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    150 M St. NE

1

Washington, D.C. 20002

Respectfully submitted this 21st day of October, 2020

                                            PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Caitlin Cipicchio*
Caitlin Cipicchio
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M St. NE
Washington, DC 2002
(202) 305-0503
Email: caitlin.cipicchio@usdoj.gov

*Attorneys for Federal Respondents*