IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

## UNOPPOSED MOTION TO FILE TRUNCATED ANSWER AND FOR EXTENSION OF THE ANSWER DEADLINE

Pursuant to Fed. R. Civ. P. 6.1(b), Federal Respondents hereby seek leave to file a truncated answer, and for a brief extension of time to November 17, 2020 to file their Answer to Petitioners' Petition for Review of Agency. This is Federal Respondents' first such request. The undersigned has conferred with counsel for Petitioners, who indicate that they do not oppose the requested relief.

Respondents seek leave to file a truncated answer because this is a record-review case in which the Court does not make findings of fact and, further, because no response is required to legal conclusions or characterizations of documents, statutes, regulations, or other legal authorities. *See High Country Conservation Advocates v. United States Forest Service*, No. 1:17-cv-3025-PAB, *6 (ECF No. 32) (D. Colo. Jan. 31, 2018) (J. Brimmer) (case management order permitting Federal Respondents to file truncated answer); *Rocky Mountain*

1

*Wild v. Bernhardt*, No. 1:18-cv-2468 (ECF No. 53, 54) (D. Colo. July 22, 2019) (J. Krieger) (same); *see also WildEarth Guardians v. Bernhard*, No. 1:19-cv-1920-RBJ (ECF No. 32) (D. Colo. Sept. 10, 2019) (J. Jackson) (order granting Federal Respondents' unopposed motion to file truncated answer).  Respondents therefore need not respond to paragraphs 1 through 141 rather, their filing will respond to Petitioners' causes of action (paragraphs 142 through 195) and request for relief (page 56), and will assert any affirmative defenses or relief to which Respondents claim entitlement.

Good cause also exists for the requested extension of the Answer deadline to November 17, 2020.  Petitioners amended their Petition for Review of Agency Action on October 27, 2020 to add new claims, ECF 10, and Respondents' Answer to that Amended Petition is due November 10, 2020 under the Federal Rules.  Additional time is necessary is required to facilitate internal and client review of Respondents' responses to the First Amended Petition for Review of Agency Action and Injunctive Relief.  The parties' Joint Case Management Plan is currently due October 30, 2020 per this Court's August 25, 2020 Order.  ECF 6.  Respondents also seek leave for the parties to file the proposed Joint Case Management Plan on or before November 17, 2020.

Respectfully submitted this 27th day of October, 2020

        PAUL E. SALAMANCA
        Deputy Assistant Attorney General
        Environment & Natural Resources Division

        */s/ Caitlin Cipicchio*
        Caitlin Cipicchio
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        4 Constitution Square
        150 M St. NE

Washington, DC 2002
(202) 305-0503
Email: caitlin.cipicchio@usdoj.gov

*Attorneys for Federal Respondents*