# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

## [PROPOSED] ORDER

Federal Respondents have filed an Unopposed Motion to File Truncated Answer and for Extension of the Answer Deadline. Good cause appearing, that Motion is hereby GRANTED. Respondents shall file their truncated Answer to the Petition for Review of Agency Action by November 17, 2020 and the parties shall file their proposed Joint Case Management Plan by that date.

SO ORDERED this _____ day of October, 2020.

                                                                         _____
                                                                          Marcia S. Krieger
                                                                          United States District Judge