AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; WILLIAM PERRY PENDLEY, in his official capacity as Deputy Director for Programs and Policy of the Bureau of Land Management; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager; AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* William Perry Pendley
Deputy Director, Policy and Programs
U.S. Bureau of Land Management
1849 C. Street NW, Rm. 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/2/2020




*CLERK OF COURT*

s/S. Phillips, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-02484-MSK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; WILLIAM PERRY PENDLEY, in his official capacity as Deputy Director for Programs and Policy of the Bureau of Land Management; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager; AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Fish and Wildlife Service
Department of the Interior
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

*CLERK OF COURT*

Date: 11/2/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-02484-MSK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; WILLIAM PERRY PENDLEY, in his official capacity as Deputy Director for Programs and Policy of the Bureau of Land Management; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager; AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
The U.S. Attorney's Office
District of Colorado
1801 California St., Ste. 1600
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/2/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-02484-MSK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; WILLIAM PERRY PENDLEY, in his official capacity as Deputy Director for Programs and Policy of the Bureau of Land Management; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager; AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*CLERK OF COURT*

Date: 11/2/2020

s/S. Phillips, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-02484-MSK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: