**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02484-MSK

CITIZENS FOR A HEALTHY COMMUNITY;
HIGH COUNTRY CONSERVATION ADVOCATES;
CENTER FOR BIOLOGICAL DIVERSITY;
SIERRA CLUB;
WESTERN WATERSHEDS PROJECT; and
WILDEARTH GUARDIANS,

      Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior;
DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior;
WILLIAM PERRY PENDLEY, in his official capacity as Deputy Director for Programs and Policy of the Bureau of Land Management;
JAMIE CONNELL, in her official capacity as Director of the Bureau of Land Management's Colorado State Office;
STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager;
AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office; and
UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior,

      Federal Defendants.

**PROOF OF SERVICE**

Plaintiffs, through their undersigned counsel, hereby submit proof of service in this case pursuant to Fed. R. Civ. P. 4(l). On November 3, 2020, copies of the Summons and Amended Complaint in the above captioned case were sent via U.S. Postal Service first class, certified mail, return receipt requested, addressed as follows:

1

| | |
|---|---|
| William Perry Pendley<br>Deputy Director, Policy and Programs<br>U.S. Bureau of Land Management<br>1849 C. Street NW, Rm. 5665<br>Washington, DC 20240 | U.S. Fish and Wildlife Service<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 |
| Civil Process Clerk<br>The U.S. Attorney's Office<br>District of Colorado<br>1801 California St., Ste. 1600<br>Denver, CO 80202 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |

Attached hereto are the executed summonses, proof of service forms, USPS online tracking information, and receipts for the above referenced certified mailings showing service was completed by delivery of the summons and amended complaint on November 9, 2020. Service has been properly made pursuant to Fed. R. Civ. P. 4(i).

Pursuant to the Court's Order dated October 28, 2020 (Dkt. #13), Federal Defendants shall file a truncated Answer to Plaintiffs' Amended Complaint/Petition for Review of Agency Action by November 17, 2020.

RESPECTFULLY SUBMITTED this 16th day of November 2020,

/s/ Melissa Hornbein
Melissa A. Hornbein (MT Bar No. 9694)
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(p) 406.708.3058
hornbein@westernlaw.org

/s/ Kyle Tisdel
Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

2

*Counsel for Plaintiffs*

/s/ Diana Dascalu-Joffe
Diana Dascalu-Joffe (CO Bar No. 50444)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p): 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

/s/ Nathaniel Shoaff
Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p): 415.977.5610
nathaniel.shoaff@sierraclub.org

*Counsel for Plaintiff Sierra Club*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing Proof of Service, and attachments, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

/s/ Melissa Hornbein
Melissa A. Hornbein (MT Bar No. 9694)
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(p) 406.708.3058
hornbein@westernlaw.org

*Counsel for Plaintiffs*