AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; WILLIAM PERRY PENDLEY, in his official capacity as Deputy Director for Programs and Policy of the Bureau of Land Management; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager; AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Perry Pendley
Deputy Director, Policy and Programs
U.S. Bureau of Land Management
1849 C. Street NW, Rm. 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 11/2/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Perry Pendley, Deputy Director, Policy and Programs U.S. Bureau of Land Management

was received by me on *(date)* 11/03/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons and amended complaint were sent via U.S. Postal Service first class, certified mail, return receipt requested on November 3, 2020. The same documents were sent via the same method and on the same date to the Civil Process Clerk for the U.S. Attorney for the District of Colorado, and to the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/16/2020

/s/ Dina M. Gonzales
*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70181830000210729782

Remove ✕

Your item was delivered to an individual at the address at 7:49 am on November 9, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

November 9, 2020 at 7:49 am
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ∨

---

### Text & Email Updates ∨

### Return Receipt Electronic ∨

### Tracking History ∧

**November 9, 2020, 7:49 am**
Delivered, Left with Individual
WASHINGTON, DC 20240
Your item was delivered to an individual at the address at 7:49 am on November 9, 2020 in WASHINGTON, DC 20240.

**November 8, 2020, 10:43 am**
Available for Pickup
WASHINGTON, DC 20240

**November 8, 2020, 8:36 am**
Arrived at Hub
WASHINGTON, DC 20018

**November 7, 2020**
In Transit to Next Facility

**November 4, 2020, 3:21 am**
Departed USPS Facility
ALBUQUERQUE, NM 87101

**November 3, 2020, 10:49 pm**
Arrived at USPS Origin Facility
ALBUQUERQUE, NM 87101

**November 3, 2020, 5:14 pm**
Departed Post Office
TAOS, NM 87571

**November 3, 2020, 4:54 pm**
USPS in possession of item
TAOS, NM 87571



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $3.55
$                            $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ _____
☒ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ _____
Postage  $2.00
$
Total Postage and Fees  $7.25
$
Sent To  William Perry Pendley
          Deputy Director, Policy and Programs
Street and Apt. No., or PO  U.S. Bureau of Land Management
City, State, ZIP+4®  1849 C. Street NW, Rm. 5665
PS Form 3800, April 20  Washington, DC 20240

Postmark
NOV -3 2020
11/03/2020
TAOS, NM 87571



November 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0002 1072 9782**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 9, 2020, 7:49 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Paula B, P Smith |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004