AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

CITIZENS FOR A HEALTHY COMMUNITY; HIGH COUNTRY CONSERVATION ADVOCATES; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

*Plaintiff(s)*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior; DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior; WILLIAM PERRY PENDLEY, in his official capacity as Deputy Director for Programs and Policy of the Bureau of Land Management; JAMIE CONNELL, in her official capacity as Director of Bureau of Land Management's Colorado State Office; STEPHANIE CONNOLLY, in her official capacity as the Bureau of Land Management's Southwest District Manager; AMY CARMICHAEL, in her official capacity as the Bureau of Land Management's Acting Field Manager of the Uncompahgre Field Office; and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior

*Defendant(s)*

Civil Action No. 1:20-cv-02484-MSK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
The U.S. Attorney's Office
District of Colorado
1801 California St., Ste. 1600
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
hornbein@westernlaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/2/2020

s/*S. Phillips, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02484-MSK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, The U.S. Attorney's Office, District of Colorado
was received by me on *(date)* 11/03/2020 .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Copies of the summons and amended complaint were sent via U.S. Postal Service first class, certified mail, return receipt requested on November 3, 2020. The same documents were sent via the same method and on the same date to Federal Defendants William Perry Pendley and the U.S. Fish and Wildlife Service, and to the U.S. Attorney General. See attached receipts and USPS.com tracking information.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/16/2020

/s/ Dina M. Gonzales
*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70192970000076911652

Your item has been delivered to an agent for final delivery in DENVER, CO 80202 on November 9, 2020 at 11:39 am.

✓ **Delivered to Agent**

November 9, 2020 at 11:39 am
Delivered to Agent for Final Delivery
DENVER, CO 80202

Get Updates ⌄

Text & Email Updates

Return Receipt Electronic

**Tracking History**

November 9, 2020, 11:39 am
Delivered to Agent for Final Delivery
DENVER, CO 80202
Your item has been delivered to an agent for final delivery in DENVER, CO 80202 on November 9, 2020 at 11:39 am.

November 9, 2020, 8:10 am
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

November 8, 2020
In Transit to Next Facility

November 7, 2020, 3:25 pm
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

November 4, 2020, 3:21 am
Departed USPS Facility
ALBUQUERQUE, NM 87101

November 3, 2020, 10:49 pm
Arrived at USPS Facility
ALBUQUERQUE, NM 87101

November 3, 2020, 5:14 pm
Departed Post Office
TAOS, NM 87571

November 3, 2020, 4:52 pm
USPS in possession of item
TAOS, NM 87571





November 9, 2020

Dear Dina Gonzales:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2970 0000 7691 1652**.

| Item Details | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | November 9, 2020, 11:39 am |
| **Location:** | DENVER, CO 80202 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: (Authorized Agent) | *R. A / AT 239 (COVID-1?)* |
| Address of Recipient: | *1801 CALIFORNIA ST #1600* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004