## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

---

## UNOPPOSED MOTION FOR EXTENSION OF
## THE JOINT CASE MANAGEMENT PLAN DEADLINE

---

Pursuant to Fed. R. Civ. P. 6.1(b), Federal Respondents seek leave for a brief extension of time from November 17, 2020 to December 4, 2020 to file the Joint Case Management Plan for this case. The undersigned has conferred with counsel for Petitioners, who indicate that they do not oppose the requested relief. In support of this extension request, Federal Respondents state as follows:

1. The deadline for the Parties' Joint Case Management Plan is November 17, 2020. ECF No. 13.

2. Petitioners recently amended their Petition for Review to include claims under the Endangered Species Act and added the U.S. Fish & Wildlife Service (the "Service") as a party to the lawsuit. ECF Nos. 10, 14, and 15.

3. With this recent change, the Service requires additional time to get up to speed and

1

evaluate how it would like to proceed before committing to a path forward in a Joint Case Management Plan. A brief extension from November 17, 2020 to December 4, 2020 will allow for the Service to confer internally, coordinate with co-Federal Respondent and Petitioners, and will also accommodate the Thanksgiving holiday.

4. Petitioners do not oppose this extension request.

Respectfully submitted this 17th day of November, 2020

> PAUL E. SALAMANCA
> Deputy Assistant Attorney General
> Environment & Natural Resources Division
>
> */s/ Caitlin Cipicchio*
> Caitlin Cipicchio
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 4 Constitution Square
> 150 M St. NE
> Washington, DC 2002
> (202) 305-0503
> Email: caitlin.cipicchio@usdoj.gov
>
> */s/ Rickey D. Turner, Jr.*
> Rickey D. Turner, Jr.
> Senior Attorney (CO Bar No. 35383)
> Wildlife & Marine Resources Section
> 999 18th Street, South Terrace, Suite 370
> Denver, CO 80202
> (303) 844-1373
> rickey.turner@usdoj.gov
>
> *Attorneys for Federal Respondents*

2