# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

_____

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF THE JOINT CASE MANAGEMENT PLAN DEADLINE
_____

After reviewing Federal Respondents' Unopposed Motion for Extension of the Joint Case Management Plan Deadline and finding good cause, the Motion is GRANTED. The Joint Case Management Plan shall be filed by December 4, 2020.

SO ORDERED this _____ day of November, 2020.

                                                      _____
                                                      Marcia S. Krieger
                                                      United States District Judge