**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

  Petitioners,

 v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

  Federal Respondents.

---

**PROPOSED JOINT CASE MANAGEMENT PLAN**

---

**1. APPEARANCES OF COUNSEL**

<u>For Petitioners:</u>
Counsel for Citizens for a Healthy Community, High Country Conservation Advocates, Center
for Biological Diversity, Sierra Club, Western Watersheds Project, and WildEarth Guardians:

Melissa A. Hornbein (MT Bar No. 9694)
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(p) 406.708.3058
hornbein@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098)
Western Environmental Law Center
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
Phone: (575) 613-8050
tisdel@westernlaw.org

Counsel for Center for Biological Diversity:
Diana Dascalu-Joffe (CO Bar No. 50444)
Center for Biological Diversity
1536 Wynkoop St., Ste. 421
Denver, Colorado 80202
Phone: (720) 925-2521
ddascalujoffe@biologicaldiversity.org

Counsel for Sierra Club:
Nathaniel Shoaff (CA Bar No. 256641)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
Phone: (415) 977-5610
nathaniel.shoaff@sierraclub.org

For Respondents:
Caitlin Cipicchio
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M St. NE
Washington, DC 2002
(202) 305-0503
caitlin.cipicchio@usdoj.gov

Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov

## 2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on the presentation of federal question, 28 U.S.C. § 1331. The Court has the authority to issue the requested declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201, 2202, and 5 U.S.C. §§ 705, 706.

## 3.     DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Amended Petition for Review Was Filed:**  October 27, 2020

    **B.**    **Date Answer or Other Response Was Due Pursuant to Court's Order (Dkt. No. 13):**  November 17, 2020

**4.**    **STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Not applicable.

**5.**    **OTHER MATTERS**

Counsel for both parties have discussed this JCMP and have consented to abide by the terms herein.

**6.**    **PROPOSED BRIEFING SCHEDULE**

    **A.**  **Deadline for Filing Administrative Record:**

Defendants' Administrative Record shall be served on the parties and lodged with the Court on or before April 9, 2021.  The Administrative Record shall be Bates numbered and provided in electronic format on a flash drive or CD/DVDs.

    **B.**  **Deadline for Parties to Confer on Record Disputes:**

Petitioners shall notify Federal Respondents on or before April 30, 2021 regarding documents they believe should be included in the Administrative Record.  The Parties will work to resolve any such record objections out of Court prior to filing any motions to complete the administrative record or for extra-record review with the Court.

    **C.**  **Deadline for Filing any Amended Administrative Record:**

If the Parties are able to informally resolve any disputes regarding the Administrative Record, Federal Respondents will lodge an amended version of the Administrative Record (if necessary) with the Court on or before May 21, 2021.

    **D.**  **Deadline for Filing Motions to Complete and/or Supplement the Administrative**

**Record:**

If the parties are not able to resolve disputes involving the administrative record, the deadline for filing any motions to complete or supplement the Administrative Record will be May 21, 2021.  The Response and Reply deadlines for any such motions will be governed by D.C.COLO.L.Civ.R.7.1(C).  The filing of a motion to complete or supplement the Administrative Record will stay the merits briefing schedule set forth below until resolution of that motion, at which time the parties would propose a new merits briefing schedule.

### E.  Petitioners' Opening Brief Due:

If no motions over the completeness of the Administrative Record are filed, then the deadline for filing Petitioners' Opening Brief shall be June 25, 2021.

### F.  Federal Respondents' Response Brief Due:

If no motions over the completeness of the Administrative Records are filed, then the deadline for Federal Respondents' Response Brief shall be August 2, 2021.

### G.  Petitioners' Reply Brief (If Any) Due:

If no motions over completeness of the Administrative Records are filed, Petitioners' Reply Brief shall be filed on September 8, 2021.

## 7.  STATEMENT REGARDING ORAL ARGUMENT

The Parties do not request oral argument at this time but are available should the Court feel one is necessary.

## 8.  *CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE*

**A.      ( )      All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.      ( X)      All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**9. OTHER MATTERS**

The Parties acknowledge the requirements of Fed. R. Civ. P. 5(d)(1), D.C.COLO.LCivR 5.1(d) and D.C.COLO.LCivR 6.1(c).

The Parties further note that this matter is within the scope of this District's AP Rules, and thus that page limits which may otherwise apply under the Local Civil Rules or Federal Rules of Civil Procedure do not apply. *See*, e.g., D.C.Colo.LARP 16.1(b)("Motions for summary judgment shall not be filed."). Accordingly, the Parties agree that the word limits imposed by Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure are reasonable and appropriate for application to the Parties' briefs, here, in light of the issues raised in Petitioners' Petition for Review (Dkt No. 1). Use of such limits is consistent with the Tenth Circuit's direction in *Olenhouse v. Commodity Credit Corp.*, that "[r]eviews of agency action in the district court must be processed as appeals" and that "the district court should govern itself by referring to the Federal Rules of Appellate Procedure." 42 F.3d 1560, 1580 (10th Cir. 1994). Pursuant to *Olenhouse*, the parties agree as follows:

- Excluding case caption, signature block, certificate of service, table of contents, and table of authorities, the word limits for the Parties' briefing under the schedule herein shall be as follows:

    o 13,000 words for Petitioners' opening brief.

    o 13,000 words for Federal Respondents' response brief.

    o 6,500 words for Petitioners' reply brief.

- The Parties will address remedy, if necessary, in separate briefing after a decision on the merits is reached.

**10.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this __th day of December, 2020.

BY THE COURT

_____
U.S. District Court Judge

APPROVED:

| | |
|---|---|
| */s/ Melissa Hornbein* <br> Melissa A. Hornbein (MT Bar No. 9694) <br> WESTERN ENVIRONMENTAL LAW CENTER <br> 103 Reeder's Alley <br> Helena, MT 59601 <br> (p) 406.708.3058 <br> hornbein@westernlaw.org <br><br> *Counsel for Citizens for a Healthy Community, High Country Conservation Advocates, Center for Biological Diversity, Sierra Club, Western Watersheds Project, and WildEarth Guardians* | PAUL E. SALAMANCA <br> Deputy Assistant Attorney General <br> Environment & Natural Resources Division <br><br> */s/ Caitlin Cipicchio* <br> Caitlin Cipicchio <br> United States Department of Justice <br> Environment & Natural Resources Division <br> Natural Resources Section <br> Email: caitlin.cipicchio@usdoj.gov <br> Telephone: (202) 305-0503 <br> Mailing Address: <br> 4 Constitution Square <br> 150 M St. NE <br> Washington, DC 2002 <br><br> */s/ Rickey D. Turner, Jr.* <br> Rickey D. Turner, Jr. <br> Senior Attorney (CO Bar No. 35383) <br> Wildlife & Marine Resources Section <br> 999 18th Street, South Terrace, Suite 370 <br> Denver, CO 80202 <br> (303) 844-1373 <br> rickey.turner@usdoj.gov <br><br> *Attorneys for Federal Respondents* |