IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

---

**STIPULATED STAY OF PETITIONERS' CLAIMS
UNDER THE ENDANGERED SPECIES ACT**

---

    Petitioners Citizens for a Healthy Community, *et al.* ("Petitioners") and Federal Respondents the U.S. Bureau of Land Management ("BLM") and United States Fish and Wildlife Service ("the Service"), *et al.* (collectively, "Federal Respondents"), jointly request that the Court stay Petitioners' claims under the Endangered Species Act ("ESA"). This stipulation will conserve judicial resources and may obviate the need for any future litigation under the ESA. In support of this stipulation, the Parties state as follows:

    WHEREAS, on October 27, 2020, Petitioners filed an amended complaint in this case. ECF No. 10.

    WHEREAS, among other claims, Petitioners challenge, under the ESA, the Service's biological opinion ("BiOp") analyzing the potential effects of activities authorized by BLM's programmatic Resource Management Plan for the Uncompahgre Field Office planning area

("RMP"). The BiOp analyzed RMP impacts on several ESA-listed species. This litigation challenges the BiOp's analysis of RMP-authorized impacts to the ESA-listed Gunnison sage grouse and its designated critical habitat. ECF No. 10 ¶¶ 2, 170-185.

WHEREAS, with respect to their ESA claims, Petitioners allege that the Service's BiOp failed to consider the best available science and failed to consider the RMP's impacts on Gunnison sage grouse recovery. ECF No. 10 ¶¶ 2, 170-185.

WHEREAS, Federal Respondents deny Petitioners' ESA claims.

WHEREAS, the Service now anticipates reviewing and issuing a new, superseding BiOp analyzing the potential effects of the RMP on the Gunnison sage grouse and its designated critical habitat.

WHERAS, the Service estimates completion of its new, superseding BiOp within 135 days of the Court's order approving this stipulation. This superseding BiOp will be a new Service agency action and will be supported by its own administrative record.

NOW, THEREFORE, the Parties hereby stipulate to the following terms for a stay of ESA claims in this litigation:

1. The ESA claims in this litigation will be stayed to allow the Service time to review and issue a new, superseding BiOp.
2. The remaining claims in this litigation will continue pursuant to the schedule already approved by this Court. *See* ECF Nos. 19, 20.
3. Federal Respondents will provide notice to this court once the Service finalizes and issues its superseding BiOp and will also provide a copy to Petitioners.
4. Once they receive a copy of the superseding BiOp, Petitioners will have 45 days to review and provide notice to the Court and Federal Respondents on how they intend to

proceed with the ESA portion of this litigation.

In light of the above stipulation, the Parties respectfully request that the Court enter a stay of the ESA claims in this litigation.

Respectfully submitted this 11th day of March, 2021

/s/ Melissa Hornbein
Melissa A. Hornbein
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT
(p) 406.708.3058
hornbein@westernlaw.org

/s/ Kyle Tisdel
Kyle J. Tisdel (CO Bar No. 42098)
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
tisdel@westernlaw.org

*Counsel for Plaintiffs*

/s/ Diana Dascalu-Joffe
Diana Dascalu-Joffe (CO Bar No. 50444)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
(p) 720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

/s/ Nathaniel Shoaff
Nathaniel Shoaff (CA Bar No. 256641)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(p) 415.977.5610
nathaniel.shoaff@sierraclub.org

3

*Counsel for Plaintiff Sierra Club*


JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division

<u>/s/ Caitlin Cipicchio</u>
Caitlin Cipicchio
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M St. NE
Washington, DC 2002
(202) 305-0503
Email: caitlin.cipicchio@usdoj.gov

<u>/s/ Rickey D. Turner, Jr.</u>
Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov

*Attorneys for Federal Respondents*