# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY,
*et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

      Federal Respondents.

---

## [PROPOSED] ORDER GRANTING STIPULATED STAY OF PETITIONERS' CLAIMS UNDER THE ENDANGERED SPECIES ACT

---

Having reviewed the Parties' stipulated stay of Petitioners' claims under the Endangered Species Act, and finding good cause, the Court approves the stipulation.


_____ day of March, 2021       _____

                             District Court Judge