IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Marcia S. Krieger

Civil Action No. 20-cv-02484-MSK

CITIZENS FOR A HEALTHY COMMUNITY, et al.,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

    Federal Respondents.

## ORDER GRANTING STAY OF CERTAIN CLAIMS

THIS MATTER comes before the Court on the parties' Stipulated Stay of Petitioners' Claims Under the Endangered Species Act, which the Court construes as an Unopposed Motion to Stay Certain Claims **(#21)**.

Through the motion, the parties requests that the Court stay this matter pursuant to the following stipulation:

1. The Endangered Species Act ("ESA") claims in this litigation will be stayed to allow the Service time to review and issue a new, superseding biological opinion ("BiOp").

2. The remaining claims in this litigation will continue pursuant to the schedule already approved by this Court. See ECF Nos. 19, 20.

3. Federal Respondents will provide notice to this court once the Service finalizes and issues its superseding BiOp and will also provide a copy to Petitioners.

4. Once they receive a copy of the superseding BiOp, Petitioners will have 45 days to review and provide notice to the Court and Federal Respondents on how they intend to proceed

with the ESA portion of this litigation.

Upon a careful consideration of the file in this case, the Court finds that the pending motion to stay Petitioners' claims under the ESA is **GRANTED** as set forth above and pursuant to the parties' stipulation set forth in **(#21)**.

Dated this 12th day of March, 2021.

BY THE COURT:

*Marcia S. Krieger*
_____
Marcia S. Krieger
Senior United States District Judge