IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

**FEDERAL RESPONDENTS' NOTICE OF LODGING
OF BLM'S ADMINISTRATIVE RECORD**

    Federal Respondents United States Bureau of Land Management ("BLM") *et al.*, hereby give notice that they will lodge with the Court on April 9, 2021 one flash drive containing one copy of BLM's Administrative Record for the above-captioned case as set forth in the Certification of Administrative Record (Exhibit A hereto) and the Index to the Administrative Record (Exhibit B hereto).  One additional copy of the record has been sent to the Clerk's office and is intended as a courtesy copy for Chambers.  Copies of the Administrative Record were served on Petitioners via electronic file transfer on April 9, 2021.

    Included on the flash drive is an index to the Administrative Record.  The index reflects the starting Bates number for each file, and includes hyperlinks to the corresponding file for convenient navigation.  The Administrative Record includes a number of excel files produced in native format.  These files can be manipulated by the user once they are opened.  To the

extent a user alters the files, the files are no longer reflective of the information considered by BLM to make the challenged decision in this case and are extra-record evidence.

Respectfully submitted this 9th day of April, 2021.

> JEAN E. WILLIAMS
> Acting Assistant Attorney General
> Environment & Natural Resources Division
>
> */s/ Caitlin Cipicchio*
> Caitlin Cipicchio
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 4 Constitution Square
> 150 M St. NE
> Washington, DC 2002
> (202) 305-0503
> Email: caitlin.cipicchio@usdoj.gov
>
> *Attorneys for Federal Respondents*