EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

      Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

      Federal Respondents.

**CERTIFICATION OF ADMINISTRATIVE RECORD FOR THE BLM'S DECISION TO APPROVE THE UNCOMPAHGRE RESOURCE MANAGEMENT PLAN**

I, Angela LoSasso, in accordance with the requirements of 28 U.S.C. § 1746, declare:

    1.    I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM), Uncompahgre Field Office, as the Environmental Coordinator, a position that I have held since October 9, 2019.  In that capacity, I oversaw the compilation of the Administrative Record for the Uncompahgre Resource Management Plan.

    2.    I have personally reviewed the contents of the administrative record for the Uncompahgre RMP.  To the best of my knowledge and belief, the index to the administrative record submitted herewith provides a true, accurate, and complete listing of the documents that constitute the Administrative Record in this case.

    3.    Several documents in the administrative record have been partially redacted, or withheld in full, to protect information subject to the attorney-client communication privilege, cultural resource information, paleontological resource information, and personally identifiable

information.  These documents are identified in the accompanying index to the administrative record.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 7, 2021.

ANGELA LOSASSO
Digitally signed by ANGELA LOSASSO
Date: 2021.04.07 13:45:49 -06'00'

Angela LoSasso