IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-2484-MSK

CITIZENS FOR A HEALTHY COMMUNITY, *et al.*,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,

    Federal Respondents.

## FEDERAL RESPONDENTS' NOTICE OF FILING BLM'S ADMINISTRATIVE RECORD

Federal Respondents United States Bureau of Land Management ("BLM") *et al.*, hereby give notice of filing BLM's Administrative Record on the docket for the above-captioned case. Pursuant to the approved Joint Case Management Plan (ECF 20), on April 9, 2021, Federal Respondents lodged with the Court a flash drive containing BLM's Administrative Record for the above-captioned case (ECF 23). Court staff subsequently directed Respondents to file the Administrative Record electronically via CM/ECF. The files in the Administrative Record have been consecutively Bates-stamped and the files will be uploaded to CM/ECF in consecutive attachments organized in order of Bates stamps. Given the size of the Administrative Record, there may be several consecutive filings to accommodate the document attachments.

The Administrative Record, as previously submitted via flash drive, contains certain

files that were produced in their native format due to the size and/or nature of the files. These include, for example, various database files in Access and DBF format. It also includes Excel spreadsheets that will lose their structure and utility if converted to PDF. These files will be addressed in a future filing.

Respondents previously served Petitioners with copies of the Administrative Record via electronic file transfer on April 9, 2021.

Respectfully submitted this 27th day of April, 2021.

                                                    JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Caitlin Cipicchio*
Caitlin Cipicchio
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M St. NE
Washington, DC 2002
(202) 305-0503
Email: caitlin.cipicchio@usdoj.gov

*Attorneys for Federal Respondents*