AFFECTED ENVIRONMENT

economic damage or have other adverse effects on humans. Invasive plants are increasingly recognized as a major threat to ecosystems. Many invasive taxa have transformed both the structure and function of ecosystems by changing nutrient cycling or disturbance regimes (D'Antonio et al. 1999; Rejmanek et al. 2005). The spread of invasive plants threatens the structure and function of many ecosystems worldwide (Higgens et al. 1996; Drake et al. 1989). Certain invasive plant species have the ability to spread over large areas or acutely threaten an ecosystem over its continental range (Hobbs and Humphries 1995). There are estimated to be over 2,000 species of non-native plants in the U.S. (U.S. Congress Office of Technology and Assessment 1993), over 1,000 of which are invasive (Rejmanek et al. 2005). Approximately 10% of invasive species have profound effects on biodiversity, and clearly demand a major allocation of resources for containment, control, and/or eradication.

Noxious weeds are invasive plants that are designated and regulated by state and federal laws, such as the Federal Noxious Weed Act, because they are detrimental to agriculture, commerce, and/or public health. Noxious weeds are generally non-native invasive plants that have been either accidentally or intentionally introduced.

### The Extent of the Problem

It is estimated that invasive plants already infest well over 100 million acres in the U.S., and they continue to spread at an estimated rate of 3 million acres annually (USDI BLM 1998). Weed infestations are capable of destroying wildlife habitat; reducing opportunities for hunting, fishing, camping and other recreational activities; displacing many threatened and endangered species; reducing plant and animal diversity because of weed monocultures; and costing millions of dollars in treatments and loss of productivity to land owners.

Besides ecological changes, invasive plants can cause impacts to public safety. While the spread of downy brome has increased the frequency and severity of fires, to the detriment of native plants and animals, as well as property and human safety, other species have caused unforeseen disasters as well. In 1936, for example, the town of Bandon, Oregon, was destroyed and 11 citizens killed by a fire propagated by gorse, a highly flammable plant introduced 70 years earlier (Simberloff 1996). This species is still being battled along the Oregon and California coasts.

### Traits of Invasive Plants

Invasive plants and noxious weeds have biological traits that enable them to colonize new areas and successfully compete with native species. While not all invasive species share many of these traits, most species have one or more that allow them to compete successfully. These traits may include deep tap root systems and very little surface foliage (allowing the plants to grow later in the summer than most native rangeland plants); earlier growth and reproduction than most natives; long-lived seeds in a viable seedbank; adaptations for spreading long and short distances; production of many seeds from one plant; long lifespan; ability to delay flowering; ability to reproduce vegetatively; tolerance for a wide range of physical conditions; rapid growth; self pollination; ability to compete intensively for nutrients; and production of toxic compounds that negatively affect neighboring plants (adapted from USDA Forest Service 2005).

Some plant communities and ecosystems are more susceptible to plant invasion than others. Very few invaders are successful in successionally advanced plant communities. Open and disturbed communities are more invaded, while undisturbed forests are less invaded (Rejmanek et al. 2005).

### Mechanisms of Invasion

Invasive plants have been introduced into the U.S. through a variety of pathways. Some non-native species were intentionally introduced for beneficial reasons and later became invasive. Purple loosestrife, which was originally introduced in ballast water dumped from ships coming from Europe, is still sold as an ornamental plant in garden centers in many states. Dalmatian toadflax is another introduced ornamental that can still be found in garden seed mixes. Saltcedar was introduced for erosion control, as was European beachgrass along the West Coast. Many other invasive plants have been introduced unintentionally via air, water, rail, or road transportation pathways. Common methods of introduction include contaminated seed, feed grain, hay, straw, and mulch; movement of contaminated equipment across uncontaminated lands; animal fur and fleece; spreading of gravel, roadfill, and topsoil contaminated with noxious weed seed; and plants and seeds sold through nurseries as ornamentals (USDI BLM 1996).

Once introduced, invasive plants are spread primarily by vehicles, humans, wild horses, livestock, wind, water, and wildlife. Initially, invasive weeds may

BLM_0000315

become established in disturbed sites such as trailheads, along roads and trails, firebreaks, landing pads, oil and gas development sites, wildlife and/or livestock concentration areas, and campgrounds, but may also invade relatively undisturbed sites.

The plant invasion process occurs in three phases: introduction, establishment, and spread. Once an introduction occurs, a delay or lag phase often takes place while an invasive plant becomes established. The length of this initial phase varies, but it can last for up to 100 years (Hobbs and Humphries 1995). This phase is followed by a period of rapid growth that continues until the invasive species reaches the bounds of its new range (Figure 3-1; Mack et al. 2000).



**Figure 3-1. Relationship between Area Occupied by Invasive Species and Time.**

Understanding this process is critical for making timely and appropriate decisions for managing invasive plants. Preventing the spread of species during the lag phase should be a priority for managers. The establishment phase, while enough residual desired vegetation remains, should be another crucial time for controlling infestations (USDA Forest Service 2005).

Sleeper weeds, a relatively new concept, are invasive plant species with populations that are known to have increased significantly more than 50 years after becoming naturalized (Groves 2006). Common reed, for example, has been identified as a sleeper weed in Quebec, Canada. While the species has been present in Quebec since 1916, it did not spread on a large scale until the 1960's, most likely after the development of the highway network (Lelong et al 2007). Controlling newly introduced populations of non-native species should help to alleviate the development of sleeper weeds

Maintaining cover of native plant species on public lands may be critical to halting the spread of noxious weeds. In a 45-year study of a sagebrush steppe landscape in Idaho, areas with the highest cover of native species exhibited the greatest resistance to invasion by downy brome (Anderson and Inouye 2001).

**BLM Infestations**

In 2006, the BLM estimated that nearly 45 million acres of public lands were infested with weeds (Table 3-5). The estimated rate of weed spread on western public lands in 1996 was 2,300 acres per day (USDI BLM 1996). A recent estimate of weed spread on all western federal lands is 10% to 15% annually (Asher and Dewey 2005). The states with the largest weed infestations on public lands are Utah, Nevada, Arizona, and Oregon (Table 3-5). The most dominant invasive plants consist of grasses in the *Bromus* genus, which represent nearly 70% of the total infested area. A single species, downy brome, occupies an estimated 10 million acres alone. Another grass, red brome, has invaded portions of the Southwest. Other important weed species that occupy over 100,000 acres include halogeton, common Mediterranean grass, medusahead, houndstongue, leafy spurge, Canada thistle, saltcedar, spotted knapweed, rush skeletonweed, Russian knapweed, diffuse knapweed, yellow star-thistle, and hoary cress.

The BLM treated approximately 50,000 to 320,000 acres of noxious weeds during 1997 through 2006. Treatments included a combination of chemical, mechanical, manual, biological, and cultural controls, and herbicides have been used to create firebreaks in shrublands as well as improve forage for livestock and wildlife. Each year, over half of the treatment acres were in Montana, and over 35,000 treatment acres were in Idaho. In 2005, the BLM inventoried nearly 6.4 million acres for weeds, and evaluated weed treatments on over 278,000 acres of treatment lands (USDI BLM 2006c).

# Vegetation Condition and Fire Regimes

In support of national-level fire planning and ecological assessment, the Fire Regime Condition Class (FRCC) concept was devised. The BLM uses the FRCC concept to describe ecological departure. It is a measure that helps to describe common issues on public lands, such as altered disturbance regimes, invasive species, or highly altered plant communities. Generally, FRCC is

BLM_0000316

AFFECTED ENVIRONMENT

**TABLE 3-5**
**Estimated Acres of Weed Infestations on Public Lands in 2000**

| State | Bromus species[1] | Halogeton | Mediter-ranean grass[2] | Medusa head | Centaurea spp.[3] | Hounds-tongue | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Alaska[4] | -- | -- | -- | -- | -- | -- | 992 | 992 |
| Arizona | 5,007,000 | 5,000 | 3,190,600 | 0 | 150 | 0 | 86,000 | 8,288,637 |
| California | 517,000 | 4,000 | 243,000 | 261,000 | 35,000 | 0 | 69,000 | 1,129,000 |
| Colorado | 1,952,000 | 372,000 | 0 | 0 | 23,000 | 408,000 | 329,000 | 3,084,000 |
| Idaho | 2,814,000 | --[4] | 0 | 15,000 | 214,000 | 500 | 376,000 | 3,419,500 |
| Montana | 933,018 | 300 | 0 | 0 | 157,726 | 9,580 | 180,929 | 1,281,553 |
| Nebraska[4] | -- | -- | -- | -- | -- | -- | -- | -- |
| North Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 2,196 | 2,196 |
| New Mexico | 30 | 21 | 0 | 0 | 7,000 | 0 | 41,000 | 48,051 |
| Nevada | 6,564,244[5] | 1,050,000 | 1,500,000 | 5,000 | 18,100 | 50 | 120,000 | 9,257,394 |
| Oklahoma[4] | -- | -- | -- | -- | -- | -- | -- | -- |
| Oregon and Washington | 5,139,000 | 151,000 | 0 | 676,000 | 48,000 | 113 | 393,000 | 6,407,113 |
| South Dakota | 208 | 0 | 0 | 0 | 3 | 66 | 2,111 | 2,388 |
| Texas[4] | -- | -- | -- | -- | -- | -- | -- | -- |
| Utah | 6,948,000 | 3,063,000 | 94,000 | 25 | 51,000 | 604 | 130,000 | 10,286,629 |
| Wyoming | 1,395,000 | 1,500 | 0 | 0 | 47,000 | 27,000 | 188,000 | 1,658,500 |
| **Total** | 31,269,500 | 4,646,821 | 5,027,600 | 957,025 | 600,979 | 445,913 | 1,918,228 | 44,865,953 |

[1] Includes downy, ripgut, Japanese, and red bromes.
[2] This refers to *Schismus barbatus*.
[3] Includes spotted, Russian, diffuse, squarrose, and Tyrol knapweeds and yellow and malta starthistles.
[4] No data were reported for this state.
[5] Acres calculated through GIS based on 10% cover estimate derived from remote sensing data sources. Acreage includes undifferentiated *Bromus* and other invasive annual grass species.
Source: Peterson (2006).

one piece of information used to describe the health of public lands.

The first national FRCC assessment was completed in the late 1990s and published in *Development of Coarse-scale Spatial Data for Wildland Fire and Fuel Management* (Coarse Scale; Schmidt et al. 2002). This analysis was used in the Draft PEIS. This assessment excluded public lands in Alaska (86 million acres), as well as 25.5 million acres of agricultural, barren, and urban/developed lands in the lower 48 states. Three condition classes were established to represent qualitative measures describing the degree of departure from historical fire regimes. Departure from historical fire regimes may result from activities, such as fire exclusion, timber harvesting, livestock grazing, introduction and establishment of exotic plant species, introduced insects or disease, and/or other management activities, that alter key ecosystem components such as species composition, structural stage, stand age, canopy closure, and fuel loadings.

While the intent of the Coarse Scale analysis was regional and national characterization, USDI agencies found the analysis to be of limited utility, especially for public lands in the western U.S. The condition classes in the Coarse Scale analysis were assigned based on successional stages for potential natural vegetation groups. Public lands were poorly represented in this effort for two reasons. First, some vegetation types, such as annual grasses or woodlands, could not be discerned in the vegetation classification used (Kuchler's Potential Natural Vegetation Groups; Kuchler 1964). Second, condition class assignments relied heavily on forest canopy cover thresholds, which have limited applicability to the majority of public lands.

Because of these shortfalls, a second national FRCC analysis was conducted as part of the Rapid Assessment Phase of the Landscape Fire and Resource Management Planning Tools Project (LANDFIRE). The Rapid Assessment Phase is intended as an interim product while further refinement of LANDFIRE continues.

BLM_0000317

LANDFIRE is a 5-year, multi-partner project producing consistent and comprehensive maps and data describing vegetation, wildland fuel, and fire regimes across the United States. It is a shared project between the wildland fire management programs of the USDA and USDI.

Intended to better represent USDI-administered lands, the Rapid Assessment Phase mapped FRCC based on potential natural vegetation groups (historic vegetation), S-class (current seral stages), and historic fire regimes of the coterminous United States. Despite some localized inaccuracies, the Rapid Assessment Phase layer is the most accurate FRCC summary map for lands managed by the BLM, to date. Like the first national FRCC assessment, the second national FRCC assessment also excluded lands in Alaska as well as agricultural, barren, and urban/undeveloped lands in the lower 48 states.

The Rapid Assessment Phase is primarily intended for use at the national, regional, or state level, but not the local level. As a result, the Rapid Assessment Phase, like the Coarse Scale Analysis, is not intended to portray district or field office site conditions. FRCC can be assessed at the local level using a variety of tools (besides the national map), such as the FRCC software or GIS mapping tools.

For this Final PEIS, departures from historical fire regimes are based on the Rapid Assessment Phase analysis, and have been grouped into three classes, as shown on Map 3-10. **Condition Class 1** lands (27.2 million acres of public lands; acres are approximate as federal agencies are updating and refining acreage estimates) are characterized by fire regimes that are within their historical range of vegetation variability characteristics, fuel composition, and fire frequency, severity, and pattern. Fire behavior, effects, and other associated disturbances are comparable to those that took place prior to management practices that do not mimic the normal fire regime. The structure and composition of vegetation and fuels are similar to the historical regime, and the risk of losing key ecosystem components to fire is low. These areas can generally be maintained within the historical fire regime with treatments such as prescribed fire. Wildland fire use for resource benefit may also be used to maintain these areas.

**Condition Class 2** lands (79.5 million acres) have fire regimes that have been moderately altered from their historical conditions. They experience either an increased or decreased fire frequency of one or more

return intervals, resulting in changes to fire size, intensity, and severity, and/or landscape patterns. Vegetation composition and structure and fuels have been moderately altered from their historical range, and have a moderate risk of losing key ecosystem components due to fire or other causes. These lands may need moderate levels of restoration treatments, such as prescribed fire and hand or mechanical treatments, to be restored to the historical fire regime.

**Condition Class 3** lands (54.7 million acres) have fire regimes that have a high departure from the historical condition, and the associated risk of losing key ecosystem components to fire or other causes is high. Vegetation composition, structure, and diversity, as well as fuels, have been significantly altered from their historical range. Due to these alterations, Condition Class 3 areas are especially susceptible to severe and intense wildland fires. These areas often require high levels of restoration treatments, such as hand or mechanical treatments, before prescribed fire can be used to restore the historical fire regime (Schmidt et al. 2002). Almost 41% (21.2 million acres) of the Class 3 lands occur in the Temperate Desert Ecoregion. 15.5 million acres occur in the Subtropical Desert Ecoregion, 8.2 million acres occur in the Temperate Steppe Ecoregion, and 5.4 million acres occur in the Subtropical Steppe Ecoregion. An additional 1.5 million acres of Class 3 lands occur in evergreen forests of the Mediterranean Ecoregion.

A comparison by acreage shows that the acreage of FRCC Condition Class 3 lands increased substantially between the Coarse Scale and Rapid Assessment Phase analysis. The Rapid Assessment Phase analysis further supports the need for treatment of large numbers of acres in the West to improve condition class.

Further information and methods can be found at the FRCC website and in the Interagency FRCC Guidebook (www.frcc.gov).

## Non-timber Forest Products

Non-timber forest products include all plant materials other than timber that are extracted from forests for human use (National Network of Forest Practitioners 2005). They consist of medicinal plants (e.g., ginseng, goldenseal), wild foods (e.g., mushrooms, berries, roots, syrups), decoratives and floral greens (e.g., salal, ferns, boughs), flavors and fragrances (e.g., sassafras, balsam fir), fibers (e.g., cedar bark, sweet grass, lichens), wild native seeds and transplants for restoration and nursery

BLM_0000318

AFFECTED ENVIRONMENT

stock, plant dyes, arts and crafts materials, and resins and saps. These forest products are harvested for a variety of reasons, including subsistence, cultural, spiritual, commercial, recreational, and educational purposes.

Native American tribes and Alaska Natives traditionally used forest products for tools, food, construction materials, medicine, and religious ceremonies. Forest products used included bark for housing, branches and stems for utensils and tools, and wood for containers (Chamberlain et al. 1998). Much of the knowledge gained from Native American tribes and Alaska Native groups has influenced the development of the U.S. herbal medicinal industry. A discussion of Native American and Alaska Native plant uses is provided in the Cultural Resources section of this chapter, and in Appendix D of the PER.

During FY 2005, approximately $194,000 worth of non-timber forest products was sold by the BLM. The actual value of non-timber forest products harvested on public lands is substantially greater (USDI BLM 2006c). Over 40% of non-timber forest product sales on public lands were in western Oregon, and about 13% were in Nevada. Other important states for non-timber forest product sales are Colorado and Utah.

## Special Status Species

There are over 150 plant species occurring on or near public lands in the treatment area that are federally-listed as threatened or endangered, or proposed for listing. The number may change over time depending on future evaluations of each species' status. BLM policy states that BLM actions must not adversely impact special status species, which include species that are listed under the ESA, given some form of special designation to denote rarity by the state, or are listed as sensitive by the BLM. Special status species, other than those already listed under the ESA, are in potential danger of becoming listed under the ESA. Special status plant species are distributed throughout the western U.S., including Alaska. A list of these species can be found in Appendix J.

For this PEIS, the BLM has consulted with the USFWS and NMFS since 2001 on listed species and species proposed for listing, and their critical habitats, that could be affected by the proposed treatments. As part of the consultation process, the BLM prepared a *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Biological Assessment*, which provides a description of the distribution, life history, and current threats for each species (USDI BLM 2007a). Information contained in the BA will be used as a guideline by BLM field offices when developing local projects.

# Fish and Other Aquatic Organisms

The BLM administers lands directly affecting almost 155,000 miles of fish-bearing streams and 4 million acres of reservoirs and natural lakes (USDI BLM 2006d). These habitats range from isolated desert springs of the Southwest to large interior rivers and their numerous tributaries.

For this section, the eight geographic regions that were used to describe water resources in the treatment area are used to describe associated aquatic organisms and their habitats (Map 3-5). Key fish species have been identified for each region. These species are ecologically representative of the region(s), use major habitat types within the region, and strongly influence the aquatic community structure. As a result of species distributions and ecological similarities between regions, some key species may occur in more than one geographic region.

## Alaska and the Pacific Northwest

The most significant group of native fishes found in Alaska and the Pacific Northwest, in terms of their ecological, cultural, and commercial importance, is the salmonid family. All members of this group, which include salmon, trout, char, and whitefish, require relatively pristine, cold freshwater habitats during part or all of their life cycles, and as such, depend greatly on the conditions of the surrounding forests and rangelands to ensure their survival (Meehan 1991).

Most salmonids use large stream and river systems with direct ocean access. In Alaska, significant streams within public lands include the Colville River and Yukon River systems. The most significant system in Pacific Northwest is the Columbia River Basin. With its headwaters in British Columbia, the Columbia River extends over 1,200 miles to the Pacific Ocean.

Salmonid productivity within a freshwater system is dependent on the underlying stream productivity and the period of use by salmonids during their life cycle. Five general factors determine the suitability of aquatic

BLM_0000319

habitat for salmonids: flow regime, water quality, habitat structure, food (energy) source, and biotic interactions. All salmonids require suitable habitat for spawning, incubation, and rearing. Generally, adult salmon require spawning gravel (less than 2 inches in diameter) and overhead streambank or vegetative cover from predation, while eggs and newly hatched salmon (alevins) require stable gravel and cool (less than 57 °F) and highly oxygenated water (Meehan 1991). Bull trout, which tend to spend most, if not all of their life in inland waters, require water less than 42 °F for spawning and rearing of newly hatched young. Because salmonids prefer cold water, temperatures above 77 °F are lethal to most species in this family (Meehan and Bjornn 1991).

Migrant salmonids pass through several distinct habitats while traveling to and from feeding or breeding habitats, utilizing the full extent of the watershed. The importance of each habitat type differs by species. Chinook salmon, for example, spawn in the mainstem of a river. Upon emerging from the gravel, individuals either start their migration to the sea within their first year (ocean-type) or mature within rivers for 2 to 3 years before migrating to sea (stream-type). In contrast, resident trout populations, such as rainbow, bull, and cutthroat trout, may spend their life (5 to 6 years) in various freshwater systems, including small streams or lakes, and do not migrate to the sea (Meehan and Bjornn 1991).

Various fish species have been introduced into aquatic systems throughout Alaska and the Pacific Northwest. Most of the non-native species have been introduced to promote sportfishing opportunities. Some have escaped from fish farms. Introduced salmonids (such as brook, brown, lake, and hatchery-raised rainbow trout), centrarchids (such as bass and sunfish), and percids (such as walleye) now support many, if not most, of the non-native sport fishing opportunities within these regions (Mills 1994).

A variety of aquatic invertebrates occur in Northwest and Alaskan streams. These species can be quite susceptible to instream activity (e.g., removal of large woody debris), or disturbances in riparian zones. The diversity of aquatic insects is naturally low in glacier-fed streams. Streams flowing through conifer forest, however, support a diverse aquatic invertebrate fauna, including many mayflies, stoneflies, and caddisflies (Whittier et al. 1988). The diversity of freshwater mollusks is also usually highest in montane, spring-fed streams and pools (Forest Ecosystem Management Assessment Team 1993).

## The Arid Environment

In arid regions, hydrologic inputs that drive aquatic systems come in pulses of short duration. Although rain may trigger biological processes, such as reproduction, after long dry periods, a severe rainfall that creates flash flooding can exert considerable pressure on fish species and community structure (Naiman 1981). The natural hydrology of southwestern desert rivers and streams is highly variable and episodic (Rinne and Stefferud 1997). Natural flow regimes have been considered optimum for sustaining native fish populations (Poff et al. 1997). Although many streams of the U.S. deserts have been highly modified, reducing the impacts of flash floods on fish communities, these sudden rain inputs may still be detrimental. Carrying heavy silt, flash floods may remove or destroy habitat features such as shoreline vegetation, leaving fish species susceptible to rising water temperatures (Naiman 1981).

Because there is limited hydrological connection among water bodies within the desert, fish distribution is also limited. Some streams continually flow through the humid desert regions, terminating in closed lakes or dissipating in the sand, while other streams originate from subterranean sources, emerging as springs. Springs occur throughout the desert ecosystem, ranging from quiet pools or trickles to active aquifers. Many larger springs emit warm water, with temperatures above the mean annual air temperature, and range from fresh to highly mineralized, carrying large amounts of dissolved materials or extremely low dissolved oxygen levels (Naiman 1981). Although each spring or pool is species-poor, most aquatic inhabitants of each pool are short-lived (1-2 years) and native to only a single locality (Naiman 1981, Page and Burr 1991).

Aquatic species have been introduced into this ecosystem, either on purpose or accidentally, changing the ecological balance to favor many of the non-native species. Invasive fish reduce numbers of native species through competition, hybridization, predation, and the spread of pathogens to which they have developed resistance in their home waters, but to which native species have not (Rinne 1995, 2003). Overall, non-native fish species now outnumber natives in number of species, population density, and often biomass at many localities (Platania and Bestgen 1988; Griffith and Tiersch 1989; Douglas et al. 1994).

Large reservoirs and diversions have been constructed on various rivers and streams, at least partially to deliver irrigation water for agricultural purposes. Additionally,

BLM_0000320

AFFECTED ENVIRONMENT

domestic livestock grazing has impacted some rangelands, and historical grazing pressures in riparian areas have reduced the function of some aquatic habitats.

**Lower Colorado River and the Rio Grande**

These regions cover portions of Nevada, Arizona, New Mexico, and Texas. Grasses and shrubs cover large expanses of the southwest region. This vegetation helps to reduce runoff and erosion during the rainy season. During the dry seasons, dormant vegetation and vegetative litter serve a similar function and are critical for the overall health of these rangeland systems. Livestock grazing in the region has reduced the quality of plant communities, resulting in increased runoff into streams during heavy rainfall, and localized lowering of water tables (Naiman 1981, Rinne and Minckley 1991). These impacts, combined with upper basin modifications, including dams, have impacted fish habitat throughout the lower Colorado and Rio Grande rivers.

The Colorado River, which was once a warm, silted, swift river, is now a cold, clear series of artificial impoundments. These impoundments are a significant threat to desert waterways, and in some instances can end a stream's existence, as has occurred in the lower reaches of the Salt and Gila rivers in Arizona (Cole 1981). The Glen Canyon Dam on the Colorado River, upstream of Lee's Ferry, eliminated the seasonal variation in the river's discharge, ionic composition, temperature, and sediment load in the gorge of the Grand Canyon. The impoundment has altered both the flow of the river and the river's potential for fish habitat downstream. As a consequence, most native fish populations in the Colorado River Basin have declined substantially throughout much of the species' ranges.

The Family Cyprinidae is the most dominant native fish group within the lower basin region, followed by the Family Catostomidae. The Cyprinidae family is composed mainly of minnow species, including the threatened Colorado pikeminnow and bonytail chub, while the Catostomidae family includes the threatened razorback sucker (Starnes 1995). Impoundments have had the greatest impacts on these fish communities (Minckley and Deacon 1991).

Bonytail chubs were historically common, migrating throughout the mainstem of the Colorado River and many of its tributaries, including the Green, Gunnison, Yampa, and Gila rivers, before the construction of large dams (Kaeding et al. 1986). Although bonytails

continue to be found in low numbers in several man-made lakes, including Lake Mohave, the temperature and physical and chemical composition of these lakes is very different from those in which the fish evolved (Minckley 1973, Minckley and Deacon 1991).

The headwaters of the Rio Grande River originate in the Rocky Mountains of southwestern Colorado and the river meanders approximately 1,900 miles across Colorado, New Mexico, and Texas before terminating at the Gulf of Mexico (Water in the West 2002). Public lands within the Rio Grande region are limited to the upper and middle reaches of this drainage. Most precipitation in the basin falls as snow near its headwaters or as rain near its mouth, while little water is contributed to the system along the middle reaches of this river, particularly within the Chihuahuan Desert.

Historically, riparian woodlands in the Rio Grande River Valley were a mosaic of various-aged stands dominated by cottonwood and willow (Cassell 1998). However, conversion of much of this land to residential and agricultural uses has modified this floodplain area, significantly reducing the quantity and quality of wetland and riparian habitat (Cassell 1998; Levings et al. 1998). These changes, combined with instream modifications, have reduced fish habitat considerably throughout the region.

