# TABLE OF CONTENTS

Page

Preview of this Section ...................................................................................................................5-1
Public Involvement .........................................................................................................................5-1
    Federal Register Notices and Newspaper Advertisements .......................................................5-1
    Scoping Meetings .....................................................................................................................5-1
    Newsletters ...............................................................................................................................5-2
    Public Review and Comment on the Draft Programmatic EIS and ER, and Biological Assessment ...............5-2
Agency Coordination and Consultation............................................................................................5-3
    Endangered Species Act Section 7 Consultation .....................................................................5-3
    Risk Assessment Coordination .................................................................................................5-3
    Cultural and Historic Resource Consultation ...........................................................................5-3
Government-to-government Consultation .........................................................................................5-3
Development of the Final Preferred Alternative ...............................................................................5-4
List of Preparers of the Programmatic EIS ......................................................................................5-4

## List of Tables

5-1    List of Preparers of the Programmatic EIS/ER/BA .................................................................5-5

BLM_0000649

# CHAPTER 5

# CONSULTATION AND COORDINATION

## Preview of this Section

This section summarizes the public involvement and scoping and public comment process conducted for the preparation of the Draft and Final PEIS, PER, and Biological Assessment. Summaries of agency and Government-to-government consultation are provided. The individual preparers, with their areas of expertise and/or responsibility, are also listed.

## Public Involvement

### Federal Register Notices and Newspaper Advertisements

The BLM published a Federal Register Notice of Intent to Plan (Notice) on October 12, 2001 (Federal Register, Volume 66, Number 198, Pages 52148-52149). The BLM also released a press release concurrent with the Notice. The Notice asked the public to help the BLM identify issues and resources relevant to vegetation treatment activities on lands administered by the BLM in 17 western states, including Alaska. The Notice stated that public comments on the proposal would be accepted from October 12 through November 11, 2001. A second Federal Register Notice was published on January 2, 2002, notifying the public of the location of public scoping meetings, and extending the public comment period until March 29, 2002 (Federal Register, Volume 67, Number 1, Pages 101-102). A third Federal Register Notice was published on January 22, 2002, notifying the public of changes to the meeting schedule (Federal Register, Volume 67, Number 14, Pages 2901-2903).

All affected states issued public notices of the scoping period, which were placed in newspapers in or near locations where public meetings were held. In addition, information on the location of scoping meetings was provided by electronic mail in early December 2001, and again in early January 2002, to all members of the public that had placed their names on the electronic mailing list for the project before the date of the announcements.

### Scoping Meetings

Eighteen public scoping meetings were held in 12 western states, including Alaska, during early 2002. Meeting locations were: Salt Lake City, Utah (January 8); Rock Springs, Wyoming (January 10); Socorro, New Mexico (January 14); Phoenix, Arizona (January 16); St. George, Utah (January 22); Grand Junction, Colorado (January 24); Miles City, Montana (January 29); Worland, Wyoming (January 31); Alturas, California (February 5); Helena, Montana (February 11); Boise, Idaho (February 13); Twin Falls, Idaho (February 14); Reno, Nevada (February 19); Elko, Nevada (February 21); Bakersfield, California (February 26); Spokane, Washington (February 28); Portland, Oregon (March 4); and Anchorage, Alaska (March 6). In addition, a meeting was held in Washington, D.C. (March 12). The scoping meetings were conducted in an open-house style. Informational displays were provided at the meeting, and handouts describing the project, the NEPA process, and issues and alternatives were given to the public. A formal presentation provided the public with additional information on program goals and objectives. This presentation was followed by a question and answer session.

The BLM received 1,034 requests to be placed on the project mailing list from individuals, organizations, and government agencies, and 381 written comment letters or facsimiles on the proposal. In addition, the public provided comments on the project at the public scoping meetings; over 2,800 catalogued individual comments (written and oral) were given during public scoping. In many cases, multiple respondents submitted the same comment. A *Scoping Comment Summary Report for the Vegetation Treatments Programmatic EIS* (ENSR 2002) was prepared that summarized the issues and alternatives identified

BLM_0000650

during scoping. This document was made available to the public in July 2002.

## Newsletters

The BLM prepared three newsletters during preparation of the Draft PEIS. These newsletters were made available to those individuals that provided their names and addresses to the BLM during scoping, and to BLM state offices and local field offices for distribution to visitors.

The first newsletter was issued in July 2002 and discussed the outcome of the scoping meetings, development of the initial project alternatives, coordination with affected tribes and fish and wildlife agencies, and treatment acreage determinations.

A second newsletter was issued in January 2003. It summarized activities on the risk assessments and development of the alternatives. It discussed the process the BLM was undertaking to determine future vegetation treatment acres. Other studies being conducted in support of the PEIS and PER, including preparation of a Biological Assessment and a cultural resource and Native American resource use report, were also discussed in the newsletter.

A third newsletter was issued in March 2005. This newsletter discussed the Draft PEIS/PER schedule, and noted that the PEIS will now focus on herbicide treatments, while a PER will be prepared to discuss other treatment methods. The newsletter also provided information of the alternatives that were evaluated in the Draft PEIS.

In July 2005, the BLM sent out a business reply mail request to those on the mailing list to let the BLM know if they would like to remain on the mailing list and if they would like to receive a printed and/or CD copy of the Draft PEIS, PER, and BA.

In April 2007, the BLM sent out a business reply mail request to those on the mailing list to let the BLM know if they would like to remain on the mailing list and if they would like to receive a printed and/or CD copy of the Final PEIS, PER, and BA.

## Public Review and Comment on the Draft Programmatic EIS and ER, and Biological Assessment

The Notice of Availability (NOA) of the *Draft Vegetation Treatments using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement* was published in the Federal Register on November 10, 2005 (Federal Register, Volume 70, Number 217, Pages 68474-68475). The public comment period was originally scheduled from November 10, 2005, through January 9, 2006, however, a notice extending the public comment period through February 10, 2006, was published in the Federal Register on January 20, 2006. Public notices announcing the comment period were placed in newspapers with circulation in or near locations where public meetings were held. The BLM issued a press release on November 10, 2006, notifying the public that the Draft PEIS and PER were available for public review, and the schedule for public comment hearings. Information on the Draft PEIS and PER was also posted on the interactive website (http://www.blm.gov). The public was able to access the website to download a copy of the Draft PEIS, PER, Biological Assessment, and supporting documents.

Public hearings were held in Portland, Oregon on November 28; Sacramento, California on November 29; Salt Lake City, Utah on November 30; Albuquerque, New Mexico on December 1; Grand Junction, Colorado on December 5; Boise, Idaho on December 6; Billings, Montana on December 7; Cheyenne, Wyoming on December 8; and Las Vegas, Nevada, and Washington, D.C. on December 13, 2006, for the BLM to provide an overview of the alternatives and to take public comments. Nearly 3,000 comments were received on the Draft PEIS, PER, and Biological Assessment. These included letters, electronic mail, and facsimiles, and comments provided at public hearings in Boise and Sacramento (no public testimony was given at the other public hearings). A summary of the comments received and specific comments and responses are presented in Volume III of this Final PEIS. All comments are reproduced on the CD located in the back pocket of Volume I.

BLM_0000651

# Agency Coordination and Consultation

## Endangered Species Act Section 7 Consultation

The BLM initiated informal consultation with the USFWS and NMFS (Services) in November 2001. The BLM met with the Services on November 16, 2001, to discuss the ESA Section 7 consultation process and to identify key contacts within the agencies. A preliminary draft consultation agreement was submitted to the Services in June 2002. The BLM and Services met in Denver, Colorado, on November 6-7, 2002, to discuss the risk assessment protocols and Biological Assessment. The BLM met with the Services on February 28, 2003, to further discuss issues related to the development of the risk assessments and preparation of the Biological Assessment. A revised draft consultation agreement was submitted to the Services in April 2004 (see Appendix G).

The BLM prepared a formal initiation package that included: 1) a description of the program, species proposed for listing, listed species and their critical habitats that may be affected by the program; and 2) a Biological Assessment that evaluated the likely impacts to listed species and critical habitats from the proposed action and SOPs to minimize impacts to listed species. In addition, the BLM coordinated with the NMFS on Essential Fish Habitat as required under the Magnuson-Stevens Fishery Management Act. This package was submitted to the Services concurrently with release of the Draft PEIS.

After receipt and review of the initiation package, the BLM and Services held several meetings to discuss the package and to respond to information requests from the Services. Meetings were held in Washington, D.C., on January 18 and Silver Springs, Maryland, on November 14, 2006. A conference call was held with the Services on February 27, 2006.

Consultation with the Services pursuant to the ESA and Magnuson-Stevens Fishery Management Act is ongoing and will be completed by the time of signing of the Record of Decision.

## Risk Assessment Coordination

The BLM convened a group of scientists from the USEPA, USFWS, NMFS, BLM, and its contractor, ENSR Corporation, to work cooperatively to develop protocols for conducting HHRAs and ERAs that would meet agency guidelines and scientific and public scrutiny. Weekly conference calls were held among the participants beginning in May 2002, and continuing through November 2002. A meeting was held in Boise on September 12-13, 2002, and in Denver, Colorado, on November 5-6, 2002, to discuss the risk assessment protocols. Conference calls were held intermittently from November 2002 through July 2003 to resolve remaining issues related to the protocols. Conference calls were also held among agency participants during preparation of the risk assessments. The final HHRA and ERA protocols were finalized and submitted to the Services and USEPA in August 2003.

## Cultural and Historic Resource Consultation

The BLM consulted with State Historic Preservation Officers as part of Section 106 consultation under the National Historic Preservation Act to determine how proposed industrial activities could impact cultural resources listed on or eligible for inclusion in the National Register of Historic Places. Formal consultations with State Historic Preservation Officers and Indian Tribes also may be required during implementation of individual projects. Consultations with State Historic Preservation Officers are ongoing and will be completed by the time of the signing of the Record of Decision.

# Government-to-government Consultation

Federally-recognized tribes have a unique legal and political relationship with the government of the United States, as defined by the U.S. Constitution, treaties, statutes, court decisions, and executive orders. These definitive authorities also serve as the basis for the federal government's obligation to acknowledge the status of federally-recognized tribes.

The BLM consults with federally-recognized tribes, consistent with the Presidential Executive

BLM_0000652

CONSULTATION AND COORDINATION

Memorandum dated April 29, 1994, on *Government-to-Government Relations with Native American Tribal Governments*; and Executive Order 13175 dated November 6, 2000, on *Consultation and Coordination with Indian Tribal Governments*. The BLM formally consults with federally-recognized tribes before making decisions or undertaking activities that will have a substantial, direct effect on federally-recognized tribes, or their assets, rights, services, or programs. To this end, formal Government-to-government consultation with federally-recognized traditional governments was initiated by written correspondence in July 2002 (see Appendix G).

The letter sent to all of the tribal governments described the proposed action. The tribes were provided with information on the project and were asked to provide the BLM with any concerns they might have about any of the proposed vegetation treatments and their impacts on subsistence, religious, and ceremonial purposes and traditional cultural properties.

The BLM invited the tribes to call if they had questions or wanted to set up individual meetings with the BLM. The letter also invited the tribal councils to attend the scoping meeting scheduled for their community.

The BLM prepared an Alaska National Interest Land Conservation Act (ANILCA) Section 810 analysis of subsistence impacts to evaluate the potential impacts to subsistence pursuits in Alaska. This analysis is found in Appendix H of the Final PEIS.

# Development of the Final Preferred Alternative

After completion of the public hearings and closure of the public comment period, the core planning team, resource staff, and management met to review the comments and alternative proposals and to develop the BLM's final Preferred Alternative. No alternative proposals were received from the public, although the BLM did receive numerous comments in support of all four of the proposed actions (alternatives B, C, D, and E).

The BLM took these comments into consideration when reviewing the alternatives developed for the Final PEIS. Based on these comments, the BLM developed a final Preferred Alternative for the Final PEIS. This alternative is similar to the draft Preferred Alternative in terms of numbers and types of acres that would be treated using herbicides, but does include new SOPs and mitigation measures to reduce the risks associated with the use of herbicides.

# List of Preparers of the Programmatic EIS

The following specialists (and company/agency and area of specialty) that participated in the development of the PEIS are listed below (Table 5-1). Agencies included the BLM, USEPA, USFWS, and NMFS. Subcontractors that provided assistance to the BLM during preparation of the PEIS/PER included ENSR Corporation; Historical Research Associates (HRA); Planera, Inc. (Planera); and Paleo Consultants.

BLM_0000653

CONSULTATION AND COORDINATION

TABLE 5-1
List of Preparers of the Programmatic EIS/ER/BA

| Contributor | Areas of Specialty | Years of Experience | Highest Degree/Education |
|---|---|---|---|
| *Bureau of Land Management* | | | |
| Scott Abdon | Recreation and Visitor Services Management | 37 | B.S., Forest and Recreation Management |
| Fran Ackley | Wild Horses and Burros | 22 | B.S., Range and Forest Management |
| Brian Amme | Project Manager and Co-Team Lead, NEPA | 24 | B.A., Cultural Anthropology |
| Scott Archer | Air Resources | 29 | B.S., Chemistry and Environmental Science |
| Dianna Brink | Range Management and Weed Management | 24 | B.S., Forestry and Range Management |
| Miles Brown | Rangeland Management, Invasive Species, and Natural Resource Planning | 26 | B.S., Rangeland Management |
| Lisa Bryant | Soils and Invasive Species | 17 | M.S., Soil Science |
| Wendy Bullock | Spatial Data Analysis and Geographic Information System | 28 | B.S., Civil Engineering |
| Thomas Burke | Archaeology and Cultural Resources Management | 32 | Ph.D., Anthropology |
| Tim Burton | Fisheries Biology, Hydrology, and Aquatic Ecology | 30 | M.S., Watershed Science |
| Bill Carey | Hydrology, Water Quality, and Sediment Transport | 31 | M.S., Geophysics |
| Christina Caswell | Economics | 14 | B.B.A., Marketing, Economics, and International Business |
| Erik Christiansen | Fire and Fuels Management | 28 | M.S., Forest Protection, Silviculture, and Forestry |
| Jerry Cordova | Native American and Alaska Native Issues and Tribal Liaison Coordinator | 33 | B.S., Political Science and Native American Studies |
| Brad Cownover | Visual Resource Management and Landscape Architecture | 11 | B.S., Landscape Architecture |
| Bruce Crespin | Paleontology; Cultural and Historic Resources; Native American and Alaska Native Resource Issues | 30 | B.A., Anthropology |
| Cliff Faning | Soil | 33 | B.S., Soil Science |
| Scott Feldhausen | Fish and Fish Habitat, and Threatened, Endangered, and Sensitive Species Consultation | 18 | B.S., Fisheries |
| Karl Ford | Human Health, Ecological Risk Assessment, and Toxicology | 33 | Ph.D., Toxicology |
| Mark Goldbach | Recreation Resource Management | 29 | B.S., Recreation Resource Management |
| Carl Gossard | Fire Management and Smoke Management | 27 | B.S., Natural Resource Management |
| Jeannette Griese | Forestry | 17 | B.S., Resource Management |
| Ruth Gronquist | Noxious Weeds and Invasive Species, Alaska State Weed Coordinator, and Wildlife Biology | 24 | B.S., Biology |
| Bill Grossi | Wildlife Habitat and Species of Concern | 28 | B.S., Wildlife Science |

BLM_0000654

CONSULTATION AND COORDINATION

**TABLE 5-1 (Cont.)**
**List of Preparers of the Programmatic EIS/ER/BA**

| Contributor | Areas of Specialty | Years of Experience | Highest Degree/Education |
|---|---|---|---|
| Theresa Hanley | Cultural Resources and Planning | 16 | M.A., Anthropology |
| Dave Harmon | Wilderness and Forestry | 31 | M.S., Forest Management |
| Doug Havlina | Fire Ecology | 20 | M.S., Fire Ecology |
| Rob Hellie | National Landscape Conservation System | 33 | B.S., Outdoor Recreation |
| Ken Henke | Natural Resources | 14 | B.S., Wildlife Biology |
| Patricia Hester | Paleontology | 21 | M.S., Geology |
| Barbara Hill | Wildlife Resources and Threatened, Endangered, and Sensitive Species | 28 | M.S., Wildlife Biology |
| Steve Hodapp | Threatened and Endangered Species | 20 | B.S., Wildlife Management |
| Karen Holmstrom | GIS | 15 | B.S., Anthropology |
| Mike "Sherm" Karl | Plant Ecology and Livestock Grazing Management | 25 | Ph.D., Rangeland Ecology |
| Lee Koss | Hydrology and Riparian Restoration | 36 | B.S., Water Resource Management, Civil and Engineering, and Biology |
| Vonnie Larvie | Attorney, Division of Land and Water, Office of the Solicitor | 12 | J.D., Law |
| Richard Lee | Herbicide Use and Management | 22 | Ph.D., Weed Science |
| Bonnie Lippitt | Recreation, Interpretation, and Tourism | 23 | B.S., Recreation Administration |
| Steve Lydick | Threatened and Endangered Species | 14 | B.S., Biology |
| Mary Lynch | Wildland Fire Management | 25 | B.A., Psychology |
| Elroy Masters | Recreation, Fish and Wildlife Management, and Land Use Planning | 15 | B.A., Biology |
| Rosemary Mazaika | Water Resources, Wetlands, and Riparian Areas | 17 | M.S., Wildlife Ecology and Management; M.A., Public Policy and Administration |
| Linda Mazzu | Fire Management, Plant Ecology, Invasive Plant Management, and Botany | 24 | M.S., Natural Resources Management |
| Carolyn McClellan | Cultural Anthropology | 12 | M.A., Cultural Anthropology |
| Erin McConnell | Weed Management, Plant Science, and Recreation | 13 | B.S., Forestry and Recreation |
| Henry McNeel | Integrated Weed Management | 47 | M.S., Plant Science |
| Ted Milesnick | Wildland Fire Management | 36 | B.S., Rangeland Management |
| Melanie Miller | Fire Ecology and Plant Ecology | 32 | M.S., Forestry |
| Joseph Moreau | Fish Resources | 25 | M.S., Natural Resources and Fish Biology |
| Dan Muller | Natural Resource and Watershed Management | 29 | B.S., Watershed Science |
| Bill Murphy | Hazardous Materials | 20 | B.A., Physical Geography |
| Robert Ohrn | Forestry | 31 | B.S., Forestry |
| Peggy Olwell | Endangered Species and Plant Conservation | 25 | M.S., Biology |
| Jim Perry | Mineral Development and Reclamation, Forestry, NEPA Planning, Lands and Realty, and Noxious Weeds | 29 | B.S., Environmental and Resource Management |
| Doug Powell | Rangeland Management and Livestock Grazing | 26 | B.S., Natural Resources |

BLM_0000655

**TABLE 5-1 (Cont.)**
**List of Preparers of the Programmatic EIS/ER/BA**

| Contributor | Areas of Specialty | Years of Experience | Highest Degree/Education |
|---|---|---|---|
| Gina Ramos | Co-Project Manager and Weed Management, Invasive Species, Pesticide Use, Range Management, and Economics | 25 | B.S., Range Science M.B.A., Business Administration |
| Roger Rosentreter | Botany, Plant Ecology, Weed Control, and Plant Species of Concern | 28 | Ph.D., Botany |
| Paul Schlobohm | Smoke Management and Fire | 21 | M.S., Environmental and Natural Resource Science |
| John Simons | Rangeland Resource Management and Invasive Species Management | 30 | B.S., Range Ecology and Soil Science |
| Peg Sorensen | Land Use Planning and NEPA | 23 | M.A., Recreation and Planning |
| Carol Spurrier | Native Plant Communities and Species of Concern | 27 | M.S., Biology |
| Jeanne Standley | ANILCA § 810 Consultation and Vegetation Specialist | 15 | B.S., Rangeland Resources |
| Karl Stein | Threatened and Endangered Species, USFWS and NMFS Consultation, and Fisheries Biology | 26 | B.S., Fisheries |
| John Styduhar | Realty and Rights-of-ways | 36 | B.S., Forest Science |
| Paul Summers | Groundwater Hydrology and Water Resources | 37 | B.S., Geology and Water Resources |
| Rob Sweeten | Visual Resource Management | 14 | B.L., Landscape Architecture and Environmental Planning |
| Peter Teensma | Fire Ecology, Fire Management, and Air Quality Management | 28 | Ph.D., Geography |
| Rick Tholen | Forestry, Forest Health, and Landscape Ecology | 29 | M.S., Forest Management |
| Joan Trent | Social Environment and Social Impact Assessment | 28 | M.S., Environmental Science and Social Science |
| Duane Wilson | Rangeland Management | 30 | B.S., Biology and Range Management |
| Sharon Wilson | Public Relations | 44 | B.A., Journalism |
| Kate Winthrop | Native American and Alaska Native Issues; Paleontology; Cultural and Historic Resources | 28 | Ph.D., Anthropology |
| Margaret Wolf | Outdoor Recreation | 29 | M.S., Public Administration |
| William Ypsilantis | Soils | 29 | M.S., Forest Soils |
| *Environmental Protection Agency* | | | |
| Sid Abel | Environmental Chemistry and Modeling | 31 | M.S., Science |
| Tom Bailey | Fishery Biology and Aquatic Toxicology | 27 | Ph.D., Zoology |
| Angel Chiri | Entomology and Integrated Pest Management | 26 | Ph.D., Entomology |
| Pat Cimino | Pesticide Regulation, Plant Pathology, and Weed Science | 30 | M.S., Plant Pathology |
| Roxolana Dashuba | Air Quality Modeling and Environmental Fate | 5 | M.S., Chemistry |

BLM_0000656

CONSULTATION AND COORDINATION

TABLE 5-1 (Cont.)
List of Preparers of the Programmatic EIS/ER/BA

| Contributor | Areas of Specialty | Years of Experience | Highest Degree/Education |
|---|---|---|---|
| Mike Davy | Phytotoxicity and Ecological Risk Assessment | 30 | B.S., Agronomy |
| Michelle Embry | Ecotoxicology and Molecular Toxicology | 8 | Ph.D., Toxicology |
| William Erickson | Wildlife Biologist and Ecological Risk Assessment | 31 | Ph.D., Ecology |
| Jeff Evans | Toxicology and Pesticide Exposure | 31 | B.S., Agronomy |
| Brian Kiernan | Forest and Plant Ecology | 8 | M.S., Plant Ecology |
| Arty Williams | Endangered Species Act Implementation and Pesticide Registrations | 27 | B.S., Wildlife Biology |
| *U.S. Fish and Wildlife Service* | | | |
| Maria Boroja | Forest Management, Environmental Contaminants, and Fish and Wildlife Biology | 17 | B.S., Wildlife Management |
| Michael Horton | Endangered Species Coordinator | 16 | M.S., Wildlife Management |
| Jim Serfis | Endangered Species and Environmental Assessments | 22 | M.S., Environmental Studies |
| Ken Seeley | Ecological Risk Assessment and Environmental Toxicology | 16 | Ph.D., Marine Science |
| | | | |
| *National Oceanic and Atmospheric Administration National Marine Fisheries Service* | | | |
| Rachel Friedman | Endangered Species, Pesticide Ecosystem Effects, Contaminated Sediments, and Water Biotic Effects | 26 | M.S., Forest Ecology |
| Kelly Foster | Endangered Species Act Section 7 Consultation and Marine Biology | 15 | M.S., Biological Oceanography |
| *ENSR Corporation* | | | |
| Jon Alstad | Rangeland Management | 27 | M.S., Range Science |
| Kimberly Anderson | Botany, Species of Concern, and Editor | 8 | M.S., Botany |
| Christine Archer | Ecological Risk Assessment | 10 | B.S., Zoology |
| Robert Berry | Hydrogeologist and Water Quality | 30 | Ph.D., Geology and Geochemistry |
| Lisa Bradley | Human Health Risk Assessment | 23 | Ph.D., Toxicology |
| Amanda Canning | Fish and Other Aquatic Organisms | 5 | B.S., Environmental Science |
| Ishrat Chaudhuri | Human Health Risk Assessment | 22 | Ph.D., Toxicology |
| Tyler Creech | Terrestrial Ecology | 2 | B.S., Environmental Science |
| Rollin Daggett | Fish and Other Aquatic Organisms | 31 | M.S., Freshwater and Marine Biology |
| Gail Dethloff | Ecological Risk Assessment | 12 | Ph.D., Toxicology |
| Doree DuFresne | Ecological Risk Assessment | 10 | B.S., Biology and Microbiology |
| Kristie Dunkin | Soil, Wetlands, and Water Resources | 17 | Ph.D., Soil Science |
| Steve Ellsworth | Wildlife and Wetland Ecology | 23 | M.S., Wildlife Management |
| Ara Erickson | Forest Ecology | 4 | M.S., Forest Ecology |
| Cameron Fisher | Fish, Other Aquatic Organisms, and Geographic Information System | 11 | M.S., Marine Science and Fisheries Ecology |
| Barry Flaming | Soil Resources and Geographic Information System | 4 | M.S., Forest Ecology |
| Lucy Fraiser | Human Health Risk Assessment | 18 | Ph.D., Toxicology |

BLM_0000657

**TABLE 5-1 (Cont.)**
**List of Preparers of the Programmatic EIS/ER/BA**

| Contributor | Areas of Specialty | Years of Experience | Highest Degree/Education |
|---|---|---|---|
| Marcus Garcia | Human Health Risk Assessment | 13 | B.S., Toxicology |
| Robert Gensemer | Aquatic Toxicology and Ecological Risk Assessment | 22 | Ph.D., Biology |
| Mark Gerath | Ecological Risk Assessment | 21 | M.S., Environmental Engineering |
| Melisa Holman | Rangeland and Invasive Species | 5 | M.S., Forest and Rangeland Ecology |
| Alissa Long | Wetland and Aquatic Resources | 8 | B.S., Ecology, Evolution, and Conservation Biology |
| Amanda MacNutt | Air Quality | 5 | B.S., Meteorology |
| Ken Mongar | Graphics | 17 | A.T.A., Tele-data Communications |
| Rami Naddy | Ecological Risk Assessment | 17 | Ph.D., Environmental Toxicology |
| Kathleen Nolan | Human Health Risk Assessment | 16 | M.S., Public Health |
| Robert Paine | Air Quality | 31 | M.S., Meteorology |
| Merlyn Paulson | Visual Resources | 30 | M.L.S., Landscape Architecture, Geographic Information System |
| Stuart Paulus | Project Manager, NEPA Specialist, and Wildlife Ecology | 26 | Ph.D., Wildlife Ecology |
| David Pillard | Ecological Risk Assessment | 25 | Ph.D., Ecology |
| Devan Richardson | Wild Horses and Burros, Livestock | 6 | M.S., Range Management |
| Vanessa Stevens | Plant and Soil Sciences | 6 | M.S., Plant and Soil Science |
| Kelly Vosnakis | Human Health Risk | 11 | M.S., Civil and Environmental Engineering and Environmental Health |
| Frank Vertucci | Ecological Risk Assessment | 27 | Ph.D., Ecology and Evolutionary Biology |
| Kristin Durocher | Ecological Risk Assessment | 11 | M.S., Natural Resources and Terrestrial Ecology |
| Janet Wolf | Public Relations | 17 | B.A., Biological Sciences |
| Melinda Woodard | Aquatic Ecology | 10 | M.S., Environmental Science |
| *Historical Research Associates* | | | |
| Thomas Becker | Anthropology | 10 | M.A., Anthropology |
| Trent DeBoer | Archaeology and Anthropology | 13 | M.A., History |
| Ann Emmons | History | 15 | M.A., History |
| T. Weber Grieser | Archaeology | 33 | M.A., Anthropology |
| Gail Thompson | Archaeology and Anthropology | 34 | Ph.D., Anthropology |
| *Paleo Consultants* | | | |
| Rebecca Hanna | Paleontology | 18 | M.S., Earth Science |
| *Planera* | | | |
| Berhard Strom | Socioeconomic and Visual Resource Assessment | 35 | M.C.R.P., Regional Planning |

BLM_0000658

# CHAPTER 6
# REFERENCES

BLM_0000660

BLM_0000661

# CHAPTER 6

# REFERENCES

**Adams, L., W. Collins, B. Dale, and K. Joly. 2000.** Assessing Wildlife Fire Impacts on Winter Habitat Use and Distribution of Caribou within Alaska's Boreal Forest Ecosystem. U.S. Geological Survey and Alaska Department of Fish and Game. Juneau, Alaska.

**Adovasio, J.M. 1986.** Prehistoric Basketry. Pages 194-205 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Agee, J. 1993.** Fire Ecology of Pacific Northwest Forests. Island Press. Washington, D.C.

**Aikens, M.C. 1983.** The Far West. Pages 203-241 *in* Ancient North Americans (J.D. Jennings, ed.). W.H. Freeman and Company. New York, New York.

_____, **and D.B. Madsen. 1986.** Prehistory of the Eastern Area. Pages 149-160 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Alameda County Agriculture Advisory Committee. 2005.** Alameda Oak Woodlands Management Plan and Background for the General Plan and S.B. 1334 Implementation. Alameda County, California. Available at: http://www.acrcd.org/agriculture/ACOakPlanDec05.pdf.

