**Noxious Weeds and Other Invasive Species**
Description: 3-26

**Paleontological and Cultural Resources**
Special Precautions: 2-29
Description: 3-45
Effects: 4-146
  Scoping Comments and Other Issues Evaluated the in Assessment: 4-147
  Standard Operating Procedures for Addressing BLM Actions on Paleontological, Cultural, and Subsistence Resources: 4-147
  Herbicide Impacts on Paleontological and Cultural Resources: 4-148
  Herbicide Impacts on Native American Health: 4-149
  Impacts by Alternative: 4-150
  Mitigation: 4-152
  Cumulative Effects: 4-226
  Unavoidable Effects: 4-245
  Short and Long Term Effects: 4-249
  Irreversible Effects: 4-252

**Public Involvement**
Public Scoping Meetings: 1-12
Public Involvement: 5-1

**Purpose and Need for the Proposed Action**
Proposed Action: 1-3
Purpose and Need: 1-4

**Rangeland Management**
Description: 2-3

**Recreation**
Description: 3-60
Effects: 4-159
  Scoping Comments and Other Issues Evaluated in the Assessment: 4-160
  Standard Operating Procedures: 4-160
  Impacts by Treatment: 4-160
  Impacts by Alternative: 4-161
  Mitigation: 4-163
  Cumulative Effects: 4-233
  Unavoidable Effects: 4-246
  Short and Long Term Effects: 4-250
  Irreversible Effects: 4-253

**Revenues Generated by BLM Lands**
*See Social and Economic Values*

**Riparian Management**
Description: 2-4, 3-18

**Rights-of-way**
Description: 3-62

**Risk from Cancer, Disease, Injuries, or Using Herbicides and Wildfire Control on Public Lands**
*See Human Health and Safety*

**Scoping**
Scope of Analysis: 1-5
Public Involvement, Scoping, and Issues: 1-12, 5-1

**Smoke Management Policies and Regulations**
*See Air Quality*

**Social and Economic Values**
Description: 3-63
Effects: 4-163
  Scoping Comments and Other Issues Evaluated in the Assessment: 4-164
  Standard Operating Procedures: 4-164
  Impacts by Alternative: 4-166
  Mitigation: 4-174
  Cumulative Effects: 4-234
  Unavoidable Effects: 4-246
  Short and Long Term Effects: 4-250
  Irreversible Effects: 4-253

**Soil Compaction**
*See Soil Resources*

**Soil Erosion**
*See Soil Resources*

**Soil Resources**
Description: 3-7
Effects: 4-13
  Scoping Comments and Other Issues Evaluated in the Assessment: 4-13
  Factors that Influence the Fate, Transport, and Persistence of Herbicides in Soil: 4-14
  Impacts by Treatment: 4-15
  Impacts by Alternative: 4-21
  Mitigation: 4-24
  Cumulative Effects: 4-205
  Unavoidable Effects: 4-243
  Short and Long Term Effects: 4-247
  Irreversible Effects: 4-251

**Special Precautions:** 2-28

BLM_0000728

# INDEX

**Special Status Species**
Special Precautions: 2-28
*See Fish and Other Aquatic Resources*
*See Vegetation*
*See Wildlife Resources*

**Species**
Common and Scientific Names of Species:
Appendix A
Special Status Species List: Appendix J

**Statues, Regulations, and Policies**
Laws, Policies, and Regulations that Influence
Vegetation Treatments: 1-6

**Stipulations and Required Operating Procedures**
Herbicide Treatment Standard Operating Procedures:
2-22
Monitoring: 2-35
*See also Air Quality; Soil Resources; Water Resources
and Quality; Wetland and Riparian Areas; Fish and
Other Aquatic Organisms; Wildlife Resources;
Livestock; Wild Horses and Burros; Paleontological
and Cultural Resources; Visual Resources; Wilderness
and Special Areas; Recreation; Social and Economic
Values; and Human Health and Safety*

**Threatened and Endangered Species**
Consultation: Chapter 5
List of Special Status Species: Appendix J

**Topography, Geology, Minerals, Oil, and Gas**
Description: 3-6

**Vegetation**
Planning and Management: 2-5
Treatment Acreages: 2-31
Monitoring: 2-35
Description: 3-19
Special Status Species: 3-31
Effects: 4-44
    Scoping Comments and Other Issues Evaluated in
    the Assessment: 4-44
    Standard Operating Procedures: 4-44
    Impacts by Treatments: 4-47
    Impacts by Alternative: 4-64
    Mitigation: 4-71
    Special Status Plant Species: 4-71
    Cumulative Effects: 4-211
    Unavoidable Effects: 4-244
    Short and Long Term Effects: 4-248
    Irreversible Effects: 4-252

**Vegetation Condition and Fire Regimes**
Description: 3-28

**Visual Resources**
Description: 3-58
Effects: 4-152
    Scoping Comments and Other Issues Evaluated in
    the Assessment: 4-153
    Standard Operating Procedures: 4-153
    Impacts by Treatment: 4-154
    Impacts by Alternative: 4-154
    Mitigation: 4-154
    Cumulative Effects: 4-229
    Unavoidable Effects: 4-245
    Short and Long Term Effects: 4-250
    Irreversible Effects: 4-253

**Water Resources and Quality**
Water Resources Description: 3-11
Water Quality Description: 3-15
Effects: 4-24
    Scoping Comments and Other Issues Evaluated in
    the Assessment: 4-22
    Standard Operating Procedures: 4-24
    Impacts by Treatment: 4-24
    Impacts by Alternative: 4-34
    Mitigation: 4-36
    Cumulative Effects: 4-206
    Unavoidable Effects: 4-243
    Short and Long Term Effects: 4-247
    Irreversible Effects: 4-251

**Wetlands and Riparian Areas**
Description: 3-18
Effects: 4-36
    Scoping Comments and Other Issues Evaluated in
    the Assessment: 4-37
    Factors that Influence the Fate, Transport, and
    Persistence of Herbicides in Wetlands and Riparian
    Areas: 4-37
    Summary of Herbicide Impacts: 4-37
    Impacts by Alternative: 4-41
    Mitigation: 4-44
    Cumulative Effects: 4-209
    Unavoidable Effects: 4-243
    Short and Long Term Effects: 4-247
    Irreversible Effects: 4-251

BLM_0000729

**Wild Horses and Burros**
Description: 3-45
Effects: 4-136
  Scoping Comments and Other Issues Evaluated in
  the Assessment: 4-137
  Standard Operating Procedures: 4-137
  Summary of Herbicide Impacts: 4-137
  Impacts by Alternative: 4-143
  Mitigation: 4-146
  Cumulative Effects: 4-223
  Unavoidable Effects: 4-244
  Short and Long Term Effects: 4-249
  Irreversible Effects: 4-252

**Wilderness and Special Areas**
Special Precautions: 2-29
Description: 3-58
Effects: 4-155
  Scoping Comments and Other Issues Addressed in
  the Assessment: 4-156
  Standard Operating Procedures: 4-156
  Impacts by Treatment: 4-156
  Impacts by Alternative: 4-157
  Mitigation: 4-159
  Cumulative Effects: 4-230
  Unavoidable Effects: 4-245
  Short and Long Term Effects: 4-250
  Irreversible Effects: 4-253
*See also Recreation Resources*
*See also Visual Resources*

**Wildland Fire**
Wildland Fire Management: 2-2

**Wildlife and Fisheries Management**
Description: 2-4

**Wildlife Resources**
Description: 3-36
Special Status Species: 3-44
Effects: 4-96
  Scoping Comments and Other Issues Evaluated in
  the Assessment: 4-98
  Standard Operating Procedures: 4-98
  Summary of Herbicide Impacts: 4-101
  Impacts of Herbicide Treatments on Wildlife and
  Habitat by Ecoregion: 4-109
  Impacts by Alternative: 4-114
  Mitigation: 4-118
  Special Status Wildlife Species: 4-118
  Cumulative Effects: 4-216
  Unavoidable Effects: 4-244
  Short and Long Term Effects: 4-248
  Irreversible Effects: 4-252

BLM_0000730

BLM_0000731

# ACRONYMS, ABBREVIATIONS, AND SYMBOLS

| | | | |
|---|---|---|---|
| ACEC | Area of Critical Environmental Concern | ERMA | Extensive recreation management area |
| a.e./ac | Acid equivalent per acre | ESA | Endangered Species Act |
| a.i. | Active ingredient | ES | Emergency stabilization |
| a.i./ac | Active ingredient per acre | FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| a.i./ha | Active ingredient per hectare | | |
| a.i./L | Active ingredient per Liter | FLPMA | Federal Land Policy and Management Act |
| AGL | Above ground level | FORVIS | Forest Vegetation Information System |
| ALS | Acetolactate synthase | FQPA | Food Quality Protection Act |
| AML | Appropriate management level | FR | Federal Register |
| AMP | Allotment management plan | FRCC | Fire regime condition class |
| ANILCA | Alaska National Interest Lands Conservation Act | ft | Foot/feet |
| APD | Application for permit to drill | FTE | Full time equivalent |
| ARI | Aggregate risk index | FY | Fiscal year |
| ATV | All-terrain vehicle | gal | Gallon(s) |
| AUM | Animal use months | gal/day | Gallons per day |
| BA | Biological assessment | GBRI | Great Basin Restoration Initiative |
| BAR | Burned area rehabilitation | GCVTC | Grand Canyon Visibility and Transport Commission |
| BO | Biological opinion | | |
| BEE | Butoxyethyl ester | GLEAMS | Groundwater Loading Effects of Agricultural Management Systems |
| BLM | Bureau of Land Management | | |
| BMP | Best management practice | HFRA | Healthy Forests Restoration Act |
| BP | Before the present | HHRA | Human health risk assessment |
| BPA | Bonneville Power Administration | HMA | Herd management area |
| BW | Body weight | HQ | Hazard quotient |
| CALPUFF | California Puff | In/yr | Inches per year |
| CDC | Centers for Disease Control and Prevention | IWM | Integrated weed management |
| CEQ | Council on Environmental Quality | kg | Kilogram(s) |
| CERCLA | Comprehensive Environmental Response, Compensation and Liability Act | km | Kilometer(s) |
| | | km$^2$ | Square kilometer(s) |
| CFR | Code of Federal Regulations | K$_{oc}$ | Organic carbon-water partition coefficient |
| cm | Centimeter | L | Liter |
| CO | Carbon monoxide | LANDFIRE | Landscape Fire and Resource Management Planning Tools Project |
| COA | Conditions of approval | | |
| CREAMS | Chemical Runoff Erosion Assessment Management System | lb(s) | Pound(s) |
| | | LC$_{50}$ | Lethal concentration at which half of the organisms die |
| CWMA | Cooperative weed management area | | |
| CWPP | Community wildfire protection plan | LD$_{50}$ | Lethal dose at which half of the organisms die |
| DCPMU | 3-(3,4-dichlorophenyl)-1-methyl-urea | | |
| EA | Environmental assessment | LMR | Land management regulation |
| EC$_{50}$ | Median exposure concentration | LOAEL | Lowest observed adverse effect level |
| EEC | Estimated exposure concentration | LOC | Level of concern |
| EF | Exposure factor | LUP | Land use plan |
| EFR | Emergency fire rehabilitation | m | Meter(s) |
| EIS | Environmental impact statement | m$^2$ | Square meter(s) |
| EO | Executive order | Mcf | Thousand cubic feet (of gas) |
| ERA | Ecological risk assessment | Meq/L | Milliequivalents per liter |
| | | MFP | Management framework plan |

BLM_0000732

BLM_0000733

| | | | |
|---|---|---|---|
| mg | Milligram(s) | $PM_{2.5}$ | Fine particulate matter less than 25 microns in diameter |
| mg/kg | Milligrams per kilogram | | |
| mg/kg-day | Milligrams of herbicide per kilogram of body weight per day | $PM_{10}$ | Particulate matter less than 10 microns in diameter |
| mg/L | Milligrams per Liter | POEA | Polyoxyethyleneamine |
| mi | Mile(s) | ppb | Parts per billion |
| $mi^2$ | Square mile(s) | ppm | Parts per million |
| MOE | Margin of exposure | ppt | Parts per thousand |
| MOS | Margin of safety | PSD | Prevention of significant deterioration |
| MOU | Memorandum of understanding | PUP | Pesticide use proposal |
| mph | Miles per hour | RCRA | Resource Conservation and Recovery Act of 1976 |
| MRID | Master Record Identification | | |
| MSDS | Material safety data sheets | RfD | Reference dose |
| NA | Not applicable or not available | RMP | Resource management plan |
| NAAQS | National Ambient Air Quality Standard | RNEA | Restore Native Ecosystems Alternative |
| NAS | National Academy of Sciences | ROD | Record of decision |
| NAWQA | National Water Quality Assessment | ROW | Rights-of-way |
| NCHS | National Center for Health Statistics | RQ | Risk quotient |
| NCIPC | National Center for Injury Prevention and Control | SDTF | Spray Drift Task Force |
| NE | Not evaluated | SERA | Syracuse Environmental Research Associates, Inc. |
| NEPA | National Environmental Policy Act | | |
| NHPA | National Historic Preservation Act | SHPO | State Historic Preservation Officer |
| NIOSH | National Institute for Occupational Safety and Health | SIP | State implementation plan |
| NLCS | National Landscape Conservation System | SRMA | Special recreation management area |
| NMFS | National Oceanic and Atmospheric Administration National Marine Fisheries Service | SRP | Special recreation permit |
| | | $SO_2$ | Sulfur dioxide |
| $NO_2$ | Nitrogen dioxide | SOCATS | Southern Oregon Citizens Against Toxic Sprays |
| NOA | Notice of availability | | |
| NOAA | National Oceanic and Atmospheric Administration | SOP | Standard operating procedure |
| NOAEL | No observable adverse effect level | TDS | Total dissolved solids |
| NOEC | No observable effect concentration | TEA | Triethylamine salt |
| NOEL | No observable effect level | TEP | Threatened, endangered, and proposed |
| NOI | Notice of intent | TES | Threatened, endangered, and sensitive |
| NPDES | National Pollutant Discharge Elimination System | THPO | Tribal Historic Preservation Office |
| NPMP | Native Plant Materials Program | TSP | Total suspended particles |
| NRHP | National Register of Historic Places | TSS | Total suspended solids |
| NWCG | National Wildfire Coordinating Group | TIP | Tribal implementation plan |
| NWIS | National Water Information System | TPY | Tons per year |
| $O_3$ | Ozone | TRV | Toxicity reference value |
| O&C | Oregon and California | UE | Unit exposure |
| OHA | Office of History and Archaeology | UF | Uncertainty factor |
| OHV | Off-highway vehicle | USC | United States Code |
| OPP | Office of Pesticide Programs | USACE | U.S. Army Corps of Engineers |
| PAD | Population adjusted dose | USDA | U.S. Department of Agriculture |
| Pb | Lead | USDI | U.S. Department of Interior |
| PEIS | Programmatic environmental impact statement | USEPA | U.S. Environmental Protection Agency |
| PER | Programmatic environmental report | USFWS | U.S. Fish and Wildlife Service |
| PHED | Pesticide Handlers Exposure Database | USGS | U.S. Geological Survey |
| PM | Particulate matter | VOC | Volatile organic compounds |

BLM_0000735

| VRM | Visual resource management |
| WRAP | Western Regional Air Partnership |
| WSA | Wilderness study area |
| WSR | Wild and scenic river |
| WSRA | Wild and Scenic Rivers Act |
| WUI | Wildland urban interface |
| yd | Yard(s) |
| $yd^3$ | Cubic yard(s) |
| $\geq$ | Greater than or equal to |
| $\leq$ | Less than or equal to |
| $>$ | Greater than/more than |
| $<$ | Less than |
| µg/kg | Micrograms per kilogram |
| $µg/m^3$ | Micrograms per cubic meter |
| µg/L | Micrograms per Liter |
| °F | Degrees Fahrenheit |
| 2,4-D | 2,4 dichlorophenoxyacetic acid |
| 2,4-DP | Dichlorprop |
| 3,4-DCA | 3,4-dichloraniline |

BLM_0000737

BLM_0000738

Bureau of Land Management
Vegetation EIS
P.O. Box 12000
Reno, NV 89520-0006
Tel: 775-861-6645
Web site address: *www.blm.gov*


Bureau of Land Management
Rangeland, Soils, Water, and Air Group
DOI/BLM WO-220, 201LS
1849 C Street, NW
Washington, DC 20240



Cover Photos and Photo Credits

1. Arrowleaf balsamroot (*Balsamorhiza sagittata*) in bloom near Elko, Nevada (courtesy of Stan White, Bureau of Land Management Volunteer)

2. Helicopter spraying (courtesy of Keith Duncan, New Mexico State University Cooperative Extension Service)

3. All-terrain vehicle spraying (courtesy of L. D. Walker, Bureau of Land Management)

4. Herbicide spraying using a llama (courtesy of Cindy Lair, Colorado State Department of Agriculture)


Covers, spines, and CD labels layout and design provided by the BLM National Science and Technology Center.

BLM_0000739

BLM LIBRARY

88062164



June 2007

BLM

# Final

# *Vegetation Treatments Using Herbicides*

## on Bureau of Land Management Lands
## in 17 Western States
## Programmatic Environmental Impact Statement

*Volume 2: Appendixes*

**U.S. Department of the Interior
Bureau of Land Management**

FES 07-21




BLM_0000740

# Public Lands Managed by the Bureau of Land Management



**Legend:**

- BLM-managed lands
- BLM-administered minerals underlying federal surface (excluding National Park Service and Fish and Wildlife Service units)
- BLM National Monument
- BLM National Conservation, Recreation, and Protection Areas (National Conservation Areas, National Recreation Areas, Outstanding Natural Areas, and Cooperative Management and Protection Areas)
- Tribal lands where the BLM has trust responsibility for mineral operations
- BLM State Office
- State boundaries
- BLM Headquarters

In the Eastern United States, the BLM manages 40 million acres of subsurface mineral estate and 30,000 acres of surface, mostly small isolated parcels scattered throughout 31 states.

Eastern States are administered by the Eastern States Office in Springfield, VA.

Today, the BLM administers 261.8 million acres of public lands located primarily in 12 western states, including Alaska.

The agency administers 700 million acres of subsurface mineral estate located throughout the country.

BLM_0000741

Appendices

# Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement

## Volume 2

Prepared by

## Bureau of Land Management

Nevada State Office
Reno, Nevada

June 2007

BUREAU OF LAND MANAGEMENT LIBRARY
BLDG. 50, ST-150C
DENVER FEDERAL CENTER
P.O. BOX 25047
DENVER, COLORADO 80225

BLM_0000743

# TABLE OF CONTENTS AND LISTS OF TABLES, FIGURES, AND MAPS

BLM_0000744

BLM_0000745

# TABLE OF CONTENTS

## VOLUME 2

**Appendix A. Common and Scientific Names of Plants and Animals Given in This Programmatic EIS** ........................................................................................................................................... A-1

**Appendix B. Human Health Risk Assessment** ............................................................................... B-1
  Introduction ............................................................................................................................... B-1
    Human Health Risk Assessment Overview ....................................................................... B-1
    Organization of Document ................................................................................................. B-2
  Hazard Identification ................................................................................................................ B-2
    Chemical Characteristics and Usage ................................................................................. B-2
      Dicamba ........................................................................................................................ B-2
      Diflufenzopyr ............................................................................................................... B-2
      Diquat ........................................................................................................................... B-2
      Fluridone ...................................................................................................................... B-2
      Imazapic ....................................................................................................................... B-2
      Sulfometuron Methyl .................................................................................................. B-3
    Toxicity Profiles ................................................................................................................ B-3
      General Information ..................................................................................................... B-3
      Dicamba ........................................................................................................................ B-3
      Diflufenzopyr ............................................................................................................... B-6
      Diquat ........................................................................................................................... B-9
      Fluridone ...................................................................................................................... B-12
      Imazapic ....................................................................................................................... B-14
      Sulfometuron Methyl .................................................................................................. B-16
  Dose-response Assessment ....................................................................................................... B-17
    Types of Dose-response Values ........................................................................................ B-17
      Dietary Assessment ..................................................................................................... B-17
      Non-dietary (Occupational or Residential) Assessment ............................................. B-18
    Available Dose-response Values ....................................................................................... B-18
      Dicamba ........................................................................................................................ B-19
      Diflufenzopyr ............................................................................................................... B-20
      Diquat ........................................................................................................................... B-23
      Fluridone ...................................................................................................................... B-24
      Imazapic ....................................................................................................................... B-25
      Sulfometuron Methyl .................................................................................................. B-26
    Inert Ingredients ................................................................................................................ B-27
  Exposure Assessment ............................................................................................................... B-28
    Overview of the BLM Vegetation Treatment Program ..................................................... B-28
      Land Programs ............................................................................................................. B-28
      Application Methods .................................................................................................... B-30
    Herbicide Use Parameters ................................................................................................. B-33
    Occupational Receptors ..................................................................................................... B-33
      Routine Use Exposure Scenarios ................................................................................ B-33
      Accidental Exposure Scenarios ................................................................................... B-34
    Public Receptors ............................................................................................................... B-35
      Routine Use Exposure Scenarios ................................................................................ B-35
      Accidental Exposure Scenarios ................................................................................... B-36
      Exposure Parameters for Public Receptors ................................................................. B-37

BLM_0000746

TABLE OF CONTENTS

Calculation of Exposure Point Concentrations ............................................................. B-51
    Occupational Exposures ......................................................................................... B-52
    Public Exposures ................................................................................................... B-52
Chemical-specific Parameters ....................................................................................... B-56
    Absorption Factors ................................................................................................ B-56
    Skin Permeability Constants ................................................................................. B-56
    Fish Bioconcentration Factors .............................................................................. B-57
Risk Characterization ................................................................................................... B-57
    Approach for Risk Characterization ...................................................................... B-57
        Food (%PAD) Assessment ............................................................................... B-57
        Non-food (MOE) Assessment ......................................................................... B-57
        Aggregate Risk Index ...................................................................................... B-58
    Equations for Quantifying Potential Exposure and Risk ........................................ B-58
        Estimating Potential Occupational Exposures ................................................. B-59
        Inhalation of Herbicide ................................................................................... B-60
        Estimating Potential Exposure for Public Receptors ....................................... B-61
        Dermal Contact with Herbicide ...................................................................... B-61
    Results of Risk Characterization ........................................................................... B-67
        Occupational Receptors .................................................................................. B-67
        Public Receptors ............................................................................................ B-74
    Evaluation of Currently-available Herbicide Active Ingredients ........................... B-80
        Evaluation of Dose-response Values Used in Previous EISs .......................... B-81
        Evaluation of Receptors and Exposure Pathways Used in the Earlier Human
        Health Risk Assessments ................................................................................ B-82
        Summary of Currently-available Herbicide Active Ingredient Evaluation ...... B-82
    Uncertainty Analysis ............................................................................................ B-82
        Hazard Identification ...................................................................................... B-82
        Dose-response Assessment .............................................................................. B-83
        Exposure Assessment ..................................................................................... B-83
        Risk Characterization ..................................................................................... B-84
References ..................................................................................................................... B-87

**Appendix C. Ecological Risk Assessment ................................................................ C-1**
Structure and Methodology of the Ecological Risk Assessment ................................... C-1
    Problem Formulation ............................................................................................. C-1
    Exposure Characterization ..................................................................................... C-2
    Effects Characterization ........................................................................................ C-3
        Literature Review ............................................................................................ C-4
        Toxicity Reference Value Development .......................................................... C-4
    Risk Characterization ............................................................................................ C-5
        Rare, Threatened, and Endangered Species .................................................... C-6
    Uncertainty Analysis ............................................................................................. C-7
Application Methods and Herbicide Usage .................................................................... C-8
    Aerial Application ................................................................................................. C-8
    Ground Application ................................................................................................ C-8
    Aquatic Application ............................................................................................... C-8
Non-target Species Exposure Characterization ............................................................. C-10
    Ecological Receptors ............................................................................................. C-10
        Surrogate Species ........................................................................................... C-10
    Exposure Pathways ............................................................................................... C-12
        Direct Spray .................................................................................................... C-15
        Off-site Drift ................................................................................................... C-16

BLM_0000747

Surface Runoff ........................................................................................................ C-17
Wind Erosion and Off-site Transport of Terrestrial Herbicide ............................... C-20
Accidental Spill .................................................................................................... C-22
Non-target Species Effects Characterization ............................................................... C-22
Terrestrial Species Effects Characterization ........................................................... C-23
Bromacil ......................................................................................................... C-23
Chlorsulfuron ................................................................................................. C-23
Diflufenzopyr ................................................................................................. C-24
Diquat ............................................................................................................. C-24
Diuron ............................................................................................................ C-25
Fluridone ........................................................................................................ C-25
Imazapic ......................................................................................................... C-26
Overdrive® ..................................................................................................... C-27
Sulfometuron Methyl ..................................................................................... C-28
Tebuthiuron .................................................................................................... C-29
Aquatic Species Effects Characterization ............................................................... C-29
Bromacil ......................................................................................................... C-29
Chlorsulfuron ................................................................................................. C-30
Diflufenzopyr ................................................................................................. C-30
Diquat ............................................................................................................. C-31
Diuron ............................................................................................................ C-31
Fluridone ........................................................................................................ C-32
Imazapic ......................................................................................................... C-32
Overdrive® ..................................................................................................... C-33
Sulfometuron Methyl ..................................................................................... C-34
Tebuthiuron .................................................................................................... C-34
Rare, Threatened, and Endangered Species Characterization ..................................... C-35
Non-target Species Risk Characterization ................................................................... C-36
Bromacil ................................................................................................................ C-36
Direct Spray .................................................................................................... C-36
Off-site Drift .................................................................................................. C-57
Surface Runoff ............................................................................................... C-58
Wind Erosion and Transport Off-site ............................................................ C-58
Accidental Spill to Pond ................................................................................ C-58
Potential Risk to Salmonids from Indirect Effects ........................................ C-59
Chlorsulfuron ........................................................................................................ C-59
Direct Spray .................................................................................................... C-59
Off-Site Drift ................................................................................................. C-59
Surface Runoff ............................................................................................... C-60
Wind Erosion and Transport Off-site ............................................................ C-60
Accidental Spill to Pond ................................................................................ C-60
Potential Risk to Salmonids from Indirect Effects ........................................ C-61
Diflufenzopyr ........................................................................................................ C-61
Direct Spray .................................................................................................... C-61
Off-site Drift .................................................................................................. C-61
Surface Runoff ............................................................................................... C-62
Wind Erosion and Transport Off-site ............................................................ C-62
Accidental Spill to Pond ................................................................................ C-62
Potential Risk to Salmonids from Indirect Effects ........................................ C-62
Diquat .................................................................................................................... C-63
Direct Spray .................................................................................................... C-63

