(diflufenzopyr, imazapic, and sulfometuron methyl). The aquatic herbicides, diquat and fluridone, would be used for treatment of the water body. Therefore, exposure to a water body treated with diquat and fluridone is similar to a re-entry scenario evaluated for the terrestrial herbicides. The exposure scenarios for both the inadvertently-sprayed and treated water bodies are the same. Incidental ingestion and dermal contact with water while swimming is evaluated for:

- Adult receptor - swimmer
- Child receptor - swimmer

In addition, the Native American child and adult receptors are evaluated for dermal contact while swimming and ingestion of drinking water. While incidental ingestion of water could occur for this receptor while swimming, incidental ingestion was not evaluated separately because it results in minimal exposure compared to drinking water exposure.

An angler could fish in and ingest fish from a directly sprayed water body. Therefore, fish ingestion is evaluated for:

- Adult receptor – angler and Native American
- Child receptor - Native American

In addition, hikers, berry pickers, anglers, and Native American receptors could get part of their day's water for drinking from a directly sprayed water body. Occasional drinking water ingestion is evaluated for:

- Adult receptor - hiker/hunter, berry picker, angler, and Native American
- Child receptor - berry picker and Native American

### Spills

Members of the public may be exposed to an herbicide present in water if a load of herbicide mixture is spilled or if a container of herbicide concentrate breaks open and spills into a pond. Under this scenario, it is assumed that a fully loaded truck or helicopter empties its contents into a pond while transporting herbicide to an application site. However, it is BLM policy that herbicides are mixed at the application site. Therefore, this scenario represents a conservative, worst-case scenario that is unlikely to occur.

To evaluate this scenario, it is assumed that a pond is subjected to a spill of 140 gallons of herbicide mix from

a helicopter or 200 gallons of herbicide mix from a batch truck. These amounts are approximately the largest amounts that can be carried in helicopters or trucks, respectively, as used by the BLM. It is assumed that the pond size is ¼ acre and 1 meter deep, in accordance with the Ecological Risk Assessment (ERA) Protocol (ENSR 2004).

The same receptors and exposure pathways listed above for the directly sprayed water body are evaluated for the water body that has received a direct spill.

### Exposure Parameters for Public Receptors

Exposure parameters are the same for routine-use and accidental scenarios. Various guidelines and databases, such as the USEPA's *Exposure Factors Handbook* (USEPA 1997a) and their draft paper "Framework for Assessing Non-Occupational, Non-Dietary (Residential) Exposure to Pesticides" (USEPA 1998b), were used to develop the exposure parameters. For each exposure scenario, the exposure parameters were used to calculate an exposure factor (EF), which is then used in risk calculations. The use of the EF combines all the exposure parameters into one value in order to simplify the risk calculations. All adult receptors are assumed to weigh 70 kg, and child receptors are assumed to weigh 15 kg (USEPA 1991).

#### Hiker/Hunter

The hiker/hunter (adult) is assumed to be potentially exposed to herbicides via dermal contact with spray, dermal contact with sprayed foliage, and ingestion of drinking water from a sprayed pond. The hiker/hunter is assumed to weigh 70 kg and ingest 2 liters of water while hiking (USEPA 1991). It is assumed that the hiker/hunter's lower legs, lower arms, and hands are exposed for potential herbicide contact. The 50th percentile SA of the lower legs, lower arms, and hands for men and women is 4,504 cm$^2$ and was calculated based on data in the *Exposure Factors Handbook* (USEPA 1997a). The 50th percentile values were used in accordance with USEPA guidance (USEPA 1989). The hiker/hunter is assumed to contact foliage for 2 hours per day. This is the 50th percentile value for time spent outdoors away from dwelling or vehicles (USEPA 1997a). The dermal Transfer Coefficient (Tc) is used to estimate the amount of herbicide that may be transferred from foliage to skin. A Tc value of 1,000 cm$^2$/hour was selected for the hiker/hunter. The Tc is the central tendency value for scouting grapes and sweet corn, and was recommended as a surrogate for scouting activity

BLM_0000808

HUMAN HEALTH RISK ASSESSMENT

for berries (USEPA 2000b [referenced by USEPA 2002c]).

### Berry Picker

The berry pickers (adult and child) are assumed to be potentially exposed to herbicides via dermal contact with spray, dermal contact with sprayed foliage, ingestion of drinking water from a sprayed pond, and ingestion of berries containing spray. The adult berry picker is assumed ingest 2 liters of water while berry picking, and the child berry picker is assumed to ingest 1 liter of water while berry picking (USEPA 1991). It is assumed that the berry picker's lower legs, lower arms, and hands are exposed for potential herbicide contact. The 50th percentile SA of the lower legs, lower arms, and hands for adult men and women is 4,504 cm$^2$, and was calculated based on data in the *Exposure Factors Handbook* (USEPA 1997a). The 50th percentile SA of the lower legs, lower arms, and hands for children is 1,607 cm$^2$, and was calculated based on data in the *Exposure Factors Handbook* (USEPA 1997a). The adult and child berry pickers are assumed to contact foliage for 2 hours per day. A Tc value of 1,500 cm$^2$/hour was selected for the adult berry picker. This value is the high end Tc for harvesting blueberries (USEPA 2000b). A value of 300 cm$^2$/hour based on the child to adult surface area ratio (SAR; CalEPA 1996) was selected for the child berry picker.

Berry ingestion rates (IRs) for this receptor were assumed to be the same as those used for the Native American adult and child. Harper et al. (2002) list an IR of 320 g/day for an adult for above ground gathered terrestrial vegetation for the Native American Spokane tribe. Berries are likely to be a small fraction of this 320 g/day. However, since this rate was not subdivided into additional categories, it was conservatively assumed that the IR for berries is 320 g/day for an adult Native American. The use of this value for the berry picker receptor is conservative because the berry IR for the berry picker is likely to be lower than that for the Native American, who could have a higher rate of subsistence activities. For the child berry picker, the IR was scaled by BW (i.e., 320 g/day x 15 kg / 70 kg) to 69 g / day.

The berry IR was converted to units of cm$^2$/day because of the equation used to evaluate this pathway (USEPA 2002c).

### Angler

The angler (adult) is assumed to be potentially exposed to herbicides via dermal contact with spray, dermal contact with sprayed foliage, ingestion of drinking water from a sprayed pond, and ingestion of fish from a sprayed pond. The angler is assumed ingest 2 liters of water while fishing (USEPA 1991). It is assumed that the angler's lower legs, lower arms, and hands are exposed for potential herbicide contact. The 50th percentile SA of the lower legs, lower arms, and hands for men and women is 4,504 cm$^2$, and was calculated based on data in the *Exposure Factors Handbook* (USEPA 1997a). The angler is assumed to contact foliage for 2 hours per day. A Tc value of 1,000 cm$^2$/hour was selected for the angler, similar to the value used for the hiker/hunter. The Tc is the central tendency value for scouting grapes and sweet corn, and was recommended as a surrogate for scouting activity for berries (USEPA 2000b [referenced by USEPA 2002c]). The angler is assumed to ingest 63 grams of fish per day, which is the 95th percentile long-term fish IR listed in the *Exposure Factors Handbook* (USEPA 1997c) for the general population.

### Swimmer

The swimmers (adult and child) are assumed to be potentially exposed to herbicides via dermal contact with and incidental ingestion of water from a sprayed pond. The USEPA (2001d) recommends an exposed SA of 18,000 cm$^2$ for an adult swimmer and 6,600 cm$^2$ for a child swimmer. It is assumed that 50 milliliters (mL; 0.05 L) of water are ingested from the pond while swimming for an hour (USEPA 1989).

### Nearby Resident

The nearby residents (adult and child) are assumed to be potentially exposed to herbicides via dermal contact with spray, dermal contact with sprayed foliage, and ingestion of berries containing spray. It is assumed that the resident could contact foliage in their yard, as well as foliage areas outside the house. It is assumed that the resident gathers berries from bushes located outside the house.

It is assumed that the resident's lower legs, lower arms, and hands are exposed for potential herbicide a.i. contact. The 50th percentile SA of the lower legs, lower arms, and hands for adult men and women is 4,504 cm$^2$, and was calculated based on data in the *Exposure Factors Handbook* (USEPA 1997a). The 50th percentile SA of the lower legs, lower arms, and hands for children is 1,607 cm$^2$ and was calculated based on data in the *Exposure Factors Handbook*.

BLM_0000809

**TABLE B-4**
**Summary of Herbicide Use - Dicamba**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour | | Dicamba Portion of Distinct®/Overdrive® | | |
| | | | | Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Rangeland | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.1875 | 0.25 |
| | | | Horseback | 0.75 | 1 | Y | 0.1875 | 0.25 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.1875 | 0.25 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.1875 | 0.25 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.1875 | 0.25 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.1875 | 0.25 |
| Public Domain Forest Land | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Energy and Mineral Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.1875 | 0.25 |
| | | | Horseback | 0.75 | 1 | Y | 0.1875 | 0.25 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.1875 | 0.25 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.1875 | 0.25 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.1875 | 0.25 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.1875 | 0.25 |
| Rights-of-way | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.1875 | 0.25 |
| | | | Horseback | 0.75 | 1 | Y | 0.1875 | 0.25 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.1875 | 0.25 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.1875 | 0.25 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.1875 | 0.25 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.1875 | 0.25 |

BLM_0000810

HUMAN HEALTH RISK ASSESSMENT

**TABLE B-4 (Cont.)**
**Summary of Herbicide Use – Dicamba**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour Typical | Acres Treated Per Hour Max | Herbicide[1] Dicamba Portion of Distinct®/Overdrive® Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Recreation and Cultural Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.1875 | 0.25 |
| | | | Horseback | 0.75 | 1 | Y | 0.1875 | 0.25 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.1875 | 0.25 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.1875 | 0.25 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.1875 | 0.25 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.1875 | 0.25 |
| Aquatic | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| | Aquatic | Boat (diquat) | Spot | 0.63 | 2 | N | NA | NA |
| | | | Boom/broadcast | 1.3 | 3 | N | NA | NA |
| | | Boat (fluridone) | Boom/broadcast (granular) | 6.25 | 5.8 | NA | NA | NA |
| | | | Boom/broadcast (liquid) | 17.5 | 16.7 | NA | NA | NA |

[1] All data are based on a single application.
Typical = Typical application rate; and Max = Maximum application rate.
NA = Not applicable.

BLM_0000811

**TABLE B-5**
**Summary of Herbicide Use - Diflufenzopyr**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour | | Diflufenzopyr portion of Distinct®/Overdrive® | | |
| | | | | Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Rangeland | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.075 | 0.1 |
| | | | Horseback | 0.75 | 1 | Y | 0.075 | 0.1 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.075 | 0.1 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.075 | 0.1 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.075 | 0.1 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.075 | 0.1 |
| Public Domain Forest Land | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Energy and Mineral Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.075 | 0.1 |
| | | | Horseback | 0.75 | 1 | Y | 0.075 | 0.1 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.075 | 0.1 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.075 | 0.1 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.075 | 0.1 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.075 | 0.1 |
| Rights-of-way | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.075 | 0.1 |
| | | | Horseback | 0.75 | 1 | Y | 0.075 | 0.1 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.075 | 0.1 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.075 | 0.1 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.075 | 0.1 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.075 | 0.1 |

BLM_0000812

HUMAN HEALTH RISK ASSESSMENT

**TABLE B-5 (Cont.)**
**Summary of Herbicide Use - Diflufenzopyr**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| | | | | **Application Information** | | **Herbicide[1]** Diflufenzopyr portion of Distinct®/Overdrive® | | |
| Recreation and Cultural Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.075 | 0.1 |
| | | | Horseback | 0.75 | 1 | Y | 0.075 | 0.1 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.075 | 0.1 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.075 | 0.1 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.075 | 0.1 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.075 | 0.1 |
| Aquatic | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| | Aquatic | Boat (diquat) | Spot | 0.63 | 2 | N | NA | NA |
| | | | Boom/broadcast | 1.3 | 3 | N | NA | NA |
| | | Boat (fluridone) | Boom/broadcast (granular) | 6.25 | 5.8 | N | NA | NA |
| | | | Boom/broadcast (liquid) | 17.5 | 16.7 | N | NA | NA |

[1] All data are based on a single application.
Typical = Typical application rate; and Max = Maximum application rate.
NA = Not applicable.

BLM_0000813

**TABLE B-6**
**Summary of Herbicide Use - Diquat**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour | | Diquat (Reward®)[2] | | |
| | | | | Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Rangeland | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Public Domain Forest Land | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Energy and Mineral Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Rights-of-way | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |

BLM_0000814

HUMAN HEALTH RISK ASSESSMENT

**TABLE B-6 (Cont.)**
**Summary of Herbicide Use - Diquat**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| | | | | Application Information | | Herbicide[1] | | |
| | | | | | | Diquat (Reward®)[2] | | |
| Recreation and Cultural Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Aquatic | Aerial | Plane | Fixed wing | 250 | 500 | Y | 1 | 4 |
| | | Helicopter | Rotary | 100 | 200 | Y | 1 | 4 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 1 | 4 |
| | | | Horseback | 0.75 | 1 | Y | 1 | 4 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 1 | 4 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 1 | 4 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 1 | 4 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 1 | 4 |
| | Aquatic | Boat (diquat) | Spot | 0.63 | 2 | Y | 1 | 4 |
| | | | Boom/broadcast | 1.3 | 3 | Y | 1 | 4 |
| | | Boat (fluridone) | Boom/broadcast (granular) | 6.25 | 5.8 | N | NA | NA |
| | | | Boom/broadcast (liquid) | 17.5 | 16.7 | N | NA | NA |

[1] All data are based on a single application.
[2] BLM specified typical and maximum application rates for four different water bodies: Ponds, Whole Lake/Reservoir, Partial Lakes/Reservoir, and Canals. The highest typical application rate (Pond) was selected for use as the typical rate and the highest maximum application rate (Partial Lake/Reservoir) was selected for use as the maximum application rate. Application rates are dependent on water depth, which is assumed to be 1 meter.
Typical = Typical application rate; and Max = Maximum application rate.
NA = Not applicable.

BLM_0000815

**TABLE B-7**
**Summary of Herbicide Use - Fluridone**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Fluridone (Sonar®)[2] | | |
| Rangeland | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Public Domain Forest Land | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Energy and Mineral Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Rights-of-way | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |

BLM_0000816

HUMAN HEALTH RISK ASSESSMENT

**TABLE B-7 (Cont.)**
**Summary of Herbicide Use - Fluridone**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour | | Herbicide[1] Fluridone (Sonar®)[2] | | |
| | | | | Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Recreation and Cultural Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Aquatic | Aerial | Plane | Fixed wing | 250 | 500 | Y | 0.41 | 1.3 |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.41 | 1.3 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.41 | 1.3 |
| | | | Horseback | 0.75 | 1 | Y | 0.41 | 1.3 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.41 | 1.3 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.41 | 1.3 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.41 | 1.3 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.41 | 1.3 |
| | Aquatic | Boat (diquat) | Spot | 0.63 | 2 | N | NA | NA |
| | | | Boom/broadcast | 1.3 | 3 | N | NA | NA |
| | | Boat (fluridone) | Boom/broadcast (granular) | 6.25 | 5.8 | Y | 0.41 | 1.3 |
| | | | Boom/broadcast (liquid) | 17.5 | 16.7 | Y | 0.41 | 1.3 |

[1] All data are based on a single application.
[2] BLM specified typical and maximum application rates for four different water bodies: Ponds, Whole Lake/Reservoir, Partial Lakes/Reservoir, and Canals. The highest typical application rate (Pond) was selected for use as the typical rate and the highest maximum application rate (Partial Lake/Reservoir) was selected for use as the maximum application rate. Application rates are dependent on water depth, which is assumed to be 1 meter.
Typical = Typical application rate; and Max = Maximum application rate.
NA = Not applicable.

BLM_0000817

TABLE B-8
Summary of Herbicide Use - Imazapic

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour | | Imazapic (Plateau®) | | |
| | | | | Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Rangeland | Aerial | Plane | Fixed wing | 250 | 500 | Y | 0.031 | 0.19 |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.031 | 0.19 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.031 | 0.19 |
| | | | Horseback | 0.75 | 1 | Y | 0.031 | 0.19 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.031 | 0.19 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.031 | 0.19 |
| Public Domain Forest Land | Aerial | Plane | Fixed wing | 250 | 500 | Y | 0.031 | 0.19 |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.031 | 0.19 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.031 | 0.19 |
| | | | Horseback | 0.75 | 1 | Y | 0.031 | 0.19 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.031 | 0.19 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.031 | 0.19 |
| Energy and Mineral Sites | Aerial | Plane | Fixed wing | 250 | 500 | Y | 0.031 | 0.19 |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.031 | 0.19 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.031 | 0.19 |
| | | | Horseback | 0.75 | 1 | Y | 0.031 | 0.19 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.031 | 0.19 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.031 | 0.19 |
| Rights-of-way | Aerial | Plane | Fixed wing | 250 | 500 | Y | 0.031 | 0.19 |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.031 | 0.19 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.031 | 0.19 |
| | | | Horseback | 0.75 | 1 | Y | 0.031 | 0.19 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.031 | 0.19 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.031 | 0.19 |

Note: Application Information spans Program, Scenario, Vehicle, Method, and Acres Treated Per Hour columns. Herbicide[1] spans the Imazapic (Plateau®) columns.

HUMAN HEALTH RISK ASSESSMENT

TABLE B-8 (Cont.)
Summary of Herbicide Use - Imazapic

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour | | Herbicide[1] Imazapic (Plateau®) | | |
| | | | | Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Recreation and Cultural Sites | Aerial | Plane | Fixed wing | 250 | 500 | Y | 0.031 | 0.19 |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.031 | 0.19 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.031 | 0.19 |
| | | | Horseback | 0.75 | 1 | Y | 0.031 | 0.19 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.031 | 0.19 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.031 | 0.19 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.031 | 0.19 |
| Aquatic | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| | Aquatic | Boat (diquat) | Spot | 0.63 | 2 | N | NA | NA |
| | | | Boom/broadcast | 1.3 | 3 | N | NA | NA |
| | | Boat (fluridone) | Boom/broadcast (granular) | 6.25 | 5.8 | N | NA | NA |
| | | | Boom/broadcast (liquid) | 17.5 | 16.7 | N | NA | NA |

[1] All data are based on a single application.
Typical = Typical application rate; and Max = Maximum application rate.
NA = Not applicable.

BLM_0000819

**TABLE B-9**
**Summary of Herbicide Use - Sulfometuron Methyl**

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour | | Herbicide[1] Sulfometuron Methyl (Oust®) | | |
| | | | | Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Rangeland | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| Public Domain Forest Land | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.14 | 0.38 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.14 | 0.38 |
| | | | Horseback | 0.75 | 1 | Y | 0.14 | 0.38 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.14 | 0.38 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.14 | 0.38 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.14 | 0.38 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.14 | 0.38 |
| Energy and Mineral Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.14 | 0.38 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.14 | 0.38 |
| | | | Horseback | 0.75 | 1 | Y | 0.14 | 0.38 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.14 | 0.38 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.14 | 0.38 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.14 | 0.38 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.14 | 0.38 |
| Rights-of-way | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | Y | 0.14 | 0.38 |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.14 | 0.38 |
| | | | Horseback | 0.75 | 1 | Y | 0.14 | 0.38 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.14 | 0.38 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.14 | 0.38 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.14 | 0.38 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.14 | 0.38 |

BLM_0000820

HUMAN HEALTH RISK ASSESSMENT

TABLE B-9 (Cont.)
Summary of Herbicide Use - Sulfometuron Methyl

| Program | Scenario | Vehicle | Method | Acres Treated Per Hour | | Herbicide[1] Sulfometuron Methyl (Oust®) | | |
| | | | | Typical | Max | Used (Y/N)? | Typical Rate (lb a.i./acre) | Max Rate (lb a.i./acre) |
|---|---|---|---|---|---|---|---|---|
| Recreation and Cultural Sites | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | Y | 0.14 | 0.38 |
| | | | Horseback | 0.75 | 1 | Y | 0.14 | 0.38 |
| | | ATV | Spot | 0.25 | 0.5 | Y | 0.14 | 0.38 |
| | | | Boom/broadcast | 0.8 | 1.6 | Y | 0.14 | 0.38 |
| | | Truck mount | Spot | 0.38 | 1 | Y | 0.14 | 0.38 |
| | | | Boom/broadcast | 1.5 | 2.25 | Y | 0.14 | 0.38 |
| Aquatic | Aerial | Plane | Fixed wing | 250 | 500 | N | NA | NA |
| | | Helicopter | Rotary | 100 | 200 | N | NA | NA |
| | Ground | Human | Backpack | 0.2 | 0.4 | N | NA | NA |
| | | | Horseback | 0.75 | 1 | N | NA | NA |
| | | ATV | Spot | 0.25 | 0.5 | N | NA | NA |
| | | | Boom/broadcast | 0.8 | 1.6 | N | NA | NA |
| | | Truck mount | Spot | 0.38 | 1 | N | NA | NA |
| | | | Boom/broadcast | 1.5 | 2.25 | N | NA | NA |
| | Aquatic | Boat (diquat) | Spot | 0.63 | 2 | N | NA | NA |
| | | | Boom/broadcast | 1.3 | 3 | N | NA | NA |
| | | Boat (fluridone) | Boom/broadcast (granular) | 6.25 | 5.8 | N | NA | NA |
| | | | Boom/broadcast (liquid) | 17.5 | 16.7 | N | NA | NA |

[1] All data are based on a single application.
Typical = Typical application rate; and Max = Maximum application rate.
NA = Not applicable.

BLM_0000821

The adult and child resident are assumed to contact foliage for 2 hours per day. A Tc value of 14,500 $cm^2$/hour was selected for the adult resident, and 5,200 $cm^2$/hour was selected for the child resident (USEPA 2001i). These Tc values are higher than those used for the other receptors, and assumes that contact with herbicide active ingredients in foliage could occur in the residents' yards (i.e., playing in the grass is an activity that could result in greater transfer than walking through the brush or woods).

Berry IRs for this receptor were assumed to be the same as those used for the Native American adult and child. The rates are 320 g/day for an adult and a scaled IR of 69 g/day for a child, and are based on rates of above ground gathered terrestrial vegetation for the Native American Spokane tribe (Harper et al. 2002). The berry IR was converted to units of $cm^2$/day because of the requirements of the equation used to evaluate this pathway (USEPA 2002c).

### Native American

The Native American receptors (adult and child) are assumed to be potentially exposed to herbicides via dermal contact with spray, dermal contact with sprayed foliage, ingestion of drinking water from a sprayed pond, ingestion of berries containing spray, dermal contact with water in a sprayed pond, and ingestion of fish from a sprayed pond. The adult Native American is assumed ingest 1 liter of water per day (Harper et al. 2002) from the sprayed pond. According to Harper et al., a representative Spokane Tribe subsistence exposure scenario assumes that an adult consumes 4 liters of water per day out of which 2 liters/day are consumed from the home drinking water well, 1 liter/day is consumed at the work site, and 1 liter/day is consumed in a sweat lodge (where water is poured over hot rocks to create a steam bath). It is assumed that the 1 liter/day from the work site could come from a sprayed pond. The child Native American is assumed to consume half the adult rate resulting in 0.5 liter/day from a sprayed pond.

Harris and Harper (1997) and Harper et al. (2002) do not provide specific data regarding Native American body SA or BW. It is assumed that the Native American's lower legs, lower arms, and hands are exposed for potential herbicide contact. The 50th percentile SA of the lower legs, lower arms, and hands for adult men and women is 4,504 $cm^2$, and was calculated based on data in the *Exposure Factors Handbook* (USEPA 1997c). The 50th percentile SA of the lower legs, lower arms, and hands for children is

1,607 $cm^2$, and was calculated based on data in the *Exposure Factors Handbook* (USEPA 1997a). The Native American receptors are assumed to contact foliage for 3 hours per day of subsistence activities (Harper et al. 2002). A Tc value of 1,500 $cm^2$/hour was selected for the adult. This value is the high end Tc for harvesting blueberries (USEPA 2000b). A value of 300 $cm^2$/hour, based on the child to adult SAR (CalEPA 1996), was selected for the child.

The USEPA (2001d) recommends an exposed SA of 18,000 $cm^2$ for an adult swimmer and 6,600 $cm^2$ for a child swimmer. Because no specific data are available regarding SA, these estimates have been used to evaluate the Native American child and adult in this HHRA. The ET for swimming is assumed to be 2.6 hours/day in accordance with Harris and Harper (1997) which gives a swimming exposure frequency of 2.6 hours/day for 70 days/year. Incidental ingestion during swimming is not evaluated for the Native American since it is assumed that the pond is also used as a source of drinking water, and any incidental ingestion during swimming is therefore included in the drinking water scenario.

The berry IR was developed from information provided in Harper et al. (2002), which lists an IR of 320 g/day for an adult for above ground gathered terrestrial vegetation for the Native American Spokane tribe. Berries are likely to be a small fraction of this 320 g/day. However, since this rate was not subdivided into additional categories, it was conservatively assumed that the IR for berries is 320 g/day for an adult Native American. For the child Native American, the IR was scaled by BW (i.e., 320 g/day x 15 kg / 70 kg) to 69 g /day (CalEPA 1996).

The adult fish IR was assumed to be 885 g/day based on a high fish diet scenario Harper et al. (2002). The high fish diet consists primarily of fish, supplemented by big game, amphibians, crustaceans, mollusks, small mammals, and upland game birds. This value is much higher than the 95th percentile fish IR of 170 g/day recommended in USEPA (1997a) for a Native American subsistence population. For the child Native American, the IR was scaled by BW (i.e., 885 g/day x 15 kg / 70 kg) to 190 g /day; CalEPA 1996).

## Calculation of Exposure Point Concentrations

Exposure points are located where potential receptors may contact herbicides. The herbicide concentration in

BLM_0000822

HUMAN HEALTH RISK ASSESSMENT

the environmental medium that receptors may contact must be estimated in order to determine the magnitude of potential exposure. The concentration at the point of contact is referred to as the exposure point concentration (EPC).

**Occupational Exposures**

It is assumed that workers could be exposed via dermal contact and inhalation through routine-use of herbicides and via an accidental spill to worker skin.

