ECOLOGICAL RISK ASSESSMENT

Overall, conservative assumptions employed in exposure characterization will tend to overestimate risk, and therefore, may provide a buffer for the effects of uncertainties.

## Potential Indirect Effects on Salmonids

No actual field studies or ecological incident reports on the effects of the 10 herbicides on salmonids were identified during the ERA. Therefore, any discussion of direct or indirect impacts on salmonids was limited to qualitative estimates of potential impacts on salmonid populations and communities. In some herbicide evaluations TRVs are based on warmwater species because these have the highest risk, and this may result in an overestimate of risks to salmonids, which are coldwater species. These evaluations indicated that for most herbicides (except diuron, diquat, and fluridone), salmonids are not likely to be indirectly impacted by a reduction in food supply (i.e., fish and aquatic invertebrates). However, they could be affected by a reduction in vegetative cover, which may occur under some conditions.

It is anticipated that these qualitative evaluations overestimate the potential risk to salmonids because of the conservative selection of TRVs for salmonid prey and vegetative cover, the application of additional LOCs (with uncertainty/safety factors applied) to assess risk to RTE species, and the use of conservative stream characteristics in the exposure scenarios (i.e., low order stream, relatively small instantaneous volume, limited consideration of herbicide degradation or absorption in models).

# Herbicide Application Recommendations

The following general recommendations are designed to reduce potential unintended impacts to the environment from the application of herbicides in the BLM vegetation management program (see the individual ERAs for recommendations specific to each herbicide):

- Select herbicide products carefully to minimize additional impacts from degradates, adjuvants, inert ingredients, and tank mixtures. This is especially important for application scenarios that already predict potential risk from the a.i. itself.

- Review, understand, and conform to the "Environmental Hazards" section on the herbicide label. This section warns of known pesticide risks to wildlife receptors or to the environment and provides practical ways to avoid harm to organisms or to the environment.

- Avoid accidental direct spray and spill conditions to reduce the largest potential impacts. Use the typical application rate, rather than the maximum application rate, to reduce risk to most species for most herbicides.

- Limit the use of terrestrial herbicides (especially bromacil, diuron, and sulfometuron methyl) in watersheds with downgradient ponds and streams if potential impacts to aquatic plants are of concern.

- Establish appropriate (herbicide specific) buffer zones to downstream waterbodies, habitats, or species/populations of interest (see Table C-16).

- Consider the proximity of application areas to salmonid habitat and the possible effects of herbicides on riparian and aquatic vegetation. Maintain appropriate buffer zones around salmonid-bearing streams (see Table C-16 and recommendations in individual ERAs).

- The results from these ERAs contribute to the evaluation of proposed alternatives in the PEIS and to the development of the Biological Assessment (BA), specifically addressing the potential impacts of vegetation treatments to proposed and listed RTE species on public lands. Furthermore, the ERAs will assist BLM field offices on the proper application of herbicides to ensure that impacts to plants and animals and their habitats are minimized to the extent practical.

BLM_0000959

ECOLOGICAL RISK ASSESSMENT

## TABLE C-16
### Buffer Distances (feet) to Minimize Risk from Off-site Drift of Herbicides

| Application Scenario | BROM | CHLR | DIFLU | DIQT | DIUR | FLUR | IMAZ | OVER | SULF | TEBU |
|---|---|---|---|---|---|---|---|---|---|---|
| *Buffer Distance from Non-target Aquatic Plants* | | | | | | | | | | |
| **Typical Application Rate** | | | | | | | | | | |
| Aerial | NA | 0 | NA | NE | NA | NE | 0 | NA | 1,300 | NE |
| Low Boom | 100 | 0 | 100 | NE | 900 | NE | 0 | 100 | 900 | 0 |
| High Boom | 900 | 0 | 900 | NE | 1,000 | NE | 0 | 900 | 900 | 0 |
| **Maximum Application Rate** | | | | | | | | | | |
| Aerial | NA | 300 | NA | NE | NA | NE | 300 | NA | 1,500 | NE |
| Low Boom | 900 | 0 | 900 | NE | 1,000 | NE | 0 | 900 | 900 | 0 |
| High Boom | 900 | 0 | 900 | NE | 1,000 | NE | 0 | 900 | 900 | 0 |
| *Buffer Distance from Non-target Terrestrial Plants* | | | | | | | | | | |
| **Typical Application Rate** | | | | | | | | | | |
| Aerial | NA | 1,350 | NA | 1,200 | NA | NE | 0 | NA | 0 | NE |
| Low Boom | 950 | 900 | 100 | 100 | 0 | NE | 0 | 0 | 0 | 0 |
| High Boom | 950 | 900 | 100 | 900 | 100 | NE | 0 | 100 | 0 | 0 |
| **Maximum Application Rate** | | | | | | | | | | |
| Aerial | NA | 1,350 | NA | 1,200 | NA | NE | 900 | NA | 0 | NE |
| Low Boom | 1,000 | 1,000 | 100 | 900 | 200 | NE | 0 | 100 | 0 | 50 |
| High Boom | 1,000 | 1,000 | 100 | 900 | 500 | NE | 0 | 100 | 0 | 50 |
| *Buffer Distance from Rare, Threatened, and Endangered Terrestrial Plants* | | | | | | | | | | |
| **Typical Application Rate** | | | | | | | | | | |
| Aerial | NA | 1,400 | NA | 1,200 | NA | NE | 300 | NA | 1,500 | NE |
| Low Boom | 1,200 | 1,000 | 100 | 900 | 1,000 | NE | 0 | 100 | 1,100 | 0 |
| High Boom | 1,200 | 1,000 | 900 | 900 | 1,000 | NE | 0 | 900 | 1,100 | 50 |
| **Maximum Application Rate** | | | | | | | | | | |
| Aerial | NA | 1,400 | NA | 1,200 | NA | NE | 900 | NA | 1,500 | NE |
| Low Boom | 1,200 | 1,050 | 900 | 1,000 | 1,000 | NE | 0 | 900 | 1,100 | 100 |
| High Boom | 1,200 | 1,000 | 900 | 1,000 | 1,000 | NE | 0 | 900 | 1,100 | 500 |

Buffer distances are the smallest modeled distance at which no risk was predicted. In some cases, buffer distances were extrapolated (if the largest distance modeled still resulted in risk) or interpolated (if greater precision was required).
NA = Not applicable; NE = Not evaluated; BROM = Bromacil; CHRL = Chlorsulfuron; DIFLU = Diflufenzopyr; DIQT = Diquat; DIUR = Diuron; FLUR = Fluridone; IMAZ = Imazapic; OVER = Overdrive®; SULF = Sulfometuron methyl; and TEBU = Tebuthiuron.

BLM_0000960

BLM_0000961

# References

Barnthouse, L. 1993. Population-level Effects. Pages 247-274 *in* G. W. Suter, II (ed.). Ecological Risk Assessment. Lewis Publishers, Boca Raton, Florida.

Battaglin, A.W., E.M. Thurman, S.J. Kalkhoff, and S.D. Porter. 2003. Herbicides and Transformation Products in Surface Waters of the Midwestern United States. Journal of the American Water Resources Association.

California Office of Environmental Health Hazard Assessment (CA OEHHA). 2003. California Wildlife Biology, Exposure Factor, and Toxicity Database (Cal/Ecotox). State of California Office of Environmental Health Hazard Assessment and University of California at Davis. Available at: http://www.oehha.ca.gov/cal_ecotox/default.htm.

Chapman, P.M., A. Fairbrother, and D. Brown. 1998. A Critical Evaluation of Safety (Uncertainty) Factors for Ecological Risk Assessment. Environmental Toxicology and Chemistry 17:99-108.

Dorn, P. B., J. H. Rodgers, Jr., W.B. Gillespie, Jr., R. E. Lizotte, Jr., and A. W. Dunn. 1997. The Effects of C12-13 Linear Alcohol Ethoxylate Surfactant on Periphyton, Macrophytes, Invertebrates and Fish in Stream Mesocosms. Environmental Toxicology and Chemistry, 16(8):1634-1645.

Eli Lilly and Company. 2003. Sonar Guide to Aquatic Habitat Management: User's Guide.

ENSR. 2004. Vegetation Treatments Programmatic EIS Ecological Risk Assessment Protocol. Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005a. Vegetation Treatments Programmatic EIS – Bromacil Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005b. Vegetation Treatments Programmatic EIS – Chlorsulfuron Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005c. Vegetation Treatments Programmatic EIS – Diflufenzopyr Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005d. Vegetation Treatments Programmatic EIS – Diquat Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005e. Vegetation Treatments Programmatic EIS – Diuron Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005f. Vegetation Treatments Programmatic EIS – Fluridone Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005g. Vegetation Treatments Programmatic EIS – Imazapic Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005h. Vegetation Treatments Programmatic EIS – Overdrive® Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management I. Westford, Massachusetts.

_____. 2005i. Vegetation Treatments Programmatic EIS – Sulfometuron methyl Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005j. Vegetation Treatments Programmatic EIS – Tebuthiuron Ecological Risk Assessment Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

_____. 2005k. Air Quality Modeling for BLM Vegetation Treatments Methods. Final Report. Prepared for the Bureau of Land Management. Westford, Massachusetts.

BLM_0000962

ECOLOGICAL RISK ASSESSMENT

Fairbrother, A., and L.A. Kapustka. 1996. Toxicity Extrapolations in Terrestrial Systems. Ecological Planning and Toxicology, Inc.

Forbis, A., D. Burgess, and L. Georgie. 1985. Acute Toxicity of CN 10-6471 (Banvel Herbicide) to *Daphnia magna*: Report No. 33173. Unpublished Study Prepared by Analytical Bio-chemistry Laboratories, Inc. [(Banvel Herbicide)] MRID 00153152.

Gillette, D.A. 1988. Threshold Friction Velocities for Dust Production for Agricultural Soils. Journal of Geophysical Research 93(D10):12,645-12,662.

Harris, S.A., and K.R. Solomon. 1992. Human Exposure to 2,4-D Following Controlled Activities on Recently Sprayed Turf. Journal of Environmental Science and Health B27:9-22.

Hoerger, F., and E.E. Kenaga. 1972. Pesticide Residues on Plants: Correlation of Representative Data as a Basis for Estimation of Their Magnitude in the Environment. *In* Environmental Quality and Safety, Volume I: Global Aspects of Toxicology and Technology as Applied to the Environment. F. Coulston and F. Kerte (eds.). Academic Press. New York, New York.

Hurlbert, S.H. 1975. Secondary Effects of Pesticides on Aquatic Ecosystems. Residue Review 57:81-148.

Johnson, C.R. 1976. Herbicide Toxicities in Some Australian Anurans and the Effect of Subacute Dosages on Temperature Tolerance. Zoological Journal Linnaean Society 59(1):79-83.

Knisel, W.G., and F.M. Davis. 2000. GLEAMS: Groundwater Loading Effects of Agricultural Management Systems. Version 3.0. SEWRK-WGK/FMD-050199, Revised 081500, U.S. Department of Agriculture. Tifton, Georgia.

Lerch, R.N., and P.E. Blanchard. 2003. Watershed Vulnerability to Herbicide Transport in Northern Missouri and Southern Iowa Streams. Environmental Science and Technology 37(24):5518-5527.

Lewis, M.A. 1991. Chronic and Sublethal Toxicities of Surfactants to Aquatic Animals: a Review and Risk Assessment. Water Research 25(1):101-113.

Muller, R. 1980. Fish Toxicity and Surface Tension of Non-ionic Surfactants: Investigations of Anti-foam Agents. Journal of Fish Biology 16:585-589.

National Library of Medicine. 2002. Hazardous Substance Data Bank. National Institutes of Health, Department of Health and Human Services. Accessed on April 21, 2005. Available at: http://toxnet.nlm.nih.gov.

Roshon, R.D., J.H. McCann, D.G. Thompson, and G.R. Stephenson. 1999. Effects of Seven Forestry Management Herbicides on *Myriophyllum sibiricum*, as Compared with other Nontarget Aquatic Organisms. Canadian Journal of Forest Research 29:1158-1169.

Sample, B.E., D.M. Opresko, and G.W. Suter. 1996. Toxicological Benchmarks for Wildlife: 1996 Revision. Risk Assessment Program. Document ES/ER/TM-86/R-3. Oak Ridge National Laboratory. Oak Ridge, Tennessee. Available at: http://www.hsrd.ornl.gov/ecorisk/reports.html.

Sappington, L.C., F.L. Mayer, F.J. Dwyer, D.R. Buckler, J.R. Jones, and M.R. Ellersieck. 2001. Contaminant Sensitivity of Threatened and Endangered Fishes Compared to Standard Surrogate Species. Environmental Toxicology and Chemistry 20:2869-2876.

Sinclair, C.J., and A.B.A. Boxall. 2003. Assessing the Ecotoxicity of Pesticide Transformation Products. Environmental Science and Technology 37:4617-4625.

Spray Drift Task Force (SDTF). 2002. A User's Guide for AgDRIFT 2.0.05: a Tiered Approach for the Assessment of Spray Drift of Pesticides. Regulatory Version.

Syracuse Environmental Research Associates, Inc (SERA). 2000. Preparation of Environmental Documentation and Risk Assessments. Prepared for the United States Department of Agriculture (USDA) Forest Service, Forest Health Protection. SERA MD 2000-10-01b. Fayetteville, New York.

_____. 2001. Imazapic [Plateau and Plateau DG]-Human Health and Ecological Risk Assessment Final Report. Prepared for USDA Forest Service, Forest Health Protection. SERA TR 00-21-28-01e. Fayetteville, New York.

BLM_0000963

_____. **2003.** Imazapic – Human Health and Ecological Risk Assessment – Peer Review Draft. Prepared for USDA Forest Service, Forest Health Protection. SERA TR 02-43-17-04a. Fayetteville, New York.

**U.S. Department of Agriculture Forest Service. 2005.** Preventing and Managing Invasive Plants, Final Environmental Impact Statement. U.S. Department of Agriculture Forest Service Pacific Northwest Region. Available at: http://www.fs.fed.us/r6/invasiveplant-eis/.

**U.S. Department of the Interior Bureau of Land Management (USDI BLM). 1991.** Final Environmental Impact Statement, Vegetation Treatment on BLM Lands in Thirteen Western States. Casper, Wyoming.

**United States Environmental Protection Agency (USEPA). 1993a.** Wildlife Exposure Factors Handbook. Vol. I. Office of Research and Development, EPA/600-R/R-93/187a, 187b. Washington, D.C.

_____. **1993b.** Review Plant Data Submission. Douglas Urban of the Ecological Effects Branch, February 11, 1993. MRID 424911-01. Washington, D.C.

_____. **1995a.** Great Lakes Water Quality Initiative Technical Support Document for the Procedure to Determine Bioaccumulation Factors. EPA-820-B-95-005. Office of Water. Washington, D.C.

_____. **1995b.** Reregistration Eligibility Decision (RED) Diquat Dibromide. Prevention, Pesticides and Toxic Substances. EPA 738-R-95-016. Washington, D.C.

_____. **1996.** Pesticide Tolerance for Cadre. Final Rule Published in the Federal Register. 40 CFR Part 180.490. Docket Number: PP 4F4390/R2215.

_____. **1998.** Guidelines for Ecological Risk Assessment. EPA/630/R-95/002F. Washington, D.C.

_____. **1999.** Pesticide Fact Sheet: Diflufenzopyr. Office of Prevention, Pesticides and Toxic Substances. Washington, D.C.

_____. **2002.** Toxicology Disciplinary Chapter for the Registration Eligibility Decision (RED) Document. Health Effects Division, Pesticides Programs, Office of Prevention, Pesticides, and Toxic Substances. Prepared by L.L. Taylor, Reregistration Branch I. PC Code: 118601.

_____. **2003.** USEPA Pesticide Ecotoxicity Database. Provided by Brian Montague, Office of Pesticide Programs. Washington, D.C.

**Wong, D., P.B. Dorn, and E.Y. Chai. 1997.** Acute Toxicity and Structure-activity Relationships of Nine Alcohol Ethoxylate Surfactants to Fathead Minnow and *Daphnia magna*. Environmental Toxicology and Chemistry 16(9):1970-1976.

**Ypsilantis, B. 2003.** Personal Communication to Scott F. Archer, BLM Senior Air Resource Specialist, Including Manuscript Titled Typical Soil Properties; Fugitive Dust Dispersion Modeling Scenarios; Vegetation Treatment EIS Risk Assessment, Prepared by B. Ypsilantis, BLM National Science and Technology Center Soil Scientist. Denver, Colorado.

BLM_0000965

# APPENDIX D

# EVALUATION OF RISKS FROM DEGRADATES, POLYOXYETHYLENE-AMINE (POEA) AND R-11, AND ENDOCRINE DISRUPTING CHEMICALS

BLM_0000966

BLM_0000967

# TABLE OF CONTENTS

Page

Introduction.................................................................................................................................D-1
Potential Ecological Impacts of the Surfactant Polyoxyethyleneamine (POEA) and R-11 .......D-1
Degradates ..................................................................................................................................D-2
    Aquatic Toxicity Review.....................................................................................................D-5
    Human Health Toxicity Review ..........................................................................................D-7
    Conclusions .........................................................................................................................D-8
Potential Endocrine Disrupting Chemicals .................................................................................D-8
References..................................................................................................................................D-33

## List of Tables

D-1    Selected Toxicity Values for Polyoxyetheyleneamine.................................................D-3
D-2    Review of AgDrift Results..........................................................................................D-3
D-3    Polyoxyethyleneamine (POEA) Risk Quotients (RQs) for Aquatic Exposure .........D-4
D-4    Degradates Identified for Active Ingredients ..........................................................D-10
D-5    Listings of Endocrine Disrupting Potential of BLM Herbicides .......................... D-30

## List of Figures

D-1a    Aquatic Toxicity – 2,4-D Toxicity Reference Values and Degradate Toxicity Data..............................D-21
D-1b    Aquatic Toxicity – 2,4-D Toxicity Reference Values and Degradate Toxicity Data..............................D-22
D-2    Aquatic Toxicity – Diquat Toxicity Reference Values and Degradate Toxicity Data ............................D-23
D-3a    Aquatic Toxicity – Diuron Toxicity Reference Values and Degradate Toxicity Data...........................D-24
D-3b    Aquatic Toxicity – Diuron Toxicity Reference Values and Degradate Toxicity Data...........................D-25
D-4    Aquatic Toxicity – Fluridone Toxicity Reference Values and Degradate Toxicity Data ......................D-26
D-5    Aquatic Toxicity – Imazapyr Toxicity Reference Values and Degradate Toxicity Data .......................D-27
D-6    Aquatic Toxicity – Metsulfuron Methyl Toxicity Reference Values and Degradate Toxicity Data........D-28
D-7    Aquatic Toxicity – Triclopyr Toxicity Reference Values and Degradate Toxicity Data........................D-29

BLM_0000968

BLM_0000969

## APPENDIX D

# EVALUATION OF RISKS FROM DEGRADATES, POLYOXY-ETHYLENEAMINE (POEA) AND R-11, AND ENDOCRINE DISRUPTING CHEMICALS

## Introduction

This appendix was prepared in response to public comments on the Draft PEIS. Specifically, this appendix addresses three concerns raised by the public about the human health and ecological risk assessments prepared for the PEIS:

- Some surfactants may be more toxic to aquatic receptors than the active ingredient in an herbicide. Using polyoxyethyleneamine (POEA) as an example, what are the potential impacts of surfactants in Roundup Original[®] and Honcho[®] applied with glyphosate and R-11?

- The risk assessments only address the potential impacts of the active ingredients, what about the toxicity of degradates?

- The risk assessments did not identify endocrine disruption as a toxic endpoint. Are any of the herbicides considered to be endocrine disrupting chemicals?

## Potential Ecological Impacts of the Surfactant Polyoxyethyleneamine (POEA) and R-11

The glyphosate ecological risk assessment (ERA) conducted by the U.S. Department of Agriculture Forest Service (Forest Service; Syracuse Environmental Research Associates [SERA] 2003) identified the potential for ecological risks associated with the use of a surfactant included in some glyphosate formulations. This surfactant, polyoxyethyleneamine (POEA), is an ethoxylated tallow amine on the U.S. Environmental Protection Agency (USEPA) List 3 of Inert Ingredients of Pesticides (Inerts of Unknown Toxicity). POEA by itself is much more toxic to aquatic organisms than glyphosate. Therefore, there may be greater risk associated with applications of POEA-containing glyphosate formulations than with applications of non-POEA-containing glyphosate near aquatic systems.

For this assessment, concentrations of POEA in a hypothetical stream and pond resulting from an application of Roundup Original[®] and/or Honcho[®] were estimated and compared to toxicological values for fish, aquatic invertebrates, and amphibians.

Toxicity data for POEA were reviewed, and median lethal concentration ($LC_{50}$) values were identified for four groups of aquatic receptors: threatened, endangered, and sensitive (TES) fish (represented by the rainbow trout, *Oncorhynchus mykiss*); non-TES fish (represented by the bluegill and fathead minnow, *Lepomis macrochirus* and *Pimephales promelas*, respectively); non-TES invertebrates (represented by the water flea, *Daphnia pulex*); and amphibians (represented by the African clawed frog, *Xenopus laevis*). Selected toxicity values for POEA are presented in Table D-1.

The Forest Service glyphosate ERA (SERA 2003) and the herbicide labels for Honcho[®] and Roundup Original[®] (both of which are Monsanto products that may be used by the BLM) were reviewed to identify application rates and percent surfactant present in the applied products. The ERA for glyphosate considered typical and maximum glyphosate application rates of 2 and 7 pounds (lbs) acid equivalent (a.e.)/acre (equivalent to 2.67 to 9.33 lbs active ingredient (a.i.)/acre), respectively (SERA 2003). According to

BLM_0000970

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

the Honcho® and Roundup Original® labels, each product contains 41% glyphosate and 8% surfactant by weight, conservatively assumed to be 100% POEA. Therefore, for modeling purposes, the typical and maximum application rates for POEA were calculated as 0.521 and 1.82 lbs/acre, respectively (41/8 or 5.125 times less POEA per acre than glyphosate). In addition, investigators have found POEA to be acutely toxic to amphibians (Diamond and Durkin 1977; Howe et al. 2004; Relyea 2005).

