*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

---

### Box 2. BLM Guidelines for Livestock Grazing Management

**1.** Grazing management practices promote plant health by providing for one or more of the following: periodic rest or deferment from grazing during critical growth periods; adequate recovery and regrowth periods; opportunity for seed dissemination and seedling establishment.

**2.** Grazing management practices address the kind, numbers, and class of livestock, season, duration, distribution, frequency and intensity of grazing use and livestock health.

**3.** Grazing management practices maintain sufficient residual vegetation on both upland and riparian sites to protect the soil from wind and water erosion, to assist in maintaining appropriate soil infiltration and permeability, and to buffer temperature extremes. In riparian areas, vegetation dissipates energy, captures sediment, recharges ground water, and contributes to stream stability.

**4.** Native plant species and natural revegetation are emphasized in the support of sustaining ecological functions and site integrity. Where reseeding is required, on land treatment efforts, emphasis will be placed on using native plant species. Seeding of non-native plant species will be considered based on local goals, native seed availability and cost, persistence of non-native plants and annuals and noxious weeds on the site, and composition of non-natives in the seed mix.

**5.** Range improvement projects are designed consistent with overall ecological functions and processes with minimum adverse impacts to other resources or uses of riparian/wetland and upland sites.

**6.** Grazing management will occur in a manner that does not encourage the establishment or spread of noxious weeds. In addition to mechanical, chemical, and biological methods of weed control, livestock may be used where feasible as a tool to inhibit or stop the spread of noxious weeds.

**7.** Natural occurrences such as fire, drought, flooding, and prescribed land treatments should be combined with livestock management practices to move toward the sustainability of biological diversity across the landscape, including the maintenance, restoration, or enhancement of habitat to promote and assist the recovery and conservation of threatened, endangered, or other special status species, by helping to provide natural vegetation patterns, a mosaic of successional stages, and vegetation corridors, and thus minimizing habitat fragmentation.

**8.** Colorado Best Management Practices and other scientifically developed practices that enhance land and water quality should be used in the development of activity plans prepared for land use.

4

BLM_0001828

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

**Conservation Measures**

The terms and conditions of grazing permits that include habitat occupied by Colorado hookless cactus, clay-loving wild buckwheat, or Debeque phacelia will include conservation measures designed to avoid, minimize, and/or remediate effects to species in mapped occupied habitat and may be specific to individual allotments.

Conservation measures to be implemented include but are not limited to the following:

1. In areas where there is a concern that Colorado hookless cactus, clay-loving wild buckwheat, and Debeque phacelia may be present, a survey will be conducted prior to any livestock management actions such as range improvements or maintenance, weed management, or trailing. The BLM Threatened, Endangered, and Sensitive (TES) species specialist will determine the need for a survey and survey scope and intensity.

2. Maps will be provided to permittees that identify sensitive areas where restrictions may apply to particular grazing-related activities for the Colorado hookless cactus, clay-loving wild buckwheat, and Debeque phacelia (individual occurrences or populations plus a 200 meter [656 feet] buffer). As new information becomes available, and as necessary, maps will be updated by the BLM and provided to permittees each year if new occurrences are found. (Note: Maps provided to permittees will include sufficient buffers and randomized perimeters to avoid disclosing exact species locations.)

3. The permittee is required to notify the BLM Rangeland Management Specialist prior to any surface disturbing range project maintenance activity in any allotment (standard for all BLM allotments). Surveys and avoidance measures will be required where effects to listed plants may occur.

   - Construction of new range developments (e.g., fences, ponds, water troughs) would be designed to avoid impacts to listed species whenever feasible. New range developments that may affect listed species would not be permitted until completion of additional consultation.

4. If a permittee wishes to apply an herbicide treatment, they must obtain prior approval from the BLM. Appropriate applicator licenses must be obtained, copies of the appropriate *Pesticide Use Proposal* must be obtained from the BLM, and a *Pesticide Application Record* must be completed and returned to BLM no later than 10 days after herbicide application (standard for all BLM allotments).

   - The permittee must consult with the BLM Rangeland Management Specialist and Biologist/Ecologist prior to applying herbicides or pesticides within 200 meters (656 feet) of individual plants or populations. Such treatments may be restricted or modified to avoid effects to the three listed species.

   - All treatments will comply with the approved *Integrated Weed Management Plan* (IWMP) and section 7 consultation (completed for GJFO and CRVFO, in progress for UFO). The 3 field offices' IWMPs differ slightly in their requirements for avoidance distances and triggers for reinitiation of consultation. Please see those consultation documents for specific details.

5

5. Within 200 meters (656 feet) of listed plants, motorized access for livestock grazing operations will be limited to existing roads and routes. Any additional access proposed for grazing operations would require additional surveys and section 7 consultation.

6. As a standard permit term and condition within occupied habitat, seasonal utilization levels on palatable perennial forage will be limited to 40 percent to the extent possible, and average utilization will not exceed 50 percent. These areas will be monitored by the BLM Rangeland Management Specialist and Biologist/Ecologist to ensure compliance.

7. Permits for trailing through occupied habitat will only be issued for existing livestock trailing areas identified in Appendix I, Figure 1.

    - Where this trailing occurs, minimization measures such as the following will be implemented to reduce impacts:

        - BLM will encourage the avoidance of known individuals or populations during livestock herding and trailing activities on BLM administered lands. Maps would be provided to permittees to facilitate avoidance.

        - In areas where trailing activities cannot be avoided (e.g., Escalante Canyon) monitoring of affected populations will be established. Where monitoring suggests population decline then the following will be considered by BLM to achieve appropriate protection:

            - Use additional herders/cowboys to direct livestock away from populations.

            - Trail smaller herds through at any given time to limit physical disturbance.

            - Use temporary fencing/barricades to inhibit livestock from trailing through populations during trailing activities.

            - Should all other attempts to reduce impacts from trailing not be successful, permanent drift fences may be considered.

        - Permittee will be required to notify the BLM office at least 24 hours in advance of the trailing activity.

        - Require that trailing activity be concentrated within existing road corridors as much as practicable, and done so in a timely and efficient manner. Overnighting of livestock within occupied habitat is prohibited unless the area has been cleared for TES species prior to overnight activity.

        - Trailing will not be allowed during flowering periods where possible.

    - Any future identified trailing activities through occupied habitat will be managed according to the above stated conservation measures. BLM will request that the

6

newly identified trailing be included under the umbrella of this programmatic consultation.

8. No concentrations of livestock activities including but not limited to herding, routine trailing, bedding, salt or supplement, portable watering, and new stock ponds will be allowed within 200 meters (656 feet) of individual plants or populations, except as provided below:

   - Concentration may be allowed where separated by a fence or topographic feature (cliff) that will render the impacts to listed plants insignificant, discountable, or if the impacts are wholly beneficial (distribute livestock away from listed plants).

   - In allotments in which sheep bedding must occur within the 200 meter (656 feet) buffer, only dispersed bedding will be allowed. Dispersed bedding is defined as allowing the sheep to bed however the band has dispersed throughout the day, not congregating the band in any one common locale.

   - To minimize sheep grazing impacts in allotments containing clay-loving wild buckwheat, limit sheep grazing within 200 meters (656 feet) of occupied habitat to 5 nights per use area.

   - The BLM Rangeland Management Specialist will collaborate with the permittee to develop and employ appropriate grazing strategies for the allotment pastures and use areas to meet Colorado Public Land Health Standards, specifically standard 3 for upland plant communities and standard 4 for TES species. Where possible, grazing should be limited to 15 days or less in each pasture or use area during the flowering and fruiting period for the three focus species to ensure reproduction and recruitment.

9. Monitoring will be conducted (e.g., LHAs, utilization, trend, Ecological Site Inventory) to evaluate rangeland health. If monitoring/LHAs conclude that an allotment with occupied habitat is not meeting the standards for special status plants, vegetation, or soils, and livestock grazing is identified as a significant causal factor to not meeting those standards, grazing permit modifications, mitigation, or other prescriptive measures will be required by BLM, such as:

   - The BLM Rangeland Management Specialist will work with the permittee to pursue opportunities to allow portions of the allotment(s) to receive yearlong rest or deferment in order to increase plant vigor.

   - Exclosures or drift fences may be considered in certain areas where individual plants or populations require special protections from livestock grazing or associated activities, as determined by the BLM.

   - Permit terms and conditions may be modified to minimize impacts to listed plants (e.g., improved distribution, changes in season of use/class of livestock).

BLM_0001831

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

10. BLM will seek to implement monitoring programs to assess grazing-related impacts to the species. Results from the monitoring will be used to inform future grazing management.

- BLM Field Offices will continue to partner with the BLM Colorado State Office and other organizations (e.g., the Service, Denver Botanic Gardens [DBG], Colorado Natural Heritage Program [CNHP], Colorado Native Plant Society), Colorado Natural Areas Program [CNAP] to monitor listed plants.

- In areas where grazing has been identified as a threat to individuals or populations BLM will explore opportunities to modify existing monitoring and develop new monitoring to assess grazing-related impacts to the species.

If impacts to any of the three focal species that were not analyzed in this consultation occur or are found likely to occur due to future grazing-related activities, further section 7 consultation will occur.

## III. Interrelated and Interdependent Actions

Interrelated and interdependent actions include grazing, trailing, or other operational activities on non-federal lands that would not occur if BLM did not authorize grazing or trailing in their allotments. The locations where these activities occur are not all known. These activities can be summarized as follows:

1. Straying of BLM-authorized livestock onto adjacent non-federal land that is not controlled by the permittee is as an interdependent action. Not all BLM allotments are fenced from adjacent ungrazed private, local, or State lands, or the fences are not always maintained in a manner that absolutely prevents livestock from straying onto adjacent land. Colorado is an open range or "fence out" state, meaning that landowners who prefer not to have livestock on their property are responsible by law for fencing them out.

2. Livestock trailing across non-federal lands that occurs as a result of permitted trailing activities on BLM land is another interdependent action. In order for an operator to trail across a BLM allotment for which he/she does not hold the grazing permit, it is sometimes necessary to move stock across non-federal land. This trailing across private, local, or state land would not occur but for the permit to trail across BLM land. Permitted trails on BLM land are shown in Appendix I, Figure 1.

3. Any operational activity conducted by a permittee on non-federal land that would not occur but for the permittee's livestock operation on BLM land is considered an interdependent action.

## IV. Action Area

The action area includes the geographic reach of all direct and indirect effects from the BLM livestock grazing program to Colorado hookless cactus, clay-loving wild buckwheat, Debeque phacelia, and associated critical habitat. The action area is defined as all lands that may be affected by the BLM grazing program within occupied or reasonably certain to be occupied habitat for the three focal species, as defined below. BLM lands affected by the grazing program

8

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

include grazing allotments, unallotted lands on which trailing or allotment operation and maintenance activities occur, and unallotted lands which may be indirectly affected by grazing or maintenance activities on nearby allotments. Non-federal lands that may sustain effects from interdependent actions, as described above, are also included in the action area. The locations of these activities on non-federal land remain largely unknown. All disclosure and analysis in this BA (*Status of the Species*, *Environmental Baseline*, and *Effects Analysis*) is confined to the action area as here defined.

The action area on BLM land for each of the three focal species is shown in Appendix I, Figures 2-4.

**Occupied Habitat**

Occupied and reasonably certain to be occupied habitat is defined below for each species. It includes all designated critical habitat for clay-loving wild buckwheat and proposed critical habitat for Debeque phacelia that may be affected by the BLM grazing program. Although designated critical habitat for clay-loving wild buckwheat occurs entirely on private land, it is included in the action area because it may be subject to effects related to interdependent activities.

*Colorado hookless cactus:* The Service's Colorado hookless cactus *Recovery Outline* potential habitat (FWS 2010), plus potentially occupied areas in the following UFO grazing allotments: Milk Creek (14544), Stingley Gulch (14503), Dry Creek (14549), South Dry Creek (14548), Wilbanks (14502), Oak Mesa (14506), Juniper Knob (14505), Leroux (14550), Leroux Creek (14504), Fire Mountain Canal (14508), Roatcap/Jay Creek (14507), and Canal (14012). When an allotment falls partially inside the *Recovery Outline* potential habitat, BLM lands inside the entire allotment are included in the action area. Private lands that are part of allotments are included in the action area for purposes of the cumulative effects analysis.

*Clay-loving wild buckwheat:* The Service's warranted but precluded (WBP) revised critical habitat for the species and any potentially occupied areas within one mile of the WBP revised critical habitat. The WBP revision to critical habitat was drafted in response to a petition to amend critical habitat for this species (CNE et al. 2006), but is yet to be proposed. It is defined by minimum convex polygons around all known occurrences, plus a 100-meter buffer outside of the polygons. When an allotment falls partially inside the Service's WBP revised critical habitat and one-mile buffer, BLM lands inside the entire allotment are included in the action area. Private lands that are part of allotments are included in the action area for purposes of the cumulative effects analysis.

*Debeque phacelia:* The Service's proposed critical habitat, plus any potentially occupied areas in CRVFO's Alkali Creek Common (08130) allotment. Proposed critical habitat is defined by minimum convex polygons around all known occurrences, plus a 100-meter buffer outside of the polygons. When an allotment falls partially inside the Service's proposed critical habitat, BLM lands inside the entire allotment are included in the action area. Private lands that are part of allotments are included in the action area for purposes of the cumulative effects analysis.

9

BLM_0001833

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

**Allotted Lands Inside the Action Area**

All allotments inside the action area are shown in Appendix I, Figures 2-4. Table 1 provides the acres of allotted BLM lands and number of allotments currently in occupied habitat for each of the three focal species. These allotments are listed in Appendix II, Table A, with details provided on the listed species found in each and currently authorized conditions of use. A number of these allotments contain habitat for more than one of the three species.

**Table 1. Current Extent of Livestock Grazing in the Action Area**

| Species | BLM Land (acres) | BLM Land Allotted (acres) | Number of Allotments | Livestock Class and Season of Use |
|---|---|---|---|---|
| Colorado hookless cactus | 723,366 | 704,770 (97%) | 104 | Mostly cattle and sheep; variously over the 4 seasons |
| Clay-loving wild buckwheat | 55,491 | 54,578 (98%) | 11 | 8 allotments, sheep; 2 allotments, cattle; 1 allotment, cattle and sheep; mostly winter and spring |
| Debeque phacelia | 106,233 | 106,062 (99%) | 14 | Cattle only; mostly in the spring and winter, with fall usage in 2 allotments |

Source: BLM spatial and allotment data (CRVFO, GJFO, UFO). Livestock class, season of use, and other aspects of allotment management are subject to change.

**Modeled Potential Range**

BLM considered whether to include modeled potential range limits for each of the focal species as a part of the action area. The potential range for each of the focal species is defined by the Service's section 7 range models. Occupied and reasonably certain to be occupied habitat, defined above, is generally a subset of the potential range model for any one of the species, with two exceptions. The first exception is when an allotment containing occupied habitat extends outside the section 7 range limit. The second exception is for Colorado hookless cactus: occupied habitat as defined above extends outside the section 7 range limits north of Clifton. The section 7 models represent the area within which it is possible to find sites that meet the broad characteristics of habitat for each species. They do not represent potential habitat because they include developed areas and a wide variety of habitat types that are not suitable to the focal species.

The modeled potential range limits for the focal species are shown in Appendix I, Figures 2-4. Outside of occupied habitat but within the potential range for Colorado hookless cactus there are 161 allotments totaling 594,369 acres; for clay-loving wild buckwheat, 29 allotments totaling 175,566 acres; and for Debeque phacelia, 122 allotments totaling 412,640 acres. These allotments are listed in Appendix II, Table B, with details provided on the listed species found in each and currently authorized conditions of use.

While we acknowledge the modeled potential range limits in the *Action Area* section of this BA, we do not extend the scope of our descriptions of the *Status of the Species, Environmental*

10

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

*Baseline*, or *Effects Analysis* to include the potential range. This is because the environmental baseline and BLM-permitted grazing outside the area where plants are known or reasonably certain to occur do not likely affect the species and are therefore irrelevant. We believe it would water down the description of the environmental baseline to include information about activities that likely have no effect on the species because the species are not likely to occur there. We understand that our limitation of the action area to the area described above as occupied or reasonably certain to be occupied limits the scope of this consultation, and that if plants are discovered outside the action area as defined, additional consultation would be necessary. If listed plants affected by the BLM grazing program are discovered outside the action area as defined, we will update the *Status of the Species, Environmental Baseline* and *Effects Analysis* to include that area, submit an addendum to the BA, and request it be appended to this programmatic consultation.

## V. Consultation History

This history begins with an account of three previous consultations between BLM and the Service regarding effects from BLM-authorized grazing to the three focal species. The most recent of these consultations, which involved grazing permit renewal within the Escalante LHA unit, was never completed and will be subsumed under the current programmatic consultation.

### Statewide Resource Management Plan Consultation

The BLM State Office prepared a *Statewide, Programmatic Biological Assessment of 13 Threatened/Endangered Plant Species and Endangered Uncompahgre Fritillary Butterfly and Biological Evaluation of Six Candidate Plant Species on Colorado Bureau of Land Management Lands*. The document included analysis of effects from the BLM livestock grazing program to Colorado hookless cactus, clay-loving wild buckwheat, and Debeque phacelia. The consultation was discontinued, with the most recent draft BA dated May 2003.

### Colona LHA Unit Grazing Permit Renewal Consultation

March 21, 2008: BLM UFO initiates consultation on effects of grazing permit renewal within the Colona LHA unit on clay-loving wild buckwheat. BLM submits a BA to the Service (Western Colorado Ecological Services, Grand Junction), along with a request for concurrence with a *may affect, not likely to adversely affect* determination.

June 19, 2008: The Service concurs with the above determination (ES/CO: BLM/UFO; TAILS 65413-2008-I-0105).

### Escalante LHA Unit Grazing Permit Renewal Consultation

June 7, 2010: BLM UFO speaks with the Service biologist regarding grazing permit renewal within the Escalante LHA unit and, in general, proposed mitigation and monitoring plans for Colorado hookless cactus.

July 22, 2010: The BA and consultation timeframes for the Escalante LHA unit grazing permit renewal are briefly discussed between UFO and Service biologists.

July 30, 2010: BLM UFO submits an electronic draft BA to the Service biologist.

11

August 3, 2010: The Service biologist sends comments on the draft BA to the BLM UFO. Other discussions and correspondence around this time include possible changes in effects determinations for Colorado hookless cactus and future options for programmatic consultation for grazing impacts on this species across multiple BLM Field Offices on the Western Slope.

August 24, 2010: BLM UFO submits an electronic revised draft BA to Al Pfister (Service), requesting comments and/or recommendations from the Service. The BA includes changes suggested by the Service biologist regarding effects determinations for Colorado hookless cactus and critical habitat for Colorado pikeminnow and razorback sucker. The BA also includes changes to grazing permit conditions and terms from earlier versions, dropping some measures that BLM determined to be infeasible.

September 2, 2010: Al Pfister states that it would be fine to go ahead and submit an official copy of the BA, including revisions suggested by the Service biologist. Both agencies understand that other changes to the BA will probably be needed.

October 14, 2010: UFO biologist and Service botanists make a field visit to the Escalante Canyon Area of Critical Environmental Concern (ACEC) area and discuss mitigation approaches, monitoring design, and grazing permit terms and conditions, primarily related to Colorado hookless cactus. Service botanists make several suggestions, including a paired-plot study design and an annual inventory strategy to improve BLM's base knowledge of Colorado hookless cactus distribution and abundance across the Escalante LHA unit. Those suggestions are incorporated in the Conservation Measures section of the draft BA.

Late October to early November 2010: Multiple phone calls and emails are exchanged between the BLM and Service, related primarily to BA effects determinations and rationale and other questions and concerns from the Service.

November 23, 2010: BLM UFO personnel meet with Al Pfister, Patty Gelatt, Ellen Mayo, and Alicia Langton of the Service to discuss concerns and suggested changes to the Escalante LHA BA. Items discussed included additional mitigation measures, monitoring design, concentrated livestock use mitigation, LHA reports and data, rationale for effects determination, and more. The details of those discussions are filed in the administrative record. Several changes are made to the BA to address these concerns.

Consultation on renewal of the Escalante LHA unit grazing permit renewal was discontinued; that proposed action is now part of the current programmatic consultation.

**BLM Livestock Grazing Programmatic Consultation**

September 26, 2011: BIO-Logic (third party contractor to BLM) sends email to Gina Glenne (Service) regarding the use of the section 7 range models to define the action area.

September 27 and 28, 2011: Gina Glenne sends emails to BLM providing electronic data for help in defining the action area.

September 28, 2011: BLM Environmental Coordinator discusses the action area with Gina Glenne.

BLM_0001836

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

October 26, 2011: Service biologist sends an email to BLM addressing the definition of the action area.

October 31, 2011: BLM Environmental Coordinator discusses the action area with Service biologist and they come to a consensus.

December 19, 2011 to January 9, 2012: Service biologist and BIO-Logic exchange emails and phone calls concerning various aspects of the organization and contents of the PBA, including the effects determinations.

January 20, 2012: BLM Environmental Coordinator sends the draft PBA to the Service Biologist for initial comments.

February 16, 2012: Service Biologist submits comments on the draft PBA to the BLM Environmental Coordinator.

April 17, 2012: BIO-Logic speaks to the Service biologist regarding the conclusion and effects determination for Debeque phacelia proposed critical habitat. BLM has determined that they want to conference, even though their conclusion is that a conference is not required. They would like the current consultation to cover critical habitat if and when it is designated. To that end, the Service requests that the BA provide a conclusion regarding the need for conference, and then follow the conclusion with an effect determination presented as if critical habitat has been designated. Conferencing and providing an effect determination for critical habitat in the PBA will enable the Service to confirm the conference report as a biological opinion if and when critical habitat is designated.

## VI. Status of the Species and Critical Habitat within the Action Area

### Colorado Hookless Cactus

Colorado hookless cactus is a small ball or barrel-shaped cactus endemic to Montrose, Delta, Mesa, and Garfield Counties in western Colorado. According to the *Recovery Outline for the Colorado Hookless Cactus*, CNHP data indicate that this species is currently known from a few more than 98 occurrences totaling approximately 19,000 individuals (FWS 2010). The occurrences are spread over approximately 1,700 square miles, with an estimated 618,000 acres of potential habitat (FWS 2010). This species has two population centers, one associated with the Gunnison River and its tributaries near the City of Delta, and the other with the Colorado River and its tributaries near Debeque, Colorado. Colorado hookless cactus was originally listed as threatened on October 11, 1979 (44 FR 58868), with revised listing due to taxonomic changes published on September 15, 2009 (74 FR 47112). Critical habitat has not been proposed for this species. The *Recovery Outline* released by the Service in 2010 (FWS 2010) presents an updated and thorough review of the species' status.

*Habitat*

Colorado hookless cactus grows primarily in the salt desert scrub community found on alluvial terraces associated with the Gunnison and Colorado Rivers. Soils are commonly derived from Mancos shale, often overlain with a thin layer of alluvium, and range from fine silty clay to coarse gravel, often with volcanic cobbles and boulders scattered on the surface. The dominant

13

co-occurring plant species include *Atriplex confertifolia, Artemisia nova, Opuntia* spp., *Echinocereus triglochidiatus, Pleuraphis jamesii,* and *Acnatherum hymenoides.* Populations also occur in sagebrush and the transition zone between sagebrush and pinyon-juniper woodland. Within these communities, Colorado hookless cactus is often found under small nurse shrubs, especially *Atriplex confertifolia.* In many populations, Colorado hookless cactus co-occurs with exotics, especially *Bromus tectorum* and/or *Halogeton glomeratus,* and along some drainages, *Acroptilon repens.* Typical elevations for the species range from 4,593 to 6,562 feet (1,400 to 2000 meters) above mean sea level (Heil and Porter 2004). According to the North Delta LHA report, BLM considers the Mancos shale communities that the cactus occurs in to have little resilience to disturbance due to soil chemistry and structure and the small amount of available moisture (BLM 2002).

## Species Description and Life History

Colorado hookless cactus grows from a taproot and typically has a single stem that can grow to about 5 inches (12 cm) tall, with large individuals attaining heights of 11 inches (28 cm). Mature stem diameter may reach to 3.5 inches (9 cm) (Heil and Porter 2004), with large individuals growing to 4 or so inches (10 cm) in girth. Tubercles are arranged into prominent longitudinal ribs. On the apex of each tubercle is an areole from which clusters of spines radiate; the central spine in each cluster is hookless. The large, funnel-shaped, pink flowers bloom from late April to May, with the small barrel-shaped fruits maturing in May and June. Flowers are hermaphroditic. Based upon preliminary breeding system studies by Tepedino, this species is thought to be primarily outcrossing (Heil and Porter 1994). Outcrossing presumably requires an insect vector for pollen transfer. Seed longevity in the ground, germination cues, and seed dispersal mechanisms for this species remain unstudied.

In addition to reproducing sexually, Colorado hookless cactus can produce new stems vegetatively by budding. New stem buds appear from beneath the main stem base, and may number from one to many. Field observations indicate that mild to moderate tissue damage, including herbivory by rodents and rabbits and crushing by vehicles, stimulates budding (Conner 2011, pers. comm.). Presumably if the caudex is sufficiently damaged, no new buds can sprout and an individual dies. Individual cactus stems also appear to be able to sustain some damage and survive. Partially uprooted cacti and those with apparent herbivore or crushing damage have been observed to heal over and survive (BLM 2009b; Conner 2011, pers. comm.).

## Abundance and Viability

For each occurrence in their database, CNHP assesses the estimated viability of a species or ecological integrity of its community using ranks A to D for excellent to poor. Of the 98 CNHP occurrences of Colorado hookless cactus, approximately 22 percent are ranked excellent to good (A, B, or BC), 10 percent fair (C), and 6 percent fair to poor (CD or D). The remainder are either considered historic because they have not been confirmed in over 20 years (42 percent, H rank), extirpated (1 percent, E rank), or they could not be ranked for a variety of reasons. The 21 occurrences ranked A or B represent at least 1,000 individuals (FWS 2010). In addition to the 98 occurrences in the CNHP data set, more than 6,000 individuals have been found during surveys for an electric transmission line and a proposed wastewater evaporation pond facility in Delta County (BIO-Logic 2008, 2009). These additional 6,000 plants bring the estimated total individuals range-wide to approximately 19,000 (FWS 2010). Those 6,000 individuals would

BLM_0001838

most likely be ranked A-B by CNHP, with the result that at least 37 percent of the estimated known individuals are in occurrences currently considered viable or ecologically intact.

*Land Ownership and Special Management Designations*

According to the *Recovery Outline*, 80 plus occurrences are fully or partially on land managed by the BLM, 45 are fully or partially on private land, and 9 are fully or partially on lands owned by the State of Colorado (FWS 2010). A number of BLM special management areas provide additional protections to this species: Dominguez-Escalante National Conservation Area (DENCA) and inside it the Escalante Canyon ACEC and Dominguez Canyon Wilderness; Adobe Badlands Wilderness Study Area; Gunnison Gorge National Conservation Area (GGNCA); and Pyramid Rock ACEC/Research Natural Area (RNA). Pyramid Rock ACEC encompasses the Pyramid Rock Natural Area, which is managed by the Colorado Natural Areas Program for the protection of several special status plant species, including Colorado hookless cactus. Gunnison Gravels RNA, located within the DENCA, and Rough Canyon RNA both occur inside occupied and reasonably certain to be occupied habitat as defined in this BA, but neither are known to support Colorado hookless cactus. Approximately 55 percent of occupied habitat for this species, as defined by the action area, falls inside these special management areas. BLM livestock grazing is not managed differently inside these areas than outside of them.

*Demography*

A large number of site inventories have been conducted over the years for Colorado hookless cactus, mostly as part of environmental clearance for proposed development projects. These have expanded our understanding of the species range and individual abundance. However, very little is known about population trends. Several monitoring efforts have been undertaken to better understand trends in this species range-wide. These efforts, summarized below, have been conducted variously by BLM, DBG, CNHP, CNAP, and private consultancies. In general, monitoring has not yet been conducted long enough to provide information on trends.

1. <u>BLM:</u> Monitoring by the BLM UFO is summarized in *Sclerocactus glaucus Monitoring Projects and Trends in the BLM Uncompahgre Field Office, 1978 – 2009* (BLM 2009b). Between 1983 and 1986, the UFO inventoried Colorado hookless cactus at 31 sites in Montrose, Delta, and Mesa Counties, finding a total of 4,979 plants. In 1993, they resurveyed 26 of these sites, with data recovered for only 21. Although the estimates of individuals at any given site were not entirely comparable between years due to divergent monitoring methods and the lack of permanent plots, 12 of the sites showed a stable or upward trend, and 9 showed a downward trend. Declines were greater than 50 percent at several sites.

   In 1986, the UFO collaborated with CNAP to establish seven $1 \text{ m}^2$ monitoring plots in the Escalante Canyon ACEC, with a total of 36 individuals across all plots. When the plots were revisited in 1993, an 11 percent reduction in plant number and a shift towards the seedling and mature size classes was found. In 2010, the UFO was unable to relocate these plots (BLM 2009b).

   Between 1985 and 1988 the CRVFO conducted extensive surveys for Colorado hookless cactus across potential habitat east of DeBeque (DeYoung 2012a, pers. comm.). A total of 16 sites were identified at that time with a total of 144 plants. Periodic monitoring of

BLM_0001839

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

10 sites between 1993 and 2007 found an upward trend in population size through 2001 and then a downward trend at seven of eight sites visited in 2007. Annual monitoring begun in 2008 has identified an increase in abundance since the low of 2007, with an all-time high at three sites in 2011. Seven new sites were discovered in 2010 and 2011, increasing the previously known numbers within CRVFO by 57 percent. Additional monitoring events need to occur before long-term trends can be determined.

2. <u>Denver Botanic Gardens:</u> The BLM State Office and DBG are working together to establish permanent demographic monitoring plots for Colorado hookless cactus range-wide on lands managed by the BLM (DBG 2007, 2008, 2010b). As of 2010, 10 plots had been established, 3 in the Escalante Canyon area north of Delta, 3 near Debeque, and 4 in areas leased by Black Hills Exploration and Production in Mesa County. Additional monitoring events need to occur before trends can be analyzed at these sites.

3. <u>Colorado Natural Heritage Program:</u> Within the DENCA, CNHP inventoried and updated element occurrence records of Colorado hookless cactus in 2009 and 2010.

4. <u>Colorado Natural Areas Program:</u> CNAP began monitoring Colorado hookless cactus at the Pyramid Rock Natural Area in 1998 (CNAP 1999, 2000). Two different populations were visited in 1998, and one of these was revisited in 1999 and found to be "undisturbed" compared to the previous year.

5. <u>Consultancies:</u> In 2009, WestWater Engineering, Inc. began a 5-year monitoring effort of 135 individual cactus stems in 5 subpopulations of Colorado hookless cactus along the Collbran natural gas pipeline route in Mesa County, on the north side of Plateau Creek (WWE 2010). Between 2009 and 2010, six of the cactus stems died, resulting in a four percent mortality rate. Sufficient data are not yet available with which to analyze trends.

Field observations by agency and private consultants indicate that Colorado hookless cactus population size can change rapidly (England 2008, pers. comm., cited in BIO-Logic 2008; Conner 2011, pers. comm.). The North Delta LHA report from UFO noted that: "Population fluctuations for the Uinta Basin hookless cactus [now Colorado hookless cactus] are much more rapid than originally expected, and in some cases significant recruitment events, such as the one in the early nineties near Escalante Creek, result in substantial increases in the number of individuals in the population. Cactus borers and other mortality factors seem to keep this species' populations in a constant state of change (BLM 2002)". Monitoring of the federally listed congener *Sclerocactus wrightiae* has also shown extreme fluctuations in mortality rates between years, often correlated with changes in precipitation (Clark and Clark 2007).

*Land Health Assessments*

Approximately 81 percent of the action area for Colorado hookless cactus lies within the following LHA units: North Delta, Escalante, Gunnison Gorge, North Fork, Roubideau, Kannah Plateau, Debeque-Roan Creek, Whitewater Common-North Fork Kannah Creek, Northern DENCA, and Rifle-West Watershed. The remaining 19 percent is inside units that have not yet been assessed. Based on a combination of BLM spatial data and the most recent available LHA reports, Standard 4 is being met in 95 percent of the assessed action area, is not being met over 3 percent, is met with problems over 2 percent, and remains undetermined over less than one percent of the area.

16

More specific information related to Colorado hookless cactus was available from the written LHA reports. The most recent assessment of the North Delta LHA unit, conducted in 2001 and 2002, found that all 74,583 acres met Standard 4 and that the Colorado hookless cactus populations in the area were in good condition, with only isolated effects from sheep bedding grounds (BLM 2002). When the Gunnison Gorge LHA unit was last assessed in 2001, the entire analysis area met Standard 4 and Colorado hookless cactus populations appeared "to be as healthy as they have been over the last twenty years" (BLM 2001), although insufficient information was available to determine trends. There were some minor differences between the reports and the spatial data. According to the spatial data for the North Delta and Gunnison Gorge units, less than one percent of the acres in each unit cout inside the Colorado hookless cactus action area met Standard 4 with problems; all the remaining acreage met the standard. The spatial data does not provide an indication of causal factors for areas not meeting a standard.

When the Escalante LHA unit was assessed in 1998 and 1999, 100 percent of the area met Standard 4, and the Colorado hookless population in the area "appear[ed] to be in good condition" (BLM 1999a). Roughly 107,362 of the 120,000 acres in this unit are inside the action area for Colorado hookless cactus. When the unit was re-assessed in 2009 and 2010, 28 percent met, 37 percent "met assumed", 17 percent met with problems, 9 percent did not meet, and 9 percent were not evaluated for Standard 4. The spatial data from this most recent assessment were not available for review. The report noted that historic and on-going monitoring efforts and field visits identified a decline in Colorado hookless cactus abundance and narrowing of its distribution in the unit (BLM 2010).

Approximately 20,764 acres of the North Fork LHA unit fall inside the Colorado hookless cactus action area. During the most recent assessment in 2006 and 2007, over 99 percent of that area met Standard 4. Less than one percent of the area did not meet Standard 4, and that acreage was all in unallotted areas. The report noted evidence that current public land management was having an impact on Colorado hookless populations. Occupied habitat was characterized by a combination of poor plant diversity, weed infestations, and soil erosion. Overgrazing by livestock and wildlife was cited as one of the sources of these problems (BLM 2007b). In the Roubideau LHA unit, last assessed in 2004 and 2005, 98.5 percent of the 23,995 acres inside the Colorado hookless action area met Standard 4; the remaining 1.5 percent met it with problems. The problem areas were all associated with degraded riparian habitat for special status fish species. According to BLM, current BLM land management was not affecting Colorado hookless cactus within the assessment area (BLM 2005b).

The Whitewater Common-North Fork Kannah Creek and Debeque-Roan Creek LHA units were last assessed in 2006 (BLM 2008c, 2010b), the Northern DENCA LHA unit was last assessed in 2007 and 2009 (BLM 2010c). At the time of review, Standard 4 was being met for Colorado hookless cactus in 100 percent all three units. More than 9,000 individuals occur within the Whitewater Common allotment, and although Standard 4 was being met for them, the report noted that poor habitat conditions caused by exotic invasives and surface disturbance are creating challenges for the plants. Six of the 34 known Colorado hookless cactus occurrences in the Debeque-Roan Creek LHA were visited during the assessment; all 6 were noted as being at risk due to poor habitat conditions deriving especially from infestations of *Bromus tectorum*.

The West Rifle Watershed LHA unit contains 18 known locations of Colorado hookless cactus, all within the County Line (08923) and Smith Gulch (08922) allotments (BLM 2005a). When

17

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

last assessed in 2005, the species trend inside the unit was considered stable. Standard 4 was being met for this species, although neither allotment was meeting Standard 3 for healthy plant communities. Dominance by *Bromus tectorum*, lack of cool season grasses and perennial forbs, and a reduction in sagebrush and greasewood were contributing to the poor habitat conditions. Although mature Colorado hookless cacti appeared to persist in areas with a high percent cover of *Bromus tectorum*, no recruitment of young cacti was observed where infestations were most dense. *Bromus tectorum* was only affecting a few of the cactus locations. Subsequent monitoring determined that current livestock grazing was a significant contributing factor in the failure to achieve Standard 3, so livestock grazing was indefinitely deferred in the County Line allotment DeYoung 2012b, pers. comm.).

*Threats*

The primary threats identified for this species in the *Recovery Outline* are destruction, modification, fragmentation, or curtailment of habitat and range; collection; livestock grazing and trampling; predation; herbicides and pesticides; hybridization; and climate change. The factors contributing to habitat destruction and modification include: (1) mineral and energy development; (2) utility corridors; (3) invasive species; (4) off-road vehicle (ORV) recreation; (5) water developments; (6) livestock grazing and trampling; and (7) herbicides and pesticides (FWS 2010). The effect of past and present threats on the status of the species is expanded on in the *Environmental Baseline* section of this document.

## Clay-loving Wild Buckwheat

Clay-loving wild buckwheat is a low, slow-growing, and long-lived subshrub known only from Delta and Montrose Counties, Colorado. Thought to be confined to one occurrence at the time of listing, this species is currently known from 14 element occurrences totaling approximately 278,600 individuals. Close to 90 percent of all known individuals are concentrated in a single core occurrence east of the City of Montrose. Occupied habitat totaling over 582 acres is distributed across a range approximately 11.5 miles wide (east to west) and 28.5 miles long (north to south) (FWS 2009b). Clay-loving wild buckwheat was listed as endangered on July 13, 1984, with critical habitat designated concurrently (49 FR 28562). The *5-Year Review* of this species by the Service (FWS 2009b) presents a thorough review of the species' status.

*Habitat*

Clay-loving wild buckwheat is endemic to clay soils derived from Mancos shale, locally known as adobe soils. These soils are alkaline due to high concentrations of calcium carbonate, are high in selenium, and highly erosive. The soils display a dramatic shrink-swell capacity, resulting in desiccation cracking and a lumpy, uncompacted surface due to freeze-thaw expansion. The soils may be particularly sensitive to compaction when wet, but even when dry, any pressure can easily compact the expansion achieved by freeze-thaw action during the winter. The importance of surface cracking and freeze-thaw expansion of soils to this species remains unstudied.

Within Mancos shale soils, this species occurs in mat saltbush or black sagebrush dwarf shrublands. *Atriplex corrugata* and *Artemisia nova* are the dominant species associates, with other common species including *Xylorhiza venusta, Atriplex confertifolia, Atriplex gardneri,* and *Picrothamnus desertorum*. Within these communities, plants are typically found in the basin portions of the adobe badland system of draws and ridges, at elevations ranging from 5,180 to

18

6,350 feet (1,579 to 1,935 meters) above mean sea level (FWS 2009b). At a finer scale, plants are often concentrated on the north or east face of small hummocks where snow drifts and remains later into the spring than on surrounding flat areas.

*Species Description and Life History*

Mature clay-loving wild buckwheat plants grow 4 to 8 inches (10 to 20 cm) in height, forming a densely branching, low, rounded subshrub with a woody base. The deciduous leaves are very short and narrow, typically less than one centimeter long and several millimeters wide, and appear needle-like. Flowers are hermaphroditic, with a mixed mating system requiring an insect vector for pollen transfer (Bowlin et al. 1993). Tepedino (2009) reported that flowers are visited by a large array of common bees, wasps, flies, and ants and concluded that pollination service is not a conservation concern for this species. Plants bloom from late May to early September, with fruits maturing from late June through October. Seed longevity, germination cues, and seed dispersal mechanisms have not been investigated.

*Abundance and Viability*

In addition to the 14 element occurrences that are known to be occupied by clay-loving wild buckwheat, there are 7 that have not been revisited to verify continued species presence. Based on past estimates, these occurrences may contain 3,500 individuals, which would bring the estimated total number of known plants to roughly 282,100. Roughly 90 percent of all known individuals (250,000 of 278,600 if historic occurrences are not counted) are concentrated in the Fairview South-Wacker Ranch occurrence. The CNHP assigned a viability ranking to 12 of the 14 known occupied occurrences: 2 of the sites encompassing 38 percent of occupied habitat ranked as A, including the core Fairview South-Wacker Ranch population; 6 sites representing 39 percent of occupied habitat ranked as B; 3 representing 21 percent of occupied habitat ranked as C; and one representing 1.4 percent of occupied habitat ranked as D. A geospatial analysis conducted by the Service estimated that 12,765 acres of suitable habitat exists for clay-loving wild buckwheat in association with known occupied and historical sites (FWS 2009b).

*Land Ownership and Special Management Designations*

According to the *5-Year Review*, a little over half (54 percent) of the known occupied acreage is managed by BLM or CNAP, with the remainder owned privately (FWS 2009b). Four of the 14 known occurrences have some special protections in place. Conservation easements protect a majority of the Lawhead Gulch occurrence and a portion of the Selig Canal occurrence on private land in the action area. BLM has designated the Fairview North (174 acres) and Fairview South (213 acres) ACECs specifically to protect clay-loving wild buckwheat. Livestock are excluded from the Fairview North ACEC and grazing inside the Fairview South ACEC is currently limited to five nights per year, with grazing prohibited every fourth year. Both ACECs are also designated as CNAP Natural Areas. Adjacent to the Fairview South ACEC, the Wacker Ranch Natural Area (43 acres) is owned by CNAP and managed jointly with The Nature Conservancy (TNC) to protect the species. Livestock are excluded from this special management area. The Fairview South ACEC and Wacker Ranch Natural Area together contain an estimated at 250,000 plants, or 90 percent of all known individuals (FWS 2009b). The remainder of this occurrence is on private land. A portion of the Selig Canal and Candy Lane/Peach Valley occurrences are located inside the GGNCA. No special restrictions on livestock grazing are in place inside the GGNCA.

19

*Demography*

A series of clay-loving wild buckwheat monitoring efforts have been concentrated in the Fairview South/Wacker Ranch occurrence. From 1990 to 1994, Carpenter and Schulz of TNC monitored six transects at Wacker Ranch (Lyon 2008). The resulting data are not detailed enough to provide population vital rates. Changes in abundance and recruitment were observed to vary between sites, and mortality averaged about six percent over a four-year period. A follow-up study authorized by TNC in 2008 relocated 73 percent of the tags in 5 of the original 6 transects (230 of 314 tags, with one tag per individual). Of the 230 tags relocated, 53 percent were still attached to live individuals, indicating that the species is long-lived. A 59 percent increase in abundance (from 314 in 1990 to 502 in 2008) was evident in the relocated transects (Lyon 2008). When the transects were read again in 2009, plant numbers appeared to be stable (DBG 2010a).

Two additional monitoring studies are ongoing (Lyon 2008). In 2008, a pair of monitoring transects was established by TNC at Wacker Ranch, where grazing is excluded, and another on adjacent land managed by BLM, where grazing is permitted. Data were collected in 2009 and 2011, but have not yet been analyzed to determine possible effects from grazing. Also in 2008, CNAP established a transect along an access road to Wacker Ranch to monitor potential effects from foot traffic on the species.

Preliminary demographic data from the Fairview South population were available from the BLM UFO. The UFO underwent formal consultation with the Service for renewal of the Colona LHA unit grazing permit (BLM 2008a). In accordance with the Service's letter of concurrence for the renewal (FWS 2008), the UFO began monitoring potential effects from livestock grazing in the Fairview South ACEC, which falls inside the Colona LHA unit. Four permanent transects were read annually starting in 2008. Analysis of the 2008 and 2009 data indicated no significant change in the number of individuals, although there was a shift in size class away from mature individuals (those > 225 cm$^2$ in canopy cover) (DBG 2010a). Looking at the raw data (BLM 2011), seedling (> 9 cm$^2$) abundance totaled across all 4 transects dropped from a high of 2,791 in 2008 to a low of 171 in 2009, rising somewhat again in 2010 to 388. This extreme fluctuation may indicate that germination flushes are episodic in this species. Notes on sheep sign inside the transects are not linked in any quantitative fashion to the monitoring data. BLM-assessed vigor in the transects was excellent to good in 2008, and good to fair in 2009 and 2010. The four transects at Fairview South are paired with ungrazed control transects at Wacker Ranch; an analysis comparing the two sets of transects is not yet available.

*Land Health Assessments*

The action area for clay-loving wild buckwheat lies within the Colona and Gunnison Gorge LHA units. Based on spatial data from UFO, 82 percent of the 55,491-acre action area meets Standard 4 for special status, threatened, and endangered species; 16 percent meets with problems, 2 percent does not meet, and less than one percent remains undetermined. When the Colona LHA unit was last assessed in 2007 and 2008, BLM did not estimate the health of the clay-loving wild buckwheat population except to note that recent inventories had increased the number of known individuals substantially, and recommend that grazing, recreation, and weeds be monitored for effects on the species (BLM 2008b). When the Gunnison Gorge LHA unit was last assessed in 2001, all lands occupied by clay-loving wild buckwheat met Standard 4 and the populations on

BLM_0001844

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

public land were reported to be stable and healthy, with little exposure to negative impacts (BLM 2001).

*Threats*

The primary threats identified for this species in the *5-Year Review* are destruction, modification, or curtailment of habitat and range; livestock use; herbicide use; and climate change. The factors contributing to habitat loss and modification include: (1) agricultural, urban, and residential development; (2) ORV recreation; (3) non-native invasive plants; (4) livestock use; and (5) oil and gas development (FWS 2009b). The effect of past and present threats on the status of the species is expanded on in the *Environmental Baseline* section of this document.

**Clay-loving Wild Buckwheat Designated Critical Habitat**

Critical habitat for clay-loving wild buckwheat was designated at the time of listing on July 13, 1984 (49 FR 28562). In 2006, the Service received a petition to revise critical habitat for this species (CNE et al. 2006), and on September 29, 2009 they issued a 12-Month Finding concluding that revisions to critical habitat were WBP by other priorities (74 FR 49835).

Critical habitat is comprised of approximately 120 acres divided between two pieces of land, all on private land in Delta County, Colorado. The unit encompasses what was the principal occurrence of the species at the time of designation.

*Primary Constituent Elements*

The primary constituent elements (PCEs) noted in the final rule include: (1) alkaline clay soils within (2) sparsely vegetated Mancos shale badlands.

*Status of the Primary Constituent Elements*

According to the 12-Month Finding issued in 2009, approximately 65 acres within designated critical habitat are still occupied by about 2,000 plants in what is known as the Lawhead Gulch occurrence (74 FR 49835). The Service has noted that half of the mapped occupied habitat within critical habitat has been lost to an agricultural field, and much of the area west of Lawhead Gulch that supports white Mancos shale soils but does not currently support plants was heavily disturbed at one time (Glenne 2012, in litt.). During two sites visits, one in 2009 and 2010, the Service observed that occupied habitat within critical habitat is somewhat weedy, with little biological soil crust, which may be affecting the PCE of sparsely vegetated shale badlands. Despite the weeds, the Service determined that the PCE of Mancos shale soils appeared to be in reasonable condition (Glenne 2012, in litt.).

*Land Ownership and Special Management Designations*

Critical habitat occurs entirely on private surface. The majority of the extant occurrence within critical habitat is currently protected by a conservation easement with the Black Canyon Regional Land Trust. The terms of the easement provide some protections to the species (74 FR 49835) (Bartlett 2012, pers. comm.).

*Land Health Assessments*

Critical habitat is entirely on private land, outside of any BLM LHA unit.

21

*Threats*

According to the final rule, the following activities may adversely modify critical habitat: (1) concentrated grazing by horses within fenced pastures and corrals, which has resulted in direct impacts to clay-loving wild buckwheat; and (2) soil compaction due to trampling by horses and the use of vehicles to manage and maintain the livestock operation. The Service has visited designated critical habitat twice in the summer since 2009 and has not observed sign of livestock grazing within occupied habitat during either visit (Glenne 2012, in litt.). The effect of past and present threats on the status of critical habitat is expanded on in the *Environmental Baseline* section of this document.

## Debeque Phacelia

Debeque phacelia is an herbaceous annual currently known from 22 occurrences distributed among 9 populations spanning the Mesa and Garfield County line near De Beque, Colorado. The total known distribution covers approximately 625.9 acres within an area 19 miles long and 11 miles wide (76 FR 45054). This species was listed as threatened on July 27, 2011 (76 FR 45054), with critical habitat proposed (76 FR 45078) the same day. The final listing rule provides a thorough and up-to-date review of the status of the species.

*Habitat*

Debeque phacelia is endemic to clay badland soils derived from the Atwell Gulch and Shire members of the Wasatch formation. It occurs in small patches (1 to 100 m$^2$) on uniquely textured soils that differ in an as yet unquantified way from adjacent soils. Preliminary results from studies conducted by the United States Geological Survey indicate that soils in occupied habitat have higher clay content than adjacent unoccupied soils. Soil color ranges from chocolate to purple brown to gray or tan. The soils are alkaline (pH 7 to 8.9), highly erosive, and display a dramatic shrink-swell capacity due to their high clay content. They are especially susceptible to compaction when wet (76 FR 45054; 76 FR 45078).

The badlands on which Debeque phacelia is found typically occur inside stands of salt desert scrub and big sagebrush shrubland within the larger pinyon-juniper woodland community. Cover of other plant species is typically less than 10 percent. Associates include *Grindelia fastigiata*, *Eriogonum gordonii*, *Monolepis nuttalliana*, *Oenothera caespitosa*, and *Bromus tectorum*. Occurrences are typically located on moderately steep slopes, benches, and ridge tops adjacent to valley floors at elevations ranging from 5,000 to 7,150 feet (1,524 to 2,179 meters) above mean sea level (76 FR 45054; 76 FR 45078).

*Species Description and Life History*

Debeque phacelia is a low-growing spring annual establishing from a tap root. Stems reach 0.8 to 3 inches (2 to 7.6 cm) in length, and typically branch at the base, with most branches held low to the ground in a rosette pattern. The tubular flowers are hermaphroditic, yellowish-white, and very small in size, with petals generally not exceeding 0.19 inches (4 to 5 mm) in length (76 FR 45054). Preliminary results from a breeding system study indicate that breeding occurs by self-pollination within individual flowers, without the need for an insect vector (Langton 2011, in litt.). The bloom period is from late April to late June, with fruits maturing from mid-May through early July, and seed dispersal complete by early July.

22

BLM_0001846

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

Once the plants have set fruit, they dry in the summer heat and are dislodged or disintegrate, often leaving no trace. Seed dispersal appears to be by gravity and possibly dislodged plants. It is thought that this species depends upon cracks in the soil surface to provide a favorable environment for seed germination. Germination cues remain unknown, but based on research on other rare desert annuals (Levine et al. 2008) they have been hypothesized to include an interaction between temperature and moisture (76 FR 45054).

Debeque phacelia depends on its seed bank for long-term survival. By storing viable genetic stock in the ground, individuals can "wait out" unfavorable environmental conditions. The buffering effect of a seed bank depends upon seed and germinant survival rates and how these factors are affected by environmental variation (Doak et al. 2002; Meyer et al. 2006). Seed bank vital rates remain unknown for this species. Given the importance of the seed bank to species health, preventing damage to or destruction of the seed bank is an important management consideration for Debeque phacelia. The fact that occurrences can remain dormant underground during some years, coupled with the observation that plants often disintegrate and disappear after they dry, creates a challenge when identifying occupied habitat for management purposes.

*Abundance and Viability*

New occurrences of this species have been found as recently as 2010. The estimated total number of plants range-wide has been estimated as varying between 7,767 and 68,371 per year. Of the 22 occurrences in the CNHP database, 7 have been ranked as A or B (two of these were ranked as B-C). These seven occurrences account for 66 percent of the known individuals based on counts recorded in good years in which germination rates were high (76 FR 45054).

*Land Ownership and Special Management Designations*

According to the final listing rule, of the 625.9 known occupied acres of Debeque phacelia, approximately 80.9 percent are on lands managed by BLM, 11.9 percent are on private lands, 6.6 percent are on lands managed by the United States Forest Service (USFS), and 0.7 percent are on lands managed by the Colorado Division of Wildlife (now Colorado State Parks and Wildlife [CPW]) (76 FR 45054). The Pyramid Rock occurrence, known to support up to 3,050 individuals (4 percent of all known plants), is within the Pyramid Rock ACEC/RNA and the Pyramid Rock Natural Area, which are managed for the protection of the species. BLM livestock grazing inside the designated area is managed the same as in areas outside.

*Demography*

As is typical for annual plant species, the number of Debeque phacelia individuals in any given occurrence can fluctuate dramatically between years depending upon environmental conditions. According to the final listing rule, individual plant numbers at the Horsethief Mountain population fluctuated from 1,700 plants in 1986, to 50 in 1992, 1,070 in 2003, and down to very few from 2006 to 2008 (76 FR 45054). A portion of the Pyramid Rock population was monitored annually by CNAP between 1997 and 1999. Numbers varied from 750 in 1997 to zero in 1998 to 6 in 1999 (CNAP 1997, 1999, 2000). Debeque phacelia monitoring adjacent to the Collbran pipeline between 2009 and 2010 identified roughly a 250 percent increase in abundance in one plot, with no change in the other plot (WWE 2010).

BLM_0001847

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

*Land Health Assessments*

The action area for Debeque phacelia lies within the Debeque-Roan Creek (66 percent), Kannah Plateau (21 percent), and Rifle-West Watershed (7 percent) LHA units, with a small portion (6 percent) inside another unit that has not yet been assessed. The BLM spatial data from these units are not sufficient to determine the status of Standard 4. The LHA reports for Rifle-West and Debeque-Roan Creek provide more specific information on the status of Debeque phacelia within the units. The written report for the Kannah Plateau unit has not yet been drafted. The overview provided of Standard 4 inside the action area for Debeque phacelia combines information from the spatial data and the written reports.

Within the Debeque-Roan Creek unit, last assessed in 2006, no conclusion could be made on the status of Debeque phacelia because no individuals germinated that year (BLM 2008c). The Rifle-West Watershed LHA unit contains two known occurrences of Debeque phacelia, both in the County Line allotment (BLM 2005a). When last assessed in 2005, Standard 4 was being met for this species, although the County Line Allotment was otherwise not meeting Standard 3 for healthy plant communities. Increased cover by exotics, especially *Bromus tectorum*, lack of diversity and abundance of cool season perennial grasses and perennial forbs, and reduced abundance of sagebrush and greasewood were contributing to the poor habitat conditions. According to the spatial data for the Kannah Plateau unit within the action area for Debeque phacelia, Standards 3 and 4 combined were met on 82 percent of the assessed area, were not met on 16 percent, were met with problems on one percent, and were not determined on one percent of the area. Combining all of these sources of information, Standard 4 has not been assessed or the assessment was inconclusive across 72 percent of the action area, was met over 24 percent, was not met over 3 percent, and was met with problems over less than one percent of the area.

*Threats*

The primary threats identified for this species in the final listing rule are destruction, modification, fragmentation, or curtailment of habitat and range, and climate change. The factors contributing to habitat loss and fragmentation include: (1) oil and natural gas exploration and development with attendant pipeline, road, and utility line expansions; (2) development of new electricity transmission and distribution facilities within the Westwide Energy Corridor; (3) ORV recreation; (4) trampling from livestock and wild ungulates; and (5) potential water reservoirs. The effect of past and present threats on the status of the species is expanded on in the *Environmental Baseline* section of this document.

**Debeque Phacelia Proposed Critical Habitat**

Critical habitat for Debeque phacelia was proposed on July 27, 2011 (76 FR 45078), totaling 24,987 acres divided among nine units in Mesa and Garfield Counties. It is defined by minimum convex polygons around all known and historic occurrences, plus a 100-meter buffer outside of the polygons, and therefore coincides with the definition of occupied and reasonably certain to be occupied habitat used in this BA. The proposed rule provides a thorough and up-to-date review of the status of critical habitat for this species.

*Primary Constituent Elements*

The proposed rule lists five PCEs essential to the conservation of the species:

BLM_0001848

1. Suitable soils and geology: Within the Atwell Gulch and Shire members of the Wasatch formation, areas 1 to 100 m$^2$ in size on colorful exposures of chocolate to purple brown to gray or tan soils. These areas have a higher clay content and different texture than adjacent soils. The clay soils shrink and swell dramatically, and are alkaline, with a pH between 7 and 8.9.

2. Topography: Moderately steep slopes (2 to 42 degrees), benches, and ridge tops adjacent to valley floors.

3. Elevation and climate: Elevations ranging from 4,600 to 7,450 feet, and climatic conditions similar to those in Debeque, Colorado.

4. Plant community: Barrens 1 to 100 m$^2$ in size with less than 20 percent plant cover in the least vegetated portions of the site. Clay badlands occurring in patches of salt desert scrub and big sagebrush shrubland within pinyon-juniper woodland. Associates include *Grindelia fastigiata, Eriogonum gordonii, Monolepis nuttalliana, Oenothera caespitosa,* and *Bromus tectorum.*

5. Maintenance of the seed bank and appropriate disturbance levels: Within suitable soils and geology, undisturbed areas, and areas with light disturbance when dry and no disturbance when wet.

*Status of the Primary Constituent Elements*

At the time the critical habitat proposal was published in the federal register, the Service noted that all nine units possessed the physical and biological features essential to the conservation of the species (76 FR 45078). They also noted that special management practices would be required within all nine units to address threats to the PCEs (see *Threats*). The current condition of proposed critical habitat therefore appears to be good to excellent overall.

*Land Ownership and Special Management Designations*

Because proposed critical habitat and occupied habitat so closely overlap, land ownership and special management designations within proposed critical habitat are almost identical to what they are in occupied habitat. According to the proposed rule, 79.5 percent of critical habitat is on land managed by BLM, 7.5 percent on land managed by USFS, 0.7 percent on land managed by CPW, and 12 percent on private land. The Pyramid Rock unit is the largest of the nine units, comprising 69 percent of proposed critical habitat. The 552-acre Pyramid Rock ACEC/RNA and the Pyramid Rock Natural Area, both managed for the protection of the species, occupy the southeast corner of the unit. BLM livestock grazing inside the designated area is managed the same as in areas outside.

*Land Health Assessments*

Proposed critical habitat for Debeque phacelia occurs inside the same LHA units as occupied habitat for the species: Debeque-Roan Creek, Rifle-West Watershed, and Kannah Plateau. The PCEs that characterize critical habitat for the species are not directly addressed in the LHA reports or spatial data. Assessment of Standard 1 for upland soils may provide some insight into the status of the soil PCE in the units, although none of the reports address soil texture. Within the Rifle-West Watershed LHA unit, which covers roughly 7 percent of critical habitat, soils

25

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

falling inside critical habitat all met Standard 1 (BLM 2005a). Within the Debeque-Roan Creek unit, which covers roughly 66 percent of critical habitat, three allotments were assessed that contain critical habitat: Coon Hollow (06712), Logan Gulch (06733), and Winter Flats/Deer Park (06713). Standard 1 for soils was met throughout the Coon Hollow allotment. A small portion of Logan Gulch (7 percent) met the standard with problems, and a small area in Winter Flats/Deer Park (0.4 percent) did not meet the standard. Erosion was cited as a concern in all three allotments, and spring grazing was viewed as an existing or potential causal factor contributing to less than optimal soils conditions (BLM 2008c). No information on Standard 1 is available within the Kannah Plateau unit. Standard 3 for healthy plant communities is not considered informative for the vegetation community PCE associated with critical habitat, since that PCE refers to highly specialized barrens that are not referred to in either the Debeque-Roan Creek or Rifle-West LHA reports.

*Threats*

According to the Service, special management practices would be required within all nine proposed critical habitat units to address threats to the PCEs (76 FR 45078). Activities having the potential to alter the PCEs include the same activities identified in the final listing rule as contributing to habitat loss and modification: (1) oil and natural gas exploration and development with attendant pipeline, road, and utility line expansions; (2) development of new electricity transmission and distribution facilities within the Westwide Energy Corridor; (3) ORV recreation; (4) trampling from livestock and wild ungulates; and (5) potential water reservoirs. Another threat identified in all proposed critical habitat units is invasive weed species, in particular *Bromus tectorum* and *Halogeton glomeratus*. Within the Debeque Unit, residential and agricultural development is listed as an additional threat. The effect of past and present threats on the status of critical habitat is expanded on in the *Environmental Baseline* section of this document.

## VII. Environmental Baseline

This section provides an analysis of the past and ongoing human and natural factors that have affected and continue to affect the current status of the three focal species and their habitat, including critical habitat, in the action area. All three species and associated critical habitat are generally treated together, given that effects to all from the various factors are often similar.

Past and current human uses of BLM-managed land within the action area include: major utility line rights-of-way (ROW); natural gas development; water developments, especially check dams and irrigation projects; military training; road construction and highway expansion; livestock grazing; ORV use and other recreational activities; and illegal collection. Past and current human uses of other lands in the action area include primarily agriculture, both crop- and rangeland, and residential development. Natural factors contributing to the status of the species include herbivory and trampling by wildlife. Potential effects from climate change are also discussed here. These anthropogenic and natural factors have undoubtedly contributed to changes in the distribution and abundance of the three focal species and altered important habitat characteristics, including PCEs in critical habitat.

26

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

**Utility Lines**

Expansion of utility lines has kept pace with population growth in the region. Rights-of-way issued for development of these lines have resulted in both direct and indirect effects to the three focal species and their habitats. Examples of transmission lines in the action area that have undergone section 7 consultation for effects to Colorado hookless cactus include the Xcel Grand Junction Conversion Transmission Line, which pass through eight miles of the action area for Colorado hookless cactus; the Tri-State Starr Nelson-Doughspoon-Garnet Mesa 115kV Transmission Line, which passes through nine miles of the action area for Colorado hookless cactus; and the Public Service Company of Colorado Cameo-Grand Valley Power Line that passes through approximately 3.5 miles of Colorado hookless habitat on BLM land. The Tri-State line resulted in transplantation of 78 cacti. The Grand Junction-Montrose 115kV transmission line has also impacted Colorado hookless cactus. The planned East Montrose Transmission Line passes 15 miles through occupied clay-loving wild buckwheat habitat, with no direct take anticipated from construction (BIO-Logic 2011).

In addition to the direct effects that transmission line construction has had on the focal species, transmission line ROW may promote the spread of noxious weeds, with ensuing effects on native plant communities and listed plant habitat. Transmission line corridors and associated access roads also provide new access into otherwise roadless areas, indirectly increasing effects to plants and critical habitat from recreation, especially ORV use. Utility ROW also create extensive linear disturbance that fragments habitat; a discussion of fragmentation effects is provided below in the section on *Road Construction and Highway Expansion*. The most recent Escalante LHA report from UFO indicated that Colorado hookless cactus habitat in the area has been degraded by power and telephone line ROW (BLM 2010a).

**Natural Gas Development**

Natural gas development has occurred within occupied habitat for Colorado hookless cactus and Debeque phacelia, with none to date inside clay-loving wild buckwheat habitat. Approximately 84 percent of the action area for Debeque phacelia, 35 percent for Colorado hookless cactus, and 2 percent for clay-loving wild buckwheat are currently leased for oil and gas drilling. Based on current spatial data available from BLM, there are 78 gas wells within the action area for Colorado hookless cactus, and 55 for Debeque phacelia. The final listing rule for Debeque phacelia states that 60 gas wells occur within the same legal section as 18 of the 22 known occurrences, and that gas facilities are found on 11 of the 22 Debeque phacelia occurrences (76 FR 45054). According to the proposed critical habitat rule for Debeque phacelia, the species occurs within the second largest natural gas producing area in Colorado (76 FR 45078), which would also apply to Colorado hookless cactus in the northern portion of its distribution along the Colorado River.

Effects to Debeque phacelia and Colorado hookless cactus from oil and gas development have been direct through loss of plants and habitat, and indirect through such factors as changes in drainage patterns and infiltration rates, soil contamination, increased spread of noxious weeds, and possibly changes in pollinator service (Colorado hookless cactus only) and effects from fugitive dust. In addition to effects from pads, development of oil and gas service roads and pipelines have created extensive linear disturbance within occupied habitat that has resulted in habitat loss and fragmentation. Examples of large-scale gas pipeline disturbance that underwent

27

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

section 7 consultation include the TransColorado Pipeline, which traverses 5 and 46 miles, respectively, of the action area for Debeque phacelia and Colorado hookless cactus, and the Collbran Pipeline, which also travels through the action area for these two species. The TransColorado Pipeline led to transplantation of approximately 1,200 Colorado hookless cacti, with an estimated 19 percent mortality rate over a five-year period (BIO-Logic 2008 and references therein), whereas the Collbran pipeline was expected to have only indirect effects to Colorado hookless cactus and Debeque phacelia (WWE 2010).

Although surface disturbance from oil and gas development can be viewed as temporary if the life of a gas well is perhaps 30 years, reclamation success on abandoned pads, roads, and pipelines is often less than ideal, with the result that original habitat characteristics are seldom recovered. Pipeline corridors often open otherwise roadless areas to recreational use, especially by ORVs, creating indirect effects to plants and their habitat.

**Water Developments**

The arid Grand and Uncompahgre Valleys, where the majority of occupied habitat for Colorado hookless cactus and clay-loving wild buckwheat is found, were transformed into major agricultural regions by the Bureau of Reclamation Grand Valley and Uncompahgre Projects during the early part of the 20th century, long before the ESA had been enacted. Based upon what is known of the current distribution of these two species, it appears very likely, although it is impossible to know with certainty, that the extensive system of irrigation canals and ditches that resulted has directly affected plants and altered habitat. Locations currently exist in which clay-loving wild buckwheat occurs directly adjacent to an historic canal or lateral. Much of the development has occurred on BLM land, although laterals and delivery ditches extend onto private lands in the action area. The South, East, Loutsenhizer, Peach Valley, Selig, and North Canals, all major canals that are part of the Uncompahgre Project, run directly through occupied clay-loving wild buckwheat habitat east of Montrose. All of these canals are paralleled, in full or part, by operation and maintenance roads that provide an avenue into clay-loving wild buckwheat habitat for invasion by noxious weeds and that open large areas to recreational activities. Recent canal maintenance has been reported to have affected at least two clay-loving wild buckwheat occurrences (FWS 2009b), indicating that potential effects from irrigation systems are not just historic. Four canals serve the De Beque area, and may have affected Debeque phacelia and its proposed critical habitat.

In the mid-20th century, BLM undertook watershed improvement projects in occupied Colorado hookless cactus and clay-loving wild buckwheat habitat, including check dams and contour furrows to control erosion and the flow of salts to the Gunnison and Colorado Rivers. According to BLM spatial data, 807 check dams have been recorded within the action area for Colorado hookless cactus, and 1,035 within the action area for clay-loving wild buckwheat. Effects to the species from these improvements are very possible, but cannot be confirmed.

**Military Training**

Two National Guard artillery ranges were located on BLM lands within the Colorado hookless cactus action area: the Cactus Park Training Area (1,366 acres) and the Delta Militia Rifle Range (79 acres). Both have been closed down, but during operation are likely to have had effects to cacti. The recent removal of unexploded ordnance from the Delta Militia Site may have also affected cacti.

28

**Road Construction and Highway Expansion**

The proliferation of roads in the action area is certain to have adversely affected the three focal species and proposed critical habitat for Debeque phacelia. The expansion of State Highway 50 to four lanes between Montrose and Grand Junction is an example of a road project that underwent section 7 consultation for direct and indirect effects to Colorado hookless cactus on BLM lands. According to the listing rule for Debeque phacelia, "Frequently traveled" roads bisect or otherwise cross nine occurrences (76 FR 45054). Table 2 lists the approximate miles of road inside the action area for each species.

The deleterious effects to plants from roads are many and well-documented. Roads fragment habitat, and fragmentation decreases patch size and increases edge effects, with possible consequences to pollinator behavior and gene flow (Ågren 1996; Bhattacharya et al. 2003; Honnay and Jacquemyn 2007). Roads facilitate the spread of noxious weeds (Hansen and Clevenger 2005; Christen and Matlack 2009) and unpaved roads create dust that can alter soil chemistry (Brown 2009) and interfere with gas exchange (Vardaka et al. 1995; Rasoul Sharif et al. 1997). Roads also promote public access to occupied habitat and proposed critical habitat for recreation, especially ORV use, with attendant effects to habitat, especially soils, and plants.

**Table 2. Estimated Existing Roads (miles) in the Action Area**

|  | US Highway and Interstate | County or State Road | Roads | Primitive Roads |
|---|---|---|---|---|
| Colorado hookless cactus | 72 | 328 | 948 | 1,271 |
| Clay-loving wild buckwheat | -- | 23 | 108 | 140 |
| Debeque phacelia | 17 | 41 | 70 | 186 |

Source: BLM spatial data (CRVFO, GJFO, UFO).

**Livestock Grazing**

The contribution of livestock grazing to the environmental baseline on BLM lands is confined to a summary of inferred effects from historic grazing in the action area and an introduction to effects from post-FLPMA grazing. Effects from domestic livestock operations on private lands that may be affected by BLM-authorized grazing are also described. A detailed analysis of effects from post-FLPMA, current, and future BLM-authorized livestock grazing to the focal species and critical habitat in the action area is left for the *Effects Analysis* section of this document.

Since the region was settled in the late 1880s, there has been widespread use of public lands for livestock grazing. It was not until the Taylor Grazing Act became effective in 1934 that grazing on public lands became regulated within a system of allotments with use restrictions. According to BLM, anecdotal accounts of the early history of grazing in the area indicate that grazing intensity was once much greater than it is today, resulting in widespread changes to vegetation communities and soils in the area. Inferred effects to vegetation include a lack of cool season grasses and forbs in communities where they would otherwise be expected, and unnatural dominance by annuals, exotics, and woody species (BLM 1999a, 2002, 2005b, 2008b, 2010a). It

29

BLM_0001853

is very possible that such modification of habitat has influenced the abundance and distribution of the three focal species. Historic effects from range improvement projects and management of livestock operations very likely occurred as well. These effects would be similar to those caused by current-day rangeland management activities, as described in the *Effects Analysis* section.

Post-FLPMA rangeland management has likely resulted in on-going effects from livestock grazing to Colorado hookless cactus, clay-loving wild buckwheat, Debeque phacelia, and critical habitat. Approximately 97 to 99 percent of the action area for each species is currently allocated to grazing. Effects may be induced by the livestock themselves or by activities secondary to grazing such as trailing, watering, herbicide application, and construction and maintenance of associated range improvement projects. These effects are reviewed in detail in the *Effects Analysis* section. Table 3 provides a summary of existing range improvements on BLM lands within the action area for each species.

Domestic livestock operations on private land that may be affected by BLM-authorized grazing and attendant activities do occur in the action area. A livestock operation is known to occur in and to have affected clay-loving wild buckwheat critical habitat on private land (49 FR 28562). At the time the species was listed and critical habitat designated, the PCE of sparsely vegetated shale badlands had been affected by trampling and grazing from livestock concentrated within corrals and fenced pasture, and an estimated 50 percent of buckwheat individuals had been extirpated (Patterson et al. 1983, cited in FWS 2009). Given the rural nature of much of the action area, it is likely that other ranching operations occur on private lands inside the action area and that these operations have affected the focal species and critical habitat. Effects from livestock grazing and management on private lands within BLM allotments are addressed in the *Cumulative Effects* section.

**Table 3. Estimated Existing Range Improvements on BLM Lands in the Action Area**

| Action Area | Range Improvement | | | |
|---|---|---|---|---|
| | Fence (miles) | Stock Trails (miles) | Water Pipelines (miles) | Water Developments[1] (count) |
| Colorado hookless cactus | 192.4 | 110.1 | 20.4 | 704 |
| Clay-loving wild buckwheat | 3.6 | 5.7 | 0 | 9 |
| Debeque phacelia | 45.6 | 5.5 | 3.7 | 139 |

[1] Water developments include stock ponds, reservoirs, retention dams, and developed springs.
Source: BLM spatial data (CRVFO, GJFO, UFO).

**Agricultural and Residential Development**

Agricultural and residential development on private land is noted by the Service as a threat to all three focal species and critical habitat (76 FR 45054; 76 FR 45078; FWS 2009b, 2010). Given that much of the non-federal land that may be affected by the BLM grazing program is rural in nature, it is likely that agricultural development occurs on some portion of it. And given that the Cities of Montrose, Delta, Whitewater, Grand Junction, and De Beque have grown up in the midst of occupied habitat, it is likely that some portion of the private lands that may be affected

BLM_0001854

by BLM grazing support residential development. Agricultural and residential development may affect the three focal species and critical habitat in a myriad of ways, including direct loss of plants and habitat, and indirect effects from fragmentation, herbicide application, proliferation weeds, and an increase in recreational activities.

## Off-road Vehicle Use and Other Recreational Activities

Large parts of the action area are open to ORV use. Although use restrictions apply in occupied habitat, ORV use is notoriously difficult to control. Off-road vehicle use in the action area has been observed to affect all three species and their habitats (76 FR 45054; 76 FR 45078; FWS 2009b, 2010) or has been noted to be a potential threat (BLM 2002, 2007b, 2009b, 2010a). Reveal (2006) noted the near destruction of a clay-loving wild buckwheat occurrence by ORVs. BLM has documented direct effects to Colorado hookless cactus from ORV activity in the North Delta ORV Open Area (Sharp 2012a, pers. comm.). In addition to direct effects to plants from crushing, indirect effects may be induced by soil disturbance and habitat fragmentation (Ouren et al. 2007). In the badland soils in which all three species occur, ORVs break the surface crust created by the high clay content, or damage biological soils crusts if they are present, exposing soils beneath to erosion from wind and water and altering water infiltration (Belnap 1995; Ouren et al. 2007). In addition to the above effects, surface disturbance from ORVs also creates opportunities for the establishment of noxious weeds.

Other examples of recreational activities known to impact Colorado hookless cactus include golfing and panning for gold. The Devil's Thumb Golf Course, which involved the sale of public land to the City of Delta, underwent section 7 consultation for effects to Colorado hookless cactus. Gold panning in the Escalante area near a Colorado hookless cactus occurrence was halted by BLM due to observed impacts to habitat (BLM 2009b).

## Illegal Collection of Plants

The listing rule for the Uinta Basin hookless cactus complex states that "Severe over collection has already occurred" (44 FR 58868). Based on Colorado hookless cactus monitoring results in the 1980s, BLM hypothesized a sharp decrease in abundance at one site was due to illegal collection (BLM 2009b). In the 2009 *Recovery Outline* for Colorado hookless cactus, the Service noted vandalism of cacti, but no known incidents of illegal collection (FWS 2009b). Although illegal collection does not appear to be a significant issue for Colorado hookless cactus, it cannot be ruled out.

## Herbivory and Trampling by Wildlife

Trampling of plants or habitat by big game has been noted at several sites. In 2011, CRVFO documented five mature Colorado hookless cactus plants that had been uprooted. The plants had been kicked out of the ground and the roots exposed, causing all five to die. Since there was no authorized livestock grazing in these areas in 2011, and since large hoof prints were seen in the vicinity, trampling was attributed to elk (DeYoung 2012b, pers. comm.). The Service suspects that big game browse clay-loving wild buckwheat to some degree, based upon the species' known palatability to sheep (Sharp 2012b, pers. comm.), but such use has not been documented.

Tent caterpillars have been observed to nest in clay-loving wild buckwheat (BLM 2007c). These animals eat the buckwheat leaves and are thought to have caused mortality in some plants (Sharp

31

BLM_0001855

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

2012c, pers. comm.). The cactus borer (Moneilema semipunctatum) has widespread effects on Colorado hookless cactus (BLM 2009b; WWE 2010), and herbivory by rodents and lagomorphs has been widely noted (BIO-Logic 2008; FWS 2010 and references therein). The population-level effects to clay-loving wild buckwheat and Colorado hookless cactus from these herbivores remain unstudied. Even if such effects are not occurring on their own, herbivory may interact with anthropogenic disturbance or stochastic events to tip the balance towards decline in some occurrences, especially in small patches under fragmented conditions.

## Climate Change

The Service has provided a thorough review of the potential for climate change to affect all three species and their critical habitat (76 FR 45054; 76 FR 45078; FWS 2009b, 2010). Predicted changes in temperature and precipitation patterns are expected to influence plant establishment and survivorship, as well as seed bank dynamics (Debeque phacelia). Related effects to the vegetation communities these species occur in and depend upon are also expected to affect the distribution and abundance of the three species.

# VIII. Effects Analysis

The BLM livestock grazing program may affect Colorado hookless cactus, clay-loving wild buckwheat, Debeque phacelia, and associated critical habitat not only through grazing itself, but also through related operational activities secondary to grazing. The following two sections provide an overview of potential effects from these two types of activities for use as background when analyzing effects of the BLM-authorized grazing program on the three focal species.

## An Overview of Effects from Livestock Grazing to Soils and Terrestrial Vegetation

Domestic livestock grazing can affect plants and their habitats through physical impact from herbivory and trampling; deposition of nutrient-rich feces and urine; and by dispersal of plant propagules over the landscape on their hooves, hides, and in their guts. The avenue of effect can be direct, through herbivory, crushing, or burial of individual plants and their seeds. It can also be indirect, through modification of habitat components such as soil, biological soil crusts, and vegetation community. The magnitude and intensity of these effects on rare plants depends on many things, including grazing intensity and timing, livestock species, plant species' habit and life history, and the nature of the soils and vegetation community the plants grow in. What follows is a brief overview of the various ways in which livestock can affect plants and their habitats.

### *Herbivory*

Direct damage from grazing herbivory will not kill a plant unless an individual is uprooted or its meristem is destroyed. Low to moderate amounts of herbivory can stimulate new growth, whereas overgrazing can stunt growth and cause hedging in woody species. If grazing occurs during the flowering and fruiting period, reproductive structures may be eaten, causing a decrease in reproductive success or even reproductive failure. Different livestock species target different suites of plants: cattle consume mostly grass and herbaceous forbs, whereas sheep prefer grasses and forbs, but will also browse on woody plant tissue. Sheep are known to show seasonal preferences, consuming more woody forage in the winter when their preferred herbaceous forage is absent (Pollock et al. 2007; NRC 2008). Exceptions always occur. For

32

BLM_0001856

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

example, within the action area cattle have been observed to browse heavily on *Sarcobatus vermiculatus* during the winter (Conner 2012, pers. comm.).

Herbivory can affect rare plant species indirectly by changing vegetation community composition and structure. Livestock preference for some species and age classes can interfere with successional processes and decrease density and biomass of some species (Fleischner 1994), with the potential of altering the function and utility of a community for rare plant species. Such changes may be especially important for species whose presence is tightly correlated with associates or a certain range of canopy cover. Livestock, especially cattle, have been shown to prefer natives over weeds under some circumstances, which can also promote changes in community composition (Belsky and Gelbard 2000).

*Trampling*

Trampling can affect plants through crushing, and has been hypothesized to bury seeds of one rare annual so deeply that they can no longer germinate (Meyer et al. 2005, 2006). Trampling may also affect plants and their communities indirectly by disturbing soils. Soil compaction and disturbance to physical and biological soil crusts are the most relevant impacts from trampling to soils. Soil compaction has been shown to inhibit root growth (Ouren et al. 2007; Potter et al. 1985) and alter hydrologic processes important to plants (Fleischner 1994; Jones 2000). Disturbance to biological soil crusts can increase wind and water erosion of soils (Belnap 2001; Belnap et al. 2009), with resulting loss of nutrients (Belnap 2002; Neff et al. 2005) and decrease in water infiltration (Belnap 1995), both of which are likely to have disproportionate effects in arid ecosystems. These effects can alter the function and utility of habitat for rare plant species, especially edaphic endemics.

The timing of trampling can be critical. If soils have high clay content, they will be especially susceptible to compaction when wet. Effects from trampling will be greatest in areas where livestock concentrate, such as along trails, at salt licks, and at watering holes and troughs. Sheep aggregate in bedding grounds and during daily movements to and from bedding grounds. This behavior results in distinctive swaths of heavily trampled soil and vegetation.

*Nutrient Deposition*

Livestock introduce organic matter, nitrogen, and salts to plant communities through their feces and urine. These introductions are typically concentrated in areas that are heavily used, especially in bedding grounds and along trails, and at watering holes and salt licks. Soils amended with nitrogen have been shown to promote invasion by annual exotics, including *Bromus tectorum*, and inhibit growth of native or perennial grasses (Kay and Evans 1965; Wilson et al. 1966). Effects may be expected to be greatest on rare plants confined to nutrient-low soils.

*Seed Dispersal and the Relationship between Livestock Grazing and Weed Invasions*

The correlation between livestock grazing and invasion by exotic plant species has been well documented, especially in semi-arid environments (Belsky and Gelbard 2000). Mechanisms include not only dispersal of propagules, but disturbance of soils and biological soil crusts, creation of nutrient-rich patches of soil, and preferential grazing of natives over exotics (Belnap 1995; Belsky and Gelbard 2000). Invasion by exotics has been shown to alter ecosystem

33

BLM_0001857

processes, including nutrient cycling and fire regime (D'Antonio and Vitousek 1992; Ehrenfeld 2003). *Bromus tectorum*, which often dominates disturbed sites throughout the action area, has been shown to decrease nitrogen availability to plants following invasion of undisturbed grassland on the Colorado Plateau (Evans et al. 2001) and to increase fire frequency (Knapp 1996; Whisenant 1992).

**An Overview of Effects from Livestock Grazing Operational Activities to Soils and Terrestrial Vegetation**

The BLM livestock grazing program involves a number of operational activities secondary to grazing that have the potential to affect Colorado hookless cactus, clay-loving wild buckwheat, Debeque phacelia, and associated critical habitat. These activities include the construction and maintenance of range improvements (fences, corrals, water developments, unimproved access routes, cattleguards, etc.), salting and supplementing, livestock trailing and bedding, livestock handling, rangeland treatments, and utilization and trend monitoring. Water developments may include detention dams and stock ponds, developed springs, troughs, and water pipeline. All of these activities have the potential to affect the three focal species and their habitat directly and indirectly.

Direct effects from operation and maintenance activities are possible and include killing or otherwise damaging plants by physical impact or potentially herbicide application and drift. Grazing infrastructure and concentrated use by livestock in occupied habitat have the potential to result in direct loss of habitat, including damage to PCEs within critical habitat. Concentrated livestock use during permitted and routine trailing, bedding (especially sheep), watering, and salting would be the most difficult to control and may impact individual plants, soils, and other habitat features through trampling and nutrient deposition, potential effects of which are described in the previous section.

Indirect effects would be more varied in nature and may include proliferation of weeds on disturbed surfaces, especially near water developments, and soil degradation, resulting in habitat alteration or loss through changes in vegetation community. Potential effects of soil degradation and invasion by exotic species into rare plant habitat are reviewed in the previous section. Indirect effects may also occur if herbicides impact pollinator service of individual plants, resulting in decreased reproductive output.

Unimproved access, livestock trails, and patchy habitat loss from other operational activities may result in fragmentation of habitat for the three focal species. It appears unlikely that the size of these features would interfere in gene dispersal for the three focal species, especially if permitted trailing occurs outside the reproductive period whenever possible (see conservation measure 7). These features will create edge effects, the most significant of which would be an increase in weeds, and possibly episodic, short-term increased exposure to dust along access routes and trails.

BLM_0001858

**Direct and Indirect Effects from the Proposed Action**

*Colorado Hookless Cactus*

Documented Effects and Service-evaluated Threat Level

Physical damage to Colorado hookless cactus individuals from sheep bedding and moderate to heavy trampling by livestock have been observed (BLM 2002, 2009b, 2010a; FWS 2010). Even when direct mortality does not occur, trampling damage may make individual plants more susceptible to desiccation or herbivory from insects or small mammals. No evidence of browsing by livestock on this species has been reported.

The original listing rule for Colorado hookless cactus (then Uinta Basin hookless cactus) stated that "Limited grazing of its habitat appears to be beneficial for this species. Greatly increased or decreased grazing could contribute to a decline of the species". The *Recovery Plan for Uinta Basin Hookless Cactus* questioned whether a decrease in grazing would affect habitat for this species (FWS 1990). The recent *Recovery Outline* for Colorado hookless cactus includes livestock grazing as a threat to the species (FWS 2010). No studies have addressed the possible relationship between livestock grazing and habitat function for this species. Over the course of a 20-year study of another federally listed species of *Sclerocactus, S. wrightiae*, Clark and Clark (2007) observed a more rapid increase in density inside a cattle exclosure compared to a grazed area adjacent to the exclosure. Without replication, it is difficult to attribute effects to the exclosure.

Land Health Assessment reports from BLM provide insight into the effects of grazing on Colorado hookless cactus. The Escalante LHA report, completed in 2010, states that trampling and occasional mortality to cacti have been attributed to livestock and that grazing activities are likely impacting this species (BLM 2010a). The North Delta LHA, completed in 2002, specifically identifies sheep camps and bedding grounds as affecting local occurrences (BLM 2002). Within the North Fork LHA unit, assessed in 2006 and 2007, grazing contributed to 29 percent of the area not meeting or meeting with problems one or more of Standards 1, 3, and 4 (BLM 2007b). Overgrazing by livestock and wildlife was considered a threat to Colorado hookless cactus.

The species occurs in two allotments inside the Rifle-West Watershed LHA unit. According to the most recent assessment of the unit in 2005, historic sheep-grazing has degraded the plant community in the County Line allotment to such an extent that the currently stable cactus population there was considered at risk (BLM 2005a). Following monitoring that specifically identified grazing as a factor contributing to the degraded state of the vegetation community, CRVFO suspended grazing indefinitely in that allotment (DeYoung 2012b, pers. comm.). When the Gunnison Gorge LHA unit was last assessed in 2001, the entire analysis area met Standard 4 for Colorado hookless cactus, and current grazing was not implicated in effects to the species or its habitat (BLM 2001). No grazing-related mortality or trampling of individual cacti was found in the Colorado hookless cactus occurrences inside the Whitewater Common-North Fork Kannah Creek or Northern DENCA LHA units when last assessed between 2006 and 2009 (BLM 2010b, 2010c).

BLM_0001859

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

The recent *Recovery Outline* for Colorado hookless cactus observes that cacti occur in or near areas treated with herbicides and pesticides. It states that individual cacti are likely to be directly affected by chemical use, or indirectly affected if applications impact pollinators. Although the *Outline* does not specifically implicate chemicals used as part of rangeland management, this suite of chemicals may affect cacti. The *Recovery Outline* does provide an evaluation of the magnitude of the threat from livestock grazing.

Effects from the Proposed Action

Eighty of the 100 or so documented occurrences of Colorado hookless cactus occur fully or partially on land managed by BLM. Approximately 97 percent of the BLM land in the action area for Colorado hookless cactus is currently allocated to grazing (Table 1). This area is divided among 104 allotments, with grazing occurring variously over the four seasons, predominantly by cattle and sheep.

Direct effects to plants will occur through trampling, especially during concentrated use from salting, watering, trailing, and bedding. Although trampling of Colorado hookless cactus by livestock has been observed, there are no data to indicate that it occurs commonly or has been responsible for detectable landscape-scale changes in abundance or distribution of the species. Not all trampled plants will die. Based on field observations, plants can survive some damage and partial uprooting, and non-lethal damage may be compensated for through budding. However, if damaged plants direct resources towards tissue repair and away from reproduction, and if damage makes them vulnerable to desiccation and/or disease, they may have reduced reproductive output for some length of time and increased mortality compared to undamaged plants.

Physical impacts to cacti from activities secondary to grazing, such as herbicide application or vehicle use for herding or maintenance of range improvements, may also kill or impair plants. Herbicide use may also indirectly affect reproduction if pollinator populations are impacted. Five of the nine herbicides approved for use by BLM in their *Final Vegetation Treatments Using Herbicides Programmatic Environmental Impact Statement* (PEIS) are noted as being used on rangelands (BLM 2007a). The risk evaluations for all five herbicides presented in the PEIS conclude that the chemicals pose threats to non-target terrestrial plants species, especially from direct spraying at typical application rates, but in some cases also from drift. It is expected that implementation of the conservation measures would minimize threats to Colorado hookless cactus from herbicide applications on rangelands (see Measure 4).

Indirect effects to Colorado hookless cactus from grazing program-related changes in habitat may occur. Observations indicate that the Mancos shale soils the species commonly occurs in are vulnerable to surface disturbance, and once disturbed, the vegetation community is slow to recover and often becomes dominated by annual weeds (BLM 2002). As noted above in the *Environmental Baseline* section, BLM has inferred that these kinds of community-level changes were caused by the intensive grazing practiced historically. Current management of livestock grazing is not likely to cause such disturbance except in areas of concentrated use. Mature Colorado hookless cacti do exist in areas with a high percent cover of weedy species such as *Bromus tectorum* and *Halogeton glomeratus*. Within CRVFO, no recruitment of cacti has been

36

BLM_0001860

documented in areas where cheatgrass infestations are dense, possibly because seedlings are unable to compete with weeds for water and nutrients (DeYoung 2012b, pers. comm.).

The deposition of livestock feces and urine in Colorado hookless cactus habitat may result in additional indirect effects to the species from the BLM grazing program. This species is restricted to soils poor in nutrients, making it possible that the introduction of organic matter and nitrogen from livestock feces and urine, especially in concentrated use areas, could alter soil physical and chemical properties in ways that may negatively affect Colorado hookless cactus and its plant associates. Without research, such an effect remains hypothetical.

The conservation measures place limits on concentrated use by livestock within occupied habitat, restrict use of motorized vehicles to designated routes during operation and maintenance activities, regulate use of herbicides, and do not authorize  rangeland infrastructure maintenance and construction activities that would affect the species without further consultation. The implementation of these measures and the others set forth in the *Description of the Proposed Action* will minimize direct and indirect effects to Colorado hookless cactus from BLM-authorized grazing and activities secondary to it. With successful implementation of these measures, it is unlikely that the BLM livestock grazing program will noticeably affect the current range-wide abundance and distribution of the species. However, not all effects to individuals and subpopulations will be avoidable, and these effects are likely to be measurable in localized areas.

*Clay-loving Wild Buckwheat*

Documented Effects and Service-evaluated Threat Level

The primary threat to clay-loving wild buckwheat cited in the listing rule was concentrated grazing from horses. It was reported that all vegetation within a series of corrals and fenced pastures adjacent to occupied habitat had been eliminated, and that half of the plants at the site had been extirpated by grazing (Patterson et al. 1983, cited in FWS 2009b). At that time, the species was known from only this one occurrence on private land, where grazing was managed quite differently than it currently is on BLM land. Since the species was listed, observations of livestock grazing and trampling on clay-loving wild buckwheat have been reported, especially from winter and early spring grazing and bedding by sheep, with contrasting opinions on how detrimental these activities might be to species' health (BLM 2007c, 2008b; FWS 1988, 2009a, 2009b).

The 1988 *Recovery Plan* observed that livestock grazing is likely to have little effect except with "Season-long grazing, year-long grazing, high-density stocking, and use of sheep bed grounds …", but qualified that statement by saying the jury remained out until long-term studies addressing the subject were conducted (FWS 1988). Although such studies have begun at Wacker Ranch and Fairview South ACEC, data analyses are not yet available (see *Status of the Species within the Action Area*). In 2008 and 2009, all four transects set out in the Fairview South ACEC presented sheep scat, footprints, and/or evidence of browsing (BLM 2011). No sheep were grazed in the ACEC in 2010. The observation during monitoring that sheep were browsing clay-loving wild buckwheat was the first of its kind within BLM, and it eliminated the previous notion that sheep find the species unpalatable. In the monitoring area, sheep were observed to preferentially browse clay-loving wild buckwheat compared to *Krascheninnikovia lanata* (Sharp 2012d, pers. comm.), although no quantitative data proving this effect were

BLM_0001861

collected. A preliminary review of the monitoring data suggests that a shift in size class from larger to smaller individuals may have occurred over the three-year period, although there are currently no data to link the documented sheep grazing to this observation. A comparison of data from grazed and ungrazed transects at Fairview South and Wacker Ranch may determine whether the change in size class is statistically significant and whether grazing is the causative factor in any such change. In February 2009, the Service documented "extensive trampling and grazing of individual plants" by sheep near the South Canal in the Shinn Park (05534) allotment (FWS 2009a).

The action area for clay-loving wild buckwheat is inside the Colona and Gunnison Gorge LHA units. When the Colona LHA report was completed in 2008, BLM concluded that current grazing did not cause any upland portion of the unit to not meet Standard 4, and only 960 upland acres to meet it with problems. Monitoring of grazing in clay-loving wild buckwheat habitat was recommended (BLM 2008b). When the Gunnison Gorge LHA unit was last assessed in 2001, the entire analysis area met Standard 4 for clay-loving wild buckwheat and current grazing was not implicated in effects to the species or its habitat (BLM 2001). Observations by BLM and FWS personnel in 2011 documented significant herbivory and trampling damage by sheep within this LHA unit near the Montrose Model Airplane property. Some plants were dead, although we are uncertain whether this was due to sheep grazing.

Casual assessments of grazing effects on this species vary from no effect following light grazing, to a beneficial effect from competitive release and biological soil crust removal, to elimination of plants in grazed versus ungrazed areas (BLM 2007c; FWS 2009b and references therein). Reported effects of livestock grazing on clay-loving wild buckwheat habitat include soil erosion in a sheep bedding ground that caused pedestaling of plants (BLM 2007c) and terracing from livestock trailing (Neely and O'Kane 1985, cited in FWS 2009b). The Service documented extensive pock-marking by sheep hooves on moist soils in February (FWS 2009a), when the freeze-thaw cycle often occurs daily in the valley bottoms where this species is found.

The Service's *5-Year Review* considered livestock grazing to be a moderate to high threat to the species when effects to occurrences on both public and private lands were evaluated. The imminence of the threat was considered moderate or low due to lack of data documenting adverse effects from grazing (FWS 2009b). Herbicides used as part of rangeland management may affect this species. Although BLM has documented herbicide use as a potential threat to clay-loving wild buckwheat (BLM 2009a), the Service considers the imminence and magnitude of the threat to be low (FWS 2009b).

<u>Effects from the Proposed Action</u>

A little over half of known clay-loving wild buckwheat occurrences are on land managed by BLM. Approximately 98 percent of the BLM land in the action area for clay-loving wild buckwheat is currently allocated to grazing (Table 1). This area is divided among 11 allotments, 8 of which are grazed by sheep, 2 by cattle, and 1 by both. Season of use is predominantly winter, with six of the allotments extending into spring by approximately 15 days. Two of the allotments are grazed in the fall. Shinn Park and Dry Cedar (14549), winter allotments, are in a deferred rest rotation strategy and receive yearlong rest from grazing every fourth year. It is important to highlight that the Shinn Park allotment contains the South Fairview ACEC, which supports the largest known occurrence of clay-loving wild buckwheat. Under current terms and

BLM_0001862

conditions, the ACEC is only permitted for five nights of use per year. In the Sulphur Gulch allotment (05023), the AUM's allocated are for trailing only in spring and fall so grazing impacts are truly minimal. For the remaining allotments that receive annual grazing in the spring, the use areas/pastures are limited to 15 days as a term and condition of the permit. For the Brush Point allotment (05008), which has permitted spring use, the seasonal use is concentrated on the mid to upper elevations of the allotment which do not support buckwheat populations.

Direct effects to plants will occur through browsing and trampling, especially during concentrated use from salting, watering, trailing, and bedding. Although browsing and trampling by BLM-authorized livestock have been observed more frequently in clay-loving wild buckwheat compared to Colorado hookless cactus, there are no data to indicate how commonly these activities affect individuals or whether they are responsible for landscape-scale changes in abundance or distribution of the species. Browsing and trampling will not kill all or very likely many affected individuals. A limited amount of browsing may stimulate new growth, although this remains unknown for this species. It is possible, but remains untested, that most damaged plants would have reduced reproductive output for some length of time and increased mortality compared to undamaged plants. Allotments that this species occurs in are generally grazed in the winter, when livestock are brought down to low elevations. Sheep often show seasonal preference for forage species, concentrating more on woody species in the winter if grasses are not available (Pollock et al. 2007; NRC 2008). It is possible, but remains unknown without further study, that sheep browse clay-loving wild buckwheat more readily in the winter than in other seasons when their preferred herbaceous forage is available. Preferential grazing of clay-loving wild buckwheat by sheep has been observed (Sharp 2012d, pers. comm.) but not quantified.

Much harder to assess are potential direct effects to germinants and seedlings. Given some evidence of episodic recruitment events (DBG 2010a; BLM 2011), heavy trampling during a recruitment flush could have effects on population growth that would last for years. A decline in growth rate may reduce the resiliency of small occurrences to other forms of disturbance. Spring snowmelt makes it likely that soils will be wet and more vulnerable to compaction during germination. Compaction may indirectly affect germination or emergence rates. Without more study, these potential effects are difficult to evaluate.

Physical impacts to clay-loving wild buckwheat from activities secondary to grazing, such as herbicide application or vehicle use for herding or maintenance of range improvements, may also kill or impair plants. Herbicide use may indirectly affect reproduction if pollinator populations are impacted. It is expected that implementation of the conservation measures would minimize threats to clay-loving wild buckwheat from herbicide applications on rangelands (see Measure 4).

Indirect effects to clay-loving wild buckwheat from grazing program-related changes in habitat may occur. As stated above for Colorado hookless cactus, BLM experience indicates that Mancos shale soils are vulnerable to surface disturbance, and once disturbed, the vegetation community is slow to recover and often becomes dominated by annual weeds (BLM 2002). BLM has inferred that these and other kinds of community-level changes in clay-loving buckwheat habitat were caused by the intensive grazing practiced historically (BLM 2001, 2008b). Current management of livestock grazing is not likely to cause such disturbance except in areas of concentrated. Concentrated use is likely to degrade clay-loving wild buckwheat

39

habitat through soil compaction and surface modification. Trampling and bedding will break the surface crust common on Mancos shale soils and expose the subsurface to wind and water erosion, with ensuing soil and nutrient loss and changes in water infiltration rates (Belnap 1995; Jones 2000). In Mancos shale communities, soil compaction may stunt plant growth by restricting gas exchange between the roots and soil (Potter et al. 1985). Whether these effects might result in detectable changes in buckwheat populations remains unknown.

Grazing-induced changes to the dwarf shrubland community clay-loving wild buckwheat occurs in are possible, but according to BLM's assessment, are likely confined primarily to effects from historic overgrazing (BLM 2001, 2008b). This species is restricted to nutrient-poor Mancos shale soils, making it possible that the introduction of organic matter and nitrogen from livestock feces and urine, especially in areas of concentrated use such as sheep bedding grounds and trails, could alter soil chemistry and hydrology in ways that may negatively affect clay-loving wild buckwheat and its plant associates. Research would be necessary to confirm such effects.

Of particular concern is the concentration of 90 percent of all known individuals (250,000 of 278,600) in one occurrence at Fairview South-Wacker Ranch. This skewed distribution makes the species especially vulnerable to stochastic disturbances and deleterious effects of all kinds, including BLM-authorized livestock grazing. Seventy-percent of the occurrence is currently allotted to grazing. The limits currently placed on grazing in the Fairview South ACEC and described above are heartening in this regard. Protecting the occurrence that is the center of distribution of the species is especially important given that in plants, larger populations are positively correlated with individual fitness and genetic diversity (Leimu et al. 2006 and references therein), which very likely makes larger populations more resilient to disturbance and environmental variation. Protecting outlying smaller occurrences from negative influences due to BLM-authorized grazing is important to maintaining species range and very likely genetic diversity. These peripheral populations are important for species' ability to "migrate" in the face of climate change or other stochastic perturbations.

The conservation measures place limits on concentrated use by livestock within occupied habitat, restrict use of motorized vehicles to designated routes during operation and maintenance activities, restrict use of herbicides, and do not authorize rangeland infrastructure maintenance and construction activities that would affect the species without further consultation. The implementation of these measures and the others set forth in the *Description of the Proposed Action* will minimize direct and indirect effects to clay-loving wild buckwheat from BLM-authorized grazing and activities secondary to it. However, effects to the species and its habitat from the grazing program will be unavoidable. They are expected to be measurable in localized areas where concentrated use cannot be fully avoided and less detectable in areas where dispersed use occurs.

*Clay-loving Wild Buckwheat Designated Critical Habitat*

<u>Documented Effects and Service-evaluated Threat Level</u>

Documented effects to critical habitat from a domestic livestock operation were reported by the Service in the original rule (49 FR 28562), but apply to a private ranching operation only. Critical habitat is currently affected by livestock operations that are interdependent with the BLM grazing program. A BLM trailing permittee currently runs cattle across critical habitat en

40

route to designated trails on the nearby Shamrock allotment (05024). The edge of the allotment comes to within roughly 1,500 feet of the eastern edge of critical habitat. However, the allotment fenceline deviates from the public land boundary, passing through critical habitat and making it possible that sheep permitted on the allotment during a one-month period in the spring stray into critical habitat (Holsinger 2012, in litt.). The Service visited critical habitat in the summer of 2009 and 2010; during neither visit did they observe evidence of grazing (Glenne 2012, in litt.). During those visits, the Service observed that although occupied habitat appeared somewhat weedy, with little biological soil crust, the Mancos shale soils that comprise a PCE of critical habitat appeared to be in reasonable condition. The presence of weeds may mean that the various activities that occur on private land inside critical habitat may be affecting the PCE for vegetation community, which consists of sparsely vegetated shale badlands. There are no data to indicate whether BLM-authorized grazing contributes to the presence of weeds in critical habitat.

<u>Effects from the Proposed Action</u>

Potential effects to clay-loving wild buckwheat critical habitat from BLM-authorized grazing and attendant activities would be similar to effects to occupied habitat, as described above. Of the two PCEs identified in the final rule, effects would most likely be focused on the sparsely vegetated shale badlands rather than the Mancos shale soils themselves, unless the PCE for soils is elaborated to include attributes of surface texture and compaction. The implementation of the conservation measures set forth in the *Description of the Proposed Action* will minimize the potential for direct and indirect effects to clay-loving wild buckwheat critical habitat from BLM-authorized grazing and activities secondary to it. However, some effects to the PCEs from the grazing program will most likely be unavoidable. They are expected to be measurable in localized areas where concentrated use cannot be fully avoided and less detectable in areas where dispersed use occurs.

*Debeque Phacelia*

<u>Documented Effects and Service-evaluated Threat Level</u>

Trampling of habitat by cattle has been recorded in element occurrence reports for 14 of the 22 Debeque phacelia occurrences (CNHP 2010, cited in 76 FR 45054). In the final listing rule, the Service observed that heavy trampling compacts the soil, increases potential for erosion, and alters the surface cracking that is thought to be important for seedbank longevity and recruitment. No evidence of browsing by livestock on this species has been reported.

There have been no studies of grazing impacts to Debeque phacelia or its habitat. The Service reviewed documented adverse effects of livestock grazing on another species of rare annual that depends on its seedbank for persistence, and made the case that effects of livestock grazing to Debeque phacelia are likely to be similar. *Lepidium papilliferum* grows in clay soils in seasonally wet depressions in the sagebrush steppe of Idaho. During 11 years of monitoring, Meyer et al. (2005) documented the loss of a subpopulation following intensive trampling by cattle when soils were wet in the spring. The authors hypothesized that trampling and other forms of disturbance to wet soils damage or bury the seedbank (Meyer et al. 2005) and decrease germinant survival (Meyer et al. 2006). Using simulations, the authors found that even less severe trampling events may set a subpopulation on a trajectory towards decline. They ventured

41

BLM_0001865

that trampling may permanently destroy soil structure important to the species' survival and that the long history of grazing inside the species' range may be the reason why so much potential habitat is unoccupied (Meyer et al. 2006).

Although the Service has made a case that impacts from cattle trampling to Debeque phacelia may be similar in nature to those observed in *Lepidium papilliferum*, research has not been conducted to test this. Even if impacts to Debeque phacelia were found to be similar in nature, they would not be comparable in intensity. *Lepidium papilliferum* occurs in seasonally wet depressions that attract concentrated use by cattle, whereas Debeque phacelia occurs on barren slopes that do not typically hold strong attractions for livestock, unless the sites support infestations of the palatable *Bromus tectorum* and *Eremopyrum triticeum* or are near water developments. Cattle use of occupied habitat is reported to be more frequent at sites that support such infestations (Langton 2011, in litt.). Cattle trampling has been documented in 64 percent of the known occurrences, but the extent of trampling within each occurrence is unknown unless the CNHP element occurrence reports specifically address this issue (the reports were not available for review).

The Service considers soil modification from livestock trampling to be part of a suite of threats to Debeque phacelia habitat that are moderate in magnitude (76 FR 45054).

<u>Effects from the Proposed Action</u>

Approximately 81 percent of known occupied habitat for Debeque phacelia is on lands managed by BLM. Of this, 99 percent is currently allocated to grazing (Table 1). This area is divided among 14 allotments that are currently grazed by cattle predominantly in the winter and spring; two are also grazed in fall.

Direct effects to Debeque phacelia plants from trampling by BLM-authorized livestock have not been recorded, but may occur given that occupied habitat is grazed in the spring, during the above-ground portion of the life cycle for the species. Direct effects from browsing are probably minor, given the small size of the plants and their prostrate nature. Extrapolating from the studies by Meyer et al. (2005, 2006), it is possible that damage and destruction of seeds, germinants, and seedlings occur from trampling, especially when soils are wet during the freeze-thaw cycle in the winter and during snow melt in the spring, although this effect remains speculative for Debeque phacelia. Effects would be most pronounced in areas of concentrated use, which are likely to be limited on the barren slopes where Debeque phacelia is typically found.

Physical impacts to Debeque phacelia from activities secondary to grazing, such as herbicide application or vehicle use for herding or maintenance of range improvements, may also kill or impair plants, although there has been no documentation of such effects and the Service does not consider them to be threats to the species (76 FR 45054). Although Debeque phacelia is known to co-occur with several species of invasives, it is unlikely that permittees would be concerned about treating infestations that occur in the barrens Debeque phacelia favors. It is expected that implementation of the conservation measures would minimize threats to Debeque phacelia from herbicide applications on rangelands (see Measure 4).

Indirect effects to Debeque phacelia from grazing program-related changes in habitat may occur, especially due to impacts to soils from trampling, although no research exists to confirm such

BLM_0001866

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

effects. If surface cracking does provide microsites necessary for survival and germination of the seedbank, trampling might modify this habitat feature, indirectly affecting the species. Allotments containing occupied habitat for Debeque phacelia are grazed by cattle during the spring and winter when soils may be wet and susceptible to compaction, increasing the potential for deleterious effects to soil properties where trampling is occurring. Effects would be most pronounced in other areas where use is concentrated. As stated above, livestock use of Debeque phacelia habitat is unlikely to be concentrated commonly on the barren slopes occupied by the species. Activities secondary to grazing, such as vehicle use to maintain allotment infrastructure, may also result in soil surface modification and compaction.

Other effects to Debeque phacelia habitat from livestock grazing include erosion and changes in soil nutrient status, although no research exists to confirm such effects and they are likely to be limited on the barren slopes the species favors. This species occurs on slopes ranging from zero to 42 degrees, with a mean of 14 degrees. Trampling would break the surface crust common on the clay soils Debeque phacelia grows in and expose the subsurface to wind and water erosion, with ensuing soil and nutrient loss. Increased contributions of organic matter and nitrogen from livestock feces and urine, especially in concentrated use areas, could conceivably alter soil chemistry and hydrology in ways that may affect Debeque phacelia and its plant associates, especially given the highly alkaline soils the species occurs in.

Grazing-induced changes to the plant communities Debeque phacelia occurs in have the potential to adversely affect habitat function for the species. Livestock grazing may increase cover of invasive exotics due to surface disturbance and transport of propagules. *Bromus tectorum*, *Halogeton glomeratus*, and *Eremopyrum tritecium* have been noted to be potential threats in a number of Debeque phacelia occurrences (76 FR 45054; Langton 2011, in litt.). An increase in percent vegetative cover due to an increase in annual exotics may alter habitat suitability for this species that is typically confined to barrens with less than 10 to 20 percent cover of annuals.

The highly restricted habitat requirements of Debeque phacelia increase its sensitivity to disturbance from the BLM grazing program. The species is confined to small patches of suitable habitat over a very small geographic range. The small patch size of many occurrences increases their vulnerability to habitat modification, as does the fact that occurrences may remain dormant underground during drought years, making them difficult to detect by BLM and permittees.

The conservation measures place limits on concentrated use by livestock within occupied habitat, restrict use of motorized vehicles to designated routes during operation and maintenance activities, restrict use of herbicides, and do not authorize rangeland infrastructure maintenance and construction activities that would affect the species without further consultation. The implementation of these measures and the others set forth in the *Description of the Proposed Action* will minimize the potential for direct and indirect effects to Debeque phacelia from BLM-authorized grazing and activities secondary to it. However, some effects to the species and its habitat from the grazing program will most likely be unavoidable. They are expected to be measurable in localized areas where concentrated use cannot be fully avoided and less detectable in areas where dispersed use occurs.

BLM_0001867

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

## Debeque Phacelia Proposed Critical Habitat

### Documented Effects and Service-evaluated Threat Level

Livestock grazing is noted as a threat in all nine proposed critical habitat units for Debeque phacelia, although BLM-authorized grazing occurs in only eight of the nine units. The only aspect of grazing or operational activities that has been documented to affect the PCEs of critical habitat is trampling, which the Service notes compacts the soil, increases potential for erosion, and alters the surface cracking that is thought to be important for seedbank longevity and recruitment (76 FR 45054).

There are few data from BLM addressing possible effects of livestock grazing to the PCEs. The Debeque-Roan Creek LHA report notes that spring grazing by cattle inside critical habitat may contribute to small areas of upland soils not meeting Public Land Health Standard 1 (BLM 2008c), but it does not directly address potential effects to soil texture. The most recent Rifle-West Watershed LHA report noted that the County Line allotment, which supports two occurrences of Debeque phacelia, did not meeting Standard 3 for healthy plant communities (BLM 2005a). An increase in cover by *Bromus tectorum* was noted. This species is known to invade the barrens Debeque phacelia occurs in; an increase in density of this exotic annual may be affecting the plant community PCE for critical habitat.

The proposed rule states that as of publication in 2011, all nine proposed critical habitat units possess the physical and biological features essential to the conservation of the species (76 FR 45078). It also notes that special management practices would be required within all nine units to address threats, which include livestock grazing, to the PCEs. The Service has not characterized the magnitude of the threat to proposed critical habitat from livestock grazing, but recommends "minimization of livestock use or other human disturbances that disturb the soil or seeds" to ameliorate the threat (76 FR 45078).

### Effects from the Proposed Action

Based on acreages provided in the proposed rule (76 FR 45078), approximately 84 percent of proposed critical habitat falls within a BLM grazing allotment. A total of 14 allotments occur within proposed critical habitat.

Livestock grazing and attendant activities have the potential to affect the following PCEs of proposed critical habitat that are considered essential for conservation of the species: (1) suitable soils and geology, including surface cracks resulting from shrink-swell processes; (2) maintenance of the seed bank and appropriate disturbance levels, which is defined as undisturbed areas with undamaged seed banks, and areas with light disturbance when dry and no disturbance when wet, within suitable soils and geology; and (3) plant community, which is defined as barrens 1 to 100 m$^2$ in size with less than 20 percent plant cover in the least vegetated portions of the site. To date there are no data documenting that livestock grazing is affecting these PCEs, although based upon known effects of livestock grazing and operational activities on terrestrial plant communities, summarized above, such effects are possible. At the time the proposed rule was published, none of the noted threats to the PCEs, including livestock grazing, had caused the PCEs to be absent from the proposed units. From this it can be deduced that the Service does not consider the current BLM livestock grazing program to be affecting the PCEs to the extent that it would reduce the survival or recovery of the species.

44

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

The implementation of the conservation measures set forth in the *Description of the Proposed Action* will minimize the potential for direct and indirect effects to Debeque phacelia proposed critical habitat from BLM-authorized grazing and activities secondary to it. However, some effects to the PCEs from the grazing program will most likely be unavoidable. They are expected to be measurable in localized areas where concentrated use cannot be fully avoided and less detectable in areas where dispersed use occurs.

**Effects from Interrelated and Interdependent Actions**

Interrelated and interdependent actions include grazing, trailing, bedding, and other operational activities on non-BLM lands that would not occur if BLM did not authorize grazing or trailing in their allotments. Effects from these interdependent actions to Colorado hookless cactus, clay-loving wild buckwheat, Debeque phacelia, and associated critical habitat would be the same as effects from the proposed action on BLM lands managed for grazing.

**Cumulative Effects**

Cumulative effects include the effects of future State, tribal, local, or private actions that are reasonably certain to occur in the action area considered in this biological assessment (50 FR § 402.02). Future federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the ESA.

Inside the action area, BLM lands occur in a mosaic of private, local, State, and other federal lands, with private lands dominating. No tribal lands occur inside the action area. Forty-five of the 100 or so occurrences of Colorado hookless cactus are fully or partially on private land, and 9 are fully or partially on lands owned by the State of Colorado (FWS 2010). Approximately 7 percent of clay-loving wild buckwheat occupied habitat occurs on State land and 46 percent occurs on private land, with the remainder on BLM-managed lands (FWS 2009b). Of the 625.9 known occupied acres of Debeque phacelia, approximately 11.9 percent are on private lands and 0.7 percent are on lands managed by CPW (76 FR 45054).

In most cases, it is not possible to delineate exactly what non-BLM lands may be affected by the proposed action or activities interdependent with it. Activities that occur on non-BLM lands within the action area may include: agriculture, both crop production and ranching; residential development; oil, gas, and utility line development; road development; and recreation, including hunting, fishing, ORV use, hiking, and mountain biking. The human population within the area of analysis has grown tremendously since 1990. Between 1990 and 2009, the population in Garfield County has grown an estimated 88 percent; in Mesa County, 57 percent; in Delta County, 49 percent; and in Montrose County, 70 percent (U.S. Census Bureau 2012). This growth is likely to continue at near current rates for the foreseeable future, which will result in increased pressure from development and recreation on private, local, and State lands.

The Grand and Uncompahgre Valleys support a major agricultural industry, which, along with residential development, most likely dominate private land use in the action area. These activities will continue to affect the three subject species through direct loss of plants and habitat, and through habitat modification. New construction, development and maintenance of irrigation systems, use of herbicides, and increased pressure from recreation associated with residential development are just a few avenues by which these activities may affect Colorado hookless cactus, clay-loving wild buckwheat, Debeque phacelia, and their critical habitat. Effects are

45

BLM_0001869

likely to be most marked for clay-loving wild buckwheat, which occurs on the Uncompahgre Valley floor within and around the communities of Delta and Montrose. These cities have expanded roughly 144 and 108 percent, respectively, between 1990 and 2009 (U.S. Census Bureau 2012). Development has been particularly rapid in this region and is expected to expand as the populations of Montrose and Delta continue to grow. The Service estimates that about 40 percent of clay-loving wild buckwheat habitat has already been impacted by construction or agriculture (FWS 2009b). As development continues within the action area for all three focal species, recreational activities are likely to increase on private lands. The recreational activity with the highest potential for affecting the species is ORV use. The effects this activity may have on listed plants would be identical to those disclosed for BLM lands in the *Environmental Baseline* section.

Livestock grazing on private lands will affect the three focal species. Many of the BLM allotments in the action area include both BLM and private surface. The BLM does not have discretion over grazing or trailing on private land, and this use would certainly continue to occur whether or not public land grazing continues within any given allotment. Unpermitted trailing across BLM lands is likely occurring along State and county road ROW. Bureau of Land Management regulations do not require a permit for this activity, therefore the Field Offices have no discretion over it. Presumably this form of trailing is confined to the disturbed road ROW corridor, helping to minimize effects to listed plants in the area. The nature of any effects to the three focal species and their critical habitat from grazing and related activities on private, local, or State lands or ROW would be identical to the effects disclosed in the *Effects Analysis* for the proposed action. The magnitude of these effects on non-BLM land, however, are likely to be greater than what is found on BLM surface, since BLM manages public land use to avoid effects to listed plant species, whereas non-federal land owners most often do not.

Energy development is expected to proceed apace in Colorado hookless cactus and Debeque phacelia habitat. Although the development of private mineral rights is regulated by the Colorado Oil and Gas Conservation Commission, the Commission has no leverage when it comes to conservation of federally listed plants. Effects to clay-loving wild buckwheat from energy development are expected to increase. As an example, a projected extension of the East Montrose Transmission Improvement Line south from the planned Miguel Road Substation may travel through or near clay-loving wild buckwheat occurrences on private land. Effects from oil and gas development and utility line projects to the three focal species and their habitats on non-federal lands would be identical in nature to those disclosed for BLM lands in the *Environmental Baseline* section, though very likely greater in magnitude since protections for federally listed plant species do not extend onto non-federal surface unless there is a federal nexus.

Climate change is expected to have the same effect on the three focal species and their critical habitat on non-federal lands as was disclosed for BLM-managed lands in the *Environmental Baseline* section of this document.

**Summary of Effects from the Proposed Action**

Greater than 95 percent of occupied habitat for Colorado hookless cactus, clay-loving wild buckwheat, and Debeque phacelia is allocated to BLM-authorized grazing (Table 1), as is 84 percent of proposed critical habitat for Debeque phacelia. A portion of designated critical habitat for clay-loving wild buckwheat is currently affected by BLM-authorized trailing and possibly

46

grazing. Extensive opportunities therefore exist for the BLM livestock grazing program to affect these species and their critical habitat. The Service has identified livestock grazing as a threat to all three species and associated critical habitat, and evidence exists of effects from grazing and attendant activities to Colorado hookless cactus and clay-loving wild buckwheat. Although trampling of habitat by livestock has been observed in Debeque phacelia habitat, there is currently no documentation that this activity occurs at an intensity that affects plants, either individually or at a population level.

Since FLPMA was enacted, BLM has drastically reduced grazing intensity from historic levels and implemented a program for systematically evaluating permits and carrying capacity. Regular monitoring of rangeland heath is integral with the livestock grazing program and includes monitoring of threatened and endangered species and their habitats. Although a large proportion of occupied and critical habitat is exposed to BLM-authorized livestock grazing, utilization is closely managed to maintain or remediate rangeland health. With the implementation of the conservation measures, effects from the grazing program to the three focal species will be minimized. Despite a long history of grazing on public lands, Colorado hookless cactus, clay-loving wild buckwheat, and Debeque phacelia still persist. Under the current system of grazing management, BLM-authorized grazing is not expected to cause a downward trend in regional populations or alter the regional distribution of any of the three species, or cause loss of PCEs in designated or proposed critical habitat to an extent that would affect the survival and recovery of clay-loving wild buckwheat or Debeque phacelia.

## IX. Effects Determination

### Colorado Hookless Cactus

Approximately 97 percent of the BLM land in the action area for Colorado hookless cactus is currently allocated to grazing, predominantly by cattle and sheep. Even with the implementation of the conservation measures, damage to and loss of cacti from trampling and range management activities may occur in localized areas rangewide, especially where livestock use is concentrated. Surface disturbance to the clay soils may also alter habitat characteristics and function in areas of concentrated use. Designing a monitoring protocol to detect these effects would be cost prohibitive; nonetheless, these effects are likely to be measurable and detectable in some locations and therefore cannot be considered insignificant and discountable. The BLM has determined that livestock grazing and management authorized by the Grand Junction, Uncompahgre, and Colorado River Valley Field Offices "**may affect, and are likely to adversely affect**" the Colorado hookless cactus.

### Clay-loving Wild Buckwheat

Approximately 98 percent of the BLM land in the action area for clay-loving wild buckwheat is currently allocated to grazing, particularly by sheep in the spring and winter months when soils are often moist. Damage to and loss of individuals is expected due to browsing, trampling, and range management activities, especially where use is concentrated in bedding grounds and along routine trails used daily as the animals move to and from bedding grounds. The Mancos shale soils that the species is confined to are sensitive to surface disturbance, especially when wet, and slow to recover. Habitat degradation and loss of function is expected where use is concentrated.

47

It is unlikely that implementation of the conservation measures can fully avoid measurable effects to the species from the BLM-authorized grazing program.

Although no studies have documented a quantitative effect of grazing on clay-loving wild buckwheat, potential effects are of concern given the highly restricted habitat preferences and range of the species. Moreover, the distribution of this species is heavily concentrated in one occurrence at Fairview South-Wacker Ranch. This makes it more vulnerable in general to negative influences than would be a species having a more even distribution over the landscape. BLM livestock grazing is currently authorized over 70 percent of the Fairview South-Wacker Ranch occurrence, although one a very limited scale. Considering all of the above, effects from the BLM grazing program to the species are considered significant and not discountable. The BLM has determined that livestock grazing and management authorized under the Uncompahgre Resource Management Plan "**may affect, and are likely to adversely affect**" the clay-loving wild buckwheat.

## Clay-loving Wild Buckwheat Designated Critical Habitat

Critical habitat for clay-loving wild buckwheat occurs fully on private land but may be affected by BLM-authorized grazing and operational activities. BLM-permitted trailing currently crosses critical habitat, and BLM-authorized sheep on the nearby Shamrock allotment currently have access to critical habitat. It is therefore possible that the proposed action will result in a measurable affect to the PCEs in some areas, even with the implementation of the conservation measures. The PCE most likely to be affected is the sparsely vegetated Mancos shale badlands that clay-loving wild buckwheat is confined to. Any damage to this PCE is considered significant and not discountable given the importance of the PCEs to critical habitat function for the species. BLM has therefore determined that livestock grazing and management authorized under the Uncompahgre Resource Management Plan "**may affect, and are likely to adversely affect**" critical habitat for clay-loving wild buckwheat.

## Debeque Phacelia

Approximately 99 percent of the BLM land in the action area for Debeque phacelia is currently allocated to grazing. All 14 allotments are currently grazed by cattle in the spring, when this species completes its annual life cycle, and 5 are also grazed in the winter. Soils are most likely to be consistently moist and therefore susceptible to compaction in winter and spring. This species is highly restricted to specific soil types with specific surface characteristics, and depends upon its seedbank for persistence. Physical impacts to soils from grazing and activities secondary to grazing are hypothesized to directly and indirectly affect plants, seeds, and germinants, especially when soils are wet, although no data exist to confirm this possibility. It is unlikely that implementation of the conservation measures can fully avoid measurable effects from the BLM-authorized grazing program. These effects are considered significant and not discountable given the above considerations and the highly restricted range of the species. The BLM has determined that livestock grazing and management authorized by the Grand Junction and Colorado River Valley Field Offices "**may affect, and are likely to adversely affect**" the Debeque phacelia.

## Debeque Phacelia Proposed Critical Habitat

Roughly 84 percent of proposed critical habitat for Debeque phacelia is allocated to grazing by cattle in the spring and winter. Based on inference, it is possible that PCEs for soils and seedbank

48

may be measurably affected by BLM-authorized grazing and activities secondary to grazing. The proposed rule for critical habitat, published in 2011, states that the PCEs currently exist in all nine proposed units, despite the presence of BLM-authorized grazing in eight of the nine units (76 FR 45078). Continued BLM-authorized grazing, with implementation of the current proposed conservation measures, is therefore not expected to adversely modify or destroy any PCEs to an extent that would affect the survival and recovery of the species. BLM has therefore concluded that livestock grazing and management authorized by the Grand Junction and Colorado River Valley Field Offices **"are not likely to adversely modify or destroy"** proposed critical habitat for Debeque phacelia.

If a proposed action is not likely to adversely modify or destroy proposed critical habitat, conference is not required. However, BLM is requesting conference so that the conference report can be confirmed as a biological opinion if and when critical habitat for Debeque phacelia is designated. To that end, BLM is providing an effect determination for proposed critical habitat *as if* it were designated:

With 84 percent of critical habitat affected by BLM-authorized grazing, it is likely that the proposed action will result in a measurable affect to one or more of the PCEs in some areas, even with the implementation of the conservation measures. The PCEs most liable to be affected pertain to soil texture and the disturbance regime as it may affect seedbank dynamics. Any such effects to the PCEs are considered significant and not discountable given the importance of the PCEs to critical habitat function for the species. BLM has therefore determined that livestock grazing and management authorized by the Grand Junction and Colorado River Valley Field Offices "**may affect, and are likely to adversely affect**" critical habitat for Debeque phacelia.

# X. References

Ågren, J. 1996. Population size, pollinator limitation, and seed set in the self-incompatible herb *Lythrum salicaria*. *Ecology* 77:1779-90.

Bartlett, O. 2012. Personal communication from Olivia Bartlett (Black Canyon Regional Land Trust) to Alison Graff (BIO-Logic) regarding conservation easements protecting the Lawhead Gulch occurrence of clay-loving wild buckwheat.

Bhattacharyam, M., Primack, R.B., and J. Gerwein. 2003. Are roads and railroads barriers to bumblebee movement in a temperate suburban conservation area? *Biological Conservation* 109:37-45.

Belnap, J. 1995. Surface disturbances: Their role in accelerating desertification. *Environmental Monitoring and Assessment* 37:39-57.

Belnap, J. 2001. Biological soil crusts and wind erosion. In: J. Belnap and O.L. Lange, editors. Biological Soil Crusts: Structure, Function, and Management. Ecological Studies, Vol. 150. Berlin Heidelberg: Springer-Verlag.

Belnap, J. 2002. Nitrogen fixation in biological soil crusts from southeast Utah, USA. *Biology and Fertility of Soils* 35:128-135.

49

Belnap, J., Reynolds, R.L., Reheis, M.C., Phillips, S.L., Urban, F.E., and H.L. Goldstein. 2009. Sediment losses and gains across a gradient of livestock grazing and plant invasion in a cool, semi-arid grassland, Colorado Plateau, USA. *Aeolian Research* 1:27-43.

Belsky, A.J. and J.L. Gelbard. 2000. Livestock Grazing and Weed Invasions in the Arid West. Oregon Natural Desert Association (April 2000). Bend and Portland, OR.

BIO-Logic, Inc. 2008. Tri-State Generation and Transmission Association. Delta County Transmission Improvement Project Colorado Hookless Cactus Conservation Plan. November 25, 2008. Montrose, CO.

BIO-Logic, Inc. 2009. Wells Gulch Evap, Inc. Wells Gulch Water Treatment and Impoundment System Project. Survey for the Federally Threatened Colorado Hookless Cactus. September 21, 2009. Montrose, CO.

BIO-Logic, Inc. 2011. Biological Assessment East Montrose Electric System Improvement Project. July 21, 2011. Montrose, CO.

Bowlin, W. R., Tepedino, V.J., and T.L. Griswold. 1993. The reproductive biology of *Eriogonum pelinophilum* (Polygaonaceae). Proc. Southwestern Rare and Endangered Plant Conference, R. Sivinski and K. Lightfoot, editors. New Mexico Forestry & Resources Conservation Division, Misc. Publ. #2, Santa Fe, NM.

Brown, W.E. 2009. Impacts of dirt and gravel road dust on roadside organic forest soils and roadside vegetation. Masters Thesis. School of Forest Resources. Pennsylvania State University.

Bureau of Land Management, Uncompahgre Field Office (BLM). 1999a. Escalante Area Land Health Assessment. November 22, 1999. Montrose, CO. 28 pp.

Bureau of Land Management National Applied Resource Sciences Center, ed. (BLM). 1999b. Sampling Vegetation Attributes. Interagency Technical Reference 1734-4 (Cooperative Extension Service, USDA Forest Service, and USDI Bureau of Land Management). Denver, CO.

Bureau of Land Management National Applied Resource Sciences Center, ed. (BLM). 1999c. Utilization Studies and Residual Measurements. Interagency Technical Reference 1734-3 (Cooperative Extension Service, USDA Forest Service, and USDI Bureau of Land Management). Denver, CO.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2001. Land Health Assessment Gunnison Gorge Area. 2001. Montrose, CO. 96 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2002. North Delta Land Health Assessment. 2001-2002. Montrose, CO. 110 pp.

BLM_0001874

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

Bureau of Land Management, Gunnison Gorge NCA Office (BLM). 2004. Gunnison Gorge National Conservation Area Approved Resource Management Plan and Record of Decision. November 2004. Montrose, CO. 380 pp.

Bureau of Land Management, Glenwood Springs Field Office (BLM). 2005a. Land Health Assessment Report Rifle-West Watershed. Glenwood Springs, CO. 34 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2005b. Roubideau Land Health Assessment 2004-2005. Montrose, CO. 97 pp.

Bureau of Land Management (BLM). 2007a. Final Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement (PEIS). Volumes I-III. Washington Office, Washington, D.C.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2007b. North Fork Land Health Assessment. 2006-2007. Montrose, CO. 110 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2007c. Summer 2007 Clay-Loving Wild Buckwheat (*Eriogonum pelinophilum*) Field Surveys, Including an Assessment of the Potential Effects of Livestock Grazing on this Species within the Colona LHA. (Unpublished report prepared by J.R Ferguson for the Bureau of Land Management, Uncompahgre Field Office, October 30, 2007.) Montrose, CO. 22 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2008a. Biological Assessment for Clay-loving Wild Buckwheat (*Eriogonum pelinophilum* Reveal): Renewal of Grazing Permits Within the Colona Land Health Assessment Area. March 20, 2008. Montrose, CO. 28 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2008b. Colona Land Health Assessment. 2007-2008. Montrose, CO. 122 pp.

Bureau of Land Management, Grand Junction Field Office (BLM). 2008c. Land Health Assessment Report Debeque-Roan Creek. 2008. Grand Junction, CO. 43 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2009a. Biological Assessment for Federally Protected Species and Designated Critical Habitat for an Amendment to the Uncompahgre Basin and San Juan-San Miguel Resource Management Plans: Limited Motorized and Mechanized Travel to Existing Routes. May 12, 2009. 41 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2009b. *Sclerocactus glaucus* Monitoring Projects and Trends in the BLM Uncompahgre Field Office, 1978-2009. (Unpublished report prepared by Charlie Sharp in support of the U.S. Fish and Wildlife Service's Revision of the Species Recovery Plan, December 15, 2009.) Montrose, CO. 13 pp.

BLM_0001875

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

Bureau of Land Management, Uncompahgre Field Office (BLM). 2010a. Escalante Land Health Assessment. 2009-2010. Montrose, CO. 47 pp.

Bureau of Land Management, Grand Junction Field Office (BLM). 2010b. Land Health Assessment Report for Whitewater Common and North Fork Kannah Creek Allotments and City of Grand Junction Property within the Allotments. Prepared 2006. Finalized 2010. Grand Junction, CO. 74 pp.

Bureau of Land Management, Grand Junction Field Office (BLM). 2010c. Land Health Assessment Report Northern Portion of the Dominguez-Escalante NCA Grand Junction. Grand Junction, CO. 58 pp.

Bureau of Land Management, Uncompahgre Field Office (BLM). 2011. Clay-loving wild buckwheat monitoring data from the Colona Land Health Assessment unit. Unpublished data provided by the Uncompahgre Field Office, Montrose, CO.

Center for Native Ecosystems and Colorado Native Plant Society and Uncompahgre Valley Asociation (CNE et al.). 2006. Petition to Amend the Critical Habitat Designation for the Clay-loving Wild Buckwheat (*Eriogonum pelinophilum*) Made Under the Endangered Species Act (16 U.S.C. § 1531, *et. seq.*). July 17, 2006. 52 pp.

Christen, D.C. and G. R. Matlack. 2009. The habitat and conduit functions of roads in the spread of three invasive plant species. *Biological Invasions* 11:453-465.

Clark, T.O. and D.J. Clark. 2007. *Sclerocactus wrightiae* monitoring in Capitol Reef National Park. (Unpublished report submitted to Capitol Reef National Park, Nov. 1, 2007.) Torrey, UT. 23 pp.

Colorado Natural Areas Program (CNAP). 1997. Monitoring Plan Badger Wash, Pyramid Rock, and Rough Canyon ACECs. May 1997. Denver, CO. 5 pp.

Colorado Natural Areas Program (CNAP). 1999. Monitoring Update Areas of Critical Environmental Concern in the Grand Junction Resource Area: Badger Wash, Pyramid Rock, and Rough Canyon. January 1999. Denver, CO. 5 pp.

Colorado Natural Areas Program (CNAP). 2000. Monitoring Update Areas of Critical Environmental Concern in the Grand Junction Resource Area: Badger Wash, Pyramid Rock, and Rough Canyon. May 2000. Denver, CO. 4 pp.

Conner, S. 2011. Personal communication from Shawn Conner (BIO-Logic) to Alison Graff (BIO-Logic) regarding vegetative budding in Colorado hookless cactus and dramatic shifts in population sizes.

Conner, S. 2012. Personal communication from Shawn Conner (BIO-Logic) to Alison Graff (BIO-Logic) regarding cattle browsing on *Sarcobatus vermiculatus.*

52

D'Antonio, C.M., and P.M.Vitousek. 1992. Biological invasions by exotic grasses, the grass/fire cycle, and global change. *Annual Review of Ecology and Systematics* 13:63-87

Denver Botanical Gardens (DBG). 2007. *Sclerocactus glaucus* Monitoring. Denver, CO. 6 pp.

Denver Botanic Gardens (DBG). 2008. Demographic Monitoring of *Sclerocactus glaucus*, an Endemic Species of Western Colorado. Population Monitoring 2007-2008. (Unpublished Technical Report prepared for the Bureau of Land Management, U.S. Dept. of Interior, November 2008.) Denver, CO. 17 pp.

Denver Botanic Gardens (DBG). 2010a. Denver Botanic Gardens Monitoring Review – 2010. Review of *Eriogonum pelinophilum*, Fairview South and Wacker Ranch. Denver, CO. 7 pp.

Denver Botanic Gardens. 2010b. Research Report 2010 to Black Hills Exploration & Production. Denver, CO. 4 pp.

DeYoung, C. 2012a. Personal communication from Carla De Young (BLM) to Collin Ewing (BLM) regarding Colorado hookless cactus monitoring conducted by CRVFO.

DeYoung, C. 2012b. Personal communication from Carla De Young (BLM) to Collin Ewing (BLM) regarding impacts from elk trampling and livestock grazing to Colorado hookless cactus.

Doak, D.F., Thomson, D., and E.S. Jules. 2002. PVA for plants: understanding the demographic consequences of seed banks for population persistence and management. In: S.R. Beissinger and D.R. McCullough, editors. Population Viability Analysis. Chicago: University of Chicago Press.

Ehrenfeld, J.G. 2003. Effects of exotic plant invasions on soil nutrient cycling processes. *Ecosystems* 6:503-523.

Evans, R.D., Rimer, R., Sperry, L., and J. Belnap. 2001. Exotic plant invasion alters nitrogen dynamics in an arid grassland. *Ecological Applications* 11:1301-1310.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. *Conservation Biology* 8:629-644.

Hansen, M.J. and A.P. Clevenger. 2005. The influence of disturbance and habitat on the presence of non-native plant species along transportation corridors. *Biological Conservation* 125:249-59.

Heil, K.D. and J.M. Porter. 1994. *Sclerocactus* (Cactaceae): A revision. *Haseltonia* 2:20-46.

BLM_0001877

Heil, K.D. and J.M. Porter. 2004.  Sclerocactus in Flora of North America. Online at: http://www.efloras.org/florataxon.aspx?flora_id=1&taxon_id=129764. Accessed Dec. 6, 2011.

Honnay, O. and H. Jacquemyn. 2007. Susceptibility of common and rare plant species to the genetic consequences of habitat fragmentation. *Conservation Biology* 21:823-31.

Jones, A. 2000.  Effects of cattle grazing on North American arid ecosystems: A quantitative review.  *Western North American Naturalist* 60:155-164.

Kay, B.L., and R.A. Evans. 1965. Effects of fertilization on a mixed stand of cheatgrass and intermediate wheatgrass. *Journal of Range Management* 18:7-11.

Knapp, P.A. 1996. Cheatgrass (*Bromus tectorum* L.) dominance in the Great Basin Desert – history, persistence, and influences to human activities. *Global Environmental Change* 6:37-52.

Leimu, R., Mutikainen, P., Koricheva J., and M. Fischer. 2006. How general are positive relationships between plant population size, fitness and genetic variation. *Journal of Ecology* 94:942-952.

Levine, J.M., McEachern, A.K., and C. Cowan. 2008. Rainfall effects on rare annual plants. *Journal of Ecology* 96:795-806.

Lyon, P. 2008. Monitoring of *Eriogonum pelinophilum* at the Wacker Ranch, Montrose, Colorado, June 2008.  (Unpublished report prepared for The Nature Conservancy.) Fort Collins, CO. 49 pp.

Meyer, S.E., Quinney, D., and J. Weaver. 2005. A life history study of the Snake River plains endemic *Lepidium papilliferum* (Brassicaceae). *Western North American Naturalist* 65:11-23.

Meyer, S.E., Quinney, D., and J. Weaver. 2006. A stochastic population model for *Lepidium papilliferum* (Brassicaceae), a rare desert ephemeral with a persistent seed bank. *American Journal of Botany* 93:891-902.

National Research Council (NRC). 2008. Changes in the Sheep Industry in the United States: Making the Transition from Tradition. National Research Council (U.S.), Committee on the Economic Development and Current Status of the Sheep Industry in the United States. Washington, D.C.: National Academies Press. 347 pp.

Neff, J.C., Reynolds, R.L., Belnap, J., and P. Lamothe. 2005. Multi-decadal impacts of grazing on soil physical and biogeochemical properties in southeast Utah. *Ecological Applications* 15:87-95.

BLM_0001878

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

Ouren, D.S, Haas, C., Melcher, C.P., Stewart, S.C., Ponds, P.D., Sexton, N.R., Burris, L., Fancher, T., and Z.H. Bowen. 2007. Environmental Effects of Off-highway Vehicles on Bureau of Land Management Lands: A Literature Synthesis, Annotated Bibliographies, Extensive Bibliographies, and Internet Resources. U.S. Geological Survey, Open-File Report 2007-1353. 225 pp.

Pollock, M.L., Legg, C.J., Holland, J. P., and C. M. Theobald. 2007. Assessment of expert opinion: Seasonal sheep preference and plant response to grazing. *Rangeland Ecology and Management* 60:125-135.

Potter, L.D., Reynolds, R.S., and E.T. Louderbough. 1985. Mancos shale and plant community relationships: field observations. *Journal of Arid Environments* 9:137-145.

Rasoul Sharifi, M., Gibson, A.C., and P.W. Rundel. 1997. Surface dust impacts on gas exchange in Mojave Desert shrubs. *Journal of Applied Ecology* 34:837-46.

Reveal, J.L. 2006. On the Status of *Eriogonum pelinophilum* Reveal (*Polygonaceae* Juss.: subf. *Eriogonoideae* Arn.). Appendix B in: Center for Native Ecosystems and Colorado Native Plant Society and Uncompahgre Valley Association, Petitioners, Petition to Amend the Critical Habitat Designation for the Clay-loving Wild Buckwheat (*Eriogonum pelinophilum*) Made Under the Endangered Species Act (16 U.S.C. § 1531, *et. seq.*). pp 46-52.

Sharp, C. 2012a. Personal communication from Charles Sharp (FWS) to Collin Ewing (BLM) regarding ORV effects on Colorado hookless cactus.

Sharp, C. 2012b. Personal communication from Charles Sharp (FWS) to Collin Ewing (BLM) regarding utilization of clay-loving wild buckwheat by big game.

Sharp, C. 2012c. Personal communication from Charles Sharp (FWS) to Collin Ewing (BLM) regarding tent caterpillar effects on clay-loving wild buckwheat.

Sharp, C. 2012d. Personal communication from Charles Sharp (FWS) to Collin Ewing (BLM) regarding sheep browsing on clay-loving wild buckwheat.

Tepedino, V.J. 2009. Clay-loving Wild Buckwheat (*Eriogonum pelinophilum*) in Highly and Lightly Disturbed Surroundings: Comparative Diversity of Flower Visitors and Their Importance in Pollination. (Submitted to USDI Bureau of Land Management, March 30, 2009). Montrose, CO. 54 pp.

U.S. Census Bureau. 2012. Population Finder. Available online at: http://factfinder.census.gov/servlet/SAFFPopulation?_event=ChangeGeoContext&geo_id=05000US08085&_geoContext=&_street=&_county=montrose&_cityTown=montrose&_state=04000US08&_zip=&_lang=en&_sse=on&ActiveGeoDiv=&_useEV=&pctxt=fph&pgsl=010&_submenuId=population_0&ds_name=null&_ci_nbr=null&qr_name=null&reg=null%3Anull&_keyword=&_industry=

BLM_0001879

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

U.S. Fish and Wildlife Service (FWS). 1988. Clay-loving Wild-buckwheat, *Eriogonum pelinophilum* Reveal, Recovery Plan.  U.S. Fish and Wildlife Service (November 10, 1988), Denver, CO. 15 pp.

U.S. Fish and Wildlife Service (FWS). 1990. Uinta Basin Hookless Cactus, *Sclerocactus glaucus,* Recovery Plan. U.S. Fish and Wildlife Service (September 27, 1990), Denver, CO.  26 pp.

U.S. Fish and Wildlife Service (FWS). 2008. Letter of Concurrence on Proposed Colona Land Health Assessment Grazing Permit Renewals on the Endangered Clay-loving Wild Buckwheat (*Eriogonum pelinophilum*). June 19, 2008. Grand Junction, CO.

U.S. Fish and Wildlife Service (FWS). 2009a. Colorado Natural Heritage Program Field Forms, Maps, and Photos for Clay-loving Wild Buckwheat Element Occurrences. Unpublished forms from February 2009. Cited as Ewing and Glenne 2009 in *Eriogonum pelinophilum* (clay-loving wild buckwheat) 5-Year Review: Summary and Evaluation.

U.S. Fish and Wildlife Service (FWS). 2009b. *Eriogonum pelinophilum* (clay-loving wild buckwheat) 5-Year Review: Summary and Evaluation. September 2009. Grand Junction, CO. 48 pp.

U.S. Fish and Wildlife Service (FWS). 2010. Recovery Outline for the Colorado hookless cactus (*Sclerocactus glaucus*). Colorado Ecological Services Field Office (April 2010), Grand Junction, CO. 17 pp.

Vardaka, E., Cook, C.M., Lanaras, T., Sgardelis, S.P., and J.D. Pantis. 1995. Effects of dust from a limestone quarry on the photosynthesis of *Quercus coccifera*, an evergreen sclerophyllous shrub. *Bulletin of Environmental Contamination and Toxicology* 54:414-19.

Westwater Engineering, Inc. (WWE). 2010. Enterprise Gas Processing, LLC Collbran Natural Gas Pipeline Special Status Plan Species 2010 Monitoring Report. (Unpublished report prepared for Enterprise Gas Processing, LLC, October 2010.) Grand Junction, CO. 68 pp.

Whisenant, S.G. 1992. Changing fire frequencies on Idaho's Snake River plains: ecological and management implications. In: E.D. McArthur, E.U. Romney, S.D. Smith, and P.Y. Tueller, editors. Proceedings, Symposium on *Bromus* invasion. USDA GTR-INT-276.

Wilson, A.M., Harris, G.A., and D.H. Gates. 1966. Fertilization of mixed cheatgrass-bunchgrass wheatgrass stands. *Journal of Range Management* 19:134-137.

BLM_0001880

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

**In Litteris**

Glenne, G. 2012. Biologist, U.S. Fish and Wildlife Service, Western Colorado Ecological Services Field Office. Subject: Status of clay-loving wild buckwheat critical habitat. Email to Alison Graff, Charles Sharp, and Olivia Bartlett, dated March 28, 2012.

Holsinger, K. 2012. Biologist, Bureau of Land Management, Uncomphagre Field Office. Subject: Potential for the BLM livestock grazing program to affect designated critical habitat for clay-loving wild buckwheat. Email to Collin Ewing, Alison Graff, Anna Lincoln, and Carla DeYoung, dated March 23, 2012.

Langton, A. 2011. Biologist, U.S. Fish and Wildlife Service, Western Colorado Ecological Services Field Office, and graduate student researching the reproductive biology of Debeque phacelia. Subject: Breeding system of Debeque phacelia and impacts from cattle grazing to occupied habitat. Email to Alison Graff, dated November 28, 2011.

57

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

# Appendix I – Figures

58

BLM_0001882



Basemap Source:
DeLorme Basemap

**Legend**

- 🟩 UFO Permitted Trail Buffers
- 🟨 GJFO Permitted Trail Buffers
- 🔵 UFO Permitted Trailing Stops

▨ Allotments Inside Action Area
□ Colorado Hookless Cactus Action Area
□ Clay-loving Wild Buckwheat Action Area

**Figure 1: Permitted Trailing Routes Inside the Colorado Hookless Cactus and Clay-loving Wild Buckwheat Action Areas**

Map created: 4/20/2012

*BIO-Logic, Inc.*
125 Colorado Avenue, Suite B
Montrose, CO 81401
(970) 240-4374
www.bio-geo.com

N
1:383,100
0                    20
                     Miles

Note: Permitted trails are buffered to 0.125 mile either side
of center line in open flat land, and 200 feet through canyons.

BLM_0001883



Figure 2: Colorado Hookless Cactus Action Area

**Legend**

**Land Ownership**

- Action Area
- Allotments Inside Action Area
- Modeled Potential Range
- Allotments Inside Potential Range
- Service Recovery Outline Potential Habitat

- BLM
- USFS
- NPS
- State
- Local
- Private

Basemap Source:
DeLorme Basemap

Map created: 4/20/2012

*BIO-Logic, Inc.*
125 Colorado Avenue, Suite B
Montrose, CO 81401
(970) 240-4374
www.bio-geo.com

1:550,000

0                20
Miles

BLM_0001884



Basemap Source:
DeLorme Basemap

**Figure 3: Clay-loving Wild Buckwheat Action Area**

### Legend

| | |
|---|---|
| Action Area | |
| Allotments Inside Action Area | |
| Modeled Potential Range | |
| Allotments Inside Potential Range | |
| 12-month Critical Habitat plus 1-mile Buffer | |

**Land Ownership**
- BLM
- NPS
- State
- Private

Map created:4/20/2012

*BIO-Logic, Inc.*
125 Colorado Avenue, Suite B
Montrose, CO 81401
(970) 240-4374
www.bio-geo.com

1:300,000

0          10
            Miles

BLM_0001885



Basemap Source:
DeLorme Basemap

**Figure 4: Debeque Phacelia Action Area**

**Legend**

- Action Area
- Allotments Inside Action Area
- Modeled Potential Range
- Allotments Inside Potential Range
- Proposed Critical Habitat

**Land Ownership**
- BLM
- USFS
- State
- Private

Map created: 4/20/2012

1:377,900

0        10
         Miles

*BIO-Logic, Inc.*
125 Colorado Avenue, Suite B
Montrose, CO 81401
(970) 240-4374
www.bio-geo.com

BLM_0001886

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

# Appendix II – Tables

59

BLM_0001887

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

## Table A. Allotments Inside the Action Area

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 99999 | Unallotted | | Cattle | 0 | 0 | NA | 0 | SCGL, PHSU | 273.6 | 152.4 |
| 08130 | Alkali Creek Common | CRVFO | Cattle | 93 | 45 | Sp | 141 | SCGL, PHSU | 2.6 | 2,772.3 |
| 08130 | Alkali Creek Common | CRVFO | Cattle | 59 | 30 | Sp | 60 | SCGL, PHSU | | |
| 08131 | Alkali Gulch | CRVFO | Sheep | 200 | 60 | Win | 80 | SCGL | 1.9 | 86.4 |
| 08131 | Alkali Gulch | CRVFO | Sheep | 200 | 60 | Win/Sp | 80 | SCGL | | |
| 08923 | County Line | CRVFO | Cattle | 33 | 40 | Sp | 0 | SCGL, PHSU, PHSU CH | 0.6 | 4,570.6 |
| 08923 | County Line | CRVFO | Cattle | 70 | 35 | Sp | | SCGL, PHSU, PHSU CH | | |
| 08922 | Smith Gulch | CRVFO | Sheep | 970 | 20 | Win/Sp | 134 | SCGL | 3.3 | 2,371.9 |
| 08922 | Smith Gulch | CRVFO | Sheep | 970 | 15 | Win | 102 | SCGL | | |
| 16825 | B. Hawkins | GJFO | Cattle | 30 | 29 | Sp | 30 | SCGL | 273.8 | 87.4 |
| 16825 | B. Hawkins | GJFO | Cattle | 5 | 60 | Win/Sp | 10 | SCGL | | |
| 16825 | B. Hawkins | GJFO | Cattle | 5 | 27 | Win | 5 | SCGL | | |
| 06851 | Baldridge Mesa | GJFO | Cattle | 0 | 57 | Win/Sp | 15 | SCGL, PHSU, PHSU CH | 790.6 | 770.1 |
| 06116 | Bangs | GJFO | Cattle | 30 | 16 | Fall/Win | 17 | SCGL | 858.8 | 23,071.8 |

1

BLM_0001888

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06116 | Bangs | GJFO | Cattle | 350 | 94 | Fall/Win | 1093 | SCGL | | |
| 06116 | Bangs | GJFO | Cattle | 350 | 25 | Sp | 299 | SCGL | | |
| 06116 | Bangs | GJFO | Cattle | 30 | 36 | Sp | 36 | SCGL | | |
| 06116 | Bangs | GJFO | Cattle | 200 | 14 | Sp | 99 | SCGL | | |
| 06116 | Bangs | GJFO | Cattle | 30 | 11 | Sp | 12 | SCGL | | |
| 06702 | Berry Homestead | GJFO | Cattle | 34 | 30 | Sp | 51 | PHSU | 1,222.8 | 2,914.1 |
| 06702 | Berry Homestead | GJFO | Cattle | 33 | 30 | Win | 15 | PHSU | | |
| 06702 | Berry Homestead | GJFO | Cattle | 5 | 30 | Sp | 5 | PHSU | | |
| 06702 | Berry Homestead | GJFO | Cattle | 5 | 30 | Win | 5 | PHSU | | |
| 06702 | Berry Homestead | GJFO | Cattle | 10 | 30 | Sp | 10 | PHSU | | |
| 06702 | Berry Homestead | GJFO | Cattle | 10 | 30 | Win | 10 | PHSU | | |
| 06843 | Big Park | GJFO | Cattle | 494 | 56 | Sp | 759 | PHSU, PHSU CH | 8,101.3 | 11,703.9 |
| 06157 | Boulder Canyon | GJFO | Cattle | 0 | 30 | NA | 132 | SCGL | 8.4 | 2,472.7 |
| 06703 | Brink Pedigo Gulch | GJFO | Cattle | 295 | 60 | Sp/Sum | 71 | SCGL | 2,632.5 | 5,620.7 |
| 06703 | Brink Pedigo Gulch | GJFO | Cattle | 246 | 34 | Fall/Win | 34 | SCGL | | |
| 06850 | Brown Place | GJFO | Cattle | 0 | 30 | NA | 8 | SCGL | 644.5 | 810.2 |

2

BLM_0001889

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06706 | Burdick E Of Ranch | GJFO | Cattle | 90 | 29 | Fall | 89 | SCGL | 124.8 | 1,284.0 |
| 06845 | Chalk Mountain | GJFO | Cattle | 13 | 164 | Sp/Sum/Fall | 71 | SCGL | 5.5 | 1,588.1 |
| 16122 | Clarks Bench | GJFO | Cattle | 0 | 37 | NA | 106 | SCGL | 627.6 | 2466.7 |
| 06710 | Conn Cr/McCurdy | GJFO | Cattle | 148 | 29 | Sp | 136 | SCGL | 336.5 | 1,642.7 |
| 16804 | Coon Creek | GJFO | Cattle | 0 | 24 | NA | 15 | SCGL | 19.5 | 357.2 |
| 06712 | Coon Hollow Common | GJFO | Cattle | 64 | 56 | Sp | 120 | SCGL, PHSU, PHSU CH | 1,062.8 | 19,219.0 |
| 06712 | Coon Hollow Common | GJFO | Cattle | 50 | 56 | Sp | 94 | SCGL, PHSU, PHSU CH | | |
| 16818 | Davis | GJFO | Cattle | 44 | 14 | Sp | 18 | SCGL | 209.1 | 483.2 |
| 16818 | Davis | GJFO | Cattle | 42 | 14 | Fall | 17 | SCGL | | |
| 16201 | Davis Amp | GJFO | Cattle | 0 | 35 | NA | 290 | SCGL | 1,134.5 | 4,273.8 |
| 16119 | Dead Horse | GJFO | Cattle | 0 | 29 | NA | 22 | SCGL | 2.4 | 1,202.1 |
| 06715 | Dry Fork | GJFO | Cattle | 100 | 45 | Win/Sp | 57 | SCGL | 3213.9 | 10,944.1 |
| 06715 | Dry Fork | GJFO | Cattle | 200 | 60 | Sp/Sum | 152 | SCGL | | |
| 06715 | Dry Fork | GJFO | Cattle | 124 | 106 | Sp/Sum/Fall | 166 | SCGL | | |
| 06715 | Dry Fork | GJFO | Cattle | 100 | 150 | Fall/Win | 189 | SCGL | | |

3

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06819 | Ervin | GJFO | Cattle | 0 | 183 | NA | 6 | SCGL | 4.7 | 23.8 |
| 16821 | Fetters | GJFO | Cattle | 2 | 182 | Sp/Sum/Fall | 12 | SCGL | 307.0 | 43.8 |
| 26301 | Gibbler Common | GJFO | Cattle | 469 | 75 | Fall/Win | 1172 | SCGL | 881.3 | 53,102.8 |
| 26301 | Gibbler Common | GJFO | Cattle | 50 | 30 | Sp | 51 | SCGL | | |
| 26301 | Gibbler Common | GJFO | Cattle | 116 | 60 | Fall/Win | 233 | SCGL | | |
| 26301 | Gibbler Common | GJFO | Cattle | 141 | 60 | Fall/Win | 283 | SCGL | | |
| 26301 | Gibbler Common | GJFO | Cattle | 263 | 29 | Sp | 259 | SCGL | | |
| 26301 | Gibbler Common | GJFO | Cattle | 318 | 29 | Sp | 314 | SCGL | | |
| 26301 | Gibbler Common | GJFO | Cattle | 50 | 58 | Win | 97 | SCGL | | |
| 26301 | Gibbler Common | GJFO | Cattle | 263 | 115 | Fall/Win | 1003 | SCGL | | |
| 16823 | Halfway House | GJFO | Cattle | 53 | 30 | Sp | 54 | SCGL | 253.5 | 963.5 |
| 16837 | Heely | GJFO | Cattle | 0 | 41 | NA | 6 | SCGL | 122.9 | 2,362.3 |
| 16204 | Highway 50 | GJFO | Cattle | 81 | 16 | Fall | 45 | SCGL | 229.7 | 884.5 |
| 16204 | Highway 50 | GJFO | Cattle | 100 | 5 | Fall | 20 | SCGL | | |
| 16204 | Highway 50 | GJFO | Cattle | 54 | 5 | Sp | 11 | SCGL | | |
| 06740 | Homestead | GJFO | Cattle | 173 | 52 | Sp/Sum | 211 | SCGL | 734.5 | 4,563.3 |
| 06727 | I.A.E.Of Ranch | GJFO | Cattle | 96 | 44 | Fall | 142 | SCGL | | |

4

BLM_0001891

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06727 | I.A.E.Of Ranch | GJFO | Cattle | 64 | 29 | Sp | 63 | SCGL | 518.2 | 1,821.1 |
| 06847 | Jerry Gulch | GJFO | Cattle | 100 | 60 | Sp/Sum | 150 | SCGL, PHSU, PHSU CH | 374.4 | 2048.8 |
| 16202 | Kannah Creek Common | GJFO | Cattle | 98 | 46 | Sp/Sum | 151 | SCGL | 4,112.4 | 30,104.9 |
| 16202 | Kannah Creek Common | GJFO | Cattle | 103 | 60 | Fall | 207 | SCGL | | |
| 16202 | Kannah Creek Common | GJFO | Cattle | 344 | 46 | Sp/Sum | 532 | SCGL | | |
| 16202 | Kannah Creek Common | GJFO | Cattle | 104 | 46 | Sp/Sum | 161 | SCGL | | |
| 16202 | Kannah Creek Common | GJFO | Cattle | 344 | 60 | Fall | 690 | SCGL | | |
| 16202 | Kannah Creek Common | GJFO | Cattle | 98 | 60 | Fall | 197 | SCGL | | |
| 06207 | Kannah Creek Ind | GJFO | Cattle | 18 | 180 | Sum/Fall/Win | 107 | SCGL | 1,991.8 | 1,104.5 |
| 06724 | Kimball Creek | GJFO | Cattle | 50 | 29 | Fall | 49 | SCGL | 9,394.9 | 13,875.5 |
| 06724 | Kimball Creek | GJFO | Cattle | 48 | 90 | Win/Sp | 144 | SCGL | | |
| 16835 | Lloyd | GJFO | Cattle | 21 | 162 | Sp/Sum/Fall | 113 | SCGL | 3,019.1 | 1,878.8 |
| 06732 | Logan End Common | GJFO | Cattle | 17 | 152 | Sp/Sum/Fall | 86 | SCGL | 2,931.9 | 1,651.5 |
| 06733 | Logan Gulch | GJFO | Cattle | 48 | 30 | Sp | 49 | SCGL, PHSU, PHSU CH | 420.5 | 3,471.8 |

BLM_0001892

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06733 | Logan Gulch | GJFO | Cattle | 16 | 30 | Sp | 16 | SCGL, PHSU, PHSU CH | | |
| 06733 | Logan Gulch | GJFO | Cattle | 32 | 30 | Sp | 33 | SCGL, PHSU, PHSU CH | | |
| 06734 | Logan Wash | GJFO | Cattle | 0 | 56 | NA | 21 | SCGL | 466.1 | 1,560.0 |
| 06844 | Lower Rapid-Cottonwood | GJFO | Cattle | 108 | 29 | Sp | 107 | SCGL | 29.8 | 4,097.4 |
| 06844 | Lower Rapid-Cottonwood | GJFO | Cattle | 40 | 45 | Fall | 60 | SCGL | | |
| 16811 | Lyons/Anderson | GJFO | Cattle | 80 | 45 | Fall | 110 | SCGL, PHSU, PHSU CH | 158.3 | 1,963.4 |
| 16811 | Lyons/Anderson | GJFO | Cattle | 80 | 44 | Sp | 108 | SCGL, PHSU, PHSU CH | | |
| 06840 | Milholland | GJFO | Cattle | 90 | 45 | Sp | 27 | SCGL | 462.8 | 272.4 |
| 06853 | Molina Place | GJFO | Cattle | 15 | 60 | Sp | 30 | SCGL | 151.1 | 93.2 |
| 06857 | Mormon Mesa | GJFO | Cattle | 24 | 16 | Sp | 13 | SCGL | 1.7 | 196.6 |
| 06857 | Mormon Mesa | GJFO | Cattle | 110 | 4 | Sp | 18 | SCGL | | |
| 16509 | Mt Garfield | GJFO | Cattle | 203 | 60 | Win/Sp | 407 | SCGL | 4,504.6 | 26,438.1 |
| 16509 | Mt Garfield | GJFO | Cattle | 203 | 89 | Fall/Win | 601 | SCGL | | |

6

BLM_0001893

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06718 | N.E. Spear | GJFO | Cattle | 45 | 44 | Fall/Win | 67 | SCGL, PHSU, PHSU CH | 1,348.8 | 6,411.3 |
| 06718 | N.E. Spear | GJFO | Cattle | 97 | 46 | Win | 150 | SCGL, PHSU, PHSU CH | | |
| 06718 | N.E. Spear | GJFO | Cattle | 203 | 14 | Sp | 100 | SCGL, PHSU, PHSU CH | | |
| 06718 | N.E. Spear | GJFO | Cattle | 244 | 15 | Sp | 128 | SCGL, PHSU, PHSU CH | | |
| 06718 | N.E. Spear | GJFO | Cattle | 19 | 45 | Sp | 29 | SCGL, PHSU, PHSU CH | | |
| 06718 | N.E. Spear | GJFO | Cattle | 147 | 14 | Sp | 72 | SCGL, PHSU, PHSU CH | | |
| 06156 | North East Creek | GJFO | Cattle | 40 | 14 | Sp | 20 | SCGL | 250.7 | 3,183.2 |
| 06156 | North East Creek | GJFO | Cattle | 40 | 45 | Fall | 60 | SCGL | | |
| 06209 | North Fork Kannah Creek | GJFO | Cattle | 67 | 30 | Sp | 62 | SCGL | 342.3 | 2,028.2 |
| 06209 | North Fork Kannah Creek | GJFO | Cattle | 70 | 29 | Fall | 63 | SCGL | | |
| 16121 | Notch Spring | GJFO | Cattle | 335 | 37 | Sp | 96 | SCGL | 258.6 | 3,466.9 |
| 16121 | Notch Spring | GJFO | Cattle | 225 | 86 | Sp/Sum | 148 | SCGL | | |

7

BLM_0001894

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 16121 | Notch Spring | GJFO | Cattle | 464 | 8 | Fall | 32 | SCGL | | |
| 16810 | Plateau Creek | GJFO | Cattle | 0 | 106 | Unknown | 14 | SCGL | 39.2 | 116.5 |
| 06745 | Red Rock | GJFO | Cattle | 226 | 61 | Sp/Sum | 461 | SCGL | 0.0 | 12,420.7 |
| 06745 | Red Rock | GJFO | Cattle | 185 | 60 | Fall | 371 | SCGL | | |
| 06152 | Round Knob | GJFO | Cattle | 246 | 30 | Win | 251 | SCGL | 304.3 | 3,747.3 |
| 06152 | Round Knob | GJFO | Cattle | 89 | 30 | Sp | 91 | SCGL | | |
| 06739 | S.E. Spear | GJFO | Cattle | 64 | 30 | Sp | 65 | SCGL, PHSU, PHSU CH | 274.9 | 6,225.1 |
| 06739 | S.E. Spear | GJFO | Cattle | 111 | 29 | Fall | 109 | SCGL, PHSU, PHSU CH | | |
| 06739 | S.E. Spear | GJFO | Cattle | 36 | 14 | Fall | 18 | SCGL, PHSU, PHSU CH | | |
| 06739 | S.E. Spear | GJFO | Cattle | 100 | 14 | Sp | 49 | SCGL, PHSU, PHSU CH | | |
| 06801 | Sunnyside Common | GJFO | Cattle | 8 | 36 | Win | 10 | SCGL, PHSU, PHSU CH | 807.1 | 5,737.9 |
| 06801 | Sunnyside Common | GJFO | Cattle | 48 | 36 | Win | 58 | SCGL, PHSU, PHSU CH | | |
| 06801 | Sunnyside Common | GJFO | Cattle | 27 | 30 | Sp | 28 | SCGL, PHSU, PHSU CH | | |

8

BLM_0001895

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06801 | Sunnyside Common | GJFO | Cattle | 72 | 45 | Sp | 109 | SCGL, PHSU, PHSU CH | | |
| 06801 | Sunnyside Common | GJFO | Cattle | 30 | 45 | Sp | 45 | SCGL, PHSU, PHSU CH | | |
| 06747 | Tater Hills | GJFO | Cattle | 177 | 30 | Sp | 180 | SCGL | 376.1 | 1,653.8 |
| 06148 | Thompson | GJFO | Cattle | 85 | 32 | Fall | 28 | SCGL | 1,140.0 | 5,281.8 |
| 06148 | Thompson | GJFO | Cattle | 85 | 31 | Sp | 27 | SCGL | | |
| 26302 | Wagon Park Amp | GJFO | Cattle | 400 | 5 | Sp | 79 | SCGL | 0.0 | 32,451.7 |
| 26302 | Wagon Park Amp | GJFO | Cattle | 522 | 30 | Sp | 532 | SCGL | | |
| 26302 | Wagon Park Amp | GJFO | Cattle | 348 | 29 | Fall | 343 | SCGL | | |
| 26302 | Wagon Park Amp | GJFO | Cattle | 400 | 15 | Fall | 210 | SCGL | | |
| 06752 | West Logan Wash | GJFO | Cattle | 140 | 5 | Sp | 28 | SCGL | 39.8 | 426.9 |
| 06753 | West Spears | GJFO | Cattle | 100 | 44 | Fall | 148 | SCGL, PHSU | 685.7 | 6,593.9 |
| 06753 | West Spears | GJFO | Cattle | 223 | 43 | Sp | 323 | SCGL, PHSU | | |
| 16808 | White Mountain | GJFO | Cattle | 163 | 59 | Sp/Sum | 322 | SCGL | 168.9 | 3,110.7 |
| 16808 | White Mountain | GJFO | Cattle | 40 | 60 | Sp | 80 | SCGL | | |
| 16808 | White Mountain | GJFO | Cattle | 40 | 60 | Sp | 80 | SCGL | | |

9

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 16203 | Whitewater Common | GJFO | Cattle | 144 | 61 | Sp | 235 | SCGL | 10,192.7 | 22,728.4 |
| 16203 | Whitewater Common | GJFO | Cattle | 88 | 30 | Sp | 83 | SCGL | | |
| 16203 | Whitewater Common | GJFO | Cattle | 6 | 55 | Sp | 10 | SCGL | | |
| 16203 | Whitewater Common | GJFO | Cattle | 64 | 51 | Fall/Win | 102 | SCGL | | |
| 16203 | Whitewater Common | GJFO | Cattle | 6 | 91 | Sum/Fall | 17 | SCGL | | |
| 16203 | Whitewater Common | GJFO | Cattle | 129 | 71 | Fall | 244 | SCGL | | |
| 16205 | Whitewater Hill | GJFO | Cattle | 0 | 29 | Sp | 75 | SCGL | 2,497.6 | 980.2 |
| 16205 | Whitewater Hill | GJFO | Cattle | 0 | 29 | Fall/Win | 75 | SCGL | | |
| 16809 | Wild Country | GJFO | Cattle | 175 | 61 | Sp | 357 | SCGL | 3,233.7 | 9,226.0 |
| 16809 | Wild Country | GJFO | Cattle | 108 | 36 | Sp | 131 | SCGL | | |
| 16809 | Wild Country | GJFO | Cattle | 61 | 45 | Sp | 40 | SCGL | | |
| 16809 | Wild Country | GJFO | Cattle | 49 | 61 | Sp | 100 | SCGL | | |
| 16809 | Wild Country | GJFO | Cattle | 67 | 61 | Sp | 137 | SCGL | | |
| 16809 | Wild Country | GJFO | Cattle | 61 | 45 | Sp | 40 | SCGL | | |
| 16809 | Wild Country | GJFO | Cattle | 91 | 61 | Sp | 135 | SCGL | | |
| 06799 | Wildhorse | GJFO | Cattle | 0 | 0 | NA | 0 | SCGL | 900.4 | 35,155.2 |

BLM_0001897

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06713 | Winter Flats-Deer Pk | GJFO | Cattle | 100 | 74 | Fall/Win | 232 | SCGL, PHSU, PHSU CH | 2,186.1 | 31,949.9 |
| 06713 | Winter Flats-Deer Pk | GJFO | Cattle | 100 | 56 | Sp | 176 | SCGL, PHSU, PHSU CH | | |
| 05030 | Adobe South | UFO | Cattle | 74 | 35 | Sp | 50 | ERPE | 1,622.2 | 3,434.1 |
| 05030 | Adobe South | UFO | Cattle | 75 | 31 | Fall | 45 | ERPE | | |
| 14017 | Alkali Flats | UFO | Sheep | 1920 | 89 | Fall/Win | 1136 | SCGL | 70.1 | 12,357.5 |
| 14017 | Alkali Flats | UFO | Sheep | 1912 | 19 | Win | 251 | SCGL | | |
| 14020 | Antelope | UFO | Sheep | 168 | 60 | Win/Sp | 67 | SCGL | 168.6 | 2,606.0 |
| 05020 | Black Ridge | UFO | Cattle | 30 | 61 | Sp | 61 | SCGL | 53.3 | 10,967.7 |
| 05020 | Black Ridge | UFO | Sheep | 1132 | 65 | Fall/Win | 491 | SCGL | | |
| 05008 | Brush Point | UFO | Sheep | 1450 | 33 | Sp | 324 | ERPE | 770.0 | 17,752.5 |
| 05008 | Brush Point | UFO | Sheep | 1466 | 85 | Fall/Win | 829 | ERPE | | |
| 03278 | Cactus Park-Club Gulch | UFO | Sheep | 1350 | 19 | Win | 178 | SCGL | 18.6 | 8,388.6 |
| 03278 | Cactus Park-Club Gulch | UFO | Sheep | 1397 | 89 | Fall/Win | 827 | SCGL | | |
| 14012 | Canal | UFO | Sheep | 1156 | 104 | Fall/Win | 798 | SCGL | 0.7 | 7,871.3 |
| 05002 | Dedication Site | UFO | Cattle | 22 | 60 | Sp | 44 | SCGL | 47.0 | 669.3 |

11

BLM_0001898

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14019 | Deer Basin/Midway | UFO | Sheep | 1567 | 90 | Win | 900 | SCGL | 770.5 | 7,336.8 |
| 03277 | Delta Pipeline | UFO | Sheep | 784 | 89 | Fall/Win | 464 | SCGL | 4.3 | 6,023.2 |
| 03277 | Delta Pipeline | UFO | Sheep | 750 | 19 | Win | 99 | SCGL | | |
| 14001 | Dominguez | UFO | Cattle | 300 | 75 | Win/Sp | 705 | SCGL | 3,706.7 | 54,167.4 |
| 14001 | Dominguez | UFO | Horse | 10 | 30 | Win/Sp | 10 | SCGL | | |
| 14001 | Dominguez | UFO | Cattle | 600 | 43 | Sp | 816 | SCGL | | |
| 14001 | Dominguez | UFO | Cattle | 1400 | 15 | Sp | 692 | SCGL | | |
| 14001 | Dominguez | UFO | Cattle | 200 | 45 | Fall | 284 | SCGL | | |
| 14001 | Dominguez | UFO | Cattle | 400 | 29 | Fall | 371 | SCGL | | |
| 14001 | Dominguez | UFO | Cattle | 648 | 89 | Fall/Win | 1802 | SCGL | | |
| 14001 | Dominguez | UFO | Horse | 10 | 85 | Fall/Win | 27 | SCGL | | |
| 14001 | Dominguez | UFO | Cattle | 200 | 14 | Win | 93 | SCGL | | |
| 05537 | Dry Cedar | UFO | Sheep | 438 | 124 | Fall/Win | 360 | ERPE | 22.2 | 4,765.3 |
| 14549 | Dry Creek | UFO | Cattle | 32 | 36 | Sp | 39 | SCGL | 0.3 | 1,799.3 |
| 14549 | Dry Creek | UFO | Cattle | 35 | 4 | Fall | 6 | SCGL | | |
| 14549 | Dry Creek | UFO | Cattle | 58 | 4 | Fall | 10 | SCGL | | |
| 14549 | Dry Creek | UFO | Cattle | 64 | 36 | Sp | 78 | SCGL | | |

12

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14006 | Dry Mesa | UFO | Cattle | 340 | 46 | Fall/Win | 525 | SCGL | 1.7 | 16,330.4 |
| 14003 | Escalante Flats | UFO | Cattle | 81 | 59 | Win | 160 | SCGL | 0.0 | 2,022.4 |
| 14508 | Fire Mountain Canal | UFO | Cattle | 4 | 30 | Fall | 4 | SCGL | 4.6 | 1,18.2 |
| 14508 | Fire Mountain Canal | UFO | Cattle | 6 | 29 | Sp | 6 | SCGL | | |
| 14505 | Juniper Knob | UFO | Cattle | 32 | 14 | Sp | 16 | SCGL | 1.6 | 588.5 |
| 14505 | Juniper Knob | UFO | Cattle | 4 | 15 | Fall | 2 | SCGL | | |
| 14550 | Leroux | UFO | Cattle | 130 | 41 | Sp/Sum | 158 | SCGL | 243.3 | 1,982.3 |
| 14504 | Leroux Creek | UFO | Cattle | 60 | 46 | Sp/Sum | 32 | SCGL | 168.8 | 598.1 |
| 14002 | Lower Escalante | UFO | Sheep | 1085 | 41 | Win/Sp | 300 | SCGL | 0.0 | 2,562.0 |
| 05000 | Lower Roubideau Canyon | UFO | Cattle | 190 | 1 | Sp | 12 | SCGL | 120.1 | 572.0 |
| 05000 | Lower Roubideau Canyon | UFO | Cattle | 190 | 1 | Fall | 12 | SCGL | | |
| 03276 | Middle Peach Valley | UFO | Sheep | 1300 | 19 | Win | 171 | SCGL, ERPE | 294.2 | 9,825.3 |
| 03276 | Middle Peach Valley | UFO | Sheep | 1334 | 89 | Fall/Win | 789 | SCGL, ERPE | | |
| 14544 | Milk Creek | UFO | Cattle | 9 | 44 | Sp/Sum | 13 | SCGL | 0.0 | 98.1 |
| 14506 | Oak Mesa | UFO | Cattle | 137 | 65 | Sp/Sum | 51 | SCGL | 575.1 | 845.7 |

13

BLM_0001900

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14022 | Petrie Mesa | UFO | Sheep | 155 | 101 | Fall/Win | 104 | SCGL | 359.7 | 2,839.2 |
| 14021 | Point Creek | UFO | Sheep | 400 | 45 | Sp | 29 | SCGL | 4,364.5 | 1,613.7 |
| 14021 | Point Creek | UFO | Sheep | 400 | 114 | Fall/Win | 73 | SCGL | | |
| 05022 | Rabbit Gulch | UFO | Cattle | 295 | 4 | Sp | 48 | SCGL | 1,522.2 | 1,298.7 |
| 05022 | Rabbit Gulch | UFO | Cattle | 300 | 2 | Sp | 14 | SCGL | | |
| 05022 | Rabbit Gulch | UFO | Cattle | 300 | 12 | Sp | 15 | SCGL | | |
| 05022 | Rabbit Gulch | UFO | Cattle | 10 | 5 | Sp | 2 | SCGL | | |
| 14507 | Roatcap-Jay Creek | UFO | Cattle | 270 | 44 | Fall | 399 | SCGL | 3,190.4 | 9,434.7 |
| 14507 | Roatcap-Jay Creek | UFO | Cattle | 273 | 61 | Sp/Sum | 556 | SCGL | | |
| 05538 | Rock Ditch | UFO | Cattle | 31 | 29 | Fall | 9 | ERPE | 75.1 | 60.2 |
| 14007 | Sawmill Mesa | UFO | Cattle | 225 | 7 | Sp | 55 | SCGL | 1,793.4 | 13,855.4 |
| 14007 | Sawmill Mesa | UFO | Cattle | 225 | 5 | Sp | 41 | SCGL | | |
| 14007 | Sawmill Mesa | UFO | Cattle | 50 | 1 | Sp | 3 | SCGL | | |
| 14007 | Sawmill Mesa | UFO | Cattle | 502 | 32 | Fall | 507 | SCGL | | |
| 14007 | Sawmill Mesa | UFO | Horse | 4 | 91 | Fall/Win | 11 | SCGL | | |
| 05003 | Selig Canal | UFO | Sheep | 510 | 30 | Fall/Win | 104 | SCGL, ERPE | 225.6 | 268.8 |
| 05024 | Shamrock | UFO | Sheep | 628 | 28 | Sp | 90 | SCGL, ERPE | 1,113.0 | 1,029.6 |

14

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 05534 | Shinn Park | UFO | Sheep | 350 | 124 | Fall/Win | 288 | ERPE | 6.7 | 5,505.6 |
| 05001 | Smith Mountain | UFO | Sheep | 1229 | 30 | Win/Sp | 205 | SCGL, ERPE | 23.0 | 5,429.7 |
| 05001 | Smith Mountain | UFO | Sheep | 1880 | 11 | Win | 122 | SCGL, ERPE | | |
| 05001 | Smith Mountain | UFO | Cattle | 30 | 60 | Win/Sp | 49 | SCGL, ERPE | | |
| 14548 | South Dry Creek | UFO | Cattle | 6 | 60 | Sp/Sum | 9 | SCGL | 400.3 | 1,195.4 |
| 14548 | South Dry Creek | UFO | Cattle | 5 | 31 | Fall | 4 | SCGL | | |
| 14548 | South Dry Creek | UFO | Cattle | 34 | 31 | Fall | 28 | SCGL | | |
| 14503 | Stingley Gulch | UFO | Cattle | 80 | 36 | Sp | 97 | SCGL | 0.9 | 1,131.1 |
| 05023 | Sulphur Gulch | UFO | Sheep | 800 | 2 | Fall | 1 | SCGL, ERPE | 1.4 | 1,778.9 |
| 05023 | Sulphur Gulch | UFO | Sheep | 500 | 29 | Sp | 5 | SCGL, ERPE | | |
| 05023 | Sulphur Gulch | UFO | Sheep | 800 | 2 | Fall | 1 | SCGL, ERPE | | |
| 14008 | Twenty Five Mesa North | UFO | Cattle | 215 | 70 | Fall/Win | 502 | SCGL | 493.2 | 11,407.0 |
| 07008 | Twenty-Five Mesa South | UFO | Cattle | 175 | 11 | Fall | 69 | SCGL | | |
| 07008 | Twenty-Five Mesa South | UFO | Cattle | 116 | 11 | Fall | 46 | SCGL | | |

15

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 07008 | Twenty-Five Mesa South | UFO | Cattle | 180 | 15 | Sp | 95 | SCGL | | |
| 05007 | Upper Peach Valley | UFO | Sheep | 733 | 85 | Fall/Win | 414 | ERPE | 0.3 | 4,053.4 |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 58 | 45 | Sp | 88 | SCGL | 10,760.8 | 17,264.4 |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 90 | 17 | Fall | 53 | SCGL | | |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 142 | 29 | Sp | 140 | SCGL | | |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 26 | 11 | Fall | 10 | SCGL | | |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 226 | 19 | Sp | 95 | SCGL | | |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 226 | 2 | Fall | 14 | SCGL | | |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 11 | 11 | Fall | 4 | SCGL | | |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 21 | 45 | Sp | 32 | SCGL | | |
| 14025 | Ward Creek Doughspoon | UFO | Cattle | 25 | 16 | Fall | 9 | SCGL | | |

16

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14016 | Wells Gulch | UFO | Sheep | 3230 | 20 | Win | 446 | SCGL | 140.3 | 16,884.7 |
| 14016 | Wells Gulch | UFO | Sheep | 3245 | 89 | Fall/Win | 1920 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 35 | 4 | Fall | 6 | SCGL | 8.5 | 3,068.7 |
| 14502 | Wilbanks | UFO | Cattle | 77 | 30 | Sp | 78 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 76 | 30 | Sp | 58 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 62 | 9 | Fall | 15 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 115 | 4 | Fall | 19 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 105 | 30 | Sp | 107 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 120 | 9 | Fall | 39 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 75 | 30 | Sp | 76 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 70 | 9 | Fall | 23 | SCGL | | |
| 14502 | Wilbanks | UFO | Cattle | 77 | 8 | Fall | 23 | SCGL | | |
| 14010 | Winter-Monitor Mesa | UFO | Cattle | 190 | 15 | Sp | 100 | SCGL | 185.6 | 15,748.6 |
| 14010 | Winter-Monitor Mesa | UFO | Cattle | 190 | 45 | Fall | 287 | SCGL | | |
| 14010 | Winter-Monitor Mesa | UFO | Cattle | 190 | 16 | Sp | 106 | SCGL | | |
| 14010 | Winter-Monitor Mesa | UFO | Cattle | 190 | 44 | Fall | 281 | SCGL | | |

17

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species and Critical Habitat | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| Source: BLM RAS database.  Use conditions of all allotments are subject to change.<br><br>* AUM = 1 cow/calf or 5 sheep; NA = Season not applicable because 0 livestock; SCGL = Colorado hookless cactus; ERPE = clay-loving wild buckwheat; PHSU = Debeque phacelia; CH = critical habitat. | | | | | | | | | | |

18

BLM_0001905

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

**Table B. Allotments Outside the Action Area but Inside the Potential Ranges for the Species**

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 08130 | Alkali Creek Common | CRVFO | Cattle | 93 | 45 | Sp | 141 | SCGL | 1.3 | 122.8 |
| 08130 | Alkali Creek Common | CRVFO | Cattle | 59 | 30 | Sp | 60 | SCGL | | |
| 08131 | Alkali Gulch | CRVFO | Sheep | 200 | 60 | Fall/Win | 80 | SCGL, PHSU | 1.3 | 120.5 |
| 08131 | Alkali Gulch | CRVFO | Sheep | 200 | 60 | Win/Sp | 80 | SCGL, PHSU | | |
| 18041 | Andgee | CRVFO | NA | 0 | 0 | NA | 0 | SCGL, PHSU | 0.2 | 674.8 |
| 08109 | Barr | CRVFO | Cattle | 4 | 31 | Sp/Sum | 4 | PHSU | 0.0 | 81.1 |
| 08124 | Battlement Creek Common | CRVFO | Cattle | 53 | 45 | Sp | 80 | SCGL, PHSU | 4.7 | 2,545.1 |
| 08124 | Battlement Creek Common | CRVFO | Cattle | 5 | 121 | Sp/Sum/Fall | 20 | SCGL, PHSU | | |
| 08124 | Battlement Creek Common | CRVFO | Cattle | 100 | 36 | Sp | 122 | SCGL, PHSU | | |
| 08113 | Beaver Creek | CRVFO | Cattle | 73 | 155 | Sp/Sum/Fall | 41 | PHSU | 979.9 | 466.9 |
| 08104 | Beaver Mamm | CRVFO | Cattle | 45 | 153 | Sp/Sum/Fall | 228 | SCGL, PHSU | 0.0 | 80.5 |
| 08104 | Beaver Mamm | CRVFO | Cattle | 79 | 153 | Sp/Sum/Fall | 400 | SCGL, PHSU | | |
| 18033 | Brosius Gulch | CRVFO | NA | 0 | 0 | NA | 0 | SCGL, PHSU | 2.8 | 1,253.1 |
| 08919 | Callahan Mountain Common | CRVFO | Sheep | 1000 | 10 | Fall | 72 | SCGL, PHSU | 214.8 | 1,630.5 |

1

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 08919 | Callahan Mountain Common | CRVFO | Cattle | 44 | 30 | Sp | 26 | SCGL, PHSU | | |
| 18030 | Castle | CRVFO | NA | 0 | 0 | NA | 0 | SCGL, PHSU | 14.8 | 1,307.7 |
| 08924 | Cottonwood Gulch | CRVFO | Cattle | 180 | 25 | Sp | 132 | SCGL, PHSU | 2,539.6 | 9,580.1 |
| 08115 | Couey 1 | CRVFO | Cattle | 2 | 30 | Sp | 2 | PHSU | 0.6 | 145.7 |
| 08115 | Couey 1 | CRVFO | Cattle | 2 | 30 | Fall | 2 | PHSU | | |
| 08118 | Couey 2 | CRVFO | Cattle | 87 | 121 | Sum/Fall | 17 | PHSU | 515.7 | 89.1 |
| 08916 | Crawford & Kerlee | CRVFO | Cattle | 20 | 45 | Sp | 8 | SCGL, PHSU | 4.7 | 770.0 |
| 08916 | Crawford & Kerlee | CRVFO | Cattle | 30 | 1 | Fall | 2 | SCGL, PHSU | | |
| 08905 | Doodlebug | CRVFO | Cattle | 53 | 30 | Sp | 54 | SCGL, PHSU | 0.3 | 947.1 |
| 08125 | Dry Creek Pete & Bill | CRVFO | Cattle | 21 | 30 | Fall | 21 | SCGL, PHSU | 13.8 | 7,259.0 |
| 08125 | Dry Creek Pete & Bill | CRVFO | Cattle | 118 | 45 | Sp | 178 | SCGL, PHSU | | |
| 08125 | Dry Creek Pete & Bill | CRVFO | Cattle | 118 | 30 | Fall | 120 | SCGL, PHSU | | |
| 08125 | Dry Creek Pete & Bill | CRVFO | Cattle | 36 | 45 | Sp | 54 | SCGL, PHSU | | |
| 08127 | Dry Hollow Res Gulch | CRVFO | Cattle | 195 | 14 | Sp | 96 | PHSU | 123.0 | 6,926.7 |
| 08127 | Dry Hollow Res Gulch | CRVFO | Cattle | 57 | 121 | Sp/Sum/Fall | 229 | PHSU | | |
| 08127 | Dry Hollow Res Gulch | CRVFO | Cattle | 73 | 14 | Sp | 36 | PHSU | | |
| 08127 | Dry Hollow Res Gulch | CRVFO | Cattle | 140 | 14 | Sp | 69 | PHSU | | |

2

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 08127 | Dry Hollow Res Gulch | CRVFO | Cattle | 315 | 14 | Sp | 140 | PHSU | | |
| 08127 | Dry Hollow Res Gulch | CRVFO | Cattle | 90 | 14 | Sp | 44 | PHSU | | |
| 08127 | Dry Hollow Res Gulch | CRVFO | Cattle | 285 | 14 | Sp | 141 | PHSU | | |
| 08127 | Dry Hollow Res Gulch | CRVFO | Cattle | 10 | 29 | Sp/Sum | 10 | PHSU | | |
| 08105 | East Divide Common | CRVFO | Cattle | 80 | 14 | Fall | 39 | PHSU | 11.8 | 1,2676.0 |
| 08105 | East Divide Common | CRVFO | Cattle | 80 | 29 | Sp/Sum | 79 | PHSU | | |
| 08105 | East Divide Common | CRVFO | Cattle | 235 | 14 | Fall | 116 | PHSU | | |
| 08105 | East Divide Common | CRVFO | Cattle | 369 | 14 | Fall | 182 | PHSU | | |
| 08105 | East Divide Common | CRVFO | Cattle | 369 | 29 | Sp/Sum | 364 | PHSU | | |
| 08105 | East Divide Common | CRVFO | Cattle | 236 | 29 | Sp/Sum | 233 | PHSU | | |
| 18910 | East Fork Common | CRVFO | Cattle | 95 | 121 | Sp/Sum/Fall | 381 | PHSU | 0.1 | 8,452.9 |
| 18910 | East Fork Common | CRVFO | Cattle | 112 | 121 | Sp/Sum/Fall | 449 | PHSU | 0.0 | 8,453.0 |
| 18910 | East Fork Common | CRVFO | Cattle | 44 | 121 | Sp/Sum/Fall | 176 | PHSU | | |
| 18910 | East Fork Common | CRVFO | Cattle | 112 | 121 | Sp/Sum/Fall | 449 | PHSU | | |
| 18910 | East Fork Common | CRVFO | Cattle | 173 | 121 | Sp/Sum/Fall | 694 | PHSU | | |
| 18910 | East Fork Common | CRVFO | Cattle | 86 | 121 | Sp/Sum/Fall | 345 | PHSU | | |
| 18910 | East Fork Common | CRVFO | Cattle | 12 | 121 | Sp/Sum/Fall | 48 | PHSU | | |
| 18032 | Elk Park Common | CRVFO | Cattle | 200 | 30 | Sp | 204 | SCGL, PHSU | 0.3 | 2,701.7 |

3

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 18039 | Government Creek Common | CRVFO | Sheep | 1500 | 13 | Sp | 138 | SCGL, PHSU | 1.9 | 7,562.9 |
| 18039 | Government Creek Common | CRVFO | Cattle | 218 | 30 | Sp | 222 | SCGL, PHSU | | |
| 08112 | Grass Mesa | CRVFO | Cattle | 32 | 46 | Sp/Sum | 49 | PHSU | 2,468.5 | 1,019.9 |
| 08112 | Grass Mesa | CRVFO | Cattle | 40 | 45 | Sum | 9 | PHSU | | |
| 18035 | Harvey Gap 2 | CRVFO | NA | 0 | 0 | NA | 0 | SCGL, PHSU | 0.1 | 2,126.5 |
| 18031 | Hill | CRVFO | NA | 0 | 0 | NA | 0 | SCGL, PHSU | 164.4 | 454.6 |
| 08123 | Hoaglund | CRVFO | Cattle | 10 | 60 | Sp/Sum | 17 | SCGL, PHSU | 100.6 | 300.9 |
| 18026 | Hogback Common | CRVFO | Cattle | 63 | 20 | Sp | 43 | PHSU | 0.1 | 1967.1 |
| 18026 | Hogback Common | CRVFO | Sheep | 550 | 36 | Fall/Win | 134 | PHSU | | |
| 18026 | Hogback Common | CRVFO | Sheep | 750 | 34 | Sp | 173 | PHSU | | |
| 18903 | Hubbard Mesa | CRVFO | Cattle | 60 | 30 | Sp | 61 | SCGL, PHSU | 2,223.7 | 6,892.5 |
| 18903 | Hubbard Mesa | CRVFO | Sheep | 1500 | 60 | Sp | 301 | SCGL, PHSU | | |
| 18903 | Hubbard Mesa | CRVFO | Cattle | 60 | 30 | Sp | 61 | PHSU | | |
| 18046 | Jackson Gulch | CRVFO | Cattle | 150 | 29 | Sp | 148 | PHSU | 0.0 | 1,832.1 |
| 18036 | Jewell | CRVFO | Cattle | 9 | 30 | Sp | 9 | SCGL, PHSU | 0.3 | 464.9 |
| 18908 | Jqs Common | CRVFO | Sheep | 1200 | 106 | Sp/Sum/Fall | 844 | SCGL, PHSU | 0.0 | 10,449.8 |
| 18908 | Jqs Common | CRVFO | Cattle | 159 | 106 | Sp/Sum/Fall | 559 | SCGL, PHSU | | |

4

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 18908 | Jqs Common | CRVFO | Cattle | 387 | 106 | Sp/Sum/Fall | 1361 | SCGL, PHSU | | |
| 18908 | Jqs Common | CRVFO | Cattle | 114 | 106 | Sp/Sum/Fall | 401 | SCGL, PHSU | | |
| 08101 | Kamm Mesa | CRVFO | Cattle | 1230 | 30 | Sp | 50 | SCGL, PHSU | 2,271.8 | 905.9 |
| 08921 | Kelly Gulch | CRVFO | Sheep | 580 | 31 | Fall | 72 | SCGL, PHSU | 350.2 | 1,678.6 |
| 08110 | Kinney Brothers | CRVFO | NA | 0 | 0 | NA | 0 | PHSU | 0.0 | 78.2 |
| 18017 | Lundgren/Hogback | CRVFO | Cattle | 205 | 17 | Fall/Win | 121 | PHSU | 0.0 | 953.8 |
| 18901 | Magpie Creek | CRVFO | Cattle | 60 | 123 | Sp/Sum/Fall | 56 | SCGL, PHSU | 727.4 | 2,081.9 |
| 08913 | Mahaffey Summer | CRVFO | Cattle | 400 | 101 | Sum/Fall | 510 | SCGL, PHSU | 5,072.8 | 1,908.7 |
| 08128 | Middle Mamm Common | CRVFO | Cattle | 112 | 27 | Sp/Sum | 103 | PHSU | 0.1 | 1,231.2 |
| 08128 | Middle Mamm Common | CRVFO | Cattle | 29 | 29 | Sp/Sum | 29 | PHSU | | |
| 08128 | Middle Mamm Common | CRVFO | Cattle | 28 | 29 | Sp/Sum | 28 | PHSU | | |
| 08103 | Oates | CRVFO | NA | 0 | 0 | NA | 0 | SCGL, PHSU | 6.9 | 1,156.1 |
| 08914 | Old Mountain | CRVFO | Cattle | 0 | 0 | NA | 0 | PHSU | 0.0 | 1,308.6 |
| 08117 | Pitman | CRVFO | Cattle | 50 | 45 | Sp | 60 | PHSU | 378.8 | 1,141.4 |
| 08117 | Pitman | CRVFO | Cattle | 22 | 137 | Sp/Sum/Fall | 80 | PHSU | | |

5

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 08126 | Pole Creek & Cottonwood | CRVFO | Cattle | 202 | 28 | Sp | 10 | PHSU | 683.7 | 959.3 |
| 08126 | Pole Creek & Cottonwood | CRVFO | Cattle | 202 | 17 | Sp | 90 | PHSU | | |
| 08126 | Pole Creek & Cottonwood | CRVFO | Cattle | 202 | 1 | Fall | 10 | PHSU | | |
| 08126 | Pole Creek & Cottonwood | CRVFO | Cattle | 202 | 13 | Fall | 5 | PHSU | | |
| 08119 | Porcupine Common | CRVFO | Cattle | 70 | 14 | Fall | 29 | PHSU | 292.7 | 1,925.6 |
| 08119 | Porcupine Common | CRVFO | Cattle | 195 | 30 | Sp | 167 | PHSU | | |
| 08119 | Porcupine Common | CRVFO | Cattle | 11 | 106 | Sp/Sum/Fall | 33 | PHSU | | |
| 08119 | Porcupine Common | CRVFO | Cattle | 49 | 44 | Sp | 72 | PHSU | | |
| 08119 | Porcupine Common | CRVFO | Cattle | 29 | 44 | Sp | 43 | PHSU | | |
| 18029 | Pretti/Roberts | CRVFO | Cattle | 150 | 30 | Sp | 153 | SCGL, PHSU | 30.1 | 1,807.8 |
| 18029 | Pretti-Roberts | CRVFO | Sheep | 800 | 45 | Win | 242 | SCGL, PHSU | | |
| 18907 | Rees | CRVFO | Cattle | 416 | 46 | Fall | 238 | SCGL, PHSU | 3446.6 | 3,195.9 |
| 18907 | Rees | CRVFO | Cattle | 416 | 31 | Sp | 162 | SCGL, PHSU | | |
| 08044 | Rifle Gap | CRVFO | NA | 0 | 0 | NA | 0 | SCGL, PHSU | 0.0 | 1,581.0 |
| 08920 | Riley Gulch Common | CRVFO | Cattle | 26 | 33 | Sp | 29 | SCGL, PHSU | 4.3 | 1,354.8 |

6

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 08920 | Riley Gulch Common | CRVFO | Cattle | 76 | 45 | Sp | 115 | SCGL, PHSU | | |
| 08106 | Scott | CRVFO | Cattle | 103 | 29 | Sp | 102 | PHSU | 0.0 | 949.2 |
| 18037 | Scutter Gulch | CRVFO | Sheep | 300 | 15 | Sp | 16 | SCGL, PHSU | 499.4 | 429.1 |
| 08912 | Sharrard Park | CRVFO | NA | 0 | 0 | NA | 0 | SCGL, PHSU | 4.8 | 2,419.0 |
| 08111 | Shideler | CRVFO | Cattle | 4 | 45 | Fall | 6 | PHSU | 0.0 | 158.1 |
| 08111 | Shideler | CRVFO | Cattle | 4 | 45 | Fall | 6 | PHSU | | |
| 08116 | Shideler Ind | CRVFO | Cattle | 4 | 30 | Sp | 4 | PHSU | 0.0 | 84.3 |
| 08116 | Shideler Ind | CRVFO | Cattle | 4 | 30 | Sp | 4 | PHSU | | |
| 08922 | Smith Gulch | CRVFO | Sheep | 970 | 20 | Win/Sp | 134 | SCGL | 3.3 | 2,371.9 |
| 08922 | Smith Gulch | CRVFO | Sheep | 970 | 15 | Win | 102 | SCGL | | |
| 08121 | Spruce Gulch Common | CRVFO | Cattle | 14 | 138 | Sp/Sum/Fall | 51 | SCGL, PHSU | 1,275.9 | 1,715.9 |
| 08121 | Spruce Gulch Common | CRVFO | Cattle | 196 | 45 | Sp/Sum | 113 | SCGL, PHSU | | |
| 08121 | Spruce Gulch Common | CRVFO | Cattle | 25 | 29 | Fall | 9 | SCGL, PHSU | | |
| 08917 | Starkey Gulch | CRVFO | Cattle | 42 | 30 | Sp | 5 | SCGL, PHSU | 203.4 | 440.7 |
| 08129 | Upper Wallace Common | CRVFO | Cattle | 22 | 61 | Sp | 45 | SCGL, PHSU | 3.9 | 2,182.8 |
| 08129 | Upper Wallace Common | CRVFO | Cattle | 121 | 14 | Sp | 60 | SCGL, PHSU | | |

7

BLM_0001912

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 08129 | Upper Wallace Common | CRVFO | Cattle | 22 | 47 | Sum/Fall | 35 | SCGL, PHSU | | |
| 08129 | Upper Wallace Common | CRVFO | Cattle | 121 | 4 | Fall | 20 | SCGL, PHSU | | |
| 18902 | Webster Park | CRVFO | Sheep | 1000 | 29 | Fall | 39 | SCGL, PHSU | 7,054.5 | 7,819.1 |
| 18902 | Webster Park | CRVFO | Sheep | 1000 | 71 | Sp | 95 | SCGL, PHSU | | |
| 08918 | Wheeler Gulch | CRVFO | Cattle | 4 | 45 | Sp | 6 | SCGL, PHSU | 3.3 | 547.1 |
| 08102 | Whitman | CRVFO | Cattle | 60 | 30 | Sp | 61 | SCGL, PHSU | 0.0 | 120.4 |
| 08038 | Wittwer | CRVFO | Cattle | 4 | 30 | Sp | 4 | SCGL, PHSU | 3.7 | 76.8 |
| 06126 | 28 Hole | GJFO | Cattle | 53 | 71 | Fall/Win | 125 | SCGL | 0.1 | 2,451.7 |
| 06126 | 28 Hole | GJFO | Cattle | 43 | 58 | Sp | 83 | SCGL | | |
| 06756 | 4-A Individual | GJFO | Cattle | 22 | 29 | Sum/Fall | 22 | SCGL, PHSU | 2.6 | 205.9 |
| 06755 | 4-A Place | GJFO | Cattle | 12 | 29 | Sum/Fall | 12 | SCGL, PHSU | 197.5 | 90.7 |
| 16825 | B. Hawkins | GJFO | Cattle | 5 | 27 | Win | 5 | PHSU | 273.8 | 87.4 |
| 16825 | B. Hawkins | GJFO | Cattle | 30 | 29 | Sp | 30 | PHSU | | |
| 16825 | B. Hawkins | GJFO | Cattle | 5 | 60 | Sp | 10 | PHSU | | |
| 06731 | Baker Canyon | GJFO | Cattle | 5 | 29 | Sp | 5 | SCGL, PHSU | 23.2 | 171.3 |
| 06731 | Baker Canyon | GJFO | Cattle | 5 | 30 | Fall | 5 | SCGL, PHSU | | |
| 16802 | Bald Hill Common | GJFO | Cattle | 100 | 18 | Sp/Sum | 62 | PHSU | 15.4 | 780.9 |

8

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06167 | Battleship | GJFO | Cattle | 21 | 37 | Fall | 26 | SCGL | 2,572.4 | 1,473.3 |
| 06167 | Battleship | GJFO | Cattle | 23 | 31 | Sp | 24 | SCGL | | |
| 16807 | Beehive | GJFO | Cattle | 181 | 45 | Sp/Sum | 274 | PHSU | 399.8 | 4,491.3 |
| 16807 | Beehive | GJFO | Cattle | 185 | 7 | Fall | 49 | PHSU | | |
| 16807 | Beehive | GJFO | Cattle | 100 | 45 | Sp/Sum | 151 | PHSU | | |
| 16807 | Beehive | GJFO | Cattle | 100 | 7 | Fall | 26 | PHSU | | |
| 06816 | Bevan | GJFO | Cattle | 6 | 92 | Sp/Sum | 18 | SCGL | 1,006.6 | 196.3 |
| 06816 | Bevan | GJFO | Cattle | 6 | 92 | Sp/Sum | 18 | SCGL | | |
| 06138 | Black Ridge | GJFO | Cattle | 100 | 74 | Fall/Win | 178 | SCGL | 317.9 | 5,165.5 |
| 06138 | Black Ridge | GJFO | Cattle | 170 | 49 | Sp | 201 | SCGL | | |
| 06138 | Black Ridge | GJFO | Cattle | 73 | 45 | Win/Sp | 79 | SCGL | | |
| 06703 | Brink Pedigo Gulch | GJFO | Cattle | 295 | 60 | Sp/Sum | 71 | PHSU | 2,632.5 | 5,620.7 |
| 06703 | Brink Pedigo Gulch | GJFO | Cattle | 246 | 34 | Fall/Win | 34 | PHSU | | |
| 06708 | Brush Creek | GJFO | Cattle | 10 | 30 | Sp | 10 | SCGL | 3,241.8 | 855.8 |
| 06708 | Brush Creek | GJFO | Cattle | 10 | 30 | Sp | 10 | SCGL | | |
| 06706 | Burdick East Of Ranch | GJFO | Cattle | 90 | 29 | Fall | 89 | PHSU | 124.8 | 1,284.0 |
| 06153 | Burford Ind | GJFO | Cattle | 35 | 24 | Sum | 29 | SCGL | 838.7 | 492.8 |
| 06141 | Burke | GJFO | Cattle | 16 | 89 | Fall/Win | 47 | SCGL | 10.5 | 3,234.5 |

9

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06141 | Burke | GJFO | Cattle | 16 | 100 | Win/Sp | 53 | SCGL | | |
| 06709 | Carr Creek | GJFO | Cattle | 100 | 74 | Fall | 145 | PHSU | 734.5 | 613.7 |
| 06845 | Chalk Mountain | GJFO | Cattle | 13 | 164 | Sp/Sum/Fall | 71 | PHSU | 5.5 | 1,588.1 |
| 06855 | Charlesworth Iso Tr | GJFO | Cattle | 2 | 105 | Sp/Sum | 7 | PHSU | 2.8 | 117.1 |
| 16817 | Clifton | GJFO | Sheep | 65 | 29 | Sp | 26 | SCGL | 1,234.4 | 556.6 |
| 16817 | Clifton | GJFO | Sheep | 65 | 30 | Win | 26 | SCGL | | |
| 16817 | Clifton | GJFO | Sheep | 65 | 29 | Sp | 26 | SCGL | | |
| 16817 | Clifton | GJFO | Sheep | 65 | 30 | Win | 26 | SCGL | | |
| 16502 | Coal Gulch | GJFO | Cattle | 75 | 122 | Sp/Sum/Fall | 303 | SCGL | 160.6 | 23,688.3 |
| 16130 | Colorado Ridge | GJFO | Cattle | 109 | 75 | Win/Sp | 256 | SCGL | 44.2 | 12,010.9 |
| 16130 | Colorado Ridge | GJFO | Cattle | 125 | 75 | Fall/Win | 294 | SCGL | | |
| 16130 | Colorado Ridge | GJFO | Cattle | 75 | 45 | Win/Sp | 107 | SCGL | | |
| 06710 | Conn Creek/McCurdy | GJFO | Cattle | 148 | 29 | Sp | 136 | PHSU | 17.9 | 1,961.4 |
| 16804 | Coon Creek | GJFO | Cattle | 20 | 24 | Sp | 15 | PHSU | 318.6 | 58.1 |
| 06704 | Corcoran Wash | GJFO | Cattle | 400 | 45 | Sp | 490 | SCGL, PHSU | 1,351.3 | 9,972.4 |
| 06704 | Corcoran Wash | GJFO | Cattle | 400 | 76 | Fall/Win | 820 | SCGL, PHSU | | |
| 06751 | Cow Mountain | GJFO | Cattle | 248 | 106 | Sp/Sum/Fall | 689 | SCGL, PHSU | 526.7 | 1,991.8 |
| 16604 | Crow Bottom | GJFO | Cattle | 56 | 104 | Win/Sp | 193 | SCGL | 169.0 | 3,504.3 |

10

BLM_0001915

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 16818 | Davis | GJFO | Cattle | 44 | 14 | Sp | 18 | PHSU | 209.1 | 483.2 |
| 16818 | Davis | GJFO | Cattle | 42 | 14 | Fall | 17 | PHSU | | |
| 06715 | Dry Fork | GJFO | Cattle | 100 | 45 | Win/Sp | 57 | PHSU | 0.0 | 14,158.0 |
| 06715 | Dry Fork | GJFO | Cattle | 200 | 60 | Sp | 152 | PHSU | | |
| 06715 | Dry Fork | GJFO | Cattle | 124 | 106 | Sp/Sum/Fall | 166 | PHSU | | |
| 06715 | Dry Fork | GJFO | Cattle | 100 | 150 | Fall/Win | 189 | PHSU | | |
| 16834 | Dry Kimball | GJFO | Cattle | 56 | 20 | Sp | 11 | SCGL | 210.5 | 829.7 |
| 16834 | Dry Kimball | GJFO | Cattle | 56 | 20 | Sp | 11 | SCGL | | |
| 02777 | Duval Bottom | GJFO | Cattle | 5 | 136 | Fall/Win | 23 | SCGL | 968.3 | 1,172.6 |
| 02777 | Duvall Bottom | GJFO | Cattle | 3 | 66 | Sp | 7 | SCGL | | |
| 06716 | East End Cow Mountain | GJFO | Cattle | 51 | 59 | Sp/Sum | 101 | PHSU | 31.7 | 385.5 |
| 06717 | Eby Gulch | GJFO | Cattle | 27 | 10 | Sp | 10 | SCGL, PHSU | 177.3 | 1,545.6 |
| 06717 | Eby Gulch | GJFO | Cattle | 22 | 29 | Fall/Win | 22 | SCGL, PHSU | | |
| 06719 | Eby Point | GJFO | Cattle | 16 | 120 | Sp/Sum/Fall | 64 | SCGL | 8.1 | 638.6 |
| 06719 | Eby Point | GJFO | Cattle | 16 | 120 | Sp/Sum/Fall | 64 | SCGL | | |
| 06819 | Ervin | GJFO | Cattle | 5 | 183 | Sp/Sum/Fall | 6 | PHSU | 4.7 | 23.8 |
| 06720 | Etcheverry | GJFO | Cattle | 25 | 19 | Sp | 25 | SCGL | 1,979.9 | 571.6 |

11

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06720 | Etcheverry | GJFO | Cattle | 25 | 29 | Fall | 50 | SCGL | | |
| 06720 | Etcheverry | GJFO | Cattle | 25 | 19 | Sp | 25 | SCGL | | |
| 06720 | Etcheverry | GJFO | Cattle | 25 | 29 | Fall | 50 | SCGL | | |
| 16821 | Fetters | GJFO | Cattle | 2 | 182 | Sp/Sum/Fall | 12 | PHSU | 307.0 | 43.8 |
| 06820 | Gapter | GJFO | Cattle | 40 | 45 | Sp | 42 | PHSU | 47.4 | 576.2 |
| 06820 | Gapter | GJFO | Cattle | 40 | 45 | Fall | 42 | PHSU | | |
| 16823 | Halfway House | GJFO | Cattle | 53 | 30 | Sp | 54 | PHSU | 253.5 | 963.5 |
| 16805 | Hawxhurst Common | GJFO | Cattle | 59 | 45 | Sp/Sum | 89 | SCGL | 1,594.7 | 3,818.2 |
| 16805 | Hawxhurst Common | GJFO | Cattle | 36 | 45 | Sp/Sum | 54 | SCGL | | |
| 16805 | Hawxhurst Common | GJFO | Cattle | 249 | 19 | Sp | 164 | SCGL | | |
| 16837 | Heely | GJFO | Cattle | 5 | 41 | Sp | 6 | PHSU | 122.9 | 2,362.3 |
| 16828 | Hight | GJFO | Cattle | 2 | 59 | Sp/Sum | 4 | SCGL | 0.2 | 39.0 |
| 16828 | Hight | GJFO | Cattle | 2 | 59 | Sp/Sum | 4 | SCGL | | |
| 06841 | Hittle Place Ind | GJFO | Cattle | 15 | 152 | Sp/Sum/Fall | 75 | SCGL | 19.0 | 433.4 |
| 06147 | Holloway | GJFO | Sheep | 53 | 44 | Sp | 8 | SCGL | 158.3 | 424.7 |
| 06147 | Holloway | GJFO | Sheep | 8 | 44 | Sp | 6 | SCGL | | |
| 06740 | Homestead | GJFO | Cattle | 173 | 52 | Sp/Sum | 211 | PHSU | 734.5 | 4,563.3 |
| 06726 | Horse Mountain | GJFO | Cattle | 25 | 121 | Sp/Sum/Fall | 100 | SCGL, PHSU | 337.0 | 555.7 |

12

BLM_0001917

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06727 | I.A.E.Of Ranch | GJFO | Cattle | 96 | 44 | Fall | 142 | SCGL, PHSU | 522.3 | 2,536.6 |
| 06727 | I.A.E.Of Ranch | GJFO | Cattle | 64 | 29 | Sp | 63 | SCGL, PHSU | | |
| 06169 | Kelly Ind | GJFO | Cattle | 12 | 32 | Sum | 13 | SCGL | 2.1 | 225.8 |
| 06724 | Kimball Creek | GJFO | Cattle | 50 | 29 | Fall | 49 | PHSU | 9,394.9 | 13,875.5 |
| 06724 | Kimball Creek | GJFO | Cattle | 48 | 90 | Win/Sp | 144 | PHSU | | |
| 06728 | Kimball Foothill Common | GJFO | Cattle | 18 | 30 | Sp | 18 | SCGL, PHSU | 275.5 | 433.2 |
| 06728 | Kimball Foothill Common | GJFO | Cattle | 31 | 29 | Sp | 31 | SCGL, PHSU | | |
| 06729 | Kimball Mountain | GJFO | Cattle | 40 | 152 | Sp/Sum/Fall | 201 | SCGL, PHSU | 8,157.2 | 695.2 |
| 16118 | King-Rogers | GJFO | Cattle | 27 | 136 | Sp/Sum/Fall | 122 | SCGL | 14,354.4 | 894.9 |
| 16833 | Kinney | GJFO | Cattle | 249 | 2 | Fall | 25 | SCGL, PHSU | 15.6 | 1,443.3 |
| 16833 | Kinney | GJFO | Cattle | 150 | 4 | Sum | 25 | SCGL, PHSU | | |
| 16833 | Kinney | GJFO | Cattle | 150 | 4 | Sum | 25 | SCGL, PHSU | | |
| 06136 | Knowles | GJFO | Cattle | 67 | 58 | Win | 130 | SCGL | 0.0 | 6,001.7 |
| 06136 | Knowles | GJFO | Cattle | 50 | 60 | Sp | 100 | SCGL | | |
| 06158 | Ladder Canyon | GJFO | Cattle | 91 | 89 | Win/Sp | 137 | SCGL | 1,772.6 | 3,387.7 |
| 16120 | Landini | GJFO | Cattle | 100 | 48 | Win/Sp | 161 | SCGL | 22.1 | 2,172.1 |
| 16131 | Leslie-Bays | GJFO | Cattle | 28 | 62 | Fall/Win | 58 | SCGL | 5,150.8 | 1,550.3 |

13

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 16131 | Leslie-Bays | GJFO | Cattle | 40 | 14 | Sp | 20 | SCGL | | |
| 06135 | Little Dolores Bench | GJFO | Cattle | 61 | 18 | Win | 38 | SCGL | 2.8 | 2,217.8 |
| 06135 | Little Dolores Bench | GJFO | Cattle | 60 | 29 | Sp | 59 | SCGL | | |
| 06135 | Little Dolores Bench | GJFO | Cattle | 61 | 75 | Fall/Win | 152 | SCGL | | |
| 06134 | Little Dolores River | GJFO | Cattle | 17 | 153 | Sp/Sum/Fall | 86 | SCGL | | |
| 16835 | Lloyd | GJFO | Cattle | 21 | 162 | Sp/Sum/Fall | 113 | PHSU | 3,019.1 | 1,878.8 |
| 06732 | Logan End Common | GJFO | Cattle | 17 | 152 | Sp/Sum/Fall | 86 | PHSU | 2,931.9 | 1,651.5 |
| 06734 | Logan Wash | GJFO | Cattle | 22 | 56 | Sp | 21 | PHSU | 466.1 | 1,560.0 |
| 06738 | Lower 4-A | GJFO | Cattle | 85 | 131 | Sp/Sum/Fall | 369 | PHSU | 1,190.5 | 1,855.4 |
| 16125 | Lower Bench | GJFO | Cattle | 183 | 66 | Win | 403 | SCGL | 0.0 | 16,730.4 |
| 16125 | Lower Bench | GJFO | Cattle | 257 | 89 | Fall/Win | 760 | SCGL | | |
| 16125 | Lower Bench | GJFO | Cattle | 50 | 80 | Win/Sp | 133 | SCGL | | |
| 16125 | Lower Bench | GJFO | Cattle | 183 | 16 | Win | 102 | SCGL | | |
| 06736 | Lower Carr Creek Common | GJFO | Cattle | 15 | 30 | Sp | 15 | PHSU | 1,003.6 | 303.4 |
| 06736 | Lower Carr Creek Common | GJFO | Cattle | 15 | 30 | Fall | 15 | PHSU | | |
| 06844 | Lower Rapid-Cottonwood | GJFO | Cattle | 108 | 29 | Sp | 107 | PHSU | 29.8 | 4,097.4 |

14

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06844 | Lower Rapid-Cottonwood | GJFO | Cattle | 40 | 45 | Fall | 60 | PHSU | | |
| 06737 | Lower Roan Creek Common | GJFO | Cattle | 144 | 14 | Sp | 71 | PHSU | 1,283.6 | 2,709.2 |
| 06737 | Lower Roan Creek Common | GJFO | Cattle | 144 | 6 | Fall | 33 | PHSU | | |
| 06737 | Lower Roan Creek Common | GJFO | Cattle | 59 | 21 | Sp | 43 | PHSU | | |
| 06737 | Lower Roan Creek Common | GJFO | Cattle | 28 | 14 | Fall | 14 | PHSU | | |
| 16610 | Maluy | GJFO | Cattle | 65 | 77 | Win | 137 | SCGL | 0.3 | 2,144.5 |
| 06746 | Mckay Fork | GJFO | Cattle | 358 | 109 | Sp/Sum/Fall | 984 | SCGL | 2,341.7 | 10,505.3 |
| 06840 | Milholland | GJFO | Cattle | 90 | 45 | Sp | 27 | PHSU | 462.8 | 272.4 |
| 06853 | Molina Place | GJFO | Cattle | 15 | 60 | Sp | 30 | PHSU | 151.1 | 93.2 |
| 06140 | Moore | GJFO | Horse | 10 | 118 | Sp/Sum/Fall | 39 | SCGL | 13.9 | 335.6 |
| 06857 | Mormon Mesa | GJFO | Cattle | 24 | 16 | Sp | 13 | PHSU | 1.7 | 196.6 |
| 06857 | Mormon Mesa | GJFO | Cattle | 110 | 4 | Sp | 18 | PHSU | | |
| 06154 | Mountain Island | GJFO | Cattle | 7 | 60 | Win/Sp | 14 | SCGL | 152.1 | 34,413.1 |
| 06154 | Mountain Island | GJFO | Cattle | 100 | 17 | Sp | 24 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 8 | 364 | All season | 19 | SCGL | | |

15

BLM_0001920

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06154 | Mountain Island | GJFO | Cattle | 7 | 147 | Fall/Win | 34 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 150 | 29 | Sp/Sum | 59 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 22 | 44 | Sp/Sum | 25 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 15 | 106 | Sum/Fall | 21 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 309 | 30 | Sp | 315 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 131 | 7 | Fall | 27 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 120 | 30 | Fall | 49 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 250 | 30 | Fall | 255 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 8 | 364 | All season | 96 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 140 | 60 | Fall | 28 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 273 | 29 | Sp/Sum | 269 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 32 | 76 | Sum/Fall | 81 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 273 | 29 | Sp/Sum | 269 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 263 | 44 | Sp/Sum | 74 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 237 | 27 | Sp | 63 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 463 | 14 | Sum | 43 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 103 | 63 | Fall/Win | 63 | SCGL | | |
| 06154 | Mountain Island | GJFO | Cattle | 453 | 7 | Fall | 23 | SCGL | | |

16

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06154 | Mountain Island | GJFO | Cattle | 257 | 90 | Win/Sp | 761 | SCGL | | |
| 06742 | Paddock | GJFO | Cattle | 60 | 125 | Sp/Sum/Fall | 124 | SCGL, PHSU | 721.3 | 1,722.7 |
| 06743 | Parkes Place | GJFO | Cattle | 10 | 30 | Sp | 11 | SCGL | 10.1 | 69.3 |
| 06743 | Parkes Place | GJFO | Cattle | 10 | 15 | Fall | 16 | SCGL | | |
| 06743 | Parkes Place | GJFO | Cattle | 10 | 30 | Sp | 11 | SCGL | | |
| 06743 | Parkes Place | GJFO | Cattle | 10 | 15 | Fall | 16 | SCGL | | |
| 16132 | Payne Wash | GJFO | Cattle | 54 | 19 | Fall | 18 | SCGL | 1,494.3 | 2,407.6 |
| 16132 | Payne Wash | GJFO | Cattle | 50 | 9 | Sp/Sum | 8 | SCGL | | |
| 16810 | Plateau Creek | GJFO | | 0 | 0 | NA | 0 | PHSU | 39.2 | 116.5 |
| 06143 | Radio Tower | GJFO | Cattle | 125 | 61 | Sp | 255 | SCGL | 0.0 | 2,193.8 |
| 06143 | Radio Tower | GJFO | Cattle | 75 | 58 | Fall/Win | 145 | SCGL | | |
| 06168 | Rattlesnake | GJFO | Cattle | 9 | 21 | Win/Sp | 6 | SCGL | 61.7 | 688.9 |
| 06168 | Rattlesnake | GJFO | Cattle | 9 | 119 | Fall/Win | 30 | SCGL | | |
| 16813 | Red Mountain | GJFO | Cattle | 2 | 183 | Sp/Sum/Fall | 23 | PHSU | 201.7 | 427.7 |
| 06745 | Red Rock | GJFO | Cattle | 226 | 61 | Sp/Sum | 461 | PHSU | 0.0 | 12420.7 |
| 06745 | Red Rock | GJFO | Cattle | 185 | 60 | Fall | 371 | PHSU | | |
| 06133 | Reservation | GJFO | Cattle | 40 | 29 | Sp | 35 | SCGL | 144.2 | 3,271.8 |
| 06133 | Reservation | GJFO | Cattle | 60 | 66 | Fall/Win | 118 | SCGL | | |

17

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06846 | Robbins | GJFO | Cattle | 60 | 31 | Sp | 63 | SCGL, PHSU | 177.5 | 542.4 |
| 16110 | Sieber Canyon | GJFO | Cattle | 7 | 60 | Sp | 7 | SCGL | 580.0 | 1,620.6 |
| 16110 | Sieber Canyon | GJFO | Cattle | 7 | 147 | Fall/Win | 48 | SCGL | | |
| 06128 | Skinner | GJFO | Cattle | 120 | 12 | Fall | 19 | SCGL | 2,201.8 | 1,498.3 |
| 06128 | Skinner | GJFO | Cattle | 120 | 59 | Sp/Sum | 88 | SCGL | | |
| 06128 | Skinner | GJFO | Cattle | 120 | 12 | Fall | 19 | SCGL | | |
| 06128 | Skinner | GJFO | Cattle | 120 | 59 | Sp/Sum | 88 | SCGL | | |
| 16609 | Spann | GJFO | Cattle | 1 | 244 | Win/Sp/Sum/Fall | 8 | SCGL | 0.0 | 270.6 |
| 06749 | Stoner-Walker | GJFO | Cattle | 249 | 51 | Fall | 115 | SCGL, PHSU | 1979.7 | 5,763.1 |
| 06749 | Stoner-Walker | GJFO | Cattle | 249 | 40 | Sp | 91 | SCGL, PHSU | | |
| 06747 | Tater Hills | GJFO | Cattle | 177 | 30 | Sp | 180 | SCGL, PHSU | 376.1 | 1,653.8 |
| 16123 | Upper Bench | GJFO | Cattle | 70 | 40 | Sp | 94 | SCGL | 153.6 | 5,948.0 |
| 16123 | Upper Bench | GJFO | Cattle | 86 | 81 | Fall/Win | 232 | SCGL | | |
| 16815 | Webb Iso Tr | GJFO | Cattle | 3 | 167 | Sp/Sum/Fall | 17 | PHSU | 1.2 | 204.6 |
| 06750 | Webber | GJFO | Cattle | 6 | 29 | Sp | 6 | SCGL | 33.1 | 171.1 |
| 06750 | Webber | GJFO | Cattle | 6 | 29 | Fall | 12 | SCGL | | |
| 06750 | Webber | GJFO | Cattle | 6 | 29 | Sp | 6 | SCGL | | |
| 06750 | Webber | GJFO | Cattle | 6 | 29 | Fall | 12 | SCGL | | |

18

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 06752 | West Logan Wash | GJFO | Cattle | 140 | 5 | Sp | 28 | PHSU | 39.8 | 426.9 |
| 16603 | West Salt Common | GJFO | Cattle | 52 | 123 | Sum/Fall | 159 | SCGL | 449.4 | 94,587.4 |
| 16603 | West Salt Common | GJFO | Cattle | 1016 | 183 | Win/Sp/Sum | 5040 | SCGL | | |
| 16603 | West Salt Common | GJFO | Cattle | 1003 | 180 | Sum/Fall/Win | 4894 | SCGL | | |
| 16808 | White Mountain | GJFO | Cattle | 163 | 59 | Sp/Sum | 322 | PHSU | 168.9 | 3,110.7 |
| 16808 | White Mountain | GJFO | Cattle | 40 | 60 | Sp | 80 | PHSU | | |
| 16808 | White Mountain | GJFO | Cattle | 40 | 60 | Sp | 80 | PHSU | | |
| 16203 | Whitewater Common | GJFO | Cattle | 144 | 61 | Sp | 235 | SCGL | 10,192.7 | 22,728.5 |
| 16203 | Whitewater Common | GJFO | Cattle | 88 | 30 | Sp | 83 | SCGL | | |
| 16203 | Whitewater Common | GJFO | Cattle | 6 | 55 | Sp | 10 | SCGL | | |
| 16203 | Whitewater Common | GJFO | Cattle | 64 | 51 | Fall/Win | 102 | SCGL | | |
| 16203 | Whitewater Common | GJFO | Cattle | 6 | 91 | Sum/Fall | 17 | SCGL | | |
| 16203 | Whitewater Common | GJFO | Cattle | 129 | 71 | Fall | 244 | SCGL | | |
| 16809 | Wild Country | GJFO | Cattle | 175 | 61 | Sp | 357 | PHSU | 3,233.7 | 9,226.0 |
| 16809 | Wild Country | GJFO | Cattle | 108 | 36 | Sp | 131 | PHSU | | |
| 16809 | Wild Country | GJFO | Cattle | 61 | 45 | Sp | 40 | PHSU | | |
| 16809 | Wild Country | GJFO | Cattle | 49 | 61 | Sp | 100 | PHSU | | |
| 16809 | Wild Country | GJFO | Cattle | 67 | 61 | Sp | 137 | PHSU | | |

19

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 16809 | Wild Country | GJFO | Cattle | 61 | 45 | Sp | 40 | PHSU | | |
| 16809 | Wild Country | GJFO | Cattle | 91 | 61 | Sp | 135 | PHSU | | |
| 06799 | Wildhorse | GJFO | Na | 0 | 0 | NA | 0 | PHSU | 900.4 | 35,155.2 |
| 26304 | Woodring | GJFO | Cattle | 70 | 31 | Fall | 37 | SCGL | 996.0 | 1,110.1 |
| 26304 | Woodring | GJFO | Cattle | 86 | 27 | Sp | 40 | SCGL | | |
| 14008 | 25 Mesa - North | UFO | Cattle | 66 | 13 | Sp | 30 | ERPE | 493.2 | 11,407.0 |
| 14008 | 25 Mesa - North | UFO | Cattle | 166 | 5 | Sp | 33 | ERPE | | |
| 14008 | 25 Mesa - North | UFO | Cattle | 266 | 8 | Sp | 79 | ERPE | | |
| 14008 | 25 Mesa - North | UFO | Cattle | 215 | 70 | Fall/Win | 502 | ERPE | | |
| 05030 | Adobe South | UFO | Cattle | 74 | 35 | Sp | 50 | SCGL | 1,622.2 | 3,434.1 |
| 05030 | Adobe South | UFO | Cattle | 75 | 31 | Fall | 45 | SCGL | | |
| 14017 | Alkali Flats | UFO | Sheep | 1920 | 89 | Fall/Win | 1136 | ERPE | 70.1 | 12,357.5 |
| 14017 | Alkali Flats | UFO | Sheep | 1912 | 19 | Sp | 251 | ERPE | | |
| 14020 | Antelope | UFO | Sheep | 168 | 60 | Sp | 67 | ERPE | 168.6 | 2,606.1 |
| 14551 | Aspen Ditch | UFO | Sheep | 1450 | 5 | Fall | 57 | SCGL, ERPE | 0.8 | 399.3 |
| 05522 | Beaver Hill | UFO | Sheep | 460 | 150 | Fall/Win | 457 | SCGL | 0.0 | 6,014.0 |
| 05522 | Beaver Hill | UFO | Sheep | 465 | 38 | Sp | 119 | SCGL | | |
| 14013 | Ben Lowe | UFO | Cattle | 100 | 10 | Sp | 36 | SCGL | 2.1 | 5,494.2 |

20

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14013 | Ben Lowe | UFO | Cattle | 280 | 15 | Fall | 147 | SCGL | | |
| 14013 | Ben Lowe | UFO | Cattle | 198 | 2 | Sp | 20 | SCGL | | |
| 14013 | Ben Lowe | UFO | Cattle | 121 | 37 | Fall | 151 | SCGL | | |
| 14013 | Ben Lowe | UFO | Cattle | 57 | 29 | Fall | 56 | SCGL | | |
| 05036 | Big Gulch-40 | UFO | Sheep | 20 | 46 | Sp | 6 | ERPE | 0.0 | 37.2 |
| 05045 | Black Bullet | UFO | Cattle | 50 | 49 | Fall | 2 | SCGL | 404.5 | 94.6 |
| 05045 | Black Bullet | UFO | Cattle | 50 | 29 | Sp | 1 | SCGL | | |
| 05031 | Black Canyon Jones D | UFO | Cattle | 43 | 16 | Sp | 24 | SCGL, ERPE | 1,138.0 | 1,707.2 |
| 05031 | Black Canyon/Jones D | UFO | Cattle | 5 | 31 | Sum | 5 | SCGL, ERPE | | |
| 05031 | Black Canyon/Jones D | UFO | Cattle | 42 | 46 | Sum/Fall | 65 | SCGL, ERPE | | |
| 05032 | Bostwick Park | UFO | Cattle | 5 | 25 | Sum/Fall | 4 | SCGL | 1,127.7 | 2,81.0 |
| 05008 | Brush Point | UFO | Sheep | 1450 | 33 | Sp | 324 | SCGL | 770.0 | 17,844.5 |
| 05008 | Brush Point | UFO | Sheep | 1466 | 85 | Fall/Win | 829 | SCGL | | |
| 03278 | Cactus Park - Club Gulch | UFO | Sheep | 1350 | 19 | Win | 178 | ERPE | 0.0 | 8,407.2 |
| 03278 | Cactus Park - Club Gulch | UFO | Sheep | 1397 | 89 | Fall/Win | 827 | ERPE | | |
| 05570 | Cedar | UFO | Cattle | 88 | 162 | Sp/Sum/Fall | 226 | SCGL, ERPE | 766.6 | 1,530.2 |
| 05535 | Cedar Creek | UFO | Cattle | 100 | 12 | Sp | 6 | SCGL, ERPE | 642.6 | 197.9 |

21

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 05509 | Coal Creek | UFO | Cattle | 21 | 59 | Sp | 41 | SCGL | 203.3 | 303.4 |
| 14517 | Coal Gulch | UFO | Sheep | 682 | 169 | Sp/Sum/Fall | 587 | SCGL | 26.2 | 6,778.9 |
| 05018 | Crawford Reservoir | UFO | Cattle | 4 | 180 | Sp/Sum/Fall | 24 | SCGL | 0.1 | 284.4 |
| 05506 | Cushman | UFO | Sheep | 1217 | 90 | Fall/Win | 728 | SCGL | 52.9 | 6,651.0 |
| 05052 | Cut Off | UFO | Cattle | 20 | 182 | Sp/Sum/Fall | 1 | SCGL, ERPE | 129.5 | 29.5 |
| 05518 | Dave Wood Road | UFO | Sheep | 355 | 30 | Sp | 72 | SCGL | 4.3 | 2,634.5 |
| 05518 | Dave Wood Road | UFO | Sheep | 180 | 60 | Fall/Win | 72 | SCGL | | |
| 05002 | Dedication Site | UFO | Cattle | 22 | 60 | Sp | 44 | ERPE | 47.0 | 669.3 |
| 14019 | Deer Basin/Midway | UFO | Sheep | 1567 | 90 | Win | 900 | ERPE | 113.6 | 7,993.8 |
| 03277 | Delta Pipeline | UFO | Sheep | 784 | 89 | Fall/Win | 464 | ERPE | 4.3 | 6,023.2 |
| 03277 | Delta Pipeline | UFO | Sheep | 750 | 19 | Win | 99 | ERPE | | |
| 05537 | Dry Cedar | UFO | Sheep | 438 | 124 | Fall/Win | 360 | SCGL | 22.2 | 4,765.3 |
| 05513 | Dry Creek Basin | UFO | Cattle or Sheep | portion of 1925 | 46 | Spr | 385 | SCGL | 0.0 | 6,172.2 |
| 05513 | Dry Creek Basin | UFO | Cattle or Sheep | portion of 1925 | 91 | Fall/Win | -- | SCGL | | |
| 05525 | Dry Creek Place | UFO | Cattle | 143 | 170 | Fall/Win/Sp | 16 | SCGL | 0.0 | 131.8 |
| 05525 | Dry Creek Place | UFO | Horse | 4 | 80 | Win/Sp | 1 | SCGL | | |
| 05540 | Dry Gulch | UFO | Cattle | 253 | 29 | Sp | 250 | SCGL, ERPE | 500.3 | 5,503.5 |

22

BLM_0001927

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 05540 | Dry Gulch | UFO | Cattle | 238 | 31 | Fall | 250 | SCGL, ERPE | | |
| 05501 | Flatiron | UFO | Cattle | 195 | 51 | Fall/Win | 333 | SCGL | 6.5 | 2,699.7 |
| 05512 | Franklin Mesa | UFO | Cattle or Sheep | portion of 1575 | 46 | Sp/Sum | 315 | SCGL | 0.1 | 2,843.8 |
| 05512 | Franklin Mesa | UFO | Cattle or Sheep | portion of 1575 | 92 | Fall/Win | -- | SCGL | | |
| 05503 | Green | UFO | Cattle | 7 | 92 | Fall/Win | 21 | SCGL | 298.5 | 753.7 |
| 05503 | Green | UFO | Cattle | 9 | 60 | Sp/Sum | 18 | SCGL | | |
| 05017 | Green Mountain | UFO | Cattle | 314 | 45 | Sp/Sum | 475 | SCGL | 44.0 | 21,629.3 |
| 05017 | Green Mountain | UFO | Cattle | 385 | 46 | Sp/Sum | 595 | SCGL | | |
| 05017 | Green Mountain | UFO | Sheep | 1393 | 63 | Sum/Fall | 586 | SCGL | | |
| 05569 | Hairpin | UFO | Cattle | 13 | 55 | Sum | 18 | SCGL | 4.8 | 837.3 |
| 05521 | Highway 90 | UFO | Sheep | 675 | 20 | Win | 90 | SCGL | 201.7 | 6,002.5 |
| 05521 | Highway 90 | UFO | Sheep | 700 | 49 | Sp | 223 | SCGL | | |
| 14516 | Hubbard Creek | UFO | Sheep | 37 | 183 | Sp/Sum/Fall | 45 | SCGL | 200.9 | 1,715.6 |
| 14014 | Joker | UFO | Cattle | 200 | 52 | Sp | 14 | SCGL | 945.6 | 850.1 |
| 14014 | Joker | UFO | Cattle | 50 | 155 | Sp/Sum/Fall | 10 | SCGL | | |
| 14014 | Joker | UFO | Cattle | 200 | 81 | Fall/Win | 22 | SCGL | | |
| 14527 | Jumbo Mountain | UFO | Cattle | 30 | 121 | Sp/Sum | 120 | SCGL | 962.3 | 4,942.2 |

23

BLM_0001928

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14011 | Lee Bench | UFO | Cattle | 20 | 60 | Fall/Win | 40 | SCGL | 321.4 | 586.8 |
| 05520 | Lower Horsefly Combined | UFO | Sheep | 105 | 124 | Fall/Win | 86 | SCGL, ERPE | 157.7 | 18,143.4 |
| 05520 | Lower Horsefly Combined | UFO | Sheep | 725 | 29 | Sp | 143 | SCGL, ERPE | | |
| 05520 | Lower Horsefly Combined | UFO | Sheep | 104 | 124 | Fall/Win | 85 | SCGL, ERPE | | |
| 05520 | Lower Horsefly Combined | UFO | Sheep | 105 | 124 | Fall/Win | 86 | SCGL, ERPE | | |
| 05000 | Lower Roubideau Canyon | UFO | Cattle | 190 | 1 | Sp | 12 | ERPE | 120.1 | 572.0 |
| 05000 | Lower Roubideau Canyon | UFO | Cattle | 190 | 1 | Fall | 12 | ERPE | | |
| 14532 | McDonald Creek | UFO | Sheep | 335 | 48 | Fall/Win | 108 | SCGL, ERPE | 231.7 | 3,820.7 |
| 14532 | McDonald Creek | UFO | Sheep | 190 | 80 | Sp | 101 | SCGL, ERPE | | |
| 14542 | Needle Rock | UFO | Horse | 2 | 123 | Sp/Sum | 8 | SCGL | 82.1 | 40.9 |
| 14540 | North Saddle Peak | UFO | Cattle | 25 | 26 | Sp/Sum | 20 | SCGL | 451.2 | 208.8 |
| 14528 | Oak Ridge Common | UFO | Cattle | 190 | 36 | Sp | 231 | SCGL | 48.1 | 3,685.8 |
| 14528 | Oak Ridge Common | UFO | Cattle | 153 | 36 | Sp | 186 | SCGL | | |
| 03649 | Olathe Reservoir | UFO | Cattle or Sheep | 20 | 138 | Sp/Sum/Fall | 20 | SCGL | 635.9 | 202.5 |

24

BLM_0001929

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14022 | Petrie Mesa | UFO | Sheep | 155 | 101 | Fall/Win | 104 | ERPE | 359.7 | 2,839.2 |
| 05516 | Piney | UFO | Cattle | 105 | 126 | Sp/Sum/Fall | 373 | SCGL | 973.1 | 3,738.2 |
| 05033 | Pinyon Springs | UFO | Cattle | 40 | 60 | Sum/Fall | 80 | SCGL | 16.3 | 591.7 |
| 05507 | Pipeline | UFO | Cattle or Sheep | portion of 3000 | 46 | Sp/Sum/Fall/Win | 600 | SCGL | 21.7 | 10,186.9 |
| 05507 | Pipeline | UFO | Cattle or Sheep | portion of 3000 | 91 | Fall/Win | -- | SCGL | | |
| 14021 | Point Creek | UFO | Sheep | 400 | 45 | Sp | 29 | ERPE | 4,364.5 | 1,613.7 |
| 14021 | Point Creek | UFO | Sheep | 400 | 114 | Fall/Win | 73 | ERPE | | |
| 05014 | Poison Spring | UFO | Cattle | 64 | 37 | Sp/Sum | 50 | SCGL | 476.5 | 1,607.0 |
| 14531 | Popp Ranch | UFO | Cattle | 200 | 38 | Sp/Sum | 5 | SCGL, ERPE | 2,035.1 | 206.5 |
| 14531 | Popp Ranch | UFO | Cattle | 200 | 44 | Fall/Win | 6 | SCGL, ERPE | | |
| 05022 | Rabbit Gulch | UFO | Cattle | 295 | 4 | Sp | 48 | ERPE | 1,522.2 | 1,298.7 |
| 05022 | Rabbit Gulch | UFO | Cattle | 300 | 2 | Sp | 14 | ERPE | | |
| 05022 | Rabbit Gulch | UFO | Cattle | 300 | 12 | Sp | 15 | ERPE | | |
| 05022 | Rabbit Gulch | UFO | Cattle | 10 | 5 | Sp | 2 | ERPE | | |
| 05034 | Rawhide/Coffee Pot | UFO | Sheep | 500 | 35 | Fall | 24 | SCGL | 2.0 | 606.4 |
| 05034 | Rawhide/Coffee Pot | UFO | Sheep | 500 | 13 | Sp | 9 | SCGL | | |
| 05038 | Red Canyon | UFO | Cattle | 400 | 11 | Sp | 8 | SCGL | 385.9 | 80.5 |

25

BLM_0001930

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 15 | 9 | Sp | 5 | SCGL, ERPE | 3.5 | 4,274.5 |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 20 | 1 | Fall | 1 | SCGL, ERPE | | |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 126 | 9 | Sp | 41 | SCGL, ERPE | | |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 80 | 1 | Fall | 5 | SCGL, ERPE | | |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 147 | 14 | Sp | 72 | SCGL, ERPE | | |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 300 | 9 | Sp | 99 | SCGL, ERPE | | |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 300 | 1 | Fall | 20 | SCGL, ERPE | | |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 28 | 9 | Sp | 9 | SCGL, ERPE | | |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 100 | 1 | Fall | 7 | SCGL, ERPE | | |
| 14530 | Reynolds/Mcdonald | UFO | Cattle | 150 | 2 | Fall | 15 | SCGL, ERPE | | |
| 05051 | Rim Rock | UFO | Cattle | 12 | 244 | Sp/Sum/Fall/Win | 1 | SCGL | 1,037.6 | 41.6 |
| 05504 | Roatcap | UFO | Cattle | 36 | 90 | Sp/Sum | 108 | SCGL | 180.9 | 2,811.3 |
| 05504 | Roatcap | UFO | Cattle | 51 | 92 | Fall/Win | 156 | SCGL | | |
| 05538 | Rock Ditch | UFO | Cattle | 31 | 29 | Fall | 9 | SCGL | 75.1 | 60.2 |
| 05502 | Sandy Wash | UFO | Sheep | 1024 | 104 | Fall/Win | 707 | SCGL | 161.0 | 7,256.6 |
| 14007 | Sawmill Mesa | UFO | Cattle | 225 | 7 | Sp | 55 | ERPE | 1,793.4 | 13,855.5 |
| 14007 | Sawmill Mesa | UFO | Cattle | 225 | 5 | Sp | 41 | ERPE | | |
| 14007 | Sawmill Mesa | UFO | Cattle | 50 | 1 | Sp | 3 | ERPE | | |

26

BLM_0001931

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14007 | Sawmill Mesa | UFO | Cattle | 502 | 32 | Fall | 507 | ERPE | | |
| 14007 | Sawmill Mesa | UFO | Horse | 4 | 91 | Fall/Win | 11 | ERPE | | |
| 05511 | Shavano Mesa | UFO | Sheep | 723 | 41 | Win | 200 | SCGL | 0.4 | 2,088.9 |
| 05534 | Shinn Park | UFO | Sheep | 350 | 124 | Fall/Win | 288 | SCGL | 6.7 | 5,505.6 |
| 05049 | Smith Fork Ind | UFO | Cattle | 6 | 30 | Sp/Sum | 2 | SCGL | 207.3 | 462.2 |
| 05049 | Smith Fork Ind | UFO | Cattle | 4 | 31 | Sp | 4 | SCGL | | |
| 14004 | South Branch | UFO | Cattle | 112 | 26 | Sp/Sum | 65 | SCGL | 223.8 | 822.6 |
| 14004 | South Branch | UFO | Cattle | 111 | 14 | Fall | 36 | SCGL | | |
| 14534 | South Of Town | UFO | Sheep | 198 | 80 | Sp | 105 | SCGL, ERPE | 4,356.1 | 3,836.3 |
| 14534 | South Of Town | UFO | Sheep | 820 | 48 | Fall/Win | 264 | SCGL, ERPE | | |
| 05515 | South Piney | UFO | Cattle or Sheep | portion of 920 | 46 | Sp/Sum/Fall/Win | 184 | SCGL | 0.0 | 4,619.9 |
| 05515 | South Piney | UFO | Cattle or Sheep | portion of 920 | 90 | Fall/Win | -- | | | |
| 14513 | Stevens Gulch Common | UFO | Cattle | 11 | 183 | Sp/Sum/Fall | 67 | SCGL | 1,275.9 | 4,840.9 |
| 14513 | Stevens Gulch Common | UFO | Cattle | 28 | 6 | Fall | 6 | SCGL | | |
| 14541 | Sunshine Mesa | UFO | Cattle | 25 | 122 | Sp/Sum | 5 | SCGL | 176.8 | 42.3 |

27

BLM_0001932

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 05505 | Transfer Road | UFO | Cattle | 197 | 32 | Fall/Win | 214 | SCGL | 126.0 | 2,738.3 |
| 05007 | Upper Peach Valley | UFO | Sheep | 733 | 85 | Fall/Win | 414 | SCGL | 0.3 | 4,053.4 |
| 14514 | Upper Terror Creek | UFO | Cattle | 35 | 121 | Sp/Sum/Fall | 59 | SCGL | 223.2 | 554.1 |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 58 | 45 | Sp | 88 | ERPE | 10,760.8 | 1,7264.5 |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 90 | 17 | Fall | 53 | ERPE | | |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 142 | 29 | Sp | 140 | ERPE | | |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 26 | 11 | Fall | 10 | ERPE | | |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 226 | 19 | Sp | 95 | ERPE | | |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 226 | 2 | Fall | 14 | ERPE | | |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 11 | 11 | Fall | 4 | ERPE | | |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 21 | 45 | Sp | 32 | ERPE | | |
| 14025 | Ward Creek/Doughspoon | UFO | Cattle | 25 | 16 | Fall | 9 | ERPE | | |
| 05546 | Waterdog Basin | UFO | Cattle | 100 | 20 | Sp/Sum | 35 | SCGL, ERPE | 392.1 | 393.9 |

28

BLM_0001933

*Programmatic Biological Assessment: Effects to Listed Plant Species from the BLM Livestock Grazing Program*

| Allotment Number | Allotment Name | Field Office | Livestock Type | Livestock Number | Number of Days | Season of Use | AUMs | Listed Plant Species | Private Acres | BLM Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| 14016 | Wells Gulch | UFO | Sheep | 3230 | 20 | Win/Sp | 446 | ERPE | 140.3 | 16,884.8 |
| 14016 | Wells Gulch | UFO | Sheep | 3245 | 89 | Fall/Win | 1920 | ERPE | | |
| 14510 | West Roatcap | UFO | Cattle | 22 | 121 | Sp/Sum/Fall | 88 | SCGL | 1.1 | 200.6 |
| 14515 | West Stevens Gulch | UFO | Cattle | 26 | 183 | Sp/Sum/Fall | 110 | SCGL | 802.7 | 1,669.9 |
| 14536 | West Youngs Peak | UFO | Cattle | 90 | 40 | Sp | 25 | SCGL, ERPE | 281.0 | 197.3 |
| 14015 | White Ranch | UFO | Cattle | 90 | 61 | Sp | 4 | SCGL | 351.7 | 530.1 |
| 14015 | White Ranch | UFO | Cattle | 50 | 13 | Sp | 1 | SCGL | | |
| 14015 | White Ranch | UFO | Cattle | 150 | 33 | Fall | 3 | SCGL | | |
| Source: BLM RAS database. Use conditions of all allotments are subject to change. | | | | | | | | | | |
| * AUM = 1 cow/calf or 5 sheep; NA = Season not applicable because 0 livestock; SCGL = Colorado hookless cactus; ERPE = clay-loving wild buckwheat; PHSU = Debeque phacelia | | | | | | | | | | |

29

BLM_0001934



**Air Resources
Technical Support Document**
Uncompahgre Field Office

Prepared for:
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose, CO  81401

Prepared by:
ENVIRON International Corporation
773 San Marin Drive, Suite 2115
Novato, California, 94998
www.environcorp.com
P-415-899-0700
F-415-899-0707

January 29, 2013
06-23290C



BLM_0001935

January 2013                                           ENVIRON

## CONTENTS

1.0 INTRODUCTION ................................................................................................... 1

   1.1  Scope and Goals ........................................................................................... 1

   1.2  Study Area ..................................................................................................... 1

   1.3  Relationships to Existing Plans and Documents .......................................... 2

   1.4  Emission Inventory Overview ...................................................................... 3

      1.4.1  Emission Generating Activities ........................................................ 3

      1.4.2  Pollutants ......................................................................................... 3

      1.4.3  Temporal .......................................................................................... 4

2.0 EMISSION INVENTORY DEVELOPMENT ............................................................... 5

   2.1  Alternatives ................................................................................................... 5

      2.1.1  Activity By Alternative ..................................................................... 5

      2.1.2  Emission Controls ............................................................................ 8

   2.2  Emission Calculations ................................................................................. 11

      2.2.1  Oil and Gas Sources ....................................................................... 11

      2.2.2  Non-Oil and Gas Sources ............................................................... 40

3.0 EMISSION INVENTORY RESULTS ......................................................................... 49

   3.1  BLM Action Emissions ................................................................................. 49

   3.2  Cumulative Emission Calculations and Emission Summary ....................... 51

4.0 REFERENCES ....................................................................................................... 54

## APPENDICES

Appendix A: Conventional and Coalbed Methane Oil and Gas Emission Inventory
Appendix B: Shale Gas Emission Inventory
Appendix C: Non-Oil and Gas Sources Emission Inventory

## TABLES

Table 2-1.  Oil and gas well counts by alternative ................................................. 6

Table 2-2.  Activity by alternative for non-oil and gas sources .............................. 7

Table 2-3.  Emission controls summary table for non-oil and gas source categories (note all controls listed in this table apply to each management alternative) ................................................................................................. 8

Table 2-4.  Oil and gas emission controls description. ........................................... 9

i

N/A

January 2013



Table 2-5. Oil and gas emission control percent changes. ...................................................10

Table 2-6. Construction source categories and scaling surrogates.......................................12

Table 2-7. Vehicle fleets used during drilling and completion of shale gas production. ...............................................................................................................15

Table 2-8. Empirical constants by pollutant to estimate road dust emissions factor. .......................................................................................................................17

Table 2-9. Vehicles groups related to fugitive road dust emissions in shale gas developments. .........................................................................................................18

Table 2-10. Vehicle fleets comprising production traffic. .........................................................22

Table 2-11. Empirical constants by pollutant to estimate road dust emissions factor. .......................................................................................................................23

Table 2-12. Schedule of uranium mines in production. .........................................................41

Table 3-1. Estimated annual emissions summary BLM actions within the Uncompahgre Field Office planning area.........................................................49

Table 3-2. Estimated annual emissions summary cumulative actions within the Uncompahgre Field Office planning area.........................................................51

**FIGURES**

Figure 1-1. Uncompahgre Field Office Planning Area...............................................................2

Figure 3-1. BLM action NO$_X$ emissions by alternative and source. ......................................50

Figure 3-2. BLM action VOC emissions by alternative and source........................................50

Figure 3-3. BLM action CO$_2$e emissions by alternative and source......................................51

Figure 3-4. Cumulative action NO$_X$ emissions by alternative and source.............................52

Figure 3-5. BLM action VOC emissions by alternative and source........................................53

Figure 3-6. BLM action CO$_2$e emissions by alternative and source......................................53

BLM_0001937

January 2013



## 1.0 INTRODUCTION

### 1.1 Scope and Goals

This Air Resources Technical Support Document (ARTSD) explains the data and methodologies used to analyze potential air quality impacts resulting from future development in the Colorado Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) Planning Area. For this effort an emission inventory was developed for emission sources affected by Bureau of Land Management (BLM) management decisions for the UFO Planning Area.

### 1.2 Study Area

The emission inventory was developed for the UFO Planning Area. The UFO Planning Area is located in western Colorado sharing a small section of the border with Utah (Figure 1-1) and incorporates all or part of Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel Counties.

The BLM UFO manages more than 900,000 acres of public land in southwestern Colorado, including the Gunnison Gorge National Conservation Area and Wilderness, as well as portions of the newly designated Dominguez-Escalante National Conservation Area and Dominguez Canyon Wilderness Area and four river systems (the Gunnison, San Miguel, Dolores, and Uncompahgre). The varied topography within the UFO ranges from lowland riparian along the Dolores River (4,706 feet) to red rock desert to pinion-juniper woodland to sub-alpine forest up on Storm King Mountain (11,449 feet). These lands offer a wealth of resources and opportunities for public use and enjoyment. The UFO is in the beginning stages of revising the UFO Resource Management Plan (RMP). The UFO RMP Planning Area encompasses approximately 675,677 surface acres within the UFO boundary. It does not include the Gunnison Gorge National Conservation Area, which is managed under a separate field office and RMP, or the newly designated Dominguez-Escalante National Conservation Area, which will also operate under a separate RMP. Major activities occurring in the UFO planning area that have the potential to affect air quality include oil and gas development, off-highway vehicle (OHV) activity, solid minerals mining, locatable minerals mining, and prescribed fires and vegetation management.

BLM_0001938

January 2013



**Figure 1-1.  Uncompahgre Field Office Planning Area.**

## 1.3   Relationships to Existing Plans and Documents

The most recent documents describing activities in the UFO Planning Area are the *Reasonably Foreseeable Development Scenario for Oil and Gas for the Uncompahgre Field Office* (BLM,

BLM_0001939

January 2013



2012a), the *Mineral Potential Report for the Uncompahgre Planning Area* (BLM, 2011), and the *Coal Resource and Development Potential Report* (BLM, 2010). The Mineral and Coal Potential Reports indicates relatively stable coal production and potential significant increases in uranium and vanadium mining in the UFO Planning Area. The Reasonably Foreseeable Development Scenario for oil and gas also indicates potential significant increases in oil and gas activity in the UFO Planning Area.

## 1.4   Emission Inventory Overview

### 1.4.1   Emission Generating Activities

The following list of emission generating activities were identified as those management actions and activities authorized, permitted, allowed or performed under this RMP that could potentially emit regulated air pollutants and could potentially cause impacts to air quality within the planning area and Class I and sensitive Class II areas within 100 kilometers of the planning area:

- Fluid Leasable Minerals – Conventional Oil and Gas
- Fluid Leasable Minerals – Coal Bed Natural Gas
- Fluid Leasable Minerals – Shale Gas
- Solid Leasable Minerals – Coal
- Locatable Minerals – Uranium and Vanadium
- Salable Minerals – Sand and Gravel
- Lands and Realty – Rights-of-Way
- Livestock Grazing
- Comprehensive Travel and Transportation Management
- Vegetation – Prescribed Fire and Mechanical Treatment

### 1.4.2   Pollutants

The emission inventory includes estimation of emissions of criteria air pollutants (CAPs), greenhouse gases (GHGs), and hazardous air pollutants (HAPs) as follows:

- Criteria Pollutants
    - Carbon monoxide (CO)
    - Nitrogen oxides ($NO_x$)
    - Particulate matter less than or equal to 10 microns in diameter ($PM_{10}$)
    - Particulate matter less than or equal to 2.5 microns in diameter ($PM_{2.5}$)
    - Sulfur dioxide ($SO_2$)
    - Volatile Organic Compounds (VOCs)
- Greenhouse Gases
    - Carbon dioxide ($CO_2$)
    - Methane ($CH_4$)
    - Nitrous oxide ($N_2O$)
- Hazardous Air Pollutants (HAPs)

BLM_0001940

January 2013 

While lead (pb) is a criteria pollutant, emissions of lead in the UFO planning area are expected to be extremely low and are therefore not included in this analysis.

HAP emissions were estimated for each emissions source.  For oil and gas emissions sources, HAP emissions from venting and combustion source categories were estimated for formaldehyde, n-hexane, benzene, toluene, ethylbenzene, and xylenes (BTEX).

Anthropogenic greenhouse gas emission inventories typically include carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), and fluorinated gases.  Fluorinated gases are not expected to be emitted in appreciable quantities by any category considered in this emission inventory and were therefore not included in this analysis.

### 1.4.3   Temporal

The analysis focused on estimating annual emissions associated with peak construction, production, and operation activities associated with the identified emission generating management actions. Year 2008 was chosen as the base year for estimating actual emissions as this was the most recent year that reliable production and emissions data was available for existing sources within the planning area.   Future year estimated emissions were calculated for 2009 to 2030.  Potential peak construction and operation years for projected oil and gas development occur in Year 10 and Year 20, therefore, Year 10 and Year 20 were selected to evaluate future air quality impacts.

BLM_0001941

January 2013



## 2.0 EMISSION INVENTORY DEVELOPMENT

The UFO emission inventory was developed based on activity data for emission generating activities obtained from UFO staff, the *Reasonably Foreseeable Development Scenario for Oil and Gas for the Uncompahgre Field Office* (BLM, 2012a), the *Mineral Potential Report* (BLM, 2011), the *Coal Resource and Development Potential Report* (BLM, 2010), and from NEPA analyses currently being conducted for BLM actions within the planning area.  There is one oil and gas development which is currently under NEPA review, SG Interests Bull Mountain Unit (BLM, 2012b).  *The Decision Record, Finding of No Significant Impact, and Final Environmental Assessment for the Whirlwind Mine Uranium Mining Project* (BLM, 2008) was used as a reference to identify the level of emissions associated with uranium mining.  *The Bowie Coal Lease Modification Application, Preliminary Environmental Assessment* (BLM, 2012c), *Environmental Assessment for the West Elk Coal Lease Modifications Application* (BLM, 2012d), *Environmental Assessment for the Elk Creek Mine* (BLM, 2012f) and the *Oak Mesa Coal Environmental Assessment* (BLM, 2012e) describe environmental impacts associated with each project.

## 2.1   Alternatives

For the UFO RMP, the BLM developed four alternatives to prepare different combinations of resource uses to address the identified major planning issues, enhance or expand resources or resource uses, and resolve conflicts among resources and resource uses.

- Alternative A is the No Action alternative; a continuance of current management practices.
- Alternative B emphasizes non-consumptive use and management of resources through protective, restorative, and enhancement measures, while also providing for multiple uses, such as livestock grazing, recreational opportunities and settings, and mineral development.
- Alternative C emphasizes intensive management of natural resources, commodity production, and public use opportunities.
- Alternative D is the Preferred Alternative, which emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife, and fish habitat.

Estimates of future activity for each emissions source category were made specific to each alternative for activities expected to be affected by the chosen management alternative.

### 2.1.1   Activity By Alternative

#### 2.1.1.1   Oil and Gas Sources

Future oil and gas activity estimates were taken from the Reasonably Foreseeable Development (RFD) Scenario for Oil and Gas for the Uncompahgre Field Office (BLM, 2012a).  Table 2-1 shows

BLM_0001942

January 2013



estimates of well, rig, and compressor station counts for each alternative for short term (Year 10) and long term (Year 20) development, well counts for intermediate years were linearly interpolated. Included in Tale 2-1 is oil and gas activity on BLM managed lands and cumulative development on BLM and non-BLM managed lands in the UFO area.

For the emission inventory analysis, conventional and coalbed natural gas (CBNG, also called coalbed methane) well emissions were developed separately from shale gas emissions based on the assumption that shale gas operational requirements differ significantly from those of conventional and coalbed methane wells due to differences in drilling, completion, and production practices used in the development and operation of shale gas wells.

For each year, the suite of existing and newly spudded wells along with individual well production estimates are used to estimate total annual gas production; total annual gas production is used to make future projections of certain oil and gas emissions sources such as midstream gathering and treating facilities. For shale gas wells in the UFO area, the well decline curve from the Piceance Basin Midterm Emissions Study (ENVIRON, 2009) is used to represent individual well production by well age. For conventional and CBNG wells, BLM (2012a) estimates of gas production and well count by calendar year were used to estimate average annual gas production per well.

**Table 2-1.    Oil and gas well counts by alternative.**

| Description | BLM | | Cumulative | |
|---|---|---|---|---|
| | Year 10 | Year 20 | Year 10 | Year 20 |
| Alternative A | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 34 | 34 | 35 | 35 |
| Annual Number of Wells Drilled (Shale Gas) | 8 | 8 | 8 | 8 |
| Number of Drill Rigs Operating | 3 | 3 | 3 | 3 |
| Number of Operating Compressor Stations | 2 | 2 | 2 | 2 |
| Alternative B | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 34 | 34 | 45 | 45 |
| Annual Number of Wells Drilled (Shale Gas) | 9 | 9 | 11 | 11 |
| Number of Drill Rigs Operating | 3 | 3 | 5 | 5 |
| Number of Operating Compressor Stations | 2 | 2 | 2 | 2 |
| Alternative C | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 41 | 41 | 51 | 51 |
| Annual Number of Wells Drilled (Shale Gas) | 10 | 10 | 12 | 12 |
| Number of Drill Rigs Operating | 3 | 3 | 5 | 5 |
| Number of Operating Compressor Stations | 2 | 2 | 2 | 3 |
| Alternative D | | | | |
| Annual Number of Wells Drilled (Conventional and CBNG) | 38 | 38 | 49 | 49 |
| Annual Number of Wells Drilled (Shale Gas) | 10 | 10 | 12 | 12 |
| Number of Drill Rigs Operating | 3 | 3 | 5 | 5 |
| Number of Operating Compressor Stations | 2 | 2 | 2 | 3 |

2.1.1.2   Non-Oil and Gas Sources

Comparisons of activities by source category for non-oil and gas sources are presented in Table 2-2 below.

BLM_0001943

January 2013



## Table 2-2. Activity by alternative for non-oil and gas sources.

| Key Assumption | Base Year | A Year 10 | A Year 20 | B Year 10 | B Year 20 | C Year 10 | C Year 20 | D Year 10 | D Year 20 |
|---|---|---|---|---|---|---|---|---|---|
| **Coal Mining** | | | | | | | | | |
| tons produced (MMt/yr) | 14 (21)[1] | 14 (21)[1] | | 14 (21)[1] | | 14 (21)[1] | | 14 (21)[1] | |
| Coal mining activity was estimated for the Somerset Coal Field which includes the Bowie Mine, Elk Creek Mine, and West Elk Mine as well as the Oak Mesa area which may be developed in the future. Emissions were not estimated for the New Horizon Mine which is not subject to BLM review. The Coal Resource and Development Potential Report (BLM, 2010) indicated that Somerset Field coal production is likely to remain stable at recent levels into the future. While demand for the bituminous coal produced by the Somerset Coal Field is likely to increase, production is limited by the capacity of the rail line spur that transports coal away from the Somerset Coal Field. It was assumed that Somerset Coal Field production would remain at 2008 levels. | | | | | | | | | |
| **Uranium Mining** | | | | | | | | | |
| tons produced (MMt/yr) | 0 | 0.73 | 1.46 | 0.73 | 1.46 | 0.73 | 1.46 | 0.73 | 1.46 |
| The Mineral Potential Report (BLM, 2011) stated that the development potential of the Morrison Formation in the Uravan Mineral Belt is high. Based on input from UFO BLM personnel, it was assumed that 20 mines would be developed under each alternative, each assumed to have construction and operational characteristics similar to the estimates for the Whirlwind Mine, presented in Whirlwind Mine Environmental Assessment (BLM, 2008). | | | | | | | | | |
| **Sand and Gravel** | | | | | | | | | |
| Production (tons processed) | 1,000 | 1,000 | | 1,000 | | 1,000 | | 1,000 | |
| Sand and gravel mining activities were assumed to remain unchanged from base year levels for all alternatives based on input from BLM UFO Personnel. | | | | | | | | | |
| **Fire** | | | | | | | | | |
| Acres Burned | 800 | 800 | | 1,120 | | 640 | | 1,000 | |
| BLM UFO Personnel estimated that prescribed burning activities would remain similar to the base year for Alternative A, increase by 40% from the base year for Alternative B, decrease by 20% from the base year for Alternative C, and increase from the base year by 25% for Alternative D. Estimates of changes in prescribed burning activity are based on stated objectives by alternative in the draft RMP for wildlife species management, vegetation mosaic objectives, and Wildland Urban Interface. | | | | | | | | | |
| **Travel and Transportation Management** | | | | | | | | | |
| 1000 vehicle miles traveled per year | 1,910 | 2,433 | 3,006 | 1,831 | 1,831 | 2,433 | 3,006 | 2,032 | 2,032 |
| For Alternatives A and C, growth rate estimates similar to those estimated for the BLM Grand Junction Field Office (ENVIRON, 2012) were used to estimate 27% and 57% increases in off-road recreational vehicle activity in Year 10 and Year 20, respectively. For Alternative B, off-road recreational vehicle activity was assumed to decrease by 4% from the base year for Year 10 and Year 20. For Alternative D, off-road recreational vehicle activity was assumed to remain at 2012 levels for Year 10 and Year 20. | | | | | | | | | |
| **Livestock Grazing** | | | | | | | | | |
| AUMs | 38,364 | 38,364 | | 34,184 | | 36,833 | | 36,424 | |
| BLM UFO Personnel indicated the 38,364 animal unit months (AUMs), 34,184 AUMs, 36,833 AUMs, and 36,424 AUMs for Alternatives A, B, C, and D respectively. | | | | | | | | | |
| **Lands-ROWs and Realty** | | | | | | | | | |
| # of sites | 28 | 28 | | 28 | | 28 | | 28 | |
| BLM UFO Personnel indicated no change in activity for this emissions source from the base year for any alternative. | | | | | | | | | |

[1] BLM (2010) indicates approximately 14 million tons of production in 2009. Emission inventory estimates were conservatively taken from existing documents which were based on an estimate of approximately 21 million tons of annual production.

BLM_0001944

January 2013



## 2.1.2   Emission Controls

The UFO emission inventory accounted for all applicable emissions controls such as New Source Performance Standards (NSPS) and new Tier standards for non-road engines.  Additionally, for certain oil and gas source categories, alternative specific controls were estimated.  Table 2-3 shows the emissions control measures for each emissions source category (except oil and gas) that were modeled in this analysis.  Table 2-4 presents the emission controls applied to oil and gas sources while Table 2-5 presents numerical estimates of the level of control associated with each oil and gas emissions control.

**Table 2-3.    Emission controls summary table for non-oil and gas source categories (note all controls listed in this table apply to each management alternative).**

| Applicable Pollutants | Control Description |
|---|---|
| **Coal Mining** | |
| $PM_{10}$, $PM_{2.5}$ | Emissions from coal mining and assumed emission controls were based on available NEPA documents for Somerset Coal Field development. Fugitive Dust Control:  Mitigation measures would be implemented to reduce particulate matter/fugitive dust emissions during construction and production activities.  Unpaved roads would be treated with water to control fugitive road dust emissions.  Storage piles would be watered to limit wind erosion potential and reduce fugitive emissions.  It is assumed that most coal transfer points and processing activities would be enclosed and would therefore reduce fugitive particulate emissions. |
| **Uranium Mining** | |
| $NO_x$, $PM_{10}$, $PM_{2.5}$ | Emissions from uranium mining and assumed emission controls were based on the Whirlwind Mine Environmental Assessment (BLM, 2008) **Generators:**  Generators would meet NSPS standards and incorporate best available control technology. **Particulate:**  $PM_{10}$ emissions would be limited to CDPHE APEN permitted levels. The ore loading area would be treated with magnesium chloride and water would be used for dust suppression at the waste rock storage and other disturbed areas. |
| **Sand and Gravel** | |
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled by watering and/or application of magnesium chloride. |
| **Fire** | |
| | - No specific emission controls identified - |
| **Travel and Transportation Management** | |
| | - No specific emission controls identified - |
| **Livestock Grazing** | |
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled by watering. |
| **Land and Realty ROW** | |
| $PM_{10}$, $PM_{2.5}$ | **Fugitive Dust Control:**  Fugitive road dust emissions would be controlled during land and realty right-or-way projects by watering and/or application of magnesium chloride. |

BLM_0001945

January 2013



**Table 2-4.     Oil and gas emission controls description.**

| Applicable Pollutant(s) | Time Period | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Dust Control** | | | | | |
| PM$_{10}$, PM$_{2.5}$ | short-term | watering | watering, chemical suppression, graveling or paving | watering | watering |
| | long-term | | | | |
| **Drill Rig Engines** | | | | | |
| NO$_X$, PM | short-term | Tier II engines | Tier IV engines | Tier II engines | Tier II engines |
| | long-term | | | Tier IV genset engines | Tier IV engines |
| **Completion Engines** | | | | | |
| NO$_X$, PM | short-term | Tier II engines | Tier IV engines | Tier II engines | Tier II engines |
| | long-term | | | Tier IV genset engines | Tier IV engines |
| **Green Completions** | | | | | |
| VOC, HAPs | short-term | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control | closed loop system and flaring control |
| | long-term | | | | |
| **Liquids Removal System** | | | | | |
| All | short-term | none | pipeline system to eliminate well site liquids storage and truck hauling | none | none |
| | long-term | | | pipeline system to eliminate well site liquids storage and truck hauling | pipeline system to eliminate well site liquids storage and truck hauling |
| **Production Site Dehydrators** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Production Site Condensate Tanks** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Production Site Pneumatic Devices** | | | | | |
| VOC, HAPs | short-term | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements | usage of low-bleed pneumatic devices per Colorado requirements |
| | long-term | | | | |
| **Production Site Pneumatic Pumps** | | | | | |
| VOC, HAPs | short-term | flaring control | flaring control | flaring control | flaring control |
| | long-term | | | | |
| **Wellhead and Lateral Compressor Engines Electrification** | | | | | |
| All | short-term | none | electrification of compressor engines | none | none |
| | long-term | | | | |
| **Wellhead, Lateral, Centralized Compressor Engines** | | | | | |
| VOC, CO, NO$_X$ | short-term | All engines required to meet Colorado RICE and Federal NSPS Standards | | | |
| | long-term | | | | |

BLM_0001946

January 2013



**Table 2-5.     Oil and gas emission control percent changes.**

| Description | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Dust Control** | | | | | |
| PM$_{10}$, PM$_{2.5}$ Change in Emissions from Base Year | short-term | -50% | -80% | -50% | -50% |
| | long-term | | | | |
| **Drill Rig Engines** | | | | | |
| NO$_X$, PM Change in Emissions from Base Year | short-term | 0% (NO$_X$) 0% (PM) 0% (VOC) | -42% (NO$_X$) -80% (PM) -41% (VOC) | 0% (NO$_X$) 0% (PM) 0% (VOC) | 0% (NO$_X$) 0% (PM) 0% (VOC) |
| | long-term | | | -89% (NO$_X$) -85% (PM) -41% (VOC) | -42% (NO$_X$) -80% (PM) -41% (VOC) |
| **Completion Engines** | | | | | |
| NO$_X$, PM, VOC Change in Emissions from Base Year | short-term | 0% (NO$_X$) 0% (PM) 0% (VOC) | -42% (NO$_X$) -80% (PM) -41% (VOC) | 0% (NO$_X$) 0% (PM) 0% (VOC) | 0% (NO$_X$) 0% (PM) 0% (VOC) |
| | long-term | | | -89% (NO$_X$) -85% (PM) -41% (VOC) | -42% (NO$_X$) -80% (PM) -41% (VOC) |
| **Green Completions** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -88% | -99% | -89% | -89% |
| | long-term | | | | |
| percent of completion gas to flare | short-term | 45% | 20% | 23% | 23% |
| | long-term | | | | |
| percent of completion gas to closed-loop system | short-term | 45% | 80% | 68% | 68% |
| | long-term | | | | |
| **Liquids Removal System** | | | | | |
| Percent of Liquids Production | short-term | 0% | 25% | 0% | 0% |
| | long-term | | 50% | 50% | 50% |
| **Production Site Dehydrators** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -76% | -48% | -48% |
| | long-term | | | | |
| **Production Site Condensate Tanks** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -76% | -48% | -48% |
| | long-term | | | | |

BLM_0001947

January 2013 

| Description | | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|---|
| **Production Site Pneumatic Devices** | | | | | |
| Percent of Devices That Are Low Bleed | short-term | 100% | 100% | 100% | 100% |
| | long-term | | | | |
| **Production Site Pneumatic Pumps** | | | | | |
| VOC, HAPs Change in Emissions from Base Year | short-term | -10% | -76% | -48% | -48% |
| | long-term | | | | |
| **Wellhead and Lateral Compressor Engines Electrification** | | | | | |
| Percent of Engines that are Electrified | short-term | 0% | 50% | 0% | 0% |
| | long-term | | | | |

## 2.2   Emission Calculations

Emission calculations for all emission-generating activities were derived from Operator-supplied data whenever possible.  In the detailed calculations shown in Appendices A, B, and C, we indicate the origin of the input data and how these data were used in the emissions estimates.

Methods used to estimate emissions from each source category are explained in Sections 2.2.1 and 2.2.2.  For oil and gas sources, the estimation methods used for the shale gas wells were the same as those used for conventional and CBNG wells unless noted otherwise.  For each source category, emissions for the base year were estimated.  Emissions were then forecasted to future years, accounting for activity growth and for applicable sources, emissions controls.  More detailed assumptions, emission factors and calculations by source category are included in Appendices A, B, and C.

### 2.2.1   Oil and Gas Sources

The methodologies implemented to estimate base year and future year emissions by alternative from oil and gas sources are explained in this section.  Methodologies apply to conventional oil and gas developments, as well as shale gas developments, unless noted otherwise.  More detailed assumptions, emission factors, and emission estimates by source category are included in Appendix A for conventional and CBNG activities and Appendix B for shale gas activities.

Emissions are generated in three main phases of oil and gas systems:

- Emissions from Well Construction and Development
- Emissions from the Production Phase (occurring at-or-nearby the wellpad)
- Emissions from Midstream Sources (Central Gas Compression and Processing)

---

BLM_0001948

January 2013 

#### 2.2.1.1   Emissions from Wellpad Construction and Development

Emissions from Wellpad Construction and Development include those generated by equipment, vehicles and activities related to wellpad construction, access roads construction, pipeline construction, wellbore drilling and well completion.  Table 2-6 includes the emission sources identified for the well pad construction and development phase.  Pollutant emissions are initially estimated on a per surrogate basis and later scaled with the projected surrogate estimate to obtain area-wide annual emissions from each source.

**Table 2-6.   Construction source categories and scaling surrogates.**

| Equipment Source Category | Emissions units per event | Scaling Surrogate |
|---|---|---|
| Well Pad, Access Road, and Pipeline Construction Equipment | tons/new pad | New pads per year |
| Well Pad, Access Road and Pipeline Construction Traffic | tons/new pad | New pads per year |
| Drilling Equipment and Completion Equipment | tons/spud | Spuds per year |
| Fracing Equipment | tons/spud | Spuds per year |
| Refracing Equipment | tons/refracing-event | Refracing events per year |
| Drilling and Well Completion Traffic | tons/spud | Spuds per year |
| Construction Wind Erosion | tons/new pad | New pads per year |
| Well Completion Venting | tons/spud | Spuds per year |

##### 2.2.1.1.1   Well Pad, Access Road, and Pipeline Construction Equipment

This category refers to emissions associated with off-road engines used during construction of well pads, access roads and pipelines within the UFO Planning Area.  Participating operators provided activity data on engines used for these activities.  Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors was made available.  The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type included in surveys.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Engines were classified in three types as activity data and emissions factors vary by utility: wellpad construction equipment, access road construction equipment and pipeline construction equipment.

Emissions on a per event (new well pads) basis for an engine type for which data was provided were estimated according to Equation 1:

$$E_{engine\,k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907{,}185}$$

Equation (1)

where:

$E_{engine}$ are emissions of pollutant $i$ from an engine type k [ton/pad]

$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]

$HP$ is the horsepower of the engine k [hp]

BLM_0001949

January 2013 

*LF* is the load factor of the engine k
$t_{event}$ is the number of hours the engine is used  [hr/pad]
*907,185* is the mass unit conversion [g/ton]
*n* is the number of type-k engines

#### 2.2.1.1.1.1  Area-Wide Annual Emissions from Source Category

Annual emissions from well pad construction equipment by pollutant were estimated from the sum of engine emissions from each of the construction engine types ($E_{engineTOTAL,i} = \sum E_{engine\,k,i}$) according to Equation 2:

$$E_{well\,pad\,equip,\ i} = E_{engineTOTAL,i} \times S_{well\,pad} \qquad \text{Equation (2)}$$

where:

$E_{well\,pad\,equip}$ are annual emissions of pollutant i from well pad construction and development equipment [ton/yr]
$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/pad]
$S_{well\,pad}$ is the scaling surrogate for well pad construction [new pads/yr]

#### 2.2.1.1.2  Well Pad, Access Road and Pipeline Construction Traffic

This category refers to the exhaust emissions from light-duty and heavy-duty vehicle traffic during well pad, access road and pipeline construction.  Emission factors were developed using the MOVES2010a model (USEPA, 2010).  The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado. MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012).

Emissions from two distinct fleet types were estimated in this source category dependent on the vehicle destination/use: (1) well pad and access road construction vehicles and (2) pipeline construction vehicles.  Annual vehicle miles traveled (VMT) to well site were provided by operator for each vehicle class (light duty and heavy duty) within each fleet type (well pad and access road, and pipeline construction), thus exhaust emissions for each of four vehicle groups were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 3.

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (3)}$$

where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad  [ton/pad]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/pad]
*D* is the round trip distance [miles/trip]
*907185* is the mass conversion [g/ton]

BLM_0001950

January 2013



#### 2.2.1.1.2.1  Area-Wide Annual Emissions from Source Category

Annual emissions for well pad, pipeline and access road construction traffic by pollutant were propagated with the appropriate scaling surrogate according to Equation 4:

$$E_{well\ pad\ traffic,\ i} = E_{traffic,\ i} \times S_{well\ pad}$$  Equation (4)

where:

$E_{well\ pad\ traffic,\ i}$ is the annual exhaust emissions of pollutant i from well pad, pipeline and access road construction traffic [ton/yr]

$E_{traffic,\ i}$ are the emissions of pollutant i per new well pad [ton/wellpad]

$S_{well\ pad}$ is the scaling surrogate for well pad and access road construction traffic [new pads/yr]

#### 2.2.1.1.3  Drilling, Completion and Hydraulic Fracturing Equipment

This section refers to emissions associated with off-road engines used during drilling and completion activities.  Operators provided detailed data for each engine type per source category such as horsepower rating, hours of operation, fuel type, engine technology and load factors. Based on the operator provided data, emissions for four distinct engine groups were estimated: (1) drilling equipment, (2) completion equipment, (3) fracing equipment, and (4) refracing equipment.  Emissions were estimated separately by engine type as inputs and surrogates (see Table 2-6) varied by type; however the same methodology delineated by Equations 5 and 6 was used in all calculations.

For drilling, completion and hydraulic fracturing equipment, the EPA Tier 2 Federal Diesel Engine Standard emission rates were applied for $NO_X$, VOC, CO, $PM_{10}$ and $PM_{2.5}$ emissions.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).  Emissions on a per event (spuds/fracing events/refracing events) basis for an engine type were estimated according to Equation 5:

$$E_{engine\ k,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$  Equation (5)

where:

$E_{engine}$ are exhaust emissions of pollutant i from an engine type k [ton/event]

$EF_i$ is the emissions factor of pollutant i [g/hp-hr]

$HP$ is the horsepower of the engine k [hp]

$LF$ is the load factor of the engine k

$t_{event}$ is the number of hours engine k is used [hr/event]

907,185 is the mass unit conversion [g/ton]

$n$ is the number of type-k engines

#### 2.2.1.1.3.1  Area-Wide Annual Emissions from Source Category

Annual equipment emissions by pollutant were estimated separately for each of the four engine groups and scaled with the appropriate scaling surrogate according to Equation 6:

BLM_0001951

January 2013



$$E_{D\&C\ equipment,\ i} = E_{engineTOTAL,i} \times S_{event}$$    Equation (6)

where:

$E_{D\&C equipment,i}$ is annual emissions of pollutant i from completion/drilling equipment [ton/yr]

$E_{engineTOTAL,i}$ is sum of all engine emissions per event [ton/event]

$S_{event}$ is the scaling surrogate for completion/drilling operations [event/yr] according to Table 2-6.

### 2.2.1.1.4  Drilling and Well Completion Traffic

This section refers to on-road emissions from light-duty and heavy-duty vehicle traffic during drilling and completion operations.  Methodology to estimate traffic emissions from these source categories was similar to that of source category *Well Pad, Access Road and Pipeline Construction Traffic.*  However, emissions for *Drilling Traffic* and *Completion Traffic* were calculated separately since activity inputs and surrogates varied by source category.  Data to estimate the annual vehicle miles traveled (VMT) per activity were provided by operator for each vehicle class (light duty and heavy duty) within each fleet.  Fleets were defined by the vehicle destination or utility, which vary by the type of oil and gas development (conventional and CBNG versus shale).  These are shown in Table 2-7 below.  Annual average emission factors from EPA's MOVES2010a model for Mesa County, Colorado were developed for each vehicle class (light duty and heavy duty) for years 2008 to 2030.

**Table 2-7.    Vehicle fleets used during drilling and completion of shale gas production.**

| Vehicle Use/Destination | Vehicle Class | | Fleet group ID |
|---|---|---|---|
| | Type | Class | |
| Drilling Traffic | Semi Trucks | Heavy Duty Truck | 1 |
| | Pickup Trucks | Light Duty Truck | 2 |
| Rig Move Drilling Traffic | Semi Trucks | Heavy Duty Truck | 3 |
| Rig Hauling | Semi Trucks | Heavy Duty Truck | 4 |
| Well Completion & Testing | Semi Trucks | Heavy Duty Truck | 5 |
| | Pickup Trucks | Light Duty Truck | 6 |

Exhaust emissions for each of the fleet groups were calculated using the appropriate MOVES2010a emission factors on a grams per mile basis, as shown in Equation 7:

$$E_{traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$    Equation (7)

where:

$E_{traffic,\ i}$ is the traffic emissions for pollutant i per spud  [tons/spud]

$EF_i$ is the average emission factor of pollutant i [g/mile]

$N_{trips}$ is the annual number of round trips per activity [trips/spud]

$D$ is the round trip distance [miles/trip]

*907185* is the mass unit conversion [g/ton]

BLM_0001952

January 2013 

Given that emissions from the vehicle fleets are based on the same surrogate (spuds), total emissions from drilling and completion traffic will be the sum of emissions per spud from each fleet (calculated with Equation 7), as shown in Equation 8:

$$E_{traffic,D\&C,\ i} = \sum_{fleet=1}^{7}\left(E_{traffic,\ i}\right)_{fleet} \qquad \text{Equation (8)}$$

where
$E_{traffic,D\&C,\ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$E_{traffic,\ i}$ is the traffic emissions for pollutant i per spud for a vehicle fleet [tons/spud]

### 2.2.1.1.4.1  Area-Wide Annual Emissions from Source Category
Annual emissions for drilling/completion traffic by pollutant were propagated with the appropriate scaling surrogate (spuds per year) according to Equation 9:

$$E_{traffic,\ i} = E_{traffic,D\&C,\ i} \times S_{spud} \qquad \text{Equation (9)}$$

where:
$E_{category\ traffic,\ i}$ are annual emissions of pollutant i from drilling/completion traffic [ton/yr]
$E_{traffic,D\&C,\ i}$ is the total drilling and completions emissions of pollutant i per spud [ton/spud]
$S_{spud}$ is the scaling surrogate for drilling/completion traffic [spuds/yr]

### 2.2.1.1.5  Construction Equipment Fugitive Dust

Fugitive dust emissions from disturbed land by well pad construction equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995).  A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 10:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30} \qquad \text{Equation (10)}$$

where:
$E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons/wellpad]
$A$ is the average number of acres disturbed per wellpad [acres/wellpad]
$t$ is the number of construction days per wellpad [days]
$C$ is the control efficiency
$30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant

BLM_0001953

January 2013 

emissions ($PM_{10}$ and $PM_{2.5}$).  A control efficiency of 50% was assumed for well pad construction watering control.

2.2.1.1.5.1  Area-Wide Annual Emissions from Source Category
Annual emissions for construction equipment fugitive dust, by pollutant i, were propagated with the appropriate scaling surrogate (wellpads per year) according to Equation 11:

$$E_{equip,dust,i_{TOTAL}} = E_{equip.dust,i} \times S_{new\ pads}$$   Equation (11)

where:
$E_{equip,dust,i_{TOTAL}}$ is the annual dust emissions of pollutant i from construction equipment [ton/yr]
$E_{equip.dust,i}$ is the fugitive dust emissions of pollutant i from construction equipment per pad [tons/wellpad]
$S_{new\ pads}$ is the scaling surrogate for construction equipment fugitive dust [new pads/yr]

*2.2.1.1.6  Fugitive Dust Emissions from Construction, Drilling and Completion Support Vehicles*
Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 12.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$   Equation (12)

where:
*EF* is the size-specific particulate emissions factor for pollutant i (lb/mile)
*s* is the surface material silt content (%)
*W* is the mean vehicle weight (tons)
*k, a, b* are empirical constants according to Table 2-8.

**Table 2-8.   Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were derived with Equation 12.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 13 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$   Equation (13)

17

BLM_0001954

January 2013   

where:
> $EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
> $EF_i$ is the size-specific emission factor [lb/mile]
> $P$ is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
> $CE$ is the control efficiency for watering in unpaved roads; CE =50%

Emissions were estimated for all types of vehicles involved in construction, drilling and completion activities in the Project. The vehicle groups were classified according to their vehicle class and utility, and survey data was collected to estimate annual vehicle miles traveled per activity (or event), which varied by vehicle groups and by the type of oil and gas development (conventional and CBNG versus shale). The vehicle fleets used in each type of development are shown in Table 2-9.

**Table 2-9.    Vehicles groups related to fugitive road dust emissions in shale gas developments.**

| Vehicle group ID | Utility/destination | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Pad Access Road Construction | Heavy Duty Truck | New pads |
| 2 | | Light Duty Truck | |
| 3 | Pipeline Construction | Heavy Duty Truck | |
| 4 | | Light Duty Truck | |
| 5 | Drilling Traffic | Heavy Duty Truck | Spuds |
| 6 | | Light Duty Truck | |
| 7 | Rig Move Drilling Traffic | Heavy Duty Truck | |
| 8 | | Light Duty Truck | |
| 9 | Rig Hauling | Heavy Duty Truck | |
| 10 | Well Completion & Testing | Heavy Duty Truck | |
| 11 | | Light Duty Truck | |

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 13, along with the vehicle miles traveled for each vehicle group as shown in Equation 14.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$   Equation (14)

where:
> $E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton/event]
> $EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
> $N_{trips}$ is the annual number of round trips per activity [trips/event]
> $D$ is the round trip distance [miles/trip]
> $2000$ is the mass conversion [lb/ton]

18

January 2013


### 2.2.1.1.6.1 Area-Wide Annual Emissions from Source Category

Annual emissions for road fugitive dust from construction/drilling/completion traffic were propagated with the appropriate scaling surrogate according to Equation 15:

$$E_{dust,traffic,\ i} = E_{traffic,\ i} \times S_{event}$$   Equation (15)

where:

$E_{dust,traffic,\ i}$ are annual emissions of pollutant i for road fugitive dust from construction/drilling/completion traffic [ton/yr]

$E_{traffic,\ i}$ are the emissions of pollutant i per event (spuds or new pads) [ton/event]

$S_{event}$ is the scaling surrogate for the vehicle group [event/yr]

### 2.2.1.1.7  Construction Wind Erosion

Wind erosion dust emissions associated with well pad construction, and road and pipeline construction operations were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b). Wind erosion emissions per well pad were estimated based on Equation 16:

$$E_{dust,i} = \frac{P \times A \times r}{907,185}$$   Equation (16)

where:

$E_{dust,i}$ are dust emissions for pollutant i from construction wind erosion [ton/pad]

$P$ is the erosion potential [g/m$^2$]

$A$ is the well pad construction area [m$^2$/pad]

$r$ is the particle size multiplier for PM$_{10}$ or PM$_{2.5}$

$907,185$ is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in equation 17 and 18:

$$P = 58 \times (u* - u_t)^2 + 25(u* - u_t)$$   Equation (17)

where:

$u*$ is the friction velocity (m/s)

$u_t$ is the threshold friction velocity (m/s)

$$P = 0 \quad for \quad (u* \leq u_t)$$   Equation (18)

Friction velocity estimates (u*) were made by multiplying the average annual fastest wind speed from Uncompahgre, Colorado from 1947 to 1979 by 0.053 per AP-42 guidance (USEPA, 2006b).  Particle size multipliers of 0.5 and 0.075 were assumed for PM$_{10}$ and PM$_{2.5}$ respectively per AP-42 guidance.

BLM_0001956

January 2013



2.2.1.1.7.1  Area-Wide Annual Emissions from Source Category

The annual construction dust wind erosion emissions were scaled by multiplying per well pad emissions by the scaling surrogate (new pads) according to Equation 19:

$$E_{wind\ erosion\ total,\ i} = E_{dust,\ i} \times S_{well\ pad} \qquad \text{Equation (19)}$$

where:

$E_{.dust\ erosion\ total,i}$ are the annual emissions of pollutant $i$ from construction dust wind erosion [ton/yr]

$E_{dust,\ i}$ are the dust emissions of pollutant i per well pad [ton/pad]

$S_{well\ pad}$ is the scaling surrogate for construction dust wind erosion [pad/yr]

### 2.2.1.1.8  Well Completion Venting

This section describes emissions from well completion venting. The calculation methodology for estimating venting emissions from a single completion event is shown below in Equation 20:

$$E_{completion,i} = \left[\frac{P \times Q_{completion}}{\frac{R}{MW\ gas} \times T \times 3.5 \times 10^{-5}}\right] \times \frac{f_i}{907185} \times (1 - 0.95F_{flare} - F_{green}) \qquad \text{Equation (20)}$$

where:

$E_{completion,i}$ is the uncontrolled emissions of pollutant $i$ from a single completion event [ton/event]

$P$ is atmospheric pressure [1 atm]

$Q_{completion}$ is the volume of gas generated per completion [MCF/event]

$R$ is the universal gas constant [0.082 L-atm/mol-K]

$MW_{gas}$ is the molecular weight of the gas [g/mol]

$T$ is the atmospheric temperature [298 K]

$f_i$ is the mass fraction of pollutant $i$ in the completion venting gas

$F_{green}$ is the fraction of completions that were controlled by green completion techniques

$F_{flare}$ is the fraction of completions controlled by flare

$0.95$ is the control efficiency of the flare

2.2.1.1.8.1  Extrapolation to Area-Wide Annual Emissions

Annual emissions are obtained by scaling-up emissions per event by with the number of spuds for a particular year. The total emissions from completion venting are estimated following Equation 21:

$$E_{completion,TOTAL,i} = E_{completion,i} \times S_{spuds} \qquad \text{Equation (21)}$$

where:

$E_{completion,TOTAL}$ are the annual emissions for pollutant i from completion venting [tons/year]

$E_{completion,i}$ are the completion emissions from a single completion event [tons/event], event=spuds

20

BLM_0001957

January 2013


$S_{spuds}$ is the scaling surrogate for completion venting in a particular year [spuds/year]

## 2.2.1.2   Emissions from the Production Phase

Emissions from the Production phase include those generated by equipment, vehicles and activities related to oil and gas production at wellsites after a well has been completed. Pollutant emissions are initially estimated on a per event basis and later scaled with the projected number of events per year (scaling surrogate) to obtain Area-wide annual emissions from each source.

### 2.2.1.2.1   Well Workovers Equipment

This category refers to emissions associated with off-road engines used during well workovers. Participating operators provided activity data on engines used for this activity, as well as the well workover frequency per year.  Detailed data for a typical workover engine such as horsepower rating, hours of operation, fuel type, engine technology and load factor was made available from the operators.  The EPA NONROAD2008a model (EPA, 2009b) was used to compile emission factors for 'other oil field equipment' representative of workover engines. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a workover engine were estimated according to Equation 22:

$$E_{engine,\ i} = f \times \frac{EF_i \times HP \times LF \times t \times n}{907,185} \qquad \text{Equation (22)}$$

where:

$E_{engine}$ are emissions of pollutant $i$ from a workover engine [ton/well]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the engine [hp]
$LF$ is the load factor of the engine
$t$ is the number of hours of use per day [hr/day]
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of operating days per well [days/well]
$f$ is the  well workover frequency per year

2.2.1.2.1.1  Area-Wide Annual Emissions from Source Category
Annual emissions from well workover equipment by pollutant were estimated according to Equation 23:

$$E_{WO-equip,\ i} = E_{engine\ i} \times S_{wells} \qquad \text{Equation (23)}$$

where:

$E_{WO\text{-}equip,\ i}$  are annual emissions of pollutant i from workover equipment [ton/yr]
$E_{engine,\ i}$ is emissions of pollutant i from workover equipment per well [ton/well]
$S_{well\ pad}$ is the scaling surrogate for workovers [active wells/yr]

---

BLM_0001958

January 2013 

### 2.2.1.2.2  Production Traffic (Well workovers, Road Maintenance, Well Pad Reclamation and Production)

This section describes the estimation of exhaust emissions from light-duty and heavy-duty vehicle traffic used for Well Workovers, Maintenance, Well Pad Reclamation and Production. This excludes traffic from tank loading and compressor stations maintenance.  Vehicle classes within the four source categories are shown in Table 2-10.  Emissions from these vehicle fleets were first estimated on a per well basis and later on scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

**Table 2-10.   Vehicle fleets comprising production traffic.**

| Vehicle fleets ID | Utility (source category) | Vehicle Class | Event (surrogate) |
|---|---|---|---|
| 1 | Well Workover Commuting Vehicles | Light Duty Truck | Active Wells |
| 2 | | Heavy Duty Truck | |
| 3 | Road Maintenance | Light Duty Truck | |
| 4 | Road and Well Pad Reclamation | Light Duty Truck | |
| 5 | Other Production Traffic (Fuel Haul Truck) | Heavy Duty Truck | |

Emission factors were developed using the MOVES2010a model (USEPA, 2010).  The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). Data to estimate annual vehicle miles traveled (VMT) were provided by operator for each fleet.

Exhaust emissions for the five vehicle groups were estimated as shown in Equation 24.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad \text{Equation (24)}$$

where:

$E_{fleet,traffic,\ i}$ is the fleet's traffic emissions for pollutant i per well  [tons/well]
$EF_i$ is the average emission factor of pollutant i [g/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/well]
$D$ is the round trip distance [miles/trip]
$907185$ is the mass unit conversion [g/ton]

### 2.2.1.2.2.1  Area-Wide Annual Emissions from Source Category
Annual emissions for each category (fleet) of production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 25:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{wells} \qquad \text{Equation (25)}$$

where:

BLM_0001959



$E_{fleet,TOTAL, i}$ are annual emissions of pollutant i from a production fleet [ton/yr]
$E_{fleet,traffic, i}$ is the emissions of pollutant i per well for a production traffic fleet [ton/well]
$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

### 2.2.1.2.3  Fugitive Dust Emissions from Production Traffic (Well Workovers, Road Maintenance, Well Pad Reclamation and Other Production)

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (EPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 26.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b \qquad \text{Equation (26)}$$

Where:

EF is the size-specific particulate emissions factor for pollutant i (lb/mile)
s is the surface material silt content (%)
W is the mean vehicle weight (tons)
k, a, b are empirical constants according to Table 2-11.

**Table 2-11.  Empirical constants by pollutant to estimate road dust emissions factor.**

| Parameter | $PM_{10}$ | $PM_{2.5}$ |
|---|---|---|
| k | 1.5 | 0.15 |
| a | 0.9 | 0.9 |
| b | 0.45 | 0.45 |

Because the emissions factor is a function of vehicle weight, individual emissions factor for heavy duty vehicles and light duty vehicles were calculated with Equation 26. To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 27 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100} \qquad \text{Equation (27)}$$

Where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
$EF_i$ is the size-specific emission factor [lb/mile]
P is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
CE is the control efficiency for watering in unpaved roads

BLM_0001960

January 2013 

Vehicle fleets comprising Production traffic are shown in Table 2-10. Fugitive dust emissions from these vehicle fleets were first estimated on a per well basis and later scaled to annual Area-wide emissions with the scaling surrogate, active wells per year.

Fugitive dust road emissions per well were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 27, along with the vehicle miles traveled for each vehicle group. This is shown in Equation 28

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000} \qquad \text{Equation (28)}$$

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per well  [ton/well]
$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
$N_{trips}$ is the annual number of round trips per activity [trips/well]
$D$ is the round trip distance [miles/trip]
2000 is the mass conversion [lb/ton]

2.2.1.2.3.1  Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for each category (fleet) of Production traffic were propagated with the appropriate scaling surrogate (active wells per year) according to Equation 29:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{wells} \qquad \text{Equation (29)}$$

where:

$E_{fleet,TOTAL,\ i}$ are annual fugitive dust emissions of pollutant i from a production fleet [ton/yr]
$E_{fleet,traffic,\ i}$ is the fugitive dust emissions of pollutant i per well for a production traffic fleet [ton/well]
$S_{wells}$ is the scaling surrogate for the source category [active wells/yr]

2.2.1.2.4  *Blowdown venting*

This section refers to the estimation of emissions from venting during well blowdowns. The calculation methodology for estimating emissions from a single blowdown event is shown below in Equation 30:

$$E_{blowdown,i} = \left( \frac{P \times (V_{vented})}{\left( \frac{R}{MW_{gas}} \right) \times T \times 3.5 \times 10^{-5}} \right) \times \frac{f_i}{907185} \qquad \text{Equation (30)}$$

where:

$E_{blowdown,i}$ is the emissions of pollutant *i* from a single blowdown event [ton/event]
$P$ is atmospheric pressure [1 atm]

---

BLM_0001961



$V_{vented}$ is the volume of vented gas per blowdown (uncontrolled) [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the vented gas

#### 2.2.1.2.4.1  Area-Wide Annual Emissions from Source Category

The total emissions from all annual blowdowns events occurring are estimated with Equation 31:

$$E_{blowdown,TOTAL} = E_{blowdown,i} \times N_{blowdown} \times S_{wells}$$
Equation (31)

where:

$E_{blowdown,TOTAL}$ are the total annual emissions from blowdowns [tons/yr]
$E_{blowdown,i}$ are the blowdown emissions from a single blowdown event [tons/event]
$N_{blowdown}$ is the frequency of blowdowns per well per year [events/yr-well]
$S_{wells}$ is the total number of active wells for a particular year [wells]

### 2.2.1.2.5  Well Recompletion Venting

This section describes emissions from well recompletion venting. The calculation methodology for estimating venting emissions from a single recompletion event is shown below in Equation 32:

$$E_{recompletion,i} = \left[ \frac{P \times Q_{recompletion}}{\frac{R}{MW_{gas}} \times T \times 3.5 \times 10^{-5}} \right] \times \frac{f_i}{907185}$$
Equation (32)

where:

$E_{recompletion,i}$ is the uncontrolled emissions of pollutant $i$ from a single recompletion event [ton/event]
$P$ is atmospheric pressure [1 atm]
$Q_{recompletion}$ is the volume of gas generated per recompletion [MCF/event]
$R$ is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
$T$ is the atmospheric temperature [298 K]
$f_i$ is the mass fraction of pollutant $i$ in the recompletion venting gas

#### 2.2.1.2.5.1  Extrapolation to Annual Area-Wide Emissions

Annual emissions are obtained by scaling-up emissions per event with the total number of recompletion events in a particular year. The total emissions from recompletion venting are estimated following Equation 33:

$$E_{recompletion,TOTAL,i} = E_{recompletion,i} \times f \times S_{well\ count}$$
Equation (33)

BLM_0001962

January 2013



where:

    $E_{completion,TOTAL}$ are the annual emissions for pollutant i from recompletion venting [tons/year]

    $E_{completion,i}$ are the venting emissions from a single recompletion event [tons/event]

    $f$ is the frequency of recompletion events per well per year [events/yr-well]

    $S_{well\ count}$ is the scaling surrogate for recompletion venting in a particular year [active wells]

### 2.2.1.2.6   Wellhead Fugitives

This source category refers to fugitive emissions or *leaks* from well equipment such as pump seals, valves, connectors, flanges, etc.  Fugitive emissions were estimated for three main streams identified by the operator: gas service stream, liquids service stream and high oil stream.  VOC, $CO_2$ and $CH_4$ emissions per stream were estimated using device-specific TOC emission factors for oil and gas production (USEPA, 1995b) and equipment counts provided in the survey responses.  Operator provided total device counts per well by type of equipment and by the type of service to which the equipment applies – gas, liquids and high oil.  Data on the vented gas weight fractions was also provided by operator.

Fugitive VOC emissions for an individual device in a given stream (gas, liquids, and high oil) were estimated according to Equation 34:

$$E_{fugitiveVOC,k} = EF_{TOC} \times N \times t_{annual} \times Y$$

Equation (34)

where:

    $E_{fugitive\ VOC,\ k}$ is the fugitive VOC emissions for a given device k [ton/yr-well]

    $EF_{TOC}$ is the emission factor of TOC [kg/hr/device]

    $N$ is the total number of devices type-k for a given stream per well [devices/well]

    $Y$ is the ratio of VOC to TOC in the vented gas

Total VOC fugitive emissions for a given stream are equal to the sum of all fugitive emissions from devices in that stream per Equation 35:

$$E_{fugitiveVOC,stream} = \sum E_{fugitiveVOC,\ k}$$

Equation (35)

where:

    $E_{fugitive\ VOC,stream}$ is the total fugitive VOC emissions in a given stream per well [ton/yr-well]

$CO_2$ and $CH_4$ fugitive emissions per stream were estimated according to Equations 36 and 37:

$$E_{fugitiveCH4,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$

Equation (36)

$$E_{fugitiveCO2,stream} = E_{fugitiveVOC,stream} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$

Equation (37)

BLM_0001963

January 2013 

where:

$E_{fugitive\ CO2,stream}$ is the total fugitive $CO_2$ emissions in a given stream per well [ton/yr-well]
$E_{fugitive\ CH4,stream}$ is the total fugitive $CH_4$ emissions in a given stream per well [ton/yr-well]
*Weight fractions* per pollutant were based on operator provided gas compositions. For gas and well streams, sales gas composition was used. For condensate stream, fugitive-post flash compositions were used.

#### 2.2.1.2.6.1  Area-Wide Annual Emissions from Source Category
Fugitive emissions were propagated annually according to Equation 38 using the scaling surrogate, active well counts:

$$E_{fugitive,\ i} = E_{fugitive\ i,stream} \times S_{well\ count} \qquad \text{Equation (38)}$$

where:

$E_{fugitive,\ i}$ are the annual fugitive emissions for pollutant i in a given stream [ton/yr]
$E_{fugitive\ I,\ stream}$ are fugitive emissions of pollutant i in a stream per well [ton/yr-well]
$S_{well\ count}$ is the number of active wells for a particular year [active wells]

### 2.2.1.2.7  *Pneumatic Devices*
Emissions for pneumatic devices will vary by the bleed rate of the device.  Operator data indicated that all pneumatic devices used within the Planning Area are low bleed.  The methodology for estimating the emissions from a mix of pneumatic devices i (liquid level controllers, pressure controllers, etc.) for a single typical well is shown in Equation 39:

$$E_{pneumatic,j} = \frac{f_j}{907185}\left(\sum_i \dot{V}_i \times N_i \times t_{annual}\right) \times \frac{P}{\left[\left(R\big/MW_{gas}\right) \times T \times 3.5 \times 10^{-5}\right]} \qquad \text{Equation (39)}$$

where:

$E_{pneumatic,j}$ is the total emissions of pollutant *j* from all pneumatic devices for a typical well [ton/year/well]
$\dot{V}_i$ is the volumetric bleed rate from device *i* [MCF/hr/device]
$N_i$ is the average number of devices *i* found in a well [devices/well]
$t_{annual}$ is the  number of hours per year that devices were operating [8760 hr/yr]
*P* is the atmospheric pressure [1 atm]
*R* is the universal gas constant [0.082 L-atm/mol-K]
$MW_{gas}$ is the molecular weight of the gas [g/mol]
*T* is the atmospheric temperature [298 K]
$f_j$ is the mass fraction of pollutant *j* in the vented gas

#### 2.2.1.2.7.1  Extrapolation to Area-Wide Annual Emissions
Annual emissions from pneumatic devices were estimated according to Equation 40:

BLM_0001964

January 2013



$$E_{pneumatic,TOTAL,j} = E_{pneumatic,j} \times N_{well}$$

Equation (40)

where:

$E_{pneumatic,TOTAL,j}$ is the total annual emissions of pollutant $j$ from pneumatic devices [ton/yr]
$E_{pneumatic,j}$ is the pneumatic device emissions of pollutant $j$ for a single typical well [ton/yr/well]
$N_{well}$ is the total number of active wells in the basin [wells]

### 2.2.1.2.8  Pneumatic Pumps

To estimate emissions from pneumatic pumps, operator provided data indicating the average gas consumption rate per gallon of chemical injected and the annual chemical throughput for a single pump. Emissions per well from pneumatic pumps were estimated as shown in Equation 41:

$$E_{pump,i} = \frac{N_{CIP} \times V_{vented,gas} \times t_{pump} \times MW_i \times R \times Y_i}{2000}$$

Equation (41)

where:

$E_{pump,\,i}$ is the pneumatic pump emissions for pollutant i per well [ton/yr-well]
$V_{vented,TOTAL}$ is the average gas venting rate per pump [SCF/pump/hr]
$N_{CIP}$ is the number of gas-actuated pneumatic pumps per well [pump/well]
$t_{pump}$ is the annual hours of operation of a pump [hrs/yr]
$MW_i$ is the molecular weight of pollutant i [lb/lb-mol]
$R$ is the universal gas constant [lb-mol/391.9scf]
$Y_i$ is the molar fraction of pollutant i in pneumatic pump vented gas
$2000$ is the mass unit conversion [lb/ton]

#### 2.2.1.2.8.1  Area-Wide Annual Emissions from Source Category

To estimate area-wide annual emissions from pneumatic pumps the scaling surrogate, active wells, was used according to Equation 42

$$E_{pneumaticpumps,\,i} = E_{pump,\,i} \times S_{well\,count}$$

Equation (42)

where:

$E_{pneumaticpumps,\,i}$ are the annual emissions for pollutant i from pneumatic pumps [ton/yr]
$E_{pump,\,i}$ is the emissions from all pneumatic pumps per well [ton/yr-well]
$S_{well\,count}$ is the number of active wells for a particular year [wells]

### 2.2.1.2.9  Water Injection Pumps

This category refers to exhaust emissions associated with diesel combustion in water injection pump engines.  Participating operators provided activity data on engines used for water disposal. Detailed data for each engine type such as horsepower rating, hours of operation, fuel type, engine technology and load factors was made available.  The EPA NONROAD2008a model

---

BLM_0001965



(USEPA, 2009b) was used to compiled emission factors. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for a water injection pump were estimated according to Equation 43:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185}$$   Equation (43)

where:

$E_{engine}$ are per-well emissions of pollutant $i$ from water injection pumps [ton/well]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used annually [hrs/unit]
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of water injection pumps per well [units/well]

### 2.2.1.2.9.1  Area-Wide Annual Emissions from Source Category
Annual emissions from water injection pumps for pollutant i were estimated according to Equation 44:

$$E_{water\ pumps,\ i} = E_{engine,\ i} \times S_{well}$$   Equation (44)

where:

$E_{well\ pad\ equip}$ are annual emissions of pollutant i from water injection pumps [ton/yr]
$E_{engine,\ i}$ is engine emissions per well [ton/well]
$S_{well}$ is the scaling surrogate for water injection pumps [active wells/yr]

### 2.2.1.2.10 Miscellaneous Engines

This category refers to exhaust emissions associated with miscellaneous engines at well sites. Participating operators provided detailed data for miscellaneous engines such as horsepower rating, hours of operation, fuel type, engine technology and load factors. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on a per well basis for miscellaneous engines were estimated according to Equation 45:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907,185} \times f$$   Equation (45)

where:

$E_{engine}$ are per-well emissions of pollutant $i$ from miscellaneous engines [ton/well]
$EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]

---

29

BLM_0001966



$HP$ is the horsepower of the pump [hp]
$LF$ is the load factor of the pump
$t_{event}$ is the number of hours the engine is used  [hrs/unit]
$f$ is the fraction of wells served by a miscellaneous engine
$907,185$ is the mass unit conversion [g/ton]
$n$ is the number of engines per well [units/well]

2.2.1.2.10.1    Area-Wide Annual Emissions from Source Category
Annual emissions from miscellaneous engines for pollutant i were estimated according to Equation 46:

$$E_{water\,pumps,\;i} = E_{engine,\;i} \times S_{well}$$    Equation (46)

where:
  $E_{well\,pad\,equip}$  are annual emissions of pollutant i from miscellaneous engines [ton/yr]
  $E_{engine,\;i}$ is engine emissions per well [ton/well]
  $S_{well}$ is the scaling surrogate for miscellaneous engines [active wells/yr]

### 2.2.1.2.11 Compressor Station Maintenance Traffic Exhaust

This section describes the estimation of exhaust emissions from light-duty vehicles (pickup trucks) used for compressor maintenance at compressor stations.  Emission factors were developed using the MOVES2010a model (USEPA, 2010).  The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). The total vehicle miles travelled annually from maintenance visits to a single compressor station were provided by operators.

Exhaust emissions for this fleet were estimated as shown in Equation 47.

$$E_{fleet,traffic,\;i} = \frac{EF_i \times VMT_{CS}}{907185}$$    Equation (47)

where:
  $E_{fleet,traffic,\;i}$ is the fleet's traffic emissions for pollutant i per well  [tons/station]
  $EF_i$ is the average emission factor for light duty vehicles of pollutant i [g/mile]
  $VMT_{CS}$ is the annual miles travelled for maintenance compressor station [miles/station]
  $907185$ is the mass unit conversion [g/ton]

2.2.1.2.11.1    Area-Wide Annual Emissions from Source Category
Annual emissions for the compressor maintenance fleet were propagated with the scaling surrogate "total count of active compressor stations" according to Equation 48:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\;i} \times S_{CS}$$    Equation (48)

BLM_0001967

January 2013 

where:

$E_{fleet,TOTAL, i}$ are annual emissions of pollutant i from compressor station maintenance traffic [ton/yr]

$E_{fleet,traffic, i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

*2.2.1.2.12 Fugitive Dust Emissions from Compressor Station Maintenance Traffic*

Road dust emission factors for light duty vehicles traveling on unpaved surfaces to and from compressor stations were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27. Fugitive dust road emissions per station (visited) were calculated using the mitigated emissions factor (*EF_mitigated*) from Equation 27, along with the annual vehicle miles traveled per compressor station. This is shown in Equation 49.

$$E_{fleet,traffic, i} = \frac{EF_{mitigated} \times VMT}{2000}$$   Equation (49)

where:

$E_{fleet,traffic, i}$ is the traffic fugitive dust emissions for pollutant i per station [ton/station]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

*VMT* is the annual miles travelled for maintenance compressor station [miles/station]

*2000* is the mass conversion [lb/ton]

2.2.1.2.12.1   Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for compressor station maintenance traffic were propagated with the "total number of compressor stations" according to Equation 50:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic, i} \times S_{CS}$$   Equation (50)

where:

$E_{fleet,TOTAL, i}$ are annual fugitive dust emissions of pollutant i from compressor station maintenance traffic [ton/yr]

$E_{fleet,traffic, i}$ is the emissions of pollutant i per station for the fleet [ton/station]

$S_{CS}$ is the scaling surrogate for the source category [number of active compressor stations per year]

*2.2.1.2.13 Condensate Tanks Flashing*

Condensate tank emissions were calculated differently for conventional oil and gas developments and for shale gas developments.

BLM_0001968

January 2013



### 2.2.1.2.13.1 Emissions estimates for conventional and coalbed natural gas developments

UFO Planning Area-wide wellsite condensate tank emissions were obtained from the CDPHE APENS database in the 2008 WestJump Piceance Basin Inventory for non-midstream sources. $CO_2$ and $CH_4$ emissions were then calculated using the weight fraction ratios from local flash gas composition analyses, as shown in Equations 51 and 52.

$$E_{tanks,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}}$$
Equation (51)

$$E_{tanks,CO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}}$$
Equation (52)

where:

$E_{tanks,VOC}$ is the total annual condensate tanks emissions from APENS database [tons/yr]
$E_{tanks,CO2}$ is the total condensate tank $CO_2$ emissions [tons/yr]
$E_{tanks,CH4}$ is the total condensate $CH_4$ emissions [tons/yr]
*Weight fractions* of each pollutant in flash gas

### 2.2.1.2.13.2 Emissions estimates for shale gas developments

An uncontrolled VOC emissions factor applicable to Garfield, Mesa, Rio Blanco, and Moffat Counties (CDPHE, 2011) was used to estimate emissions for condensate tanks in shale gas developments on a per barrel basis. The published emissions factor was 10 lbs VOC/bbl [0.005 tons/bbl]. This was multiplied by the annual condensate production from shale gas wells to propagate emissions to the Planning Area level for each year. Similar to the methodology for conventional oil and gas sources, $CO_2$ and $CH_4$ emissions were then calculated using the weight fraction ratios from local flash gas composition analyses using Equations 51 and 52.

### 2.2.1.2.14 Loading Emissions from Condensate Tanks

This section describes emissions from truck loading of condensate from tanks. The loading loss rate is estimated following Equation 53:

$$L = 12.46 \times \left( \frac{S \times V \times M}{T} \right)$$
Equation (53)

where:

$L$ is the loading loss rate [lb/1000gal]
$S$ is the saturation factor taken from AP-42 default values based on operating mode. The operating mode for loading assumed was submerged loading: dedicated normal service.
$V$ is the true vapor pressure of the liquid loaded [psia]
$M$ is the molecular weight of the vapor [lb/lb-mole]
$T$ is the temperature of the bulk liquid [°R], T=540 R

VOC tank loading emissions are then estimated by Equation 54:

$$E_{loading,\ VOC} = L \times Y_{voc} \times \frac{42}{2000}$$
Equation (54)

BLM_0001969

January 2013



where:

    $E_{loading}$ are the VOC tank loading emissions [ton/bbl]
    $L$ is the loading loss rate [lb/1000gal]
    $Y_{VOC}$ is the weight fraction of VOC in the vapor in the liquid loaded
    $42$ is a unit conversion [gal/bbl]
    $2000$ is a unit conversion [lbs/ton]

$CO_2$ and $CH_4$ emissions are calculated based on Equations 55-56:

$$E_{loading,CH4} = E_{loading,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}} \qquad \text{Equation (55)}$$

$$E_{loading,CO2} = E_{loading,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}} \qquad \text{Equation (56)}$$

where:

    $E_{loading,CO2}$ is the total loading $CO_2$ emissions per barrel of liquid [ton/bbl]
    $E_{loading CH4}$ is the total loading $CH_4$ emissions per barrel of liquid [ton/bbl]
    *Weight fractions* of each pollutant in the vapor losses from the liquid loaded

### 2.2.1.2.14.1    Area-Wide Annual Emissions from Source Category

Annual emissions per pollutant i from condensate loading were scaled by annual condensate production per Equation 57:

$$E_{tank\ loadout,\ i} = E_{loading,\ i} \times S_{bbl\ condensate} \qquad \text{Equation (57)}$$

where:

    $E_{tank\ loadout,\ i}$ is the total condensate loading emissions for pollutant i from tank load-out [ton/yr]
    $E_{loading,\ i}$ is the condensate loading emissions for pollutant i from per barrel [ton/bbl]
    $S_{bbl\ condensate}$ is the total annual of barrels condensate [bbl/yr]

### *2.2.1.2.15 Condensate and Water Hauling Traffic Exhaust*

This section describes the estimation of exhaust emissions from heavy-duty vehicles (haul trucks) used for produced condensate hauling from the well site. Condensate hauling exhaust emissions are estimated with the same methodology (Equations 58a and 59a) for conventional and shale gas developments. Emission factors were developed using the MOVES2010a model (EPA, 2010). The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado. MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes. The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). The total round trip distance for each hauling trip was provided by operator. It was assumed a hauling volume of condensate per truck of 200 barrels, hence the number of round trips per barrel was estimated (1/200).

---

BLM_0001970

January 2013



Exhaust emissions for condensate hauling fleet were estimated as shown in Equation 58a.

$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$  Equation (58a)

where:

$E_{fleet,traffic,\ i}$ is the hauling traffic exhaust emissions for pollutant i per barrel [ton/bbl]
$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]
$N_{trips}$ is the annual number of round trips per barrel [trips/bbl]. N=1/200
$D$ is the round trip distance [miles/trip]
$907185$ is the mass conversion [g/ton]

### 2.2.1.2.15.1    Area-Wide Annual Emissions from Condensate Hauling
Annual emissions for the condensate hauling fleet were propagated with the annual condensate production according to Equation 59a:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,,\ i} \times S_{bbl,condensate}$$  Equation (59a)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from condensate hauling traffic [ton/yr]
$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per barrel for the hauling fleet [ton/bbl]
$S_{bbl,condensate}$ is the scaling surrogate for the source category [barrels of condensate produced per year]

### 2.2.1.2.15.2    Water hauling exhaust emissions for conventional oil and gas
COGCC data from 2008 to 2011 indicated that produced water from active wells is approximately 16 times as much as condensate production.  It was assumed that the produced water truck capacity (volume) is 100 bbl and that all water was hauled out. Thus, the number of water haul trips is 32 times the number of condensate haul trips.  Therefore, area-wide exhaust emissions from water hauling traffic were estimated to be 32 times larger than area-wide exhaust emissions from condensate hauling.

### 2.2.1.2.15.3    Water hauling exhaust emissions for shale gas developments
Water usage in shale gas developments is more significant than in conventional plays as large quantities of water are needed for hydraulic fracturing during initial completions and recompletions.  This water is later produced with the gas. COGCC data from 2011 indicates that about 4 barrels of water are produced per 100 MCF of gas from shale wells.  Assuming that produced water truck capacity is 100 bbl and that all water is hauled out, the number of water hauling trips (round trip) per unit of gas produced was estimated as follows:

$$No.\,of\,trips = \frac{\frac{4\,bbl\,water}{100\,MCF}}{\frac{100\,bbl\,water\,hauled}{trip}} = 0.0004\,trips/MCF$$

Exhaust emissions for water hauling fleet were estimated as shown in Equation 58b:

34

January 2013



$$E_{fleet,traffic,\ i} = \frac{EF_i \times N_{trips} \times D}{907185}$$ Equation (58b)

where:

$E_{fleet,traffic,\ i}$ is the hauling exhaust emissions for pollutant i per MCF gas produced [ton/MCF]

$EF_i$ is the average emission factor of pollutant i for heavy duty vehicles [g/mile]

$N_{trips}$ is the annual number of round trips per MCF of gas produced [trips/MCF]. N=0.0004

$D$ is the round trip distance [miles/trip]

$907185$ is the mass conversion [g/ton]

### 2.2.1.2.15.4    Area-Wide Annual Emissions from Water Hauling (Shale gas)

Annual emissions for the water hauling fleet were propagated with the annual shale gas production according to Equation 59b:

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\ i} \times S_{gas\ production}$$ Equation (59b)

where:

$E_{fleet,TOTAL,\ i}$ are annual emissions of pollutant i from water hauling traffic [ton/yr]

$E_{fleet,traffic,\ i}$ is the emissions of pollutant i per MCF for the hauling fleet [ton/mcf]

$S_{gas\ production}$ is the scaling surrogate for the source category [MCF of gas produced per year]

### *2.2.1.2.16 Fugitive Dust Emissions from Condensate and Water Hauling Traffic*

Road dust emission factors for heavy duty vehicles traveling on unpaved surfaces for condensate hauling were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27. Fugitive dust road emissions per barrel of condensate were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 27. This is shown in Equation 60.

$$E_{fleet,traffic,\ i} = \frac{EF_{mitigated} \times D \times N_{trips}}{2000}$$ Equation (60)

where:

$E_{fleet,traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per barrel of condensate [ton/bbl]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per barrel of condensate hauled [trips/bbl]

$D$ is the round trip distance per hauling trip [miles/trip]

$2000$ is the mass conversion [lb/ton]

### 2.2.1.2.16.1    Area-Wide Annual Emissions from Source Category

Annual fugitive dust emissions for condensate hauling were propagated with the annual condensate production according to Equation 61:

BLM_0001972

January 2013                                          

$$E_{fleet,TOTAL,i} = E_{fleet,traffic,\;i} \times S_{bbl,condensate}$$   Equation (61)

where:

$E_{fleet,TOTAL,\,i}$ are annual fugitive dust emissions of pollutant i from condensate hauling traffic [ton/yr]

$E_{fleet,traffic,\;i}$ is the dust emissions of pollutant i per barrel for the hauling fleet [ton/bbl]

$S_{bbl,condensate}$ is the scaling surrogate for the source category [barrels of condensate produced per year]

### 2.2.1.2.16.2    Water hauling fugitive dust emissions for conventional oil and gas sources

As explained above, it was assumed that area-wide fugitive dust emissions from water hauling traffic will be 32 times larger than area-wide fugitive dust emissions from condensate hauling.

### 2.2.1.2.16.3    Water hauling fugitive dust emissions for shale gas sources

Road dust emission factors for heavy duty vehicles traveling on unpaved surfaces for water hauling were estimated with the same methodology as in Section 2.2.1.2.6 using Equations 26 and 27.  Fugitive dust road emissions were calculated using the mitigated emissions factors ($EF_{mitigated}$) in pounds per mile from Equation 27.  First, emissions on a per unit of gas produced basis were estimated using Equation 58b, and the number of trips for water hauling (in shale developments) estimated in Section 2.2.1.2.15.  Secondly, area-wide emissions were propagated by multiplying the fugitive emissions from water hauling with the annual gas production from shale, as shown in Equation 59b.

### *2.2.1.2.17 Heaters*

This section describes the methodology for estimating emissions from tank heaters and separator heaters.  Heater emissions are a function of the properties of the local produced gas used as a fuel.  Emissions factors for external combustion of natural gas were obtained from AP-42 Section 1.4 Natural Gas Combustion (USEPA, 1995a). Emissions per well from tank heaters and separator heaters can be estimated individually using Equation 62.

$$E_{heater,i} = N_{heaters} \times \frac{EF_i \times Q_{heater} \times t_{annual}}{\left(HV_{local} \times 2000\right)}$$   Equation (62)

where:

$E_{heater,i}$ is the per well emissions for pollutant from a given heater [ton/well-yr]

$EF_i$ is the heater emission factor for a given pollutant i [lb/MM SCF]

$Q_{heater}$ is the heater MMBTU/hr rating [MMBTU$_{rated}$/hr]

$HV_{local}$ is the local natural gas heating value [BTU$_{local}$/SCF]

$t_{annual}$ is the annual hours of operation [hr/yr]

$N_{heaters}$ is the number of heaters per well [1/well]. N=1

### 2.2.1.2.17.1    Area-Wide Annual Emissions from Source Category

Annual emissions for tank heaters and separator heaters are estimated with Equation 63 using the scaling surrogate active wells.

BLM_0001973

January 2013



$$E_{heater,TOTAL,i} = E_{heater,i} \times W_{TOTAL}$$   Equation (63)

where:
$E_{heater,TOTAL}$ is the total emissions of pollutant i for a given heater type in the Project [ton/yr]
$E_{heater}$ is the per well annual emissions from a given heater type for pollutant i [ton/well-yr]
$W_{TOTAL}$ is the total number of wells for a particular year [wells]

### 2.2.1.2.18 Dehydrator Emissions

This section describes the methodology to estimate emissions from dehydrator still vents. Grand Junction Field Office oil and gas emission inventory (ENVIRON, 2012) VOC, $CH_4$, and $CO_2$ emissions per unit of production for conventional and CBNG wells were applied to conventional and CBNG gas production in the UFO Planning Area.

$$E_{dehyTOTAL,i,j} = EF_{dehy,i} \times S_{gas\ production,j}$$   Equation (64)

where:
$E_{dehy,TOTAL,,i,j}$ are the total area-wide emissions from conventional and CBNG well dehydrators for pollutant i in year j [tons/yr]
$EF_{dehy,i}$ is the conventional and CBNG well dehydrator emissions rate from ENVIRON (2012) [tons/MCF/yr]
$S_{gas\ production}$ is the annual conventional and CBNG gas production in year j [MCF/yr]

#### 2.2.1.2.18.1    Dehydrators emissions in Shale gas developments

Grand Junction Field Office oil and gas emission inventory (ENVIRON, 2012) VOC, $CH_4$, and $CO_2$ emissions per unit of shale gas production were applied to shale gas production in the UFO Planning Area.

$$E_{dehyTOTAL,i,j} = EF_{dehy,i} \times S_{gas\ production,j}$$   Equation (65)

where:
$E_{dehy,TOTAL,\ i,j}$ are the total area-wide emissions from shale gas well dehydrators for pollutant i in year j [tons/yr]
$EF_{dehy,i}$ is the shale gas well dehydrator emissions rate from ENVIRON (2012) [tons/MCF/yr]
$S_{gas\ production}$ is the annual shale gas production in year j [MCF/yr]

### 2.2.1.2.19 Well Completion Flaring

This section describes the methodology for estimating flaring emissions from completion venting as described in Equation 66. It was assumed the efficiency of the flare was 95 percent.

$$E_{flare,completion} = \left( \frac{EF_i \times Q_{completion} \times F_{flared} \times HV}{1000} \right) \Big/ 2000$$   Equation (66)

BLM_0001974

January 2013



where:

> $E_{flare,completion}$ is the area-wide flaring emissions of pollutant i for well completions [ton/event]
> $EF_i$ is the flaring emissions factor for pollutant $i$ [lb/MMBtu]
> $Q_{completion}$ is the volume of gas generated per completion [MCF/event]
> $HV$ is the local heating value of the gas [BTU/SCF]
> $F_{flared}$ is the fraction of well completions with flares

### 2.2.1.2.19.1    Extrapolation to Area-Wide Annual Emissions

Annual area-wide flaring emissions for well completions are scaled-up using the total number of spuds per year as shown in Equation 67:

$$E_{heater,TOTAL,i} = E_{heater,i} \times S_{TOTAL}$$

Equation (67)

where:

> $E_{heater,TOTAL}$ is the annual emissions from well completion flaring for pollutant i [ [ton/yr]
> $E_{heater}$ is the emissions from well completion flaring for pollutant i per event [ton/event]
> $S_{TOTAL}$ is the total number of spuds for a particular year [spuds]. The number of well completions is assumed equal to the spuds count for the year.

### 2.2.1.2.20 Other Flaring

This section describes flaring emissions for source categories that are controlled by flare under certain scenarios. This applies to dehydrator vents, condensate tanks flashing, and pneumatic pumps. VOC vented emissions (in tons) are converted to volume using Equation 68 and the VOC fraction of the gas.

$$V_{flared,source} = \frac{E_{voc,\ source}}{f_{voc}} \times \frac{R \times T \times 3.5 \times 10^{-5} \times}{MW_{gas} \times P} \times F_{flared} \times 907.185$$

Equation (68)

where

> $V_{flared,source}$ is the flaring volume from a venting source in units of: [MMSCF/well-yr] for pneumatic pumps.   [MMSCF/yr] for condensate tanks, and [MMSCF/yr] for dehydrator vents
> $E_{VOC,source}$ is the VOC mass emissions from a venting source: [tons/well-yr] for pneumatic pumps.   [tons/yr] for condensate tanks, and [tons/yr] for dehydrator vents
> $P$ is atmospheric pressure [1 atm]
> $R$ is the universal gas constant [0.082 L-atm/mol-K]
> $MW_{gas}$ is the molecular weight of the gas [g/mol]
> $T$ is the atmospheric temperature [298 K]
> $f_{voc}$ is the mass fraction of VOCs in the vented gas
> $F_{flared}$ is the fraction of the gas that is flared. Assumed 100%

The mass VOC emissions term in Equation 68 is obtained through emission estimates described in the preceding sections for dehydrators, condensate tanks, and pneumatic pumps.

BLM_0001975

January 2013                                           ENVIRON

### 2.2.1.2.21 Midstream sources

2.2.1.2.21.1    Conventional and Coalbed Methane Sources

UFO Planning Area emissions from midstream sources were obtained from the CDPHE APENS database used in the 2008 WestJumpAQMS Piceance Basin Inventory.

Midstream sources emissions were designated as BLM or non-BLM sources based on facility land ownership and were divided into the following categories based on SCC designation:

- Compressor Engines
- Glycol Dehydrator
- Natural Gas Processing Facilities, Gas Sweeting: Amine Process
- Condensate Tanks
- Natural Gas Processing Facilities, Flanges and Connections
- Natural Gas Production, Incinerators Burning Waste Gas or Augmented Waste Gas

Annual 2008 emissions were available for pollutants VOCs, CO, $NO_X$, $PM_{10}$ and $SO_2$ in tons per year.  Emissions for $CH_4$ and $CO_2$ were calculated using the vented gas speciation according to Equations 69 and 70 for the following sources.

- Glycol Dehydrator
- Natural Gas Processing Facilities, Gas Sweeting: Amine Process
- Condensate Tanks
- Natural Gas Processing Facilities, Flanges and Connections

$$E_{source,CH4} = E_{tanks,VOC} \times \frac{weight\ fraction_{CH4}}{weight\ fraction_{VOC}} \qquad \text{Equation (69)}$$

$$E_{sourceCO2} = E_{tanks,VOC} \times \frac{weight\ fraction_{CO2}}{weight\ fraction_{VOC}} \qquad \text{Equation (70)}$$

where:

$E_{source,VOC}$ is the total annual emissions from APENS database *a source* [tons/yr]

$E_{source,CO2}$ is the total $CO_2$ emissions from *a source* [tons/yr]

$E_{source,CH4}$ is the total $CH_4$ emissions from *a source* [tons/yr]

*Weight fractions* of each pollutant in the vented gas

For combustion sources such as compressor engines, process heaters and flares, emissions for $CH_4$, $N_2O$ and $CO_2$ were estimated using the ratios of each greenhouse gas to VOC of emissions factors from AP-42.

Emissions in future years were estimated by multiplying 2008 emissions by the ratio of gas production in a given future year to gas production in 2008.

BLM_0001976

January 2013 

#### 2.2.1.2.21.2   Shale Gas

Midstream emissions for shale gas wells were estimated based on the assumption of compression requirements per unit of gas produced of 120 hp/MMSCFd and 60 hp/MMSCFd for gathering and treating compression respectively. Midstream compressor engine emission rates were applied to the horsepower estimates from applicable CDPHE and NSPS standards for $NO_X$, VOC, and CO, and from AP-42 estimates for other pollutants.

Midstream emissions of $NO_X$, VOC, CO, $PM_{10}$, $PM_{2.5}$, and $SO_2$ from sources other than compressor engines were estimated based on 2008 APENS conventional and coalbed methane well emissions. The 2008 APENS midstream emissions that were not compressor engines were divided by 2008 annual gas production to obtain non-compressor engine midstream emissions on a per unit of gas production basis. The midstream emissions on a per unit of gas production basis were then multiplied by the shale gas production estimates to obtain Planning Area-wide midstream emissions from shale gas sources. GHG emissions for all midstream sources except compressor engines were then estimated based on shale gas composition or AP-42 emission rates similar to conventional midstream sources as described above.

### 2.2.2   Non-Oil and Gas Sources

The methodologies implemented to estimate base year and future year emissions by alternative from non-oil and gas sources are explained in this section. More detailed assumptions, emission factors, and emission estimates by source category are described in Appendices C.

#### 2.2.2.1   Coal Mining

Annual base year emissions from coal mining were estimated for the Somerset Coal Fields based on existing emission estimates for the operation of producing mines, Bowie #2 (BLM, 2012c), West Elk (BLM, 2012d), and Elk Creek (BLM, 2012f), as well as exploration and construction emissions from the Oak Mesa Project (BLM, 2012e). Emissions were not estimated for the New Horizon Mine which is not subject to BLM review. Based on the *Coal Resource and Development Potential Report* (BLM, 2010), which indicated that Somerset Coal Field production is likely to remain stable at recent levels into the future, emissions for all future years for all scenarios were set equal to base year emissions.

#### 2.2.2.2   Uranium Mining

Annual emissions from uranium mining were estimated according to the number of mines constructed and/or producing in a given year combined with estimates of emissions per mine from discrete emission producing activities: wind erosion, fugitive dust, heavy equipment, and on-road vehicles. Activity inputs such as the equipment and vehicle operations, tons of material processed, and disturbed area were taken primarily from the Whirlwind Mine EA (BLM, 2008). The estimated number of uranium mines in operation is shown in Table 2-12.

BLM_0001977

January 2013



**Table 2-12.   Schedule of uranium mines in production.**

| Year | Uranium Mining Facilities, All Alternatives |
|------|--------------------------------------------|
| 2008-2012 | 0 |
| 2013 | 1 |
| 2014 | 3 |
| 2015 | 5 |
| 2016 | 7 |
| 2017 | 9 |
| 2018 | 10 |
| 2019 | 11 |
| 2020 | 12 |
| 2021 | 13 |
| 2022 | 14 |
| 2023 | 15 |
| 2024 | 16 |
| 2025 | 17 |
| 2026 | 18 |
| 2027 | 19 |
| 2028 | 20 |
| 2029 | 20 |
| 2030 | 20 |

### 2.2.2.2.1   Wind Erosion

Wind erosion dust emissions were estimated based on AP-42 guidance for the estimation of emissions from industrial wind erosion (USEPA, 2006b) based on Equation 71:

$$E_{dust,i} = \frac{k \times P \times M \times N}{907,185}$$
Equation (71)

where:

$E_{dust,\,i}$ are dust emissions for pollutant i from construction wind erosion [ton/mine]
$k$ is the particle size multiplies [0.5 for PM$_{10}$ and 0.075 from PM$_{2.5}$]
$P$ is the erosion potential [g/m$^2$]
$M$ is the number of disturbed acres [m$^2$/pad]
$N$ is the number of disturbances
$907,185$ is a mass unit conversion [g/ton]

The erosions potential is a function of the wind friction velocity, as shown in Equation 72 and 73:

$$P = 58 \times (u* - u_t)^2 + 25(u* - u_t)$$
Equation (72)

where:
$u*$ is the friction velocity (m/s)
$u_t$ is the threshold friction velocity (m/s)

41

January 2013



$$P = 0 \qquad for \qquad (u* \leq u_t) \qquad\qquad \text{Equation (73)}$$

Friction velocity estimates (u*) were made by multiplying the average annual fastest wind speed from Uncompahgre, Colorado from 1947 to 1979 by 0.053 per AP-42 guidance (USEPA, 2006b).

### 2.2.2.2.2   Fugitive Dust

Fugitive dust emissions from ventilation and surface facilities were taken from Whirlwind Mine Environmental Assessment (BLM, 2008) permit not-to-exceed values.

### 2.2.2.2.3   Heavy Equipment

This category refers to emissions associated with off-road equipment used in uranium mining. The EPA NONROAD2008a model (USEPA, 2009b) was used to compile emission factors for each equipment type included in surveys.  The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions on per piece of equipment were estimated according to Equation 74:

$$E_{engine,i} = \frac{EF_i \times HP \times LF \times t_{event} \times n}{907{,}185} \qquad\qquad \text{Equation (74)}$$

where:
  $E_{engine}$ are emissions of pollutant $i$ [ton/equipment]
  $EF_i$ is the emissions factor of pollutant $i$ [g/hp-hr]
  $HP$ is the horsepower [hp]
  $LF$ is the load factor
  $t_{event}$ is the number of hours the engine is used  [hr/pad]
  $907{,}185$ is the mass unit conversion [g/ton]

### 2.2.2.2.4   On-road Vehicles - Exhaust

This category refers to the exhaust and road dust emissions from light-duty and heavy-duty vehicle traffic used in uranium mining.

Emission factors were developed using the MOVES2010a model (USEPA, 2010). The emission factors were prepared for two vehicle classes, Semi-Trucks (Heavy Duty) and Pick-up Trucks (Light Duty), and represent annual average per-mile emissions in 2008 for Mesa County, Colorado.  MOVES2010a emissions factors were modeled to include exhaust running, idle and start, brake wear, and tire wear, and evaporative processes.  The $N_2O$ emission factor was obtained from 2012 Climate Registry Default Emission Factors (TCR, 2012). Emissions were calculated using the MOVES2010a emission factors on a grams per mile basis, as shown in Equation 75.

$$E_{traffic, \ i} = \frac{EF_i \times N_{trips} \times D}{907185} \qquad\qquad \text{Equation (75)}$$

---

BLM_0001979

January 2013



where:

$E_{traffic,\ i}$ is traffic exhaust emissions for pollutant i per well pad [ton/pad]

$EF_i$ is the average emission factor of pollutant i [g/mile]. For exhaust emissions, $EF_i$ = MOVES emission factors.

$N_{trips}$ is the annual number of round trips per activity [trips/pad]

$D$ is the round trip distance [miles/trip]

*907185* is the mass conversion [g/ton]

*2.2.2.2.5  On-road Vehicles - Road Dust*

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 76.

$$EF_i = k \left(\frac{s}{12}\right)^a \left(\frac{W}{3}\right)^b$$

Equation (76)

where:

*EF* is the size-specific particulate emissions factor for pollutant i (lb/mile)

*s* is the surface material silt content (%)

*W* is the mean vehicle weight (tons)

*k, a, b* are empirical constants according to Table 2-8.

Because the emissions factor is a function of vehicle weight, individual emissions factors for heavy duty vehicles and light duty vehicles were derived with Equation 76.  To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 77 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$

Equation (77)

where:

$EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]

$EF_i$ is the size-specific emission factor [lb/mile]

*P* is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)

*CE* is the control efficiency for watering in unpaved roads

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 77, along with the vehicle miles traveled for each vehicle group as shown in Equation 78.

$$E_{traffic,\ i} = \frac{EF_{mitigated} \times N_{trips} \times D}{2000}$$

Equation (78)

43



where:

$E_{traffic, \, i}$ is the traffic fugitive dust emissions for pollutant i per event  [ton]

$EF_{mitigated}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]

$N_{trips}$ is the annual number of round trips per activity [trips]

$D$ is the round trip distance [miles/trip]

*2000* is the mass conversion [lb/ton]

### 2.2.2.3   Sand and Gravel

Annual emissions from sand and gravel extraction were estimated based on the data provided by BLM UFO personnel on the quantity of sand and gravel material extracted, equipment operation, and vehicle use for sand and gravel extraction.

Wind erosion, heavy equipment, and on-road vehicle exhaust and road dust emissions were estimated with sand and gravel source category activity inputs using the similar methodology to uranium mining as described above.

#### 2.2.2.3.1   Extraction and Processing Fugitive Dust

Fugitive dust emissions associated with sand and gravel extraction were estimated based on AP-42 methodology.  Extraction emissions were estimated using AP-42, Chapter 11.9 methodology and include estimates of emissions from the following processes: scraping, removal of overburden, grading, scraper unloading, batch drop, and truck loading.  AP-42 methodology for estimating emissions from rock crushing (Chapter 11.19) and concrete batching (11.12) were used to estimate processing emissions for the following processes: tertiary crushing, fines crushing, screening, fines screening, conveyor transfer point, truck drop unloading, and batch plant crushed rock transfer.  For all processes except removal of overburden, grading, and batch drop, AP-42 particulate matter emission rates were applied directly to UFO sand and gravel activity.  For removal of overburden, grading, and batch drop standard AP-42 equations were used to estimate particulate matter emissions.

### 2.2.2.4   Vegetation – Prescribed Fire and Mechanical Treatment

Annual emissions from prescribed fires and mechanical treatments were estimated based on the data provided by BLM UFO personnel on the heavy equipment operation and vehicle use during prescribed fires and mechanical treatments as well as recent estimates of prescribed fire acreage burned.  BLM UFO Personnel estimated that prescribed burning activities would remain similar to the base year for Alternative A, increase by 40% from the base year for Alternative B, decrease by 20% from the base year for Alternative C, and increase from the base year by 25% for Alternative D.  BLM UFO Personnel estimated that mechanical treatment activities would remain similar to the base year for Alternative A, decrease by 20% from the base year for Alternative B, increase by 50% from the base year for Alternative C, and increase from the base year by 20% for Alternative D.  Estimates of changes in prescribed burning and mechanical treatment activity are based on stated objectives by alternative in the draft RMP for wildlife species management, vegetation mosaic objectives, and Wildland Urban Interface.

BLM_0001981



Heavy equipment and on-road vehicle exhaust emissions were estimated with prescribed fire and mechanical treatment source category activity inputs using the similar methodology to uranium mining as described above.

### 2.2.2.4.1  SMOKE

Smoke emissions from prescribed fires were estimated by applying the annual estimate of acreage burned to a tons/acre burned emission factor.  The tons/acre burned emission factor was derived estimated based on average emission rates from prescribed fires in the Western Governor's Association/Western Regional Air Partnership 2002 Fire Emission Inventory (WRAP, 2005).

### 2.2.2.4.2  Fugitive Dust from Heavy Equipment

Fugitive dust emissions from heavy equipment were estimated based on AP-42 Chapter 13 Section 13.2.3 guidance for estimating emissions from Heavy Construction Operations (USEPA, 1995a).  A construction fugitive dust emission factor for total suspended particles (TSP) is available in the AP-42 guidance (1.2 tons-TSP/acre/month of activity).

Total suspended particle emissions from wellpad construction equipment on a per wellpad basis are estimated based on Equation 79:

$$E_{equip.dust,TSP} = EF \times A \times t \times \frac{(1-C)}{30}$$

Equation (79)

where:
   $E_{equip,dust,TSP}$ is the TSP emissions from construction equipment fugitive dust [tons]
   $EF$ is the construction fugitive dust emission factor [tons/acre/month]
   $A$ is the average number of acres disturbed annually [acres]
   $t$ is the number of days to completion [days]
   $C$ is the control efficiency for watering
   $30$ is the conversion factor for days/month

Conversion factors for TSP to particulate matter $PM_{10}$ (EPA, 2006b) and from $PM_{10}$ to $PM_{2.5}$ (Midwest Research Institute, 2006) were used to estimate other fugitive dust pollutant emissions ($PM_{10}$ and $PM_{2.5}$).

### 2.2.2.4.3  On-road Vehicle Road Dust

Fugitive dust emissions from vehicle travel on unpaved roads were estimated based on the AP-42 technical guidance Section 13.2.2.1 Unpaved Roads (USEPA, 2006a).  Road dust emission factors for vehicles traveling on unpaved surfaces at industrial sites can be estimated with Equation 80.

$$EF_i = \frac{k\left(\frac{s}{12}\right)^a \left(\frac{S}{30}\right)^b}{\left(\frac{M}{0.5}\right)^c} - C$$

Equation (80)

BLM_0001982

January 2013



where:

    $EF$ is the size-specific particulate emissions factor for pollutant i (lb/mile)
    $s$ is the surface material silt content (%)
    $S$ is the mean vehicle speed (mi/hr)
    $M$ is the surface material moisture content (%)
    $k, a, b$ are empirical constants
    $C$ is the emission factor for 1980's vehicle fleet exhaust, brake wear, and tire wear (lb/VMT)

To account for natural mitigation of road dust emissions due to annual precipitation and from watering control, Equation 81 was applied:

$$EF_{mitigated} = EF_i \times \frac{365-P}{365} \times \frac{100-CE}{100}$$
        Equation (81)

where:

    $EF_{mitigated}$ is the annual average emission factor for uncontrolled conditions including natural mitigation [lb/mile]
    $EF_i$ is the size-specific emission factor [lb/mile]
    $P$ is number of precipitation days (>0.01" rainfall) at the site (Precipitation days at Uncompahgre Walker, CO; from Western Regional Climate Center. Mean data 1990-2010)
    $CE$ is the control efficiency for watering in unpaved roads

Fugitive dust road emissions were calculated using the mitigated emissions factor ($EF_{mitigated}$) from Equation 81, along with the vehicle miles traveled for each vehicle group as shown in Equation 82:

$$E_{traffic,\ i} = \frac{EF_{mitigated,i} \times N_{trips} \times D}{2000}$$
        Equation (82)

where:

    $E_{traffic,\ i}$ is the traffic fugitive dust emissions for pollutant i per event [ton]
    $EF_{mitigated,i}$ is the average emission factor of pollutant i for fugitive dust emissions [lb/mile]
    $N_{trips}$ is the annual number of round trips per activity [trips]
    $D$ is the round trip distance [miles/trip]
    $2000$ is the mass conversion [lb/ton]

### 2.2.2.5   Comprehensive Travel and Transportation Management

Annual emissions from Travel and Transportation Management were estimated for off-road recreational vehicles based on annual estimates of activity by recreational equipment type (ATV, motorcycle, or snowmobile). Annual activity estimates were calculated based on the number of annual visitors per year using each recreational equipment type combined with estimates of activity per visit (14 miles per visit for ATVs and motorcycles and 4 hours per visit

BLM_0001983

January 2013



for snowmobiles). BLM UFO personnel also provided estimates of activity for heavy equipment used in road maintenance operations.

Heavy equipment emissions were estimated with Travel and Transportation Management activity using the similar methodology to uranium mining as described above. Recreational vehicle road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment activities.

### 2.2.2.5.1 Recreational Vehicles

This category refers to emissions associated with off-road motorcycles and all-terrain vehicles (ATVs). The EPA NONROAD2008a model (USEPA, 2009b) was used to estimate emission rates on a grams per mile basis for motorcycle and ATV use and on a grams per hour basis for snowmobile use within the UFO Planning Area. The $N_2O$ emissions factor was obtained from the 2009 API O&G GHG Methodologies Compendium, Tables 4-13 and 4-17 (API, 2009).

Emissions were estimated according to Equation 83:

$$E_{vehicle\ type,i} = \frac{EF_i \times A}{907,185}$$
Equation (83)

where:
$E_{vehicle\ type}$ are emissions of pollutant $i$ for motorcycles or ATVs [ton]
$EF_i$ is the emissions factor of pollutant $i$ [g/mi or g/hr]
$A$ is the number of miles travelled annually by motorcycles or ATVs [mi] or the number of hours of annual use for snowmobiles [hr]
$907,185$ is the mass unit conversion [g/ton]

## 2.2.2.6   Livestock Grazing

Annual emissions from livestock grazing and associated activities were estimated based on the data provided by BLM UFO personnel on the number of animals in the UFO Planning Area for the base year and for the future year for each alternative as well as information about the annual frequency, type, and duration of livestock associated construction projects.

Wind erosion, heavy equipment, and on-road vehicle exhaust emissions were estimated with livestock grazing associated activity using the similar methodology to uranium mining as described above. Road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment described above.

### 2.2.2.6.1   Enteric Fermentation

Enteric fermentation emissions were estimated by applying the IPCC (2006) $CH_4$ emission rate per animal to the number of animals in the UFO Planning Area.

## 2.2.2.7   Lands and Realty – Rights-of-Way

Annual emissions from land and realty – right-of-way activities were estimated based on the data provided by BLM UFO personnel on the annual frequency and type of projects.

BLM_0001984

January 2013 

Wind erosion, heavy equipment, and on-road vehicle exhaust emissions were estimated with land and realty – right-of-way source category activity inputs using the similar methodology to uranium mining as described above.  Road dust emissions were estimated using methodology similar to road dust from Prescribed Fire and Mechanical Treatment described above.

BLM_0001985



## 3.0 EMISSION INVENTORY RESULTS

In this section, we present emissions plots and tables summarizing the UFO Planning Area emissions.  For more detailed emissions results, see Appendices A, B, and C which show detailed emission estimates.

## 3.1  BLM Action Emissions

Table 3-1 shows BLM action total emissions across all source categories for the base year and for each alternative for Year 10 and Year 20.  Notably, in both Year 10 and Year 20, Alternative B has the lowest emissions except for $SO_2$ and $CO_2$e while Alternative C has the highest emissions across all pollutants.  A comparison of emissions from Alternative A and D indicates that Year 10 $PM_{10}$ and Year 20 $PM_{10}$ and $PM_{2.5}$ emissions are lower in Alternative D relative to Alternative A, but for all other pollutants are higher in Alternative D relative to Alternative A for both future years.  Note that in Table 3-1 we are using the standard convention of reporting criteria pollutant emissions using short tones (tons) but GHG emissions are reported using long (metric) tonnes.

**Table 3-1.     Estimated annual emissions summary BLM actions within the Uncompahgre Field Office planning area.**

| Scenario | Emissions (tons per year) | | | | | | | Emissions (1000 tonnes per year) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | $NO_X$ | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | HAPs | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$e |
| Base Year | 313 | 1,030 | 653 | 759 | 286 | 11 | 45 | 85 | 129 | 0.01 | 2,796 |
| Year 10 | | | | | | | | | | | |
| Alternative A | 1,406 | 2,394 | 2,183 | 1,586 | 555 | 60 | 205 | 371 | 134 | 0.01 | 3,184 |
| Alternative B | 1,279 | 2,324 | 1,956 | 1,474 | 536 | 62 | 197 | 374 | 134 | 0.01 | 3,186 |
| Alternative C | 1,598 | 2,790 | 2,501 | 1,643 | 577 | 70 | 240 | 428 | 135 | 0.01 | 3,260 |
| Alternative D | 1,494 | 2,658 | 2,389 | 1,579 | 570 | 67 | 224 | 407 | 134 | 0.01 | 3,232 |
| Year 20, | | | | | | | | | | | |
| Alternative A | 2,050 | 3,225 | 3,118 | 2,337 | 790 | 107 | 289 | 594 | 138 | 0.01 | 3,489 |
| Alternative B | 1,900 | 3,059 | 2,623 | 2,131 | 760 | 111 | 278 | 601 | 138 | 0.02 | 3,495 |
| Alternative C | 2,344 | 3,759 | 3,289 | 2,388 | 803 | 125 | 338 | 693 | 139 | 0.01 | 3,623 |
| Alternative D | 2,179 | 3,546 | 3,146 | 2,226 | 784 | 120 | 314 | 656 | 139 | 0.02 | 3,574 |

Figures 3-1, 3-2, and 3-3 show BLM action emissions by aggregate source for the base year and for each alternative in Year 10 and Year 20.  86% of base year $NO_X$ emissions are from oil and gas and non-oil and gas minerals while 83% of base year VOC emissions are from oil and gas minerals and other activities.  Non-oil and gas minerals are the dominant source of base year $CO_2$e emissions, accounting for 98% of base year $CO_2$e emissions.  For $NO_X$, VOC, and $CO_2$e, across all source categories and alternatives, emissions increase monotonically from the base year to Year 10 to Year 20.  For Year 10 and Year 20, across all alternatives, oil and gas emissions are the dominant source of VOC emissions.  Oil and gas mineral emissions account for 58% to 69% $NO_X$ emissions for Year 10 and Year 20 across all alternatives with lesser contribution from non-oil and gas minerals of 26% to 39%, and minor contributions of 5% or less from other sources.

BLM_0001986

January 2013





**Figure 3-1.  BLM action NO$_X$ emissions by alternative and source.**



**Figure 3-2.  BLM action VOC emissions by alternative and source.**

BLM_0001987

January 2013





**Figure 3-3.  BLM action CO$_2$e emissions by alternative and source.**

## 3.2   Cumulative Emission Calculations and Emission Summary

Cumulative emissions incorporate all BLM action emissions as well as additional oil and gas development not subject to direct BLM control.  Table 3-2 shows cumulative action emissions for the base year and for each alternative for Year 10 and Year 20.  Alternative A shows the lowest emission for VOC, CO, NO$_X$, SO$_2$, HAPs, and CO$_2$e while Alternative B shows the lowest emissions for PM$_{10}$ and PM$_{2.5}$.  NO$_X$ emissions are lowest for Alternative A in Year 10 and for Alternative B in Year 20.  Alternative C has the highest emissions across all pollutants.

**Table 3-2.     Estimated annual emissions summary cumulative actions within the Uncompahgre Field Office planning area.**

| Scenario | Emissions (tons per year) | | | | | | | Emissions (1000 tonnes per year) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOC | CO | NO$_X$ | PM$_{10}$ | PM$_{2.5}$ | SO$_2$ | HAPs | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$e |
| Base Year | 344 | 1,090 | 722 | 762 | 288 | 12 | 52 | 89 | 129 | 0.01 | 2,801 |
| Year 10 | | | | | | | | | | | |
| Alternative A | 1,470 | 2,471 | 2,266 | 1,595 | 559 | 62 | 216 | 384 | 134 | 0.01 | 3,203 |
| Alternative B | 1,614 | 2,736 | 2,334 | 1,520 | 557 | 77 | 252 | 457 | 135 | 0.01 | 3,303 |
| Alternative C | 1,954 | 3,227 | 2,959 | 1,700 | 603 | 84 | 297 | 511 | 136 | 0.01 | 3,379 |
| Alternative D | 1,849 | 3,095 | 2,847 | 1,636 | 596 | 82 | 281 | 490 | 136 | 0.01 | 3,351 |
| Year 20 | | | | | | | | | | | |
| Alternative A | 2,140 | 3,327 | 3,225 | 2,350 | 796 | 112 | 303 | 616 | 138 | 0.01 | 3,521 |
| Alternative B | 2,420 | 3,641 | 3,098 | 2,201 | 793 | 139 | 358 | 743 | 140 | 0.02 | 3,698 |
| Alternative C | 2,886 | 4,393 | 3,859 | 2,463 | 837 | 152 | 420 | 836 | 142 | 0.02 | 3,828 |
| Alternative D | 2,721 | 4,180 | 3,716 | 2,302 | 818 | 148 | 396 | 800 | 142 | 0.02 | 3,778 |

BLM_0001988

January 2013                                             ENVIRON

Figures 3-4, 3-5, and 3-6 show cumulative action emissions by aggregate source for the base year and each alternative in Year 10 and year 20.  Similar to BLM action emissions, the majority of $NO_X$ emissions in the base year (88%) are from oil and gas and non-oil and gas minerals while a majority of base year VOC emissions (84%) are from oil and gas minerals and other activities.  Non-oil and gas minerals are the dominant source of base year $CO_2e$ emissions, accounting for 98% of base year $CO_2e$ emissions.  In Year 10 and Year 20, VOC emissions are dominated by oil and gas minerals across all alternatives.  Oil and gas minerals is the primary and non-oil and gas minerals the secondary contributor to $NO_X$ emission in Year 10 and year 20.  For $CO_2e$, non-oil and gas minerals is the primary and oil and gas minerals is the secondary contributor in Year 10 and Year 20.



**Figure 3-4.  Cumulative action $NO_X$ emissions by alternative and source.**

BLM_0001989