Prior to the construction of dams like the Cochiti Dam, the Rio Grande River had characteristics similar to the Colorado River, and was considered a swift, warm, muddy river (Scurlock 1998). The settling effects of dam reservoirs have resulted in slower, clearer, colder water. This modification of water quality has had a debilitating effect on the range of the Rio Grande silvery minnow, a species that once extended from Española, New Mexico, in the Rio Grande River Valley to the Gulf of Mexico; and in the Pescos River from Santa Rosa, New Mexico, to the confluence with the Rio Grande River in south Texas (Federal Register 1994). Currently, it is found only in a 170-mile reach of the middle Rio Grande River in New Mexico. Much of its decline may be attributed to modification of stream habitat by impoundments, water diversion for agriculture, and stream channelization.

Many non-native fish species have adapted well to the instream modifications to the Lower Colorado and Rio Grande rivers (Maddux et al. 1993; Douglas et al. 1994). Usually more aggressive than native fish and able to outcompete them for resources, these non-native species include walleye, bass (large and smallmouth),

BLM_0000321

and rainbow, brook, and brown trout (Douglas et al. 1994).

## Great Basin

The Great Basin covers an arid expanse of approximately 190,000 mi$^2$ and is bordered by the Sierra Nevada Range on the west, the Rocky Mountains on the east, the Columbia Plateau on the north, and the Mojave and Sonoran deserts on the south. The Great Basin is the area of internal drainage between the Rocky Mountains and the Sierra Nevada Range. Streams in this area never reach the ocean, but are instead confined, draining to the base of the basin, and typically resulting in terminal lakes, such as Mono Lake and the Great Salt Lake, marshes, or sinks that are warm and saline (Moyle 1976).

Many Great Basin fish are adapted to extreme conditions. Trout are predominantly found in lakes and streams at higher elevations within the basin (Behnke 1992). Bonneville cutthroat trout have persisted in the isolated, cool mountain streams of the eastern Great Basin, while Lahontan cutthroat trout populations occupy small, isolated habitats throughout the basin. These trout species are unusually tolerant of both high temperatures (>80 °F) and large daily fluctuations in temperature (up to 68 °F). They are also quite tolerant of high alkalinity (>3,000 mg/L) and dissolved solids (>10,000 mg/L; Behnke 1992).

Water diversions, subsistence harvest, and stocking with non-native fish (particularly rainbow trout) have caused the extirpation of the Bonneville cutthroat trout from most of its range. Although Lahontan cutthroat trout were once common in desert lakes, including Pyramid, Walker, Summit, and Independence lakes, and large rivers, such as the Humboldt, Truckee, and Walker rivers, they have declined in numbers overall, disappearing in many areas (Hudson et al. 2000).

The decline of Lahontan cutthroat trout abundance is a result of habitat loss, interbreeding with introduced rainbow trout, and competition with other species of trout; these factors continue to be the primary threats to the species (Coffin and Cowan 1995, Dunham 1998).

Minnows and pupfish are the dominant fish species at lower elevations and are found in thermal artesian springs and streams (Cole 1981, Feldmeth 1981). Various native and non-native minnows (e.g., dace, chubs, shiners), are common throughout streams and lakes of the basin. Pupfish, however, are very site-specific and live, by choice, at the extreme upper limit of their zone of thermal tolerance (Feldmeth 1981).

Pupfish are able to survive extreme environmental conditions, tolerating water temperatures as high as 115 °F, salinity as high as 142 parts per thousand (ppt; ocean water is typically 33 ppt), and oxygen concentrations as low as 0.13 mg/L (Page and Burr 1991). Because of the high water temperatures, pupfish have developed behavioral traits to regulate body temperature. They have been observed migrating to shallow pools in the morning and remaining there throughout the day, returning to deep water at night. While some pupfish populations are isolated in extremely variable environments (i.e., rapidly fluctuating water levels and temperature gradients), others are isolated in stable springs with constant temperatures (Biological Resource Research Center 2001, NatureServe Explorer 2001).

The most significant problem facing desert fish are the limited water supply. Desert fishes have a tenuous hold on survival under natural conditions, occurring only in the few permanent springs, rivers, and lakes, and their existence has been placed in doubt by human activities (Deacon and Williams 1991). Pumping groundwater for agriculture has threatened several pupfish populations, including the Devil's Hole pupfish (Deacon and Williams 1991).

Aquatic invertebrates are probably diverse within the Great Basin region, though relatively little is known about them (Hershler and Pratt 1990). Streams flowing within mountainous forest region support diverse aquatic invertebrate fauna including mayflies, stoneflies, and caddisflies. Small springs contain diverse molluscan fauna (Hershler and Sada 1987). Spring biotic communities are usually less diverse than stream communities, and springs are often habitat for endemic species because they are predictable, benign habitats that have served as refugia during dry periods.

## The Upper Colorado River Basin

The Colorado River is the primary river of the southwestern U.S., draining approximately 242,000 mi$^2$ from portions of Wyoming, Colorado, Utah, New Mexico, Arizona, Nevada, and California. The headwaters of the Colorado River are located in Rocky Mountain National Park in Colorado, from which the river flows southwest, toward the Gulf of California.

The Colorado River Basin is divided into two basins, the Lower and Upper basins, with a dividing line near Lee's Ferry, Arizona. Three distinct aquatic zones have

BLM_0000322

AFFECTED ENVIRONMENT

been identified in the Upper Colorado Basin (Joseph et al. 1977). The upper (headwater) zone is characterized by cold and clear water, a high gradient, and a rocky or gravel substrate. Resident salmonid populations are predominant in this zone. An intermediate zone occurs as the stream flows out of the upper zone. Within the intermediate zone, water discharge rates and temperature increase, and water is turbid during spring runoff and after heavy rainfall. The substrate is generally rocky with occasional expanses of sand. The lower (large-river) zone has warm water, meandering sections, and a low gradient in flat terrain. Minnows and suckers are the dominant fish communities of the intermediate and lower zones.

The construction of reservoirs, such as Fontenelle and Flaming Gorge, has had profound effects on water flow and quality throughout the upper basin region; lower summer water temperatures have resulted, and spawning of native fish has virtually ceased (Carlson and Carlson 1982, Wullschleger 2000). The humpback chub, for example, prefers deep, fast-moving, turbid waters often associated with canyon-bound segments of the rivers (Valdez and Clemmer 1982). Historically, this species occurred in great numbers throughout the Colorado River system from the Green River in Wyoming to the Gulf of California in Mexico. Today, due to lower water temperature and migration routes blocked by dams, this species can only be found in limited deep, canyon-bound portions of the Colorado River (Douglas and Marsh 1996).

Native salmonids in the upper zone of the Upper Colorado River Basin are disappearing with the introduction of rainbow, brook, and cutthroat trout for sport fishing (Miller et al. 1982). The habitat immediately downstream of constructed reservoirs favors these non-native salmonids (Platania 2003). In addition, non-native species effectively outcompete native species for available resources, and interbreed with native species (Joseph et al. 1977; Rinne and Minckley 1991). Populations of native species within lakes are also declining as a result of competition with and predation by, introduced non-native species, such as carp, northern pike, and red shiner (Rinne and Minckley 1991).

## California

California has two distinct fish habitat regions: northern and southern California. The northern region extends from the Oregon border south to Sacramento (the most southern reaches of salmon distribution in North America). This region includes rain-fed coastal streams, snow-fed streams of western Sierra Nevada, and the Central and San Joaquin valleys. Habitat characteristics are very similar to those observed in the western Pacific Northwest, with a dominance of evergreen forests throughout the area. Streams in the coastal region usually have steep drainages and are characterized by extreme seasonal flow, flooding in the winter and becoming intermittent in summer (Moyle 1976). Water flow in snow-fed streams is more constant than in coastal streams, a condition to which native fish are adapted.

Fish habitats within southern California are located predominantly within the arid southeast region of the state, and include numerous rivers and lakes. Native fish communities, such as those comprised of pupfish and minnows in the lower elevations and cutthroat trout in the mountainous regions, and their aquatic habitats, exhibit characteristics similar to those seen in the Lower Colorado and Great Basin regions.

## Missouri River Basin

The Missouri River Basin encompasses 529,350 $mi^2$ and flows for over 2,340 miles, from its headwaters at the confluence of the Gallatin, Madison, and Jefferson rivers in the Rocky Mountains at Three Forks, Montana, to its confluence with the Mississippi River at St. Louis, Missouri.

The Missouri River historically carried a heavy silt load, collected from tributaries in the northern part of its drainage. Its wide and diverging channel created shifting sandy islands, spits, and pools, resulting in fish species suited to its turbid and dynamic conditions. Many of the fish species within the upper reaches of the Missouri River are considered benthic fishes, such as sturgeon and minnows (Duffy et al. 1996; Scarnecchia et al. 2002).

Public lands in Montana occur predominantly in the northeastern portion of the state. The surrounding habitat, referred to as the Milk River Basin, has relatively high densities of depressional wetlands dominated by shortgrass prairies. The upper reaches of the Missouri River and its major tributaries maintain the healthiest fish populations in the basin (White and Bramblett 1993). However, dams built along the mainstem of the Missouri River, such as the Fort Peck Dam in Montana, have limited fish migration patterns and water flow, as well as the movement of silt downstream, resulting in declining fish numbers and

BLM_0000323

reduced quality spawning and rearing habitat (Hesse et al. 1989). This combination of habitat loss and poor dam management has contributed to the decline of many native mainstem species including paddlefish, sturgeon, and several species of chub.

Native species such as the sicklefin chub, sturgeon chub, and pallid sturgeon prefer silty rivers with a diversity of depths and velocities forming braided channels, sand bars, sand flats, and gravel bars, all of which were historically common along the Missouri River (Gilbraith et al. 1998; Scarnecchia et al. 2002). All three species have been affected by changes in the Missouri River. Although the chub species have managed to effectively reproduce where habitat conditions allow, the pallid sturgeon has been unable to adapt well to the present river conditions, resulting in a significant decline in its abundance (Duffy et al. 1996). The endangered pallid sturgeon, a bottom feeder, may become extinct, as changes in water flows continue to affect food sources, spawning habitat, and the timing of reproduction (USFWS 1990).

Introduced species, such as rainbow trout, have been stocked throughout Montana. Rainbow trout have adapted well to the wide range of habitats available within the basin. The species has successfully integrated into this aquatic system, and has caused a severe reduction in the range of native cutthroat trout through hybridization and competition (Walleyes Unlimited 2002). Other introduced species that have adapted well to the modifications of the Missouri River drainage in Montana include smallmouth bass, walleye, and white crappie.

The Missouri River drainage includes all of Wyoming east of the Continental Divide, and represents 74% of the state's surface area. Typically, streams along the southern boundary of Wyoming originate from the mountainous region of northern Colorado and are characterized by high gradients, cobble and boulder substrates, and riparian areas dominated by conifers and willows. This area of Wyoming drains into the North Platte River drainage, comprising 24% of the surface area of Wyoming. Native and introduced salmonids such as rainbow, brook, and cutthroat trout dominate fish communities within this region.

As streams flow onto the arid, desert plains, they are characterized by low gradients, meandering or braided channels, and silt, sand, and gravel substrates, with riparian areas dominated by cottonwoods, willows, shrubs, and grasses. Central and northern Wyoming are considered high cold desert. Native and non-native minnows and suckers dominate fish communities.

## Special Status Species

There are over 100 aquatic animal species occurring on or near public lands that are federally listed as threatened or endangered, or are proposed for future listing. Included in the total number are 59 species/subspecies of fish, 13 species of mollusk, and 6 aquatic arthropods. A complete list of these special status species may be found in Appendix J. Please note that this list is dynamic, and will likely change throughout the time period considered by this PEIS.

Special status aquatic animal species are found on public lands throughout the United States. A number of listed salmon populations are found in rivers of the Pacific Coast states. In arid habitats, many special status fish species are found in the rare and fragile desert wetlands and springs, as well as in the major rivers such as the Colorado and the Rio Grande. In the deserts of the Great Basin and Colorado Plateau, terminal lakes, marshes, and sinks provide important habitats for special status fish species that are adapted to their warm, saline conditions.

Special status mollusks occur predominantly in the Snake River of Idaho, and in thermal habitats and small springs and wetlands in New Mexico, Arizona, and Utah. Aquatic arthropods of special concern occur predominantly in the vernal pools of California.

# Wildlife Resources

Public lands sustain an abundance and diversity of wildlife and wildlife habitat. Public lands provide a permanent or seasonal home for more than 3,000 species of amphibians, reptiles, birds, and mammals.

Wildlife populations are found in areas where their basic needs—food, shelter, water, reproduction, and movement—are met. The area in which the needs of a particular population are met is its habitat. Many animals have special behaviors and physical traits that allow them to successfully compete with other animals in only one or a few habitats; many threatened and endangered species fall into this category. Other animals, such as mule deer, coyote, and American robin are less specialized and can use a wider range of habitats.

BLM_0000324

AFFECTED ENVIRONMENT

Several features make some habitats better for wildlife than others. In turn, the more of these features that are present, the greater the diversity of wildlife species that is likely to be present. These features include:

- Structure – shape, height, density, and diversity of the vegetation and other general features of the terrain.

- Vertical layers – layers of vegetation (e.g., herbaceous, shrub, and forest canopy).

- Horizontal zones – vegetation and other habitat features that vary across an area.

- Complexity – an integration of vertical layers and horizontal zones.

- Edge – the area where two types of vegetative communities meet, such as a forest and shrub community.

- Special features – unique habitat features needed for survival or reproduction, including snags (dead trees), water, and rock outcrops.

Of the 164 million acres of rangeland administered by the BLM within the western states, 52% have been inventoried for habitat quality. Of those acres, 42% are rated as excellent or good, 42% are rated as fair, and 16% are rated as poor based on the departure of vegetation composition from a reference condition (USDI BLM 2006d). The BLM also administers 55 million acres of forestlands and woodlands. Of these acres, 16% have been rated as healthy and providing good habitat for wildlife, while 25% are in need of restoration, including mechanical thinning, fuels reduction, and prescribed fire. The condition of the remaining acres is unknown (USDI BLM 2004a).

An important activity of the BLM is to manage vegetation to improve wildlife habitat. Plants, which are an important component of habitat, provide food and cover. Food is a source of nutrients and energy, while cover reduces the loss of energy by providing shelter from extremes in wind and temperature, and also affords protection from predators. The following section describes the important characteristics of wildlife and habitat in the eight ecoregions that comprise the treatment area, focusing primarily on the vegetative characteristics of habitat and how wildlife use this vegetation.

# Tundra Ecoregion

Because of the short growing seasons and low summer temperatures, vegetation in tundra areas exhibits simple structure, few layers, limited complexity, low primary productivity, low decomposition rates, low stress tolerance, and high susceptibility to physical disturbance. Thus, on an annual basis, the tundra supports fewer wildlife species and numbers than other ecoregions, although it does support large populations of some wildlife, such as shorebirds and waterfowl, during summer.

Wildlife species in tundra habitats fall into three categories: 1) resident species that remain active year-round, 2) resident species hibernating in winter, and 3) migratory species present for only a portion of the year (Lent 1986). Resident species that remain active year-round include the willow ptarmigan, common raven, snowy owl, Arctic fox, brown lemming, muskox, and caribou. Hibernating species include the Arctic ground squirrel, and hoary marmot. The great majority of the 97 or so bird species using the tundra are migratory (Pitelka 1979).

Except for the wood frog, there are no amphibians or reptiles in the Tundra Ecoregion. Because they are cold-blooded animals, the climate is too cold for these groups. Wood frogs are unique in that they partially freeze in winter; up to one-third of the water in a wood frog's body may turn to ice for a period of several weeks (USGS 2004).

The tundra has low species diversity; tundra insect fauna, for example, is only 1% to 5% as rich in species as the insect fauna found at temperate latitudes (Bolen 1998). Wildlife populations are also constrained by the low plant productivity, and can fluctuate greatly in response to annual changes in plant productivity. Animal population peaks can markedly alter vegetation and other habitat features in some instances, leading to sharp declines in population numbers. The brown lemming is the classic example of a cyclic species, with extreme fluctuations in numbers. Lemmings clip and consume large amounts of dormant vegetation under the snow during winter. During periods with large populations of lemming, lemmings remove much of the vegetation during winter, resulting in limited food during summer, and also limited protective cover against predators. As lemming populations decline due to starvation and predation, species that prey upon lemmings, such as the snowy owl and Arctic fox, also show marked population declines.

BLM_0000325

The widespread occurrence of shallow lakes and wetlands during the summer creates ideal conditions for insects, especially mosquitoes. Mosquitoes have adapted to the harsh winter by overwintering in an egg stage that is resistant to drying, hatching as larvae when warmer weather and moisture returns in the spring. Plant-eating insects are rare in the Tundra Ecoregion, likely due to the low growth rate of the vegetation. Nearly all insects prey on animals, biting the animal or burrowing into its skin or flesh.

Insect fauna provides an important prey base for migratory shorebirds and waterfowl. To cope with the short summer and limited food supplies, migratory birds tend to nest almost immediately upon arriving on the breeding grounds, and young hatch when insects and vegetation are most abundant. Waterfowl, other small birds, and small mammals are preyed upon by Arctic fox, snowy owl, gyrfalcons, peregrine falcons, and rough-legged hawks (World Wildlife Fund 2002).

Even resident populations of the tundra can be quite mobile in their search for suitable food and cover. Arctic foxes may travel hundreds of miles in search of new denning areas, while caribou may go years without using certain winter ranges. Ptarmigan congregate by the thousands in favorable winter valleys in winter, but disperse widely during the summer.

Suitable habitat for denning or burrowing species may be limited in areas with continuous or near-continuous permafrost. Burrowing species must select areas where the permafrost is not near the surface. The presence of deep snowdrifts is important for denning wolverines, polar bears, and brown bears. Talus slopes and cut banks are important habitat features used by denning Arctic foxes. Raptors tend to nest along river and coastal bluffs because of the generally flat, treeless character of the Arctic tundra.

## Subarctic Ecoregion

The Subarctic Ecoregion, or boreal forest, is the largest ecoregion in North America. The vegetation is similar in structure and dominated by relatively few species of conifers, including white and black spruce, and tamarack, and some birch and aspen. Boreal forests are structurally more complex than tundra, and thus support a greater diversity of wildlife species. These forests provide habitat for large mammals, such as grizzly bear, black bear, wolf, moose, caribou, and wolverine; small mammals, such as red fox, American beaver, American marten, and weasels; birds, such as spruce and ruffed grouse, owls, and raven; and the amphibian, wood frog.

Many species have unique adaptations to survive in subarctic forests. Herbivores typically graze on herbaceous and shrubby vegetation during the summer, but shift to a high fiber diet of conifer needles and woody shrub browse during winter.

White-winged crossbills are an example of a species that have adapted to the abundant cone seeds in boreal forests. These birds move in large flocks when cone supplies are abundant, but are nomadic when cone supplies are limited. White-winged crossbills also breed opportunistically, when cone supplies are most abundant.

Bog vegetation occurs widely throughout the Subarctic Ecoregion. Bogs are characterized by a spongy underfoot of peat that provides a rooting layer for most vegetation, and is often overlain by sphagnum moss. In Interior Alaska, bogs are often underlain by permafrost. Bogs tend to have limited structural complexity, as trees and shrubs are often sparse in bogs. Thus, fewer wildlife species are found in bogs than upland forests. The high water table of bogs also discourages burrowing species.

Fires, which are normal, recurring events in boreal forest ecosystems, help maintain ecosystem productivity and biodiversity (Rowe et al. 1974; Adams et al. 2000). Large area fires are common due to the uniformity of the vegetation and presence of a continuous layer of surface fuels, the moss and lichen layer. Fires can also destroy the rich growth of lichens found in the northern portions of the boreal forest. These lichens are an important food source for barren-ground caribou, comprising 60% to 80% of the winter diet of caribou (Boertje and Garner 1998, Bolen 1998). Fire may be necessary to maintain lichen ranges in the long term, because in old stands, competition from sphagnum moss, shade from trees, or the old age of lichens may limit lichen productivity (Andreev 1954, Viereck 1973, Zoltai 1974, Maikawa and Kershaw 1976).

After a fire of adequate severity, birch, aspen, and willow can revegetate the area, either sprouting from surviving roots or establishing from seed where adjacent seed sources exist. Willow, in particular, is the mainstay of the moose's winter diet, and moose populations thrive in such burned areas. However, because lichens are slow growing, it can take decades before the biomass of lichens for winter caribou grazing reaches its preburn levels (Joly et al. 2002). Schaefer and Pruitt (1991) observed that burned areas did not provide

BLM_0000326

AFFECTED ENVIRONMENT

suitable winter habitat for caribou, but that fires could enhance the quality and abundance of summer forage.

## Temperate Desert Ecoregion

Vegetation structure in the Temperate Desert Ecoregion tends to reflect the area's precipitation pattern and temperature regimes (Jones 1986). Sagebrush is co-dominant with perennial bunchgrasses in the wetter, northern part of the ecoregion, but sagebrush dominates in the southern, drier portion (Paige and Ritter 1999). Trees are mostly limited to the pinyon-juniper woodlands found at higher elevations, and along watercourses.

Northern, cooler desert regions, such as the Great Basin Desert, support far fewer wildlife species than southern, warmer deserts found in the Subtropical Desert Ecoregion (Bender 1982, Brown 1982). The shorter growing season of the northern deserts results in lower plant productivity and a lower diversity and abundance of animal prey. Thermal regimes in northern deserts also limit the activity of wildlife, especially cold-blooded animals such as amphibians and reptiles, to short periods each year.

The Great Basin Desert, which is the largest desert in North America, is dominated by two structurally and floristically simple plant communities—sagebrush and saltbush. Because most precipitation in the region falls during the winter when plants are dormant, there is insufficient moisture during the growing season for the development of plant structure and diversity needed to support an abundance of wildlife species. This desert supports large populations of pronghorn antelope, and also provides critical habitat for sage-grouse species that use sagebrush for food and cover.

Desert habitats have some of the most unusual wildlife in the treatment area. Desert animals are adapted to survive under extreme environmental conditions, including low, erratic rainfall, and highly variable temperatures. Many small desert mammals require no free water, but survive on their own metabolic water and through water conservation measures, such as being active only at night and excreting uric acid rather than urea. Spadefoot toads have a special appendage on their hind foot that allows them to burrow into the soil to avoid daytime heat, and breeding activities are timed to occur during periods with summer thunderstorms.

Special features, such as water and rock outcrops, are critical habitat components in desert environments. Permanent and temporary water sources are scarce in this ecoregion, but their importance cannot be overstated. Riparian areas are especially important in the desert. For example, of the 148 species of breeding birds in the Great Basin Desert, 131 are dependent upon riparian areas for all or part of their life requisites.

Talus slopes, cliffs, and rock outcrops provide nesting and feeding habitat, thermal and escape cover, and resting sites for wildlife. Common reptiles that use these features include the common garter snake, western rattlesnake, and sagebrush lizard. Rodents and other small mammals use rock features to hide from predators, and to avoid temperature extremes. Bats use caves and rock outcrops as roost and nursery sites. Deep, rugged cliffs are used by desert bighorn sheep for lambing, escape, and thermal cover. Raptors, including golden eagles and several species of hawks use cliffs and rock outcrops as nest and perch sites. The canyon walls of the Snake River provide nesting habitat for one of the highest densities of predatory birds in the world (USDA Forest Service and USDI BLM 1997).

Soil characteristics determine the number of subsurface sites available to wildlife in the desert. Lack of vegetative structure in deserts is often offset by subsurface space created by deep and diverse soils. Subsurface sites provide shelter from daytime heat, protection from predators, and sources of food for predator, such as snakes.

Wildlife habitat in this ecoregion has undergone great change during the past century, usually to the detriment of native species. For example, cool-season bunchgrasses once dominated large areas of the Columbia Plateau. Much of the grassland community has since been lost with the conversion of lands to agricultural and urban uses. Changes in fire regimes and grazing by domestic livestock have modified significant portions of the remaining grassland habitat. Species associated with native perennial bunchgrass communities, including the Columbian sharp-tailed grouse, kit fox, and Idaho ground squirrel, have declined in numbers more than other species' groups in the region. These species rely on grassland vegetation for plant and insect forage, nesting and brood-rearing habitat, and hiding cover.

Much of the sagebrush habitat in the Temperate Desert Ecoregion has been lost or modified during the past several decades, resulting in habitat fragmentation. This loss is a result of conversion to agricultural and urban uses, grazing, altered fire regimes, and the encroachment of downy brome, other weeds, and woody species such as juniper and Douglas-fir (USDA

BLM_0000327

Forest Service and USDI BLM 1997). The best sagebrush habitat occurs where there is a mix of multi-age sagebrush with associated perennial bunchgrasses and forbs, interspersed with open wet meadows or riparian areas. These are key habitat components for sage-grouse and other wildlife. During winter, sage-grouse feed almost exclusively on the leaves of sagebrush (Patterson 1952; Wallestad et al. 1975).

## Subtropical Desert Ecoregion

The Subtropical Desert Ecoregion is composed of the Mohave, Sonoran, and Chihuahuan deserts. In contrast to the cooler deserts of the Temperate Desert Ecoregion, the hotter deserts of the Subtropical Desert Ecoregion tend to have a more diverse flora and fauna. The northern limits of many species common in Mexico are found in this ecoregion, such as brown-crested flycatcher, vermilion flycatcher, black-tailed gnatcatcher, hooded skunk, pocketed free-tail bat, coatimundi, and jaguar. The Sonoran Desert is the most floristically diverse of the three deserts, and as a result, has the greatest diversity of wildlife. The desert tortoise, which is federally listed as a threatened species (in the Mojave Desert only), is found in this ecoregion. Long-lived and once common, desert tortoises have suffered population declines due to adverse impacts associated with human activities (USFWS 1994a).

The ecoregion is characterized by widely dispersed desert plants that provide little ground cover for wildlife. Canopy cover rarely exceeds 50%, and there is usually extensive bare ground between plants. In the Mojave and Sonoran deserts, several species of cacti, ocotillo, yucca, and other woody species provide areas of near-woodland habitat that support a greater diversity of wildlife than other areas with less plant structure.