**Allen, E.B., and N.E. West. 1993.** Nontarget Effects of the Herbicide Tebuthiuron on Mycorrhizal Fungi in Sagebrush Semidesert. Mycorrhiza 3:75-78.

**Allen, M.F. 1991.** Ecology of Mycorrhizae. Cambridge University Press. Cambridge, United Kingdom.

**Alley, W.M., T.E. Reilly, and O.L. Franke. 1999.** Sustainability of Ground-water Resources. U.S. Geological Survey Circular 1186. Available at: http://water.usgs.gov/pubs/circ/circ1186/index.html

**Aly, O. M., and S. D. Faust. 1964.** Studies on the Fate of 2,4-D and Ester Derivatives in Natural Surface Waters. Agricultural Food Chemistry 12:541-546.

**American Cyanamid. 1986.** Arsenal Herbicide: Technical Report. American Cyanamid Agricultural Division. Madison, New Jersey.

**American Cyanamid Company. 2000.** Plateau Herbicide, for Weed Control, Native Grass Establishment and Turf Growth Suppression on Roadsides and Other Noncrop Areas. PE-47015. Parsnippany, New Jersey.

**Ames, K.M., D.E. Dumond, J.R. Galm, and R. Minor. 1998.** Prehistory of the Southern Plateau. Pages 73-80 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, **and H.D.G. Maschner. 1999.** Peoples of the Northwest Coast: Their Archeology and Prehistory. Thames and Hudson Ltd. London, England.

**Andersen, S.M., P.B. Hertz, T. Holst, R. Bossi, and C.S. Jacobsen. 2001.** Mineralisation Studies of C-14-labelled Metsulfuron-methyl, Tribenuron-methyl, Chlorsulfuron and Thifensulfuron-methyl in One Danish Soil and Groundwater Sediment Profile. Chemosphere 45:775-782.

**Anderson, D.C., K.T. Harper, and S.R. Rushforth. 1982.** Recovery of Cryptogamic Soil Crusts from Grazing on Utah Winter Ranges. Journal of Range Management 35:355-359.

**Anderson, D.D. 1984.** Prehistory of North Alaska. Pages 80-93 *in* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Anderson, L. 2001.** Terrestrial Wildlife and Habitat. Chapter 7 *in* Fire Effects Guide. National Wildfire Coordinating Group, National Interagency Fire Center. Boise, Idaho. Available at: http://fire.r9.fws.gov/ifcc/monitor/EFGuide/index.htm.

**Anderson, R. 1988.** Montane Hardwood-conifer. Pages 70-71 *in* A Guide to Wildlife Habitats of California (K.E. Mayer and W.F. Laudenslayer, Jr., eds.). California Department of Forestry and Fire Protection. Sacramento, California.

**Anderson, W.P. 1983.** Weed Science: Principles. 2nd Edition. West Group. Eagan, Minnesota.

**Andreev, V. N. 1954.** The Growth of Forage Lichens and the Methods for Their Regulation. Geobotanika 9:11-74.

**Aquatic Ecosystem Restoration Foundation. 2004.** Aquatic Plant Management: Best Management Practices Handbook in Support of Fish and Wildlife Habitat. Volume 3M CMC 2-13-4. Aquatic Ecosystem Restoration Foundation. Lansing, Michigan.

**Asher, J.E., and S.A. Dewey. 2005.** Estimated Annual Rates of Weed Spread on Western Federal Wildlands. Draft White Paper. Federal Interagency Committee for Management of Noxious and Exotic Weeds (FICMNEW). Washington, D.C.

**ATTRA. 1997.** Purple Loosestrife: Public Enemy No. 1 on Federal Lands. ATTRA Interior Helper Internet. Washington, D.C. Available at: http://ceris.purdue.edu/napis/pests/pls/factspls.txt.

**Austin, A.P., G.E. Harris, and W.P. Lucey. 1991.** Impact of an Organophosphate Herbicide (Glyphosate) on Periphyton Communities Developed in Experimental Streams. Bulletin of Environmental Contamination and Toxicology 41:29-35.

**Back, G.N., B.L. Perryman, and J.K. McAdoo. 2002.** Application of Sage Grouse Guidelines to Sage Grouse Habitats in Nevada. Paper Presented at the Restoration and Management of Sagebrush/grass Communities Workshop. Elko, Nevada.

**Badejo, M.A., and T.A. Adejuyigbe. 1994.** Influence of Hexazinone on Soil Microarthropods in Nigeria. Fresenius Environmental Bulletin 3:263-268.

**Bailey, R.G. 1997.** Map: Ecoregions of North America (Revised). (Scale: 1:15,000,000). U.S. Department of Agriculture Forest Service in Cooperation with the Nature Conservancy and the U.S. Geological Survey. Washington, D.C.

_____. **2002.** Ecoregions. Pages 235-245 *in* The Physical Geography of North America (A.R. Orme, ed.). Oxford University Press. Oxford, England.

**Bangsund, D. A., and F.L. Leistritz. 1991.** Economic Impacts of Leafy Spurge in Wildlands in Montana, South Dakota, and Wyoming. North Dakota State University, Agricultural Economics Station. Agricultural Report No. 275. Fargo, North Dakota.

_____, **J.F. Baltezore, J.A. Leitch, and F.L. Leistritz.. 1993.** Economic Impacts of Leafy Spurge in Wildlands in Montana, South Dakota, and Wyoming. North Dakota State University, Agricultural Economics Station. Agricultural Report No. 304. Fargo, North Dakota.

_____, **J.A. Leitch, and F.L. Leistritz. 1996.** Economic Analysis of Herbicide Control of Leafy Spurge in Rangeland. North Dakota State University Agricultural Experimental Station. Agricultural Economics Report No. 342. Fargo, North Dakota.

_____, **F.L. Leistritz, and J.A. Leitch. 1997.** Predicted Future Economic Impacts of Biological Control of Leafy Spurge in the Upper Midwest. North Dakota State University Agricultural Experimental Station. Agricultural Economics Report No. 382. Fargo, North Dakota.

BLM_0000663

_____, _____, _____. **1999a.** Assessing Economic Impacts of Biological Control of Weeds: the Case of Leafy Spurge in Northern Great Plains of the United States. Journal of Environmental Management 56:35-53.

_____, **D.J. Nudell, R.S. Sell, and F.L. Leistritz. 1999b.** Economic Analysis of Controlling Leafy Spurge with Sheep. North Dakota State University Agricultural Experimental Station. Economics Report No. 431. Fargo, North Dakota.

**Barbash, J. E., G. P. Thelin, D. W. Kolpin, and R. J. Gilliom. 1999.** Distribution of Major Herbicides in Ground Water of the United States. Water-resources Investigations Report 98-4245.

**Barker, C., K. Drottar, and H. Krueger. 1998.** Toxicity of AC263,222 During the Early Life-stages of the Flathead Minnow (*Pimephales promelas*): Lab Project Number 2CO 98-134; 954-98-134; 130A-120. Unpublished Study by Wildlife International, Ltd. OPPTS 850.1440. MRID No. 44728202.

**Barrows, D.P. 1900.** The Ethnobotany of the Cahuilla Indians of Southern California. Ph.D. Dissertation, University of Chicago. Chicago, Illinois.

**BASF. 2004.** Plateau Herbicide Label. Research Triangle Park, North Carolina.

**Basso, K.H. 1983.** Western Apache. Pages 462-488 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Battaglin, W.A., E.T. Furlong, M.R. Burkhardt, and C.J. Peter. 2000.** Occurrence of Sulfonylurea, Sulfonamide, Imidazolinone, and Other Herbicides in Rivers, Reservoirs and Ground Water in the Midwestern United States, 1998. Science of the Total Environment 248:123-133.

_____, _____, and _____. **2001.** Concentration of Selected Sulfonylurea, Sulfonamide, and Imidazolinone Herbicides, Other Pesticides, and Nutrients in 71 Streams, 5 Reservoir Outflows, and 25 Wells in the Midwestern United States, 1998. Water-resources Investigations Report 00-4225. USGS. Denver, Colorado.

_____, **E.M. Thurman, S.J. Kalkhoff, and S.D. Porter. 2003.** Herbicides and Transformation Products in Surface Waters of the Midwestern United States. Journal of the American Water Resources Association 39:743-756.

**Bean, L.J., and K.S. Sabel. 1972.** Cahuilla Indian Knowledge and Usage of Plants. Malki Museum Press. Banning, California.

**Beaver, D.L. 1976.** Avian Populations in Herbicide Treated Brush Fields. Auk 93:543-553.

**Beck, K.G. 1999.** Biennial Thistles. Pages 145-165 *in* Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

**Behnke, R.J. 1992.** Native Trout of Western North America. American Fisheries Society Monograph Number 6. Washington, D.C.

**Belnap, J. 1994.** Potential Role of Cryptobiotic Soil Crust in Semiarid Rangelands. Pages 179-185 *in* Proceedings—Ecology and Management of Annual Rangelands. (S.B. Monsen and S.G. Kitchen, eds.). General Technical Report INT-GTR-313. U.S. Department of Agriculture Forest Service, Intermountain Research Station. Ogden, Utah.

_____. **1995.** Surface Disturbances: Their Role in Accelerating Desertification. Environmental Monitoring and Assessment 37:39-57.

_____. **2005.** Personal Communication with K. Dunkin, ENSR, on Effects of Herbicides on Biological Soil Crusts. U.S. Biological Resources Division, Canyonlands Research Station. Moab, Utah.

_____, and **J.S. Gardner. 1993.** Soil Microstructure of the Colorado Plateau: The Role of the Cyanobacterium *Microcoleus vaginatus*. Great Basin Naturalist 53:40-47.

_____, **and D.A. Gillette. 1998.** Vulnerability of Desert Soil Surfaces to Wind Erosion: Impacts of Soil Texture and Disturbance. Journal of Arid Environments 39:133-142.

BLM_0000664

REFERENCES

_____, and S. L. Phillips. 2001. Soil Biota in an Ungrazed Grassland: Response to Annual Grass (*Bromus tectorum*) Invasion. Ecological Applications 11:1261-1275.

_____, R. Rosentreter, S. Leonard, J.H. Kaltenecker, J. Williams, and D. Eldridge. 2001. Biological Soil Crusts: Ecology and Management. U.S. Department of the Interior, Bureau of Land Management, National Science and Technology Center. Report Technical Reference 1730-2. Denver, Colorado.

Bender, G.L. (ed.). 1982. Reference Handbook on the Deserts of North America. Greenwood Press. Westport, Connecticut.

Bendix, J. 2002. Pre-european Fire in California Chaparral *in* Fire, Native Peoples, and the Natural Landscape (T.R. Vale, ed.). Island Press. Washington, D.C.

Beran, D.D., R.E. Gaussoin, and R.A. Masters. 1999. Native Wildflower Establishment with Imidazolinone Herbicides. Hortscience 34(2):283-286.

Berrill, M., S. Bertram, L. McGillivray, M. Kolohon, and B. Pauli. 1994. Effects of Low Concentrations of Forest-use Pesticides on Frog Embryos and Tadpoles. Environmental Toxicology and Chemistry 13:657-664.

_____, _____, and B. Pauli. 1997. Effects of Pesticides on Amphibian Embryos and Larvae. Pages 233-245 *in* Amphibians in Decline: Canadian Studies of a Global Problem (D.M. Greed, ed.). Society for the Study of Amphibians and Reptiles.

Bevans, H.E., M.S. Lico, and S.J. Lawrence. 1998. Water Quality in the Las Vegas Valley Area and the Carson and Truckee River Basins, Nevada and California, 1992-96. U.S. Geological Survey Circular 1170. Available at: http://pubs.usgs.gov/circ/circ1170/.

Biological Resources Research Center. 2001. Threatened and Endangered Animals of the Great Basin. University of Nevada. Reno, Nevada.

Blumler, M.A. 1992. Some Myths About California Grasslands and Grazers. Fremontia 20:22-27.

Bodine, J.J. 1979. Taos Pueblo. Pages 255-267 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Boertje, R.R., and C.L. Garner. 1998. Factors Limiting the Fortymile Caribou Herd. Federal Aid Final Report Study 3.38. Alaska Department of Fish and Game. Fairbanks, Alaska.

Bogan, M.A., C.D. Allen, E.H. Muldavin, S.P. Platania, J.N. Stuart, G.H. Farley, P. Mehlhop, and J. Belnap. 2003. Southwest *in* Status and Trends of the Nation's Biological Resources. Available at: http://biology.usgs.gov/s+t/SNT/index.htm.

Bohn, C.C., and J.C. Buckhouse. 1985. Coliforms as an Indicator of Water Quality in Wildland Streams. Journal of Soil and Water Conservation 40:95-97.

Bolen, E.G. 1998. Ecology of North America. John Wiley and Sons, Inc. New York, New York.

Bonneville Power Administration (BPA). 2000. Transmission System Vegetation Management Program Final Environmental Impact Statement. Portland, Oregon.

Boreson, K. 1998. Rock Art. Pages 611-619 *in* Plateau (D.E. Walker, ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Borjesson, E., L. Torstensson, and J. Stenstrom. 2004. The Fate of Imazapyr in a Swedish Railway Embankment. Pest Management Science 60:544-549.

Bossard, C.C., J.M. Randal, and M.C. Hoshovsky (eds.). 2000. Invasive Plants of California's Wildlands. University of California Press. Berkeley, California.

Boucard, T.K., R.D. Bardgett, K.C. Jones, and K.T. Semple. 2005. Influence of Plants on the Chemical Extractability and Biodegradability of 2,4-dichlorophenol in Soil. Environmental Pollution 133:53-62.

BLM_0000665

Boutin, C., N. Elmegaard, and C. Kjaer. 2004. Toxicity Testing of Fifteen Non-crop Plant Species with Six Herbicides in a Greenhouse Experiment: Implications for Risk Assessment. Ecotoxicology 13(4):349-369.

Bovey, R.W. 2001. Woody Plants and Woody Plant Management. Marcel Dekker, Inc. New York, New York.

Brabets, T.P., B. Wang, and R.H. Meade. 2000. Environmental and Hydrologic Overview of the Yukon River Basin, Alaska and Canada. U.S. Geological Survey Water-resources Investigations Report 99-4204. Washington, D.C.

Brady, N.C., and R.R. Weil. 1999. The Nature and Properties of Soils (12th Edition). Prentice-Hall, Inc. Upper Saddle River, New Jersey.

_____, and R.R. Weil. 2002. The Nature and Properties of Soils (13th Edition). Prentice-Hall, Inc. Upper Saddle River, New Jersey.

Braun, C.E. 1980. Alpine Bird Communities in Western North America: Implications for Management and Research. Pages 280-291 in Workshop Proceedings: Management of Western Forests and Grasslands for Nongame Birds (R.M. DeGraaf and N.G. Tilghman, eds.). U.S. Department of Agriculture Forest Service General Technical Report INT-86.

_____, T. Britt, and R.O. Wallestad. 1977. Guidelines for the Maintenance of Sage Grouse Habitats. Wildlife Society Bulletin 5:99-106.

British Crop Protection Council and The Royal Society of Chemistry. 1994. The Pesticide Manual - Incorporating the Agrochemicals Handbook. 10th Edition. British Crop Protection Council and Royal Society of Chemistry. Surrey and Cambridge, United Kingdom.

Brown, D.E. (ed.). 1982. Desert Plants. Volume 4 of Biotic Communities of the American Southwest – United States and Mexico. University of Arizona, for the Boyce Thompson Southwestern Arboretum. Tucson, Arizona.

Brown, D.N., and L. Irwin. 2001. Ponca, Pages 416-431 in Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Buffington, L.C., and C.H. Herbel. 1965. Vegetation Changes on a Semidesert Grassland Range from 1858 to 1963. Ecological Monographs 35:139-164.

Bussan, A.J., and W.E. Dyer. 1999. Herbicides and Rangeland. Pages 116-132 in Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

Busse, M.D., G.O. Fiddler, and A.W. Ratcliff. 2004. Ectomycorrhizal Formation in Herbicide-treated Soils of Differing Clay and Organic Matter Content. Water Air and Soil Pollution 152:23-34.

Butler, B.R. 1986. Prehistory of the Snake and Salmon River Area. Pages 127-134 in Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W. C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Butler, V.L., and R.F. Schalk. 1986. Holocene Salmonid Resources of the Upper Columbia. Institute for Environmental Studies, Office of Public Archaeology, University of Washington. Seattle, Washington.

Calabrese, E.J., and M.W. Dorsey. 1984. Healthy Living in an Unhealthy World. Simon and Schuster. New York, New York.

California Environmental Protection Agency (CalEPA). 1996. Memorandum from T. Formoli (California Environmental Protection Agency, Department of Pesticide Regulation, Worker Health and Safety Branch) to M. Mason (California Environmental Protection Agency, Department of Pesticide Regulation, Pesticide Regulation Branch).

Callaway, D., J. Janetski, and O.C. Stewart. 1986. Ute. Pages 336-367 in Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0000666

REFERENCES

Campbell, S.E. 1979. Soil Stabilization by a Prokaryotic Desert Crust: Implications for Precambrian Land Biota. Origins of Life 9:335-348.

Cannon, M.E., and G.A. Nielsen. 1984. Estimating Production of Range Vegetation from Easily Measured Soil Characteristics. Journal of the Soil Science Society of America 48:1393-1397.

Carlson, C.A., and E.M. Carlson. 1982. Review of Selected Literature on the Upper Colorado River System and its Fishes. Pages 1-8 in Fishes of the Upper Colorado River System: Present and Future (W.H. Miller, H.M. Tyus, and C.A. Carlson, eds.). Western Division, American Fisheries Society.

Cassell, M. 1998. The Rio Grande. The Green Line Volume 9, Number 4. Colorado Riparian Association. Available at: http://www.coloradoriparian.org/GreenLine/V09-4/RioGrande.html.

Centers for Disease Control (CDC). 2005. Worker Health Chartbook 2004. Chapter 1. National Institute for Occupation Safety and Health. Hyattsville, Maryland. Available at: http://www2a.cdc.gov/niosh-Chartbook/ch1/ch1-3.asp.

_____. 2007a. Injury and Violence. Department of Health and Human Services. Hyattsville, Maryland. Available at: http://www.cdc.gov/node.do/id/0900f3ec8000e539.

_____. 2007b. Health Data for All Ages. Department of Health and Human Services. Hyattsville, Maryland. Available at: http://209.217.72.34/HDAA/ReportFolders/report Folders.aspx.

Chamberlain, J., R. Bush, and A.L. Hammett. 1998. Non-timber Forest Products – The Other Forest Products. Forest Products Journal 48:10-19.

Chatters, J.C. 1998. Environment. Pages 29-48 in Plateau (D. Walker, ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, and D.L. Pokotylo. 1998. Prehistory: Introduction. Pages 73-80 in Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.) Smithsonian Institution. Washington, D.C.

Chaudhry, G.R., and L. Cortez. 1988. Degradation of Bromacil by a Pseudomonas Species. Applied and Environmental Microbiology 54:2203-2207.

Chiou, C.T., and D.E. Kile. 2000. Contaminant Sorption by Soil and Bed Sediment. Is There a Difference? Fact Sheet-087-00. U.S. Department of the Interior U.S. Geological Survey. Washington, D.C.

Clark, G.M., T.R. Maret, M.G. Rupert, M.A. Maupin, W.H. Low, and D.S. Ott. 1998. Water Quality in the Upper Snake River Basin, Idaho and Wyoming, 1992-95. U.S. Geological Survey Circular 1160. Available at: http://pubs.usgs.gov/circ/circ1160.

Clarke, S.E., and S.A. Bryce (eds.). 1997. Hierarchical Subdivisions of the Columbia Plateau and Blue Mountains Ecoregions, Oregon and Washington. General Technical Report PNW-GTR-395. U.S. Department of Agriculture Forest Service, Pacific Northwest Research Station. Portland, Oregon.

Clelow, C.W., Jr. 1978. Prehistoric Rock Art. Pages 619-625 in California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Coffin, P., and W. Cowan. 1995. Lahontan Cutthroat Trout (Oncorhynchus clarki henshawi) Recovery Plan. U.S. Fish and Wildlife Service, Region 1. Portland, Oregon.

Cole, E.D., W.C. McComb, M. Newton, C.J. Chambers, and J.P. Leeming. 1997. Response of Amphibians to Clearcutting, Burning, and Glyphosate Application in the Oregon Coast Range. Journal of Wildlife Management 61:656-664.

BLM_0000667

**Cole, G.A. 1981.** Habitats of North American Desert Fishes. Pages 477-492 *in* Fishes in North American Deserts (R.J. Naiman and D.L. Soltz, eds.). Wiley-Interscience Publication. New York, New York.

**Colorado Natural Areas Program. 2000.** Creating an Integrated Weed Management Plan: A Handbook for Owners and Managers of Lands with Natural Values. Colorado Natural Areas Program, Colorado State Parks, Colorado Department of Natural Resources, and Division of Plant Industry, Colorado Department of Agriculture. Denver, Colorado.

**Conetah, F.A. 1982.** Uintah-Ouray Tribe *in* A History of the Northern Ute People (K.L. MacKay and F.A. O'Neil, eds.). Salt Lake City, Utah.

**Cooperative Extension Service, USDA Forest Service, USDA Natural Resource Conservation Service Grazing Land Technology Institute, and USDI BLM. 1999.** Sampling Vegetation Attributes Interagency Technical Reference. BLM Technical Reference 1734-4. Washington, D.C. Available at: http://www.blm.gov/nstc/library/pdf/samplveg.pdf

**Cooperrider, A.Y., R.J. Boyd, and H.R. Stuart (eds.). 1986.** Inventory and Monitoring of Wildlife Habitats. U.S. Bureau of Reclamation. Washington, D.C.

**Croes, D. 2007.** Recent Investigations at Sauvie Island Wet Site, Portland, Oregon. A Symposium at the 60th Annual Northwest Anthropological Conference. Pullman, Washington.

**Cronquist, A., A.H. Holmgren, N.H. Holmgren, and J.L. Reveal. 1972.** Intermountain Flora. Vascular Plants of the Intermountain West, U.S.A, Volume 1. Hafner Publishing Company, Inc. New York, New York.

**Dahlgren, D.K., R. Chi, and T.A. Messmer. 2006.** Greater Sage-grouse Response to Sagebrush Management in Utah. Wildlife Society Bulletin 34:975-985.

**D'Antonio, C.M., T.L. Dudley, and M. Mack. 1999.** Disturbance and Biological Invasions: Direct Effects and Feedbacks. Pages 413-452 *in* Ecosystems of the World: Ecosystems of Disturbed Ground (L. R. Walker, ed.). Elsevier. Amsterdam, The Netherlands.

**Deacon, J.E., and C.D. Williams. 1991.** Ash Meadows and the Legacy of the Devils Hole Pupfish. Pages 69-87 *in* Battle Against Extinction: Native Fish Management in the American West (W.L Minckley and J.E. Deacon, eds.). University of Arizona Press. Tucson, Arizona.

**DeByle, N.V., and R.P. Winokur. 1985.** Aspen: Ecology and Management in the Western United States. U.S. Department of Agriculture Forest Service General Technical Report RM-119. Rocky Mountain Research Station. Fort Collins, Colorado.

**Dennehy, K.F., D.W. Litke, C.M. Tate, S.L. Qi, P.B. McMahon, B.W. Bruce, R.A. Kimbrough, and J.S. Heiny. 1998.** Water Quality in the South Platte River Basin, Colorado, Nebraska, and Wyoming, 1992-95. U.S. Geological Survey Circular 1167. Available at: http://pubs.usgs.gov/circ/circ1167/.

**Devesa, S.S., D.G. Grauman, W.J. Blot, G. Pennello, R.N. Hoover, and J.F. Franmeni, Jr. 1999.** Atlas of Cancer Mortality in the United States, 1950-1994. National Institutes of Health Publication No. 99-4564. U.S. Government Printing Office. Washington D.C. Available at: http://www3.cancer.gov/atlasplus/.

**Dexter, A.G. 1993.** Herbicide Spray Drift. North Dakota State University Extension Service Fact Sheet A-657 (revised). Available at: http://www.ext.nodak.edu/extpubs/plantsci/weeds/a657w.htm.

**Diaz, G., C. Carrillo, and M. Honrubia. 2003.** Differential Responses of Ectomycorrhizal Fungi to Pesticides in Pure Culture. Cryptogamie Mycologie 24:199-211.

**Dixon, E.J. 1999.** Bones, Boats, and Bison: Archaeology and the First Colonization of Western North America. University of New Mexico Press. Albuquerque, New Mexico.

**Doerr, T.B., and F.S. Guthery. 1983.** Effects of Tebuthiuron on Lesser Prairie-chicken Habitat and Foods. Journal of Wildlife Management 47:1138-1142.

BLM_0000668

REFERENCES

Domagalski, J.L., D.L. Knifong, P.D. Dileanis, L.R. Brown, J.T. May, V. Connor, and C.N. Alpers. 2000. Water Quality in the Sacramento River Basin, California, 1994–98. U.S. Geological Survey Circular 1215. Available at: http://pubs.usgs.gov/circ/circ1215/.

Donaldson, D., T. Kiely, and A. Grube. 2004. 2000-2001 Pesticide Industry Sales and Usage. U.S. Environmental Protection Agency Pesticide's Program. Washington, D.C. Available at: http://www.epa.gov/oppbead1/pestsales/.

Dorn, P.B., J.H. Rodgers, S.T. Dubey, W.B. Gillespie, and R.E. Lizotte. 1997. An Assessment of the Ecological Effects of a C9—11 Linear Alcohol Ethoxylate Surfactant in Stream Mesocosm. Ecotoxicology 6:275-292.

Douglas, M. E., and P. C. Marsh. 1996. Population Estimates/Population Movements of *Gila cypha*, An Endangered Cyprinid Fish in the Grand Canyon Region of Arizona. Copeia 1996:15-28.

_____, P.C. Marsh, and W.L. Minckley. 1994. Indigenous Fishes of Western North America and the Hypothesis of Competitive Displacement: *Meda fulgida* (Cryprinidae). Copeia 1994:9-19.

Dow AgroSciences. 1998. Clopyralid: A North American Technical Profile. Dow AgroSciences LLC. Indianapolis, Indiana.

Drake, J.A., H.A. Mooney, F. Di Castri, R.H. Groves, E.J. Kruger, M. Rejmanek, and M. Williamson. 1989. Biological Invasions: A Global Perspective. John Wiley and Sons. Chichester, England.

Driver, H.E., and W.C. Massey. 1957. Comparative Studies of North American Indians. Transactions of the American Philosophical Society 47(2). Philadelphia, Pennsylvania.

Dubrovsky, N.M., C.R. Kratzer, L.R. Brown, J.M. Gronberg, and K.R. Burow. 1998. Water Quality in the San Joaquin-Tulare Basins, California, 1992-95. U.S. Geological Survey Circular 1159. Available at: http://pubs.usgs.gov/circ/circ1159/.

Duffy, W.G., C.R. Berry, and K.D. Keenlyne. 1996. Biology of the Pallid Sturgeon with an Annotated Bibliography Through 1994. South Dakota Cooperative Research Unit Technical Bulletin Number 5. South Dakota State University. Brookings, South Dakota.

Dumond, D.E. 1987. The Eskimos and Aleuts. Thames and Hudson, Ltd. London, United Kingdom.

Duncan, C.L., and J.K. Clark (eds.). 2005. Invasive Plants of Range and Wildlands and Their Environmental, Economic, and Social Impacts. Weed Science Society of America. Lawrence, Kansas.

Dunham, J. 1998. Bringing Back the Lahontan Cutthroat Trout: Restoring Habitat for Fish and People. Trout Magazine (Spring), Trout Unlimited.

Egan, H.R. 1917. Pioneering the West, 1846-1878: Major Howard Egan's Diary. Howard R. Egan Estate. Richmond, Utah.

Eijsackers, H., and J. Van Der Drift. 1976. Effects on the Soil Fauna. Pages 149-174 *In* Herbicides Physiology, Biochemistry, and Ecology. Academic Press. London, United Kingdom.

Eldridge, D.J. 1996. Distribution and Floristics of Terricolous Lichens in Soil Crusts in Arid and Semi-arid New South Wales, Australia. Australian Journal of Botany 44:581-599.

_____, and R.S.B. Greene. 1994. Microbiotic Soil Crusts: A Review of Their Roles in Soil and Ecological Processes in the Rangelands of Australia. Australian Journal of Soil Research 32: 389-415.

Eli Lilly and Company. 2003. Sonar Guide to Aquatic Habitat Management: User's Guide.

Elston, R.G. 1986. Prehistory of the Western Area. Pages 135-148 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11. (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0000669

**Energy Information Administration. 2005.** Annual Energy Review 2005. Report No. DOE/EIA-0384. Chapter 5. Petroleum. Available at: http://www.eia.doe.gov/emeu/aer/pdf/pages/sec5.pdf.

**Engle, D.M., J.F. Stritzke, and P.L. Claypool. 1987.** Herbage Standing Crop Around Eastern Redcedar Trees. Journal of Range Management 40:237-239.

_____, **T.G. Bidwell, J. F. Stritzke, and D. Rollins. 1990.** Atrazine and Burning in Tallgrass Prairie Infested with Prairie Threeawn. Journal of Range Management 43:424-427.