BLM_0000748

TABLE OF CONTENTS

Off-site Drift to Terrestrial Plants.................................................................C-63
Accidental Spill to Pond .................................................................................C-64
Potential Risk to Salmonids from Indirect Effects....................................C-64
Diuron ....................................................................................................................C-64
Direct Spray .....................................................................................................C-64
Off-site Drift....................................................................................................C-65
Surface Runoff ................................................................................................C-65
Wind Erosion and Transport Off-site ..........................................................C-66
Accidental Spill to Pond .................................................................................C-66
Potential Risk to Salmonids from Indirect Effects....................................C-66
Fluridone ...............................................................................................................C-67
Direct Spray .....................................................................................................C-67
Off-site Drift to Non-target Terrestrial Plants...........................................C-68
Accidental Spill to Pond .................................................................................C-68
Potential Risk to Salmonids from Indirect Effects....................................C-68
Imazapic.................................................................................................................C-69
Direct Spray .....................................................................................................C-69
Off-site Drift....................................................................................................C-69
Surface Runoff ................................................................................................C-69
Wind Erosion and Transport Off-site ..........................................................C-70
Accidental Spill to Pond .................................................................................C-70
Potential Risk to Salmonids from Indirect Effects....................................C-70
Overdrive® ............................................................................................................C-71
Direct Spray .....................................................................................................C-71
Off-site Drift....................................................................................................C-71
Surface Runoff ................................................................................................C-72
Wind Erosion and Transport Off-site ..........................................................C-72
Accidental Spill to Pond .................................................................................C-72
Potential Risk to Salmonids from Indirect Effects....................................C-73
Sulfometuron Methyl...........................................................................................C-73
Direct Spray .....................................................................................................C-73
Off-site Drift....................................................................................................C-73
Surface Runoff ................................................................................................C-74
Wind Erosion and Transport Off-site ..........................................................C-74
Accidental Spill to Pond .................................................................................C-74
Potential Risk to Salmonids from Indirect Effects....................................C-75
Tebuthiuron...........................................................................................................C-75
Direct Spray .....................................................................................................C-75
Off-site Drift....................................................................................................C-76
Surface Runoff ................................................................................................C-76
Wind Erosion and Transport Off-site ..........................................................C-77
Accidental Spill to Pond .................................................................................C-77
Potential Risk to Salmonids from Indirect Effects....................................C-77
Uncertainty Analysis ..............................................................................................C-78
Toxicity Data Availability....................................................................................C-78
Degradates, Inert Ingredients, Adjuvants, and Tank Mixtures.......................C-78
Degradates........................................................................................................C-83
Inerts.................................................................................................................C-83
Adjuvants and Tank Mixtures .......................................................................C-84
Concentration Models ..........................................................................................C-86
AgDRIFT® .......................................................................................................C-86

BLM_0000749

GLEAMS ...................................................................................................................C-86
CALPUFF .................................................................................................................C-87
Potential Indirect Effects on Salmonids.......................................................................C-88
Herbicide Application Recommendations...........................................................................C-88
References ........................................................................................................................C-91

**Appendix D. Evaluation of Risks from Degradates, Polyoxyethyleneamine (POEA) and R-11, and Endocrine Disrupting Chemicals ...................................................................................D-1**
Introduction .......................................................................................................................D-1
Potential Ecological Impacts of the Surfactant Polyoxyethyleneamine (POEA) and R-11 .............D-1
Degradates...........................................................................................................................D-2
Aquatic Toxicity Review .............................................................................................D-5
Human Health Toxicity Review ..................................................................................D-7
Conclusions .................................................................................................................D-8
Potential Endocrine Disrupting Chemicals ........................................................................D-8
References .........................................................................................................................D-33

**Appendix E. Protocol for Identifying, Evaluating, and Using New Herbicides......................................E-1**
Identification and Approval of New Chemical Products and Technologies .........................E-1
Networking ...................................................................................................................E-1
Research and Demonstration........................................................................................E-1
Technical Research and Publications...........................................................................E-2
Vendor Marketing .......................................................................................................E-2
Determining the Need for New Herbicides .......................................................................E-2
Assessment of Hazards and Risks .....................................................................................E-3
NEPA Documentation .......................................................................................................E-5
Review Existing NEPA Documents .............................................................................E-5
Prepare a New NEPA Document .................................................................................E-6
Special Status Species .................................................................................................E-6
References ..........................................................................................................................E-8

**Appendix F. Reference Manuals and Handbooks ...........................................................................F-1**

**Appendix G. Tribal and Agency Consultation ..............................................................................G-1**

**Appendix H. Alaska National Interest Lands Conservation Act (ANILCA) § 810 Analysis of Subsistence Impacts........ H-1**
Introduction .......................................................................................................................H-1
Subsistence Evaluation Factors .........................................................................................H-1
Evaluation of Alternatives and Findings ...........................................................................H-2
ANILCA § 810(a) Evaluations and Findings for All Alternatives and the Cumulative Case ....H-2
Environmental Justice ................................................................................................H-13
References ........................................................................................................................H-14

**Appendix I. Restore Native Ecosystems Alternative and BLM Policy Analysis..................................I-1**
Restore Native Ecosystems Alternative ..............................................................................I-1
Bureau of Land Management National Policy Analysis of Restore Native Ecosystems Proposal ....I-23

**Appendix J. Special Status Species List .....................................................................................J-1**

BLM_0000750

TABLE OF CONTENTS

# List of Tables

| | | |
|---|---|---|
| B-1 | Acute Toxicity Categories and Definitions | B-5 |
| B-2 | Toxicity Categories for Short-term Tests | B-5 |
| B-3 | Summary of Toxicological Endpoint Data | B-21 |
| B-4 | Summary of Herbicide Use - Dicamba | B-39 |
| B-5 | Summary of Herbicide Use - Diflufenzopyr | B-41 |
| B-6 | Summary of Herbicide Use - Diquat | B-43 |
| B-7 | Summary of Herbicide Use - Fluridone | B-45 |
| B-8 | Summary of Herbicide Use - Imazapic | B-47 |
| B-9 | Summary of Herbicide Use - Sulfometuron Methyl | B-49 |
| B-10 | Summary of Herbicide Risk Categories by Aggregate Risk Index | B-71 |
| B-11 | Occupational Scenarios with Aggregate Risk Indices Below One | B-73 |
| B-12 | Routine Exposure Public Scenarios/Receptors with Aggregate Risk Indices Below One | B-77 |
| B-13 | Accidental Exposure Public Scenarios with Aggregate Risk Indices Below One | B-78 |
| C-1 | Levels of Concern | C-6 |
| C-2 | Herbicide Application Methods and Usage Statistics | C-9 |
| C-3 | Surrogate Species Used in Quantitative ERA Evaluations | C-11 |
| C-4 | Vertebrate Surrogate Species Evaluated by Life History | C-12 |
| C-5 | Selected Toxicity Reference Values for Bromacil | C-37 |
| C-6 | Selected Toxicity Reference Values for Chlorsulfuron | C-39 |
| C-7 | Selected Toxicity Reference Values for Diflufenzopyr | C-41 |
| C-8 | Selected Toxicity Reference Values for Diquat | C-43 |
| C-9 | Selected Toxicity Reference Values for Diuron | C-45 |
| C-10 | Selected Toxicity Reference Values for Fluridone | C-47 |
| C-11 | Selected Toxicity Reference Values for Imazapic | C-49 |
| C-12 | Selected Toxicity Reference Values for Overdrive® | C-51 |
| C-13 | Selected Toxicity Reference Values for Sulfometuron Methyl | C-53 |
| C-14 | Selected Toxicity Reference Values for Tebuthiuron | C-55 |
| C-15 | Risk Levels Used to Describe Typical Herbicide Effects According to Exposure Scenario and Ecological Receptor Group | C-79 |
| C-16 | Buffer Distances (feet) to Minimize Risk from Off-site Drift of Herbicides | C-89 |
| D-1 | Selected Toxicity Values for Polyoxyetheyleneamine | D-3 |
| D-2 | Review of AgDrift Results | D-3 |
| D-3 | Polyoxyethyleneamine (POEA) Risk Quotients (RQs) for Aquatic Exposure | D-4 |
| D-4 | Degrades Identified for Active Ingredients | D-10 |
| D-5 | Listings of Endocrine Disrupting Potential of BLM Herbicides | D-30 |
| I-1 | Bureau of Land Management Policy Analysis of Restore Native Ecosystems Proposal | I-24 |

# List of Figures

| | | |
|---|---|---|
| C-1 | Conceptual Model for Terrestrial Herbicides | C-13 |
| C-2 | Conceptual Model for Aquatic Herbicides | C-14 |
| D-1a | Aquatic Toxicity – 2,4-D Toxicity Reference Values and Degradate Toxicity Data | D-21 |
| D-1b | Aquatic Toxicity – 2,4-D Toxicity Reference Values and Degradate Toxicity Data | D-22 |
| D-2 | Aquatic Toxicity – Diquat Toxicity Reference Values and Degradate Toxicity Data | D-23 |
| D-3a | Aquatic Toxicity – Diuron Toxicity Reference Values and Degradate Toxicity Data | D-24 |
| D-3b | Aquatic Toxicity – Diuron Toxicity Reference Values and Degradate Toxicity Data | D-25 |
| D-4 | Aquatic Toxicity – Fluridone Toxicity Reference Values and Degradate Toxicity Data | D-26 |
| D-5 | Aquatic Toxicity – Imazapyr Toxicity Reference Values and Degradate Toxicity Data | D-27 |
| D-6 | Aquatic Toxicity – Metsulfuron Methyl Toxicity Reference Values and Degradate Toxicity Data | D-28 |
| D-7 | Aquatic Toxicity – Triclopyr Toxicity Reference Values and Degradate Toxicity Data | D-29 |
| E-1 | New Herbicide Evaluation and Approval Process | E-3 |

BLM_0000751

## APPENDIX A

# COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS GIVEN IN THE PROGRAMMATIC EIS

BLM_0000752

BLM 0000753

# APPENDIX A

# COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS GIVEN IN THE PROGRAMMATIC EIS

This appendix contains a list of the common and scientific names of plant and animal species mentioned in the text of the PEIS.

| Common Name | Scientific Name |
|---|---|
| PLANTS ||
| **Grasses** ||
| Barley, Wild | *Hordeum spontaneum* |
| Beachgrass, European | *Ammophila arenaria* |
| Bentgrass | *Agrostis* spp. |
| Bluegrass | *Poa* spp. |
| Bluegrass, Sandberg | *Poa secunda* |
| Bluestem | *Andropogon* spp. |
| Bluestem, Cane | *Bothriochloa barbinodis* |
| Brome, Downy | *Bromus tectorum* |
| Brome, Japanese | *Bromus japonicus* |
| Brome, Red | *Bromus rubens* |
| Brome, Ripgut | *Bromus diandrus* |
| Brome, Soft | *Bromus mollis* |
| Buffalograss | *Buchloe dactyloides* |
| Buffelgrass | *Pennisetum ciliare* |
| Bulrush | *Scirpus* spp. |
| Canarygrass, Reed | *Phalaris arundinacea* |
| Cheatgrass | *Bromus tectorum* |
| Chess, Soft | *Bromus hordeaceus* |
| Cordgrass | *Spartina* spp. |
| Cottongrass | *Eriophorum vaginatum* |
| Fescue, Idaho | *Festuca idahoensis* |
| Fescue, Rough | *Festuca campestris* |
| Galetta, James' | *Pleuraphis jamesii* |
| Goatgrass, Barbed | *Aegilops triuncialis* |
| Grama, Black | *Bouteloua eriopoda* |
| Grama, Blue | *Bouteloua gracilis* |
| Grama, Hairy | *Bouteloua hirsuta* |
| Grama, Sideoats | *Bouteloua curtipendula* |
| Hairgrass | *Danthonia* spp.; *Aria* spp. |
| Johnsongrass | *Sorghum halepense* |
| Junegrass | *Koeleria* spp. |
| Lovegrass, Plains | *Eragrostis intermedia* |
| Mediterranean grass, Common | *Schismus barbatus* |
| Medusahead | *Taeniatherum caput-medusae* |
| Mesquite | *Prosopis* spp. |

SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **PLANTS (Cont.)** | |
| Mesquite, Curly | *Hilaria belangeri* |
| Mesquite, Honey | *Prosopis glandulosa* |
| Mesquite, Vine | *Panicum obtusum* |
| Muhly, Bush | *Muhlenbergia porteri* |
| Needlegrass | *Achnatherum* spp. |
| Needlegrass, Purple | *Nassella pulchra* |
| Oat, Slender | *Avena barbata* |
| Oat, Wild | *Avena fatua* |
| Oatgrass | *Danthonia* spp. |
| Phragmites | *Phragmites* spp. |
| Pappusgrass | *Pappophorum* spp. |
| Reed | *Phragmites* spp. |
| Reed, Giant | *Arundo donax* |
| Reed, Common | *Phragmites australis* |
| Reedgrass | *Calamagrostis* spp. |
| Ricegrass, Indian | *Achnatherum hymenoides* |
| Ryegrass | *Lolium* spp. |
| Saltgrass | *Distichlis spicata* |
| Spartina | *Spartina* spp. |
| Squirreltail | *Elymus elymoides* |
| Tanglehead | *Heteropogon contortus* |
| Threeawn | *Aristida* spp. |
| Threeawn, Prairie | *Aristida oligantha* |
| Tobosagrass | *Pleuraphis mutica* |
| Wapato | *Sagittaria cuneata* |
| Wheatgrass, Bluebunch | *Pseudoroegneria spicata* |
| Wheatgrass, Crested | *Agropyron cristatum* |
| Wheatgrass, Western | *Pascopyrum smithii* |
| Wildrye, Basin | *Leymus cinereus* |
| Wolfstail, Bristly | *Lycurus setosus* |
| **Forbs and Nonvascular Plants** | |
| Amaranth | *Amaranthus* spp. |
| Arrowweed | *Pluchea sericea* |
| Avens, Mountain | *Dryas octopetala* |
| Balsamroot | *Balsamorhiza* spp. |
| Bindweed, Field | *Convolvulus arvensis* |
| Bitter root | *Lewisia rediviva* |
| Blazingstar | *Mentzelia* spp. |
| Brackenfern, Western | *Pteridium aquilinum* |
| Burclover | *Medicago polymorpha* |
| Burningbush | *Bassia scoparia* |
| Camas | *Camassia* spp. |
| Campion, Moss | *Silene acaulis* |
| Cattail | *Typha* spp. |
| Chenopod | *Brickellia chenopodina* |
| Cinquefoil | *Potentilla* spp. |
| Cinquefoil, Shrubby | *Dasiphora fruticosa* spp. *floribunda* |
| Clover | *Trifolium* spp. |
| Cocklebur | *Xanthium* spp. |
| Corn | *Zea mays* |
| Cotton | *Gossypium* spp. |

BLM_0000755

| Common Name | Scientific Name |
|---|---|
| PLANTS (Cont.) ||
| Cress, Hoary | *Cardaria draba* |
| Desertparsley | *Lomatium* spp. |
| Dock | *Rumex* spp. |
| Dogbane | *Apocynum* spp. |
| Filaree, Broadstem | *Erodium botrys* |
| Filaree, Redstem | *Erodium cicutarium* |
| Ginseng | *Eleutherococcus pentaphyllus* |
| Goldenseal | *Hydrastis canadensis* |
| Halogeton | *Halogeton glomeratus* |
| Heath | *Erica* spp. |
| Hogfennel | *Peucedanum* spp. |
| Horehound | *Ballota* spp. |
| Horsetail | *Equisetum* spp. |
| Houndstongue | *Cynoglossum officinale* |
| Hyacinth, Water | *Eichhornia crassipes* |
| Jimsonweed | *Datura stramonium* |
| Kelp, Bull | *Nereocystis luetkeana* |
| Knapweed, Diffuse | *Centaurea diffusa* |
| Knapweed, Russian | *Acroptilon repens* |
| Knapweed, Spotted | *Centaurea stoebe* |
| Knapweed, Squarrose | *Centaurea virgata* |
| Knapweed, Tyrol | *Centaurea nigrescens* |
| Knotweed, Japanese | *Polygonum cuspidatum* |
| Lily | Liliaceae |
| Lily, Sego | *Calochortus nuttallii* |
| Liverwort | *Marchantia polymorpha* |
| Lomatium | *Lomatium* spp. |
| Loosstrife, Purple | *Lythrum salicaria* |
| Mescal bean | *Sophora secundiflora* |
| Milkweed | *Asclepias* spp. |
| Milkweed, Whorled | *Asclepias verticillata* |
| Moss, Sphagnum | *Sphagnum cymbifolium* |
| Mullein | *Verbascum* spp. |
| Mustard, Wild | *Sinapis arvensis* |
| Nettle, Stinging | *Urtica dioica* |
| Pepperweed, Perennial | *Lepidium latifolium* |
| Pigweed | *Amaranthus* spp. |
| Plantain | *Plantago* spp. |
| Poison ivy | *Toxicodendron radicans* |
| Pondweed | *Potamogeton* spp. |
| Ragweed | *Ambrosia* spp. |
| Ragweed, Canyon | *Ambrosia ambrosioides* |
| Ragwort, Tansy | *Senecio jacobaea* |
| Rose | *Rosa* spp. |
| Rosemary, Bog | *Andromeda polifolia* |
| Salvia | *Salvia* spp. |
| Salvinia, Giant (Kariba Weed) | *Salvinia molesta* |
| Skeletonweed, Rush | *Chondrilla juncea* |
| Snakeweed | *Gutierrezia* spp. |
| Spurge, Leafy | *Euphorbia esula* |
| Squash | *Cucurbita* spp. |

BLM_0000756

SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **PLANTS (Cont.)** | |
| St. Johnswort, Common | *Hypericum perforatum* |
| Star-thistle, Maltese | *Centaurea melitensis* |
| Star-thistle, Yellow | *Centaurea solstitialis* |
| Swordfern, Western | *Polystichum munitum* |
| Tansy, Common | *Tanacetum vulgare* |
| Teasel | *Dipsacus* spp. |
| Thistle, Bull | *Cirsium vulgare* |
| Thistle, Canada | *Cirsium arvense* |
| Thistle, Musk | *Carduus nutans* |
| Thistle, Russian | *Salsola kali* |
| Thistle, Scotch | *Onopordum acanthium* |
| Toadflax | *Linaria* spp. |
| Toadflax, Dalmatian | *Linaria dalmatica* |
| Toadflax, Yellow | *Linaria vulgaris* |
| Tobacco | *Nicotiana* spp. |
| Tule | *Scirpus* spp. |
| Water-thyme | *Hydrilla verticillata* |
| Watermilfoil, Eurasian | *Myriophyllum spicatum* |
| Yellowbells | *Fritillaria pudica* |
| Yellowhead, Desert | *Yermo xanthocephalus* |
| Waterlily | *Nymphaea* spp. |
| **Shrubs and Trees** | |
| Acacia, Catclaw | *Acacia greggii* |
| Acacia, Whitethorn | *Acacia constricta* |
| Agave | *Agave* spp. |
| Alder, Red | *Alnus rubra* |
| Alder, Green | *Alnus viridis* |
| Ash | *Fraxinus* spp. |
| Aspen | *Populus* spp. |
| Aspen, Quaking | *Populus tremuloides* |
| Azalea, Western | *Rhododendron occidentale* |
| Beargrass | *Nolina* spp. |
| Birch (Arctic), Dwarf | *Betula nana* |
| Birch, Paper | *Betula papyrifera* |
| Bitterbrush | *Purshia* spp. |
| Bitterbrush, Antelope | *Purshia tridentata* |
| Blackberry | *Rubus* spp. |
| Blueberry | *Vaccinium* spp. |
| Blueberry, Dwarf | *Vaccinium caespitosum* |
| Buckthorn, Hollyleaf | *Rhamnus crocea* |
| Burroweed | *Isocoma tenuisecta* |
| Bursage | *Ambrosia* spp. |
| Cactus, Saguaro | *Carnegia gigantea* |
| Ceanothus, Desert | *Ceanothus greggii* |
| Ceanothus, Snowbrush | *Ceanothus velutinous* |
| Ceanothus, Wedgeleaf | *Ceanothus cuneatus* |
| Cedar, Eastern Red | *Juniperus virginiana* |
| Cedar, Incense | *Calocedrus decurrens* |
| Cedar, Western Red | *Thuja plicata* |
| Chamise | *Adenostoma fasciculatum* |

BLM_0000757

SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **PLANTS (Cont.)** | |
| Cherry | *Prunus* spp. |
| Chokecherry | *Prunus virginiana* |
| Cholla, Tree | *Opuntia imbricata* |
| Christmasberry | *Crossopetalum ilicifolium* |
| Cliffrose | *Purshia* spp. |
| Cottonwood, Black | *Populus balsamifera* var. *trichocarpa* |
| Cranberry, Bog | *Vaccinium oxycoccos* |
| Creosote Bush | *Larrea tridentata* |
| Crown of Thorns | *Koeberlinia* spp. |
| Crowberry | *Empetrum* spp. |
| Cypress, Monterey | *Cupressus macrocarpa* |
| Devil's Club | *Oplopanax horridus* |
| Douglas-fir | *Pseudotsuga menziesii* |
| Dwarf Mistletoe, Gray Pine | *Arceuthobium occidentale* |
| Elder, Box | *Acer negundo* |
| Elderberry | *Sambucus* spp. |
| Elm | *Ulmus* spp. |
| Elm, Siberian | *Ulmus pumilla* |
| Fir, Balsam | *Abies balsamea* |
| Fir, California Red | *Abies magnifica* |
| Fir, Corkbark | *Abies lasiocarpa* var. *arizonica* |
| Fir, Grand | *Abies grandis* |
| Fir, Subalpine | *Abies lasiocarpa* |
| Fir, White | *Abies concolor* |
| Gorse | *Ulex europaeus* |
| Greasewood | *Sarcobatus vermiculatus* |
| Hackberry | *Celtis* spp. |
| Hemlock, Mountain | *Tsuga mertensiana* |
| Hemlock, Poison | *Conium maculatum* |
| Hemlock, Western | *Tsuga heterophylla* |
| Hickory | *Carya* spp. |
| Hopsage | *Grayia* spp. |
| Hopsage, Spiny | *Grayia spinosa* |
| Horsebrush | *Tetradymia* spp. |
| Huckleberry | *Gaylussacia* spp. and *Vaccinium* spp. |
| Huckleberry, California | *Vaccinium ovatum* |
| Indianhemp | *Apocynum cannabinum* |
| Ironwood, Desert | *Olneya tesota* |
| Jojoba | *Simmondsia chinensis* |
| Joshua Tree | *Yucca brevifolia* |
| Juniper | *Juniperus* spp. |
| Juniper, Alligator | *Juniperus deppeana* |
| Juniper, Oneseed | *Juniperus monosperma* |
| Juniper, Rocky Mountain | *Juniperus scopulorum* |
| Juniper, Utah | *Juniperus osteosperma* |
| Juniper, Western | *Juniperus occidentalis* |
| Kinnikinnick | *Arctostaphylos uva-ursi* |
| Laborador Tea | *Ledum* spp. |
| Larch | *Larix* spp. |
| Larch, Western | *Larix occidentalis* |

BLM_0000758

SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| PLANTS (Cont.) | |
| Laurel, California | *Umbellularia californica* |
| Live Oak | *Quercus virginiana* |
| Live Oak, Canyon | *Quercus chrysolepis* |
| Live Oak, Coast | *Quercus agrifolia* var. *oxyadenis* |
| Live Oak, Interior | *Quercus wislizeni* |
| Live Oak, Shrub | *Quercus turbinella* |
| Locust | *Robinia* spp. |
| Madrone, Pacific | *Arbutus menziesii* |
| Mallow, Round-leaved | *Malva pusilla* |
| Manzanita | *Arctostaphylos* spp. |
| Manzanita, Pointleaf | *Arctostaphylos pungens* |
| Manzanita, Pringle | *Arctostaphylos pringlei* |
| Maple, Rocky Mountain | *Acer glabrum* |
| Maple, Vine | *Acer circinatum* |
| Mesquite | *Prosopis* spp. |
| Mesquite, Honey | *Prosopisglandulosa* |
| Mimosa | *Mimosa* spp. |
| Mormon Tea | *Ephedra viridis* |
| Mountain Mahogany | *Cercocarpus* spp. |
| Oak, Blue | *Quercus douglasii* |
| Oak, Bur | *Quercus macrocarpa* |
| Oak, California Black | *Quercus kelloggii* |
| Oak, California Scrub | *Quercus berberidifolia* |
| Oak, Emory | *Quercus emoryi* |
| Oak, Gambel | *Quercus gambelii* |
| Oak, Gray | *Quercus grisea* |
| Oak, Oregon White | *Quercus garryana* |
| Oak, Poison | *Toxicodendron* spp. |
| Oak, Scrub | *Quercus dumosa* |
| Oak, Sand Shinnery | *Quercus havardii* |
| Oak, Valley | *Quercus lobata* |
| Ocotillo | *Fouquieria splendens* |
| Olive, Russian | *Elaeagnus angustifolia* |
| Oregon Grape | *Mahonia* spp. |
| Oxytrope, Blackish | *Oxytropis nigrescens* |
| Paloverde, Blue | *Parkinsonia florida* |
| Pepperwood | *Zanthoxylum clava-herculis* |
| Pine, Bishop | *Pinus muricata* |
| Pine, Bristlecone | *Pinus aristata* |
| Pine, Coulter | *Pinus coulteri* |
| Pine, Digger | *Pinus sabiniana* |
| Pine, Jeffrey | *Pinus jeffreyi* |
| Pine, Limber | *Pinus flexilis* |
| Pine, Lodgepole | *Pinus contorta* |
| Pine, Monterey | *Pinus radiata* |
| Pine, Ponderosa | *Pinus ponderosa* |
| Pine, Sugar | *Pinus lambertiana* |
| Pine, Torrey | *Pinus torreyana* |
| Pine, Western White | *Pinus monticola* |
| Pine, Whitebark | *Pinus albicaulis* |

BLM_0000759

| Common Name | Scientific Name |
|---|---|
| PLANTS (Cont.) | |
| Pinyon | *Pinus edulis* |
| Pinyon, Double Leaf | *Pinus edulis* |
| Pinyon, Mexican | *Pinus cembroides* |
| Pinyon, Single Leaf | *Pinus monophylla* |
| Poplar, Balsam | *Populus balsamifera* |
| Pricklypear | *Opuntia* spp. |
| Rabbitbrush | *Chrysothamnus* spp. and *Ericameria* spp. |
| Rabbitbrush, Rubber | *Ericameria nauseosa* |
| Red Fir, California | *Abies magnifica* |
| Redwood | *Sequoia sempervirens* |
| Rhododendron, Pacific | *Rhododendron macrophyllum* |
| Sagebrush | *Artemisia* spp. |
| Sagebrush, Big | *Artemisia tridentata* |
| Sagebrush, Black | *Artemisia nova* |
| Sagebrush, Low | *Artemisia arbuscula* |
| Saguaro | *Carnegiea gigantea* |
| Salal | *Gaultheria shallon* |
| Saltbush, Cattle | *Atriplex polycarpa* |
| Saltbush | *Atriplex* spp. |
| Saltbush, Allscale | *Atriplex polycarpa* |
| Saltbush, Fourwing | *Atriplex canescens* |
| Saltbush, Shadscale | *Atriplex confertifolia* |
| Saltcedar (Tamarisk) | *Tamarix ramosissima* |
| Sassafras | *Sassafras albidum* |
| Scotch Broom | *Cytisus scoparius* |
| Sequoia, Giant | *Sequoiadendron giganteum* |
| Serviceberry | *Amelanchier* spp. |
| Shameplant | *Mimosa pudica* |
| Silktassel, Yellowleaf | *Garrya flavescens* |
| Smoketree, European | *Cotinus coggygria* |
| Snowberry | *Symphoricarpos* spp. |
| Snowberry, Common | *Symphoricarpos albus* |
| Soapberry | *Sapindus* spp. |
| Sorrel, Redwood | *Oxalis oregana* |
| Sourberry | *Rhus integrifolia* |
| Spruce, Black | *Picea mariana* |
| Spruce, Engelmann | *Picea engelmannii* |
| Spruce, Sitka | *Picea sitchensis* |
| Spruce, White | *Picea glauca* |
| Sumac | *Rhus* spp. |
| Tanoak | *Lithocarpus densiflorus* |
| Tarwort, American | *Flourensia cernua* |
| Thornbush | *Lycium fremontii* |
| Twinflower | *Linnaea borealis* |
| Willow | *Salix* spp. |
| Willow, Desert | *Chilopsis linearis* |
| White Pine, Western | *Pinus monticola* |
| Wormwood | *Artemisia* spp. |
| Yew | *Taxus* spp. |
| Yucca | *Yucca* spp. |