### *Routine Exposures*

For the routine exposures, the exposure dose is calculated using the herbicide AR (lbs a.i./day) and the AT per day. This information is provided in Tables B-4 to B-9.

### *Accidental Exposures*

To calculate exposures from an accidental spill to worker skin, the concentration of a.i. in the formulation (in lbs of a.i. per gallon of formulation) must be derived. These concentrations are provided or can be calculated from the information provided on the herbicide labels. Three of the herbicides evaluated in the risk assessment (diquat, fluridone, and imazapic) may be present in a concentrated liquid formulation. Fluridone and imazapic are also present in a dry formulation; however, for this evaluation it is assumed that the worker is exposed to the concentrated liquid formulation. For the worker spill scenario, it is assumed that the worker is exposed to the concentrated liquid; therefore, the pounds of a.i. per gallon listed on the labels are used for the calculation. For diquat, fluridone, and imazapic, the concentrated liquid concentrations are 2 pounds a.i./gallon, 4 pounds a.i./gallon, and 2 pounds a.i./gallon, respectively.

Diflufenzopyr and sulfometuron methyl are in a dry form, and need to be mixed with water before application. The concentration of a.i. present in the application-ready formulation is calculated using maximum ARs (lb of a.i./acre, Tables B-4 to B-9) and the minimum spray rate (in gallons per acre, information provided by the BLM). The combination of maximum AR and minimum spray rate results in the most concentrated solution. The concentration is calculated using the following equation:

Concentration (lb a.i./gallon) = Application rate (pounds a.i./acre)/Spray rate (gallons/acre)

The helicopter spray rate of 5 gallons/acre results in the most concentrated solution, therefore the helicopter spray rate is used in the calculation. The maximum ARs for diflufenzopyr and sulfometuron methyl of 0.1 pounds a.i./acre and 0.38 pounds a.i./acre, respectively, is divided by the spray rate (5 gallons/acre) resulting in concentrations of 0.02 pounds a.i./gallon and 0.076 pounds a.i./gallon, respectively.

The accidental spill scenario for diquat and fluridone resulted in unacceptable risks to occupational receptors. Because of the unlikely nature of the scenario (i.e., a spill of concentrated liquid directly to worker skin), EPCs were also calculated assuming a spill to worker skin after the herbicide is mixed at the maximum or typical AR using the equation listed above.

**Public Exposures**

It is assumed that the public could have routine exposures to herbicides present in spray drift that have deposited onto the receptor, foliage, and berries. It is also assumed that there could be accidental direct spray onto the receptor, foliage, pond, and berries, as well as a direct spill into the pond.

### *Routine Exposure Point Concentrations*

Off-target spray drift refers to the amount of sprayed pesticide that does not come into contact with the target area, but rather drifts in the air and settles on an off-target area. The magnitude of potential human exposure to herbicides as a result of off-target spray drift and surface runoff of herbicides from the target application area was estimated from modeled terrestrial deposition rates (DRs) and water body concentrations. A hypothetical quarter acre, 1-meter deep pond was assumed for these calculations. Off-target spray drift and resulting terrestrial DRs and waterbody concentrations were predicted using the computer model AgDRIFT® (Spray Drift Task Force [SDTF] 2002). Surface runoff of herbicides from the target application area and resulting waterbody (hypothetical pond) concentrations were predicted using the computer model GLEAMS (Groundwater Loading Effects of Agricultural Management Systems).

**AgDRIFT®.** AgDRIFT® Version 2.0.05 (SDTF 2002) is a computer model that is a product of the Cooperative Research and Development Agreement between the USEPA's Office of Research and Development and the SDTF (a coalition of pesticide registrants). It is based on, and represents an enhancement of, its preceding computer program, AGDISP (Agricultural Dispersal

BLM_0000823

Model), which was developed by the National Aeronautics and Space Administration (NASA), the U.S. Department of Agriculture Forest Service (USDA Forest Service), and the U.S. Army. AgDRIFT® was developed for use in regulatory assessments of off-target drift associated with agricultural use of pesticides through aerial, ground, or orchard/airblast applications. AgDRIFT® is based upon the simple idea that pesticide or herbicide drift is primarily a function of application technique (e.g., droplet size and release height), environmental conditions, and physical properties of the spray solution and not of the a.i. itself. To implement this idea, the computational approach employed by AgDRIFT® is based on a simple method that has evolved over a period of more than 20 years and yields high correlation with field measurement datasets. AgDRIFT® was selected for use in this risk assessment because it allows for the simulation of a broad range of aerial and ground application practices and associated off-target spray drift. Further, the cooperative development of AgDRIFT® by the USEPA and the SDTF and the associated use of AgDRIFT® in regulatory assessments of off-target pesticide drift reinforces its suitability to this particular application.

AgDRIFT® enables the user to take a tiered approach to the modeling of drift by allowing the user to choose between three tiers of increasingly complex evaluations of off-target drift and deposition. The basic difference between the three tiers (Tiers I, II, and III) is the amount of control users have in selecting model input variables. Also, Tier I supports the evaluation of aerial and ground application scenarios, whereas Tiers II and III support the evaluation of only aerial application scenarios (for agricultural and forestry applications). Tier I is based on a set of standard "Good Application Practices" and requires little knowledge of the actual application conditions or herbicide properties. Tier I allows the user to modify a small number of model variables. Tiers II and III are based on the same set of "Good Application Practices" as Tier I. However, to implement either Tier II or III the user must have a progressively greater knowledge of the specific conditions under which herbicides will be applied. Tiers II and III allow the user to modify a progressively larger set of variables to make the scenario evaluated representative of the conditions under which herbicides will be applied.

Tier I was used in this EIS to evaluate off-target drift associated with ground application scenarios. Tier II was used to evaluate off-target drift associated with aerial application of herbicides to agricultural and forestry land types. The agricultural land type represents land having a relatively short vegetative canopy (e.g., non-forested land such as rangeland). The forestry land type represents land having a higher vegetative canopy (e.g., forested land). The Tier I ground application model does not allow the user to select between land types. It simply models drift from ground application in an agriculture-like setting. Both Tier I and Tier II of the AgDRIFT® model were utilized to evaluate off-target spray drift to a terrestrial area or waterbody (e.g., a hypothetical pond) located perpendicular to, and downwind of, the herbicide application area. The terrestrial area simply represents a point on the ground at a fixed distance downwind of the application area. AgDRIFT® calculates the DR in milligrams per square centimeter ($mg/cm^2$) for the terrestrial location of interest. The hypothetical pond is intended to represent a non-flowing waterbody approximately ¼ acre in size and 1 meter deep. The concentration of the herbicide being modeled in pond water is generated in the AgDRIFT® model based on the assumption of instantaneous mixing throughout the waterbody. The implementation of the Tier I ground and Tier II aerial application model and the model input variables (including the variables specific to the application method and environmental setting and specific to the herbicide being evaluated) are discussed and presented in the HHRA protocol document (ENSR 2005).

**GLEAMS.** GLEAMS is a modified version of the CREAMS (Chemical Runoff Erosion Assessment Management System) model that was originally developed to evaluate non-point source pollution from agricultural field-size areas. One of the benefits of the GLEAMS model is the ability to estimate a wide range of potential herbicide exposure concentrations as a function of important site-specific parameters such as soil characteristics, annual precipitation, etc. The model simulates edge-of-field and bottom-of-root-zone loadings of water, sediment, pesticides (or herbicides), and plant nutrients from the complex climate-soil-management interactions. The GLEAMS model has evolved through several versions from its inception in 1984 to the present, and has been evaluated in numerous climatic and soil regions around the world. The model was selected for use in this investigation because of its widespread acceptance, its suitability to this particular application, and the previous use of the model to support similar risk assessments for the USDA Forest Service (SERA 2001).

In this application, the GLEAMS model was used to simulate the fate and transport of the three terrestrial herbicides considered in this HHRA from an area

BLM_0000824

HUMAN HEALTH RISK ASSESSMENT

representing a typical BLM application area. The fate and transport of the three herbicides was simulated by GLEAMS using a precipitation record and three other model components intended to represent hydrology, erosion, and pesticide movement:

- *Precipitation Record* – Rainfall distribution was described in the GLEAMS model using a daily hyetograph from Medford, Oregon from 1990 when a total of approximately 13.5 inches of precipitation was recorded. The GLEAMS model used the hyetograph from 1990 to describe the annual distribution of precipitation during the model simulations and eight different precipitation totals including 5, 10, 25, 50, 100, 150, 200, and 250 inches/year. By scaling the eight different hypothetical precipitation totals by the precipitation record measured during 1990, the daily rainfall totals were increased in the model, while the annual distribution of precipitation was retained.

- *Hydrology* – The hydrology component of the GLEAMS model simulates the movement of water through an agricultural system by considering the effects of precipitation on surface runoff and percolation through the unsaturated zone. Three soil types were simulated in this application including silt, sand, and clay. The simulated application area was a 10-acre square with a 5% slope, and the climate applied to the simulation was the measured annual average at Medford, Oregon.

- *Erosion* – The erosion component of GLEAMS simulates the movement of sediment over the land surface using the Universal Soil Loss Equation (USLE). Typical values were used to represent the soil erodibility factor and a Manning Roughness coefficient.

- *Pesticide* – The pesticide component of the GLEAMS model was used to simulate the movement of the herbicides diflufenzopyr, imazapic, and sulfometuron methyl (the three herbicides designated for terrestrial deposition) through the ecosystem by associating the herbicides with both water and sediment. Literature values describing water solubility, foliar half-life, partitioning, washoff, and soil half-life were used to facilitate the GLEAMS model calculations.

The GLEAMS model was used to simulate the fate and transport and eventual waterbody (e.g., pond) loading of each of the three terrestrial herbicides assuming they were each applied to a single application area within the vicinity of a hypothetical pond and using combinations of each of the eight precipitation rates and each of the three soil types.

Ambient water concentrations were calculated for a pond immediately adjacent to the application field using model predicted runoff and percolation rates, and the mass of herbicide a.i. associated with each of these exports. Statistical values of concentrations were calculated using an entire year of predicted results extracted once the model had reached a quasi-steady state. The GLEAMS model provides daily predictions of herbicide a.i. export rates, which were used to calculate ambient water concentrations in a pond, and the daily values were used to determine short-term (7 day), intermediate-term (30 day), and long-term (annual) surface water concentrations. These exposure durations correspond to the exposure durations used to evaluate the toxicology endpoint data (Table B-3). Long-term concentrations were calculated as the annual daily average from the last year of the 10-year simulation. Intermediate-term concentrations were calculated as the maximum 30-day average from the last year of the 10-year simulation. Short-term concentrations were calculated as the maximum 7-day average from the last year of the 10-year simulation. While it is possible that public receptors use public lands under intermediate and long term time frames, it is unlikely that public receptors would be exposed to herbicides under the routine use scenario for more than a short-term exposure, which is defined as 1 day to 1 month (USEPA 2001g). Therefore, short-term concentrations are used to evaluate the public receptors under the routine use exposure scenario. An evaluation of the public receptors under an intermediate and a long-term exposure scenario is included in the Uncertainty Analysis.

Pond concentrations for 42 scenarios were calculated for each time frame (18 from varying soil type and precipitation totals and 24 from a sensitivity analysis where soil type and 5 other parameters were varied). The highest calculated pond concentrations were selected from all of the scenarios for each time frame in order to provide the most conservative pond concentrations as an input to the HHRA. The timeframes were selected to correlate with USEPA's short-term, intermediate-term, and long-term NOAELs. A detailed discussion of the GLEAMS modeling

BLM_0000825

approach is presented in the HHRA protocol document (ENSR 2005). The individual ERA reports developed for each herbicide contain a description of herbicide-specific GLEAMS model inputs and present a summary of GLEAMS model results for each herbicide.

**Terrestrial Deposition Rates and Exposure Point Concentrations.** The initial terrestrial DRs predicted using the AgDRIFT® Tier I ground application and Tier II aerial application models were used to evaluate the following potential human exposure pathways:

- Dermal contact with herbicide in spray drift
- Dermal contact with herbicide on foliage
- Ingestion of herbicides that have deposited on berries

Spray drift DRs were estimated for two application scenarios, aerial and ground. For the aerial scenario, AgDRIFT® evaluates two land types (agricultural and forestry) for estimation of DRs. As the agricultural land type represents land having a relatively short vegetative canopy, it was used to estimate spray drift DRs resulting from aerial applications over non-forested areas, while the forestry land type (representing land having a higher vegetative canopy) was used to estimate spray drift DRs resulting from aerial applications over forested areas. To encompass all possibilities, both sets of DRs were used to evaluate public receptor exposures. Deposition rates were also calculated separately for plane and helicopter applications; therefore, there are four sets of aerial DRs calculated using Tier II of the model:

- Agricultural land type, airplane application
- Agricultural land type, helicopter application
- Forestry land type, airplane application
- Forestry land type, helicopter application

Off-target spray drift and the resulting terrestrial impacts from the aerial application scenarios were predicted at distances of 100, 300, and 900 feet downwind of the herbicide application area. The closest distance to the receptor (e.g., 100 feet downwind), was used as the basis for the HHRA.

For ground applications using Tier I of the model, estimation of spray drift DR is not dependent on land type. Ground applications may be conducted using either a high boom or a low boom, and DRs vary by the height of the boom. Therefore, there are two sets of ground DRs calculated for each herbicide:

- Ground application, low boom
- Ground application, high boom

Off-target spray drift and the resulting terrestrial impacts from the ground application scenarios were predicted at distances of 25, 100, and 900 feet downwind of the herbicide application area. The closest distance to the receptor (e.g., 25 feet downwind) was used as the basis for the HHRA.

**Pond Deposition Rates and Exposure Point Concentrations.** The surface water (pond) herbicide concentrations predicted using AgDRIFT® represent short-lived concentrations due to off-target spray drift. It is likely that these predicted herbicide levels are flushed out of the hypothetical pond within a few days. For the aquatic herbicides, it is assumed that these herbicides are sprayed onto a target pond and the spray drift settles onto an adjacent pond that was not targeted for spraying.

The pond herbicide concentrations predicted using the GLEAMS model represent the potential impact of surface runoff of herbicides and assume a constant loading to the pond. Therefore, the GLEAMS concentrations represent potential longer-term concentrations in the pond. The processes of spray drift onto and surface runoff into a surface water body are not directly additive, since they may not occur over the same time frame. However, as a conservative approach, the hypothetical herbicide concentrations due to spray drift predicted using AgDRIFT® were used in calculating the short-, intermediate-, and long-term surface water EPCs for all six herbicides. The short-, intermediate-, and long-term concentrations of terrestrial herbicides calculated using the GLEAMS model were added to the AgDRIFT® predictions for those herbicides. Using AgDRIFT® output for short-, intermediate-, and long-term time frames is a conservative approach since AgDRIFT® mainly represents short-lived concentrations. These combined concentrations are used to evaluate:

- Dermal contact with herbicide in water while swimming
- Ingestion of herbicide in water used as drinking water or while swimming
- Ingestion of herbicide that may bioconcentrate in the edible tissue of recreationally caught fish

BLM_0000826

HUMAN HEALTH RISK ASSESSMENT

As for the terrestrial DRs, pond concentrations were calculated for several land types and application scenarios:

- Agricultural land type, airplane application
- Agricultural land type, helicopter application
- Forestry land type, airplane application
- Forestry land type, helicopter application
- Ground application, low boom
- Ground application, high boom

Off-target spray drift and the resulting aquatic impacts were predicted at distances 100, 300, and 900 feet downwind of the aerial application areas and 25, 100, and 900 feet downwind of the ground application areas. Again, for the HHRA, the nearest distances to the receptor were used (e.g., 100 feet and 25 feet downwind for the aerial and ground applications, respectively).

**Accidental Exposure Point Concentrations.** Accidental exposures involving direct spray are estimated using the herbicide ARs (in pounds of a.i. per acre) shown in Tables B-4 to B-9. It is assumed that the herbicide is sprayed at the maximum AR directly onto the receptor, foliage, berries, or pond. The equation used to calculate the pond concentration is as follows:

Pond concentration (mg/L) = (Application rate [lb a.i./acre] * 453,600 * 35.31 $ft^3/m^3$ x 0.001 $m^3$/L) / (43,530 $ft^2$/acre * pond depth [feet]).

**Spill.** It is assumed that a pond receives a spill of 140 gallons of herbicide mix from a helicopter or 200 gallons of spray mix from a batch truck. These amounts are approximately the largest amounts that can be carried in helicopters or trucks, respectively, as used by the BLM. Similar to the worker spill scenario, the concentration of a.i. in the formulation must be derived. It is assumed that the herbicides are present in application-ready concentrations as they are being transported. Therefore, for the herbicides that may be present in concentrated liquid form (diquat, fluridone, and imazapic), a diluted concentration is calculated. Diflufenzopyr and sulfometuron methyl are in solid form, and the concentration of a.i. in the application-ready formulation is calculated.

Similar to the worker spill scenario, the following equation is used to calculate the concentration of a.i. present in the application-ready formulation:

Concentration (pounds a.i./gallon) = (Application rate [pounds a.i./acre]) / (Spray rate [gallons/acre])

Two spray rates are used in the equation to represent spraying from helicopters and trucks. Based on information provided by the BLM, the lowest spray rate from a helicopter is 5 gallons/acre and from a truck is 25 gallons/acre. While a range of spray rates is possible, these spray rates represent the lower end of the range, and thus result in higher concentrations. Maximum ARs (shown in Tables B-4 to B-9) were used for each of the six herbicides. The equation used to calculate the pond concentration is as follows:

Pond concentration (mg/L) = (Gallons spilled * lb a.i./gallon * 453,600 mg/lb * 35.31 $ft^3/m^3$ * 0.001 $m^3$/L) / (43,530 $ft^2$/acre * pond size [acre] * pond depth [ft])

Both the accidental truck and helicopter spill scenarios for diquat resulted in unacceptable risks to public receptors. To provide a more realistic estimate of risk, EPCs were also calculated assuming spills at the typical AR using the equation listed above.

## Chemical-specific Parameters

Several chemical-specific parameters are used in the calculation of exposure doses described in the next section. These include absorption factors, skin permeability factors, and bioconcentration factors (BCFs). Each parameter is described below.

### Absorption Factors

Absorption factors are used in this HHRA when the endpoint used to select the NOAEL and the exposure in the environmental medium of interest differ. For example, absorption factors are used with the dermal NOAELs for diquat, fluridone, and imazapic because oral studies were used to determine the dermal NOAELs. The derivation of these absorption factors were discussed earlier for diquat, fluridone, and imazapic.

### Skin Permeability Constants

The estimation of exposure doses resulting from incidental dermal contact with surface water requires the use of a dermal permeability constant (Kp) in units of centimeters per hour (cm/hr). This method assumes that the behavior of constituents dissolved in water is described by Fick's Law. In Fick's Law, the steady-state flux of the solute across the skin (mg/$cm^2$/hr) equals the permeability constant (Kp, cm/hr) multiplied

BLM_0000827

by the concentration difference of the solute across the membrane $(mg/cm^3)$. This approach is discussed by the USEPA (USEPA 1989, 1992, 2001d). For the six herbicides evaluated in the risk assessment, Kps were calculated using an equation presented in the USEPA's *Supplemental Guidance for Dermal Risk Assessment* (USEPA 2001d).

### Fish Bioconcentration Factors

To estimate concentrations of herbicides in fish tissue, a BCF is used to approximate the amount of herbicide that bioconcentrates from the water into the fish tissue.

# Risk Characterization

The purpose of the risk characterization is to provide estimates of the potential risk to human health from exposure to herbicides. The results of the exposure assessment are combined with the results of the dose-response assessment to derive quantitative estimates of risk, or the probability of adverse health effects following assumed potential exposure to herbicides. Since none of the six herbicides evaluated in this HHRA are considered to be potential carcinogens by the USEPA, the potential noncancer risk associated with the herbicide use scenarios is estimated.

The USEPA risk assessment guidance for pesticides (USEPA 2000a) provides different noncancer methods for evaluating food and non-food exposures. For food exposure, a percent PAD (%PAD) method is used, and for non-food exposure, an MOE method is used. In order to estimate total exposure and risk from all exposure pathways, the USEPA has also developed an aggregate risk approach, which combines potential risks from various pathways expressed as MOEs and %PADs (USEPA 1999a, USEPA 2001b).

The following sections discuss the overall approach for risk characterization, present equations for quantifying exposure and risk, present the results of the risk characterization, and discuss uncertainties inherent in the risk assessment process.

## Approach for Risk Characterization

The food (%PAD) and non-food (MOE) methods are summarized below, followed by the aggregate risk approach for combining these risk estimates.

### Food (%PAD) Assessment

This assessment method evaluates exposures to herbicide residues in food and water. Toxicity is represented by a PAD and may be calculated for acute effects (acute PAD) or chronic effects (chronic PAD). A PAD is defined as an acute or chronic RfD divided by the FQPA SF (a value between 1 and 10), where appropriate.

The noncancer risk estimate is the ratio of the exposure level (expressed as intake of the herbicide in mg/kg-day) to the PAD and is calculated using the following equation:

$$\%PAD = \frac{Food\ Intake(mg/kg-day)}{PAD(mg/kg-day)} \times 100$$

Exposures that are less than 100% of the PAD do not exceed the USEPA's level of concern.

As shown in Table B-3, only diflufenzopyr has an acute PAD developed by the USEPA. Chronic PADs are available for diflufenzopyr, diquat, imazapic, and sulfometuron methyl. The FQPA SF for each of these herbicides is 1; therefore, the PAD is equal to the RfD. For fluridone, the USEPA did not provide a PAD; therefore, the oral RfD provided in the USEPA's IRIS database (USEPA 2003c) was used to evaluate chronic oral exposure.

### Non-food (MOE) Assessment

This assessment method evaluates exposures via all non-food pathways (e.g., incidental ingestion, dermal, inhalation). The toxicity of the chemical is represented by a NOAEL identified from the scientific literature. The noncancer risk estimate is the ratio of the toxicity value to the exposure level and is calculated using the following general equation:

$$Noncancer,\quad MOE = \frac{NOAEL(mg/kg-day)}{Exposure(mg/kg-day)}$$

Target MOEs are derived to account for the uncertainties associated with the NOAEL. Target MOEs are generally set at 100 to account for a factor of 10 for interspecies extrapolation and factor of 10 for intraspecies variability. Additional factors are applied when a LOAEL is used rather than a NOAEL. Calculated MOEs above the target MOE do not exceed the USEPA's level of concern. Calculated MOE values less than the target MOE indicate a potential concern for

BLM_0000828

HUMAN HEALTH RISK ASSESSMENT

human health. As shown in Table B-3, target MOEs are defined for each of the herbicides. Target MOEs are 100 for all herbicides, except for imazapic. The imazapic target MOE for long-term dermal and long-term inhalation exposures is 300, to account for the fact that the toxicity values is based on a LOAEL rather than a NOAEL. For all other exposure routes and time frames, the target MOE is 100.

**Aggregate Risk Index**

The %PAD method presents the risk result as the exposure estimate divided by the allowable exposure level (the PAD) and is expressed as a percentage of the total allowable exposure. Results less than or equal to 100% of the PAD are considered acceptable. However, for the MOE method, the identified NOAEL is divided by the estimated exposure, and is, therefore, the reverse of the %PAD method. For the MOE method, when the ratio is greater than the target MOE, the risk is considered to be negligible. Risk results using these different methods cannot be directly combined to account for cumulative risk from various exposure pathways. An aggregate approach, described below, is therefore used.

The USEPA's OPP (USEPA 1999a, USEPA 2001b) has developed the Aggregate Risk Index (ARI) approach, which combines potential risks from various pathways expressed as MOEs and %PADs. In this approach, it is important that only exposure pathways encompassing similar exposure durations be combined (i.e., acute exposures cannot be combined with chronic exposures). The ARI is an extension of the MOE concept. The ARI is compared against a target value of one. Values greater than 1 do not exceed the USEPA's level of concern; values below 1 indicate a potential concern for human health.

The ARI method allows for direct comparisons between routes and between chemicals. The ARI method considers each route's potency when route-specific NOAELs that may have different target MOEs are used. (Note that USEPA [1999a] designates target MOEs as UFs. This report uses the term target MOEs for consistency with an earlier section, Dose-Response Assessment.) The %PAD calculated for oral exposures can also be incorporated into the ARI approach, using the following equation:

$$ARI = \frac{1}{\%PAD_O + \dfrac{TM_D}{MOE_D} + \dfrac{TM_I}{MOE_I}}$$

where:

ARI = Aggregate Risk Index

$\%PAD_O$ = %PAD for oral exposure, expressed as a ratio (i.e., 80% = 0.8)

$TM_D$ = Target MOE for dermal exposure

$MOE_D$ = Site-specific MOE estimated for dermal exposure

$TM_I$ = Target MOE for inhalation exposure

$MOE_I$ = Site-specific MOE estimated for inhalation exposure

Not all herbicides include all of these toxicity endpoints. For example, some herbicides may not be toxic through the dermal route; therefore, the dermal MOE would not be included. The USEPA (1999a) provides the following example for an herbicide and receptor that has a dermal MOE of 100, dermal target MOE of 100, inhalation MOE of 1,000, inhalation target MOE of 300, and an oral %PAD of 80% (expressed as a ratio, 0.8):

$$ARI = \frac{1}{0.8_O + \dfrac{100_D}{100_D} + \dfrac{300_I}{1000_I}} = 0.48$$

In this example, the ARI (0.48) suggests a risk of concern because it is less than 1. It should be noted that, when listed separately, the oral PAD would be listed as percent oral PAD (in this case, 80%). However, when included in this equation, the actual fraction (not the percentage) is listed.

Therefore, for this HHRA, the %PAD approach has been used to evaluate potential exposures to herbicides in food and water, the MOE approach to evaluate potential exposures to herbicides via non-food and incidental ingestion pathways, and the ARI approach to evaluate combined exposures.

# Equations for Quantifying Potential Exposure and Risk

To estimate the potential risk to receptors from exposure to herbicides, it is first necessary to estimate the potential exposure dose of each herbicide. The exposure dose is estimated for each herbicide via each exposure pathway by which the receptor is assumed to be exposed. Exposure dose equations combine the

BLM_0000829

estimates of herbicide concentration in the environmental medium of interest with assumptions regarding the type and magnitude of each receptor's potential exposure to provide a numerical estimate of the exposure dose. The exposure dose is defined as the amount of herbicide taken into the receptor and is expressed in units of milligrams of herbicide a.i. per kilogram of BW per day. Exposure doses are calculated separately for different time frames, such as short-term, intermediate-term, and long-term exposures.