AgDrift results for the ERAs for herbicides evaluated by the BLM (see Appendix C of the PEIS) were reviewed to select a conservative set of results that could be used to estimate the POEA concentrations deposited at varying distances from an application site. The percent active ingredient remaining at each of the evaluated distances (0, 25, 100, and 900 feet for ground applications, and 0, 100, 300, and 900 feet for aerial applications) was determined, and the most conservative result from each scenario (i.e., the maximum amount of active ingredient remaining at 900 feet) was selected for use in the POEA evaluation. The selected results represented ground applications with a high boom, and aerial applications over non-forested areas. Table D-2 presents a summary of the most conservative AgDrift model results, as well as average model results.

The typical and maximum POEA application rates (0.521 and 1.82 lbs/acre, respectively) were modeled for the hypothetical pond and stream (using the water body volumes and assuming an instantaneous concentration) and multiplied by the maximum percent herbicide remaining at each distance (based on the most conservative AgDrift modeling results presented in Table D-2). These conservative pond and stream concentrations were then compared against the toxicity data to generate risk quotients (RQs; Table D-3).

The RQs were compared to the levels of concern (LOCs) from the BLM ERAs to identify scenarios that could indicate the potential for risk to aquatic receptors from POEA. RQs for stream scenarios were higher than RQs for pond scenarios. The majority of the RQs were below the most conservative LOC of 0.05 (acute endangered species). The majority of the RQs greater than 0.05 were generated at the point of application (0 feet). A distance of 0 feet from the point of application is a highly conservative scenario in that it essentially assumes a direct application to the water body with no dilution or drift (i.e., drift distance equals 0 feet). This scenario is highly unlikely under BLM application practices. The stream and pond RQs for TES fish and

the stream RQ for non-TES fish exposed to POEA 100 feet from an aerial application at the maximum rate were also greater than the most conservative LOC considered in the ERAs (0.05; acute endangered species). This indicates that a buffer zone of greater than 100 feet is necessary for aerial applications of POEA at the maximum rate in an area containing TES fish species.

As discussed under Mitigation in Chapter 2 of the Final PEIS, the BLM would avoid using any formulations with POEA, or seek to use the formulation with the lowest amount of POEA available, to reduce risks to aquatic organisms. It is also unlikely that the BLM would apply glyphosate herbicides containing POEA in an area known to contain endangered aquatic species, so comparisons to the endangered species LOC may be overly conservative. A comparison to the acute high risk LOC of 0.5 may be more appropriate. The only RQs greater than the LOC of 0.5 are generated in the stream at the point of application (0 feet) using the maximum application rate. As stated previously, this scenario is highly unlikely and assumes zero dilution and no drift (i.e., essentially direct application). However, even under these conditions the RQs are quite low: 1.57 for TES fish and 1.02 for non-TES fish. RQs for invertebrates and amphibians are less than 0.5 under all scenarios.

This assessment indicates that even under conservative conditions (scenarios with the most conservative amount of drift, and herbicide applications at the maximum rate) the potential risks to aquatic receptors from POEA are minimal under BLM application scenarios. However, because of lack of physical chemical property information, POEA was not modeled for leaching properties and runoff to water bodies and aquatic receptors. Therefore, there is some uncertainty associated with that pathway.

The adjuvant R-11 is a nonylphenol ethoxylate that is acutely toxic to aquatic life, and is suspected to be an endocrine-disrupting chemical (Bakke 2003, Stark and Walthall 2003). The BLM has decided to suspend the use of R-11 in its herbicide applications.

# Degradates

While it is preferable to estimate not just the risks from the active ingredient of an herbicide, but also the cumulative risks of all chemicals included in the applied formulation (i.e., inert ingredients, adjuvants,

BLM_0000971

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**TABLE D-1**
**Selected Toxicity Values for Polyoxyethyleneamine**

| Common Name | Scientific Name | Endpoint | Exposure Duration (hours) | Concentration (mg/L)[1] | Source |
|---|---|---|---|---|---|
| Rainbow trout, Donaldson trout | *Oncorhynchus mykiss* | $LC_{50}$ | 96 | 0.68 | Mayer and Ellersieck (1986) |
| Bluegill | *Lepomis macrochirus* | $LC_{50}$ | 96 | 1 | Mayer and Ellersieck (1986) |
| Fathead minnow | *Pimephales promelas* | $LC_{50}$ | 96 | 1 | Folmar et al. (1979) |
| Water flea | *Daphnia pulex* | $LC_{50}$ | 48 | 2.35 | Moore et al. (1987) |
| African clawed frog | *Xenopus laevis* | $LC_{50}$ | 96 | 6.8 | Perkins et al. (2000) |

[1] mg/L = Milligrams per liter.

**TABLE D-2**
**Review of AgDrift Results**

| Distance From Application (feet) | Percent of Active Ingredient Remaining in Pond and Stream at Various Distances[1] | | | |
|---|---|---|---|---|
| | Most conservative model results[2] | | Average model results | |
| Ground Application | Stream | Pond | Stream | Pond |
| 0 | 100 | 100 | 100 | 100 |
| 25 | 1.88 | 2.67 | 1.87 | 1.08 |
| 100 | 0.53 | 1.4 | 0.5 | 0.57 |
| 900 | 0.05 | 0.22 | 0.04 | 0.09 |
| Aerial Application | Stream | Pond | Stream | Pond |
| 0 | 100 | 100 | 100 | 100 |
| 100 | 7.75 | 5.4 | 7.18 | 4.92 |
| 300 | 2.84 | 2.53 | 2.41 | 2.17 |
| 900 | 1.23 | 1.17 | 1.06 | 1.02 |

[1] Based on a review of AgDrift results for herbicides evaluated in the ERAs in Appendix C of the PEIS.
[2] The most conservative model results (i.e., maximum herbicide concentrations, as a percent of applied rate, from AgDrift model) were selected to estimate POEA concentrations in ponds and streams.

BLM_0000972

BLM Vegetation Treatment Using Herbicides
Final Programmatic EIS

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**TABLE D-3**
**Polyoxyethyleneamine (POEA) Risk Quotients (RQs) for Aquatic Exposure**

| Application Method and Rate | Distance From Application (feet) | Estimated POEA Concentrations (mg/L) | | TES Fish[1,2] | | Non-TES Fish[3] | | Non-TES Invertebrates[4] | | Amphibians[5] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Stream | Pond | Stream RQ | Pond RQ | Stream RQ | Pond RQ | Stream RQ | Pond RQ | Stream RQ | Pond RQ |
| Ground Application (high boom) Typical Rate | 0 | 2.92E-01[6] | 5.84E-02 | **4.49E-01** | **8.98E-02** | **2.92E-01** | **5.84E-02** | **1.24E-01** | 2.49E-02 | 4.29E-02 | 8.59E-03 |
| | 25 | 5.49E-03 | 1.56E-03 | 8.45E-03 | 2.40E-03 | 5.49E-03 | 1.56E-03 | 2.34E-03 | 6.64E-04 | 8.07E-04 | 2.29E-04 |
| | 100 | 1.55E-03 | 8.18E-04 | 2.38E-03 | 1.26E-03 | 1.55E-03 | 8.18E-04 | 6.60E-04 | 3.48E-04 | 2.28E-04 | 1.20E-04 |
| | 900 | 1.46E-04 | 1.28E-04 | 2.25E-04 | 1.97E-04 | 1.46E-04 | 1.28E-04 | 6.21E-05 | 5.45E-05 | 2.15E-05 | 1.88E-05 |
| Ground Application (high boom) Maximum Rate | 0 | 1.02E+00 | 2.04E-01 | **1.57E+00** | **3.14E-01** | **1.02E+00** | **2.04E-01** | **4.34E-01** | **8.68E-02** | **1.50E-01** | **3.00E-02** |
| | 25 | 1.92E-02 | 5.45E-03 | 2.95E-02 | 8.38E-03 | 1.92E-02 | 5.45E-03 | 8.17E-03 | 2.32E-03 | 2.82E-03 | 8.01E-04 |
| | 100 | 5.41E-03 | 2.86E-03 | 8.32E-03 | 4.40E-03 | 5.41E-03 | 2.86E-03 | 2.30E-03 | 1.22E-03 | 7.96E-04 | 4.21E-04 |
| | 900 | 5.10E-04 | 4.49E-04 | 7.85E-04 | 6.91E-04 | 5.10E-04 | 4.49E-04 | 2.17E-04 | 1.91E-04 | 7.50E-05 | 6.60E-05 |
| Aerial Application (non-forested) Typical Rate | 0 | 2.92E-01 | 5.84E-02 | **4.49E-01** | **8.98E-02** | **2.92E-01** | **5.84E-02** | **1.24E-01** | 2.49E-02 | 4.29E-02 | 8.59E-03 |
| | 100 | 2.26E-02 | 3.15E-03 | 3.48E-02 | 4.85E-03 | 2.26E-02 | 3.15E-03 | 9.62E-03 | 1.34E-03 | 3.32E-03 | 4.63E-04 |
| | 300 | 8.29E-03 | 1.48E-03 | 1.28E-02 | 2.28E-03 | 8.29E-03 | 1.48E-03 | 3.53E-03 | 6.30E-04 | 1.22E-03 | 2.18E-04 |
| | 900 | 3.59E-03 | 6.83E-04 | 5.52E-03 | 1.05E-03 | 3.59E-03 | 6.83E-04 | 1.53E-03 | 2.91E-04 | 5.28E-04 | 1.00E-04 |
| Aerial Application (non-forested) Maximum Rate | 0 | 1.02E+00 | 2.04E-01 | **1.57E+00** | **3.14E-01** | **1.02E+00** | **2.04E-01** | **4.34E-01** | **8.68E-02** | **1.50E-01** | **3.00E-02** |
| | 100 | 7.90E-02 | 1.10E-02 | **1.22E-01** | **1.69E-02** | **7.90E-02** | 1.10E-02 | 3.36E-02 | 4.68E-03 | 1.16E-02 | 1.62E-03 |
| | 300 | 2.90E-02 | 5.16E-03 | 4.46E-02 | 7.94E-03 | 2.90E-02 | 5.16E-03 | 1.23E-02 | 2.20E-03 | 4.26E-03 | 7.59E-04 |
| | 900 | 1.25E-02 | 2.39E-03 | 1.92E-02 | 3.68E-03 | 1.25E-02 | 2.39E-03 | 5.32E-03 | 1.02E-03 | 1.84E-03 | 3.51E-04 |

[1] TES = Threatened, endangered, and sensitive species.
[2] Toxicity value = 0.65 mg/L (96-hour $LC_{50}$ for rainbow trout).
[3] Toxicity value = 1 mg/L (96-hour $LC_{50}$ for bluegill and fathead minnow).
[4] Toxicity value = 2.35 mg/L (48-hour $LC_{50}$ for water flea).
[5] Toxicity value = 6.8 mg/L (96-hour $LC_{50}$ for frogs [*Xenopus laevis*]).
[6] Values given in scientific notation. For example, 2.92E-01 equals 0.292; 5.84E-02 equals 0.0584, etc.
Shading and boldface indicates RQs greater than 0.05 (LOC for acute risk to endangered species – most conservative).
Impacted stream volume is 254,460 liters (2 meters wide, 0.2 meter deep, 636 meters long).
Impacted pond volume is 1,011,715 liters (1/4 acre pond, 1 meter deep).
Assumes typical and maximum application rates of 0.521 lbs/acre and 1.82 lbs/acre for POEA.

BLM_0000973

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

surfactants), doing so is impractical with currently available models (e.g., GLEAMS) and toxicity databases, which are designed to calculate deterministic risk calculations (i.e., exposure modeling, effects assessment, and risk calculations) for a single active ingredient.

To address this uncertainty, each ERA conducted by the BLM included a semi-quantitative assessment of the potential impacts of inert ingredients, adjuvants, and tank mixtures. This process included a review of Confidential Business Information (CBI) on inert compounds; a review of the adjuvants discussed on the herbicide label, with a modeling effort designed to assess the potential toxicity of adjuvants in surface runoff; and a quantitative assessment of selected tank mixes to evaluate the potential additive impacts of two herbicides applied together. Although it is also preferable to thoroughly evaluate the potential impacts of any chemicals produced over time during the degradation of the active ingredient, an assessment of the effects of these degradates has not been feasible.

In response to comments received on the Draft PEIS, an additional investigation was conducted to more thoroughly investigate the available information on degradates and to assess whether it is likely for degradates to be more toxic than the parent compounds (i.e., the active ingredients considered in the risk assessments), and whether it is feasible to evaluate the potential risk of degradates using the methods applied to the active ingredient. The following observations were made during this review:

- Degradates are often not identified or named in registration documents. The USEPA's Pesticide Fate Database (available online at http://www.epa.gov/oppefed1/general/databasedescription.htm) contains data from studies submitted by pesticide manufacturers in support of the registration or re-registration of their pesticide products. Of the 486 active ingredients listed in the database in August 2006, only 189 ingredients included fate studies.

- Degradates are often tentatively identified compounds. Even when the degradates are identified, the physical and chemical characteristics of the compounds are often poorly understood. For example, there is often little information available about toxicity or fate and transport of the degradate. Without this information, it is impossible to conduct a meaningful exposure assessment.

- Each active ingredient may break down into multiple degradates with varying toxicological and chemical properties. For the 19 active ingredients considered in this section, over 100 potential degradates were identified from the available registration materials. Investigating the characteristics of each of these degradates is an enormous task, and given the lack of available information, a comprehensive quantitative assessment is virtually impossible.

The specific suite of degradates produced varies with local environmental conditions, and the relative importance of degradates is often very small (i.e., only a few percent of the mass of the parent compound is represented in a single degradate). Together, these two factors make accounting for the impact of the degradates very difficult.

Table D-4 presents the names of the degradates identified during a review of registration documents, discussions with the USEPA, and communications with herbicide manufacturers. When available, additional information is also presented. In some cases, the materials reviewed provided toxicity information or information regarding the percentage of the parent compound that degraded into a given degradate and the length of time in which the degradate was produced. The percentage of the parent compound that degraded into the various degradates ranged widely, from 0.3 to 80.7%. There was also a wide range of production times for the degradates (12 hours to 365 days).

After the degradates were identified by name, an additional search was conducted for toxicity data. Searches focused on aquatic toxicity data for ecological receptors in the USEPA's ECOTOX database and reference doses for humans (searched in various databases, including USEPA's Integrated Risk Information System [IRIS], California EPA, and USEPA's National Center for Environmental Assessment). The results of these searches are discussed in the following subsections.

## Aquatic Toxicity Review

In an effort to assess the potential toxicity of degradates to aquatic receptors, the USEPA's ECOTOX database (http://cfpub.epa.gov/ecotox/) was searched for the degradates listed in Table D-4. This database is a prime source of single chemical toxicity data for a variety of ecological receptors. The database

BLM_0000974

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

is maintained by the USEPA Office of Research and Development (ORD), and the National Health and Environmental Effects Research Laboratory's (NHEERL's) Mid-Continent Ecology Division (MED). The focus of the toxicity data searches was on aquatic toxicity, in part because there is generally a wider body of toxicity testing conducted on aquatic species than on terrestrial species. In addition, due to similarities in testing methods and test organisms, it is easier to compare different sets of aquatic toxicity test results than to compare terrestrial tests conducted with widely different species. In order for the comparisons between toxicity data to be meaningful, it would be necessary to extrapolate the terrestrial toxicity test results to the body weight of the surrogate bird and mammal species selected for the development of toxicity reference values (TRVs) in each of the 19 risk assessments, which would add additional layers of uncertainty associated with interspecies variation.

Searches of the ECOTOX database identified relevant aquatic toxicity data for 10 degradates. Toxicity data were not considered relevant for comparison to the parent compound TRVs if the data were not presented on a water concentration basis (i.e., tissue data were not considered), if an effect concentration was not reported (NR), or if both the test duration and test endpoint were listed as NR in the database. The remaining aquatic toxicity data were compared against the aquatic TRVs selected for use in the BLM and Forest Service ERAs. These comparisons are presented in Figures D-1 through D-7. It should be noted that the values for the parent compounds presented in the figures represent the individual TRVs selected from a wide range of aquatic toxicity data reviewed during the ERA process. The full set of toxicity data considered in the derivation of the TRVs is presented in an appendix included with each ERA. In some cases, too many degradate toxicity values were found to include all data labels in the figures. In these cases, a set of representative labels are presented over the range of data points.

In most cases, the toxicity data for the degradates and the parent compound TRVs overlap and cover a similar range of concentrations. The lowest TRVs selected for diquat, diuron, imazapyr, and metsulfuron methyl are below the lowest toxicity data point for the associated degradates. The parent compound TRVs are likely, therefore, to be sufficiently protective of potential aquatic impacts from degradates (see Figures D-2, D-3a, D-5, and D-6). These examples show that predicted risks for impacts due to degradates would

likely be less than risks from the active ingredients evaluated in the ERAs.

The ECOTOX searches on degradates associated with 2,4-D, diuron, fluridone, and triclopyr identified individual toxicity data points below some of the TRVs for the active ingredients. In these cases, there may be selected aquatic species that are more sensitive to the degradate than to the active ingredient. However, this information should be considered in the context of the herbicide use practices, the concentration of the degradate relative to the parent compound, the process of degradate production, and the body of available toxicity data. For example, although the toxicity review identified aquatic toxicity data points for 3,4-dichlorobenzenamine (Figure D-3b; referred to as 3,4-dichloroaniline in Table D-4) below the TRVs for the parent compound (diuron), the registration materials indicate that only 0.5% of the parent compound degrades into 3,4-dichlorobenzenamine. Therefore, the increased toxicity of the degradate is offset by the fact that only a minute amount of the degradate is produced, which will likely disperse rapidly in an active aquatic system. A similar case exists for fluridone and the degradate benzoic acid (Figure D-4). There are also some uncertainties associated with the lowest water flea toxicity values identified for benzoic acid, since the toxicity endpoint is not defined. These toxicity values (1.95E-04 and 1.22E-03 mg/L) are also dramatically lower than other water flea toxicity values identified for benzoic acid (ranging from 146 mg/L to 1540 mg/L). Focusing on a single toxicity study may be overly conservative and may not be representative of risks found in the field or in other laboratory studies.

The ECOTOX search also indicated that aquatic risks to sensitive salmonids may be slightly higher for a triclopyr degradate (Figure D-7) than for the active ingredient itself. However, this dataset is limited to a series of studies presented in a single journal article in 1987. Aquatic risks associated with degradates of 2,4-D may also be higher than predicted risks for the parent compound under some conditions. Figure D-4 indicates that selected toxicity data points for 2,4-dichlorophenol and 4-chlorophenol are lower than the TRVs selected for 2,4-D. However, as with other degradates, the lowest toxicity data points may be overly conservative and may not represent the full range of toxicity data available. There are several fish, aquatic invertebrate, and aquatic macrophyte toxicity data points for 2,4-dichlorophenol and 4-chlorophenol, that are within the 0.3 mg/L to 100 mg/L range

BLM_0000975

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

selected for the 2,4-D TRVs. However, the presence of lower toxicity data points for the degradates may indicate the need for additional caution when 2,4-D is applied in the vicinity of a water body. There remains a great deal of uncertainty, though, since the registration materials did not report information on the production time or proportion of parent degrading for 2,4-dichlorophenol and 4-chlorophenol.

## Human Health Toxicity Review

A search for human health toxicity values was conducted for the degradates listed in Table D-4. USEPA's memorandum for the hierarchy of selection of toxicity data (USEPA 2003) was followed. Sources of toxicity data searched included:

1. Tier 1: The USEPA's Integrated Risk Information System (IRIS; USEPA 2006a). This online database (http://www.epa.gov/iris/) presents toxicity data that are peer reviewed and generally represent official USEPA position on the toxicity of the chemicals.

2. Tier 2: The USEPA's Provisional Peer Reviewed Toxicity Values (PPRTVs). PPRTVs are available from the National Center for Environmental Assessment with approval from a Superfund Remedial Project Manager, and can often be found in tables of compiled toxicity data, published by USEPA Region 3 (USEPA 2006b) or USEPA Region 9 (USEPA 2004a).

3. Tier 3: Other Sources, including the Agency for Toxic Substances (ATSDR) Minimal Risk Levels (ATSDR 2005), California Environmental Protection Agency values (CalEPA 2005a, 2005b) and the Health Effects Summary Tables (USEPA 1997).

The focus of the search was to determine whether the degradates have toxicity values (such as no observed adverse effect levels (NOAELs) or reference doses (RfDs)) that are derived by a regulatory agency. Identification of these toxicity values for the degradates would allow a comparison of toxicity with the parent compound. General toxicology information was not compiled for the degradates, as general information would not allow for a direct comparison of the toxicity of the degradate to the RfD used in the human health risk assessment for the parent chemical. The majority of the degradates do not have toxicity values derived by a regulatory agency. Only two of the

listed degradates, benzoic acid and 4-chlorophenol, have relevant toxicity values, as discussed below.

### Benzoic Acid

Benzoic acid is the only degradate of fluridone to have a published human health toxicity value. No cancer slope factor is available from the sources searched. Benzoic acid has an RfD of 4 mg/kg-day listed in IRIS (USEPA 2006a). This RfD is 50 times higher than the RfD listed for fluridone (0.08 mg/kilogram [kg]-day), which was also used as the Population Adjusted Dose (PAD) for evaluating dietary pathways in the EIS risk assessment. The higher RfD indicates that benzoic acid is less toxic than fluridone.

The BLM human health risk assessment (HHRA) for fluridone showed that fluridone risks could exceed the USEPA's level of concern for all occupational receptors under the accidental scenario, for an airplane mixer/loader under the routine use (maximum application rate) scenario for intermediate- and long-term exposures, and for a helicopter mixer/loader under the routine use (maximum application rate) scenario for long-term exposures. For public receptors, the HHRA showed that fluridone risks do not exceed the USEPA's level of concern under the routine-use typical application rate scenario, but could exceed the USEPA's level of concern for a nearby resident (adult and child) under the routine-use maximum application rate scenario, and for a nearby resident (adult and child), a berry picker (child) and a Native American (child) under the accidental scenarios.