Like species in the Temperate Desert, wildlife in the Subtropical Desert have evolved numerous means to deal with water scarcity and other rigors of the hot desert. Presence of standing water in winter and new herbaceous growth in spring provide water and forage for most wildlife (Laudenslayer and Boggs 1988). During summer and fall, some species, such as the desert kangaroo rat and other rodents, derive water from the seeds in their diet. Saguaro, as well as most other species of cactus, has spines for protection from many grazing animals. However, collared peccaries and many desert rodents can avoid or digest cactus spines and obtain water from the plants' succulent tissues.

Black-throated sparrows secrete highly-concentrated urine and dry feces, and thus need little drinking water. In contrast, most other desert-living bird species show few adaptations for coping with water scarcity and simply fly to water sources to meet their needs. Reptiles and small mammals are active mostly at night and retreat to cool burrows, or seek shelter under vegetation or in rock outcrops to avoid the midday sun and reduce water loss. The yucca night lizard, for example, is restricted to desert regions with downed litter of yucca and agave plants (Jones 1986).

Salt balance is an important physiological function in desert animals. Chuckwallas, desert lizards, eat the fleshy tissue of cacti, and are able to excrete salt from their nostrils by sneezing, without losing much water. Many other lizard species also have salt glands for excreting salt.

The structure of live vegetation is probably the most important habitat feature in these deserts. Shrubs and tall cacti are used by lizards for feeding and breeding, and lizards climb onto creosote bushes during the day to avoid hot ground temperatures. Vertical structure provides nesting, feeding, and breeding niches for birds. Cacti provide roosting and breeding habitats for bats that small shrubs do not provide. Horizontal vegetation structure is also important, as some species of birds prefer either open or closed habitats, and many species of lizards require more open areas for foraging, but closed habitat the rest of the time to avoid the heat and predators (Pianka 1966, Rottenberry and Wiens 1980).

The extensive root systems of certain desert plants, such as creosotebush, provide access to subsurface openings for toads, salamanders, lizards, snakes, and small mammals. Creosotebush areas found in the Chihuahuan and Sonoran deserts have little vegetative structure, but have a rich diversity of wildlife because of favorable soils that allow access to subsurface space.

Desert wildlife have evolved characteristics that are adaptive to the attributes of certain plant species. Desert iguanas feed heavily on creosotebush buds, especially during the spring, and their distribution is closely related to the distribution of creosotebush (Norris 1953). Several birds rely on the saguaro and other cacti for roosting and nesting, including elf owl, cactus wren, and gilded flicker. Cavity-nesting birds often select vegetation with spines, perhaps to discourage nest predation by small mammals and reptiles. The Gila woodpecker and gilded flicker both excavate nest cavities in saguaro cacti, but due to differences in bill structure, the gilded flicker must excavate its cavity near

BLM_0000328

AFFECTED ENVIRONMENT

the top of the cactus, while the Gila woodpecker can excavate cavities near the base of the trunk.

## Temperate Steppe Ecoregion

The Temperate Steppe Ecoregion is comprised of prairie grasslands, evergreen and deciduous forests, and sagebrush and chaparral shrublands. Prairie grasslands occur in an environment with irregularities in weather patterns, including wet and dry spells, which occur often enough to impose severe stresses on wildlife. In a drought year, for example, reduced moisture and higher temperatures can greatly affect the abundance and quality of vegetation used for food and cover, often leading to substantial population declines in some species, especially birds.

The characteristics and habitats of grassland animals differ from those of animals that inhabit shrublands and forests. Many grassland species live in burrows, including burrowing owls, prairie dogs, ground squirrels, pocket gophers, black-footed ferrets, and American badgers. Burrows provide a place to hide from predators, a more stable microclimate during hot summers and cold winters, and shelter from grassland fires (Brown 1982).

If an animal cannot hide in a burrow, it must be a fast runner to avoid predation. The swift fox can travel at 25 miles per hour (mph), while the pronghorn can run at 70 mph. Even quail and grouse often run instead of flying to escape predation, staying close to the ground and using the vegetation as cover.

Grassland animals tend to occur in large social groups. For example, millions of American bison occurred on the Great Plains in presettlement days and millions of prairie dogs have been found in a single prairie dog town. Wildlife species living in grasslands tend to be more social than their forestland counterparts. Prairie dogs live in large, highly organized social units, while their eastern woodland counterpart, the woodchuck, rarely interacts with its own species. Flocking species are also more prevalent in grasslands than in forestlands. Socialization enables the members of a flock to more readily detect predators, but also to convey other information, such as mating status, which is difficult to ascertain in open grassland where sound is muffled and perches are few. Raptors are also more common in grasslands than other habitats, as open spaces favor animals with good vision and provide an abundance of prey items.

Compared with other habitats, grasslands tend to have low bird species diversity and abundance (Wiens and Dyer 1975). Although grasslands are highly productive, they are structurally simple and less complex than other habitat types, and thus provide birds with few niches to exploit. Bird species tend to differentiate themselves based on the cover and height of the grassland vegetation, with the horned lark and burrowing owl selecting areas with low, scattered vegetation, and the savanna sparrow and bobolink selecting high, dense herbaceous cover.

Grasslands found in the proposed treatment area include the Great Plains, shortgrass prairie, intermountain grasslands, and the Palouse grasslands. The mixed prairie of the Great Plains constitutes the eastern range for many grassland animals, including the prairie dog, pronghorn, swift fox, and desert cottontail. It was also the home of the American bison. The shortgrass prairie to the west of the Great Plains, and east of the Rocky Mountains, is where true grassland animals are found. Many of the species found here cannot survive in the tallgrass and mixed prairies because they are less able to see and flee from predators.

Wildlife found in the intermountain grasslands associated with the Rocky Mountains are similar to those found in grasslands to the east, except species that need a year-round supply of green grass do not occur. Deer, elk, and pronghorn survive in the intermountain grasslands by foraging upon shrubs and other woody vegetation during winter. Ground squirrel diversity is especially high in the intermountain grasslands, with 19 of the 22 species of ground squirrels in North America found in this region. Much of the Palouse grasslands have been converted to agriculture or lost to shrubland encroachment, greatly reducing their value to sharp-tailed grouse and other wildlife that were once common.

Evergreen and deciduous forests are found at higher elevations and along streams and other aquatic areas. The plant species composition of coniferous forest stands, and the types of wildlife that use them, varies with altitude. Aspen is an important component of many deciduous forests. Aspen typically is found in moist areas and becomes established after fire or other disturbance has cleared a suitable area. American beaver use aspen limbs and foliage for food and to build dams and lodges. Snowshoe hare feed on aspen twigs and bark during winter, and aspen buds are important in the winter diet of ruffed grouse. American badger, ground squirrels, and other burrowing animals provide bare ground needed by aspen seeds to germinate.

BLM_0000329

# Subtropical Steppe Ecoregion

The Subtropical Steppe Ecoregion is composed primarily of grassland vegetation, with local occurrences of shrubs and woodlands. Grassland wildlife species found in the Temperate Steppe Ecoregion are also found here, such as pronghorn, mule deer, white-tailed deer, coyote, American badger, and black-tailed jackrabbit. The northern limit of distribution of several mammals, including the Mexican ground squirrel and gray fox, occurs in the grasslands of this ecoregion (Bailey 1997).

Woodlands formed of pinyon and several species of juniper (pinyon-juniper woodlands) are found on about 4 million acres, and are also found in other ecoregions. The canopy of these woodlands is generally open, and the trees are far apart. Open stands of pinyon-juniper with abundant vegetation below the trees provide the best wildlife habitat. These woodlands generally do not have the structure and complexity to support a large diversity of wildlife as compared to other forest types, although a study in Utah showed that avian species diversity in pinyon-juniper woodlands is similar to species diversity in other woodland and forest types (Paulin et al. 1999).

Reptiles are not common in pinyon-juniper woodlands. Birds feed on pinyon and juniper seeds and berries, find nesting cavities within juniper trunks, and use the stringy and fibrous juniper bark for nesting material. The pinyon jay, plain titmouse, and bushtit are obligate to these woodlands, and 144 different species of birds have been observed in pinyon-juniper woodlands in New Mexico (Short and McCulloch 1977). Avian species diversity is usually greater in pinyon-juniper woodlands than in adjacent grasslands (Sieg 1991).

Abert's squirrel, pinyon mouse, wood rat, gray fox, and other small mammals eat berries, seeds, and the inner twigs from pinyon-junipers. Mule deer, white-tailed deer, elk, pronghorn, and desert bighorn sheep may occur throughout the year in pinyon-juniper woodlands. Leaves and berries of pinyon pine and juniper trees are eaten by large mammals.

Most food habit studies have shown that the value of pinyon-juniper woodlands to wildlife is usually related to the quantity and composition of the vegetation growing in association with pinyon-juniper. As pinyon-juniper stands mature, the trend is toward increased tree density and finally, dense canopy cover. The dense canopy cover shades out plants found below pinyon-junipers, reducing the variety of plant types that can provide food and cover for wildlife. Small mammals, deer, and elk use of pinyon-juniper woodlands declines as tree canopies become more dense, although some species, like pinyon mice and pinyon jays, may favor denser stands (Short and McCulloch 1977, Willis and Miller 1999).

# Mediterranean Ecoregion

The vegetation of the Mediterranean Ecoregion is dominated by grassland, shrubland, and forestland habitats. Many shrub (chaparral) and forest/woodland plant species have thick, hard, evergreen leaves. The number of wildlife species using shrub habitats is limited by the lack of trees in shrublands. However, wildlife species diversity can also be limited in evergreen woodlands due to the paucity of shrubs in these communities, as shrubs are often unable to compete with trees for the limited moisture.

Because of their tough, leathery texture, the leaves of vegetation in chaparral communities are resistant to wilting, and thus provide cover for wildlife even during the frequent droughts typical of the region. Wildlife found in chaparral tend to be species that nest on the ground or in shrubs, such as ground- and shrub-nesting birds and rodents, or that prey upon ground- and shrub-dwelling species, including coyote, striped skunk, and bobcat.

Although this ecoregion supports a diverse vertebrate fauna, including numerous species of reptiles and rodents, only a limited number of species are closely tied to the chaparral. These include the mountain quail, California thrasher, wrentit, brush rabbit, California mouse, and dusky-footed woodrat.

Mountain quail favor slopes covered with chaparral. They feed on acorn mast, fruits, and seeds in the fall, leafy foods during winter, and bulbs in the spring and summer. Thrashers and wrentits find good food and cover in the chaparral, and are more often seen than heard in the dense vegetation. The brush rabbit does not use burrows regularly like most other species of rabbits, perhaps because of the dense chaparral cover. Woodrats construct stick dens that are also used by the California mouse. Since homes are constructed of sticks, woodrats are vulnerable to fires in chaparral communities.

Chaparral communities are adapted to fire, and wildlife respond by retreating to burrows, hiding in rock crevices, or escaping from the area. After a fire, seed-eating birds, such as mourning doves, move into the

BLM_0000330

AFFECTED ENVIRONMENT

area to feed on seeds exposed by fire. Mule deer seek out the temporary community of herbaceous plants that develop during the first year or two after the fire. Many of these plants produce bright flowers that attract nectar-feeding insects and birds.

Deciduous and evergreen woodlands provide vegetation structure and complexity that benefits a variety of wildlife species. The habitat often occurs in a mosaic-like pattern of conifer stands intermixed with deciduous tree stands. The shrub and herbaceous strata are often poorly developed in these woodlands. Mature woodlands are important to cavity nesting birds, and oak mast crops are an important food source for birds and mammals, such as scrub and Steller's jays, acorn woodpecker, wild turkey, mountain quail, California ground squirrel, western gray squirrel, black bear, and mule deer (Anderson 1988). Amphibians that reside in the forest detritus layers include Mount Lyell salamander, ensatina, and relictual slender salamander (McDonald 1988).

Oak woodlands serve as important wildlife habitat, supporting over 300 vertebrate species, many of which are special status species such as the California spotted owl and willow flycatcher (Thomas 1997). Oak trees provide nesting sites for both canopy- and cavity-nesting birds, and the acorns they produce are an autumn food source relied upon by many bird and mammal species (Almeda County Agriculture Advisory Committee 2005).

Annual and perennial grasslands are found in central and coastal California. Annual grassland habitats consist largely of non-native annuals that have displaced native perennials (Kie 1988). Habitat structure and wildlife abundance are dependent on a mix of plant species at a site. Sites with western brackenfern exhibit a taller, more diverse structure than sites with shorter grasses. Many wildlife species use grassland habitats, but some require special habitat features, such as cliffs, caves, ponds, or shrubby areas for breeding, resting, and escape cover.

## Marine Ecoregion

The Marine Ecoregion is dominated by evergreen and, to a lesser extent, deciduous forests located along the Pacific Coast. These forests are managed by the BLM primarily for timber production and wildlife habitat.

Temperate forests are among the most productive habitats in the world (Whittaker 1975). The energy available to wildlife from temperate forests vegetation,

along with their structure and complexity, provide habitat for a diversity of wildlife. Temperate forests are also routinely subject to disturbances that increase variability in the environment and create edge habitat. In turn, the succession of vegetation types that follow a disturbance provide habitats for a succession of wildlife species.

In general, deciduous trees support more wildlife than evergreen trees (Glenn-Lewin 1977). Conifer forage is less palatable than deciduous forage, which means that there are fewer animals that can consume the foliage, and in turn, be consumed by predators. Conifer foliage is also relatively unpalatable to decomposing organisms, such as fungi and bacteria, so the decomposition of coniferous matter is often a slow process (Hunter 1990). Deciduous trees generally have more structural complexity than conifers, providing more places for animals to feed and seek shelter.

Conifers do possess characteristics that are critical to the survival of many wildlife species. Spruce grouse are dependent on conifer foliage to survive the winter. Conifer stands also provide crucial winter cover to elk, deer, and other wildlife by blocking wind and keeping snow from reaching the ground, covering browse, and restricting animal movements. However, the foliage that captures snowfall also intercepts light in the spring, reducing the amount of light that can reach the forest floor, warm the soil, and stimulate the growth of herbaceous vegetation and shrubs used by these wildlife.

Since this ecoregion is characterized by abundant rainfall, there is an abundance of moisture on the forest floor, as well as in ponds and streams, to support a diversity of amphibians. All frogs and toads in this region lay their eggs in water. Most salamanders lay their eggs in or near water, while others lay their eggs on land under logs (Ensatina), in rock outcrops (western red-backed salamander), or both (clouded salamander). Many of these amphibians spend a portion or most of their lives out of water, living under moist logs, dead wood, or forest litter, or in burrows or root or rock crevasses.

Few reptiles are found in this ecoregion. The alligator lizard is the only widely distributed species found in forested habitats, and the painted turtle and western pond turtle are the only turtles common in the area. The most common snake is the northwestern garter snake.

Birds have adapted to exploit the different layers of vegetation in the forest. Ruffed grouse, winter wren,

BLM_0000331

American robin, spotted towhee, and dark-eyed junco are often found near the forest floor or in shrubs. Woodpeckers and brown creepers are seen moving up and down the trunks of trees in search of insects. Nuthatches and chickadees exploit the cone seeds, while warblers and kinglets glean insects from the upper deciduous forest canopy.

Like birds, mammals exploit the vegetation types and strata found in the forest. Shrews, mice, and moles are fossorial or live near the forest floor. Rabbits and hares reside near the ground and seek shelter in dense herbaceous or shrub vegetation. Wide-roaming species that live near the ground include black-tailed deer, elk, black bear, mountain lion, and bobcat. Deer and elk tend to remain in dense forest stands during the day to seek shelter, but move to more open shrublands and grasslands at night to feed, and thus favor forest habitat interspersed with shrubland/grassland habitats. Bears favor large stands of contiguous forest, but also use shrublands with abundant berries and other forage.

Several special habitat features have been identified in forests that are important to wildlife. Snags, which are dead or dying trees, are critical to many species of wildlife. Cavities in snags provide shelter and nesting sites for woodpeckers, owls, and other cavity-using wildlife, while dead and dying bark often harbors large numbers of insect prey for birds. Edges are places where different plant communities or successional stages meet, such as between a forest clearing and dense forest stand. A large number of species are found at edges, and some species reach their maximum population densities there (Hunter 1990). For some species of birds, however, nest predation is higher for individuals nesting near edges than for those nesting in the forest interior.

A number of species rely on old-growth forests for most or all of their life requisites. Old-growth forests in the Marine Ecoregion generally consist of conifer trees with a diameter of more than 3 feet at the base of the tree, and that are more than 200 years old (Bolen 1998). These forests also contain a multilayered canopy and numerous snags and logs. Vaux's swifts depend on large, hollow snags for nesting and roosting habitat. Marbled murrelets use the stout branches of old-growth trees for nest platforms. Northern spotted owl nest in tree cavities and feed on northern flying squirrels. Banana slugs, Pacific giant salamander, Olympic salamander, and Oregon slender salamander are other species that prefer the rotting logs and moist soil conditions found in old-growth habitats.

## Special Status Species

There are over 75 terrestrial animal species occurring on or near public lands in the treatment area that are federally listed as threatened or endangered, or proposed for listing. Included in the total number are 10 species of arthropod, 7 species of amphibian, 5 species of reptile, 20 species of bird, and 27 species of mammal. A complete list of special status animal species may be found in Appendix J. Please note that this list is dynamic, and will likely change throughout the time period considered by this PEIS.

Special status animal species are found on public lands throughout the U.S. Special status arthropods are largely butterflies that occur mostly in open habitats. Special status amphibians occur in wetland habitats throughout the West, and special status reptiles occur in warm habitats of California and the southwest. Special status birds and mammals use a wide range of habitats found on public lands throughout the western U.S.

# Livestock

Approximately 161 million acres of public lands are open to livestock grazing, with use levels established by the Secretary of the Interior and administered through the issuance of grazing permits/leases. The majority of the grazing permits issued by the BLM involve grazing by cattle, with fewer and smaller grazing permits for other kinds of livestock (primarily sheep and horses).

The BLM administers grazing lands under 43 CFR Part 4100 and BLM Handbooks 4100 to 4180, and conducts grazing management practices through BLM Manual Handbook H-4120-1 (*Grazing Management*; USDI BLM 1984a). Management of livestock grazing is authorized and enforced through both permits and leases, and is commonly carried out through the development and implementation of allotment management plans (AMPs) and/or terms and conditions of the grazing permit or lease. The grazing permit establishes the allotment(s) to be used, the total amount of use, the number and kind of livestock, and the season of use. The grazing permit may also contain terms and conditions as appropriate to achieve management and resource condition objectives. Allotment management plans further outline how livestock grazing is managed to meet multiple-use, sustained-yield, and other needs and objectives, as determined through land use plans.

Geographically specific rangeland health standards and guidelines are identified for each state to help direct the

BLM_0000332

AFFECTED ENVIRONMENT

grazing program for those states. Each year the BLM conducts reviews of land within its jurisdiction to determine the level of compliance with rangeland health standards. At a minimum, grazing is managed to ensure that 1) watersheds are in or making significant progress towards properly functioning physical condition; 2) ecological processes including the hydrologic cycle, nutrient cycle, and energy flow are maintained; 3) water quality complies with state water quality standards; and 4) significant progress is being made toward restoring or maintaining habitats for all special status species, including federally-listed threatened or endangered species. Reviews of rangeland health standards are often conducted when grazing permits or leases expire, particularly when those permits or leases are within high priority watersheds.

Public lands provide an important source of forage for many ranches and help to support the agricultural component of many communities scattered throughout the west. As of October 2005, the total number of grazing permits/leases in force was 17,940, with a total of 12.7 million Animal Use Months (AUMs) authorized (Table 3-6; USDI BLM 2006d). Grazing authorizations produced approximately $14.5 million in annual revenues in FY 2005 (USDI BLM 2006c).

# Wild Horses and Burros

The BLM, in conjunction with the Forest Service, manages wild horses and burros on BLM- and Forest Service-administered lands through the *Wild Free-Roaming Horse and Burro Act of 1971*. In FY 2005, wild horse and burro populations on public lands totaled over 31,760 animals, with nearly half of these animals living in Nevada (Table 3-7). Another 25,000 animals are held in holding pens. The population of wild horses and burros is approximately 4,000 animals above the Appropriate Management Level (AML) of 27,500. The AML is an estimate of the number of wild horses and burros that public lands can support while maintaining a thriving natural ecological balance (USDI BLM 2006c, d).

Animals are managed within 201 Wild Horse and Burro HMAs (USDI BLM 2006c). Wild horse herds grow at an average rate of 20% annually. Management is accomplished by carefully controlling horse and burro populations so that their numbers do not exceed the carrying capacity of the land. This is done primarily by gathering animals periodically so that numbers are near the AML. Fertility control is being used in some herd management areas (HMAs) as a means to reduce the

population growth rate. It has shown to be effective thus far and will likely be used on a larger scale in future years.

When horse and burro populations begin to exceed the AML, excess animals are gathered and offered to the public through periodic adoption. In FY 2005, 5,700 wild horses and burros were adopted in the U.S. Thirty-two percent of these were adopted in the eastern U.S. Nearly 209,000 animals have been adopted since 1971 (USDI BLM 2006d). In 2001, the BLM implemented a program to further reduce the wild horse and burro population to approximately 27,500 animals. Public lands inhabited by wild horses or burros are closed to grazing under permit or lease by domestic horses and burros. The *Wild Free-Roaming Horse and Burro Act* mandates that wild horses and burros can only be managed in areas where they were found in 1971. Those that stray onto non-designated public and/or private lands are removed.

**TABLE 3-6**
**Grazing Permits and Leases in Force and Active**
**Animal Unit Months during Fiscal Year 2005**

| State | Leases and Permits | Active AUMs |
|---|---|---|
| Arizona | 757 | 660,511 |
| California | 573 | 421,843 |
| Colorado | 1,588 | 662,920 |
| Idaho | 1,889 | 1,351,806 |
| Montana, North Dakota, and South Dakota | 4,289 | 1,366,331 |
| Nevada | 644 | 2,130,112 |
| New Mexico, Oklahoma, and Texas | 2,290 | 1,861,369 |
| Oregon and Washington | 1,579 | 1,058,756 |
| Utah | 1,525 | 1,237,117 |
| Wyoming and Nebraska | 2,806 | 1,950,312 |
| Total | 17,940 | 12,701,077 |
| Source: BLM Public Land Statistics (USDI BLM 2006d). | | |

# Paleontological and Cultural Resources

## Paleontological Resources

The BLM is responsible for managing the public lands and their various resources so that they are utilized in a manner that will best meet the present and future needs of this Nation. The western U.S. has a fossil record that

BLM_0000333

**TABLE 3-7**
**Wild Horses and Burros on Public Lands in Fiscal Year 2005**

| State | Wild Horses | | | Wild Burros | | |
|---|---|---|---|---|---|---|
| | Free-Roaming Population | Adopted | Removed | Free-Roaming Population | Adopted | Removed |
| Arizona | 230 | 218 | 1 | 1,542 | 91 | 53 |
| California | 3,079 | 705 | 992 | 1,228 | 231 | 252 |
| Colorado | 800 | 292 | 357 | 0 | 17 | 0 |
| Idaho | 704 | 110 | 360 | 0 | 0 | 0 |
| Montana, North Dakota, and South Dakota | 142 | 4 | 0 | 0 | 0 | 0 |
| Nevada | 13,251 | 54 | 5,805 | 1,464 | 0 | 68 |
| New Mexico, Oklahoma, and Texas | 82 | 916 | 23 | 0 | 69 | 0 |
| Oregon and Washington | 2,670 | 313 | 891 | 15 | 6 | 0 |
| Utah | 2,420 | 173 | 248 | 142 | 20 | 0 |
| Wyoming and Nebraska | 3,991 | 420 | 1,973 | 0 | 1 | 0 |
| Total | 27,369 | 3,205 | 10,650 | 4,391 | 435 | 373 |
| Source: BLM Public Land Statistics (USDI BLM 2006c). | | | | | | |

includes almost all of the geologic periods from the Cambrian (500+ million years ago) to the Holocene (Recent; the last 10,000 years), and nearly every imaginable ancient environment. Many fossil deposits are of national and international importance, and many thousands of different kinds of fossils were originally made known to the scientific world from specimens first found in the West.

The BLM manages fossils as a natural heritage resource on the lands it administers under the general guidance of the FLPMA and NEPA. Fossils are managed to promote their use in research, education, and recreation, and paleontological localities are an important consideration in developing land use management decisions. More than 200 properties, totaling more than 5 million acres, are managed either wholly or in part for paleontological values or contain paleontological values that may require special management strategies in the future. Significant paleontological resources can also be found on other public lands estimated to total over 20 million acres. Because of the increasing interest and activity related to fossils over the past 3 decades, it is estimated that there are more than 50,000 fossil sites documented on public lands. Table 3-8 lists the localities that include many of these sites.

## Cultural Resources

Cultural resources include archaeological, historic, or architectural sites, structures, or places with important public or scientific uses, and may include definite locations (sites or places) of traditional cultural or religious importance to specific social or cultural groups. Cultural resources are concrete, material places and things that the BLM locates, classifies, and ranks. The BLM manages cultural resources according to their relative importance, to protect significant cultural resources from inadvertent loss, destruction, or impairment, and to encourage and accommodate the appropriate uses of these resources through planning and public participation.

The cultural heritage for public lands administered by the BLM in 17 western states extends back 11,000 to 13,000 years before the present (BP). As one moves forward in time, the number and variety of sites increases mainly as a result of the increase in Native populations and, after 1500 AD or so, European and Euroamerican immigration.

Table 3-9 summarizes the number of acres of public lands inventoried for cultural resources, the number of properties found on public lands, and the number of properties listed in the NRHP.