**English Nature. 2003.** The Herbicide Handbook: Guidance on the Use of Herbicides on Nature Conservation Sites. Nature Contract No. EIT 31-04-003. Wetherby, West Yorkshire, United Kingdom.

**ENSR. 2001.** The Effects of Herbicides on Plants Used for Subsistence by Native Americans on Yakima Training Center, Washington. Prepared for the Department of the Army, Fort Lewis, Washington. Redmond, Washington.

_____. **2002.** Scoping Comment Summary Report for the Vegetation Treatments Programmatic Environmental Impact Statement. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Redmond, Washington.

_____. **2004.** Vegetation Treatments Programmatic EIS Ecological Risk Assessment Protocol. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005a.** Annual Emissions Inventory for BLM Treatment Alternatives. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005b.** Vegetation Treatments Programmatic EIS – Bromacil Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005c.** Vegetation Treatments Programmatic EIS – Chlorsulfuron Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005d.** Vegetation Treatments Programmatic EIS – Diflufenzopyr Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005e.** Vegetation Treatments Programmatic EIS – Diquat Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005f.** Vegetation Treatments Programmatic EIS – Diuron Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005g.** Vegetation Treatments Programmatic EIS – Fluridone Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005h.** Vegetation Treatments Programmatic EIS – Imazapic Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005i.** Vegetation Treatments Programmatic EIS – Overdrive® Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

BLM_0000670

REFERENCES

_____. **2005j.** Vegetation Treatments Programmatic EIS – Sulfometuron Methyl Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005k.** Vegetation Treatments Programmatic EIS – Tebuthiuron Ecological Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005l.** Vegetation Treatments Programmatic EIS Human Health Risk Assessment Final Report. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

_____. **2005m.** Air Quality Modeling for BLM Vegetation Treatment Methods. Prepared for the U.S. Department of the Interior Bureau of Land Management, Nevada State Office, Reno, Nevada. Westford, Massachusetts.

**Environmental Laboratory. 1987.** Corps of Engineers Wetland Delineation Manual. Technical Report Y-87-1, U.S. Army Engineers Waterways Experimental Station. Vicksburg, Mississippi.

**Eschholz, W.E., F.A. Servello, B. Griffith, K.S. Raymond, and W.B. Krohn. 1996.** Winter Use of Glyphosate-treated Clearcuts by Moose in Maine. Journal of Wildlife Management 60(4):764-769.

**Estok, D., B. Freedman, and D. Boyle. 1989.** Effects of the Herbicides 2,4-D, Glyphosate, Hexazinone, and Triclopyr on the Growth of Three Species of Ectomycorrhizal Fungi. Bulletin of Environmental Contamination and Toxicology 42:835-839.

**European Commission Directorate-General for the Environment. 2000.** Towards the Establishment of a Priority List of Substances for Further Evaluation of Their Role in Endocrine Disruption. Brussels, Belgium.

**Evans, R.A., R.E. Eckert, and J.A. Young. 1975.** The Role of Herbicides in Management of Pinyon-juniper Woodlands. Pages 83-89 *in* The Pinyon-juniper Ecosystem: A Symposium (G.F. Gifford and F.E. Busby, eds.). Utah State University. Logan, Utah.

**Evans, R.D., and J.R. Ehleringer. 1993.** A Break in the Nitrogen Cycle in Aridlands? Evidence from $^{15}N$ isotope of Soils. Oecologia 94:314-317.

**Extension Toxicology Network (Extoxnet). 1993.** Pesticide Information Profiles. A Pesticide Information Project of Cooperative Extension Offices of Cornell University, Oregon State University, the University of Idaho, the University of California at Davis, and the Institute for Environmental Toxicology, Michigan State University. Available at: http://extoxnet.orst.edu/.

_____. **1996a.** Glyphosate. Pesticide Information Profiles. Extension Toxicology Network. Available at: http://extoxnet.orst.edu/pips/glyphosa.htm.

_____. **1996b.** Metsulfuron Methyl. Pesticide Information Profiles. Extension Toxicology Network. Available at: http://extoxnet.orst.edu/pips/metsulfu.htm.

_____. **1996c.** Picloram. Pesticide Information Profile. Extension Toxicology Network. Available at: http://extoxnet.orst.edu/pips/picloram.htm.

_____. **1996d.** Sulfometuron Methyl. Pesticide Information Profiles. Extension Toxicology Network. Available at: http://extoxnet.orst.edu/pips/sulfomet.htm.

_____. **1996e.** Atrazine. Pesticide Information Profiles. Extension Toxicology Network. Available at: http://extoxnet.orst.edu/pips/atrazine.htm.

**Fagerston, K.A., H.P. Tietjen, and K. LaVoie. 1977.** Effect of Range Treatment with 2,4-D on Prairie Dog Diet. Journal of Range Management 30:57-60.

**Fanning, D.S., and C.B. Fanning. 1989.** Soil: Morphology, Genesis, and Classification. John Wiley and Sons. New York, New York.

BLM_0000671

**Federal Geographic Data Committee. 1997.** Vegetation Classification Standard. FGDC-STD-005. Vegetation Subcommittee, Secretariat, U.S. Geological Survey, Reston, Virginia. Available at: http://biology.usgs.gov/fgdc.veg/.

**Federal Register. 1994.** Endangered and Threatened Wildlife and Plants; Final Rule to List the Rio Grande Silvery Minnow as an Endangered Species. Department of the Interior, Fish and Wildlife Service, Volume 59, Number 138. Washington, D.C.

_____. **2000.** Wilderness Management. Department of the Interior Bureau of Land Management 43 CFR Parts 6300 and 8560. Final Rule. Washington, D.C.

_____. **2002.** Volume 67, Number 1, Page 102. Wednesday, January 2, 2002.

**Feldmeth, C.R. 1981.** The Evolution of Thermal Tolerance in Desert Pupfish (Genus _Cyprinodon_). Pages 357-384 _in_ Fishes in North American Deserts (R.J. Naiman and D.L. Soltz, eds.). Wiley-Interscience Publication. New York, New York.

**Feng, J.C., D.G. Thompson, and P. E. Reynolds. 1990.** Fate of Glyphosate in a Canadian Forest Watershed: 1. Aquatic Residues and Off-target Deposit Assessment. Journal of Agricultural Food Chemistry 38:1110- 1118.

**Field, J.A., R.L. Reed, T.E. Sawyer, S.M. Griffith, and P.J. Wigington, Jr. 2003.** Diuron Occurrence and Distribution in Soil and Surface and Ground Water Associated with Grass Seed Production. Journal of Environmental Quality 32:171-179.

**Fire Regime Condition Class. 2004.** Interagency Handbook Reference Conditions. Available at: http://www.frcc.gov/docs/PNVG/West/JUST1_Description.pdf.

**Fletcher, J.S., J.E. Nellessen, and T.G. Pfleeger. 1994.** Literature Review and Evaluation of the EPA Food-chain (Kenaga) Nomogram, and Instrument for Estimating Pesticide Residue on Plants. Environmental Toxicology and Chemistry 13(9):1383-1391.

_____, **T.G. Pfleeger, H.C. Ratsch, and R. Hays. 1996.** Potential Impact of Low Levels of Chlorsulfuron and Other Herbicides on Growth and Yield of Nontarget Plants. Environmental Toxicology and Chemistry 15:1189-1196.

**Folmar, L.C., H.O. Sanders, and A.M. Julin. 1979.** Toxicity of the Herbicide Glyphosate and Several of Its Formulations to Fish and Aquatic Invertebrates. Archives of Environmental Contamination and Toxicology 8:269-278.

**Forest Ecosystem Management Assessment Team. 1993.** Forest Ecosystem Management: An Ecological, Economic, and Social Assessment. U.S. Department of the Interior, U.S. Department of Agriculture, U.S. Department of Commerce, and U.S. Environmental Protection Agency. Washington, D.C.

**Forsyth, D.J., P.A. Martin, and G.G. Shaw. 1997.** Effects of Herbicides on Two Submerged Aquatic Macrophytes, _Potamogeton pectinatus_ L. and _Myriophyllum sibiricum_ Komarov, in a Prairie Wetland. Environmental Pollution 95:259-268.

**Foster, R.K., and R.B. McKercher. 1973.** Laboratory Incubation Studies of Chlorophenoxyacetic Acids in Chernozemic Soils. Soil Biology and Biochemistry 5:333-337.

**Fowler, C.S. 1986.** Subsistence. Pages 64-97 _in_ Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Fowler, E. 2005.** The Deer of DeSoto National Wildlife Refuge. Nebraskaland Magazine. Nebraska Game and Parks Commission. Available at: http://www.ngpc.state.ne.us/nebland/articles/hunting/desoto.asp.

**Franklin, J.F. 1988.** Pacific Northwest Forests. Pages 103-130 _in_ North American Terrestrial Vegetation (M.G. Barbour and W.D. Billings, eds.). Cambridge University Press. New York, New York.

BLM_0000672

REFERENCES

Frison, G.C. 2001. Hunting and Gathering Tradition: Northwestern and Central Plains. Pages 131-145 *in* Plains (R.J. Demailie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Fuerst, E.P., T.M. Sterling, M.A. Norman, T.S. Prather, G.P. Irzyk, Y. Wu, N.K. Lownds, and R.H. Callihan. 1996. Physiological Characterization of Picloram Resistance in Yellow Starthistle. Pesticide Biochemistry and Physiology 56:149-161.

Gadkari, D. 1988. Effect of Some Photosynthetic Inhibiting Herbicides on Growth and Nitrogenase Activity of a New Isolate of Cyanobacteria *Nostoc* G3. Journal of Basic Microbiology 28:419-426.

Garbarino, M.S., and R.F. Sasso. 1994. Native American Heritage. Waveland Press, Inc. Prospect Heights, Illinois.

Garrison, G.A., A.J. Bjugstad, D.A. Duncan, M.E. Lewis, and D.R. Smith. 1977. Vegetation and Environmental Features of Forest and Range Ecosystems. Agriculture Handbook No. 475. U.S. Department of Agriculture Forest Service. Washington, D.C.

Gautier D.L., G.L. Dolton, and E.D. Attanasi. 1998. 1995 National Oil and Gas Assessment and Onshore Federal Lands. U.S. Geological Survey Open-file Report 95-75-N. Denver, Colorado.

Gay, D.L., D.M. Engle, E.R. Allen, and J.F. Stritzke. 1997. Nitrogen and Biomass Dynamics Following Brush Control in the Cross Timbers. Journal of Range Management 50:55-61.

Gebhardt, K., S. Leonard, G. Staidl, and D. Prichard. 1990. Riparian Area Management: Riparian and Wetland Classification and Review. USDI, BLM /YA/PT-91/002+1737. Denver, Colorado.

George, M.R. 1996. Creating Awareness of Clean Water Issues Among Private Landowners. Pages 96-100 *in* Sustaining Rangeland Ecosystems (W.D. Edge and S.L. Olson-Edge, eds.). Oregon State University Extension Service, Special Report 953. Corvallis, Oregon.

Germano, D.J. 1978. Response of Selected Wildlife to Mesquite Removal in Desert Grassland. M.S. Thesis, University of Arizona. Tucson, Arizona.

Giacomazzi, S., and N. Cochet. 2004. Environmental Impact of Diuron Transformation: A Review. Chemosphere 56:1021-1032.

Giesy, J.P., S. Dobson, and K.R. Solomon. 2000. Ecotoxicological Risk Assessment for Roundup® Herbicide. Review of Contamination and Toxicology 167:35-120.

Gilbraith, D.M., M.J. Schwalbach, and C.R. Berry. 1998. Preliminary Report on the Status of the Pallid Sturgeon, *Scaphirhychus albus*, a Candidate Endangered Species. Cooperative Fish and Wildlife Research Unit, South Dakota State University. Brookings, South Dakota.

Gimsing, A.L., O.K. Borggaard, and M. Bang. 2004. Influence of Soil Composition on Adsorption of Glyphosate and Phosphate by Contrasting Danish Surface Soils. European Journal of Soil Science 55:183-191.

Glenn-Lewin, D.C. 1977. Species Diversity in North American Temperate Forests. Vegetation 33:153-162.

Goldsborough, L.G., and D.J. Brown. 1993. Dissipation of Glyphosate and Aminomethylphosphonic Acid in Water and Sediments of Boreal Forest Ponds. Environmental Toxicology and Chemistry 12:1139-1147.

Grand Canyon Visibility Transport Commission (GCVTC). 1996. Report of the Grand Canyon Visibility Transport Commission to the United States Environmental Protection Agency. June 1996. Available at: http://www.westgov.org/wga/publicat/epafin.htm.

Grant, N., E. Prusinkiewicz, and R. Makowski. 1990. Effect of Selected Pesticides on Survival of *Colletotrichum gloeosporioides* f. sp. malvae, a Bioherbicide for Round-leaved Mallow (*Malva pusilla*). Weed Technology 4:701–715.

Gregory, S.V., F.J. Swanson, W.A. McKee, and K.W. Cummins. 1991. An Ecosystem Perspective of Riparian Zones. Bioscience 41:540-551.

BLM_0000673

Griffith, J.S., and T.R. Tiersch. 1989. Ecology of Fishes in Redfield Canyon, Arizona, with Emphasis on *Gila robusta intermedia*. Southwestern Naturalist 34:131-164.

Groves, R. 2006. Are Some Weeds Sleeping? Some Concepts and Reasons. Euphytica 148:111-120.

Gruell, G.E. 1983. Fire and Vegetative Trends in the Northern Rockies: Interpretations from 1871-1982 Photographs. General Technical Report INT-158. U.S. Department of Agriculture Forest Service Intermountain Research Station. Ogden, Utah.

Gunnerson, J.H. 2001. Plains Village Tradition: Western Periphery. Pages 234-244 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Guynn, D.C., Jr., S.T. Guynn, T.B. Wigley, and D.A. Miler. 2004. Herbicides and Forest Biodiversity—What Do We Know and Where Do We Go From Here? Wildlife Society Bulletin 32:1085-1092.

Halter, M. 1980. 2,4-D in the Aquatic Environment. Section II *in* Literature Reviews of Four Selected Herbicides: 2,4-D, Dichlobenil, Diquat & Endothall (R. Shearer and M. Halter, eds.).

Hamilton, J.G. 1997. Changing Perceptions of Pre-european Grasslands in California. Madrono 44:311-333.

Han, J.C. 1979. Stability of [C14] Fosamine Ammonium in Water and Soils. Journal of Agricultural Food Chemistry 27:564-571.

Hance, R. J. 1976. Adsorption of Glyphosate by Soils. Pesticide Science 7:363-366.

Hann, W.J., M. Beighley, P. Teensma, T. Sexton, and M. Hilbruner. 2002. A Cohesive Strategy for Protecting People and Sustaining Natural Resources: Predicting Outcomes for Program Options. Presented at Fire, Fuel Treatments, and Ecological Restoration Conference. Fort Collins, Colorado. Available at: http://www.frcc.gov/AssocPubs.html.

Harper, B.L., B. Flett, S. Harris, C. Abeyta, and F. Kirschner. 2002. The Spokane Tribe's Multipathway Subsistence Exposure Scenario and Screening Level RME. Risk Analysis 22(3):513-526.

Harper K., and J. Belnap. 2001. The Influence of Biological Soil Crusts on Mineral Uptake by Associated Vascular Plants. Journal of Arid Environments 47(3):347-357.

Harris, S.G., and B.L. Harper. 1997. A Native American Exposure Scenario. Risk Analysis 17(6):789-795.

Harrison, I., R.U. Leader, J.J.W Higgo, and G.M. Williams. 1998. A Study of the Degradation of Phenoxy Acid Herbicides at Different Sites in a Limestone Aquifer. Chemosphere. 36:1211-1232.

Hartmans, M.A., H. Zhang, and E.L. Michalson. 1997. Costs of Yellow Starthistle Management. University of Idaho Agricultural Experimental Station. Bulletin 793. Moscow, Idaho.

Hassan, S., F. Bigler, and H. Bogenschutz. 1994. Results of the Sixth Joint Pesticide Testing Programme of the IOBC/WPRS-Working Group "Pesticides and Beneficial Organisms." Entomophaga 39:107–119.

Hayes, T.B., A.A. Stuart, M. Mendoza, A. Collins, N. Noreiga, A. Vonk, G. Johnston, R. Liu, and D. Kpodzo. 2006. Characterization of Atrazine-induced Gonadal Malformations in African Clawed Frogs (*Xenopus laevis*) and Comparisons with Effects of an Androgen Antagonist (Cyproterone Acetate) and Exogenous Estrogen (17B-Estradiol): Support for the Demasculinization/Feminization Hypothesis. Environmental Health Perspectives 114:134-141.

Hayward, S.F. 2005. Index of Leading Environmental Indicators. Pacific Research Institute. San Francisco, California.

Hebert, M. 2001. Strategic Plan for Noxious and Invasive Plants Management in Alaska. University of Alaska. Fairbanks, Alaska.

BLM_0000674

REFERENCES

Hein, L. 2002. Checklist for the Potential Costs of Land Degradation and the Benefits of Mitigation Measures. Prepared for The International Centre for Environmental Assessment Foundation for Sustainable Development and The International Centre for Integrative Studies. Available at: http://www.icis.unimaas.nl/medaction/downs/Deliverable_12.pdf.

Hendee, J.C., and C.P. Dawson. 2002. Wilderness Management Stewardship and Protection of Resources and Values. Third Edition. Fulcrum Publishing. Golden, Colorado.

Hershler, R., and D.W. Sada. 1987. Springsnails (Gastropoda: Hydrobiidae) of Ash Meadows, Amargosa Basin, California-Nevada. Proceedings of the Biological Society of Washington 100:776-843.

_____, and W.L. Pratt. 1990. A New *Pyrgulopsis* (Gastropoda: Hydrobiidae) from Southeastern California, With a Model for Historical Development of the Death Valley Hydrographic System. Proceedings of the Biological Society of Washington 103:279-299.

Hesse, L.W., J.C. Schmulbach, J.M. Carr, K.D. Keenlyne, D.G. Unkenholz, J.S. Robinson, and G.E. Mestl. 1989. Missouri River Resources in Relation to Past, Present, and Future Stresses. Pages 352-371 *in* Proceedings of the International Large River Symposium (D.P. Dodge, ed.). Canadian Special Publications in Fisheries and Aquatic Science 106. Department of Fisheries and Oceans, Ottawa. Ontario, Canada

Hickman, M.V., C.G. Messersmith, and R.G. Lynn. 1990. Picloram Release from Leafy Spurge Roots. Journal of Range Management 43:442-445.

Higgins, S.I, D.M. Richardson, and R.M. Cowling. 1996. Modeling Invasive Plant Spread: The Role of Plant-Environment Interactions and Model Structure. Ecology 77(7):2043-2054.

Hirsch, S.A. and J.A. Leitch. 1996. The Impact of Knapweed on Montana's Economy. North Dakota State University Agricultural Experimental Station. Agricultural Economics Report No 355. Fargo, North Dakota.

Hobbs, R.J., and S.E. Humphries. 1995. An Integrated Approach to the Ecology and Management of Plant Invasions. Conservation Biology 9(4):761-770.

Hofman, V., and E. Solseng. 2001. Reducing Spray Drift. North Dakota State University Extension Service, Agricultural and Biosystems Engineering. Fargo, North Dakota.

Hole, F.D., and G.A. Nielsen. 1970. Some Processes of Soil Genesis under Prairie. Pages 28-34 *in* Symposium on Prairie and Prairie Restoration. Special Publication No. 3. Knox College Field Station. Galesburg, Illinois.

Holecheck, J.L., R.D. Pieper, and C.H. Herbel. 1989. Range Maintenance Principles and Practices. Prentice-Hall. Englewood Cliffs, New Jersey.

_____, _____, and _____. 1995. Range Management: Principles and Practices. Second Edition. Prentice Hall. Englewood Cliffs, New Jersey.

Howard, P. (ed). 1991. Handbook of Physical Properties of Organic Chemicals. CRC Lewis Publishers. Boca Raton, Florida.

Howard, R.P., and M.L. Wolfe. 1976. Range Improvement Practices and Ferruginous Hawks. Journal of Range Management 29:33-37.

Hudson, B., J. Augsburger, M. Hillis, and P. Boehne. 2000. Draft Biological Assessment for the Interior Columbia River Basin Ecosystem Management Project Final Environmental Impact Statement. U.S. Department of the Interior Bureau of Land Management and U.S. Department of Agriculture Forest Service. Washington, D.C.

Hunn, E.S. 1990. Nch'i-Wana: The Big River. University of Washington Press. Seattle, Washington.

_____, and D.H. French. 1998. Western Columbia River Sahaptins. Pages 378-394 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of the North American Indian, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0000675

Hunter, M.L., Jr. 1990. Wildlife, Forests, and Forestry. Principles of Managing Forests for Biological Diversity. Regents/Prentice Hall. Englewood Cliffs, New Jersey.

Information Ventures, Inc. 1995a. Asulam. Prepared for the U.S. Department of Agriculture Forest Service. Philadelphia, Pennsylvania.

_____. 1995b. Atrazine. Prepared for the U.S. Department of Agriculture Forest Service. Philadelphia, Pennsylvania. Available at: http://infoventures.com/ehlth/pesticide/atrazine.html.

_____. 1995c. Mefluidide. Prepared for the U.S. Department of Agriculture Forest Service. Philadelphia, Pennsylvania. Available at: http://www.fluoridealert.org/pesticides/mefluidide.fact.sheet.usda.html.

_____. 1995d. Simazine. Prepared for the U.S. Department of Agriculture Forest Service. Philadelphia, Pennsylvania. Available at: http://infoventures.com/ehlth/pesticide/simazine.html.

Irwin-Williams, C. 1979. Post-Pleistocene Archeology, 7000-2000 B.C. Pages 22-30 in Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Ismail, B., and L. Wong. 1994. Effects of Herbicides on Cellulolytic Activity in Peat Soil. Microbios 78:117-123.

_____, and B.A. Azlizan. 2002. Persistence and Bioactivity of Metsulfuron-methyl in Three Soils. Journal Of Environmental Science and Health Part B-Pesticides Food Contaminants and Agricultural Wastes 37:345-353.

_____, K. Yapp, and O. Omar. 1998. Effects of Metsulfuron-methyl on Amylase, Urease, and Protease Activities in Two Soils. Australian Journal of Soil Research 36:449-456.

Jacobs, J.S., M.F. Carpinelli, and R.L. Sheley. 1999. Revegetating Noxious Weed-infested Rangeland. Page 133-141 in Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

James, T.K., P.T. Holland, A. Rahman, and Y.R. Lu. 1999. Degradation of the Sulfonylurea Herbicides Chlorsulfuron and Triasulfuron in a High-organic-matter Volcanic Soil. Weed Research 39:137-147.

Janetski, J.C. 1991. The Ute of Utah Lake. University of Utah Anthropological Papers Number 116. Salt Lake City, Utah.

Jenny, H. 1980. The Soil Resource: Origins and Behavior. Ecological Studies, Volume 37. Springer-Verlag. New York, New York.

Jensen, M., I. Goodman, K. Brewer, T. Frost, G. Ford, and J. Nesser. 1997. Biophysical Environments of the Basin. Pages 99-320 in An Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins (T.M. Quigley and S.J. Arbelbide, tech. eds.). General Technical Report PNW-GTR-405. U.S. Department of Agriculture Forest Service, Pacific Northwest Research Station. Portland, Oregon.

Johnsen, T. N., Jr. 1980. Picloram in Water and Soil from a Semiarid Pinyon-juniper Watershed. Journal of Environmental Quality 9:601-605.

Johnson, W.G., T.L. Lavy, and E.E. Gbur. 1995. Persistence of Triclopyr and 2,4-D in Flooded and Non-flooded Soils. Journal of Environmental Quality 24:493-497.

Joly, K.B., W. Dale, W.B. Collins, and L.G. Adams. 2002. Evaluating the Impacts of Wildland Fires on Caribou in Interior Alaska. Arctic Research of the United States 16:63–67.

Jones, K.B. 1986. Deserts. Pages 123-145 in Inventory and Monitoring of Wildlife Habitat (A.Y. Cooperrider, R.J. Boyd, and H.R. Stuart, eds.). U.S. Department of the Interior Bureau of Land Management Service Center. Denver, Colorado.

Jorgensen, J. 1980. Western Indians: Comparative Environments, Languages, and Cultures of 172 Western American Indian Tribes. W.H. Freeman and Company. San Francisco, California.

BLM_0000676

REFERENCES

Joseph, T.W., J.A. Sinning, R.J. Behnke, and P.B. Holden. 1977. An Evaluation of the Status, Life History, and Habitat Requirements of Endangered and Threatened Fishes of the Upper Colorado River System (FWS/OBS-77/62). U.S. Fish and Wildlife Service. Fort Collins, Colorado.

Kadrmas, T., W.S. Johnson, M. Eiswerth, and M. Coca. 2003. The Estimated Costs of Treating Invasive Weeds in Elko County, Nevada. University of Nevada Cooperative Extension. Reno, Nevada. Available at: http://www.unce.unr.edu/publications/FS03/FS03 41.pdf.

Kaeding, L.R., B.D. Burdick, P.A., Schrader, and W.R. Noonan. 1986. Recent Capture of a Bonytail (Gila elegans) and Observations on this Nearly Extinct Cyprinid from the Colorado River. Copeia 1986:1021-1023.

Karthikeyan, R., L.C. Davis, L.E. Erickson, K. Al-Khatib, P.A. Kulakow, P.L. Barnes, S.L. Hutchinson, and A.A. Nurzhanova. 2003. Studies on Responses of Non-target Plants to Pesticides: A Review. Hazardous Substance Research Center, Kansas State University. Manhattan, Kansas.

Kauffman, J.B., R.L. Beschta, N. Otting, and D. Lytjen. 1997. An Ecological Perspective on Riparian and Stream Restoration in the Western United States. Fisheries 22:12-24.

Kehoe, A.B. 1992. North American Indians: A Comprehensive Account (2nd Edition). Prentice Hall. Englewood, New Jersey.

Kelly, I.T. 1964. Southern Paiute Ethnography. Glen Canyon Series 21, University of Utah Anthropological Paper 69. Salt Lake City, Utah.

_____. 1976. Southern Paiute Ethnography. Pages 11-223 in Paiute Indians II (D.A. Horr, ed.). Garland Publishing Inc. New York, New York.

_____, and C.S. Fowler. 1986. Southern Paiute. Pages 368-397 in Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Kelsey, R.G., and D.J. Bedunah. 1989. Ecological Significance of Alleopathy for Centaurea Species in the Northwestern United States. Knapweed Symposium Proceedings, Land and Soil Science Department and Extension Service. Montana State University Bulletin 45:10-31.

Kennard, D., and C. Fowler. 2005. Encyclopedia of Southern Fire Science. Forest Encyclopedia Network. Available at: http://fire.forestencyclopedia.net/.

Kennard, E.A. 1979. Hopi Economy and Subsistence. Pages 554-563 in Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Kennedy, D., and R.T. Bouchard. 1998. Northern Okanogan, Lakes, and Colville. Pages 238-252 in Plateau (D.E. Walker, Jr., ed.). Handbook of the North American Indian, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Khera, S., and P.S. Mariella. 1983. Yavapai. Pages 38-54 in Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Kie, J.G. 1988. Annual Grasslands. Pages 120-121 in A Guide to Wildlife Habitats of California (K.E. Mayer and W.F. Laudenslayer, eds.). California Department of Forestry and Fire Protection. Sacramento, California.

Kiesecker, J.M. 2002. Synergism between Trematode Infection and Pesticide Exposure: A Link to Amphibian Limb Deformities in Nature? Proceedings of the National Academy of Sciences of the United States of America 99:9900-9904.

Kirby, D.R., R.G. Lym, J.J. Sterling, and C.H. Sieg. 2003. Observation: Leafy Spurge Control in Western Prairie Fringed Orchid Habitat. Journal of Range Management 56(5):466-473.

Kirkpatrick, C., C.J. Conway, and P.B. Jones. 2006. Distribution and Relative Abundance of Forest Birds in Relation to Burn Severity in Southeastern Arizona. Journal of Wildlife Management 70:1005-1012.

BLM_0000677

Kleijn, D., and G.I.J. Snoeijing. 1997. Field Boundary Vegetation and the Effects of Agrochemical Drift: Botanical Change Caused by Low Levels of Herbicide and Fertilizer. Journal of Applied Ecology 34:1413-1425.

Kookana, R. S., and L. A. G. Aylmore. 1993. Retention and Release of Diquat and Paraquat Herbicides in Soils. Australian Journal Of Soil Research 31:97-109.

Koskinen, W.C., J.C. Anhalt, O. Sakaliene, P.J. Rice, T.B. Moorman, and E.L. Arthur. 2003. Sorption-desorption of "Aged" Sulfonylaminocarbonyltriazolinone Herbicide Metabolites in Soil. Journal of Agricultural and Food Chemistry 51:3604-3608.

Koterba, M. T., W. S. L. Banks, and R. J. Shedlock. 1993. Pesticides in Shallow Groundwater in the Delmarva Peninsula. Journal of Environmental Quality. 22:500-518.