BLM_0000760

SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **INVERTEBRATES** | |
| Bug, Pirate | *Galerucella pusilla* |
| Caddisfly | Trichoptera |
| Earthworm | *Oligochaeta* spp. |
| Flea, Water | *Daphnia magna* |
| Lacewing, Green | Tendipedidae |
| Mayfly | Ephemeroptera |
| Mosquito | *Ochlerotatus* spp. |
| Shrimp, Glass | *Palaemonetes kadiakensis* |
| Slug, Banana | *Ariolimax columbianus* |
| Stonefly | Plecoptera |
| **FISH** | |
| Bass | *Micropterus* spp. |
| Bass, Largemouth | *Micropterus salmoides* |
| Bass, Smallmouth | *Micropterus dolomieu* |
| Bonytail | *Gila elegans* |
| Candlefish | *Thaleichthys pacificus* |
| Carp | *Cyprinus* spp. |
| Char | *Salvelinus* spp. |
| Chub, Bonytail | *Gila elegans* |
| Chub, Humpback | *Gila cypha* |
| Chub, Sicklefin | *Macrhybopsis meeki* |
| Chub, Sturgeon | *Macrhybopsis gelida* |
| Crappie, White | *Pomoxis annularis* |
| Dace, Foskett Speckled | *Rhinichthys osculus* |
| Minnow, Fathead | *Pimephales promelas* |
| Minnow, Rio Grande Silvery | *Hybognathus amarus* |
| Paddlefish | *Polyodon spathula* |
| Pike, Northern | *Esox lucius* |
| Pikeminnow, Colorado | *Ptychocheilus lucius* |
| Pupfish | *Cyprinodon* spp. |
| Pupfish, Devils Hole | *Cyprinodon diabolis* |
| Salmon | *Oncorhynchus* spp. |
| Salmon, Chinook | *Oncorhynchus tshawytscha* |
| Salmon, Chum | *Oncorhynchus keta* |
| Salmon, Coho | *Oncorhynchus kisutch* |
| Salmon, Pink | *Oncorhynchus gorbusca* |
| Shiner, Red | *Cyprinella lutrensis* |
| Stickleback, Unarmored Threespine | *Gasterosteus aculeatus wiliamsoni* |
| Sturgeon, Pallid | *Scaphirhynchus albus* |
| Sucker, Razorback | *Xyrauchen texanus* |
| Sunfish | *Lepomis* spp. |
| Sunfish, Bluegill | *Lepomis macrochirus* |
| Trout, Brook | *Salvelinus fontinalis* |
| Trout, Brown | *Salmo trutta* |
| Trout, Bull | *Salvelinus confluentus* |
| Trout, Cutthroat | *Oncorhynchus clarki clarki* |
| Trout, Cutthroat Bonneville | *Oncorhynchus clarki utah* |
| Trout, Cutthroat Lahontan | *Oncorhynchus clarki henshawi* |
| Trout, Rainbow (Steelhead) | *Oncorhynchus mykiss* |
| Trout, Lake | *Salvelinus namaycush* |

BLM_0000761

| Common Name | Scientific Name |
|---|---|
| **FISH (Cont.)** | |
| Walleye | *Stizostedion vitreum* |
| **REPTILES AND AMPHIBIANS** | |
| Chuckwalla | *Sauromalus ater* |
| Ensatina | *Ensatina eschscholtzii* |
| Frog, Wood | *Rana sylvatica* |
| Frog, Columbia Spotted | *Rana luteiventris* |
| Iguana, Desert | *Dipsosaurus dorsalis* |
| Lizard, Alligator | *Elgaria multicarinata multicarinata* |
| Lizard, Sagebrush | *Sceloporus graciosus* |
| Lizard, Yucca Night | *Xantusia vigilis vigilis* |
| Rattlesnake, Western | *Crotalus viridis* |
| Salamander, Clouded | *Aneides ferreus* |
| Salamander, Mount Lyell | *Hydromantes platycephalus* |
| Salamander, Olympic | *Rhyacotriton olympicus* |
| Salamander, Oregon Slender | *Batrachoseps wrighti* |
| Salamander, Pacific Giant | *Dicamptodon tenebrosus* |
| Salamander, Relictual Slender | *Batrachoseps relictus* |
| Salamander, Western Red-backed | *Plethodon vehiculum* |
| Snake, Common Garter | *Taricha sirtalis* |
| Snake, Northwestern Garter | *Thamnophis ordinoides* |
| Toad, Spadefoot | *Scaphiopus* spp. |
| Tortoise, Desert | *Gopherus agassizi* |
| Turtle, Painted | *Chrysemys picta* |
| Turtle, Western Pond | *Clemmys marmorata* |
| **BIRDS** | |
| Bobolink | *Dolichonyx oryzivorus* |
| Bobwhite, Masked | *Colinus virginianus ridgewayi* |
| Bobwhite, Northern | *Colinus virginianus* |
| Bushtit | *Psaltriparus minimus* |
| Chickadee | *Poecile* spp. |
| Chukar | *Alectoris chukar* |
| Creeper, Brown | *Certhia americana* |
| Crossbill, White-winged | *Loxia leucoptera* |
| Crow, American | *Corvus brachyrhynchos* |
| Dove, Mourning | *Zenaida macroura* |
| Eagle, Bald | *Haliaeetus leucocephalus* |
| Eagle, Golden | *Aquila chrysaetos* |
| Eider, Spectacled | *Somateria fischeri* |
| Eider, Stellar's | *Polysticta stelleri* |
| Falcon, Peregrine | *Falco peregrinus* |
| Flicker, Gilded | *Colaptes chrysoides* |
| Flycatcher, Southwestern Willow | *Empidonax traillii extimus* |
| Flycatcher, Willow | *Empidonax traillii* |
| Grouse, Columbian Sharp-tailed | *Tympanuchus phasianellus columbianus* |
| Grouse, Ruffed | *Bonasa umbellus* |
| Grouse, Sharp-tailed | *Tympanuchus phasianellus* |
| Grouse, Spruce | *Falcipennis canadensis* |
| Gyrfalcon | *Falco rusticolus* |
| Hawk, Ferruginous | *Buteo regalis* |
| Hawk, Rough-legged | *Buteo lagopus* |

BLM_0000762

SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **BIRDS (Cont.)** | |
| Hummingbird | Trochilidae |
| Jay, Pinyon | *Gymnorhinus cyanocephalus* |
| Jay, Steller's | *Cyanocitta stelleri* |
| Jay, Western Scrub | *Apelocoma californica* |
| Junco, Dark-eyed | *Junco hyemalis* |
| Kinglet | *Regulus* spp. |
| Lark, Horned | *Eremophila alpestris* |
| Mallard | *Anas platyrhynchos* |
| Meadowlark, Western | *Sturnella neglecta* |
| Mockingbird, Northern | *Mimus pollyglatos* |
| Murrelet, Marbled | *Brachyramphus marmoratus* |
| Nuthatch | *Sitta* spp. |
| Nuthatch, White-breasted | *Sitta carolinensis* |
| Owl, Burrowing | *Athene cunicularia* |
| Owl, California Spotted | *Strix occidentalis occidentalis* |
| Owl, Elf | *Micrathene whitneyi* |
| Owl, Snowy | *Bubu scandiacus* |
| Owl, Spotted | *Strix occidentalis* |
| Plover, Mountain | *Charadius montanus* |
| Plover, Western Snowy | *Charadrius alexandrinus* |
| Prairie-Chicken, Lesser | *Tympanuchus pallidicinctus* |
| Ptarmigan | *Lagopus* spp. |
| Ptarmigan, Willow | *Lagopus lagopus* |
| Quail, Mountain | *Oreortyx pictus* |
| Rail, Yuma Clapper | *Rallus longirostris yumanensis* |
| Raven, Common | *Corvus corax* |
| Robin, American | *Turdus americanus* |
| Sage-grouse, Greater | *Certrocercus urophasianus* |
| Sage-grous, Gunnison | *Certrocercus minimus* |
| Sparrow, Black-throated | *Amphispiza bilineata* |
| Sparrow, Brewer's | *Spizella breweri* |
| Sparrow, Grasshopper | *Ammodramus savannarum* |
| Sparrow, Sage | *Amphispiza belli* |
| Sparrow, Savannah | *Passerculus sandwichensis* |
| Sparrow, Vesper | *Pooecetes gramineus* |
| Starling, European | *Sturnus vulgaris* |
| Swift, Vaux's | *Chaetura vauxi* |
| Thrasher, California | *Toxostoma redivivum* |
| Titmouse, Plain | *Baeolophus inornatus* and *B. ridgewayi* |
| Towhee, Spotted | *Pipilo maculatus* |
| Turkey, Wild | *Meleagris gallopavo* |
| Woodpecker, Acorn | *Melanerpes formicivorus* |
| Woodpecker, Gila | *Melanerpes uropygialis* |
| Woodpecker, Golden-fronted | *Melanerpes aurifrons* |
| Woodpecker, Lewis' | *Melanerpes lewis* |
| Woodpecker, White-headed | *Picoides albolarvatus* |
| Wren, Cactus | *Campylorhynchus brunneicapillus* |
| Wren, Winter | *Troglodytes troglodytes* |
| Wrentit | *Chamaea fasciata* |

BLM_0000763

| Common Name | Scientific Name |
|---|---|
| MAMMALS | |
| Badger, American | *Taxidea taxus* |
| Bat, Lesser Long-nosed | *Leptonycteris curosoae yerbuensis* |
| Bat, Mexican Long-nosed | *Leptonycteris nivalis* |
| Bear, Black | *Ursus americanus* |
| Bear, Grizzly (Brown) | *Ursus arctos* |
| Bear, Polar | *Ursus maritimus* |
| Beaver , American | *Castor canadensis* |
| Bison, American | *Bison bison* |
| Bobcat | *Felis rufus* |
| Burro | *Equus asinus* |
| Caribou | *Rangifer tarandus* |
| Chipmunk | *Tamius* spp. |
| Coatimundi | *Nasua narica* |
| Cottontail | *Sylvilagus* spp. |
| Cottontail, Desert | *Sylvilagus auduboni* |
| Cougar | *Puma concolor* |
| Coyote | *Canis latrans* |
| Deer | *Odocoileus* spp. |
| Deer, Black-tailed | *Odocoileus hemionus* |
| Deer, Mule | *Odocoileus hemionus* |
| Deer, White-tailed | *Odocoileus virginianus* |
| Elk | *Cervus elaphus* |
| Ferret, Black-footed | *Mustela nigripes* |
| Fox, Arctic | *Alopex lagopus* |
| Fox, Gray | *Urocyon cinereoargenteus* |
| Fox, Kit | *Vulpes macrotis* |
| Fox, Red | *Vulpes vulpes* |
| Fox, Swift | *Vulpes velox* |
| Gopher, Northern Pocket | *Thomomys talpoides* |
| Gopher, Pocket | *Thomomys* spp. |
| Hare | *Lepus* spp. |
| Horse | *Equus caballus* |
| Jackrabbit | *Lepus* spp. |
| Jackrabbit, Black-tailed | *Lepus californicus* |
| Jaguar | *Panthera onca* |
| Lemming, Brown | *Lemmus trimucronatus* |
| Marmot, Hoary | *Marmota caligata* |
| Marten, American | *Martes americana* |
| Moose | *Alces alces* |
| Mountain Lion | *Puma concolor* |
| Mouse, Caifornia | *Peromyscus californicus* |
| Mouse, Deer | *Peromyscus maniculatus* |
| Mouse, Pinyon | *Peromyscus truei* |
| Muskox | *Ovibos moschatus* |
| Peccary, Collared | *Tayassu tajacu* |
| Prairie Dog | *Cynomys* spp. |
| Prairie Dog, Black-tailed | *Cynomys ludovicianus* |
| Prairie Dog, Gunnison's | *Cynomys gunnisoni* |
| Prairie Dog, White-tailed | *Cynomys leucurus* |
| Pronghorn | *Antilocapra americana* |

SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| MAMMALS (Cont.) | |
| Rabbit, Brush | *Sylvilagus bachmani* |
| Rabbit, Pygmy | *Brachylagus idahoensis* |
| Rat, Desert Kangaroo | *Dipodomys deserti* |
| Rat, Norway | *Rattus norvegicus* |
| Reindeer | *Rangifer tarandus* |
| Sheep, Bighorn | *Ovis canadensis* |
| Sheep, Desert Bighorn | *Ovis canadensis nelsoni* |
| Shrew | Soricidae |
| Skunk, Hooded | *Mephitis macroura* |
| Skunk, Striped | *Mephitis mephitis* |
| Squirrel, Abert's | *Sciurus aberti* |
| Squirrel, Arctic Ground | *Spermophilus parryii* |
| Squirrel, California Ground | *Spermophilus beecheyi* |
| Squirrel, Northern Flying | *Glaucomys sabrinus* |
| Squirrel, Idaho Ground | *Spermophilus brunneus* |
| Squirrel, Mexican Ground | *Spermophilus mexicanus* |
| Squirrel, Northern Idaho Ground | *Spermophilus brunneus brunneus* |
| Squirrel, Washington Ground | *Spermophilus washingtoni* |
| Squirrel, Western Gray | *Sciurus griseus* |
| Vole, Montane | *Microtus montanus* |
| Weasel | *Mustela* spp. |
| Wolf, Gray | *Canis lupus* |
| Wolverine | *Gulo gulo* |
| Woodchuck | *Marmota monax* |
| Woodrat | *Neotoma* spp. |
| Woodrat, Dusky-footed | *Neotoma fuscipes* |

BLM_0000765

# APPENDIX B
# HUMAN HEALTH RISK ASSESSMENT

BLM_0000767

# TABLE OF CONTENTS

Page

Introduction.............................................................................................................................B-1
    Human Health Risk Assessment Overview.........................................................................B-1
    Organization of Document..................................................................................................B-2
Hazard Identification ...............................................................................................................B-2
    Chemical Characteristics and Usage ..................................................................................B-2
        Dicamba.........................................................................................................................B-2
        Diflufenzopyr.................................................................................................................B-2
        Diquat............................................................................................................................B-2
        Fluridone.......................................................................................................................B-2
        Imazapic........................................................................................................................B-2
        Sulfometuron Methyl.....................................................................................................B-3
    Toxicity Profiles.................................................................................................................B-3
        General Information .......................................................................................................B-3
        Dicamba.........................................................................................................................B-3
        Diflufenzopyr.................................................................................................................B-6
        Diquat............................................................................................................................B-9
        Fluridone.......................................................................................................................B-12
        Imazapic........................................................................................................................B-14
        Sulfometuron Methyl.....................................................................................................B-16
Dose-response Assessment.......................................................................................................B-17
    Types of Dose-response Values..........................................................................................B-17
        Dietary Assessment .......................................................................................................B-17
        Non-dietary (Occupational or Residential) Assessment.................................................B-18
    Available Dose-response Values ........................................................................................B-18
        Dicamba.........................................................................................................................B-19
        Diflufenzopyr.................................................................................................................B-20
        Diquat............................................................................................................................B-23
        Fluridone.......................................................................................................................B-24
        Imazapic........................................................................................................................B-25
        Sulfometuron Methyl.....................................................................................................B-26
    Inert Ingredients ................................................................................................................B-27
Exposure Assessment ..............................................................................................................B-28
    Overview of the BLM Vegetation Treatment Program .......................................................B-28
        Land Programs...............................................................................................................B-28
        Application Methods ......................................................................................................B-30
    Herbicide Use Parameters .................................................................................................B-33
    Occupational Receptors .....................................................................................................B-33
        Routine Use Exposure Scenarios ...................................................................................B-33
        Accidental Exposure Scenarios......................................................................................B-34
    Public Receptors................................................................................................................B-35
        Routine Use Exposure Scenarios ...................................................................................B-35
        Accidental Exposure Scenarios......................................................................................B-36
        Exposure Parameters for Public Receptors....................................................................B-37
    Calculation of Exposure Point Concentrations...................................................................B-51
        Occupational Exposures.................................................................................................B-52
        Public Exposures ...........................................................................................................B-52
    Chemical-specific Parameters............................................................................................B-56
        Absorption Factors ........................................................................................................B-56
        Skin Permeability Constants ..........................................................................................B-56
        Fish Bioconcentration Factors.......................................................................................B-57

BLM_0000768

Risk Characterization.................................................................................................................B-57
    Approach for Risk Characterization ......................................................................................B-57
        Food (%PAD) Assessment ...............................................................................................B-57
        Non-food (MOE) Assessment...........................................................................................B-57
        Aggregate Risk Index .......................................................................................................B-58
    Equations for Quantifying Potential Exposure and Risk.......................................................B-58
        Estimating Potential Occupational Exposures ..................................................................B-59
        Inhalation of Herbicide ....................................................................................................B-60
        Estimating Potential Exposure for Public Receptors........................................................B-61
        Dermal Contact with Herbicide........................................................................................B-61
    Results of Risk Characterization............................................................................................B-67
        Occupational Receptors....................................................................................................B-67
        Public Receptors ...............................................................................................................B-74
    Evaluation of Currently-available Herbicide Active Ingredients..........................................B-80
        Evaluation of Dose-response Values Used in Previous EISs.............................................B-81
        Evaluation of Receptors and Exposure Pathways Used in the Earlier Human Health Risk Assessments.B-82
        Summary of Currently-available Herbicide Active Ingredient Evaluation.........................B-82
    Uncertainty Analysis .............................................................................................................B-82
        Hazard Identification ........................................................................................................B-82
        Dose-response Assessment................................................................................................B-83
        Exposure Assessment........................................................................................................B-83
        Risk Characterization........................................................................................................B-84
References...................................................................................................................................B-87

# List of Tables

B-1    Acute Toxicity Categories and Definitions ............................................................................B-5
B-2    Toxicity Categories for Short-term Tests ...............................................................................B-5
B-3    Summary of Toxicological Endpoint Data.............................................................................B-21
B-4    Summary of Herbicide Use - Dicamba...................................................................................B-39
B-5    Summary of Herbicide Use - Diflufenzopyr ..........................................................................B-41
B-6    Summary of Herbicide Use - Diquat ......................................................................................B-43
B-7    Summary of Herbicide Use - Fluridone..................................................................................B-45
B-8    Summary of Herbicide Use - Imazapic...................................................................................B-47
B-9    Summary of Herbicide Use - Sulfometuron Methyl ..............................................................B-49
B-10   Summary of Herbicide Risk Categories by Aggregate Risk Index.........................................B-71
B-11   Occupational Scenarios with Aggregate Risk Indices Below One ..........................................B-73
B-12   Routine Exposure Public Scenarios/Receptors with Aggregate Risk Indices Below One............B-77
B-13   Accidental Exposure Public Scenarios with Aggregate Risk Indices Below One .........................B-78

BLM_0000769

## LIST OF ACRONYMS, ABBREVIATIONS, AND SYMBOLS

| | | |
|---|---|---|
| AC | - | Concentration of active ingredient in concentrate |
| acute PAD | - | Acute population adjusted dose |
| AGDISP | - | Agricultural dispersal model |
| a.i. | - | Active ingredient |
| ALS | - | Acetolactate-synthase |
| ANS | - | Accession number system |
| AR | - | Application rate |
| ARI | - | Aggregate risk index |
| AT | - | Acres treated |
| ATV | - | All-terrain vehicle |
| BCF | - | Bioconcentration factor |
| BLM | - | Bureau of Land Management |
| BR | - | Berry residue |
| BW | - | Body weight |
| cm/h | - | Centimeters per hour |
| C | - | Concentration |
| CalEPA | - | California Environmental Protection Agency |
| CBI | - | Confidential business information |
| CF | - | Conversion factor |
| chronic PAD | - | Chronic population adjusted dose |
| CREAMS | - | Chemical runoff erosion assessment management system |
| CRP | - | Conservation Reserve Program |
| CSF | - | Cancer slope factor |
| DAF | - | Dermal absorption factor |
| DFR | - | Dislodgeable foliar residue |
| DR | - | Deposition rate |
| EF | - | Exposure factor |
| EIS | - | Environmental Impact Statement |
| EPC | - | Exposure point concentration |
| ERA | - | Ecological risk assessment |
| ET | - | Exposure time |
| F | - | Fraction |
| FQPA | - | Food Quality Protection Act |
| GLEAMS | - | Groundwater Loading Effects of Agricultural Management Systems |
| HDT | - | Highest dose tested |
| HED | - | Health Effects Division |
| HHRA | - | Human health risk assessment |
| HSDB | - | Hazardous Substances Data Bank |
| IAF | - | Inhalation absorption factor |
| IR | - | Ingestion rate |
| IRIS | - | Integrated Risk Information System |
| Kp | - | Dermal permeability constant |
| lb | - | Pound(s) |
| $LC_{50}$ | - | Median lethal concentration |
| $LD_{50}$ | - | Median lethal dose |
| LDT | - | Lowest dose tested |
| LOAEL | - | Lowest observed adverse effect level |
| $mg/cm^2$ | - | Milligrams per cubic centimeter |
| mg/kg | - | Milligrams per kilogram |
| mg/kg-day | - | Milligrams per kilogram of body weight per day |
| mg/L | - | Milligrams per liter |

BLM_0000770

HUMAN HEALTH RISK ASSESSMENT

## LIST OF ACRONYMS, ABBREVIATIONS, AND SYMBOLS (Cont.)

| | | |
|---|---|---|
| ML | - | Milliliter |
| MA DEM/MA DEP | - | Massachusetts Department of Environmental Management/Massachusetts Department of Environmental Protection |
| MOE | - | Margin of exposure |
| MRID | - | Master Record Identification |
| NAS | - | National Academy of Sciences |
| NASA | - | National Aeronautics and Space Administration |
| NMF | - | N-Methyl formamide |
| NOAEL | - | No observed adverse effect level |
| NYSDOH | - | New York State Department of Health |
| OEHHA | - | Office of Environmental Health Hazard Assessment |
| OPP | - | Office of Pesticide Programs |
| PAD | - | Population adjusted dose |
| PEIS | - | Programmatic Environmental Impact Statement |
| PHED | - | Pesticide Handlers Exposure Database |
| PPE | - | Personal protective equipment |
| ppm | - | Parts per million |
| RED | - | Reregistration Eligibility Decision |
| RfD | - | Reference dose |
| ROW | - | Rights-of-way |
| S | - | Spill amount |
| SA | - | Surface area |
| SAR | - | Surface area ratio |
| SDTF | - | Spray Drift Task Force |
| SERA | - | Syracuse Environmental Research Associates, Inc. |
| SF | - | Safety factor |
| SOP | - | Standard operating procedure |
| Tc | - | Transfer coefficient |
| UE | - | Unit of exposure |
| UF | - | Uncertainty factor |
| USEPA | - | United States Environmental Protection Agency |
| USDA | - | United States Department of Agriculture |
| USDI | - | United States Department of the Interior |
| USLE | - | Universal Soil Loss Equation |

BLM_0000771

# APPENDIX B

# HUMAN HEALTH RISK ASSESSMENT

## Introduction

As part of the Programmatic Environmental Impact Statement (PEIS), a human health risk assessment (HHRA) was conducted to evaluate potential human health and environmental risks that may result from herbicide exposure both during and after treatment of public lands (ENSR 2004). This HHRA appendix summarizes the results of that assessment.

Previous EISs prepared by United States Department of the Interior Bureau of Land Management (USDI BLM) addressed the use of 20 herbicides, hereafter referred to as the "currently-available" herbicides (see Table 2-1 in PEIS). Under the current PEIS, this HHRA evaluates the following six herbicides, most of which are not available for use on public lands, and are hereafter called the "new" herbicides:

- Dicamba (active ingredient [a.i.] along with diflufenzopyr in Overdrive®; manufactured by BASF);

- Diflufenzopyr (a.i. along with dicamba in Overdrive®; manufactured by BASF);

- Diquat (a.i. in Reward®; manufactured by Syngenta);

- Fluridone (a.i. in Sonar®A.S.; manufactured by SePRO);

- Imazapic (a.i. in Plateau®; manufactured by BASF); and

- Sulfometuron methyl (a.i. in Oust®; manufactured by DuPont).

Note that in the HHRA, Overdrive® was evaluated as its two separate components, dicamba and diflufenzopyr, as these two have different toxicological endpoints, indicating that their effects on human health are not additive.

Oust® is the only herbicide from the previous EISs that is reevaluated in this HHRA. Oust® has been found to impact non-target vegetation when carried on soil to untreated areas, and these effects were not evaluated in the earlier vegetation treatment EISs. Thus, the effects of Oust® on target and non-target vegetation are analyzed in this HHRA.

The "currently-available" herbicides are not evaluated in this HHRA because the human health effects of these herbicides were adequately addressed in the previous EISs or HHRAs prepared by the BLM (USDI BLM 1991) or U.S. Department of Agriculture (USDA; USDA Forest Service 2005). A discussion of how the "currently available" herbicide risk estimates calculated under earlier EISs might change if they were evaluated using updated risk assessment methods and toxicity values begins on page B-82.

## Human Health Risk Assessment Overview

The risk assessments included in the four previous EISs followed HHRA guidelines as developed by the National Academy of Sciences (NAS 1983). Since then, both the U.S. Environmental Protection Agency (USEPA) Superfund program (USEPA 1989) and the USEPA Office of Pesticide Programs (OPP; USEPA 2000a) have developed new guidelines for HHRAs. While the original scope of work for development of the HHRA stated that the template for the report, exposure scenarios, and evaluation would be obtained from the previous EISs, the BLM convened an inter-agency work group consisting of representatives from the BLM and USEPA from May through October of 2002 to review these methods and compare them with current risk assessment practice. The ultimate goal of these discussions was to reach consensus on updated risk assessment methods to ensure that the risk assessment methodology employed in the current PEIS is scientifically defensible, is consistent with currently available guidance where appropriate, and meets the needs of the BLM vegetation treatment program.

The HHRA complies with USEPA guidance for conducting risk assessments for pesticides including, but not limited to, the following documents:

- *The Role of Use-Related Information in Pesticide Risk Assessment and Risk Management* (USEPA 2000a)

BLM_0000772

HUMAN HEALTH RISK ASSESSMENT

- *Guidance for Performing Aggregate Exposure and Risk Assessments* (USEPA 1999a)

- *Exposure Factors Handbook* (USEPA 1997a)

## Organization of Document

The HHRA follows the four-step paradigm as identified by NAS (1983). The steps are:

- Hazard identification

- Dose-response assessment

- Exposure assessment

- Risk characterization

Each of these steps is discussed in the following sections.

# Hazard Identification

The purpose of the hazard identification process is to identify and summarize toxicity information for the six new herbicides that are quantitatively evaluated in the HHRA.

## Chemical Characteristics and Usage

This section provides simple chemical descriptions and usage summaries for the six new herbicides. The BLM and the HHRA project team have compiled application type and rate information specific to BLM practices for each of the six herbicides.

### Dicamba

Dicamba is the a.i. along with diflufenzopyr in Overdrive®. This herbicide is manufactured by BASF. According to the manufacturer's label, dicamba is a selective postemergence herbicide for the management of annual broadleaf weeds and/or suppression of perennial broadleaf weeds. Activity is also noted for suppression of annual grassy weeds. As a dry, flowable herbicide formulation, a combination of dicamba and diflufenzopyr is mixed with water and is presently registered for use on corn, rangeland, pasture, and non-cropland situations. Dicamba kills broadleaf weeds before and after they sprout. Overdrive® is a selective systematic herbicide for the control of broadleaf weeds pre- or post-emergence. Overdrive® disrupts plant hormone balance and protein synthesis. Overdrive® is provided as a wettable granular formulation.

### Diflufenzopyr

Diflufenzopyr is the a.i. along with dicamba in Overdrive®. This herbicide is manufactured by BASF. According to the manufacturer's label, diflufenzopyr is formulated with dicamba, and the herbicide is a selective post-emergence herbicide for the management of annual broadleaf weeds and/or the suppression of perennial broadleaf weeds. Activity is also noted for suppression of annual grassy weeds. Diflufenzopyr acts by inhibiting auxin transport. As a dry, flowable herbicide formulation, a combination of diflufenzopyr and dicamba is mixed with water and is presently registered for use on corn, rangeland, pasture, and non-cropland situations.

### Diquat

Diquat is the a.i. in Reward®. This herbicide is manufactured by Syngenta (2002). According to the manufacturer's label, Reward Landscape and Aquatic Herbicide is a nonvolatile chemical for use as a general herbicide to control weeds in non-crop and aquatic areas. This herbicide controls weeds by interfering with photosynthesis within green plant tissue. In the BLM vegetation treatment program, Reward® would only be used in aquatic areas.