The standardized equations for estimating a receptor's average daily dose are presented below. The following sections also show whether the dose is used with a NOAEL or PAD to estimate risks. NOAELs are used for non-dietary and incidental ingestion (such as ingestion of water while swimming) pathways to calculate MOEs. Potential risks from dietary exposure (such as drinking water, berry ingestion, and fish ingestion) are estimated using PADs.

**Estimating Potential Occupational Exposures**

Occupational exposures via dermal contact and inhalation are evaluated using the PHED UE values. For the worker accidental exposure, it is assumed that the worker receives a direct spill and is exposed through dermal contact. The equations used are as follows (additional information is provided for parameters in the equations that have not already been defined).

### Dermal Contact with Herbicide

Equations (1) and (2) are used to evaluate occupational exposure through dermal contact.

$$(1)\quad \text{Dose}_{routine}(\text{mg/kg}-\text{day}) = \frac{AR\,(\text{lb a.i./acre})*AT\,(\text{acres/day})*UE_{derm}\,(\text{mg a.i./lb a.i.})*DAF\,(\text{unitless})}{BW\,(\text{kg})}$$

and

$$(2)\quad \text{Dose}_{accident}(\text{mg/kg}-\text{day}) = \frac{S\,(\text{L/day})*AC\,(\text{lb a.i./gallon})*CF\,(\frac{\text{mg a.i./L}}{\text{lb a.i./gallon}})*SAR\,(\text{unitless})*DAF\,(\text{unitless})}{BW\,(\text{kg})}$$

where:

| Parameter | Units | Definition |
|---|---|---|
| AR | lb a.i./acre | Herbicide application rate |
| AT | acres/day | Acres treated per day |
| $UE_{derm}$ | mg a.i./lb a.i. | Dermal unit exposure factor |
| DAF | unitless | Dermal absorption factor |
| S | L/day | Spill amount = 0.5 L of concentrate |
| AC | lb a.i./gallon | Concentration of active ingredient in concentrate |
| CF | 1.2E+05 $\frac{\text{mg a.i./L}}{\text{lb a.i./gallon}}$ | Conversion factor used to convert units of lb a.i. per gallon to units of mg a.i. per liter |
| SAR | unitless | Surface area ratio = Ratio of surface area exposed to total surface area, expressed as a percent (80% spilled to clothing, with a 30% penetration rate, and 20% spilled to bare skin; [(0.8*0.3)−0.2 = 0.44]) |
| BW | Kg | Body weight |

While most UEs are expressed in units of mg a.i./lb a.i., for aquatic application of diquat, the available UEs are in units of mg a.i./hr. The UEs to be used in the risk assessment are those for hydrilla control-applicator and hydrilla control-mixer listed in the RED for diquat

(USEPA 1995), which are expressed in terms of mg a.i. per hour. Daily exposure doses for diquat are calculated using equation (3).

BLM_0000830

HUMAN HEALTH RISK ASSESSMENT

Table B-3 lists the short-term, intermediate-term and long-term dermal NOAELs for the six herbicides. There are no dermal NOAELs for diflufenzopyr and sulfometuron methyl because neither has been shown to result in toxicity in response to dermal exposure. Dermal NOAELs are available for the remaining herbicides. Therefore, potential risks were not calculated for the herbicides and specific time frames that lacked dermal NOAELs.

**Inhalation of Herbicide**

Equation (4) is used to evaluate occupational exposure through inhalation.

$$(3)\ \text{Dose}_{\text{routine}}\,(\text{mg/kg}-\text{day}) = \frac{UE_{\text{derm}}\,(\text{mg a.i./hr}) * ET(\text{hr/day}) * DAF(\text{unitless})}{BW\,(\text{kg})}$$

where:

| Parameter | Units | Definition |
|-----------|-------|------------|
| ET | hours/day | Exposure time |

MOEs are calculated as follows:

| Dose | NOAEL Type | MOE Equation |
|------|-----------|--------------|
| Routine - Dermal | Dermal – short-term (ds) | $\dfrac{NOAEL_{ds}\,(\text{mg/kg}-\text{day})}{\text{Dose}_{\text{routine}}\,(\text{mg/kg}-\text{day})}$ |
| | Dermal – intermediate-term (di) | $\dfrac{NOAEL_{di}\,(\text{mg/kg}-\text{day})}{\text{Dose}_{\text{routine}}\,(\text{mg/kg}-\text{day})}$ |
| | Dermal – long-term (dl) | $\dfrac{NOAEL_{dl}\,(\text{mg/kg}-\text{day})}{\text{Dose}_{\text{routine}}\,(\text{mg/kg}-\text{day})}$ |
| Accident | Dermal – short-term (ds) | $\dfrac{NOAEL_{ds}\,(\text{mg/kg}-\text{day})}{\text{Dose}_{\text{accident}}\,(\text{mg/kg}-\text{day})}$ |

$$(4)\ \text{Dose}_{\text{routine}}\,(\text{mg/kg}-\text{day}) = \frac{AR\,(\text{lb a.i./acre}) * AT\,(\text{acres/day}) * UE_{\text{inh}}\,(\text{mg a.i./lb a.i.}) * IAF(\text{unitless})}{BW\,(\text{kg})}$$

where:

| Parameter | Units | Definition |
|-----------|-------|------------|
| AR | lb a.i./acre | Herbicide application rate |
| AT | acres/day | Acres treated |
| $UE_{\text{inh}}$ | mg a.i./lb a.i. | Inhalation unit exposure from PHED database |
| IAF | unitless | Inhalation absorption factor |
| BW | kg | Body weight |

MOEs are calculated as follows:

BLM_0000831

| Dose | NOAEL Type | MOE Equation |
|---|---|---|
| Routine | Inhalation – short-term (is) | $\dfrac{\text{NOAEL}_{is} \ (mg/kg-day)}{\text{Dose}_{routine} \ (mg/kg-day)}$ |
| | Inhalation – intermediate-term (ii) | $\dfrac{\text{NOAEL}_{ii} \ (mg/kg-day)}{\text{Dose}_{routine} \ (mg/kg-day)}$ |
| | Inhalation – long-term (il) | $\dfrac{\text{NOAEL}_{il} \ (mg/kg-day)}{\text{Dose}_{routine} \ (mg/kg-day)}$ |

Table B-3 lists the short-term, intermediate-term, and long-term inhalation NOAELs for the six herbicide active ingredients. Inhalation NOAELs are available for all of the herbicides and time frames, which are reflected in the risk calculations.

**Estimating Potential Exposure for Public Receptors**

Exposure assumptions for public receptors are presented in Table B-4 to B-9. The equations used to calculate exposure doses are shown below. Additional information is provided for parameters in the equations that have not already been defined. As discussed earlier, dose-response values are available for short, intermediate, and long-term exposures. While it is possible that public receptors use public lands under intermediate- and long-term time frames, it is unlikely that public receptors would be exposed to herbicides under the routine use scenario for more than a short-term exposure, which is defined as 1 day to 1 month (USEPA 2001h). Therefore, short-term dose-response values are used to evaluate the public receptors under the routine use exposure scenario. To account for the unlikely possibility that public receptors could repeatedly enter areas that have been recently sprayed, the Uncertainty Analysis includes an evaluation of the public receptors under an intermediate and a long-term exposure scenario.

**Dermal Contact with Herbicide**

Equations (5) and (6) are used to evaluate dermal contact with herbicides for public receptors through spray drift and accidental direct spray.

**Spray Drift**

(5) $\text{Dose}_{routine} \ (mg/kg-day) = \text{EF}_{dp} \ (cm^2/kg-day) * \text{DR} \ (mg \ a.i./cm^2) * \text{DAF} \ (unitless)$

**Direct Spray**

(6)

$\text{Dose}_{accident} \ (mg/kg-day) = \text{EF}_{dp} \ (cm^2/kg-day) * \text{AR} \ (lb \ a.i./acre) * \text{CF}_1 \ (mg/lb) * \text{CF}_2 \ (acre/cm^2) * \text{DAF} \ (unitless)$

where:

$$\text{EF}_{dp} \ (cm^2/kg-day) = \frac{\text{SA} \ (cm^2/day)}{\text{BW} \ (kg)}$$

and where:

BLM_0000832

HUMAN HEALTH RISK ASSESSMENT

| Parameter | Units | Definition |
|---|---|---|
| $EF_{dp}$ | $cm^2$/kg-day | Exposure factor for dermal pathway |
| AR | lb a.i./acre | Herbicide application rate, direct spray, accidental scenarios |
| DR | mg a.i./$cm^2$ | Herbicide deposition rate due to spray drift |
| $CF_1$ | $4.54 \times 10^5$ mg/lb | Conversion factor used to convert pounds to mg |
| $CF_2$ | $2.47 \times 10^{-8}$ acre/$cm^2$ | Conversion factor used to convert acres to $cm^2$ |
| DAF | Unitless | Dermal absorption factor |
| SA | $cm^2$/day | Surface area of skin exposed |
| BW | kg | Body weight |

MOEs are calculated as follows:

| Dose | NOAEL Type | MOE Equation |
|---|---|---|
| Routine | Dermal – short-term (ds) | $\dfrac{NOAEL_{ds}\ (mg/kg-day)}{Dose_{routine}\ (mg/kg-day)}$ |
| Accident | Dermal – short-term (ds) | $\dfrac{NOAEL_{ds}\ (mg/kg-day)}{Dose_{accident}\ (mg/kg-day)}$ |

The short-term dermal NOAELs are presented in Table B-3. Note that two of the herbicides, diflufenzopyr and sulfometuron methyl, have been identified as not inducing dermal toxicity; therefore, dermal MOEs are not calculated for these herbicides. For certain herbicides, the dose is calculated by including a DAF in the numerator of the equation to account for dermal absorption when the endpoint is selected from an oral study. The calculation of dermal doses for diquat, fluridone, and imazapic include DAFs of 4.1%, 40%, and 50%, since the dermal NOAELs are based on oral studies. For the other herbicides, the USEPA has determined that dermal absorption is insignificant or that the dermal NOAELs are based on dermal studies and a DAF is not required.

***Dermal Contact with Foliage***

It is assumed that recreational and residential receptors could be exposed through dermal contact with herbicides present on foliage while hiking or berry picking. The equations for this pathway are based on information provided in two documents:

- Draft Standard Operating Procedures (SOPs) for Residential Exposure Assessments (USEPA 1997d)

- Occupational and Residential Exposure and Risk for the Proposed Use of Metsulfuron-methyl on Sorghum (USEPA 2002c)

Equation (7) is used to quantify this potential exposure is as follows:

(7) $Dose\ (mg/kg-day) = EF_{df}\ (cm^2/kg-day) * DFR\ (mg/cm^2) * DAF$

where:

$$EF_{df}\ (cm^2/kg-day) = \frac{T_c\ (cm^2/hr) * ET\ (hr/day)}{BW\ (kg)}$$

$$DFR_{routine}\ (mg/cm^2) = DR\ (mg\,a.i./cm^2) * F\ (unitless)$$

$$DFR_{accident}\ (mg/cm^2) = F\ (unitless) * AR\ (lb\,a.i./acre) * CF_1\ (mg/lb) * CF_2\ (acre/cm^2)$$

and where:

BLM_0000833

HUMAN HEALTH RISK ASSESSMENT

| Parameter | Units | Definition |
|---|---|---|
| $EF_{df}$ | $cm^2/kg$-day | Exposure factor for dermal foliage pathway |
| DFR | $mg/cm^2$ | Dislodgeable foliar residue (calculated) |
| $T_c$ | $cm^2/hr$ | Transfer coefficient (described below) |
| ET | hr/day | Exposure time |
| BW | kg | Body weight |
| DR | $mg\ a.i./cm^2$ | Herbicide deposition rate due to spray drift |
| F | unitless | Fraction active ingredient retained on foliage (described below) |
| AR | lb a.i./acre | Herbicide application rate direct spray, accidental scenario |
| $CF_1$ | $4.54 \times 10^5$ mg/lb | Conversion factor used to convert pounds to mg |
| $CF_2$ | $2.47 \times 10^{-8}$ $acre/cm^2$ | Conversion factor used to convert acres to $cm^2$ |

MOEs are calculated as follows:

| Dose | NOAEL Type | MOE Equation |
|---|---|---|
| Routine | Dermal – short-term (ds) | $\dfrac{NOAEL_{ds}\ (mg/kg-day)}{Dose_{routine}\ (mg/kg-day)}$ |
| Accident | Dermal – short-term (ds) | $\dfrac{NOAEL_{ds}\ (mg/kg-day)}{Dose_{accident}\ (mg/kg-day)}$ |

The short-term dermal NOAELs are presented in Table B-3. Note that two of the herbicides, diflufenzopyr and sulfometuron methyl, have been identified as not inducing dermal toxicity, therefore, dermal MOEs are not calculated for these herbicides. For certain herbicides, the dose is calculated by including a DAF in the numerator of the equation to account for dermal absorption when the endpoint is selected from an oral study. The calculation of dermal doses for diquat, fluridone, and imazapic include DAFs of 4.1%, 40%, and 50%, since the dermal NOAELs are based on oral studies. For the other herbicides, the USEPA has either determined that dermal absorption is insignificant, or the dermal NOAELs are based on dermal studies and a DAF factor is not required.

The dermal Tc is used to estimate the amount of herbicide that may be transferred from foliage to skin. Transfer coefficients for each receptor were selected as follows:

- Hiker/hunter and angler - 1,000 $cm^2/hour$ the central tendency Tc value for scouting grapes and also for scouting sweet corn, and recommended as a surrogate for scouting activity for berries) from USEPA 2000b (referenced by USEPA 2002c)

- Adult berry picker - 1,500 $cm^2/hour$ (the high end blueberry value) from USEPA 2000b (referenced by USEPA 2002c)

- Child berry picker - 300 $cm^2/hour$, based on the child to adult SAR (CalEPA 1996)

- Residential adult – 14,500 $cm^2/hour$ (USEPA 2001k)

- Residential child – 5,200 $cm^2/hour$ (USEPA 2001k)

- Native American adult – 1,500 $cm^2/hour$ (the high end blueberry value) from USEPA 2000b (referenced by USEPA 2002c)

- Native American child – 300 $cm^2/hour$ based on the child to adult SAR (CalEPA 1996)

The fraction of a.i. retained on foliage is assumed to be 20%. This is the fraction assumed to be present on foliage on the day of application (USEPA 1997d). This value is based on the professional judgment and experience of USEPA staff, and is assumed to represent an upper-percentile value.

### Dermal Contact with Water While Swimming

Equation (8) used to estimate a receptor's potential exposure via dermal contact with surface water is as follows:

BLM_0000834

HUMAN HEALTH RISK ASSESSMENT

(8) $\text{Dose (mg/kg} - \text{day)} = EF_{dw} \, (cm^2 - hr/kg - day) * Kp \, (cm/hr) * C_w \, (mg \, a.i./L) * CF_3 \, (L/cm^3)$

where:

$$EF_{dw} \, (cm^2 - hr / kg - day) = \frac{SA \, (cm^2) * ET(hr / day)}{BW(kg)}$$

and where:

| Parameter | Units | Definition |
|-----------|-------|------------|
| $EF_{dw}$ | $cm^2$-hr/kg-day | Exposure factor for dermal water pathway |
| Kp | cm/hr | Permeability constant for skin |
| $C_w$ | mg a.i./L | Concentration in water |
| $CF_3$ | $L/1,000 \, cm^3$ | Conversion factor used to convert liters to $cm^3$ |
| SA | $cm^2$ | Surface area of skin exposed |
| BW | kg | Body weight |

MOEs are calculated as follows:

| Dose | NOAEL Type (a) | MOE Equation |
|------|----------------|--------------|
| Routine | Oral – short/intermediate-term (o) | $\dfrac{NOAEL_o \, (mg / kg - day)}{Dose_{routine} \, (mg / kg - day)}$ |
| Accident | Oral – short/intermediate-term (o) | $\dfrac{NOAEL_o \, (mg / kg - day)}{Dose_{accident} \, (mg / kg - day)}$ |

The short-term water concentration is used with the short- and intermediate-term NOAEL to derive an MOE for short-term exposure. Water concentrations for the accidental scenarios are used with the short- and intermediate-term NOAELs to derive MOEs for the accidental scenarios. As discussed previously, the intermediate- and long-term exposure scenario is evaluated in the Uncertainty Analysis.

The accidental spill scenario assumes that 140 gallons of herbicide mix from a helicopter or 200 gallons of herbicide mix from a batch truck are spilled. These amounts are approximately the largest amounts used by the BLM that can be carried in helicopters or trucks, respectively. The pond is assumed to be ¼ acre in size and 1 meter in depth.

Oral NOAELs are used to evaluate the dermal contact with water pathway because the dermal dose in the equation assumes that the herbicide is absorbed into the body. Dermal NOAELs assume that the dose is applied to the skin and that the skin acts as a barrier. Therefore, use of dermal NOAELs with an absorbed dose may result in an underestimation of the amount of herbicide absorbed. Although oral NOAELs have not necessarily

been adjusted to reflect an absorbed dose, absorption of these herbicides is assumed to be much higher via the oral exposure route than the dermal exposure route. Therefore, it is more appropriate to use oral NOAELs for the dermal contact with water pathway. Table B-3 lists the short- and intermediate-term oral NOAELs for each of the herbicides.

### Ingestion of Drinking Water or Swimming Water

The equation used to estimate a receptor's potential exposure via ingestion of drinking water or swimming water is as follows:

$$\text{Dose} \, (mg / kg - day) = EF_{iw} \, (L / kg - day) * C_w \, (mg / L)$$

where:

$$EF_{iw} \, (L / kg - day) = \frac{IR_w \, (L / day)}{BW \, (kg)}$$

BLM_0000835

and where:

| Parameter | Units | Definition |
|-----------|-------|------------|
| $EF_{iw}$ | L/kg-day | Exposure factor for ingestion of water pathway |
| $C_w$ | mg/L | Concentration in water |
| $IR_w$ | L/day | Ingestion Rate for water |
| BW | kg | Body weight |

For incidental ingestion pathways (swimmer), the risk assessment uses the oral NOAELs to calculate MOEs. Oral NOAELs are used rather than PADs because this ingestion is considered incidental rather than dietary. MOEs are calculated as follows:

| Dose | NOAEL Type | MOE Equation (Incidental Ingestion) |
|------|-----------|-------------------------------------|
| Routine | Oral – short/intermediate-term (o) | $\dfrac{NOAEL_o \ (mg/kg - day)}{Dose_{routine} \ (mg/kg - day)}$ |
| Accident | Oral – short/intermediate-term (o) | $\dfrac{NOAEL_o \ (mg/kg - day)}{Dose_{accident} \ (mg/kg - day)}$ |

Table B-3 lists the short- and intermediate-term oral NOAELs for each of the herbicides. For drinking water pathways (hiker/hunter, berry picker, angler, and Native American), it is more relevant to compare the dose with a PAD and calculate a %PAD. The drinking water pathway represents dietary exposure. The PADs are calculated as follows:

| Dose | PAD Type | %PAD Equation (Drinking Water) |
|------|----------|--------------------------------|
| Routine | Acute PAD | $\dfrac{Dose_{routine} \ (mg/kg - day)}{PAD_{chronic} \ (mg/kg - day)} * 100\%$ |
| Accident | Acute PAD | $\dfrac{Dose_{accident} \ (mg/kg - day)}{PAD_{acute} \ (mg/kg - day)} * 100\%$ |

Table B-3 lists acute and chronic PADs for the six herbicides. The acute PAD was used for the accidental and short-term routine exposure scenarios. The USEPA has developed an acute PAD only for diflufenzopyr and diquat. Chronic PADs are available for all six herbicides.

Concentrations in water due to spray drift and runoff are calculated for short-, intermediate-, and long-term exposure. As discussed previously, the intermediate- and long-term exposure scenarios are evaluated in the uncertainty analysis. The short-term water concentration is used with the short- and intermediate-term NOAEL to derive an MOE for short-term swimming exposure and with the acute PAD to derive a %PAD for the short-term drinking water pathway. Water concentrations are used with the short/intermediate-term NOAELs to derive MOEs for the accidental swimming scenarios and with the acute PADs to derive %PADs for the accidental drinking water scenarios.

### Ingestion of Fish

A recreational angler may ingest fish that have bioaccumulated herbicides present in surface water. The equation used to estimate a receptor's potential exposure via fish ingestion is as follows:

BLM_0000836

HUMAN HEALTH RISK ASSESSMENT

$$Dose\,(mg/kg-day) = EF_{fi}\,(mg/kg-day) * C_w\,(mg/L) * BCF\,(L/kg) * CF_4\,(kg/mg)$$

where:

$$EF_{fi}\,(mg/kg-day) = \frac{IR_f\,(mg/day)}{BW(kg)}$$

and where:

| Parameter | Units | Definition |
|-----------|-------|------------|
| $EF_{fi}$ | mg/kg-day | Exposure factor for fish ingestion pathway |
| $C_w$ | mg/L | Concentration in water |
| BCF | L/kg | Bioconcentration factor |
| $CF_4$ | $10^{-6}$ kg/mg | Conversion factor used to convert mg to kg |
| $IR_f$ | mg/day | Ingestion rate for fish |
| BW | kg | Body weight |

PADs are calculated as follows:

| Dose | PAD Type | %PAD Equation |
|------|----------|---------------|
| Routine | Acute PAD | $\dfrac{Dose_{routine}\,(mg/kg-day)}{PAD_{chronic}\,(mg/kg-day)} * 100\%$ |
| Accident | Acute PAD | $\dfrac{Dose_{accident}\,(mg/kg-day)}{PAD_{acute}\,(mg/kg-day)} * 100\%$ |

The BCF is defined as the ratio of chemical concentration in the organism to that in surrounding water. Bioconcentration occurs through uptake and retention of a substance from water only, and through gill membranes or other external body surfaces. The BCFs for each of the herbicides have been estimated using information from the literature.

Concentrations in water are calculated for short-, intermediate-, and long-term exposures due to spray drift and runoff. As discussed previously, the intermediate and long-term exposure scenarios are evaluated in the Uncertainty Analysis. The short-term water concentration is used with the acute PAD to

derive a %PAD for short-term exposure. Water concentrations are used with the acute PADs to derive %PADs for the accidental scenarios.

### *Ingestion of Berries*

It is assumed that several receptors (berry picker, nearby resident, and Native American) could be exposed to herbicides through berry ingestion. None of the USEPA pesticide documents specifically list an equation for evaluating berry or other food ingestion. However, USEPA (2002c) provides an equation for a pathway involving toddler ingestion of pesticide-treated grass. This equation was used to evaluate ingestion of berries:

$$Dose\,(mg/kg-day) = BR\,(mg/cm^2) * EF_{bi}\,(cm^2/kg-day)$$

where:

$$EF_{bi}\,(cm^2/kg-day) = \frac{IR_b\,(cm^2/day)}{BW\,(kg)}$$

$$BR_{routine}\,(mg/cm^2) = DR\,(mg/cm^2) * F$$

BLM_0000837

$$BR_{accident}\,(mg/cm^2) = AR\,(lb\,a.i./acre)*F*CF_1\,(mg/lb)*CF_2\,(acre/cm^2)$$

and where:

| Parameter | Units | Definition |
|---|---|---|
| $EF_{bi}$ | $cm^2/kg\text{-}day$ | Exposure factor for berry ingestion pathway |
| $IR_b$ | $cm^2/day$ | Ingestion rate for berries |
| BW | kg | Body weight |
| BR | $mg/cm^2$ | Berry residue (calculated) |
| DR | $mg/cm^2$ | Herbicide deposition rate due to spray drift |
| F | unitless | Fraction of a.i. available on berry (discussed below) |
| AR | lb a.i./acre | Herbicide application rate, direct spray accidental scenarios |
| $CF_1$ | $4.54x10^5\,mg/lb$ | Conversion factor to convert pounds to mg |
| $CF_2$ | $2.47x10^{-8}\,acre/cm^2$ | Conversion factor to convert acres to $cm^2$ |

PADs are calculated as follows:

| Dose | PAD Type | %PAD Equation |
|---|---|---|
| Routine | Acute PAD | $\dfrac{Dose_{routine}\,(mg/kg-day)}{PAD_{chronic}\,(mg/kg-day)}*100\%$ |
| Accident | Acute PAD | $\dfrac{Dose_{accident}\,(mg/kg-day)}{PAD_{acute}\,(mg/kg-day)}*100\%$ |

The equation presented in USEPA (2002c) for toddler grass ingestion uses an IR of 25 $cm^2$/day assuming that a child eats a handful of grass (2 inch x 2 inch). Therefore, it was necessary to convert the berry IR in units of mg/day to a berry IR in units of $cm^2$/day. The conversion required SA ($cm^2$) to weight (mg) of berry ratio. Cheung and Yen (1996) calculated a SA to weight ratio of 2 $cm^2$/g for Thompson Seedless grapes. This value was used to estimate the berry IR in units of $cm^2$/day. It was assumed that herbicides deposit only on the top half of a berry. Therefore, half of the SA was used in the equation. The following equation was used to convert the berry IR from units of mg/day to units of $cm^2$/day:

$$Ingestion\,rate\,(cm^2/day) = [Ingestion\,rate\,(mg/day)]*[1\,g/1000\,mg]*[2\,cm^2/g]*0.5$$

The fraction a.i. retained on the berry (F) is assumed to be 20%, similar to the assumption for foliage. This is the fraction assumed to be present on foliage on the day of application (USEPA 1997d). As stated in USEPA (1997d), this value is based on the professional judgment and experience of USEPA staff, and is assumed to represent an upper-percentile value.

## Results of Risk Characterization

Using the equations provided above, %PADs and MOEs were calculated for each of the herbicide active ingredients for individual receptors. Some of the herbicides lacked specific PADs and NOAELs; therefore, it was not possible to conduct risk calculations for all exposure pathways and herbicides.