Since benzoic acid is 50-fold less toxic than fluridone, it is likely that it would not show any risks above the USEPA's level of concern. The other herbicides evaluated in the PEIS risk assessment that have higher RfDs than fluridone did not show risks above the USEPA's level of concern.

### 4-Chlorophenol

4-chlorophenol is a degradate of 2,4-D. Although this chemical does not have a listed toxicity value from the sources searched, it is structurally similar to 2-chlorophenol. Therefore, the RfD available for 2-chlorophenol (0.005 mg/kg-day) from IRIS (USEPA 2006a) was used to evaluate 4-chlorophenol. The RfD for 2-chlorophenol is one-half that of the current RfD for 2,4-D (0.01 mg/kg-day), indicating that 4-chlorophenol is twice as toxic as 2,4-D. No cancer slope factor is available from the sources searched.

BLM_0000976

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

Because 2,4-D was included in the 1991 BLM EIS, an updated risk assessment was not conducted for the current PEIS. However, the Forest Service conducted a risk assessment for 2,4-D that uses the current reference dose for 2,4-D (SERA 1998). Because 4-chlorophenol is twice as toxic as 2,4-D, it is expected that, at the same exposure concentration, the risks from 4-chlorophenol would be twice those predicted in the Forest Service risk assessment for 2,4-D. The Forest Service risk assessment for 2,4-D concluded that there could be some risks to workers at the highest estimate of exposure, but that these could be controlled by adequate protection. The risk assessment for 2,4-D concluded that that there should be no risks to the public except under accidental scenarios or after consumption of contaminated vegetables over several months, which the risk assessment stated is unlikely.

Degradation of 2,4-D yields only a fractional percentage of 4-chlorophenol on a molar basis, and 4-chlorophenol is degraded faster than 2,4-D. It is unlikely that concentrations of 4-chlorophenol in the environment produced from 2,4-D degradation would be on the same order of magnitude as the 2,4-D. Furthermore, according to the RED (USEPA 2005), the OPP Metabolism Assessment Review Committee (MARC) determined that all degradates of 2,4-D are not of risk concern due to low occurrence under environmental conditions, comparatively low toxicity, or both.

## Conclusions

Although a fully quantitative evaluation of the potential risks associated with degradates using the methods followed for the active ingredient is not possible, a limited semi-quantitative comparison of the toxicity values was possible for both ecological and human health. The review of the relevant degradate toxicity information indicates that, in most cases where information was available, the TRVs used in the ERAs and the RfDs used in the human health risk assessment are protective of impacts (i.e., are low enough to predict potential impacts) due to the identified degradates. Most of the TRVs capture the full range of data identified during the aquatic toxicity review for the degradates, indicating that degradate toxicity is addressed by these TRVs.

The RfD identified for benzoic acid indicates that it is far less toxic than the parent compound (fluridone). There are a few exceptions where aquatic toxicity data for the degradates is lower than the TRVs used in the

ERAs (2,4-D, diuron, fluridone, triclopyr) and one case (2,4-D) where the RfD for the degradate is lower than for the parent compound. There are some uncertainties associated with the degradate toxicity data in these examples (i.e., a surrogate RfD for 4-chlorophenol was used; some low aquatic toxicity data points appear to be outliers compared to the rest of the degradate data set). In these cases, the use of the herbicide may warrant additional precautions.

# Potential Endocrine Disrupting Chemicals

According to the World Health Organization (2002), endocrine disrupters have been defined as exogenous substances that alter function(s) of the endocrine system and consequently cause adverse health effects in an intact organism or its progeny, or in (sub)populations. Endocrine disrupters interfere with the functioning of the endocrine system, in at least three possible ways:

- By mimicking the action of a naturally-produced hormone, such as estrogen or testosterone, and thereby setting off similar chemical reactions in the body;

- by blocking the receptors in cells receiving the hormones (hormone receptors), thereby preventing the action of normal hormones; or

- by affecting the synthesis, transport, metabolism and excretion of hormones, thus altering the concentrations of natural hormones.

During the toxicity review for the HHRAs and ERAs, no endocrine disrupting effects were noted. For the 10 BLM ERAs, the toxicity review consisted of a literature search and a review of USEPA registration data. In order to further evaluate whether any of the BLM herbicides have endocrine disruption effects, the BLM conducted a search of endocrine disrupter databases, including sources from the U.S., the European Union, and Japan. The databases included official government lists and lists published by concerned citizen groups, such as the Pesticide Action Network. The results of this search are presented in Table D-5. With the exception of 2,4-D and diuron, none of the BLM herbicides were included among those associated with endocrine disrupting effects. As shown in the table, diuron and 2,4-D are listed by the

BLM_0000977

European Commission Directorate-General for the Environment (2000) as Category 2 chemicals, meaning that there is evidence of the potential for the listed chemical to cause endocrine disruption. Diuron only appeared on a single list, so there is some uncertainty within the scientific community about this chemical's status as an endocrine disruptor.

Several other lists include 2,4-D as a potential or probably endocrine disrupting chemical. However, the Endocrine Disruptor Knowledge Base supported by the U.S. Food and Drug Administration's National Center for Toxicological Research indicates that there are no reports in the scientific peer-reviewed literature of 2,4-D acting as an estrogen receptor binder.

The USEPA Health Effects Division (HED) HHRA that was used in the RED, and a correction to the HED HHRA provided by the 2,4-D Industry Task Force, were reviewed. The HED HHRA and Task Force correction provided additional detail regarding the studies used to test for potential endocrine effects. In general, the studies cited as showing evidence of endocrine disruption effects were conducted using extremely high doses of 2,4-D, where often renal saturation or other systemic effects were noted. The findings of these studies, therefore, do not indicate that 2,4-D has selective toxicity to the endocrine system.

In the health risk assessment conducted to support the reregistration of 2,4-D (USEPA 2004c), the USEPA concluded that there is not sufficient evidence that 2,4-D is an endocrine disrupting chemical. The USEPA did not conduct the health risk assessment using endocrine disruption endpoints. Since the current studies that showed evidence of endocrine effects were tested using doses above renal saturation, the USEPA did recommended formal testing of 2,4-D for endocrine endpoints. However, there is no standard protocol for determination of endocrine effects of chemicals.

The lack of a standardized and broadly accepted set of protocols for identifying and quantifying potential endocrine effects has very important implications. The absence of such a test contributes to the development of several, potentially conflicting, summaries of potential endocrine disruptors. As importantly, in the absence of an agreed upon process to quantify dose-response relationships, quantitative risk assessments are difficult and highly uncertain.

BLM Vegetation Treatment Using Herbicides
Final Programmatic EIS

D-10

BLM_0000979

June 2007

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**TABLE D-4**
**Degradates Identified for Active Ingredients**

| Parent Compound | Degradate Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| 2,4-D | 1,2,4-benzenetriol | Not reported | Not reported | Not reported | USEPA (2005) |
| 2,4-D | 2,4-dichlorophenol // [2,4-DCP] | Not reported | Not reported | Not reported | USEPA (2005) |
| 2,4-D | 2,4-dichloroanisole // [2,4-DCA] | Not reported | Not reported | Not reported | USEPA (2005) |
| 2,4-D | 4-chlorophenol | Not reported | Not reported | Not reported | USEPA (2005) |
| 2,4-D | Chlorohydroquinone // [CHQ] | Not reported | Not reported | Not reported | USEPA (2005) |
| Bromacil | 3-sec-butyl-6-methyluracil // [Metabolite F] | Aerobic soil metabolism | 0.70% | 304 | USEPA (1996) |
| Bromacil | 3-sec-butyl-6-methyluracil // [Metabolite F] | Anaerobic aquatic metabolism | 80.7% | 304 | USEPA (1996) |
| Bromacil | 5-bromo-3-(2-hydroxy-1-methylpropyl)-6-methyluracil // [Metabolite D] | Aerobic soil metabolism | 0.80% | 304 | USEPA (1996) |
| Bromacil | 5-bromo-3-(alpha-hydroxymethylpropyl)-6-methyluracil // [Metabolite C] | Aerobic soil metabolism | 1.5% | 154 | USEPA (1996) |
| Bromacil | 5-bromo-3-(alpha-hydroxymethylpropyl)-6-methyluracil // [Metabolite C] | Aerobic soil metabolism | 1.5% | 184 | USEPA (1996) |
| Bromacil | 5-bromo-3-sec-butyl-6-hyroxymethyluracil // [Metabolite A] | Aerobic soil metabolism | 0.60% | 184 | USEPA (1996) |
| Bromacil | 5-bromo-6-methyluracil // [Metabolite G] | Aerobic soil metabolism | 3.4% | 304 | USEPA (1996) |
| Bromacil | 8 unidentified degradates | Photodegradation in water | <8.1% Each | 102 | USEPA (1996) |
| Bromacil | Peak II | Hydrolysis | 3.90% | 30 | USEPA (1996) |
| Bromacil | Unknown I | Photodegradation on soil | <2.5% | 30 | USEPA (1996) |
| Bromacil | Unknown I | Soil in dark | <2.0% | 30 | USEPA (1996) |
| Bromacil | Unknown II | Photodegradation on soil | <2.5% | 30 | USEPA (1996) |
| Bromacil | Unknown II | Soil in dark | <2.0% | 30 | USEPA (1996) |

**TABLE D-4 (Cont.)**
**Degradates Identified for Active Ingredients**

BLM Vegetation Treatment Using Herbicides
Final Programmatic EIS

| Parent Compound | Degradate Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Chlorsulfuron | 2-amino-4-methoxy-6-methyl-1,3,5-triazine | Aerobic soil metabolism | 15% | 50 | USEPA (2004a) |
| Chlorsulfuron | 2-chlorobenzenesulfonamide | Aerobic soil metabolism | 30-35% | 50 | USEPA (2004b) |
| Chlorsulfuron | 2-chloro-N-[[(4-hydroxy-6-methyl-1,3,5-triazin-2-yl)-amino]carbonyl]benzenesulfonamide | Aerobic soil metabolism | 15% | 50 | USEPA (2004b) |
| Chlorsulfuron | Chlorosulfonamide | Hydrolysis | 33% | 31 | USEPA (2004b) |
| Chlorsulfuron | Dihydroxy triazine | Hydrolysis | <10% | 31 | USEPA (2004b) |
| Chlorsulfuron | Dihydroxy triazine | Soil photodegradation | <10% | 65 | USEPA (2004b) |
| Chlorsulfuron | N-(2-chlorobenzenesulfonyl)carbamic acid | Degradation on soil | Not reported | | Marucchini et al. (1991) |
| Chlorsulfuron | O-desmethylchlosulfuron | Hydrolysis | 10% | 31 | USEPA (2004b) |
| Chlorsulfuron | O-desmethylchlosulfuron | Soil photodegradation | <10% | 65 | USEPA (2004b) |
| Chlorsulfuron | Ring-opened chlorosulfuron | Hydrolysis | 16% | 31 | USEPA (2004b) |
| Chlorsulfuron | Triazine | Hydrolysis | <10% | 31 | USEPA (2004b) |
| Chlorsulfuron | Triazine amine | Soil photodegradation | <10% | 65 | USEPA (2004b) |
| Chlorsulfuron | Triazine urea | Soil photodegradation | <10% | 65 | USEPA (2004b) |
| Clopyralid [1] | | | | | |
| Dicamba [2] | 3,6-dichlorosalicylic acid // [3,6-DCSA] | Aerobic soil metabolism | ≤14.5% | 365 | Wendt et al. (1994) |
| Diflufenzopyr [2] | 1-(3,5-difluorophenyl)urea // [M4] | Aerobic soil metabolism of phenyl labeled diflufenzopyr | 5.82% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | 2-acetylnicotinic acid // [M6] | Aqueous photolysis of pyridine labeled Diflufenzopyr | >6.4% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | 2-acetylnicotinic acid // [M6] | Dark control for aqueous photolysis experiments | Not reported | 20 | Mills et al. (2001) |

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

D-11

**TABLE D-4 (Cont.)**
**Degradates Identified for Active Ingredients**

| Parent Compound | Degrade Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Diflufenzopyr [2] | 2-acetylnicotinic acid // [M6] | Aerobic soil metabolism of pyridine labeled diflufenzopyr | 4.25% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | 3,5-difluoroaniline // [M2] | Aqueous photolysis of phenyl labeled diflufenzopyr | >6% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | 3,5-difluoroaniline // [M2] | Dark control for aqueous photolysis experiments | Not reported | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | 3,5-difluoroaniline // [M2] | Aerobic soil metabolism of phenyl labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | 7-methylfuro[3,4-b]pyridin-5(7h)-one // [M24] | Aqueous photolysis of pyridine labeled diflufenzopyr | >6.4% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | 8-methylpyrido[2,3-d]pyridazin-5(6h)-one // [M1] | Aqueous photolysis of pyridine labeled diflufenzopyr | >6.4% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | 8-methylpyrido[2,3-d]pyridazin-5(6h)-one // [M1] | Dark control for aqueous photolysis experiments | Not reported | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | 8-methylpyrido[2,3-d]pyridazin-5(6h)-one // [M1] | Aerobic soil metabolism of pyridine labeled diflufenzopyr | 1.9 - 13.15% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | 8-methylpyrido[2,3-d]pyridazine-2,5(1h,6h)-dione // [M9] | Aerobic soil metabolism of pyridine labeled diflufenzopyr | 26% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | N-(3,5-difluorophenyl)-7-methyl-5-oxo-5,7-dihydrofuro[3,4-b]pyridine-7-carboxamide // [M23] | Aqueous photolysis of pyridine labeled diflufenzopyr | >6.4% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | N-(3,5-difluorophenyl)-7-methyl-5-oxo-5,7-dihydrofuro[3,4-b]pyridine-7-carboxamide // [M23] | Aqueous photolysis of phenyl labeled diflufenzopyr | >6% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | N-(3,5-difluorophenyl)-7-methyl-5-oxo-5,7-dihydrofuro[3,4-b]pyridine-7-carboxamide // [M23] | Aerobic soil metabolism of phenyl labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | N-(3,5-difluorophenyl)-8-methyl-5-oxopyrido[2,3-d]pyridazine-6(5H)-carboxamide // [M5] | Aerobic soil metabolism of phenyl labeled diflufenzopyr | 3.89% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | N-(3,5-difluorophenyl)-8-methyl-5-oxopyrido[2,3-d]pyridazine-6(5H)-carboxamide // [M5] | Aerobic soil metabolism of pyridine labeled diflufenzopyr | 3.22% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | N-(3,5-difluorophenyl)hydrazinecarboxamide // [M7] | Aqueous photolysis of phenyl labeled diflufenzopyr | >6% | 20 | Mills et al. (2001) |

**TABLE D-4 (Cont.)**
**Degradates Identified for Active Ingredients**

| Parent Compound | Degradate Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Diflufenzopyr [2] | P1 | Aqueous photolysis of phenyl labeled diflufenzopyr | >6% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | P11 | Aqueous photolysis of phenyl labeled diflufenzopyr | >6% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | P2 | Aqueous photolysis of phenyl labeled diflufenzopyr | >6.4% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | P5 | Aqueous photolysis of phenyl labeled diflufenzopyr | >6.4% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | P9 | Aqueous photolysis of phenyl labeled diflufenzopyr | >6% | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | P9 | Dark control for aqueous photolysis experiments | Not reported | 20 | Mills et al. (2001) |
| Diflufenzopyr [2] | PH1 | Aerobic soil metabolism of phenyl labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PH2 | Aerobic soil metabolism of phenyl labeled diflufenzopyr | 4.02% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PH3 | Aerobic soil metabolism of phenyl labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PH4 | Aerobic soil metabolism of phenyl labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PH5 | Aerobic soil metabolism of phenyl labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PY1 | Aerobic soil metabolism of pyridine labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PY2 | Aerobic soil metabolism of pyridine labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PY3 | Aerobic soil metabolism of pyridine labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PY4 | Aerobic soil metabolism of pyridine labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diflufenzopyr [2] | PY5 | Aerobic soil metabolism of pyridine labeled diflufenzopyr | <2% | 312 | Singh et al. (2001) |
| Diquat | 1,2,3,4-tetrahydro-1-oxopyrido (1,2-a)pyrazin-5-ium | Photodegradation in water | 12% | 74 | USEPA (1995a) |

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**TABLE D-4 (Cont.)**
**Degradates Identified for Active Ingredients**

| Parent Compound | Degradate Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Diquat | 1,2,3,4-tetrahydro-1-oxopyrido [1,2-a] -5-pyrazinium | Photodegradation | 70% degradation of parent, major degradate along with picolinic acid | 21 | Smith and Grove (1969) |
| Diquat | Picolinic acid | Photodegradation | 70% degradation of parent, major degradate along with 1,2,3,4-tetrahydro-1-oxopyrido [1,2-a] -5-pyrazinium | 21 | Smith and Grove (1969) |
| Diquat | Unknown compound | Anaerobic aquatic metabolism | 5% | 270 | USEPA (1995a) |
| Diuron | 3,3',4,4'-tetrachloroazobenzene // [TCAB] | Photodegradation in soil | Not reported | 173 | USEPA (2001) |
| Diuron | 3,4-dichloroaniline // [3,4-DCA] | Hydrolysis | 0.50% | 30 | USEPA (2001) |
| Diuron | $CO_2$ and 13 minor polar products | Photodegradation in water | Each <9% | 15 | USEPA (2001) |
| Diuron | Dichloroaniline // [DCA] | Photodegradation in soil | Not reported | 173 | USEPA (2001) |
| Diuron | N'-(3,4-dichlorophenyl)-N-methylurea // [DCPMU] | Photodegradation in soil | Not reported | 173 | USEPA (2001) |
| Fluridone | 1-methyl-3-(4-hydroxyphenyl)-5-[3-(trifluoromethyl)phenyl]-4-(1h)-pyridinone | Fish tissue residue (bioconcentration factor: edible 0.23; Inedible 4.16; whole body 3.07) | Not reported | | West et al. (1983) |
| Fluridone | 3-(trifluoromethyl)benzoic acid | Aqueous photolysis distilled water | 24% | 27 | Saunders and Mosier. 1983. |
| Fluridone | 3-(trifluoromethyl)benzoic acid | Aqueous photolysis lake water | 33% | 21 | Saunders and Mosier (1983) |
| Fluridone | Benzoic acid | Aqueous photolysis distilled water | 11% | 7 | Saunders and Mosier (1983) |
| Fluridone | Benzoic acid | Aqueous photolysis distilled water | 0.30% | 27 | Saunders and Mosier (1983) |
| Fluridone | Benzoic acid | Aqueous photolysis lake water | 40% | 21 | Saunders and Mosier (1983) |

**TABLE D-4 (Cont.)
Degrades Identified for Active Ingredients**

| Parent Compound | Degrade Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Fluridone | N-methylformamide | Aqueous photolysis distilled water | 36% | 27 | Saunders and Mosier (1983) |
| Fluridone | N-methylformamide | Aqueous photolysis lake water | 74% | 27 | Saunders and Mosier (1983) |
| Fluridone | No degradates detected at DL of 1 ppb | Field application | Not reported | Not reported | Smith et al. (1991) |
| Fluridone | No degradates detected at DL of 2 ppb | Field application | Not reported | Not reported | Osborne et al. (1989) |
| Fluridone | No degradates detected at DL of 5 ppb | Field application | Not reported | Not reported | West et al. (1990) |
| Fluridone | No specific degrade information found | Not reported | Not reported | Not reported | |
| Fluridone | Review article, no additional information. | Not reported | Not reported | Not reported | McLaren/Hart (1995) |
| Glyphosate | Alpha-amino-3-hydroxy-5-methyl-4-isoxazolepropionic acid | Aerobic soil metabolism | Major | Not reported | USEPA (1993) |
| Glyphosate | Alpha-amino-3-hydroxy-5-methyl-4-isoxazolepropionic acid | Anaerobic aquatic metabolism | Major | Not reported | USEPA (1993) |
| Glyphosate | Alpha-amino-3-hydroxy-5-methyl-4-isoxazolepropionic acid | Aerobic aquatic metabolism | Major | Not reported | USEPA (1993) |
| Hexazinone | 3-(2-hydroxycyclohexyl)-6-(dimethyl-amino-1-methyl-1,3,5-triazine-2,4(1H,3H))-dione | Aerobic aquatic metabolism | <7% | Not reported | USEPA (1994a) |
| Hexazinone | 3-(4-ketycyclohexyl)-6-(dimethylamino)-1-methyl-1,3,5-triazine-2,4(1H,3H)-dione | Aerobic aquatic metabolism | <7% | Not reported | USEPA (1994a) |
| Hexazinone | 3-(cyclohexyl-6-(methylamino)-1-methyl-1,3,5-triazine-2,4(1H,3H)-dione | Aerobic aquatic metabolism | <7% | Not reported | USEPA (1994a) |
| Hexazinone | 3-(ketocyclohexyl)-6-(dimethylamino)-1-methyl-1,3,5-triazine-2,4(1H,3H)-dione | Aerobic soil metabolism | 10.9% | Not reported | USEPA (1994a) |
| Hexazinone | 3-(ketocyclohexyl)-6-(dimethylamino)-1-methyl-1,3,5-triazine-2,4(1H,3H)-dione | Anaerobic aquatic metabolism | 25% | Not reported | USEPA (1994a) |
| Hexazinone | 3-cyclohexyl-1-methyl-1,3,5-triazine-2,4,6-(1H,3H,5H)-trione | Anaerobic aquatic metabolism | 24% | Not reported | USEPA (1994a) |
| Hexazinone | 3-hydroxy-cyclohexyl-6-(dimethylamino)-1-methyl-1,3,5-triazine-2,4(1H-3H)-dione | Aerobic soil metabolism | 18.7% | Not Reported | USEPA (1994a) |