## American Indian and Alaska Native Cultural Resources

This review uses the culture area approach as defined in the *Handbook of North American Indians* (Sturtevant 1978-2001). See Map 3-11 for the location of these

AFFECTED ENVIRONMENT

## TABLE 3-8
### Interpreted Paleontological Sites on Public Lands

| State | Interpreted Locations |
|---|---|
| Colorado | • Dinosaur Diamond Byway<br>• Gard Park Fossil Area<br>• Kremmling Cretaceous Ammonitic Locality<br>• Rabbit Valley Trail Through Time<br>• Fruita Paleontology Area |
| Idaho | • Malm Gulch Area of Critical Environmental Concern (ACEC) |
| Utah | • Cleveland Lloyd Dinosaur Quarry<br>• Copper Ridge Sauropod Dinosaur Tracks<br>• Mill Canyon Dinosaur Trail<br>• Warner Valley Dinosaur Track Site |
| Wyoming | • Red Gulch Track Site ACEC<br>• Big Cedar Ridge Fossil Plant Area ACEC<br>• Dry Creek Petrified Tree Environmental Education Area |

areas. These regions represent areas within which specific cultural groups shared certain cultural characteristics and histories. Each culture area section provides a brief review of the archaeology and ethnography of that area. Table 3-10, summarizing examples of major types of archaeological sites likely to be in each culture area, follows this section.

**Arctic and Subarctic (Alaska)**

Archaeological research suggests that the earliest human migrants crossed into the New World via the Bering Land Bridge, likely following large herbivorous Pleistocene animals, such as mastodon, woolly mammoth, horse, and American bison. In this culture area, typical artifacts from the period 13,000 to 9,000 Before Present (BP) include lanceolate projectile points, bifacial knives and scrapers, and retouched flake tools (Ames and Maschner 1999, Dixon 1999). Cultural resource sites from this time period include open campsites, habitations or campsites located in caves or rockshelters, and sites where game animals were killed and/or processed.

As the post-glacial climate in Alaska warmed, prehistoric cultures became more established. Early aboriginal groups, with a subsistence strategy similar to that of the Paleoindians, used tool assemblages dominated by microblades, small wedge-shaped cores, and burins.

Cultures from 9,000 to 6,000 BP often are referred to as the Microblade Tradition (Dumond 1987). In addition to open campsites and sites with skin-covered tents, semi-

subterranean houses are documented for this period (Anderson 1984). By 6,000 BP, the Northern Archaic Tradition had arisen in the boreal forests of the interior, represented by small, seasonal campsites and tool assemblages composed of lanceolate and side-notched projectile points and scrapers (Dumond 1987). Technological advances during the period 6,000 to 250 BP led to the development of several distinct cultures. Tool kits of the widespread Arctic Small Tool Tradition included small stone endblades and sideblades inserted into the shafts of arrows or spears (Dumond 1987). Populations of Arctic Small Tool Tradition people developed highly specialized maritime technologies (kayaks, umiaks, dogsleds, toggling harpoons, bow and arrows, and ground slate tools). Habitations, in the form of semisubterranean houses, often were clustered in villages (McCartney 1984, Dumond 1987).

At present, the Alaska Natives and Indians are the dominant native groups of Alaska. In general, the Inuit (Eskimo and Aleut) inhabit the coastal areas and adjacent tundra, while Indians (Athabaskan or Tlingit) inhabit the interior forests and southeast Alaska, though both groups have tremendous intra-cultural diversity and overlapping resource exploitation areas. Terrestrial and marine mammals and fish are the primary source of food for both groups; plants being of lesser importance, given the short growing season.

Kelp and berries are the principal plant foods, with mushroom, wild parsnip, wild rhubarb, and lupine roots also gathered. Dune grass is used to weave baskets and mats (Kehoe 1992). Alaskan Indians have focused their subsistence activities on marine whales and seals,

BLM_0000335

TABLE 3-9
Cultural Resources on Public Lands

| State | Number of Acres (in millions) | Number of Acres Surveyed | Percent of Acres Surveyed | Number of Properties Recorded |
|---|---|---|---|---|
| Alaska | 85.5 | 109,872 | 0.1 | 3,205 |
| Arizona | 12.2 | 822,100 | 6.7 | 11,858 |
| California | 15.2 | 1,813,118 | 11.9 | 28,454 |
| Colorado | 8.4 | 1,493,770 | 17.9 | 39,232 |
| Idaho | 12.0 | 2,020,017 | 16.8 | 14,604 |
| Montana, North Dakota, and South Dakota | 8.3 | 1,340,862 | 16.2 | 10,224 |
| Nevada | 47.8 | 2,183,973 | 4.6 | 44,851 |
| New Mexico, Oklahoma, and Texas | 13.4 | 1,441,183 | 10.8 | 34,931 |
| Oregon and Washington | 16.5 | 1,585,580 | 9.6 | 12,623 |
| Utah | 22.9 | 1,801,321 | 7.9 | 38,526 |
| Wyoming and Nebraska | 18.4 | 2,590,769 | 14.1 | 40,157 |
| Total | 260.6 | 17,202,565 | 6.6 | 278,665 |
| Source: BLM Public Land Statistics (USDI BLM 2006f). | | | | |

seasonal fish runs, and inland caribou herds and a variety of other land mammals.

Edible plant resources of the interior include a wide variety of berries, fern roots, lily bulbs, mushrooms, wild onions, wild rhubarb, rose hips, and various roots (Kehoe 1992). Birch bark continues to be used for the manufacture of many utilitarian objects, including baskets, shelters, cooking pots, and canoes. The wood of birch, spruce, and willow has been used for bows, arrows, snowshoe frames, wooden tools, and house and canoe frames. Ropes and fishing nets have been made from willow bast, nettle fibers, and spruce roots. Additional uses of spruce roots include containers, basketry, sewing thread, and twine (McClellan and Deniston 1981).

**Northwest Coast**

Archaeological evidence for occupation of this culture area dates back to about 11,000 BP, though faunal remains from the Olympic Peninsula suggest human presence earlier than 12,000 BP (Lyman 1991). Early peoples' subsistence systems focused on maritime resources, and typical artifacts consist of large chipped stone projectile points, microblades, compound harpoons, and grinding stones (Ames and Maschner 1999). Due to the damp climate and acidic soils in this region, faunal remains and tools made from perishable items dating to this period are rarely preserved. In

addition, the changing sea levels over the last 10,000 years have inundated many of the older occupation or processing sites.

By about 5,000 BP, sea levels rose and stabilized, and distinctive cultural patterns emerged. Bone and ground stone tools were prevalent from Southeast Alaska to Puget Sound, as were large settlements and specialized maritime subsistence strategies. There is evidence of sedentism (pithouses and shell middens in western Washington) from 3,500 BP, and it appears that by 3,000 BP, trade networks with Plateau cultures were well established (Nelson 1990). Petroglyph sites begin during this period (Boreson 1998, Ames and Maschner 1999).

By 1,000 BP, most Northwest Coast groups occupied village sites on a year-round basis. Many village sites were located for defensive purposes and included fortifications, suggesting the presence of warfare, social complexity, and competition for resources (Ames and Maschner 1999). Typical artifacts include composite woodworking tools, netsinkers, bone and antler tools, and copper and iron tools. Archaeological sites in the Northwest Coast region are generally difficult to locate because of dense vegetation and poor preservation (Nelson 1990).

A handful of "wet sites" occurring in the Pacific Northwest have been systematically studied, with

AFFECTED ENVIRONMENT

**TABLE 3-10**
**Culture Areas, Prehistoric Occupation Periods, and Selected Common Site Types**

| Culture Area | Paleoindian | Middle Period or Archaic | Late or Sedentary Period |
|---|---|---|---|
| Arctic and Subarctic | *13,000+ to 9,000 B.P.*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Animal kill and lithic processing sites | *9,000 to 6,000 B.P.*<br>Semi-subterranean houses<br>Open campsites and tent camps | *6,000 to 250 B.P.*<br>Semi-subterranean house villages<br>Open campsites and tent camps |
| Northwest Coast | *12,500+ to 6,000 B.P.*<br>Open campsites<br>Cave or rockshelter occupation sites | | *6,000 to 250 B.P.*<br>Large, cedar plank pithouse villages<br>Fortified sites<br>Seafood capture or processing sites<br>Pictograph and petroglyph sites |
| California | *11,000(?) to 8,000 B.P.*<br>Open campsites<br>Animal kill or processing sites | *8,000 to 5,000 B.P.*<br>Open campsites and coastal villages<br>Plant or seafood processing sites | *5,000 to 250 B.P.*<br>Large coastal villages<br>Burial mounds<br>Extensive seafood, sea mammal, and plant processing sites<br>Pictograph and petroglyph sites |
| Great Basin | *11,500+ to 8,000 B.P.*<br>Open campsites<br>Cave occupation sites<br>Lithic processing sites | *8,000 to 4,000 B.P.*<br>Cave or rockshelter occupation sites<br>Pithouse villages<br>Plant and lithic processing sites<br>Fishing sites | *4,000 to 250 B.P.*<br>Cave or rockshelter occupation sites<br>Small pithouse villages<br>Plant and lithic processing sites<br>Storage pits<br>Pictograph and petroglyph sites |
| Southwest | *11,500 to 8,000 B.P.*<br>Open campsites<br>Animal kill and lithic processing sites<br>Cave occupation sites | *8,000 to 2,000 B.P.*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Pithouses and storage pits<br>Waddle and daub structures<br>Lithic processing sites<br>Pictograph and petroglyph sites | *2,000 to 250 B.P.*<br>Pithouse villages<br>Storage pits<br>Above-ground structures (Pueblos)<br>Below-ground structures (Kivas)<br>Irrigation ditches and roads<br>Navajo hogans and pueblitos<br>Pictograph and petroglyph sites |
| Plains | *12,000 to 8,000 B.P.*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Animal kill and lithic processing sites | *8,000 to 2,000 B.P.*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Pithouses and storage pits<br>Tipi ring sites<br>Cairns and cairn lines<br>Animal kill, lithic, and plant processing sites | *2,000 to 250 B.P.*<br>Open campsites and tipi ring sites<br>Waddle and daub structures<br>Earthlodge villages<br>Burial mounds<br>Storage pits<br>Cave or rockshelter occupation sites<br>Small pithouse villages<br>Cairns and cairn lines<br>Animal kill, lithic, and plant processing sites<br>Pictograph and petroglyph sites |
| Plateau | *12,500 to 8,000 B.P.*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Fishing sites<br>Lithic processing sites | *8,000 to 4,000 B.P.*<br>Open campsites<br>Small pithouse villages<br>Cave occupation sites<br>Animal or fish processing sites<br>Lithic processing sites<br>Plant processing sites | *4,000 to 250 B.P.*<br>Pithouse and longhouse villages, often with burials<br>Open campsites<br>Cave occupation sites<br>Storage pits<br>Animal or fish processing sites<br>Lithic and plant processing sites<br>Pictograph and petroglyph sites |

BLM_0000337

excellent preservation of organic components, such as acorns, wood, and basketry items, from prehistoric sites on the Olympic Peninsula of Washington, including Ozette, the Hoko River, and Mud Bay, and also the "Sunken Village" on the Willamette River in Oregon (Croes 2007).

Food resources currently used by native Northwest groups include salmon, halibut, cod, candlefish (an important source of dietary oil), clams, whales, elk, deer, mountain sheep, and bear. Plant food sources, which are numerous in this culture area, include edible ferns and lilies, the tuber of the wapato, over 40 fruits and berries, edible nuts, leaves, and shoots, and certain types of algae, seaweed and kelp. Many groups used controlled burning to maintain prairies, and berry, root, and nut-producing areas along the coast from California to British Columbia (Suttles 1990, Ames and Maschner 1999).

Forest resources are used extensively, particularly western red cedar and Alaska cedar, for canoes, for plank house construction, and for specialized ritual purposes such as totem poles and masks. Sitka spruce has often been used for houses and canoes, and western hemlock and Douglas-fir saplings have been used to construct fish weirs. Red alder, Rocky Mountain maple, and Alaska cedar have been used for spoons, bowls, masks, and dishes; and western yew has been used for bows, wedges, clubs, and digging sticks. Plant materials used to make rope and cordage include the limbs of western red cedar, the stipes of bull kelp, the roots of cedar and spruce, and the fibers of stinging nettle and Indianhemp. Materials used in basketry include cedar roots, cattail, tule, beargrass, and various sedges and grasses. The inner bark of western red cedar and Alaska cedar is used for baskets, mats, skirts, capes, towels, and diapers. There are numerous medicinal plants in the Northwest region, including devil's club, kinnikinnick, hogfennel, and tobacco (Suttles 1990).

### Southwest

Between 11,500 and 8,000 BP, human groups practiced a highly mobile hunting and gathering subsistence strategy. In general, the oldest archaeological sites in this culture area are located near now extinct springs, large and small Pleistocene lakes (playas), or major drainages, and consist of open camps, animal kill sites, animal processing sites, or caves.

Archaeological sites dating from 8,000 to 2,000 BP are either open campsites located near water sources, containing chipped and ground stone tools, or are in

rockshelters or caves, where well-preserved twined sandals, wood artifacts, and basketry are often recovered (Kehoe 1992). Horticulture was introduced into the southwest as early as 4,500 BP, although domestic crops did not substantially contribute to the diet until later (Woodbury and Zubrow 1979). Typical artifacts of the period include stemmed projectile points used with atlatls, basketry, scrapers, grinding slabs, and cobble tools. Remains of surface structures, made of posts and brush or other material, are documented beginning midway through the period in the West (Irwin-Williams 1979). The first pit house sites and storage pits are documented late in this period (Woodbury and Zubrow 1979). Petroglyphs and pictographs are first produced during this time period (Schaafsma 1980).

Researchers have subdivided the Southwest, starting from about 2,000 BP, into the Anasazi, Mogollon, Hohokam, and Hakataya geographical-cultural areas. The Anasazi occupied variable topography during the generally cooler and moister climates; the Mogollon inhabited well-watered, forested and mountainous regions; the Hohokam were located in low, dry deserts; and the Hakataya occupied the hot desert regions bordering the lower Colorado River (Woodbury 1979). Parts of the region were intensively occupied and socially and economically linked to the civilizations of the Mexican Classic Period, when sedentary cultures began to emerge (Irwin-Williams 1979).

Maize was cultivated in earnest by about 2,200 BP, and was soon followed by beans, squash, cotton, and other crops (Irwin-Williams 1979; Woodbury and Zubrow 1979). By 1,700 BP, some inhabitants of the region had developed sophisticated irrigation, pottery, storage pits, and pit house villages. Eventually, small to large permanent towns of multi-story, aboveground structures (pueblos) were developed. Sites dating to this period may include features such as irrigation canals, wells, storage pits, and roads. Typical artifacts consist of pottery (used for the storage of crops), basketry, and small corner-notched projectile points indicating the adoption of the bow and arrow by 1,500 BP (Woodbury and Zubrow 1979).

The Pueblo Indians are best known for their agricultural development of corn, beans, and squash. In addition, wild plants (e.g., amaranth, chenopods, wild onion, wild celery, sage, grass seeds, juniper berries, pine nuts, acorns, walnuts, agave, prickly pear, and tree cholla) were eaten (Bodine 1979, Plog 1979). Other plants are used for clothing, shelter, and medicine. Baskets are made from yucca fibers, cotton is used for weaving,

BLM_0000338

AFFECTED ENVIRONMENT

blankets are made from small palms, yucca roots are used for hair washing, and gourds are used as containers (Bodine 1979, Kennard 1979, Plog 1979, Schroeder 1979).

The Yuman groups (Colorado River Tribes) living along the Colorado and Middle Gila rivers have traditionally cultivated corn, squash, pumpkins, melons, beans, and cotton (Maxwell 1978). Important animal foods include small game and fish, and important plant resources include prickly pear, saguaro, mesquite, and numerous nuts and berries (Maxwell 1978, Jorgensen 1980). Yuman groups living on or near the Colorado Plateau practiced agriculture in the canyons in summer, then hunted deer, antelope, bighorn sheep, and rabbits in the fall. They also gathered pinyon nuts, juniper berries, various cacti, and other plants for both subsistence and domestic purposes (Khera and Mariella 1983, McGuire 1983, Schwartz 1983).

Southern Athapaskan or Apachean-speaking tribes occupied much of eastern Arizona, portions of New Mexico around the Pueblos, southeastern Colorado, western Oklahoma, and parts of western and southern Texas beginning about 700 BP. Following contact with the indigenous Pueblo peoples, the Navajo readily adopted maize, bean, and squash agriculture. The Western Apache, Jicarilla, and Lipan cultivated crops less intensively, and the remaining groups did not adopt any agricultural practices. With arrival of the Spanish, the Navajo readily adopted the raising of horses, sheep, goats, and cattle, and cultivated orchards and other introduced crops (Basso 1983, Opler 1983, Tiller 1983, Witherspoon 1983).

Traditional plants gathered by the Apacheans include agave crowns, saguaro cactus fruit, yucca, prickly pear, mesquite beans, acorns, pinyon nuts, numerous berries, grass seeds, wild root crops, and various greens or young plants. Yucca has been used to make shampoo, and the sap of Spanish bayonet and other plants has been used to make dyes. Common basketry plants include sourberry, willow, martinia, and bata mota. At least 29 species of plants have been used for medicinal purposes. Various large and small game animals were hunted for food and hides.

**Great Basin**

Two of the oldest archaeological sites in this culture area are the Tule Springs campsite (11,000 BP) and Danger Cave (9,000 BP; Aikens 1983). Typical artifacts of the period from 11,000 to 8,000 BP include lanceolate-shaped and long-stemmed projectile points,

occasional fluted points, specialized scrapers, chipped stone crescents, and drills (Warren and Crabtree 1986). This period also includes the earliest evidence of basket making (Adovasio 1986). Inhabitants of the region likely were highly mobile hunter-gatherers with a generalized big game hunting and collecting economy.

The warm and dry climatic conditions during 8,000 to 7,000 BP limited human subsistence activities. Sites dating to this period are rare, and include caves (Aikens 1983) and rockshelters in drier areas, or pithouse villages located in valley bottoms near permanent streams and springs (Elston 1986). During this period, generalized hunting and collecting remained the major subsistence practices, although seed collecting and processing activities gained importance, as indicated by bedrock mortars and milling stones. Root collecting and fishing also gained importance during this period (Mehringer 1986). Typical artifacts include projectile points used with atlatls, basketry, twined sandals, and various wooden implements (Aikens and Madsen 1986).

By about 4,000 BP, subsistence systems were broad-based and resource-rich areas were heavily exploited seasonally. The shift in styles of projectile points over time indicates the adoption of the bow and arrow. While caves continued to be occupied (Aikens 1983), many locations along major rivers contained small pithouse villages with associated storage facilities (Butler 1986). Horticulture was introduced in the eastern Great Basin and Owens Valley by Southwest cultures around 1,500 BP. Outside of these areas, hunting and gathering remained the primary form of subsistence. An expanded reliance on pinyon nut gathering, as evidenced by mortars and pestles, also occurred during this period (Aikens and Madsen 1986, Elston 1986). Petroglyphs were common by 3,000 BP and pictographs by 1,000 BP (Schaafsma 1986).

Prior to the acquisition of the horse in the late 1700s, Shoshone and Northern Paiute in the High Desert region and western Wyoming fished for salmon in the spring and dug camas roots in the summer. These groups traveled to the mountains of southeastern Idaho and northern Utah to hunt deer and elk in the fall. After the development of equestrian culture, ranges and territories extended into present-day Wyoming and Montana, in seasonal pursuit of buffalo.

In the high desert, the single-leaf pinyon nut was an important staple, along with plant resources such as chenopod, blazingstar, grass seeds, mesquite, salvia, various cacti, and gourds (Egan 1917; Steward 1939,

BLM_0000339

1997; Thomas et al. 1986). The Western Shoshone wore hats made from twined sage bark or willow and clothing made from bark, grass, or fur. A large number of plants have also been used for basketry in this region (Adovasio 1986; Fowler 1986; Thomas et al. 1986). The Eastern Shoshone pursued game more extensively, while fish were a substantial part of the Northern Paiute diet (Liljeblad and Fowler 1986, Murphy and Murphy 1986, Shimkin 1986).

The aboriginal groups of the low desert, such as the Ute, Southern Paiute, Kawaiisu, Owens Valley Paiute, and Panamint, exhibited seasonal migration by traveling into the deserts and valleys in the winter and mountains in the summer. With the introduction of horses, these groups ranged onto the Plains, and adopted a Plains pattern, such as buffalo hunting and use of long-pole tepees (Conetah 1982, Janestki 1991, Kehoe 1992).

Plants utilized within the low desert region included berries, roots of sego lily and bulrush, some cacti, pinyon, and mesquite beans. Low desert tribes also hunted large and small animals (Kelly 1964, 1976; Kroeber 1976; Kelly and Fowler 1986). Plant materials used to make cordage included sagebrush bark, juniper bark, dogbane, yucca, and nettle. Tule reeds had multiple uses, in such items as balsa rafts, mats, and blankets (Callaway et al. 1986). Present day Moapa Paiutes still use desert fan palms for making baskets, food, and shelter (Moapa Memories 2002). Jimson weed, tobacco, nettle, and red ants are some of the traditional medicines used by Native groups in this region (Zigmond 1986).

**Plateau**

Because of the arid climate during the period from 12,500 to 8,000 BP, resources in this culture area were concentrated along the margins of rivers and major tributaries. Archaeological sites dating to this period include caves, rock shelters, and open camps. The low frequency of early sites is generally attributed to the low population densities of the highly mobile hunter-gatherers who occupied the Plateau. Stemmed and unstemmed lanceolate projectile points, microblades, cobble tools, scrapers, gravers, and bifaces are common artifacts associated with the period. Although groups engaged in fishing, intensive utilization of riverine resources did not occur until later, when climatic conditions stabilized (Ames et al. 1998; Ames and Maschner 1999).

A gradual increase in moisture from 8,000 to 4,000 BP helped expand the range of sagebrush steppe and

stimulate the productivity of root crops across the region. Human groups continued to practice highly mobile subsistence strategies with an increasing reliance on salmon (Chatters and Pokotylo 1998). Other than the addition of large side-notched points, and a decrease in the overall size of projectile points, evidence of atlatl use, the tool kit is similar to that of the preceding period. The appearance of individual or small numbers of pit houses along major drainages signified the rise of semi-sedentary settlement strategies, and hopper mortars and milling stones provide evidence for the increased importance of roots and other plant resources in the diet. Other site types include large open sites lacking evidence of habitations, caves, short-term camps, resource extraction sites, and resource processing sites, generally located farther from the major drainages (Ames et al. 1998).

A cooling climate around 4,000 BP helped to stabilize salmon productivity by restricting the seasonality of the salmon migrations (Butler and Schalk 1986). In response, inhabitants of the Plateau intensified their use of salmon, storing it for year-round consumption, and structuring their subsistence strategies to coincide with seasonal salmon migrations. Semi-permanent villages of various-sized pit houses, and longhouses appearing about 1,500 BP, were located mainly along rivers and major tributaries and occupied during the winter months. Some of the habitations were eventually used for human burials. Camps positioned at strategic resource locales in the uplands and mountains were used on a seasonal basis. Cave sites produce well-preserved wood and fiber artifacts. The adoption of the bow and arrow; specialized fishing technologies including nets, harpoons, and barbed bone points; and the continued presence of grinding and pounding tools are evidence of increasingly complicated subsistence strategies (Ames et al. 1998). Petroglyphs and pictographs, dating as early as 3,500 BP, are most common near the larger settlements on major rivers (Boreson 1998).

The hallmark of northern and southern Plateau cultures is still salmon fishing. For many Plateau groups, plant resources also constitute a large portion of the diet. Significant plant resources utilized by these groups include root crops of camas, bitter root, lomatium, balsamroot, and yellowbells, and various berries. These plant resources have not only provided food, but have also been used for such functions as shelter, clothing, basketry, and medicine. Some Plateau groups traditionally burned habitats to enhance the production

BLM_0000340

AFFECTED ENVIRONMENT

of usable plant material, including berries (Chatters 1998, Ross 1998).

In the southern Plateau, traditional dwellings were semi-subterranean and constructed from wood and large mats made of tule bulrushes or cattail reeds, sewn together with Indianhemp (Schuster 1998). The main firewoods of the region are Douglas-fir and ponderosa pine, with alder wood preferred for cooking or smoking salmon. Douglas-fir saplings have been used for fish net poles, greasewood twigs for sewing needles, Indianhemp for fishing nets and other weaving purposes, and cattail leaves for weaving bags. Rosewood has been used in cradleboards, and has been hung in homes to repel ghosts. Medicinal and religious plants include mullein, willow bark, and tobacco (Hunn 1990, Hunn and French 1998).

In the northern Plateau, tule reeds and cedar bark were used for covering structures, and tule was also used for matting and bedding, and to shroud corpses. Sources of baskets and bags included birch bark, cedar bark, cedar and spruce roots, and Indianhemp (for cordage). Underground storage casks were made from cottonwood bark, canoes were made from white pine bark, snowshoe frames were made from maple boughs, and mats used to dry salmon were made from willow shoots. Sources of dye included huckleberries and the inner bark of Oregon grape, and sunflower root was used to make shampoo (Kennedy and Bouchard 1998, Miller 1998).

**California**

The Lake Mojave sites, dating to over 10,000 BP, represent some of the oldest archaeological materials in this culture area. These sites include evidence of big game hunting and gradual expansion into the use of plant resources. Open camp and processing sites suggest that there were few early occupants of the region who maintained a highly mobile subsistence strategy. Artifacts include large, fluted projectile points, lanceolate-shaped points, shouldered points, chipped stone crescents, scrapers, knives, and choppers (Wallace 1978).

Between 8,000 and 7,000 BP, an arid environment caused lakes and marshes to dry, forcing people to adapt to new environments (Moratto 1984). Based on the presence of milling stones, a shift from big game hunting to plant and seed collecting occurred between 8,000 and 5,000 BP. Artifact assemblages are surprisingly homogeneous, consisting mostly of heavy, deep-basined milling and hand stones, with occasional projectile points that were likely used with atlatls (Wallace 1978).

About 5,000 BP, transition began toward a more diversified subsistence economy that included the exploitation of marine and terrestrial resources. Inland sites show evidence of intensive plant processing indicated by the presence of mortars and pestles. Archaeological and climatic evidence from the last 2,000 years indicates that subsistence and settlement patterns in California remained quite stable. Coastal groups relied on marine resources; northern groups relied on riverine resources, especially salmon; central and southern groups relied on lake and marsh resources; and groups throughout the state relied on deer and acorns. The presence of bedrock mortars in the Sierra Nevada foothills indicates continuous use of the same areas. There is also evidence that widespread burning of forests was conducted to stimulate plant growth and provide forage for deer, a universal food source (Driver and Massey 1957, Lewis 1973, Bendix 2002). The earliest petroglyphs appear to correlate with similar ones from the Great Basin dating 3,000 BP, while very elaborate, perhaps ceremonial, pictographs are thought to be no more than 1,000 years old (Clelow 1978).