Kreamer, G. 1996. Early Life-stage Toxicity of DPX-T6376-141 (Metsulfuron-methyl) to Rainbow Trout (Oncorhynchus mykiss). Lab Project Number HLR 182-96 10352:182-196. Unpublished Study Prepared by DuPont Haskell Lab for Toxicity and Industrial Medicine. MRID Number 44122801.

Kroeber, A.L. 1976. Handbook of the Indians of California. Dover Publications, New York. Originally Published in 1925 as Bureau of Ethnology Bulletin 78. Smithsonian Institution. Washington, D.C.

Krueger, J.P., R.G. Butz, and D.J. Cork. 1991. Aerobic and Anaerobic Soil Metabolism of Dicamba. Journal of Agricultural and Food Chemistry 39:995-999.

Krzyszowska, A., R. Allen, and G. Vance. 1994. Assessment of the Fate of Two Herbicides in a Wyoming Rangeland Soil: Column Studies. Journal of Environmental Quality 23:1051-1058.

Kuchler, A.W. 1964. Potential Natural Vegetation of the Conterminous United States, American Geographical Society, Special Publication No. 36. New York, New York.

Kufeld, R.C. 1977. Improving Gambel Oak Ranges for Elk and Mule Deer by Spraying with 2,4,5-TP. Journal of Range Management 30:53-57.

Kuhlmann, B., B. Kaczmarczyk, and U. Schottler. 1995. Behavior of Phenoxyacetic Acids During Underground Passage with Different Redox Zones. International Journal Of Environmental Analytical Chemistry 58:199-205.

Lacey, J.R., C.B. Marlow, and J.R. Lane. 1989. Influence of Spotted Knapweed (Centaurea maculosa) on Surface Runoff and Sediment Yield. Weed Technology 3:627-631.

Lajeunesse, S. 1999. Dalmatian and Yellow Toadflax. Pages 202-216 in Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petroff, eds.). Oregon State University Press Corvallis, Oregon.

Lantis, M. 1984. Aleut. Pages 161-184 in Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

LaPrade, J.C. 1992. Fate of Pesticides in Soil and Water. Alabama Cooperative Extension System, Community Resource Development, Auburn University Document Number ANR-737. Auburn, Alabama. Available at: http://www.aces.edu/department/crd/publications/ANR-737.html.

Larsen, L., and J. Aamand. 2001. Degradation of Herbicides in Two Sandy Aquifers under Different Redox Conditions. Chemosphere 44:231-236.

Larson, S.J., P.D. Capel, and M.S. Majewski. 1997. Pesticides in Surface Water: Distribution, Trends, and Governing Factors. Series 3: Pesticides in the Hydrologic System. Ann Arbor Press. Chelsea, Michigan.

Laudenslayer, W.F., Jr., and J.R. Boggs. 1988. Desert Scrub. Pages 114-115 in A Guide to Wildlife Habitats of California (K.E. Mayer and W.F. Laudenslayer, Jr., eds.). California Department of Forestry and Fire Protection. Sacramento, California.

BLM_0000678

REFERENCES

**Lautenschlager, R.A., T.P. Sullivan, and R.G. Wagner. 1995.** Using Herbicides for Wildlife Management in Northern Ecosystems. Pages 152-154 *in* Proceedings for Second International Conference on Forest Vegetation Management (R.E. Gaskin and J.A. Zabkiewicz, eds.). New Zealand Forest Research Institute, Bulletin No. 192. Rotorua, New Zealand.

**Lelong, B., C. Lavoie, Y. Jodoin, and F. Belzile 2007.** Expansion Pathways of the Exotic Common Reed (I): a Historical and Genetic Analysis. Diversity and Distributions (Online Early articles). doi:10.1111/j.1472-4642.2007.00351.

**Lent, P.C. 1986.** Tundra. Pages 149-167 *in* Inventory and Monitoring of Wildlife Habitat (A.Y. Cooperrider, R.J. Boyd, and H.R. Stuart, eds.). U.S. Department of the Interior Bureau of Land Management Service Center. Denver, Colorado.

**Leopold, A. 1924.** Grass, Brush, Timber, and Fire in Southern Arizona. Journal of Forestry 22:1-10.

**Levings, G.W., D.F. Healy, S.F. Richey, and L.F. Carter. 1998.** Water Quality in the Rio Grande Valley, Colorado, New Mexico, and Texas, 1992-95. U.S. Geological Survey Circular 1162. Available at: http://pubs.usgs.gov/circ/circ1162/.

**Levy, R. 1978.** Eastern Miwok. Pages 398-413 *in* California (R.F. Heizer, ed.). Handbook of the North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Lewis, H.T. 1973.** Patterns of Indian Burning in California: Ecology and Ethnohistory. Ballena Press Anthropological Papers 1:1-101. Ramona, California.

**Lewis, M.A. 1991.** Chronic and Sublethal Toxicities of Surfactants to Aquatic Animals: a Review and Risk Assessment. Water Research WATRAG 25:101-113.

**Liljeblad, S., and C.S. Fowler. 1986.** Owens Valley Paiute. Pages 412-434 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Loeb, E.M. 1926.** Pomo Folkways. University of California Publications in American Archaeology and Ethnology 19(2):149-405. Berkeley, California.

**Loomis, D., D.B. Richardson, J.F. Bena, and A.J. Bailer. 2004.** Deindustrialization and the Long-term Decline in Fatal Occupation Injuries. Occupational and Environmental Medicine 61:616-621. Available at: http://oem.bmj.com/cgi/content/full/61/7/616.

**Lyman, R.L. 1991.** Prehistory of the Oregon Coast: The Effects of Excavation Strategies and Assemblage Size on Archeological Inquiry. Academic Press. San Diego, California.

**Lyman, W., W. Reehl, and D. Rosenblatt. 1990.** Handbook of Chemical Estimation Methods. American Chemical Society. Washington, D.C.

**Lyon, L.J., J.K. Brown, M.H. Huff, and J.K. Smith. 2000a.** Introduction. Pages 1-8 *in* Wildland Fire in Ecosystems (J.K. Smith, ed.). USDA Forest Service Rocky Mountain Research Station General Technical Report RMRS-GTR-42, Volume 1. Fort Collins, Colorado.

_____, **E.S. Telfer, and D.S. Schreiner. 2000b.** Direct Effects of Fire and Animal Responses. Pages 17-23 *in* Wildland Fire in Ecosystems (J.K. Smith, ed.). USDA Forest Service Rocky Mountain Research Station General Technical Report RMRS-GTR-42, Volume 1. Fort Collins, Colorado.

**Mack, R.N., D. Simberloff, W.M. Lonsdale, H. Evans, M. Clout, and F.A. Bazzazz. 2000.** Biotic Invasions: Causes, Epidemiology, Global Consequences, and Control. Ecological Applications 10(3):689-710.

**MacKay, D., S. Wan-Ying, and M. Kuo-ching. 1997.** Handbook of Environmental Fate and Exposure Data for Organic Chemicals. Volume III. Pesticides. Lewis Publishers. Chelsea, Michigan.

**MacMahon, J.A. 1988.** Warm Deserts. Pages 231-264 *in* North American Terrestrial Vegetation (M.G. Barbour and W.D. Billings, eds.). Cambridge University Press. New York, New York.

BLM_0000679

**Maddux, H.R., L.A. Fitzpatrick, and W.R. Noonan. 1993.** Colorado River Endangered Fishes Critical Habitat, Draft Biological Document. U.S. Fish and Wildlife Services. Salt Lake City, Utah.

**Mahler, R.L., H.W. Homan, and G.P. Carpenter. 1998.** Pesticides and Their Movement in Soil and Water. Quality Water for Idaho Current Information Series No. 865. University of Idaho College of Agriculture Cooperative Extension System Agricultural Experiment Station. Moscow, Idaho.

**Maikawa, E., and K.A. Kershaw. 1976.** Studies on Lichen-dominated Systems. XIX. The Postfire Recovery Sequence of Black Spruce-lichen Woodland in the Abitau Lake Region, N.W.T. Canadian Journal of Botany 54:2679-2687.

**Malik, J., G. Barry, and G. Kishore. 1989.** A Mini-review of the Herbicide Glyphosate. BioFactors 2:17-25.

**Malik, M., and D. Drennan. 1990.** Bioavailability and Dissipation of Fluridone under Controlled Conditions. Journal of Environmental Science and Health B25:447-472.

**Mallipudi, N.M., S.J. Stout, A.R. daCunha, and A. Lee. 1991.** Photolysis of Imazapyr (Ac 243997) Herbicide in Aqueous Media. Journal of Agricultural Food Chemistry 39:412-417.

**Mangels, G. 1991.** Behavior of the Imidazolinone Herbicides in the Aquatic Environment. *In* The Imidazolinone Herbicides (D. L. Shaner and S. L. O'Connor, eds.). CRC Press. Boca Raton, Florida.

**Markle, D.M., and R.G. Lym. 2001.** Leafy Spurge (*Euphorbia esula*) Control and Herbage Production with Imazapic. Weed Technology 15(3):474-480.

**Martens, D.A., and J.M. Bremner. 1993.** Influence of Herbicides on Transformations of Urea Nitrogen in Soil. Journal Of Environmental Science And Health Part B-pesticides Food Contaminants And Agricultural Wastes 28:377-395.

**Masters, R.A., D.B. Beran, and R.E. Gaussoin. 2001.** Restoring Tallgrass Prairie Species Mixtures on Leafy Spurge-infested Rangeland. Journal of Range Management 54(4):362-369.

**Maxwell, J.A. 1978.** America's Fascinating Indian Heritage. Reader's Digest Association, Inc. New York, New York.

**Mayack, D.T., P.B. Bush, D.G. Neary, and J.E. Douglass. 1982.** Impact of Hexazinone on Invertebrates after Application to Forested Watersheds. Archives of Environmental Contamination and Toxicology 11:209-217.

**Mayes, M. 1990.** Dow Chemical USA Phase 3 Summary of MRID 00151958. The Acute and Chronic Toxicity of Triclopyr [(3,5,6-Trichloro-2-Pyridiny)loxy) Acetic Acid] Triethylamine Salt Solution to the Fathead Minnow (*Pimephales promelas*). Project ID: ES-582. Dow Chemical. Colorado.

_____, D.C. Dill, K.M. Bodner, and C.G. Mendoza. 1984. Triclopyr Triethylamine Salt Toxicity to Life Stages of the Fathead Minnow *Pimephales promelas*. Bulletin of Environmental Contamination and Toxicology 33(3):339-347.

**Mayeux, H. S., Jr., C. W. Richardson, R. W. Bovey, E. Burnett, M. G. Merkle, and R. E. Meyer. 1984.** Dissipation of Picloram in Storm Runoff. Journal of Environmental Quality 13:44-49.

**McAllister, K.R. 1995.** Washington State Recovery Plan for the Pygmy Rabbit. Washington Department of Fish and Wildlife. Olympia, Washington.

**McCartney, A.P. 1984.** Prehistory of the Aleutian Region. Pages 119-135 *in* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**McClellan, C., and G. Deniston. 1981.** Environment and Culture in the Cordillera. Pages 372-386 *in* Sub-arctic (J. Helm, ed.). Handbook of North American Indians, Volume 6 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**McCormick, D.P. 1975.** Effect of Mesquite Control on Small Game Populations. M.S. Thesis, University of Arizona. Tucson, Arizona.

BLM_0000680

REFERENCES

McDonald, P.M. 1988. Montane Hardwood. Pages 72-73 *in* A Guide to Wildlife Habitats of California (K.E. Mayer and W.F. Laudenslayer, eds.). California Department of Forestry and Fire Protection. Sacramento, California.

McGuire, T.R. 1983. Walapai. Pages 25-37 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

McMullin, C., and R. Thomas. 2000. Phase II Herbicide Analysis – Environmental Impact Statement. Prepared for the U.S. Department of the Interior Bureau of Land Management by Intercet Ltd. McLean, Virginia.

McNabb, K. 1997. Environmental Safety of Forestry Herbicides. Alabama Cooperative Extension System ANR-846. Available at: http://www.aces.edu/pubs/docs/A/ANR-0846/.

Meehan, W.R. (ed.). 1991. Influences of Forest and Rangeland Management on Salmonid Fishes and their Habitats. American Fisheries Society Special Publication 19. Bethesda, Maryland.

_____, and T.C. Bjornn. 1991. Salmonid Distribution and Life Histories. American Fisheries Society Special Publication 19:47-82. Bethesda, Maryland.

Mehringer, P.J., Jr. 1986. Prehistoric Environments. Pages 31-50 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Metting, F.B. 1990. Soil Algae. Pages 355-368 *in* The Rhizosphere (J. M. Lynch, ed.). Wiley Interscience. London, England.

Michael, J.L. 2000. Pesticides. Pages 139-149 *in* Drinking Water from Forests and Grasslands: A Synthesis of the Scientific Literature (G.E. Dissmeyer, ed.). General Technical Report SRS-039. U.S. Department of Agriculture Forest Service, Southern Research Station. Asheville, North Carolina.

_____, D. G. Neary, and M. J. M. Wells. 1989. Picloram Movement in Soil Solution and Streamflow from a Coastal Plain Forest. Journal of Environmental Quality 18:89-95.

_____, E. C. Webber, D. R. Bayne, J. B. Fischer, H. L. Gibbs, and W. C. Seesock. 1999. Hexazinone Dissipation in Forest Ecosystems and Impacts on Aquatic Communities. Canadian Journal of Forest Research 29:1170-1181.

Miller, J. 1998. Middle Columbia River Salishans. Pages 253-270 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of the North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Miller, J.H., R.S. Boyd, and M.B. Edwards. 1999. Floristic Diversity, Stand Structure, and Composition 11 years after Herbicide Site Preparation. Canadian Journal of Forest Research 29:1073-1083.

Miller, J.J., B.D. Hill, C. Chang, and C.W. Lindwall. 1995. Residue Detections in Soil and Shallow Groundwater after Long-term Herbicide Applications in Southern Alberta. Canadian Journal of Soil Science 75:349-356.

Miller, K.V., and J.H. Miller. 2004. Forestry Herbicide Influences on Biodiversity and Wildlife Habitat in Southern Forests. Wildlife Society Bulletin 32(4):1049-1060.

Miller, R.F., and J.A. Rose. 1999. Fire History and Western Juniper Encroachment in Sagebrush Steppe. Journal of Range Management 52(6):550-559.

Miller, W.H., H.M. Tyus, and C.A. Carlson (eds). 1982. Fishes of the Upper Colorado River System: Present and Future. American Fisheries Society, Western Division. Bethesda, Maryland.

Mills, M.J. 1994. Harvest, Catch, and Participation in Alaska Sport Fisheries during 1993. Alaska Department of Fish and Game Fishery Data Series 94-28. Anchorage, Alaska.

Minckley, W.L. 1973. Fishes of Arizona. Arizona Game and Fish Department. Phoenix, Arizona.

BLM_0000681

_____, and J.E. Deacon (eds). 1991. Battle against Extinction: Native Fish Management in the American West. University of Arizona Press. Tucson, Arizona.

Minino, A.M., E. Arias, K.D. Kochanek, S.L. Murphy, and B.L. Smith. 2002. Deaths: Final Data for 2000. National Vital Statistics Reports Volume 50, Number 15. September 16, 2002. Centers for Disease Control, Division of Vital Statistics. Washington, D.C.

Moapa Memories. 2002. Available at: http://www.xeri.com/Moapa/moapa-afidavits.htm.

Montana Department of Environmental Quality. 2002. Montana Modeling Guideline for Air Quality Permits. Available at: http://www.deq.state.mt.us/AirQuality/AQinfo.asp

Montgomery, J.H., editor. 1997. Illustrated Handbook of Physical-chemical Properties and Environmental Fate for Organic Chemicals. Volume V, Pesticide Chemicals. Lewis Publishers. Boca Raton, Florida.

Moratto, M.J. 1984. California Archaeology. Academic Press, Inc. Orlando, Florida.

Morton, H.L., and A. Melgoza 1991. Vegetation Changes Following Brush Control in Creosotebush Communities. Journal of Range Management 44:133-139.

Mostafa, F.I.Y., and C.S. Helling. 2003. Isolation and 16s DNA Characterization of Soil Microorganisms from Tropical Soils Capable of Utilizing the Herbicides Hexazinone and Tebuthiuron. Journal Of Environmental Science and Health Part B-pesticides Food Contaminants and Agricultural Wastes 38:783-797.

Moyle, P.B. 1976. Inland Fishes of California. University of California Press. Berkeley, California.

Mueggler, W.F., and W.L. Stewart. 1980. Grassland and Shrubland Habitat Types of Western Montana. General Technical Report INT-66. U.S. Department of Agriculture Forest Service Intermountain Research Station. Ogden, Utah.

Mueller-Warrant, G., and S.M. Griffith. 2005. High Yield Grass Seed Production and Water Quality Handbook. Oregon Seed Council. Salem, Oregon. Available at: http://forages.oregonstate.edu/organizations/seed/osc/brochures/water-quality/index.html.

Muhn, J., and H.R. Stewart. 1988. Opportunity and Challenge: The Story of the BLM. USDI BLM. U.S. Government Printing Office. Washington, D.C.

Muir, D.C.G.L., N.P. Grift, A.P. Blouw, and W.L. Lockhart. 1980. Persistence of Fluridone in Small Ponds. Journal of Environmental Quality 9(1):151-156.

Muller, R. 1980. Fish Toxicity and Surface Tension of Non-Ionic Surfactants: Investigations of Antifoam Agents. Journal of Fish Biology 16:585-589.

Munn, L.C., G.A. Nielsen, and W.F. Mueggler. 1978. Relationships of Soils to Mountain and Foothill Range Habitat Types and Production in Western Montana. Journal of the Soil Science Society of America 42:135-139.

Murphy, R.F., and Y. Murphy. 1986. Northern Shoshone and Bannock. Pages 284-307 in Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Naiman, R.J. 1981. An Ecosystem Overview: Desert Fishes and Their Habitats. Pages 493-531 in Fishes in North American Deserts (R.J. Naiman and D.L. Soltz, eds.). Wiley-Interscience Publication. New York, New York.

Nash, L. 1993. Water Quality and Health. Pages 25-39 in Water in Crisis: A Guide to the World's Fresh Water Resources (P.H. Gleick, ed.). Oxford University Press. New York, New York.

National Academy of Sciences (NAS). 1968. Principles of Plant and Animal Pest Control, Volume 2: Weed Control. Washington, D.C.

_____. 1983. Risk Assessment in the Federal Government: Managing the Process. National Academy Press. Washington, D.C.

BLM_0000682

REFERENCES

National Center for Health Statistics (NCHS). 2007. Vital Statistics. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention. Hyattsville, Maryland. Available at: http://www.cdc.gov/nchs/.

National Institute for Occupational Safety and Health (NIOSH). 1997. NIOSH Facts. Work-related Musculoskeletal Disorders. Available at: http://www.cdc.gov/niosh/muskdsfs.html.

_____. 2001. Traumatic Occupational Injuries. Available at: http://www.cdc.gov/niosh/injury/.

_____. 2002. Occupational Cancer. Available at: http://www.cdc.gov/niosh/occancer.html.

National Interagency Fire Center. 2005. Wildland Fire Statistics. Boise, Idaho. Available at: http://www.nifc.gov/stats/wildlandfirestats.html.

National Invasive Species Council. 2001. Management Plan for Meeting the Invasive Species Challenge. Washington, D.C.

National Library of Medicine. 2002. Hazardous Substances Data Bank. A Toxicology Data file on the National Library of Medicines Toxicology Data Network (TOXNET). Available at: http://toxnet.nlm.nih.gov.

_____. 2003. Database Prepared by the U.S. National Library of Medicine, Office of Health and Human Services, National Institute of Health. Available at: http://toxnet.nlm.nih.gov/cgi-bin/sis/htmlgen?hsdbb.htm.

National Network of Forest Practitioners. 2005. Nontimber Forest Products (NTFP) Fact Sheet. Available at: http://www.nnfp.org.

National Wildlife Federation and Natural Resources Defense Council. 2001. Conservation Management of America's Public Lands: An Assessment and Recommendations for Progress 25 Years after FLPMA. National Wildlife Federation. Washington, D.C.

Natural Resources Conservation Service. 2000. National Resources Inventory Summary Report. Tables 10 and 11. Washington, D.C. Available at: http://www.nrcs.usda.gov/technical/NRI/1997/summary_report/.

NatureServe Explorer. 2001. An Online Encyclopedia of Life. Version 1.6. Arlington, Virginia. Available at: http://www.natureserve.org/explorer.

Neary, D.G., and J.L. Michael. 1996. Herbicides. Protecting Long-term Sustainability and Water Quality in Forest Ecosystems. New Zealand Journal of Forestry Science 26:241-264.

_____, J.W. Taylor Jr., and P.B. Bush. 1984. Fate of Hexazinone in Forest Watersheds. U.S. Department of Agriculture Forest Service. Forest Pest Management Technology Update. Washington D.C.

_____, P.B. Bush, and J.E. Douglass. 1983. Off-site Movement of Hexazinone in Stormflow and Baseflow from Forest Watersheds. Weed Science 31:543-551.

_____, _____, and J. L. Michael. 1993. Fate, Dissipation and Environmental-effects of Pesticides in Southern Forests - A Review of a Decade of Research Progress. Environmental Toxicology and Chemistry 12:411-428.

Nelson, C.M. 1990. Prehistory of the Puget Sound Region. Pages 481-484 in Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Newmaster, S.G., F.W. Bell, and D.H. Vitt. 1999. The Effects of Glyphosate and Triclopyr on Common Bryophytes in Northwestern Ontario. Canadian Journal of Forest Research 29:1101-1011.

Newton, M., F. Roberts, A. Allen, B. Kelpsas, D. White, and P. Boyd. 1990. Deposition and Dissipation of Three Herbicides in Foliage, Litter, and Soil of Brushfields of Southwest Oregon. Journal of Agricultural Food Chemistry 38:574-583.

Nomura, N.S., and H.W. Hilton. 1977. The Adsorption and Degradation of Glyphosate in Five Hawaiian Sugarcane Soils. Weed Research 17:113-121.

Norris, K.S. 1953. The Ecology of the Desert Iguana, Dipsosaurus dorsalis. Ecology 34:265-287.

BLM_0000683

**Norris, L.A., H.W. Lorz, and S.V. Gregory. 1991.** Forest Chemicals. American Fisheries Society Special Publication 19:207-296. Bethesda, Maryland.

**Norton, J.B., T.A. Monaco, J.M. Norton, D.A. Johnson, and T.A. Jones. 2004.** Cheatgrass Invasion Alters Soil Morphology and Organic Matter Dynamics in Big Sagebrush—Steppe Rangelands. *In* Seed and Soil Dynamics in Shrubland Ecosystems: Proceedings; 2002, August 12-16 (A. L. Hild, N. L. Shaw, S. E. Meyer, D. T. Booth, and E. D. McArthur, eds.). U.S. Department of Agriculture Forest Service, Rocky Mountain Research Station. Laramie, Wyoming.

**Obrigawitch, T.T., G. Cook, and J. Wetherington. 1998.** Assessment of Effects on Non-target Plants from Sulfonylurea Herbicides Using Field Approaches. Pesticide Science 52:199-217.

**Office of Management and Budget (OMB). 2005.** Program Assessment Rating Tool Direct Federal Programs. Washington, D.C. Available at: http://www.whitehouse.gov/omb/budget/fy2006/pma/interior.pdf.

**Office of Technology Assessment (OTA). 1993.** Harmful Non-indigenous Species in the United States. United States Congress. Washington, D.C.

**Oh, K.H., and O.H. Tuovinen. 1991.** Bacterial Degradation of Phenoxy Herbicide Mixtures 2,4-D and Mcpp. Bulletin of Environmental Contamination and Toxicology 47:222-229.

**Olson, B.E. 1999.** Grazing and Weeds. Pages 85-97 *in* Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

_____, **and R.T. Wallander. 1997.** Biomass and Carbohydrates of Spotted Knapweed and Idaho Fescue After Repeated Grazing. Journal of Range Management 50:409-412.

**Olson, R., J. Hansen, T. Whitson, and K. Johnson. 1994.** Tebuthiuron to Enhance Rangeland Diversity. Rangelands 16:197-201.

**Opler, M.E. 1983.** Mescarlero Apache. Pages 419-439 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Ott, R. 2000.** Factors Affecting Stream Bank and River Bank Stability, with an Emphasis on Vegetation Influences. Prepared for the Region III Forest Practices Riparian Management Committee. Tanana Chiefs Conference, Inc. Forestry Program. Fairbanks, Alaska.

**Page, L.M., and B.M. Burr. 1991.** The Peterson Field Guide Series: A Field Guide to Freshwater Fishes. Houghton Mifflin Publishers. Boston, Massachusetts.

**Paige, C., and S.A. Ritter. 1999.** Birds in a Sagebrush Sea: Managing Sagebrush Habitats for Bird Communities. Partners in Flight Western Working Group. Boise, Idaho.

**Patterson, R.L. 1952.** The Sage Grouse in Wyoming. Sage Books. Denver, Colorado.

**Paulin, K.M., J.J. Cook, and S.R. Dewey. 1999.** Pinyon-juniper Woodlands as Sources of Avian Diversity. Pages 240-243 *in* Proceedings: Ecology and Management of Pinyon-juniper Communities within the Interior West. U.S. Department of Agriculture Forest Service Proceedings RMPRS-P-9. Rocky Mountain Research Station. Ogden, Utah.

**Paveglio, F.L. 1996.** Use of Rodeo and X-77 Spreader to Control Smooth Cordgrass (*Spartina alterniflora*) in a Southwestern Washington Estuary: Environmental Fate. Environmental Toxicology and Chemistry 15:961- 968.

_____, **and K.M. Kilbride. 2000.** Response of Vegetation to Control of Reed Canarygrass in Seasonally Managed Wetlands of Southwestern Washington. Wildlife Society Bulletin 28:730-740.

**Pavel, E.W., A.R. Lopez, D.F. Berry, E.P. Smith, R.B. Reneau, and S. Mostaghimi. 1999.** Anaerobic Degradation of Dicamba and Metribuzin in Riparian Wetland Soils. Water Research 33:87-94.

BLM_0000684

REFERENCES

Payne, N.F., and F. Copes. 1986. Wildlife and Fisheries Habitat Improvement Handbook. U.S. Department of Agriculture Forest Service. U. S. Government Printing Office. Washington, D.C.

_____, and F.C. Bryant. 1998. Wildlife Habitat Management of Forestlands, Rangelands, and Farmlands. Krieger Publishing Company. Malabar, Florida.

Pekar, S. 2002. Susceptibility of the Spider *Theridion impressum* to 17 Pesticides. Anzeiger fuer Schaedlingskunde 75:51–55.

Perryman, B.L., R.E. Wilson, and W.I. Morrill. 2003. Eastern Nevada Landscape Coalition Position. Rangelands 25:30-34.

Perschbaucher, P., G.M. Ludwig, and R. Edzigie. 2004. Effects of Propanil, Diuron, and Atrazine Drift on Sunshine Bass Pond Plankton and Water Quality. University of Arkansas-Pine Bluff Aquaculture Field Day.

Pesticide Management Education Program. 2001. 2,4-DP (dichlorprop) Herbicide Profile 9/88. Cornell University. Ithaca, New York. Available at: http://pmep.cce.cornell.edu.

Peterjohn, W.T., and W.H. Schlesinger. 1990. Nitrogen Loss from Deserts in the Southwestern United States. Biogeochemistry 10:67-79.

Peterson, E. 2006. Invasive Annual Grasses in Nevada. Natural Heritage Program. Carson City, Nevada.

Peterson, H., C. Boutin, P. Martin, K. Freemark, N. Ruecker, and M. Moody. 1994. Aquatic Phytotoxicity of 23 Pesticides Applied at Expected Environmental Concentrations. Aquatic Toxicology 28:275-292.

Petit, V., R. Cabridenc, R.P.J. Swannell, and R.S. Sokhi. 1995. Review of Strategies for Modeling the Environmental Fate of Pesticides Discharged into Riverine Systems. Environment International 21(2):167-176.

Pfleeger, T.G., K.D. Getsinger, and K.B. Woodburn. 2003. A Review of the Aquatic Environmental Fate of Triclopyr and Its Major Metabolites. Journal of Aquatic Plant Management 41:69-75.

_____, J.G. Skogerboe, K.D. Getsinger, D.R. Foster, B.A. Houtman, J.F. Fairchild, and L.W. Anderson. 2001. The Aquatic Fate of Triclopyr in Whole-pond Treatments. Pest Management Science 57:764-775.

Pfleeger, T.G., A. Fong, R. Hayes, H. Ratsch, and C. Wickliff. 1996. Field Evaluation of the EPA (Kenaga) Nomogram, a Method for Estimating Wildlife Exposure to Pesticide Residues on Plants. Environmental Toxicology and Chemistry 15(4):535-543.

Pianka, E.R. 1966. Convexity, Desert Lizards, and Spatial Heterogeneity. Ecology 47:1055-1059.

Pimentel, D. 1997. Techniques for Reducing Pesticides: Environmental and Economic Benefits. John Wiley and Sons. New York, New York.