### Fluridone

Fluridone is the a.i. in Sonar® A.S. This herbicide is manufactured by SePRO. According to the manufacturer's label, Sonar® A.S. herbicide is a selective systemic aquatic herbicide for management of aquatic vegetation in freshwater ponds, lakes, reservoirs, drainage canals, and irrigation canals. Sonar® A.S. is absorbed from water by plant shoots and from hydrosoil by the roots of aquatic vascular plants. It is important to maintain the recommended concentration of Sonar® A.S. in contact with the target plants for a minimum of 45 days. In susceptible plants, Sonar® A.S. inhibits the formation of carotene. In the BLM vegetation treatment program, Sonar® A.S. would only be used in aquatic areas.

### Imazapic

Imazapic is the a.i. in Plateau®. This herbicide is manufactured by BASF. According to the manufacturer's label, Plateau® herbicide is an aqueous solution to be mixed with water and applied as a spray solution to provide weed control and/or turf height suppression on pastures, rangeland, federal Conservation Reserve Program (CRP) land and non-

BLM_0000773

cropland areas including non-cropland areas that may be grazed or cut for hay. For post-emergence applications, a surfactant is added to the mixture to increase adherence of the herbicide to plant leaves. Plateau® herbicide is readily absorbed through leaves, stems, and roots, and is translocated rapidly throughout the plant, with accumulation in the meristematic regions. Imazapic is an acetolactate-synthase (ALS) inhibitor, a potent herbicide that acts by inhibiting an enzyme needed for essential amino acid synthesis.

### Sulfometuron Methyl

Sulfometuron methyl is the a.i. in Oust®. This herbicide is manufactured by DuPont. According to the manufacturer's label, Oust® herbicide is a dispersible granule that is mixed in water and applied as a spray. Oust® controls many annual and perennial grasses and broadleaf weeds in forestry and non-crop sites. Oust® may be used for general weed control on industrial non-crop sites and for selective weed control in certain types of unimproved turf grasses on industrial sites. It can also be used for selective weed control in forest site preparation and in the release of several types of pines and certain hardwoods. Oust® controls weeds by both pre-emergence and post-emergence activity. Sulfometuron methyl is also an ALS inhibitor.

## Toxicity Profiles

This section includes toxicity profiles for each of the herbicides that summarize the potential toxicity of each herbicide and provide information that puts the toxicity into context. The toxicity profiles include information on acute, subchronic, and chronic toxicity studies, reproductive and developmental toxicity studies, cancer bioassays, mutagenicity studies, epidemiology studies, metabolism, and toxicokinetics.

### General Information

Much of the toxicity information discussed in this section is from USEPA reports, such as the Pesticide Fact Sheets or HHRAs conducted by the OPP Health Effects Division (HED) to evaluate use of the pesticides on specific crops. In addition, a literature search was conducted to ensure that relevant available information was used in these toxicity profiles. The databases searched include the National Library of Medicine's Hazardous Substances Data Bank (HSDB) and Toxline. The USEPA receives many unpublished toxicity data sets that are referenced in USEPA documents using Master Record Identification (MRID) numbers. This is the USEPA's system of recording and tracking studies

submitted to the USEPA and replaces the earlier Accession Number System (ANS). In this HHRA, the MRID or Accession numbers are noted where provided along with the USEPA document in which they are referenced. Due to the confidential business information (CBI) status of much of the MRID-referenced information, the USEPA reports are generally the primary reference for this review.

Each of the toxicity profiles includes information on acute toxicity. As shown in Table B-1, the USEPA has developed toxicity categories for pesticides based on acute toxicity animal tests conducted in support of registration of the pesticides (USEPA 2003e). Acute toxicity studies are used to determine a number of toxicity endpoints based on a single dose or several large doses of a substance. An important endpoint in acute testing is the toxicity reference level known as the median lethal dose ($LD_{50}$), which is the dose, usually administered orally, that kills 50% of the test animals. The lower the $LD_{50}$, the greater the toxicity of the chemical. In addition to the acute oral $LD_{50}$, the USEPA has a battery of laboratory toxicity studies considered as acute tests (USEPA 2003e) that include acute dermal, acute inhalation (rat), eye irritation (rabbit), dermal irritation (rabbit), and dermal sensitization (guinea pig tests; Table B-1). For the different toxicity endpoints, the USEPA defines four toxicity categories (I through IV), with higher toxicity categories representing lower herbicide acute toxicity.

In longer-term toxicity studies (chronic or subchronic) the endpoints for evaluation are the No Observed Adverse Effect Level (NOAEL) and the lowest dose at which an adverse effect has been observed, called a Lowest Observed Adverse Effect Level (LOAEL). Where both levels can be identified in a single study, for a given effect, the LOAEL will always be higher than the NOAEL. In some studies, adverse effects are observed at all dose levels; in these cases, the lowest dose tested (LDT) is identified as the LOAEL. By contrast, where no adverse effects are seen at any dose level tested, the highest dose tested (HDT; also referred to as the limit dose) is identified as the NOAEL.

### Dicamba

Dicamba is a benzoic acid herbicide active ingredient. It can be applied to the leaves or to the soil. Dicamba controls annual and perennial broadleaf weeds in grain crops and grasslands, and it is used to control brush and bracken in pastures. It kills broadleaf weeds before and after they sprout. In combination with a phenoxyalkanoic acid or other herbicide, dicamba is

BLM_0000774

HUMAN HEALTH RISK ASSESSMENT

used in pastures, rangeland, and non-crop areas such as fencerows and roadways to control weeds. The USEPA has classified this herbicide a.i. as toxicity class III – slightly toxic. Products containing dicamba bear the Signal Word WARNING (Extension Toxicology Network [Extoxnet] 1996c).

### Acute Toxicity

Table B-2 lists the toxicity categories for dicamba. In tests in rats, the acute oral $LD_{50}$ was 2,740 milligrams per kilogram (mg/kg), placing it in Toxicity Category III. The acute dermal toxicity study in rats showed an $LD_{50}$ greater than 2,000 mg/kg, placing it in Toxicity Category III. The acute inhalation toxicity study in rats showed a median lethal concentration ($LC_{50}$) greater than 5.3 milligrams per liter (mg/L), placing it in Toxicity Category IV. The primary eye irritation study in rabbits places dicamba in Toxicity Category II. The primary dermal irritation study categorized dicamba as an irritant, placing it in Toxicity Category II. The primary dermal sensitization study in guinea pigs did not exhibit any sensitization potential (USEPA 2001h).

### Subchronic Toxicity

In a subchronic neurotoxicity study, Sprague-Dawley rats (10/sex/dose) were fed diets containing dicamba at 0, 3,000, 6,000, or 12,000 parts-per-million (ppm; 0, 197.1, 401.4, 767.9 milligrams per kilogram of body weight per day (mg/kg-day) for males and 0, 253.4, 472.0, or 1028.9 mg/kg-day for females, respectively) for 13 weeks. Neurobehavioral evaluations, consisting of locomotor activity, and auditory startle response, were conducted at prestudy and during weeks 4, 8, and 13. No toxicologically significant differences were noted in either the mean body weights (BWs) or food consumption of the treated animals. Neurobehavioral evaluations at the 4-, 8-, and 13-week evaluations revealed rigid body tone, slightly impaired righting reflex, and impaired gait. At week 13, the incidences of these findings were decreased. Rigid body tone was also noted during evaluation of the righting reflex and land foot splay. The NOAEL was 401 mg/kg-day and the LOAEL was 768 mg/kg-day based on rigid body tone, slightly impaired righting reflex, and impaired gait (MRID No. 43245210; USEPA 2001h).

### Chronic Toxicity/Carcinogenicity

In a combined chronic toxicity and carcinogenicity study in rats, dietary administration of dicamba at 0, 50, 250 or 2,500 ppm (0, 2.5, 12.5 or 125 mg/kg-day, respectively) for 117 weeks resulted in a dose-related

increase in ventricular dilation of the brain in female rats with the incidences at the high dose reaching statistical significance. The incidences were 15/49 (31%), 18/49 (37%), 20/50 (40%) and 30/49 (61%) at 0, 2.5, 12.5, or 125 mg/kg-day, respectively. There was no increased incidence of tumors at any of the doses, suggesting that dicamba is not carcinogenic (MRID No. 000258115; USEPA 2001h).

### Developmental Toxicity

In a developmental toxicity study, pregnant CD Charles River rats (25/dose group) received gavage administration of dicamba in corn oil at dose levels of 0, 64, 160, or 400 mg/kg-day during gestation days 6 through 19. Maternal toxicity, limited to the high dose (400 mg/kg-day), was characterized by mortality in four pregnant females that exhibited neurotoxic signs prior to death: clinical signs of nervous system toxicity that included ataxia, salivation, stiffening of the body when held, and decreased motor activity; statistically significant decreases in BW gain during the dosing period; and decreases in food consumption. For maternal toxicity, the NOAEL was 160 mg/kg-day and the LOAEL was 400 mg/kg-day based on mortality, clinical signs, BW changes, and decreases in food consumption. No treatment-related fetal anomalies were seen at any dose level. For developmental toxicity, the NOAEL was greater than 400 mg/kg-day; a LOAEL was not established (MRID No. 00084024; USEPA 2001h).

In a development toxicity study, inseminated New Zealand White rabbits (19 to 20/dose) were given oral capsules containing dicamba at dose levels of 0, 30, 150, or 300 mg/kg-day from days 6 through 18 of gestation. No maternal toxicity was observed at 30 mg/kg-day. At 150 mg/kg-day, maternal toxicity was characterized by abortion (5%) and clinical signs such as ataxia, and decreased motor activity. At 300 mg/kg-day, maternal toxicity was manifested by abortions, clinical signs, decreased BW, and decreased food consumption. For maternal toxicity, the NOAEL was 30 mg/kg-day and the LOAEL was 150 mg/kg-day based on abortions and neurotoxic clinical signs. Development toxicity at 300 mg/kg-day was manifested by irregular ossification of the nasal bones of the skull; no developmental toxicity was seen at 30 or 150 mg/kg-day. For developmental toxicity, the NOAEL was 150 mg/kg-day and the LOAEL was 300 mg/kg-day based on irregular ossification of internasal bones (MRID No. 42429401; USEPA 2001h).

BLM_0000775

**TABLE B-1**
**Acute Toxicity Categories and Definitions**

| Toxicity Category | I | II | III | IV |
|---|---|---|---|---|
| Oral $LD_{50}$[1] | 0 to 50 mg/kg | 50 to 500 mg/kg | 500 to 5,000 mg/kg | > 5,000 mg/kg |
| Inhalation $LC_{50}$[1] | 0 to 0.2 mg/L | 0.2 to 2 mg/L | 2 to 20 mg/L | > 20 mg/L |
| Dermal $LD_{50}$ | 0 to 200 mg/kg | 200 to 2,000 mg/kg | 2,000 to 20,000 mg/kg | > 20,000 mg/kg |
| Eye effects | Corrosive, corneal opacity not reversible within 7 days | Corneal opacity reversible within 7 days; irritation persisting for 7 days | No corneal opacity; irritation reversible within 7 days | No irritation |
| Skin effects | Corrosive | Severe irritation at 72 hours | Moderate irritation at 72 hours | Mild or slight irritation at 72 hours |

[1] $LC_{50}$ = Median lethal concentration.
mg/kg = Milligrams of chemical per kilogram of body weight.
mg/L = Milligrams of chemical per liter of air.
Source: USEPA (2003e).

**TABLE B-2**
**Toxicity Categories for Short-term Tests**

| Herbicide | Acute Oral[1] | Acute Dermal[1] | Acute Inhalation[1] | Primary Eye[2] | Primary Skin[2] | Dermal Sensitizer | Reference |
|---|---|---|---|---|---|---|---|
| Dicamba | III | III | IV | II | II | No | USEPA 2001h |
| Diflufenzopyr | IV | IV | IV | III | IV | No | USEPA 2001c |
| Diquat | III | II | III | II | IV | No | USEPA 2001e |
| Fluridone | IV | III | III | II | IV | No | USEPA 1986a, 1988 |
| Imazapic | IV | III | IV | III | IV | No | USEPA 2001a |
| Sulfometuron methyl | NA | NA | NA | NA | NA | NA | (see text) |

NA = Not available from USEPA.

[1] USEPA labeling guidelines acute, oral, dermal, and inhalation effects:
 I. Severe; oral $LD_{50}$ 0-50 mg/kg, dermal $LD_{50}$ 0-200 mg/kg, and inhalation $LC_{50}$ 0-0.2 mg/L.
 II. Moderate; oral $LD_{50}$ 50-500 mg/kg, dermal $LD_{50}$ 200-2000 mg/kg, and inhalation $LC_{50}$ 0.2-2 mg/L.
 III. Slight; oral $LD_{50}$ 500-5,000 mg/kg, dermal $LD_{50}$ 2,000-20,000 mg/kg, and inhalation $LC_{50}$ 2-20 mg/L.
 IV. Very slight; oral $LD_{50}$ >5,000 mg/kg, dermal $LD_{50}$ >20,000 mg/kg, and inhalation $LC_{50}$ >20 mg/L.

[2] USEPA labeling guidelines for pesticides applied to skin or eyes:
 I. Irreversible corneal opacity at 7 days; corrosive to skin.
 II. Corneal opacity reversible within 7 days; severe skin irritation at 72 hours.
 III. No corneal opacity; moderate skin irritation at 72 hours.
 IV. No irritation to the eyes; mild or slight skin irritation at 72 hours.

BLM_0000776

HUMAN HEALTH RISK ASSESSMENT

### *Reproductive Toxicity*

In a two-generation reproduction study, Sprague-Dawley rats (32 or 28/group) received dicamba in the diet at dose levels of 0, 500, 1,500, or 5,000 ppm (0, 40, 122, or 419 mg/kg-day for males and 0, 45, 136, or 450 mg/kg-day for females, respectively) for two generations. Systemic toxicity was observed at 5,000 ppm, manifested as clinical signs in pregnant females from both generations during lactation (stiff body tone and slow righting reflex) and significantly increased relative liver to BWs in both generations and sexes, adults as well as weanlings. For parental systemic toxicity, the NOAEL was 122 and 136 mg/kg-day for males and females, respectively; and the LOAEL was 419 and 450 mg/kg-day in males and females based on clinical signs of neurotoxicity. Reproductive toxicity at 1,500 and 5,000 ppm manifested itself as significantly decreased pup growth in all generations and matings. In addition, delayed sexual maturation was noted in first generation males at 5,000 ppm. For offspring toxicity, the NOAEL was 45 mg/kg-day and the LOAEL was 136 mg/kg-day based on significantly decreased pup growth (MRID No. 43137101) (USEPA 2001h).

### *Neurotoxicity*

In an acute neurotoxicity study, groups of Crl:CD BR rats (10/sex/dose) received a single oral administration of dicamba in corn oil at doses of 0, 300, 600, or 1,200 mg/kg. At 300 mg/kg, transiently impaired respiration; rigidity upon handling, prodding or dropping; freezing of movement when touched; decreased arousal and fewer rears/minute compared to controls; and impairment of gait and righting reflex were observed in both sexes. In addition, males showed decreased forelimb grip strength. With the exception of the decrease in forelimb grip strength, which persisted until day 7, these effects were observed only on the day of dosing. In addition, at 600 mg/kg, both sexes showed decreases in locomotor activity and males showed significant decreases in tail flick reflex and a raised posture when placed in an open field. At the highest dose level tested (1,200 mg/kg), both males and females showed an impaired startle response to an auditory stimulus. In addition, males showed decreases in BW, BW gain, and food consumption. The LOAEL was 300 mg/kg based on the several neurologic signs listed above; a NOAEL was not established (MRID No. 42774104; USEPA 2001h).

### *Mutagenicity*

Dicamba was negative in tests for mutagenicity (Extoxnet 1996c).

### *Metabolism*

Dicamba was excreted rapidly by rats, mainly in the urine, when administered orally or subcutaneously; 1 to 4% was excreted in the feces. Mice, rats, rabbits and dogs excreted 85% of an oral dose as unmetabolized dicamba in the urine within 48 hours of dosing. Eventually, between 90% and 99% of the dose was excreted unmetabolized in the urine. This indicates that dicamba is rapidly absorbed into the bloodstream from the gastrointestinal tract. When dicamba was ingested daily in the feed, the concentrations in different organs reached a steady state within 2 weeks. When daily intake stopped, storage in the organs declined rapidly. Therefore, dicamba does not bioaccumulate in mammalian tissues (Extoxnet 1996c).

## Diflufenzopyr

Diflufenzopyr is the first a.i. from a chemical class called semicarbazones. It is registered for use on field corn and grass (USEPA 1999b). In plants, diflufenzopyr acts by inhibiting auxin transport, which causes an abnormal accumulation of auxins in meristematic shoot and root regions, disrupting the delicate auxin balance needed for plant growth (BASF 2001). The USEPA has completed its review of product chemistry, environmental fate, toxicology, ecological effects, and residue chemistry data, and their summary statement says, "Based on available data, diflufenzopyr has been determined to be of low toxicity to humans, birds, aquatic organisms, mammals and bees. Acute toxicology studies place technical-grade diflufenzopyr in Toxicity Category III (Table B-2). It is neither teratogenic nor carcinogenic. Additionally, the data indicate no significant risk to non-target organisms, and diflufenzopyr is not expected to pose a risk of groundwater contamination" (USEPA 1999b).

### *Acute Toxicity*

Table B-2 lists the toxicity categories for technical diflufenzopyr. The term 'technical' refers to the commercial product that may contain trace impurities, as opposed to the pure chemical form. The acute oral toxicity study in rats showed an $LD_{50}$ greater than 5,000 mg/kg in males and females, placing it in Toxicity Category IV. The acute dermal toxicity study in rabbits showed an $LD_{50}$ greater than 5,000 mg/kg in males and

BLM_0000777

females, placing it in Toxicity Category IV. The acute inhalation toxicity study in rats showed an $LC_{50}$ greater than 2.93 mg/L in males and females, which places it in Toxicity Category IV according to USEPA 1999b (although according to the table, it would be in Toxicity Category III). The primary eye irritation study in rabbits showed mild irritation resolved within 48 hours, placing it in Toxicity Category III. The primary dermal irritation study in rabbits showed no irritation, placing it in Toxicity Category IV. The primary dermal sensitization study in guinea pigs did not exhibit any sensitization potential (USEPA 1999b).

### Subchronic Toxicity

In a subchronic study in rats, Wistar rats were fed test diets containing technical diflufenzopyr at dose levels of 0, 1,000, 5,000, 10,000 and 20,000 ppm for a period of 13 weeks. The NOAEL was identified as 5,000 ppm (equal to 352 mg/kg-day for males, and 431 mg/kg-day for females) based on lower mean BW gain and decreased food efficiency in the 10,000 and 20,000 ppm groups for both sexes. Additional findings were decreased food intake and slight changes in blood chemistry (i.e., slight increases in cholesterol and alanine aminotransferase and slight decreases in chloride levels). Histopathological findings included an increased incidence of foamy macrophages in the lungs in the 10,000 and 20,000 ppm groups and testicular atrophy in the 20,000 ppm group. Following the 4-week recovery period, the only treatment-related effects that showed partial or no evidence of recovery were foamy macrophages in the lungs and testicular atrophy (USEPA 1999b).

In a subchronic study in mice, CD-1 mice were dosed with diflufenzopyr at 0, 350, 1,750, 3,500, or 7,000 ppm in the diet for 13 weeks. The NOAEL was determined to be the HDT of 7,000 ppm (1,225 mg/kg-day in males and 1,605 mg/kg-day in females), as no clear toxic effects were observed (USEPA 1999b).

In a subchronic study in dogs, diflufenzopyr was administered to beagle dogs in the diet at dose levels of 0, 1,500, 10,000, or 30,000 ppm for 13 weeks. The LOAEL for this study is 10,000 ppm (403 mg/kg-day in males and 424 mg/kg-day in females), based on the occurrence of erythroid hyperplasia in the bone marrow, extramedullary hemopoiesis in the liver, and hemosiderin deposits in Kupffer cells. The NOAEL is 1,500 ppm (58 mg/kg-day in males and 59 mg/kg-day in females; USEPA 1999b).

In a subchronic dermal toxicity study, technical diflufenzopyr was administered by dermal application to male and female New Zealand White rabbits at dose levels of 0, 100, 300, or 1,000 mg/kg per application. Duration of application was 6 hours a day, daily for 21 to 24 consecutive days. The NOAEL for systemic toxicity was determined to be 1,000 mg/kg-day, since there were no apparent signs of treatment-related systemic effects observed in male or female rabbits at any dose level tested. A NOAEL for dermal effects could not be determined since local dermal irritation was observed at all dose levels (there were no corresponding findings upon histopathological examination, indicating that the dermal effects were all local; USEPA 1999b).

### Chronic Toxicity/Carcinogenicity

In a chronic toxicity study in dogs, diflufenzopyr was administered to beagle dogs in the diet at dose levels of 0, 750, 7,500 or 15,000 ppm for 52 weeks. The LOAEL for this study is 7,500 ppm (299 mg/kg-day for males and 301 mg/kg-day for females), based on erythroid hyperplasia in the bone marrow in bone sections, reticulocytosis, and increased hemosiderin deposits in the liver, kidneys, and spleen. The NOAEL is 750 ppm (26 mg/kg-day for males and 28 mg/kg-day for females; USEPA 1999b).

In a mouse carcinogenicity study, male and female CD-1 mice were fed test diets containing technical diflufenzopyr at dietary concentrations of 0, 700, 3,500, or 7,000 ppm for a period of 78 weeks. The NOAEL for systemic toxicity was determined to be 7,000 ppm (equal to 1,037 mg/kg-day for males and 1,004 mg/kg-day for females). There were no treatment-related effects observed at any dose level tested in male rats. There was a slight, but statistically significant lower mean overall BW gain for females in the 7,000 ppm group, primarily due to decreased gain/increased weight loss during the second year of the study. In the absence of any other treatment-related findings, this result was not considered to be an adverse, toxicologically significant finding. There was no evidence of oncogenic potential of diflufenzopyr for male and female mice at any dose level tested (USEPA 1999b).

In a combined chronic toxicity/carcinogenicity study, male and female Wistar rats were fed test diets containing technical diflufenzopyr at dietary concentrations of 0, 500, 1,500, 5,000, or 10,000 ppm for a period of 104 weeks. The NOAEL for systemic toxicity was identified as 5,000 ppm (equal to 236 mg/kg-day for males and 323 mg/kg-day for females).

BLM_0000778

HUMAN HEALTH RISK ASSESSMENT

Treatment-related effects in the 10,000 ppm group were significantly lower BW and BW gains throughout the study period and decreased food efficiency. There was no evidence of oncogenic potential of diflufenzopyr at any dose level tested (USEPA 1999b).

### Developmental Toxicity

In a developmental toxicity study, technical diflufenzopyr was administered by gavage to female Sprague Dawley rats at dose levels of 0, 100, 300, or 1,000 mg/kg-day from days 6 through 15 of gestation. The maternal NOAEL is 300 mg/kg-day and the maternal LOAEL is 1,000 mg/kg-day based on decreases in food consumption and weight gain. Developmental effects, characterized as significantly lower fetal BWs in males and skeletal variations, exhibited as incompletely ossified and unossified sternal centra and reduced fetal ossification sites for caudal vertebrae, were observed at 1,000 mg/kg-day. The developmental LOAEL is 1,000 mg/kg-day, based on decreased fetal BWs and skeletal variations. The developmental NOAEL is 300 mg/kg-day (USEPA 1999b).

In a developmental toxicity study, technical diflufenzopyr was administered by gavage to female New Zealand White rabbits at dose levels of 0, 30, 100, or 300 mg/kg-day from days 6 through 19 of gestation. The maternal LOAEL is 100 mg/kg-day, based on minimal reductions in BW gain with no reduction in food consumption and clinical signs of toxicity (abnormal feces). The maternal NOAEL is 30 mg/kg-day. Developmental effects, characterized as significant increases in the incidence of supernumerary thoracic rib pair ossification sites, occurred at the 300 mg/kg-day dose. No treatment-related developmental effects were noted at the low and mid doses. The developmental LOAEL is 300 mg/kg-day based on increased skeletal variations (supernumerary rib ossification sites). The developmental NOAEL is 100 mg/kg-day (USEPA 1999b).

### Reproductive Toxicity

In a 2-generation reproduction study, technical diflufenzopyr was administered continuously to Wistar rats at dose levels of 0, 500, 2,000, or 8,000 ppm in the diet. The systemic LOAEL is 2,000 ppm based on reduced BW gain, increased food consumption, and increased seminal vesicle weights. The systemic NOAEL is 500 ppm. The reproductive LOAEL is 8,000 ppm based on lower live birth and viability indices, total pre-perinatal loss, reduced BWs and BW gain during lactation, a higher proportion of runts, and a higher percentage of offspring with no milk in the stomach. The reproductive NOAEL is 2,000 ppm (113-176 mg/kg-day; USEPA 1999b).

### Neurotoxicity

In an acute neurotoxicity study, diflufenzopyr was administered by gavage to Crl:CD BR rats at dose levels of 0, 125, 500, or 2,000 mg/kg. Diflufenzopyr had no definite impact on neurotoxic responses, although a few abnormalities were observed in the functional battery on the day of dosing. A decrease in immediate righting responses that was observed in several males in all treatment groups was not concentration-dependent. Nasal staining was observed in more rats in the 2,000 mg/kg treatment groups (six males; three females), but was not considered a definite or significant response to treatment. Lower mean brain weights in all female treatment groups lacked associated macroscopic and microscopic histopathological changes, and were only 4 to 5% lower than the control brain weight. Mean locomotor activities for the 2,000 mg/kg female treatment groups were decreased on days 7 and 14 after dosing, but the pattern of activity for the individual animals was similar to the individual controls over time. There were no definite treatment-related differences in BWs or food consumption in any of the treatment groups. There was no evidence of treatment-related neuropathology in the 2,000 mg/kg treatment group. A LOAEL was not established. The NOAEL for acute neurotoxicity is 2,000 mg/kg (the limit dose; USEPA 1999b).

In a subchronic neurotoxicity study, diflufenzopyr was administered in the diet to Crl:CD BR rats at dose levels of 0, 25, 75, or 1,000 mg/kg-day for 13 weeks. No treatment-related neurotoxicological effects were observed at any treatment level. A LOAEL for neurotoxicological effects was not established; the NOAEL was 1,000 mg/kg-day for both sexes. Treatment-related toxic effects (other than neurotoxic effects) were observed at the 1,000 mg/kg-day treatment level. The toxicological LOAEL for this study is 1,000 mg/kg-day, based on decreased BW gains for both sexes. The toxicological NOAEL is 75 mg/kg-day (USEPA 1999b).

### Mutagenicity

Diflufenzopyr tested negative for mutagenic potential in four assays: a microbial (*Salmonella typhimurium*) mutagenicity assay; an *in vitro* mammalian cell (mouse lymphoma) gene mutation assay; an *in vivo* mouse bone

BLM_0000779

marrow micronucleus assay; and an unscheduled DNA synthesis assay (USEPA 1999b).

### *Metabolism*

In a rat metabolism study, radiolabeled diflufenzopyr was administered to Wistar rats as a single intravenous dose at 1 mg/kg-day, a single oral dose (gavage) at 10 or 1,000 mg/kg or a single dose at 10 mg/kg following a 14-day pretreatment with unlabeled diflufenzopyr at 10 mg/kg. Following oral administration, diflufenzopyr was partially absorbed and rapidly eliminated. By oral administration, 20 to 44% of the dose was eliminated in urine and 49 to 79% in feces. By contrast, intravenously dosed rats excreted 61 to 89% of the dose in urine. Biliary elimination accounted for 3 to 19% of the dose in all dose groups. Elimination half-life in urine and feces was 5.2 to 6.9 hours for all single dose groups and 7.7 to 10.8 hours for all repeat oral dose groups. Total radioactive residues in tissues from rats in all dose groups were less than 3% of the administered dose. Blood residue levels for all dose groups were less than 1% of the administered dose at all sampling intervals through 72 hours post-dose. Diflufenzopyr was eliminated in urine, feces, and bile primarily as unchanged parent compound (USEPA 1999b).