For the accidental scenarios, it was assumed that a receptor is exposed to one accidental exposure pathway; therefore, the accidental risks from different scenarios were not added together. For the routine-use scenarios, it was assumed that a receptor could be exposed to a specific herbicide through several exposure pathways. Therefore, ARIs were calculated for routine-use scenarios. The risk characterization results for the occupational and public receptors are discussed separately. Table B-10 shows the generalized risk level (low, medium, high) that each application scenario for each chemical presents to each receptor.

### Occupational Receptors

For the occupational receptors, separate calculations were conducted for routine-use typical AR scenarios,

BLM_0000838

HUMAN HEALTH RISK ASSESSMENT

routine-use maximum AR scenarios, and accidental scenarios. For the routine-use scenarios, exposure through dermal and inhalation exposures was evaluated (if appropriate information was available for the specific herbicide). In the current USEPA OPP program, short-term is defined as 1 day to 1 month, intermediate-term is defined as 1 to 6 months, and long-term is defined as greater than 6 months (USEPA 2001h). The accidental scenario evaluated exposure through dermal absorption. The results for each herbicide are summarized below.

### Dicamba

Dicamba is proposed for use on rangeland, energy and mineral sites, ROW, and recreation and cultural sites. Dicamba may be applied using the following methods: truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). Therefore, potential occupational receptors include an applicator, a mixer/loader, and a combined applicator/mixer/loader.

Routine use ARIs were calculated for inhalation and dermal exposures under both typical and maximum AR scenarios. Routine use ARIs are greater than 1 under both the typical and maximum AR scenarios, indicating no exceedance of the USEPA's level of concern (Table B-11).

Under the accidental scenario, it is assumed that dicamba is spilled directly onto an occupational receptor. Because dicamba is provided by the manufacturer in granular form, it cannot be spilled as a concentrated liquid. Therefore, under the accidental scenario, it is assumed that dicamba is spilled on the skin after it has been mixed at the maximum AR concentration. The ARIs for the accidental scenario (maximum AR) for all occupational receptors are less than 1, indicating a level of concern. Because of the conservative nature of the scenario, ARIs were also calculated assuming a spill to worker skin at the typical AR, and these ARIs are also below 1, indicating a level of concern.

These results show that dicamba risks exceed the USEPA's level of concern for all of the occupational receptors under the accidental scenario evaluated, but not under the routine use scenario.

### Diflufenzopyr

Diflufenzopyr is proposed for use on energy and mineral sites, ROW, and recreation and cultural sites.

Diflufenzopyr may be applied using the following methods: truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), and backpack (spot applications). Diflufenzopyr may also be applied via horseback in recreation and cultural sites. Therefore, potential occupational receptors include an applicator, a mixer/loader, and a combined applicator/mixer/loader.

Routine use ARIs were calculated for inhalation exposures under both typical and maximum AR scenarios. No dermal toxicity values are available for diflufenzopyr, which, based on laboratory data, is not expected to be toxic through the dermal route. Routine use ARIs are greater than 1 under both the typical and maximum AR scenarios, indicating no exceedance of the USEPA's level of concern.

Under the accidental scenario, it is assumed that diflufenzopyr is spilled directly onto an occupational receptor. Because diflufenzopyr is provided by the manufacturer in granular form, it cannot be spilled as a concentrated liquid. Therefore, under the accidental scenario, it is assumed that diflufenzopyr is spilled on the skin after it has been mixed at the maximum AR concentration. However, based on laboratory data, diflufenzopyr is not expected to be toxic through the dermal route and therefore does not have a short-term dermal NOAEL. Therefore, while spill concentrations were calculated, an accidental scenario ARI was not calculated.

These results show that diflufenzopyr risks do not exceed the USEPA's level of concern for any of the occupational receptors under the scenarios evaluated.

### Diquat

Diquat is proposed for use on aquatic sites. Diquat may be applied using the following methods: airplane, helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), boat (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). Therefore, potential occupational receptors include pilots, applicators, mixer/loaders, and combined applicator/mixer/loaders.

Routine use ARIs were calculated for dermal and inhalation exposures under both typical and maximum AR scenarios. Inhalation UEs are not applicable to the boat scenario. Therefore, long-term ARIs were not calculated for the boat scenario. Under the typical AR

BLM_0000839

HUMAN HEALTH RISK ASSESSMENT

scenario, ARIs are less than 1 for the following scenarios, indicating a level of concern:

- Airplane pilot (short-, intermediate-, and long-term exposure)

- Airplane mixer/loader (short-, intermediate-, and long-term exposure)

- Helicopter pilot (short-, intermediate-, and long-term exposure)

- Helicopter mixer/loader (short-, intermediate-, and long-term exposure)

- Backpack applicator/mixer/loader (short-, intermediate-, and long-term exposure)

- Horseback applicator (short-, intermediate-, and long-term exposure)

- Horseback applicator/mixer/loader (short-, intermediate-, and long-term exposure)

Under the maximum AR scenario, ARIs are less than 1 for the following scenarios, indicating a level of concern:

- Airplane pilot (short-, intermediate-, and long-term exposure)

- Airplane mixer/loader (short-, intermediate-, and long-term exposure)

- Helicopter pilot (short-, intermediate-, and long-term exposure)

- Helicopter mixer/loader (short-, intermediate-, and long-term exposure)

- Backpack applicator/mixer/loader (short-, intermediate-, and long-term exposure)

- Horseback applicator (short-, intermediate-, and long-term exposure)

- Horseback mixer/loader (short-, intermediate-, and long-term exposure)

- Horseback applicator/mixer/loader (short-, intermediate-, and long-term exposure)

- ATV spot applicator (short-, intermediate-, and long-term exposure)

- ATV spot applicator/mixer/loader (short-, intermediate-, and long-term exposure)

- ATV boom/broadcast applicator (short-, intermediate-, and long-term exposure)

- ATV boom/broadcast mixer/loader (short-, intermediate-, and long-term exposure)

- ATV boom/broadcast applicator/mixer/loader (short-, intermediate-, and long-term exposure)

- Truck mount spot applicator (short-, intermediate-, and long-term exposure)

- Truck mount spot mixer/loader (short-, intermediate-, and long-term exposure)

- Truck mount spot applicator/mixer/loader (short-, intermediate-, and long-term exposure)

- Truck mount boom/broadcast applicator (short-, intermediate-, and long-term exposure)

- Truck mount boom/broadcast mixer/loader (short-, intermediate-, and long-term exposure)

- Truck mount boom/broadcast applicator/mixer/loader (short-, intermediate-, and long-term exposure)

All application scenarios for diquat require the use of gloves. Diquat is provided by the manufacturer in liquid form. Therefore, accidental scenario ARIs were calculated assuming the concentrated herbicide is spilled directly onto an occupational receptor. The ARIs for the accidental scenario (concentrated liquid) for all occupational receptors are less than 1, indicating a level of concern. Because of the conservative nature of the scenario (i.e., a spill of concentrated liquid directly to worker skin), ARIs were also calculated assuming a spill to worker skin after at the maximum and typical ARs. The ARIs, assuming a spill of diquat solution under both the typical and maximum ARs, are below 1, indicating a level of concern.

These results show that diquat risks exceed the USEPA's level of concern for the occupational receptors under the majority of terrestrial scenarios evaluated, as listed above.

### *Fluridone*

Fluridone is proposed for use on aquatic sites. Fluridone may be applied using the following methods: airplane, helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), boat (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications).

Therefore, potential occupational receptors include pilots, applicators, mixer/loaders, and combined applicator/mixer/loaders.

BLM_0000840

HUMAN HEALTH RISK ASSESSMENT

Routine use ARIs were calculated for dermal and inhalation exposures under both typical and maximum AR scenarios. Routine use ARIs are greater than 1 for the typical AR scenarios, indicating no exceedance of the USEPA's level of concern. Under the maximum AR scenario, ARIs are less than 1 for the following scenarios, indicating a level of concern:

- Airplane mixer/loader (intermediate- and long-term exposure)
- Helicopter mixer/loader (long-term exposure)

Fluridone is provided by the manufacturer in liquid form. Therefore, accidental scenario ARIs were calculated assuming the concentrated herbicide is spilled directly onto an occupational receptor. The ARIs for the accidental scenario for all occupational receptors are less than 1, indicating a level of concern. Because of the conservative nature of the scenario (i.e., a spill of concentrated liquid directly to worker skin), ARIs were also calculated assuming a spill to worker skin after at the maximum and typical ARs. The ARIs, assuming a spill of fluridone solution under both the typical and maximum ARs, are below 1, indicating a level of concern.

These results show that fluridone risks could exceed USEPA's level of concern for all occupational receptors under the accidental scenario, for the airplane mixer/loader under the routine use (maximum AR) scenario for intermediate- and long-term exposures, and for the helicopter mixer/loader under the routine use (maximum AR) scenario for long-term exposures.

### Imazapic

Imazapic is proposed for use on rangeland, public-domain forestland, energy and mineral sites, ROW, and recreation and cultural sites. Imazapic may be applied using the following methods: airplane, helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). Therefore, potential occupational receptors include pilots, applicators, mixer/loaders, and combined applicator/mixer/loaders.

Routine use ARIs were calculated for dermal and inhalation exposures under both typical and maximum AR scenarios. No short- or intermediate-term dermal NOAELs are available for imazapic as dermal toxicity tests were negative even at high doses. Therefore, the short- and intermediate-term ARIs are based on the

inhalation pathway, and the long-term ARI is based on both the dermal and inhalation pathways. Routine use ARIs are greater than 1 under both the typical and maximum AR scenarios, indicating no level of concern.

Imazapic is provided by the manufacturer in liquid form. Therefore, under the accidental scenario, it was assumed that the concentrated herbicide is spilled directly onto an occupational receptor. However, imazapic has not been shown to be toxic via short-term exposures via the dermal route, and no NOAELs have been identified. Therefore, while spill concentrations were calculated, an accidental scenario ARI was not calculated.

These results show that imazapic risks are not expected to exceed the USEPA's level of concern for any of the occupational receptors under the scenarios evaluated.

### Sulfometuron Methyl

Sulfometuron methyl is proposed for use on public-domain forestland, energy and mineral sites, ROW, and recreation and cultural sites. Sulfometuron methyl may be applied using the following methods: helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications); however, helicopter applications would not occur on recreation and cultural sites. Therefore, potential occupational receptors include pilots, applicators, mixer/loaders, and combined applicator/mixer/loaders.

Routine use ARIs were calculated for dermal and inhalation exposures under both typical and maximum AR scenarios. Routine use ARIs are greater than 1 under both the typical and maximum AR scenarios, indicating no level of concern.

Under the accidental scenario, it is assumed that sulfometuron methyl is spilled directly onto an occupational receptor. Because sulfometuron methyl is provided by the manufacturer in granular form, it cannot be spilled as a concentrated liquid. Therefore, under the accidental scenario, it is assumed that sulfometuron methyl is spilled on the skin after it has been mixed at the maximum AR concentration. However, sulfometuron methyl has not been shown to be toxic via short-term exposures via the dermal route and no NOAELs have been identified. Therefore, while spill concentrations were calculated, an accidental scenario ARI was not calculated.

BLM_0000841

**TABLE B-10**
**Summary of Herbicide Risk Categories by Aggregate Risk Index**

| | Dicamba | | | Diflufenzopyr | | | Diquat | | | Fluridone | | | Imazapic | | | Sulfometuron Methyl | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Typ[1] | Max | Accid | Typ | Max | Accid | Typ | Max | Accid | Typ | Max | Accid[2] | Typ | Max | Accid | Typ | Max | Accid |
| *Occupational Receptor* | | | | | | | | | | | | | | | | | | |
| Plane – pilot | NE[3] | NE | NE | NE | NE | NE | L | M | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Plane - mixer/loader | NE | NE | NE | NE | NE | NE | M | H | H | 0 | L [2:3] | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Helicopter – pilot | NE | NE | NE | NE | NE | NE | L | M | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Helicopter - mixer/loader | NE | NE | NE | NE | NE | NE | M | H | H | 0 | L [1:3] | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Human/backpack - applicator/mixer/loader | 0 | 0 | L | 0 | 0 | NE | L | M | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Human/horseback – applicator | 0 | 0 | L | 0 | 0 | NE | L | L | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Human/horseback - mixer/loader | 0 | 0 | L | 0 | 0 | NE | 0 | L | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Human/horseback - applicator/mixer/loader | 0 | 0 | L | 0 | 0 | NE | L | M | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| ATV – applicator[4] | 0 | 0 | L | 0 | 0 | NE | 0 | L | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| ATV - mixer/loader | 0 | 0 | L | 0 | 0 | NE | 0 | L | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| ATV - applicator/mixer/loader | 0 | 0 | L | 0 | 0 | NE | 0 | L | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Truck – applicator | 0 | 0 | L | 0 | 0 | NE | 0 | M | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Truck - mixer/loader | 0 | 0 | L | 0 | 0 | NE | 0 | L | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Truck - applicator/mixer/loader | 0 | 0 | L | 0 | 0 | NE | 0 | M | H | 0 | 0 | L-H | 0 | 0 | NE | 0 | 0 | NE |
| Boat – applicator | NE | NE | NE | NE | NE | NE | 0 | 0 | H | 0 | 0 | L-H | NE | NE | NE | NE | NE | NE |
| Boat - mixer/loader | NE | NE | NE | NE | NE | NE | 0 | 0 | H | 0 | 0 | L-H | NE | NE | NE | NE | NE | NE |
| Boat - applicator/mixer/loader | NE | NE | NE | NE | NE | NE | 0 | 0 | II | 0 | 0 | L-H | NE | NE | NE | NE | NE | NE |

### TABLE B-10 (Cont.)
### Summary of Herbicide Risk Categories by Aggregate Risk Index

| | Dicamba | | | Diflufenzopyr | | | Diquat | | | Fluridone | | | Imazapic | | | Sulfometuron Methyl | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Typ | Max | Accid | Typ | Max | Accid | Typ | Max | Accid | Typ | Max | Accid[1] | Typ | Max | Accid | Typ | Max | Accid |
| *Public Receptor* | | | | | | | | | | | | | | | | | | |
| Hiker/hunter (adult) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [2:4] | L [2:5] M [1:5] | 0 | 0 | 0 | NE | NE | NE | NE | NE | NE |
| Berry picker (child) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [2:4] | L [3:6] M [1:6] | 0 | 0 | L [1:2] | NE | NE | NE | NE | NE | NE |
| Berry picker (adult) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [2:4] | L [2:6] M [1:6] | 0 | 0 | 0 | NE | NE | NE | NE | NE | NE |
| Angler (adult) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [2:4] | L [2:8] M[1:8] | 0 | 0 | 0 | NE | NE | NE | NE | NE | NE |
| Residential (child) | 0 | 0 | 0 | 0 | 0 | 0 | L [2:4] | L [2:4] | M [2:3] | 0 | 0 | L | NE | NE | NE | NE | NE | NE |
| Residential (adult) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [2:4] | M [2:3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Native American (child) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [2:4] | L [2:12] M[1:12] | 0 | 0 | L [1:5] | 0 | 0 | 0 | 0 | 0 | 0 |
| Native American (adult) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [2:4] | L [1:12] M[1:12] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Swimmer (child) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [1:3] M [1:3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Swimmer (adult) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | L [2:3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

[1] Typ = Typical application rate; Max = Maximum application rate; and Accid = Accidental application rate.

[2] For all occupational receptors accidentally exposed to fluridone, there is low risk from exposure to solutions mixed with water to the typical application rate, moderate risk from exposure to solutions mixed with water to the maximum application rate, and high risk from exposure to concentrated solutions (prior to mixing with water).

[3] Risk categories: 0 = No Risk (ARI>1); L = Low Risk (1>ARI>0.1); M = Moderate Risk (0.1>ARI>0.01); H = High Risk (ARI<0.01); and NE = Not evaluated. Typical and maximum application rate categories for occupational scenarios include short-, intermediate-, and long-term exposures. For public receptors, only short-term exposures were evaluated. Accidental scenario category includes accidents with herbicide mixed at both typical and maximum application rates and with concentrated herbicide. Numbers in brackets represent the number of times the Aggregate Risk Index (ARI) values fell within the indicated Risk Category compared to the number of scenarios evaluated for that receptor. If there are no brackets, the Risk Category was consistent for all exposure scenarios for that receptor.

[4] ATV and Truck categories include spot and boom/broadcast application scenarios.

**TABLE B-11**
**Occupational Exposure Scenarios with Aggregate Risk Indices Below One[1]**

| Application Type | Application Vehicle | Application Method | Receptor | Typical Application Rate Scenario ARIs | | | Maximum Application Rate Scenario ARIs | | | Accidental Scenario ARIs[2] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Short-term | Intermediate-term | Long-term | Short-term | Intermediate-term | Long-term | Short-term (Dermal) |
| Aerial | Plane | Fixed wing | Pilot | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Aerial | Plane | Fixed wing | Mixer/loader | Diquat | Diquat | Diquat | Diquat | Diquat, fluridone | Diquat, fluridone | Dicamba, diquat, fluridone |
| Aerial | Helicopter | Rotary | Pilot | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Aerial | Helicopter | Rotary | Mixer/loader | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat, fluridone | Dicamba, diquat, fluridone |
| Ground | Human | Backpack | Applicator/Mixer/loader | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | Human | Horseback | Applicator | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | Human | Horseback | Mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | Human | Horseback | Applicator/mixer/loader | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | ATV | Spot | Applicator | No ARI<1 | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | ATV | Spot | Mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | ATV | Spot | Applicator/mixer/loader | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | ATV | Boom/broadcast | Applicator | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone[3] |
| Ground | ATV | Boom/broadcast | Mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone[3] |
| Ground | ATV | Boom/broadcast | Applicator/mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone[3] |
| Ground | Truck mount | Spot | Applicator | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | Truck mount | Spot | Mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | Truck mount | Spot | Applicator/mixer/loader | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone |
| Ground | Truck mount | Boom/broadcast | Applicator | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone[3] |
| Ground | Truck mount | Boom/broadcast | Mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone[3] |
| Ground | Truck mount | Boom/broadcast | Applicator/mixer/loader | Diquat | Diquat | Diquat | Diquat | Diquat | Diquat | Dicamba, diquat, fluridone[3] |
| Aquatic | Boat | Spot | Applicator | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Dicamba, diquat, fluridone |
| Aquatic | Boat | Spot | Mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Dicamba, diquat, fluridone |
| Aquatic | Boat | Spot | Applicator/mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Dicamba, diquat, fluridone |
| Aquatic | Boat | Boom/broadcast | Applicator | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Dicamba, diquat, fluridone[3] |
| Aquatic | Boat | Boom/broadcast | Mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Dicamba, diquat, fluridone[3] |
| Aquatic | Boat | Boom/broadcast | Applicator/mixer/loader | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Dicamba, diquat, fluridone[3] |

[1] ARI values less than 1 indicate a level of concern.
[2] Concentrated solution and mixed solutions (maximum application rate and typical application rate).
[3] Boom/broadcast includes both granular and liquid forms of fluridone.

HUMAN HEALTH RISK ASSESSMENT

HUMAN HEALTH RISK ASSESSMENT

These results show that sulfometuron methyl risks are not expected to exceed the USEPA's level of concern for any of the occupational receptors under the scenarios evaluated.

**Public Receptors**

The following public receptors were evaluated for potential exposure to herbicides under both routine (typical and maximum AR) and accidental exposure scenarios:

- Angler
- Berry picker - adult
- Berry picker - child
- Hiker/hunter
- Native American - adult
- Native American - child
- Nearby resident - adult
- Nearby resident - child
- Swimmer - adult
- Swimmer - child

The assumption under the routine-use scenarios is that public receptors are potentially exposed to media impacted by spray drift, while the assumption under the accidental scenarios is that receptors are potentially exposed to media directly sprayed by herbicide applications. While it is possible that public receptors use public lands under intermediate- and long-term time frames, it is unlikely that public receptors would be exposed to herbicides under the routine use scenario for more than a short-term exposure, which is defined as 1 day to 1 month (USEPA 2001g). Therefore, short-term exposures are evaluated below. An evaluation of the public receptors under an intermediate- and a long-term exposure scenario is included in the Uncertainty Analysis. Therefore, public receptors may be impacted by spray drift under routine use scenarios for the following applications:

- Aerial – plane
- Aerial – helicopter
- Boom/broadcast (truck or ATV), both low and high boom scenarios were evaluated

Because spot applications are small and focused, and very little if any spray drift is generated, public receptors are not assumed to be impacted by herbicide spray through routine use from the following applications:

- Backpack
- Horseback
- ATV - spot
- Truck - spot

Public receptors may be impacted by direct spray under the accidental scenarios for all the application methods. However, the evaluation of the spot scenarios may result in an overestimate of exposure as the spot application method is very focused, and may not encompass an area of vegetation large enough to support some of the exposure scenarios (e.g., a spot application may not encompass enough berries to support the assumed IR or may not encompass enough foliage to support the assumed dermal contact).

*Dicamba*

Dicamba is proposed for use on rangeland, energy and mineral sites, ROW, and recreation and cultural sites. Dicamba may be applied using the following methods: truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). All public receptors are assumed to be potentially exposed to dicamba spray drift resulting from boom/broadcast (both low-boom and high-boom) application methods from trucks or ATVs. As noted above, spot applications are small and focused, and very little, if any, spray drift is generated; therefore, public receptors are not assumed to be impacted by herbicide a.i. spray from spot applications.

Under the routine use scenario, it is assumed that public receptors are exposed to spray drift via dermal contact, incidental ingestion, and dietary exposure pathways under both typical and maximum AR scenarios. The ARIs combine all the exposure estimates to derive a cumulative effect ARI. Routine use scenario ARIs are greater than 1 under both the typical and maximum AR scenarios for all public receptors, indicating no level of concern (Table B-12).

Under the accidental scenario, it is assumed that public receptors are exposed directly to maximum herbicide a.i. ARs (as shown in Table B-4) via dermal contact (direct spray of receptor, contact with directly sprayed vegetation, and contact with directly sprayed water),

BLM_0000845

incidental ingestion of water while swimming, or dietary exposure pathways (drinking water, berry ingestion, and fish ingestion). The same maximum AR applies to all dicamba treatment application methods, as shown in Table B-4. The accidental scenario for a pond assumes that receptors swim in or obtain drinking water from a pond that has been directly sprayed with herbicide a.i. or that has received a spill from a truck. Cumulative accidental ARIs were not calculated, as it is assumed that each receptor would be accidentally exposed via one potential exposure pathway. All accidental scenario ARIs are greater than 1, indicating no level of concern (Table B-13).

These results indicate that dicamba risks are not expected to exceed the USEPA's level of concern for public receptors under the scenarios evaluated.

### Diflufenzopyr

Diflufenzopyr is proposed for use on energy and mineral sites, ROW, and recreation and cultural sites. Diflufenzopyr may be applied using the following vehicles and methods: truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), and backpack (spot applications). All public receptors are assumed to be potentially exposed to diflufenzopyr spray drift resulting from boom/broadcast (both low-boom and high-boom) application methods from trucks or ATVs. As noted above, spot applications are small and focused, and very little if any spray drift is generated; therefore, public receptors are not assumed to be impacted by herbicide spray from spot applications.

Under the routine use scenario, it is assumed that public receptors are exposed to spray drift via dermal contact, incidental ingestion, and dietary exposure pathways under both typical and maximum AR scenarios (ARs are shown in Table B-5). The ARIs combine all the exposure estimates to derive a cumulative effect ARI. Because laboratory studies have demonstrated that diflufenzopyr is not toxic by the dermal exposure route, dermal NOAELs were not identified, and the dermal pathway is not evaluated for diflufenzopyr in this HHRA. Routine use scenario ARIs are greater than 1 under both the typical and maximum AR scenarios for all public receptors, indicating no level of concern.

Under the accidental scenario, it is assumed that public receptors are exposed directly to maximum herbicide ARs (as shown in Table B-5) via dermal contact (direct spray of receptor, contact with directly sprayed vegetation, and contact with directly sprayed water),

incidental ingestion of water while swimming, or dietary exposure pathways (drinking water, berry ingestion, and fish ingestion). The same maximum AR applies to all diflufenzopyr treatment application methods, as shown in Table B-5. The accidental scenario for a pond assumes that receptors swim in or obtain drinking water from a pond that has been directly sprayed with herbicide or that has received a spill from a truck. Cumulative accidental ARIs were not calculated, as it was assumed that each receptor would be accidentally exposed via one potential exposure pathway. The ARIs for dermal contact pathways were not calculated because diflufenzopyr has not been shown to be toxic via the dermal exposure pathway. All accidental scenario ARIs are greater than 1, indicating no level of concern.

### Diquat

Diquat is proposed for use on aquatic sites. Diquat may be applied using the following methods: airplane, helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), boat (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). All public receptors are assumed to be potentially exposed to diquat spray drift resulting from aerial applications from airplanes or helicopters and boom/broadcast (both low-boom and high-boom) application methods from trucks, ATVs, or boats. As noted above, spot applications are small and focused, and very little if any spray drift is generated; therefore, public receptors are not assumed to be impacted by herbicide spray from spot applications.

Under the routine use scenario, it is assumed that public receptors are exposed to spray drift via dermal contact, incidental ingestion, and dietary exposure pathways under both typical and maximum AR scenarios (ARs shown in Table B-6). The ARIs combine all the exposure estimates to derive a cumulative effect ARI. The ARIs are below 1 for the following scenarios under the typical AR scenario, indicating a level of concern:

- Residential (child) – airplane and helicopter applications

Aggregate Risk Indices for diquat are below 1 for the following scenarios under the maximum AR scenario, indicating a level of concern:

- Hiker/hunter (adult) – airplane and helicopter applications

BLM_0000846

HUMAN HEALTH RISK ASSESSMENT

- Berry picker (child) – airplane and helicopter applications, and high-boom applications

- Berry picker (adult) – airplane and helicopter applications

- Angler (adult) – airplane and helicopter applications

- Residential (child) – airplane and helicopter applications, low-boom applications, and high-boom applications

- Residential (adult) – airplane and helicopter applications, low-boom applications, and high-boom applications

- Native American (child) – airplane and helicopter applications, and high-boom applications

- Native American (adult) – airplane and helicopter applications

Under the accidental scenario, it is assumed that public receptors are exposed directly to maximum herbicide ARs (as shown in Table B-6) via dermal contact (direct spray of receptor, contact with directly sprayed vegetation, and contact with directly sprayed water), incidental ingestion of water while swimming, or dietary exposure pathways (drinking water, berry ingestion, and fish ingestion). The same maximum AR applies to all diquat treatment application methods, as shown in Table B-6. The accidental scenario for a pond assumes that receptors swim in, or obtain drinking water from, a pond that has been directly sprayed with herbicide or that has received a spill (from a truck or helicopter). Cumulative accidental ARIs were not calculated, as it is assumed that each receptor would be accidentally exposed via one potential exposure pathway. The ARIs for diquat are less than 1 for the following receptors and pathways, indicating a level of concern.