TABLE D-4 (Cont.)
Degradates Identified for Active Ingredients

| Parent Compound | Degradate Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Hexazinone | 3-hydroxy-cyclohexyl-6-(dimethylamino)-1-methyl-1,3,5-triazine-2,4(1H-3H)-dione | Anaerobic aquatic metabolism | 5.5% | Not reported | USEPA (1994a) |
| Hexazinone | Metabolite B | Aerobic soil metabolism | 2.3% | Not reported | USEPA (1994a) |
| Hexazinone | Metabolite D | Aerobic soil metabolism | 4.8% | Not reported | USEPA (1994a) |
| Imazapic | 2-[(1-carbamoyl-1,2-dimethylpropyl) carbamoyl]-5-methyl-nicotinic acid | Aqueous photolysis | 41.3% | <0.5 | New York State Department of Environmental Conservation (NYSDEC; 2004) |
| Imazapic | 2-carbamoyl-5-methyl-3-nicotinic acid | Aqueous photolysis | 44.3% | <0.5 | NYSDEC (2004) |
| Imazapic | 2-carbamoyl-5-methyl-nicotinic acid | Aqueous photolysis | 12.9% | <0.5 | NYSDEC (2004) |
| Imazapic [4] | 3,5-pyridinedicarboxylic acid, 2-4(4-isopropyl-4-methyl-5-oxo-2-imidazolin-2-yl)- // [CL 312622] | Aerobic soil metabolism | <10% | Not reported | BASF (Undated) |
| Imazapic | 5-methyl-2,3-pyridine dicarboxylic acid | Aqueous photolysis | 13% | <0.5 | NYSDEC (2004) |
| Imazapic | 5-methyl-3-pyridine carboxylic acid | Aqueous photolysis | 29.9% | <0.5 | NYSDEC (2004) |
| Imazapic [4] | Nicotinic acid, 5-hydroxy-6-(4-isopropyl-4-methyl-5-oxo-2-imidazolin-2-yl)- // [CL354825] | Aerobic soil metabolism | <10% | Not reported | BASF (Undated) |
| Imazapyr | Nicotinic acid | Aqueous photolysis | Not reported | 3 - 5 | USEPA (2006c) |
| Imazapyr | Pyridine dicarboxylic acid | Aqueous photolysis | Not reported | 3 - 5 | USEPA (2006c) |
| Imazapyr | Pyridine hydroxy-dicarboxylic acid | Aqueous photolysis | Not reported | 3 - 5 | USEPA (2006c) |
| Metsulfuron methyl [5] | (4-Methoxy-6-methyl-1,3,5-triazin-2-yl]urea | Only seen in one field study where material balance was highly variable | Not reported | | E.I. DuPont (2006a) |

**TABLE D-4 (Cont.)**
**Degradates Identified for Active Ingredients**

| Parent Compound | Degradate Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Metsulfuron methyl [5] | 1,2-benzisothiazol-3(2h)-one, 1,1-dioxide | Not reported | Not reported | 3 - 198 | E.I. DuPont (2006b, c, d, e) |
| Metsulfuron methyl [6] | 2-(aminosulfonyl)benzoic acid | Not reported | Not reported | 22 | E.I. DuPont (2006f) |
| Metsulfuron methyl [6] | 2-[[(aminocarbonyl)amino]sulfonyl] benzoic acid, methyl ester | Not reported | Not reported | 9 - 57 | E.I. DuPont (2006g) |
| Metsulfuron methyl [7] | 2-[[[[(4-methoxy-6-methyl-1,3,5-triazin-2-yl)amino]carbonyl]amino]sulfonyl]benzoic acid | Only seen above 10% in one field study where material balance was highly variable | Not reported | | E.I. DuPont (2006a) |
| Metsulfuron methyl [6] | 4-methoxy-6-methyl-1,3,5-triazin-2-amine | Not reported | Not reported | 22 - 39 | E.I. DuPont (2006h) |
| Metsulfuron methyl [6] | Methyl 2-(aminosulfonyl)benzoate | Not reported | Not reported | 2 - 29 | E.I. DuPont (2006b, d, g) |
| Metsulfuron methyl [8] | Methyl 2-[[[[(4-methoxy-6-methyl-1,3,5-triazin-2-yl) amino]carbonyl]amino]sulfonyl]benzoate | Not reported | Not reported | 11 - 38 | E.I. DuPont (2006b, f, g, i) |
| Metsulfuron methyl [9] | Methyl 2-[[[[(4-methoxy-6-methyl-1,3,5-triazin-2-yl) amino]carbonyl]amino]sulfonyl]benzoate | Not reported | Not reported | 28 - 30 | E.I. DuPont (2006j) |
| Metsulfuron methyl [10] | Methyl 2-[[[[[(acetylamino)carbonyl]amino]carbonyl] amino]carbonyl]amino]sulfonyl]benzoate | Only seen in one field study where material balance was highly variable | Not reported | Not reported | E.I. DuPont (2006a) |
| Metsulfuron methyl [5] | Methyl 2-[[[[[amino(aminocarbonyl)amino]methyl]amino]carbonyl]amino]sulfonyl]benzoate | Not reported | Not reported | 16 - 53 | E.I. DuPont (2006k) |
| Picloram | 4-amino-2,3,5-trichloro pyridine | Aerobic soil metabolism | Minor | Not reported | USEPA (1995b) |
| Picloram | 4-amino-3,5--dichloro-2-pyridinol | Aerobic soil metabolism | Minor | Not reported | USEPA (1995b) |
| Sulfometuron methyl [5] | 1,2-benzisothiazol-3(2h)-one, 1,1-dioxide | Not reported | Not reported | 3 - 198 | E.I. DuPont (2006l) |

## TABLE D-4 (Cont.)
### Degradates Identified for Active Ingredients

| Parent Compound | Degradate Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Sulfometuron methyl | 2-(aminosulfonyl)benzoic acid | Not reported | Not reported | Not reported | Information Ventures, Inc. (1995) |
| Sulfometuron methyl [6] | 2-(aminosulfonyl)benzoic acid | Not reported | Not reported | 22 | E.I. DuPont (2006l) |
| Sulfometuron methyl [6] | 2-[[(aminocarbonyl)amino]sulfonyl] benzoic acid, methyl ester | Not reported | Not reported | 9 - 57 | E.I. DuPont (2006l, m) |
| Sulfometuron methyl [6] | 4,6-dimethyl-2-pyrimidinamine | Not reported | Not reported | 48 | E.I. DuPont (2006m) |
| Sulfometuron methyl [5] | 4,6-dimethyl-2-pyrimidinol | Not reported | Not reported | 312 | E.I. DuPont (2006m) |
| Sulfometuron methyl [6] | Methyl 2-(aminosulfonyl)benzoate | Not reported | Not reported | 2 - 29 | E.I. DuPont (2006m) |
| Sulfometuron methyl [8] | Methyl 2-[[[[(4,6-dimethyl-2-pyrimidinyl)amino]carbonyl]amino]= sulfonyl]benzoate | Not reported | Not reported | 20 - 26 | E.I. DuPont (2006l, m) |
| Sulfometuron methyl | Methyl-2-(amino-sulfonyl)benzoate | Not reported | Not reported | Not reported | Information Ventures, Inc. (1995) |
| Sulfometuron methyl | Methyl-2-[[(aminocarbonyl)amino]sulfonyl] benzoate | Not reported | Not reported | Not reported | Information Ventures, Inc. (1995) |
| Sulfometuron methyl | Saccharin | Not reported | Not reported | Not reported | Information Ventures, Inc. (1995) |
| Tebuthiuron | 5-(1,1-dimethylethyl)-2 amino-1,3,4-thiadiazol // [Compound 108] | Aerobic soil metabolism | Not reported | Not reported | USEPA (1994b) |
| Tebuthiuron | 5-(1,1-dimethylethyl)-2 amino-1,3,4-thiadiazol // [Compound 108] | Aerobic aquatic metabolism | Sum of 5 products = 4.8% | 28 | USEPA (1994b) |
| Tebuthiuron | 5-(1,1-dimethylethyl)-2 methylamino-1,3,4-thiadiazol // [Compound 107] | Aerobic soil metabolism | Not reported | Not reported | USEPA (1994b) |
| Tebuthiuron | 5-(1,1-dimethylethyl)-2 methylamino-1,3,4-thiadiazol // [Compound 107] | Aerobic aquatic metabolism | Sum of 5 products = 4.8% | 28 | USEPA (1994b) |

BLM_0000987

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

## TABLE D-4 (Cont.)
### Degradates Identified for Active Ingredients

| Parent Compound | Degradate Name // [Synonym] | Mechanism of Production | Estimated Proportion of Parent | Production Time (Days) | Source |
|---|---|---|---|---|---|
| Tebuthiuron | N-[5-(1,1-dimethylethyl)-1,3,4-thiadiazol-2-yl]-N-methyl-N'-hydroxymethyl-urea // [Compound 109] | Anaerobic soil metabolism | Sum of 3 products = 4.7% | 60 | USEPA (1994b) |
| Tebuthiuron | N-[5-(1,1-dimethylethyl)-1,3,4-thiadiazol-2-yl]-N-methyl-N'-hydroxymethyl-urea // [Compound 109] | Aerobic aquatic metabolism | Sum of 5 products = 4.8% | 28 | USEPA (1994b) |
| Tebuthiuron | N-[5-1(1,1-dimethylethyl)-1,3,4-thiadiazol-2-yl]-N'-methylurea // [Compound 105] | Aerobic soil metabolism | Not reported | Not reported | USEPA (1994b) |
| Tebuthiuron | N-[5-1(1,1-dimethylethyl)-1,3,4-thiadiazol-2-yl]-N'-methylurea // [Compound 105] | Anaerobic soil metabolism | Sum of 3 products = 4.7% | 60 | USEPA (1994b) |
| Tebuthiuron | N-[5-1(1,1-dimethylethyl)-1,3,4-thiadiazol-2-yl]-N'-methylurea // [Compound 105] | Aerobic aquatic metabolism | Sum of 5 products = 4.8% | 28 | USEPA (1994b) |
| Tebuthiuron | N-[5-1(1,1-dimethylethyl)-1,3,4-thiadiazol-2-yl]-N-methylurea // [Compound 104] | Aerobic soil metabolism | 6.9 | 270 | USEPA (1994b) |
| Tebuthiuron | N-[5-1(1,1-dimethylethyl)-1,3,4-thiadiazol-2-yl]-N-methylurea // [Compound 104] | Anaerobic soil metabolism | Sum of 3 products = 4.7% | 60 | USEPA (1994b) |
| Tebuthiuron | N-[5-1(1,1-dimethylethyl)-1,3,4-thiadiazol-2-yl]-N-methylurea // [Compound 104] | Aerobic aquatic metabolism | Sum of 5 products = 4.8% | 28 | USEPA (1994b) |
| Triclopyr | Oxamic acid | Photodegradation in water | 16% | 0.7 - 1.7 | USEPA (1998) |
| Triclopyr [3] | (5/6)-chloro-3-hydroxy-s-pyridinone | Photodegradation in water | 17% | 30 | USEPA (1998) |
| Triclopyr [3] | 3,5,6-trichloro-2-methoxypyridine // [TMP] | Aerobic soil metabolism | 8% | <30 | USEPA (1998) |
| Triclopyr [3] | 3,5,6-trichloro-2-pyridinol // [TCP] | Aerobic soil metabolism | 26% | <30 | USEPA (1998) |
| Triclopyr [3] | 3,5,6-trichloro-2-pyridinol // [TCP] | Aerobic aquatic metabolism | <5% | 30 | USEPA (1998) |
| Triclopyr [3] | 5-chloro-3,6-dihydroxy-2-pyridinyloxyacetic acid | Photodegradation in water | 48% | 0.7 - 1.7 | USEPA (1998) |
| Triclopyr [3] | At least 15 non-volatile compounds (not identified) | Photodegradation in water | 10% total | 30 | USEPA (1998) |
| Triclopyr [3] | Dichloropyridinyloxyacetic acid, 2hydroxy ethyl ester | Photodegradation in water | 6% | 30 | USEPA (1998) |
| Triclopyr [3] | Organic volatiles | Photodegradation in water | 1.6% total | 30 | USEPA (1998) |

## TABLE D-4 (Cont.)
## Degradates Identified for Active Ingredients

[1] The BLM has discussed the formation and identification of clopyralid degradates with the herbicide's manufacturer, Dow AgroSciences. Dow AgroSciences has performed relevant tests of environmental degradation in aerobic soils using radio-labeled clopyralid. The major finding of these studies was that clopyralid in aerobic soils had a short half life (i.e., 8 days) and that mineralization to carbon dioxide was very efficient. Consistent with this finding, 74% of the applied radio label was found as carbon dioxide. Less than 10% of the applied parent was found as a group of transient polar daughter compounds. No degradate was present at more than 8% of the parent compound's mass. Nonextractable, bound residues associated with humic and fulvic acid fractions represented as much as 8% of applied radio-labeled material. Given the low levels of degradates, characterization was not attempted, consistent with USEPA guidelines.

[2] Diflufenzopyr and dicamba are the active ingredients in the herbicide Overdrive®, which was evaluated by the BLM.

[3] Also includes triclopyr acid.

[4] Not toxic, rat $LD_{50}$ oral >2,000 mg/kg.

[5] Not tested. Not considered herbicidal.

[6] No plant toxicity observed at highest concentration tested (2.0 kg/hectare [ha]).

[7] Effects on morning glory observed at highest tested concentration (0.05 kg/ha). No effects observed on other plants.

[8] Herbicidal.

[9] Some effects observed on plants at highest concentration tested (0.05 kg/ha).

[10] No plant toxicity observed at highest concentration tested (0.1 kg/ha).

**FIGURE D-1a**
**Aquatic Toxicity – 2,4-D Toxicity Reference Values and Degradate Toxicity Data**



Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.
NR indicates duration or endpoint not reported.

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**FIGURE D-1b**
**Aquatic Toxicity – 2,4-D Toxicity Reference Values and Degradate Toxicity Data**



Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.
NR indicates duration or endpoint not reported.

BLM_0000991

**FIGURE D-2**
**Aquatic Toxicity – Diquat Toxicity Reference Values and Degradate Toxicity Data**



* Synonym for picolinic acid
Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.
NR indicates duration or endpoint not reported.

BLM_0000992

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**FIGURE D-3a**
**Aquatic Toxicity – Diuron Toxicity Reference Values and Degradate Toxicity Data**



\* Synonym for 3,3',4,4'-Tetrachloroazoxybenzene
Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.
NR indicates duration or endpoint not reported.

BLM_0000993

**FIGURE D-3b**
**Aquatic Toxicity – Diuron Toxicity Reference Values and Degradate Toxicity Data**



* Synonym for 3,4-dichloroaniline
Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**FIGURE D-4**
**Aquatic Toxicity – Fluridone Toxicity Reference Values and Degradate Toxicity Data**



Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.

BLM_0000995

**FIGURE D-5**
**Aquatic Toxicity – Imazapyr Toxicity Reference Values and Degradate Toxicity Data**



* Synonym for nicotinic acid
Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.
NR indicates duration or endpoint not reported.

BLM_0000996

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**FIGURE D-6**
**Aquatic Toxicity – Metsulfuron Methyl Toxicity Reference Values and Degradate Toxicity Data**



Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.
NR indicates duration or endpoint not reported.

BLM_0000997

**FIGURE D-7**
**Aquatic Toxicity – Triclopyr Toxicity Reference Values and Degradate Toxicity Data**



\* Synonym for 3,5,6-trichloro-2-pyridinol
Label represents test organism, test duration, and endpoint.
Not all test organism names listed due to lack of space.

BLM_0000998

BLM Vegetation Treatment Using Herbicides
Final Programmatic EIS

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

**TABLE D-5**
**Listings of Endocrine Disrupting Potential of BLM Herbicides**

| Herbicide | Benbrook List | Colborn List | Endocrine Disruptor Knowledge Base (EDKB)[1] | European Priority List[2] | Fluoride Action Net Pesticide Project[3] | Illinois EPA List | Keith List | National Institute for Environmental Studies | Pesticide Action Network List |
|---|---|---|---|---|---|---|---|---|---|
| 2,4-D | *Yes* | *Yes* | Not an active estrogen receptor binder | *Category 2* | NL | *Probable* | *Yes* | *Listed* | *Suspected* |
| Bromacil | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Chlorsulfuron | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Clopyralid | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Dicamba | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Diflufenzopyr | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Diquat | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Diuron | NL | NL | No Data | *Category 2* | NL | NL | NL | NL | NL |
| Fluridone | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Glyphosate | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Hexazinone | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Imazapic | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Imazapyr | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Metsulfuron methyl | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Picloram | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Sulfometuron methyl | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Tebuthiuron | NL | NL | No Data | NL | NL | NL | NL | NL | NL |
| Triclopyr | NL | NL | No Data | NL | NL | NL | NL | NL | NL |

D-30

## TABLE D-5 (Cont.)
### Listings of Endocrine Disrupting Potential of BLM Herbicides

[1] Endocrine Disruptor Knowledge Base (EDKB) is a database of endocrine disruption effects reported in scientific literature and is not a list of endocrine disruptors.

[2] Category 2 = Evidence of potential to cause endocrine disruption.

[3] Only lists fluorinated/fluoride pesticides.

NL = Not listed.

Benbrook List = **Benbrook, C.M. 1996.** Growing Doubt: A Primer on Pesticides Identified as Endocrine Disruptors and/or Reproductive Toxicants. National Campaign for Pesticide Policy Reform. Washington, D.C.

Colborn List = **Colborn, T., D. Dumanoski, and J.P. Myers. 2006. Our Stolen Future: A List of Endocrine-disrupting Compounds.** Accessed May 2, 2007. Available at: http://www.ourstolenfuture.org/Basics/chemlist.htm.

**Endocrine Disruptor Knowledge Base (EDKB). 2006.** U.S. Food and Drug Administration's National Center for Toxicological Research. Accessed May 2, 2007. Available at: http://edkb.fda.gov/webstart/edkb/index.html.

European Priority List = **European Commission Directorate-General for the Environment. 2000.** Towards the Establishment of a Priority List of Substances for Further Evaluation of Their Role in Endocrine Disruption. BKH Consulting Engineers and TNO Nutrition and Food Research. Accessed May 2, 2007. Available at: http://ec.europa.eu/environment/docum/01262_en.htm.

Fluoride Action Net Pesticide Project = **Fluoride Action Network. ND.** Suspected Endocrine Disruptors: Fluorinated & Fluoride Pesticides. Accessed May 2, 2007. Available at: http://www.fluoridealert.org/pesticides/effects.suspected.endocrine.htm.

Illinois EPA List = **Illinois EPA. 1997.** Endocrine Disruptors Strategy. (Table 1: Preliminary List of Chemicals Associated with Endocrine System Effects in Animals and Humans or In Vitro). Springfield, Illinois.

Keith List = **Keith, L.H. 1997.** Environmental Endocrine Disruptors: A Handbook of Property Data. Wiley Interscience. New York, New York.

**National Institute for Environmental Studies: Ministry of the Environment of Japan. 2004.** Endocrine Disrupting Chemicals Database. Accessed June 2006.

**Pesticide Action Network. 2005.** Pesticide Action Network Pesticides Database. Accessed June 2006. Available at: http://docs.pesticideinfo.org/Index.html.

BLM_0001001

# References

Agency for Toxic Substances and Disease Registry (ATSDR). 2005. Minimal Risk Levels (MRLs). Available at: http://www.atsdr.cdc.gov/mrls.html].

BASF. undated. BASF Confidential Document, ENV 96-109: Proposed Common Degradation Pathway of AC 263222 (Imazapic) and AC 299263 (Imazamex).

Bakke, D. 2003. Human and Ecological Risk Assessment of Nonylphenol Polyethoxylate-based (NPE) Surfactants in Forest Service Herbicide Applications. United States Department of Agriculture Forest Service- Pacific Southwest Region.

Benbrook, C.M. 1996. Growing Doubt: A Primer on Pesticides Identified as Endocrine Disruptors and/or Reproductive Toxicants. National Campaign for Pesticide Policy Reform. Washington, D.C.

California Environmental Protection Agency (CalEPA). 2005a. Chronic Reference Exposure Levels. February 2005. Available at: http://www.oehha.ca.gov/air/chronic_rels/pdf/allc hrels.pdf]

_____. 2005b. California Cancer Potency Values. August 10, 2005. Available at: http://www.oehha.ca.gov/risk/pdf/cancerpotalpha8 1005.pdf]

Colborn, T., D. Dumanoski, and J.P. Myers. 2006. Widespread Pollutants with Reproductive and Endocrine-disrupting Effects. Our Stolen Future Website. Viewed June 2006. Available at: http://www.ourstolenfuture.org/Basics/chemlist.htm.

Diamond, G. and P. Durkin. 1997. Effects of Surfactants on the Toxicity of Glyphosate with Specific Reference to Rodeo. United States Department of Agriculture, Riverside, Maryland.

E.I. Du Pont de Nemours and Co. 2006a. Unpublished Study AMR 3299-95. Wilmington, Delaware.

_____. 2006b. Unpublished Study AMR 3768-96. Wilmington, Delaware.

_____. 2006c. Unpublished Study DuPont-2288. Wilmington, Delaware.

_____. 2006d. Unpublished Study AMR 34-81. Wilmington, Delaware.

_____. 2006e. Unpublished Study DuPont-1803. Wilmington, Delaware.

_____. 2006f. Unpublished Study AMR 75-82. Wilmington, Delaware.

_____. 2006g. Unpublished Study AMR 89-82. Wilmington, Delaware.

_____. 2006h. Unpublished Study DuPont 1802. Wilmington, Delaware.

_____. 2006i. Unpublished Study AMR 1001-87. Wilmington, Delaware.

_____. 2006j. Unpublished Study DuPont-1811. Wilmington, Delaware.

_____. 2006k. Unpublished Study DuPont-1815. Wilmington, Delaware.

_____. 2006l. Unpublished Study AMR 34-81-A. Wilmington, Delaware.

_____. 2006m. Unpublished Study AMR 1113-88. Wilmington, Delaware.

European Commission Directorate-General for the Environment. 2000. Towards the Establishment of a Priority List of Substances for Further Evaluation of Their Role in Endocrine Disruption. Brussels, Belgium.