Coastal groups have long exploited coastal marine and inland oak forest resources, where they collect acorns and hunt large and small game. A variety of plants provide building materials, basketry materials, clothing, and medicine. The redwood tree was used to construct permanent dwellings and large canoes, as well as clothing made from its bark. Juniper and tule were also used to make shelters. Tule reeds are used in basketry (in addition to numerous other plants), boats, clothing, and matting. Materials used to make dyes include green oak galls, burned pepperwood berries, tan oak bark, and alder bark. Medicinal plants include tobacco, angelica, and pepperwood leaf (Loeb 1926, Maxwell 1978).

In the valleys between the Sierra Nevada and coastal ranges, riparian corridors and foothills rich in oak groves provide acorns, a staple diet of many California tribes. Migrating salmon are an important food source, as are berries, bulbs, tubers, and roots. Native groups of the Central Valley and Sierra region hunted waterfowl using snares, nets, arrows, and decoys. Tule growing in wetlands has been an important component of baskets, matting, dwellings, and watercraft. Plants used for cordage and rope include milkweed, Indianhemp, dogbane, and inner willow bark. Medicinal plants include tobacco and horehound (Levy 1978, Wallace 1978).

BLM_0000341

In the desert region of southeast California, important tribal resources included fish, shellfish, deer, rabbit, rodents, and insects. Additional dietary staples, still used, include wild grass, mescal beans, pinyon seeds and nuts, and mesquite beans, which are ground into flour and made into cakes (Barrows 1900, Kelly 1964, Kroeber 1976).

In the desert region, dwellings were constructed from a wide variety of plants, including juniper, manzanita, greasewood, mountain oak, and mesquite, with tule, carrizo, ferns, bark, or reeds often used for thatching. Plants used for basketry include tule, sumac, squawbrush, and a variety of rushes and grasses. Yucca has been used for cordage. A number of plants were used for clothing and sandals, including the inner bark of willow and cottonwood trees, mescal and yucca fibers, and mesquite bark. Creosote bush and milkweed were used as adhesives, and yucca root has been used to make soap. Among the wide variety of medicinal plants are tobacco, jimson weed, wormwood, creosote, and sumac (Bean and Saubel 1972).

**Plains**

Human occupation of this culture area dates to at least 11,500 BP. Highly mobile hunters occupied sites on a short-term basis or repeatedly over varying lengths of time. These sites, which were frequently located near water sources, often include finely manufactured fluted, stemmed, or lanceolate points in association with skeletons of extinct game species.

American bison hunting has played a significant role in the subsistence economy of Plains groups throughout prehistory. Additional utilized fauna included elk, mountain sheep, deer, antelope, bear, and various small mammals, as well as fish, freshwater mussels, reptiles, and amphibians. Archaeological evidence indicates that roots, bulbs, berries, fruits, and seeds were collected and often processed using a variety of grinding stones (Frison 2001, Vehik 2001).

Typical artifacts of the period from 8,000 to 2,000 BP include medium-sized lanceolate to large, side-notched projectile points, corner-notched dart points, hide scrapers, milling or grinding stones, coiled basketry, and pottery. Although open campsites (often with fire pits), cave or rockshelter sites, and American bison kill and processing sites are the most common sites, burials, as well as sites containing housepits and/or food cache pits are also documented throughout this period. In addition, the use of teepees, based on the presence of stone circles

at cultural resources sites, is evident (Frison 2001, Vehik 2001).

Petroglyphs and pictographs (rock art) date from this period (2,000 to 250 BP), occurring on rock outcrops in the northern and northwestern Plains and southeastern Colorado (Frison 2001, Gunnerson 2001). With the appearance of the bow and arrow in the northwestern Plains about 1,900 BP, hunting became more efficient. The use of teepees by the more nomadic western and northwestern Plains dwellers became very common throughout the period, to the point where some multiple stone circle sites are labeled villages (Frison 2001). By 1,500 BP, farming of maize, beans, squash, and sunflowers was established in the eastern Plains and spread to sedentary groups living in earth lodge villages along the Missouri River (Maxwell 1978; Kehoe 1992; Wedel 1961, 1983; Wedel and Frison 2001; Wood and Irwin 2001).

At the time of European contact, plants used for subsistence by Plains groups included prairie turnip, groundnut, ground bean, sunflower, Jerusalem artichoke, serviceberries, mesquite beans, cacti, camas, and grass seeds. Maize, beans, and squash were also cultivated (Maxwell 1978, Wedel 1983, Wedel and Frison 2001). Following the introduction of horses by the Spanish in the 16th century, subsistence patterns of many Plains groups shifted from sedentary, part-time farming and hunting to mounted hunting heavily focused on the migratory herds of American bison. During the 1700s, pressure from the Europeans generated movements of woodland groups, such as the Sioux, onto the Plains. By the late 1700s, the dependence on plants for subsistence by these groups waned (Maxwell 1978).

Plains groups have used plants for a variety of purposes, in addition to subsistence. Tobacco has been used in religious ceremonies. Cottonwood and willow were used to provide fuel and building materials, and willow has been used for boat frames. Oak, elm, and huckleberry are also high quality building materials, and poles made from pine have been used for teepee frames. Willow, box elder bark, and nettles have been used to make baskets, which are often colored with a black dye derived from walnuts. Medicinal plants of the Plains include mescal beans and sweetgrass. Bowls were made from box elder, and bows from cedar, ash, and hickory. Sage was used to help whiten hides (Brown and Irwin 2001, Voget 2001, Wedel and Frison 2001, Wood and Irwin 2001).

BLM_0000342

AFFECTED ENVIRONMENT

## European Settlement Resources

Euro-American contacts with the western U.S and Alaska generally began with exploration or trading, with missionary activities soon following in some of the areas. The earliest exploration occurred in the Southwest and in California in the 1500s, with settlements by the military, missionaries, and colonists in the 1600s in the Southwest, and in the later 1700s in California. In the late 1700s, Spanish, Russian, British, and American exploration and trade extended up and down the West Coast of North America. By the late 1700s and early 1800s, explorers such as Lewis and Clark and fur traders traversed the interior of what is now the western U.S. Table 3-11 shows the types of European settlement resources typically present in the cultural areas.

The discovery and the promise of precious metals first inspired conquest of Native People through treaty and force, then created the market for the development of agriculture, timber, and fisheries, and finally motivated the construction of a transportation system sufficient to transport people and goods. Although furs and precious metals drew the first adventurers, a more permanent settlement of the West in the late 19th and early 20th centuries was related to agriculture. In most of the arid regions of the West agriculture primarily consisted of ranching. During this time, the Homestead Act and other similar programs transferred most of the irrigable land to private ownership, and the adjacent public land was used for grazing livestock by the ranchers who had either homesteaded or purchased those private lands. Beginning about the turn of the 20th century, the federal government reserved tracts of land in the West for management by agencies such as the Forest Service and National Park Service, and, after its formation in the middle of the century, by the BLM. These lands remain in the public domain.

The history of the rural western U.S. encompasses several broad themes and periods including exploration, discovery of the region's mineral wealth, conflict, and settlement, and includes the growth of communities dependent upon resource extraction—farming, ranching, logging, fishing, and mining. These communities were in turn linked to local, regional, and national markets through a complex and evolving system of trails, military roads, wagon roads, rail lines, and navigable river corridors, a trend that continues into the modern period. By the mid-20th century, with the region secured and transportation assured, recreation and tourism increasingly comprised the economic base of western communities, and military training use escalated in response to the training needs of the modern military.

Public lands in the West contain cultural resources representing all major periods and events in the broad sweep of western history. The most common rural manifestations of these dominant themes include transportation resources such as ferry sites, railroads, trails, and roads; military sites (training grounds and battlefields); and mining resources related to exploration (prospect pits), extraction (adits, hydraulic cuts, and quarries), and processing (smelters and mills). Other resources include homesteading, ranching and farming resources (human and animal shelter and irrigation development); fishery resources (boats, fish traps, and weirs); and logging resources (stumpage, sawmills, and human and animal shelter). Evidence of community development includes rural schools, stores, churches, and community centers. Recreation and leisure sites include cabins, resorts, and trail systems.

## Important Plant Uses and Species Used by American Indians and Alaska Natives

Although universally important, plant use by Native American and Alaska Native groups is extremely varied, both by region and by group. Subsistence use of such plant products as roots and tubers, stalks, leaves, berries, and nuts is essential to native people. Vegetation also provides habitat for important wildlife species.

Most Native American and Alaska Native groups constructed a variety of residential shelters and other buildings such as ceremonial lodges and sweat houses using a combination of materials, usually employing a locally derived hardwood as part of the structural frame. The frames were then covered with other readily available materials, such as planks, mats, brush, and other materials. Wood has been burned to cook food, warm dwellings, and facilitate toolmaking. Trees have been fashioned into various types of watercraft and terrestrial hauling devices. Various woods have been carved or used to produce utilitarian implements like bowls and spoons, and also ceremonial items, such as pipes and totems, and many other items of material culture.

The use of plants for medicinal purposes is widespread, as is the use of tobacco. Plants such as tobacco, sweet grass, cedar, and sage, have seen important religious

BLM_0000343

TABLE 3-11
European Settlement Resource Types

| Site Type | Examples | Culture Region |
|---|---|---|
| **Transportation** | | |
| River navigation | Fords, cable ferries, and shipwrecks | All |
| Overland navigation (both railroad and non-railroad) | Trails, wagon roads, truck trails (public and private), engineered features (bridges, trestles, ballast, track, and ties), and construction camps | All |
| **Exploration and Overland Migration** | | |
| Trails (most often at topographic restrictions, such as canyons) | Trail ruts (rock) and trail ruts (earth) | All |
| Geological landmarks with cultural and historical value | Rock promontories, springs, passes, and meadows | All |
| Inscriptions | Petroglyphs (chiseled inscriptions), pictographs, and carvings on trees | All |
| Missions | Schools, churches, agricultural plots, orchards, and housing | All |
| **Military** | | |
| Battlefields (Indian wars) | Not applicable | All except Alaska |
| Training grounds | World War I, World War II, Korean War, and Cold War eras | Great Basin, Plateau, and Desert Southwest |
| Transportation routes | Trails and wagon roads | All |
| **Agriculture** | | |
| Ranching and farming | Home ranch facilities (including foundations), outlying buildings and structures, cultural landscape elements (including fences, stock ponds and trails, dams, and river fords), irrigation structures, and archaeological sites | All |
| **Commerce/Urban Development** | | |
| Urban settlement | Civic, commercial, and domestic | All |
| **Mining** | | |
| Resources associated with extraction | Resources associated with prospecting (locating ore) and development (accessing and removing ore), resources associated with placer mining (sluicing), and lode mining (adits, waste rock, and interior tramways) | All |
| Resources associated with beneficiation and refining | Mills (various types), smelters, tailing piles, tailing ponds, power plants, and refineries | All |
| Support facilities | Bunkhouses, mess halls, livestock shelters, and trash dumps | All |
| Transportation systems | Trails, two-track roads, truck trails, rail lines, and construction debris | All |
| **Logging** | | |
| Extraction | Stumps, skid lines, and sky-line cables | All |
| Processing | Lumber mills and power plants | All |
| Support facilities | Shingle camps, logging camps, and livestock facilities | All |
| Transportation | Roads, donkey engines, big wheels, rail lines, and flumes | All |
| **Fisheries** | | |
| Extraction (except processing-related and support facilities) | Weirs, fish traps, natural features (falls, eddies), and boats | All |
| **BLM Administration and Development** | | |
| Administrative facilities | Buildings (administrative, maintenance, and warehouse) and livestock facilities | All |
| Interpretation | Museums and interpretive signs | All |
| Recreation (pre-1934) | Camp sites, developed natural features, summer homes, interpretive signs, roads, and trails | All |
| Recreation (post-1934) | Campground, developed water source, and roads and trails | All |

BLM_0000344

and other ceremonial uses. The use of grasses and other plant resources for basket, box, and tool making also can be observed in the cultures of numerous Native American and Alaska Native groups. Plant products also have been used to make textiles, cordage, and matting, as well as to tan hides. The use of plant dyes, paints, and soaps is widespread.

# Visual Resources

The public lands administered by the BLM contain many outstanding scenic landscapes. Visual resources in these landscapes consist of land, water, vegetation, wildlife, and other natural or man-made features visible on public lands. Vast areas of grassland, shrubland, canyonland, and mountain ranges on public lands provide scenic views to recreationists, visitors, adjacent landowners, and those just passing through. Roads, rivers, and trails on public lands pass through a variety of characteristic landscapes where natural attractions can be seen and where cultural modifications exist. Activities occurring on these lands, such as recreation, mining, timber harvesting, grazing, or road development, for example, have the potential to disturb the surface of the landscape and impact scenic values.

Public lands have a variety of visual (scenic) values which warrant different levels of management. The BLM uses a system called VRM (visual resource management; Manual 8400) to systematically identify and evaluate these values to determine the appropriate level of scenery management (USDI BLM 1984b). The VRM process involves 1) identifying scenic values, 2) establishing management objectives for those values through the land use planning process, and 3) then designing and evaluating proposed activities to analyze effects and develop mitigations to meet the established VRM objectives.

The BLM Visual Resource Inventory Handbook (Handbook 8410-1; USDI BLM 1986a) sets forth the procedures for inventorying scenic values and establishing VRM objectives, referred to as Management Classes. A visual resource inventory is informational in nature and does not set forth management direction. A visual resource inventory is based on an analysis of three primary criteria influencing visual values: 1) inherent scenic quality, 2) public sensitivity to landscape change, and 3) distance zones from primary travel ways or special areas. These three criteria are ranked for all acres of public land and a final VRM inventory rating is identified.

These ratings are then used during the land use planning process and considered along with other resource objectives to determine final VRM objectives, or classes. BLM policy requires that every acre of BLM land be inventoried and assigned a VRM class ranging from Class I to Class IV. After VRM classes have been established, Bureau policy requires all management activities to be designed to meet the assigned classes. Class IV allows for the most visual change to the existing landscape, while Class I allows the least (Table 3-12).

The Visual Contrast Rating Handbook (Handbook 8431-1; USDI BLM 1986c) is used to provide an objective and consistent method for describing landscape character, evaluating visual effects of activities, and developing mitigation to meet VRM objectives. The contrast rating process involves describing the landscape in the context of the basic environmental design elements and features that comprise it. The elements of form, line, color, and texture are used when describing and evaluating landscapes. Activities or modifications in a landscape that repeat these elements are thought to be in harmony with their surroundings. Modifications that do not harmonize are said to be in contrast with their surroundings. Visual resource design techniques and best management practices (BMPs) are then used in project development to minimize contrast in order to meet the VRM Class objectives established in the LUP.

# Wilderness and other Special Areas

The BLM manages certain lands under its jurisdiction that possess unique and important historical, anthropological, ecological, biological, geological, and paleontological features. These features include undisturbed wilderness tracts, critical habitat, natural environments, open spaces, scenic landscapes, historic locations, cultural landmarks, and paleontologically rich regions. Special management is administered with the intent to preserve, protect, and evaluate these significant components of our national heritage. Most special areas are either designated by an Act of Congress or by Presidential Proclamation, or are created under BLM administrative procedures.

The National Landscape Conservation System is the primary management framework for these specially designated lands. The NLCS was created in June 2000 by the BLM to bring into a single system some of the

BLM_0000345

agency's premier areas. Of the nearly 261 million acres administered by the BLM, nearly 43 million acres on 867 BLM units are managed under the NLCS program (Map 3-12 and Table 3-13). The NLCS designations include National Monuments, National Conservation Areas, Designated Wilderness and WSAs, National Scenic and Historic Trails, and Wild, Scenic, and Recreational Rivers (USDI BLM 2006d).

Fourteen of the 15 BLM-administered National Monuments are areas designated by the President, under the authority of the Antiquities Act of 1906, for the protection of objects of scientific and historical interest that are located on federal lands. Congress has also created a BLM National Monument on which to conserve, protect, enhance and manage public lands. National Conservation Areas, Cooperative Management and Protections Areas, Outstanding Natural Areas, National Recreation Areas, and Forest Reserves are designated by Congress to conserve, protect, enhance, and manage public land areas for the benefit and enjoyment of present and future generations. These 13 areas, totaling 14 million acres, feature exceptional natural, recreational, cultural, wildlife, aquatic, archeological, paleontological, historical, educational, and scientific resources. Additionally, the White Mountains National Recreation Area in Alaska is approximately 1 million acres and was designated by the Alaska National Interest Lands Conservation Act of 1980. The White Mountains National Recreation Area is managed for multiple uses with an emphasis on recreational uses (USDI BLM 2006c).

National Wilderness Areas, designated by Congress, are defined by the Wilderness Act of 1964 as places "where the earth and its community of life are untrammeled by man, where man himself is a visitor who does not remain." Designation is aimed at ensuring that these lands are preserved and protected in their natural condition. Wilderness Areas, which are generally 5,000 acres or more in size, offer outstanding opportunities for solitude or a primitive and unconfined type of recreation; such areas may also contain ecological, geological, or other features that have scientific, scenic, or historical value. The BLM manages 175 Wilderness Areas encompassing nearly 7.2 million acres (USDI BLM 2006d).

Wilderness Study Areas have been designated by the BLM as having wilderness characteristics, thus making them worthy of consideration by Congress for wilderness designation. Currently, the BLM manages 610 WSAs encompassing 14.3 million acres. While Congress considers whether to designate a WSA as

permanent wilderness, the BLM manages the area to prevent impairment of its suitability for wilderness designation.

National Wild and Scenic Rivers (WSRs) are rivers (or river sections) designated by Congress or the Secretary of the Interior, under the authority of the Wild and Scenic Rivers Act (WSRA) of 1968, to protect remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural, or other similar values and to preserve the river in its free-flowing condition. The law recognizes three classes of rivers—wild, scenic, and recreational. Wild rivers are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and water unpolluted. Scenic rivers are free of impoundments with shorelines or watersheds largely undeveloped, but accessible in places by roads. Recreational rivers are readily accessible by road or railroad, may have some development along their shoreline, and/or may have undergone some impoundment or diversion in the past. The BLM manages all or portions of 38 rivers totaling 2,052 miles as part of the National WSR System (USDI BLM 2006d).

Congress, under the National Trails System Act of 1968, designates areas as National Scenic and Historic Trails. National Scenic Trails offer maximum outdoor recreation potential and provide enjoyment of the various qualities (scenic, historical, natural, and cultural) of the areas through which these trails pass. National Historic Trails are extended trails that follow as closely as possible, on federal land, the original trails or routes of travel with national historical significance. Designation identifies and protects historic routes and their historic remnants and artifacts for public use and enjoyment. A designated trail must meet certain criteria, including having a significant potential for public recreational use or interest based on historical interpretation and appreciation.

The NLCS differs from the National Park System and the National Wildlife Refuge System in several ways. Visitor facilities are often located in adjacent communities, providing local economic opportunities and minimizing new development in the special areas. Traditional land uses, such as livestock grazing, are often permitted in these areas, and the local communities and interested public are encouraged to participate in the planning and management of them. Other special areas managed by the BLM outside of the NLCS framework include Areas of Critical Environmental Concern (ACEC), Research Natural Areas, National Natural Landmarks, National

BLM_0000346

TABLE 3-12
Visual Resource Management (VRM) Classes and Objectives and Appropriate Management Activities

| VRM CLASS | Visual Resource Objective | Change Allowed (Relative Level) | Relationship to the Casual Observer |
|---|---|---|---|
| Class I | Preserve the existing character of the landscape. Manage for natural ecological changes. | Very Low | Activities should not be visible and must not attract attention. |
| Class II | Retain the existing character of the landscape. | Low | Activities may be visible, but should not attract attention. |
| Class III | Partially retain the existing character of the landscape. | Moderate | Activities may attract attention but should not dominate the view. |
| Class IV | Provide for management activities which require major modification of the existing character of the landscape. | High | Activities may attract attention, may dominate the view, but are still mitigated. |

Recreation Trails, and a variety of other area designations.

The BLM uses the ACEC designation to highlight public land areas where special management attention is necessary to protect and prevent irreparable damage to important historical, cultural, and scenic values; fish or wildlife resources; or other natural systems or processes. The ACEC designation may also be used to protect human life and safety from natural hazards. The BLM identifies, evaluates, and designates ACECs through its resource management planning process. Allowable management practices and uses, mitigation, and use limitations, if any, are described in the planning document.

Under current guidelines, ACEC procedures also are used to designate Research Natural Areas, Outstanding Natural Areas, and other natural areas requiring special management attention. The National Natural Landmarks Program recognizes and encourages the conservation of outstanding examples of natural history. National Natural Landmarks are designated by the Secretary of the Interior and are the best examples of biological and geological features in both public and private ownership within the U.S. The Recreational Trails Program provides funds to the states to develop and maintain recreational trails and trail-related facilities for both non-motorized and motorized recreational trail uses.

Among these groups, 903 areas comprising nearly 13 million acres are designated as ACECs; 45 areas comprising over 417,000 acres are designated as National Natural Landmarks; and 164 areas comprising over 323,000 acres are designated as Research Natural Areas. An additional 30 million acres fall under various other designations, such as the Lake Todatonten Special Management Area, the Santa Rosa Mountains National

Scenic Area, Herd Management Areas, and Globally Important Bird Areas. In addition, there are over 2,950 miles of vehicle routes and trails designated as National Backcountry Byways and National Recreation Trails (USDI BLM 2006c, d).

The BLM also cooperates with the National Park Service in implementing the National Natural Landmark Program as it applies to public lands. The National Park Service, through the National Natural Landmark Program, designates significant examples of the Nation's ecological and geological heritage.

# Recreation

Public lands provide visitors with a wide range of recreational opportunities, including hunting, fishing, camping, hiking, dog mushing, cross-country skiing, boating, hang gliding, OHV driving, mountain biking, birding, viewing scenery, and visiting natural and cultural heritage sites. In addition to the recreational opportunities afforded the public by wilderness and other special areas discussed earlier, the BLM administers 205,498 miles of fishable streams, 2.2 million acres of lakes and reservoirs, 6,600 miles of floatable rivers, over 500 boating access points, 300 Watchable Wildlife sites, 55 National Back Country Byways, 5,500 miles of National Scenic, Historic, and Recreational Trails, and thousands of miles of multiple use trails used by motorcyclists, hikers, equestrians, and mountain bikers (USDI BLM 2006c).

The BLM's long-term goal is to provide opportunities to the public for environmentally responsible recreation. Over 4,000 communities with a combined population of 23 million people are located within 25 miles of public lands, and approximately 40% of public lands are

BLM_0000347

BLM Vegetation Treatments Using Herbicides
Final Programmatic EIS

3-59

AFFECTED ENVIRONMENT

**TABLE 3-13**
**National Landscape Conservation System and Other Special Designation Areas on Public Lands as of September 2005**

| State | National Landscape Conservation System Area | | | | | | | | | | | | | | | Non-NLCS Area | |
| | Outstanding Natural Areas, Forest Reserve Cooperative Management and Protection Areas, and National Recreation Areas | | National Monuments | | National Conservation Areas | | Wilderness Areas | | Wilderness Study Areas | | Wild, Scenic, and Recreational Rivers | | National, Historic, and Scenic Trails | | Acres of Critical Environmental Concern | |
| | # of Sites | Acres | # of Sites | Acres | # of Sites[1] | Acres[2] | # of Sites[1] | Acres | # of Sites[1] | Acres | # of Sites | Acres/Miles | # of Sites[1] | Mi[2] | # of Sites | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | 1 | 998,772 | - | - | 1 | 1,208,624 | - | - | 1 | 784,238 | 6 | 609,280/952 | 1 | 418 | 41 | 4,545,920 |
| Arizona | | | 5 | 1,775,017 | 3 | 121,277 | 47 | 1,396,466 | 2 | 63,930 | - | - | 2 | 1,003 | 50 | 638,110 |
| California | 1 | 7,400 | 3 | 291,390 | 3 | 10,729,231 | 76 | 3,552,665 | 77 | 974,769 | 6 | 24,800/78 | 4 | 1,690 | 147 | 3,441,407 |
| Colorado | | | 1 | 163,892 | 2 | 185,773 | 4 | 139,524 | 54 | 621,737 | - | - | - | - | 68 | 648,166 |
| Idaho | | | 1 | 274,800 | 1 | 484,034 | 1 | 802 | 66 | 1,341,709 | - | - | 4 | 1,472 | 95 | 580,973 |
| Montana | | | 2 | 375,027 | - | - | 1 | 6,000 | 40 | 450,823 | 1 | 89,300/149 | 3 | - | 43 | 248,576 |
| Nebraska | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nevada | | | - | - | 3 | 1,043,422 | 38 | 1,758,613 | 71 | 2,877,917 | - | - | 1 | 711 | 36 | 1,358,234 |
| New Mexico | | | 1 | 4,124 | 1 | 227,100 | 3 | 139,281 | 60 | 970,532 | 2 | 22,720/71 | 3 | 60 | 151 | 595,001 |
| North Dakota | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oklahoma | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oregon | 2 | 428,156 | 1 | 52,947 | - | - | 4 | 186,723 | 97 | 2,337,762 | 23 | 254,438/803 | 3 | - | 200 | 894,135 |
| South Dakota | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Texas | | | - | - | - | - | - | - | - | - | - | - | 1 | - | - | - |
| Utah | | | 1 | 1,870,800 | 1 | - | 3 | 27,720 | 99 | 3,260,120 | - | - | 3 | - | 59 | 1,267,389 |
| Washington | | | - | - | - | - | 1 | 7,140 | 1 | 5,518 | - | - | - | - | - | - |
| Wyoming | | | - | - | - | - | - | - | 42 | 575,841 | - | - | 6 | 213 | 38 | 696,894 |
| Total | 4 | 1,434,328 | 15 | 4,807,997 | 13 | 13,999,461 | 175 | 7,214,934 | 610 | 14,264,896 | 38 | 1,005,538/2,052 | 12 | 5,567 | 928 | 14,914,805 |

[1] Figures in the number column do not add up to the total shown at the bottom since areas may cross state lines and are reported in the count for each state.
[2] Acreages/miles for multi-state sites are provided only for the state in which the majority of site is located.
Source: BLM Public Land Statistics (USDI BLM 2006d).