_____, R. Zuniga, and D. Morrison. 2005. Update on the Environmental and Economic Costs Associated with Alien-invasive Species in the United States. Ecological Economics 52:273-288.

Pitelka. F.A. 1979. An Avi-faunal Review for the Barrow Region and North Slope of Arctic Alaska. Arctic and Alpine Research 6:161-184.

Platania, S.P. 2003. Perils Facing the Gila Trout in the Status and Trends of the Nation's Biological Resources. Available at: http://biology.usgs.gov/s+t/SNT/index.htm.

_____, and K.R. Bestgen. 1988. An Interim Report on the Fishes of the Lower San Juan River, New Mexico, 1987. New Mexico Department of Game and Fish. Santa Fe, New Mexico.

Plog, F. 1979. Prehistory: Western Anasazi. Pages 108-130 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Poff, N.L., J.D. Allan, M.B. Bain, J.R. Karr, K.L. Prestegarrd, B.D. Richter, R.E. Sparks, and J.C. Stromberg. 1997. The Natural Flow Regime: A Paradigm for River Conservation and Restoration. BioScience 47:769-784.

BLM_0000685

Prichard, D., F. Berg, S. Leonard, W. Hagenbuck, M. Manning, R. Krapf, C. Noble, R. Leinard, and J. Staats. 2003. Riparian Area Management: A User Guide to Assessing Proper Functioning Condition and the Supporting Science for Lentic Areas. TR 1737-16, U.S. Department of the Interior Bureau of Land Management, BLM/RS/ST-99/001+1737+REV03. Denver, Colorado.

Purdue Pesticide Programs. 2001. Pesticide Impact Assessment Program. Purdue University Pesticide Program. Document Number PPP-35., Purdue Cooperative Extension Service, West Lafayette, Indiana. Available at: http://www.btny.purdue.edu/PPP/.

Que Hee, S.S., and R.G. Sutherland. 1981. The Phenoxyalkanoic Herbicides, Volume I: Chemistry, Analysis, and Environmental Pollution. CRC Press, Inc. Boca Raton, Florida.

Rahman, A., T.K. James, and P. Sanders. 1993. Leaching and Movement of Imazapyr in Different Soil Types. Proceedings of the Forty Sixth New Zealand Plant Protection Conference. Christchurch, New Zealand 1:115-119.

Rees, N.E., P.C. Quimby Jr., G.L. Piper, E.M. Coombs, C.E. Turner, N.R. Spencer, and L.V. Knutson (eds.). 1996. The Biological Control of Weeds in the West. Western Society of Weed Science. Bozeman, Montana.

Reinert, K.H. 1989. Environmental Behavior of Aquatic Herbicides in Sediments in Reactions and Movements of Organic Chemicals in Soils. Soil Science Society of American and American Society of Agronomy. Madison, Wisconsin.

Rejmanek, M., D.M. Richardson, and P. Pysek. 2005. Plant Invasions and Invisibility of Plant Communities in Vegetation Ecology (E. van der Maarel, ed.). Blackwell Publishing, Malden, Massachusetts.

Relyea, R.A. 2005a. The Impact of Insecticides and Herbicides on the Biodiversity and Productivity of Aquatic Communities. Ecological Applications 15:618-627. Available at: http://www.cnah.org/pdf_files/222.pdf.

_____. 2005b. The Lethal Impact of Roundup on Aquatic and Terrestrial Amphibians. Ecological Applications 15:1118-1124.

Retzinger, E.J., Jr., and C. Mallory-Smith. 1997. Classification of Herbicides by Site of Action for Weed Resistance Management Strategies. Weed Technology 11:384-393.

Rice, P.M., J.C. Toney, and D.J. Bedunah. 1997a. Plant Community Diversity and Growth Form Responses to Herbicide Applications for Control of Centaurea maculosa. Journal of Applied Ecology 34:1397–1412.

_____, _____, _____, and C.E. Carlson. 1997b. Elk Winter Forage Enhancement by Herbicide Control of Spotted Knapweed. Wildlife Society Bulletin 25:627-633.

Rinne, J.N. 1995. The Effects of Introduced Fishes on Native Fishes: Arizona, Southwestern United States. Pages 149-159 in Protection of Aquatic Biodiversity, Proceedings of the World Fisheries Congress, Theme 3. Science Publishers, Inc. Lebanon, New Hampshire.

_____. 2003. Native and Introduced Fishes: Their Status, Threat, and Conservation. Pages 194-213 in Ecology, Hydrology, and Management of Riparian Areas in the Southwestern United States (P.F. Ffolliott, M.B. Baker, L.F. Debano, and D.G. Neary, eds.). Lewis Publishers. Boca Raton, Florida.

_____, and W.L. Minckley. 1991. Native Fishes of Arid Lands: A Dwindling Resources of the Desert Southwest. General Technical Report RM-206. U.S. Department of Agriculture Forest Service, Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

_____, and J.A. Stefferud. 1997. Factors Contributing to Collapse Yet Maintenance of a Native Fish Community in the Desert Southwest (USA). In Developing and Sustaining World Fisheries Resources: The State of Science and Management (D.A. Hancock, D.C. Smith, A. Grant, and J.P. Beaumer, eds.). Second World Fish Congress. Brisbane, Australia.

BLM_0000686

Robinson, W.L., and E.G. Bolen. 1989. Wildlife Ecology and Management. MacMillan Publishing Company. New York, New York.

Robson, S.G., and E.R. Banta. 1995. Ground Water Atlas of the United States: Arizona, Colorado, New Mexico, Utah. HA 730-C. Available at: http://capp.water.usgs.gov/gwa/.

Rohr, J.R., T. Sager, T.M. Sesterhenn, and B.D. Palmer. 2006. Exposure, Postexposure, and Density-mediated Effects of Atrazine on Amphibians: Breaking Down Net Effects into Their Parts. Environmental Health Perspectives 114:46-50. Available at: http://www.pubmedcentral.nih.gov/articlerender.fcgi?artid=1332655.

Roshon, R.D., J.H. McCann, D.G. Thompson, and G.R. Stephenson. 1999. Effects of Seven Forestry Management Herbicides on *Myriophyllum sibiricum*, as Compared with Other Nontarget Aquatic Organisms. Canadian Journal of Forest Research 29:1158-1169.

Ross, R.E. 1998. Prehistory of the Oregon Coast. Pages 554-559 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Rotenberry, J.T., and J.A. Wiens. 1980. Habitat Structure, Patchiness, and Avian Communities in North American Steppe Vegetation: A Multivariate Analysis. Ecology 61:1228-1250.

Rovesti, L., and K.V. Deseo. 1990. Compatibility of Chemical Pesticides with the Entomopathogenic Nematodes: *Steinernema carpocapsae* Weiser and *Steinernema feltiae* Filipjev (Nematoda: Steinernematidae). Nematologica 36:237-245.

Rowe, J.S., J.L. Bergsteinsson, G.A. Padbury, and R. Hermesh. 1974. Fire Studies in the Mackenzie Valley. Indian and Northern Affairs Publication No. QS-1567-000-EE-A1. Arctic Land Use Research Program, Northern Economic Development Branch, Department of Indian Affairs and Northern Development. Ottawa, Canada.

Rueppel, M.L., B.B. Brightwell, J. Schaefer, and J.T. Marvel. 1977. Metabolism and Degradation of Glyphosate in Soil and Water. Journal of Agricultural and Food Chemistry 25:517-528.

Rutske, L.H. 1969. A Minnesota Guide to Forest Fame Habitat Improvement. Minnesota Department of Conservation Technical Bulletin 10.

Sage Grouse Conservation Planning Team. 2001. Nevada Sage Grouse Conservation Strategy. Office of the Governor. Carson City, Nevada.

Sandberg, D.V., C.C. Hardy, R.D. Ottmar, J.A.K. Snell, A.L. Acheson, J.L. Peterson, P. Seamon, P. Lahm, and D. Wade. 1999. National Strategic Plan: Modeling and Data Systems for Wildland Fire and Air Quality. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

Sandmann, E., M.A. Loos, and L.P. v. Dyk. 1988. The Microbial Degradation of 2,4-Dichlorophenoxyacetic Acid in Soil. Reviews in Environmental Contamination and Toxicology 101.

Sarmah, A.K., and J. Sabadie. 2002. Hydrolysis of Sulfonylurea Herbicides in Soils and Aqueous Solutions: A Review. Journal Of Agricultural and Food Chemistry 50:6253-6265.

_____, R.S. Kookana, and A.M. Alston. 1998. Fate and Behaviour of Triasulfuron, Metsulfuron-methyl, and Chlorsulfuron in the Australian Soil Environment: A Review. Australian Journal Of Agricultural Research 49:775-790.

_____, _____, and _____. 1999. Degradation of Chlorsulfuron and Triasulfuron in Alkaline Soils under Laboratory Conditions. Weed Research 39:83-94.

Satterlund, D.R., and P.W. Adams. 1992. Wildland Watershed Management (2nd edition). John Wiley and Sons, Inc. New York, New York.

Scarnecchia, D., S. Everett, T. Welker, and F. Ryckman. 2002. Missouri River Fishes: Big Changes in the Big Muddy. North Dakota Outdoors (March).

BLM_0000687

Case No. 1:20-cv-02484-MSK   Document 25-5   filed 04/27/21   USDC Colorado   pg 41 of 80

REFERENCES

**Schaafsma, P. 1980.** Indian Rock Art of the Southwest. School of American Research, Southwest Indian Art Series. Santa Fe, New Mexico.

**Schaefer, J.A., and W.O. Pruitt, Jr. 1991.** Fire and Woodland Caribou in Southeastern Manitoba. Wildlife Monographs No. 116.

**Scheiman, D.M., E.K. Bollinger, and D.H. Johnson. 2003.** Effects of Leafy Spurge Infestation on Grassland Birds. Journal of Wildlife Management 67:115-121.

**Schmidt, K.M., J.P. Menakis, C.C. Hardy, W.J. Hann, and D.L. Bunnell. 2002.** Development of Coarse-scale Spatial Data for Wildland Fire and Fuel Management. General Technical Report RMRS-GTR-87. U.S. Department of Agriculture Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Schroeder, A.H. 1979.** Pueblos Abandoned in Historic times. Pages 236-254 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Schuster, H.H. 1998.** Yakima and Neighboring Groups. Pages 308-335 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Schwartz, D.W. 1983.** Havasupai. Pages 13-24 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Scifres, C.J., R.R. Hahn, J. Diaz-Colon, and M.G. Merkle. 1971.** Picloram Persistence in Semiarid Rangeland Soils and Water. Weed Science 19:381-384.

**Scurlock, D. 1998.** From the Rio to the Sierra: An Environmental History of the Middle Rio Grande Basin. General Technical Report RMRS-GTR-5. U.S. Department of Agriculture Forest Service, Rocky Mountain Research Station. Fort Collins, Colorado.

**Seaber, P.R., F.P. Kapinos, and G.L. Knapp. 1987.** Hydrologic Unit Maps. U.S. Geological Survey Water-supply Paper 2294. Available at: http://water.usgs.gov/GIS/huc.html.

**Segawa, R., A. Bradlye, P. Lee, D. Tran, J. White, J. Hsu, and K. Goh. 1997.** Residues of Forestry Herbicides in Plants of Interest to Native Americans: Phase One – Development of Methodologies and Pilot Sampling. Environmental Hazards Program, California Environmental Protection Program. Sacramento, California.

**Severson, K.E., and A.L. Medina. 1983.** Deer and Elk Habitat Management in the Southwest. Journal of Range Management Monograph 2.

**Shaw, L.J., and R.G. Burns. 1998.** Biodegradation of 2,4-D in a Noncontaminated Grassland Soil Profile. Journal of Environmental Quality 27:1464-1471.

**Sheley, R.L., J.S. Jacobs, and M.L. Carpinelli. 1999a.** Spotted Knapweed. Pages 350-361 *in* Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petrolff, eds.). Oregon State University Press. Corvallis, Oregon.

_____, **L.L. Larson, and J.S. Jacobs. 1999b.** Yellow Starthistle. Pages 408-416 in Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petrolff, eds.). Oregon State University Press, Corvallis.

**Shelton, D.R., S. Khader, J.S. Karns, and B.M. Pogell. 1996.** Metabolism of Twelve Herbicides by Streptomyces. Biodegradation 7:129-136.

**Shimkin, D.B. 1986.** Eastern Shoshone. Pages 308-335 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, ed.). Smithsonian Institution. Washington, D.C.

**Shinn S.L., and D.C. Thill. 2002.** The Response of Yellow Starthistle (*Centaurea solstitialis*), Annual Grasses, and Smooth Brome (*Bromus inermis*) to Imazapic and Picloram. Weed Technology 16(2):366-370.

REFERENCES

**Short, H.L., and C.Y. McCulloch. 1977.** Managing Pinyon-juniper Ranges for Wildlife. General Technical Report RM-47. U.S. Department of Agriculture Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Sieg, C.H. 1991.** Rocky Mountain Juniper Woodlands: Year-round Avian Habitat. Research Paper RM-296. U.S. Department of Agriculture Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Simberloff, D. 1996.** Impacts of Introduced Species in the United States. Consequences – the Nature and Implications of Environmental Change 2(2):13-22.

**Sims, P.L. 1988.** Grasslands. Pages 265-286 *in* North American Terrestrial Vegetation (M.G. Barbour and W.D. Billings, eds.). Cambridge University Press. New York, New York.

**Simsiman, G.V., and G. Chesters. 1976.** Persistence of Diquat in Aquatic Environment. Water Research 10:105-112.

**Skogerboe, J.G. 2003.** Invasion of Eurasian Watermilfoil in Lakes of the Western Upper Peninsula, Michigan. Waterways Experiment Station U. S. Army Engineer Research and Development Center. Vicksburg, Mississippi.

**Smith, A.E. 1976.** The Hydrolysis of Herbicidal Phenoxyalkanoic Esters of Phenoxyalkanoic Acids in Saskatchewan Soils. Weed Research 16:19-22.

_____, **and A.J. Aubin. 1994.** Loss of Enhanced Biodegradation of 2,4-D and MCPA in a Field Soil Following Cessation of Repeated Herbicide Applications. Bulletin of Environmental Contaminant Toxicology 53.

**Smith, B.H. 1984.** Avian Habitat Selection in a Mixed Creosotebush-grassland Community. M.S. Thesis, University of Arizona. Tucson, Arizona.

**Smith, J.K. 2000.** Wildland Fire in Ecosystems: Effects of Fire on Fauna. General Technical Report RMRS-GTR-42 Volume 1. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Soil Quality Institute. 2001.** Soil Quality – Introduction. Prepared by the Soil Quality Institute, National Soil Survey Center, Natural Resource Conservation Service, U.S. Department of Agriculture, and the National Tilth Laboratory, ARS, U.S. Department of Agriculture. Available at: http://soils.usda.gov/sqi/concepts/concepts.html.

**Spahr, N.E., L.E. Apodaca, J.R. Deacon, J.B. Bails, N.J. Bauch, C.M. Smith, and N. Driver. 2000.** Water Quality in the Upper Colorado River Basin, Colorado, 1996-98. U.S. Geological Survey Circular 1214. Available at: http://water.usgs.gov/pubs/circ1214.

**Spence, B.C., G.A. Lomnicky, R.M. Hughes, and R.P. Novitzki. 1996.** An Ecosystem Approach to Salmonid Conservation, TR-4501-96-6057. Management Technology. Portland, Oregon.

**Sprankle, P., W.F. Meggitt, and D. Penner. 1975.** Rapid Inactivation of Glyphosate in the Soil. Weed Science 23:224-228.

**Spray Drift Task Force (SDTF). 2002.** A User's Guide for AgDRIFT® 2.0.05: A Tiered Approach for the Assessment of Spray Drift of Pesticides. Regulatory Version. C.D.I. Report No. 01-02. Macon, Missouri.

**Spurlock, F., K. Burow, and N. Dubrovsky. 2000.** Chlorofluorocarbon Dating of Herbicide-containing Well Waters in Fresno and Tulare Counties, California. Journal of Environmental Quality 29:474-483.

**Standley, W.G., and N.S. Smith. 1988.** Effects of Treating Creosotebush with Tebuthiuron on Rodents. Pages 422-424 *in* Symposium on the Management of Amphibians, Reptiles and Small Mammals in North America. Flagstaff, Arizona.

**Starnes, W.C. 1995.** Colorado River Basin Fishes *in* Our Living Resources: A Report to the Nation on the Distribution, Abundance, and Health of U.S. Plants, Animals, and Ecosystems (E.T. LaRoe, G.S. Farris, C.E. Puckett, P.D. Doran, and M.J. Mac, eds.). U.S. Department of the Interior National Biological Service. Washington, D.C.

**Steward, J.H. 1939.** Changes in Shoshonean Indian Culture. Scientific Monthly 49:524-537.

BLM_0000689

_____. **1997.** Basin-Plateau Aboriginal Sociopolitical Groups. Reprint. University of Utah Press, Salt Lake City. Originally Printed in 1938, Smithsonian Institution Bureau of American Ethnology Bulletin 120, United States Government Printing Office. Washington, D.C.

**Storrs, S.I., and J.M. Kiesecker. 2004.** Survivorship Patterns of Larval Amphibians Exposed to Low Concentrations of Atrazine. Environmental Health Perspectives. Volume 112. Available at: http://www.ehponline.org/members/2004/6821/6821.html.

**Strek, H.J. 1998a.** Fate of Chlorsulfuron in the Environment. 1. Laboratory Evaluations. Pesticide Science 53:29-51.

_____. **1998b.** Fate of Chlorsulfuron in the Environment. 2. Field Evaluations. Pesticide Science 53:52-70.

**Sturtevant, W.C. (ed.). 1978-2001.** Handbook of North American Indians. Smithsonian Institution. Washington, D.C.

**Sullivan, T.P., C. Nowotny, and R.A. Lautenschlager. 1998.** Silvicultural Use of Herbicide in Sub-boreal Spruce Forest: Implications for Small Mammal Population Dynamics. Journal of Wildlife Management 62(4):1196-1206.

**Suttles, W. 1990.** Environment. Pages 16-29 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Suzuki, T., K. Yaguchi, S. Suzuki, and T. Suga. 2001.** In Vitro Pesticide Degradation in Turfgrass Soil Incubated under Open and Sealed Conditions. Journal of Environmental Quality 30:18-23.

**Swetnam, T. 1990.** Fire History and Climate in the Southwest United States. Pages 6-17 *in* Proceedings of Symposium: Effects of Fire Management of Southwestern Natural Resources. General Technical Report RM-191. U.S. Department of Agriculture Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Syracuse Environmental Research Associates, Inc. (SERA). 1997.** Selected Commercial Formulations of Hexazinone – Human Health and Ecological Risk Assessment Final Draft. SERA TR 95-21-04-01b. March 4, 1997.

_____. **1998.** 2,4 Dichlorophenoxyacetic Acid Formulations – Human Health and Ecological Risk Assessment Final Report. SERA TR 95-21-09-01d. Prepared for the U.S. Department of Agriculture Forest Service. Arlington, Virginia. Fayetteville, New York.

_____. **1999.** Clopyralid (Transline) – Human Health and Ecological Risk Assessment Final Report. SERA TR 99-21-11/12-01c. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2001a.** Preparation of Environmental Documentation and Risk Assessments, SERA MD 2001-01a, Draft Dated July 2001. Syracuse Environmental Research Associates, Inc. Fayetteville, New York.

_____. **2001b.** Imazapic [Plateau and Plateau DG] - Human Health and Ecological Risk Assessment Final Report. SERA TR00-21-28-01e. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2003a.** Glyphosate – Human Health and Ecological Risk Assessment Final Report. SERA TR 02-43-09-04a. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2003b.** Picloram – Revised Human Health and Ecological Risk Assessment Final Report. SERA TR 03-43-16-01b. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2003c.** Triclopyr – Revised Human Health and Ecological Risk Assessment Final Report. SERA TR 02-43-13-03b. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

BLM_0000690

REFERENCES

_____. **2004a.** Chlorsulfuron – Human Health and Ecological Risk Assessment Final Report. SERA TR 04-43-18-01c. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2004b.** Clopyralid (Transline) – Human Health and Ecological Risk Assessment Final Report. SERA TR 04 43-17-03c. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2004c.** Imazapic Plateau and Plateau Dg – Human Health and Ecological Risk Assessment Final Report. SERA TR 04-43-17-04b. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2004d.** Imazapyr – Human Health and Ecological Risk Assessment Final Report. SERA TR 04-43-17-05b. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2004e.** Metsulfuron methyl – Human Health and Ecological Risk Assessment Peer Review Draft. SERA TR 04-43-17-01b. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

_____. **2005a.** Herbicide Risk Assessment Locator: Herbicides and Surfactants Analyzed in the Invasive Plants EIS. Prepared for U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville. New York. Available at: http://www.fs.fed.us/r6/invasiveplant-eis/Risk-Assessments/Herbicides-Analyzed-InvPlant-EIS.htm.

_____. **2005b.** Risk Assessment Worksheets. Prepared for the U.S. Department of Agriculture Forest Service by Syracuse Environmental Research Associates, Inc., Fayetteville, New York.

Szaro, R.C. **1995.** Biodiversity of Forest Ecosystems of Western North America. International Union of Forest Research Organizations. Tenth Congress "Caring for the Forest: Research in a Changing World" August 6-12, 1995. Tampere, Finland.

IUFRO-95 Papers and Abstracts. Available at: http://www.metla.fi/iufro/iufro95abs/rsp7.htm.

**Tatum, V.L. 2004.** Toxicity, Transport, and Fate of Forest Herbicides. Wildlife Society Bulletin 32:1042-1048.

**The Research Group. 2000.** Economic Analysis of Containment Programs, Damages, and Production Losses from Noxious Weeds in Oregon. Report Prepared for the Oregon Department of Agriculture Plant Division, Noxious Weed Control Program. Corvallis, Oregon. Available at: http://www.oregon.gov/ODA/PLANT/docs/pdf/weed_body_a.pdf.

**Thomas, D.H., L.S.A. Pendleton, and S.C. Cappannari. 1986.** Western Shoshone. Pages 262-283 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Thomas, J.W. 1997.** California's Oak Woodlands: Where We Have Been, Where We Are, Where We Need to Go. General Technical Report PSW-160. U.S. Department of Agriculture Forest Service, Pacific Southwest Research Station. Albany, California.

_____, **E.D. Forsman, J.B. Lint, E. Meslow, B.R. Noon, and J. Verner. 1990.** A Conservation Strategy for the Northern Spotted Owl. Report to the Interagency Scientific Community to Address the Conservation of the Northern Spotted Owl. U.S. Government Printing Office. Washington, D.C.

**Thompson, D.G., L.M. Macdonald, and B. Staznik. 1992.** Persistence of Hexazinone and Metsulfuron-methyl in a Mixed-wood/Boreal Forest Lake. Journal of Agricultural and Food Chemistry 40:1444-1449.

_____, **D.P. Kreutzweiser, S.S. Capell, D.R. Thomas, B. Staznik, and T. Viinikka. 1995.** Fate and Effects, of Triclopyr Ester in a First-order Forest Stream. Environmental Toxicology and Chemistry 14:1307-1317.

BLM_0000691

**Tiller, V.E. 1983.** Jicarilla Apache. Pages 440-461 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Tixier, C., M. Sancelme, S. Ait-Aissa, P. Widehem, F. Bonnemoy, A. Cuer, N. Truffaut, and H. Veschambre. 2002.** Biotransformation of Phenylurea Herbicides by a Soil Bacterial Strain, *Arthrobacter* Sp. N2: Structure, Ecotoxicity and Fate of Diuron Metabolite with Soil Fungi. Chemosphere 46:519-526.

**Tomlin, C. (ed.). 1994.** The Agrochemicals Desk Reference. 2nd Edition. Lewis Publishers. Boca Raton, Florida.

**Tranel, P.J., and T.R. Wright. 2002.** Resistance of Weeds to ALS-inhibiting Herbicides: What Have We Learned? Weed Science 50(6):700-712.

**Tu, C.M. 1994.** Effects of Herbicides and Fumigants on Microbial Activities in Soil. Bulletin of Environmental Contaminant Toxicology 53:12-17.

**Tu, M., C. Hurd, and J.M. Randall. 2001.** Weed Control Methods Handbook: Tools and Techniques for Use in Natural Areas. Wildland Invasive Species Program. The Nature Conservancy. Available at: http://tncweeds.ucdavis.edu/handbook.html.

**Turner, S.A. 1987.** Post-application Movement of Sulfometuron Methyl from Treated Rights of Way Areas Via Wind Erosion. Proceedings Fourth Symposium on Environmental Concerns in Rights of Way Management. October 25-28, 1987. Indianapolis, Indiana.

**University of Missouri Extension. 1997.** Pesticides and the Environment. Columbia, Missouri. Available at: http://muextension.missouri.edu/explore/agguides/pests/g07520.htm.

**Urness, P.J. 1979.** Wildlife Habitat Manipulation in Sagebrush Ecosystems. Pages 164-178 *in* The Sagebrush Ecosystem: A Symposium. Utah State University. Logan, Utah.

**U.S. Congress Office of Technology and Assessment (OTA). 1993.** Harmful Non-Indigenous Species in the United States. OTA-F-565. U.S. Government Printing Office. Washington, D.C.

**U.S. Department of Agriculture (USDA). 1995.** Pesticide Properties Database. U.S. Department of Agriculture Agricultural Research Service.

**U.S. Department of Agriculture Forest Service (USDA Forest Service). 1989.** An Analysis of the Range Forage Situation in the United States: 1989-2040. Available at: http://www.fs.fed.us/pl/rpa/rge89.htm.

_____. **1999.** Dicamba Herbicide Information Profile. Pacific Northwest Region. Available at: http://www.fs.fed.us/r6/nr/fid/pubsweb/dicamba_99.pdf.

_____. **2000a.** Picloram Herbicide Information Profile. Pacific Northwest Region. Report Available at: http://www.fs.fed.us/r6/nr/fid/pubsweb/piclo.pdf.

_____. **2000b.** Protecting People and Sustaining Resources in Fire-adapted Ecosystems—A Cohesive Strategy.

_____. **2005.** Preventing and Managing Invasive Plants, Final Environmental Impact Statement. U.S. Department of Agriculture Forest Service Pacific Northwest Region. Available at: http://www.fs.fed.us/r6/invasiveplant-eis/.

_____, **and U.S. Department of the Interior. 2000.** Managing the Impacts of Wildfires on Communities and the Environment. A Report to the President in Response to the Wildfires of 2000. September 8, 2000. http://www.fireplan.gov/reports/8-20-en.pdf.

**U.S. Department of Agriculture Forest Service and U.S. Department of the Interior Bureau of Land Management. 1997.** Upper Columbia River Basin Draft Environmental Impact Statement Interior Columbia Basin Ecosystem Management Project. BLM-ID-PT-96-021. Washington, D.C.

_____, **and** _____. **2000.** Interior Columbia Basin Supplemental Draft Environmental Impact Statement. Boise, Idaho.

BLM_0000692

REFERENCES

_____, and _____. 2004. The Healthy Forests Initiative and Healthy Forests Restoration Act Interim Field Guide.

U.S. Department of Agriculture Natural Resources Conservation Service. 1996. Soil Quality Indicators: Organic Matter. Soil Quality Information Sheet Series. Natural Resources Conservation Service National Soil Survey Center in Cooperation with the Natural Resources Conservation Service Soil Quality Institute, and the Agricultural Research Services National Soil Tilth Lab. Available Online with Updates at: http://soils.usda.gov/sqi/sqiinfo.html.

_____. 2000. Geospatial Data of Soil Orders. Available at the NRCS Soil Data Mart, http://soildatamart.nrcs.usda.gov/.

U.S. Department of Commerce (USDOC) Bureau of the Census. 2004. Washington, D.C. Available at: http://www.census.gov/.

U.S. Department of the Interior (USDI). 2001. Integrating Fire and Natural Resource Management – A Cohesive Strategy for Protecting People by Restoring Land Health. Draft Report. Washington, D.C.

_____. 2004. Interagency Burned Area Emergency Stabilization and Rehabilitation Manual 620 Wildland Fire Management. Washington, D.C. Available at: http://elips.doi.gov/app_DM/act_getfiles.cfm?reln um+3610.

U.S. Department of the Interior Bureau of Land Management (USDI BLM). 1980. Control of Salinity from Point Sources Yielding Groundwater Discharge and from Diffuse Surface Runoff in the Upper Colorado River Basin. BLM Service Center. Denver, Colorado.

_____. 1984a. Grazing Management. Manual Handbook Number H-4120-1. Washington, D.C.

_____. 1984b. Visual Resource Management. Manual Handbook Number 8400-1. Washington, D.C.

_____. 1984c. Visual Resource Management. Manual 8400. Washington, D.C.

_____. 1985. Northwest Area Noxious Weed Control Program Final Environmental Impact Statement. BLM Oregon State Office. Portland, Oregon.