A metabolism study of diflufenzopyr was also conducted in laying hens and lactating goats. The data showed diflufenzopyr was rapidly eliminated from the animals. With a feeding level of 10 ppm in the diet, residue levels in edible tissues, milk, and eggs were less than 0.12 ppm. The metabolite profile in rat was similar in hen and goat (USEPA 1999b). These studies show that diflufenzopyr is rapidly eliminated as unchanged parent compound.

### Diquat

Diquat dibromide is a non-selective contact herbicide, algicide, desiccant, and defoliant. As an herbicide/algicide, it is used to control broadleaf and grassy weeds in non-crop and aquatic areas. As a desiccant/defoliant, it is used in seed crops and potatoes (USEPA 1995). Diquat dibromide is rapidly absorbed into the leaves of plants, but usually kills the plant tissues necessary for translocation too quickly to allow movement to other parts of the plant. It does not kill roots, but it does kill the leaves and stems it contacts. It produces rapid results by interfering with photosynthesis. However, the sudden addition of decaying plant biomass to the water column can result in decreased oxygen levels (New York State Department of Environmental Conservation 1981 *cited in* McLaren/Hart 1995; Extoxnet 1996a).

### *Acute Toxicity*

Table B-2 lists the toxicity categories for diquat dibromide. Diquat dibromide is not acutely toxic via the oral (Toxicity Category III) and inhalation (Toxicity Category III) routes of exposure. Diquat dibromide is moderately to severely toxic via the dermal route of exposure, as evidenced by the acute dermal toxicity study (Toxicity Category II). However, diquat dibromide was not found to be a dermal irritant (Toxicity Category IV) or a dermal sensitizer. Diquat dibromide is toxic to the eye, as evidenced by the eye irritation study, which showed slight to severe eye irritation following acute exposure (Toxicity Category II; USEPA 2001e).

### *Subchronic Toxicity*

In a subchronic dermal toxicity study (MRID No. 40308101), Sprague-Dawley rats were exposed to technical diquat dibromide by dermal application at dose levels of 0, 5, 20, 40, or 80 mg/kg-day (as diquat cation). Duration of application was 6 hours a day, for 21 consecutive days. High mortality was observed in the 40 mg/kg (67%) and 80 mg/kg (90%) groups. Effects in the nonsurvivors included hypothermia, hypoactivity, dyspnea, cyanosis, pale extremities, and emaciated appearance. The LOAEL for systemic toxicity was determined to be 20 mg/kg-day, based on effects including sores, severe erythema, fissures, acute necrotizing purulent dermatitis, and degeneration of hair follicles and sebaceous glands, all at the application site. The NOAEL for systemic toxicity was 5 mg/kg-day, based on mortality and clinical signs at 20 mg/kg (LOAEL). Dermal irritation and tissue destruction occurred at the application site at all dose levels (USEPA 2001e).

In a subchronic inhalation toxicity study (MRID No. 40301701), Fischer 344 rats were exposed to respirable aerosols of technical diquat at concentrations of 0, 0.49, 1.1, or 3.8 microgram per liter ($\mu$g/L; as diquat cation). Exposure duration was 6 hours a day, 5 days per week for 21 days. Test animals, which were exposed whole body, and control animals were rinsed with tap water and blotted dry after each exposure to minimize oral exposure from grooming. Treatment-related effects observed at the lowest concentration tested included significant increases in mean lung weight, mottling and reddening of the lungs, and lung lesions. The NOAEL is 0.1 $\mu$g/L (males 0.024 mg/kg-day; females 0.026

BLM_0000780

HUMAN HEALTH RISK ASSESSMENT

mg/kg-day), based on increased lung weights and microscopic lesions in the lungs at the LOAEL of 0.49 μg/L (males 0.117 mg/kg-day, females 0.128 mg/kg-day (USEPA 2001e).

### *Chronic Toxicity/Carcinogenicity*

In a chronic toxicity study in dogs (MRID No. 41730301), technical diquat dibromide was administered to beagle dogs in the diet at dose levels of 0, 0.5, 2.5, or 12.5 mg/kg-day (as diquat cation) for 52 weeks. No treatment-related effects were detected at any dose level in terms of survival, clinical signs, hematology, clinical chemistry, urinalysis, and gross pathology (except eye). Decreased BW gains were observed only during the first 2 weeks of dosing in both sexes at the high-dose level. At necropsy, bilateral lens opacity was observed in all high-dose males and three-fourths of the high-dose females. The NOAEL is 0.5 mg/kg-day, based on unilateral cataracts in females and decreased weight of the epididymides in males at the systemic LOAEL of 2.5 mg/kg-day (USEPA 2001e).

In a combined chronic toxicity/carcinogenicity study (MRID No. 00145855), male and female Sprague-Dawley rats were fed diets containing diquat cation at dietary concentrations of 0, 5, 15, 75, or 375 ppm for 104 weeks. Treatment-related effects observed in the 75 ppm group were lens opacity, marked or severe cataracts, and extralenticular lesions (adhesions, retinal detachment and synechia). Therefore, the systemic LOAEL is 75 ppm (equal to 2.91 mg/kg-day for males; 3.64 mg/kg-day for females) and the NOAEL for systemic toxicity was set at 15 ppm (equal to 0.58 mg/kg-day for males; 0.72 mg/kg-day for females). There was no treatment-related increase in tumor incidence in either sex (USEPA 2001e).

In a mouse carcinogenicity study (MRID No. 42219801), male and female CD-1 mice were fed diets containing technical diquat dibromide at dietary concentrations of 0, 30, 100, or 300 ppm (as diquat cation) for 104 weeks (2 years). Treatment-related effects observed in the 100 ppm group included eye discharge, decreased weight gain, increased kidney weight, tubular dilatation of the kidneys, tubular hyaline droplet formation in the kidneys, and lymphoid proliferation. Therefore the systemic LOAEL is 100 ppm (equal to 11.96 mg/kg-day for males; 16.03 mg/kg-day for females). The NOAEL for systemic toxicity was determined to be 30 ppm (equal to 3.56 mg/kg-day for males; 4.78 mg/kg-day for females). Diquat dibromide was not carcinogenic in male or female CD-1 mice (USEPA 2001e).

The database for carcinogenicity is considered complete. The carcinogenic potential of diquat dibromide was classified as Category E (evidence of noncarcinogenicity for humans) based on a lack of evidence of carcinogenicity in studies with two species, rat and mouse (USEPA 2001e).

### *Developmental Toxicity*

In a developmental toxicity study (MRID No. 41198902), diquat dibromide was administered by gavage to female Wistar rats at dose levels of 0, 4, 12, or 40 mg/kg-day (as diquat cation) on days 7 through 16 of gestation. The LDT of 4 mg/kg-day was associated with decreased maternal weight gain and food consumption. The maternal LOAEL is <4 mg/kg-day and the NOAEL for maternal toxicity is not established. Developmental effects, characterized as significantly lower fetal BWs, increased incidence of a hemorrhagic kidney, and skeletal variations exhibited as incompletely ossified and unossified sternal centra and reduced fetal ossification sites for caudal vertebrae, were observed at 40 mg/kg-day, the HDT. The developmental LOAEL is 40 mg/kg-day, based on decreased fetal BWs and skeletal variations. The developmental NOAEL is 12 mg/kg-day (USEPA 2001e).

In another developmental toxicity study (MRID No. 41198901), diquat dibromide was administered by gavage to female New Zealand White rabbits at dose levels of 0, 1, 3, or 10 mg/kg-day (as diquat cation) on days 7 through 19 of gestation. The maternal LOAEL is 3 mg/kg-day, based on decreased maternal weight gain and food consumption. The maternal NOAEL is 1 mg/kg-day. Developmental effects occurred only in the high dose group, characterized as increases in the incidence of friable livers, mottled livers, partially ossified ventral tubercle of cervical vertebrae, and partially ossified and unossified sternebra. The developmental LOAEL is 10 mg/kg-day (the highest dose tested [HDT]), and the developmental NOAEL is 3 mg/kg-day (USEPA 2001e).

In a third developmental toxicity study (MRID No. 00061637), diquat dibromide was administered by gavage to female Alderley Park strain SPF albino mice at dose levels of 0, 1, 2, and 4 mg/kg-day (as diquat cation) on days 6 through 15 of gestation. The maternal LOAEL is 2 mg/kg-day, based on effects including a decreased maternal weight gain, piloerection, dyspnea, respiratory noise, and abnormal posture. The maternal NOAEL is 1 mg/kg-day. Developmental effects occurred only in the high dose group, characterized as

BLM_0000781

decreased fetal BW and increases in the incidence of skeletal alterations. The developmental LOAEL is 4 mg/kg-day (the HDT), and the developmental NOAEL is 2 mg/kg-day (USEPA 2001e).

### Reproductive Toxicity

In a 2-generation reproduction study (MRID No. 41531301), diquat dibromide was administered continuously in the diet to Wistar rats at dose levels of 0, 16, 80, or 400/240 ppm (as diquat cation). Because adverse effects were seen in the F1 animals (i.e., the first generation animals), the high dose for the F0 animals (i.e., the parents) was reduced from 400 ppm to 240 ppm 4 weeks after selection. There were no treatment-related deaths. Parental toxicity was observed in both generations, mostly at the high-dose level, as increased incidences of clinical signs, ophthalmoscopic signs, decreased body-weight gains and decrease food consumption during the premating period. Ophthalmoscopic examination revealed partial/total cataracts at the high-dose level in both sexes and both generations following the premating dosing periods. At the high-dose level in both generations and both sexes, the incidence of partial and/or total cataract increased with time.

The systemic LOAEL is 4 mg/kg-day (80 ppm) based on decreased BW gain, decreased food consumption, and increased incidences of eye opacity, lenticular cataracts, and iritis. The systemic NOAEL is 0.8 mg/kg-day (16 ppm). The reproductive LOAEL is 400/240 ppm (20/12 mg/kg-day), based on a decreased number of live pups per litter and decreased pup BW gain. The reproductive NOAEL is 4 mg/kg-day (80 ppm; USEPA 2001e).

### Neurotoxicity

In an acute neurotoxicity study (MRID No. 42666801), technical diquat dibromide was administered by gavage to Sprague-Dawley rats at dose levels of 0, 25, 75, or 150 mg/kg (as diquat cation). Diquat dibromide had no definite impact on neurotoxic responses in functional observational battery and motor activity measurements at 6 hours after dosing and on days 8 and 15. Clinical evidence of neurotoxicity included increased incidence of diarrhea and nasal staining in females in the 75 mg/kg group. Females in the 150 mg/kg group showed additional effects of piloerection, upward curvature of the spine, hunched posture, and tip toe gait. The systemic NOAEL is 75 mg/kg, based on clinical signs and decreased body-weight gain at the systemic LOAEL of 150 mg/kg (USEPA 2001e).

In a subchronic neurotoxicity study (MRID No. 42616101), technical diquat dibromide was administered in the diet to Alpk:APfSD rats at dose levels of 0, 20, 100, or 400 ppm for 13 weeks. Treatment-related toxic effects observed in the 400 ppm group included decreased BWs, decreased BW gain, decreased food utilization, incidence of total cataracts, and posterior opacities of the lens. There was no evidence of neurotoxicity. The NOAEL for neurotoxicity is 400 ppm (32.4 mg/kg-day for males, 38.5 mg/kg-day for females), the HDT. The systemic NOAEL is 100 ppm (8.0 mg/kg-day for males, 9.5 mg/kg-day for females), based on cataracts, decreased body-weight gain, and food utilization at the systemic LOAEL for this study of 400 ppm (32.4 mg/kg-day for males, 38.5 mg/kg-day for females; USEPA 2001e).

### Mutagenicity

Diquat dibromide was found to be negative for mutagenic potential in several assays. These included microbial gene mutation assays (Ames assays using five strains of *Salmonella typhimurium* and one strain of *Escherichia coli*; MRID No. 40323103), two structural chromosome aberration tests, an *in vivo* mouse bone marrow micronucleus assay (MRID No. 40323104), an *in vivo* dominant lethal assay in mice (MRID No. 00061636), and assays of other genotoxic effects (e.g., unscheduled DNA synthesis in rat hepatocytes *in vitro*; MRID No. 40323107).

Diquat dibromide was positive in one gene mutation test (*in vitro* mouse lymphoma cell assay; MRID No. 40323101), in one chromosome aberration test (*in vitro* human blood lymphocytes from one male and one female donor; MRID No. 40323106; USEPA 1995), and in an *in vitro* genotoxicity assay. However, the response was generally weak and was observed at cytotoxic levels (levels that are toxic to the cell; USEPA 2001e).

### Metabolism

In a rat metabolism study (MRID No. 0055107), [$^{14}$C]-labeled diquat dibromide was administered to rats. Ninety percent of the orally administered dose was eliminated in feces indicating poor gastrointestinal absorption. In addition, rats injected subcutaneously with [$^{14}$C]-diquat dibromide excreted nearly all of the labeled material in the urine within 2 days (USEPA 2001e).

Following a single oral dose of 60 mg/kg (in the form of the diquat cation) of [$^{14}$C]-diquat dibromide, only 5% of

BLM_0000782

HUMAN HEALTH RISK ASSESSMENT

the radioactivity was recovered in the urine within 7 days (MRID No. 00065592). Whole body autoradiography indicated that diquat dibromide was initially concentrated in the cartilaginous tissues, liver, and bladder. After 24 hours, the only radioactivity detected was in the bladder and intestines. Feeding 250 mg/kg (as the diquat cation) of unlabeled diquat dibromide to rats for 2, 4, or 8 weeks resulted in no accumulation of diquat dibromide in tissues including brain, liver, lung, stomach, small and large intestines, muscle, and blood. The kidneys retained 0.18 to 1.17 ppm of diquat dibromide for 2 to 8 weeks (USEPA 1995).

Labeled [$^{14}$C]-diquat dibromide was administered to rats by stomach tube or by subcutaneous injection (doses not specified) for 4 days (MRID No. 00065593). The rats excreted 6.3% of the orally administered diquat dibromide in urine and 89.3% in feces within 4 days, most during the first 48 hours (5.3% was unmetabolized diquat and 1% was diquat monopyridone, diquat dipyridone, and unidentified metabolites). Of the radioactivity in the sulfuric acid-extractable fraction (65.5%), 57.1% was unmetabolized diquat, 4.3% was diquat monopyridone, and 4.1% represented unidentified metabolites. Following subcutaneous administration, 87.1% of the dose was recovered in the urine within 4 days (5% within 24 hours), and 78.8% of the radioactivity was unmetabolized diquat. The amounts of other metabolites were not reported (USEPA 1995).

**Fluridone**

Fluridone is a systemic herbicide used to manage aquatic vegetation on ponds, lakes, reservoirs, canals, and rivers. Fluridone is absorbed from the water by the shoots of submerged plants and from the hydrosoil by the roots of aquatic vascular plants. It acts by inhibiting the synthesis of carotenoid pigments that protect chlorophyll from photodegradation. In the absence of the colored carotenoid beta-carotene, chlorophyll is destroyed and chloroplasts are disrupted in the sunlight, causing cellular bleeding. Affected plants become white or chlorotic at growing points and slowly die (Bartels and Watson 1978 *cited in* McLaren/Hart 1995, USEPA 1986a).

*Acute Toxicity*

Table B-2 lists the toxicity categories for fluridone (technical). The USEPA (1986a) reported that technical grade fluridone is in Toxicity Category IV (very slight) for acute oral exposure in the rat. This is supported by

oral LD$_{50}$ values of more than 10,000 mg/kg for both the rat and the mouse (Elanco 1981 *cited in* McLaren/Hart 1995, SePRO 2002).

A dermal LD$_{50}$ of greater than 500 mg/kg with no skin irritation was originally reported for rabbits exposed to technical fluridone (USEPA 1986b), but an LD$_{50}$ value of greater than 2,000 mg/kg was later reported (USEPA 1988 *cited in* Massachusetts Department of Environmental Management/Massachusetts Department of Environmental Protection ((MA DEM/MA DEP) 2003). SePRO (2002) cites an LD$_{50}$ of more than 5,000 mg/kg with no signs of systemic toxicity for the rabbit. The more recently reported values place fluridone in Category III (slight) for acute dermal effects.

The USEPA reported that fluridone is moderately toxic through acute inhalation exposure, equivalent to Toxicity Category II (USEPA 1986a). However, LC$_{50}$ values for rats exposed to technical fluridone at concentrations of 2.13 mg/L (1 hour exposure) and 4.12 mg/L (4 hour exposure; USEPA 1986b and SePRO 2002), indicate that fluridone is in Category III (slight) for acute inhalation effects.

Eye irritation has been demonstrated as moderate to severe in rabbits with effects including redness, corneal dullness, and conjunctivitis, placing fluridone in Category II (USEPA 1986a, USEPA 1988 *cited in* MA DEM/MA DEP 2003). However, the manufacturer states that ocular irritation was not persistent and resulted primarily from the abrasive nature of the technical material, therefore fluridone should be in Category IV (slight) for eye irritation effects (SePRO 2002). Fluridone was found to be neither irritating nor a sensitizer to rabbit skin at 2,000 mg/kg (USEPA 1988 *cited in* MA DEM/MA DEP 2003), thus placing fluridone in Category IV for primary skin irritation, and designating fluridone as not a skin sensitizer.

*Subchronic Toxicity*

In a subchronic feeding study, rats were fed a test diet containing technical fluridone at a range of dose levels including 0, 330, and 1,400 ppm for a period of 90 days (MRID No. 00135208; USEPA 1986b, USEPA 1988 *cited in* MA DEM/MA DEP 2003). Effects observed at the 1,400 ppm level included increased liver and kidney weights as well as histological identification of liver centrilobular hypertrophy (USEPA 1986b). A NOAEL of 30 mg/kg-day is reported in USEPA (1988 *cited in* MA DEM/MA DEP 2003), based on increased liver weights at the 166 mg/kg-day level and no treatment-related effects at the 330 ppm level. A NOAEL of 53

BLM_0000783

mg/kg-day is cited in McLaren/Hart (1995) and referenced to the New York State Department of Health (NYSDOH 1986), but no information on the derivation of the NOAEL is provided. The USEPA (2002a) does not cite a NOAEL for this study, but reports a LOAEL of 166 mg/kg-day based on increased liver weights at the lowest dose tested (LDT).

In a subchronic feeding study, mice were dosed with fluridone at a range of levels including 0, 62, and 560 ppm in the diet for 90 days (USEPA 1986b, USEPA 1988 *cited in* MA DEM/MA DEP 2003). Effects observed at the 560 ppm level included histological identification of liver centrilobular hypertrophy (USEPA 1986b). Morphological changes in the liver and an increase in absolute liver weight in males at a fluridone concentration of 0.033% are reported in USEPA (1988 *cited in* MA DEM/MA DEP 2003). Partial enlargement of livers was observed at the 16.5 mg/kg-day level and no treatment-related effects at the 62 ppm level. A NOAEL of 9.3 mg/kg-day is cited in McLaren/Hart (1995) and referenced to NYSDOH (1986), but no information on the derivation of the NOAEL is provided. The USEPA (2002a) does not cite this study.

In a subchronic feeding study in dogs, fluridone was administered in the diet at a range of dose levels up to 200 mg/kg-day for 90 days (MRID No. 0082234). A NOAEL of 200 mg/kg-day is based on the observation of no treatment-related effects at the HDT (Elanco 1978a as *cited in* USEPA 2002a).

In a subchronic dermal toxicity study, fluridone was applied to rabbit skin at doses including 0, 192, 384, and 768 mg/kg-day for 21 days (MRID No. 00070933). An increase in organ weight was noted at 384 mg/kg-day. The NOAEL for systemic effects was determined to be the HDT of 768 mg/kg-day, since no systemic effects were noted at any dose. A NOAEL for dermal effects was not determined since dose-dependent skin irritation was observed at all doses (USEPA 1988 *cited in* MA DEM/MA DEP 2003; SePRO 2002).

### *Chronic Toxicity/Carcinogenicity*

In a combined chronic toxicity/carcinogenicity study in rats, male and female Fischer rats were fed test diets containing technical fluridone at dietary concentrations of 0, 200, 650, or 2,000 ppm (0, 8, 25, or 81 mg/kg-day) for a period of 104 weeks (MRID Nos. 00103251, 00103305). Treatment-related effects observed at 650 ppm included glomerulonephritis, atrophic testes, eye keratitis, and decreased BW and organ weights. The

NOAEL for systemic toxicity was set at 200 ppm (equal to 8 mg/kg-day). There was no evidence of oncogenic potential of fluridone at any dose levels tested (USEPA 2002a).

In a combined chronic toxicity/carcinogenicity study in mice, mice were administered fluridone concentrations in the diet including 0, 100, and 330 ppm for 104 weeks (MRID Nos. 00103252, 00103305). According to USEPA (1988 *cited in* MA DEM/MA DEP 2003), there was a dose-dependent increase in alkaline phosphatase in males exposed at the HDT of 330 ppm. No other toxic effects or lesions are reported at any other doses. The clinical NOAEL is equal to the HDT as evidenced by no deaths, no obvious toxic effects, and no histopathological lesions. McLaren/Hart (1995) reports a NOAEL for systemic toxicity of 11.6 mg/kg-day from this study (NYSDOH 1986). A NOAEL of 15 mg/kg-day (equal to 100 ppm) is reported by USEPA (2002a). There was no evidence of oncogenic potential of fluridone at any of the dose levels tested.

In a 1-year chronic feeding study in which dogs were administered fluridone by capsule in food, several effects including weight loss, increased liver weight, and increased levels of alkaline phosphatase were reported at a dose level of 150 mg/kg-day (MRID No. 00103336); a NOAEL of 75 mg/kg-day was extrapolated from this study (USEPA 1988 *cited in* MA DEM/MA DEP 2003, USEPA 2002a).

### *Developmental Toxicity*

In an initial developmental toxicity study in which rats were exposed to up to 200 mg/kg-day of fluridone, no developmental effects were observed at any of the levels tested. However, the study was not useful for regulatory purposes because no maternal toxicity or fetotoxicity was seen at the HDT (200 mg/kg-day); therefore, the USEPA requested that a second study be conducted (USEPA 1986a).

In a subsequent rat developmental toxicity study, rats (second species) were administered fluridone by oral gavage in doses of 0, 100, 300, or 1,000 mg/kg-day (MRID No. 00159963). At 300 mg/kg-day there was a decrease in maternal BW, and a maternal NOAEL of 100 mg/kg-day was established. At 1,000 mg/kg-day fetal weight loss and delayed ossification were noted; therefore the NOAEL for developmental effects was established at 300 mg/kg-day. Teratogenic effects (skeletal abnormalities in the fetus) were not observed in any dose group, so a teratogenic NOAEL of 1,000

BLM_0000784

mg/kg-day was established at the HDT (USEPA 1988 *cited in* MA DEM/MA DEP 2003, USEPA 2002a).

In a pilot developmental toxicity study, rabbits were exposed to fluridone doses of 0, 250, 500, 750, or 1,000 mg/kg-day. A maternal NOAEL of 500 mg/kg-day (based on effects on the mother) was identified resulting from maternal weight loss at the 750 mg/kg-day dose level. Fetal resorptions occurred in the 500 mg/kg-day dose group, and consequently the developmental NOAEL (based on effects on the offspring) in this study was set at 250 mg/kg-day (USEPA 1988 *cited in* MA DEM/MA DEP 2003).

In a separate developmental toxicity study, rabbits were exposed to 0, 125, 300, or 750 mg/kg-day of fluridone during gestation (MRID No. 00103302 [USEPA 2002a], MRID No. 00263157 [USEPA 2003a]). Effects including maternal weight loss and abortion were noted at the 300 mg/kg-day dose level. Therefore, the maternal NOAEL for this study was set at 125 mg/kg-day. Teratogenic effects were not observed at any dose, so the NOAEL for teratogenic effects is the HDT, or 750 mg/kg-day (USEPA 1988 *cited in* MA DEM/MA DEP 2003; USEPA 2002a).

### Reproductive Toxicity

In a 3-generation reproduction study, technical fluridone was administered continuously in the diet to rats at dose levels of 0, 650, and 2,000 ppm (MRID No. 00103304). Since no maternal or teratogenic effects were observed at the HDT of 2,000 ppm, the maternal and teratogenic NOAEL is 2,000 ppm (100 mg/kg-day). The developmental NOAEL is 650 ppm (32.5 mg/kg-day), based on decreased pup weight reported at the 100 mg/kg-day level (USEPA 2002a).

### Neurotoxicity

Studies of fluridone neurotoxicity were not identified. No clinical signs of neurotoxicity or neuropathology were reported in any of the chronic or reproductive toxicity studies conducted.

### Mutagenicity

Mutagenicity assays submitted for fluridone do not indicate potential for genotoxicity, gene mutation, or structural chromosomal aberration (USEPA 1986a). Fluridone was found to be negative for mutagenic potential in four assays: fluridone did not induce bacterial mutations in the Ames assay at the highest tested concentration of 1,000 ppm; a fluridone

intraperitoneal dose of 500 mg/kg did not induce sister chromatid exchange in Chinese hamster bone marrow cells; fluridone did not promote unscheduled DNA synthesis in rat hepatocytes when tested at a concentration of 300 ppm; and a single oral dose of 2,000 mg/kg did not cause dominant lethal mutations in male rats (USEPA 1988 *cited in* MA DEM/MA DEP 2003; SePRO 2002).

### Metabolism

The residue of concern in drinking water is the parent compound fluridone (USEPA 1986a). The primary metabolite of fluridone in fish is Metabolite II[1]. Metabolite II was identified as the major metabolite in laboratory hydrosoil studies. N-methyl formamide (NMF) was identified as a photolytic breakdown product in a laboratory study cited in McLaren/Hart (1995). Scientists were concerned with NMF being produced by the breakdown of fluridone since NMF has been shown to be teratogenic in rabbits at high doses and can penetrate human skin; however, NMF has not been identified in the natural environment (McLaren/Hart 1995).

Absorption/excretion studies in rats indicate that a single oral dose of fluridone is rapidly absorbed, extensively metabolized and primarily excreted in the feces. The dose was excreted in 72 hours. More than 80% was excreted in the feces and a trace was excreted in the urine (Arnold 1979 *cited in* McLaren/Hart 1995).

## Imazapic

Imazapic is a member of the imidazolinone class of herbicides that selectively inhibit acetohydroxyacid synthetase, an enzyme in certain plant's biosynthetic pathway of three amino acids–valine, leucine, and isoleucine. In contrast to plants, mammals do not possess the pathway to synthesize these three amino acids, and therefore are not susceptible to the primary effect pathway of imazapic (USEPA 2001a).

### Acute Toxicity

Table B-2 lists the toxicity categories for imazapic. Imazapic results in low acute toxicity by oral, dermal, and inhalation routes of exposure, as well as eye and skin irritation (all studies are in Toxicity Category III or

---

[1] 1-methyl-3-(4-hydroxyphenyl)-5-[3-(trifluoromethyl)phenyl]-4(1H)-pyridinone

BLM_0000785

IV). Imazapic is not a dermal sensitizer (USEPA 2001a).

### Subchronic Toxicity

A 21-day dermal toxicity study in rabbits was conducted (MRID No. 42711420) where imazapic was applied to the clipped backs of New Zealand albino rabbits at targeted doses of 0, 250, 500, or 1,000 mg/kg-day for 6 hours per day, 5 days per week, for 3 weeks. There were no systemic or developmental effects observed up to the HDT (1,000 mg/kg-day), therefore a toxicity endpoint was not selected from this study (USEPA 2001a).

### Chronic Toxicity/Carcinogenicity

In a 24-month combined chronic feeding and carcinogenicity study (MRID No. 43320307), imazapic was administered in the diet to groups of 65 male and 65 female Sprague-Dawley strain rats at doses of 0, 5,000, 10,000 or 20,000 ppm. At the highest dose level tested (20,000 ppm), no treatment-related effects were observed. Also, no treatment-related increase in tumors of any kind was observed at any dose level. The NOAEL in this study for both male and female rats is the HDT, 20,000 ppm (1,029 mg/kg-day for males and 1,237 mg/kg-day for females). A LOAEL was not determined.