- Angler (adult) – direct spray, contact with directly sprayed foliage, and drinking water from a pond receiving a helicopter spill

- Berry picker (adult) – direct spray, contact with directly sprayed foliage, and drinking water from a pond receiving a helicopter spill

- Berry picker (child) – direct spray, contact with directly sprayed foliage, and drinking water from a pond receiving a truck or helicopter spill

- Hiker/hunter (adult) – direct spray, contact with directly sprayed foliage, and drinking water from a pond receiving a helicopter spill

- Native American (adult) – direct spray and contact with directly sprayed foliage

- Native American (child) – direct spray, contact with directly sprayed foliage, and drinking water from a pond receiving a helicopter spill

- Nearby resident (adult) – direct spray and contact with directly sprayed foliage

- Nearby resident (child) – direct spray and contact with directly sprayed foliage

- Swimmer (adult) – swimming in a pond receiving a truck or helicopter spill

- Swimmer (child) – swimming in a pond receiving a truck or helicopter spill

A second set of calculations was performed for the scenarios listed above with ARIs below 1 under the maximum AR assuming that herbicide is sprayed or spilled at the typical rather than the maximum AR (see Table B-6). Aggregate Risk Indices for diquat for the following receptors and scenarios are below 1, indicating a level of concern:

- Angler (adult) – direct spray

- Berry picker (adult) – direct spray

- Berry picker (child) – direct spray and drinking water from a pond receiving a helicopter spill

- Hiker/hunter (adult) – direct spray

- Native American (adult) – direct spray

- Native American (child) – direct spray

- Nearby Resident (adult) – direct spray and contact with directly sprayed foliage

- Swimmer (child) – swimming in a pond receiving a truck or helicopter spill

These results show that diquat risks could exceed the USEPA's level of concern for public receptors under certain scenarios. No risks were indicated for low-boom or high-boom application methods under typical ARs for short-, intermediate-, or long-term exposure scenarios for diquat.

BLM_0000847

**TABLE B-12**
**Routine Exposure Public Scenarios/Receptors with Aggregate Risk Indices Below One[1]**

| | Routine Exposure Scenarios | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Typical Application Rate Scenario ARIs | | | | Maximum Application Rate Scenario ARIs | | | |
| AgDrift® Scenario: | Aerial | Aerial | Ground | Ground | Aerial | Aerial | Ground | Ground |
| Land Type[2] | Agricultural | Agricultural | Agricultural | Agricultural | Agricultural | Agricultural | Agricultural | Agricultural |
| Equipment[3] | Plane | Helicopter | Low Boom | High Boom | Plane | Helicopter | Low Boom | High Boom |
| Hiker/hunter (adult) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | No ARI<1 | No ARI<1 |
| Berry picker (child) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | No ARI<1 | Diquat |
| Berry picker (adult) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | No ARI<1 | Diquat |
| Angler (adult) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | No ARI<1 | No ARI<1 |
| Residential (child) | Diquat | Diquat | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Diquat |
| Residential (adult) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | Diquat | Diquat |
| Native American (child) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | No ARI<1 | Diquat |
| Native American (adult) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | Diquat | Diquat | No ARI<1 | No ARI<1 |
| Swimmer (adult) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 |
| Swimmer (child) | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 | No ARI<1 |

[1] ARI values less than 1 indicate a level of concern. Only short-term exposures were considered.
[2] Agricultural land type is used as a proxy for a pond for aerial scenarios. Ground scenarios are not differentiated in AgDRIFT® by land type.
[3] Low and High boom applies to a truck mount or a boat mount boom.

HUMAN HEALTH RISK ASSESSMENT

**TABLE B-13**
**Accidental Exposure Public Scenarios with Aggregate Risk Indices Below One[1]**

| Receptor | Direct Spray of Receptor | Dermal Contact with Foliage | Swimming | | Drinking Water Ingestion | |
|---|---|---|---|---|---|---|
| | | | Helicopter Spill | Truck Spill | Helicopter Spill | Truck Spill |
| Hiker/hunter (adult) | Diquat (M,T)[1] | Diquat (M) | NE | NE | Diquat (M) | No ARI<1 |
| Berry picker (child) | Diquat (M,T) fluridone (M) | Diquat (M) | NE | NE | Diquat (M,T) | Diquat (M) |
| Berry picker (adult) | Diquat (M,T) | Diquat (M) | NE | NE | Diquat (M) | No ARI<1 |
| Angler (adult) | Diquat (M,T) | Diquat (M) | NE | NE | Diquat (M) | No ARI<1 |
| Residential (child) | Diquat (M,T) fluridone (M) | Diquat (M,T) fluridone (M,T) | NE | NE | NA | No ARI<1 |
| Residential (adult) | Diquat (M,T) | Diquat (M,T) fluridone (M) | NE | NE | NA | No ARI<1 |
| Native American (child) | Diquat (M,T) fluridone (M) | Diquat (M) | NE | NE | Diquat (M) | No ARI<1 |
| Native American (adult) | Diquat (M,T) | Diquat (M) | NE | NE | No ARI<1 | No ARI<1 |
| Swimmer (child) | NE | NE | Diquat (M,T) | Diquat (M,T) | NE | NE |
| Swimmer (adult) | NE | NE | Diquat (M) | Diquat (M) | NE | NE |

[1] ARI values less than 1 indicate a level of concern. These results indicate that diflufenzopyr risks are not expected to exceed the USEPA's level of concern for public receptors under the scenarios evaluated.

[2] M = Maximum application rate scenario; T = Typical application rate scenario; NE = Not evaluated; and NA = Receptor not exposed via this pathway.

### *Fluridone*

Fluridone is proposed for use on aquatic sites. Fluridone may be applied using the following methods: airplane, helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), boat (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). All public receptors are assumed to be potentially exposed to fluridone spray drift resulting from aerial applications from airplanes or helicopters and boom/broadcast (both low-boom and high-boom) application methods from trucks, ATVs, or boats. As noted above, spot applications are small and focused, and very little if any spray drift is generated; public receptors are not assumed to be impacted by herbicide spray from spot applications.

Under the routine use scenario, it is assumed that public receptors are exposed to spray drift via dermal contact, incidental ingestion, and dietary exposure pathways under both typical and maximum AR scenarios (shown in Table B-7). The ARIs combine all the exposure estimates to derive a cumulative effect ARI. Toxicity values are not available for acute dietary exposure for fluridone. Therefore, short-term ARIs are based on dermal and incidental oral exposure.

Routine use scenario ARIs are greater than 1 under the typical and maximum AR scenarios for all public receptors, indicating no exceedance of the USEPA's level of concern.

Under the accidental scenario, it is assumed that public receptors are exposed directly to maximum herbicide ARs (shown in Table B-7) via dermal contact (direct spray of receptor, contact with directly sprayed vegetation, and contact with directly sprayed water), incidental ingestion of water while swimming, or dietary exposure pathways (drinking water, berry ingestion, and fish ingestion). The accidental scenario for a pond assumes that receptors swim in or obtain drinking water from a pond that has been directly sprayed with herbicide or that has received a spill (from a truck or helicopter). Cumulative accidental ARIs were not calculated, as it is assumed that each receptor would be accidentally exposed via one potential exposure pathway. Accidental scenario ARIs were calculated for dermal exposure and incidental oral pathways only, because acute dietary toxicity values are not available. Aggregate Risk Indices for fluridone are less than 1 for the following receptors and pathways, indicating a level of concern:

- Berry picker (child) – direct spray
- Native American (child) – direct spray
- Residential (child) – direct spray and contact with directly sprayed foliage

A second set of calculations was performed for the scenarios listed above with ARIs below 1 under the maximum AR assuming that herbicide is sprayed or spilled at the typical AR rather than the maximum AR (see Table B-7). The ARI are equal to or above 1, indicating no exceedance of USEPA's level of concern.

These results show that fluridone risks do not exceed the USEPA's level of concern under the routine-use typical AR scenario, but could exceed the USEPA's level of concern for the nearby resident (adult and child) under the routine-use maximum AR scenario and the nearby resident (adult and child), the berry picker (child), and the Native American (child) under the accidental scenarios.

### *Imazapic*

Imazapic is proposed for use on rangeland, public-domain forest land, energy and mineral sites, ROW, and recreational and cultural sites. Imazapic may be applied using the following methods: airplane, helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). All public receptors are assumed to be potentially exposed to imazapic spray drift resulting from aerial applications from airplanes or helicopters and boom/broadcast (both low-boom and high-boom) application methods from trucks or ATVs. As noted above, spot applications are small and focused, and very little if any spray drift is generated; therefore, public receptors are not assumed to be impacted by herbicide spray from spot applications.

Under the routine use scenario, it is assumed that public receptors are exposed to spray drift via dermal contact, incidental ingestion, and dietary exposure pathways under both typical and maximum AR scenarios (ARs are shown in Table B-8). The ARIs combine all the exposure estimates to derive a cumulative effect ARI. Toxicity values are not available for acute dietary exposure, short-term dermal exposure, and intermediate-term dermal exposure. Therefore, short-term ARIs are based on incidental oral exposure (and therefore are calculated only for swimming pathways). Routine use scenario ARIs for imazapic are greater than 1 under both the typical and maximum AR scenarios for all public receptors, indicating no exceedance of the

BLM_0000850

HUMAN HEALTH RISK ASSESSMENT

USEPA's level of concern under the scenarios evaluated.

Under the accidental scenario, it is assumed that public receptors are exposed directly to maximum herbicide ARs (as shown on Table B-8) via dermal contact (direct spray of receptor, contact with directly sprayed vegetation, and contact with directly sprayed water), incidental ingestion of water while swimming, or dietary exposure pathways (drinking water, berry ingestion, and fish ingestion). The accidental scenario for a pond assumes that receptors swim in or obtain drinking water from a pond that has been directly sprayed with herbicide or that has received a spill (from a truck or helicopter). Cumulative accidental ARIs were not calculated, as it is assumed that each receptor would be accidentally exposed via only one potential exposure pathway. Accidental scenario ARIs for imazapic were calculated for incidental oral pathways only, because acute dietary and short-term dermal toxicity values are not available. Therefore, ARIs were calculated only for the swimming pathways. The ARIs for the swimming pathways are greater than 1, indicating exceedance of the USEPA's level of concern under the scenarios evaluated.

These results show that imazapic risks are not expected to exceed the USEPA's level of concern for any of the public receptors under the scenarios evaluated.

### *Sulfometuron Methyl*

Sulfometuron methyl is proposed for use on public-domain forest land, energy and mineral sites, ROW, and recreational and cultural sites. Sulfometuron methyl may be applied using the following vehicles and methods: helicopter, truck (boom/broadcast or spot applications), ATV (boom/broadcast or spot applications), horseback (spot applications), and backpack (spot applications). All public receptors are assumed to be potentially exposed to sulfometuron methyl spray drift resulting from aerial applications from helicopters and boom/broadcast (both low-boom and high-boom) application methods from trucks or ATVs. As noted above, spot applications are small and focused, and very little if any spray drift is generated; therefore, public receptors are not assumed to be impacted by herbicide spray from spot applications.

Under the routine use scenario, it is assumed that public receptors are exposed to spray drift via dermal contact, incidental ingestion, and dietary exposure pathways under both typical and maximum AR scenarios (ARs are shown in Table B-9). The ARIs combine all the

exposure estimates to derive a cumulative effect ARI. Toxicity values are not available for acute dietary exposure or dermal exposure. Therefore, short-term ARIs are based on incidental oral exposure (and therefore are calculated only for swimming pathways). Routine use scenario ARIs for sulfometuron methyl are greater than 1 under both the typical and maximum AR scenarios for all public receptors, indicating no exceedance of the USEPA's level of concern under the scenarios evaluated.

Under the accidental scenario, it is assumed that public receptors are exposed directly to maximum herbicide ARs via dermal contact (direct spray of receptor, contact with directly sprayed vegetation, and contact with directly sprayed water), incidental ingestion of water while swimming, or dietary exposure pathways (drinking water, berry ingestion, and fish ingestion). The accidental scenario for a pond assumes that receptors swim in or obtain drinking water from a pond that has been directly sprayed with herbicide or that has received a spill (from a truck or helicopter). Cumulative accidental ARIs were not calculated, as it is assumed that each receptor would be accidentally exposed via only one potential exposure pathway. Accidental scenario ARIs were calculated for incidental oral pathways only because acute dietary and short-term dermal toxicity values are not available. Therefore, ARIs were calculated only for the swimming pathways. The ARIs for the swimming pathways are greater than 1, indicating no exceedance of the USEPA's level of concern under the scenarios evaluated.

These results show that sulfometuron methyl risks are not expected to exceed the USEPA's level of concern for any of the public receptors under the scenarios evaluated.

## Evaluation of Currently-available Herbicide Active Ingredients

This section evaluates the toxicity values used for various herbicide active ingredients that are currently available for use by the BLM and have been evaluated in previous reports, namely the *Final Environmental Impact Statement, Vegetation Treatment on BLM Lands in Thirteen Western States* (1991 13-State EIS; USDI BLM 1991) and the *Final Environmental Impact Statement, California Vegetation Management* (1988 California EIS; USDI BLM 1988). This section also compares the receptors and exposure pathways used in these HHRAs with those used in this HHRA. The purpose of this comparison is to determine

BLM_0000851

whether the earlier BLM HHRAs are appropriate for current use.

## Evaluation of Dose-response Values Used in Previous EISs

This section compares the dose-response values used for herbicide active ingredients that are in current use and were evaluated in previous EISs with values developed under current USEPA OPP policy. Most of the herbicide active ingredients were evaluated in the 1991 13-State EIS HHRA. Three of the herbicides (asulam, 2,4-DP, and fosamine) were evaluated in the 1988 California EIS HHRA. The 1988 California EIS and 1991 13-State EIS HHRAs used two NOAELs for each herbicide active ingredient—a systemic NOAEL and a reproductive/teratogenic NOAEL. In contrast, the current approach from the USEPA OPP uses a variety of NOAELs based on exposure duration rather than specific health outcome, as well as acute and chronic dietary PADs. The PAD is the NOAEL divided by an uncertainty factor, typically 100. Therefore, multiplying the PAD by 100 allows one to compare the value to a NOAEL. The NOAELs used in the current risk assessment are based on the most sensitive effect (i.e., they were not identified separately by endpoints, such as systemic effects or reproductive/teratogenic effects); therefore, they are conservative values. Lower NOAELs indicate higher potential toxicity. The Cancer Slope Factors (CSF) used in the 1988 California EIS and the 1991 13-State EIS were also compared with any recent CSFs for those active ingredients. Higher CSFs indicate higher potential toxicity.

The dose-response values used the earlier HHRAs for most of the herbicide active ingredients are conservative in comparison to current toxicity values, with the following exceptions:

### Asulam

The short-term and intermediate-term NOAEL for all exposure routes is 50 mg/kg-day, which is the same value as the systemic and reproductive NOAELs used in the 1988 California EIS HHRA. The long-term NOAEL for all exposure routes is 36 mg/kg-day, which is slightly lower than the NOAEL of 50 mg/kg-day used in the 1988 California EIS HHRA. The 1988 California EIS HHRA showed that routine exposures to the public and workers do not result in unacceptable risks. The slightly lower long-term NOAEL would not significantly change this outcome. Asulam has not been used by the BLM since at least 1997.

### Diuron

The chronic dietary PAD of 0.003 mg/kg-day is based on a LOAEL of 1 mg/kg-day. Assuming that there is an extra UF of 3 because of the use of a LOAEL rather than a NOAEL, the corresponding NOAEL would be 0.3 mg/kg-day. This value is slightly lower than the systemic NOAEL of 0.625 mg/kg-day used in the 1991 13-State EIS HHRA, indicating that the estimated noncancer risk for diuron could be higher using the new toxicity value. In addition, the USEPA has developed a cancer slope factor for diuron of $1.91 \times 10^{-2}$/mg/kg-day, whereas the 1991 13-State EIS HHRA did not evaluate diuron for its potentially carcinogenic effects. Information provided by the BLM states that the 4-year average (2000 to 2003) of acres treated by diuron is 964; therefore, this active ingredient has been used recently, though not extensively. These results indicate that a current risk assessment of diuron would evaluate potentially carcinogenic effects. The 1991 13-State EIS HHRA showed potential unacceptable risks for this herbicide active ingredient, and this conclusion would remain if the more recent toxicity values were used.

### Fosamine

The chronic dietary PAD of 0.01 mg/kg-day is based on a NOAEL of 10 mg/kg-day. This value is lower than the systemic NOAEL of 25 mg/kg-day used in the 1988 California EIS HHRA, indicating that the estimated noncancer risk for fosamine could be higher using the new toxicity value. The 1988 California EIS HHRA showed that routine exposures to the public and workers do not result in unacceptable risks for this herbicide active ingredient. Because the difference between the two NOAELs is relatively small, this outcome would likely not change with use of the newer toxicity value. Fosamine has been used sparingly in recent years by the BLM (< 50 acres annually).

### Simazine

The chronic dietary PAD of 0.005 mg/kg-day is based on a NOAEL of 0.5 mg/kg-day, which is lower than the NOAEL of 5 mg/kg-day used in the 1991 13-State EIS HHRA, indicating that the estimated noncancer risk for simazine could be higher using the new toxicity value. However, information provided by the BLM states that simazine has not been used since 1997; therefore, there is no exposure to this herbicide active ingredient, and the toxicity value change would not significantly affect its use.

BLM_0000852

HUMAN HEALTH RISK ASSESSMENT

### *Triclopyr*

The chronic dietary PAD of 0.005 mg/kg-day is based on a NOAEL of 0.5 mg/kg-day, which is lower than the NOAEL of 2.5 mg/kg-day used in the 1991 13-State EIS HHRA, indicating that the estimated noncancer risk for triclopyr could be 5-fold higher using the new toxicity value. Information provided by the BLM states that the 4-year average (2000 to 2003) of acres treated by triclopyr is 4,737 indicating that this active ingredient has been used recently. The 1991 13-State EIS HHRA showed potential unacceptable risks for this herbicide active ingredient, and this conclusion would remain if the more recent toxicity values were used.

In summary, diuron, simazine, and triclopyr are the only herbicide active ingredients for which there are more stringent current dose-response values than those used in the 1991 13-State EIS HHRA. Simazine has not been used since 1997; therefore, there is no exposure to this herbicide active ingredient, and the toxicity value change does not affect potential risks. Both diuron and triclopyr were found to pose potentially unacceptable risks in the 1991 13-State EIS HHRA; this conclusion would remain if the more stringent current toxicity values were used.

### Evaluation of Receptors and Exposure Pathways Used in the Earlier Human Health Risk Assessments

The 1988 California EIS and 1991 13-State EIS HHRAs and the current HHRA evaluate occupational and public receptors. The risk assessments evaluated the same occupational scenarios—that of a worker potentially exposed to herbicide active ingredients via dermal contact and inhalation during routine applications and of a worker potentially exposed to an accidental spill of herbicide active ingredient to his or her skin.

The public receptors in both risk assessments are similar. The exposure scenarios are also similar, with two exceptions: the 1991 13-State EIS HHRA did not evaluate a swimming scenario, and the current HHRA does not evaluate a Native American game ingestion scenario (in accordance with discussions with the USEPA). Therefore, the current risk assessment evaluates a more conservative pond pathway and a slightly less conservative Native American pathway. Other than these minor differences, the exposure pathways for both risk assessments are similar.

### Summary of Currently-available Herbicide Active Ingredient Evaluation

Based on the general similarity of the risk assessments conducted by the BLM in 1988 and 1991 and the current risk assessment, it is likely that the risk estimates calculated previously would not differ significantly from risk estimates calculated for the present herbicide active ingredients using the updated risk assessment methods and the updated toxicity values. Therefore, new risk assessments were not conducted for the herbicides currently in use other than sulfometuron methyl and dicamba. These herbicide active ingredients were evaluated in the current HHRA because of alternative exposure pathways and concomitant exposures with other herbicide active ingredients.

## Uncertainty Analysis

Uncertainty is introduced into the risk assessment in several places throughout the process. Every time an assumption is made, some level of uncertainty is introduced into the risk assessment. In accordance with USEPA guidance (USEPA 1989), the uncertainty associated with each step of the risk characterization process is discussed in this section of the report.

Within any of the four steps of the human health risk evaluation process, assumptions must be made due to a lack of absolute scientific knowledge. Some of the assumptions are supported by considerable scientific evidence, while others have less support. Every assumption introduces some degree of uncertainty into the risk evaluation process. Regulatory risk evaluation methodology requires that conservative assumptions be made throughout the risk evaluation to ensure that public health is protected. Therefore, when all of the assumptions are combined, it is much more likely that risks are overestimated rather than underestimated.

### Hazard Identification

The Hazard Identification step involves identifying the herbicides to be evaluated quantitatively in the HHRA and providing toxicity information. The six herbicides evaluated in this HHRA were identified by the BLM, and represent herbicides proposed for use by the BLM that have not been evaluated in previous EISs (with the exception of sulfometuron methyl, which was previously evaluated). Toxicity information on these herbicides was collected mainly from USEPA reports that have compiled results of toxicity studies conducted

BLM_0000853

HUMAN HEALTH RISK ASSESSMENT

by the manufacturers and other entities. For the most part, the USEPA had sufficient information to place the herbicides in the appropriate acute toxicity categories, and to determine their carcinogenic potential. Appropriate studies were available on subchronic, chronic, developmental, and reproductive toxicity. While there is always uncertainty in extrapolating animal information to humans, sufficient information was available to make a determination on toxicity for these herbicides.

**Dose-response Assessment**

The purpose of the dose-response assessment is to define the relationship between the dose of a chemical and the likelihood or magnitude of an adverse effect (response). Risk assessment methodologies typically divide potential health effects of concern into two general categories: effects with a threshold (noncarcinogenic) and effects assumed to be without a threshold (potentially carcinogenic). None of the six herbicides evaluated in this HHRA are designated as potential carcinogens by the USEPA; therefore, noncancer dose-response values were used in the evaluation. There are several sources of uncertainty in the development of dose-response values.

*Animal-to-human Extrapolation*

For many chemicals, animal studies provide the only reliable information on which to base an estimate of adverse human health effects. Extrapolation from animals to humans introduces uncertainty into the risk characterization. Usually, the difference between the human reaction to a chemical and the test animal reaction to a chemical is unknown. If a chemical's fate and the mechanisms by which it causes adverse effects are known in both animals and humans, uncertainty is reduced. When the fate and mechanism for the chemical are unknown, uncertainty increases.

Conservative assumptions that incorporate uncertainty factors are used to extrapolate from animals to humans such that it is more likely that effects in humans are overestimated than underestimated. When data are available from several species, the highest dose that that does not cause effects in the most sensitive species is used to determine the NOAEL, which is used to calculate the RfD and the PAD. The PAD is calculated by dividing the NOAEL by UFs, generally of 1 to 10 each, to account for intraspecies variability, interspecies variability, and study duration. When using the NOAEL to calculate MOEs, the target MOE is typically 100 to account for intraspecies and interspecies variability.

Generally, additional UFs for study duration are not required, because separate NOAELs are used for short-, intermediate-, and long-term exposures.

The use of the UFs compensates for uncertainties involved in extrapolating from animals to humans. Nevertheless, because the fate of a chemical can differ in animals and humans, it is possible that animal experiments will not reveal an adverse effect that would manifest itself in humans. This can result in an underestimation of the effects in humans. The opposite may also be true: effects observed in animals may not be observed in humans, resulting in an overestimation of potential adverse human health effects.

*Availability of NOAELs*

NOAELs for all of the exposure durations and routes are not available for all of the herbicides. In most cases, the USEPA did not develop specific NOAELs because the herbicide is not considered toxic through a specific exposure route. For example, there are no dermal NOAELs for diflufenzopyr because a dermal toxicity study did not show any effects at the limit dose of 1,000 mg/kg-day (USEPA 2002b). Therefore, risk calculations were not conducted for certain herbicides and certain exposure routes. It is likely that risks are not being underestimated because the specific exposure route is unlikely to show toxicity.

**Exposure Assessment**

There are uncertainties involved in the development of exposure scenarios and in the estimation of herbicide doses to which humans could be exposed.

*Exposure Scenarios*

Exposure scenarios in a risk evaluation are selected to be representative of current and reasonably foreseeable site use. In accordance with pesticide risk assessment approaches, both occupational and public (non-worker) receptors were evaluated. The selection of occupational receptors considered the BLM's specific land programs, application types, application vehicles, and application methods. The occupational receptors include pilots, applicators, mixer/loaders, and combined applicator/mixer/loaders. Most occupational receptors are likely to have little herbicide exposure because of the use of PPE and other health and safety precautions. The accidental spill scenario evaluated for the occupational receptor is also very unlikely since a worker would take necessary precautions to prevent spills.

BLM_0000854

HUMAN HEALTH RISK ASSESSMENT

The HHRA evaluated a wide range of potential public receptors, including hiker/hunters, berry pickers, anglers, swimmers, nearby residents, and Native Americans. Although there are many different exposure scenarios and receptors that could be evaluated, these receptors cover a range of potential exposures that could occur under worst case conditions on BLM lands. It is assumed that these receptors could be exposed through a number of exposure pathways, such as herbicide spray, contact with sprayed foliage, contact with sprayed water through drinking or swimming, and ingestion of sprayed berries and fish that have bioaccumulated herbicide from sprayed water. Under the routine scenarios, receptors are assumed to be exposed to spray drift, while under the accidental scenarios, receptors are assumed to be exposed to direct spray. The Native American receptor is assumed to be exposed through all of these exposure pathways, which is likely to be a conservative assumption.