Fluoride Action Net Pesticide Project (2006). Suspected Endocrine Disruptors: Fluorinated & Fluoride Pesticides. Accessed May 2, 2007. Available at: http://www.fluoridealert.org/pesticides/effects.sus pected.endocrine.htm.

Folmar, L.C., H.O. Sanders, and A.M. Julin. 1979. Toxicity of the Herbicide Glyphosate and Several of Its Formulations to Fish and Aquatic Invertebrates. Archives of Environmental Contamination and Toxicology. 8(3):269-278 (Published in Part As 6797).

BLM_0001002

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

Howe, C., M. Berrill, B. Paul, C. Helbing, K. Werry, and N. Veldhoen. 2004. Toxicity of Glyphosate-Based Pesticides to Four North American Frog Species. Environmental Toxicology and Chemistry 23(8):1928-1938.

Illinois Environmental Protection Agency. 1997. Endocrine Disruptors Strategy. (Table 1: Preliminary List of Chemicals Associated with Endocrine System Effects in Animals and Humans or In Vitro). Springfield, Illinois.

Information Ventures, Inc. 1995. Sulfometuron Methyl Pesticide Fact Sheet. Prepared for the U.S. Department of Agriculture, Forest Service. Philadelphia, Pennsylvania.

Keith, L.H. 1997. Environmental Endocrine Disruptors: A Handbook of Property Data. Wiley Interscience. New York, New York.

Marucchini, C., C. Vischetti, and M. Businelli. 1991. Cinetica e. Meccanismo Degraditivo del Chlorsulfuron nel Suolo. Agrochimica. 35:69-77.

Mayer, F.L. Jr., and M.R. Ellersieck. 1986. Manual of Acute Toxicity: Interpretation and Data Base for 410 Chemicals and 66 Species of Freshwater Animals. Resource Publication No.160, U.S. Department of the Interior, Fish and Wildlife Service, Washington, DC.

McLaren/Hart Environmental Engineering Corporation. 1995. Use of the Registered Aquatic Herbicide Fluridone (SONAR) in the State of New York. Generic Environmental Impact Statement. Version 1.0. Prepared for SePRO Corporation.

Mills, C., D. Bolin, N. Delgado, K. Smith, M. Singh, and A. Goetz. 2001 .Photolysis of 14C-BAS 654 H in Aqueous Media. BASF Corporation, BASF Agro Research. BASF Registration Document No. 2001/5000872. Protocol Number 61360. Research Triangle Park, North Carolina.

Moore, S.B., R.A. Diehl, J.M. Barnhardt, and G.B. Avery. 1987. Aquatic Toxicities of Textile Surfactants. Textile Chemist and Colorist 19(5):29-32.

National Institute for Environmental Studies. 2004. Ministry of the Environment of Japan. Endocrine Disrupting Chemicals Database. Viewed June 2006.

New York State Department of Environmental Conservation (NYSDEC). 2004. Registration of the New Active Ingredient Imazapic Contained in the Pesticide Product Imazapic Herbicide Technical (EPA Reg. No. 241-363). Letter from Maureen Serafini of the New York State Department of Environmental Conservation Bureau of Pesticide Management to Judy Fersch of BASF Corporation. Dated December 2, 2004.

Osborne, J.A., S.D. West, R.B. Cooper, and D.C. Schmitz. 1989. Fluridone and N-methylformaide Residue Determinations in Ponds. Journal of Aquatic Plant Management 27:74-78.

Perkins, P.J., H.J. Boermans, and G.R. Stephenson. 2000. Toxicity of Glyphosate and Triclopyr using the Frog Embryo Teratogenesis Assay- Xenopus. Environmental Toxicology and Chemistry 19:940-945.

Pesticide Action Network. 2005. Pesticide Action Network Pesticides Database. Viewed June 2006. Available at: http://docs.pesticideinfo.org/Index.html.

Relyea, R. 2005. The Impact of Insecticides and Herbicides on the Biodiversity and Productivity of Aquatic Communities. Ecological Applications 15(2):618-627.

Saunders, D.G., and J.W. Mosier. 1983. Photolysis of the Aquatic Herbicide Fluridone in Aqueous Solution. Journal of Agricultural and Food Chemistry 31:237-241.

Singh, M., D. Farabee, A. Clouserroche, N. Delgado, D. Bolin, K. Smith, R. Deutsch, and A. Goetz. 2001. No Title Given (Soil Metabolism Experiments on Diflufenzopyr). BASF Corporation Agricultural Products Group. BASF Registration Document No. 2001/5000085. Protocol Number 61198. Research Triangle Park, North Carolina.

Smith, A.E., and J. Grove. 1969. Photochemical Degradation of Diquat in Dilute Aqueous Solution and on Silica Gel .Journal of Agricultural and Food Chemistry 17:609-613.

Smith, D.W., L.D. Lyman, and R.L. LeBlanc. 1991. Potential Formation of n-methylformamide (NMF) from Fluridone in New England. Journal of Aquatic Plant Management 29:115-116.

BLM_0001003

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

Stark, J.D., and W. Walthall. 2003. Agricultural Adjuvants: Acute Mortality and Effects on Population Growth Rate on *Daphnia pulex* after Chronic Exposure. Environmental Toxicology and Chemistry 22(12):3056-3061.

Syracuse Environmental Research Associates, Inc. (SERA). 1998. 2,4-Dichlorophenoxyacetic Acid Formulations - Human Health and Ecological Risk Assessment. Final Report. Prepared for U.S. Department of Agriculture Forest Service. Task No. 9. USDA Forest Service Contract No. 53-3187-5-12. USDA Forest Service Order No. 43-3187-7-0408. Fayetteville, New York.

_____. 2003. Glyphosate – Human Health and Ecological Risk Assessment Final Report. SERA TR 02-43-09-04a. Prepared for the U.S. Department of Agriculture Forest Service, Arlington, Virginia. Fayetteville, New York.

United States Environmental Protection Agency (USEPA). 1993. Reregistration Eligibility Decision for Glyphosate. Office of Prevention, Pesticides and Toxic Substances .EPA 738-R-93-014. Washington, D.C.

_____. 1994a. Reregistration Eligibility Decision for Hexazinone. Office of Prevention, Pesticides and Toxic Substances .EPA 738-R-94-022. Washington, D.C.

_____. 1994b. Reregistration Eligibility Decision for Tebuthiuron. Office of Prevention, Pesticides and Toxic Substances. Washington, D.C.

_____. 1995a. Reregistration Eligibility Decision for Diquat Dibromide. Office of Prevention, Pesticides and Toxic Substances .EPA 738-R-95-016. Washington, D.C.

_____. 1995b. Reregistration Eligibility Decision for Picloram. Office of Prevention, Pesticides and Toxic Substances .EPA 738-R-95-019. Washington, D.C.

_____. 1996. Reregistration Eligibility Decision for Bromacil. Office of Prevention, Pesticides and Toxic Substances .EPA 738-R-96-013. Washington, D.C.

_____. 1997. Health Effects Assessment Summary Tables (HEAST). Office of Research and Development. EPA 540-R-94-020. Washington, D.C.

_____. 1998. Reregistration Eligibility Decision for Triclopyr. Office of Prevention, Pesticides and Toxic Substances .EPA 738-R-98-011. Washington, D.C.

_____. 2001. Environmental Risk Assessment for Reregistration for Diuron. Environmental Fate and Effects Division. Washington, D.C.

_____. 2003. Human Health Toxicity Values in Superfund Risk Assessments. Office of Superfund Remediation and Technology Innovation. OSWER Directive 9285.7-53 .December 5, 2003. Washington, D.C.

_____. 2004a. Preliminary Remediation Goals (PRG) .USEPA Region IX, October, 2004. Available at: http://www.epa.gov/region09/waste/sfund/prg/index.htm. San Francisco, California.

_____. 2004b. Environmental Fate and Ecological Risk Assessment in Support of the Reregistration Eligibility Decision for Chlorsulfuron. Environmental Fate and Effects Division. Washington, D.C.

_____. 2004c. 2,4-D. HED's Human Health Risk Assessment for the Reregistration Eligibility Decision (RED). PC Code 030001; DP Barcode D287199. Office of Prevention, Pesticides, and Toxic Substances, Health Effects Division. Washington, D.C.

_____. 2005. Reregistration Eligibility Decision for 2,4-D. Office of Prevention, Pesticides and Toxic Substances .EPA 738-R-05-002. Washington, D.C.

_____. 2006a. Integrated Risk Information System (IRIS). Environmental Criteria and Assessment Office. Available at: [http://www.epa.gov/ngispgm3/iris]. Cincinnati, Ohio.

_____. 2006b. Risk-Based Concentrations (RBCs).USEPA Region 3. April 2006. Philadelphia, Pennsylvania.

DEGRADATES, POEA, AND ENDOCRINE DISRUPTORS

_____. 2006c. Reregistration Eligibility Decision for Imazapyr. Office of Prevention, Pesticides and Toxic Substances. EPA 738-R-06-007. Washington, D.C.

United States Food and Drug Administration. 2006. Endocrine Disruptor Knowledge Base (EDKB). U.S. Food and Drug Administration's National Center for Toxicological Research. Viewed June 2006. Available at: http://edkb.fda.gov/webstart/edkb/index.html.

Wendt, D.R., P.A. Moore, and Y.H. Atallah. 1994. Aerobic Soil Metabolism of Dicamba Acid. Sandoz Agro Inc. Project No. 480065, Report No. 26. Des Plaines, Illinois

West, S.D, R.O. Burger, G.M. Poole, and D.H. Mowrey. 1983. Bioconcentration and Field Dissipation of the Aquatic Herbicide Fluridone and its Degradation Products in Aquatic Environments. Journal of Agricultural and Food Chemistry 31:579-585.

_____, K.A. Langeland, and F.B. Laroche. 1990. Residues of Fluridone and a Potential Photoproduct (N-methylformamide) in Water and Hydrosoil Treated with the Aquatic Herbicide Sonar. Journal of Agricultural and Food Chemistry 38: 315-319.

World Health Organization (WHO). 2002. International Program on Chemical Safety. Global Assessment on the State of the Science of Endocrine Disruptors. WHO-PCS-EDC-02.2. Geneva, Switzerland.

BLM_0001005

## APPENDIX E
# PROTOCOL FOR IDENTIFYING, EVALUATING, AND USING NEW HERBICIDES

BLM_0001007

# TABLE OF CONTENTS

Page

Identification and Approval of New Chemical Products and Technologies ............................................................ E-1
    Networking ...................................................................................................................................................... E-1
    Research and Demonstration ........................................................................................................................ E-1
    Technical Research and Publications ........................................................................................................... E-2
    Vendor Marketing .......................................................................................................................................... E-2
Determining the Need for New Herbicides ............................................................................................................ E-2
Assessment of Hazards and Risks .......................................................................................................................... E-3
NEPA Documentation ............................................................................................................................................ E-5
    Review Existing NEPA Documents ............................................................................................................ E-5
    Prepare a New NEPA Document .................................................................................................................. E-6
    Special Status Species ................................................................................................................................... E-6
References ................................................................................................................................................................ E-8

## List of Figures

E-1    New Herbicide Evaluation and Approval Process ............................................................... E-3

BLM_0001008

BLM 0001009

**APPENDIX E**

# PROTOCOL FOR IDENTIFYING, EVALUATING, AND USING NEW HERBICIDES

The U.S. Department of the Interior Bureau of Land Management (USDI BLM) may become aware of new herbicide products and technologies that are developed and marketed in the future, and may consider application of these products or technologies in vegetation treatment projects. The BLM may also want to use herbicides that were approved for use by earlier EIS Records of Decision, but are not approved for use under the Record of Decision for the Final Programmatic Environmental Impact Statement (PEIS). This appendix discusses the procedures that the BLM would follow if an alternative is identified in the Record of Decision that allows the BLM to use herbicides approved for use in the past, and if new herbicides are approved for use in the future.

## Identification and Approval of New Chemical Products and Technologies

Means by which the BLM could learn of new products and their applications include, but are not limited to, through professional networking, technical research and publications, and vendor marketing.

### Networking

Participation in professional networks is an important method for staying current on new herbicides, yielding information on the technical, regulatory, efficacy, and environmental aspects of herbicide products in the development phase and those currently on the market. The primary professional associations that BLM land managers participate in and network with include, but are not limited to:

- U.S Environmental Protection Agency (USEPA) Office of Pesticide Programs;
- U.S. Fish and Wildlife Service (USFWS);

- National Oceanic and Atmospheric Administration National Marine Fisheries Service (NMFS);
- U.S Department of Agriculture (USDA) Agricultural Research Service;
- Natural Resources Conservation Service;
- Weed Science Society of America;
- Western Society of Weed Science;
- Society for Range Management;
- State pest control associations;
- State departments of agriculture;
- Universities and colleges;
- University extension services;
- County conservation districts; and
- County weed districts.

For the most part, networking occurs at the local level, with BLM professional staff and managers working with local representatives of the organizations mentioned above. Bureau of Land Management state weed coordinators and vegetation management professionals often represent the agency at annual meetings and workshops. Bureau of Land Management Washington Office managers and staff network at national and international level annual meetings, sponsor and attend regional and local meetings and workshops, and participate in field trips to treatment demonstration areas on public or private lands.

### Research and Demonstration

Demonstration areas for current and emerging technologies play an important role in facilitating research and evaluating efficacy of treatment applications. Current BLM practice allows for limited and controlled use of new herbicides on demonstration plots up to 5 acres in size, with a maximum of 15 acres per field office. Approval to adopt a new herbicide for research and demonstration use is provided by the Washington Office after an initial evaluation of

BLM_0001010

USEPA Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) registration materials and risk assessments. If research and demonstration results appear favorable, BLM then considers the herbicide for general approval after further human health and ecological risk assessments are undertaken, and the results are evaluated through the National Environmental Policy Act (NEPA) process.

## Technical Research and Publications

In addition to the professional journals associated with vegetation management societies and associations, the BLM obtains information on vegetation management and herbicide treatments from the following sources: USDA Agricultural Research Service research publications, university research summaries, cooperative extension service publications, USEPA registration data, toxicological and risk assessment studies, literature summaries, and technical databases. Databases and technical sources consulted by the BLM include: AGRICOLA, ASFA (Aquatic Sciences and Fisheries Abstracts), Biological Sciences, BIOSIS/Biological Abstracts, Chemical Abstracts/Scifinder Scholar, Environmental Science and Pollution Management, MedLine, Safety Science and Risk, Toxline, Water Resources Abstracts, Web of Science/Science Citation Index, and Zoological Records. The general public and non-governmental organizations also provide the BLM with information through the NEPA process, and other participatory processes.

## Vendor Marketing

Vendors of invasive plant control technologies, including agrochemical company representatives, contact the BLM to introduce new active ingredients and new formulations, and to provide updates on existing products. These contacts may come in the form of mailed brochures or advertisements, telephone contacts, or personal visits. Companies may sponsor seminars in local cities and towns to promote and educate local, county, state, and federal professionals in the area on the safe use of products and technologies.

Occasionally, members of the public who are interested in various approaches to vegetation treatment send relevant information to the BLM. As with vegetation treatment methods identified through other avenues, if the BLM determines that the approach may have some utility for meeting its needs,

a product demonstration or additional information may be requested.

# Determining the Need for New Herbicides

In order for the BLM to consider and approve a new active ingredient or formulation, the BLM must first consider whether there is a need for an available product. Factors that would be considered when assessing the need for adopting an available product include, but are not limited to: spectrum of application, efficacy, factors that could limit efficacy, extent or scope of use, cost, availability, availability of substitute or alternative products or technologies, expected effectiveness compared to any currently used methods, previous use reports at other sites and their outcomes, results from research and demonstration use, training and personnel requirements, and any other relevant factors including hazards and risks. Once a need is determined, the BLM then integrate the approval process with its annual budget cycle. In general, the approval/budget process should take approximately 2 fiscal years to complete once a need for an available product is identified (see Figure E-1).

The determination for the need is a primarily a "bottom up" process that would typically start with the BLM field office collecting information regarding the need to: 1) add a new active ingredient to the BLM list of approved active ingredients; 2) modify existing labels (e.g., add aerial applications to a label); or 3) identify new active ingredients through contacts within the local research community. Once the BLM field office determines a need, it would provide a summary and request as an attachment to its end-of-year (EOY) pesticide use report.

Once the request is made, it would then go to the state weed or pesticide coordinator, who would review the request and any other requests received. The state weed or pesticide coordinator would then screen the suggestions and requests, clarify any information required, submit additional requests and suggestions identified throughout the year by other sources, and provide a single summary request to the BLM Washington, D.C., office with its annual state-wide pesticide use report.

Before an herbicide active ingredient is proposed for consideration by the BLM field or state office, it will

BLM_0001011



**Figure E-1. New Herbicide Evaluation and Approval Process.**

have a completed USEPA FIFRA registration in place, and be labeled for use on the site proposed (e.g. rangeland, pasture, non-cropland, aquatic habitat). The BLM would not consider any active ingredients in its review and approval process, including research and demonstration, for products proposed to be registered, or in the registration process, before the FIFRA registration process is complete. The BLM would comply with changes in label directions that may occur in the future, and would comply with state registration requirements. Thus, if current state requirements do not allow the application of an herbicide being considered for use by the BLM, the BLM would not apply that herbicide in the state where it is not approved for use.

Proposals and suggestions would be received and reviewed by the BLM office in Washington, D.C.. Specialists involved in this review would include the senior weed specialist, integrated pest management specialist, rangeland specialist, and others who may

have an interest in the determination to be made. This group would determine whether the new active ingredient being proposed would benefit the BLM, or if the benefit would be so limited in scope that the cost to proceed would not be justified. This group would also determine whether a proposed label modification would benefit the entire BLM. Once the proposals and suggestions have been reviewed, final recommendations would be forwarded by the Rangeland Division Chief to the Assistant Director for Renewable Resources and Planning for inclusion into the following fiscal year's budget process to conduct risk assessments.

# Assessment of Hazards and Risks

Any new herbicide considered for use by the BLM must be registered under FIFRA, which requires product performance data relating to its effectiveness.

BLM_0001012

This requirement was designed "to ensure that pesticide products will control the pests listed on the label and that unnecessary pesticide exposure to the environment will not occur as a result of the use of ineffective products" (40 Code of Federal Regulations [CFR] 158.202[i]). Therefore, any new pesticide registered under FIFRA is expected to be generally effective for the labeled uses. To further assess the potential for site-specific effectiveness prior to an actual application in the field, the BLM field office manager would investigate its use through professional networks, technical publications, and research reports, such as those described in the previous section.

As stated above, the BLM only uses herbicide products that are registered by the USEPA under FIFRA. For an herbicide to be considered for use on public lands, a body of USEPA-reviewed toxicological, environmental fate, and ecotoxicity data submitted by the pesticide manufacturer to support its registration application would be available for review, especially for new active ingredients. Active ingredients for products undergoing re-registration could have fewer data available if the original registration package did not include extensive ecological toxicity data. These data could then be used to conduct an assessment of the potential human health and ecological risks from the herbicide's use, including, but not limited to, the following components:

- Identification of potential use patterns, including target plants, formulation, application methods, locations to be treated, application rate, and anticipated frequency.

- Review of chemical hazards relevant to the human health risk assessment, including systemic and reproductive effects, skin and eye irritation, allergic hypersensitivity, carcinogenicity, dermal absorption, eurotoxicity, immunotoxicity, and endocrine disruption.

- Estimation of exposure to workers applying the chemical or re-entering a treated area.

- Environmental fate and transport, including drift, leaching to groundwater, and runoff to surface streams and ponds.

- Estimation of exposure to members of the public.

- Review of available ecotoxicity data, including hazards to mammals, birds, reptiles, amphibians, fish, and aquatic invertebrates.

- Estimation of exposure to terrestrial and aquatic wildlife species.

- Characterization of risk to human health and wildlife.

If the available toxicity or ecotoxicity data were inconclusive, or if substantial disagreement should occur among the results of technical studies that could affect the potential risk conclusions for the chemical, the BLM would conduct a formal peer review of the available scientific information to develop a consensus as to the endpoint(s) in question. The peer review process would include the following steps, based largely on USEPA's peer review process (USEPA 2000):

- The BLM would conduct a literature search of studies submitted to the USEPA, studies published in professional journals, and research projects conducted by other government agencies or universities. The identified literature would be indexed and abstracted.

- A peer review committee would be formed, consisting of reviewers with recognized relevant technical expertise, who represent a balanced range of scientific points of view, and who do not have any real or perceived bias or conflict of interest. The peer reviewers would be supplied with their charge, the results of the literature review, and a description of the issue at hand.

- The input of each reviewer would be sent to BLM. If the results of the peer review were not consistent at this point, a working session would be convened, in which the peer reviewers would come together to discuss the technical aspects of the questions and attempt to reach a consensus.

The details of the peer review process would be determined by the question to be answered and the nature of the controversy. To the extent they are relevant, the guidelines and processes in USEPA's *Peer Review Handbook* (USEPA 2000) would be followed.

BLM_0001013

After making a decision to budget for the risk assessment(s), the next step would be to review the human health and ecological risk assessment protocols. The initial protocols to be reviewed are the protocols used in this PEIS effort for the HHRA and ERA (see appendices B and C; ENSR 2004, 2005). The BLM assumes there would be further research conducted on a continuing and ongoing basis, and environmental standards and end-points would change over time, as the science was refined. There would be regulatory changes, as well, to keep pace with new information. Therefore, it is required that the risk assessment protocols be reviewed by the BLM to ensure they reflect the best science available and to ensure current standards for environmental review are utilized while the risk assessments are conducted. If there were new information, or changes to environmental standards were identified, the protocols would be revised as required to meet the new standards prior to conducting additional risk assessments, whether for new active ingredients or new risk assessments for previously-approved active ingredients. Standards for literature review in the protocols would also be reviewed and updated as necessary to ensure that all ecotoxicological literature available was identified prior to conducting a risk assessment.