June 2007

AFFECTED ENVIRONMENT

located within a day's drive of a major urban area (USDI BLM 2006c).

Most BLM lands are managed as Extensive Recreation Management Areas (ERMAs), where management consists primarily of providing basic information and access. Dispersed recreation occurs in ERMAs, and visitors have the freedom of recreational choice with minimal regulatory constraints. Significant public recreation issues or management concerns are limited in these areas, and nominal management suffices.

Special Recreation Management Areas (SRMAs) are places where special or intensive recreation management is needed. SRMAs include congressionally recognized areas, such as WSRs, parts of the National Trail System, National Recreation Areas, and Wilderness Areas. In addition, administratively recognized areas where issues or management concerns may require special or intensive management are also designated. Areas where visitor use may cause user conflicts, visitor safety problems, or resource damage are also included. These more intensively used areas require direct supervision of recreational activities and of commercial and BLM-regulated recreation operations. Most SRMAs require selective vegetation treatments to protect visitors from hazards and/or adverse effects associated with certain plants, and replanting of vegetation in highly disturbed areas to improve appearance.

BLM field offices reported 56 million recreational visits to BLM public lands and waters in FY 2005, an increase of nearly 4% from the previous year. The total amount of time spent on public lands, reported as visitor days, was estimated at 66.2 million visitor days, down 5% from the previous year (Table 3-14; USDI BLM 2006d). The greatest number of visitor days occurred in Arizona and California. Overall, developed recreational sites were used about as frequently as non-developed dispersed areas. Recreational use of public lands consists predominately of camping and picnicking, which represented 43% of all visitor days in 2005. Other important recreational activities include non-motorized travel, such as hiking, horseback riding, and mountain biking (10%); off-highway travel (10%); hunting (8%); and viewing public land resources and interpretation and education (6%). The remaining visitor days were associated with driving for pleasure, special events, sports and activities, power and non-power boating, fishing, and swimming. Snow- and ice-based activities, such as cross-country skiing, snowmobiling, and snowshoeing, represented less than 1% of visitor days (USDI BLM 2006c).

Commercial revenues generated by recreation on BLM lands are discussed in the Social and Economic Values section of this chapter.

**TABLE 3-14**
**Estimated Recreation Use of Public Lands**
**during Fiscal Year 2005**

| State | Number of Visitor Days[1] (thousands) | | |
|---|---|---|---|
| | Recreation Sites | Dispersed Areas | Total[2] |
| Alaska | 297 | 921 | 1,218 |
| Arizona | 7,541 | 1,776 | 13,958 |
| California | 8,426 | 8,776 | 17,246 |
| Colorado | 1,637 | 3,021 | 4,776 |
| Idaho | 1,234 | 2,847 | 4,102 |
| Montana, North Dakota, and South Dakota | 920 | 2,528 | 3,448 |
| Nevada | 915 | 4,644 | 5,560 |
| New Mexico, Oklahoma, and Texas | 581 | 1,416 | 1,997 |
| Oregon and Washington | 2,015 | 3,712 | 5,727 |
| Utah | 1,912 | 3,883 | 6,226 |
| Wyoming and Nebraska | 630 | 1,258 | 1,890 |
| Total | 26,108 | 34,782 | 66,178 |

[1] One visitor day equals 12 visitor hours.
[2] Includes visitor days for recreation lease sites and recreation partnership sites.
Source: BLM Public Land Statistics (USDI BLM 2006d).

# Rights-of-way, Facilities, and Roads

## Rights-of-way

Under FLPMA and the Mineral Leasing Act provisions, the BLM issues ROW grants to authorize the construction, operation, and maintenance of a wide range of projects on public lands. These include petroleum pipelines, electrical transmission lines, telecommunications lines, energy development and distribution facilities, water facilities, communication sites, and roads. Rights-of-way for roads, trails, and other infrastructure needs are appropriated for use by the BLM and other federal agencies (e.g., Forest Service, Federal Highway Administration, and Bonneville Power Administration) under Section 507 of FLPMA. In FY 2005, there were over 90,000 ROWs on public lands, and the BLM processes more than 4,000

BLM_0000349

new applications each year. Energy-related applications comprise about 60% of new applications (USDI BLM 2006c). Demand for ROWs on public lands is expected to increase substantially during the next decade due to energy needs, changes in the utility industry, and increased urbanization.

The length and width of an ROW (and the resulting acreage of public lands) is dependant on a variety of physical and operational factors, including topography, geology, safety, type of use or uses proposed within the ROW, current technology, and access needs. Rights-of-way may also be subject to controls or limitations prescribed by law or identified within BLM land use plans. The BLM encourages the utilization of ROWs in common, where practical, in order to minimize adverse environmental impacts. The BLM land use plans identify ROW corridors for existing and future ROW development.

Rights-of-way are issued for short-term use of public lands or in perpetuity. Right-of-way grants generally include provisions that authorize the holder to manage vegetation within and adjacent to the ROW using methods approved by the BLM. The scope and intensity of vegetation management treatments within ROWs are operationally specific and highly variable. Inspections are conducted at periodic intervals to assess vegetation treatment needs within the ROW. Several techniques are used to manage vegetation in ROW. Preeemergence or postemergence herbicides can be applied to prevent or control young emerging and existing vegetation. Mechanical methods, such as mowing, are also used to eliminate undesirable vegetation. In certain situations, livestock have been used to selectively remove undesirable plant species, in a targeted approach. Vegetation can interfere with ROW site access and facility maintenance, interfere with electric power flow, and pose safety problems for workers and other users of ROW. The development and maintenance of ROW has significant impacts on vegetation. The removal of the existing vegetation during construction activities results in increases in bare ground that can facilitate the introduction and spread of non-native and invasive plant species. The relatively open nature of ROW makes them attractive to many recreationists, including OHV enthusiasts, horseback riders, and hikers. However these activities can also facilitate the spread of invasive species that are present on ROW.

## Facilities and Roads

The BLM operates or oversees operation on numerous facilities on public lands. These include oil, gas, geothermal, and mineral exploration and production sites, including over 21,000 production sites; 510 campgrounds, 87 interpretive centers, and other recreational facilities; over 4,300 buildings and 713 administrative sites; over 76,000 miles of roads; and communication facilities (USDI BLM 2006c).

Construction and operations disturbance can often introduce noxious weeds and other invasive vegetation to facility sites and roads. In general, vegetation management at facilities focuses on controlling vegetation that can pose a safety or fire hazard, or is not aesthetically pleasing. In such situations the vegetation is managed using several methods, which can be integrated into an effective management process. Residual herbicides, applied to vegetation before or after emergence, offer extended management in areas where bare ground is required for safety purposes. Mechanical methods, such as mowing, and manual control by hand pulling have been used to manage vegetation along roads, as well as in sensitive areas.

# Social and Economic Values

## Social/Demographic Environment

The western U.S., including Alaska, is more sparsely populated than the rest of the U.S., containing about 32% of the total U.S. population, but comprising approximately 65% of the total land area. In 2000, over 89 million people lived in this region, with over 50 million in California and Texas, alone (Table 3-15). Population density is relatively low, averaging about 40 people per mi$^2$, which is half of the national average of nearly 80 people per mi$^2$. Density ranges from about 1 person per mi$^2$ in Alaska to over 217 persons per mi$^2$ in California. Based on 2000 census data, population growth between 1990 and 2000 averaged over 16%, which was slightly higher than the national average. Many of the western states, however, exceeded the national average, with growth rates of 20% or higher during this time period.

Within regions of the western states, mobility patterns of the population were evident. Population declined in rural areas and increased in urban areas. Growth of the western states during this time occurred predominantly in WUI areas, due to expansion of urban population areas into previously rural areas.

The western U.S. contains a large percentage of the nation's minority populations, including over 60% of the nation's Hispanics and American Indians, and over

AFFECTED ENVIRONMENT

50% of the nation's Asian/Pacific Islanders. In particular, Arizona, California, New Mexico, and Texas contain large Hispanic populations, which comprise from 25 to over 40% of the total population in each of these states. Over 15% of Alaska's population is comprised of American Indians.

The age distribution of the population of the western U.S. is similar to the nationwide distribution. Approximately 27% of the population is under 18 years of age, while about 11% is over 65. Alaska and Utah are slight exceptions, with a higher percentage of people under 18 (over 30%) and a lower percentage of people over 65 (5% and 8%, respectively).

## Economic Environment

### Employment

Between 1990 and 2000, employment growth in the western U.S. averaged 21%, which slightly exceeded the national average of about 18%. Nevada and Arizona had the most employment growth overall (60% and 42%, respectively) while California and Alaska had below-average employment growth of less than 15%. Most employment growth during this time occurred in the management, professional, and related occupations (26%) and in the service sector (15%), while negligible growth occurred in the manufacturing sector.

In December 2006, the nationwide unemployment rate was 4.5% (Table 3-16). Unemployment rates in the western U.S. exceeded the national average, with the greatest unemployment in Alaska (6.7%), Oregon (5.4%), and Washington (5.0%). The unemployment rate was lowest in Utah (2.6%) and Montana (2.9%; U.S. Department of Labor Bureau of Labor Statistics 2007). Unemployment rates were generally higher for African Americans and Hispanics than other races.

Over 23% of the nation's employment opportunities, amounting to over 40 million jobs, are located in the western U.S. (Table 3-17). Employment in the trade and services industries accounts for over half of the total jobs. Industries related to natural resources, such as agriculture and mining, are important sources of employment and represent nearly one third of the nation's agricultural services, forestry, and fishing jobs. Employment in the government and military sector is higher in Alaska than in other states, accounting for 27% of total jobs versus about 17% overall in the western U.S.

### Income

In 2000, the per capita income in the western U.S. was $20,215, which was similar to the national average of $21,690. Per capita income was greatest in Colorado, Washington, Alaska, and California, and lowest in Montana, Idaho, and Utah. In 1999, approximately 12% of the population of the western U.S. lived below the poverty level, which was consistent with the national average. The highest poverty rates occurred in Montana, California, and Arizona, while the lowest rates occurred in Alaska, Colorado, and Utah (U.S. Department of Commerce Bureau of the Census 2004).

In 1999, the highest mean annual income in the western U.S. was paid to individuals employed by the federal government ($63,048), followed by the mining ($57,458), transportation and public utilities ($50,397), and manufacturing ($50,201) sectors. The lowest average income was realized by those working in the agricultural services, forestry, and fishing ($18,845) and retail trade ($20,332) industries (U.S. Department of Commerce Bureau of the Census 2004).

## Revenues Generated by BLM Lands

The BLM allows land use for authorized private commercial activities such as energy and mineral commodity extraction, timber harvesting, livestock grazing, recreation, and the development of ROW on public land. Income generated by public land is used to assist state and local governments, support the General Fund of the U.S. Treasury, and offset charges for program operations where certain fees collected can be retained by the BLM. During FY 2005, the BLM collected nearly $1.6 billion from a variety of land uses in the western U.S. (Table 3-18).

Operating revenues from mineral leases and permits totaled $178.3 million in FY 2005 (USDI BLM 2006c). These receipts include rental collections from oil and gas ROW, revenues from developed lands within the Naval Oil Shale Reserve in Colorado, lease rentals and bonus bids from the National Petroleum Reserve in Alaska, and fees related to mining claims, holding fees, and non-operating revenues.

Woodland products are an important commodity and source of revenue generated on public lands. These products include timber; other wood products, such as fuelwood, posts, and poles; and non-wood forest products, such as Christmas trees, cactus, seed, yucca, pinyon nuts, mushrooms, and yew bark. During FY 1997 to 2005, an average of approximately $35 million was generated annually from woodland products

BLM_0000351

BLM Vegetation Treatments Using Herbicides
Final Programmatic EIS

### TABLE 3-15
### Population, Age Distribution, and Race in the Western States and Alaska

| State | Population 2000 (thousands) | Percent Change from 1990 | Density (per mi²) | Age Distribution | | Percent of Hispanic Origin | Percent of Both Hispanic and Non-Hispanic Origin | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Percent Under 18 | Percent Over 65 | | Caucasian | African American | American Indian | Asian/Pacific Islander | Other | More than 1 Race |
| Alaska | 627 | 12.3 | 1.1 | 30.2 | 5.4 | 4.1 | 69.3 | 3.5 | 15.6 | 4.5 | 1.6 | 5.4 |
| Arizona | 5,131 | 28.6 | 45.2 | 26.5 | 12.6 | 25.3 | 75.5 | 3.1 | 5.0 | 1.9 | 11.6 | 2.9 |
| California | 33,877 | 12.1 | 217.2 | 27.2 | 10.1 | 32.4 | 59.5 | 6.7 | 1.0 | 11.2 | 16.8 | 4.7 |
| Colorado | 4,301 | 23.4 | 41.5 | 25.5 | 9.2 | 17.1 | 82.8 | 3.8 | 1.0 | 2.3 | 7.2 | 2.8 |
| Idaho | 1,294 | 22.2 | 15.6 | 28.4 | 10.7 | 7.9 | 91.0 | 0.4 | 1.4 | 1.0 | 4.2 | 2.0 |
| Montana | 902 | 11.4 | 6.2 | 25.3 | 12.5 | 2.0 | 90.6 | 0.3 | 6.2 | 0.6 | 0.6 | 1.7 |
| Nebraska | 1,711 | 8.4 | 22.3 | 26.3 | 13.6 | 5.5 | 89.6 | 4.0 | 0.9 | 1.3 | 2.8 | 1.4 |
| Nevada | 1,998 | 39.9 | 18.2 | 25.5 | 10.6 | 19.7 | 75.2 | 6.8 | 1.3 | 4.9 | 8.0 | 3.8 |
| New Mexico | 1,819 | 16.7 | 15.0 | 27.8 | 11.2 | 42.1 | 66.8 | 1.9 | 9.5 | 1.2 | 17.0 | 3.6 |
| North Dakota | 642 | 0.5 | 9.3 | 24.9 | 13.5 | 1.2 | 92.4 | 0.6 | 4.9 | 0.6 | 0.4 | 1.2 |
| Oklahoma | 3,460 | 9.7 | 50.3 | 25.9 | 13.2 | 5.2 | 76.2 | 7.6 | 7.9 | 1.5 | 2.4 | 4.5 |
| Oregon | 3,421 | 16.9 | 35.6 | 24.6 | 12.2 | 8.0 | 86.6 | 4.6 | 1.3 | 3.2 | 4.2 | 3.1 |
| South Dakota | 755 | 7.8 | 9.9 | 26.5 | 13.1 | 1.4 | 88.7 | 0.6 | 8.3 | 0.6 | 0.5 | 1.3 |
| Texas | 20,852 | 22.8 | 79.6 | 28.2 | 9.9 | 32.0 | 71.0 | 11.5 | 0.6 | 2.8 | 11.7 | 2.5 |
| Utah | 2,233 | 22.9 | 27.2 | 32.0 | 8.2 | 9.0 | 89.2 | 0.8 | 1.3 | 2.4 | 4.2 | 2.1 |
| Washington | 5,894 | 17.4 | 88.6 | 25.6 | 10.6 | 7.5 | 81.8 | 3.2 | 1.6 | 5.9 | 3.9 | 3.6 |
| Wyoming | 494 | 8.1 | 5.1 | 25.9 | 11.0 | 6.4 | 92.1 | 0.8 | 2.3 | 0.7 | 2.5 | 1.8 |
| United States | 281,422 | 11.6 | 76.6 | 25.6 | 11.7 | 12.5 | 75.1 | 12.3 | 0.9 | 3.7 | 5.5 | 2.4 |
| Western States | 89,406 | 16.5 | 40.5 | 27.1 | 10.5 | 24.9 | 70.7 | 6.5 | 1.9 | 6.0 | 11.4 | 3.6 |
| Percentage of Total U.S. | 31.8 | - | - | 33.7 | 28.5 | 63.2 | 29.9 | 16.7 | 68.3 | 50.3 | 66.3 | 46.7 |

Source: U.S. Department of Commerce Bureau of the Census (2004).

AFFECTED ENVIRONMENT

AFFECTED ENVIRONMENT

**TABLE 3-16**
**Percent Unemployment for Western U.S. and Alaska**

| State | Year | | |
|---|---|---|---|
| | 1990 | 2000 | December 2005 |
| Alaska | 7.0 | 6.6 | 6.7 |
| Arizona | 5.5 | 3.9 | 4.1 |
| California | 5.8 | 4.9 | 4.8 |
| Colorado | 5.0 | 2.7 | 4.0 |
| Idaho | 5.9 | 4.9 | 3.2 |
| Montana | 6.0 | 4.9 | 2.9 |
| Nebraska | 2.2 | 3.0 | 3.1 |
| Nevada | 4.9 | 4.1 | 4.4 |
| New Mexico | 6.5 | 4.9 | 3.8 |
| North Dakota | 4.0 | 3.0 | 3.2 |
| Oklahoma | 5.7 | 3.1 | 3.8 |
| Oregon | 5.6 | 4.9 | 5.4 |
| South Dakota | 3.9 | 2.3 | 3.2 |
| Texas | 6.3 | 4.2 | 4.5 |
| Utah | 4.3 | 3.2 | 2.6 |
| Washington | 4.9 | 5.2 | 5.0 |
| Wyoming | 5.5 | 3.9 | 3.0 |
| United States | 5.6 | 4.0 | 4.5 |
| Source: U.S. Department of Labor Bureau of Labor Statistics (2007). | | | |

harvested from public lands, the majority of which came from timber sales. The average volume of timber harvested annually between 1997 and 2005 was approximately 30 million cubic feet. The revenue generated from timber sales has generally decreased over the past 8 years, from $83.6 million in 1997 to $36.1 million in 2005 (USDI BLM Public Land Statistics 1997-2006).

Ninety percent of income from the sale of timber and other vegetative materials is derived from Oregon and California and Coos Bay (Oregon) Wagon Road Grant Lands. Timber harvest levels on these lands are guided by the direction of the Northwest Forest Plan. Timber sales on other public lands include sales from salvage timber and forest health projects.

Grazing fees are derived using a formula established in the *Public Rangelands Improvement Act of 1978*, which is based on several index factors, including private land lease rates, beef cattle prices, and the cost of production. In 2006, the fee was $1.56 per AUM, down from $1.79 in 2005 (USDI BLM 2006c). Approximately $14.5 million was collected in grazing receipts in 2005. Half of the grazing fees are used by

the BLM for rangeland improvements (USDI BLM 2006d).

Fees are charged at many public recreation sites to provide for maintenance and improvement, and include access fees for Entrance Permits, Special Area Permits, Daily Use Permits, Commercial, Competitive, and Group Permits, Leases, and Passports. At other locations, generally those without public facilities, no fees are charged. In FY 2005, nearly 79% of recreational use on public lands, in terms of visitor days, occurred in non-fee areas (USDI BLM 2006d). The BLM also issues special recreation permits to qualified commercial companies and organized groups such as outfitters, guides, vendors, and commercial competitive event organizers who conduct activities on both fee and non-fee lands. Nearly $13.3 million were collected in recreation fees in 2005 (USDI BLM 2006d).

In FY 2005, sales of public land and material, including receipts from the sale of public land, and the sale of vegetative and mineral materials, totaled nearly $1.5 billion, of which nearly $1.2 billion were from the sale of certain public lands in Clark County, Nevada, near the city of Las Vegas, under the *Southern Nevada Public Land Management Act* (USDI BLM 2006c).

In addition to providing revenue for the BLM, all of the major public land activity categories generate economic benefits to the communities and states in which they occur. For example, there are nearly 18,000 grazing leases in force on public lands, supporting over 12.7 million AUMs (Table 3-6). Alaska and Texas have no grazing permits in force. The value of these grazing permits and the acreage they entail vary widely depending on the location, soil characteristics, and precipitation. The availability of public land grazing leases is highly beneficial, if not crucial, to some ranching operations, however, and consequently is very important to many rural communities throughout the West.

Similarly, mineral development is an economic mainstay of many western communities. Table 3-17 illustrates the relative importance to the employment base of mineral extraction, particularly in Arizona, Wyoming and Nevada. Each of these states, plus Alaska, has a much higher percentage of employment in mining/natural resource industry than the average for the West as a whole. This industry sector includes oil and gas, coal, aggregates, and hard rock minerals such as gold and copper. Alaska's oil industry not

**TABLE 3-17**
**Percent Employment by Industry in 2004**

| State | Agriculture | Mining and Natural Resources | Construction | Manufacturing | Transportation and Public Utilities | Trade (Wholesale and Retail) | Finance, Insurance, and Real Estate | Services | Government | Other | Total Number (thousands) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | 0.3 | 3.5 | 6.5 | 3.5 | 20.6 | 13.8 | 4.8 | 7.7 | 27.4 | 3.6 | 301 |
| Arizona | 2.7 | 8.6 | 8.4 | 7.2 | 19.0 | 15.8 | 6.8 | 14.0 | 17.6 | 3.7 | 2,379 |
| California | 3.1 | 0.2 | 5.8 | 10.5 | 18.9 | 15.5 | 0.6 | 15.1 | 16.4 | 3.4 | 14,633 |
| Colorado | 2.0 | 0.7 | 7.0 | 7.0 | 18.7 | 15.3 | 7.1 | 13.9 | 16.7 | 4.0 | 2,186 |
| Idaho | 6.5 | 0.8 | 7.3 | 10.3 | 19.8 | 16.5 | 4.6 | 12.9 | 19.7 | 3.1 | 600 |
| Montana | 6.5 | 1.7 | 6.5 | 4.6 | 20.8 | 17.0 | 5.2 | 8.4 | 21.4 | 4.0 | 410 |
| Nebraska | 6.9 | 0.1 | 5.3 | 11.0 | 21.6 | 16.1 | 6.9 | 10.3 | 17.8 | 3.8 | 917 |
| Nevada | 1.4 | 7.8 | 10.2 | 4.0 | 17.0 | 14.1 | 5.4 | 8.1 | 14.0 | 3.0 | 1,165 |
| New Mexico | 2.5 | 1.9 | 6.4 | 4.6 | 17.3 | 14.4 | 4.4 | 11.4 | 25.3 | 3.6 | 799 |
| North Dakota | 8.8 | 1.1 | 5.4 | 7.0 | 21.3 | 17.4 | 5.6 | 7.1 | 23.0 | 4.6 | 341 |
| Oklahoma | 3.3 | 2.2 | 4.3 | 9.7 | 18.8 | 15.2 | 5.7 | 10.8 | 20.5 | 5.0 | 1,472 |
| Oregon | 4.3 | 0.6 | 5.3 | 12.6 | 19.9 | 16.4 | 6.1 | 11.1 | 17.9 | 3.6 | 1,624 |
| South Dakota | 9.2 | 0.2 | 5.4 | 9.9 | 20.3 | 17.2 | 7.2 | 6.2 | 19.7 | 4.2 | 385 |
| Texas | 2.9 | 1.6 | 5.9 | 9.3 | 20.6 | 16.4 | 6.2 | 11.3 | 17.7 | 3.8 | 9,519 |
| Utah | 2.4 | 0.7 | 6.8 | 10.3 | 19.8 | 15.7 | 5.8 | 12.6 | 18.0 | 2.9 | 1,119 |
| Washington | 2.9 | 0.3 | 6.3 | 9.6 | 19.2 | 15.8 | 5.8 | 11.2 | 19.3 | 3.7 | 2,752 |
| Wyoming | 5.5 | 8.1 | 8.2 | 3.8 | 19.1 | 14.4 | 4.1 | 6.0 | 25.4 | 3.7 | 259 |
| Western U.S. | 3.2 | 0.8 | 5.8 | 9.3 | 19.5 | 15.8 | 6.1 | 12.8 | 17.6 | 3.6 | 40,861 |

Source: U.S. Department of Labor Bureau of Labor Statistics (2004).

only supports ongoing employment, it contributes toward minimizing taxes for all state residents and has provided a substantial cash rebate to residents over the years.

The BLM estimated the benefits to local economies from recreation on public lands. These estimates serve as one example of the economic activity that depends on the public land base. Recreational activity provides revenue for local economies through expenditures associated with activities such as hunting, fishing, and wildlife viewing (Table 3-19). In FY 2005, an estimated $3 billion was injected into local economies through these recreation-associated expenditures (USDI BLM 2006c, d). These activities produce indirect financial benefits to community businesses providing food, lodging, equipment sales, transportation, and other services. State fish and wildlife management agencies also benefit from spending associated with these activities from sources such as state tax revenue and state administered fishing and hunting license programs.

## Expenditures by the BLM

The budget for the BLM was $1.78 billion in FY 2006, and is projected to be $1.8 billion in FY 2007 (USDI BLM 2006c). In FY 2006, $848 million was allocated to management of lands and resources (Table 3-20). These expenditures included integrated management of public land, renewable and cultural resources, fish and wildlife, threatened and endangered species, recreation, and energy and minerals.

### Wildland Fire Management

While the amount budgeted for wildland fire management may be relatively consistent from year to year, the cost of fighting fires has varied substantially. The USDI allocated $800 million to wildland fire management for FY 2006 for all USDI fire efforts (USDI BLM 2006c).