_____. 1986a. Visual Resources Inventory. Handbook H- 8410-1. Washington, D.C.

_____. 1986b. Visual Resources Inventory. Manual Handbook H-8431-1. Washington, D.C.

_____. 1987a. Supplemental Record of Decision Northwest Area Noxious Weed Control Program. Washington, D.C.

_____. 1987b. Supplement to the Northwest Area Noxious Weed Control Program Final Environmental Impact Statement. BLM Oregon State Office. Portland, Oregon.

_____. 1988a. California Vegetation Management Final Environmental Impact Statement. BLM California State Office. Sacramento, California.

_____. 1988b. Record of Decision, California Vegetation Management. BLM California State Office. Sacramento, California.

_____. 1988c. National Environmental Policy Act Handbook. BLM Handbook H-1790-1. Washington, D.C.

_____. 1988d. Chemical Pest Control. BLM Handbook H-9011-1. Washington, D.C.

_____. 1988e. Management of Designated Wilderness Areas. BLM Manual Handbook H-8560-1. Washington, D.C.

_____. 1989. Western Oregon – Management of Competing Vegetation Final Environmental Impact Statement. Washington, D.C.

_____. 1991a. Final Environmental Impact Statement Vegetation Treatment on BLM Lands in Thirteen Western States. BLM Wyoming State Office. Casper, Wyoming.

_____. 1991b. Record of Decision for Final Environmental Impact Statement Vegetation Treatment on BLM Lands in Thirteen Western States. BLM Wyoming State Office. Casper, Wyoming.

BLM_0000693

_____. **1991c.** Forest Management (Public Domain). Manual Number 5000-1. Washington, D.C.

_____. **1992a.** Western Oregon Program-management of Competing Vegetation. Final Record of Decision. Portland, Oregon.

_____. **1992b.** Integrated Weed Management. BLM Manual Section 9015. Washington, D.C.

_____. **1993.** Management of Designated Wilderness Areas. Manual Number 8560. Washington, D.C.

_____. **1995.** Interim Management Policy for Lands Under Wilderness Review. BLM Manual Handbook H-8550-1. Washington D.C.

_____. **1996.** Partners Against Weeds: An Action Plan for the Bureau of Land Management. Washington, D.C.

_____. **1997.** Public Land Statistics. Washington, D.C. Available at: http://www.blm.gov/.

_____. **1998.** Pulling Together: National Strategy for Invasive Plant Management. Washington, D.C. Available at: http://www.blm.gov/weeds/PullingTogether/PullingTogether.htm.

_____. **1999.** Out of Ashes, An Opportunity. National Office of Fire and Aviation. Boise, Idaho.

_____. **2000a.** Strategic Plan FY 2000-2005. Washington, D.C.

_____. **2000b.** Public Rewards from Public Lands 2000 – Great Basin Restoration. Washington, D.C.

_____. **2000c.** Public Rewards from Public Lands 2000 – Alaska. Washington, D.C.

_____. **2000d.** The Great Basin: Healing the Land. Washington, D.C.

_____. **2000e.** Annual Performance Plan 2001 and Annual Performance Report 1999. Washington, D.C.

_____. **2000f.** Science Strategy. Washington, D.C.

_____. **2000g.** Land Use Planning Handbook H-1601-1. Washington, D.C.

_____. **2001a.** Geospatial Data of BLM-Administered Lands. National Science and Technology Center. Denver, Colorado.

_____. **2001b.** Dawn of an American Legend. Prepared for Science and Children Magazine. National Science Teachers Association. Available at: http://www.blm.gov/education/00_resources/articles/wild_bunch/wildbunch1.html.

_____. **2002a.** Budget Justifications and Annual Performance Plan FY 2003, Annual Performance Report. Washington, D.C.

_____. **2002b.** Geospatial Data of Alaska Vegetation Coverage from the Earth Cover Mapping Project. Anchorage, Alaska.

_____. **2002c.** A Legacy of Land Treatments. Final Report of the 2002 Legacy Program. National Science and Technology Center. Denver, Colorado. Available at: http://www.blm.gov/nstc/legacy.html.

_____. **2003.** Geospatial Data of Vegetation Subclasses. Adapted from 1990-2000 data from the National Land Cover Data Mapping Program, USGS Land Cover, and the Gap Analysis Program.

_____. **2004a.** Public Land Statistics Fiscal Year 2004. Washington, D.C.

_____. **2004b.** Manual 620 Wildland Fire Management. Washington, D.C.

_____. **2004c.** Map of the National Landscape Conservation System. Available at: http://www.blm.gov/nlcs/maps.htm.

_____. **2005a.** The United States Department of the Interior Bureau of Land Management Budget Justifications and Performance Information Fiscal Year 2006, and Annual Performance Report Fiscal Year 2005. Washington, D.C.

_____. **2005b.** Injury Breakout. All Injuries Report Breakout by Cause. Washington, D.C.

BLM_0000694

REFERENCES

_____. **2005c.** Northeast National Petroleum Reserve-Alaska Final Amended Integrated Activity Plan/Environmental Impact Statement. Document BLM/AK/PL-05/006+1610+930. Anchorage, Alaska.

_____. **2005d.** Strategic Research Plan Wild Horse and Burro Management. Wild Horse and Burro Program. Washington, D.C. Available at: http://www.wildhorseandburro.blm.gov.

_____. **2006a.** Draft Burned Area Emergency Stabilization and Rehabilitation Handbook. BLM Manual H-1742-1. Washington, D.C.

_____. **2006b.** A Common Vision: A Strategy for Integrated Vegetation Management in the Bureau of Land Management. BLM Instructional Memorandum 2006-213. Washington, D.C.

_____. **2006c.** The United States Department of the Interior Bureau of Land Management Budget Justifications and Performance Information Fiscal Year 2007, and Annual Performance Report Fiscal Year 2006. Washington, D.C.

_____. **2006d.** Public Land Statistics Fiscal Year 2005. Washington, D.C.

_____. **2006e.** BLM Forest Lands Report – 2006: Status and Condition. BLM/ST/ST-07/001+5000. Denver, Colorado.

_____. **2006f.** 2006 Cultural Resource Annual Report. Washington, D.C. Available at: http://www.blm.gov/heritage/data_06CRM.html.

_____. **2007a.** Final Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Report. Reno, Nevada.

_____. **2007b.** Final Programmatic Biological Assessment for Vegetation Treatments on Bureau of Land Management Lands in 17 Western States. Reno, Nevada.

_____. **2007c.** Wildland Fire Management Information Fire Reporting. National Interagency Fire Center. Available at: http://www.nifc.blm.gov/nsdu/fire_reporting/.

**U.S. Department of the Interior, and U.S. Department of Agriculture. 2001a.** Managing the Impacts of Wildland Fires on Communities and the Environment. The National Fire Plan. Available at: http://www.fireplan.gov.

_____, and _____. **2006a.** A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan. December 2006. Available at: http://www.fireplan.gov.

_____, and _____. **2006b.** Protecting People and Sustaining Resources in Fire Adapted Ecosystems: A Cohesive Strategy. February 2006. Available at: http://www.healthyforests.gov/CFTS_03-03-06.pdf.

_____, and _____. **2006c.** Draft Interagency Burned Area Emergency Response Guidebook. February 2006. Available at: http://fire.r9.fws.gov/ifcc/esr/Policy/es%20handbook%202-7-06.pdf.

_____, and _____. **2006d.** Interagency Burned Area Rehabilitation Guidebook. February 2006.

_____, _____, and **U.S. Department of Energy. 2003.** Scientific Inventory of Onshore Federal Lands' Oil and Gas Resources and Reserves and the Extent and Nature of Restrictions or Impediments to the Development: The Paradox/San Juan, Uinta/Piceance, Greater Green River, and Powder River Basins, and the Montana Thrust Belt. Washington, D.C.

_____, and **U.S. Department of Agriculture Forest Service. 1994.** Rangeland Reform '94. Final Environmental Impact Statement. U.S. Department of Interior. Washington, D.C.

**U.S. Department of the Interior National Park Service. 1998-2006.** Geospatial Data of Class I National Park Service Parks, FWS Refuges, Forest Service Wilderness Areas, and American Indian Lands. Adapted from National Park Service AirWeb. Available at http://www2.nature.nps.gov/air/maps/ClassILoc.cfm.

BLM_0000695

_____. 2003. Invasive Exotic Plant Management Plan and Environmental Assessment. Rocky Mountain National Park, Colorado.

U.S. Department of Labor Bureau of Labor Statistics. 2004. Census of Fatal Occupational Injuries, 2003 Summary. Washington, D.C. Available at: http://stats.bls.gov/news.release/cfoi.nr0.htm.

_____. 2007. Census of Fatal Occupational Injuries, 2005 (preliminary data). Summary. Washington, D.C. Available at: http://stats.bls.gov/iif/oshwc/cfoi/cfch0004.pdf.

U.S. Environmental Protection Agency (USEPA). 1986. Pesticide Fact Sheet - Fluridone. Fact Sheet 81. Office of Pesticide Programs. Washington, D.C.

_____. 1992. Pesticide Environmental Fate One-liner Summaries: Sulfometuron Methyl. USEPA. Washington, D.C.

_____. 1994a. Tebuthiuron Reregistration Eligibility Decision (RED). Special Review and Reregistration Division, Office of Pesticide Programs. Washington D.C.

_____. 1994b. HED Doc. No. 013110. Bromacil. PC Code: 012301. 11/16/94.

_____. 1995a. Compilation of Air Pollution Emission Factors, AP-42, Fifth Edition, Volume II: Mobile Sources, Appendix H Highway Mobile Source Emission Factor Tables. Supplemented through November 2000. Available at: http://www.epa.gov/otaq/ap42.htm.

_____. 1995b. Re-registration Eligibility Decision (RED) Asulam. Prevention, Pesticides, and Toxic Substances. EPA 738-R-95-024. Washington, D.C.

_____. 1995c. Re-registration Eligibility Decision (RED) Diquat Dibromide. Prevention, Pesticides, and Toxic Substances. EPA 738-R-95-016. Washington, D.C.

_____. 1995d. Re-registration Eligibility Decision (RED) Fosamine Ammonium. Prevention, Pesticides, and Toxic Substances. EPA 738-F-95-005. Washington, D.C.

_____. 1996. Pesticide Tolerance for Cadre. Final Rule Published in the Federal Register. 40 CFR Part 180.490. Docket number: PP 4F4390/R2215. March 20, 1996.

_____. 1997. Exposure Factors Handbook, Volumes I, II, and III. EPA/600/P-95/002Fa, b, and c. Office of Research and Development, Washington, D.C.

_____. 1998a. Guidelines for Ecological Risk Assessment. EPA/630/R-95/002F. Washington, D.C.

_____. 1998b. Freedom of Information Act Request. Cited in: Aerial Herbicide Spraying: Poisoning the Maine (and New Hampshire) Woods. Available at: http://www.forestecologynetwork.org/tmwfall99_05.html.

_____. 1998c. Framework for Assessing Non-occupational, Non-dietary (Residential) Exposure to Pesticides. Office of Pesticide Programs. Washington, D.C.

_____. 1998d. Pesticide Handlers Exposure Database Version 1.1, Surrogate Exposure Table. August 1998.

_____. 1999a. Regional Haze Regulations: Final Rule. 40 CFR Part 51. Federal Register, Volume 64, Number 126, July 1, 1999. Washington, D.C. Available at: http://www.epa.gov/ttn/oarpg/t1/fr_notices/rhfedreg.pdf.

_____. 1999b. Overall Watershed Characterization-National Maps. September 1999 Index of Watershed Indicators (IWI) Release. Washington, D.C.

_____. 1999c. Pesticide Fact Sheet: Diflufenzopyr United States Environmental Protection Agency. Office of Prevention, Pesticides and Toxic Substances. Washington, D.C.

_____. 1999d. Guidance for Performing Aggregate Exposure and Risk Assessments. Office of Pesticide Programs, Environmental Protection Agency. October 29, 1999.

BLM_0000696

_____. **2000a.** Water Quality Conditions in the United States: A Profile from the 1998 National Water Quality Inventory Report to Congress. EPA-841-F-00-006. Office of Water (4503F). Washington, DC.

_____. **2000b.** Science Advisory Council For Exposure. Policy Number 3.1: Agricultural Transfer Coefficients. Office of Pesticide Programs, Health Effects Division. Washington, D.C.

_____. **2000c.** The Role of Use-related Information in Pesticide Risk Assessment and Risk Management. Office of Pesticide Programs, USEPA. August 21, 2000. Available at: http:\\www.epa.gov/oppbead1/use-related.pdf.

_____. **2001a.** Environmental Risk Assessment for the Reregistration of Diuron. Environmental Fate and Effects Division. Washington, D.C.

_____. **2001b.** Notice of Availability of National Management Measures to Protect and Restore Wetlands and Riparian Areas for the Abatement of Nonpoint Source Pollution. EPA 841-B-01-001. Washington, D.C.

_____. **2001c.** Risk Assessment Guidance for Superfund. Volume 1: Human Health Evaluation Manual. Part E. Supplemental Guidance for Dermal Risk Assessment. Interim. Review Draft for Public Comment. EPA/540/R/99/005. OSWER 9285.7-02EP. Washington, D.C.

_____. **2001d.** General Principles for Performing Aggregate Exposure and Risk Assessments. November 28, 2001.

_____. **2002.** Revised Human Health Risk Assessment – Atrazine. Health Effects Division, Reregistration Branch 3, Office of Pesticide Programs. Washington, D.C. Available at: http://www.epa.gov/oppsrrd1/reregistration/atrazine/hed_redchap_16apr02.PDF.

_____. **2003a.** Compilation of Air Pollution Emission Factors, AP-42, Fifth Edition, Volume I, Chapter 13 Miscellaneous Sources 13.2.2 Unpaved Roads. Available at: http://www.epa.gov/ttn/chief/ap42/ch13/final/c13s0202.pdf.

_____. **2003b.** Atrazine Interim Re-registration Eligibility Decision (IRED). Case Number 0062. Washington, D.C.

_____. **2003c.** Reregistration Eligibility Decision (RED) for Diuron. United States Environmental Protection Agency. Office of Prevention, Pesticides and Toxic Substances. Washington D.C.

_____. **2003d.** Laws and Regulations, Clean Water Act. Washington, D.C. Available at: http://www.epa.gov/region5/water/cwa.htm.

_____. **2003e.** White Paper on Potential Development Effects of Atrazine on Amphibians. Office of Prevention, Pesticides, and Toxic Substances Office of Pesticide Programs Environmental Fate and Effects Division. Washington, D.C. Available at: http://www.epa.gov/scipoly/sap/2003/june/finaljune2002tclconfreport.pdf#search='atrazine%20and%20amphibians.

_____. **2003f.** 40 Code of Federal Regulations. Section 156.62. Available at: http://www.epa.gov/pesticides/health/tox_categories.html.

_____. **2004a.** Prevention of Significant Deterioration (PSD) Basic Information. Available at: http://www.epa.gov/nsr/psd.html. Updated June 30, 2004.

_____. **2004b.** 2,4-D. HED's Human Health Risk Assessment for the Reregistration Eligibility Decision (RED). PC Code 030001; DP Barcode D287199. Office of Prevention, Pesticides, and Toxic Substances, Health Effects Division. Washington, D.C.

_____. **2005a.** National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data. Technology Transfer Network Clearinghouse for Inventories and Emissions Factors. Available at: http://www.epa.gov/ttn/chief/trends/index.html.

_____. **2005b.** Reregistration Eligibility Decision for 2,4-D. Office of Prevention, Pesticides and Toxic Substances. EPA 738-R-05-002. Washington, D.C.

BLM_0000697

_____. **2006.** Application of Pesticides to Waters of the United States in Compliance with FIFRA: Final Rule. Office of Water and Office of Prevention, Pesticides, and Toxic Substances. Available at: http://www.epa.gov/npdes/regulations/pest_final_rule.pdf.

**U.S. Environmental Protection Agency Office of Pesticide Programs (OPP). 1993**. Re-registration Eligibility Decision (RED) for Glyphosate. EPA 738-R-93-014. Available at: http://www.epa.gov/oppsrrd1/REDs/factsheets/0178fact.pdf.

**U.S. Fish and Wildlife Service (USFWS). 1985.** Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for Hutton Tui Chub and Foskett Speckled Dace. Federal Register 50:12302-12306.

_____. **1990.** Determination of Endangered Status for the Pallid Sturgeon. Federal Register, 55(173). Washington D.C.

_____. **1994a.** Desert Tortoise (Mojave Population) Recovery Plan. Portland, Oregon.

_____. **1994b.** Mexican Long-nosed Bat (*Leptonycteris nivalis*) Recovery Plan. Albuquerque, New Mexico.

_____. **1995a.** Lesser Long-nosed Bat Recovery Plan. Albuquerque, New Mexico.

_____. **1995b.** Final Rule Determining Endangered Status for the Southwestern Willow Flycatcher. Federal Register 60(38): 10693-10715.

_____. **1997.** Endangered and Threatened Wildlife and Plants; Determination of Endangered Status for Three Wetland Species Found in Southern Arizona and Northern Sonora, Mexico. Federal Register 62(3):665-689.

_____. **2000.** Determination of Threatened Status for the Northern Idaho Ground Squirrel. Federal Register 65(66):17779-17786.

**U.S. Geological Survey (USGS). 1994a.** Geologic Spatial Data of Hydrologic Units of the United States. Adapted from the Hydrologic Unit Maps Published by the USGS Office of Water Data Coordination. Reston, Virginia.

_____. **1994b.** Geologic Spatial Data of Alaska Hydrologic Units. Unpublished material available at http://agdc.usgs.gov/data/projects/anwr/anwr.html.

_____. **1994-1999.** Geologic Spatial Data of General Groundwater Quality. Adapted from the Groundwater Atlas of the United States. Available at: http://capp.water.usgs.gov/gwa/gwa.html.

_____. **1996.** Geologic Spatial Data of Oil and Gas Resources of the United States. Adapted from the 1995 U.S. National Oil and Gas Assessment. Central Region Energy Team. Denver, Colorado.

_____. **2000.** Groundwater Atlas of the United States. HA 730-B-HA 730-N. Reston, Virginia. Available at: http://capp.water.usgs.gov/gwa/gwa.html.

_____. **2002a.** Hydrologic regions data. Available at: http://water.usgs.gov/GIS/huc.html.

_____. **2002b.** National Water Information System (NWIS) Database. Available at: http://waterdata.usgs.gov/nwis/.

_____. **2002c.** National Water Quality Assessment (NAWQA) Program. Available at: http://water.usgs.gov/nawqa/.

_____. **2002d.** Geospatial Data of Alaska Vegetation/Land Cover, Earth Resources Observation and Science Data Center. Sioux Falls, South Dakota.

_____. **2003.** An Introduction to Biological Soil Crusts. Prepared by Canyonlands Research Station, Southwest Biological Science Center. Moab, Utah. Available at: http://www.soilcrust.org/crust101.htm.

_____. **2004.** Southwest Biological Research Center, Canyonlands Research Station. Moab, Utah. Website Available at: http://www.soilcrust.org/crust101.htm.

BLM_0000698

REFERENCES

_____. 2006. The National Map LANDFIRE: LANDFIRE Rapid Assessment Fire Regimes Layer. Available at: http://gisdata.usgs.net/website/landfire/.

Valdez, R.A., and G.H. Clemmer. 1982. Life History and Prospects for Recovery of the Humpback and Bonytail Chub. Pages 109-119 *in* Fishes of the Upper Colorado River System, Present and Future: Proceedings of a Symposium Presented at the Annual Meeting of the American Fisheries Society in Albuquerque, New Mexico, September 18, 1981 (W.H. Miller, H.M. Tyus, and C.A. Carlson, eds.). Western Division of the American Fisheries Society. Bethesda, Maryland.

Vallentine, J.F. 1989. Range Development and Improvement. 3rd Edition. Brigham Young University Press. Provo, Utah.

Vehik, S.C. 2001. Hunting and Gathering Tradition: Southern Plains. Pages 146-158 *in* Plains (R.J. Demailie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Vienneau, D.M., C.A. Sullivan, S.K. House, and G.W. Stratton. 2004. Effects of the Herbicide Hexazinone on Nutrient Cycling in a Low-pH Blueberry Soil. Environmental Toxicology 19:115-122.

Viereck, L.A. 1973. Wildfire in the Taiga of Alaska. Quaternary Research 3(3):465-495.

Voget, F.W. 2001. Crow. Pages 695-717 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Vogue, P.A., E.A. Kerle, and J.J. Jenkins. 1994. Oregon State University Extension Pesticide Properties Database. Corvallis, Oregon. Available at: http://npic.orst.edu/ppdmove.htm.

Voos, G., and P. Groffman. 1997a. Dissipation of 2,4-D and Dicamba in a Heterogeneous Landscape. Applied Soil Ecology. Agriculture, Ecosystems and Environment 5:181-187.

_____, and _____. 1997b. Relationships between Microbial Biomass and Dissipation of 2,4-D and Dicamba in Soil. Biology and Fertility of Soils 24:106-110.

Waggoner, J.A., S.L. Dowhower, W.R. Teague, and J.F. Cadenhead. 2003. Herbicide Use and Labor for Hand Applied Control of Mesquite. Rangelands 25:19-23.

Wagner, R.G., M. Newton, E.C. Cole, J.H. Miller, and B.D. Shiver. 2004. The Role of Herbicides for Enhancing Forest Productivity and Conserving Land for Biodiversity in North America. Wildlife Society Bulletin 32:1028-1042.

Wallace, W.J. 1978. Post-Pleistocene Archeology, 9000 to 2000 B.C. Pages 25-37 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8. (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Wallestad, R.O., J.G. Peterson, and R.L. Eng. 1975. Foods of Adult Sage Grouse in Central Montana. Journal of Wildlife Management 39:628–630.

Walleyes Unlimited. 2002. Available at: http://www.walleyesunlimited.com/.

Wan, M.T., R.G. Watts, and D.J. Moul. 1988. Evaluation of the Acute Toxicity of Juvenile Pacific Salmonids of Hexazinone and its Formulated Products: Pronone 10G; Velpar L; and Their Carriers. Bulletin of Environmental Contamination and Toxicology 41:609-616.

_____, _____, and _____. 1990. Acute Toxicity to Juvenile Pacific Salmonids and Rainbow Trout of Butoxyethyl Esters of 2,4-D, 2,4-DP and Their Formulated Product: Weedone CB and its Carrier. Bulletin Environmental Contamination and Toxicology 45(4):604-11.

Wang, Y.S., J.H. Yen, Y.N. Hsieh, and Y.L. Chen. 1994. Dissipation of 2,4-D, Glyphosate, and Paraquat in River Water. Water Air and Soil Pollution 72:1-7.

Warren, C.N., and R.H. Crabtree. 1986. Prehistory of the Southwestern Area. Pages 183-193 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0000699

Washington Department of Ecology. 2002. Eurasian Watermilfoil Infested Lake Control Strategies. Eradication - Whole Lake Fluridone Treatment (Aquatic Herbicide). Available at: http://www.ecy.wa.gov/programs/wq/plants/management/fluridone_strategies.html.

_____. 2004. Aquatic Plant Management: Aquatic Herbicides. Available at: http://www.ecy.wa.gov/programs/wq/plants/management/aqua028.html.

_____. 2005. Wetlands in Washington State. Volume 1 – A Synthesis of the Science. Chapter 7. Olympia, Washington.

Washington Department of Health. 2000. Fluridone (Sonar) Fact Sheet. Environmental Health Programs. Office of Environmental Health and Safety. Available at: http://www.doh.wa.gov/chp/factsheets.htm.

Water Science and Technology Board and Board on Environmental Studies and Toxicology. 2002. Riparian Areas: Functions and Strategies for Management. National Academy Press. Washington, D.C. Available at: http://books.nap.edu/books/0309082951/html/1.html.

Weber, J., P. Shea, and S. Weed. 1986. Fluridone Retention and Release in Soils. Soil Science Society of America Journal 50:582-588.

Wedel, W.R. 1961. Prehistoric Man on the Great Plains. University of Oklahoma Press. Norman, Oklahoma.

_____. 1983. The Prehistoric Plains. Pages 203-241 in Ancient North Americans (J.D. Jennings, ed.). W.H. Freeman and Company. New York, New York.

_____, and G.C. Frison. 2001. Environment and Subsistence. Pages 44-60 in Plains (R.J. DeMallie, ed.). Handbook of North America Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Wentz, D.A., B.A. Bonn, K.D. Carpenter, S.R. Hinkle, M.L. Janet, F.A. Rinella, M.A. Uhrich, I.R. Waite, A. Laenen, and K.E. Bencala. 1998. Water Quality in the Willamette Basin, Oregon, 1991-95. U.S. Geological Survey Circular 1161. Available at: http://pubs.usgs.gov/circ/circ1161/.

West, N.E., and N. Van Pelt. 1987. Successional Patterns in Pinyon-juniper Woodlands. Pages 43-52 in Proceedings Pinyon-juniper Conference. General Technical Report INT-215. U.S. Department of Agriculture Forest Service Intermountain Research Station. Ogden, Utah.

Whisenant, S.G. 1987. Selective Control of Mountain Big Sagebrush (Artemesia tridentata spp. vaseyana) with Clopyralid. Weed Science 35:120-123.

Whitcomb, C.E. 1999. An Introduction to ALS-inhibiting Herbicides. Toxicology and Industrial Health 15(1-2):231-239.

White R.G., and R.G. Bramblett. 1993. The Yellowstone River: Its Fish and Fisheries. Pages 396-414 in Proceedings of the Symposium on Restoration Planning for the Rivers of the Mississippi River Ecosystem (L.W. Hesse, C.B. Stalnaker, N.G. Benson, and J.R. Zuboy, eds.). Biological Report 19. U.S. Department of the Interior National Biological Survey. Washington, D.C.

Whitson, T.D. (ed.) 2001. Weeds of the West. The Western Society of Weed Science. Jackson, Wyoming.

Whittaker, R.H. 1975. Communities and Ecosystems. MacMillian Publishing Co. New York, New York.

Whittier, T.R., R.M. Hughes, and D.P. Larsen. 1988. Correspondence between Ecoregions and Spatial Patterns in Stream Ecosystems in Oregon. Canadian Journal of Fisheries and Aquatic Sciences 45:1264-1278.

Widehem, P., S. Ait-Aissa, C. Tixier, M. Sancelme, H. Veschambre, and N. Truffaut. 2002. Isolation, Characterization and Diuron Transformation Capacities of a Bacterial Strain Arthrobacter Sp. N2. Chemosphere 46:527-534.

BLM_0000700

REFERENCES

Wiens, J.A., and M.I. Dyer. 1975. Rangeland Avifaunas: Their Composition, Energetics, and Role in the Ecosystem. Pages 146-182 in Proceedings of the Symposium on Management of Forests and Range Habitats for Nongame Birds (D.R. Smith, ed.). General Technical Report WO-1. U.S. Department of Agriculture Forest Service. Washington, D.C.

Wilbert, D.E. 1963. Some Effects of Chemical Sagebrush Control on Elk Distribution. Journal of Range Management 16:74-78.

Wild, A. 1993. Soils and the Environment. First edition. Cambridge University Press. Cambridge, Massachusetts.

Williamson, A.K., M.D. Munn, S.J. Ryker, R.J. Wagner, J.C. Ebbert, and A.M. Vanderpool. 1998. Water Quality in the Central Columbia Plateau, Washington and Idaho, 1992-95. U.S. Geological Survey Circular 1144. Available at: http://pubs.usgs.gov/circ/circ1144/.

Willis, M.J., and R.F. Miller. 1999. Importance of Western Juniper Communities to Small Mammals. Pages 210-214 in Proceedings: Ecology and Management of Pinyon-juniper Communities within the Interior West. Forest Service Proceedings RMRS-P-9. U.S. Department of Agriculture Forest Service Rocky Mountain Research Station. Ogden, Utah.

Wingo, P.A., C.J. Cardinez, S.H. Landis, R.T. Greenlee, L.A. Ries, R.N. Anderson, and M.J. Thun. 2005. Long-term Trends in Cancer Mortality in the United States, 1930-1998. Available at: http://www.ncbi.nlm.nih.gov/.

Wisdom, M.J., R. S. Holthausen, B. C. Wales, C.D. Hargi, V. A, Saab, D.C. Lee, W.J. Hann, T.D. Rich, M.M. Rowland, W.J. Murphy, and M.R. Eames. 2000. Source Habitats for Terrestrial Vertebrates of Focus in the Interior Columbia Basin: Broad-scale Trends and Management Implication. Volume 2 – Group Level Results. U.S. Department of Agriculture Forest Service and USDI BLM General Technical Report PNW-GTR-485. Portland, Oregon.

Witherspoon, G. 1983. Navajo Social Organization. Pages 524-535 in Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Wong, D.C.L., P.B. Dorn, and E.Y. Chai. 1997. Acute Toxicity and Structure-Activity Relationships of Nine Alcohol Ethoxylate Surfactants to Fathead Minnow and Daphnia magna. Environmental Toxicology and Chemistry 16: 1970-1976.

Wong, P.K. 2000. Effects of 2,4-D, Glyphosate, and Paraquat on Growth, Photosynthesis and Chlorophyll-a Synthesis of Scenedesmus quadricauda, Berb 614. Chemosphere 41:177-182.