In an 18-month chronic feeding/carcinogenicity study (MRID No. 43320306), imazapic was administered in the diet to groups of 65 male and 65 female CD-1 strain mice at dose levels of 0, 1,750, 3,500 or 7,000 ppm. At the highest dose level tested (7,000 ppm, the HDT), no treatment-related effects were observed in either male or female mice. Statistically significant decreases in high- and mid-dose male BWs during the first 26 weeks of the study were not convincing indicators of toxicity because the decreases were small, were noted even before initiation of treatment, and were not dose-related. No treatment-related increase in tumors of any kind was observed in either male or female mice at any dose level. The NOAEL in this study for both male and female mice is 7,000 ppm (1,134 mg/kg-day for males and 1,442 mg/kg-day for females). A LOAEL was not determined (USEPA 2001a).

### Developmental Toxicity

In a developmental toxicity study (MRID No. 42711422), groups of 25 impregnated Sprague-Dawley rats were administered imazapic via gavage at daily doses of 0, 250, 500 or 1,000 mg/kg-day on gestational days 6 through 15. There were no treatment-related effects on mortality, abortions, clinical signs, BW, BW gain, food consumption, or Caesarian section parameters at any of the doses, including 1,000 mg/kg-day. Therefore, the maternal NOAEL is 1,000 mg/kg-day, and the maternal LOAEL is greater than 1,000 mg/kg-day. There were no treatment-related effects on resorptions, pre- and post-implantation losses, fetal BW and sex ratio, or external, visceral, and skeletal malformations and anomalies. Therefore, the developmental NOAEL is 1,000 mg/kg-day, and the developmental LOAEL is greater than 1,000 mg/kg-day.

In a developmental toxicity study (MRID No. 42711423), groups of 20 impregnated New Zealand White rabbits were administered imazapic via gavage during gestation days 7 through 19 at daily doses of 0, 175, 350, 500, or 700 mg/kg-day. The occurrence of only seven litters at 700 mg/kg-day precluded a meaningful evaluation of developmental findings at this dose, therefore this dose was not considered further in the study. The LOAEL for maternal toxicity is 500 mg/kg-day based on decreased BW gain and food consumption during the dosing period. The NOAEL for maternal toxicity is 350 mg/kg-day. Although there was an increase in fetal incidences of rudimentary ribs, the study authors concluded that these effects are not related to the treatment. Therefore, the NOAEL for developmental toxicity was set at 500 mg/kg-day, and the LOAEL for developmental toxicity is greater than 500 mg/kg-day (USEPA 2001a).

### Reproductive Toxicity

In a 2-generation rat reproduction study (MRID No. 43320305), imazapic was administered by diet to two groups of 30 per sex Sprague-Dawley rats at levels of 0, 5,000, 10,000, or 20,000 ppm. There were no compound-related effects in any parameter evaluated in either male or female parental animals or offspring of the first or second generation. Therefore, the parental, reproductive, and offspring NOAELs are 20,000 ppm, and the LOAELs are greater than 20,000 ppm (USEPA 2001a).

### Neurotoxicity

There are no neurotoxicity studies in rats or hens (which are a common test species for neurotoxic effects), and there were no neurotoxic clinical signs or histopathology observed in any of the other toxicity studies with imazapic (USEPA 2001a).

BLM_0000786

HUMAN HEALTH RISK ASSESSMENT

### Mutagenicity

Imazapic was found to be negative in the following mutation assays: a reverse gene mutation assay using *Salmonella* strains (MRID No. 42711424); a chromosome aberration assay in Chinese hamster ovary cells (MRID No. 42711427); a forward mutation assay in Chinese hamster ovary cells (MRID No. 42711425); and a rat bone marrow/chromosomal aberration assay (MRID No. 42711426; USEPA 2001a).

### Metabolism

A rat metabolism study demonstrated that only the unchanged parent compound was detected in the urine, which was the major route of excretion. These results indicated that imazapic was not metabolized to other compounds. There was no evidence of bioaccumulation of imazapic in tissues (USEPA 2001a).

### Sulfometuron Methyl

Sulfometuron methyl is a non-selective, sulfonyl urea herbicide used mainly to control the growth of broadleaf weeds and grasses. The mode of action for the sulfonyl urea class is the inhibition of the synthesis of essential amino acids (Syracuse Environmental Research Associates [SERA] 1998).

### Acute Toxicity

The USEPA has not developed acute toxicity categories for sulfometuron methyl (USEPA 2003b). Acute oral exposure to sulfometuron methyl results in a low order of toxicity. Neither mortality nor overt signs of toxicity were observed in rats given single oral doses of up to 17,000 mg/kg (Trivits 1979 *cited in* SERA 1998, Dashiell and Hall 1980, Dashiell and Hinckle 1980). The acute dermal toxicity of the compound is also low. The $LD_{50}$ values for exposure through the skin ranges from over 2,000 mg/kg in female rabbits to over 8,000 mg/kg in male rabbits (USEPA 1990 *cited in* Extoxnet 1996b). The technical compound, Oust®, is not a skin irritant or skin sensitizer (USEPA 1990 *cited in* Extoxnet 1996b), but it has mild eye irritant properties in rabbits (Fletcher et al. 1993 *cited in* Extoxnet 1996b). The acute inhalation $LC_{50}$ is above 5.3 mg/L in rats, indicating its slightly toxic nature by this route (Weed Science Society of America 1994 *cited in* Extoxnet 1996b).

### Subchronic Toxicity

The most common signs of toxicity from sulfometuron methyl involve hemolytic anemia and decreased BW gain (SERA 1998). In one subchronic study, 3,400 mg/kg-day sulfometuron methyl was administered to six rats for 14 days (Hinckle 1979 *cited in* SERA 1998), and the investigators observed reduced testicular size in one rat and mild testicular lesions in another. No such effects were observed in any of the six control rats.

### Chronic Toxicity/Carcinogenicity

Several toxic effects have been noted with chronic exposure to sulfometuron methyl in test animals. At doses of 25 mg/kg-day, dogs experienced reduced red blood cell counts and increased liver weight (Wood and O'Neal 1983 *cited in* Extoxnet 1996b). In this study, dogs were fed the compound in their food for a year. In a 2-year feeding study on rats, no effects were noted below 7.5 mg/kg-day (USEPA 1990 *cited in* Extoxnet 1996b).

In chronic bioassays conducted in mice (Summers 1990 *cited in* SERA 1998) and rats (Mullin 1984 *cited in* SERA 1998), toxicity was indicated by hematological changes in the high dose groups of both studies. Carcinogenicity was not demonstrated in either study.

### Developmental Toxicity

Two teratogenicity studies were conducted in which rabbits were exposed to sulfometuron methyl by gavage. The study by Hoberman et al. (1981 *cited in* SERA 1998) involved relatively high dose levels (100 to 1,000 mg/kg BW), while the study by Serota et al. (1981 *cited in* SERA 1998) involved dose levels of 30 to 300 mg/kg BW. In the Hoberman et al. (1981) study, signs of maternal toxicity, including death in some female parents, were apparent at all dose levels. Possible spontaneous abortions were noted at doses of 300 mg/kg or greater. In the lower dose study by Serota et al. (1981), there were no signs of toxicity in the dams or offspring. Nonetheless, the investigators observed an increased number of fetuses with anomalies as well as an increase in the proportion of fetal anomalies per litter, compared with controls (SERA 1998).

### Reproductive Toxicity

There are three reproduction studies involving dietary exposure of rats to sulfometuron methyl (Wood et al. 1980; Lu 1981; Mullin 1984 *cited in* SERA 1998). Decreases in maternal BW gain associated with

BLM_0000787

decreased food consumption and hematological changes were the most common effects observed in these studies. Dietary levels of 5,000 ppm were associated with changes in developmental parameters, including decreased fetal weight (Lu 1981) and a decreased number of pups in the F1 and F2 generations (Mullin 1984). In addition to these effects, mean absolute brain weights decreased significantly in male rats (Mullin 1984).

### Neurotoxicity

Specific neurotoxicity studies are not available in the database (SERA 1998).

### Mutagenicity

Sulfometuron methyl did not show mutagenic activity in assays of *Salmonella typhimurium* strains TA 1535, TA 1537, TA 98 and TA100 (Taylor 1979 *cited in* SERA 1998) and of Chinese hamster ovary cells (Krahn and Fitzpatrick 1981 *cited in* SERA 1998). Sulfometuron methyl did not induce chromosomal damage in Chinese hamster ovary cells (Galloway 1981 *cited in* SERA 1998) or unscheduled DNA synthesis in rat hepatocytes (Ford 1982 *cited in* SERA 1998).

### Metabolism

In both mammals and bacteria, sulfometuron methyl is degraded by cleavage of the sulfonyl urea bridge to form sulfonamide and a dimethyl pyrimidine urea or pyrimidine amine. Sulfonamide may be further degraded by demethylation to the free benzoic acid which, in turn, may undergo a condensation reaction to form saccharin. At least in bacteria, the pyrimidine metabolites may be degraded further to hydroxypyrimidine amine and pyrimidine-ol. Although data regarding mammalian metabolism of sulfometuron methyl are limited, there is an apparent qualitative difference between mammalian and microbial metabolism that involves changes to sulfometuron methyl prior to cleavage of the sulfonyl urea bridge. In mammals, the major metabolic route seems to involve hydroxylation of a methyl group on the pyrimidine ring (Koeppe and Mucha 1991 *cited in* SERA 1998); in bacteria, the major metabolic pathway seems to involve demethylation of the methyl ester group on the benzoate ring (Monson and Hoffman 1990 *cited in* SERA 1998).

# Dose-response Assessment

The purpose of the dose-response assessment is to identify the types of adverse health effects a chemical may potentially cause and to define the relationship between the dose of a chemical and the likelihood or magnitude of an adverse effect (response). The dose-response assessment identifies quantitative or numerical dose-response values that are used in risk calculations to derive risk estimates. The dose-response values used in the HHRA were developed by the USEPA.

Adverse effects are defined by the USEPA as either potentially carcinogenic or noncarcinogenic (i.e., potential effects other than cancer). Dose-response values for these types of effects are defined by the USEPA. None of the six herbicides evaluated in this HHRA are designated as potential carcinogens by the USEPA; therefore, this toxicity assessment focuses on noncarcinogenic effects.

## Types of Dose-response Values

Under USEPA OPP guidance (USEPA 2000a), noncarcinogenic effects are evaluated differently depending on whether the assessment is of a dietary or non-dietary (occupational or residential) exposure, as described below.

### Dietary Assessment

For noncarcinogenic effects, toxicity is represented by a Population Adjusted Dose (PAD) and may be calculated for acute effects (i.e., acute PAD) or chronic effects (i.e., chronic PAD). A PAD is an acute or chronic reference dose (RfD) divided by the Food Quality Protection Act (FQPA) Safety Factor (SF). Both the RfD and the FQPA are discussed below.

Under the provisions of the FQPA of 1996, the USEPA is directed to consider aggregate exposure, cumulative risk, and additional sensitivity of infants and children. The FQPA SF is applied to pesticides that exhibit threshold effects to "take into account potential pre- and post-natal toxicity and completeness of the data with respect to exposure and toxicity to infants and children." In applying the factor, the agency takes into account information on the toxicity of the pesticide as well as the completeness of the toxicity and exposure databases. Generally, FQPA SFs range from 1 to 10.

Reference doses are derived by identifying a NOAEL, which is obtained from the acute or chronic toxicity studies, and dividing the NOAEL by the appropriate uncertainty factors (UFs). The NOAEL is typically derived from animal studies where animals are dosed with different amounts of the pesticide. Typically for pesticides, a 10-fold factor is applied to account for

BLM_0000788

HUMAN HEALTH RISK ASSESSMENT

variation within the human population (intraspecies), and an additional 10-fold factor is applied to account for the differences between humans and animals (interspecies). The following equations show the definitions of PAD and RfD:

$$PAD = \frac{RfD}{FQPA \ Safety \ Factor}$$

where

$$RfD = \frac{NOAEL}{Uncertainty \ Factors}$$

In the acute PAD calculation, the acute RfD and the NOAEL obtained from an acute toxicity study are used in the equation. For the chronic PAD calculation, the chronic RfD and the NOAEL obtained from a chronic study are used (USEPA 2000a).

The dietary exposures evaluated in this risk assessment are ingestion of drinking water, berries, and fish for the public receptors.

**Non-dietary (Occupational or Residential) Assessment**

For evaluating noncancer effects for non-dietary exposures, toxicity is represented by the NOAEL. The NOAEL is divided by the intake rate to calculate a Margin of Exposure (MOE). No Observed Adverse Effect Levels are identified for a variety of exposure durations and exposure routes:

- Short-term oral NOAEL
- Intermediate-term oral NOAEL
- Short-term dermal NOAEL
- Intermediate-term dermal NOAEL
- Long-term dermal NOAEL
- Short-term inhalation NOAEL
- Intermediate-term inhalation NOAEL
- Long-term inhalation NOAEL

In the current USEPA OPP program, short term is defined as 1 day to 1 month, intermediate term is defined as 1 to 6 months, and long term is defined as greater than 6 months (USEPA 2001g). In general, NOAELs decrease as exposure time (ET) increases. This is because the dose encountered is a factor of concentration and duration of exposure. A study

conducted by the California EPA's Office of Environmental Health Hazard Assessment (OEHHA) indicates that both concentration and time of exposure contribute to the overall severity of toxic effects. In fact, "Haber's Law" states that the product of the concentration and time of exposure required to produce a specific physiologic effect is equal to a constant level or severity of response (OEHHA 1999). The USEPA has not developed long-term oral NOAELs, since long-term oral exposure is similar to dietary exposure, which is represented by PADs. The short-term and intermediate-term oral NOAELs are used to represent incidental ingestion exposures, such as ingesting water while swimming. NOAELs represent non-dietary exposures and are used to evaluate the occupational receptors and the public receptors for the following scenarios: dermal contact with spray, dermal contact with foliage, dermal contact with water while swimming, and incidental ingestion of water while swimming.

For each of the six herbicides evaluated in this HHRA, the USEPA has developed NOAELs for a limited set of exposure durations and exposure routes. In other words, not all of the NOAELs listed above have been developed for the six herbicides.

The NOAEL divided by the intake results in the MOE. Unless specified otherwise, the target MOE is 100. The target MOE accounts for uncertainties in the NOAEL. Margins of Exposure greater than the target MOE indicate no significant risk. For each of the herbicides, the target MOE is listed along with the dose-response values in Table B-3.

## Available Dose-response Values

For diflufenzopyr, diquat, and imazapic, the USEPA provided documents (such as reports from the Hazard Identification Assessment Review Committee and Health Effects Division) that showed the derivation of various PADs and NOAELs for different exposure routes and time frames (short, intermediate, and long term). At the BLM's request, the USEPA reviewed the available toxicity information for fluridone (USEPA 2003a) and sulfometuron methyl (USEPA 2003b), and developed PADs and NOAELs for oral, dermal, and inhalation exposures. For fluridone, the USEPA did not develop dietary PADs; therefore, a chronic oral RfD listed in USEPA's Integrated Risk Information System (IRIS) database (USEPA 2003c) is used to evaluate chronic dietary exposures for fluridone.

BLM_0000789

Table B-3 shows the USEPA-derived PADs and NOAELs for each of the six herbicides. As shown in Table B-3 and as previously stated, none of these herbicides are considered potential carcinogens. For some of the herbicides, USEPA-derived values were not available for certain exposure routes and time periods. In some cases, these values were not derived because the herbicide had not been found to be toxic through that particular route of exposure (such as dermal NOAELs for diflufenzopyr). In other cases, these values were not derived because the USEPA had determined that the use of the specific herbicide did not indicate a concern for exposure through a specific route (such as a long-term inhalation NOAEL for diflufenzopyr). However, since this risk assessment evaluated both occupational and public exposures through a variety of exposure routes, it was important to have toxicity values for certain exposures and time frames even if these values had not been derived by USEPA. Therefore, if information was available, surrogate toxicity values for certain exposures and time periods were derived in this risk assessment.

**Dicamba**

The USEPA has developed various dose-response values specific to different toxicological endpoints. Table B-3 summarizes the dose-response values for dicamba. As shown here, dicamba and diflufenzopyr are evaluated as separate chemicals, even though they are present in the same herbicide formulations. This is a reasonable approach because dose-response values for the two chemicals are based on different toxicological endpoints. For example, the acute PAD and chronic PAD for dicamba are based on neurological effects and developmental effects, respectively. For diflufenzopyr, on the other hand, the acute PAD and chronic PAD are based on developmental effects and hemolytic effects, respectively. The oral, dermal, and inhalation NOAELs for dicamba are based on developmental effects, whereas the oral and inhalation NOAELs for diflufenzopyr are based on hemolytic effects. Therefore, for the HHRA, dicamba and diflufenzopyr were evaluated separately.

*Dose-response Values for Dietary Exposures*

**Acute Dietary PAD.** An acute PAD of 1.0 mg/kg-day was developed based on an acute neurotoxicity study in rats. The LOAEL for this study was 300 mg/kg-day based on various neurological effects. No NOAEL was identified since this was the LDT. An RfD of 1.0 mg/kg-day was calculated by dividing the LOAEL by a UF of 300. The UF of 300 consists of two factors of 10

to account for interspecies and intraspecies differences. A factor of 3 was included because of the use of a LOAEL rather than a NOAEL. It was determined that a UF of 3 is adequate based on comparison with a rat developmental toxicity study that had similar clinical signs with a LOAEL of 400 mg/kg-day that showed no progression or worsening of the effects after 10 days of treatment (USEPA 2001g).

The USEPA has not developed an FQPA SF for this chemical. However, based on the mild toxicological effects at the LOAEL and the adequacy of developmental toxicity studies that evaluate risks to the offspring, it is assumed that the FQPA SF is 1 and that the acute PAD is the same as the acute RfD of 1.0 mg/kg-day.

**Chronic Dietary PAD.** The USEPA has developed a chronic dietary PAD of 0.45 mg/kg-day. This value was based on a NOAEL of 45 mg/kg-day based on a multi-generation reproduction study in rats. Decreased offspring growth was observed at the LOAEL of 136 mg/kg-day. A chronic RfD was calculated by dividing the chronic NOAEL by a UF of 100 (45 mg/kg-day / 100 = 0.45 mg/kg-day). The FQPA SF is likely to be 1, since this study considers effects on young animals. Therefore, the chronic PAD is equal to the chronic RfD at 0.45 mg/kg-day (USEPA 2001h).

*Dose-response Values for Non-dietary Exposures*

**Oral NOAELs.** The short-term and intermediate-term oral NOAELs are 45 mg/kg-day, based on the multi-generation rat reproduction study on which the chronic PAD is based. The USEPA commented that this study is of the appropriate route and duration of exposure, including short term, since effects were seen on lactation day 21 in the second-generation litters and is protective of infants and children (USEPA 2001h).

**Dermal NOAELs.** The USEPA has identified short-term, intermediate-term, and long-term dermal NOAELs of 45 mg/kg-day based on the multi-generation rat reproduction study on which the chronic PAD is based. The USEPA noted that although a 21-day dermal study was available, showing no systemic toxicity at the HDT of 1,000 mg/kg-day, this dermal study did not assess reproductive and offspring effects. Offspring toxicity in the rat oral multi-generation reproduction study was noted below dosages where parental toxicity was evident. In order to be protective of these effects, the reproduction study was chosen for all time periods of exposure, including short term, since

BLM_0000790

HUMAN HEALTH RISK ASSESSMENT

effects in the offspring were seen on lactation day 21 (USEPA 2001h).

The dermal NOAELs should be used with a dermal absorption factor (DAF) of 15%. The USEPA calculated this DAF by dividing the LOAEL of 150 mg/kg-day in the rabbit oral developmental study by the NOAEL of 1,000 mg/kg-day in the 21-day dermal toxicity rabbit study (150 mg/kg-day / 1,000 mg/kg-day x 100 = 15%; USEPA 2001h).

**Inhalation NOAELs.** The USEPA has identified short-term, intermediate-term, and long-term inhalation NOAELs of 45 mg/kg-day based on the multi-generation rat reproduction study on which the chronic PAD is based. The USEPA states that this study is protective of effects in the offspring. In order to account for effects in the offspring in the absence of any route-specific data, the reproduction study was chosen for all time periods of exposure (USEPA 2001h).

**Target Margin of Exposure.** The target MOE for dicamba for the non-dietary NOAELs is 100 (USEPA 2001h).

**Cancer Dose-response Value.** The USEPA has not developed a cancer slope factor (CSF) for dicamba. The RfD/Peer Review Committee concluded that dicamba should be classified as a Group D carcinogen based on the lack of both rat and mouse bioassays being tested at high enough levels to induce any significant toxicity in the two different species (USEPA 2001h).

**Diflufenzopyr**

The USEPA has developed various dose-response values specific to different toxicological endpoints. Table B-3 summarizes the dose-response values for diflufenzopyr.

### Dose-response Values for Dietary Exposures

**Acute Dietary PAD.** An acute PAD of 1.0 mg/kg-day was calculated for use in evaluating risks from dietary exposures for females 13 to 50 years old. This value was based on an acute dietary NOAEL of 100 mg/kg-day based on a rabbit developmental study. The LOAEL for this study is 300 mg/kg-day based on the occurrence of extra ribs and other skeletal variations in the rabbit developmental study. These effects can occur from a single dose, and females of reproductive age, i.e., 13 to 50 years of age, are the population subgroup of concern. The UF for deriving a human dose-response value is 100. Therefore, the acute RfD is 1.0 mg/kg-day

(100 mg/kg-day / 100). The acute PAD was calculated by dividing the RfD by the FQPA SF. The USEPA has determined that the FQPA SF for diflufenzopyr is 1, indicating that children are unlikely to face higher risks, which is appropriate as the results are based on a developmental study. Therefore, the acute PAD is the same as the acute RfD of 1.0 mg/kg-day (USEPA 2002b).

The USEPA has not developed an acute dietary PAD for the general population, since appropriate studies involving single exposures were not available (USEPA 2002b). The acute PAD for females 13 to 50 years old therefore is used for all receptors.

**Chronic Dietary PAD.** The USEPA has developed a chronic dietary PAD for all populations of 0.26 mg/kg-day. This value was based on a NOAEL of 26 mg/kg-day derived from a 52-week dog feeding study. The LOAEL of 299 mg/kg-day was based on compensated hemolytic anemia in both sexes of dogs. A chronic RfD was calculated by dividing the chronic NOAEL by a UF of 100 (26 mg/kg-day / 100 = 0.26 mg/kg-day). The chronic PAD is also 0.26 mg/kg-day, since the FQPA SF is 1 (USEPA 2002b).

### Dose-response Values for Non-dietary Exposures

**Oral NOAELs.** The USEPA has not derived non-dietary oral NOAELs for diflufenzopyr (USEPA 2002b). However, the USEPA established short- and intermediate-term inhalation NOAELs of 58 mg/kg-day based on a subchronic feeding study in dogs. Inhalation exposure assumes 100% absorption. This same 58 mg/kg-day NOAEL is recommended as the short- and intermediate-term oral NOAEL, since this value was based on a feeding study.

**Dermal NOAELs.** The USEPA has not identified dermal toxicological endpoints of concern, citing no effects at the limit dose of 1,000 mg/kg-day in a 21-day dermal toxicity study in rabbits. Therefore, the USEPA has determined that assessment of risk via the dermal route is not necessary (USEPA 2002b).

**Inhalation NOAELs.** The USEPA has developed a short-term and intermediate-term inhalation NOAEL of 58 mg/kg-day. This value is based on an oral NOAEL of 58 mg/kg-day from a subchronic oral dog study. The inhalation absorption factor (IAF) was assumed to be 100%, therefore the inhalation NOAEL is equal to the oral NOAEL. The LOAEL in this study was 403

BLM_0000791

**TABLE B-3**
**Summary of Toxicological Endpoint Data**

| Parameter | Dicamba | Diflufenzopyr | Diquat | Fluridone | Imazapic | Sulfometuron-Methyl |
|---|---|---|---|---|---|---|
| Acute dietary NOAEL (mg/kg-day) | 300[1] | 100[2] | 75 | NA | NA[3] | NA[3] |
| Uncertainty factor | 300 | 100 | 100 | NA | NA | NA |
| Food Quality Protection Act safety factor | 1 | 1 | 1 | NA | NA | NA |
| Acute population adjusted dose (mg/kg-day)[4] | 1 | 1 | 0.75 | NA | NA | NA |
| Chronic dietary NOAEL  (mg/kg-day) | 45 | 26[5] | 0.5 (0.22)[6] | 8[7] | 137[8] | 5 |
| Uncertainty factor | 100 | 100 | 100 | NA | 300 | 100 |
| Food Quality Protection Act safety factor | 1 | 1 | 1 | NA | 1 | 1 |
| Chronic population adjusted dose (mg/kg-day) (d) | 0.45 | 0.26 | 0.005 (0.0022)[6] | 0.08[9] | 0.5 | 0.05 |
| Short- and intermediate-term oral NOAEL (mg/kg-day) | 45 | **58**[10] | 1 (0.5)[11] | 25 | 350 | 5 |
| Short-term dermal NOAEL (mg/kg-day) | 45[12] | NA[13] | 1[14] | 25 (125)[15] | NA[16] | NA[17] |
| Intermediate-term dermal NOAEL (mg/kg-day) | 45[12] | NA[13] | 0.5[14] | 25[15] | NA[16] | NA[17] |
| Long-term dermal NOAEL (mg/kg-day) | 45[12] | NA[13] | 0.5[14] | 8[7] | 137[18] | NA[17] |
| Short-term inhalation NOAEL (mg/kg-day) | 45 | 58[19] | 0.024 | 125[20] | 350[21] | 5[22] |
| Intermediate-term inhalation NOAEL (mg/kg-day) | 45 | 58[20] | 0.024 | 25[21] | 350[22] | 5[22] |
| Long-term inhalation NOAEL (mg/kg-day) | 45 | 26[23] | 0.024 | 8[7] | 137[24] | 5[22] |
| Target margin of exposure for oral, dermal, inhalation | 100 | 100[25] | 100 | 100[25] | 300/100/300[26] | 100 |
| Cancer slope factor for oral, dermal, inhalation | NA | NA[27] | NA[28] | NA[28] | NA[28] | NA[29] |
| References | USEPA 2001h | USEPA 2002c | USEPA 2001f | USEPA 2003a | USEPA 2001a | USEPA 2003b |

NA = Not applicable according to USEPA risk assessments.
Values in **bold** indicates where surrogate toxicity data have been used that were not provided in the USEPA documents.
Short term is defined as 1 day to 1 month, intermediate term is defined as 1 to 6 months, and long term is defined as over 6 months (USEPA 2001h).

BLM Vegetation Treatment Using Herbicides
Final Programmatic EIS

HUMAN HEALTH RISK ASSESSMENT

**TABLE B-3 (Cont.)**
**Summary of Toxicological Endpoint Data**

[1] This value is a LOAEL based on an oral neurotoxicity study in rats.

[2] Derived for females of reproductive age (13 to 50 years). Based on a rabbit development study showing a LOAEL of 300 mg/kg-day.

[3] An endpoint attributable to a single dose was not identified.

[4] The PAD is the NOAEL divided by the uncertainty factor and the FQPA SF. If the FQPA SF is 1, then the PAD equals the Reference Dose (RfD), which is the NOAEL divided by the uncertainty factor.

[5] Derived for all populations. Based on a dog feeding study showing a LOAEL of 299 mg/kg-day.

[6] The numbers in parentheses are RfDs presented on IRIS (USEPA 2003c).

[7] The long-term dietary NOAEL of 8 mg/kg-day from the combined chronic rat feeding/carcinogenicity study on which USEPA's chronic RfD is based (http://www.epa.gov/iris/subst/0054.htm ) is used as a chronic dietary NOAEL and as a long-term inhalation NOAEL.

[8] Lowest Observed Adverse Effect Level.

[9] Oral RfD value provided in IRIS (USEPA 2003c).

[10] Short- and intermediate-term inhalation NOAELs of 58 mg/kg-day were established by the Health Effects Division (USEPA 2002c) based on a subchronic feeding study in dogs. Therefore, assuming 100% absorption via inhalation, the inhalation NOAEL is used to evaluate the oral route of exposure.