While it is possible that public receptors use public lands under intermediate- and long-term time frames, it is unlikely that public receptors would be exposed to herbicides under the routine use scenario for more than a short-term exposure, which is defined as 1 day to 1 month (USEPA 2001g). Therefore, a short-term scenario was evaluated in this HHRA. Although it is highly unlikely that public receptors would be potentially exposed to herbicides for longer than a short-term time frame, both an intermediate- and a long-term exposure scenario are also evaluated in this HHRA.

### Estimation of Dose

Various conservative assumptions were made to estimate the herbicide doses to which occupational and public receptors could be exposed. For the occupational receptors, exposure doses were estimated using UE information from the PHED, which is a generic database containing dermal and inhalation exposure data for workers mixing, loading, or applying pesticides. The USEPA has developed a series of standard UE values for various exposure scenarios, which were used in this HHRA. For the occupational worker accidental spill scenario, it was assumed that the herbicide could spill directly onto the worker and be absorbed through the skin. These exposure pathways are likely to result in conservative risk estimates.

For the public receptors, various conservative assumptions were used to estimate exposures. These exposure assumptions were generally derived from USEPA databases, such as the *Exposure Factors Handbook* (USEPA 1997a). The exposure assumptions

listed in these guidance documents are generally conservative, and are meant to account for a wide range of exposure situations. To estimate exposures to the public from off-site deposition of herbicides, the computer model, AgDRIFT® (SDTF 2002), was used. The AgDRIFT® Tier I and Tier II evaluations were used in this HHRA because they allow the development of routine generic application scenarios that are more representative of the range of applications likely employed by the BLM. The terrestrial DRs and water concentrations calculated by AgDRIFT® are likely to be upper-end estimates. The computer model GLEAMS was used to estimate runoff of the terrestrial herbicides into ponds. For the three terrestrial herbicides, pond concentrations calculated in AgDRIFT® were added to the highest pond concentrations calculated in GLEAMS. This likely overestimates the true pond concentrations because AgDRIFT® concentrations represent relatively short duration concentrations. It is unlikely that a receptor would be exposed to pond water on the day that both drift concentrations and runoff concentrations are present.

Worst-case assumptions were made to evaluate the accidental spray and spill scenarios. The accidental spray scenario assumed that the receptor was exposed to direct spray at the maximum herbicide AR. The spill scenario assumed that a fully-loaded truck or helicopter emptied its contents into a pond while transporting the herbicide to the application site. In reality, the BLM requires that the herbicide be mixed at the application site; therefore, it is unlikely that premixed herbicide would be transported from one location to another. This scenario represents a worst-case scenario that is unlikely to occur.

### Risk Characterization

The potential risk of adverse human health effects is characterized based on estimated potential exposures and potential dose-response relationships. Generally, the goal of a risk evaluation is to estimate a reasonable upper-bound to potential exposure and risk. Most of the assumptions about exposure and toxicity used in this evaluation are representative of statistical upper-bounds or even maxima for each parameter. The result of combining several such upper-bound assumptions is that the final estimate of potential exposure or potential risk is extremely conservative.

The health risks estimated in the risk characterization generally apply to the receptors whose activities and locations were described in the exposure assessment. Some people will always be more sensitive than the

BLM_0000855

average person and, therefore, will be at greater risk. Dose-response values used to calculate risk, however, are frequently derived to account for additional sensitivity of subpopulations (e.g., an UF of 10 is used to account for intraspecies differences). Therefore, it is unlikely that this source of uncertainty contributes significantly to the overall uncertainty of the risk assessment.

The large number of assumptions made in the risk characterization introduces uncertainty in the results. Any one person's potential exposure and subsequent risk are influenced by all the parameters mentioned above and will vary on a case-by-case basis. Despite inevitable uncertainties associated with the steps used to derive potential risks, the use of numerous conservative (health-protective) assumptions will most likely lead to a large overestimate of potential risks from the site.

### *Public Receptors – Intermediate- and Long-term Exposure Scenario*

As stated previously, it is unlikely that public receptors would be potentially exposed to herbicides for more than a short-term exposure period. Although it is highly unlikely that public receptors would be potentially exposed to herbicides for longer than a short-term time frame, both an intermediate- and a long-term exposure scenario are evaluated in this uncertainty analysis. While these exposures are extremely unlikely, they were included in the uncertainty analysis for completeness.

Routine use scenario ARIs for intermediate- and long-term exposure scenarios are greater than 1 under both the typical and maximum AR scenarios for all public receptors for dicamba, diflufenzopyr, imazapic, and sulfometuron methyl, indicating no level of concern. ARIs for diquat and fluridone are below 1 for the following intermediate- and long-term exposure scenarios under the typical AR scenario, indicating a level of concern:

**Diquat.** ARIs for diquat are below 1 for the following scenarios under the typical AR scenario (intermediate- and long-term), indicating a level of concern:

- Berry picker (child) – airplane and helicopter applications (intermediate- and long-term exposures)

- Residential (child) – airplane and helicopter applications (intermediate- and long-term exposures)

- Residential (adult) – airplane and helicopter applications (intermediate- and long-term exposures)

- Native American (child) – airplane and helicopter applications (intermediate- and long-term exposures)

ARIs for diquat are below 1 for the following scenarios under the maximum AR scenario (intermediate- and long-term), indicating a level of concern:

- Hiker/hunter (adult) – airplane and helicopter applications (intermediate- and long-term exposures)

- Berry picker (child) – airplane and helicopter applications (intermediate- and long-term exposures), high-boom applications (intermediate- and long-term exposures)

- Berry picker (adult) – airplane and helicopter applications (intermediate- and long-term exposures)

- Angler (adult) – airplane and helicopter applications (intermediate- and long-term exposures)

- Residential (child) – airplane and helicopter applications (intermediate- and long-term exposures), low-boom applications (intermediate- and long-term exposures), and high-boom applications (intermediate- and long-term exposures)

- Residential (adult) – airplane and helicopter applications (intermediate- and long-term exposures), and high-boom applications (intermediate- and long-term exposures)

- Native American (child) – airplane and helicopter applications (intermediate- and long-term exposures), and high-boom applications (intermediate- and long-term exposures)

- Native American (adult) – airplane and helicopter applications (intermediate- and long-term exposures)

**Fluridone.** Routine use scenario ARIs are greater than 1 under the typical AR scenario (intermediate- and long-term) for all public receptors, indicating no exceedance of the USEPA's level of concern. Routine use scenario ARIs are greater than 1 under the maximum AR scenario (intermediate) for all public receptors,

BLM_0000856

HUMAN HEALTH RISK ASSESSMENT

indicating no exceedance of the USEPA's level of concern. The following routine use scenario ARIs for fluridone are less than 1 under the maximum AR scenario (long-term), indicating a level of concern:

- Nearby resident (child) – airplane applications and helicopter depositions
- Nearby resident (adult) – airplane applications

The results of evaluating the intermediate- and long-term exposures for the public receptors in the uncertainty analysis show that diquat in several scenarios and fluridone in very limited scenarios (resident, aerial application) could potentially pose a risk level of concern. The remaining herbicides do not pose a level of concern even under the unlikely scenario that public receptors could be repeatedly exposed to media that has received spray drift.

BLM_0000857

# References

**Arnold. 1979.** Fluridone – A New Aquatic Herbicide. Journal of Aquatic Plant Management 17:30-33.

**Bartels and Watson. 1978.** Inhibition of Carotenoid Synthesis by Fluridone and Norflurazon. Weed Science 26:198-203.

**BASF. 2001.** Diflufenzopyr Herbicide Technical Overview.

**California Environmental Protection Agency (CalEPA). 1996.** October 17 Memorandum from T. Formoli (California EPA, Department of Pesticide Regulation, Worker Health and Safety Branch) to M. Mason (California EPA, Department of Pesticide Regulation, Pesticide Regulation Branch). Sacramento, California.

**Cheung, M., and M. Yen. 1996.** Some Simple Methods for the Estimation of Surface and Volume of Thompson Seedless Grapes. Viticulture and Enology Research Center. California Agricultural Technology Institute. Available at: http://cati.csufresno.edu/verc/rese/96/960902/.

**Dashiell, O.L., and J.A. Hall. 1980.** Oral LD50 Test in Rats – EPA Proposed Guidelines. Haskell Laboratory Report No. 965-80. MRID 00071409.

_____, **and L. Hinckle. 1980.** Oral LD50 Test in Rats – EPA Proposed Guidelines. Haskell Laboratory Report No. 870-80. MRID 00071412.

**Elanco. 1978a.** MRID 0082344, 90-d Feeding Study in Dogs. Available from United States Environmental Protection Agency by Freedom of Information Act.

_____. **1981.** Technical Report on Sonar®. Research Report Prepared by Lilly Research Laboratories, Indianapolis, Indiana.

**ENSR. 2004.** Vegetation Treatments Programmatic EIS Ecological Risk Assessment Protocol. Prepared for the U.S. Department of the Interior Bureau of Land Management, Reno, Nevada. Westford, Massachusetts.

_____. **2005.** Vegetation Treatments Programmatic EIS Human Health Risk Assessment Final Report. U.S. Department of the Interior Bureau of Land Management, Reno, Nevada. Westford, Massachusetts.

**Extension Toxicology Network (Extoxnet). 1996a.** Pesticide Information Profile for Diquat Dibromide. Extension Toxicology Network. Available at: http://extoxnet.orst.edu/.

_____. **1996b.** Pesticide Information Profile for Sulfometuron Methyl. Acute Oral Toxicity Study with DPX-T5648-71 (Oust) in Male and Female Rats. Laboratory Project No. HLR 721-95: 10360-001. MRID 43848401. Available at: http://extoxnet.orst.edu/.

_____. **1996c.** Pesticide Information Profile for Dicamba. Extension Toxicology Network. Available at: http://extoxnet.orst.edu/.

**Fletcher, J.S., T.G. Pfleeger, and H.C. Ratsch. 1993.** Potential Environmental Risks Associated with the New Sulfonylurean Herbicides. Environmental Science and Technology 27:2250-52.

**Ford, L.S. 1982.** Unscheduled DNA Synthesis/rat Hepatocytes in Vitro. Haskell Laboratory Report No. 769-82. MRID 00146847.

**Galloway, S.M. 1981.** Mutagenicity Evaluation of H#13,647-03: In an In Vitro Cytogenetic Assay Measuring Chromosome Aberration Frequencies in Chinese Hamster Ovary (CHO) Cells. MRID 00146846.

**Harper, B.L., B. Flett, S. Harris, C. Abeyta, and F. Kirschner. 2002.** The Spokane Tribe's Multipathway Subsistence Exposure Scenario and Screening Level RME. Risk Analysis 22(3):513-526.

**Harris, S.G., and B.L. Harper. 1997.** A Native American Exposure Scenario. Risk Analysis 17(6):789-795.

**Hinckle, L. 1979.** Ten-dose Oral Subacute Text. Haskell Laboratory No. 523-79. MRID 00078794.

**Hoberman, A.M., K.L. Bristol, and G.W. Wolfe. 1981.** Pilot Oral Teratology Study in Rabbits. Project No. 201-554; HLO-234-81. MRID 00078797.

**Howard, P.H., and W.M. Meylan. 1997.** Handbook of Physical Properties of Organic Chemicals. CRC Press Inc., Lewis Publishers. Boca Raton, Florida.

BLM_0000858

HUMAN HEALTH RISK ASSESSMENT

Koeppe, M.K., and C.F. Mucha. 1991. Metabolism of Sulfometuron Methyl in Lactating Goats. Journal of Agricultural and Food Chemistry 39(12): 2304-2309.

Krahn, D.F., and K. Fitzpatrick. 1981. Chinese Hamster Ovary Cell Assay for Mutagenicity. Haskell Laboratory Report No. 1074-80. MRID 00078793.

Leighton, T.M., and A.P. Nielsen. 1995. The Unites States Environmental Protection Agency, Health Canada, and National Agricultural Chemicals Association Pesticide Handlers Exposure Database. Applied Occupational and Environmental Hygiene 10(4): 270-273.

Lu, M.H. 1981. Teratogenicity Study by Diet in the Rat with Benzoic Acid, 2-[[[[(4,6-dimethyl-2-pyrimidinyl)-amino]carbonyl]amino]sulfonyl]-methyl ester. Haskell Laboratory Report No. 316-81. MRID 00078796.

Massachusetts Department of Environmental Management and Massachusetts Department of Environmental Protection (MA DEM/MA DEP). 2003. Appendix III - Fluridone. Generic Environmental Impact Report for the Control of Eutrophication and Nuisance Aquatic Plants in Massachusetts. Massachusetts Department of Environmental Management.

McLaren/Hart. 1995. Use of the Registered Aquatic Herbicide Fluridone (Sonar®) in the State of New York. General Environmental Impact Statement.

Monson, K., and D. Hoffman. 1990. Aerobic Soil Metabolism of [pyrimidine-2-14C] Sulfometuron Methyl in Keyport Silt Loam. Laboratory Project ID AMR-1113-88. MRID 42091401.

Mullin, L.S. 1984. Long-term Feeding Study in Rats with Benzoic Acid, 2-[[[[(4,6-dimethyl-2-pyrimidinyl)-amino]carbonyl]amino]sulfonyl]-, methyl ester, INT 5648. Haskell Laboratory Report No. 367-84. Final Report. MRID 00146849.

National Academy of Sciences (NAS). 1983. Risk Assessment in the Federal Government: Managing the Process. National Academy Press. Washington, D.C.

New York State Department of Environmental Conservation. 1981. Programmatic EIS on Aquatic Vegetation Control Program of New York State Department of Environmental Conservation. Albany, New York.

New York State Department of Health (NYSDOH). 1986. Fluridone. Bureau of Toxic Substance Assessment. New York State Department of Health A0310. Albany, New York.

Office of Environmental Health Hazard Assessment (OEHHA). 1999. Air Toxics Hot Spots Program Risk Assessment Guidelines, Part 1: The Determination of Acute Reference Exposure Levels for Airborne Toxicants. Office of Environmental Health Hazard Assessment, California EPA.

SePRO. 2002. Sonar® (Fluridone) User's Guide. Available at: http://www.SePRO.com/pdf_lit/aquatics/sonar/sonar_guide.pdf.

Serota, D.G., S. Fieser, R.S. Durloo, et al. 1981. Teratology Study in Rabbits: H-13647-02: Benzoic acid, 2-[[[[(4,6-dimethyl-2-pyrimidinyl)-amino]carbonyl]amino]sulfonyl]-,methyl ester. HLO 331-81; Project No. 201-555. MRID 932060630.

Spray Drift Task Force (SDTF). 2002. A User's Guide for AgDRIFT® 2.0.05: A Tiered Approach for the Assessment of Spray Drift of Pesticides. Regulatory Version. C.D.I. Report No. 01-02. Prepared for Spray Drift Task Force, Macon, Missouri.

Summers, J.C. 1990. Phase 3 Summary of MRID 41273602: Oncogenicity Study with INT-5648: Long-term Feeding Study in Mice. Haskell Laboratory Report No. 355-87. MRID 93206015.

Syngenta. 2002. Material Safety Data Sheet and Use Guide for Reward (Diquat Dibromide) Landscape and Aquatic Herbicide.

Syracuse Environmental Research Associates, Inc. (SERA). 1998. Sulfometuron Methyl (OUST) – Final Draft. Prepared for USDA Forest Service. Fayetteville, New York.

BLM_0000859

HUMAN HEALTH RISK ASSESSMENT

_____. **2001.** Imazapic [Plateau and Plateau DG] - Human Health and Ecological Risk Assessment Final Report. Prepared for USDA Forest Service. SERA TR 00-21-28-01e. Fayetteville, New York.

**Taylor, J.D. 1979.** Mutagenic Activity in the Salmonella/microsome Assay: Haskell Laboratory Report No. 271-79. MRID 00078792.

**Trivits, R.L. 1979.** Acute Oral Test. Haskell Laboratory Report No. 210-79. MRID 00071405.

**U.S. Department of Agriculture Forest Service. 2005.** Preventing and Managing Invasive Plants, Final Environmental Impact Statement. U.S. Department of Agriculture Forest Service Pacific Northwest Region. Available at: http://www.fs.fed.us/r6/invasiveplant-eis/.

**U.S. Department of the Interior Bureau of Land Management (USDI BLM). 1988.** California Vegetation Management Final Environmental Impact Statement. Sacramento, California.

_____. **1991.** Final Environmental Impact Statement, Vegetation Treatment on BLM Lands in Thirteen Western States. Casper, Wyoming.

**U.S. Environmental Protection Agency (USEPA). 1986a.** Pesticide Fact Sheet. Fluridone, No. 81. Office of Pesticides and Toxic Substances.

_____. **1986b.** Pesticide Fact Sheet. Fluridone, No. 81. Office of Pesticides and Toxic Substances. July 30, 1986. Available at: http://pmep.cce.cornell.edu/profiles/herb_growthre g/fatty_alcohol_monuron/fluridone/ herb_prof_fluridone.html.

_____. **1988.** Toxicology One-Line Summary: Fluridone, No. 130C. Health Effects Division. Office of Pesticide Programs.

_____. **1989.** Risk Assessment Guidance for Superfund: Volume I. Human Health Evaluation Manual (Part A). Interim Final. Office of Emergency and Remedial Response. EPA 540/1-89/002, Washington, D.C.

_____. **1990.** Toxicology One-Line Summary: Oust, (MRID Nos. 244195, 245515). Washington, D.C.

_____. **1991.** Standard Default Exposure Factors. Risk Assessment Guidance for Superfund. Volume

I. Human Health Evaluation Manual. OSWER Directive 9285.6-03.

_____. **1992.** Dermal Exposure Assessment: Principles and Applications. EPA/600/8-91/011B.

_____. **1995.** Reregistration Eligibility Decision (RED) for Diquat Dibromide. Prevention, Pesticides and Toxic Substances (7508W). EPA 738-R-95-016.

_____. **1996.** Proposed Guidelines for Carcinogen Risk Assessment. EPA/600/P-92/003C (Federal Register: 17960-18011).

_____. **1997a.** Exposure Factors Handbook, Volumes I, II and III. EPA/600/P-95/002Fa, b, and c. Office of Research and Development, Washington, D.C.

_____. **1997b.** Diquat Dibromide - Report of the Hazard Identification Assessment Review Committee. Health Effects Division (7509C). PC Code: 032201.

_____. **1997c.** Reference Dose Tracking Report - Fluridone. Office of Pesticide Programs.

_____. **1997d.** Health Effects Division. Draft Standard Operating Procedures (SOPs) for Residential Exposure Assessments.

_____. **1998a.** Pesticide Handlers Exposure Database Version 1.1, Surrogate Exposure Table.

_____. **1998b.** Framework for Assessing Non-Occupational, Non-dietary (Residential) Exposure to Pesticides. Draft. Office of Pesticide Programs, Washington, D.C.

_____. **1999a.** Guidance for Performing Aggregate Exposure and Risk Assessments. Office of Pesticide Programs, Washington, D.C.

_____. **1999b.** Pesticide Fact Sheet. Diflufenzopyr. Office of Prevention, Pesticides and Toxic Substances (7501C).

BLM_0000860

HUMAN HEALTH RISK ASSESSMENT

_____. **2000a.** The Role of Use-Related Information in Pesticide Risk Assessment and Risk Management. Office of Pesticide Programs, USEPA. Available at: http://www.epa.gov/pesticides/trac/science/.

_____. **2000b.** Science Advisory Council for Exposure. Policy Number 3.1. Agricultural Transfer Coefficients. Office of Pesticide Programs. Health Effects Division (OPP/HED).

_____. **2001a.** Imazapic – Report of the Hazard Identification Assessment Review Committee. PC Code: 129041. HED Doc. No. 014560.

_____. **2001b.** General Principles for Performing Aggregate Exposure and Risk Assessments.

_____. **2001c.** Diflufenzopyr Plus Dicamba - Exposure/Risk Assessment from the Proposed New Uses of Distinct Herbicide on Popcorn, Sweet Corn, and Pasture or Rangeland. Health Effects Division 7509c.

_____. **2001d.** Risk Assessment Guidance for Superfund. Volume 1: Human Health Evaluation Manual, Part E. Supplemental Guidance for Dermal Risk Assessment. Interim Review Draft for Public Comment. EPA/540/R/99/005. OSWER 9285.7-02EP.

_____. **2001e.** Diquat Dibromide - Toxicology Disciplinary Chapter for the Tolerance Reassessment Eligibility Decision (TRED) Document. Health Effects Division, Office of Pesticide Programs.

_____. **2001f.** Diquat Dibromide – Third HIARC Report: Revisit/Re-evaluation of Database by the HED Hazard Identification Assessment Review Committee. Health Effects Division, Office of Pesticide Programs.

_____. **2001g.** Changes in the Definition of Exposure Durations for Occupational/Residential Risk Assessments Performed in the Health Effects Division. Memo from M. Stasikowski, June 4, 2001. Health Effects Division, Office of Pesticides Policy.

_____. **2001h.** Dicamba – Report of the Hazard Identification Assessment Review Committee. Hazard Identification Assessment Review Committee. Health Effects Division, Office of Pesticide Programs.

_____. **2001i.** Science Advisory Council for Exposure Policy Number 12. Recommended Revisions to the Standard Operating Procedures (SOPs) for Residential Exposure Assumptions.

_____. **2002a.** Fluridone. Integrated Risk Information System.

_____. **2002b.** Diflufenzopyr – Exposure/Risk Assessment for the Proposed New Uses of Distinct Herbicide on "Commercial, Industrial Turf and Non Crop Areas". Mark I. Dow, Biologist, Registration Action Branch I, Health Effects Division 7509C.

_____. **2002c.** Memo: Occupational and Residential Exposure and Risk for the Proposed use of Metsulfuron-Methyl on Sorghum. USEPA Office of Prevention, Pesticides, and Toxic Substances.

_____. **2003a.** Personal Communication from USEPA (J. Evans) on Toxicity Endpoints for Fluridone. Washington, D.C.

_____. **2003b.** Personal Communication from USEPA (J. Evans) on Toxicity Endpoints for Sulfometuron Methyl. Table Entitled "Toxicology Endpoint Selection for Sulfometuron." PC Code: 122001. Washington, D.C.

_____. **2003c.** Integrated Risk Information System (IRIS). Environmental Criteria and Assessment Office. U.S. Environmental Protection Agency, Cincinnati, Ohio. Available at: http//www.epa.gov/ngispgm3/iris].

_____. **2003d.** Personal Communication from USEPA (J. Evans) on Native American Scenario. Washington, D.C.

_____. **2003e.** 40 Code of Federal Regulations. Section 156.62. (July 1, 2003 edition). Available at: www.epa.gov/pesticides/health/tox_categories.

**Weed Science Society of America. 1994.** Herbicide Handbook. Seventh Edition, Champaign, Illinois.

BLM_0000861

Wojeck, G.A., J.F. Price, H.N. Nigg, and J.H. Stamper. 1983. Worker exposure to Paraquat and Diquat. Archives of Environmental Contamination and Toxicology 12: 65-70.

Wood, C.K., J.W. McAlack, P.W. Schneider, and C.M. Barba. 1980. Ninety-day Feeding and One-generation Reproduction Study with Benzoic Acid, 2-[[[[(4,6-dimethyl-2-pyrimidinyl)-amino]carbonyl]amino]sulfonyl]-,methyl ester, INT-5648 in Rats. Haskell Laboratory Report No. 928-80. Final Report. MRID 00078795.

_____, and F. O'Neal. 1983. One-year Feeding Study in Dogs with Benzoic acid, 2-[[[[(4,6-dimethyl-2-pyrimidinyl)-amino]carbonyl]amino]sulfonyl]-,methyl ester, INT 5648. Haskell Laboratory Report No. 482-82. Final Report. MRID 00129051.