# NEPA Documentation

The potential use of new herbicides would require a review to ensure compliance with NEPA. The review would follow the process outlined in the BLM *National Environmental Policy Act Handbook* (H-1790-1; USDI BLM 1988). The review process would consist of the steps outlined in the following text.

## Review Existing NEPA Documents

The following text describes the types of NEPA documents that would be reviewed to determine whether any have fully covered the use of the proposed new herbicide.

### BLM NEPA Documents

The BLM would review this PEIS or other agency Programmatic EISs for relevant information about the proposed herbicide. The BLM would also review NEPA documents prepared by other federal agencies with the BLM as a cooperating agency for relevant information.

### Other Agency NEPA Documents

NEPA documents for which the BLM was not listed as a cooperating agency, but for which the scope is relevant to evaluation of the proposed herbicide, would also be reviewed by the BLM. Possible source agencies could include the USDA Forest Service, National Park Service, USDA Animal and Plant Health Inspection Service, and the military services.

Depending on the outcome of the review, it might be appropriate to tier, supplement, or incorporate by reference parts or all of existing document(s) as part of the document preparation process:

- *Tiering* (40 CFR 1508.28) could be used to prepare new, more specific, or more narrow environmental documents without duplicating relevant parts of previously prepared general documents, such as this PEIS. Tiering is mostly used to avoid unnecessary paperwork; documents can be tiered only if decisions made in the new document would not change or modify the decision(s) of the more general document.

- *Supplementing* (40 CFR 1502.9c) is most often used to address alternatives not previously analyzed, and may lead to a new decision. In this instance, a supplemental EIS (SEIS) to this PEIS could be prepared. Supplemental documents are generally prepared when there is a substantial change in the proposed action that is relevant to environmental concerns; that is, if there are significant new circumstances or facts relevant to environmental concerns and bearing on proposed action or impacts that were not addressed in the previous analysis. If the existing PEIS is supplemented, the same standard procedural and documentation requirements for EISs are followed (see Chapter 5 of the *National Environmental Policy Act Handbook*; USDI BLM 1988), except that additional scoping is optional. In addition, the SEIS must identify the EIS being supplemented and explain the relationship to the prior analysis early in the text. Further, the SEIS should identify changes in the proposed project and/or significant new information or changed circumstances that necessitate preparation of the supplement.

BLM_0001014

- *Incorporating by reference* (40 CFR 1502.21) is a technique used to avoid redundancies in analysis and to reduce the bulk of a NEPA document. An EIS must identify the documents that are incorporated by reference and indicate where they are available for public review. Relevant portions of the incorporated analysis must be referenced by page number, and summarized in the EIS to the extent necessary to provide the decisionmaker and public with an understanding of significance of the referenced material to the current analysis. The new NEPA document must be able to stand alone.

If existing NEPA documentation was found to be adequate, but the BLM was not formally a cooperating agency on the document, then the BLM would adopt the document to comply with NEPA; adoption would be in accordance with the requirements set forth in 40 CFR 1506.3.

If existing NEPA documentation was determined to be inadequate, a new NEPA document would be prepared.

## Prepare a New NEPA Document

The process for complying with NEPA for proposals to approve the use of new active ingredients on BLM public lands differs from the standard NEPA screening process for other federal actions. For example, neither the USDI, nor the BLM have categorical exclusions ("a category of [federal] actions that does not individually or cumulatively have a significant effect on the human environment…for which, therefore, neither an EA nor an EIS is required;" 40 CFR 1508.4) that address the use of herbicides; therefore, this step does not apply. The BLM, through this and previous EISs, has already determined that approval of herbicides for future use on public lands is a controversial federal action significantly affecting the human environment. It is therefore inappropriate to use an EA and Finding of No Significant Impact (FONSI) for such approval. This is not to say a particular project involving the use of herbicides could not be assessed with an EA level analysis, properly tiered to a land use plan EIS or other NEPA document, such as this Programmatic EIS. This determination of significance only applies to the approval of a new active ingredient for use by BLM overall. Site-specific impacts for any project using herbicides would be assessed at a level appropriate for the project, using the standards for "Significantly" found under 40 CFR 1508.27.

Initially, the BLM would use this PEIS as its basis for conducting future risk assessments and approvals. Following the guidance under 40 CFR 1502.9 (4) *Environmental Impact Statement, Draft, Final and Supplemental Statements*, the BLM would conduct risk assessments on new active ingredients and build on the analysis contained in this PEIS through the issuance of a Supplemental EIS (SEIS). A final decision on whether an active ingredient was approved would be recorded in a Record of Decision. Supplemental EISs would be utilized for approvals of new active ingredients until such time as the need for a new programmatic EIS was warranted and such a document was prepared. For cost efficiency, it is recommended that BLM assess several active ingredients together in one Supplemental EIS.

## Special Status Species

Federal policies and procedures for protecting federally-listed threatened and endangered plant and animal species, and species proposed for listing, were established by the Endangered Species Act (ESA) of 1973 and regulations issued pursuant to the Act. The purposes of the Act are to provide mechanisms for the conservation of threatened and endangered species and their habitats. Under the ESA, the Secretary of the Interior is required to determine which species are threatened or endangered and to issue recovery plans for those species.

Section 7 of the ESA specifically requires all federal agencies to use their authorities in furtherance of the ESA to carry out programs for the conservation of listed species, and to ensure that no agency action is likely to jeopardize the continued existence of a listed species or adversely modify critical habitat. Policy and guidance (BLM Manual 6840) also stipulates that species proposed for listing are managed at the same level of protection as listed species.

The BLM state directors may designate sensitive species in cooperation with their respective state. These sensitive species (special status) must receive, at a minimum, the same level of protection as federal candidate species. The BLM will also carry out management for the conservation of state-listed species, and state laws protecting these species shall apply to all BLM programs and actions to the extent

BLM_0001015

that they are consistent with the FLPMA and other federal laws.

The BLM would consult with the USFWS and NMFS. Should the BLM decide to use new herbicides or herbicide-application technologies in the future, as required under Section 7 of the ESA. As part of this process, the BLM would prepare a consultation package that could include a description of the program; species listed as threatened or endangered, species proposed for listing, and critical habitats that could be affected by the program; and a BA that evaluated the likely impacts to listed species, species proposed for listing, and critical habitats from the proposed vegetation treatment program. The BLM would also provide guidance on actions that would be taken by the BLM to avoid adversely impacting species or result destroying critical habitat.

Before any vegetation treatment or ground disturbance occurs, BLM policy requires a survey of the project site for species listed or proposed for listing, or special status species. This is done by a qualified biologist consulting state and local databases, and visiting the site at the appropriate season. If a proposed project may affect a proposed or listed species or its critical habitat, the BLM consults with the USFWS and/or NMFS. A project with a "may affect, likely to adversely affect" determination requires formal consultation and receives a Biological Opinion from the USFWS and/or NMFS. A project with a "may affect, not likely to adversely affect" determination requires informal consultation and receives a concurrence letter from USFWS and/or NMFS.

BLM_0001016

# References

ENSR. 2004. Vegetation Treatments Programmatic EIS Ecological Risk Assessment Protocol. Report Prepared for the Bureau of Land Management, Reno, Nevada. Westford, Massachusetts.

ENSR. 2005. Human Health Risk Assessment Final Report. Report Prepared for the Bureau of Land Management, Reno, Nevada. Westford, Massachusetts.

US Department of the Interior Bureau of Land Management (USDI BLM). 1988. National Environmental Policy Act Handbook. Bureau of Land Management Handbook H-1790-1 Washington, D.C.

U.S Environmental Protection Agency (USEPA). 2000. Peer Review Handbook 2nd Edition. Washington, D.C. Available at: http://www.epa.gov/osp/spc/prhandbk.pdf

BLM_0001017

# APPENDIX F
# MANUALS AND HANDBOOKS

BLM_0001019

# APPENDIX F

# REFERENCE MANUALS AND HANDBOOKS

General and specific program direction, such as policy, required procedures, and standards concerning the use of renewable resource improvements are contained in a number of BLM Manual Sections and Handbooks. The following list of references provides a general index to this information for use by BLM managerial and staff personnel. A complete listing of all BLM Section Codes can be found in Appendix 3, pages 93-168 in BLM Manual Section 1220 Records and Information Management and is available at: http://www.blm.gov/nhp/efoia/wo/manual/1220.pdf.

| | |
|---|---|
| Manual Section 1112 | Safety |
| Manual Section 1220 | Records and Information Management |
| Manual Section 1510 | Procurement |
| Manual Section 1601 | Bureau Planning System |
| Handbook H-1601-1 | Land Use Planning Handbook |
| Manual Section1616 | Prescribed Resource Management Planning Actions |
| Manual Section 1617 | Resource Management Plan Approval, Use, and Modification |
| Manual Section 1619 | Activity Plan Coordination |
| Manual Sections 1620-1625 | Supplemental Program Guidance |
| Manual Section 1734 | Monitoring and Inventory Coordination |
| Manual Section 1740 | Renewable Resource Improvements and Treatments |
| Handbook H-1740-1 | Renewable Resource Improvement and Treatment Guidelines and Procedures |
| Manual Section 1741 | Renewable Resource Improvements, Practices, and Standards |
| Handbook H-1741-1 | Fencing |
| Handbook H-1741-2 | Water Developments |
| Manual Section 1742 | Emergency Fire Rehabilitation |
| Handbook H-1742-1 | Emergency Fire Rehabilitation |
| Manual Section 1743 | Renewable Resource Investment Analysis |
| Handbook H-1743-1 | Resource Investment Analysis: User Handbook for the SageRam Computer Program |
| Manual Section 1745 | Introduction, Transplant, Augmentation and Reestablishment of Fish, Wildlife and Plants |
| Handbook H-1790-1 | National Environmental Policy Act Handbook |
| Manual Section 2920 | Leases, Permits, and Easements |
| Manual Section 4010 | Range Management Program Records |
| Handbook H-4010-1 | Range Management Program Records |
| Manual Section 4100 | Grazing Administration – Exclusive of Alaska |
| Manual Section 4120 | Grazing Management |
| Handbook H-4120-1 | Grazing Management |
| Manual Section 4180 | Rangeland Health Standards |

BLM REFERENCE MANUALS

| | |
|---|---|
| Handbook H-4180-1 | Rangeland Health Standards |
| Manual Section 4400 | Rangeland Inventory, Monitoring, and Evaluation |
| Handbook H-4400-1 | Rangeland, Inventory, Monitoring, and Evaluation |
| Handbook H-4410-1 | National Range Handbook |
| Manual Section 5000 | Forest Management |
| Manual Section 5000-1 | Forest Management Public Domain |
| Manual Section 5400 | Sales of Forest Products |
| Handbook H-6310-1 | Wilderness Inventory and Study Procedures |
| Manual Section 6500 | Wildlife and Fisheries Management |
| Manual Section 6720 | Aquatic Resources Management |
| Manual Section 6780 | Habitat Conservation Management Planning |
| Manual Section 6840 | Special Status Species Management |
| Manual Section 7000 | Soil, Water, and Air Management |
| Manual Section 8100 | the Foundations for Managing Cultural Resources |
| Manual Section 8110 | Identifying and Evaluating Cultural Resources |
| Manual Section 8120 | Tribal Consultation under Cultural Resources Authorities |
| Handbook H-8120-1 | General Procedural Guidance for Native American Consultation |
| Manual Section 8130 | Planning for Uses of Cultural Resources |
| Manual Section 8140 | Protecting Cultural Resources |
| Manual Section 8150 | Permitting Uses of Cultural Resources |
| Handbook H-8160-1 | General Procedural Guidelines for Native American Consultation |
| Manual Section 8170 | Interpreting Cultural Resources for the Public |
| Manual Section 8270 | Paleontological Resource Management |
| Handbook H-8270-1 | General Procedural Guidance for Paleontological Resource Management |
| Manual Section 8351 | Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, and Management |
| Manual Section 8400 | Visual Resource Management |
| Handbook H-8410-1 | Visual Resource Inventory |
| Manual Section 8431 | Visual Resource Contrast Rating |
| Handbook H-8550-1 | Interim Management Policy for Lands under Wilderness Review |
| Manual Section 8560 | Management of Designated Wilderness Areas |
| Handbook H-8560-1 | Wilderness Management |
| Manual Section 9011 | Chemical Pest Control |
| Handbook H-9011-1 | Chemical Pest Control |
| Manual Section 9012 | Expenditure of Rangeland Insect Pest Control Funds |
| Manual Section 9014 | Use of Biological Control Agents of Pest on Public Lands |
| Manual Section 9015 | Integrated Weed Management |
| Manual Section 9100 | Engineering |
| Manual Section 9101 | Facility Planning |
| Manual Section 9102 | Facility Design |
| Manual Section 9103 | Facility Construction |
| Manual Section 9104 | Facility Maintenance |
| Manual Section 9114 | Trails |

BLM_0001021

| | |
|---|---|
| Manual Section 9132 | Operational Signs |
| Manual Section 9172 | Water Control Structures |
| Handbook H-9172-1 | Water Control Structures – Guidelines for Design |
| Handbook H-9172-2 | Water Control Structures – Guidelines for Construction Drawings |
| Manual Section 9177 | Maintenance and Safety of Dams |
| Handbook H-9177-1 | Performing Condition Surveys for Earth Embankment Dams |
| Handbook H-9177-2 | Performing Emergency Action Plans |
| Handbook H-9177-3 | Reporting Dam Failures |
| Manual Section 9182 | Wastewater Treatment |
| Manual Section 9183 | Municipal – Community Related Solid Waste |
| Manual Section 9184 | Drinking Water Supply |
| Manual Section 9210 | Fire Management |
| Manual Section 9211 | Fire Planning |
| Handbook H-9211-1 | Fire Management Activity Planning Procedures |
| Manual Section 9214 | Prescribed Fire Management |
| Handbook H-9214-1 | Prescribed Fire Management |
| Manual Section 9215 | Fire Training and Qualifications |
| Manual Section 9218 | Fire Reporting and Statistics |
| Manual Section 9220 | Integrated Pest Management |

BLM_0001022

BLM_0001023

# APPENDIX G
# TRIBAL AND AGENCY CONSULTATION

BLM_0001024

BLM_0001025

# TRIBAL CONSULTATION

BLM_0001027



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov
July 3, 2002

**RE:   Bureau of Land Management (BLM) Vegetation Treatments Programmatic Environmental Impact Statement (EIS) for the Western U.S., Including Alaska**

Dear Chairperson:

The Bureau of Land Management (BLM) is preparing a programmatic EIS to evaluate the impacts of the vegetative treatments on the environment and local economies.  The BLM is proposing to treat vegetation on approximately six million acres annually in the western U.S., and Alaska.  The purpose of these treatments is to conserve and restore the function of vegetation, watershed, and fish and wildlife habitat. Vegetation treatment methods could include mechanical, manual, chemical, biological, and cultural control, as well as prescribed fires. Cultural control utilizes goats and other animals.

Approximately half the acres would be treated to restore historic fire regimes and to reduce the risk of wildfires on BLM-administered lands.  The BLM estimated that 1-1-½ million acres of wildfire-damaged land would be treated annually under the Emergency Stabilization and Rehabilitation program.  The BLM would manage the rest of the acreage under several programs, including the control of noxious weeds, invasive plants, and the restoration of damaged lands by seeding and replanting.

As part of the program, the BLM is proposing to evaluate five new herbicides for possible use on public lands in the EIS.  We are currently assessing risk to humans, fish, and wildlife from use of these chemicals.  In addition, BLM will develop a protocol as part of the EIS which will allow us to streamline the process of evaluation and approval of herbicides that may be developed in the future.

The vegetation treatment actions would occur on public lands administered by the BLM in Alaska, Arizona, California, Colorado, Idaho, Kansas, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Texas, Washington, and Wyoming.  The enclosed sheet titled "Frequently Asked Questions" discusses the vegetation treatment's program and the EIS, and the enclosed map shows the locations of BLM-administered lands in your State.

2

The programmatic EIS is designed to look at the broad impacts associated with the design to implement the vegetation treatment program. Because the program covers such a large area, assessing site-specific impacts in this EIS is not realistic. This approach will allow the future development of more site-specific National Environmental Policy Act documents, such as land-use plans and project-specific analysis. The need for repetitive discussion of the same issues in the site-specific documents will be eliminated.

The BLM is coordinating closely with other Federal, State, and local agencies, Native American Tribes, Alaska Native groups, and other stakeholders. The BLM recently completed public scoping and is in the process of reviewing comments and identifying alternative treatment actions to the proposed action. We anticipate that the Draft EIS will be completed later this fall.

The BLM seeks to address the effects of treatment methods on resources used by Native Americans and Alaska Native groups. We ask that you review the enclosed materials and inform us of any concerns you might have about any of the proposed vegetation treatments. We are particularly interested in potential impacts on subsistence plants and animals, and on traditional cultural properties. We are also interested in potential impacts on resources associated with reserved rights under treaty, where they exist. Could you tell us which of the treatment activities are of further concern to you? Please let us know whether you would like to provide information and if you would like to participate in the environmental process by receiving review copies of the documents that we produce. Continued consultation with the affected Indian Tribes and Alaska Native groups will occur during the development and implementation of special projects by BLM field offices. We will keep you informed as to the progress of the project. You may also visit the BLM website to learn more about the project: http://www.blm.gov/weeds/VegEIS/index.htm.

Thank you for your time and consideration of this request. We would appreciate your response within 30 days. If you have any questions, concerns, or would like additional information, please contact Gina Ramos, co-team lead at 202-452-4084 or Brian Amme, Project Manager at 775-861-6645.

Sincerely,

Assistant Director, Renewable Resources
and Planning

2 Enclosures
   1 - Frequently Asked Questions
   2 - Project Area Map




# BUREAU OF LAND MANAGEMENT

## VEGETATION TREATMENTS PROGRAMMATIC EIS FOR THE WESTERN U.S. AND ALASKA

**Frequently Asked Questions**

### Project Description

Q.  What is the Bureau of Land Management (BLM) proposing to do?
A.  The BLM is proposing to treat soil and vegetation on an estimated 6 million acres annually in the western U.S. and Alaska.  The purpose of these treatments would be to conserve and restore vegetation, fish and wildlife habitat, and watershed functions using several treatment methods. Mechanical, manual, chemical, biological, and cultural (use of goats and other animals) treatment methods, and prescribed fire, would be used to treat vegetation.

Over half of the acres would be treated to restore historic fire regimes and reduce the risk of wildfire on BLM-administered lands.  An estimated one million acres damaged by wildfires would be treated annually under the Emergency Stabilization and Rehabilitation Program. The remaining acreage would be managed under several BLM programs, and management would primarily involve the control of noxious weeds and invasive plants, and the restoration of damaged lands by seeding and replanting.

In addition, the BLM may be allowed to use several proposed herbicides that will be evaluated in the EIS, as well as new chemicals that may be developed in the future.

Q.  Where would the proposed actions occur?
A.  The vegetation treatment actions would occur on public lands administered by the BLM in the western U.S. and Alaska.  The majority of these lands are in Alaska, Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming.

Q.  Will the EIS include National Monuments and National Conservation Areas?
A.  Yes, since they are included in the project area. These units will be analyzed as part of the broad programmatic treatment area to the extent that conservation and restoration project work, including invasive and noxious weed treatments, are allowed by the individual National Landscape Conservation System proclamations.

Q.  How is this project different from what the BLM is already doing?
A.  The BLM is currently authorized under earlier National Environmental Policy Act (NEPA) programmatic EISs to treat vegetation on approximately 500,000 acres in the western U.S.; however, Alaska was not included in the analyses in these EISs. Under the proposed program, the BLM would be able to treat several million more acres annually, and treatment activities in Alaska would also be covered under this EIS.

Q.  Why does the BLM need to treat several million more acres annually?
A.  Numerous large wildfires in the west in recent years have made it imperative that wildfire fuels be reduced to decrease the potential for future catastrophic wildfires.  Over half of the acres would be treated to restore historic fire regimes and to reduce risk of wildfire on BLM-administered lands, especially those near urban areas. Over a million acres of lands burned by wildfires would be restored annually by seeding and planting. The remaining acres would be treated under several BLM programs, and management would primarily involve the control of noxious weeds and invasive plants.

**EIS Development Process**

Q.  Why is the BLM developing this EIS?

A.  The BLM is preparing a programmatic EIS to evaluate the impacts of treatments for the conservation and restoration of vegetation, watershed, and fish and wildlife habitat on surface lands administered by the BLM in the western U.S., including Alaska. The BLM is developing the EIS to update and replace analyses contained in four existing vegetation treatment EISs that were completed between 1986 and 1992. These documents are becoming less useful because new information is now available, and conditions and circumstances influencing treatment requirements have changed. For example, several new fire initiatives, including the National Fire Plan, Integrated Weed Management Plan, and Great Basin Restoration Initiative, have identified a need to do more vegetative treatments across the landscape to reduce the risks of wildfires and to control noxious weeds. The EIS is also being developed to analyze similar activities on BLM-administered lands in Alaska, which were not included in the earlier EISs.

Q.  What is the purpose of the EIS?

A.  The EIS will: (1) provide a comprehensive analysis of BLM conservation and restoration activities involving the treatment, modification, or restoration of vegetation, fish and wildlife habitat, and watersheds; (2) provide a comprehensive programmatic NEPA document for use by local BLM field offices for local land-use planning; (3) serve as a baseline cumulative impact assessment; (4) assess human and environmental health risks from proposed new herbicides and prescribed burning activities; and (5) consider state-specific activities, including hazardous fuels treatments, to protect communities and restore desired natural fire regimes.

Q.  Is the EIS a land-use plan?

A.  No, the EIS is neither a land-use plan nor an amendment to a land-use plan. As a programmatic EIS, it will not determine land use on the public lands and will not address specific agency management decisions developed under local land use plans.

Q.  What is the difference between a programmatic EIS and project-specific EIS?

A.  A programmatic EIS is designed to look at the broad, generic impacts associated with a decision to fully implement a program. Because this EIS covers vegetation treatment activities on 15 states, it is not realistically possible to assess site-specific impacts associated with the program. A programmatic EIS also allows for the tiering of more site-specific NEPA documents, such as land-use plans, eliminating the need for repetitive discussions of the same issues. A project-specific EIS looks at impacts associated with a site-specific project, such as vegetation treatment activities on 1,000 acres of BLM-administered lands.