Table 3-21 shows the BLM's fire suppression expenditures for recent years. The variability often

BLM_0000354

AFFECTED ENVIRONMENT

TABLE 3-18
Revenues Generated from Public Lands by Source for Fiscal Year 2005

| State | Mineral Leases | Timber Sales | Land and Material Sales | Grazing Fees | Recreation Fees | Other[1] | Total |
|---|---|---|---|---|---|---|---|
| Alaska | $64,139,369 | $17,490 | $202,736 | $0 | $260,115 | $801,390 | $65,421,100 |
| Arizona | 91,485 | 2,675 | 2,509,213 | 769,358 | 1,217,641 | 1,828,752 | 6,419,124 |
| California | 220,665 | 1,605,477 | 1,388,651 | 267,679 | 3,347,666 | 2,815,390 | 9,645,528 |
| Colorado | 15,499,973 | 38,502 | 640,191 | 617,622 | 424,138 | 667,176 | 17,887,602 |
| Idaho | 31,700 | 558,581 | 218,056 | 1,622,749 | 579,963 | 828,918 | 3,839,967 |
| Montana | 2,517,912 | 610,113 | 139,909 | 2,039,872 | 307,467 | 221,436 | 5,836,709[2] |
| Nebraska | 0 | 0 | 0 | 1,510 | 0 | 0 | 1,510 |
| Nevada | 130,948 | 6,441 | 1,240,628,540 | 2,101,628 | 2,140,736 | 4,838,503 | 1,249,846,796 |
| New Mexico | 957,739 | 14 | 3,739,748 | 2,174,496 | 396,957 | 721,915 | 7,990,869 |
| North Dakota | 2,172 | 0 | 1,573 | 18,731 | 0 | 2,460 | 24,936 |
| Oklahoma | 13,834 | 0 | 0 | 236 | 0 | 0 | 14,070 |
| Oregon | 14,861 | 23,507,514 | 271,822 | 1,278,627 | 1,980,602 | 1,322,489 | 28,375,915 |
| South Dakota | 201 | 33,428 | 1,018 | 174,142 | 0 | 4,601 | 213,390 |
| Texas | 634 | 0 | 0 | 0 | 0 | 0 | 634 |
| Utah | 129,034 | 25 | 586,121 | 1,136,093 | 2,155,660 | 656,863 | 4,663,796 |
| Washington | 84 | 10,455 | 28,165 | 51,906 | 0 | 18,028 | 108,638 |
| Wyoming | 851,335 | 23,070 | 1,622,279 | 2,285,227 | 218,650 | 1,026,460 | 6,027,021 |
| Other | 93,700,388[3] | 0 | 0 | 0 | 0 | 0 | 93,700,388 |
| Total | 178,302,334 | 26,413,785 | 1,252,024,986 | 14,539,876 | 13,029,595 | 115,754,381 | 1,498,906,604 |

[1] Includes fees and commissions, ROW rents, rent of land, and other sources.
[2] Includes Land Utilization Project land purchased by the federal government under Title III of the Bankhead-Jones Farm Tenant Act and subsequently transferred to the USDI.
[3] Includes mining claim and holding fees and non-operating revenue.
Source: BLM Public Land Statistics (USDI BLM 2006d).

TABLE 3-19
Estimated Benefits to Local Economies by Recreation on Public Lands in Fiscal Year 2005

| State[1] | Fishing Expenditures | Hunting Expenditures | Wildlife Viewing Expenditures | Total |
|---|---|---|---|---|
| Alaska | $116,425,359 | $22,158,084 | $80,372,999 | $218,956,442 |
| Arizona | 17,251,493 | 45,326,644 | 154,080,147 | 216,658,284 |
| California | 54,815,364 | 82,363,747 | 411,761,577 | 548,940,688 |
| Colorado | 74,107,778 | 154,416,602 | 98,545,120 | 327,069,500 |
| Idaho | 44,282,994 | 72,746,698 | 66,800,278 | 183,829,970 |
| Montana | 13,377,194 | 23,635,550 | 33,670,436 | 70,683,180 |
| Nevada | 43,973,306 | 101,344,319 | 193,650,554 | 338,968,179 |
| New Mexico | 21,802,203 | 27,218,884 | 106,404,864 | 155,425,951 |
| Oregon | 60,958,338 | 140,939,262 | 219,081,863 | 420,979,463 |
| Utah | 46,208,009 | 92,412,855 | 245,410,668 | 384,031,532 |
| Washington | 1,876,536 | 2,044,106 | 5,274,085 | 9,194,727 |
| Wyoming | 10,459,904 | 39,947,204 | 85,394,947 | 135,802,055 |
| Total | 505,538,478 | 804,553,955 | 1,700,447,538 | 3,010,539,971 |

[1] Estimates include only states with more than 75,000 acres of public lands. No estimates were made for Nebraska, North Dakota, Oklahoma, South Dakota, and Texas.
Source: BLM Public Lands Statistics (USDI BLM 2006d).

TABLE 3-20
**Summary of BLM Jobs and Expenditures for the Management of the Lands and Resources Program by Activity and Subactivity (dollars in thousands)**

| Activity/Subactivity | 2005 (Actual) | | 2006 (Enacted) | |
|---|---|---|---|---|
| | FTE[1] | Amount | FTE[1] | Amount |
| Management of Lands and Resources | 6,287 | $836,826 | 6,138 | $847,632 |
| Land Resources | 1,493 | 188,014 | 1,456 | 187,613 |
| Soil, Water, Air | 246 | 34,738 | 240 | 33,838 |
| Range Management | 6,880 | 69,183 | 658 | 69,870 |
| Forest Management | 72 | 8,895 | 75 | 10,404 |
| Riparian Management | 195 | 21,228 | 190 | 22,124 |
| Cultural Resources | 130 | 14,925 | 127 | 15,015 |
| Wild Horse and Burros | 170 | 39,045 | 166 | 36,362 |
| Wildlife and Fisheries | 298 | 36,947 | 302 | 40,480 |
| Wildlife Management | 197 | 25,063 | 202 | 28,166 |
| Fisheries Management | 101 | 11,884 | 100 | 12,314 |
| Threatened and Endangered Species | 176 | 21,144 | 171 | 21,254 |
| Recreation | 553 | 60,589 | 548 | 65,131 |
| Wilderness Management | 145 | 16,431 | 141 | 16,559 |
| Recreation Resource Management | 408 | 44,158 | 407 | 48,752 |
| Resource Protection | 536 | 81,501 | 527 | 84,358 |
| Energy and Minerals | 1,009 | 106,631 | 993 | 108,157 |
| Realty and Ownership | 731 | 92,624 | 710 | 88,978 |
| Transportation Facilities and Maintenance | 426 | 77,813 | 395 | 76,646 |
| Workforce Organization and Support | 626 | 142,161 | 611 | 144,446 |
| Alaska Minerals | 15 | 3,944 | 11 | 2,263 |
| Other[2] | 663 | 25,458 | 639 | 27,306 |

[1] Full Time Equivalent.
[2] Includes Communications Sites Management, Mining Law Administration, Land Resources Information Systems, Challenge Cost Share, and Reimbursable programs.
Source: USDI BLM (2006c).

results from changing weather, but terrain, vegetation, and proximity to populated areas all contribute to the cost of fighting a fire.

The cost of fire suppression also depends on the number and size of fires. Approximately 95% of wildland fires are controlled in the initial attack, when they are relatively small and not yet seriously out of control. Table 3-22 illustrates the acreage lost to large fires (greater than 10,000 acres) in recent years. Notably, there were relatively few large fires in 2001 and 2003, which likely contributed to reduced suppression expenditures in those years. 2004 was an anomaly in that costs remained relatively low despite an extremely large acreage lost to fire. The most likely reason is that nearly all of the large fires that year were in Alaska, and several were sufficiently remote, or in such rugged terrain, that they were allowed to burn without a major effort to control them.

**Hazardous Fuels Reduction**

Reducing the hazardous fuels available to sustain a wildland fire can be costly. The USDI treated 542,568 acres in the WUI during 2005 at an average cost of $244 per acre. Treatment can cost up to $5,000 per acre for labor-intensive, small, mechanical treatments in forested WUI areas. During the same year, the USDI treated 726,835 acres in non-WUI areas at a cost of about $104 per acre (USDI BLM 2006c).

**Weed Management**

Herbicides and other vegetation management methods are employed to control invasive plant species, which have caused a variety of problems on public lands. The Vegetation section of this chapter addresses several major types of weed infestations on public lands. As Duncan and Clark (2005) noted, "The economic impact of most (weed) species is poorly documented. This is generally due to the lack of quantitative information on

AFFECTED ENVIRONMENT

ecosystem impacts and the challenge of assessing non-market cost such as those to society and the environment (e.g., changes in fire frequency, wildlife habitat, aesthetics, loss of biodiversity)."

**TABLE 3-21**
**BLM Wildland Fire Suppression Expenditures**
**Fiscal Year 1998 through Fiscal Year 2005**

| Fiscal Year | Expenditure | Percent Change from Prior Year |
|---|---|---|
| 1998 | $ 63,470,000 | NA |
| 1999 | 85,724,000 | 35.1 |
| 2000 | 228,394,000 | 166.4 |
| 2001 | 192,115,000 | -15.9 |
| 2002 | 204,666,000 | 6.5 |
| 2003 | 151,994,000 | -25.8 |
| 2004 | 158,626,000 | 4.4 |
| 2005 | 218,445,000 | 39.7 |
| NA = Not applicable | | |
| Source: USDI BLM (2006c). | | |

Expenditures for herbicides used on BLM land are a relatively small part of the agency's budget, accounting for only a little more than $2.7 million in FY 2005 (Table 3-23). Table 3-23 includes only the cost of the chemicals; labor and equipment costs for herbicide application are in addition to the costs shown. The BLM estimated it spent $9.6 million to treat approximately 205,000 acres ($47 per acre) to treat weeds during FY 2005; These costs included herbicide, labor, and equipment costs. The cost of herbicides can vary dramatically, depending on the type selected and the method of application. Costs can also vary significantly by geographic region, vendor, type of chemical (generic versus branded), and size and terrain of the application target area. The Forest Service estimated the average cost per acre at $100 for ground applications and $25 for aerial applications (USDA Forest Service 2005). The BLM's range of estimated application costs is even broader. For ground applications, BLM's estimates range from $50 to $300 per acre for backpack or ATV applications and $25 to $75 per acre for boom sprayer applications. Aerial applications are estimated at $6 to $40 per acre for fixed-wing aircraft and $25 to $200 per acre for helicopter applications.

It is estimated that downy brome infests over 56 million acres in the 17 western states and that the infestation is growing at 14% per year (Duncan and Clark 2005). As indicated in Table 3-5, more than 90 million acres of public lands are infested with downy brome and other brome species. Downy brome can increase the frequency and intensity of wildfire and destroy the

structure of the native plant communities, particularly sagebrush habitats. Because of its widespread dominance, downy brome has become the most important forage grass in the western U.S. However, it is highly unreliable as a forage base for both cattle and wildlife because it can exhibit "tenfold differences (300-3,500 lbs/acre) from year to year" in productivity, depending on precipitation.

Once a treatment is accomplished, it is then costly to rehabilitate the land. Cost per acre to stabilize and rehabilitate disturbed land is estimated at $17. During 1991, however, it cost $100,000 to rehabilitate the 1,700 acres burned in the Snake River Birds of Prey Area, Idaho, or almost $59 per acre. During 2004, it cost the BLM $1,640 per acre to restore 12,000 acres of forestland and woodlands. The unit cost ranged from $295 per acre in New Mexico to $2,730 per acre in Oregon (USDI BLM 2005a).

**TABLE 3-22**
**BLM Action Fires Larger Than 10,000 Acres[1]**
**during 1999 to 2005**

| Calendar Year | Number of Fires | Average Size (Acres) | Total Acreage |
|---|---|---|---|
| 1999 | 64 | 44,990 | 2,879,351 |
| 2000 | 66 | 34,851 | 2,300,187 |
| 2001 | 28 | 40,524 | 1,134,662 |
| 2002 | 46 | 55,484 | 2,552,265 |
| 2003 | 23 | 55,940 | 1,286,612 |
| 2004 | 51 | 122,805 | 6,263,059 |
| 2005 | 98 | 68,277 | 6,691,137 |
| Total | 376 | 61,455 | 23,107,273 |
| [1] Fire Type 1 - All protection types. | | | |
| Source: USDI BLM (2007c). | | | |

**Payments to State and Local Governments**

Where the federal government maintains public land, it makes payments to state and local governments for a variety of purposes. Receipts from coal leases and bonus payments, for example, are shared. Payments in lieu of taxes help address the loss of potential local tax income that could have been generated from those public lands if they were in private ownership. Payments in lieu of taxes, as well as other forms of transfer payments, are generally set by law and provided according to a formula. Payments in lieu of taxes, for example, are computed based on the number of acres of public lands within each county and multiplied by a dollar amount per acre. Over $2 billion in payments

BLM_0000357

**TABLE 3-23**

**Herbicide Uses and Costs for Vegetation Treatments on Public Lands during 2005**

| Herbicide | Type of Application | Acres Treated[1] | Total Herbicide Expenditure[2] | Cost per Acre for Herbicide[2] |
|---|---|---|---|---|
| 2,4-D | Aerial | 1,689 | $5,474 | $3.24 |
| | Ground | 40,133 | 186,515 | 4.65 |
| Bromacil | Aerial | 0 | 0 | NA |
| | Ground | 2,999 | 379,763 | 126.63 |
| Chlorsulfuron | Aerial | 374 | 35,572 | 95.11 |
| | Ground | 2,667 | 51,836 | 19.44 |
| Clopyralid | Aerial | 5,168 | 169,510 | 32.80 |
| | Ground | 6,277 | 268,032 | 42.70 |
| Dicamba | Aerial | 48 | 945 | 19.69 |
| | Ground | 7,664 | 150,245 | 19.60 |
| Diuron | Aerial | 0 | 0 | NA |
| | Ground | 4,427 | 72,340 | 16.34 |
| Fosamine | Aerial | 0 | 0 | NA |
| | Ground | 0 | 0 | NA |
| Glyphosate | Aerial | 11,032 | 25,648 | 2.32 |
| | Ground | 8,309 | 56,487 | 6.80 |
| Hexazinone | Aerial | 0 | 0 | NA |
| | Ground | 4,952 | 3,138 | 0.63 |
| Imazapic | Aerial | 0 | 0 | NA |
| | Ground | 45 | 1,309 | 29.10 |
| Imazapyr | Aerial | 1,203 | 151,340 | 125.80 |
| | Ground | 1,788 | 105,619 | 59.07 |
| Metsulfuron methyl | Aerial | 663 | 5,529 | 8.34 |
| | Ground | 14,129 | 178,208 | 12.61 |
| Picloram | Aerial | 4,158 | 67,497 | 16.23 |
| | Ground | 28,385 | 629,897 | 22.19 |
| Sulfometuron methyl | Aerial | 0 | 0 | NA |
| | Ground | 304 | 7,741 | 25.46 |
| Tebuthiuron | Aerial | 40,755 | 47,427 | 1.16 |
| | Ground | 0 | 0 | NA |
| Triclopyr | Aerial | 4,000 | 23,750 | 5.94 |
| | Ground | 3,170 | 85,966 | 27.12 |

[1] Acres treated do not take into account whether the aerial application was by helicopter or airplane, nor do they distinguish between ground application methods. Costs would vary depending on the application method.
[2] Total herbicide expenditure and cost per acre do not include costs for labor, equipment, and application, and represent an average cost for use throughout the BLM.
NA = Not available or not applicable.

have been made since 1976. Table 3-24 shows the BLM payments to states and local governments for FY 2004.

# Human Health and Safety

## Background Health Risks

This section discusses background information on human health risks of injuries, and cancer and other diseases for people living in the states in which the BLM is planning to implement vegetation treatments. People living in these states are exposed to a variety of risks common to the U.S. as a whole, including automobile accidents and other injuries; contaminants in the air, water, soil, and food; and various diseases. Risks to workers may differ from those facing the general public, depending on the nature of a person's work. Some of these risks may be quantified, but a lack of data allows for only a qualitative description of certain risks. Where data are only available for the U.S. as a whole, it is assumed that these data apply to

BLM_0000358

Case No. 1:20-cv-02484-MSK   Document 25   filed 04/27/21   USDC Colorado   pg 45 of 79

AFFECTED ENVIRONMENT

the treatment states. Information for this section was obtained from the Centers for Disease Control and Prevention (CDC), the National Center for Injury Prevention and Control (NCIPC), the National Center for Health Statistics (NCHS), the National Institute for Occupational Safety and Health (NIOSH), and the Bureau of Labor Statistics.

## Risks from Diseases

### Disease Incidence

Despite the difficulties in establishing correlations between work conditions and disease, certain illnesses have been linked to occupational hazards. For example, asbestosis and lung cancer among insulation and shipyard workers has been linked to their exposure to asbestos (NIOSH 2002). Pneumoconiosis among coal miners has been correlated with the inhalation of coal dust. Occupational exposures to some metals, dusts, and trace elements, as well as CO, carbon disulfide, halogenated hydrocarbons, nitroglycerin, and nitrates, can result in increased incidence of cardiovascular disease. Neurotoxic disorders can arise from exposure to a wide range of chemicals, including some pesticides. Dermatological conditions like contact dermatitis, infection, trauma, cancer, vitiligo, uticaria, and chloracne have a high occurrence in the agricultural, forestry, and fishing industries.

### Disease Mortality

Mortality rates for states in the BLM treatment area are listed in Table 3-25. The five most common causes of death in the U.S., as well as in the treatment states, are heart disease, cancer, stroke, respiratory disease, and accidents (Minino et al. 2002). Counties in the western U.S. that have the highest mortality rates are located in central Nevada, north and south-central California, and western Montana. Mortality rates are generally lowest in counties in western Utah, central Idaho, and northwest Wyoming (NCHS 2007). Mortality rates for males are nearly one and a half times those as for females, and mortality rates for African Americans are nearly one and a half times those of Caucasians (NCHS 2007).

## Risks from Injuries

### Injury Incidence

In 2005, more than 29.3 million nonfatal injuries were reported in the United States, 4.4 million of which were transportation related (CDC 2007a). Injuries accounted for 26% of emergency department visits during 2004 (NCHS 2007).

The rate of hospitalizations for injury is significantly higher among elderly persons than among all other age groups (CDC 2005). The NIOSH estimates that approximately 10 million traumatic work-related injuries occur annually. Some chronic injuries may be directly linked to the nature of the work performed. For example, vibration syndrome affects a large proportion of workers using chippers, grinders, chainsaws, jackhammers, or other handheld power tools, causing blanching and reduced sensitivity in the fingers. The Bureau of Labor Statistics reported that in 1995, an estimated 62% of all work-related illness cases were due to musculoskeletal disorders associated with repeated trauma, such as that associated with the use of power tools (NIOSH 1997). Noise-induced hearing loss may also affect production workers who are exposed to noise levels of 80 decibels or more on a daily basis.

Acute trauma at work remains a leading cause of death and disability among U.S. workers. During the period from 1980 through 1995, at least 93,338 workers in the U.S. died as a result of trauma suffered on the job, with an average of about 16 deaths per day (NIOSH 2001). The *Census of Fatal Occupational Injuries Summary* by the BLS (U.S. Department of Labor Bureau of Labor Statistics 2004) identified 5,559 workplace deaths from acute traumatic injury in 2003. Occupational fatalities resulted from a number of causes, including motor vehicle accidents, machines, falls, homicide, electrocution, and being struck by falling objects (NIOSH 2002).

The occupational fatality rate in 2005 was approximately 4.0 fatalities per 100,000 employed. Fatality rates were highest for the agriculture, forestry, fishing, and hunting; mining; transportation; and construction industries. The fatality rate for the agriculture, forestry, fishing, and hunting sector was the highest, at 32.5 fatal industries per 100,000 workers. The mining sector had the second highest rate, at 25.6 fatalities per 100,000 employed. In the transportation and construction industries the rates were 17.6 and 11.0 fatalities per 100,000 employed, respectively. The largest number of fatal work injuries resulted from construction-related incidents, which accounting for 21% of workplace fatalities in 2003 (U.S. Department of Labor Bureau of Labor Statistics 2004).

BLM Vegetation Treatments Using Herbicides
Final Programmatic EIS
3-70
June 2007

BLM_0000359

AFFECTED ENVIRONMENT

TABLE 3-24
BLM Payments to States and Local Governments during Fiscal Year 2005

| State | Payments in Lieu of Taxes[1] | Mineral Leasing Act | Taylor Grazing Act[2] | | | Proceeds of Sales | Other | Total Payments |
|---|---|---|---|---|---|---|---|---|
| | | | Section 3 | Section 15 | Other | | | |
| Alaska | $15,785,027 | $29,559 | $0 | $0 | $0 | $5,412 | $31,594,5953[3] | $47,414,593 |
| Arizona | 19,233,774 | 45,743 | 43,124 | 79,669 | 0 | 107,081 | 0 | 19,509,331 |
| California | 19,002,115 | 122,757 | 14,012 | 55,755 | 0 | 45,359 | 0 | 19,240,058 |
| Colorado | 16,839,759 | 129,557 | 53,520 | 30,062 | 43,068 | 29,640 | 0 | 17,125.606 |
| Idaho | 15,871,144 | 15,850 | 167,896 | 22,898 | 0 | 18,051 | 0 | 16,095,839 |
| Montana | 17,188,322 | 18,056 | 128,785 | 95,678 | 0 | 20,175 | 649,745[4] | 18,100,761 |
| Nebraska | 676,604 | 0 | 0 | 664 | 0 | 0 | 0 | 677,268 |
| Nevada | 13,732,723 | 65,445 | 233,458 | 705 | 0 | 824,000 | 204,497,479[5] | 219,353,810 |
| New Mexico | 22,386,899 | 475,204 | 170,502 | 135,900 | 14 | 88,389 | 8,269[4] | 23,265,177 |
| North Dakota | 950,280 | 1,086 | 0 | 7,921 | 0 | 67 | 0 | 959,354 |
| Oklahoma | 1,600,788 | 13 | 0 | 68 | 0 | 0 | 11,946[6] | 1,612,815 |
| Oregon | 6,428,257 | 7,678 | 131,630 | 23,405 | 0 | 46,661 | 113,338,900[7] | 119,976,531 |
| South Dakota | 2,566,411 | 100 | 0 | 67,435 | 0 | 2,600 | 0 | 2,636,546 |
| Texas | 2,595,410 | 317 | 0 | 0 | 0 | 0 | 0 | 2,595,727 |
| Utah | 19,622,224 | 55,319 | 104,868 | 0 | 0 | 15,337 | 0 | 19,797,748 |
| Washington | 6,322,087 | 42 | 0 | 22,367 | 0 | 5,378 | 0 | 6,349.874 |
| Wyoming | 14,810,769 | 413,269 | 145,697 | 327,446 | 6,924 | 78,040 | 0 | 15,782,145 |
| Western States | 195,612,593 | 1,379,995 | 1,193,49 | 869,973 | 50,006 | 1,286,190 | 350,100,934 | 550,493,183 |
| All States | 226,356,675 | 1,379,995 | 1,193,49 | 869,973 | 50,006 | 1,286,458 | 350,100,934 | 581,237,533 |

[1] Payments in lieu of taxes are made by the USDI, Office of the Secretary, for tax-exempt federal lands administered by the BLM, National Park Service, USFWS, and Forest Service, as well as for federal water projects and some military installations.
[2] Including payments for FY 2004 that were processed in FY 2005.
[3] National Petroleum Reserve – Alaska lands.
[4] Land utilization lands under the Bankhead-Jones Farm Tenant Act (7 U.S.C. 1012).
[5] Land utilization sales under the Southern Nevada Public Land Management Act resulted in direct payments at the time of sale totaling $193,566,000. Calendar year payments to Clark County and the State of Nevada under the Santini-Burton Act totaled $3,784,080.
[6] Oklahoma royalties.
[7] Payments from Oregon and California grant lands and Coos Bay Wagon Road grant land counties.
Source: USDI BLM (2006c).

## Injury Mortality

Over 167,000 Americans died from injuries nationwide in 2004. About 26% of these resulted from motor vehicle accidents, while other accidental deaths occurred from unintentional falls, drowning, and poisoning (CDC 2007a). Injury is the leading cause of death and disability among children and young adults.

# Risks from Cancer

### Cancer Incidence

Nationwide, the chance of developing some form of cancer during one's lifetime is estimated to be about one in four (Calabrese and Dorsey 1984). There are many causes of cancer development, including occupational exposure to carcinogens, environmental contaminants, and substances in food. In the U.S., one-third of all cancers are attributed to tobacco smoking. Work-

related cancers are estimated to account for 4% to 20% of all malignancies. It is difficult to quantify the information because of the long time intervals between exposure and diagnosis, personal behavior patterns, job changes, and exposure to other carcinogens. The NIOSH has reported that approximately 20,000 cancer deaths and 40,000 new cases of cancer each year in the U.S. are attributable to occupational hazards. Millions of U.S. workers are exposed to substances that have tested as carcinogens in animal studies (NIOSH 2002).

**Cancer Mortality.** Based on the data shown in Table 3-25, cancer accounted for between 13 and 33% of all deaths in the treatment states in 2002-2003. Nationwide, cancer account for approximately 23% of all fatalities (NCHS 2007). Cancer mortality rates are generally highest in counties in western and southern Nevada and northern California and lowest in counties in Utah, central Colorado, and northern New Mexico (Devesa et

AFFECTED ENVIRONMENT

TABLE 3-25
Mortality Rates (per 100,000 Population) and Causes of Death by State 2002-2003

| State | Cause of Death | | | | |
|---|---|---|---|---|---|
| | All | Diseases | | Cancer | Accidents |
| | | Cerebrovascular and Cardiovascular Disease | Chronic Respiratory Disease | | |
| Alaska | 812.5[1] | 235.7 | 47.4 | 186.9 | 58.2 |
| Arizona | 788.0 | 248.1 | 46.8 | 171.9 | 48.1 |
| California | 762.3 | 283.8 | 43.1 | 175.9 | 28.2 |
| Colorado | 784.5 | 231.4 | 53.0 | 169.5 | 42.0 |
| Idaho | 800.4 | 264.3 | 48.3 | 175.6 | 45.4 |
| Montana | 841.3 | 249.4 | 58.4 | 190.3 | 53.3 |
| Nebraska | 799.9 | 262.4 | 47.4 | 183.2 | 38.0 |
| Nevada | 920.1 | 303.9 | 64.5 | 203.1 | 40.5 |
| New Mexico | 820.1 | 240.4 | 49.3 | 169.7 | 61.9 |
| North Dakota | 765.2 | 260.8 | 40.0 | 180.7 | 36.3 |
| Oklahoma | 967.9 | 367.4 | 55.2 | 202.5 | 47.4 |
| Oregon | 823.7 | 256.9 | 48.9 | 195.8 | 37.6 |
| South Dakota | 782.1 | 264.1 | 42.4 | 186.7 | 46.9 |
| Texas | 863.6 | 307.5 | 44.6 | 187.8 | 39.9 |
| Utah | 778.2 | 239.7 | 35.3 | 143.1 | 34.1 |
| Washington | 785.3 | 258.9 | 47.4 | 190.9 | 36.0 |
| Wyoming | 852.9 | 258.8 | 60.7 | 185.0 | 56.0 |
| United States | 842.7 | 295.5 | 43.4 | 193.0 | 36.6 |

[1]Age-adjusted death rate per 100,000 population, which accounts for changes in the age distribution of the population.
Source: NCHS (2007).

al. 1999), and differ depending on race and sex. Generally, males have higher rates of cancer mortality than females, and African Americans have higher rates than Caucasians.