Wood, J.A., and D.H.J. Anthony. 1997. Herbicide Contamination of Prairie Springs at Ultratrace Levels of Detection. Journal of Environmental Quality 26:1308-1318.

Wood, W.R., and L. Irwin. 2001. Mandan. Pages 349-364 in Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Woodburn, K.B., D.D. Fontaine, E.L. Bjerke, and G.J. Kallos. 1989. Photolysis of Picloram in Dilute Aqueous Solution. Environmental Toxicology and Chemistry 8:769-775.

Woodbury, R.B. 1979. Prehistory: Introduction. Pages 22-30 in Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, and E.B.W. Zubrow. 1979. Agricultural Beginnings, 2000 B.C. – A.D. 500. Pages 43-61 in Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

World Wildlife Fund. 2002. Endangered Spaces, the Global 200. Washington, D.C. Available at: http://www.worldwildlife.org/global200/spaces.cfm?sectionid=25&newspaperid=20.

Wright, J.W. (ed.). 2002. 2003 Almanac: The Almanac of Record. New York Times. New York, New York.

BLM_0000701

**Wullschleger, J. 2000.** River Management and the Upper Colorado River Recovery Implementation Program. Available at: http://www2.nature.nps.gov/YearinReview/yir2000/pages/04_resource_risks/04_01_wullschleger.html.

**Young, J.A. 1994.** Changes in Plant Communities in the Great Basin Induced by Domestic Livestock Grazing. Pages 113-123 *in* Natural History of the Colorado Plateau and Great Basin (K.T. Harper, L.L. St. Clair, K.H. Thorne, and W.M. Hess, eds.). University Press of Colorado. Niwot, Colorado.

**Young, M.K. 1994.** Movement and Characteristics of Stream-borne Coarse Woody Debris in Adjacent Burned and Undisturbed Watersheds in Wyoming. Canadian Journal of Forest Research 24:1933-1938.

**Youtie, B., J. Ponzetti, and D. Salzer. 1999.** Fire and Herbicides for Exotic Annual Grass Control: Effects on Native Plants and Microbiotic Soil Organisms. Pages 590-591 *in* Proceedings of People and Rangelands: Building the Future; Proceedings of the VI International Rangeland Congress (D. J. Eldridge, and D. Freudenberger, eds.). VI International Rangeland Congress. Townsville, Queensland, Australia.

**Zanardini, E., A. Arnoldi, G. Boschin, A. D'Agostina, M. Negri, and C. Sorlini. 2002.** Degradation Pathways of Chlorsulfuron and Metsulfuron-methyl by a *Pseudomonas fluorescens* Strain. Annals Of Microbiology 52:25-37.

**Zaranyika, M.F., and M.G. Nydandoro. 1993.** Degradation of Glyphosate in the Aquatic Environment: An Enzymatic Kinetic Model That Takes into Account Microbial Degradation of Both Free and Colloidal (or Sediment) Particle Adsorbed Glyphosate. Journal of Agricultural Food Chemistry 41:838-842.

**Zigmond, M.L. 1986.** Kwaiisu. Pages 398-411 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Zimmerman, L.J., and B.L. Molyneaux. 1996.** Native North America. University of Oklahoma Press. Norman, Oklahoma.

**Zoltai, S.C. 1974.** Structure of Subarctic Forests on Hummocky Permafrost Terrain in Northwestern Canada. Canadian Journal of Forest Research 5(1):1-9.

BLM_0000702

BLM 0000703

# CHAPTER 7
# GLOSSARY

BLM_0000705

# CHAPTER 7

# GLOSSARY

## A

**Absorption:** The process by which a chemical or other substance is able to pass through body membranes and enter an organism.

**Active ingredient (a.i.):** The chemical or biological component that kills or controls the target pest.

**Acute adverse effect level:** The level at which a substance can cause adverse effects within a short time of dosing or exposure.

**Acute effect:** An adverse effect on any living organism in which symptoms develop rapidly and often subside after the exposure stops.

**Acute toxicity:** The quality or potential of a substance to cause injury or illness shortly after exposure to a relatively large dose.

**Adaptive management:** A system of management practices based on clearly identified outcomes, monitoring to determine if management actions are meeting outcomes, and if not, facilitating management changes that will best ensure that outcomes are met or reevaluated.

**Additive:** A substance added to another in relatively small amounts to impart or improve desirable properties or suppress undesirable properties.

**Additive effect:** A situation in which combined effects of exposure to two chemicals simultaneously is equal to the sum of the effect of exposure to each chemical given alone.

**Adjuvant:** A chemical that is added to the pesticide formulation to enhance the toxicity of the active ingredient or to make the active ingredient easier to handle.

**Adsorption:** 1) The adhesion of substances to the surface of solids or liquids. 2) The attraction of ions of compounds to the surface of solids or liquids.

**Adverse impact:** An impact that causes harm or a negative result.

**Aerobic biodegradation:** The breakdown of organic contaminants by microorganisms when oxygen is present.

**Air pollutant:** Any substance in the air that could, if in high enough concentration, harm humans, animals, vegetation, or material. Air pollutants may include almost any natural or artificial matter capable of being airborne in the form of solid particles, liquid droplets, gases, or a combination of these.

**Air quality:** The composition of air with respect to quantities of pollution therein; used most frequently in connection with "standards" of maximum acceptable pollutant concentrations.

**Alien Species:** Per Executive Order 13112, alien species means, with respect to a particular ecosystem, any species, including its seed, eggs, spores, or other biological material capable of propagating that species, that is not native to that ecosystem.

**Allotment (grazing):** Area designated for the use of a certain number and kind of livestock for a prescribed period of time.

**Alluvium:** General term for clay, silt, sand, or gravel deposited in the bed of a stream during relatively recent geologic time as a result of stream action.

**Alternative:** In an EIS, one of a number of possible options for responding to the purpose and need for action.

**Ambient air:** Any unconfined portion of the atmosphere; open air and surrounding air. Often used interchangeably with "outdoor air."

**Anadromous:** A term used to describe fish that mature in the sea and swim up freshwater rivers and streams to spawn. Salmon, steelhead, and sea-run cutthroat trout are examples.

BLM_0000706

GLOSSARY

**Anaerobic biodegradation:** The breakdown of organic contaminants by microorganisms when oxygen is not present.

**Animal Unit (AU):** A standardized unit of measurement for range livestock that is equivalent to one cow, one horse, five sheep, five goats, or four reindeer, all over 6 months of age.

**Animal Unit Month (AUM):** The amount of feed or forage required by one animal unit grazing on a pasture for 1 month.

**Annual (plant):** A plant whose life cycle is completed in 1 year or season.

**Antifoamer:** A type of adjuvant added to a commercial pesticide that prevents the formation of foam.

**Aquatic:** Growing, living in, frequenting, or taking place in water; used to indicate habitat, vegetation, or wildlife in freshwater.

**Aquifer:** Rock or rock formations (often sand, gravel, sandstone, or limestone) that contain or carry groundwater and act as water reservoirs.

**Area of Critical Environmental Concern (ACEC):** An area within public lands that requires special management attention to protect and prevent irreparable damage to important historic, cultural, or scenic values; fish and wildlife resources; other natural systems or processes; or to protect life or provide safety from natural hazards.

**Arid:** A term applied to regions or climates where lack of moisture severely limits growth and production of vegetation. The limits of precipitation vary considerably according to temperature conditions.

**Attainment area:** A geographic area that is in compliance with the National Ambient Air Quality Standards. An area considered to have air quality as good as or better than the National Ambient Air Quality Standards as defined in the Clean Air Act.

# B

**Binder:** A material used to bind together two or more other materials in mixtures.

**Bioaccumulation:** The process of a plant or animal selectively taking in or storing a persistent substance. Over time, a higher concentration of the substance is found in the organism than in the organism's environment.

**Biodegradability:** Susceptibility of a substance to decomposition by microorganisms; specifically, the rate at which compounds may be chemically broken down by bacteria and/or natural environmental factors.

**Biodiversity:** The variety of life and its processes, including all life forms from one-celled organisms to complex organisms such as insects, plants, birds, reptiles, fish, other animals; and the processes, pathways, and cycles that link such organisms into natural communities.

**Biological Assessment (BA):** A document prepared by or under the direction of a federal agency. A BA addresses federally-listed and species proposed for listing and designated and proposed critical habitat that may be present in the action area, and evaluates the potential effects of the action on such species and habitat.

**Biological crust:** Thin crust of living organisms on or just below the soil surface; composed of lichens, mosses, algae, fungi, cyanobacteria, and bacteria.

**Boom (herbicide spray):** A tubular metal device that conducts an herbicide mixture from a tank to a series of spray nozzles. It may be mounted beneath a helicopter or a fixed-wing aircraft, or behind a tractor or all-terrain vehicle.

**Brackish:** Saline water whose salt concentration is between that of freshwater and seawater (ranging from 0.5 to 30 parts per thousand).

**Broadcast application:** An application of an herbicide that uniformly covers an entire area.

**Broad scale:** A large, regional area, such as a river basin; typically a multi-state area.

**Buffer:** A solution or liquid whose chemical makeup is such that it minimizes changes in pH when acids or bases are added to it.

**Buffer strip/zone:** A strip of vegetation that is left or managed to reduce the impact that a treatment or action on one area might have on another area.

BLM_0000707

**Bunchgrass:** A grass having the characteristic growth habit of forming a bunch; lacking stolons or rhizomes.

# C

**California Puff (CALPUFF):** CALPUFF is an advanced non-steady-state meteorological and air quality modeling system adopted by the U.S. Environmental Protection Agency as the preferred model for assessing long range transport of pollutants and their impacts involving complex meteorological conditions.

**Carbon-14 dating:** The use of the naturally occurring isotope of carbon-14 in radiometric dating to determine the age of organic materials.

**Carcinogen:** A chemical capable of inducing cancer.

**Carnivore:** An animal that feeds on other animals, especially the flesh-eating mammals.

**Carrier:** A non-pesticidal substance added to a commercial pesticide formulation to make it easier to handle or apply.

**Carrying capacity:** The maximum population of a particular species that a particular region can support without hindering future generations' ability to maintain the same population.

**Chaining:** Vegetation removal that is accomplished by hooking a large anchor chain between two bulldozers; as the bulldozers move through the vegetation, the vegetation is knocked to the ground. Chaining kills a large percentage of the vegetation, and is often followed a year or two later by burning and/or seeding.

**Chemical degradation:** The breakdown of a chemical substance into simpler components through chemical reactions.

**Chronic adverse effect level:** The level at which a substance can cause adverse effects in which symptoms recur frequently or develop slowly over a long period of time.

**Chronic exposure:** Exposures that extend over the average lifetime or for a significant fraction of the lifetime of the individual. Chronic exposure studies are used to evaluate the carcinogenic potential of chemicals and other long-term health effects.

**Class I area:** Under the 1977 Clean Air Act amendments, all international parks, parks larger than 6,000 acres, and national wilderness areas larger than 5,000 acres that existed on August 7, 1977. This class provides the most protection to pristine lands by severely limiting the amount of additional air pollution that can be added to these areas.

**Climate:** The composite or generally prevailing weather conditions of a region throughout the year, averaged over a series of years.

**Coarse woody debris:** Pieces of woody material derived from tree limbs, boles, and roots in various stages of decay, generally having a diameter of at least 3 inches and a length greater than 3 feet.

**Code of Federal Regulations (CFR):** A codification of the general and permanent rules published in the Federal Register by the executive departments and agencies of the federal government.

**Consultation:** Exchange of information and interactive discussion; when the "C" in consultation is capitalized it refers to consultation mandated by statute or regulation that has prescribed parties, procedures, and timelines (e.g. Consultation under National Environmental Policy Act or Section 7 of the Endangered Species Act).

**Council on Environmental Quality (CEQ):** An advisory council to the President of the United States established by the National Environmental Policy Act of 1969. It reviews federal programs for their effect on the environment, conducts environmental studies, and advises the President on environmental matters.

**Countervailing:** A type of cumulative impact where negative effects are compensated for by beneficial effects.

**Cover:** 1) Trees, shrubs, rocks, or other landscape features that allow an animal to partly or fully conceal itself. 2) The area of ground covered by plants of one or more species, usually expressed as a percent of the ground surface.

BLM_0000708

GLOSSARY

**Criteria:** Data and information that are used to examine or establish the relative degrees of desirability of alternatives or the degree to which a course of action meets an intended objective.

**Criteria pollutants:** Air pollutants designated by the U.S. Environmental Protection Agency as potentially harmful and for which ambient air quality standards have been set to protect the public health and welfare. The criteria pollutants are carbon monoxide, sulfur dioxide, particulate matter, nitrogen dioxide, ozone, hydrocarbons, and lead.

**Critical habitat:** 1) Specific areas within the habitat a species occupies at the time it is listed under the Endangered Species Act that have physical or biological features (a) that are essential to the conservation of the species and (b) that may require special management considerations or protection; and 2) specific areas outside the habitat a species occupies at the time it is listed that the Secretary of the Interior determines are essential for species conservation.

**Cultural resources:** Nonrenewable evidence of human occupation or activity as seen in any area, site, building, structure, artifact, ruin, object, work of art, architecture, or natural feature, which was important in human history at the national, state, or local level.

**Cumulative effects:** Impacts on the environment that result from the incremental impact of an action when added to other past, present, and reasonably foreseeable future actions. Cumulative effects can result from individually minor, but collectively significant, actions taking place over a period of time.

# D

**Degradation:** Physical or biological breakdown of a complex compound into simpler compounds.

**Density:** The number of individuals per a given unit area.

**Diluent:** An inert diluting agent added to a commercial pesticide formulation that decreases the viscosity of the formula.

**Dilution:** The act of mixing or thinning, and therefore decreasing a certain strength or concentration.

**Direct effects:** Impacts on the environment that are caused by the action and occur at the same time and place.

**Dispersant:** A type of inert ingredient added to an herbicide formulation that reduces the cohesive attraction between like particles.

**Dispersion:** The act of distributing or separating into lower concentrations or less dense units.

**Disturbance:** Refers to events that alter the structure, composition, or function of terrestrial or aquatic habitats. Natural disturbances include, among others, drought, floods, wind, fires, wildlife grazing, and insects and pathogens. Human-caused disturbances include actions such as timber harvest, livestock grazing, roads, and the introduction of exotic species.

**Dominant:** A group of plants that by their collective size, mass, or number exerts a primary influence onto other ecosystem components.

**Dose:** The amount of chemical administered or received by an organism, generally at a given point in time.

**Dose-response:** Changes in toxicological responses of an individual (such as alterations in severity of symptoms) or populations (such as alterations in incidence) that are related to changes in the dose of any given substance.

**Draft Environmental Impact Statement (DEIS):** The draft statement of the environmental effects of a major federal action which is required under Section 102 of the National Environmental Policy Act, and released to the public and other agencies for comment and review.

**Drift:** That part of a sprayed chemical that is moved by wind off a target site.

# E

**Ecosystem:** Includes all the organisms of an area, their environment, and the linkages or interactions among all of them; all parts of an ecosystem are interrelated. The fundamental unit in ecology, containing both organisms and abiotic environments, each influencing the properties of the other and both necessary for the maintenance of life.

BLM_0000709

**Ecosystem-based management:** The use of an ecological approach to achieve multiple-use management of public lands by blending the needs of people and environmental values in such a way that public lands represent diverse, healthy, productive, and sustainable ecosystems.

**Ecotone:** A boundary or zone of transition between adjacent communities or environments, such as the boundary between a forest and a meadow. Species present in an ecotone are intermixed subsets of the adjacent communities.

**Edge effect:** The influence of two communities on populations in their adjoining boundary zone or ecotone, affecting the composition and density of the populations in these bordering areas.

**Effect:** Environmental change resulting from a proposed action. Direct effects are caused by the action and occur at the same time and place, while indirect effects are caused by the action but are later in time or further removed in distance, although still reasonably foreseeable. Indirect effects may include growth-inducing effects and other effects related to induced changes in the pattern of land use, population density, or growth rate, and related effects on air and water and other natural systems, including ecosystems. Effect and impact are synonymous as used in this document.

**Endangered species:** Plant or animal species that are in danger of extinction throughout all or a significant part of their range.

**Endemic species:** Plants or animals that occur naturally in a certain region and whose distribution is relatively limited to a particular locality.

**Environment:** 1) The physical conditions that exist within an area (e.g., the area that will be affected by a proposed project), including land, air, water, minerals, flora, fauna, ambient noise, and objects of historical or aesthetic significance. 2) The sum of all external conditions that affect an organism or community to influence its development or existence.

**Environmental Assessment (EA):** A concise public document, for which a federal agency is responsible, that serves to: 1) briefly provide sufficient evidence and analysis for determining whether to prepare an environmental impact statement or a finding of no significant impact; 2) aid an agency's compliance with the National Environmental Policy Act when no environmental impact statement is necessary; and 3) facilitate preparation of an environmental impact statement when one is necessary.

**Environmental Impact Statement (EIS):** A required report for all federal actions that will lead to significant effects on the quality of the human environment. The report must be systematic and interdisciplinary, integrating the natural and social sciences as well as the design arts in planning and decision-making. The report must identify 1) the environmental impacts of the proposed action, 2) any adverse environmental effects which cannot be avoided should the proposal be implemented, 3) alternatives to the proposed action, 4) the relationship between short-term uses of human environment and the maintenance and enhancement of long-term productivity, and 5) any irreversible and irretrievable commitments of resources which would be involved in the proposed action should it be implemented.

**Epidemiology study:** A study of human population or human populations. In toxicology, a study which examines the relationship of exposures to one or more potentially toxic agent to adverse health effects in human populations.

**Eradication:** Removal of all traces of a population or elimination of a population to the point where individuals are no longer detectable.

**Erosion:** The wearing away of the land surface by running water, wind, ice, gravity, or other geological activities; can be accelerated or intensified by human activities that reduce the stability of slopes or soils.

BLM_0000710

GLOSSARY

**Essential Fish Habitat (EFH):** As defined by Congress in the interim final rule (62FR 66551): "those waters and substrate necessary to fish for spawning, breeding, feeding, or growth to maturity." For the purpose of interpreting the definition of EFH habitat, "waters" include aquatic areas and their associated physical, chemical, and biological properties; "substrate" includes sediment underlying the waters; "necessary" refers to the habitat required to support a sustainable fishery and the managed species contribution to a healthy ecosystem; and "spawning, breeding, feeding, or growth to maturity" covers all habitat types utilized by a species throughout its life cycle.

**Exotic species:** Includes species introduced into an area that may have adapted to the area and compete with resident native (indigenous) species.

# F

**°F:** Degrees Fahrenheit.

**Fate:** The course of an applied herbicide in an ecosystem or biological system, including metabolism, microbial degradation, leaching, and photodecomposition.

**Fauna:** The vertebrate and invertebrate animals of the area or region.

**Feasible:** Capable of being accomplished in a successful manner within a reasonable period of time, taking into account economic, environmental, legal, social, and technological factors.

**Final Environmental Impact Statement (Final EIS):** A revision of the Draft Environmental Impact Statement based on public and agency comments on the draft.

**Fire dependent:** An ecosystem evolving under periodic perturbations by fire and that consequently depends on periodic fires for normal ecosystem function.

**Fire intolerant:** Species of plants that do not grow well with or die from the effects of too much fire.

**Fire return interval:** The average time between fires in a given area.

**Fire tolerant:** Species of plants that can withstand a certain frequency and intensity of fire.

**Fire use:** The combination of prescribed fire and wildland fire use for resource benefit to meet resource objectives.

**First order dermal absorption:** Absorption of a material (herbicide) that occurs over 24 hours, taking into consideration the potential for some herbicide to not be absorbed.

**Fisheries habitat:** Streams, lakes, and reservoirs that support fish populations.

**Fishery:** The act, process, occupation, or season of taking an aquatic species.

**Food Quality Protection Act (FQPA) safety factor:** The Food Quality Protection Act safety factor is applied to pesticides that exhibit threshold effects to "take into account potential pre- and post-natal toxicity and completeness of the data with respect to exposure and toxicity to infants and children." The Act requires 1) an explicit determination that exposure tolerances are safe for children; 2) an additional safety factor of up to 10-fold, if necessary, be used to account for uncertainty in data relative to children (this is in addition to the current 100-fold safety factor which is already used to account for the use of animals, versus humans, in laboratory testing, and the variability in potential adult response to pesticide exposure); and 3) an analysis of exposure risks to children that takes into account the special sensitivity and exposure of children to pesticides.

**Forage:** Vegetation eaten by animals, especially grazing and browsing animals.

**Forbs:** Broad-leafed plants; includes plants that commonly are called weeds or wildflowers.

**Forestland:** Land where the potential natural plant community contains 10% or more tree canopy cover.

**Formulation:** The commercial mixture of both active and inactive (inert) ingredients.

**Fossilization:** The process of fossilizing a plant or animal that existed in some earlier age; the process of being turned to stone.

**Fragmentation (habitat):** The breaking-up of a habitat or cover type into smaller, disconnected parcels.

**Fuel (fire):** Dry, dead parts of trees, shrubs, and other vegetation that can burn readily.

# G

**Gavage:** Introduction of material in the stomach by a tube.

**Groundwater:** Subsurface water that is in the zone of saturation. The top surface of the groundwater is the "water table." Source of water for wells, seeps, and springs.

# H

**Habitat:** The natural environment of a plant or animal, including all biotic, climatic, and soil conditions, or other environmental influences affecting living conditions. The place where an organism lives.

**Half life:** The amount of time required for half of a compound to degrade.

**Hazardous fuels:** Includes living and dead and decaying vegetation that form a special threat of ignition and resistance to control.

**Hazard quotient (HQ):** The ratio of the estimated level of exposure to a substance from a specific substance from a specific pesticide application to the reference dose (RfD) for that substance, or to some other index of acceptable exposure or toxicity. A HQ less than or equal to 1 is presumed to indicate an acceptably low level of risk for that specific application.

**Herbaceous:** Non-woody plants that include grasses, grass-like plants, and forbs.

**Herbicide:** A chemical pesticide used to control, suppress, or kill vegetation, or severely interrupt normal growth processes.

**Herbicide resistance:** Naturally-occurring heritable characteristics that allow individual weeds to survive and reproduce, producing a population, over time, in which the majority of the plants of the weed species have the resistant characteristics.

**Herbivore:** An animal that feeds on plants.

**Herd Management Areas (HMAs):** Areas established for wild and free-roaming horses and burros through the land use planning process. The Wild Free-roaming Horse and Burro Act of 1971 requires that wild free-roaming horses and burros be considered for management where they were found at the time Congress passed the Act. The BLM initially identified 264 areas of use as herd management areas.

**Home range:** The area around an animal's established home that is visited during the animal's normal activities.

**Hydrologic cycle (water cycle):** The ecological cycle that moves water from the air by precipitation to the earth and returns it to the atmosphere; includes evaporation, run-off, infiltration, percolation, storage, and transpiration.

**Hydrologic unit code (HUC):** A hierarchical coding system developed by the U.S. Geological Survey to identify geographic boundaries of watersheds of various sizes.

**Hydrolysis:** Decomposition or alteration of a chemical substance by water.

# I

**Impermeable:** Cannot be penetrated.

**Indigenous:** Living or occurring naturally in an area; native, endemic people, flora, or fauna.

**Indirect effects:** Impacts that are caused by an action, but are later in time or farther removed in distance, although still reasonably foreseeable.

**Inert ingredient(s):** Those ingredients that are added to the commercial product (formulation) and are not herbicidally active.

**Infiltration:** The movement of water through soil pores and spaces.

**Insectivore:** An organism that feeds mainly on insects.

BLM_0000712

GLOSSARY

**Integrated pest management (IPM):** A long-standing, science-based, decision-making process that identifies and reduces risks from pests and pest management related strategies. It coordinates the use of pest biology, environmental information, and available technology to prevent unacceptable levels of pest damage by the most economical means, while posing the least possible risk to people, property, resources, and the environment. IPM provides an effective strategy for managing pests in all arenas from developed agricultural, residential, and public areas to wild lands. IPM serves as an umbrella to provide an effective, all encompassing, low-risk approach to protect resources and people from pests. BLM Departmental Manual 517 (Pesticides) defines integrated pest management as "a sustainable approach to managing pests by combining biological, cultural, physical, and chemical tools in a way that minimizes economic, health, and environmental risks."

**Intermittent stream:** A stream that flows only a certain times of the year when it receives water from other streams or from surface sources such as melting snow.

**Invasive plants:** Plants that 1) are not part of (if exotic), or are a minor component of (if native), the original plant community or communities; 2) have the potential to become a dominant or co-dominant species on the site if their future establishment and growth is not actively controlled by management interventions; or 3) are classified as exotic or noxious plants under state or federal law. Species that become dominant for only one to several years (e.g. short-term response to drought or wildfire) are not invasive plants.

**Invasive species:** Per Executive Order 13112, an invasive species means an alien species whose introduction does or is likely to cause economic or environmental harm or harm to human health.

**Invertebrate:** Small animals that lack a backbone or spinal column. Spiders, insects, and worms are examples of invertebrates.

**Irretrievable commitment:** A term that applies to losses of production or commitment of renewable natural resources. For example, while an area is used as a ski area, some or all of the timber production there is "irretrievably" lost. If the ski area closes, timber production could resume; therefore, the loss of timber production during the time the area is devoted to skiing is irretrievable, but not irreversible, because it is possible for timber production to resume if the area is no longer used as a ski area.

**Irreversible commitment:** A term that applies to non-renewable resources, such as minerals and archaeological sites. Losses of these resources cannot be reversed. Irreversible effects can also refer to the effects of actions on resources that can be renewed only after a very long period of time, such as the loss of soil productivity.

**Issue:** A matter of controversy, dispute, or general concern over resource management activities or land uses.

# J

# K

$K_{oc}$: Organic carbon-water partition coefficient.

# L

**Land management:** The intentional process of planning, organizing, programming, coordinating, directing, and controlling land use actions.

**Landscape:** All the natural features such as grasslands, hills, forest, and water, which distinguish one part of the earth's surface from another part; usually that portion of land that the eye can comprehend in a single view, including all of its natural characteristics.

**Land use allocation:** The assignment of a management emphasis to particular land areas with the purpose of achieving the goals and objectives of some specified use(s) (e.g., campgrounds, wilderness, logging, and mining).

**Large woody debris:** Pieces of wood that are of a large enough size to affect stream channel morphology.

**$LC_{50}$ (median lethal concentration):** A calculated concentration of a chemical in air or water to which exposure for a specific length of time is expected to cause death in 50% of a defined experimental animal population.

BLM_0000713

**LD$_{50}$ (median lethal dose):** The dose of a chemical calculated to cause death in 50% of a defined experimental animal population over a specified observation period. The observation period is typically 14 days.

**Leaching:** Usually refers to the movement of chemicals through the soil by water; may also refer to the movement of herbicides out of leaves, stems, or roots into the air or soil.

**Level of concern (LOC):** The concentration in media or some other estimate of exposure above which there may be effects.

**Lichens:** Organisms made up of specific algae and fungi, forming identifiable crusts on soil, rocks, tree, bark, and other surfaces. Lichens are primary producers in ecosystems. They contribute living material and nutrients, enrich the soil and increase soil moisture-holding capacity, and serve as food sources for certain animals. Lichens are slow growing and sensitive to chemical and physical disturbances.

**Lifeways:** The manner and means by which a group of people lives; their way of life. Components include language(s), subsistence strategies, religion, economic structure, physical mannerisms, and shared attitudes.

**Litter:** The uppermost layer of organic debris on the soil surface, which is essentially the freshly fallen or slightly decomposed vegetation material such as stems, leaves, twigs, and fruits.

**Long term:** Generally refers to a period longer than 10 years.

**Lowest observed adverse effect level (LOAEL):** The lowest dose of a chemical in a study, or group of studies, that produces statistically or biologically significant increases in frequency or severity of adverse effects between the exposed and control populations.

**Lymph:** A clear water fluid containing white blood cells. Lymph circulates throughout the lymphatic system, removing bacteria and certain proteins from body tissue. It also is responsible for transporting fat from the small intestine and supplying mature lymphocytes to the blood.

**Lymphatic:** Pertaining to lymph, a lymph vessel, or a lymph node.

# M

**Macrophytes:** Terrestrial or aquatic plants that are large enough to be seen without the aid of a microscope.

**Material safety data sheet (MSDS):** A compilation of information required under the Occupational Safety and Health Administration Communication Standard on the identity of hazardous chemicals, health and physical hazards, exposure limits, and precautions.

**Memorandum of Understanding (MOU):** Documents an agreement reached among agencies.

**Microbial degradation:** The breakdown of a chemical substance into simpler components by bacteria or other microorganisms.

**Microbiotic crust:** See biological crust.

**Minimize:** Apply best available technology, management practices, and scientific knowledge to reduce the magnitude, extent, and/or duration of impacts.

**Minimum tool rule:** Apply only the minimum-impact policy, device, force, regulation, instrument, or practice to bring about a desired result.

**Mitigation:** Steps taken to: 1) avoid an impact altogether by not taking a certain action or parts of an action; 2) minimize an impact by limiting the degree or magnitude of the action and its implementation; 3) rectify an impact by repairing, rehabilitating, or restoring the affected environment; 4) reduce or eliminate an impact over time by preserving and maintaining operations during the life of the action; and, 5) compensate for an impact by replacing or providing substitute resources or environments (40 CFR Part 1508.20).