[11] The short-term oral NOAEL is 1 mg/kg-day, and the intermediate-term oral NOAEL is 0.5 mg/kg-day.

[12] This value is modified using a dermal absorption factor (DAF) of 15% in the exposure calculations.

[13] No dermal or systemic toxicity was seen at 1,000 mg/kg-day in a 21-day dermal toxicity study in rabbits.

[14] This value is modified using a DAF of 4.1% in the exposure calculations.

[15] This value is modified using a DAF of 40% in the exposure calculations. The short-term dermal NOAEL is 25 mg/kg-day for children and 125 mg/kg-day for adults.

[16] No systemic toxicity was seen following repeated dermal application at 1,000 mg/kg-day over a 3-week period. Dermal quantification is not required.

[17] No systemic or dermal toxicity was seen following repeated dermal applications of up to 2,000 mg/kg-day to rabbits.

[18] The chronic dietary LOAEL of 137 mg/kg-day is used. The inhalation absorption factor is assumed to be 100%.

[19] Based on a subchronic dog feeding study showing a LOAEL of 403 mg/kg-day and assuming 100% inhalation absorption.

[20] The inhalation absorption factor is 100%.

[21] The short- and intermediate-term oral NOAEL is used—the inhalation absorption factor is assumed to be 100%; therefore, no adjustments are necessary for the exposure calculations.

[22] A 100% inhalation absorption fraction is used for route-to-route extrapolation from oral to inhalation.

[23] Assuming 100% absorption via inhalation, the chronic dietary NOAEL of 26 mg/kg-day was used as the long-term inhalation NOAEL (USEPA 2002c).

[24] The chronic dietary oral LOAEL is 137 mg/kg-day; this value must be modified using a DAF of 50% in the exposure calculations.

[25] Not listed, assumed to be 100.

[26] Target MOEs are 100 for short- and intermediate-term inhalation and short- and intermediate-term oral, and 300 for long-term inhalation and long-term dermal. The target MOE of 300 is necessary because the long-term dermal and inhalation values are LOAELs rather than NOAELs.

[27] Classified as not likely to be a human carcinogen.

[28] Classified as a Group E carcinogen - a chemical for which there is evidence of non-carcinogenicity in humans.

[29] Not yet evaluated by the USEPA, but no evidence of carcinogenicity in either mice or rats.

BLM_0000793

mg/kg-day based on the occurrence of erythroid hyperplasia in the bone marrow, extramedullary hemopoiesis in the liver, and hemosiderin deposits in Kupffer cells.

The USEPA has not developed a long-term inhalation NOAEL stating that, "the use pattern does not indicate a concern for potential exposure via this route. Therefore, this risk assessment is not required" (USEPA 2002b). However, since long-term use was evaluated in this risk assessment, a long-term inhalation NOAEL was derived from available information. The USEPA developed a chronic dietary NOAEL of 26 mg/kg-day based on a 52 week dog feeding study. Making the same assumption about inhalation absorption as made in developing the short- and intermediate-term inhalation NOAELs (i.e., 100%), a long term inhalation NOAEL of 26 mg/kg-day can be derived from the chronic dietary NOAEL. This is consistent with the approach taken for developing inhalation NOAELs for imazapic and sulfometuron methyl.

**Target MOE.** The target MOE for diflufenzopyr for the non-dietary NOAELs is 100.

**Cancer Dose-response Value.** The USEPA has not developed a CSF for diflufenzopyr. In accordance with the *1996 Proposed Guidelines for Carcinogen Risk Assessment* (USEPA 1996), diflufenzopyr was classified as "Not Likely" to be a human carcinogen. This classification is based on the lack of evidence of carcinogenicity in mice and rats when tested at doses that were judged to be adequate to assess carcinogenicity.

**Diquat**

Table B-3 summarizes the dose-response values for diquat dibromide.

### Dose-response Values for Dietary Exposures

**Acute Dietary PAD.** The USEPA has developed an acute PAD of 0.75 mg/kg-day based on an acute neurotoxicity study (MRID No. 42666801). Diquat dibromide was administered to 10 Alpk:ApfSD rats per sex per group via gavage at single dose levels of 0, 25, 75, or 150 mg/kg. The systemic NOAEL is 75 mg/kg, based on clinical signs and decreased body-weight gains at the systemic LOAEL of 150 mg/kg. The UF for deriving a human dose-response value is 100 (10 to account for interspecies differences, and 10 to account for intraspecies differences). Therefore, the acute RfD is 0.75 mg/kg-day (75 mg/kg-day / 100). The acute PAD

was calculated by dividing the RfD by the FQPA SF. The USEPA has determined that the FQPA SF for diquat is 1, indicating that children are unlikely to face higher risks. Therefore, the acute PAD is the same as the acute RfD of 0.75 mg/kg-day (USEPA 2001f).

**Chronic Dietary PAD.** The USEPA has developed a chronic dietary PAD for all populations of 0.005 mg/kg-day. This value was based on a NOAEL of 0.5 mg/kg-day derived from a 52-week dog feeding study (MRID No. 41730301). The dose levels were 0, 0.5, 2.5, and 12.5 mg/kg-day. The LOAEL of 2.5 mg/kg-day was based on cataracts in females and decreased weights of the adrenals and epididymides in males. A chronic PAD was calculated by dividing the chronic NOAEL by an UF of 100 (0.5 mg/kg-day / 100 = 0.005 mg/kg-day). The HED Committee determined that an UF of 100 is adequate for the protection of infants and children from exposure to diquat dibromide. Therefore, because the FQPA SF is 1, the chronic PAD is 0.005 mg/kg-day (USEPA 2001f).

### Dose-response Values for Non-dietary Exposures

**Oral NOAELs.** The USEPA has derived separate short- and intermediate-term oral NOAELs for diquat dibromide (USEPA 2001f). The short-term oral NOAEL of 1 mg/kg-day is based on a developmental toxicity study in rabbits (MRID No. 41198901). Pregnant New Zealand White rabbits were administered technical grade diquat via gavage at dose levels of 0, 1, 3, and 10 mg/kg-day from gestation days 7 through 19. The maternal toxicity NOAEL was 1 mg/kg-day, based on maternal body-weight loss and decreased food consumption at the LOAEL of 3 mg/kg-day (USEPA 2001f).

The intermediate-term oral NOAEL of 0.5 mg/kg-day is based on a chronic oral toxicity study in dogs (MRID No. 41730301), which is the same study that forms the basis for the chronic dietary PAD. The NOAEL of 0.5 mg/kg-day is based on unilateral cataracts in females and decreased adrenal and epididymides weights in males at the LOAEL of 2.5 mg/kg-day (USEPA 2001f).

**Dermal NOAELs.** The USEPA identified a short-term dermal NOAEL of 1 mg/kg-day based on a developmental toxicity study in rabbits (MRID No. 41198901). This is the same study on which the short-term oral NOAEL is based. In order to use this NOAEL to evaluate dermal exposure, the USEPA recommends using a dermal absorption factor of 4.1%. This value is from a dermal penetration study in rats, based on

BLM_0000794

HUMAN HEALTH RISK ASSESSMENT

exposure pattern and duration of exposure (MRID No. 41238701). Following 24 hours of exposure, dose levels of 0.05, 0.5, and 5 mg diquat cation/rat resulted in 2.3%, 2.1%, and 3.3% absorption, respectively. Based on these findings, the dermal absorption of diquat dibromide through intact rat skin is considered very low (USEPA 2001f).

The USEPA has identified an intermediate- and long-term dermal NOAEL of 0.5 mg/kg-day based on a chronic oral toxicity study in dogs (MRID No. 41730301). This is the same study on which the intermediate-term oral NOAEL is based. The DAF of 4.1% should be used with this NOAEL, as well (USEPA 2001f).

**Inhalation NOAELs.** The USEPA has developed an inhalation NOAEL of 0.024 mg/kg-day for all exposure durations (short, intermediate, and long term). This value is based on a subchronic 21-day inhalation study in rats (MRID No. 40301701), where male and female Fischer 344 rats were exposed via inhalation to respirable aerosols of diquat at dose levels of 0, 0.49, 1.1, and 3.8 ug/L for 3 weeks. A subsequent study (MRID No. 40640801), in which male and female Fischer 344 rats were exposed via inhalation to respirable aerosols of diquat at dose levels of 0 and 0.1 µg/L for 3 weeks, was performed to determine a NOAEL. The NOAEL of 0.024 mg/kg-day (converted from 0.1 µg/L) is based on increased lung weights and microscopic lesions in the lungs at the LOAEL of 0.117 mg/kg-day (0.49 µg/L; USEPA 2001f).

**Target MOE.** A target MOE of 100 is adequate to ensure protection from occupational and residential exposures to diquat dibromide by dermal and inhalation routes (USEPA 1997b). This is based on the lack of increased sensitivity to fetuses as compared to maternal animals in developmental and multigenerational reproduction toxicity studies.

**Cancer Dose-response Value.** The USEPA has not developed a CSF for diquat dibromide (USEPA 2001f). The carcinogenic potential of diquat dibromide was evaluated by the HDT RfD Peer Review Committee on March 31, 1994. The Committee classified diquat dibromide as a Group E carcinogen (evidence of noncarcinogenicity for humans) based on a lack of evidence of carcinogenicity in studies with two species, rat and mouse.

**Fluridone**

Table B-3 summarizes the dose-response values for fluridone.

### *Dose-response Values for Dietary Exposures*

**Acute Dietary PAD.** The USEPA did not provide an acute RfD or PAD for fluridone (USEPA 2003a). The rationale for this was not provided in the USEPA memorandum.

**Chronic Dietary PAD.** The USEPA's Office of Pesticides has not developed a chronic dietary RfD or PAD for this herbicide (USEPA 2003a). However, the USEPA's IRIS database lists an RfD of 0.08 mg/kg-day (USEPA 2003c), which is used in this HHRA to evaluate dietary risks. This value was based on a NOAEL of 8 mg/kg-day derived from a combined chronic feeding/carcinogenicity study (MRID Nos. 00103251, 00103305) in Fischer rats. In this study, fluridone was administered continuously in the diet to rats (75/sex/group) at dose levels of 0, 8, 25, or 81 mg/kg-day for 2 years (60/sex/group) or for 52 weeks (15/sex/group). The LOAEL for this study is 25 mg/kg-day based on glomerulonephritis, atrophic testes, eye keratitis, decreased BW and organ weights. The RfD was calculated by dividing the NOAEL by a UF of 100 (10 for interspecies variation and 10 for intraspecies variation).

### *Dose-response Values for Non-dietary Exposures*

**Oral NOAELs.** The USEPA has developed a short-term and intermediate-term oral NOAEL for fluridone of 25 mg/kg-day from a 90-day rat feeding study (USEPA 2003a). The USEPA does not provide additional detail on these NOAELs (USEPA 2003a).

**Dermal NOAELs.** The USEPA has developed separate short-term dermal NOAELs for children and adults. The short-term dermal NOAEL of 25 mg/kg-day for children is based on the same 90-day rat feeding study as the short-term and intermediate-term oral NOAEL for children (USEPA 2003a). However, the short term dermal NOAEL of 125 mg/kg-day for workers and other adults is based on an oral developmental toxicity study in rabbits. In the developmental toxicity study, rabbits were exposed to 0, 125, 300, or 750 mg/kg-day of fluridone during gestation (MRID No. 00103302 [USEPA 2002a], MRID No. 00263157 [USEPA 2003a]). Effects, including maternal weight loss and abortion, were noted at the 300 mg/kg-day dose level.

BLM_0000795

The maternal NOAEL is 125 mg/kg-day. The developmental NOAEL is 125 mg/kg-day since fetal resorptions occurred in the 300 mg/kg-day dose group (USEPA 1988 *cited in* MA DEM/MA DEP 2003, USEPA 2002a).

The intermediate-term dermal NOAEL for all age groups of 25 mg/kg-day is based on the same 90-day rat feeding study as the short-term and intermediate-term oral NOAEL for children. The USEPA has not developed a long-term dermal NOAEL (USEPA 2003a). However, the long-term dietary NOAEL of 8 mg/kg-day from the combined chronic rat feeding/carcinogenicity study on which the USEPA's chronic RfD is based can be used with a DAF to address long-term dermal toxicity.

The dermal NOAELs should be used with a DAF of 40% since it is based on oral toxicological endpoints. An absorption factor of 40% was derived by dividing a maternal oral LOAEL of 300 mg/kg-day (rabbit developmental study; MRID No. 00103302 [USEPA 2002a], MRID No. 00263157 [USEPA 2003a]) by the dermal NOAEL of 768 mg/kg-day from a 21-day dermal toxicity study in rabbits (MRID No. 00070933). No systemic effects were noted at any dose, and 768 mg/kg-day was the HDT. The absorption factor should be considered an upper-bound estimate.

**Inhalation NOAELs.** The USEPA has developed a short-term inhalation NOAEL for all age groups of 125 mg/kg-day, which is based on the same oral rabbit developmental toxicity study as the short-term dermal NOAEL for adults discussed above (USEPA 2003a).

The intermediate-term inhalation NOAEL for all age groups of 25 mg/kg-day is based on the same 90-day rat feeding study as the short-term and intermediate-term oral NOAEL for children. The USEPA has not developed a long-term inhalation NOAEL (USEPA 2003a). However, the long-term dietary NOAEL of 8 mg/kg-day from the combined chronic rat feeding/carcinogenicity study on which the USEPA's chronic RfD is based can be used with an IAF to address long-term inhalation toxicity.

The inhalation NOAELS should assume 100% absorption by the inhalation route; therefore, no adjustment to the oral NOAELs is required (USEPA 2003a).

**Target MOE.** The target MOE for all NOAELs is 100.

**Cancer Dose-response Value.** The USEPA has not developed a CSF for fluridone. In accordance with the 1986 Carcinogen Risk Assessment, fluridone was classified as a Group E carcinogen (no evidence of carcinogenicity) based on lack of evidence for carcinogenicity in two acceptable rodent (mice and rats) carcinogenicity studies (USEPA 1997c).

### Imazapic

Table B-3 summarizes the dose-response values for imazapic.

#### *Dose-response Values for Dietary Exposures*

**Acute Dietary PAD.** An acute RfD or PAD was not established, since an appropriate endpoint attributable to a single dose was not available. No developmental toxicity was seen in rats or rabbits and maternal toxicity in rabbits occurred on days 7 through 19 of gestation (USEPA 2001a).

**Chronic Dietary PAD.** The USEPA has developed a chronic dietary PAD of 0.5 mg/kg-day. This value was based on a LOAEL of 137 mg/kg-day derived from a 1-year dietary toxicity study in dogs (MRID No. 42711421). In this study, imazapic was administered via the diet to groups of six beagle dogs per sex per dose, at concentrations of 0, 5,000, 20,000, or 40,000 ppm (equivalent to mean achieved dosages of 137, 501, and 1,141 mg/kg-day in males and 180, 534, and 1,092 mg/kg-day in females), respectively. The LOAEL in this study was 137 mg/kg-day in males and 180 mg/kg-day in females based on minimal degeneration and/or necrosis of the skeletal muscle of the thigh and/or abdomen in both male and, to a lesser extent, female dogs. This histological finding was associated with minimal lymphocyte and macrophage infiltration. Minimal infiltration was also observed in the diaphragm of one dog of each sex. Decreased serum creatinine was also present in females. A NOAEL was not established in this study.

The chronic RfD was calculated by dividing the LOAEL of 137 mg/kg-day by an UF of 300, resulting in a value of 0.5 mg/kg-day. The UF of 300 consists of factors of 10 for interspecies differences, 10 for intraspecies variations, and 3 for the use of a LOAEL rather than a NOAEL for this endpoint. The use of a 3-fold UF, rather than a 10-fold factor, was due to the minimal severity of the skeletal muscle degeneration and/or necrosis and to the relatively constant severity across doses (USEPA 2001a). The USEPA has not developed an FQPA SF for this chemical. However,

BLM_0000796

HUMAN HEALTH RISK ASSESSMENT

based on the mild toxicological effects at the LOAEL and the lack of increased risk to children versus adults, it is assumed that the FQPA SF is 1 and that the chronic PAD is the same as the chronic RfD of 0.5 mg/kg-day.

### Dose-response Values for Non-dietary Exposures

**Oral NOAELs.** The USEPA has derived a short-term (1 to 7 days) and intermediate-term (7 days to several months) oral NOAEL for imazapic of 350 mg/kg-day (USEPA 2001a). This value was based on a rabbit developmental toxicity study (MRID No. 42711423) in which groups of 20 impregnated New Zealand White rabbits were administered imazapic during gestation days 7 through 19 at daily doses of 0, 175, 350, 500, or 700 mg/kg-day. The LOAEL for maternal toxicity is 500 mg/kg-day based on decreased BW gain and food consumption during the dosing period. The NOAEL for maternal toxicity is 350 mg/kg-day.

Although there was an increase in fetal incidences of rudimentary ribs, it was determined that this effect was not related to treatment. The NOAEL for developmental toxicity is 500 mg/kg-day, which is higher than the NOAEL for maternal toxicity. Therefore, the short-term and intermediate-term oral NOAEL was determined to be 350 mg/kg-day (USEPA 2001a).

**Dermal NOAELs.** The USEPA has not derived short- and intermediate-term dermal NOAELs, since no effects were noted in a dermal toxicity study in rabbits. The 21-day dermal toxicity study in rabbits was conducted (MRID No. 42711420) by applying imazapic to the clipped backs of New Zealand albino rabbits at targeted doses of 0, 250, 500, or 1,000 mg/kg-day for 6 hours per day, 5 days per week, for 3 weeks. There were no systemic or developmental effects observed up to the limit dose (1,000 mg/kg-day), therefore a toxicity endpoint was not selected from this study (USEPA 2001a).

The USEPA developed a long-term dermal LOAEL of 137 mg/kg-day that is used with a DAF of 50%. The LOAEL of 137 mg/kg-day is based on a 1-year dog feeding study (which is also the basis for the chronic PAD) and considers an increased incidence of minimal degeneration and/or necrosis of the skeletal muscle of the thigh and/or abdomen. Since a NOAEL was not established in the 1-year dog feeding study, the LOAEL of 137 mg/kg-day was selected for the long-term dermal exposure scenario. This value should be used with a DAF of 50%. The USEPA derived the DAF by dividing the oral maternal LOAEL of 500 mg/kg-day (rabbit

developmental study; MRID No. 42711423) by the dermal NOAEL of 1,000 mg/kg-day in the 21-day dermal toxicity study in rabbits (MRID No. 42711420). The upper bound estimated percent dermal absorption was 50%. Additionally, a target MOE of 300 is required for this scenario because of the use of a LOAEL rather than a NOAEL (USEPA 2001a).

**Inhalation NOAELs.** Due to the lack of appropriate inhalation studies, the USEPA has selected oral NOAELs to be used for inhalation exposure risk assessments with appropriate absorption factors. The IAF is 100%, therefore no adjustment is needed for the oral NOAELs. For evaluating short- and intermediate-term inhalation exposures, the USEPA recommends the use of the maternal systemic toxicity NOAEL of 350 mg/kg-day based on a developmental toxicity study in rabbits. A target MOE of 100 is used for this scenario (USEPA 2001a).

For evaluating long-term inhalation exposures, the USEPA recommends the use of the systemic oral toxicity LOAEL of 137 mg/kg-day based on a 1-year oral toxicity study in dogs. A target MOE of 300 is required for this exposure scenario because of the use of a LOAEL rather than a NOAEL (USEPA 2001a).

**Target MOE.** A target MOE of 100 is used for the oral NOAELs, and short- and intermediate-term inhalation NOAELs. A target MOE of 300 is used for the long-term dermal and long-term inhalation NOAELs because these values are based on LOAELs rather than NOAELs.

**Cancer Dose-response Value.** In accordance with the 1986 Carcinogen Risk Assessment, imazapic was classified as a Group E carcinogen (no evidence of carcinogenicity) based on lack of evidence for carcinogenicity in two acceptable rodent (mice and rats) carcinogenicity studies.

### Sulfometuron Methyl

The USEPA has developed various dose-response values specific for different toxicological endpoints (USEPA 2003b). Table B-3 summarizes the dose-response values for sulfometuron methyl.

### Dose-response Values for Dietary Exposures

**Acute Dietary PAD.** An appropriate endpoint attributable to a single dose of sulfometuron methyl was not available in the toxicology data base. Therefore, an acute RfD or PAD was not established (USEPA 2003b).

BLM_0000797

**Chronic Dietary PAD.** The USEPA has developed a chronic RfD of 0.05 mg/kg-day. This value was based on a NOAEL of 5 mg/kg-day derived from a 1-year study in dogs (MRID No. 00129051). The LOAEL for this study was 25 mg/kg-day based on mild hemolytic anemia. A chronic RfD was calculated by dividing the chronic NOAEL of 5 mg/kg-day by a UF of 100 (10 for interspecies variation and 10 for intraspecies variation). The USEPA has not developed an FQPA SF for this chemical. However, based on the mild toxicological effects at the LOAEL and because children would not be expected to be more prone to this effect than adults, it is assumed that the FQPA SF is 1 and that the chronic PAD is the same as the chronic RfD of 0.05 mg/kg-day.

### Dose-response Values for Non-dietary Exposures

**Oral NOAELs.** The USEPA has developed short-term and intermediate-term oral NOAELs of 5 mg/kg-day. This value was based on a 1-year study in dogs (MRID No. 00129051). The LOAEL for this study was 25 mg/kg-day based on mild hemolytic anemia (USEPA 2003b).

**Dermal NOAELs.** No systemic or dermal toxicity was seen following repeated dermal applications of up to 2,000 mg/kg-day to rabbits. There were no concerns for developmental or reproductive toxicity; therefore, quantification of dermal risk is not required (USEPA 2003b).

**Inhalation NOAELs.** The USEPA has developed an inhalation NOAEL for all exposure durations of 5 mg/kg-day. This value was based on the same 1-year study in dogs (MRID No. 00129051) on which the RfD and oral NOAELs were based. The LOAEL for this study was 25 mg/kg-day based on mild hemolytic anemia (USEPA 2003b). In the absence of chemical-specific information, the USEPA (2003b) recommends using 100% absorption for route-to-route extrapolation.

**Target MOE.** The target MOE for all NOAELs is 100.

**Cancer Dose-response Value.** The USEPA (2003b) states that the carcinogenicity of sulfometuron methyl is not yet evaluated. However, no carcinogenic effects have been detected in either rats or mice exposed to sulfometuron methyl (USEPA 1990 *cited in* Extoxnet 1996b). Therefore, it is reasonable to assume that sulfometuron methyl would not be classified as a likely carcinogen.

## Inert Ingredients

In addition to the active ingredients, most herbicides also contain inert ingredients (i.e., those substances included in the formulation that are not the active ingredients) that have various functions such as diluents, binders, dispersants, carriers, stabilizers, neutralizers, antifoamers, and buffers.

The USEPA categorizes inert ingredients into four lists (54 FR 48314):

- List 1 – Inert ingredients of toxicological concern. Any product containing a List 1 ingredient must include the label statement, "this product contains the toxic inert ingredient (name of inert)."

- List 2 – Inerts of unknown toxicity/high priority for testing inerts.

- List 3 – Inerts of unknown toxicity. Inert ingredients on this list have not yet been determined to be of known potential toxicological concern nor have they been determined to be of minimal concern. These substances will continue to be evaluated to determine if they merit reclassification to List 1, 2, or 4.

- List 4 – Inerts of minimal concern. List 4 is subdivided into List 4A (minimal risk inert ingredients) and List 4B (inerts that have sufficient data to substantiate they can be used safely in pesticide products).

BLM scientists received clearance from USEPA to review Confidential Business Information (CBI) on inert compounds identified in products containing the six active ingredients evaluated in this risk assessment. The information received listed the inert ingredients, their chemical abstract number, supplier, USEPA registration number, percentage of the formulation and purpose in the formulation. Because this information is confidential, this information, including the name of the ingredients may not be disclosed.

The USEPA has a listing of regulated inert ingredients at http://www.epa.gov/opprd001/inerts/index.html. This listing categorizes inert ingredients into the four categories listed above. The number of inert ingredients present in the formulations containing the six active ingredients evaluated in this risk assessment are shown below:

BLM_0000798

- List 1 – no inerts found
- List 2 – no inerts found
- List 3 – 5 inerts found
- List 4A –9 inerts found
- List 4B – 18 inerts found

Therefore, the majority of the inerts are of minimal risk. A few are in the category of unknown toxicity.

# Exposure Assessment

The purpose of the exposure assessment is to predict the magnitude and frequency of potential human exposure to the herbicides under consideration in the HHRA. The first step in the exposure assessment process is to identify potential exposure pathways that are appropriate for planned BLM use of the herbicides. This step also involves identifying potential exposure receptors (i.e., people who may contact the impacted environmental media of interest) and the exposure routes by which environmental media may be contacted (i.e., ingestion, dermal contact, inhalation). Those potential exposure pathways that are judged to be complete are evaluated quantitatively in the risk assessment. According to the USEPA (1989), for an exposure pathway to be complete, the following conditions must exist:

- A source and mechanism of chemical release to the environment
- An environmental transport medium (e.g., air, water, soil)
- A point of potential receptor contact with the medium
- A human exposure route at the contact point (e.g., inhalation, ingestion, dermal contact)

Where one or more of these conditions is not met, an exposure pathway is not complete.

The second step in the exposure assessment process involves quantifying exposure for each of the receptors and exposure pathways. To estimate the potential risk to human health that may be posed by the planned herbicide use, it is fist necessary to estimate the potential exposure dose of each herbicide for each receptor. The exposure dose of each herbicide is estimated for each receptor via each exposure route/pathway by which the receptor is assumed to be exposed. Exposure dose equations combine the estimates of herbicide concentration in the environmental medium of interest with assumptions regarding the type and magnitude of each receptor's potential exposure to provide a numerical estimate of the exposure dose. The exposure dose is defined as the amount of herbicide taken into the receptor and is expressed in units of milligrams of herbicide per kilogram of BW per day (mg/kg-day). The exposure doses are combined with the dose-response values to estimate potential risks for each receptor.

To understand how humans may be exposed to herbicides as a result of the BLM vegetation treatment program, it is necessary to understand herbicide use within the BLM. Within the BLM vegetation treatment program, public lands are classified into various land programs. Within each program, aerial-, ground- or boat-based applications may be used. Various application vehicles (airplane, helicopter, all-terrain vehicle [ATV], boat, horse, or human) can be used for each application type, and for each vehicle, there are different application methods, including deposition (from an airplane or helicopter), boom/broadcast, and spot applications. Similarly, there are different BLM job descriptions associated with each application method. It is assumed that occupational receptors may be incidentally exposed to the herbicide used through dermal contact and inhalation exposure pathways.

These potential exposures are evaluated for each herbicide under routine use, and it is assumed that use is consistent with label directions. In addition, an accidental spill scenario, assuming an herbicide spill to worker skin, is evaluated for the occupational receptors.

Members of the public may also be incidentally exposed to herbicides used on public lands. Such receptors may include hikers, hunters, berry pickers, swimmers, anglers, area residents, and Native Americans using natural resources on public lands. Exposures to both spray drift and direct spray/accidental spill scenarios are evaluated.

## Overview of the BLM Vegetation Treatment Program

This section identifies the land programs, application types, application vehicles, and application methods for herbicide use in the BLM vegetation treatment program.

**Land Programs**

The BLM vegetation treatment program covers six land types or programs:

- Rangeland
- Public Domain Forestland
- Energy and Mineral Sites
- Rights-of-way (ROW)
- Recreation and Cultural Sites
- Aquatic Sites

Herbicides are used in rangeland improvement and silvicultural practice to improve the potential for success of desired vegetation by reducing competition for light, moisture, and soil nutrients with less desirable plant species. Herbicides are used to manage or restrict noxious plant species and to suppress vegetation that interferes with manmade structures or transportation corridors.