BLM_0000862

BLM_0000863

# APPENDIX C
# ECOLOGICAL RISK ASSESSMENT

BLM_0000864

9980000SA118

# TABLE OF CONTENTS

Page

Structure and Methodology of the Ecological Risk Assessment ...................................................................... C-1
    Problem Formulation ........................................................................................................................................ C-1
    Exposure Characterization .............................................................................................................................. C-2
    Effects Characterization .................................................................................................................................. C-3
        Literature Review ....................................................................................................................................... C-4
        Toxicity Reference Value Development .................................................................................................... C-4
    Risk Characterization ...................................................................................................................................... C-5
        Rare, Threatened, and Endangered Species .............................................................................................. C-6
    Uncertainty Analysis ....................................................................................................................................... C-7
Application Methods and Herbicide Usage ........................................................................................................ C-8
    Aerial Application ........................................................................................................................................... C-8
    Ground Application ......................................................................................................................................... C-8
    Aquatic Application ......................................................................................................................................... C-8
Non-target Species Exposure Characterization ................................................................................................. C-10
    Ecological Receptors ..................................................................................................................................... C-10
        Surrogate Species ................................................................................................................................... C-10
    Exposure Pathways ....................................................................................................................................... C-12
        Direct Spray ............................................................................................................................................ C-15
        Off-site Drift ........................................................................................................................................... C-16
        Surface Runoff ....................................................................................................................................... C-17
        Wind Erosion and Off-site Transport of Terrestrial Herbicide ............................................................. C-20
        Accidental Spill ..................................................................................................................................... C-22
Non-target Species Effects Characterization .................................................................................................... C-22
    Terrestrial Species Effects Characterization ................................................................................................ C-23
        Bromacil ................................................................................................................................................. C-23
        Chlorsulfuron ......................................................................................................................................... C-23
        Diflufenzopyr ......................................................................................................................................... C-24
        Diquat ..................................................................................................................................................... C-24
        Diuron ..................................................................................................................................................... C-25
        Fluridone ................................................................................................................................................ C-25
        Imazapic ................................................................................................................................................. C-26
        Overdrive® .............................................................................................................................................. C-27
        Sulfometuron Methyl ............................................................................................................................. C-28
        Tebuthiuron ............................................................................................................................................ C-29
    Aquatic Species Effects Characterization .................................................................................................... C-29
        Bromacil ................................................................................................................................................. C-29
        Chlorsulfuron ......................................................................................................................................... C-30
        Diflufenzopyr ......................................................................................................................................... C-30
        Diquat ..................................................................................................................................................... C-31
        Diuron ..................................................................................................................................................... C-31
        Fluridone ................................................................................................................................................ C-32
        Imazapic ................................................................................................................................................. C-32
        Overdrive® .............................................................................................................................................. C-33
        Sulfometuron Methyl ............................................................................................................................. C-34
        Tebuthiuron ............................................................................................................................................ C-34
    Rare, Threatened, and Endangered Species Characterization ...................................................................... C-35
Non-target Species Risk Characterization ........................................................................................................ C-36
    Bromacil ....................................................................................................................................................... C-36
        Direct Spray ............................................................................................................................................ C-36
        Off-site Drift ........................................................................................................................................... C-57

ECOLOGICAL RISK ASSESSMENT

Surface Runoff ............................................................................................................ C-58
Wind Erosion and Transport Off-site ........................................................................ C-58
Accidental Spill to Pond ............................................................................................ C-58
Potential Risk to Salmonids from Indirect Effects .................................................... C-59
Chlorsulfuron ..................................................................................................................... C-59
Direct Spray ............................................................................................................... C-59
Off-Site Drift ............................................................................................................. C-59
Surface Runoff ........................................................................................................... C-60
Wind Erosion and Transport Off-site ........................................................................ C-60
Accidental Spill to Pond ............................................................................................ C-60
Potential Risk to Salmonids from Indirect Effects .................................................... C-61
Diflufenzopyr ..................................................................................................................... C-61
Direct Spray ............................................................................................................... C-61
Off-site Drift .............................................................................................................. C-61
Surface Runoff ........................................................................................................... C-62
Wind Erosion and Transport Off-site ........................................................................ C-62
Accidental Spill to Pond ............................................................................................ C-62
Potential Risk to Salmonids from Indirect Effects .................................................... C-62
Diquat ................................................................................................................................. C-63
Direct Spray ............................................................................................................... C-63
Off-site Drift to Terrestrial Plants ............................................................................. C-63
Accidental Spill to Pond ............................................................................................ C-64
Potential Risk to Salmonids from Indirect Effects .................................................... C-64
Diuron ................................................................................................................................. C-64
Direct Spray ............................................................................................................... C-64
Off-site Drift .............................................................................................................. C-65
Surface Runoff ........................................................................................................... C-65
Wind Erosion and Transport Off-site ........................................................................ C-66
Accidental Spill to Pond ............................................................................................ C-66
Potential Risk to Salmonids from Indirect Effects .................................................... C-66
Fluridone ............................................................................................................................ C-67
Direct Spray ............................................................................................................... C-67
Off-site Drift to Non-target Terrestrial Plants .......................................................... C-68
Accidental Spill to Pond ............................................................................................ C-68
Potential Risk to Salmonids from Indirect Effects .................................................... C-68
Imazapic ............................................................................................................................. C-69
Direct Spray ............................................................................................................... C-69
Off-site Drift .............................................................................................................. C-69
Surface Runoff ........................................................................................................... C-69
Wind Erosion and Transport Off-site ........................................................................ C-70
Accidental Spill to Pond ............................................................................................ C-70
Potential Risk to Salmonids from Indirect Effects .................................................... C-70
Overdrive® ......................................................................................................................... C-71
Direct Spray ............................................................................................................... C-71
Off-site Drift .............................................................................................................. C-71
Surface Runoff ........................................................................................................... C-72
Wind Erosion and Transport Off-site ........................................................................ C-72
Accidental Spill to Pond ............................................................................................ C-72
Potential Risk to Salmonids from Indirect Effects .................................................... C-73
Sulfometuron Methyl ......................................................................................................... C-73
Direct Spray ............................................................................................................... C-73
Off-site Drift .............................................................................................................. C-73
Surface Runoff ........................................................................................................... C-74

BLM_0000867

Wind Erosion and Transport Off-site ................................................................................ C-74
Accidental Spill to Pond ...................................................................................................... C-74
Potential Risk to Salmonids from Indirect Effects ......................................................... C-75
Tebuthiuron ................................................................................................................................... C-75
Direct Spray ........................................................................................................................... C-75
Off-site Drift .......................................................................................................................... C-76
Surface Runoff ...................................................................................................................... C-76
Wind Erosion and Transport Off-site ................................................................................ C-77
Accidental Spill to Pond ...................................................................................................... C-77
Potential Risk to Salmonids from Indirect Effects ......................................................... C-77
Uncertainty Analysis ........................................................................................................................... C-78
Toxicity Data Availability ........................................................................................................... C-78
Degradates, Inert Ingredients, Adjuvants, and Tank Mixtures ........................................... C-78
Degradates .............................................................................................................................. C-83
Inerts ....................................................................................................................................... C-83
Adjuvants and Tank Mixtures ............................................................................................ C-84
Concentration Models .................................................................................................................. C-86
AgDRIFT® ............................................................................................................................. C-86
GLEAMS ................................................................................................................................ C-86
CALPUFF ............................................................................................................................... C-87
Potential Indirect Effects on Salmonids .................................................................................. C-88
Herbicide Application Recommendations ........................................................................................ C-88
References ................................................................................................................................................ C-91

## List of Tables

C-1    Levels of Concern ............................................................................................................................ C-6
C-2    Herbicide Application Methods and Usage Statistics ............................................................... C-9
C-3    Surrogate Species Used in Quantitative ERA Evaluations ..................................................... C-11
C-4    Vertebrate Surrogate Species Evaluated by Life History ........................................................ C-12
C-5    Selected Toxicity Reference Values for Bromacil ...................................................................... C-37
C-6    Selected Toxicity Reference Values for Chlorsulfuron ............................................................ C-39
C-7    Selected Toxicity Reference Values for Diflufenzopyr ............................................................ C-41
C-8    Selected Toxicity Reference Values for Diquat .......................................................................... C-43
C-9    Selected Toxicity Reference Values for Diuron ......................................................................... C-45
C-10   Selected Toxicity Reference Values for Fluridone .................................................................... C-47
C-11   Selected Toxicity Reference Values for Imazapic ..................................................................... C-49
C-12   Selected Toxicity Reference Values for Overdrive® .................................................................. C-51
C-13   Selected Toxicity Reference Values for Sulfometuron Methyl ................................................ C-53
C-14   Selected Toxicity Reference Values for Tebuthiuron ................................................................ C-55
C-15   Risk Levels Used to Describe Typical Herbicide Effects According to Exposure Scenario and
       Ecological Receptor Group ............................................................................................................. C-79
C-16   Buffer Distances (feet) to Minimize Risk from Off-site Drift of Herbicides .......................... C-89

## List of Figures

C-1    Conceptual Model for Terrestrial Herbicides ............................................................................. C-13
C-2    Conceptual Model for Aquatic Herbicides .................................................................................. C-14

BLM_0000868

ECOLOGICAL RISK ASSESSMENT

## LIST OF ACRONYMS, ABBREVIATIONS, AND SYMBOLS

| | | |
|---|---|---|
| ac | - | Acres |
| a.i. | - | Active ingredient |
| ATV | - | All terrain vehicle |
| BA | - | Biological Assessment |
| BLM | - | Bureau of Land Management |
| BW | - | Body weight |
| CALPUFF | - | California Puff Model |
| CA OEHHA | - | California Office of Environmental Health Hazard Assessment |
| cm | - | Centimeter |
| cms | - | Cubic meters per second |
| CREAMS | - | Chemical Runoff Erosion Assessment Management System |
| $C_{pond}$ | - | Concentrations from pond surface water |
| $EC_{25}$ | - | Concentration causing 25% inhibition of a process (effect concentration) |
| $EC_{50}$ | - | Concentration causing 50% inhibition of a process (median effective concentration) |
| Ed. | - | Edition |
| EEC | - | Estimated exposure concentration |
| EFED | - | Environmental Fate and Effects Division |
| EIS | - | Environmental Impact Statement |
| ERA | - | Ecological risk assessment |
| FCM | - | Food chain multiplier |
| FIFRA | - | Federal Insecticide, Fungicide, and Rodenticide Act |
| ft | - | Feet |
| g | - | Grams |
| gal | - | Gallon |
| GLEAMS | - | Groundwater Loading Effects of Agricultural Management Systems |
| HSDB | - | Hazardous Substances Data Bank |
| in | - | Inch |
| IRIS | - | Integrated Risk Information System |
| kg | - | Kilogram |
| km | - | Kilometers |
| L | - | Liters |
| lbs | - | Pounds |
| $LC_{50}$ | - | Concentration causing 50% mortality (median lethal concentration) |
| $LD_{50}$ | - | Dose causing 50% mortality (median lethal dose) |
| LOAEL | - | Lowest observed adverse effect level |
| LOC | - | Level of concern |
| m | - | Meters |
| mg | - | Milligrams |
| mg/kg | - | Milligrams per kilogram |
| mg/L | - | Milligrams per Liter |
| μg | - | Micrograms |
| μm | - | Micrometers |
| MRID | - | Master Record Identifier Number |
| MSDS | - | Material safety data sheet |
| NASA | - | National Aeronautics and Space Administration |
| NASQAN | - | National Stream Quality Accounting Network |
| NCDC | - | National Climatic Data Center |
| NOAEL | - | No observed adverse effect level |
| NMFS | - | National Marine Fisheries Service |
| NWS | - | National Weather Service |

BLM_0000869

## LIST OF ACRONYMS, ABBREVIATIONS, AND SYMBOLS (Cont.)

| | | |
|---|---|---|
| OPP | - | Office of Pesticide Programs |
| PEIS | - | Programmatic Environmental Impact Statement |
| PM | - | Particulate matter |
| $PM_{10}$ | - | Particulate matter less than 10 micrometers in diameter or less |
| $PM_{2.5}$ | - | Particulate matter less than 2.5 micrometers in diameter or less |
| ROW | - | Rights-of-way |
| RQ | - | Risk quotient |
| RTE | - | Rare, threatened, and endangered |
| RTEC | - | Registry of Toxic Effects of Chemical Substances |
| SAMSON | - | Solar and Meteorological Surface Observation Network |
| SDTF | - | Spray Drift Task Force |
| TRV | - | Toxicity reference value |
| TSP | - | Total suspended particulates |
| US | - | United States |
| USDA | - | United States Department of Agriculture |
| USDI | - | United States Department of the Interior |
| USEPA | - | United States Environmental Protection Agency |
| USFWS | - | United States Fish and Wildlife Service |
| USGS | - | United States Geological Survey |
| USLE | - | Universal Soil Loss Equation |
| > | - | Greater than |
| < | - | Less than |
| = | - | Equal to |

BLM_0000870

BLM_0000871

## APPENDIX C

# ECOLOGICAL RISK ASSESSMENT

The purpose of this appendix is to summarize the ecological risks to plants and animals from 10 herbicides currently used, or proposed for use, by the United States Department of the Interior Bureau of Land Management (USDI BLM). More detailed assessments of these risks are given in Ecological Risk Assessments (ERA) prepared for each herbicide (see ENSR 2005a-j). These ERAs will be used by the BLM, in conjunction with analyses of other treatment effects on plants, animals, and other resources, to determine which of the proposed treatment alternatives evaluated in the Programmatic Environmental Impact Statement (PEIS) should be employed by the BLM. The BLM field offices will also utilize these ERAs for guidance on the proper application of herbicides to ensure that impacts to plants and animals are minimized to the extent practical when treating vegetation and do not pose unacceptable risks to non-target species, including rare, threatened, and endangered (RTE) species. The U.S. Fish and Wildlife Service (USFWS) and National Oceanic and Atmospheric Administration National Marine Fisheries Service (NMFS), will also use the information provided by the ERAs to assess the potential impact of vegetation treatment actions on fish and wildlife and their critical habitats.

The herbicide active ingredients (a.i.) evaluated in the ERAs are bromacil, chlorsulfuron, diflufenzopyr, diquat, diuron, fluridone, imazapic, Overdrive® (a mix of dicamba and diflufenzopyr), sulfometuron methyl, and tebuthiuron. Updated risk assessment methods were developed for the ERA process and are described in a separate document, *Vegetation Treatments Programmatic EIS Ecological Risk Assessment Methodology* (hereafter referred to as the "Methods Document" [ENSR 2004]). In addition, eight other herbicides are currently being used by the BLM and are proposed for continued use. These herbicides have been evaluated in a previous BLM EIS (USDI BLM 1991), as well as more recently in an invasive plant EIS prepared by the U.S. Department of Agriculture Forest Service (Forest Service; USDA Forest Service 2005).

# Structure and Methodology of the Ecological Risk Assessment

## Problem Formulation

Assessment endpoints represent "explicit expressions of the actual environmental value that is to be protected, operationally defined by an ecological entity and its attributes" (U.S. Environmental Protection Agency [USEPA] 1998). In the context of the screening-level, programmatic risk assessment, ecological entities include terrestrial invertebrates and vertebrates, non-target plants, and aquatic organisms (including RTE species). The essential biological requirements (i.e., survival, growth, and reproduction) for each of these groups of organisms are the attributes to be protected from herbicide exposure. Assessment endpoints, for the most part, reflect direct effects of an herbicide on these organisms, but indirect effects were also considered (particularly for threatened and endangered salmonids).

Measures of effect are measurable changes in an attribute of an assessment endpoint (or its surrogate, as discussed below) in response to a stressor to which it is exposed (USEPA 1998). For the screening-level ERA, the measures of effect associated with the assessment endpoints generally consisted of acute and chronic toxicity data (from pesticide registration documents and from the available scientific literature) for the most appropriate surrogate species. Rather than assess potential ecological risk to the large number of species found on public lands, surrogate species were used to represent classes of receptors (e.g., small mammalian herbivores, large avian piscivores [fish-eating birds]). In general, the surrogate species selected were those for which toxicity data were available from tests conducted in support of the USEPA pesticide registration process. Extrapolating chemical toxicity from a surrogate species to a particular species of concern can introduce extrapolation uncertainties (Fairbrother and Kapustka 1996, SERA 2000), but is often necessary in an ERA.

BLM_0000872

ECOLOGICAL RISK ASSESSMENT

Assessment endpoints (and associated measures of effect) were generated in the problem formulation for each herbicide. Selection of specific assessment endpoints depends on the type of herbicide and its use pattern (e.g., terrestrial vs. aquatic application) and on the availability of appropriate toxicity data. Assessment endpoints include:

- Assessment Endpoint 1: *Acute mortality to mammals, birds, invertebrates, and non-target plants.* Measures of effect included median lethal effect doses (the dose lethal to 50% of organisms tested [$LD_{50}$]) from acute toxicity tests with these organisms or suitable surrogates.

- Assessment Endpoint 2: *Acute mortality to fish, aquatic invertebrates, and aquatic plants.* Measures of effect included median lethal effect concentrations (the concentration lethal to 50% of organisms tested [$LC_{50}$]) from acute toxicity tests with these organisms or suitable surrogates (e.g., other coldwater fish are used to represent threatened and endangered salmonids).

- Assessment Endpoint 3: *Adverse direct effects on growth, reproduction, or other ecologically important sublethal processes.* Measures of effect included standard chronic toxicity test endpoints such as the no observed adverse effect level ([NOAEL] the dose or concentration tested at which no adverse effects on test organisms were noted) for both terrestrial and aquatic organisms. Depending on data available for a given herbicide, chronic endpoints reflect either sublethal individual impacts (e.g., survival, growth, physiological impairment, behavior), or population-level impacts (e.g., reproduction [Barnthouse 1993]). For salmonids, careful attention was paid to smoltification (i.e., development of tolerance to seawater and other changes of parr [freshwater stage salmonids] to adulthood), thermoregulation (i.e., ability to maintain body temperature), migratory behavior, and other important life processes, if such data were available. With the exception of non-target plants, standard acute and chronic toxicity test endpoints were used for estimates of direct herbicide effects on RTE species. To add conservatism to the RTE assessment, levels of concern (LOCs) for RTE animals were lower

than for typical species. Lowest available germination NOAELs were used to evaluate RTE plants.

- Assessment Endpoint 4: *Adverse indirect effects on the survival, growth, or reproduction of salmonids.* Measures of effect for this assessment endpoint depended on the availability of appropriate scientific data. Unless literature studies were found that explicitly evaluated the indirect effects of the target herbicides to salmonids and their habitat, estimates of indirect effects were qualitative. Such qualitative estimates of indirect effects include general evaluations of the potential risks to food (typically represented by acute and/or chronic toxicity to aquatic invertebrates) and cover (typically represented by potential for destruction of riparian vegetation). The USEPA Office of Pesticide Programs (OPP) is currently applying approaches similar to these qualitative evaluations for RTE species effects determinations and consultations.

## Exposure Characterization

The BLM uses herbicides in a variety of programs (e.g., maintenance of rangeland and recreational sites) using several different application methods (e.g., application by aircraft, vehicle, backpack). In order to assess the potential ecological impacts of these herbicide uses, a variety of exposure scenarios were considered. These scenarios were selected based on actual BLM herbicide usage under a variety of conditions. There are differences among the individual herbicide risk assessment results based on the actual uses of a particular herbicide. Differences may include those attributable to application methodology (ground vs. aerial), area of application (forest vs. non-forest), or herbicide type (aquatic vs. terrestrial).

The exposure scenarios considered in the ERAs were organized by potential exposure pathways. In general, the exposure scenarios describe how a particular receptor group (e.g., terrestrial animals) may be exposed to the herbicide as a result of a particular exposure pathway. These exposure scenarios were designed to address herbicide exposure that may occur under a variety of conditions:

- Direct spray of the receptor or waterbody

- Indirect contact with dislodgeable foliar residue

BLM_0000873

- Ingestion of contaminated food items

- Off-site drift of spray to terrestrial areas and waterbodies

- Surface runoff from the application area to off-site soils or waterbodies

- Wind erosion resulting in deposition of contaminated dust

- Accidental spills to waterbodies

These scenarios were developed to address potential acute and chronic impacts to receptors under a variety of exposure conditions that may occur within public lands. These exposure conditions include normal application situations and associated off-site transport (via drift or wind erosion of dust), as well as accidental spills, and long-term overland flow to off-site soils and waterbodies (primarily via surface runoff and root-zone groundwater flow).

Additional details regarding specific receptors (e.g., receptor size, diet, RTE species status), application rates (e.g., typical vs. maximum applications rates, accidental spills), duration of herbicide exposure (e.g., one-time event, long-term exposure), and toxicity endpoints (e.g., acute, chronic) are discussed below. Additional information can be found in the individual ERAs and associated risk assessment spreadsheets compiled for each herbicide (ENSR 2005a-j).

Because of the differences in the application methods for terrestrial and aquatic herbicides, there were fewer exposure scenarios for aquatic herbicides. Off-site transport of the aquatic herbicides via surface runoff and wind erosion were not considered to be realistic scenarios for these applications and were therefore not considered for the aquatic herbicides. However, accidental direct spray of aquatic herbicides onto terrestrial receptors and off-site drift onto terrestrial plants were considered. The more conservative direct spray scenario was assumed to address any potential impacts from the other transport mechanisms. Details of the exposure scenarios considered in the risk assessments are presented in Section 3.0 of the Methods Document (ENSR 2004).

Herbicide levels resulting in potential risk to surrogate species were calculated using conservative assumptions. Exposure scenarios were included that are unlikely to occur (e.g., direct spray of receptor or waterbody, accidental spills to waterbodies).

Furthermore, animals were assumed to have a home range equal to the application area, whereas many animals would range outside of application areas, reducing exposure. In addition, all applied herbicide was assumed to be biologically available, and no attempt was made to assess the tendency of herbicide degradation or water flow to decrease herbicide concentrations and exposure (see Appendix B of the ERAs [ENSR 2005a-j] for equations and calculations for each of the different exposure scenarios).

Exposure characterizations depend on the selection of appropriate fate and transport models that predict herbicide concentrations in various environmental media, such as tissues, soils, and water. Some of these models are fairly straightforward and only require simple algebraic calculations (e.g., water concentrations from direct aerial spray), but others require more complex computer models (e.g., aerial deposition rates, transport from soils).

The AgDRIFT® computer model (see page C-86) was used to estimate off-site herbicide transport due to spray drift. The Groundwater Loading Effects of Agricultural Management Systems (GLEAMS) computer model (see page C-86) was used to estimate off-site transport of herbicide in surface runoff and root-zone groundwater transport (Knisel and Davis 2000). The computer model California Puff (CALPUFF; see page C-86) was used to predict the transport and deposition of herbicides sorbed (i.e., reversibly or temporarily attached) to wind-blown dust. Each model simulation was approached with the intent of predicting the maximum potential herbicide concentration that could result from the given exposure scenario.

## Effects Characterization

The ecological effects characterization phase of an ERA entails a compilation and analysis of the stressor-response relationships and any other evidence of adverse impacts from exposure to each herbicide. This evidence consisted mostly of toxicity studies conducted in support of USEPA pesticide registration, which generally include the following (additional studies may be required depending on herbicide use patterns and characteristics:

- Avian oral $LD_{50}$

- Avian dietary $LC_{50}$

- Freshwater fish acute $LC_{50}$

BLM_0000874

ECOLOGICAL RISK ASSESSMENT

- Freshwater invertebrate acute $LC_{50}$

Additional tests, if required for a particular herbicide, may include honeybee acute toxicity, avian reproduction, non-target plant toxicity, and chronic fish life-cycle tests, among others. As data were not available for all receptors or for threatened/endangered species, extrapolation of risk based on surrogate species data was necessary. Species for which toxicity data were available were not necessarily the most sensitive species to a particular herbicide (these species are used as laboratory test organisms because they are generally sensitive to stressors and they can be maintained under laboratory conditions). The selected toxicity value for a receptor is based on a review of the available data for the most appropriate, sensitive surrogate species.

In the majority of cases, toxicological data do not exist for the specific ecological receptors of concern. Consequently, toxicological data for surrogate species were evaluated and used to establish quantitative benchmarks for the ecological receptors of concern. These benchmark values are referred to as toxicity reference values (TRVs). This section of text briefly describes the process used to derive TRVs. Once developed, TRVs were compared with predicted environmental concentrations of the herbicide to determine the likelihood of adverse effects to ecological receptors.

**Literature Review**

The literature review process for deriving TRVs consisted of assembling relevant literature, evaluating these information sources, and then establishing specific numeric values for each ecological receptor. Literature sources included published manuscripts, unpublished study reports, and electronic databases. Once data from these various sources were compiled, the information was reviewed to determine its acceptability for deriving ecological TRVs for each of the 10 herbicides. In order to be classified as an "acceptable" study, the research had to be suitable and of adequate quality (see following sections).

*Data Suitability*

For each chemical, the available literature was evaluated to determine if the data were suitable for use in deriving TRVs. Early in the ERA process, the BLM identified receptors that were representative of ecological guilds (i.e., general taxonomic groups comprised of animals or plants that perform particular

roles in the ecosystem, including small and large mammals, small and large birds, piscivorous birds, fish, reptiles, insects, amphibians, terrestrial and aquatic plants, and algae) and their primary routes of exposure. Evaluation of suitability was based on these ecological receptors and routes of exposure. Specifically, a study was considered suitable if the following criteria were met:

- The material tested was one of the 10 herbicides;

- the test species was in the same guild as an ecological receptor;

- the route of exposure matched the primary routes of exposure for species in that guild; and

- the toxicity assessment endpoint (e.g., mortality, reproductive success, growth) was considered to be ecologically relevant.

For the majority of studies, the acute statistical measures of effect consisted of $LD_{50}$, $LC_{50}$, or $EC_{50}$ (the concentration resulting in a defined effect in 50% of the receptors tested) values. Adverse effect levels in chronic studies were most frequently reported as lowest observed adverse effect levels (LOAELs). Levels at which no effects were noted were generally reported in chronic studies as NOAELs. Several additional statistical endpoints were evaluated for terrestrial plants, including $EC_{25}$ (the concentration resulting in a defined effect in 25% of the receptors tested), NOAEL, and highest and lowest NOAEL (for germination and emergence endpoints only).

*Data Adequacy*

Once determined to be suitable, a study was then evaluated to determine whether the data were adequate. For peer-reviewed literature, two senior toxicologists independently determined data adequacy. Each paper was scored based on several selection criteria, including documentation of number of test organisms, statistical analysis, and proper use and performance of controls. Based on these reviews, the study was classified as either "adequate" or "not adequate."

**Toxicity Reference Value Development**

Study findings met both data adequacy and suitability criteria were used to develop ecological TRVs. From these studies, statistical endpoints were compiled into

BLM_0000875

a matrix for each chemical and for each receptor. Data were further subdivided into acute adverse effect levels, chronic adverse effect levels, and no adverse effect levels.

Endpoints for a receptor and routes of exposure were converted to the same units (e.g., mg/kg body weight [BW]). Endpoints for aquatic organisms and terrestrial plants were reported based on exposure concentrations (mg/L and lbs/acre [ac], respectively). Dose-based endpoints (e.g., $LD_{50}$) were used for the remaining receptors. When possible, dose-based endpoints were obtained directly from the literature. When dosages were not reported, dietary concentration data (e.g., $LC_{50}$) were converted to dose-based values following the methodology recommended in USEPA risk assessment guidelines (Sample et al. 1996). See the ERA Methods document (ENSR 2004; Table 2-3) for a summary of animal body weights and feeding and drinking ingestion rates that were used to convert concentration endpoints to dose-based endpoints.

### Toxicity Reference Value Derivation

Once the data were expressed in comparable units, the numeric values from studies classified as "acceptable" were compared to derive TRVs. For each chemical, receptor, and route of exposure, the lowest reported acute statistical endpoint was selected as the acute TRV. Acute TRVs were derived first to provide an upper boundary for the remaining TRVs; chronic TRVs and NOAELs were always equivalent to, or less than, the acute TRV.

The toxicity endpoint for most acute studies was mortality, immobilization, or failure to germinate, as assessed during a short-term exposure. In some cases, acute data were not always available. Consequently, chronic TRVs, based on longer exposure periods and associated endpoints such as growth and reproduction, were developed to provide supplementary data to the risk assessment. Conversely, when no valid statistical endpoints from chronic studies were available, the chronic TRV was set equal to the acute TRV. In the majority of cases, however, chronic data were available. Before the chronic NOAEL TRV was determined, a chronic LOAEL was identified, which was the lowest herbicide level that was found to cause significant adverse effects in a chronic study. Once a LOAEL was established, the chronic NOAEL TRV was established as the highest NOAEL value that was less than both the LOAEL and the acute TRV.