Q.  How will this EIS affect current and future local land-use plans?

A.  There should be little effect on current land-use plans. However, the programmatic EIS should minimize the need for cumulative impact documentation in future individual land-use plans, revisions, amendments, and EISs. The EIS will act as an umbrella document under which the local field offices can develop local land-use plans by providing comprehensive general guidelines, and will serve as a baseline cumulative impact assessment.

Q.  Who is developing the EIS?

A.  The BLM Office of Rangelands, Soils, Water and Air in Washington, D.C., is leading the project, supported by BLM technical resource specialists in BLM offices throughout the western U.S. and Alaska. ENSR International, a third-party contractor, will conduct the public meetings and prepare the EIS in accordance with BLM guidelines and oversight.

Q.  Are there any other federal agencies involved in the effort?
A.  There are no other federal agencies involved as cooperating agencies; however, the project is being closely coordinated with the U.S. Fish and Wildlife Service, National Marine Fisheries Service, and Environmental Protection Agency.

Q.  Are tribal, state, and local governments involved in the EIS process?
A.  The BLM will coordinate closely with tribal, state, and local governments, the National Association of Counties, and the Western Governors Association throughout development of the EIS.

Q.  How much has been done so far, and what is the next step?
A.  The Notice of Intent to develop the EIS was published in the Federal Register on October 12, 2001, and a news release was distributed to the media, interested groups, and state agencies by the BLM at the same time. A notice of the extension of the public comment period and the schedule for scoping meetings was published in the Federal Register on January 2, 2002, and a "Questions and Answers" information sheet was distributed on the same date. Nineteen public scoping meetings will be held throughout the western U.S., and in Alaska and Washington, D.C., during January through mid March.

Q.  When is the EIS scheduled for completion?
A.  The Draft EIS is scheduled to be completed in the fall of 2002, and the Final EIS in late summer 2003.

**Potential Issues to Be Examined in the EIS**

Q.  Does this EIS involve controversial issues?
A.  It is anticipated that most public scrutiny will focus on issues associated with the use of prescribed fire and restoration of fire-adapted ecosystems, and the use of herbicides to control noxious weeds and other vegetation. Specific issues to be addressed in the EIS include the impacts of wildfires and prescribed fires on regional air quality; effects of herbicides on human and environmental health; effects of treatment methods on threatened and endangered species; and effects of treatment methods on resources used by Native Americans and Alaska Native groups.

Q. What issues will this EIS not cover?
A. The EIS will not address vegetation management that is primarily focused on commercial timber or other forest product enhancement and use, livestock forage enhancement and use, abandoned mine land reclamation, and energy production. The EIS will not analyze fire suppression operations and soil stabilization, except where related to vegetation treatment. The EIS also will not make land use allocations, or evaluate off-road vehicle use of BLM-administered lands.

Q.  Will there be an assessment of risks to the public and the environment from the use of herbicides and prescribed burning?
A.  A risk assessment will be done to determine the likely risks to humans and wildlife from the treatments involving new herbicides proposed for use by the BLM, and from prescribed burning. The EIS will not evaluate the risks from herbicides presently being used by the BLM, which have already been evaluated in the earlier EISs, unless new information has become available to suggest that these herbicides require further evaluation.

Q.  Will the EIS include alternatives for treating vegetation and mitigation?
A.  Yes, the EIS will include alternative proposals for treating vegetation, including the use of preventive measures and operational procedures to reduce impacts to humans and the environment.

Q.  Will there be a process developed to determine which new chemicals the BLM can use to control vegetation?

A.  Yes, the EIS will also include protocol that the BLM should follow to evaluate new chemicals that may be developed in the future, prior to their use by the agency.  These herbicides could only be used if they are: (1) registered for use by the EPA; (2) used for treatment of appropriate vegetation types and at application rates specified on the label directions; and (3) determined to be safe to humans and the environment based on a toxicological and environmental impacts analysis of the herbicides by the BLM.

**Public Involvement**

Q.  When will the public be able to make comments on the project?

A.  NEPA regulations require federal agencies to seek public input during development of the EIS. The public will have several opportunities to discuss this project with the BLM and to make comments, such as:

- At public scoping meetings held in 19 cities from January 8 through March 12, 2002.
- By submitting comments on issues identified in the scoping process and any additional issues that should be addressed, through March 29, 2002.
- By submitting comments through additional public comment periods associated with the Draft EIS and Final EIS.

Q.  How can the public comment on the program?

A.  The public can provide formal comments to the court reporter who will be available during each scoping meeting. Forms to submit written comment will also be available during the scoping meeting, and at local BLM offices, and can be turned in to the BLM at the scoping meeting or local office. These forms, or other written comments, can also be mailed to: Brian Amme, Project Manager, Bureau of Land Management, P.O. Box 12000, Reno, NV 89520-0006.  Comments can also be faxed to Mr. Amme at (775) 861-6712.

Q. What will be done with these comments?

A. The comments will be compiled and summarized by major resource areas and issues in a scoping summary report. Public comments, and the scoping summary report, will be used to evaluate issues and concerns associated with the proposed program, and to develop alternative programs to treat vegetation on BLM-administered lands. Alternative programs could involve vegetation treatment using fewer treatment methods than are currently proposed by the BLM, or different amounts of acres treated using each method. The scoping summary report will be made available to the public in late spring.

Q.  How can I find out more about the project, review the earlier EISs, and follow the progress of the EIS?

A.  A website is currently under construction on the BLM website (www.blm.gov) and will be available in February 2002.



California



BLM-Administered Lands
BLM National Monument
BLM National Conservation Area
State Office
Field Office          BLM State Jurisdiction          County Line
Field Office (Tier 3)   Field Office Jurisdiction        State Line
                       Field Office Jurisdiction (Tier 3)

In addition to the surface acreage shown, the BLM manages
47.5 million acres of subsurface mineral estate for this state jurisdiction.

For more information on this data, contact
Keith Francis at NSTC. keith_francis@blm.gov or 303-236-0113.

Ms. Judith Bittner, SHPO
Alaska Department of Natural Resources
Office of History & Archeology
550 West 7th Avenue, Suite 1310
Anchorage, AK 99501-3565

Mr. James W. Garrison, SHPO
Arizona State Parks
1300 West Washington
Phoenix, AZ 85007

Dr. Knox Mellon, SHPO
Office of Hist Pres, Dept Parks &
Recreation
P.O. Box 942896
Sacramento CA 94296-0001

Ms. Georgianna Contiguglia, SHPO
Colorado Historical Society
1300 Broadway
Denver, CO 80203

Steve Guerber, SHPO
Idaho State Historical Society
1109 Main Street, Suite 250
Boise, ID 83702-5642

Dr. Ramon S. Powers, SHPO, Executive
Director
Kansas State Historical Society
6425 Southwest 6th Avenue
Topeka, KS 66615-1099

Dr. Mark F. Baumler, SHPO
State Historic Preservation Office
1410 8th Avenue
P.O. Box 201202
Helena, MT 59620-1202

Mr. Lawrence Sommer, SHPO
Nebraska State Historical Society
P.O. Box 82554
1500 R Street
Lincoln, NE 68501

Mr. Ronald James, SHPO
Historic Preservation Office
100 N Stewart Street
Capitol Complex
Carson City, NV 89701-4285

Elmo Baca, SHPO
Historic Preservation Div.
Affairs
228 East Palace Avenue
Santa Fe, NM 87503

Mr. Merlan E. Paaverud, Jr., SHPO
State Historical Society of North Dakota
612 E. Boulevard Ave.
Bismarck, ND 58505

Dr. Bob L. Blackburn, SHPO
Oklahoma Historical Society
2100 N. Lincoln Blvd.
Oklahoma City, OK 73105

Mr. Michael Carrier, SHPO
State Parks & Recreation Department
1115 Commercial Street, NE
Salem, OR 97301-1012

Mr. Jay D. Vogt, SHPO
State Historic Preservation Office
Cultural Heritage Center
900 Governors Drive
Pierre, SD 57501

Mr. F. Lawerence Oaks, SHPO
Texas Historical Commission
P.O. Box 12276
Austin, TX 78711-2276

Mr. Max Evans, SHPO
Utah State Historical Society
300 Rio Grande
Salt Lake City, UT 84101

Dr. Allyson Brooks SHPO
Ofc of Archeology & Historic Preservation

PO Box 48343
Olympia, WA 98504-8343


Mr. Richard Currit, SHPO
Wyoming State Hist. Pres. Ofc.
2301 Central Avenue, 4th Floor
Cheyenne, WY 82002

NAVAJO NATION
Dr. Alan Downer, HPO
PO Box 4950
Window Rock, AZ 86515
520-871-6437 FAX: 520-871-7886

BLM_0001036

# OMAHA TRIBE OF NEBRASKA



P. O. Box 368
Macy, Nebraska 68039

**EXECUTIVE OFFICER**
Donald F. Grant, Chairman
Valentine Parker, Jr., Vice-Chairman
Doran Morris, Sr., Treasurer
Eleanor Baxter, Secretary

NATURAL RESOURCES

(402) 837-5391
FAX (402) 837-5308

**MEMBERS**
Clifford R. Wolfe, Jr.
Orville Cayou
Gregory L. Spears

August 13, 2002

Brian Amme
Project Manager
Bureau of Land Management
P.O. BOX 12000
Reno, NV 89520-0006

Re: Bureau of Land Management (BLM) Vegetation Treatments Programmatic
Environmental Impact Statement (EIS) for the Western U.S., Including Alaska

Dear Mr. Amme:

We have received the information report prepared for the above-referenced project that BLM is
proposing. The purpose of these treatments is to conserve and restore the function of vegetation,
watershed, and fish and wildlife habitat and including control of noxious weeds, and the
restoration of damaged lands by seeding and replanting.

Thank you for providing the Omaha Tribe with the opportunity to review this undertaking.

We make comment based on the enclosed material, we would like to participate in the
environmental process by receiving copies of the documents that BLM produces.

Please keep us informed as to the progress of the project or any additional information.

Feel free to contact this office (402) 837-5391 if you have any questions.

Sincerely,

Kenneth Lyons
Real Estate Services
Omaha Tribe of Nebraska



# Scotts Valley Band
# of Pomo Indians

July 22, 2002

Brian Amme
Project Manager Vegetation/Habitat Treatments
Bureau of Land Management
P.O. Box 12000
Reno, NV. 89520-0006

Dear Mr. Amme,

I am writing this letter in response to the letter of July 3rd, 2002 requesting input from Tribal agencies about the Vegetation Treatment EIS. Pomo Tribes are world-renowned for the quality of their historic basketweaving. Scotts Valley Band of Pomo Indians is in the process of restoring this tradition among Tribal members, including children. Because Traditional materials such as willow, sedge, and redbud are held in the mouth while splitting, our weavers are **very** concerned about chemical residues that may remain on plants as a result of spraying for vegetation control. The California Indian Basketweaver's Association has completed a study about the persistence of chemicals in the landscape (notably Round-up) that indicates long-term presence (up to 300+ days) in the landscape. This problem is especially important when large tracts of land are subjected to aerial spraying for vegetation control.

Traditional Pomo weavers managed their gathering sites with controlled burns, and therefore, Scotts Valley supports the use of fire as a management tool. We understand that this is controversial due to recent events, but with **closer attention to conditions in the field**, we feel fire can be an excellent management tool. Again, due to chemical residues left by kerosene products, we suggest using propane to start controlled burns in areas where basketweavers are likely to collect materials. The California Indian Basketweaver's Association has made this suggestion to the Parks Service and they are currently using the less detrimental product.

We appreciate your request for comments on this project, and hope that you will take our concerns seriously.

Sincerely,

Diana Hershey
Planning/Development Manager

9700 Soda Bay Rd. - Kelseyville, California 95451
(707) 277-8870     FAX # 1-707-277-8874

BLM_0001038



# TOHONO O'ODHAM NATION
## CULTURAL AFFAIRS DEPARTMENT
P.O. BOX 837  •  SELLS, AZ 85634
Telephone (520) 383-3622  •  Fax (520) 383-337



August 1, 2002

Brian Amme, Project Manager
Bureau of Land Management
P.O. Box 1200
Reno, Nevada 89520-0006

Dear Mr. Amme:

Thank you for the opportunity to review and comment on the proposed Bureau
of Land Management Vegetation Treatments Programmatic Environmental
Impact Statement (EIS) for the Western United States, including Alaska.

The Cultural Affairs Office has several comments and questions:

1. Concerns over types of herbicides, please send information on the five
   new herbicides you are considering for use. Effects on other plants,
   animals and people.
2. Areas that will be treated with mechanical or manual method that
   disturb the ground will require completion of archaeological surveys.
3. Once specific areas are identified, State BLM Office need to consult with
   the tribes in each state.
4. Effects on cultural resource properties need to be evaluated.
5. Effects on plants used by Native Americans for medicines or for crafts.
6. Please send copies of all relevant technical reports.
7. Tribes should be invited to be signatories of any programmatic
   agreements.
8. Please send copy of Draft EIS
9. Please send list of times and places for scooping meetings Please
   schedule scooping meetings for the Tohono O'odham Nation.
10. Effects of project on endangered species.

Sincerely,

Peter L. Steere
Manager, Cultural Affairs



# TUOLUMNE ME-WUK TRIBAL COUNCIL

Post Office Box 699
TUOLUMNE, CALIFORNIA 95379

Telephone (209) 928-3475
Fax (209) 928-1677

United States Department of the Interior
Bureau of Land Management
Washington, DC 20240

To Whom It May Concern:

Subject: EIS for the Western U.S.

In regard to the correspondence received concerning the Programmatic Environmental Impact Statement for the Vegetation Treatments on BLM's Land; the Tribe would like to be kept up on any issues and would like to see a copy of the draft and final EIS statement.

We, as Native Americans are very concerned about the chemical uses on cultural plants, especially basket materials. We hope that the evaluating of the five new herbicides for possible use on public lands will include the long-range effects on cultural plants as well as the effects on our sacred water sources.

We are also concerned due to the fact that a lot of Pre-historical sites do not flag in cultural plants, which we feel are a large part of the cultural significance of any site. These unprotected cultural plants, outside the flag lines are then exposed to the herbicides used on our forestlands.

Thank you for giving us the opportunity to comment upon this large undertaking. We are looking forward to receiving the draft Environmental Statement so that we may also comment on that. If you have any questions you may contact Vicki Biggs, Natural Resource Technician for the Tribe, (209) 928-3475.

Vicki Biggs
Natural Resource Technician
Tuolumne Me-Wuk Tribal Council

BLM_0001040

BLM_0001041

# BUREAU OF INDIAN AFFAIRS CONSULTATION

BLM_0001042

BLM_0001043



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Pacific Regional Office
2800 Cottage Way
Sacramento, California 95825

IN REPLY REFER TO

Ms. Gina Ramos, Co-team Lead                                    JUL 2 3 2002
Renewable Resources and Planning
Bureau of Land Management
Washington, D.C.  200240

Dear Ms. Ramos:

This is to comment on the **Bureau of Land Management (BLM) Vegetation Treatments Programmatic Environmental Impact Statement (EIS) for the Western U.S., Including Alaska** as requested in your letter dated July 3, 2002.

Regarding the BLM's proposed use of herbicides, many American Indian individuals and groups in the Pacific Region actively gather edible plants and basket-making materials from Trust lands and public lands. Edible plants are ingested of course and basket materials are usually placed in the mouth when processing, softening, or when manipulating them during the manufacturing process. These traditional practices need to be considered by the BLM when planning any herbicide treatments. Some tribes have ordinances that prohibit the use of herbicides on their lands to protect their traditional gatherers and/or plants or animals. Because the exact locations of traditional use areas are often confidential or unrecorded, it is recommended that the BLM consult with local tribes on a project by project basis when considering herbicide treatments. It is also recommended you contact the California Basket-makers Association. To obtain contact information for Federally-recognized American Indian and Alaska Native groups, please contact Ms. Daisy West at (202) 208-2475.

Thank you for the opportunity to provide comments. If you have any questions, please contact Jay Hinshaw, Forestry Branch Environmental Compliance Coordinator, at (916) 978-6021, or Ron Recker, Acting Regional Forester, at (916) 978-6065.

Sincerely,

Amy L. Dutschke

**Acting**   Regional Director



*Tribal Leaders and*
*BIA Representatives*
## Pacific Region

BIA Agency Office:
Self-Gov. Compact:
Term of Office - Expiration Date:

**Ronald Jaeger, Regional Director**
**Pacific Regional Office**
**Bureau of Indian Affairs**
**2800 Cottage Way**
**Sacramento, CA 95825**
Phone No:   (916) 978-6000  Fax No:  (916) 978-6099
e-mail:

---

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Virgil Akins, Superintendent**
**Northern California Field Office**
**Bureau of Indian Affairs**
**1900 Churn Creek Road, Suite 300**
**Redding, CA 96002-0292**
Phone No:   (530) 246-5141  Fax No:  (530) 246-5167
e-mail:

---

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Virgil Townsend, Superintendent**
**Southern California Agency**
**Bureau of Indian Affairs**
**2038 Iowa Avenue, Suite 101**
**Riverside, CA 92507-0001**
Phone No:   (909) 276-6624  Fax No:  (909) 276-6641
e-mail:

---

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Dale Risling, Sr., Superintendent**
**Central California Agency**
**Bureau of Indian Affairs**
**650 Capital Mall, Suite 8-500**
**Sacramento, CA 95814**
Phone No:   (916) 930-3680  Fax No:  (916) 930-3780
e-mail:

---

BIA Agency Office: **Palm Springs Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:

**John Rydzik, Acting Director**
**Palm Springs Field Office**
**Bureau of Indian Affairs**
**650 East Tahquitz Canyon**
**Way, Suite A**
**PO Box 2245**
**Palm Springs, CA 92262**
Phone No:   (760) 416-2133  Fax No:  (760) 416-2687
e-mail:

BLM_0001045



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Palm Springs Field Office**

Self-Gov. Compact:

Term of Office - Expiration Date:          Mar 2002

**Richard Milanovich, Chairman**
**Agua Caliente Band of Cahuilla Indians**
**600 East Tahquitz Canyon Way**
**Palm Springs, CA 92262**
Phone No:     (760) 325-3400 Fax No: (760) 325-0593
e-mail:

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Jessica Tavares, President**
**United Auburn Indian Community**
**661 Newcastle Road, Suite 1**
**Newcastle, CA 95658**
Phone No:     (916) 663-3720 Fax No: (916) 663-3727
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:     Dec 2002

**Clifford M. LaChappa, Sr., Spokesman**
**Barona Band of Mission Indians**
**1095 Barona Road**
**Lakeside, CA 92040**
Phone No:     (619) 443-6612 Fax No: (619) 443-0681
e-mail:
www.baronatribe.com/government.html

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Rose Marie Saulque, Chairperson**
**Benton Paiute Reservation**
**167 Yellow Jacket Rd**
**Benton, CA 93512**
Phone No:     (760) 933-2321 Fax No: (760) 933-2412
e-mail:

BIA Agency Office: **Northern California Field Office**

Self-Gov. Compact:

Term of Office - Expiration Date:     Apr 2002

**Paul Del Rosa, Chairman**
**Alturas Rancheria**
**P.O. Box 340**
**Alturas, CA 96101**
Phone No:     (530) 233-5571 Fax No: (530) 233-4165
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:     **Indefinite**

**Mary Ann Martin, Chairperson**
**Augustine Band of Mission Indians**
**P.O. Box 846**
**Coachella, CA 92236**
Phone No:     (760) 369-7171 Fax No: (760) 369-7161
e-mail:

BIA Agency Office: **Northern California Field Office**

Self-Gov. Compact:

Term of Office - Expiration Date:     Mar 2002

**James W. Moon, Jr., Chairman**
**Bear River Band of Rohnerville Rancheria**
**32 Bear River Drive**
**Loleta, CA 95551**
Phone No:     (888) 733-1900 Fax No: (707) 733-1972
e-mail:

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:     **Jan 2001**

**James Edwards, Chairman**
**Berry Creek Rancheria**
**5 Tyme Way**
**Oroville, CA 95966**
Phone No:     (530) 534-3859 Fax No: (530) 534-1151
e-mail:

BLM_0001046



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:

Virgil Moorehead, Chairman
Big Lagoon Rancheria
P.O. Drawer 3060
Trinidad, CA 95570
Phone No:   (707) 826-2079 Fax No: (707) 826-0495
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Jun 2003

Jessica Bacoch, Chairperson
Big Pine Paiute Tribe of the Owens Valley
841 South Main Street
P.O. Box 700
Big Pine, CA 93513
Phone No:   (760) 938-2003 Fax No: (760) 938-2942
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

Wilbur Beecher, Chairman
Big Sandy Rancheria
P.O. Box 337
Auberry, CA 93602
Phone No:   (559) 855-4003 Fax No: (559) 855-4129
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Dec 2000

Anthony Jack, Chairperson
Big Valley Rancheria
2726 Mission Rancheria Road
Lakeport, CA 95453
Phone No:   (707) 263-3924 Fax No: (707) 263-3977
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Jul 2000

Monty Bengochia, Chairman
Bishop Reservation
50 Tu Su Lane
Bishop, CA 93514
Phone No:   (760) 873-3584 Fax No: (760) 873-4143
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:   Dec 2003

Claudia Brundin, Chairperson
Blue Lake Rancheria
P.O. Box 428
Blue Lake, CA 95525
Phone No:   (707) 668-5101 Fax No: (707) 668-4272
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Aug 2004

Gerald Sam, Chairperson
Bridgeport Indian Colony
P.O. Box 37
Bridgeport, CA 93517
Phone No:   (760) 932-7083 Fax No: (760) 932-7846
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

, Chairperson
Buena Vista Rancheria
4650 Coalmine Road
Ione, CA 95640
Phone No:   (209) 274-6512 Fax No: (209) 274-6514
e-mail:

BLM_0001047



*Tribal Leaders and*
*BIA Representatives*
## Pacific Region

BIA Agency Office: Pacific Region
Self-Gov. Compact: YES
Term of Office - Expiration Date:     Jun 2001

John A. James, Tribal Chairman
Cabazon Tribal Business Committee
84-245 Indio Springs Drive
Indio, CA 92201
Phone No:   (760) 342-2593  Fax No: (760) 347-7880
e-mail:

BIA Agency Office: Central California Agency
Self-Gov. Compact:
Term of Office - Expiration Date:     May 2005

Silvia Burley, Chairperson
California Valley Miwok Tribe
10601 Escondido Pl.
Stockton, CA 95212
Phone No:   (209) 931-4567  Fax No: (209) 931-4333
e-mail: sburley@californiavalleymiwoktribe.com
www.calvalleymiwoktribe.com

BIA Agency Office: Northern California Field Office
Self-Gov. Compact:
Term of Office - Expiration Date:     Dec 2003

Virginia Lash, Chairperson
Cedarville Rancheria
200 South Howard Street
Alturas, CA 96101
Phone No:   (530) 233-3969  Fax No: (530) 233-4776
e-mail:

BIA Agency Office: Central California Agency
Self-Gov. Compact:
Term of Office - Expiration Date:

Patricia Hermosillo, Chairperson
Cloverdale Rancheria
555 S. Cloverdale Blvd., Suite 1
Cloverdale, CA 95425
Phone No:   (707) 894-5775  Fax No: (707) 894-5727
e-mail:

BIA Agency Office: Southern California Agency
Self-Gov. Compact:
Term of Office - Expiration Date:     Jan 2004

Celeste Hughes, Chairwoman
Cahuilla Band of Mission Indians
P.O. Box 391760
Anza, CA 92539-1760
Phone No:   (909) 763-5549  Fax No: (909) 763-2808
e-mail:

BIA Agency Office: Southern California Agency
Self-Gov. Compact:
Term of Office - Expiration Date:     Apr 2004

Ralph Goff, Chairman
Campo Band of Mission Indians
36190 Church Road, Suite 1
Campo, CA 91906
Phone No:   (619) 478-9046  Fax No: (619) 478-5818
e-mail:

BIA Agency Office: Central California Agency
Self-Gov. Compact:
Term of Office - Expiration Date:     May 2002

Lloyd Mathieson, Chairperson
Chicken Ranch Rancheria
P.O. Box 1159
Jamestown, CA 95327
Phone No:   (209) 984-4806  Fax No: (209) 984-5606
e-mail:

BIA Agency Office: Central California Agency
Self-Gov. Compact:
Term of Office - Expiration Date:     May 2001

Lonnie Bill, Chairperson
Cold Springs Rancheria
P.O. Box 209
Tollhouse, CA 93667
Phone No:   (559) 855-5043  Fax No: (559) 855-4445
e-mail:

BLM_0001048



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Wayne Mitchum, Chairperson**
**Colusa Rancheria**
**50 Wintun Road, Dept. D**
**Colusa, CA 95932**
Phone No:  **(530) 458-8231** Fax No: **(530) 458-4186**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Priscilla Hunter, Chairperson**
**Coyote Valley Reservation**
**P.O. Box 39**
**Redwood Valley, CA 95470**
Phone No:  **(707) 485-8723** Fax No: **(707) 485-1247**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Elizabeth DeRouen, Chairperson**
**Dry Creek Rancheria**
**P.O. Box 607**
**Geyserville, CA 95441**
Phone No:  **(707) 431-2388** Fax No: **(707) 431-2615**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:     **2004**

**Dale A. Miller, Chairman**
**Elk Valley Rancheria**
**P.O. Box 1042**
**Crescent City, CA 95531**
Phone No:  **(707) 464-4680** Fax No: **(707) 464-4519**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Elaine Patterson, Chairperson**
**Cortina Rancheria**
**P.O. Box 1630**
**Williams, CA 95987**
Phone No:  **(530) 473-3318** Fax No: **(530) 473-3301**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:  **YES**
Term of Office - Expiration Date:     **Jun 2003**

**Harlan Pinto, Sr., Chairman**
**Cuyapaipe Band of Mission Indians**
**4054 Willows Road**
**P.O. Box 2250**
**Alpine, CA 91903-2250**
Phone No:  **(619) 445-6315** Fax No: **(619) 445-9126**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Delbert Thomas, Jr., Chairman**
**Elem Indian Colony**
**P.O. Box 1968**
**Clearlake Oaks, CA 95423**
Phone No:  **(707) 998-4100** Fax No: **(707) 998-1900**
e-mail:
www.elemnation.com

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Harvey Angle, Chairperson**
**Enterprise Rancheria**
**1940 Feather River Blvd., Suite B**
**Oroville, CA 95965**
Phone No:  **(530) 532-9214** Fax No: **(530) 532-1768**
e-mail:

BLM_0001049

BY: HP LASERJET 3150;                9189786081;        JUL-22-02  2:41PM;        PAGE 7/15

*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:    Nov 1999

**Denise Pollard, Acting Chairperson**
**Fort Bidwell Reservation**
**P.O. Box 129**
**Fort Bidwell, CA 96112**
Phone No:    (530) 279-6310  Fax No:  (530) 279-2233
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Greg Sarris, Spokesperson**
**Graton Rancheria**
**PO Box 481**
**Navato, CA 94948**
Phone No:    (707) 763-6143  Fax No:  (415) 883-3051
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:    Feb 2002

**Dudley Burrows, Chairperson**
**Grindstone Rancheria**
**P.O. Box 63**
**Elk Creek, CA 95939**
Phone No:    (530) 968-5365  Fax No:  (530) 968-5366
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:  **YES**
Term of Office - Expiration Date:    Jun 2003

**Clifford Lyle Marshall, Chairman**
**Hoopa Valley Tribal Council**
**P.O. Box 1348**
**Hoopa, CA 95546**
Phone No:    (530) 625-4211  Fax No:  (530) 625-4594
e-mail: marshallat_law@pcweb.net
www.hoopavalleytribe.com

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:    Jan 2004

**Richard Wilder, Chairperson**
**Fort Independence Reservation**
**P.O. Box 67**
**Independence, CA 93526**
Phone No:    (760) 878-2126  Fax No:  (760) 878-2311
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:    Nov 2003

**Lorie Jaimes, Chairperson**
**Greenville Rancheria**
**P.O. Box 279**
**Greenville, CA 95947**
Phone No:    (530) 284-7990  Fax No:  (530) 284-6612
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Merlene Sanchez, Acting Chairperson**
**Guidiville Rancheria**
**P.O. Box 339**
**Talmage, CA 95481**
Phone No:    (707) 462-3682  Fax No:  (707) 462-9183
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:    Nov 2002

**Sandra Sigala, Chairperson**
**Hopland Reservation**
**P.O. Box 610**
**Hopland, CA 95449**
Phone No:    (707) 744-1647  Fax No:  (707) 744-1506
e-mail: sigala@hoplandtribe.com
www.shokawah.com/tribal.html

BLM_0001050

SENT BY: HP LASERJET 3150;  9169786081; JUL-22-02 2:41PM; PAGE 8/15

*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: Indefinite
Rebecca Osuna, Chairperson
Inaja-Cosmit Reservation
1040 East Valley Parkway, Unit A
Escondido, CA 92025
Phone No: (760) 747-8581 Fax No: (760) 747-8568
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
Margaret Dalton, Chairperson
Jackson Rancheria
P.O. Box 1090
Jackson, CA 95642
Phone No: (209) 223-1935 Fax No: (209) 223-5366
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact: YES
Term of Office - Expiration Date: May 2800
Alvis Johnson, Chairman
Karuk Tribe of California
P.O. Box 1016
Happy Camp, CA 96039
Phone No: (530) 493-5305 Fax No: (530) 493-5322
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: Indefinite
Gwendolyn Parada, Chairperson
La Posta Band of Mission Indians
P.O. Box 1120
Boulevard, CA 91905
Phone No: (619) 478-2113 Fax No: (619) 561-3114
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: Dec 2003
Kathryn Ramey, Chairperson
Ione Band of Miwok Indians
P.O. Box 1190
Ione, CA 95640
Phone No: (209) 274-6753 Fax No: (209) 274-6636
e-mail: ioneband@ips.net

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: Jul 2003
Kenneth Meza, Sr., Chairperson
Jamul Indian Village
P.O. Box 612
Jamul, CA 91935
Phone No: (619) 669-4785 Fax No: (619) 669-4817
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: Jan 2004
Wendy Schlater, Chairperson
La Jolla Band of Luiseno Indians
22000 Highway 76
Pauma Valley, CA 92061
Phone No: (760) 742-3771 Fax No: (760) 742-1704
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
Vernon Wilson, Acting Chairperson
Laytonville Rancheria
P.O. Box 1239
Laytonville, CA 95454
Phone No: (707) 984-6197 Fax No: (707) 984-6201
e-mail:

BLM_0001051



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:      May 2002

**Rachel Joseph, Chairperson**
**Lone Pine Reservation**
P.O. Box 747
Lone Pine, CA 93545
Phone No:   (760) 876-1034 Fax No: (760) 876-8302
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Daniel D. Beltran, Chairman**
**Lower Lake Rancheria**
1083 Vine Street, #137
Henldsburg, CA 95448
Phone No:   (707) 431-1908 Fax No: (707) 431-1908
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Jose Oropeza, Chairperson**
**Manchester - Point Arena Rancheria**
P.O. Box 623
Point Arena, CA 95468
Phone No:   (707) 882-2788 Fax No: (707) 882-3417
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Steve Santos, Vice-Chairperson**
**Mechoopda Indian Tribe of the Chico Rancheria**
1907-F Mangrove Avenue
Chico, CA 95926
Phone No:   (530) 899-8922 Fax No: (530) 899-8517
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:      Dec 2002

**Catherine Saubel, Spokesman**
**Los Coyotes Reservation**
P.O. Box 189
Warner Springs, CA 92086
Phone No:   (760) 782-0711 Fax No: (760) 782-2701
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Marjorie Mejia, Chairperson**
**Lytton Rancheria**
1250 Coddington Center, Ste. 1
Santa Rosa, CA 95401
Phone No:   (707) 575-5917 Fax No: (707) 575-6974
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact: **YES**
Term of Office - Expiration Date:      2002

**Leroy J. Elliott, Chairperson**
**Manzanita Band of Mission Indians**
P.O. Box 1302
Boulevard, CA 91905
Phone No:   (619) 766-4930 Fax No: (619) 766-4957
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:      Jul 2006

**Howard Maxcy, Chairman**
**Mesa Grande Band of Mission Indians**
P.O. Box 270
Santa Ysbel, CA 92070
Phone No:   (760) 782-3818 Fax No: (760) 782-9029
e-mail:

BLM_0001052



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:      May 2001

Jose Simon, III, Chairman
Middletown Rancheria
22223 Hwy 29 @ Rancheria R
PO Box 1035
Middletown, CA 95461
Phone No:   (707) 987-3670 Fax No: (707) 987-9091
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:      2002

Maurice Lyons, Chairman
Morongo Band of Mission Indians
11581 Potrero Road
Banning, CA 92220
Phone No:   (909) 849-4697 Fax No: (909) 849-4425
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:      Jan 2003

Robert Smith, Chairman
Pala Band of Mission Indians
P.O. Box 50
Pala, CA 92059
Phone No:   (760) 742-3784 Fax No: (760) 742-1411
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:      Dec 2002

Christobal C. Devers, Sr., Chairman
Pauma/Yuima Band of Mission Indians
P.O. Box 369
Pauma Valley, CA 92061
Phone No:   (760) 742-1289 Fax No: (760) 742-3422
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

Gary Archuleta, Chairperson
Mooretown Rancheria
1 Alverda Drive
Oroville, CA 95966
Phone No:   (530) 533-3625 Fax No: (530) 533-3680
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

Delores Roberts, Chairperson
North Fork Rancheria
P.O. Box 929
North Fork, CA 93643-0929
Phone No:   (559) 877-2461 Fax No: (559) 877-2467
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

Everett Freeman, Chairperson
Paskenta Band of Nomlaki Indians
1012 South Street
PO Box 398
Orland, CA 95963
Phone No:   (530) 865-3119 Fax No: (530) 865-2345
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:      Aug 2002

Mark Macarro, Spokesman
Pechanga Band of Mission Indians
P.O. Box 1477
Temecula, CA 92593
Phone No:   (909) 676-2768 Fax No: (909) 695-1778
e-mail:

---

BLM_0001053

BY: HP LASERJET 3150;  9169786081; JUL-22-02 2:42PM; PAGE 11/15

*Tribal Leaders and*
*BIA Representatives*
### Pacific Region

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Dixie Jackson, Chairperson**
**Picayune Rancheria of Chukchansi Indians**
**46575 Road 417**
**Coarsegold, CA 93614**
Phone No: **(559) 683-6633** Fax No: **(559) 683-0599**
e-mail:

---

BIA Agency Office: **Northern California Field Office**

Self-Gov. Compact:

Term of Office - Expiration Date:  **2003**

**Gene Preston, Chairman**
**Pit River Tribal Council**
**37014 Main Street**
**Burney, CA 96013**
Phone No: **(530) 335-5421** Fax No: **(530) 335-3140**
e-mail:

---

BIA Agency Office: **Northern California Field Office**

Self-Gov. Compact:

Term of Office - Expiration Date:  **Jun 2002**

**Roy Lincoln, Chairman**
**Quartz Valley Reservation**
**P.O. Box 24**
**Fort Jones, CA 96032**
Phone No: **(530) 468-5970** Fax No: **(530) 468-5908**
e-mail:

---

BIA Agency Office: **Northern California Field Office**

Self-Gov. Compact: **YES**

Term of Office - Expiration Date:

**Tracy Edwards, Chairman**
**Redding Rancheria**
**2000 Redding Rancheria Road**
**Redding, CA 96001**
Phone No: **(530) 225-8979** Fax No: **(530) 241-1879**
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Leona Williams, Chairperson**
**Pinoleville Reservation**
**367 No. State Street, Suite 204**
**Ukiah, CA 95482**
Phone No:  **(707) 463-1454** Fax No: **(707) 463-6601**
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Salvador Rosales, Spokesperson**
**Potter Valley Rancheria**
**112 North School Street**
**Ukiah, CA 95482**
Phone No:  **(707) 462-1213** Fax No: **(707) 462-1240**
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:  **Indefinite**

**Manuel Hamilton, Chairman**
**Ramona Band of Mission Indians**
**P.O. Box 391372**
**Anza, CA 92539**
Phone No:  **(909) 763-4105** Fax No: **(909) 763-4325**
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Elizabeth Hansen, Chairperson**
**Redwood Valley Reservation**
**3250 Road I**
**Redwood Valley, CA 95470**
Phone No:  **(707) 485-0361** Fax No: **(707) 485-5726**
e-mail:

BLM_0001054



### Tribal Leaders and
### BIA Representatives
### Pacific Region

BIA Agency Office: **Northern California Field Office**

Self-Gov Compact:
Term of Office - Expiration Date:          **Dec 2003**

William J. Scott, Chairman
**Resighini Rancheria**
P.O. Box 529
Klamath, CA 95548
Phone No:   (707) 482-2431 Fax No: (707) 482-3425
e-mail:

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:

Clara Wilson, Chairperson
**Robinson Rancheria**
1545 E Highway 20
Nice, CA 95464
Phone No:   (707) 275-0527 Fax No: (707) 275-0235
e-mail:

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:

Paula Lorenzo, Chairperson
**Rumsey Rancheria**
P.O. Box 18
Brooks, CA 95606
Phone No:   (530) 796-3400 Fax No: (530) 796-2143
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:          **Jan 2003**

Allen E. Lawson, Jr., Chairman
**San Pasqual Band of Diegueno Indians**
P.O. Box 365
Valley Center, CA 92082-0365
Phone No:   (619) 749-3200 Fax No: (619) 749-3876
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:          **Dec 2002**

John Currier, Chairman
**Rincon Band of Mission Indians**
P.O. Box 68
Valley Center, CA 92082
Phone No:   (760) 749-1051 Fax No: (760) 749-8901
e-mail:

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:

John Azbill, President
**Round Valley Reservation**
P.O. Box 448
Covelo, CA 95428
Phone No:   (707) 983-6126 Fax No: (707) 983-6128
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:          **Apr 2003**

Deron Marquez, Chairman
**San Manuel Band of Mission Indians**
P.O. Box 266
Patton, CA 92369
Phone No:   (909) 864-8933 Fax No: (909) 864-3370
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:          **Aug 2002**

Christina Arzate, Spokesperson
**Santa Rosa Band of Mission Indians**
PO Box 390611
Anza, CA 92539
Phone No:   (909) 763-5140 Fax No: (909) 763-9781
e-mail:

BLM_0001055

Case No. 1:20-cv-02484-MSK   Document 25-9   filed 04/27/21   USDC Colorado   pg 98 of 99



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Central California Agency**
Self-Gov Compact:
Term of Office - Expiration Date:
**Michael Sisco, Chairman**
**Santa Rosa Rancheria**
**P.O. Box 8**
**Lemoore, CA 93245**
Phone No:   (559) 924-1278 Fax No: (559) 924-3583
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov Compact:
Term of Office - Expiration Date:   Dec 2002
**Ben Scerato, Chairman**
**Santa Ysabel Band of Mission Indians**
**P.O. Box 130**
**Santa Ysabel, CA 92070**
Phone No:   (760) 765-0846 Fax No: (760) 765-0320
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov Compact:
Term of Office - Expiration Date:
**Allen Wright, Chairperson**
**Sherwood Valley Rancheria**
**190 Sherwood Hill Drive**
**Willits, CA 95490**
Phone No:   (707) 459-9690 Fax No: (707) 459-6936
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov Compact:
Term of Office - Expiration Date:   May 2004
**Kara L. Miller, Chairperson**
**Smith River Rancheria**
**250 North Indian Road**
**Smith River, CA 95567**
Phone No:   (707) 487-9255 Fax No: (707) 487-0930
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov Compact:
Term of Office - Expiration Date:   Mar 2003
**Vincent Armenta, Chairman**
**Santa Ynez Band of Mission Indians**
**P.O. Box 517**
**Santa Ynez, CA 93460**
Phone No:   (805) 688-7997 Fax No: (805) 686-9578
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov Compact:
Term of Office - Expiration Date:
**Donald Arnold, Chairperson**
**Scotts Valley Rancheria**
**9700 Soda Bay Rd**
**Kelseyville, CA 95451-8887**
Phone No:   (707) 277-8870 Fax No: (707) 277-8874
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov Compact:
Term of Office - Expiration Date:   Jan 2003
**Nicholas H. Fonseca, Chairman**
**Shingle Springs Rancheria**
**P.O. Box 1340**
**Shingle Springs, CA 95682**
Phone No:   (530) 676-8010 Fax No: (530) 676-8033
e-mail: maidu10@hotmail.com
www.shinglespringsrancheria.com

BIA Agency Office: **Southern California Agency**
Self-Gov Compact:
Term of Office - Expiration Date:   Mar 2005
**Robert Salgado, Sr., Spokesman**
**Soboba Band of Luiseno Indians**
**P.O. Box 487**
**San Jacinto, CA 92581**
Phone No:   (909) 654-2765 Fax No: (909) 654-4198
e-mail:

BLM_0001056



*Tribal Leaders and*
*BIA Representatives*
### Pacific Region

**BIA Agency Office: Central California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:     Nov 2002

Lester R. Pinola, Chairman
Stewarts Point Rancheria
1420-D Guerneville Rd, Suite 3
Santa Rosa, CA 95403
Phone No.   (707) 591-0580 Fax No: (707) 591-0583
e-mail: tribalofc@stewartspointrancheria.com

**BIA Agency Office: Southern California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:     Dec 2002

Georgia Tucker, Spokesperson
Syenan Band of Mission Indians
5459 Dehesa Road
El Cajon, CA        92019
Phone No:   (619) 445-2613 Fax No: (619) 445-1927
e-mail:

**BIA Agency Office: Central California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:     Dec 2003

Leanne Walker-Grant, Chairperson
Table Mountain Rancheria
P.O. Box 410
Friant, CA 93626
Phone No:   (559) 822-2587 Fax No: (559) 822-2693
e-mail:

**BIA Agency Office: Southern California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:     Dec 2002

Mary E. Belardo, Chairperson
Torres-Martinez Desert Cahuilla Indians
P.O. Box 1160
Thermal, CA 92274
Phone No:   (760) 397-8144 Fax No: (760) 397-8146
e-mail:

**BIA Agency Office: Northern California Field Office**

Self-Gov. Compact:
Term of Office - Expiration Date:     Nov 2003

Valerie Edwards, Chairperson
Susanville Indian Rancheria
Drawer U
Susanville, CA 96130
Phone No:   (530) 257-6264 Fax No: (530) 257-7986
e-mail: airlo@thegrid.net

**BIA Agency Office: Northern California Field Office**

Self-Gov. Compact:
Term of Office - Expiration Date:     Apr 2004

Cheryl A. Seidner, Chairperson
Table Bluff Reservation
1000 Wiyot Drive
Loleta, CA 95551
Phone No:   (707) 733-5055 Fax No: (707) 733-5601
e-mail:

**BIA Agency Office: Central California Agency**

Self-Gov. Compact:
Term of Office - Expiration Date:     Dec 2002

Leroy Jackson, Chairperson
Timbi-sha Shoshone Tribe
P.O. Box 206
Death Valley, CA 92328
Phone No:   (760) 786-2374 Fax No: (760) 786-2376
e-mail: Timbisha@aol.com
Timbisha_Shoshone_Tribe.com

**BIA Agency Office: Northern California Field Office**

Self-Gov. Compact:
Term of Office - Expiration Date:     Apr 1998

Carol Ervin, Chairperson
Trinidad Rancheria
P.O. Box 630
Trinidad, CA 95570
Phone No:   (707) 677-0211 Fax No: (707) 677-3921
e-mail:

BLM_0001057