## Risk from Using Herbicides on Public Lands

Based on the BLM's injury breakout report (USDI BLM 2005b), only one minor injury from use of herbicides was recorded during FY 2005.

## Risk from Wildfire Control on Public Lands

During FY 2005, 24,683 fires totaling 6,691,137 acres were suppressed on public lands. Over three out of every four fires were caused by lightning, while the remainder were caused by humans. Approximately 56% of fires occurred on forestlands, the remainder on rangelands and other land types (USDI BLM 2006d).

Wildfires cause the loss of life and property. According to the National Interagency Fire Center (2005), 12 people died from wildland fire-related accidents in 2005. From 1999 to 2005, the leading cause of firefighter deaths nationally, which include federal, state, and local firefighters and volunteers, as well as private individuals who were involved in direct support of wildland fire operations are: vehicle accidents (23.8%), heart attacks (22.7%), aircraft accidents (22.3%), and burnovers/entrapments (20.2%).

During FYs 2002 to 2005, 49 USDI personnel were injured conducting fire operations. During 2005, wildland fires resulted in the loss of 240 primary residences and 750 total structures on lands near BLM- or Forest Service-administered lands (USDI BLM 2006c).



Source: Bailey 1997
Note:   Coverage for BLM-administered lands is not available
        for Texas, Nebraska, or Oklahoma

Map 3-1
Ecoregion Divisions

BLM_0000362

BLM_0000363



Source: USDI National Park Service 1998-2006
Note: Coverage for BLM-administered lands is not available for Texas, Nebraska, or Oklahoma

0   100   200   300   400
Miles

Class I Areas

BLM-administered Lands

Map 3-2
Class I Areas

3-75

BLM_0000364

BLM_0000365



Source: U.S. Geological Survey 1996
Note:   Data are not available for North Dakota and South Dakota.
        The Alaska data set does not include information on mixed
        and dry wells.

● Oil Production

● Gas Production

■ Mixed Production

● Dry Well

■ BLM-Administered Lands

Map 3-3
Oil and Gas Wells on Public Lands

3-77

BLM_0000366

BLM_0000367

Source: USDA Natural Resources Conservation Service 2000
Note:    Data are not available for North and South Dakota,
         Nebraska, Oklahoma, or Texas

| Color | Soil Order | | Color | Soil Order |
|---|---|---|---|---|
| | Alfisols | | | Inceptisols |
| | Aridisols | | | Mollisols |
| | Andisols | | | Rock |
| | Entisols | | | Spodosols |
| | Gelisols | | | Ultisols |
| | Histosols | | | Vertisols |
| | Ice | | | |

Map 3-4
Soil Orders on Public Lands

BLM_0000368

BLM_0000369



Source: U.S. Geological Survey 1994a, b
Note:   Coverage for BLM-administered lands is not available
        for Texas, Nebraska, or Oklahoma

N

Columbia River

2

Snake River

Missouri River

7

Platte River

Sacramento River

8

Green River

4

San Joaquin River

3

Colorado River

Arkansas River

9

5

6

Gila River

0   100   200   300   400
Miles

Rio Grande

Pecos River

Colville River

Yukon River

1

0   200   400   600   800
Miles

1 - Alaska
2 - Pacific Northwest
3 - California
4 - Upper Colorado
5 - Lower Colorado
6 - Rio Grande
7 - Missouri
8 - Great Basin
9 - Arkansas-White-Red
⬜ Hydrologic Regions
🟨 BLM-administered Lands

Map 3-5
Hydrologic Regions

BLM_0000370

BLM_0000371



Source: USEPA 1999b
Note:   Coverage for BLM-administered lands is not available
        for Texas, Nebraska, or Oklahoma

| | |
|---|---|
| Good | |
| Moderate | |
| Poor | |
| No Data Available | |

Map 3-6
Watershed Surface Water Quality on Public Lands

3-83

BLM_0000372

RLI000373



Source: U.S. Geological Survey 1994-1999
Note:   Coverage for BLM-administered lands is not available
        for Texas, Nebraska, or Oklahoma

0    100    200    300    400
                                    Miles

Good (<1,000 mg/L dissolved solids)

Moderate (1,000-3,000 mg/L dissolved solids)

Poor (>3,000 mg/L dissolved solids)

No data available

0    200    400    600    800
                                    Miles

Map 3-7
General Groundwater Quality on Public Lands

3-85

BLM_0000374



BLM_0000375



Source: USDI BLM 2002b; U.S. Geological Survey 2002d

N

Tundra

Subarctic

Marine

Evergreen Forest

Deciduous Forest

Mixed Evergreen - Deciduous Forest

Evergreen Woodland

Deciduous Woodland

Mixed Evergreen - Deciduous Woodland

Deciduous Shrubland

Deciduous Dwarf-Shrubland

Perennial Graminoid

Riparian / Wetland

Other

0    100    200    300    400
Miles

Map 3-8
Vegetation Types and Ecoregions on Public Lands in Alaska

BLM_0000376



BLM_0000377



Source: USDI BLM 2003
Note:   Data are not available for North and South Dakota,
        Nebraska, Oklahoma, or Texas

N

Marine

Temperate Steppe

Temperate Desert

Mediterranean

Temperate Steppe

Subtropical Steppe

Subtropical Desert

Evergreen Forest

Evergreen Woodland

Deciduous Woodland

Evergreen Shrubland

Deciduous Shrubland

Perennial Graminoid

Riparian / Wetland

Other

0    100    200    300    400
Miles

Map 3-9
Vegetation Types and Ecoregions on Public Lands in the Western U.S.

3-89

BLM_0000378

BLM_0000379



Source: U.S. Geological Survey 2006
Note:   Coverage for BLM-administered lands is
not available for Texas, Nebraska, or Oklahoma

Condition Class 1
Condition Class 2
Condition Class 3
Water
Snow/Ice
Barren
Developed
Agriculture
Wetlands
Unclassified

0   50  100      200       300       400
Miles

Map 3-10
Fire Regime Condition Classes on Public Lands

3-91



BLM_0000381



Map 3-11
Native Areas of Western North America

BLM_0000382

RLM 000383



Sources: USDI BLM 2004c
Note:   Coverage for BLM-administered lands is not available
        for Texas. Nebraska, or Oklahoma

N

0   100   200   300   400
Miles

National Monuments

Wilderness Study Areas

Wilderness Areas

National Conservation Areas, Forest
Reserves, Cooperative Management
and Protection Areas, National
Recreation Areas

Wild and Scenic Rivers

BLM-administered Lands

0   200   400   600   800
Miles

Map 3-12
National Monuments and National Conservation Areas

3-95

BLM_0000384

BLM_0000385

# CHAPTER 4
# ENVIRONMENTAL CONSEQUENCES

BLM_0000386

BLM_0000387

# TABLE OF CONTENTS

**Page**

Introduction and Effects ..............................................................................................................................4-1
How the Effects of the Alternatives Were Estimated ..............................................................................4-1
    Assumptions for Analysis ......................................................................................................................4-1
    Incomplete and Unavailable Information .............................................................................................4-3
    Subsequent Analysis before Projects ....................................................................................................4-4
    Program Goals by Ecoregion ................................................................................................................4-4
Land Use ....................................................................................................................................................4-5
Air Quality .................................................................................................................................................4-5
    Scoping Comments and Other Issues Evaluated in the Assessment .....................................................4-5
    Emission Sources ...................................................................................................................................4-6
    Methodology for Assessing Impacts to Air Quality ..............................................................................4-6
    Standard Operating Procedures .............................................................................................................4-8
    Impacts by Alternative ..........................................................................................................................4-9
    Mitigation for Herbicide Treatment Impacts ......................................................................................4-13
Soil Resources .........................................................................................................................................4-13
    Introduction .........................................................................................................................................4-13
    Scoping Comments and Other Issues Evaluated in the Assessment ...................................................4-13
    Standard Operating Procedures ...........................................................................................................4-13
    Factors that Influence the Fate, Transport, and Persistence of Herbicides in Soil .............................4-14
    Impacts by Treatment ..........................................................................................................................4-15
    Impacts by Alternative ........................................................................................................................4-21
    Mitigation for Herbicide Treatment Impacts ......................................................................................4-24
Water Resources and Quality ..................................................................................................................4-24
    Introduction .........................................................................................................................................4-24
    Scoping Comments and Other Issues Evaluated in the Assessment ...................................................4-24
    Standard Operating Procedures ...........................................................................................................4-24
    Impacts by Treatment ..........................................................................................................................4-25
    Impacts by Herbicide ..........................................................................................................................4-29
    Impacts by Alternative ........................................................................................................................4-34
    Mitigation for Herbicide Treatment Impacts ......................................................................................4-36
Wetland and Riparian Areas ....................................................................................................................4-36
    Introduction .........................................................................................................................................4-36
    Scoping Comments and Other Issues Evaluated in the Assessment ...................................................4-37
    Factors that Influence the Fate, Transport, and Persistence of Herbicides in Wetland and Riparian Areas ......4-37
    Methodology for Assessing Impacts to Wetland and Riparian Areas .................................................4-37
    Summary of Herbicide Impacts ...........................................................................................................4-37
    Impacts by Alternative ........................................................................................................................4-41
    Mitigation for Herbicide Treatment Impacts ......................................................................................4-44
Vegetation ...............................................................................................................................................4-44
    Introduction .........................................................................................................................................4-44
    Scoping Comments and Other Issues Evaluated in the Assessment ...................................................4-44
    Standard Operating Procedures ...........................................................................................................4-44
    Impacts Assessment Methodology ......................................................................................................4-45
    Impacts Common to All Treatments ....................................................................................................4-47
    Summary of Herbicide Impacts Evaluated in ERAs ...........................................................................4-63
    Other Herbicides Previously Approved for Use on Public Lands .......................................................4-64
    Impacts by Alternative ........................................................................................................................4-64
    Mitigation for Herbicide Treatment Impacts ......................................................................................4-71
    Special Status Plant Species ................................................................................................................4-71
Fish and Other Aquatic Organisms .........................................................................................................4-76

BLM_0000388

## ENVIRONMENTAL CONSEQUENCES

Introduction .................................................................................................................................. 4-76
Scoping Comments and Other Issues Evaluated in the Assessment.......................................... 4-77
Standard Operating Procedures.................................................................................................. 4-77
Impacts Assessment Methodology ............................................................................................ 4-77
Impacts by Treatment ................................................................................................................ 4-80
Impacts by Alternative .............................................................................................................. 4-89
Mitigation for Herbicide Treatment Impacts............................................................................. 4-92
Special Status Fish and Other Aquatic Organisms .................................................................... 4-92
Wildlife Resources.......................................................................................................................... 4-96
Introduction ............................................................................................................................... 4-96
Scoping Comments and Other Issues Evaluated in the Assessment.......................................... 4-98
Standard Operating Procedures.................................................................................................. 4-98
Impacts Assessment Methodology ............................................................................................ 4-99
Summary of Herbicide Impacts ............................................................................................... 4-101
Impacts of Herbicide Treatments on Wildlife and Habitat by Ecoregion .............................. 4-109
Impacts by Alternative ............................................................................................................ 4-114
Mitigation for Herbicide Treatment Impacts........................................................................... 4-118
Special Status Wildlife Species............................................................................................... 4-118
Livestock ...................................................................................................................................... 4-124
Introduction ............................................................................................................................. 4-124
Scoping Comments and Other Issues Evaluated in the Assessment........................................ 4-124
Standard Operating Procedures................................................................................................ 4-124
Impacts Assessment Methodology .......................................................................................... 4-125
Summary of Herbicide Impacts ............................................................................................... 4-125
Impacts by Alternative ............................................................................................................ 4-133
Mitigation for Herbicide Treatment Impacts........................................................................... 4-136
Wild Horses and Burros................................................................................................................ 4-136
Introduction ............................................................................................................................. 4-136
Scoping Comments and Other Issues Evaluated in the Assessment........................................ 4-137
Standard Operating Procedures................................................................................................ 4-137
Impacts Assessment Methodology .......................................................................................... 4-137
Summary of Herbicide Impacts ............................................................................................... 4-137
Impacts by Alternative ............................................................................................................ 4-143
Mitigation for Herbicide Treatment Impacts........................................................................... 4-146
Paleontological and Cultural Resources....................................................................................... 4-146
Scoping Comments and Other Issues Evaluated in the Assessment........................................ 4-147
Standard Operating Procedures for Addressing BLM Actions on Paleontological, Cultural, and Subsistence
Resources................................................................................................................................. 4-147
Herbicide Impacts on Paleontological and Cultural Resources ............................................... 4-148
Herbicide Impacts on Native American Health........................................................................ 4-149
Impacts by Alternative ............................................................................................................ 4-150
Mitigation for Herbicide Treatment Impacts........................................................................... 4-152
Visual Resources........................................................................................................................... 4-152
Scoping Comments and Other Issues Evaluated in the Assessment........................................ 4-153
Standard Operating Procedures................................................................................................ 4-153
BLM Assessment of Visual Resource Values.......................................................................... 4-153
Summary of Herbicide Impacts ............................................................................................... 4-154
Impacts by Alternative ............................................................................................................ 4-154
Mitigation for Herbicide Treatment Impacts........................................................................... 4-155
Wilderness and Special Areas ...................................................................................................... 4-155
Scoping Comments and Other Issues Addressed in the Assessment........................................ 4-156
Standard Operating Procedures................................................................................................ 4-156
Summary of Herbicide Impacts ............................................................................................... 4-156

BLM_0000389

Impacts by Alternative ..................................................................................................................... 4-157
Mitigation for Herbicide Treatment Impacts.................................................................................... 4-159
Recreation ................................................................................................................................................. 4-159
Scoping Comments and Other Issues Evaluated in the Assessment ................................................ 4-159
Standard Operating Procedures ........................................................................................................ 4-160
Summary of Herbicide Impacts ........................................................................................................ 4-160
Impacts by Alternative ..................................................................................................................... 4-161
Mitigation for Herbicide Treatment Impacts.................................................................................... 4-163
Social and Economic Values .................................................................................................................... 4-163
Introduction ...................................................................................................................................... 4-163
Scoping Comments and Other Issues Evaluated in the Assessment ................................................ 4-164
Standard Operating Procedures ........................................................................................................ 4-164
Impact Assessment Assumptions ..................................................................................................... 4-165
Summary of Herbicide Impacts ........................................................................................................ 4-165
Impacts by Alternative ..................................................................................................................... 4-166
Mitigation for Herbicide Treatment Impacts.................................................................................... 4-174
Human Health and Safety......................................................................................................................... 4-174
Scoping Comments and Other Issues Evaluated in the Assessment ................................................ 4-175
Standard Operating Procedures ........................................................................................................ 4-175
Human Health Risk Assessment Methodology................................................................................. 4-175
Uncertainty in the Risk Assessment Process ................................................................................... 4-181
Impacts by Alternative ..................................................................................................................... 4-195
Mitigation ......................................................................................................................................... 4-196
Cumulative Effects Analysis .................................................................................................................... 4-197
Structure of the Cumulative Effects Analysis .................................................................................. 4-197
Resource Protection Measures Considered in the Cumulative Effects Analysis ............................. 4-201
Other Information Considered in Cumulative Effects Analysis ....................................................... 4-202
Analysis of Cumulative Effects by Resources ................................................................................. 4-202
Unavoidable Adverse Effects ........................................................................................................... 4-243
Relationship between the Local Short-term Uses and Maintenance and Enhancement of Long-term
Productivity ...................................................................................................................................... 4-246
Irreversible and Irretrievable Commitment of Resources ................................................................ 4-251
Energy Requirements and Conservation Potential ........................................................................... 4-253
Natural or Depletable Resource Requirements and Conservation.................................................... 4-253

BLM_0000390

ENVIRONMENTAL CONSEQUENCES

# List of Tables

4-1    Estimated Acres Treated Annually using Herbicides for Each State under Each Treatment Alternative................................................................................................................................... 4-7
4-2    Annual Emissions Summary for Herbicide Treatments under Alternative A ............................... 4-8
4-3    Annual Emissions Summary for Herbicide Treatments under Alternative B................................ 4-9
4-4    Annual Emissions Summary for Herbicide Treatments under Alternative D ............................ 4-10
4-5    Annual Emissions Summary for Herbicide Treatments under Alternative E............................. 4-11
4-6    Example NAAQS Compliance Analysis for Chemical Treatment ............................................. 4-12
4-7    Estimated Soil Half-life and Adsorption Affinity for Active Ingredients.................................. 4-15
4-8    Factors Associated with Herbicide Movement to Groundwater ................................................ 4-27
4-9    Herbicide Physical Properties and Off-site Movement Potential............................................... 4-28
4-10   Anaerobic Half-life and Relative Mobility in Soil for Herbicides Analyzed in this PEIS ......... 4-39
4-11   Risk Categories Used to Describe Typical Herbicide Effects to Vegetation According to Exposure Scenario and Ecological Receptor Group ..................................................................... 4-49
4-12   Buffer Distances to Minimize Risk to Vegetation from Off-site Drift of BLM-evaluated Herbicides ........ 4-54
4-13   Risk Categories Used to Describe Effects of Forest Service-evaluated Herbicides According to Exposure Scenario and Ecological Receptor Group.................................................. 4-57
4-14   Buffer Distances to Minimize Risk to Vegetation from Off-site Drift of Forest Service-evaluated Herbicides ................................................................................................................... 4-61
4-15   Percentage of Acres Projected to be Treated Using Herbicides in Each Ecoregion for Each Vegetation Subclass under the No Action Alternative ....................................................... 4-67
4-16   Percentage of Acres Projected to be Treated Using Herbicides in Each Ecoregion for Each Vegetation Subclass under the Preferred Alternative ....................................................... 4-69
4-17   Risk Categories Used to Describe BLM-evaluated Herbicide Effects on Non Special Status Fish and Aquatic Invertebrates According to Exposure Scenario.................................... 4-81
4-18   Risk Categories Used to Describe Forest Service-evaluated Herbicide Effects on Fish and Aquatic Invertebrates According to Exposure Scenario...................................................... 4-87
4-19   Buffer Distances to Minimize Risk to Non Special Status Fish and Aquatic Invertebrates from Off-site Drift of BLM-evaluated Herbicides from Broadcast and Aerial Treatments......... 4-93
4-20   Risk Categories Used to Describe BLM-evaluated Herbicide Effects on Special Status Fish and Aquatic Invertebrates According to Exposure Scenario.............................................. 4-97
4-21   Buffer Distances to Minimize Risk to Special Status Fish and Aquatic Organisms from Off-site Drift of BLM Herbicides from Broadcast and Aerial Treatments ................................... 4-98
4-22   Risk Categories Used to Describe BLM-evaluated Herbicide Effects on Non Special Status Wildlife According to Exposure Scenario........................................................................ 4-103
4-23   Risk Categories Used to Describe Forest Service-evaluated Herbicide Effects on Wildlife According to Exposure Scenario ............................................................................................... 4-107
4-24   Risk Categories Used to Describe BLM-evaluated Herbicide Effects on Special Status Wildlife According to Exposure Scenario................................................................................. 4-121
4-25   Risk Categories Used to Describe BLM-evaluated Herbicide Effects on Livestock and Wild Horses and Burros According to Exposure Scenario........................................................ 4-127
4-26   Risk Categories Used to Describe Forest Service-evaluated Herbicide Effects on Livestock and Wild Horses and Burros According to Exposure Scenario................................... 4-131
4-27   BLM-evaluated Herbicide Risk Categories by Aggregate Risk Index for Occupational Receptors ......... 4-185
4-28   BLM-evaluated Herbicide Risk Categories by Aggregate Risk Index for Public Receptors..................... 4-186
4-29   Forest Service-evaluated Herbicide Risk Categories by Hazard Quotient for Occupational Receptors..... 4-187
4-30   Forest Service-evaluated Herbicide Risk Categories by Hazard Quotient for Public Exposures ............... 4-188
4-31   Scenarios Resulting in High Risk to Occupational Receptors from Herbicides Evaluated in the 1988-1991 BLM EISs........................................................................................................ 4-191
4-32   Scenarios Resulting in High Risk to Public Receptors from Herbicides Evaluated in the 1988-1991 BLM EISs .......................................................................................................... 4-192
4-33   Herbicide Use in the Western United States for Agricultural Lands and BLM-administered Lands ......... 4-200

BLM_0000391

# CHAPTER 4

# ENVIRONMENTAL CONSEQUENCES

## Introduction and Effects

This chapter examines how vegetation treatment activities may affect natural, cultural, and socioeconomic resources on public lands. The focus of the analysis is on alternative proposals for treating public lands using herbicides. A summary of impacts associated with the use of other treatment methods is included in the *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States PER* (USDI BLM 2007a).

## How the Effects of the Alternatives Were Estimated

Within each resource area, applicable direct and indirect effects are evaluated. Cumulative effects, unavoidable adverse effects, and resource commitments that are lost or cannot be reversed are identified for all treatment activities in the PEIS. These impacts are defined as follows:

- Direct effects – Those effects that are caused by the action and occur at the same time and in the same general location as the action.

- Indirect effects – Those effects that occur at a different time or in a different location than the action to which the effects are related.

- Cumulative effects – Those effects that result from the incremental impact of the action when it is added to other past, present, and reasonably foreseeable future actions. Cumulative effects can result from individually minor but collectively significant actions taking place over a period of time. For this PEIS, potential cumulative effects include those that could occur on other federal and non-federal lands.

- Unavoidable adverse commitments – Those effects that could occur as a result of implementing any of the action alternatives. Some of these effects would be short term, while others would be long term.

- Irreversible commitments – Those commitments that cannot be reversed, except perhaps in the extreme long term. This term applies primarily to the effects of use of nonrenewable resources, such as minerals or cultural resources, or to factors, such as soil productivity, that are renewable only over long periods of time.

- Irretrievable commitments – Those commitments that are lost for a period of time. For example, timber production is lost while an area is mined. The production lost is irretrievable, but the action is not irreversible. If the site is reclaimed, it is possible to resume timber production.

In addition, the PEIS considers the interaction of effects, as follows:

- "Additive" – total loss of sensitive resources from more than one incident.

- "Countervailing" – negative effects are compensated for by beneficial effects.

- "Synergistic" – total effect is greater than the sum of the effects taken independently.

This chapter should be read together with Chapter 2 (Alternatives), which explains the alternative proposals the BLM is considering for treating vegetation using herbicides, and Chapter 3 (Affected Environment), which describes the important resources and their occurrence and status on public lands. The analyses of environmental consequences in this chapter build upon and relate to information presented in these earlier chapters to identify which resources may be impacted and how and where impacts might occur.

## Assumptions for Analysis

This analysis addresses large, regional-scale trends and issues that require integrated management across broad landscapes. It also addresses regional-scale trends and changes in the social and economic needs of people. This analysis does not identify site-specific effects because site-specific information is not essential for

BLM_0000392

ENVIRONMENTAL CONSEQUENCES

determining broad-scale management direction. As discussed in Chapter 1, Proposed Action and Purpose and Need, site-specific issues would be addressed through NEPA compliance for resource management activities and other land use plans prepared at the state, district, or field office level.

Vegetation treatments are proposed, designed, and implemented within a natural resource management context that assumes certain conditions exist or are met. They are implemented with consideration for the larger vegetation management context in which they occur. For example, if a target vegetation type is treated and removed, the BLM first considers how the area will be revegetated or stabilized to ensure the long-term viability of the project area. The BLM does not leave bare ground at treatment sites that would allow weeds and invasive species to increase in abundance, which would negate the treatment effort. Treated vegetation is removed from the site if it poses a further risk as hazardous fuel.

Certain assumptions about treatments have been made in this PEIS. The analysis of impacts presented in Chapter 4 assumes that vegetation treatments would be developed and applied in an IPM context, and that the tool(s) identified for the treatment would be the appropriate means to achieve the project objective. The analysis assumes that post-treatment follow-up such as re-seeding and monitoring would occur, as required under most BLM vegetation programs including Emergency Stabilization (ES) and Burned Area Rehabilitation (BAR). The analysis assumes that maintenance of past treatments has occurred, and that the BLM would make an investment in maintaining the condition achieved or objectives of the project, rather than implementing stand-alone, one-time treatments. The analysis also assumes that the BLM would determine the need for the action based on past monitoring, and that additional monitoring would occur after the project to ascertain its effectiveness in achieving the resource objective.

The analysis of impacts assumes that SOPs would be followed by the BLM under all alternatives to ensure that risks to human health and the environment from herbicide treatment actions would be kept to a minimum (see Table 2-8). Examples of SOPs that pertain to all resource areas include the following:

- Prepare a spill contingency plan in advance of treatment.
- Conduct a pre-treatment survey.

- Identify the most appropriate treatment method. If chemicals are the appropriate treatment, then select the chemical that is least damaging to the environment while providing the desired results.
- Review, understand, and conform to the "Environmental Hazards" section on the herbicide label. This section warns of known pesticide risks to the environment and provides practical ways to avoid harm to organisms or the environment.
- Consider surrounding land uses before selecting aerial spraying as a treatment method.
- Notify adjacent landowners prior to treatment.
- Apply the least amount of herbicide needed to achieve the desired results.
- Follow the product label for use and storage.
- Have licensed applicators apply herbicides.
- Use only USEPA-approved herbicides, and follow product label directions and "advisory" statements.
- Keep a copy of Material Safety Data Sheets (MSDSs) at work sites.
- Keep records of each application.
- Avoid accidental direct spray and spill conditions to minimize risks to resources.
- Avoid aerial spraying during periods of adverse weather conditions.
- Make helicopter applications at a target airspeed of 40 to 50 mph, and at about 30 to 45 feet above ground.

Additional SOPs specific to individual resources have been provided in the impacts analysis section for each resource, as well as in Table 2-8.

The analysis assumes that the BLM would comply with federal, state, tribal, and local regulations that govern activities on public lands. In addition, mitigation measures have been identified for most resource areas that could apply to one or more alternatives to further reduce impacts associated with herbicide treatments.

BLM_0000393