**Mitigation measures:** Means taken to avoid, compensate for, rectify, or reduce the potential adverse impact of an action.

**Monitoring:** The orderly collection, analysis, and interpretation of resource data to evaluate progress toward meeting management objectives.

BLM_0000714

**Multiple uses:** A combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and nonrenewable resources. These may include recreation, range, timber, minerals, watershed, wildlife, and fish, along with natural scenic, scientific, and historical values.

# N

**National Ambient Air Quality Standards (NAAQS):** Standards set by the U.S. Environmental Protection Agency for the maximum levels of pollutants that can exist in the outdoor air without unacceptable effects on human health or the public welfare.

**National Back Country Byways:** A program developed by the BLM to complement the National Scenic Byway program. The BLM's Byways show enthusiasts the best the West has to offer—from waterfalls to geology sculpted by volcanoes, glaciers, and rivers. Back Country Byways vary from narrow, graded roads, passable only during a few months of the year, to two-lane paved highways providing year-round access.

**National Conservation Areas:** Areas designated by Congress so that present and future generations of Americans can benefit from the conservation, protection, enhancement, use, and management of these areas by enjoying their natural, recreational, cultural, wildlife, aquatic, archeological, paleontological, historical, educational, and/or scientific resources and values.

**National Environmental Policy Act (NEPA):** An act of Congress passed in 1969, declaring a national policy to encourage productive and enjoyable harmony between people and the environment, to promote efforts that will prevent or eliminate damage to the environment and the biosphere and stimulate the health and welfare of people, and to enrich the understanding of the ecological systems and natural resources important to the nation, among other purposes.

**National Historic Trails:** Trails established to identify and protect historic routes; they follow as closely as possible the original trails or routes of travel of national historic significance.

**National Landscape Conservation System (NLCS):** A single system that encompasses some of the BLM's premier land designations. By putting these lands into an organized system, the BLM hopes to increase public awareness of these areas' scientific, cultural, educational, ecological, and other values.

**National Monument:** An area designated to protect objects of scientific and historic interest by public proclamation of the President under the Antiquities Act of 1906, or by the Congress for historic landmarks, historic and prehistoric structures, or other objects of historic or scientific interest situated upon the public lands; designation also provides for the management of these features and values.

**National Recreation Area:** An area designated by Congress to assure the conservation and protection of natural, scenic, historic, pastoral, and fish and wildlife values and to provide for the enhancement of recreational values.

**National Recreation Trails:** Trails established administratively by the Secretary of the Interior to provide for a variety of outdoor recreation uses in or reasonably close to urban areas. They often serve as connecting links between the National Historic Trails and National Scenic Trails.

**National Scenic Areas:** Refers to the one national scenic area managed by the BLM: The Santa Rosa Mountains National Scenic Area in California, which encompasses approximately 101,000 acres. This area was designated by the Secretary of the Interior in 1990 to provide for the conservation, protection, and enhancement of scenic, recreation, and pastoral values.

**National Scenic Trails:** Trails established by an Act of Congress that are intended to provide for maximum outdoor recreation potential and for the conservation and enjoyment of nationally significant scenic, historical, natural, and cultural qualities of the areas through which these trails pass. National Scenic Trails may be located to represent desert, marsh, grassland, mountain, canyon, river, forest, and other areas, as well as land forms that exhibit significant characteristics of the physiographic regions of the nation.

BLM_0000715

**National Wild and Scenic Rivers:** Rivers designated in the National Wild and Scenic Rivers System that are classified in one of three categories, depending on the extent of development and accessibility along each section. In addition to being free flowing, these rivers and their immediate environments must possess at least one outstandingly remarkable value: scenic, recreational, geologic, fish and wildlife, historical, cultural, or other similar values.

**Native species:** Species that historically occurred or currently occur in a particular ecosystem and were not introduced.

**Natural community:** An assemblage of organisms indigenous to an area that is characterized by distinct combinations of species occupying a common ecological zone and interacting with one another.

**Natural resources:** Water, soil, plants and animals, nutrients, and other resources produced by the earth's natural processes.

**Neurotoxicity:** Materials that affect nerve cells and may produce muscular, emotional, or behavioral abnormalities, impaired or abnormal motion, and other physiologic changes.

**Neutralizer:** A type of inert ingredient added to an herbicide that modifies the effect of, or counteracts the properties of, something within the herbicide or spray solution.

**No action alternative:** The most likely condition to exist in the future if current management direction were to continue unchanged.

**No observed adverse effect level (NOAEL):** The exposure level at which there are no statistically or biological significant differences in the frequency or severity of any adverse effect in the exposed or control populations.

**No observed effect level (NOEL):** Exposure level at which there are no statistically or biological significant differences in the frequency or severity of any effect in the exposed or control populations.

**Non-selective herbicide:** An herbicide that is generally toxic to plants without regard to species.

**Non-target:** Any plant, animal, or organism that a method of application is not aimed at, but may accidentally be injured by the application.

**Noxious weed:** A plant species designated by federal or state law as generally possessing one or more of the following characteristics: aggressive and difficult to manage; parasitic; a carrier or host of serious insects or disease; or non-native, new, or not common to the United States.

**Nutrient cycle:** Ecological processes in which nutrients and elements such as carbon, phosphorous, nitrogen, and others, circulate among animals, plants, soils, and air.

# O

**Objective:** A concise, time-specific statement of measurable planned results that respond to pre-established goals. An objective forms the basis for further planning to define the precise steps to be taken and the resources to be used to achieve identified goals.

**Omnivore:** An animal that eats a combination of meat and vegetation.

**Oregon and California lands:** Public lands in Western Oregon that were granted to the Oregon Central Railroad companies (later the Oregon and California Railroad Company) to aid in the construction of railroads, but that were later forfeited and returned to the federal government by revestment of title.

**Overgrazing:** Continued heavy grazing which exceeds the recovery capacity of the plant community and creates a deteriorated rangeland.

**Overstory:** The upper canopy layer.

# P

**Paleontological resources:** A work of nature consisting of or containing evidence of extinct multicellular beings and includes those works or classes of works of nature designated by the regulations as paleontological resources.

**Paleontology:** A science dealing with the life of past geological periods as known from fossil remains.

BLM_0000716

GLOSSARY

**Particulate matter (PM):** A complex mixture consisting of varying combinations of dry solid fragments, solid cores with liquid coatings, and small droplets of liquid. These tiny particles vary greatly in shape, size and chemical composition, and can be made up of many different materials such as metals, soot, soil, and dust.

**Particulates:** Solid particles or liquid droplets suspended or carried in the air.

**Pathogen:** An agent such as a fungus, virus, or bacterium that causes disease.

**Payments in lieu of taxes:** Payments made to counties by the BLM to mitigate for losses to counties because public lands cannot be taxed.

**Per capita income:** Total income divided by the total population.

**Perennial:** A plant that lives for 2 or more years.

**Permit:** A revocable authorization to use public land for a specified purpose to for up to 3 years.

**Persistence:** Refers to the length of time a compound, once introduced into the environment, stays there.

**Pest Infestation:** 1) The occurrence of one or more pest species in an area or location where their numbers and impact are currently or potentially at intolerable levels. 2) A sudden increase in destructiveness or population numbers of a pest species in a given area.

**Petroglyph:** An image recorded on stone, usually by prehistoric peoples, by means of carving, pecking, or otherwise incised on natural rock surfaces.

**Pictograph:** A symbol that represents an object or a concept by illustration.

**pH:** A measure of how acidic or alkaline (basic) a solution is on a scale of 0 to 14 with 0 being very acidic, 14 being very alkaline, and 7 being neutral. The abbreviation stands for the potential of hydrogen.

**Photodegradation:** The photochemical transformation of a molecule into lower molecular weight fragments, usually in an oxidation process. This term is widely used in the destruction (oxidation) of pollutants by ultraviolet-based processes.

**Photolysis:** Chemical decomposition induced by light or other radiant energy.

**Phytotoxicity:** The ability of a material such as a pesticide or fertilizer to cause injury to plants.

**Piscivore:** Animal that feeds on fish.

**Plant community:** A vegetation complex, unique in its combination of plants, which occurs in particular locations under particular influences. A plant community is a reflection of integrated environmental influences on the site, such as soils, temperature, elevation, solar radiation, slope aspect, and precipitation.

**Playas:** Flat land surfaces underlain by fine sediment or evaporate minerals deposited from a shallow lake on the floor of a topographic depression.

**$PM_{2.5}$:** Fine particulates that measure 2.5 microns in diameter or less.

**$PM_{10}$:** Particulate matter that measures 10 microns in diameter or less.

**Population adjusted dose:** The acute or chronic reference dose (RfD) divided by the Food Quality Protection Act safety factor.

**Porosity:** The ratio of the volume of void space in a material (e.g., sedimentary rock or sediments) to the volume of its mass.

**Predator:** An organism that captures and feeds on parts or all of a living organism of another species.

**Preferred alternative:** The alternative identified in an EIS that has been selected by the agency as the most acceptable resolution to the problems identified in the purpose and need.

**Prescribed fire:** A management ignited wildland fire that burns under specified conditions and in predetermined area, and that produces the fire behavior and fire characteristics required to attain fire treatment and resource management objectives.

BLM_0000717

**Prescribed fire projects:** Includes the BLM's efforts to utilize fire as a critical natural process to maintain and restore ecosystems, rangeland, and forestlands, and to reduce the hazardous buildup of fuels that may threaten healthy lands and public safety.

**Prescribed grazing:** The careful application of grazing or browsing prescriptions (i.e., specified grazing intensities, seasons, frequencies, livestock species, and degrees of selectivity) to achieve natural resource objectives. Livestock production is a secondary objective when using prescribed grazing as a natural resource management tool.

**Prevention of Significant Deterioration (PSD):** A U.S. Environmental Protection Agency program in which state and/or federal permits are required in order to restrict emissions from new or modified sources in places where air quality already meets or exceeds primary and secondary ambient air quality standards.

**Productivity:** The innate capacity of an environment to support plant and animal life over time. Plant productivity is the rate of plant production within a given period of time. Soil productivity is the capacity of a soil to produce plant growth, due to the soil's chemical, physical, and biological properties.

**Programmatic EIS:** An area-wide EIS that provides an overview when a large-scale plan is being prepared for the management of federally-administered lands on a regional or multi-regional basis.

**Proper functioning condition:** Riparian and wetland areas achieve proper functioning condition when adequate vegetation, landform, or large woody debris is present to dissipate stream energy associated with high water flows. This reduces erosion and improves water quality; filters sediment, captures bedload, and aids in floodplain development; improves floodwater retention and groundwater recharge; develops root masses that stabilize streambacks against cutting; develops diverse ponding and channel characteristics to provide habitat and water depth, duration, and temperature necessary for fish production, avian breeding habitat, and other uses; and supports greater biodiversity.

**Proposed action:** A proposal by a federal agency to authorize, recommend, or implement an action.

**Public domain lands:** One category of public lands that have never left federal ownership; also, lands in federal ownership that were obtained by the government in exchange for public domain lands or for timber on public domain lands.

**Public lands:** Any land and interest in land owned by the United States that are administered by the Secretary of the Interior through the BLM, without regard to how the United States acquired ownership, except for 1) lands located on the Outer Continental Shelf, and 2) lands held for the benefit of Indians, Aleuts, and Eskimos. Includes public domain and acquired lands.

**Public scoping:** A process whereby the public is given the opportunity to provide oral or written comments about the influence of a project on an individual, the community, and/or the environment.

# Q

**Qualitative:** Traits or characteristics that relate to quality and cannot be readily measured with numbers.

**Quantitative:** Traits or characteristics that can be measured with numbers.

# R

**Rangeland:** Land on which the native vegetation is predominantly grasses, grass-like plants, forbs, or shrubs; not forests.

**Raptor:** Bird of prey; includes eagles, hawks, falcons, and owls.

**Receptor:** An ecological entity exposed to a stressor.

**Record of Decision (ROD):** A document separate from, but associated with, an EIS, which states the decision, identifies alternatives (specifying which were environmentally preferable), and states whether all practicable means to avoid environmental harm from the alternative have been adopted, and if not, why not.

**Recovery plan:** Identifies, justifies, and schedules the research and management actions necessary to reverse the decline of a species and ensure its long-term survival.

BLM_0000718

GLOSSARY

**Reference dose (RfD):** An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to not result in an appreciable risk of deleterious effects during a lifetime. It is derived from the no-observed-adverse-effect-level, the lowest-observed-adverse-effect-level, or a benchmark dose. Uncertainty factors are generally applied when developing the reference dose to reflect the limitations of the data used.

**Registered herbicide:** All herbicides sold or distributed in the United States must be registered by the U.S. Environmental Protection Agency, based on scientific studies, showing that they can be used without posing unreasonable risks to people or the environment.

**Research Natural Areas:** Special management areas designated either by Congress or by a public or private agency to preserve and protect typical or unusual ecological communities, associations, phenomena, characteristics, or natural features or processes for scientific and educational purposes. They are established and managed to protect ecological processes, conserve biological diversity, and provide opportunities for observation for research and education.

**Resident fish:** Fish that spend their entire life in freshwater (e.g., bull trout).

**Residue:** The quantity of an herbicide or its metabolites remaining in or on soil, water, plants, animals, or surfaces.

**Resilience:** 1) The ability of a system to respond to disturbances. Resiliency is one of the properties that enable the system to persist in many different states or successional stages. 2) In human communities, refers to the ability of a community to respond to externally induced changes such as larger economic forces.

**Resource Management Plan (RMP):** Comprehensive land management planning document prepared by and for the BLM's administered properties under requirements of the Federal Land Policy and Management Act. Bureau of Land Management lands in Alaska were exempted from this requirement.

**Restoration:** Actions taken to modify an ecosystem to achieve desired, healthy, and functioning conditions and processes.

**Revegetation:** Establishing or re-establishing desirable plants on areas where desirable plants are absent or of inadequate density, by management alone (natural revegetation) or by seeding or transplanting (artificial revegetation).

**Rights-of-way (ROW):** A permit or an easement that authorizes the use of lands for certain specified purposes, such as the construction of forest access roads or a gas pipeline.

**Riparian:** Occurring adjacent to streams and rivers and directly influenced by water. A riparian community is characterized by certain types of vegetation, soils, hydrology, and fauna and requires free or unbound water or conditions more moist than that normally found in the area.

**Risk:** The likelihood that a given exposure to an item or substance that presents a certain hazard will produce illness or injury.

**Risk assessment:** The process of gathering data and making assumptions to estimate short- and long-term harmful effects on human health or the environment from particular products or activities.

**Runoff:** That part of precipitation, as well as any other flow contributions, that appears in surface streams, either perennial or intermittent.

# S

**Salmonids:** Fishes of the family Salmonidae, including salmon, trout, chars, whitefish, ciscoes, and grayling.

**Scoping:** The process by which significant issues relating to a proposal are identified for environmental analysis. Scoping includes eliciting public comment on the proposal, evaluating concerns, and developing alternatives for consideration.

**Section 3:** Lands administered under Section 3 of the Taylor Grazing Act. This section of the law provided for the lease of grazing district lands to landowners and homesteaders in or adjacent to the reserves first and issuance of 1 to 10 year leases.

BLM_0000719

**Section 15:** Lands administered under Section 15 of the Taylor Grazing Act. Under Section 15, public lands outside of grazing districts could be leased to ranchers with contiguous property.

**Sediments:** Unweathered geologic materials generally laid down by or within waterbodies; the rocks, sand, mud, silt, and clay at the bottom and along the edge of lakes, streams, and oceans.

**Sedimentation:** The process of forming or depositing sediment; letting solids settle out of wastewater by gravity during treatment.

**Selective herbicide:** A chemical designed to affect only certain types of plants, leaving other plants unharmed.

**Semi-arid:** Moderately dry; region or climate where moisture is normally greater than under arid conditions, but still limits the production of vegetation.

**Sensitive species:** 1) Plant or animal species susceptible or vulnerable to activity impacts or habitat alterations. 2) Species that have appeared in the Federal Register as proposed for classification or are under consideration for official listing as endangered or threatened species.

**Short-term impacts:** Impacts occurring during project construction and operation, and normally ceasing upon project closure and reclamation. For each resource the definition of short-term may vary.

**Significant:** The description of an impact that exceeds a certain threshold level. Requires consideration of both context and intensity. The significance of an action must be analyzed in several contexts, such as society as a whole, and the affected region, interests, and locality. Intensity refers to the severity of impacts, which should weighted along with the likelihood of its occurrence.

**Snag:** A standing dead tree, usually larger than 5 feet tall and 6 inches in diameter at breast height.

**Sociocultural:** Of, relating to, or involving a combination of social and cultural factors.

**Socioeconomic:** Pertaining to, or signifying the combination or interaction of social and economic factors.

**Soil compaction:** The compression of the soil profile from surface pressure, resulting in reduced air space, lower water holding capacity, and decreased plant root penetrability.

**Soil horizon:** A layer of soil material approximately parallel to the land surface that differs from adjacent genetically related layers in physical, chemical, and biological properties.

**Southern Nevada Public Land Management Act:** Act that provides for the disposal of public land within a specific area in the Las Vegas Valley and creates a special account into which 85% of the revenue generated by land sales or exchanges in the Las Vegas Valley is deposited. The remaining 15% goes to state and local governments.

**Special status species:** Refers to federally-listed threatened, endangered, proposed, or candidate species, and species managed as sensitive species by the BLM.

**Spot treatment:** An application of an herbicide to a small selected area as opposed to broadcast application.

**Stabilizer:** A type of inert ingredient added to a commercial pesticide that makes the mixture more stable.

**Stand:** A group of trees in a specific area that is sufficiently alike in composition, age, arrangement, and condition so as to be distinguishable from the forest in adjoining areas.

**Standard Operating Procedures (SOPs):** Procedures that would be followed by the BLM to ensure those risks to human health and the environment from treatment actions were kept to a minimum.

**Step-down:** Refers to the process of applying broad-scale science findings and land use decisions to site-specific areas using a hierarchical approach of understanding current resource conditions, risks, and opportunities.

**Stressor:** Any event or situation that precipitates a change.

BLM_0000720

GLOSSARY

**Subalpine:** A terrestrial community that generally is found in harsher environments than the montane terrestrial community. Subalpine communities are generally colder than montane and support a unique clustering of wildlife species.

**Subchronic:** The effects observed from doses that are of intermediate duration, usually 90 days.

**Subsistence:** Customary and traditional uses of wild renewable resources (plants and animals) for food, shelter, fuel, clothing, tools, etc.

**Succession:** A change in structure and composition of plant and animal communities over time. This change does not always occur in a predictable and orderly manner. Change can be a response to random or chaotically occurring disturbances.

**Surfactant:** A material that improves the emulsifying, dispersing, spreading, wetting, or other surface-modifying properties of liquids.

**Surrogate:** A substitute or stand-in.

**Synergistic:** A type of cumulative impact where total effect is greater than the sum of the effects taken independently.

# T

**Tank mixture:** The mixture of two or more compatible herbicides in a spray tank in order to apply them simultaneously.

**Target species:** Plant species of competing vegetation that is controlled in favor of desired species.

**Teratogenic:** Causing structural defects that affect the development of an organism; causing birth defects.

**Terrestrial:** Of or relating to the earth, soil, or land; inhabiting the earth or land.

**Threatened species:** A plant or animal species likely to become an endangered species throughout all or a significant portion of its range within the foreseeable future.

**Threshold:** A dose or exposure below which there is no apparent or measurable adverse effect.

**Tier:** In an EIS, refers to incorporating by reference the analyses in an EIS or similar document of a broader scope. For example, BLM field offices could prepare environmental assessments for local projects that tier to this PEIS.

**Total suspended particles (TSP):** A method of monitoring airborne particulate matter by total weight.

**Toxicity:** A characteristic of a substance that makes it poisonous.

**Toxicokinetics:** The process of the uptake of potentially toxic substances by the body, the biotransformation they undergo, the distribution of the substances and their metabolites in the tissues, and the elimination of the substances and their metabolites from the body.

**Transpiration:** Water loss from plants during photosynthesis.

**Tribe:** Term used to designate any Indian tribe, band, nation, or other organized group or community (including any Alaska Native village or regional or village corporation as defined in or established pursuant to the Alaska Native Claims Settlement Act) which is recognized as eligible for the special programs and services provided by the U.S. to Indians because of their status as Indians.

# U

**Understory:** Plants that grow beneath the canopy of other plants. Usually refers to grasses, forbs, and low shrubs under a tree or shrub canopy.

**Undesirable plants:** Species classified as undesirable, noxious, harmful, exotic, injurious, or poisonous under state or federal law, but not including species listed as endangered by the Endangered Species Act, or species indigenous to the planning area.

**Upland:** The portion of the landscape above the valley floor or stream.

BLM_0000721

# V

**Vascular plants:** Plants that have specialized tissues which conduct nutrients, water, and sugars along with other specialized parts such as roots, stems, and reproductive structures. Vascular plants include flowering plants, ferns, shrubs, grasses, and trees.

**Vertebrate:** An animal with a backbone. Fishes, amphibians, reptiles, birds, and mammals are vertebrates.

**Visual resources:** The visible physical features of a landscape.

**Volatilization:** The conversion of a solid or liquid into a gas or vapor.

# W

**Water quality:** The interaction between various parameters that determines the usability or non-usability of water for on-site and downstream uses. Major parameters that affect water quality include: temperature, turbidity, suspended sediment, conductivity, dissolved oxygen, pH, specific ions, discharge, and fecal coliform.

**Watershed:** The region draining into a river, river system, or body of water.

**Weed:** A plant considered undesirable and that interferes with management objectives for a given area at a given point in time.

**Wetlands:** Those areas that are inundated or saturated by surface water or groundwater at a frequency and duration sufficient to support, and that under normal circumstance do support, a prevalence of vegetation typically adapted for life in saturated soil conditions. Wetlands include habitats such as swamps, marshes, and bogs.

**Wilderness:** Land designated by Congress as a component of the National Wilderness Preservation System. For an area to be considered for Wilderness designation it must be roadless and possess the characteristics required by Section 2(c) of the Wilderness Act of 1964. These characteristics are: 1) naturalness - lands that are natural and primarily affected by the forces of nature; 2) roadless and having at least 5,000 acres of contiguous public lands; and 3) outstanding opportunities for solitude or primitive and unconfined types of recreation. In addition, areas may contain "supplemental values," consisting of ecological, geological, or other features of scientific, educational, scenic, or historical importance.

**Wildfire:** Unplanned human or naturally caused fires in wildlands.

**Wildland fires:** Occur on wildlands, regardless of ignition source, damages, or benefits, and include wildfire and prescribed fire.

**Wildland fire use for resource benefit:** A fire ignited by lightening but allowed to burn within specified conditions of fuels, weather, and topography, to achieve specific objectives.

**Wildland Urban Interface (WUI):** An area where structures and other human development intermingle with undeveloped wildlands or vegetative fuels.

**Woodland:** A forest in which the trees are often small, characteristically short-bolded relative to their crown depth, and forming only an open canopy with the intervening area being occupied by lower vegetation, commonly grass.

# X

**Xeric:** Very dry region or climate; tolerating or adapted to dry conditions.

# YZ

BLM_0000722

BLM_0000723

## CHAPTER 8
# INDEX

BLM_0000724

BLM_0000725

# CHAPTER 8

# INDEX

**Air Quality**
Description: 3-3
Effects: 4-5
  Scoping Comments and Other Issues Evaluated in
  the Assessment: 4-5
  Methodology for Assessing Impacts to Air Quality:
  4-6
  Standard Operating Procedures: 4-8
  Impacts by Alternative: 4-9
  Mitigation: 4-13
  Cumulative Effects: 4-202
  Unavoidable Effects: 4-243
  Short and Long Term Effects: 4-246
  Irreversible Effects: 4-251

**Alternatives**
*Chapter 2 of the EIS is devoted to describing the
alternatives*
*Chapter 4 is devoted to analyzing the effects of the No
Action Alternative and alternatives B, C, D, and E*
Development of Alternatives: 1-13
Description of the Alternatives: 2-14
  Alternative A: 2-14
  Alternative B: 2-17
  Alternative C: 2-19
  Alternative D: 2-19
  Alternative E: 2-20
Alternatives Considered but Not Further Analyzed: 2-
22
Summary of Impacts by Alternatives: 2-40
*See also Air Quality; Soil Resources; Water Resources
and Quality; Wetland and Riparian Areas; Fish and
Other Aquatic Organisms; Wildlife Resources;
Livestock; Wild Horses and Burros; Paleontological
and Cultural Resources; Visual Resources; Wilderness
and Special Areas; Recreation; Social and Economic
Values; and Human Health and Safety*

**American Indian and Alaska Native Cultural
Resources**
Alaska National Interest Conservation Lands
(ANILCA) Section 810 Analysis of Subsistence
Impacts: Appendix G
*See Paleontological and Cultural Resources*

**Anadromous Fish**
*See Fish and Other Aquatic Organisms*

**Biological Crust**
*See Soil Resources*

**Climate**
Description: 3-2

**Consultation and Coordination**
*Chapter 5 of the EIS is devoted to consultation and
coordination*
Description: 1-9
Coordination and Education: 2-39

**Cumulative Effects**
Structure of the Cumulative Analysis: 4-197
Resource Protection Measures Considered in the
Cumulative Impacts Analysis: 4-201
Other Information Considered: 4-202
Cumulative Effects by Resources: 4-202
Unavoidable Adverse Effects: 4-243
Short and Long Term Effects: 4-246
Irreversible Effects: 4-251

**Decisions to be Made**
Decisions to be Made by Decisionmaker: 1-5

**Demographic**
*See Social and Economic Values*

**Economic Environment**
*See Social and Economic Values*

**Effects**
Comparison of Alternatives: 2-40
How the Effects of the Alternatives Were Estimated:
4-1
*Chapter 4 is devoted to analyzing the effects of the No
Action Alternative and alternatives B, C, D, and E*

**Environment**
*Chapter 3 of the EIS is devoted to a description of the
environment*

BLM_0000726

INDEX

**Environment (cont.)**
*Chapter 4 of the EIS is devoted to analysis of effects on the environment*

**European Settlement Resources**
*See Paleontological and Cultural Resources*

**Expenditures by the BLM**
*See Social and Economic Values*

**Fish and Other Aquatic Organisms**
Description: 3-31
Special Status Species: 3-36
Effects: 4-76
    Scoping Comments and Other Issues Evaluated in the Assessment: 4-77
    Standard Operating Procedures: 4-77
    Impacts by Treatment: 4-80
    Impacts by Alternative: 4-89
    Special Status Fish and Other Aquatic Organisms: 4-92
    Cumulative Effects: 4-213
    Unavoidable Effects: 4-244
    Short and Long Term Effects: 4-248
    Irreversible Effects: 4-252

**Fire**
Vegetation Condition and Fire Regimes: 3-28
*See Wildland Fire*

**Forest and Woodland Management**
Description: 2-3

**Herbicides**
Herbicide Active Ingredients Evaluated under the Proposed Alternatives: 2-9
Herbicide Modes of Action and Treatment Methods: 2-13
Herbicide Treatment Standard Operating Procedures: 2-22

**Human Health and Safety**
Description: 3-71
Effects: 4-174
    Scoping Comments and Other Issues Evaluated in the Assessment: 4-175
    Standard Operating Procedures: 4-175
    Assessment of Human Health Risks for Each Herbicide: 4-175
    Impacts by Alternative: 4-195
    Mitigation: 4-196
    Cumulative Effects: 4-238

**Human Health and Safety (cont.)**
Effects (cont.)
    Unavoidable Effects: 4-246
    Short and Long Term Effects: 4-251
    Irreversible Effects: 4-253

**Impacts**
*See Alternatives and Cumulative Effects*

**Important Plant Uses and Species Used by American Indians and Alaska Natives**
*See Paleontological and Cultural Resources*

**Issues and Concerns**
Issues and Concerns: 1-12
Issues Not Addressed: 1-13

**Land Uses and Ecoregions**
Description: 3-1
Effects: 4-5

**Livestock**
Description: 3-44
Effects: 4-124
    Scoping Comments and Other Issues Evaluated in the Assessment: 4-124
    Standard Operating Procedures: 4-124
    Summary of Herbicide Impacts: 4-125
    Impacts by Alternative: 4-133
    Mitigation: 4-136
    Cumulative Effects: 4-222
    Unavoidable Effects: 4-244
    Short and Long Term Effects: 4-249
    Irreversible Effects: 4-252

**Mitigation**
Description: 2-40
*See also Air Quality; Soil Resources; Water Resources and Quality; Wetland and Riparian Areas; Fish and Other Aquatic Organisms; Wildlife Resources; Livestock; Wild Horses and Burros; Paleontological and Cultural Resources; Visual Resources; Wilderness and Special Areas; Recreation; Social and Economic Values; and Human Health and Safety*

**Native Peoples**
*See Social and Economic Values; Paleontological and Cultural Resources; Cumulative Effects; Scoping*

**Non-timber Forest Products**
Description: 3-30

BLM_0000727