Weed and vegetation management programs are developed to address the occurrence of noxious, invasive, and undesirable species which have a negative impact on native vegetation, human activities, and domestic livestock. Examples of plant species of concern include: downy brome, giant salvinia, leafy spurge, purple loosestrife, Russian and spotted knapweed, tamarisk, and yellow star thistle. The noxious weed and poisonous plant control program is included as part of the vegetation treatment methodology that the BLM uses to maintain the areas under its jurisdiction. The BLM uses herbicides, a component in an integrated weed management program, as one of the options available in its noxious weed management program and uses them in varying degrees in all land treatment categories. Herbicide use under the six land programs is discussed below.

### Rangeland

Rangeland vegetation treatment operations provide forage for domestic livestock and wildlife by removing undesirable competing plant species and preparing seedbeds for desirable plants. Approximately 89% of the herbicide treated acreage in the BLM vegetation treatment program falls in the rangeland improvement category.

Of the herbicide active ingredients being evaluated, imazapic and diflufenzopyr + dicamba are registered for use under rangeland situations. Proposed application methods include the following vehicles and methods: airplane, helicopter, truck-mounted sprayer (boom/broadcast or spot applications), ATV

(boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications).

### Public Domain Forestland

Public domain forestland vegetation treatment operations, designed to ensure the establishment and healthy growth of timber crop species, are one of the BLM's least extensive programs for herbicide treatment. These operations include site preparation, plantation, maintenance, conifer release, pre-commercial thinning, and non-commercial tree removal. Site preparation treatments prepare newly harvested or inadequately stocked areas for planting of new tree crops. Herbicides used in site preparation reduce vegetation that would compete with conifers. In the brown-and-burn method of site preparation, herbicides are used to dry the vegetation, to be burned several months later. Herbicides are used in plantations some time after planting to promote the dominance and growth of already established conifers (release). Pre-commercial thinning reduces competition among conifers, thereby improving the growth rate of desirable crop trees. Non-commercial tree removal is used to eliminate dwarf mistletoe infested host trees. These latter two silvicultural practices primarily use manual applications methods. Herbicide uses in public domain forests constitute less than 4% of the vegetation treatment operations in the BLM program.

Imazapic and sulfometuron methyl are proposed for use on public domain forestland. Proposed application methods include the following vehicles and methods: airplane, helicopter, truck (boom/broadcast and spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications), with the exception that sulfometuron methyl would not be applied via airplane.

### Energy and Mineral Sites

Vegetation treatments in energy and mineral sites include the preparation and regular maintenance of areas for use as fire control lines or fuel breaks, or the reduction of vegetation species that could pose a hazard to fire control operations. More than 50% of the vegetation treatment programs for energy and minerals sites are herbicide applications.

Of the herbicide active ingredients being evaluated, imazapic, diflufenzopyr + dicamba, and sulfometuron methyl are proposed for use under the conditions described on energy and mineral sites. Proposed application methods include the following vehicles and

BLM_0000800

HUMAN HEALTH RISK ASSESSMENT

methods: airplane, helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). However, sulfometuron methyl would not be applied via airplane, and diflufenzopyr + dicamba would not be applied via airplane or helicopter.

### Rights-of-way

Rights-of-way treatments include roadside maintenance and maintenance of power transmission lines, waterways, and railroad corridors. In roadside maintenance, vegetation is removed or reduced from ditches and shoulders to prevent brush encroachment into driving lanes, to maintain visibility on curves for the safety of vehicle operators, to permit drainage structures to function as intended, and to facilitate maintenance operations. Herbicides have been used in nearly 50% of the BLM's roadside vegetation maintenance programs.

Imazapic, diflufenzopyr + dicamba, and sulfometuron methyl are proposed for use on ROW sites. Proposed application methods include the following vehicles and methods: airplane, helicopter, truck (boom/broadcast or spot application), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). However, sulfometuron methyl would not be applied via airplane, and diflufenzopyr would not be applied via airplane or helicopter.

### Recreation and Cultural Sites

Recreation and cultural site maintenance operations provide for the safe and efficient use of BLM facilities and recreation sites and for permittee/grantee uses of public amenities, such as, ski runs, waterways, and utility terminals. Vegetation treatments are made for the general maintenance and visual appearance of the areas and to reduce potential threats to the site's plants and wildlife, as well as, visitor's health and welfare. The site maintenance program includes the noxious weed and poisonous plant program. Vegetation treatments in these areas are also for fire management.

The BLM uses herbicides on approximately one-third of the total recreation site acreage identified as needing regular treatment operations. Imazapic, diflufenzopyr + dicamba, and sulfometuron methyl are proposed for use on recreation and cultural sites. Proposed application methods include the following vehicles and methods: airplane, helicopter, truck (boom/broadcast or spot

application), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). However, sulfometuron methyl would not be applied via airplane, and diflufenzopyr + dicamba would not be applied via airplane or helicopter.

### Aquatic Sites

Aquatic vegetation management involves addressing the vegetation in a variety of situations ranging from rivers, streams, and canals to ponds, lakes, and water holdings. Impacts addressed through the management of aquatic vegetation include, but are not limited to, the following: altering the flow of water, displacement of native/desirable vegetation, and reduction in recreational activities.

Fluridone and diquat are proposed for use on aquatic and riparian sites. Proposed application methods include the following vehicles and methods: airplane, helicopter, boat (boom/broadcast or spot applications), truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). However, fluridone would not be applied via spot applications using a boat.

### Application Methods

The BLM conducts pretreatment surveys in accordance with BLM Handbook H-9011-1 (*Chemical Pest Control*) before making a decision to use herbicides on a specific land area. The herbicides can be applied by a number of different methods, and the selected technique is dependent upon a number of variables, including the following:

- Treatment objective (removal or reduction)
- Accessibility, topography, and size of the treatment area
- Characteristics of the target species and the desired vegetation
- Location of sensitive areas in the immediate vicinity (potential environmental impacts)
- Anticipated costs and equipment limitations
- Meteorological and vegetative conditions of the treatment area at the time of treatment

Herbicide applications are scheduled and designed such that there are minimal potential impact on non-target

BLM_0000801

plants and animals, while remaining consistent with the objectives of the vegetation treatment program. Herbicides are applied either from the air or on the ground. The herbicide formulations may be in a liquid or granular form, depending upon resources and program objectives. Aerial methods employ boom-mounted nozzles for liquid formulations or rotary broadcasters for granular formulations, carried by helicopters or airplanes. Ground application methods include vehicle- and boat-mounted, backpack, and horseback application techniques. Vehicle- and boat-mounted application systems use fixed-boom or hand-held spray nozzles mounted on trucks or ATVs. Backpack systems use a pressurized sprayer to apply an herbicide as a broadcast spray directly to one or a group of individual plants. Aerial, ground, and aquatic application methods are discussed later in this section.

### *Aerial Application Methods*

Aerial application methods can be conducted using either airplanes (fixed-wing aircraft) or helicopters (rotary-wing aircraft). Historically, the BLM has used aerial application in more than 50% of its herbicide treatment programs. Helicopters have been used more than 60% of the time on rangeland projects because the many treatment units are far apart and are often small and irregularly shaped.

The size and type of these aircraft may vary, but the equipment used to apply the herbicides must meet specific guidelines. Contractor-operated helicopters or fixed-wing aircraft are equipped with an herbicide tank or bin (depending on whether the herbicide is a liquid or granular formulation). For aerial spraying, the aircraft is equipped with cylindrical jet-producing nozzles no less than 1/8-inch diameter. The nozzles are directed with the slipstream, at a maximum of 45 degrees downward for fixed-wing, or up to 75 degrees downward for helicopter application, depending on the flight speed. Nozzle size and pressure are designed to produce droplets with a diameter of 200 to 400 microns. For fixed-wing aircraft, the spray boom is typically ¾ of the wingspan, and for helicopters, the spray boom is often ¾ of the rotor diameter. All spray systems must have a positive liquid shut-off device that ensures that no herbicide continues to drip from the boom once the pilot has completed a swath (i.e., specific spray path). The nozzles are spaced to produce a uniform pattern for the length of the boom.

Using helicopters for herbicide application is often more expensive than using fixed-wing aircraft, but helicopters offer greater versatility. Helicopters are well adapted to

areas dominated by irregular terrain and long, narrow, and irregularly shaped land patterns, a common characteristic of public lands. Various helicopter aircraft types are used, including Bell, Sikorsky, and Hiller models. These helicopters must be capable of accommodating the spray equipment and the herbicide tank or bin and of maintaining an air speed of 40 to 50 miles per hour at a height of 30 to 45 feet above the vegetation (depending upon the desired application rate [AR]), and they must meet BLM safety performance standards.

Fixed-wing aircraft include the typical, small "cropduster" type aircraft. Fixed-wing aircraft are best suited for smoother terrain and larger tracts of land where abrupt turning is not required. Because the fixed-wing aircraft spraying operations are used for treating larger land areas, the price per acre is generally lower than for helicopter spraying. Aircraft capability requirements for fixed-wing aircraft are similar to helicopter requirements, except that an air speed of 100 to 120 miles per hour is necessary, with spraying heights of 10 to 40 feet generally used to produce the desired ARs.

Batch trucks are an integral part of any aerial application operation. They serve as mixing tanks for preparing the correct proportions of herbicide and carrier, and they move with the operation when different landing areas are required.

The number of workers involved in a typical aerial spray project varies according to the type of activity. A small operation may require up to six individuals, while a complex operation may require as many as 20 to 35 workers. An aerial operations crew for range management, noxious weed management, and ROW maintenance usually consists of five to eight individuals. Typically, personnel on a large project include a pilot, a mixer/loader, a contracting officer's representative, an observer-inspector, a one-to six-member flagging crew, one or two law enforcement officers, one or two water monitors, and one or two laborers. Optional personnel include an air operations officer, a radio technician, a weather monitor, and a recorder. Workers evaluated in the HHRA for aerial applications include a pilot and a mixer/loader, as these are the receptors most likely to be exposed to herbicides. Other personnel are expected to have less or similar herbicide exposure.

BLM_0000802

HUMAN HEALTH RISK ASSESSMENT

### *Ground Application Methods*

The BLM does not use ground application extensively. In vegetation treatment projects, ground herbicide applications normally constitute about 45% of the total area that the BLM treats with herbicide. There are two types of ground application methods, including human application methods (backpack and horseback) and vehicle application which includes ATV-based application methods (spot-treatment or boom/broadcast treatment), and truck-mounted application methods (spot-treatment or boom/broadcast treatment). These are described in greater detail below.

**Human Application Methods.** Humans using either backpack or horseback application methods may apply herbicides. The backpack method requires the use of a backpack spray tank for carrying the herbicide with a handgun applicator with a single nozzle for herbicide application. These techniques are best adapted for very small scale spraying in isolated spots and those areas that are not accessible by vehicle. They are primarily used for spot treatments around sign posts, spraying competing trees in public domain forestland, delineators, power poles, scattered noxious weeds, and other areas that require selective spraying.

Backpack treatment is the predominant ground-based method for silviculture and range management. The principal hand application techniques are injection and stump treatment. Injection involves applying an herbicide with the hand-held container or injector through slits cut into the stems of target plants. Individual stem treatment by the injection method is also used for thinning crop trees or removing the undesirable trees. Stump treatment entails directly applying liquid herbicide to the cut stump of the target plant to inhibit sprouting. An herbicide can be applied by dabbing or painting the exposed cambium of a stump or using a squeeze bottle on a freshly cut cambium surface. Along with liquid formulations, certain active ingredients are formulated in a granular form that allows for direct application to the soil surface. Pressurized backpack treatment operations typically involve a supervisor (who may also function as a mixer/loader), an inspector, a monitor, and 2 to 12 crewmembers. The receptor evaluated in this risk assessment is a combined applicator/mixer/loader.

**Vehicle Application Methods.** Herbicide treatments may use ground-based spray applications using either a truck or an ATV. Vehicular application is made using a boom with several spray nozzles (boom/broadcast treatment) or a handgun with a single nozzle (spot treatment). Ground vehicle spray equipment can be mounted on ATVs or trucks. Because of its small size and agility, the ATV can be adapted to many different situations.

The boom spray equipment used for vehicle operations is designed to spray wide strips of land where the vegetation does not normally exceed 18 inches in height and the terrain is generally smooth and free of deep gullies. Ground spraying from vehicles occurs along highway ROW, energy and mineral sites, public domain forestlands, and rangeland sites.

Ground spraying operations are also conducted from vehicles using spot-gun spraying. The spot-gun technique is best adapted for spraying small, scattered plots. It may also be used in spraying sign posts and delineators within highway ROW and around wooden power lines as a means of reducing fire hazards within power line ROW. This technique is also used to treat scattered noxious weed vegetation, but it is limited to those areas that are accessible by vehicles.

Rights-of-way maintenance projects frequently use vehicle-mounted application techniques. A truck with a mixing/holding tank uses a front mounted spray boom or a hand-held pressurized nozzle to treat roadside vegetation on varying slopes. However, using this equipment for off-road ROW projects is limited to gentle slopes (less than 20%) and open terrain. Workers typically include a driver/mixer/loader and an applicator. Therefore, receptors evaluated in this HHRA include an applicator, a mixer/loader, and a combined applicator/mixer/loader.

### *Aquatic Application Methods*

Aquatic vegetation, at moderate growth levels, is useful because it produces oxygen, food, and cover for fish and other aquatic organisms. However, in overabundance, aquatic plants can become weedy, crowd out desirable plants, adversely affect other aquatic life, and interfere with human uses of water.

**Aquatic Application Techniques.** There are four zones in a body of water that may be treated for the management of aquatic weeds: water surface, total water volume, bottom 1 to 3 feet of water, and the bottom soil surface. When working in the water surface zone, generally, only a fourth to a third of the surface area (SA) should be treated at a time. Applications are made to floating or emergent weeds with the spray mixture being applied directly to the plants.

BLM_0000803

The whole body of water is treated when working in this particular zone. Treatments are usually made to 1/4 to 1/3 of the total water volume at a time. Applications can be made through the metering or injecting of the herbicide into the water from booms trailing behind the boat or as a spray over the water surface. Applications of this type are made to submersed aquatic plants and algae.

Treating the deepest 1 to 3 feet of water is the principle behind making applications in the bottom-layer zone. Such treatments are generally made by attaching several flexible hoses at specific intervals on a rigid boom. Each hose is equipped with a nozzle and may be weighted to reach the depth desired. The length of hose and the speed of the boat carrying the application equipment also affect the depth of application. Such applications are beneficial because they apply the herbicide in a layer nearer the area where the herbicide can be taken up by the weedy species.

The final zone, bottom soil surface, refers to applications made to the bottom soil of a drained pond, lake, or channel.

**Aquatic Application Equipment.** To treat small areas, a compressed-air sprayer with a hand-operated pump may be all that is needed. Higher-quality compressed-air sprayers with $CO_2$ gas for constant pressure are available, but are more expensive. For larger areas, a boat-mounted pump-and-tank rig with one line may be used to treat emergent plants on a spot treat basis. A boom attached to the boat may be used when broadcast applications are made to the surface of the water. Booms with flexible hoses attached to the boom may be used to make the application below the water surface.

Applications of granules and slow-release pellets can be made either using a cyclone spreader or by hand. The granules sink to the bottom, where the chemical is slowly released in the relatively small volume of water where the new shoots are beginning to grow.

**Vegetation Management – Static Water.** Static water is water in ponds, lakes, or reservoirs that has little or no inflow and outflow. Floating and emersed vegetation is managed by direct foliage applications of the spray mixture by aircraft, with ground equipment—operated from the bank if the pond is small or if the weeds occur only around the margins, or from a boat—using various types of booms or hand applicators.

Submersed vegetation and algae can be managed through spray or granular applications. Spray applications can be made by aircraft, boat, or ground application equipment. Applications can be made under the water surface by injection through a hose pulled behind a boat or by a series of hoses attached to a boom that is attached to the boat. Granular herbicides may be broadcast by hand or manual spreaders over small areas. Special granule spreaders mounted on aircraft or boats are used for large-scale applications.

**Vegetation Management – Flowing Water.** Aquatic vegetation in flowing water is difficult to manage. Floating and emersed vegetation, when treated in flowing water, require the same treatment techniques as they do in the static water. Submersed vegetation and algae can be controlled effectively in flowing water only by continuously applying enough herbicide at a given spot to maintain the needed concentration and contact time.

## Herbicide Use Parameters

The ARs are dependent on the target species, the presence and condition of non-target vegetation, the soil type, the depth to the water table, and the presence of other water sources. Tables B-4 to B-9 summarize the vegetation treatment program for each of the herbicides. Both typical and maximum ARs (in units of pounds of a.i. per acre [lb a.i./acre]) are provided for each application scenario, vehicle, and method in each land program. As can be seen in the tables, and as discussed above, not all herbicides are used for all potential applications. The ARs for fluridone depend on the type of water body (i.e., pond, stream, lake). Therefore, the highest typical and maximum ARs for fluridone were employed (highest typical is for a pond, and highest maximum is for a partial lake/reservoir).

## Occupational Receptors

A receptor and the exposure pathways by which that receptor may come into contact with herbicides used in the BLM vegetation treatment program define an exposure scenario. Both routine use and accidental exposure scenarios are included in the occupational evaluation.

### Routine Use Exposure Scenarios

For aerial applications, occupational receptors that may come into contact with herbicides include:

- Pilot
- Mixer/loader

BLM_0000804

HUMAN HEALTH RISK ASSESSMENT

For ground applications by backpack, as the operation is generally very small in scale, the occupational receptor is assumed to be an:

- Applicator/mixer/loader

For the remaining application methods (horseback; and spot and boom/broadcast methods for ATV, truck mount and boat applications), the herbicide treatment job could be large enough to support a crew, in which case the applicator may be a person different from the mixer/loader. Alternatively, the job may be small enough that the applicator and the mixer/loader are the same person. Therefore, for these application methods, the following occupational receptors are evaluated:

- Applicator
- Mixer/loader
- Applicator/mixer/loader

Exposure assumptions for the occupational receptors were derived using information from the BLM concerning proposed use of the herbicides and unit exposure (UE) information from the Pesticide Handlers Exposure Database (PHED), which is a generic database containing empirical dermal and inhalation exposure data for workers mixing, loading, or applying pesticides (USEPA 1998a).

Workers are assumed to weigh 70 kg, which is the weight recommended by the USEPA in its Standard Default Exposure Assumptions (USEPA 1991). Estimates of the number of hours per day a worker may be engaged in applying herbicides, the number of days per year the worker applies herbicides, and the years of potential exposure were provided by the BLM. The BLM also provided data regarding the number of acres treated (AT) per hour.

A description of the PHED is provided in a peer-reviewed article by Leighton and Nielsen (1995). The PHED was developed by the PHED Task Force, which consists of representatives from the USEPA, Health Canada, the California Department of Pesticide Regulation, and member companies of Crop Life America. To add consistency to the risk assessment process, the USEPA, in conjunction with the PHED Task Force, has evaluated all data within the system and developed surrogate exposure tables that contain a series of standard UE values for various exposure scenarios. The majority of the UE values used in this risk assessment have been taken from this "surrogate" table. In addition to the values presented in this table,

the USEPA recommended UEs separately for aquatic applications of diquat and fluridone. Generally, UEs are expressed in units of mg/lb a.i. and equate the milligrams of a.i. absorbed by an occupational receptor to the pounds of a.i. handled in a given day or exposure scenario.

For the dermal exposure pathway for terrestrial herbicides, two sets of UEs are used assuming that worker personal protective equipment (PPE) requires gloves or does not require gloves. The Oust® (sulfometuron methyl) label does not require the use of gloves, therefore, the UEs for workers not wearing gloves were used for this herbicide. Unit exposures based on workers wearing gloves were used for the remaining terrestrial herbicides, which are Overdrive® (diflufenzopyr) and Plateau® (imazapic), because the labels for these two herbicides state that gloves must be worn when applying the herbicides.

The UEs for aquatic applications were developed for this HHRA after consultation with the USEPA (J. Evans 2003k). For aquatic use of Reward® (diquat), the USEPA recommended the use of dermal UE values (in units of mg/hr) presented in the Reregistration Eligibility Decision (RED) document for diquat (USEPA 1995). Specifically, the UEs for hydrilla control–applicator and hydrilla control–mixer were used. There are no inhalation UEs for this application. The USEPA (1995) obtained these UEs from a study evaluating worker exposure to paraquat and diquat in Florida (Wojeck et al. 1983). For aquatic use of Sonar® A.S. (fluridone), the USEPA recommended the use of UEs specific for granular application listed in the PHED (USEPA 1998a). The Reward® (diquat) label requires the use of gloves. The Sonar® A.S. (fluridone) label does not discuss the use of PPE, but states that skin contact should be avoided.

**Accidental Exposure Scenarios**

Accidental exposures for occupational receptors could occur via spills, hose breaks on application equipment, or direct spray onto a worker. As a worst case scenario for an accidental exposure, a direct spill event on an occupational receptor is evaluated. The spill scenario evaluated by the BLM in the *Final EIS Vegetation Treatment on BLM Lands in Thirteen Western States* (1991 13-State EIS; USDI BLM 1991) assumed that 0.5 L of the formulation is spilled on a worker receptor. It is assumed that the 80% of the spill lands on clothing and 20% lands on bare skin. The penetration rate through clothing is assumed to be 30%.

BLM_0000805

HUMAN HEALTH RISK ASSESSMENT

## Public Receptors

Public lands administered by the BLM are diverse and include rangeland, public forestland, energy and minerals sites, ROW, and recreational and cultural sites. Lakes, ponds, and waterways may also be present on these lands. Public land is used by the public for a variety of occupational, recreational, and cultural activities. Hunters and hikers enjoy these public lands as well as anglers and swimmers. Harvesting of natural resources by the public occurs on these lands including berry picking, harvesting of fish for consumption, and the gathering of materials for Native American crafts such as basket weaving.

When herbicides are used as part of a vegetation treatment program on public lands, the BLM takes care to flag the area to be treated and to post the area with warnings about when re-entry can occur safely.

This HHRA evaluates the potential risk to public receptors using public lands treated with herbicides by developing exposure scenarios that combine potential receptors and exposure pathways to identify potential worst-case exposures to the herbicides addressed in this PEIS. Two types of public use exposure scenarios are addressed:

- Potential exposure during routine use of public lands to herbicides that may have drifted outside of the area of application.

- Accidental scenarios where public receptors may prematurely enter a sprayed area, be sprayed directly, or may contact water bodies that have accidentally been sprayed directly or into which an herbicide mixture has accidentally been spilled.

Although all of these public scenarios are expected to occur rarely, they are nonetheless used as the basis for evaluating potential public health risks associated with herbicide use in the BLM vegetation treatment program.

Based on consideration of potential public uses of BLM lands and consistent with the 1991 13-State EIS receptors evaluated in this HHRA include the following:

- Hiker/hunter
- Berry picker - child and adult
- Angler
- Swimmer - child and adult

- Nearby resident - child and adult
- Native American – child and adult

Although there are many different exposure scenarios and receptors that could be evaluated, these receptors cover a range of potential exposures that could occur under worst case conditions on public lands. It is assumed that these receptors could be exposed through one or more of the following exposure pathways:

- Dermal contact with spray
- Dermal contact with foliage
- Dermal contact with water while swimming
- Occasional ingestion of drinking water or incidental ingestion of water while swimming
- Ingestion of berries
- Ingestion of fish

Although all public receptor exposures to herbicide active ingredients used on public lands are considered to be accidental, public receptor exposures are evaluated under two scenarios. Routine-use exposures are assumed to occur when public receptors come into contact with environmental media that have been impacted by spray drift. As discussed earlier, dose-response values are available for short, intermediate, and long-term exposures. While it is possible that public receptors use public lands under intermediate- and long-term time frames, it is unlikely that public receptors would be exposed to herbicides under the routine use scenario for more than a short-term exposure, which is defined as 1 day to 1 month (USEPA 2001h). Therefore, short-term dose-response values are used to evaluate the public receptors under the routine use exposure scenario. To account for the unlikely possibility that public receptors could repeatedly enter areas that have been recently sprayed, the uncertainty analysis includes an evaluation of the public receptors under an intermediate and a long-term exposure scenario. Accidental exposures are assumed to occur when public receptors come into contact with environmental media that have been subject to direct spray or spills. Tables B-4 through B-9 show for each herbicide a.i. the receptors and exposure pathways evaluated. Each of these scenarios is discussed below.

### Routine Use Exposure Scenarios

Signage is used to identify areas that are directly sprayed under the BLM vegetation treatment program and to warn against reentry. It is assumed that under

BLM_0000806

HUMAN HEALTH RISK ASSESSMENT

routine conditions, these warnings are heeded. Therefore, public exposures under routine use scenarios are assumed to occur "off-site," where "on-site" is the area that has been directly sprayed.

Although all precautions are taken to limit the amount of spray drift from an herbicide application, spray drift can result in deposition of herbicide on areas outside of the directly sprayed area. Spray drift is associated with larger spraying efforts, such as those from aerial or boom/broadcast applications. It is assumed that a public receptor could walk through vegetated areas upon which spray drift had settled. If the spray drift deposits in areas where there are wild berries, a public receptor could ingest those berries. Spray drift could also settle on bodies of water, and those water bodies could be contacted by a public receptor either while swimming or could be used as a source of water for drinking while hiking. Fish could also be ingested from spray drift-impacted bodies of water. Because spray drift could potentially affect several environmental media, the exposure scenarios developed for each receptor have assumed exposure to multiple environmental media.

The Native American scenario was developed following recommendations by the USEPA (2003d). The specific receptor is a Native American basket weaver involved in gathering plant materials and other activities related to weaving baskets. The USEPA suggests evaluating the dermal contact with foliage exposure pathway. In its memorandum, the USEPA states:

"It is expected that the oral intake of herbicides will be minimal by comparison to the above dermal exposure pathway. That is because basket weavers tend to *"spit-off"* plant residues (due to after taste) when mouth stripping plant materials" (personal communication with M. Dong, California Department of Pesticide Regulation).

For completeness, in addition to the dermal contact pathway recommended by the USEPA (2003d), the Native American (adult and child) is also assumed to be exposed through spray drift, berry ingestion, dermal contact while swimming, water for drinking, and fish ingestion.

**Accidental Exposure Scenarios**

In addition to exposures due to inadvertent spray drift, this HHRA also evaluates potential acute accidental exposures by public receptors to the herbicides. Accidental exposure could occur through direct spray and spills. The same types of receptors introduced

above are also evaluated for the accidental scenarios. However, because direct spray or spills are localized, exposures to multiple media are not assumed in these scenarios. It is assumed that each of the herbicides could be directly sprayed onto humans, foliage, and berries, and each of the herbicides could be directly sprayed or spilled into a water body. For the aquatic herbicides (fluridone and diquat), the direct spray pathway is a reentry scenario.

### *Direct Spray*

**Direct Spray on Receptors.** In this scenario it is assumed that a receptor is accidentally sprayed with herbicide because they have entered a spray area and are beneath a spray aircraft or other mode of application. Direct spray contact is evaluated for:

- Adult receptor - hiker/hunter, berry picker, angler, nearby resident, and Native American

- Child receptor - berry picker, nearby resident, and Native American

**Contact with Directly Sprayed Vegetation.** Re-entry is a term used to describe entering an area that has just been sprayed (i.e., an "on-site" area, in contrast with the scenarios in the previous section where exposure to areas of "off-site" spray drift deposition is evaluated). Contact with just-sprayed vegetation may result in dermal exposure by hikers, berry pickers, and anglers. In addition, berry pickers may ingest directly sprayed fruit. This scenario is also evaluated for the aquatic herbicides, diquat and fluridone, assuming inadvertent spraying of terrestrial vegetation.

Dermal contact with just-sprayed vegetation is evaluated for:

- Adult receptor - hiker/hunter, berry picker, angler, nearby resident, and Native American

- Child receptor - berry picker, nearby resident, and Native American

Ingestion of directly sprayed berries is evaluated for:

- Adult receptor - berry picker, nearby resident, and Native American

- Child receptor - berry picker, nearby resident, and Native American

**Direct Spray onto Water Body.** Direct spray onto water bodies could occur inadvertently for the three herbicides that are used for terrestrial applications

BLM_0000807