### Use of the Uncertainty Factor

In some cases, a TRV for a particular assessment endpoint had to be extrapolated from available TRVs using an uncertainty factor. Based on a review of the application of uncertainty factors (Chapman et al. 1998), an uncertainty factor of 3 was considered to be appropriate for ecological TRV derivation in this document. For example, a chronic or an acute TRV (e.g., 100 mg/kg BW) could be divided by an uncertainty factor of 3 to obtain an extrapolated NOAEL (e.g., 33 mg/kg BW). Conversely, if a NOAEL value was available, but a chronic TRV was lacking, the NOAEL TRV could be multiplied by 3 to extrapolate the chronic TRV (but not the acute TRV).

## Risk Characterization

The risk characterization phase of an ERA consists of a quantitative estimate of the ecological risks, a description of data used in support of these risk estimates (including data gaps where appropriate), and an overall interpretation of the potential ecological impacts of each herbicide (following consideration of uncertainties in the analyses).

In order to address potential risks to ecological receptors, risk quotients (RQs) were calculated by dividing the estimated exposure concentration (EEC) for each of the previously described scenarios by the appropriate toxicity endpoint, an herbicide-specific TRV. The TRV may be a surface water or surface soil effects concentration, or a species-specific toxicity value derived from the literature.

The RQs were then compared against LOCs established by the USEPA OPP to assess potential risk to non-target organisms. These LOCs are used by the USEPA's OPP to analyze potential risk to non-target organisms and to assess the need to consider regulatory action (Table C-1). Distinct® USEPA LOCs are currently defined for the following risk presumption categories:

- Acute high risk − the potential for acute risk is high.

- Acute restricted use − the potential for acute risk is high, but may be mitigated.

- Acute RTE species − RTE species may be adversely affected.

BLM_0000876

ECOLOGICAL RISK ASSESSMENT

**TABLE C-1**
**Levels of Concern**

| Risk Presumption | | RQ | LOC |
|---|---|---|---|
| *Terrestrial Animals* [1] | | | |
| Birds | Acute high risk | $EEC/LC_{50}$ | 0.5 |
| | Acute restricted use | $EEC/LC_{50}$ | 0.2 |
| | Acute RTE species | $EEC/LC_{50}$ | 0.1 |
| | Chronic risk | EEC/NOAEL | 1 |
| Wild mammals | Acute high risk | $EEC/LC_{50}$ | 0.5 |
| | Acute restricted use | $EEC/LC_{50}$ | 0.2 |
| | Acute RTE species | $EEC/LC_{50}$ | 0.1 |
| | Chronic risk | EEC/NOAEL | 1 |
| *Aquatic Animals* [2] | | | |
| Fish and aquatic invertebrates | Acute high risk | $EEC/LC_{50}$ or $EC_{50}$ | 0.5 |
| | Acute restricted use | $EEC/LC_{50}$ or $EC_{50}$ | 0.1 |
| | Acute RTE species | $EEC/LC_{50}$ or $EC_{50}$ | 0.05 |
| | Chronic risk | EEC/NOAEL | 1 |
| | Chronic risk, RTE species | EEC/NOAEL | 0.5 |
| *Plants* [3] | | | |
| Terrestrial/semi-aquatic plants | Acute high risk | $EEC/EC_{25}$ | 1 |
| | Acute RTE species | EEC/NOAEL | 1 |
| Aquatic plants | Acute high risk | $EEC^2/EC_{50}$ | 1 |
| | Acute RTE species | EEC/NOAEL | 1 |

[1] Estimated Environmental Concentration is in mg $_{\text{prey wet weight}}$/kg $_{\text{BW}}$ for acute scenarios and mg $_{\text{prey wet weight}}$/kg $_{\text{BW}}$/day for chronic scenarios.
[2] Estimated Environmental Concentration is in mg/L.
[3] Estimated Environmental Concentration is in lb/acre.

- Chronic risk - the potential for chronic risk is high.

A "chronic RTE species" risk presumption category for aquatic animals was added for this risk assessment. The LOC for this category was set to 0.5 to reflect a conservative 2-fold difference in contaminant sensitivity between RTE and surrogate test fishes (Sappington et al. 2001).

Risk quotients (RQs) and LOCs were tabulated and compared for all appropriate exposure scenarios and surrogate species described above. The ecological risk implications of various exposure estimates can be readily determined by noting which RQs exceed the corresponding LOCs. Over 1,000 RQs were generated in each ERA. While all RQs are presented in the supporting documentation of the risk assessment and available to BLM field offices, only selected values (e.g., those exceeding LOCs) are discussed within the text of each ERA report (ENSR 2005a-j).

**Rare, Threatened, and Endangered Species**

To specifically address potential impacts to RTE species, two types of RQ evaluations were conducted. For RTE terrestrial plant species, the RQ was calculated using different toxicity endpoints but keeping the same LOC (1) for all scenarios. The plant toxicity endpoints were selected to provide extra protection to RTE species. In the direct spray, spray drift, and wind erosion scenarios, the selected toxicity endpoints were an $EC_{25}$ for "typical" species and a NOAEL for RTE species. In runoff scenarios, high and low germination NOAELs were selected to evaluate exposure for typical and RTE species, respectively.

The evaluation of RTE terrestrial animals and aquatic species was addressed using a second type of RQ evaluation. The same toxicity endpoint was used for both typical and RTE species in all scenarios, but the acute LOC was lowered for RTE species (see Table C-1).

BLM_0000877

## Uncertainty Analysis

For any ERA, a thorough description of uncertainties is a key component that serves to identify possible weaknesses in the analysis and to elucidate what impact such weaknesses might have on the final risk conclusions. In general, an uncertainty analysis lists the uncertainties, followed by a logical discussion of what bias, if any, the uncertainty may introduce into the risk conclusions. This bias would be represented in qualitative terms that best describe whether the uncertainty might: 1) underestimate risk, 2) overestimate risk, 3) be neutral with regard to the risk estimates, or 4) be unable to be determined without additional study. Key categories of uncertainty for the herbicides ERAs include:

- *Limited toxicity data available for a given herbicide.* For some herbicides, the only toxicity data available may be those studies conducted as part of the USEPA pesticide registration process. In this case, chronic toxicity data may be limited or non-existent and may not include sublethal studies of importance relevant to assessment endpoint 4 (*Adverse indirect effects on the survival, growth, or reproduction of salmonids*). When relevant studies did not exist, the uncertainties were discussed as thoroughly as possible.

- *The potential indirect effects of herbicides on RTE salmonids.* Unless actual field studies were identified for a given herbicide, this discussion was limited to only qualitative estimates of potential indirect impacts on salmonid populations and communities. Such qualitative estimates were limited to a general evaluation of the potential risks to food (typically represented by acute and/or chronic toxicity to aquatic invertebrates) and cover (typically represented by potential for destruction of riparian vegetation or aquatic vegetation, if appropriate). The USEPA OPP is using similar approaches for RTE species effects determinations and consultations.[1]

- *Extrapolating from laboratory to field studies.* It is preferable to base any ecological risk analysis on reliable field studies that can clearly identify and quantify the amount of

potential risk from particular exposure concentrations of the chemical of concern as field studies provide a more accurate representation of environmental conditions. When available, incident reports for the USEPA's Environmental Fate and Effects Division (EFED) were reviewed in an attempt to validate both exposure models and/or hazards to ecological receptors. For many of the new herbicides, however, such studies were not available. Most available incident reports present incomplete data, and explicit information linking herbicide exposure and resulting effects are difficult to interpret. In these cases, best professional judgment was used to evaluate the potential bias, if any, the lack of field studies had on risk conclusions. It should be noted, though, that in most cases laboratory studies actually overestimate risk relative to field studies, supporting the conservative nature of the risk assessment (Fairbrother and Kapustka 1996).

- *Ecological risks of inert ingredients, adjuvants, degradates, and tank mixtures.* From an ecological point of view, it is desirable to estimate risks not just from the a.i. of an herbicide, but also from the cumulative exposure to other ingredients. However, using currently available models (e.g., GLEAMS), deterministic risk calculations (i.e., exposure modeling, effects assessment, and RQ calculations) can only be conducted for a single a.i. However, qualitative estimates were made of the potential additional risks (if any) posed by chemicals added to the a.i. of an herbicide, such as inert ingredients (ingredients lacking active properties though still potentially toxic), adjuvants (chemicals used to enhance the pharmacological or toxic agent effect of the a.i.), and degradates (chemicals created during the natural breakdown or decomposition of another chemical).

Evaluating the potential additional/cumulative risks from mixtures of pesticides is substantially more difficult, particularly at the level of a PEIS. The composition of such mixtures is highly site-specific, and thus nearly impossible to address at the programmatic level. However, the label information from each of the 10 herbicides mentions that most can be "tank mixed" with other herbicides and insecticides. Therefore, for each herbicide, a qualitative evaluation

---

[1] http://www.epa.gov/oppfead1/endanger/effects.

BLM_0000878

ECOLOGICAL RISK ASSESSMENT

was made of the potential additional risk that might result from applying each as part of a label-approved tank mix. It should be emphasized that this evaluation was only qualitative, based on risk conclusions from existing ERAs conducted for an earlier EIS (USDI BLM 1991), for the USDA Forest Service, or by the USEPA for registration and/or re-registration. Such an analysis can only be qualitative unless reliable scientific evidence exists to suggest whether the joint action of the herbicides is additive, synergistic, or antagonistic.

- *Estimates of herbicide exposure concentrations.* As in any screening or higher-tier ERA, a discussion of potential uncertainties from fate and exposure modeling is necessary to identify potential overestimates or underestimates of risk. In particular, the uncertainty analysis focused on which environmental characteristics (e.g., soil type, annual precipitation) exert the most significant numeric impact on model outputs. The results of the uncertainty analysis have important implications about the ability to apply risk calculations to different site characteristics from a risk management point of view.

# Application Methods and Herbicide Usage

Table C-2 provides herbicide usage statistics, including application sites, application methods, and application rates.

## Aerial Application

Aerial application is conducted from fixed-wing planes and/or rotary helicopters in the BLM Rangeland, Public Domain Forestland, Energy and Mineral Sites, Rights-of-way (ROW), Recreation, and Aquatics programs. ERA modeling assumed that herbicides were applied with buffers of 100, 300, and 900 feet (ft) from evaluated receptors, and application heights varied depending on whether the application area was forested or not.

## Ground Application

Ground applications take place in the BLM Rangeland, Public Domain Forestland, Energy and Mineral Sites, ROW, Recreation, and Aquatics programs. Applications are conducted on foot or horseback using

backpack sprayers or from vehicles (truck, all-terrain vehicle [ATV], boat) using spot or boom/broadcast (low or high boom) methods. For modeling purposes, herbicides were applied with buffers of 25, 100, and 900 ft from evaluated receptors.

## Aquatic Application

There are four zones in a body of water that may be treated for the management of aquatic weeds: water surface, total water volume, bottom 1 to 3 ft of water, and the bottom soil surface.

When working in the water surface zone, generally only a fourth to a third of the surface area is treated at a time. Applications are made to floating or emergent weeds with the spray mixture being applied directly to the plants. When treating the total water volume, applications can be made through the metering or injecting of the herbicide into the water from booms trailing behind the boat or as a spray over the water surface. Applications of this type are made to submersed aquatic plants and algae. Treatments to the deepest 1 to 3 ft of water are generally made by attaching several flexible hoses at specific intervals on a rigid boom. Each hose is equipped with a nozzle and may be weighted to reach the depth desired. The length of hose and the speed of the boat carrying the application equipment also affect the depth of application. Such applications are beneficial because they apply the herbicide in a layer nearer the area where the herbicide can be taken up by the weedy species. The final zone, bottom soil surface, refers to applications made to the bottom soil of a drained pond, lake, or channel.

To treat small areas, a compressed-air sprayer with a hand-operated pump may be all that is needed. For larger areas, a boat-mounted pump-and-tank rig with one line may be used to treat emergent plants on a spot treat basis. A boom attached to the boat may be used when broadcast applications are made to the surface of the water, and booms with flexible hoses attached to the boom may be used to make the application below the water surface. Applications of granules and slow-release pellets can be made either using a cyclone spreader or by hand. The granules sink to the bottom, where the chemical is slowly released in the relatively small volume of water where the new shoots are beginning to grow.

Floating and emergent vegetation in static water (i.e., water in ponds, lakes, or reservoirs that have little or

BLM_0000879

ECOLOGICAL RISK ASSESSMENT

**TABLE C-2**
**Herbicide Application Methods and Usage Statistics**

| Herbicide | Programs/Treatment Areas | Application Method | Application Rate (lbs. a.i./acre) | |
|---|---|---|---|---|
| | | | Typical | Maximum |
| Bromacil | Energy and mineral sites<br>Rights-of-way<br>Recreation | Backpack, horseback, ATV, and truck (spot, boom/broadcast) | 4.0 | 12.0 |
| Chlorsulfuron | Rangeland<br>Energy and mineral sites<br>Rights-of-way<br>Recreation | Plane, helicopter backpack, horseback, ATV, and truck (spot, boom/broadcast) | 0.047 | 0.062 |
| Diflufenzopyr | Rangeland<br>Energy and mineral sites<br>Rights-of-way<br>Recreation | Backpack, horseback, ATV, and truck (spot, boom/broadcast) | 0.075 | 0.1 |
| Diquat | Aquatic | Plane, helicopter backpack, horseback, ATV, and truck (spot, boom/broadcast) | 1.0 | 4.0 |
| Diuron | Energy and mineral sites<br>Rights-of-way<br>Recreation | Backpack, horseback, ATV, and truck (spot, boom/broadcast) | 6.0 | 20.0 |
| Fluridone | Aquatic | Plane, helicopter backpack, horseback, ATV, and truck (spot, boom/broadcast) | 0.15 | 1.3 |
| Imazapic | Rangeland<br>Public domain forestland<br>Energy and mineral sites<br>Rights-of-way<br>Recreation | Plane, helicopter backpack, horseback, ATV, and truck (spot, boom/broadcast) | 0.0313 | 0.1875 |
| Overdrive® | Rangeland<br>Oil and gas<br>Rights-of-way<br>Recreation | Backpack, horseback, ATV, and truck (spot, boom/broadcast) | 0.2625 | 0.35 |
| Sulfometuron methyl | Public domain forestland<br>Energy and mineral sites<br>Rights-of-way<br>Recreation | Helicopter Backpack, horseback, ATV, and truck (spot, boom/broadcast) | 0.14 | 0.38 |
| Tebuthiuron | Rangeland<br>Energy and mineral sites<br>Rights-of-way<br>Recreation | Plane, helicopter backpack, horseback, ATV, and truck (spot, boom/broadcast) | 0.5 | 4.0 |

BLM_0000880

ECOLOGICAL RISK ASSESSMENT

no inflow and outflow) is managed by direct foliage applications of the spray mixture by aircraft, with ground equipment operated from the bank if the pond is small or if the weeds occur only around the margins, or from a boat using various types of booms or hand applicators.

Aquatic vegetation in flowing water is more difficult to manage. Floating and emergent vegetation, when treated in flowing water, require the same treatment techniques as they do in the static water. Submersed vegetation and algae can be controlled effectively in flowing water only by continuously applying enough herbicide at a given spot to maintain the needed concentration and contact time.

# Non-target Species Exposure Characterization

As described earlier, a number of exposure scenarios were developed to address potential acute and chronic impacts to receptors under a variety of exposure conditions that may occur within public lands. These exposure conditions include normal application situations, accidental spills, and associated off-site transport via spray drift, windblown dust, or surface runoff and root-zone groundwater. In general, the exposure scenarios describe how a particular receptor group (e.g., terrestrial animals, terrestrial plants, aquatic plants) may be exposed to an herbicide in a complete exposure pathway. The selected pathways and relevant dose calculations are described in more detail in the following sections.

This section discusses the exposure of terrestrial and aquatic receptors to the 10 herbicides proposed for new and continued use on public lands in 17 western states. The processes of surrogate species selection and the calculation of exposure data based on species biology and herbicide application rates are presented below.

## Ecological Receptors

### Surrogate Species

Use of surrogate species in a screening ERA is necessary to address the broad range of species likely to be encountered on public lands as well as to accommodate the fact that toxicity data may be restricted to a limited number of species. In this ERA, surrogates were selected to account for variation in the nature of potential herbicide exposure (e.g., direct contact, food chain) as well as to ensure that different taxa and their behaviors were considered. Generally, the surrogate species that were used in the ERAs are species commonly used as representative species in ecological risk assessments. Many of these species are common laboratory species, or are described in the USEPA (1993a, b) *Wildlife Exposure Factors Handbook*. Other species were included in the California Wildlife Biology, Exposure Factor, and Toxicity Database (California Office of Environmental Health Hazard Assessment [CA OEHHA] 2003), or are those recommended by USEPA OPP for tests to support pesticide registration.

Toxicity data from surrogate species were used in the development of TRVs. The surrogate species used for development of TRVs in each herbicide ERA are presented in Table C-3. For vertebrate terrestrial animals, in addition to these surrogate species, specific species were selected to represent populations of similar species (Table C-4). Interspecies extrapolation of toxicity data often produces unknown bias in risk calculations; therefore, higher trophic-level species were grouped according to shared life-history traits (e.g., herbivore vs. carnivore). Whenever possible, the species selected are found throughout the range of land included in the PEIS; all species selected are found in at least a portion of the range. The surrogate species are common species whose life histories are well documented (USEPA 1993a, b; CA OEHHA 2003). Because species-specific data, including body weight and food ingestion rates, can vary for a single species throughout its range, data from studies conducted in western states or with western populations were selected preferentially. This life-history procedure was not done for plants, invertebrates, and fish, as most exposure of these species to herbicides is via direct contact (e.g., foliar deposition, dermal deposition, dermal/gill uptake) rather than ingestion of contaminated prey items. Therefore, altering the life history of these species would not result in more or less exposure. In addition, potential impacts to non-target terrestrial plants were considered by evaluating two non-target plant receptors: the "typical" (i.e., non-RTE) species and the RTE species.

Very few laboratory studies have been conducted using reptiles or amphibians. Therefore, data specific to the adverse effects of a chemical on species of these taxa are often unavailable. These animals, being cold-blooded, have very different rates of metabolism than mammals or birds (i.e., they require lower rates of

BLM_0000881

ECOLOGICAL RISK ASSESSMENT

TABLE C-3
**Surrogate Species Used in Quantitative ERA Evaluations**

| Surrogate Species | Scientific Name | Receptor | Herbicide |
|---|---|---|---|
| Honeybee | *Apis mellifera* | Pollinating insects | Bromacil, chlorsulfuron, diflufenzopyr, diquat, diuron, fluridone, imazapic, sulfometuron methyl and tebuthiuron |
| Mouse | *Mus musculus* | Mammals | Bromacil, diquat, fluridone, sulfometuron methyl, and tebuthiuron |
| Rat | *Rattus norvegicus* spp. | Mammals | Bromacil, chlorsulfuron, diflufenzopyr, diquat, diuron, fluridone, imazapic, sulfometuron methyl, and tebuthiuron |
| Dog | *Canis familiaris* | Mammals | Bromacil, chlorsulfuron, diflufenzopyr, diquat, diuron, fluridone, imazapic, sulfometuron methyl, and tebuthiuron |
| Rabbit | *Leporidae* sp. | Mammals | Bromacil, chlorsulfuron, diflufenzopyr, diquat, diuron, fluridone, imazapic, sulfometuron methyl, and tebuthiuron |
| Guinea pig | *Cavia* sp. | Mammals | Chlorsulfuron |
| Mallard | *Anas platyrhynchos* | Birds | Bromacil, chlorsulfuron, diflufenzopyr, diquat, diuron, fluridone, imazapic, and sulfometuron methyl |
| Bobwhite quail | *Colinus virginianus* | Birds | Bromacil, diflufenzopyr, diquat, diuron, sulfometuron methyl, and tebuthiuron |
| Ring-necked pheasant | *Phasianus colchicus* | Birds | Diquat, fluridone, and imazapic |
| Japanese quail | *Coturnix coturnix* | Birds | Diquat |
| Chicken | *Gallus gallus* | Birds | Tebuthiuron |
| Rape | *Orobanche* sp. | Non-target terrestrial plants | Bromacil |
| Soybean | *Glycine max* | Non-target terrestrial plants | Bromacil, diuron, and imazapic |
| Canola | *Brassica napus* | Non-target terrestrial plants | Chlorsulfuron |
| Dyer's woad (weed) | *Isatis tinctoria* | Non-target terrestrial plants | Chlorsulfuron |
| Turnip | *Brassica rapa* | Non-target terrestrial plants | Diflufenzopyr |
| Tomato | *Lycopersicon esculentum* | Non-target terrestrial plants | Diflufenzopyr and diuron |
| Corn | *Zea mays* | Non-target terrestrial plants | Diquat and imazapic |
| Garden pea | *Pisum sativum* | Non-target terrestrial plants | Diuron |
| Vegetative crop | 9 species, monocotyledons and dicotyledons | Non-target terrestrial plants | Imazapic |
| Onion | *Allium cepa* | Non-target terrestrial plants | Imazapic |
| White mustard | *Sinapis alba* | Non-target terrestrial plants | Sulfometuron methyl |
| Leafy spurge | *Euphorbia esula* | Non-target terrestrial plants | Sulfometuron methyl |
| Sorghum | *Sorghum bicolor* | Non-target terrestrial plants | Sulfometuron methyl |
| Sugarbeet | *Beta vulgaris* | Non-target terrestrial plants | Sulfometuron methyl |
| Cabbage | *Brassica* sp. | Non-target terrestrial plants | Tebuthiuron |
| Daphnid | *Daphnia magna* | Aquatic invertebrates | Bromacil, chlorsulfuron, diflufenzopyr, diquat, imazapic, and sulfometuron methyl |
| Daphnid | *Ceriodaphnia dubia* | Aquatic invertebrates | Sulfometuron methyl and tebuthiuron |
| Scud | *Gammarus fasciatus* | Aquatic invertebrates | Diuron |
| Amphipod | *Hyalella azteca* | Aquatic invertebrates | Diquat |
| Midge | *Chironomus tentans* | Aquatic invertebrates | Fluridone |
| Snail | *Helisoma* and *Physa* spp. | Aquatic invertebrates | Tebuthiuron |

BLM_0000882

ECOLOGICAL RISK ASSESSMENT

**TABLE C-3 (Cont.)**
**Surrogate Species Used in Quantitative ERA Evaluations**

| Surrogate Species | Scientific Name | Receptor | Herbicide |
|---|---|---|---|
| Fathead minnow | *Pimephales promelas* | Fish | Bromacil, diuron, sulfometuron methyl, and tebuthiuron |
| Channel catfish | *Ictalurus punctatus* | Fish | Chlorsulfuron |
| Bluegill sunfish | *Lepomis macrochirus* | Fish | Diflufenzopyr and tebuthiuron |
| Walleye | *Stizostedion vitreum* | Fish | Diquat |
| Brown trout | *Salmo trutta* | Fish/salmonids | Chlorsulfuron |
| Rainbow trout | *Oncorhynchus mykiss* | Fish/salmonids | Bromacil, diflufenzopyr, diquat, fluridone, imazapic, and sulfometuron methyl |
| Cutthroat trout | *Oncorhynchus clarki* | Fish/salmonids | Diuron |
| Sago pondweed | *Potamogeton pectinatus* | Non-target aquatic plants | Chlorsulfuron |
| American pondweed | *Potamogeton nodosus* | Non-target aquatic plants | Fluridone |
| Green algae | *Selanastrum capricornutum* | Non-target aquatic plants | Bromacil, diflufenzopyr, diuron, and tebuthiuron |
| Algae | *Chlorella pyrenoidosa* | Non-target aquatic plants | Diuron |
| Duckweed | *Lemna* sp. | Non-target aquatic plants | Diquat and imazapic |
| Macrophyte | *Myriophyllum sibiricum* | Non-target aquatic plants | Sulfometuron methyl |

**TABLE C-4**
**Vertebrate Surrogate Species Evaluated by Life History**

| Species | Scientific Name | Trophic Level/Guild | Pathway Evaluated |
|---|---|---|---|
| American robin | *Turdus migratorius* | Avian invertivore/vermivore/insectivore | Ingestion |
| Canada goose | *Branta canadensis* | Avian granivore/herbivore | Ingestion |
| Deer mouse | *Peromyscus maniculatus* | Mammalian frugivore/herbivore | Direct contact and ingestion |
| Mule deer | *Odocoileus hemionus* | Mammalian herbivore/graminore | Ingestion |
| Bald eagle (northern) | *Haliaeetus leucocephalus alascanus* | Avian carnivore/piscivore | Ingestion |
| Coyote | *Canis latrans* | Mammalian carnivore | Ingestion |

food consumption). Nonetheless, mammals and birds were used as the surrogate species for reptiles and adult amphibians because of the lack of data for these taxa (fish were used as surrogates for juvenile amphibians).

Aquatic exposure pathways were evaluated using fish, aquatic invertebrates, and non-target aquatic plants for two types of generic aquatic habitat: 1) a small pond ¼-acre in area, 1 meter (m) in depth, and 1,011,715 liters (L) in volume, and 2) a small stream representative of Pacific Northwest low-order streams that provide habitat for critical life-stages of anadromous salmonids (the stream is defined as 2 m-wide and 0.2-m deep, with a mean water velocity of approximately 0.3 m per second, resulting in a base flow discharge of 0.12 cubic meters per second [cms]).

## Exposure Pathways

The following is a brief description of the scenarios used to address potential impacts to non-target organisms both within the area where the herbicide is being applied and outside the application area (accidental exposures not typical of BLM practices). Conceptual models were developed that provide working hypotheses about how terrestrial (Figure C-1) and aquatic (Figure C-2) herbicides might pose risk to the ecosystem and ecological receptors. The conceptual models indicate the possible exposure

BLM_0000883

BLM Vegetation Treatment Using Herbicides
Final Programmatic EIS

C-13

ECOLOGICAL RISK ASSESSMENT

**FIGURE C-1. Conceptual Model for Terrestrial Herbicides.**



Application of terrestrial herbicides may occur by aerial (i.e., plane, helicopter) or ground (i.e., truck, backpack) methods.

BLM Vegetation Treatment Using Herbicides
Final Programmatic EIS

ECOLOGICAL RISK ASSESSMENT

C-14

BLM_0000885

June 2007

**FIGURE C-2. Conceptual Model for Aquatic Herbicides.**



Application of aquatic herbicides may occur from a boat or from the shoreline.