

MATS will now calculate RRFs using model data located over the center of each Class 1 area, instead of using model data located over the monitor linked to each Class 1 area.

To reflect this change in your analysis, change the **Scenario Name** box to *Tutorial Visibility - Model at Class 1.*

BLM_0002697



Keep all of the other assumptions the same.  At the **Filtering** window, click the **Finish** button.  MATS will generate a new set of results and save them in a file called: *Tutorial Visibility - Model at Class 1.asr*.  You can then view and map your results in the same way as with other results files.

BLM_0002698

# 11   Visibility Analysis: Details

MATS can calculate baseline and future-year visibility levels for the best and worst days for Class I Areas -- these estimates are referred to as *Point Estimates,* as they refer to particular locations.  MATS gives you several options for how to generate these estimates, and keeps track of the choices you make with a Configuration.

When you begin the process of generating visibility estimates, MATS provides an option to start a new Configuration or to open an existing Configuration.



Select your option and then click **Go**.

MATS will then step you through a series of windows with choices for your analysis.

- Choose Desired Output.  Choose whether you want to calculate *Point Estimates* at IMPROVE monitors or at Class I Area centroids and whether to use the old or new version of the IMPROVE visibility equation.
- Data Input**.**  Specify the air modeling and monitoring data that you want to use.  Specify which model grid cells will be used when calculating RRFs at monitor locations.
- Filtering**.**  Choose the years of monitoring data.  Identify valid monitors.

MATS comes with a set of default choices and an example set of input files.  If desired you can use these defaults and skip to the Final Check window and click the **Finish** button to generate your calculations.

## 11.1   Choose Desired Output

In the **Choose Desired Output** window, you specify the Scenario Name that you would like to use, as well as choices regarding how you would like to calculate future year (forecast) visibility levels for Class I Areas.  As discussed in the section on Forecasting Visibility, the forecast calculations have a number of steps.  At the end of this section, there is an example of these calculations.

You may use the "old version" or "new version" of the IMPROVE Equation (IMPROVE, 2006), which MATS uses to translate PM levels (measured in ug/m3) to visibility levels (measured in extinction or deciviews).  You may also choose between using model data at

BLM_0002699

the monitor or model data at the center of the Class I Area.*

By checking the box next to *Automatically extract all selected output files,* MATS will create a separate folder with your chosen Scenario  Name in  the MATS "Output" folder, and then export .CSV files with the results of your analysis. Alternatively, you can export the results from the Output Navigator, but checking this box is a little easier.



---

\* Monitors assigned to represent a Class I Area are generally close to the Class I Area.  However, in some cases, the distance can be substantial.  For example, the YELL2 monitor in Wyoming (44.5653 latitude, -110.4002 longitude) is located more than a degree longitude away from the Red Rocks Lake Class I Area (44.64 latitude, -111.78 longitude).  By default, MATS uses model data at the monitor.

## 11.1.1   Scenario Name

The **Scenario Name** allows you to uniquely identify each analysis that you conduct.  It is used in three ways.

**(1) Results file name**.  The results file is given the **Scenario Name** (e.g., *Tutorial Visibility.asr*).   Note that the extension (.ASR) is specifically designated just for MATS and can only be used by MATS.

**(2) Organize output**.  In the **Output** folder, MATS will generate a folder using the **Scenario Name**.  MATS will use this folder as a default location for files generated with

BLM_0002700

this **Scenario Name**.



**(3) Output file names**.  The output files generated will begin with the **Scenario Name**.

BLM_0002701



## 11.1.2   Forecast Visibility at Class I Areas

MATS provides a forecast of visibility in Class I Areas.  The approach used has the following steps:

- **Identify best & worst visibility monitor days in Base Model Year**.  Use monitored total extinction data from a user-specified year to identify the 20 percent best and 20 percent worst visibility days at each Class I area.  At this stage MATS is using extinction values (measured in inverse megameters).  By the end of this series of calculations, MATS will convert these extinction visibility measures to deciviews.

  Note that you specify the particular year, the **Base Model Year**, from the available monitoring data in the Filtering window.  MATS labels the year of monitoring data as the **Base Model Year**, because this particular year of monitor data matches the baseline model data, specified in the Data Input window.

- **Average best & worst baseline model days**.  Using baseline speciated model data (specified in the **Data Input** window), average the 20 percent best visibility days and then average the 20 percent worst visibility days at each Class I areas (matched with the ambient data).  The model data comes into MATS as speciated values measured in ug/m$^3$.  Average these speciated values.  When done there will be two averages (one "best" the other "worst") for each species and these averages will be ug/m$^3$.

BLM_0002702

- **Average best & worst forecast model days**. Calculate these same averages for the forecast model data (specified in the **Data Input** window). That is, identify the same 20 percent best and 20 percent worst visibility days and then average the speciated model data (measured in ug/m³).\*  When done there will be two averages (one "best" the other "worst") for each species and these averages will be in ug/m³.

- **Calculate RRFs**. Use the speciated (best & worst) averages from the baseline and forecast model data to calculate two RRFs for each species. That is, there will be one RRF for the 20 percent best visibility days and another for the 20 percent worst visibility days at each Class I area. The "best" RRF is simply the ratio of the baseline "best" average (measured in ug/m³) to the control scenario "best" average (measured in ug/m³). The "worst" RRF is calculated in an analogous way. An RRF is unitless and there are two for each species.

- **Identify best & worst visibility days in other monitored years.** Using monitored total extinction, identify the 20 percent best visibility days and the 20 percent worst visibility days from the other available years of monitoring data. The default in MATS is that there should be at least three valid years and one of those years should be the base modeling year (the base meteorological year). (Monitor validity is discussed further in the Valid Visibility Monitors section.)

  Note that the 20 percent best days will occur on a different set of days for each year; similarly, the 20 percent worst days will occur on a different set of days for each year.

- **Multiply RRF with speciated monitor data from each year**. Multiply the species-specific "best" RRF (unitless) with the "best" daily speciated monitor values (measured in ug/m³) from each of the available years. Do analogous calculations for the worst days. When done, there will the original (baseline) monitor values and an analogous set of forecast values (equal to the baseline times the RRF).

  Note that the RRF is based on best/worst days identified from the **Base Model Year**. This same "**Base Model Year**" RRF is used with all of the valid monitor years. For example, if the Base Model Year were 2001, then the RRF developed from 2001 modeling data will be applied to all valid data in the five year ambient base period.

- **Convert ug/m³ values to daily extinction values and sum to get total extinction**. For each day in each valid monitor year (for both the baseline and forecast), use either the New IMPROVE equation or the Old IMPROVE equation to convert ug/m³ values to get daily total  extinction (measured in inverse megameters). After this calculation there will be a set of total extinction values for the best and worst visibility days in each valid year for both the baseline and the forecast.

- **Convert extinction to deciviews**. For each valid year in both the baseline and forecast, convert the best & worst daily averages from extinction (inverse megameters) to deciviews (unitless). The formula for this conversion is as follows:  Deciviews = 10\*ln (extinction/10)

- **Average daily best and worst days**. For each valid year, average the daily deciview

BLM_0002703

values from the 20 percent best visibility days and calculate the same average for the 20 percent worst visibility days.  There will be up to five "best" averages and "worst" total visibility measures (measured in deciviews) for both the baseline and the forecast.

- **Calculate final average**.  Average the valid best/worst yearly visibility measures.  When done there will be one "best" value and one "worst" value, measured in deciviews (unitless), for both the baseline and forecast.

---

* The future days are the same as the base year days.  The identification of the 20 percent best and worst is solely based on the base year ambient data.

### 11.1.2.1   Old IMPROVE Equation

The Old IMPROVE equation is as follows:

bext = 3*f(RH)*AMM_SO4

   + 3*f(RH)*AMM_NO3

   + 4*OMC

   + 10*EC

   + CRUSTAL

   + 0.6*CM

   + RAYLEIGH.

where:

bext = total extinction (measured in inverse megameters)

FRH = term to account for enhancement of light scattering due to hydroscopic growth of suflate and nitrate (unitless)

AMM_SO4 = ammonium sulfate (ug/m$^3$)

AMM_NO3 = ammonium nitrate (ug/m$^3$)

OMC = organic carbon mass (ug/m$^3$) (OC*1.4)

EC = elemental carbon (ug/m$^3$)

CRUSTAL = fine soil (ug/m$^3$)

CM = coarse particulate matter (ug/m$^3$)

RAYLEIGH = Rayleigh scattering.  Accounts for natural scattering of light by gases in the atmosphere.  Assumed to equal 10 inverse megameters at all locations.

**Example Calculation Old IMPROVE Equation**

The first column "bext" presents the calculated value given the following data.

| bext | _ID | LAT | LONG | DATE | FRH | CRUSTAL | AMM_NO3 | OMC | EC | CM | AMM_SO4 |
|------|------|---------|---------|----------|------|---------|---------|------|------|-------|---------|
| 71.04 | ACAD1 | 44.3771 | -68.261 | 20000101 | 3.22 | 0.22 | 1.02 | 2.05 | 1.12 | 2.99 | 3.09 |
| 23.70 | ACAD1 | 44.3771 | -68.261 | 20000105 | 3.22 | 0.12 | 0.11 | 0.38 | 0.07 | 0.89 | 1.01 |
| 34.08 | ACAD1 | 44.3771 | -68.261 | 20000108 | 3.22 | 0.13 | 0.24 | 0.95 | 0.15 | 1.69 | 1.58 |
| 37.86 | ACAD1 | 44.3771 | -68.261 | 20000112 | 3.22 | 0.14 | 0.22 | 0.69 | 0.19 | 4.48 | 1.89 |
| 31.26 | ACAD1 | 44.3771 | -68.261 | 20000115 | 3.22 | 0.16 | 0.19 | 0.72 | 0.19 | 2.65 | 1.33 |
| 39.77 | ACAD1 | 44.3771 | -68.261 | 20000119 | 3.22 | 0.18 | 0.60 | 1.44 | 0.30 | 0.95 | 1.49 |
| 42.24 | ACAD1 | 44.3771 | -68.261 | 20000122 | 3.22 | 0.46 | 0.37 | 0.80 | 0.16 | 15.77 | 1.44 |

## 11.1.2.2   New IMPROVE Equation

The New IMPROVE Equation has a number of additional terms, in relation to the Old IMPROVE equation.  In particular, it takes into account the different effects of small and large sulfate, nitrate, and organic carbon particles.  A separate equation defining small and large is given below.

$$bext = 2.2*f_s(RH)*[SMALL\_AMM\_SO4] + 4.8*f_l(RH)*[LARGE\_AMM\_SO4]$$

$$+ 2.4*f_s(RH)*[SMALL\_AMM\_NO3] + 5.1*f_l(RH)*[LARGE\_AMM\_NO3]$$

$$+ 2.8*[SMALL\_OMC] + 6.1*[LARGE\_OMC]$$

$$+ 10*EC$$

$$+ CRUSTAL$$

$$+ 0.6*CM$$

$$+ SS\_RAYLEIGH$$

$$+ 1.7*f_{ss}(RH)*SEA\_SALT$$

$$+ 0.33*NO2.$$

where:

bext = total extinction (measured in inverse megameters)

$f_s(RH)$ = term to account for enhancement of light scattering due to hydroscopic growth of small ammonium nitrate and ammonium sulfate (unitless)

$f_l(RH)$ = term to account for enhancement of light scattering due to hydroscopic growth of large ammonium nitrate and ammonium sulfate (unitless)

SMALL_AMM_SO4 = small ammonium sulfate (ug/m$^3$)

BLM_0002705

LARGE_AMM_SO4 = large ammonium sulfate (ug/m$^3$)

SMALL_AMM_NO3 = small ammonium nitrate (ug/m$^3$)

LARGE_AMM_NO3 = large ammonium nitrate (ug/m$^3$)

SMALL_OMC = small organic carbon mass (ug/m$^3$) (OC*1.8)

LARGE_OMC = large organic carbon mass (ug/m$^3$) (OC*1.8)

EC = elemental carbon (ug/m$^3$)

CRUSTAL = fine soil (ug/m$^3$)

CM = coarse particulate matter (ug/m$^3$)

SS_RAYLEIGH = Site-specific Rayleigh scattering (inverse megameters)

$f_{ss}$(RH) = term to account for enhancement of light scattering due to hydroscopic growth of sea salt (unitless)

SEA_SALT = Sea salt (ug/m$^3$)

NO2 = Nitrogen dioxide levels (parts per billion). This term is assumed to be zero.

The apportionment of the total concentration of sulfate compounds into the concentrations of the small and large size fractions is accomplished using the following equations:

[Large Sulfate] = [Total Sulfate]/20 ug/m$^3$ x [Total Sulfate], for [Total Sulfate] < 20 ug/m$^3$

[Large Sulfate] = [Total Sulfate], for [Total Sulfate] $\geq$ 20 ug/m$^3$

[Small Sulfate] = [Total Sulfate] - [Large Sulfate]

The same equations are used to apportion total nitrate and total organic mass concentrations into the small and large size fractions.

**Example Calculation New IMPROVE Equation**

The first column "bext" presents the calculated value given the following data.

BLM_0002706

| bext | _ID | LAT | LONG | DATE | FRH | FSRH | FLRH | FSSRH | SS_RAYLEIGH |
|---|---|---|---|---|---|---|---|---|---|
| 71.52 | ACAD1 | 44.3771 | -68.261 | 20000101 | 3.22 | 3.82 | 2.75 | 3.91 | 12 |
| 24.51 | ACAD1 | 44.3771 | -68.261 | 20000105 | 3.22 | 3.82 | 2.75 | 3.91 | 12 |
| 34.45 | ACAD1 | 44.3771 | -68.261 | 20000108 | 3.22 | 3.82 | 2.75 | 3.91 | 12 |
| 38.10 | ACAD1 | 44.3771 | -68.261 | 20000112 | 3.22 | 3.82 | 2.75 | 3.91 | 12 |
| 35.45 | ACAD1 | 44.3771 | -68.261 | 20000115 | 3.22 | 3.82 | 2.75 | 3.91 | 12 |
| 40.22 | ACAD1 | 44.3771 | -68.261 | 20000119 | 3.22 | 3.82 | 2.75 | 3.91 | 12 |
| 43.92 | ACAD1 | 44.3771 | -68.261 | 20000122 | 3.22 | 3.82 | 2.75 | 3.91 | 12 |

| SEA_SALT | CRUSTAL | AMM_NO3 | OMC | EC | PM10 | CM | AMM_SO4 | LARGE_OMC | SMALL_OMC |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0.22 | 1.02 | 2.63 | 1.12 | 11.05 | 2.99 | 3.09 | 0.35 | 2.29 |
| 0 | 0.12 | 0.11 | 0.49 | 0.07 | 2.72 | 0.89 | 1.01 | 0.01 | 0.48 |
| 0 | 0.13 | 0.24 | 1.22 | 0.15 | 4.94 | 1.69 | 1.58 | 0.07 | 1.15 |
| 0 | 0.14 | 0.22 | 0.89 | 0.19 | 7.82 | 4.48 | 1.89 | 0.04 | 0.85 |
| 0.55116 | 0.16 | 0.19 | 0.93 | 0.19 | 5.53 | 2.65 | 1.33 | 0.04 | 0.89 |
| 0 | 0.18 | 0.60 | 1.85 | 0.30 | 5.03 | 0.95 | 1.49 | 0.17 | 1.68 |
| 0.192906 | 0.46 | 0.37 | 1.02 | 0.16 | 19.56 | 15.77 | 1.44 | 0.05 | 0.97 |

| LARGE_AMM_SO4 | SMALL_AMM_SO4 | LARGE_AMM_NO3 | SMALL_AMM_NO3 |
|---|---|---|---|
| 0.48 | 2.61 | 0.05 | 0.97 |
| 0.05 | 0.96 | 0.00 | 0.11 |
| 0.13 | 1.46 | 0.00 | 0.24 |
| 0.18 | 1.71 | 0.00 | 0.22 |
| 0.09 | 1.24 | 0.00 | 0.19 |
| 0.11 | 1.38 | 0.02 | 0.59 |
| 0.10 | 1.34 | 0.01 | 0.37 |

### 11.1.2.3  Choose Model Grid Cell

The model data are used to calculate an RRF for each species for both the best and worst visibility days.  The RRF is the ratio of future-year modeled visibility levels over baseline modeled visibility levels.  When forecasting visibility, MATS allows you to choose whether the RRF will be calculated with model data from the grid cell containing the monitor or the centroid of the Class I Area.

The representative IMPROVE monitor assignments are taken from Appendix A, Table A-2 of "Guidance for Tracking Progress Under the Regional Haze Rule" http://www.epa.gov/ttn/oarpg/t1/memoranda/rh_tpurhr_gd.pdf.  Monitors assigned to represent a Class I Area are generally close to the Class I Area.  However, in some cases, this distance can be substantial.  For example, the YELL2 monitor in Wyoming (44.5653 latitude, -110.4002 longitude) is located more than a degree longitude away from the Red Rocks Lake Class I Area (44.64 latitude, -111.78 longitude).  By default, MATS uses model data at the monitor.

## 11.1.3  Visibility Output Variable Description

MATS generates five output files:

BLM_0002707

- Visibility forecast (average of design values). (Up to) five year average of forecasted and base-year average visibility. When you have specified the option **Use model grid cells at monitor**, name of this file is "Forecasted Visibility Data.csv" with the Scenario Name appended at the beginning (e.g., "Tutorial Visibility - Forecasted Visibility Data. csv"). When you have specified the option **Use model grid cells at Class 1 area centroid**, name of this file changes to "Forecasted Visibility Data for Class 1 Areas.csv" plus the Scenario Name (e.g., "Example Visibility - Forecasted Visibility Data for Class 1 Areas.csv").

- Visibility forecast (all design values). Forecasted and base-year values for individual years. (The forecast is based on The name of this file is "Forecasted Visibility - all design values.csv" plus the Scenario Name (e.g., "Tutorial Visibility - Forecasted Visibility - all design values.csv").

- Class I areas and the monitors. Contains a list of all of the Class I areas and the monitors assigned to each. The name of this file is "Class 1 Area and IMPROVE Monitor Identifiers and Locations.csv" plus the Scenario Name (e.g., "Tutorial Visibility - Class 1 Area and IMPROVE Monitor Identifiers and Locations.csv").

- Base-year model data used. The name of this file is: "Used Model Grid Cells - Base Data.csv" plus the Scenario Name (e.g., "Tutorial Visibility - Used Model Grid Cells - Base Data.csv"). This file contains the base year model values for PM species for the grid cells and days used in the RRF calculations.

- Future-year model data used. The format for this file is the same as for the base-year. The name of this file is: "Used Model Grid Cells - Future Data.csv" plus the Scenario Name (e.g., "Tutorial Visibility - Used Model Grid Cells - Future Data.csv"). This file contains the future year model values for PM species for the grid cells and days used in the RRF calculations.

The following sub-sections describe the variables in each file.

## 11.1.3.1   Forecasted Visibility Data.csv

The table below describes the variables in the output file. Note that the output data includes a large number of variables, so in the sample output below we have divided the variables into two blocks. In a file actually generated by MATS, these two blocks would be combined.

Note also that the variables output by MATS depend on whether you have specified using model data at the monitor or model data at the center of the Class I Area. This is detailed in the description table below.

| Variable | Description |
| --- | --- |
| _id | Site ID |
| _type | Leave blank |
| date | Meteorological modeling year (used to identify the 20% best and worst days from the ambient data) |

BLM_0002708

**Visibility Analysis: Details**

| | |
|---|---|
| dv_best | Forecasted (future year) best visibility [up to five year average] (in deciviews) |
| dv_worst | Forecasted (future year) worst visibility [up to five year average] |
| base_best | Base-year best visibility [up to five year average] |
| base_worst | Base-year worst visibility [up to five year average] |
| rrf_b_crustal | Relative response factor (RRF) for crustal matter on the best visibility days |
| rrf_b_no3 | RRF for nitrate on the best visibility days |
| rrf_b_oc | RRF for organic mass on the best visibility days |
| rrf_b_ec | RRF for elemental carbon on the best visibility days |
| rrf_b_cm | RRF for coarse matter (PM10 minus PM2.5) on the best visibility days |
| rrf_b_so4 | RRF for sulfate on the best visibility days |
| rrf_w_crustal | RRF for crustal matter on the worst visibility days |
| rrf_w_no3 | RRF for nitrate on the worst visibility days |
| rrf_w_oc | RRF for organic mass on the worst visibility days |
| rrf_w_ec | RRF for elemental carbon on the worst visibility days |
| rrf_w_cm | RRF for coarse matter (PM10 minus PM2.5) on the worst visibility days |
| rrf_w_so4 | RRF for sulfate on the worst visibility days |
| monitor_gridcell | Identifier for grid cell closest to monitor. (This variable only appears if you specified the **Use model grid cell at monitor** option.) |
| class_i_gridcell | Identifier for grid cell closest to Class 1 area. (This variable only appears if you specified the **Use model grid cell at Class 1 area centroid** option.) |
| gridcell_lat | Centroid latitude in decimal degrees of grid cell used in calculation. Values in the northern hemisphere are positive, and those in the southern hemisphere are negative. |
| gridcell_long | Centroid longitude in decimal degrees of grid cell used in calculation. Values in the eastern hemisphere are positive, and those in the western hemisphere (e.g., United States) are negative. |
| monitor_lat | Monitor latitude. (This variable only appears if you specified the **Use model grid cell at monitor** option.) |
| class_i_lat | Class 1 area centroid latitude. (This variable only appears if you specified the **Use model grid cell at Class 1 area centroid** option.) |
| monitor_long | Monitor longitude. (This variable only appears if you specified the **Use model grid cell at monitor** option.) |
| class_i_long | Class 1 area centroid longitude. (This variable only appears if you specified the **Use model grid cell at Class 1 area centroid** option.) |

## 11.1.3.2   Forecasted Visibility - all design values.csv

The table below describes the variables in the output file. Note that the variables output by MATS depend on whether you have specified using model data at the monitor or model data at the center of the Class I Area. This is detailed in the description table below.

| Variable | Description |
|---|---|
| _id | Site ID |
| _type | Leave blank |

BLM_0002709

**Visibility Analysis: Details**

| | |
|---|---|
| date | Base year of monitoring data |
| dv_best | Forecasted (future year) best visibility (in deciviews) |
| dv_worst | Forecasted (future year) worst visibility |
| base_best | Base-year best visibility |
| base_worst | Base-year worst visibility |
| monitor_gridcell | Identifier for grid cell closest to monitor.  (This variable only appears if you specified the **Use model grid cell at monitor** option.) |
| class_i_gridcell | Identifier for grid cell closest to Class 1 area.  (This variable only appears if you specified the **Use model grid cell at Class 1 area centroid** option.) |
| gridcell_lat | Centroid latitude in decimal degrees of grid cell used in calculation. Values in the northern hemisphere are positive, and those in the southern hemisphere are negative. |
| gridcell_long | Centroid longitude in decimal degrees of grid cell used in calculation.  Values in the eastern hemisphere are positive, and those in the western hemisphere (e.g., United States) are negative. |
| monitor_lat | Monitor latitude.  (This variable only appears if you specified the **Use model grid cell at monitor** option.) |
| class_i_lat | Class 1 area centroid latitude.  (This variable only appears if you specified the **Use model grid cell at Class 1 area centroid** option.) |
| monitor_long | Monitor longitude.  (This variable only appears if you specified the **Use model grid cell at monitor** option.) |
| class_i_long | Class 1 area centroid longitude.  (This variable only appears if you specified the **Use model grid cell at Class 1 area centroid** option.) |

### 11.1.3.3   Class 1 Area and IMPROVE Monitor Identifiers and Locations.csv

The table below describes the variables in the output file.  Note that the output data includes a number of variables, so in the sample output below we have divided the variables into two blocks.  In a file actually generated by MATS, these two blocks would be combined.

| Variable | Description |
|---|---|
| _id | Class I area site ID |
| _type | Leave blank. |
| _class_i_name | Class 1 area name |
| class_i_state | State of Class 1 area |
| class_i_lat | Latitude in decimal degrees of Class 1 area centroid |
| class_i_long | Longitude in decimal degrees of Class 1 area centroid |
| class_i_gridcell | Identifier of grid cell closest to the Class 1 area centroid |
| date | Meteorological modeling year |
| _monitor_id | IMPROVE site code (either at Class I area or a representative site) |
| monitor_lat | IMPROVE Monitor latitude |
| monitor_long | IMPROVE Monitor longitude |
| monitor_gridcell | Identifier of grid cell closest to the monitor |

BLM_0002710

#### 11.1.3.4   Used Model Grid Cells - Base/Future Data.csv

The table below describes the variables in the output file.

| Variable | Description |
| --- | --- |
| _id | The ID is a unique name for each monitor in a particular location. The default value is the column identifier multiplied by 1000 plus the row.  (This is a character variable.) |
| _type | Leave blank |
| gridcell_lat | Latitude at the grid cell centroid in decimal degrees. Values in the northern hemisphere are positive, and those in the southern hemisphere are negative. |
| gridcell_long | Longitude at the grid cell centroid in decimal degrees.  Values in the eastern hemisphere are positive, and those in the western hemisphere (e.g., United States) are negative. |
| date | Date of daily average model value with YYYYMMDD format (This is a numeric variable) |
| cm | Coarse PM (ug/m3) |
| crustal | Crustal PM |
| so4 | Sulfate PM |
| ec | Elemental Carbon |
| no3 | Nitrate PM |
| oc | Organic carbon PM |
| _visibility_rank | worst = 20% worst days used in rrf calculation; best = 20% best days used in rrf calculation |

## 11.2   Data Input

In the **Data Input** window, you need to specify the monitor data and model data that you want to use.  MATS comes with monitor and model data.  Alternatively, you can add your own, following the monitor and model format described below.  In addition, you need to specify how MATS will evaluate the model data when calculating RRFs.



## 11.2.1   Monitor Data Input

Daily monitor data, with concentration (ug/m3) and visibility (inverse megameters) measures for each species, are available from the VIEWS website http://vista.cira.colostate.edu/views/.*  As described in the Forecasting Visibility section, these monitor data are used to: (1) identify the 20 percent best and worst visibility days for a given year, and (2) calculate the 5-year baseline conditions.

Note that one IMPROVE monitor is associated with each Class I site, and the calculated visibility for the IMPROVE site is assumed to representative of the Class I site.  MATS comes with a default "linkage" database that provides the cross-walk that MATS uses for IMPROVE monitors and Class I Areas.

The tables in the next sub-sections present the old equation and new equation variable names and descriptions downloaded from the VIEWS website and the variable names used in MATS.  The format the data read into MATS is also included.

By default, MATS includes species concentrations (measured in ug/m3) as well as extinction estimates (measured in inverse megameters) and deciview values.  MATS uses the concentration estimates.  In particular, it uses the variables: AMM_SO4, AMM_NO3, OMC, EC, CRUSTAL, and CM.  The variable GOOD_YEAR indicates whether a particular monitor should be used for a given year.  A value of "1" means the monitor can be used, and a value of "0" means that the monitor should be dropped for the year.

BLM_0002712

The variable GROUP identifies the percentile for the overall visibility level for a particular day. A value of "90" means that the particular day is among the 20 percent worst days for the year. A value of "10" means that the particular day is among the 20 percent best days for that year. (Days with other GROUP values are not needed)

There are a number of extra variables in the ambient data input file that are not directly used by MATS (such as extinction values). The additional data can be used to QA MATS output or for additional data analysis.

---

\* The Visibility Information Exchange Web System (VIEWS) is an online exchange of air quality data, research, and ideas designed to understand the effects of air pollution on visibility and to support the Regional Haze Rule enacted by the U.S. Environmental Protection Agency (EPA) to reduce regional haze and improve visibility in national parks and wilderness areas. http://vista.cira.colostate.edu/views/

## 11.2.1.1  Monitor Data Description (Old Equation)

The monitor data for the old IMPROVE algorithm includes a large number of variables, so in the sample format below we have only a portion of the variables listed. The table below has a complete listing of the variables. The variables in **bold** are required variables on the input file. The additional variables are provided for QA purposes and are optional.

**Visibility Monitor Data Format (Old Algorithm)**

```
Day
_ID, _TYPE, LAT, LONG, DATE, FRH, PM25, CRUSTAL, AMM_NO3, OMC, EC, PM10, CM, AM
"ACAD1","",44.3771,-68.261,20000101,3.22,8.0645,0.2171958,1.017423,2.04764,1.11
"ACAD1","",44.3771,-68.261,20000105,3.22,1.8308,0.1202492,0.111198,0.3829,0.067
"ACAD1","",44.3771,-68.261,20000108,3.22,3.2492,0.1289628,0.240972,0.95102,0.14
"ACAD1","",44.3771,-68.261,20000112,3.22,3.3448,0.144354,0.2193,0.69384,0.1866,
"ACAD1","",44.3771,-68.261,20000115,3.22,2.8856,0.1553525,0.187308,0.72184,0.19
"ACAD1","",44.3771,-68.261,20000119,3.22,4.0888,0.1827762,0.604623,1.44088,0.30
"ACAD1","",44.3771,-68.261,20000122,3.22,3.7937,0.4609729,0.372681,0.79506,0.16
"ACAD1","",44.3771,-68.261,20000126,3.22,7.9274,0.1164544,0.807927,1.19252,0.14
```

**Visibility Monitor Data Variables and Descriptions (Old Algorithm) [Variables in bold are required]**

| Variable | Description |
|---|---|
| **_ID** | IMPROVE site code |
| **_TYPE** | Leave blank |
| **LAT** | Latitude in decimal degrees. Values in the northern hemisphere are positive, and those in the southern hemisphere are negative. |
| **LONG** | Longitude in decimal degrees. Values in the eastern hemisphere are positive, and those in the western hemisphere (e.g., United States) are negative. |
| **DATE** | Date of daily average ambient data with YYYYMMDD format (This is a |

BLM_0002713

|  |  |
|---|---|
|  | numeric variable) |
| **FRH** | Monthly climatological relative humidity adjustment factor |
| PM25 | Measured PM2.5 mass (ug/m3) |
| **CRUSTAL** | Crustal mass ( 2.2 × [Al] + 2.49 × [Si] + 1.63 × [Ca] + 2.42 × [Fe] + 1.94 × [Ti]) |
| **AMM_NO3** | Ammonium nitrate mass (NO3*1.29) |
| **OMC** | Organic carbon mass (OC*1.4) |
| **EC** | Elemental carbon |
| PM10 | PM10 mass |
| **CM** | Coarse mass (PM10 minus PM2.5) |
| **AMM_SO4** | Ammonium sulfate (S*4.125) |
| E_AMM_SO4 | Ammonimum sulfate extinction (Mm-1) |
| E_AMM_NO3 | Ammonium nitrate extinction |
| E_OMC | Organic mass extinction |
| E_EC | Elemental carbon extinction |
| E_CRUSTAL | Crustal extinction |
| E_CM | Coarse mass (PM10 minus PM2.5) extinction |
| TBEXT | Total bext (includes 10 Mm-1 for Rayleigh scattering) |
| DV | Deciviews (calculated from Total bext) |
| **GOOD_YEAR** | Denotes complete data for the year (1= all quarters >75% completeness, 0= incomplete) |
| **GROUP** | 90= 20% worst days and 10= 20% best days for each year (if good_year= 1) |
| POSSIBLE_NDAYS | Possible samples in quarter |
| NDAYS | Actual complete samples per quarter |
| COMPLETE_QUARTER | Quarter completeness (1= complete, 0= incomplete) |
| SF | Sulfur concentration (used to calculate ammonium sulfate) |
| SO4F | Sulfate concentration (may be used as a backup in case S is missing) |

**Note**: Character variables have names that begin with an underscore (*i.e.*, "_"), and the character values used can be kept with or without quotes. (If a character variable has an embedded space, such as might occur with the name of a location, then use quotes.)

### 11.2.1.2   Monitor Data Description (New Equation)

The monitor data for the new IMPROVE algorithm includes a large number of variables, so in the sample format below we have only a portion of the variables listed. The table below has a complete listing of the variables. The variables in **bold** are required variables on the input file. The additional variables are provided for QA purposes and are optional. Note that sea salt mass is optional, but is used in the visibility calculations if provided.

**Visibility Monitor Data Format (New Algorithm)**

BLM_0002714

```
Day
_ID,_TYPE,LAT,LONG,DATE,FRH,FSRH,FLRH,FSSRH,SS_RAYLEIGH,SEA_SALT,PM25,CRUSTAL,A
ACAD1,,44.3771,-68.261,20000101,3.22,3.82,2.75,3.91,12,0,8.0645,0.2171958,1.017
ACAD1,,44.3771,-68.261,20000105,3.22,3.82,2.75,3.91,12,0,1.8308,0.1202492,0.111
ACAD1,,44.3771,-68.261,20000108,3.22,3.82,2.75,3.91,12,0,3.2492,0.1289628,0.240
ACAD1,,44.3771,-68.261,20000112,3.22,3.82,2.75,3.91,12,0,3.3448,0.144354,0.2193
ACAD1,,44.3771,-68.261,20000115,3.22,3.82,2.75,3.91,12,0.55116,2.8856,0.1553525
ACAD1,,44.3771,-68.261,20000119,3.22,3.82,2.75,3.91,12,0.4.0888,0.1827762,0.604
ACAD1,,44.3771,-68.261,20000122,3.22,3.82,2.75,3.91,12,0.192906,3.7937,0.460972
ACAD1,,44.3771,-68.261,20000126,3.22,3.82,2.75,3.91,12,2.29752,7.9274,0.1164544
```

## Visibility Monitor Data Variables and Descriptions (New Algorithm) [Variables in bold are required]

| Variable | Description |
| --- | --- |
| **_ID** | IMPROVE site code |
| **_TYPE** | Leave blank |
| **LAT** | Latitude in decimal degrees. Values in the northern hemisphere are positive, and those in the southern hemisphere are negative. |
| **LONG** | Longitude in decimal degrees.  Values in the eastern hemisphere are positive, and those in the western hemisphere (e.g., United States) are negative. |
| **DATE** | Date of daily average ambient data with YYYYMMDD format (This is a numeric variable) |
| **FRH** | Monthly climatological relative humidity adjustment factor |
| **FSRH** | Monthly climatological relative humidity adjustment factor - small sulfate and nitrate particles |
| **FLRH** | Monthly climatological relative humidity adjustment factor - large sulfate and nitrate particles |
| **FSSRH** | Monthly climatological relative humidity adjustment factor - sea salt |
| **SS_RAYLEIGH** | Site-specific Rayleigh scattering (Mm-1) |
| PM25 | Measured PM2.5 mass (ug/m3) |
| SEA_SALT | Sea salt mass |
| **CRUSTAL** | Crustal mass ( 2.2 × [Al] + 2.49 × [Si] + 1.63 × [Ca] + 2.42 × [Fe] + 1.94 × [Ti]) |
| **AMM_NO3** | Ammonium nitrate mass (NO3*1.29) |
| **OMC** | Organic carbon mass (OC*1.8) |
| **EC** | Elemental carbon |
| PM10 | PM10 mass |
| **CM** | Coarse mass (PM10 minus PM2.5) |
| **AMM_SO4** | Ammonium sulfate (S*4.125) |
| LARGE_OMC | Large organic mass |
| SMALL_OMC | Small organic mass |
| LARGE_AMM_SO4 | Large ammonium sulfate |
| SMALL_AMM_SO4 | Small ammonium sulfate |
| LARGE_AMM_NO3 | Large ammonium nitrate |

BLM_0002715

| | |
|---|---|
| SMALL_AMM_NO3 | Small ammonium nitrate |
| E_AMM_SO4 | Ammonimum sulfate extinction (Mm-1) |
| E_AMM_NO3 | Ammonimum nitrate extinction |
| E_OMC | Organic mass extinction |
| E_EC | Elemental carbon extinction |
| E_CRUSTAL | Crustal extinction |
| E_CM | Coarse mass (PM10 minus PM2.5) extinction |
| E_SEA_SALT | Sea salt extinction |
| TBEXT | Total bext (includes site specific Rayleigh scattering) |
| DV | Deciviews (calculated from Total bext) |
| **GOOD_YEAR** | Denotes complete data for the year (1= all quarters >75% completeness, 0= incomplete) |
| **GROUP** | 90= 20% worst days and 10= 20% best days for each year (if good_year= 1) |
| POSSIBLE_NDAYS | Possible samples in quarter |
| NDAYS | Actual complete samples per quarter |
| COMPLETE_QUARTER | Quarter completeness (1= complete, 0= incomplete) |
| SF | Sulfur concentration (used to calculate ammonium sulfate) |
| SO4F | Sulfate concentration (may be used as a backup in case S is missing) |

**Note:** Character variables have names that begin with an underscore (*i.e.*, "_"), and the character values used can be kept with or without quotes. (If a character variable has an embedded space, such as might occur with the name of a location, then use quotes.)

## 11.2.1.3   Linkage between Monitors & Class I Areas

MATS comes with a default database that provides the linkage between IMPROVE monitors and Class I Areas.  The file is called "156-Class I-coordinates-all site names.csv". The format of the file and the variable descriptions are as follows:

**Format for File Linking IMPROVE Monitors and Class I Areas**

```
_MONITOR_ID,MonLAT,MonLONG,_CLASS_I_NAME,_ID,_STATE_ID,LAT,LONG
ACAD1,44.3771,-68.2610,"Acadia NP",ACAD,ME,44.35,-68.24
AGTI1,33.4636,-116.9706,"Agua Tibia Wilderness",AGTI,CA,33.42,-116.99
BADL1,43.7435,-101.9412,"Badlands NP",BADL,SD,43.81,-102.36
BALD1,34.0584,-109.4406,"Mount Baldy Wilderness",BALD,AZ,33.95,-109.54
BAND1,35.7797,-106.2664,"Bandelier NM",BAND,NM,35.79,-106.34
BIBE1,29.3027,-103.1780,"Big Bend NP",BIBE,TX,29.33,-103.31
BLIS1,38.9761,-120.1025,"Desolation Wilderness",DESO,CA,38.90,-120.17
BLIS1,38.9761,-120.1025,"Mokelumne Wilderness",MOKE,CA,38.57,-120.06
BOAP1,33.8695,-106.8520,"Bosque del Apache",BOAP,NM,33.79,-106.85
```

BLM_0002716

**Variables and Descriptions for File Linking IMPROVE Monitors and Class I Areas**

| Var Name | Description (variable type) |
|---|---|
| _MONITOR_ID | IMPROVE monitor identification code (text) |
| MonLAT | IMPROVE monitor latitude (numeric) |
| MonLONG | IMPROVE monitor longitude (numeric) |
| _CLASS_I_NAME | Name of Class I Area (text) |
| _ID | Class I Area identification code (text) |
| _STATE_ID | State in which Class I Area is located (text) |
| LAT | Class I Area centroid latitude (numeric) |
| LONG | Class I Area centroid longitude (numeric) |

**Note**:  Character variables have names that begin with an underscore (*i.e.*, "_"), and the character values used can be kept with or without quotes. (If a character variable has an embedded space, such as might occur with the name of a location, then use quotes.)

## 11.2.2   Model Data Input

The model data for the 20 percent best and worst visibility days are used to calculate relative response factors (RRFs), which provide an estimate of the relative change in visibility from the baseline conditions to a future year.  Recall from forecast steps that the monitor data  are used to identify the best and worst days.  Not the model data.  MATS will match the best and worst measured days to the correct modeled days, by date.  The model data input to MATS is in terms of PM species concentrations (measured in ug/m$^3$).

The following exhibits provide an example of the model data format and a description of the variables.  Note that the first line of the data file gives the frequency of the data.  In this case, daily data.  The second line gives the variables names.  The data begins on the third line.  Each data line represents a daily observation.

**Format for Daily PM Model Data**

BLM_0002717

```
Day
_ID, _TYPE, LAT, LONG, DATE, CM, CRUSTAL, SO4, EC, NO3, OC
1001,"",18.362337,-121.659843,20150101,0,0.0003,0.0448,0.0037,0,0.0168
1001,"",18.362337,-121.659843,20150102,0.0058,0.0166,0.1202,0.0072,0,0.0325
1001,"",18.362337,-121.659843,20150103,0,0.0001,0.0001,0.0838,0.0093,0,0.0412
1001,"",18.362337,-121.659843,20150104,0,0,0.2813,0.0118,0,0.0481
1001,"",18.362337,-121.659843,20150105,0,0,0.6533,0.0354,0.0008,0.1588
1001,"",18.362337,-121.659843,20150106,0,0,0.5854,0.0249,0.0005,0.1146
1001,"",18.362337,-121.659843,20150107,0,0,0.0001,0.8663,0.0228,0.0003,0.1017
1001,"",18.362337,-121.659843,20150108,0.0011,0.0056,0.4761,0.0147,0,0.0658
1001,"",18.362337,-121.659843,20150109,0.0153,0.057,0.3192,0.0157,0,0.0751
1001,"",18.362337,-121.659843,20150110,0.005,0.0217,0.1882,0.0123,0,0.048
1001,"",18.362337,-121.659843,20150111,0,0,0.0995,0.007,0,0.0219
1001,"",18.362337,-121.659843,20150112,0.0018,0.0022,0.1087,0.0072,0,0.0235
1001,"",18.362337,-121.659843,20150113,0.0015,0.0022,0.1335,0.008,0,0.027
1001,"",18.362337,-121.659843,20150114,0.0002,0.0006,0.1797,0.008,0,0.0256
1001,"",18.362337,-121.659843,20150115,0.0025,0.0061,0.1131,0.0069,0,0.0267
1001,"",18.362337,-121.659843,20150116,0.0189,0.0407,0.2609,0.016,0,0.0658
1001,"",18.362337,-121.659843,20150117,0.0011,0.0021,0.2342,0.0157,0,0.0532
```

## Visibility Model Data Variable Descriptions

| Variable | Description |
|---|---|
| _ID | The ID is a unique number for each model grid cell in the air quality model domain. It is generally based on the column and row identifiers from the air quality modeling domain. The default convention is to calculate the ID by multiplying the column identifier by one thousand (1000) and adding the row identifier. (This is a character variable.) |
| _TYPE | Leave blank |
| LAT | Latitude in decimal degrees of the center of each grid cell. Values in the northern hemisphere are positive, and those in the southern hemisphere are negative. |
| LONG | Longitude in decimal degrees of the center of each grid cell. Values in the eastern hemisphere are positive, and those in the western hemisphere (e.g., United States) are negative. |
| DATE | Date of daily average model value with YYYYMMDD format (This is a numeric variable) |
| CM | Coarse PM (ug/m3) |
| CRUSTAL | Crustal PM |
| SO4 | Sulfate PM |
| EC | Elemental carbon |
| NO3 | Nitrate PM |
| OC | Organic mass PM |

**Note:** Character variables have names that begin with an underscore (*i.e.*, "_"), and the character values used can be kept with or without quotes. (If a character variable has an embedded space, such as might occur with the name of a location, then use quotes.)

Finally, note that the species variables used by MATS do not exactly correspond to the

BLM_0002718

speciated <u>monitor data input</u> available from the VIEWS website. The following exhibit presents the correspondence used by MATS.

| Monitor Data | |
|---|---|
| Variable Name (from Views) | New Variable Name (used within MATS) |
| Soil | CRUSTAL |
| Amm_NO3 | AMM_NO3 |
| OMC | OMC |
| LAC | EC |
| CM | CM |
| Amm_SO4 | AMM_SO4 |

Regardless of the species names used by the air quality model, the model output variables should be changed to the MATS variable names when creating MATS input files.

## 11.2.2.1   Using Model Data for Temporal Adjustment

Relative response factors (RRFs) are calculated for each species: sulfate, nitrate, EC, OMC, Crustal, and Coarse Matter (CM), by taking the ratio of the average of the 20 percent best (or worst) days in the future to the average of the 20 percent best (or worst) days in the baseline. For example, when calculating the sulfate RRF for the 20 percent best days, MATS does the following calculation:

$$RRF_{Sulfate,j} = \frac{\frac{1}{n} \cdot \sum_{i=1}^{n} Sulfate_{future,j,i}}{\frac{1}{n} \cdot \sum_{i=1}^{n} Sulfate_{baseline,j,i}}$$

where:

j = Class I area

i = day identifier

n = number of 20 percent best visibility days

Sulfate = modeled sulfate concentration (in ug/m$^3$) on best visibility days.

When identifying the model data for this calculation, MATS first determines whether you want to use model values located at the monitor or at the centroid of the Class I Area. You choose the desired location (monitor or cell centroid) in the <u>Choose Desired Output</u> window. In addition, you need to specify how many cells around the desired location you

---

BLM_0002719

**Visibility Analysis: Details**

want to use in the calculation (*1x1* matrix, *3x3* matrix, etc), and whether you want to use the maximum or the mean of the model cells.



In the case of a *3x3* matrix with *Mean* specified, MATS identifies the speciated model values (measured in ug/m$^3$) from among the nine "nearby" grid cells for each day for each Class I Area. In the typical case, where there are 365 days of model outputs, MATS will generate 365 daily values. MATS will do this calculation separately for each species for both the baseline and future-year scenarios. The Guidance Document recommends using the *Mean* of model values when calculating the RRF. Next there is a recommended example of how MATS calculates the RRF using the *Mean* for a *3x3* matrix. (An example with the Maximum is also provided, however this is not the recommended approach for visibility calculations.)

BLM_0002720

Visibility Analysis: Details



## RRF Calculation - Example with Mean

The Guidance Document <u>recommends</u> using the *Mean* of the model values. In the case of a *3x3* matrix with *Mean* specified, MATS averages the speciated model values (measured in ug/m$^3$) from the nine "nearby" grid cells for each day for each Class I Area.

Assume there are eight best visibility days with the following modeled sulfate values in the <u>baseline</u>. MATS would average the values for each day.

| Best Days | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 | Cell 6 | Cell 7 | Cell 8 | Cell 9 | Mean |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.795 | 1.812 | 1.299 | 1.609 | 1.612 | 1.250 | 1.692 | 0.570 | 1.347 | 1.443 |
| 2 | 0.164 | 1.556 | 1.205 | 0.270 | 1.940 | 1.065 | 1.156 | 1.620 | 1.786 | 1.196 |
| 3 | 1.709 | 0.273 | 1.304 | 1.213 | 1.177 | 1.104 | 0.368 | 1.817 | 1.377 | 1.149 |
| 4 | 1.119 | 1.322 | 1.778 | 1.154 | 1.503 | 1.511 | 1.251 | 1.939 | 0.474 | 1.339 |
| 5 | 1.910 | 1.648 | 1.012 | 1.635 | 1.912 | 1.587 | 1.508 | 1.723 | 1.611 | 1.616 |
| 6 | 1.490 | 1.204 | 1.997 | 0.989 | 1.832 | 0.064 | 1.469 | 1.634 | 1.470 | 1.350 |
| 7 | 1.136 | 1.886 | 1.131 | 1.282 | 1.957 | 1.047 | 1.335 | 0.045 | 1.279 | 1.233 |
| 8 | 1.304 | 1.217 | 1.738 | 1.243 | 1.370 | 1.802 | 1.374 | 1.736 | 1.196 | 1.442 |

Assume there are eight best visibility days with the following modeled sulfate values in the <u>forecast</u>. Again, MATS would average the values for each day.

| Best Days | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 | Cell 6 | Cell 7 | Cell 8 | Cell 9 | Max |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.789 | 1.715 | 1.209 | 1.560 | 1.562 | 1.224 | 1.492 | 0.489 | 1.148 | 1.354 |
| 2 | 0.137 | 1.512 | 1.162 | 0.181 | 1.939 | 1.022 | 1.113 | 1.541 | 1.593 | 1.133 |

BLM_0002721

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1.695 | 0.208 | 1.254 | 1.198 | 1.133 | 1.102 | 0.200 | 1.244 | 1.235 | 1.030 |
| 4 | 1.090 | 1.251 | 1.627 | 1.126 | 1.470 | 1.468 | 1.120 | 1.877 | 0.325 | 1.262 |
| 5 | 1.815 | 1.552 | 0.974 | 1.549 | 1.594 | 1.546 | 1.407 | 1.707 | 1.591 | 1.526 |
| 6 | 1.327 | 1.167 | 1.880 | 0.957 | 1.756 | 0.000 | 1.318 | 1.590 | 1.392 | 1.265 |
| 7 | 0.989 | 1.805 | 1.028 | 1.212 | 1.820 | 1.010 | 1.183 | 0.042 | 1.236 | 1.147 |
| 8 | 1.127 | 1.183 | 1.673 | 1.238 | 1.291 | 1.753 | 1.220 | 1.717 | 1.004 | 1.356 |

The average across the daily means for the baseline is 1.346 ug/m3. The average of the forecast cells is 1.259. The sulfate RRF would then be calculated as: RRF = 1.259 / 1.346 = 0.935.

A similar process occurs for the other species. The end result is 12 RRFs -- two for each of the six species (*i.e.*, sulfate, nitrate, elemental carbon, organic carbon, crustal, and ammonium).

## RRF Calculation - Example with Maximum

The Modeling Guidance Document <u>recommends using the *Mean*</u> of the model values for visibility calculations. The example below, shows the calculations that would be involved if the *Maximum* were chosen. In the case of a *3x3* matrix with *Maximum* specified, MATS identifies the highest speciated model values (measured in ug/m$^3$) from among the nine "nearby" grid cells for each day for each Class I Area.

Assume there are eight best visibility days with the following modeled sulfate values in the <u>baseline</u>:

| Best Days | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 | Cell 6 | Cell 7 | Cell 8 | Cell 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.795 | 1.812 | 1.299 | 1.609 | 1.612 | 1.250 | 1.692 | 0.570 | 1.347 |
| 2 | 0.164 | 1.556 | 1.205 | 0.270 | 1.940 | 1.065 | 1.156 | 1.620 | 1.786 |
| 3 | 1.709 | 0.273 | 1.304 | 1.213 | 1.177 | 1.104 | 0.368 | 1.817 | 1.377 |
| 4 | 1.119 | 1.322 | 1.778 | 1.154 | 1.503 | 1.511 | 1.251 | 1.939 | 0.474 |
| 5 | 1.910 | 1.648 | 1.012 | 1.635 | 1.912 | 1.587 | 1.508 | 1.723 | 1.611 |
| 6 | 1.490 | 1.204 | 1.997 | 0.989 | 1.832 | 0.064 | 1.469 | 1.634 | 1.470 |
| 7 | 1.136 | 1.886 | 1.131 | 1.282 | 1.957 | 1.047 | 1.335 | 0.045 | 1.279 |
| 8 | 1.304 | 1.217 | 1.738 | 1.243 | 1.370 | 1.802 | 1.374 | 1.736 | 1.196 |

MATS would choose the cells highlighted in orange:

| Best Days | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 | Cell 6 | Cell 7 | Cell 8 | Cell 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.795 | 1.812 | 1.299 | 1.609 | 1.612 | 1.250 | 1.692 | 0.570 | 1.347 |
| 2 | 0.164 | 1.556 | 1.205 | 0.270 | 1.940 | 1.065 | 1.156 | 1.620 | 1.786 |
| 3 | 1.709 | 0.273 | 1.304 | 1.213 | 1.177 | 1.104 | 0.368 | 1.817 | 1.377 |
| 4 | 1.119 | 1.322 | 1.778 | 1.154 | 1.503 | 1.511 | 1.251 | 1.939 | 0.474 |
| 5 | 1.910 | 1.648 | 1.012 | 1.635 | 1.912 | 1.587 | 1.508 | 1.723 | 1.611 |
| 6 | 1.490 | 1.204 | 1.997 | 0.989 | 1.832 | 0.064 | 1.469 | 1.634 | 1.470 |
| 7 | 1.136 | 1.886 | 1.131 | 1.282 | 1.957 | 1.047 | 1.335 | 0.045 | 1.279 |
| 8 | 1.304 | 1.217 | 1.738 | 1.243 | 1.370 | 1.802 | 1.374 | 1.736 | 1.196 |

BLM_0002722

Assume there are eight best visibility days with the following modeled sulfate values in the <u>forecast</u>:

| Best Days | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 | Cell 6 | Cell 7 | Cell 8 | Cell 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.789 | 1.715 | 1.209 | 1.560 | 1.562 | 1.224 | 1.492 | 0.489 | 1.148 |
| 2 | 0.137 | 1.512 | 1.162 | 0.181 | 1.939 | 1.022 | 1.113 | 1.541 | 1.593 |
| 3 | 1.695 | 0.208 | 1.254 | 1.198 | 1.133 | 1.102 | 0.200 | 1.744 | 1.235 |
| 4 | 1.090 | 1.251 | 1.627 | 1.126 | 1.470 | 1.468 | 1.120 | 1.877 | 0.325 |
| 5 | 1.815 | 1.552 | 0.974 | 1.549 | 1.894 | 1.546 | 1.407 | 1.707 | 1.591 |
| 6 | 1.327 | 1.167 | 1.880 | 0.957 | 1.756 | 0.000 | 1.318 | 1.590 | 1.392 |
| 7 | 0.989 | 1.805 | 1.028 | 1.212 | 1.820 | 1.010 | 1.183 | 0.042 | 1.236 |
| 8 | 1.127 | 1.183 | 1.673 | 1.238 | 1.291 | 1.753 | 1.220 | 1.717 | 1.004 |

MATS would choose the cells highlighted in orange.  Note that the cells chosen for the forecast can differ from the cells chosen for the baseline.

| Best Days | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 | Cell 6 | Cell 7 | Cell 8 | Cell 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.789 | 1.715 | 1.209 | 1.560 | 1.562 | 1.224 | 1.492 | 0.489 | 1.148 |
| 2 | 0.137 | 1.512 | 1.162 | 0.181 | 1.939 | 1.022 | 1.113 | 1.541 | 1.593 |
| 3 | 1.695 | 0.208 | 1.254 | 1.198 | 1.133 | 1.102 | 0.200 | 1.244 | 1.235 |
| 4 | 1.090 | 1.251 | 1.627 | 1.126 | 1.470 | 1.468 | 1.120 | 1.877 | 0.325 |
| 5 | 1.815 | 1.552 | 0.974 | 1.549 | 1.594 | 1.546 | 1.407 | 1.707 | 1.591 |
| 6 | 1.327 | 1.167 | 1.880 | 0.957 | 1.756 | 0.000 | 1.318 | 1.590 | 1.392 |
| 7 | 0.989 | 1.805 | 1.028 | 1.212 | 1.820 | 1.010 | 1.183 | 0.042 | 1.236 |
| 8 | 1.127 | 1.183 | 1.673 | 1.238 | 1.291 | 1.753 | 1.220 | 1.717 | 1.004 |

The average of the best sulfate days chosen from the baseline cells is 1.897 ug/m3.  The average of the forecast cells is 1.821.  The sulfate RRF would then be calculated as:  RRF = 1.821 / 1.897 = 0.960.

A similar (independent) process occurs for the other species.  The particular cells chosen for sulfate may be quite different from the cells chosen for, say, nitrate.  Continuing with the example you might have the following pattern for baseline:

| Best Days | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 | Cell 6 | Cell 7 | Cell 8 | Cell 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.071 | 0.133 | 0.620 | 0.788 | 0.808 | 0.964 | 0.763 | 0.938 | 0.158 |
| 2 | 0.561 | 0.891 | 0.105 | 0.689 | 0.695 | 0.302 | 0.523 | 0.209 | 0.485 |
| 3 | 0.005 | 0.384 | 0.604 | 0.077 | 0.545 | 0.046 | 0.177 | 0.664 | 0.821 |
| 4 | 0.926 | 0.651 | 0.111 | 0.334 | 0.887 | 0.548 | 0.447 | 0.547 | 0.730 |
| 5 | 0.630 | 0.995 | 0.769 | 0.888 | 0.379 | 0.121 | 0.779 | 0.130 | 0.558 |
| 6 | 0.700 | 0.761 | 0.993 | 0.556 | 0.659 | 0.877 | 0.761 | 0.474 | 0.821 |
| 7 | 0.074 | 0.189 | 0.619 | 0.987 | 0.279 | 0.757 | 0.470 | 0.189 | 0.701 |
| 8 | 0.848 | 0.100 | 0.964 | 0.535 | 0.566 | 0.315 | 0.440 | 0.011 | 0.852 |

And the following pattern for the forecast:

BLM_0002723

| Best Days | Cell 1 | Cell 2 | Cell 3 | Cell 4 | Cell 5 | Cell 6 | Cell 7 | Cell 8 | Cell 9 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.068 | 0.122 | 0.556 | 0.711 | 0.766 | 0.594 | 0.653 | 0.877 | 0.152 |
| 2 | 0.514 | 0.515 | 0.092 | 0.615 | 0.687 | 0.283 | 0.460 | 0.198 | 0.479 |
| 3 | 0.004 | 0.380 | 0.513 | 0.076 | 0.504 | 0.044 | 0.175 | 0.591 | 0.801 |
| 4 | 0.769 | 0.581 | 0.099 | 0.327 | 0.852 | 0.537 | 0.416 | 0.482 | 0.719 |
| 5 | 0.563 | 0.940 | 0.673 | 0.859 | 0.374 | 0.113 | 0.685 | 0.123 | 0.505 |
| 6 | 0.610 | 0.694 | 0.910 | 0.514 | 0.621 | 0.828 | 0.649 | 0.438 | 0.794 |
| 7 | 0.072 | 0.179 | 0.597 | 0.954 | 0.244 | 0.701 | 0.428 | 0.176 | 0.695 |
| 8 | 0.837 | 0.090 | 0.940 | 0.522 | 0.500 | 0.295 | 0.434 | 0.011 | 0.809 |

The end result is 12 RRFs -- two for each of the six species (*i.e.*, sulfate, nitrate, elemental carbon, organic carbon, crustal, and ammonium).

## 11.3  Filtering

MATS loads in the monitor data that you have specified in Data Input window, and then in the **Filtering** window MATS presents the available years of monitor data for your analysis. You specify a range of years with the **Start Monitor Year** and **End Monitor Year** drop-down menus.

Using the **Base Model Year** drop-down menu, you can also specify the year that you want to use to determine the "best" and "worst" monitor days. The **Base Model Year** needs to fall within the range specified by the **Start Monitor Year** and **End Monitor Year**. Once you have specified the **Base Model Year**, MATS will then identify and save for each monitor the particular dates during this year that registered the best and worst visibility days. These dates are then used to identify the model values used in the calculation of RRFs for the temporal adjustment, as seen in the Example in the Model Data Input section.

Given a particular range of years that you have chosen, you can also specify the criteria for a monitor to be included in the analysis. With the **Minimum years required for a valid monitor** box, you specify the minimum number of years of data that a monitor must have (*e.g.*, three years).



### 11.3.1   Example Valid Visibility Monitors

Using the **Maximum Distance from Domain**, you can choose the maximum distance that a monitor (or Class I Area centroid) can be from the nearest model grid cell centroid. Whether you calculate the distance from a monitor or a Class I Area centroid depends on whether you have specified **Use model grid cells at monitor** or **Use model grid cells at Class I area centroid**.

BLM_0002725

## Point Estimates

Scenario Name : |

### Forecast

☑ Temporally-adjust visibility levels at Class 1 Areas

┌─ IMPROVE Algorithm ─────────────────────────────┐
│ ◉ use old version                    ○ use new version │
└──────────────────────────────────────────────────┘

◉ Use model grid cells at monitor
○ Use model grid cells at Class 1 area centroid

**Example 1**

Assume you have chosen **Use model grid cells at monitor**. If you have set the **Maximum Distance from Domain** to *25*, and a monitor is more than 25 kilometers from the nearest model grid cell centroid, then a forecast is not generated for this particular monitor. And by extension, a forecast is not generated for the Class I Areas that are associated with this particular monitor.

Recall from the section on the Linkage between Monitors and Class I Areas that more than one Class I Area may be linked to a monitor. Highlighted in yellow below are some examples of monitors associated with more than Class I Area. For example, if the CHIR1 monitor is more than 25 kilometers from the nearest model grid cell centroid, then no forecasts would be generated for the three Class I Areas associated with this monitor (*i.e.*, Chiricahua NM, Chiricahua Wilderness, and Galiuro Wilderness).

| _MONITOR _ID | MonLAT | MonLONG | _CLASS_I_NAME | _ID | _STATE_ ID | LAT | LONG |
|---|---|---|---|---|---|---|---|
| ACAD1 | 44.377 | -68.261 | Acadia NP | ACAD | ME | 44.35 | -68.24 |
| AGTI1 | 33.464 | -116.971 | Agua Tibia Wilderness | AGTI | CA | 33.42 | -116.99 |
| BADL1 | 43.744 | -101.941 | Badlands NP | BADL | SD | 43.81 | -102.36 |
| BALD1 | 34.058 | -109.441 | Mount Baldy Wilderness | BALD | AZ | 33.95 | -109.54 |
| BAND1 | 35.780 | -106.266 | Bandelier NM | BAND | NM | 35.79 | -106.34 |
| BIBE1 | 29.303 | -103.178 | Big Bend NP | BIBE | TX | 29.33 | -103.31 |

BLM_0002726

| BLIS1 | 38.976 | -120.103 | Desolation Wilderness | DESO | CA | 38.9 | -120.17 |
| BLIS1 | 38.976 | -120.103 | Mokelumne Wilderness | MOKE | CA | 38.57 | -120.06 |
| BOAP1 | 33.870 | -106.852 | Bosque del Apache | BOAP | NM | 33.79 | -106.85 |
| BOWA1 | 47.947 | -91.496 | Boundary Waters Canoe Area | BOWA | MN | 48.06 | -91.43 |
| BRCA1 | 37.618 | -112.174 | Bryce Canyon NP | BRCA | UT | 37.57 | -112.17 |
| BRET1 | 29.119 | -89.207 | Breton | BRET | LA | 29.87 | -88.82 |
| BRID1 | 42.975 | -109.758 | Bridger Wilderness | BRID | WY | 42.99 | -109.49 |
| BRID1 | 42.975 | -109.758 | Fitzpatrick Wilderness | FITZ | WY | 43.24 | -109.6 |
| BRIG1 | 39.465 | -74.449 | Brigantine | BRIG | NJ | 39.49 | -74.39 |
| CABI1 | 47.955 | -115.671 | Cabinet Mountains Wilderness | CABI | MT | 48.18 | -115.68 |
| CACR1 | 34.454 | -94.143 | Caney Creek Wilderness | CACR | AR | 34.41 | -94.08 |
| CANY1 | 38.459 | -109.821 | Arches NP | ARCH | UT | 38.73 | -109.58 |
| CANY1 | 38.459 | -109.821 | Canyonlands NP | CANY | UT | 38.23 | -109.91 |
| CAPI1 | 38.302 | -111.293 | Capitol Reef NP | CAPI | UT | 38.06 | -111.15 |
| CHAS1 | 28.748 | -82.555 | Chassahowitzka | CHAS | FL | 28.69 | -82.66 |
| CHIR1 | 32.009 | -109.389 | Chiricahua NM | CHIR | AZ | 32.01 | -109.34 |
| CHIR1 | 32.009 | -109.389 | Chiricahua Wilderness | CHIW | AZ | 31.86 | -109.28 |
| CHIR1 | 32.009 | -109.389 | Galiuro Wilderness | GALI | AZ | 32.6 | -110.39 |
| COHU1 | 34.785 | -84.627 | Cohutta Wilderness | COHU | GA | 34.93 | -84.57 |
| CRLA1 | 42.896 | -122.136 | Crater Lake NP | CRLA | OR | 42.92 | -122.13 |
| CRLA1 | 42.896 | -122.136 | Diamond Peak Wilderness | DIPE | OR | 43.53 | -122.1 |
| CRLA1 | 42.896 | -122.136 | Gearhart Mountain Wilderness | GEMO | OR | 42.51 | -120.86 |
| CRLA1 | 42.896 | -122.136 | Mountain Lakes Wilderness | MOLA | OR | 42.33 | -122.11 |
| CRMO1 | 43.461 | -113.555 | Craters of the Moon NM | CRMO | ID | 43.39 | -113.54 |

**Example 2**

Assume you have chosen **Use model grid cells at Class I area centroid**.  If you have set the **Maximum Distance from Domain** to *25*, and a Class I Area is more than 25 kilometers from the nearest model grid cell centroid, then a forecast is not generated for this particular Class I Area (*e.g.*, Chiricahua, NM).

As noted above, the CHIR1 monitor is linked to two other Class I Areas.  If these two other areas are within 25 kilometers of a model grid cell centroid, then the monitor values from CHIR1 would be used in the forecast for these two areas (along with the model values associated with the centroid of each area).

## 11.4  Final Check

The Final Check window verifies the selections that you have made.

BLM_0002727



Click the button **Press here to verify your selections**. If there are any errors, MATS will present a message letting you know. For example, if the path to a model file is invalid -- perhaps you misspelled the file name -- you would get the following error:



After making the necessary correction, click the button **Press here to verify your selections**.

BLM_0002728

**Visibility Analysis: Details**



When your window looks like the window above, click either **Save Scenario & Run** or **Save Scenario.** Save Scenario & Run will cause MATS to immediately run the scenario.

## 11.4.1   Running MATS in Batch Mode

The Save Scenario button will save the scenario as a configuration file (.cfg file). The "*.cfg" file will be saved in the .\MATS\output directory. Several .cfg files can be created with the MATS interface and run later in batch mode. To do this, edit the default batch file located in the .\MATS directory. The file "batchmats.bat" should be edited with a text editor to point to the name and location of the .cfg files that will be run in batch mode.



After editing the batchmats.bat file, simply run the .bat file. MATS will start and run in the background.

BLM_0002729

# 12   Output Navigator

The **Output Navigator** allows you to load results files (*i.e.*, *.ASR files) that you have previously created in MATS.  You can view these data in maps and in tables, or export the data to text files that you can then work with in a program such as Excel.

To start, just click on the **Output Navigator** tab.



Click on the **Load** button to view your file of interest.  This will bring up the **Open MATS Results file** window. Choose a results file (with the .ASR extension)   This will bring you back to the Output Navigator and display the available files.

BLM_0002730



The files listed fall into two categories: **Configuration/Log Files** and **Output Files**. The Configuration File stores the assumptions used in generating your results file. The Log File stores information regarding the version of MATS used to create the results file and the date and time of its creation.

To examine a file, right-click on the file that you want to view. For **Output Files**, this will give you three choices, *Add to Map*, *View*, and *Extract*.

BLM_0002731



Case No. 1:20-cv-02484-MSK Document 26-10 filed 04/27/21 USDC Colorado pg 36 of 190

For the Configuration File and Log File you will see two options: *View* and *Extract*.

BLM_0002732

## 12.1   Add Output Files to Map

The **Map View** tab is initially empty, starting with just a blank map of the United States.



To map your results, click on the **Output Navigator** tab.  Load the <u>ASR</u> file that you want to view and then right-click on the particular <u>Output File</u> that you want to map.  This will give you three choices, *Add to Map*, *View*, and *Extract*.*  Choose the *Add To Map* option.



This will bring you back to the **Map View** tab.



Details on how to generate a variety of maps are in the Map View chapter.

BLM_0002734

* Note that if you right-click on the Configuration File or Log File you will only see two options: *View* and *Extract*. The Add To Map option is only relevant to the **Output Files**, as the **Configuration** and **Log** files do not have a geographic component.

## 12.2  View Files

To view a file of interest, right-click on it, and then choose *View*. There are three basic types of files available: Configuration, Log, and Output files.



### 12.2.1  Configuration File

A Configuration File stores the choices that you have made when using MATS. A useful feature of a Configuration File is that it is reusable. You can use an existing Configuration File, make some minor changes to generate a new set of results, without having to explicitly set each of the choices you made in the previous Configuration.

To view a Configuration file from the **Output Navigator**, right-click on the file.

BLM_0002735



Case No. 1:20-cv-02484-MSK Document 26-10 filed 04/27/21 USDC Colorado pg 40 of 190

This will bring up the options that you chose when generating your results.

BLM_0002736

## 12.2.2   Log File

A Log File provides information on a variety of technical aspects regarding how a results file (*.ASR) was created.  This includes the version of MATS, the date and time the *.ASR file was created.

To view a Log file from the **Output Navigator**, right-click on the file.



A separate **Run Log** tab will appear.

BLM_0002737



Click the **Close** button when you have finished viewing it.  (The Run Log tab will disappear.)

## 12.2.3   Output Files

An Output file is one of the file types within a *.ASR results file.  The types of Output Files available depend on the type of analysis (PM, Ozone, or Visibility) and the output choices that you have specified in the Configuration File.

To view an Output file **Output Navigator**, right-click on a file.

BLM_0002738



This will bring up a **Monitor Network Data** tab.  The upper left panel allows you to view the ID and latitude and longitude of the monitors in your data -- at the right of this panel there is a scrollbar with which you can locate any particular monitor of interest.  The lower left panel allows you to view the other variables in the data.

BLM_0002739



The default option is to show all of the data in the lower left panel.  If, however, you want to just view the data for a particular monitor -- in this example, monitor ID = "010331002" -- use the scrollbar (if needed) and then highlight this monitor.  MATS will then display the values for this monitor in the bottom panel.

BLM_0002740



Case No. 1:20-cv-02484-MSK Document 26-10 filed 04/27/21 USDC Colorado pg 45 of 190

To view all of the data again, click on the **Show All** button.

To eliminate missing values (denoted by negative numbers in the lower panel), check one

BLM_0002741

or more boxes in the panel in the upper right of the window.  For example, to eliminate any monitors that do not have a ozone design value forecast, check the forecasted ozone design value variable "*f_o3_dv*".  MATS will automatically drop these values.  (Note that the monitor that we previously highlighted  [monitor ID = "010331002] has now dropped out of the display.)



If you want to save the data,  you can click the **Export** button and save the file.  (It is unnecessary to add an extension.  MATS automatically saves the file as a CSV text file and adds a ".csv" extension to your file name.)  You can then view the file in Excel.

## 12.3  Extract Files

Extracting files allows you to export files from MATS and view them in another program. This is most relevant to the Output Files (as opposed to the Configuration/Log Files), which you may want to view and manipulate in a database program such as Excel.  MATS will generate .CSV files.  These are easily viewable in a number of programs.

The simplest way to extract files is to check the box "*Automatically Extract All Selected Output Files*" on the initial window of the **Configuration File** (the same window where you give the **Scenario Name**).  Alternatively, you can use the **Output Navigator**.From Output Navigator load the results (.ASR) file of interest.

BLM_0002742



One quick method to extract all of the data in the results file is to click the **Extract All** button.  An **Extracting All** screen will appear with a suggested name for the folder storing the results.  MATS will use the Scenario Name as the default folder name.  If desired you can rename the folder to whatever you desire.



Click OK, and then MATS will export all of the files to this folder.

BLM_0002743



An alternative is to extract individual files.  Right click on the file of interest, and choose the *Extract* option.



This will bring up the **Extracting. Enter output file name** window.  By default, MATS will generate a folder with the Scenario Name (e.g., Example O3) and export a file with the same name used internally by MATS.  You can change both the folder and the exported file name if desired.

# 13   Map View

The **Map View** tab allows you to further explore your results.  Initially, it is empty, with just a blank map of the United States.



This section discusses how to:

- <u>Load</u> data onto the map;

- Choosing colors to represent the data (referred to as "<u>plotting</u>" in MATS);

- <u>Zoom</u> in and out on your map;

- Add and remove outlines for states, counties and Class 1 areas (these outlines are referred to as "<u>Standard Layers</u>");

- <u>Exporting</u> maps and CSV files;

- <u>Removing</u> data from a map.

## 13.1  Loading Variables

There are two ways to bring data into a map.  First, you may load data into a map with the <u>Output Navigator</u>.  Alternatively, you can load data directly from the map view taskbar (see <u>next sub-section</u>).

BLM_0002745

To map your results, click on the **Output Navigator** tab.  Load the ASR file that you want to view and then right-click on the particular Output File that you want to map.  Choose the *Add to Map* option.



This will bring you back to the **Map View** tab.

BLM_0002746



Usually the next step is to plot your data.  This is discussed next.

## 13.1.1   Loading with Taskbar

You can load data for mapping directly from the **MapView** tab, once you have exported your results file (as discussed in the Extract Files sub-section of the Output Navigator section).  To start, click on the **MapView** tab.

BLM_0002747

**Map View**



Click on the **Open a monitor network file** button: 

This will bring you to the **Open Monitor Network** window. Browse to the folder with the data file that you want to load.

BLM_0002748



Click the **Open** button after selecting your file (or just double-click on the file you want to load) and this will take you to back to the **Map View** tab.

BLM_0002749



## 13.2  Plotting a Value

To plot a value you must first load one or more variables into the MapView.  Right click on the text in the left panel and choose *Plot Value*.

**Map View**



This will bring up the **Shape Class Breaks** window.



Here you can choose the variable (or "Value") that you want to display and how it will be seen. Scroll through the drop-down **Value** menu and choose *dv_best*. This is forecasted visibility (measured in deciviews) on the days with the best visibility. (Note that a description of all results variables generated by MATS are described in the "Details" sections for Annual PM, Daily PM, Ozone, and Visibility.)

BLM_0002751



There are a variety of display options that you can choose. These options are discussed in detail in the Plotting Options section. After choosing your display options, then click the **Apply** button. View the map in the **Map View** tab. (You can move the **Shape Class Breaks** window, if it is obscuring the map.)

If you want to change your display options, go back to the **Shape Class Breaks** window, make the changes, and click Apply again. You may do this as many times as needed.

When you are satisfied with the map, click the **Close** button in the **Shape Class Breaks** window. This will bring you back to the **Map View** tab.

BLM_0002752



### 13.2.1    Plotting Options

MATS gives you a number of plotting options with the Shape Class Breaks window. These are demonstrated with the results file "Tutorial Visibility - Forecasted Visibility - all design values.csv" generated after completing the <u>visibility tutorial</u>.  The same concepts hold for other results files.

With the Date drop-down menu you can specify a particular year (assuming the data have multiple years).

BLM_0002753

Map View



With the **Class Count** option, you can specify into how many groups you want to divide your data. The default is to use 5 bins. For most purposes this is a reasonable number.



If you choose **Unique Values** option, you will have a separate bin or group for each unique value in your data. This can lead to hundreds of bins. Generally, this is not an option that you would want to choose. Note that if you choose this option, the **Class Count** and **Marker Sizing** (discussed next) will be inoperative.

BLM_0002754



The **Marker Sizing** allows you to vary the size of the marker on your map based on the data values. The default is a **Marker Sizing** value of "0", which keeps the marker on your map all the same size. A value of "1" and higher gives the larger values progressively larger markers on the map.



The **Start Color** option allows you to set the color of the markers for the lowest values. The **End Color** option allows you to set the color of the markers for the highest values. MATS uses a mix of these two colors for intermediate values. The default colors are blue and yellow for the start and end.

If you want to change the **Start Color**, click on the blue square. This will bring up the **Color** window. The simplest option is to click on the color you prefer from the pre-defined **Basic colors** panel (in the upper half of the **Color** window), and then click **OK**.

BLM_0002755

Map View

(You can also double-click on desired color.)



If for some reason, you do not see the color you want to use in the **Basic colors** panel, you can click the **Define Custom Colors** button. Click in the large multi-color square to identify the color you want and then adjust the hue with the slider bar on the far right. You can save the color you generate by clicking the **Add to Custom Colors** button.



When satisfied, click **OK**. This will bring you back to the **Shape Class Breaks** window.

BLM_0002756



You can change the End Color through a similar process.

To test how your colors look, click the **Apply** button.  If you do not like what you see, click the **Clear Breaks** button.  When you are finally satisfied with the look of your map, click the **Close** button.

## 13.3  Zoom Options & Pan View

In addition to the plotting options available in the Shape Class Breaks window, there are various options on the task bar that you can choose to adjust the map.  There are standard Zoom in and Zoom out options, as well as a Pan option that lets you manually move the map.

In addition, there is a **Zoom to an area** drop-down menu.  This lets you zoom to pre-specified regions, or "zoom frames", such as the continental US.

BLM_0002757



If desired, you can change the "Zoom Frames" to whatever you are currently viewing. Choose *Add Current View to List* from the list of options in the drop-down menu.



BLM_0002758

This will bring up the **Add Frame** window.  Type in whatever name you want to use for this "zoom frame" and this will be available whenever you use MATS.



## 13.4  Standard Layers

The **Standard Layers** drop-down menu allows you to add and remove state, county, and Class 1 area borders.  By default, MATS displays the state and county borders.  These can often provide useful context to maps, however, at times they can obscure the markers somewhat -- this is most often a problem with the county boundaries.

To eliminate a layer, open the **Standard Layers** drop-down menu and click on the active layer that you want to remove. This will bring up a map view with the layer removed.



To add a layer back, choose the layer you want to add from the **Standard Layers** drop-down menu.

BLM_0002759

**Map View**

## 13.5   Exporting Maps & Data Files

MATS allows you to export maps and data from the **Map View** tab. To export a BMP file, click on the **Export current map view to an image file** option 🖼️. (The next sub-section discusses exporting the underlying data.)



This will up a window where you can name your image. Browse to whatever folder in which you want to store your image.

BLM_0002760

**Map View**



Your .BMP file can be easily viewed in a variety of software applications. Note however, that this is just an image, and you will not be able to work with it in a GIS program the way you might work with a .SHP file.

Map View



## 13.5.1    Exporting CSV Data File

If desired, you can export a CSV file with the data used to generate your map.  Just right click on variable of interest in the left panel, and choose the *Export as CSV File* option.



BLM_0002762

Note that this exports the same data that the Output Navigator would export.  Choose whichever approach is easier.

BLM_0002763

# 14  Frequently Asked Questions

This section answers questions that have arisen when running MATS.

## 14.1  Where is there a description of output variables?

Descriptions of the output variables are in the separate "Details" sections for Annual PM, Daily PM, Ozone, and Visibility.

## 14.2  Removing Data

You can have multiple data files in a map.  If you decide to remove a datafile, right click on the variable that you want choose the *Remove* option.



This will bring back the map without the undesired data.

BLM_0002764



BLM_0002765

# 15   References

Chow, J.C., J.G. Watson, L.W.A. Chen, W.P. Arnott, and H. Hoosmuller (2004). "Equivalence of Elemental Carbon by Thermal/Optical Reflectance and Transmittance with Different Temperature Protocols", Environmental Science and Technology, 38(16): 4414-4422.

Clegg, S.L., P. Brimblecombe, and A.S. Wexler (1998). "Aerosol Inorganics Model: A Thermodynamic Model of the System $H^+$-$NH4^+$-$SO4^{2-}$-$NO3^-$-H2O) at Tropospheric Temperatures." J. Phys. Chem. 102A: 2137:2154.

Frank, Neil (2006). "Retained Nitrate, Hydrated Sulfates, and Carbonaceous Mass in Federal Reference Method Fine Particulate Matter for Six Eastern U.S. Cities" JAWMA. Vol 56: 500-511.

IMPROVE (2006). "Revised IMPROVE Algorithm for Estimating Light Extinction from Particle Speciation Data", January 2006, http://vista.cira.colostate.edu/improve/Publications/GrayLit/gray_literature.htm.

Turpin, B.J. and H-J Lim (2001). "Species Contributions to PM2.5 Mass Concentrations: Revisiting Common Assumptions for Estimating Organic Mass", Aerosol Science and Technology, 35: 602-610.

U.S. EPA (2003). "Federal Reference Method Quality Assurance Report."

U.S. EPA (2006). "Procedures for Estimating Future PM2.5 Values for the PM NAAQS Final Rule by Application of the Speciated Modeled Attainment Test (SMAT)" http://www.epa.gov/scram001/guidance_sip.htm.

U.S. EPA (2007). "Guidance on the Use of Models and Other Analyses for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5 and Regional Haze", April 2007. EPA-454/B-07-002, http://www.epa.gov/scram001/guidance_sip.htm.

BLM_0002766

energy **API**®
AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

BLM_0002767



**AMERICAN PETROLEUM INSTITUTE**

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## TABLE OF CONTENTS



BLM_0002768

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Complete Table of Contents

August 2009

BLM_0002769

BLM_0002770

ACKNOWLEDGEMENTS

This compendium was prepared by:

Theresa M. Shires
Christopher J. Loughran
Stephanie Jones
Emily Hopkins

URS Corporation
9400 Amberglen Boulevard
Austin, Texas 78729

Developed for:

American Petroleum Institute
1220 L Street NW
Washington, DC 20005

This work was sponsored by the American Petroleum Institute (API), with leadership and direction by Karin Ritter, Regulatory and Scientific Affairs Department.  The work was supervised by API's Greenhouse Gas Emissions Methodologies Working Group, chaired by James Keating of BP, with participation from representatives of Chevron, ConocoPhillips, Devon, Dominion, Encana, ExxonMobil, Kinder Morgan, Magellan, Marathon Oil Company, Murphy Oil, Occidental Petroleum, Shell, Sunoco, and Williams.

The authors would like to acknowledge the API member companies and their representatives on the work group who have contributed valuable time and resources over the past ten years.  We are particularly indebted to the companies that shared their internal company practices and information, and facilitated the continued enhancement of the *Compendium*.  A special thanks is also extended to Miriam Lev-On of The LEVON Group LLC.

**©2009 American Petroleum Institute**
This document and all of its contents are protected copyrights pursuant to U.S. and international law. API grants users permission to download and use this document provided that: (1) the user includes API's copyright notice on all copies, (2) the document is not used in any misleading or inappropriate purpose, (3) the user does not modify or change the document in any manner, and (4) whenever the Compendium is used to calculate an emission number(s), the user cites the Compendium as reference.

BLM_0002771

BLM_0002772

# PREFACE

The API *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry* (referred to as the "API *Compendium*") was initially distributed in June 2001 as a "Pilot Test" version. Since the initial release, API has reached out to governmental, non-governmental, and industry associations to ensure broad peer review. In addition, API initiated a study to evaluate and compare other greenhouse gas estimation protocols and methodologies. These activities were conducted to better harmonize greenhouse gas emission estimation techniques and enable improved global comparability of emission estimates.

This document represents the third release of the API *Compendium*. The emission factors and methodologies presented here represent the latest information available at the time this document was published. Note, however, that estimating greenhouse gas emissions is an evolving process. As such, the API *Compendium* is intended to also evolve. There is a process for ongoing review and updates, and revisions will be made at regular intervals to incorporate new information. **In the interim, users are encouraged to check the documents referenced within the API *Compendium* for updates.**

API welcomes a continuing exchange of information and broad discussion of greenhouse gas emission estimation methodologies from users of the API *Compendium* and other interested parties. Please direct comments to Karin Ritter, Regulatory and Scientific Affairs Department, at API.

BLM_0002773

BLM_0002774

# Table of Contents

PREFACE ............................................................................................................ II

1.0   INTRODUCTION ............................................................................... 1-1
    1.1   Background........................................................................... 1-2
    1.2   Document Overview.............................................................. 1-3
    1.3   Organization ........................................................................ 1-4
    1.4   References ........................................................................... 1-7

2.0   INDUSTRY DESCRIPTION................................................................ 2-1
    2.1   Overview .............................................................................. 2-1
    2.2   Industry Segment Descriptions ............................................ 2-4
        2.2.1   Conventional Exploration and Production ................... 2-4
        2.2.2   Oil Sands and Heavy Oil Upgrading............................ 2-7
        2.2.3   Coal Bed Methane Production .................................... 2-10
        2.2.4   Gas Processing........................................................... 2-11
        2.2.5   Carbon Capture and Geological Storage ................... 2-13
        2.2.6   Natural Gas Storage and LNG Operations................. 2-15
        2.2.7   Transportation and Distribution ................................. 2-18
        2.2.8   Refining...................................................................... 2-21
        2.2.9   Petrochemical Manufacturing..................................... 2-23
        2.2.10  Minerals and Mining Operations................................ 2-25
        2.2.11  Retail and Marketing ................................................. 2-26
        2.2.12  Energy Generation..................................................... 2-27
    2.3   References ........................................................................... 2-28

3.0   TECHNICAL CONSIDERATIONS...................................................... 3-1
    3.1   Overview .............................................................................. 3-1
    3.2   Emission Sources ................................................................ 3-2
        3.2.1   Combustion.................................................................. 3-2
        3.2.2   Process Emissions and Vented Sources .................... 3-2

BLM_0002775

# Table of Contents, continued

| | | | |
|---|---|---|---|
| | 3.2.3 | Fugitive Sources | 3-3 |
| | 3.2.4 | Indirect Sources | 3-3 |
| 3.3 | | Greenhouse Gases | 3-4 |
| | 3.3.1 | Global Warming Potentials | 3-5 |
| | 3.3.2 | Emissions Summaries | 3-7 |
| 3.4 | | Data Requirements | 3-9 |
| 3.5 | | Data Assumptions | 3-11 |
| 3.6 | | Conversions, Numeric Format, and Fuel Properties | 3-14 |
| | 3.6.1 | General Units Conversions | 3-14 |
| | 3.6.2 | Numeric Format | 3-17 |
| | 3.6.3 | Fuel Properties | 3-17 |
| | 3.6.4 | Fuel Mixture Conversions | 3-22 |
| 3.7 | | Emission Estimation Quality | 3-29 |
| | 3.7.1 | General Statistical Approach to Calculating Uncertainty | 3-30 |
| | 3.7.2 | Confidence Intervals from GRI/EPA Study | 3-34 |
| | 3.7.3 | Quality Ratings | 3-36 |
| 3.8 | | References | 3-37 |
| **4.0** | | **COMBUSTION EMISSIONS ESTIMATION METHODS** | **4-1** |
| 4.1 | | Estimating Fuel Consumption Data from Energy Output or Volumetric Flow | 4-5 |
| | 4.1.1 | Estimating Fuel Consumption from Equipment Data | 4-5 |
| | 4.1.2 | Conversion from Volumetric Flow Rate to Energy Input | 4-10 |
| 4.2 | | Conversion Between Gross and Net Heating Value | 4-10 |
| 4.3 | | Fuel Combustion Emissions Estimated from Fuel Composition and Usage | 4-12 |
| 4.4 | | Fuel Combustion Emissions Estimated on a Fuel Basis for Stationary Sources | 4-16 |
| | 4.4.1 | Emission Estimation Using Default Average Fuel Composition | 4-16 |
| | 4.4.2 | Carbon Oxidation Values | 4-16 |

BLM_0002776

# Table of Contents, continued

4.5 Fuel Combustion Emissions Estimated on an Equipment Basis for Stationary Sources .............................................................................. 4-24

    4.5.1 External Combustion Units ......................................................... 4-25

    4.5.2 Internal Combustion Units .......................................................... 4-32

4.6 Flare Emissions ....................................................................................... 4-37

4.7 Incinerators, Oxidizers, and Vapor Combustion Units ......................... 4-52

4.8 Mobile/Transportation Combustion Sources ......................................... 4-53

    4.8.1 Fuel Consumption Basis ............................................................. 4-55

    4.8.2 Operational Basis ........................................................................ 4-63

4.9 Other Miscellaneous Combustion Source Emissions ........................... 4-64

4.10 References ............................................................................................... 4-64

**5.0 PROCESS AND VENTED EMISSIONS ESTIMATION METHODS .................... 5-1**

5.1 Gas Treatment Processes ......................................................................... 5-2

    5.1.1 Glycol Dehydrator Emissions ....................................................... 5-2

    5.1.2 Glycol Pumps ................................................................................ 5-7

    5.1.3 Desiccant Dehydrators ................................................................ 5-10

    5.1.4 Other Glycol Dehydrator Alternatives ......................................... 5-11

    5.1.5 Acid Gas Removal/Sulfur Recovery Units .................................. 5-12

5.2 Refinery Processes Vents ........................................................................ 5-17

    5.2.1 Catalytic Cracking Regenerator .................................................. 5-17

    5.2.2 Refinery Hydrogen Plant ............................................................. 5-23

    5.2.3 Cokers ......................................................................................... 5-31

    5.2.4 Other Catalyst Regeneration ...................................................... 5-32

    5.2.5 Asphalt Blowing .......................................................................... 5-34

    5.2.6 Other Refinery Process Vents ..................................................... 5-36

5.3 Cold Process Vents .................................................................................. 5-37

5.4 Storage Tank Emissions .......................................................................... 5-40

    5.4.1 Crude Flashing Losses ............................................................... 5-40

    5.4.2 Tanks Working/Standing Losses ................................................. 5-55

BLM_0002777

# Table of Contents, continued

|     |     |     |     |
| --- | --- | --- | --- |
|     | 5.4.3 | Produced Water Tank Emissions | 5-56 |
|     | 5.4.4 | Natural Gas Blanketed Tank Emissions | 5-58 |
| 5.5 |     | Loading, Ballasting, and Transit Loss Emissions | 5-60 |
|     | 5.5.1 | Loading Loss Emissions | 5-62 |
|     | 5.5.2 | Ballasting Emissions | 5-63 |
|     | 5.5.3 | Transit Loss Emissions | 5-65 |
| 5.6 |     | Other Venting Sources | 5-66 |
|     | 5.6.1 | Gas Driven Pneumatic Devices | 5-66 |
|     | 5.6.2 | Gas Driven Chemical Injection Pumps | 5-71 |
|     | 5.6.3 | Mud Degassing | 5-74 |
|     | 5.6.4 | Heavy Oil and Crude Bitumen Casing Gas Vents | 5-76 |
|     | 5.6.5 | Low Pressure Gas Well Casing Vents | 5-79 |
|     | 5.6.6 | Coal Seam Exploratory Drilling and Well Testing | 5-80 |
|     | 5.6.7 | Coal Mining | 5-82 |
|     | 5.6.8 | Chemical Production | 5-85 |
| 5.7 |     | Non-Routine Activities | 5-86 |
|     | 5.7.1 | Engineering Calculation Approach | 5-88 |
|     | 5.7.2 | Production Related Non-Routine Emissions | 5-90 |
|     | 5.7.3 | Gas Processing Related Non-Routine Emissions | 5-99 |
|     | 5.7.4 | Transmission Related Non-Routine Emissions | 5-101 |
|     | 5.7.5 | Distribution Related Non-Routine Emissions | 5-104 |
|     | 5.7.6 | Refining Related Non-Routine Emissions | 5-106 |
| 5.8 |     | Fire Suppressant Emissions | 5-107 |
| 5.9 |     | References | 5-107 |
| **6.0** |     | **FUGITIVE EMISSION ESTIMATION METHODS** | **6-1** |
| 6.1 |     | Equipment Leaks | 6-2 |
|     | 6.1.1 | Facility-Level Average Emission Factors Approach | 6-5 |
|     | 6.1.2 | Equipment-Level Average Emission Factors Approach | 6-13 |
|     | 6.1.3 | Component-Level Average Emission Factors Approach | 6-27 |

BLM_0002778

# Table of Contents, continued

|  |  | 6.1.4 | Emissions from $CO_2$ Transport | 6-38 |
|  |  | 6.1.5 | Time Basis of Fugitive Equipment Leaks | 6-38 |
|  | 6.2 |  | Other Fugitive Emissions | 6-38 |
|  |  | 6.2.1 | Wastewater Treatment | 6-39 |
|  |  | 6.2.2 | Biotreaters | 6-45 |
|  | 6.3 |  | Fluorinated Fugitive Emissions | 6-46 |
|  |  | 6.3.1 | Emissions from Air Conditioning and Refrigeration Equipment | 6-46 |
|  |  | 6.3.2 | Electrical Equipment | 6-50 |
|  |  | 6.3.3 | $SF_6$ Emissions from Pipeline Operations | 6-52 |
|  | 6.4 |  | References | 6-53 |

**7.0 INDIRECT EMISSIONS ESTIMATION METHODS** .......... **7-1**

|  | 7.1 |  | Emissions Associated with Purchased or Imported Energy | 7-1 |
|  |  | 7.1.1 | Electricity from a Known Generator | 7-1 |
|  |  | 7.1.2 | Purchased Electricity from an Unknown Generator – State or Regional Basis | 7-5 |
|  |  | 7.1.3 | Purchased Electricity from an Unknown Generator – National Basis | 7-10 |
|  |  | 7.1.4 | Renewable Energy | 7-16 |
|  |  | 7.1.5 | Steam/Heat Utility Emissions | 7-17 |
|  |  | 7.1.6 | District Cooling Water Emissions | 7-20 |
|  | 7.2 |  | Allocation of Emissions Among Energy Streams | 7-21 |
|  |  | 7.2.1 | Cogeneration of Electricity and Steam | 7-21 |
|  |  | 7.2.2 | Cogeneration Within An Entity | 7-39 |
|  |  | 7.2.3 | Cogeneration of Product Streams and Heat | 7-39 |
|  | 7.3 |  | References | 7-40 |

**8.0 EMISSION INVENTORY EXAMPLES** .......... **8-1**

|  | 8.1 |  | Exploration and Production | 8-2 |

BLM_0002779

# Table of Contents, continued

8.1.1   Onshore Oil Field with High $CO_2$ Content ..................................... 8-2

8.1.2   Offshore Oil and Natural Gas Production Platform..................... 8-28

8.1.3   Natural Gas Processing Plant ..................................................... 8-56

8.1.4   Production Gathering Compressor Station................................. 8-79

8.2   Transportation....................................................................................... 8-95

8.2.1   Transmission/Distribution........................................................... 8-95

8.2.2   Marketing Terminal ................................................................... 8-105

8.3   Refining................................................................................................ 8-124

8.3.1   Refinery..................................................................................... 8-124

8.4   Retail   ................................................................................................. 8-146

8.4.1   Retail......................................................................................... 8-146

**APPENDIX A.   ADDITIONAL COMBUSTION CALCULATION INFORMATION ....... A-1**

A.1   Methodology for Converting Between LHV and HHV Bases...................A-1

A.1.1   Solid Fuels ..................................................................................A-1

A.1.2   Liquid Fuels.................................................................................A-2

A.1.3   Gases..........................................................................................A-4

A.2   Additional Stationary Combustion Emission Factors .............................A-4

A.2.1   Combustion Emissions Factor Comparison for Industrial Equipment...................................................................................A-4

A.2.2   Combustion Emissions Based on Equipment Manufacturer Data (Canadian)...........................................................................A-8

A.3   Mobile Source Combustion Emissions - Operational Basis .................A-11

A.3.1   Automobiles/Passenger Vehicles..............................................A-11

A.3.2   Marine Vessels..........................................................................A-22

A.4   References ...........................................................................................A-27

**APPENDIX B.   ADDITIONAL VENTING CALCULATION INFORMATION ............... B-1**

B.1   Derivation of Asphalt Blowing Emission Factors.....................................B-1

B.2   Catalytic Cracking Regenerator "$K_1$, $K_2$, $K_3$" Approach ...........................B-3

BLM_0002780

# Table of Contents, continued

B.3     Derivation of Simplified Tank Flashing Emission Factor .........................B-6
        B.3.1  Crude Oil Flashing Losses ............................................................B-6
        B.3.2  Condensate Flashing Losses.......................................................B-7
B.4     Additional Loading, Ballasting, and Transit Loss Methodology...............B-8
        B.4.1  Loading Loss Emissions .............................................................B-8
        B.4.2  Ballasting Emissions .................................................................B-19
        B.4.3  Transit Loss Emissions .............................................................B-21
B.5     Production Sector High-/Low-Bleed Pneumatic Devices Emission
        Factor Development ..........................................................................B-26
B.6     Additional Coal Mining Data................................................................B-28
B.7     Additional Vented Volume Calculation Methodologies..........................B-31
        B.7.1  Calculating Pressure Vessel Volume .........................................B-31
        B.7.2  Calculating Well Unloading Emissions.......................................B-33
        B.7.3  Calculating Pressure Relief Valve Release Volumes .................B-34
B.8     Derivation of Vented Emission Factors.................................................B-35
        B.8.1  Derivation of Transmission Pipeline and Compressor Station
               Blowdown Emission Factor .......................................................B-35
        B.8.2  Derivation of Pipeline Blowdowns Emission Factor....................B-36
B.9     References ........................................................................................B-37

APPENDIX C.  ADDITIONAL FUGITIVE CALCULATION INFORMATION............... C-1
C.1     Additional Equipment Leak Emission Calculation Methodologies.......... C-1
        C.1.1  Screening Range Factor Approach ............................................. C-1
        C.1.2  Correlation Approach ................................................................. C-7
        C.1.3  Unit-Specific Correlations......................................................... C-11
        C.1.4  Methane-Specific Data for Emission Rate Calculations ........... C-11
        C.1.5  Generic Component Counts...................................................... C-15
C.2     Refinery Fugitive Emissions................................................................ C-19
C.3     Derivation of Fugitive Emission Factors.............................................. C-21
        C.3.1  Onshore Oil Production Fugitive Emission Factor..................... C-21

BLM_0002781

# Table of Contents, continued

C.3.2  Onshore Gas Production Fugitive Emission Factors ................. C-22

C.3.3  Gas Processing Fugitive Emission Factors ............................... C-27

C.3.4  Natural Gas Storage Station Fugitive Emission Factor ............. C-29

C.3.5  Gas Transmission Fugitive Emission Factors ........................... C-30

C.3.6  Gas Distribution Fugitive Emission Factors ............................. C-35

C.3.7  Plastic Pipeline Fugitive Emission Leak Factors ...................... C-46

C.3.8  $CO_2$ Pipeline Fugutive Emissions ............................................. C-47

C.4     References ....................................................................................... C-48

**APPENDIX D.  ADDITIONAL INDIRECT CALCULATION INFORMATION .............. D-1**

D.1     Development of International Electricity Grid Emission Factors ............. D-1

D.2     Historical Electric Grid Emission Factors ............................................. D-12

D.3     References ............................................................................................ D-16

**APPENDIX E.  ADDITIONAL INFORMATION ..........................................................E-1**

E.1     "Weathered" Crude and Other Petroleum Product Vented $CH_4$ and $CO_2$ Emissions ......................................................................................E-1

E.2     Default GRI/EPA Methane and Carbon Dioxide Compositions ...............E-6

E.3     Atmospheric Oxidation of Emissions .......................................................E-7

E.4     Non-GHG Emission Sources ....................................................................E-8

E.5     References ................................................................................................E-9

**APPENDIX F. REFINERY METHANE FUGITIVE EMISSIONS STUDY .....................F-1**

F.1     Overview ..................................................................................................F-1

F.2     Study Summary .......................................................................................F-1

F.3     Conclusions .............................................................................................F-3

F.4     References ...............................................................................................F-3

BLM_0002782

# Table of Contents
## Tables

Table 1–1.  Proposed Source Classification Approach ........................................ 1-5

Table 2–1.  Potential Greenhouse Gas Emission Sources by Sector: Conventional Exploration and Production ............................................... 2-6

Table 2–2.  Potential Greenhouse Gas Emission Sources by Sector: Oil Sands and Heavy Oil Upgrading ............................................................. 2-8

Table 2–3.  Potential Greenhouse Gas Emission Sources by Sector: Coal Bed Methane Production ...................................................................... 2-10

Table 2–4.  Potential Greenhouse Gas Emission Sources by Sector: Processing ........................................................................................... 2-12

Table 2–5.  Potential Greenhouse Gas Emission Sources by Sector: Carbon Capture and Geological Storage ............................................... 2-14

Table 2–6.  Potential Greenhouse Gas Emission Sources by Sector: Natural Gas Storage and LNG Operations ........................................... 2-16

Table 2–7.  Potential Greenhouse Gas Emission Sources by Sector:  Liquid Transportation and Distribution .............................................................. 2-19

Table 2–8.  Potential Greenhouse Gas Emission Sources by Sector: Natural Gas Transmission and Distribution .......................................... 2-20

Table 2–9.  Potential Greenhouse Gas Emission Sources by Sector: Refining ............................................................................................... 2-22

Table 2–10.  Potential Greenhouse Gas Emission Sources by Sector: Petrochemical Manufacturing ............................................................. 2-23

Table 2–11.  Potential Greenhouse Gas Emission Sources by Sector: Minerals and Mining Operations ......................................................... 2-25

Table 2–12.  Potential Greenhouse Gas Emission Sources by Sector: Retail and Marketing ........................................................................... 2-27

Table 2–13.  Potential Greenhouse Gas Emission Sources by Sector: Electricity and Heat/Steam Generation ................................................ 2-28

BLM_0002783

# Table of Contents, continued
## Tables

Table 3–1.  Greenhouse Gas and Global Warming Potentials ........................... 3-6

Table 3–2.  Emission Estimation Approaches – General Considerations ........... 3-9

Table 3–3.  Commonly Used Molar Volume Conversions................................. 3-12

Table 3–4.  Conversion Factors........................................................................ 3-14

Table 3–5.  Temperature Conversions.............................................................. 3-16

Table 3–6.  Unit Prefixes.................................................................................. 3-17

Table 3–7.  Hydrocarbon Molecular Weights and Gross Heating Values ......... 3-19

Table 3–8.  Densities, Higher Heating Values, and Carbon Contents for
Various Fuels.................................................................................. 3-20

Table 3–9.  Natural Gas Carbon Contents by Heating Value............................ 3-22


Table 4–1.  Emission Estimation Approaches – GHG and Source Specific
Considerations for Combustion Sources.................................................. 4-2

Table 4–2.  Energy Conversions by Generator Type........................................... 4-7

Table 4–3.  $CO_2$ Combustion Emission Factors (Fuel Basis) for Common
Industry Fuel Types .............................................................................. 4-17

Table 4–4.  $CO_2$ Combustion Emission Factors (Fuel Basis) for Specialized
Fuel Types ............................................................................................ 4-20

Table 4–5.  $CH_4$ and $N_2O$ Combustion Emission Factors (Fuel Basis) for
Common Industry Fuel Types................................................................ 4-21

Table 4–6.  $CH_4$ and $N_2O$ Combustion Emission Factors (Fuel Basis) for
Specialized Fuel Types......................................................................... 4-22

Table 4–7.  Equipment-Specific Combustion Emission Factors for Boilers
and Furnaces (Gas and Liquid Fuels).................................................... 4-26

Table 4–8.  Equipment-Specific Combustion Emission Factors for Boilers
and Furnaces (Solid Fuels)................................................................... 4-30

Table 4–9.  Engines and Turbines Emission Factors........................................ 4-33

Table 4–10.  "Generic" Upstream Gas Composition .......................................... 4-39

Table 4–11.  GHG Emission Factors for Gas Flares in Developed Countries... 4-42

BLM_0002784

# Table of Contents, continued
## Tables

Table 4–12.  GHG Emission Factors for Gas Flares in Developing Countries and Countries with Economies in Transition......................... 4-44

Table 4–13.  Default Fuel Economy Factors for Different Types of Mobile Sources.............................................................................................. 4-57

Table 4–14.  Default Fuel Economy Factors for Diesel Freight Mobile Sources.............................................................................................. 4-57

Table 4–15.  Default Fuel Consumption for Marine Vessels ............................. 4-58

Table 4–16.  Default Fuel Consumption by Engine Type................................... 4-58

Table 4–17.  Mobile Source Combustion Emission Factors.............................. 4-59

Table 5–1.  Emission Estimation Approaches – GHG and Source Specific Considerations for Vented Sources ........................................................ 5-1

Table 5–2.  Segment Specific Uncontrolled Gas Dehydration $CH_4$ Emission Factors 5-4

Table 5–3.  GLYCalc$^{TM}$ Generated Dehydration Methane Emission Factors...... 5-5

Table 5–4.  GRI/EPA Kimray Pump $CH_4$ Emission Factors ............................... 5-8

Table 5–5.  Uncontrolled AGR $CH_4$ Emission Factor ........................................ 5-14

Table 5–6.  Composition of U.S. Pipeline-Quality Natural Gas ........................ 5-29

Table 5–7.  Default Asphalt Blowing Emission Factors..................................... 5-34

Table 5–8.  Methane Flashing Loss Emission Factors for Crude Oil Storage Tanks  5-52

Table 5–9.  Summary of Production Tank Flashing Losses Using Different Correlation Equation Approaches ........................................................ 5-54

Table 5–10.  Produced Salt Water Tank Methane Flashing Emission Factors 5-57

Table 5–11.  Methane Emission Factors from Produced Water from Shallow   Gas Wells ............................................................................. 5-57

Table 5–12.  Simplified TOC Emission Factors for Loading Losses ................. 5-62

Table 5–13.  Average TOC Emission Factors for Crude Oil Ballasting Operations ......................................................................................... 5-64

BLM_0002785

# Table of Contents, continued
## Tables

Table 5–14.  Simplified TOC Emission Factors for Marine Transit Losses ....... 5-65

Table 5–15.  Gas-Driven Pneumatic Device $CH_4$ Emission Factors ................. 5-68

Table 5–16.  Gas-Driven Chemical Injection Pump $CH_4$ Emission Factors ...... 5-73

Table 5–17.  Mud Degassing Vented $CH_4$ Emission Factors ........................... 5-75

Table 5–18.  Heavy Oil and Crude Bitumen Casing Gas Vented $CH_4$ Emission Factors – Throughput Basis ................................................... 5-77

Table 5–19.  Heavy Oil and Crude Bitumen Casing Gas Vented $CH_4$ Emission Factors – Well Basis................................................ 5-77

Table 5–20.  Average U.S. Coal Mining $CH_4$ Emission Factors ........................ 5-83

Table 5–21.  Australian Coal Mining $CH_4$ Emission Factors ............................ 5-84

Table 5–22.  Chemical Production Emission Factors........................................ 5-86

Table 5–23.  Production Segment $CH_4$ Emission Factors for Maintenance and Turnaround Activities ..................................................................... 5-91

Table 5–24.  Production Segment $CH_4$ Emission Factors for Other Non-Routine Releases ................................................................................ 5-98

Table 5–25.  Gas Processing Segment $CH_4$ Emission Factor for Non-Routine Activities ................................................................................ 5-100

Table 5–26.  Transmission Segment $CH_4$ Emission Factors for Non-Routine Activities ................................................................................ 5-102

Table 5–27.  Gas Distribution Segment $CH_4$ Emission Factors for Non-Routine Activities ................................................................................ 5-104

Table 6–1.  Emission Estimation Approaches – GHG and Source Specific Considerations for Fugitive Sources ....................................................... 6-1

Table 6–2.  Facility-Level Average Fugitive Emission Factors........................... 6-8

Table 6–3.  Fugitive Emission Factors for Onshore Crude Production Equipment................................................................................................ 6-15

Table 6–4.  Fugitive Emission Factors for Onshore Natural Gas Production Equipment................................................................................................ 6-16

Table 6–5.  Fugitive $CH_4$ Emission Factors for Natural Gas Processing Equipment................................................................................................ 6-17

BLM_0002786

# Table of Contents, continued
## Tables

Table 6–6.  Fugitive Emission Factors for Natural Gas Transmission and Storage Equipment ............................................................................ 6-17

Table 6–7.  Fugitive Emission Factors for Gas Distribution Equipment ............ 6-18

Table 6–8.  Fugitive Emission Factors for Distribution M&R Stations ............... 6-19

Table 6–9.  More Detailed Fugitive Emission Factors for Natural Gas Transmission Equipment ...................................................................... 6-22

Table 6–10.  More Detailed Fugitive Emission Factors for Natural Gas Distribution Equipment........................................................................ 6-24

Table 6–11.  Fugitive Emission Factor from Underground Plastic Pipelines by Construction Year ........................................................................... 6-26

Table 6–12.  EPA Average Oil and Natural Gas Production Emission Factors................................................................................................. 6-29

Table 6–13.  API Average Offshore Fugitive Emission Factors ........................ 6-29

Table 6–14.  API Oil and Natural Gas Production Average Emission Factors................................................................................................. 6-30

Table 6–15.  Natural Gas Plant, Gathering Compressor Station, and Well Site Average Emission Factors............................................................ 6-31

Table 6–16.  API natural Gas Plant Average Emission Factors........................ 6-31

Table 6–17.  Natural Gas Transmission Compressor Station Component Emission Factors ................................................................................. 6-32

Table 6–18.  Natural Gas Transmission and Storage Average Emission Factors................................................................................................. 6-33

Table 6–19.  Natural Gas Distribution Meter/Regulator Stations Average Emission Factors ................................................................................. 6-34

Table 6–20.  Natural Gas Distribution Commercial and Residential Sites Average Emission Factors.................................................................... 6-34

Table 6–21.  Additional Natural Gas Facility Average Emission Factors .......... 6-35

Table 6–22.  Additional Oil Facility Average Emission Factors......................... 6-36

Table 6–23.  Default MCF Values for Aerobic Industrial Wastewater Treatment ............................................................................................ 6-41

Table 6–24.  Default MCF Values for Anaerobic Industrial Wastewater Treatment ............................................................................................ 6-42

BLM_0002787

# Table of Contents, continued
## Tables

Table 6–25.  Default Operating Emission Factors for Refrigeration / Air Conditioning Equipment ........................................................................ 6-48

Table 6–26.  Global Warming Potentials for Refrigeration Blends .................... 6-48

Table 6–27.  Usage Based Fugitive Emission Factors for Electrical Equipment .............................................................................................. 6-50

Table 6–28.  Distance-Based Fugitive Emission Factors for Electrical Transmission and Distribution .............................................................. 6-51

Table 7–1.  Electricity Usage Emission Factors by Method of Generation .......... 7-3

Table 7–2.  Average U.S. Electricity Usage Emission Factors by eGrid Subregion - 2005 ................................................................................. 7-6

Table 7–3.    Average Australian Electricity Usage Emission Factors ............... 7-8

Table 7–4.  Average Canadian Electricity Usage Emission Factors by Province (2006 data) ............................................................................ 7-9

Table 7–5.  OECD Member Country International Electric Grid Emission Factors (Generation Basis) ................................................................. 7-11

Table 7–6.  Non-OECD Member Country International Electric Grid Emission Factors (Generation Basis) .................................................. 7-13

Table 7–7.  Typical Chiller Coefficients of Performance .................................. 7-20

Table 8–1.  Gas Composition for Onshore Oil Field (High $CO_2$ Content) ............ 8-2

Table 8–2.  Onshore Oil Field (High $CO_2$ Content) Emissions Sources .............. 8-3

Table 8–3.  Onshore Oil Field (High $CO_2$ Content) Fugitive Emission Sources .................................................................................................. 8-5

Table 8-4.  On-Shore Oil Field (High $CO_2$ Content) Fugitive Emission Factors ................................................................................................. 8-22

Table 8–5.  On-Shore Oil Field (High $CO_2$ Content) Fugitive Emissions ........... 8-23

Table 8–6.  On-Shore Oil Field (High $CO_2$ Content) Emissions ........................ 8-26

Table 8–7.  Gas Composition for Offshore Production Platform ....................... 8-28

Table 8–8.  Offshore Oil and Natural Gas Production Platform Emissions Sources ................................................................................................ 8-29

BLM_0002788

# Table of Contents, continued
## Tables

Table 8–9.  Offshore Oil and Natural Gas Production Platform Fugitive Emission Sources .............................................................................. 8-32

Table 8–10.  Offshore Oil and Natural Gas Production Platform Fugitive Liquid Weight Percents .................................................................... 8-32

Table 8–11.  Offshore Oil and Natural Gas Production Platform Fugitive Emissions Factors ............................................................... 8-51

Table 8-12.  Offshore Oil and Natural Gas Production Platform Fugitive Emissions ............................................................................. 8-53

Table 8-13.  Offshore Oil and Natural Gas Production Platform Emissions ...... 8-54

Table 8-14.  Gas Composition for Natural Gas Processing Plant .................... 8-56

Table 8-15.  Natural Gas Processing Emission Sources .................................. 8-57

Table 8-16.  Natural Gas Processing Fugitive Emission Sources .................... 8-60

Table 8-17.  Natural Gas Processing Fugitive Emission Factors ...................... 8-73

Table 8-18.  Natural Gas Processing Fugitive Emissions ................................. 8-74

Table 8-19.  Natural Gas Processing Emissions ............................................... 8-76

Table 8-20.  Gas Composition for Production Gathering Compressor Station ........................................................................................... 8-79

Table 8-21.  Production Gathering Compressor Station Combustion and Vented Sources ........................................................................... 8-80

Table 8-22.  Production Gathering Compressor Station Fugitive Emission Sources ........................................................................................ 8-81

Table 8-23.  Production Gathering Compressor Station Fugitive Emission Factors ......................................................................................... 8-89

Table 8-24.  Production Gathering Compressor Station Fugitive Emissions ..... 8-90

Table 8-25.  Production Gathering Compressor Station Emissions .................. 8-94

Table 8-26.  Transmission/Distribution Emission Sources ................................ 8-96

Table 8-27.  Transmission/Distribution Emissions .......................................... 8-104

Table 8-28.  Marketing Terminal Emission Sources......................................... 8-106

Table 8-29.  Marketing Terminal Fugitive Emission Sources ........................... 8-107

Table 8-30.  Marketing Terminal Emissions..................................................... 8-123

Table 8-31.  Refinery Fuel Streams ................................................................. 8-124

BLM_0002789

# Table of Contents, continued
## Tables

Table 8-32.  Refinery Emissions Sources ....................................................... 8-126

Table 8-33.  Refinery Cogeneration Emission Summary – WRI/WBCSD
Efficiency Allocation Approach............................................................ 8-144

Table 8-34.  Refinery Emissions .................................................................... 8-145

Table 8-35.  Retail Emissions Sources .......................................................... 8-147

Table 8-36.  Retail Emissions ........................................................................ 8-151


Table A–1.  External Combustion Industrial Source Emission Factor
Comparison ......................................................................................... A-6

Table A–2.  Internal Combustion Industrial Source Emission Factor
Comparison ......................................................................................... A-7

Table A–3.  Waukesha Reciprocating Engines Combustion Emission
Factors ................................................................................................. A-9

Table A–4.  CAT Reciprocating Engines Combustion Emission Factors .......... A-10

Table A–5.  Default Distance Based $CO_2$ Mobile Source Emission Factors
for the United Kingdom ...................................................................... A-12

Table A-6.  $CH_4$ and $N_2O$ Emission Factors for Highway Vehicles by Model
Year   ................................................................................................. A-12

Table A–7.  Default Distance Based $CH_4$ and $N_2O$ Mobile Source Emission
Factors for U.S. Vehicles ................................................................... A-15

Table A–8.  Default Distance Based $CH_4$ and $N_2O$ Mobile Source Emission
Factors for European Vehicles............................................................ A-16

Table A–9.  Default Distance Based $CH_4$ and $N_2O$ Mobile Source Emission
Factors for Alternative Fuel Vehicles ................................................. A-21

Table A–10.  Default Operational Based Emission Factors for Marine
Vessels ............................................................................................... A-24


Table B–1.  Default Asphalt Blowing Exhaust Composition ............................... B-1

Table B–2.  Coke Burn Rate Material Balance Conversion Factors ................... B-4

Table B–3.  Crude Oil Tank Flashing Loss Emission Factor Development ......... B-6

BLM_0002790

# Table of Contents, continued
# Tables

Table B–4.  Condensate Tank Flashing Loss Emission Factor Development .............................................................................B-7

Table B–5.  Average Arrival TOC Emission Factor, $C_A$, for the Crude Oil Marine Vessel Loading Emission Factor Equation.................B-10

Table B–6.  Properties of Select Petroleum Liquids...........................B-11

Table B–7.  Saturation, S, Factors for Estimating Loading Losses ..................B-14

Table B–8.  TOC Emission Factors for Gasoline Loading at Marine Terminals ...........................................................................B-16

Table B–9.  TOC Emission Factors for Marine Loading of Additional Petroleum Products ............................................................B-17

Table B–10.  TOC Emission Factors for Rail/Truck Loading Losses ................B-17

Table B–11.  Simplified TOC Emission Factors for Gasoline Ballasting Losses ...............................................................................B-21

Table B–12.  Simplified TOC Emission Factors for Rail/Truck Gasoline Transit Losses ....................................................................B-23

Table B–13.  Simplified TOC Emission Factors for Marine Transit Losses.......B-24

Table B–14.  Production Sector Pneumatic Device High/Low-Bleed Emission Factor Development  ...........................................B-26

Table B–15.  U.S. Total Coal Production, 2005 - 2007 ......................................B-28

Table B–16.  U.S. $CH_4$ Emissions from Coal Mining Activities, 2005 - 2007.....B-29

Table B–17.  $CH_4$ Emission Factors for Coal Mining..........................................B-29

Table B–18.  Coal Mining Emission Factors by Coal Supply Region................B-30

Table B–19.  Volume Per Meter of Pipeline Length ..........................................B-32

Table B–20.  Transmission Compressor Station Blowdown Emission Factor Development.......................................................................B-35

Table B–21.  Transmission Pipeline Blowdown Vented Emission Factor Development.......................................................................B-36

Table B–22.  Distribution Pipeline Blowdown Vented Emission Factor Development.......................................................................B-37

BLM_0002791

# Table of Contents, continued
## Tables

Table C–1.  EPA Oil and Natural Gas Production Screening Factors................ C-3

Table C–2.  API Oil and Natural Gas Production and Processing Screening Factors.................................................................................................. C-4

Table C–3.  Petroleum Industry Leak Rate/Screening Value (SV) Correlations ........................................................................................... C-8

Table C–4.  Default-Zero Values for the Petroleum Industry ............................. C-8

Table C–5.  Pegged Emission Rates for the Petroleum Industry ....................... C-9

Table C–6.  "Generic" Speciation Factors for Component Specific THC Emissions Factors for Oil and Natural Gas Operations....................... C-12

Table C–7.  "Generic" Production (Canadian) Composition by Service .......... C-13

Table C–8.  "Generic" Fugitive Counts for Onshore Oil Production Facilities (per Equipment/Process Type) ............................................................ C-16

Table C–9.  "Generic" Fugitive Counts for Gas Production, Gas Processing, and Offshore Facilities (per Equipment/Process Type)...................... C-17

Table C–10.  Summary of the Number of Vessels, Compressors, and Pumps Associated with Various Gas Processes ................................. C-18

Table C–11.  EPA Average Refinery Emission Factors ................................... C-20

Table C–12.  Refinery Screening Factors....................................................... C-21

Table C–13.  Derivation of Facility-Level Average Fugitive Emission Factor for Onshore Oil Production .................................................................. C-22

Table C–14.  Derivation of Facility-Level Average Fugitive Emission Factor for Onshore Gas Production ................................................................ C-23

Table C–15.  Derivation of Equipment-Level Fugitive Emission Factors for Gas Production .................................................................................... C-24

Table C–16.  Derivation of Fugitive $CH_4$ Emission Factors for Gas Gathering Pipelines, by Pipe Material.................................................. C-25

Table C–17.  Derivation of Combined Fugitive $CH_4$ Emission Factor for Natural Gas Gathering Pipelines ......................................................... C-26

Table C–18.  Derivation of Fugitive $CO_2$ Emission Factors for Natural Gas Gathering Pipelines, by Pipe Material.................................................. C-26

BLM_0002792

# Table of Contents, continued
## Tables

Table C–19.  Derivation of Combined Fugitive $CO_2$ Emission Factors for Gas Gathering Pipelines ...................................................................... C-27

Table C–20.  Derivation of Facility and Equipment-Level Fugitive Emission Factors for Gas Processing ................................................................. C-28

Table C–21.  Derivation of Facility-Level Average Natural Gas Storage Station Fugitive Emission Factor .......................................................... C-29

Table C–22.  Derivation of Facility-Level Average Fugitive $CH_4$ Emission Factor for Gas Transmission Pipelines ................................................ C-30

Table C–23.  Derivation of Detailed Equipment-Level Fugitive $CH_4$ Emission Factors for Gas Transmission Pipelines, by Pipe Material ... C-31

Table C–24.  Derivation of Equipment-Level Gas Transmission Pipeline Fugitive $CH_4$ Emission Factor ............................................................... C-32

Table C–25.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Transmission Pipelines, by Pipe Material ............................................. C-32

Table C–26.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factors for Gas Transmission Pipelines.............................. C-33

Table C–27.  Derivation of Facility-Level Average Gas Transmission Pipeline Fugitive $CO_2$ Leak Emission Factor ....................................... C-34

Table C–28.  Derivation of M&R Stations Fugitive $CH_4$ Emission Factor......... C-35

Table C–29.  Derivation of Facility-Level Average Fugitive $CH_4$ Emission Factor for Gas Distribution Pipelines..................................................... C-36

Table C–30.  Derivation of Equipment-Level Fugitive $CH_4$ Emission Factors for Gas Distribution Mains, by Pipe Material ....................................... C-37

Table C–31.  Derivation of Equipment-Level Average Fugitive $CH_4$ Emission Factor for Gas Distribution Mains ........................................ C-38

Table C–32.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Distribution Mains, by Pipe Material..................................................... C-38

Table C–33.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factor for Gas Distribution Mains ........................................ C-39

Table C–34.  Derivation of Detailed Fugitive $CH_4$ Emission Factors for Gas Distribution Services, by Pipe Material................................................. C-40

BLM_0002793

# Table of Contents, continued
# Tables

Table C–35.  Derivation of Equipment-Level Average Fugitive $CH_4$ Emission Factor for Gas Distribution Services ...................................... C-40

Table C–36.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Distribution Services, by Pipe Material................................................... C-41

Table C–37.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factor for Gas Distribution Services ...................................... C-42

Table C–38.  Derivation of Facility-Level Average Fugitive $CO_2$ Emission Factors for Gas Distribution Pipelines.................................... C-43

Table C–39.  Derivation of Equipment-Level Fugitive $CH_4$ Emission Factor for Customer Meters ........................................................... C-44

Table C–40.  Derivation of Equipment-Level Fugitive $CH_4$ Emission Factor for Distribution/Meter Reg. Stations .................................... C-45

Table C–41.  Derivation of Fugitive Emission Leak Factor from Plastic Pipelines by Construction Year ............................................ C-46


Table D–1.  Summary of Year 2006 Electricity Generation Information for OECD Countries ................................................................... D-2

Table D–2.  Summary of Year 2005 Electricity Generation Information for Non-OECD Countries .............................................................. D-7

Table D–3.  OECD Member Country International Electric Grid Emission Factors, Average of 2000 – 2002 Data (Generation Basis) ................. D-13

Table D–4.  Non-OECD Member Country International Electric Grid Emission Factors, Average of 2000 – 2001 Data (Generation Basis).. D-14

Table D–5.  Average Canadian Electricity Usage Emission Factors by Province (1999-2001 data) ................................................... D-16


Table E–1.  Liquid "Weathered" Crude Speciation Data .................................... E-1

Table E–2.  Average Liquid Compositions by Fuel Type .................................... E-2

Table E–3.  Vapor Phase Speciation Data.......................................................... E-4

Table E–4.  Default GRI/EPA Methane and Carbon Dioxide Compositions........ E-6


Table F–1. Refinery Background Data................................................................ F-1

BLM_0002794

**Table of Contents, continued**
**Tables**

Table F–2. Refinery A Greenhouse Gas Emissions Inventory ............................ F-2

Table F–3. Refinery A Fugitive CH$_4$ Emissions Summary ................................. F-2

Table F–4. Refinery B Greenhouse Gas Emissions Inventory ........................... F-2

Table F–5. Refinery A Fugitive CH$_4$ Emissions Summary ................................. F-3

BLM_0002795

# Table of Contents
# Figures

Figure 2–1.  Oil and Natural Gas Industry Schematic of GHG Emissions........... 2-2

Figure 4–1.  Calculating $CO_2$ Emissions from Stationary Combustion Sources (Not Including Flares) ................................................................ 4-3
Figure 4–2.  Calculation Approaches for Gas Flare Emissions......................... 4-38
Figure 4–3.  Calculation Approaches for Mobile Source $CO_2$ Emissions .......... 4-55

Figure 5–1.  $CH_4$ Emissions from Glycol Dehydrators ......................................... 5-3
Figure 5–2.  $CH_4$ Emissions from Acid Gas Removal (AGR) Units ................... 5-13
Figure 5–3.  $CO_2$ Emissions from Fluid Catalytic Cracking Units (FCCU)......... 5-19
Figure 5–4.  $CO_2$ Emissions from a Refinery Hydrogen Plant........................... 5-25
Figure 5–5.  Decision Tree for Crude Oil Flashing Losses................................ 5-42
Figure 5–6.  Flashing Losses Chart ................................................................. 5-50
Figure 5–7.  Decision Tree for Non-Routine Activities ...................................... 5-87

Figure 6–1.  Emission Estimation Approaches for Fugitive Equipment Leaks  ......................................................................................... 6-3
Figure 6–2.  Boundaries Between Crude and Natural Gas Production Equipment.................................................................................... 6-7
Figure 6–3.  Wastewater Treatment.................................................................. 6-40
Figure 6–4.  Refrigerant Emissions.................................................................. 6-47

Figure 7–1.  Decision Tree for Purchased Electricity Emissions......................... 7-2
Figure 7–2.  eGRID Subregion Map.................................................................... 7-7

Figure 8–1.  Onshore Oil Field (High $CO_2$ Content) Summary of Emissions .... 8-25
Figure 8–2.  Offshore Oil and Natural Gas Production Platform ...................... 8-53
Figure 8–3.  Natural Gas Processing Summary of Emissions .......................... 8-75
Figure 8–4.  Production Gathering Compressor Station Summary of Emissions ................................................................................... 8-93

BLM_0002796

# Table of Contents
# Figures

Figure 8–5.  Transmission/Distribution Summary of Emissions ...................... 8-103

Figure 8–6.  Marketing Terminal Summary of Emissions................................ 8-122

Figure 8–7.  Refinery Summary of Emissions................................................. 8-144

Figure 8–8.  Retail Summary of Emissions .................................................... 8-150


Figure B–1.  Decision Tree for Crude Loading Losses ...................................... B-8

Figure B–2.  Decision Tree for Gasoline and Other Liquid Loading Losses........ B-9

Figure B–3.  Decision Tree for Petroleum Liquid Ballasting Emissions............. B-19

BLM_0002797



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# SECTION 1 INTRODUCTION



BLM_0002798

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Section 1 - Introduction

August 2009

BLM_0002799

BLM_0002800

# Table of Contents

**1.0  Introduction**.................................................................................................. **1-1**

    1.1  Background.................................................................................. 1-2

    1.2  Document Overview................................................................... 1-3

    1.3  Organization .............................................................................. 1-4

    1.4  References ................................................................................. 1-7

# List of Tables

Table 1-1.  Proposed Source Classification Approach ............................................1-5

BLM_0002801

BLM_0002802

# 1.0
# INTRODUCTION

The American Petroleum Institute (API) and many of its member companies are implementing action plans for addressing greenhouse gas (GHG) concerns and policy issues. Concurrently, local, regional, national and international bodies are developing or revising their guidance on estimating, reporting, and verifying GHG emissions. This document is a compendium of currently recognized methods and provides details for all oil and natural gas industry segments to enhance consistency in emissions estimation.

This API *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry* (referred to as the API *Compendium*) aims to accomplish the following goals:

- Assemble an expansive collection of relevant emission factors and methodologies for estimating GHG emissions, based on currently available public documents;

- Outline detailed procedures for conversions between different measurement unit systems, with particular emphasis on implementation of oil and natural gas industry standards;

- Provide descriptions of the multitude of oil and natural gas industry operations—in its various segments—and the associated GHG emissions sources that should be considered; and

- Develop emission inventory examples—based on selected facilities from various oil and natural gas industry operations—to demonstrate the broad applicability of the methodologies.

The overall objective of this document is to promote the use of consistent, standardized methodologies for estimating GHG emissions from oil and natural gas industry operations[1]. As a result, this API *Compendium* recognizes calculation techniques and emission factors for estimating GHG emissions for oil and natural gas industry operations. These techniques cover the calculation or estimation of emissions from the full range of industry operations – from exploration and production through refining, to the marketing and distribution of products.

The API *Compendium* presents and illustrates the use of emission estimation methods for carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), hydrofluorocarbons (HFCs), perfluorocarbons

---

[1] Although the API *Compendium* was derived for oil and natural gas industry operations, the methodologies presented in the API *Compendium* can be used by other industries, particularly those that utilize fossil fuels.

©2009 American Petroleum Institute

BLM_0002803

(PFCs), and sulfur hexafluoride ($SF_6$) for all common emission sources, including combustion, vented, and fugitive.  Decision trees are provided to guide the user in selecting a calculation or estimation technique that is based on considerations of materiality, data availability, and accuracy. **METHODOLOGIES REQUIRED BY REGULATIONS TAKE PRECEDENCE OVER THE OPTIONS PROVIDED IN THE DECISION TREES.**

## 1.1    Background

The API *Compendium* was first released in April 2001 (API, 2001).  Its initial release as a "road test" or Pilot Version document was geared toward testing its application to project, facility, or corporate level GHG emission inventories.  Since that time, comments on the API *Compendium* have been received through a number of mechanisms, including industry conferences, workshops, and focused outreach to other protocol development organizations, particularly those used by the oil and natural gas industry in other regions of the world.  Through collaboration with other industry-related protocol development organizations, this version of the API *Compendium* represents industry best practices for estimating GHG emissions.

Also following the release of the API *Compendium* Pilot Version, a parallel effort was initiated to promote consistent, credible, and reliable GHG accounting and reporting practices for the oil and natural gas industry.  A team of oil and natural gas industry representatives led by the International Petroleum Industry Environmental Conservation Association (IPIECA), the Association of Oil and Gas Producers (OGP) and API, issued the *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions* (referred to as the *Guidelines*) in December 2003 (IPIECA, et al., 2003).  The *Guidelines* build upon other existing protocols for estimating GHG emissions by providing information to address the unique operational arrangements of the oil and natural gas industry.

In 2007, API launched an initiative to develop guidelines for quantifying uncertainty associated with GHG emission inventories.  API, Conservation of Clean Air and Water in Europe (CONCAWE), and IPIECA convened an international workshop on the topic on January 16, 2007, in Brussels, Belgium, as the first step in the process of addressing inventory uncertainty and accuracy issues (API and IPIECA, 2007).  The document *Addressing Uncertainty in Oil & Natural Gas Industry Greenhouse Gas Inventories: Technical Considerations and Calculation Methods* (referred to here as the *Uncertainty Document*) was developed as a result, with the purpose of

©2009 American Petroleum Institute

BLM_0002804

*Introduction*

augmenting existing industry guidance and providing technically valid approaches applicable for use by the global oil and natural gas industry to improve GHG emissions estimation robustness and data quality (API, CONCAWE, IPIECA, 2009).

The API *Compendium*, *Guidelines*, and *Uncertainty Document* are complementary; where the API *Compendium* focuses on GHG emission estimation methodologies for industry sources (how to calculate emissions), the *Guidelines* primarily address GHG accounting and reporting questions faced by the industry (how to report emissions), and the *Uncertainty Document* addresses the confidence intervals for the inventory results. Combined, the API *Compendium*, *Guidelines*, and *Uncertainty Document* provide comprehensive guidance for the estimation, accounting, and reporting of oil and natural gas industry GHG emissions.

In addition, API provides (free of charge) the SANGEA™ Emissions Estimating System, an automated, electronic data management information system based on the emission estimation methodologies described in the API *Compendium*. SANGEA™ was designed to assist oil and natural gas companies with estimating, managing, and reporting GHG emissions, and can also be used to track energy consumption and criteria pollutant emissions. SANGEA™ is available at http://ghg.api.org.

## 1.2    Document Overview

The API *Compendium* is neither a standard nor a recommended practice for the development of emissions inventories. Rather, as the name implies, it represents a compilation of commonly used GHG emission estimation methodologies.

Methodologies outlined in this API *Compendium* can be used to guide the estimation of GHG emissions for individual projects, entire facilities, or company-wide inventories. The purpose of the GHG analysis, as well as the availability of data, will generally determine the level of detail and the estimation approach to be selected. The methodologies presented here address the estimation of all six GHG species or families of gases ($CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, and $SF_6$) from oil and natural gas industry operations. This should not imply that emissions of all these GHG compounds are necessarily significant for all emission sources or industry operations, as their presence varies highly and depends on source design and operational practice. The emission estimation approaches presented are believed to be practical for all segments of the oil and natural

©2009 American Petroleum Institute

BLM_0002805

gas industry.  The operations and facilities addressed range from the well-head to retail outlets, including exploration and production (E&P), refining, marine vessels, pipelines, bulk distribution, other transportation, and retail marketing.  The methods presented in this API *Compendium* pertain only to emissions from operations and not those that might be attributable to product use.  Industry data provided throughout this document list the carbon content fraction for typical fuels in commerce, but no attempt is made to account for hypothetical efficiencies associated with product use.

Transparency is a key issue in developing GHG inventory estimates.  It is strongly recommended that any estimation approach used should be well annotated, with all input information recorded and careful documentation of the underlying conditions and assumptions.  The SANGEA™ calculation tool provided by API may assist in facilitating such documentation.  This level of detail is necessary to track and compare GHG emission information over time and to allow for future revisions as new information becomes available.  Moreover, the dynamic nature of oil and natural gas industry operations, along with changes in estimation procedures, necessitate good narrative descriptions of included operations and equipment, in addition to careful calculations and knowledge of operating procedures.

It is also important to note that emission results can differ, in some cases significantly, depending on the specific approach(es) used to estimate emissions.  The API *Compendium*, *Guidelines*, and *Uncertainty Document* provide guidance for selecting appropriate estimation techniques based on the intended use of the inventory data and the availability of required input data.  Beyond regulatory requirements, the use of the information presented in this document is left to the discretion of the user.

## 1.3    Organization

Section 2 of this API *Compendium* provides a description of the various industry segments and their interrelation.  It sets out a common classification for all devices in the various segments and includes listings of operations and sources that need to be assessed for their GHG emissions, with a focus on $CO_2$, $CH_4$, and $N_2O$ emissions because these are the most relevant to oil and natural gas industry operations.  The equipment classification system described in Section 2 is summarized in Table 1-1 and includes the major emission categories, with a representative list of devices that might fall into each of these categories.

©2009 American Petroleum Institute

BLM_0002806

*Introduction*

Indirect emissions are emissions that are a consequence of activities of the reporting company but which result from sources owned or controlled by another party. All other sources identified in Table 1-1 are considered direct emissions, which result from sources owned or controlled by the reporting company. For transparency, if reported, indirect emissions should be reported separately from direct emissions. More information on the differences and reporting of direct and indirect emissions can be found in the *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions* (IPIECA, 2003).

### Table 1-1.  Proposed Source Classification Approach[a]

| Category | Principal Sources Include: |
|---|---|
| **Direct Emissions** | |
| **Combustion Sources** | |
| *Stationary Devices* | Boilers, heaters, furnaces, reciprocating internal combustion engines and turbines, flares, incinerators, and thermal/catalytic oxidizers |
| *Mobile Sources* | Barges, ships, railcars, and trucks for material transport; planes/helicopters and other company vehicles for personnel transport; forklifts, all terrain vehicles, construction equipment, and other off-road mobile equipment |
| **Process Emissions and Vented Sources[b,c]** | |
| *Process Emissions* | Hydrogen plants, amine units, glycol dehydrators, fluid catalytic cracking unit and reformer regeneration, and flexi-coker coke burn |
| *Other Venting* | Crude oil, condensate, and oil and natural gas product storage tanks, gas-blanketed water and chemical tanks, underground drain tanks, gas-driven pneumatic devices, gas samplers, chemical injection pumps, exploratory drilling, loading/ballasting/transit, and loading racks |
| *Maintenance/Turnaround* | Decoking of furnace tubes, well unloading, vessel and gas compressor depressurizing, compressor starts, gas sampling, and pipeline blowdowns |
| *Non-Routine Activities* | Pressure relief valves, PCVs, fuel supply unloading valves, and emergency shut-down devices |
| **Fugitive Sources[d]** | |
| *Fugitive Emissions* | Valves, flanges, connectors, pumps, compressor seal leaks, and catadyne heaters |
| *Other Non-Point Sources* | Wastewater treatment and surface impoundments |
| **Indirect Emissions** | |
| *Electricity* | Off-site generation of electricity for on-site power |
| *Steam/Heat* | Off-site generation of hot water and steam for on-site heat |
| *District Cooling* | Off-site gaseous pressurization (compression) for on-site cooling |

[a] Note that this API *Compendium* uses terms (e.g., "routine," "maintenance," "point source") that may have both a commonplace, non-legal meaning, and a specific, legal meaning. The API *Compendium* uses the commonplace, non-legal meanings for these terms and does not use them in their legal sense.
[b] Vented emissions are intentional or designed into the process or technology to occur during normal operations.
[c] The above categories of emissions are broad listings intended to give an indication of the emission sources in the oil and natural gas industry. Note that some regulatory and/or voluntary reporting programs classify the categories differently, including what sources are included under the vented, process, and fugitive categories.
[d] Fugitive emissions can be individually found and "fixed" to make the emissions "near zero."

©2009 American Petroleum Institute

BLM_0002807

*Introduction*

Section 3 presents detailed technical considerations and suggestions for developing a consistent emissions estimate.  To allow for global use of the estimation approaches, this section of the API *Compendium* contains conversion factors, standard gas conditions, and fuel properties for fuels typically found in the oil and natural gas industry.  It also introduces key statistical calculation methods for assessing uncertainty ranges for GHG emissions from applicable sources.  A discussion on emission factor quality and inventory accuracy is also provided in Section 3.

Sections 4, 5, and 6 provide the compiled calculation methodologies for direct emission sources: combustion devices, process and operational venting, and fugitive emission sources, respectively. Each section presents the details of various estimation approaches for each source, device, or operation and also includes example calculations.  The methods are organized around the general classification of emission sources and equipment by category, as specified in Section 2.  The estimation approaches are therefore presented by either equipment or fuel type, and by operational practices.  These sections strive to balance the need to make the computational tasks as simple as possible while retaining sufficient accuracy in the final inventory.  To accomplish this, the methodology provides options for relying on generic estimation methods—if applicable—such that specific knowledge of every equipment detail may not be essential.  For example, many of the combustion device estimation approaches will be the same regardless of the industry segment in which they occur.  However, most of the process vents are specific to an industry segment and reflect a specific operational practice for that part of the oil and natural gas industry.  Examples are provided throughout the API *Compendium* to demonstrate calculation methodologies.  Examples may be used multiple times throughout the document, and are intended to be as realistic as possible.

Section 7 presents methods that are applicable for estimating indirect GHG emissions from sources that provide power, heat and steam, and cooling.  In the case of indirect emissions from power generating activities, the methods rely on average EFs based on national compilation, such as eGrid[2] in the US and the International Energy Agency (IEA) for sources out of the US.  The section also describes different methods, recommended by diverse programs, for the allocation of GHG emissions between the power and heat/steam generation aspects of Combined Heat and Power (CHP) installations.

---

[2] EPA maintains a database with information from power plants and electricity generators.  The database is available at the following website:  http://www.epa.gov/cleanenergy/egrid/index.htm (accessed June 19, 2009).

©2009 American Petroleum Institute

BLM_0002808

*Introduction*

Section 8 presents emission inventory examples for each industry segment. These examples are used to demonstrate methodology and emissions tabulations to help the reader determine the key emission sources for that type of facility. The examples constructed have an abundance of different types of equipment and devices for illustrative purposes, but are not intended to be representative of any specific facility or industry sector. The results presented also feature the calculated uncertainty ranges in order to demonstrate the implementation of the statistical calculation methods to a facility inventory.

A detailed glossary for the terminology used throughout this compendium is provided following the main report sections. Appendices A, B, C, and D provide additional calculation methodologies and further details for emission sources covered in Sections 4, 5, 6, and 7, respectively. Appendix E provides fuel speciation details to support combustion and non-combustion emission estimation. Appendix F contains an analysis of fugitive $CH_4$ emissions from refinery operations.

## 1.4    References

American Petroleum Institute (API). *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Gas Industry*, Pilot Test Version, April 2001. http://www.api.org/ehs/climate/new/upload/2004_COMPENDIUM.pdf, accessed May 1, 2009. [Mail Orders of the Compendium: API Publications c/o Global Engineering Documents, 15 Inverness Way East, Mail Stop C303B, Englewood CO 80112-5776]

American Petroleum Institute (API). *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Gas Industry*, April 2004. http://www.api.org/ehs/climate/new/upload/2004_COMPENDIUM.pdf, accessed May 1, 2009.

American Petroleum Institute (API). *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Gas Industry*, Errata, February 2005. http://ghg.api.org/documents/CompendiumErrata205.pdf, accessed May 1, 2009.

American Petroleum Institute (API), and International Petroleum Industry Environmental Conservation Association (IPIECA). *Greenhouse Gas Emissions Estimation and Inventories Addressing Uncertainty and Accuracy*, Summary Report, An IPIECA / API Workshop, Brussels, Belgium, January 16, 2007.

BLM_0002809

http://www.ipieca.org/activities/climate_change/downloads/publications/Uncertainty.pdf, accessed May 1, 2009.

API/CONCAWE/IPIECA, *Addressing Uncertainty in Oil & Natural Gas Industry Greenhouse Gas Inventories: Technical Considerations and Calculation Method,* Pilot Version, release expected June 2009.

American Petroleum Institute (API).  SANGEA Energy and Emissions Estimating System. http://ghg.api.org/nsoftware.asp, accessed May 1, 2009.

International Petroleum Industry Environmental Conservation Association (IPIECA), International Association of Oil and Gas Producers (OGP), and American Petroleum Institute (API).  *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions*, December 2003. http://www.ipieca.org/activities/climate_change/downloads/publications/ghg_guidelines.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002810



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## SECTION 2
## INDUSTRY DESCRIPTION



BLM_0002811

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Section 2 – Industry Description

August 2009

BLM_0002812

BLM_0002813

**Table of Contents**

2.0   INDUSTRY DESCRIPTION ................................................................................. 2-1

2.1   Overview ..................................................................................... 2-1

2.2   Industry Segment Descriptions ................................................ 2-4

2.2.1   Conventional Exploration and Production ..................................... 2-4

2.2.2   Oil Sands and Heavy Oil Upgrading ............................................ 2-7

2.2.3   Coal Bed Methane Production ..................................................... 2-10

2.2.4   Gas Processing ........................................................................... 2-11

2.2.5   Carbon Capture and Geological Storage ..................................... 2-13

2.2.6   Natural Gas Storage and LNG Operations .................................. 2-15

2.2.7   Transportation and Distribution .................................................... 2-18

2.2.8   Refining ....................................................................................... 2-21

2.2.9   Petrochemical Manufacturing ...................................................... 2-23

2.2.10  Minerals and Mining Operations ................................................. 2-25

2.2.11  Retail and Marketing ................................................................... 2-26

2.2.12  Energy Generation ...................................................................... 2-27

2.3   References ................................................................................. 2-28

©2009 American Petroleum Institute

BLM_0002814

# List of Tables

Table 2–1.  Potential Greenhouse Gas Emission Sources by Sector: Conventional Exploration and Production ...................................................................2-5

Table 2–2.  Potential Greenhouse Gas Emission Sources by Sector: Oil Sands and Heavy Oil Upgrading ......................................................................2-8

Table 2–3.  Potential Greenhouse Gas Emission Sources by Sector: Coal Bed Methane Production ..............................................................................2-10

Table 2–4.  Potential Greenhouse Gas Emission Sources by Sector: Processing.................2-12

Table 2–5.  Potential Greenhouse Gas Emission Sources by Sector: Carbon Capture and Geological Storage.............................................................2-14

Table 2–6.  Potential Greenhouse Gas Emission Sources by Sector:  Natural Gas Storage and LNG Operations..................................................2-16

Table 2–7.  Potential Greenhouse Gas Emission Sources by Sector:  Liquid Transportation and Distribution ....................................................2-19

Table 2–8.  Potential Greenhouse Gas Emission Sources by Sector:  Natural Gas Transmission and Distribution .......................................................2-20

Table 2–9.  Potential Greenhouse Gas Emission Sources by Sector:  Refining ...................2-22

Table 2–10.  Potential Greenhouse Gas Emission Sources by Sector:  Petrochemical Manufacturing.....................................................................2-23

Table 2–11.  Potential Greenhouse Gas Emission Sources by Sector: Minerals and Mining Operations ...........................................................2-25

Table 2–12.  Potential Greenhouse Gas Emission Sources by Sector:................................2-27

Table 2–13.  Potential Greenhouse Gas Emission Sources by Sector: Electricity and Heat/Steam Generation.......................................................2-28

# List of Figures

Figure 2-1.  Oil and Natural Gas Industry Schematic of GHG Emissions ...................................2-2

BLM_0002815

# 2.0
# INDUSTRY DESCRIPTION

This section presents a description of the oil and natural gas industry and its segments to give some perspective on the potential sources of GHG emissions. Figure 2-1 presents a graphical overview of the primary industry segments with a rudimentary indication of GHG emission sources. The following subsections describe industry segments and specialty operations, and the related GHG emission sources in more detail.

## 2.1    Overview

For the purposes of this document, the oil and natural gas industry includes all direct activities related to producing, refining, transporting, and marketing crude oil and associated natural gas, and refined products. Figure 2-1 shows a graphical overview of the industry. The key industry segments include:

- Exploration, production, and gas processing;
- Transportation and distribution;
- Refining; and
- Retail and marketing.

These segments are the direct activities within the oil and natural gas industry that have the potential to emit GHG. Integrated petroleum companies may also have operations associated with energy generation (electricity, heat/steam generation, or cooling), mining and minerals, petrochemical manufacturing, and/or carbon capture and geological storage.

Note: The relative scale of the primary GHGs of interest ($CO_2$, $CH_4$, and $N_2O$) are indicated in Figure 2-1. **Carbon dioxide** and **$CH_4$** (in bold font) represent the most significant emission sources; $CO_2$, $N_2O$ and $CH_4$ (in regular font) represent less significant emission sources. If none are shown, emissions are believed to be negligible. The comparison is based on $CO_2$ equivalents.

BLM_0002816

*Industry Description*



**Figure 2-1.  Oil and Natural Gas Industry Schematic of GHG Emissions**

©2009 American Petroleum Institute

BLM_0002817

In addition, petroleum processes may also purchase electric power or heat/steam. However, the combustion emissions from these externally generated sources are considered an indirect contributor of GHG emissions. Indirect GHG emissions from external power and heat/steam generation are reported separately from the direct petroleum sector emissions. Additional guidance on accounting for indirect emissions is provided in Sections 3.2.2 and Section 7 of the *Guidelines* (IPIECA, et. al, 2003).

Tables 2-1 through 2-13 present expansive checklists of potential GHG emission sources in each primary industry sector, as well as other "specialty" operations that may be part of a petroleum company's portfolio. These tables also include an indication of whether each source is likely to emit $CO_2$, $N_2O$, and/or $CH_4$ and reference sections of this document where further details on emission factors and emission calculation methodologies are provided. The sources listed in Tables 2-1 through 2-13 may potentially be located at a facility; however, individual facilities vary and some sources listed in the tables may not be present at all facilities.

Tables 2-1 through 2-13 also indicate which specific sources of emissions were considered in preparing this document. The "X" is used to designate which GHG species may be emitted from the source identified, for which estimation methodologies are provided in the API *Compendium*. An "*" is listed for some sources of $CO_2$ emissions in the production segment and $CH_4$ emissions associated with CCS processes. This is used to note potential sources of $CO_2$ emissions for those production streams rich in $CO_2$, such as associated gas from enhanced oil recovery or where $CH_4$ may be present in gas streams associated with CCS. An approach is provided for these sources, but the significance of $CO_2$ emissions depends on the $CO_2$ concentration and the source-specific emission rate.

In addition, $SF_6$, PFCs, and HFCs are also greenhouse gases with global warming potentials several hundred to several thousand times larger than that of $CO_2$. Sulfur hexafluoride may be used by oil and natural gas companies that operate electric transmission equipment or as a tracer gas to detect pipeline leaks. As a result of using substitutes for ozone-depleting substances (ODSs), air conditioning (mobile and stationary), refrigeration, and fire suppression equipment are potential sources of HFC and PFC emissions. Although the API *Compendium* provides estimation methods for non-$CO_2$ emissions, this should not imply that these emissions are necessarily significant.

The diversity of operations associated with the oil and natural gas industry presents a challenge in determining the relative contribution of the many different emission sources. The *Guidelines* document provides some considerations to help the reader use available time and resources effectively (IPIECA, et. al., 2003). In addition, Figure 2-1 and Tables 2-1 through 2-13 present some information on potential prioritization of emission sources.

©2009 American Petroleum Institute

BLM_0002818

*Industry Description*

## 2.2    Industry Segment Descriptions

In this API *Compendium*, the oil and natural gas industry is divided into the following categories for the purpose of describing applicable emission estimation methodologies:

- Exploration and production;
- Oil sands and heavy oil upgrading;
- Coal bed methane production;
- Gas processing;
- Carbon capture and geological storage;
- Natural gas storage and (liquified natural gas) LNG operations;
- Liquid transportation and distribution;

- Natural gas transmission and distribution;
- Refining;
- Petrochemical manufacturing;
- Minerals and mining operations;
- Retail and marketing; and
- Energy generation (including electricity, heat/steam, and cooling).

For the purpose of this document, the scope of a company's inventory may include any or all of these activities. The following subsections describe emission sources associated with each of these categories of operations.

### 2.2.1    Conventional Exploration and Production

This segment includes the exploration for and extraction of petroleum from underground reservoirs, located either onshore or offshore. Because oil and natural gas can be produced from the same well, the production segment may include gas handling equipment and processing operations. A checklist of emission sources for this industry segment is provided in Table 2-1.

Exploration primarily involves various geological and geophysical surveys and tests, followed by exploratory drilling in likely areas. The primary emission sources from exploration are the exhaust from internal combustion (IC) engines used in drilling operations; the venting or flaring of gas associated with well testing or completions; and mobile source emissions associated with equipment used at the well site and to transport personnel and equipment to/from the site.

If natural gas is available at sufficiently high pressures, it may be used as the motive force to drill wells. In this case, $CH_4$ would be emitted to the atmosphere, similar to vented releases resulting from diaphragm pumps. Natural gas may also be used to clean sediment that accumulates during drilling, or to unload water from the well. For this use, compressed natural gas is forced down the well bore to build up pressure, and then rapidly released to the surface through the well

BLM_0002819

annulus.  The released gas is most often directed to a flare (resulting primarily in $CO_2$ emissions), or alternatively vented to the atmosphere (releasing $CH_4$).

### Table 2–1.  Potential Greenhouse Gas Emission Sources by Sector: Conventional Exploration and Production

| EXPLORATION AND PRODUCTION | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|:---:|:---:|:---:|:---:|
| *COMBUSTION SOURCES – Stationary Devices* | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Dehydrator reboilers | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters/treaters | X | X | X | 4.1-4.4, 4.5.1 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Well drilling | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| Incinerators | X | X | X | 4.7 |
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Mobile drilling equipment | X | X | X | 4.8 |
| Other company vehicles | X | X | X | 4.8 |
| Planes/helicopters | X | X | X | 4.8 |
| Supply boats, barges | X | X | X | 4.8 |
| Site preparation, construction, and excavation | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| Cogeneration | X | X | X | 7.2 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
| Dehydration processes | | | X | 5.1 |
| Dehydrator Kimray pumps | | | X | 5.1 |
| Gas sweetening processes | X | | X | 5.1 |

©2009 American Petroleum Institute

BLM_0002820

*Industry Description*

## Table 2–1.  Potential Greenhouse Gas Emission Sources by Sector:
## Exploration and Production, continued

| EXPLORATION AND PRODUCTION | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
| Storage tanks and drain vessels | X (*) | | X | 5.4 |
| Exploratory drilling | X (*) | | X | 5.6 |
| Well testing and completions | X (*) | | X | 5.6 |
| Pneumatic devices | X (*) | | X | 5.6.1 |
| Chemical injection pumps | X (*) | | X | 5.6.2 |
| Gas sampling and analysis | X (*) | | X | 5.7.1 |
| *VENTED SOURCES – Maintenance/Turnarounds* | | | | 5.6-5.7 |
| Mud degassing | X (*) | | X | 5.6.3 |
| Low pressure gas well casing | X (*) | | X | 5.6.5 |
| Compressor blowdowns | X (*) | | X | 5.7.2 |
| Compressor starts | X (*) | | X | 5.7.2 |
| Gathering pipeline blowdowns | X (*) | | X | 5.7.2 |
| Vessel blowdown | X (*) | | X | 5.7.2 |
| Well completions | X (*) | | X | 5.7.2 |
| Well unloading and workovers | X (*) | | X | 5.7.2 |
| *VENTED SOURCES – Non-routine Activities* | | | | 5.7-5.8 |
| Emergency shutdown (ESD)/ emergency safety blowdown (ESB) | X (*) | | X | 5.7.2 |
| Pressure relief valves (PRVs) | X (*) | | X | 5.7.2 |
| Well blowouts (when not flared) | X (*) | | X | 5.7.2 |
| Fire Suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
| Equipment component leaks | X (*) | | X | 6.1 |
| Wastewater treatment | X | | X | 6.2 |
| Air Conditioning/Refrigeration | | | | 6.3 |

Footnotes:
Note that this API *Compendium* uses terms (e.g., "routine," "maintenance," "point source") that may have both a commonplace, non-legal meaning, and a specific, legal meaning.  The API *Compendium* uses the commonplace, non-legal meanings for these terms and does not use them in their legal sense.
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.
*Emission estimation approach is provided, but only applicable to $CO_2$-rich production streams (e.g., $CO_2$ flood or enhanced oil recovery).
Significance of these sources depends on the $CO_2$ concentration and source-specific emission rate.

A well that reaches an economically viable oil and/or natural gas reservoir may then be completed and put into production.  A number of steps are potentially involved in production, such as oil/gas separation, oil/water separation and collection, and storage.  In addition, the wellhead itself may have a vent to release casing head gas, which could be a source of both $CH_4$ and $CO_2$.

The balance between $CH_4$ and $CO_2$ emissions from the wellhead and associated equipment leaks can be quite variable.  Most reservoir gas has less than 5% $CO_2$ (mole percent) and a $CH_4$ content greater than 80%; however, exceptions do exist.  For example, in Canada, most wellhead natural gas is below 90% $CH_4$.  Also, some enhanced oil recovery (EOR) techniques involve

©2009 American Petroleum Institute

BLM_0002821

injection of $CO_2$ into the formation, potentially resulting in significantly larger $CO_2$ emissions than $CH_4$ from equipment/process vents and fugitive leaks.  Carbon dioxide injection, as part of a carbon capture and geological storage (CCS) operation, is addressed in more detail in Section 2.2.5.

Oil/gas separation and gas treatment operations may result in $CH_4$ losses from oilfield tank vents, dehydrators, amine units, and pneumatic devices.  Fugitive equipment leaks may also be a source of $CH_4$ emissions.  Combustion emissions result from reciprocating compressors or turbines used to handle produced gas, where the produced gas may be collected for processing (dehydration and/or sweetening), reinjected to boost reservoir pressure, or in some cases, flared.  Flaring of produced gas may occur in emergency situations when pressure must be relieved from process vessels and equipment in order to avoid an unsafe condition or catastrophic failure, when there is no infrastructure to process the gas, or when produced gas volumes are too low to be economically collected and processed.

Offshore oil and natural gas production operations are similar to onshore operations.  Equipment and process configurations are typically the same, although vented and fugitive $CH_4$ emission sources are generally smaller than for onshore operations due to tight space confinements on platforms and increased emphasis on personnel safety and risk/loss prevention.  Offshore operations may include combustion emissions from equipment and personnel transport to and from the platforms (supply boats and helicopters) that are not generally associated with onshore operations.  Floating Production Storage and Offloading (FPSO) systems, a subset of offshore operations, may also have emissions from storage and offloading capabilities.

### 2.2.2      Oil Sands and Heavy Oil Upgrading

This segment includes the non-conventional extraction of heavy oil in the form of bitumen from sand deposits, and the subsequent conversion of the bitumen to synthetic crude oil.  Oil sands (sometimes called tar sands) are naturally occurring mixtures of clay, sand, water, and bitumen.  Bitumen can be separated from the oil sands through multiple methods: surface mining and extraction, or in-situ recovery.  The bitumen is then upgraded, removing carbon and adding hydrogen to produce synthetic crude oil.

Oil sands GHG emission sources vary by operation but can include mining activities (mobile equipment), fine tailings ponds, combustion sources, hydrogen generation, sulfur recovery, and equipment leak sources.  A detailed overview of the oil sands and heavy oil upgrading process can be found in the document *CH₄ and VOC Emissions from the Canadian Upstream Oil and Gas Industry Volume 3: Organic and Common-Pollutant Emissions by the Canadian Oilsands Industry and from Heavy Oil Upgrading Facilities* (CAPP, 1999).

©2009 American Petroleum Institute

BLM_0002822

A checklist of emission sources for this industry segment is provided in Table 2-2.

### Table 2–2.  Potential Greenhouse Gas Emission Sources by Sector: Oil Sands and Heavy Oil Upgrading

| EXPLORATION AND PRODUCTION | CO$_2$ | N$_2$O | CH$_4$ | Section |
|---|---|---|---|---|
| *COMBUSTION SOURCES – Stationary Devices* | | | | 4.0 |
| Boilers/heaters | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
| Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbines | X | X | X | 4.1-4.4, 4.5.2 |
| Mining equipment | X | X | X | 4.1-4.5 |
| Flares | X | X | X | 4.6 |
| Catalytic oxidizers | X | | | 4.7 |
| Incinerators | X | X | X | 4.7 |
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Mining equipment | X | X | X | 4.8 |
| Other company vehicles | X | X | X | 4.8 |
| Planes/helicopters | X | X | X | 4.8 |
| Site preparation, construction, and excavation | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
| Flue gas desulfurization process vents | X | | | 5.1.5 |
| Sulfur recovery units | X | | | 5.1.5 |
| Catalytic cracking | X | | | 5.2.1 |
| Catalyst regeneration | X | | | 5.2.1, 5.2.4 |
| Steam methane reforming (hydrogen plants) | X | | | 5.2.2 |
| Delayed coking | X | | | 5.2.3 |
| Flexi-coking | X | | | 5.2.3, 5.2.6 |
| Catalytic reforming | X | | | 5.2.4 |
| Thermal cracking | X | | | 5.2.6 |
| Ventilation and degasification | | | X | 5.3 |
| Ash processing unit | | | X | 5.3 |
| Surface mining | | | X | NA |
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
| Storage tanks | | | X | 5.4 |
| Water tanks | | | X | 5.4.3 |
| Loading racks | | | X | 5.5 |
| Sand-handling | | | X | 5.3 |
| Pneumatic devices | | | X | 5.6.1 |
| Casing gas vents | | | X | 5.6.4, 5.6.5 |

©2009 American Petroleum Institute

BLM_0002823

*Industry Description*

**Table 2–2.  Potential Greenhouse Gas Emission Sources by Sector: Oil Sands and Heavy Oil Upgrading, continued**

| EXPLORATION AND PRODUCTION | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *VENTED SOURCES – Maintenance/Turnarounds* | | | | 5.7 |
| Compressor blowdowns | | | X | 5.7 |
| Compressor starts | | | X | 5.7 |
| Equipment/process blowdowns | | | X | 5.7 |
| Heater/boiler tube decoking | | | X | 5.7 |
| Vessel blowdown | | | X | 5.7 |
| *VENTED SOURCES – Non-routine Activities* | | | | 5.7-5.8 |
| Emergency shut down (ESD) | | | X | 5.7 |
| Pressure relief valves (PRVs) | | | X | 5.7 |
| Fire suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
| Equipment component leaks | X | | X | 6.1 |
| Wastewater treatment | X | | X | 6.1 |
| Sludge/solids handling | | | X | 6.2 |
| Wastewater collection and treating | | | X | 6.2 |
| Air conditioning/refrigeration | | | | 6.3 |
| Exposed mine faces | | | X | NA |
| Tailing ponds | | | X | NA |

Footnotes:

Note that this API *Compendium* uses terms (e.g., "routine," "maintenance," "point source") that may have both a commonplace, non-legal meaning, and a specific, legal meaning.  The API *Compendium* uses the commonplace, non-legal meanings for these terms and does not use them in their legal sense.

X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.

NA indicates a souce specific GHG estimation methodology or emission factor is not currently available.

Emissions from oil sands mining operations result from the volatilization of $CH_4$ entrained in the oil sands during mining and mine dewatering, from exposed mine faces, and during transport and handling of the ore and oil sands.  Unlike coal mining, for which emission factors are presented in Section 5, oil sands mining activities currently do not have published emission factors.  Site-specific data should be used to account for these emissions.

 The largest source of $CH_4$ emissions from oil sands operations are tailing ponds.  The processes resulting in emissions from tailing ponds are currently being studied; however, it appears that the emissions are due to microbial degradation of hydrocarbons in the tailings.  As a result, the emissions from tailings ponds are highly site specific.  There currently are no emission factors available for estimating emissions from tailings and therefore site specific data or measurements should be used for estimating these emissions.

The processes involved in bitumen upgrading include coking and hydroprocessing; these emission sources are discussed in more detail in Section 2.2.8 (Refining).  Upgrading facilities may also have cogeneration and utility plants for which emissions may need to be allocated

©2009 American Petroleum Institute

BLM_0002824

*Industry Description*

using a methodology provided in Section 7.  Sulfur recovery units or limestone-based flue gas desulfurization plants may also be used to remove sulfur from process streams.

### 2.2.3    *Coal Bed Methane Production*

Coal bed methane (CBM) is another method of producing $CH_4$ (natural gas).  The process of coalification, in which swamp vegetation is converted to coal by geological and biological forces, also captures $CH_4$ in the coal seams and the surrounding rock strata.  At the high pressures in the coal seams, the $CH_4$ either remains adsorbed on the coal surface or is trapped within the coal's porous structure.  This $CH_4$ can be recovered for use or sale, just as associated gas can be recovered from crude production wells.

The emission sources from CBM production are very similar to those from petroleum exploration and production discussed in Section 2.2.1.  A checklist of possible sources is provided in Table 2-3.

### Table 2–3.  Potential Greenhouse Gas Emission Sources by Sector: Coal Bed Methane Production

| COAL BED METHANE PRODUCTION | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *COMBUSTION SOURCES – Stationary Devices* | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Dehydrator reboilers | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engines and generators | X | X | X | 4.1-4.4, 4.5.2 |
| Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Mining equipment | X | X | X | 4.8 |
| Other company vehicles | X | X | X | 4.8 |
| Site preparation, construction, and excavation | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
| Dehydration processes | | | X | 5.1 |
| Dehydrator Kimray pump | | | X | 5.1 |
| Gas sweetening processes | X | | X | 5.1 |
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
| Water handling, tanks | | | X | 5.4 |
| Coal seam drilling and well testing | | | X | 5.6.6 |
| Coal handling | | | X | 5.6.7 |

---

©2009 American Petroleum Institute

BLM_0002825

*Industry Description*

### Table 2–3.  Potential Greenhouse Gas Emission Sources by Sector: Coal Bed Methane Production, continued

| COAL BED METHANE PRODUCTION | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *VENTED SOURCES – Maintenance/Turnarounds* | | | | 5.7 |
| Gas sampling and analysis | | | X | 5.7.1 |
| Compressor starts and blowdowns | | | X | 5.7.2 |
| Gathering pipeline blowdowns | | | X | 5.7.2 |
| Vessel blowdowns | | | X | 5.7.2 |
| Well workovers | | | X | 5.7.2 |
| *VENTED SOURCES – Non-routine Activities* | | | | 5.7-5.8 |
| Gathering pipeline leaks | | | X | 5.7.2 |
| Pressure relief valves (PRVs) | | | X | 5.7.2 |
| Well blowdowns (when not flared) | | | X | 5.7.2 |
| Fire suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
| Equipment component leaks | | | X | 6.1 |
| Wastewater treatment | X | | X | 6.2 |
| Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.

In conventional CBM operations, several gas production wells are drilled from the surface to the coal seam and the pressure in the coal beds is reduced, thereby releasing the $CH_4$.  GHG emissions result from the engines used to drill the production wells.  Flaring emissions are not routine but may occur if the natural gas is flared prior to tying into a production facility or due to process upsets.

Emission sources associated with producing CBM are largely the same as those associated with conventional natural gas production.  The recovered CBM is separated from other contaminants (e.g., formation water, $CO_2$) at the surface.  Process equipment, such as separators, water tanks, dehydrators, amine units, and/or pneumatic devices result in vented and fugitive emissions through the same mechanisms as conventional natural gas production.  Combustion emissions result from compressors used to transport the recovered natural gas.

### 2.2.4      Gas Processing

This segment includes processing operations.  The checklist of emission sources for this industry segment is provided in Table 2-4.

BLM_0002826

*Industry Description*

### Table 2–4.  Potential Greenhouse Gas Emission Sources by Sector: Processing

| PROCESSING | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|:---:|:---:|:---:|:---:|
| ***COMBUSTION SOURCES – Stationary Devices*** | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Dehydrator reboilers | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters/treaters | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
| Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| Catalytic and thermal oxidizers | X | | | 4.7 |
| Incinerators | X | X | X | 4.7 |
| ***COMBUSTION SOURCES – Mobile Sources*** | | | | 4.8 |
| Other company vehicles | X | X | X | 4.8 |
| Planes/helicopters | X | X | X | 4.8 |
| Supply boats, barges | X | X | X | 4.8 |
| ***INDIRECT SOURCES*** | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| ***VENTED SOURCES – Process Vents*** | | | | 5.0 |
| Dehydration processes | X (*) | | X | 5.1 |
| Dehydrator Kimray pumps | X (*) | | X | 5.1 |
| Gas sweetening processes | X (*) | | X | 5.1 |
| Sulfur recovery units | X | | | 5.1.5 |
| ***VENTED SOURCES – Other Venting*** | | | | 5.3-5.6 |
| Storage tanks and drain vessels | X (*) | | X | 5.4 |
| Pneumatic devices | X (*) | | X | 5.6.1 |
| Chemical injection pumps | X (*) | | X | 5.6.2 |
| ***VENTED SOURCES – Maintenance/Turnarounds*** | | | | 5.7 |
| Gas sampling and analysis | X (*) | | X | 5.7.1 |
| Compressor blowdowns | X (*) | | X | 5.7.3 |
| Compressor starts | X (*) | | X | 5.7.3 |
| Vessel blowdown | X (*) | | X | 5.7.3 |
| ***VENTED SOURCES – Non-routine Activities*** | | | | 5.7-5.8 |
| Emergency shutdown (ESD)/ emergency safety blowdown (ESB) | X (*) | | X | 5.7.3 |
| Pressure relief valves (PRVs) | X (*) | | X | 5.7.3 |
| Fire suppression | | | | 5.8 |
| ***FUGITIVE SOURCES*** | | | | 6.0 |
| Equipment component leaks | X (*) | | X | 6.1 |
| Wastewater treatment | X | | X | 6.2 |
| Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.
*Emission estimation approach is provided, but only applicable to $CO_2$-rich streams.  Significance of these sources depends on the $CO_2$ concentration and source-specific emission rate.

BLM_0002827

In gas processing, high value liquid products are recovered from the gas stream and/or the produced gas is treated to meet pipeline specifications. Process vents from dehydration, gas sweetening, pneumatic devices, and non-routine activities may result in $CH_4$ emissions. Fugitive equipment leaks are also a source of $CH_4$ emissions. Combustion sources, such as boilers, heaters, engines, and flares result in $CO_2$ emissions, as well as smaller quantities of $N_2O$ and $CH_4$ emissions.

Offshore operations may include oil and natural gas processing.

### 2.2.5    Carbon Capture and Geological Storage

Carbon dioxide capture and geological storage refers to the chain of processes used to collect or capture a $CO_2$ gas stream, transport the $CO_2$ to a storage location, and inject the $CO_2$ into a geological formation[1] for long-term isolation from the atmosphere.

In the capture step, $CO_2$ is separated from other gaseous products, compressed to facilitate efficient transportation, and when necessary, conditioned for transport (e.g., by dehydration). Captured $CO_2$ is then transported from the point of capture to the storage site. Pipelines are the most common method for transporting $CO_2$; however, bulk transport of $CO_2$ by ship, truck, and rail occurs on a much smaller scale. Once at the storage site, the $CO_2$ may be additionally compressed and then injected into the storage reservoir. Carbon dioxide is retained in geologic structural and stratigraphic traps (e.g., depleted oil and natural gas reservoirs without enhanced hydrocarbon recovery).

Emissions from CCS activities may occur during each of the CCS phases. The operations associated with the capture phase require the use of energy (fossil fuel consumption and/or purchased electricity), resulting in combustion and/or indirect emissions. Vented and fugitive emissions may result from equipment used as part of the capture process. A small amount of emissions may also be released in the form of residual (uncaptured) $CO_2$ and $CH_4$. Transportation-related process losses may occur either as fugitive equipment leaks or as evaporative losses during maintenance, emergency releases, intermediate storage, and loading/offloading. Combustion or indirect emissions will also occur from energy consumption to compress and move the $CO_2$ between the capture and storage locations. Storage emissions include vented, fugitive, combustion, and indirect emissions from equipment and associated energy requirements at the injection site. In addition, emissions may result from physical leaks from the storage site, uncaptured $CO_2$ co-produced with oil and/or gas, and enhanced hydrocarbon recovery operations.

---

[1] For the purpose of this API *Compendium,* geological storage reservoirs explicitly exclude ocean sequestration.

©2009 American Petroleum Institute

BLM_0002828

*Industry Description*

Nitrous oxide and CH₄ emissions may also occur from the operation of combustion-driven equipment and purchased electricity.  Table 2-5 provides a checklist of emission sources associated with CCS processes.

### Table 2–5.  Potential Greenhouse Gas Emission Sources by Sector: Carbon Capture and Geological Storage

| CCS | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| ***COMBUSTION SOURCES – Stationary Devices*** | | | | 4.0 |
|    Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
|    Dehydrator reboilers | X | X | X | 4.1-4.4, 4.5.1 |
|    Heaters/treaters | X | X | X | 4.1-4.4, 4.5.1 |
|    Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
|    Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
|    Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
|    Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
|    Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
|    Well drilling | X | X | X | 4.1-4.4, 4.5.2 |
|    Flares | X | X | X | 4.6 |
|    Incinerators | X | X | X | 4.7 |
| ***COMBUSTION SOURCES – Mobile Sources*** | | | | 4.8 |
|    Marine, road or railroad tankers | X | X | X | 4.8 |
|    Other company vehicles | X | X | X | 4.8 |
|    Planes/helicopters | X | X | X | 4.8 |
| ***INDIRECT SOURCES*** | | | | 7.0 |
|    Electricity imports | X | X | X | 7.1 |
| ***VENTED SOURCES – Process Vents*** | | | | 5.0 |
|    Dehydration processes | X | | X (*) | 5.1 |
|    Dehydrator Kimray pumps | X | | X (*) | 5.1 |
|    Gas sweetening processes | X | | X (*) | 5.1 |
| ***VENTED SOURCES – Other Venting*** | | | | 5.3-5.6 |
|    Intermediate storage | X | | X (*) | 5.4 |
|    Storage tanks | X | | X (*) | 5.4 |
|    Loading/unloading/transit | X | | X (*) | 5.5 |
|    Pneumatic devices | X | | X (*) | 5.6.1 |
|    Chemical injection pumps | X | | X (*) | 5.6.2 |
| ***VENTED SOURCES – Maintenance/Turnarounds*** | | | | 5.7 |
|    Maintenance | X | | X (*) | 5.7 |
|    Gas sampling and analysis | X | | X (*) | 5.7.1 |
|    Compressor blowdowns | X | | X (*) | 5.7.2 |
|    Compressor starts | X | | X (*) | 5.7.2 |
|    Pipeline blowdowns | X | | X (*) | 5.7.2 |
|    Vessel blowdown | X | | X (*) | 5.7.2 |
| ***VENTED SOURCES – Non-routine Activities*** | | | | 5.7-5.8 |
|    Emergency releases | X | | X (*) | 5.7 |
|    Fire suppression | | | | 5.8 |

©2009 American Petroleum Institute

BLM_0002829

**Table 2–5.  Potential Greenhouse Gas Emission Sources by Sector: Carbon Capture and Geological Storage, continued**

| CCS | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *FUGITIVE SOURCES* | | | | 6.0 |
| Well leakage | X | | X (*) | 6.1 |
| Equipment and pipeline leaks | X | | X (*) | 6.1 |
| Wastewater treatment | X | | X (*) | 6.2 |
| Air conditioning/refrigeration | | | | 6.3 |
| Fugitive emissions from ships | X | | X (*) | NA |
| Physical leakage from geological formations | X | | X (*) | NA |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.
* Significance of these sources depends on the $CH_4$ concentration and source-specific emission rate.

### 2.2.6    Natural Gas Storage and LNG Operations

Natural gas storage facilities are used to store natural gas produced during off-peak times (usually summer) so that gas can be delivered during peak demand.  Storage facilities can be below or above ground.  Above ground facilities liquefy the gas by super cooling and then storing the LNG in heavily insulated tanks.  Below-ground facilities compress and store natural gas in the vapor phase in one of several formations:  1) spent gas production fields, 2) aquifers, or 3) salt caverns.

Of the approximate 113 active LNG facilities in the United States, 57 are peak-shaving facilities (IELE, 2003).  The other LNG facilities include marine terminals (eight import terminals and one export terminal in the U.S.), storage facilities, and operations involved in niche markets such as LNG vehicle fuel.  Worldwide, there are 17 LNG export (liquefaction) terminals and 40 import (regasification) terminals (IELE, 2003).

LNG is commonly transported long distances in double-hulled ships specifically designed to handle the low temperature of LNG.  These carriers are insulated to limit the amount of LNG that boils off or evaporates.  This boil-off gas is sometimes used to supplement fuel for the carriers.  Worldwide, 136 ships currently transport more than 120 million metric tons of LNG every year. (IELE, 2003).

During ship unloading operations, a portion of the boil-off gas is returned to the ship to compensate for the volume of liquid pumped out to maintain the ship's tank pressure.  Boil-off gas that is not returned to the ship is compressed, condensed by direct contact with LNG, and then combined with the send-out natural gas prior to being pumped up to pipeline pressure in the send-out pumps.

When LNG is received at a terminal, it is transferred to double-walled, insulated storage tanks that are built specifically to hold LNG.  These tanks can be found above or below ground and

©2009 American Petroleum Institute

BLM_0002830

keep the liquid at a low temperature to minimize the amount of evaporation.  If tank LNG vapors are not released, the pressure and temperature within the tank will continue to rise.  LNG is characterized as a cryogen, a liquefied gas kept in its liquid state at very low temperatures.  The temperature within the tank remains nearly constant if the pressure is kept constant by allowing the boil off gas to escape from the tank.  This is known as auto-refrigeration.  The boil-off gas is collected and used as a fuel source in the facility or on the tanker transporting/ unloading it.  When natural gas is needed, the LNG is warmed to a point where it converts back to its gaseous state.  This is accomplished using a regasification process involving heat exchangers.

Table 2-6 lists potential emission sources associated with natural gas storage and LNG operations.  Methane emission factors for LNG vents and fugitive sources are not well developed.  LNG systems are designed to avoid contact with the outside air, which would gasify the LNG.  Thus, great effort is taken to prevent vented and fugitive losses.  Vapor recovery systems are used to capture boil-off gas and re-route it for use as a fuel or to the send-out natural gas pipeline.  In an emergency, flares are available to burn the $CH_4$ rather than release it to the atmosphere.  Once the $CH_4$ is vaporized, emission factors applicable to natural gas storage or pipeline operations apply.

### Table 2–6.  Potential Greenhouse Gas Emission Sources by Sector: Natural Gas Storage and LNG Operations

| Natural Gas Storage and LNG Operations | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *COMBUSTION SOURCES – Stationary Devices* | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Dehydrator reboilers | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters and heat exchangers | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
| Pump engines | X | X | X | 4.1-4.4, 4.5.2 |
| Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| Catalyst and thermal oxidizers | X | | | 4.7 |
| Incinerators | X | X | X | 4.7 |
| Vapor combustion units (VCU) | X | | | 4.7 |

©2009 American Petroleum Institute

BLM_0002831

*Industry Description*

### Table 2–6.  Potential Greenhouse Gas Emission Sources by Sector: Natural Gas Storage and LNG Operations, continued

| Natural Gas Storage and LNG Operations | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|:---:|:---:|:---:|:---:|
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Marine vessels | X | X | X | 4.8 |
| Other company vehicles | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
| Dehydration processes | | | X | 5.1 |
| Dehydrator Kimray pumps | | | X | 5.1 |
| Gas treatment processes | X | | X | 5.1 |
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
| Gas sampling and analysis | | | X | 5.3 |
| LNG cold box | | | X | 5.3 |
| Gas sampling and analysis | | | X | 5.3 |
| Revaporization | | | X | 5.34 |
| *VENTED SOURCES – Other Venting, continued* | | | | 5.3-5.6 |
| Storage tanks | | | X | 5.4 |
| Loading/unloading/transit | | | X | 5.5 |
| Pneumatic devices | | | X | 5.6.1 |
| Chemical injection pumps | | | X | 5.6.2 |
| Chemical injection pumps | | | X | 5.6.2 |
| *VENTED SOURCES – Maintenance/Turnarounds* | | | | 5.7 |
| Compressor blowdowns | | | X | 5.7.4 |
| Compressor starts | | | X | 5.7.4 |
| Pipeline blowdowns | | | X | 5.7.4 |
| Vessel blowdown | | | X | 5.7.4 |
| Compressor station venting | | | X | 5.7.4 |
| Storage station venting | | | X | 5.7.4 |
| *VENTED SOURCES – Non-routine Activities* | | | | 5.7-5.8 |
| Emergency shutdown (ESD)/ emergency safety blowdown (ESB) | | | X | 5.7.4 |
| Pressure relief valves (PRVs) | | | X | 5.7.4 |
| Fire suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
| Pipeline leaks | | | X | 6.1 |
| Process equipment leaks | | | X | 6.1 |
| Storage wellheads | | | X | 6.1 |
| Vapor handling system | | | X | 6.1 |
| Wastewater treatment | X | | X | 6.2 |
| Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.

©2009 American Petroleum Institute

BLM_0002832

### 2.2.7 *Transportation and Distribution*

The transportation and distribution segment consists of the movement of crude and associated gas from the production segment to refineries. It also includes the movement of natural gas or petroleum products to market or distribution centers. Emission sources for transportation and distribution are shown in Tables 2-7 and 2-8 for liquid petroleum products and natural gas, respectively. Emission sources include loading and unloading of tank trucks, rail cars, and marine vessels; and transit losses from truck, marine, rail, and pipeline transportation.

Transportation and distribution emissions generally result from either losses of the material being transported or from combustion emissions from the motive forces used to transport the material. Product losses may occur either as fugitive equipment leaks or as evaporative losses during loading, unloading, and storage operations. In terms of GHG emissions, only $CH_4$ emissions result from product losses. The primary potential for $CH_4$ emissions is from handling 'live' crude oil (crude oil which has not yet reached atmospheric pressure), produced gas, and natural gas. Transportation of 'live' crude oil and produced gas should be accounted for through the use of gathering pipelines, which are addressed in Section 2.2.1, Conventional Exploration and Production. Table 2-7 addresses transportation of other liquid products. However, most refined products and 'weathered' crude oil do not contain $CH_4$, as shown by the compositions presented in Appendix E. Table 2-8 addresses the transportation of natural gas. Transportation of liquefied natural gas is addressed in Section 2.2.6, Natural Gas Storage and LNG Operations.

Emissions of $CO_2$ and significantly smaller quantities of $N_2O$ occur in transportation and distribution due to combustion of fuels in IC engines, steam boilers on marine vessels, and turbines on gas compressors. It is also possible to have small amounts of unburned $CH_4$ emissions when natural gas is used to fire the IC engines or turbines.

In addition, $SF_6$ emissions may occur if $SF_6$ is used as a tracer gas to detect pipeline leaks. On a $CO_2$ equivalent basis, these may be a large emission source for some pipeline operations.

©2009 American Petroleum Institute

BLM_0002833

*Industry Description*

### Table 2–7.  Potential Greenhouse Gas Emission Sources by Sector:  Liquid Transportation and Distribution

| LIQUID TRANSPORTATION AND DISTRIBUTION | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|:---:|:---:|:---:|:---:|
| *COMBUSTION SOURCES – Stationary* | | | | 4.0 |
| Reciprocating compressor drivers | X | X | X | 4.1 |
| Turbine electric generators | X | X | X | 4.1 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
| Pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| Catalyst and thermal oxidizers | X | X | | 4.7 |
| Incinerators | X | X | | 4.7 |
| Vapor combustion units | X | X | X | 4.7 |
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Barges | X | X | X | 4.8 |
| Marine, road, or railroad tankers | X | X | X | 4.8 |
| Other company vehicles | X | X | X | 4.8 |
| Planes/helicopters | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
| Storage tanks | | | X | 5.4 |
| Loading/unloading/transit | | | X | 5.5 |
| Pneumatic devices | | | X | 5.6.1 |
| *VENTED SOURCES – Maintenance/Turnarounds* | | | | 5.7-5.8 |
| Pump station maintenance | | | X | 5.7.4 |
| *VENTED SOURCES – Non-Routine Activities* | | | | 5.7-5.8 |
| Breakout/surge tanks | | | X | 5.7.4 |
| Fire suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
| Pipeline leaks | | | X | 6.1 |
| Process equipment leaks | | | X | 6.1 |
| Wastewater treatment | X | | X | 6.2 |
| Air conditioning/refrigeration | | | | 6.3 |
| Leak detection ($SF_6$ Emissions) | | | | 6.3.3 |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.

©2009 American Petroleum Institute

BLM_0002834

*Industry Description*

### Table 2–8.  Potential Greenhouse Gas Emission Sources by Sector:
### Natural Gas Transmission and Distribution

| NATURAL GAS TRANSMISSION AND DISTRIBUTION | CO$_2$ | N$_2$O | CH$_4$ | Section |
|---|:---:|:---:|:---:|:---:|
| *COMBUSTION SOURCES – Stationary Devices* | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Dehydrator reboilers | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
| Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| Catalyst and thermal oxidizers | X | | | 4.7 |
| Incinerators | X | X | X | 4.7 |
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Other company vehicles | X | X | X | 4.8 |
| Planes/helicopters | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
| Dehydration processes | | | X | 5.1 |
| Dehydrator Kimray pumps | | | X | 5.1 |
| Gas treatment processes | X | | X | 5.1 |
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
| Gas sampling and analysis | | | X | 5.3 |
| Storage tanks | | | X | 5.4 |
| Loading/unloading/transit | | | X | 5.5 |
| Pneumatic devices | | | X | 5.6.1 |
| Chemical injection pumps | | | X | 5.6.2 |
| *VENTED SOURCES – Maintenance/Turnarounds* | | | | 5.7 |
| Compressor blowdowns | | | X | 5.7.4 |
| Compressor starts | | | X | 5.7.4 |
| Compressor station blowdowns | | | X | 5.7.4 |
| Pig traps and drips | | | X | 5.7.4 |
| Vessel blowdown | | | X | 5.7.4 |
| Pipeline blowdowns | | | X | 5.7.4, 5.7.5 |
| *VENTED SOURCES – Non-routine Activities* | | | | 5.7-5.8 |
| Metering and Pressure Regulating (M&R) station upsets | | | X | 5.7.4, 5.7.5 |
| Pressure relief valves (PRVs) | | | X | 5.7.4, 5.7.5 |
| Pipeline dig-ins | | | X | 5.7.5 |
| Fire suppression | | | | 5.8 |

©2009 American Petroleum Institute

BLM_0002835

**Table 2–8.  Potential Greenhouse Gas Emission Sources by Sector:**
**Natural Gas Transmission and Distribution, continued**

| NATURAL GAS TRANSMISSION AND DISTRIBUTION | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *FUGITIVE SOURCES* | | | | 6.0 |
| Pipeline leaks | | | X | 6.1 |
| Process equipment leaks | | | X | 6.1 |
| Wastewater treatment | | | X | 6.2 |
| Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.

## 2.2.8    Refining

The refining segment consists of all refinery sites that take in crude and produce finished products, such as gasoline.  The refining process includes many distillation steps that separate petroleum hydrocarbons into narrower boiling ranges.  There are also a number of refining processes that react the hydrocarbons, such as cracking, coking, reforming, alkylation, and isomerization.  Hydrogen is often manufactured to support increased hydroprocessing to remove sulfur from petroleum products.  Petrochemicals may be manufactured on the refinery site, some by separation and concentration of naturally occurring chemicals in the petroleum and others by reaction to form new materials.  Refinery sites may also include manufacturing of lubricating oils, specialty oils, and asphalt.

Table 2-9 provides a checklist of potential GHG emission sources for the refining segment. Greenhouse gas emissions from refining occur primarily from combustion of fuels to provide the energy needed for the refining processes.  Carbon dioxide emissions from boilers, process heaters, turbines, flares, and incinerators are the primary GHG emissions.  Nitrous oxide emissions also result from these sources, but in quantities much smaller than those of $CO_2$. When these combustion sources are fired with natural gas or refinery fuel gas, there may also be trace quantities of unburned $CH_4$ emissions.

The natural gas system, and potentially the refinery fuel gas system, are the only process streams within the refinery with potentially significant $CH_4$ concentrations.  Fugitive $CH_4$ emissions may result from the piping and components associated with these systems and the combustion equipment fired by these fuels.  Results from an API study on fugitive emissions from refinery fuel gas systems indicate that these emissions appear to be negligible.[2]  The results from this study are presented in Appendix F.

---

[2] Methane emissions data gathering and analyses were conducted for two refineries: a small simple refinery and a larger, more complex refinery.  The estimated $CH_4$ fugitive emissions represent about 0.11% of the total GHG inventory for the small/simple refinery and about 0.19% of the GHG inventory for the large/complex refinery.

©2009 American Petroleum Institute

BLM_0002836

*Industry Description*

A number of specialized process vents also may contribute GHG emissions. Some potential process vents include the fluid catalytic cracker (FCC) regenerator/CO boiler vent, cokers, hydrogen plant vents, and other catalyst regeneration. The FCC vent is primarily a source of $CO_2$ emissions, although there could be some unburned $CH_4$ if supplemental fuel is fired in a CO boiler. The hydrogen plant vent is primarily a source of $CO_2$ emissions, as are other catalyst regeneration vents.

**Table 2–9.  Potential Greenhouse Gas Emission Sources by Sector: Refining**

| REFINING | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *COMBUSTION SOURCES – Stationary Devices* | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
| Pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| Catalyst and thermal oxidizers | X | | | 4.7 |
| Incinerators | X | X | X | 4.7 |
| Coke calcining kilns | X | X | X | 4.7 |
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Company vehicles | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
| Sulfur recovery units | X | | | 5.1.5 |
| Catalytic cracking | X | | | 5.2.1 |
| Catalytic reforming | X | | | 5.2.1 |
| Catalyst regeneration | X | | | 5.2.1, 5.2.4 |
| Steam methane reforming (hydrogen plants) | X | | | 5.2.2 |
| Delayed coking | X | | | 5.2.3 |
| Flexi-coking | X | | | 5.2.3 |
| Asphalt production | | | X | 5.2.5 |
| Thermal cracking | X | | | 5.2.6 |
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
| Storage tanks | | | | 5.4 |
| Loading racks | | | | 5.5 |
| Pneumatic devices | | | | 5.6.1 |

©2009 American Petroleum Institute

BLM_0002837

*Industry Description*

**Table 2–9.  Potential Greenhouse Gas Emission Sources by Sector:  Refining, continued**

| REFINING | CO$_2$ | N$_2$O | CH$_4$ | Section |
|---|:---:|:---:|:---:|:---:|
| *VENTED SOURCES – Maintenance/Turnarounds* | | | | 5.7 |
| Compressor starts | | | | 5.7.6 |
| Equipment/process blowdowns | | | | 5.7.6 |
| Heater/boiler tube decoking | X | | | 5.7.6 |
| *VENTED SOURCES – Non-routine Activities* | | | | 5.7-5.8 |
| Emergency shut down (ESD) | | | | 5.7.6 |
| Pressure relief valves (PRVs) | | | | 5.7.6 |
| Fire suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
| Fuel gas system leaks | | | X | 6.1 |
| Other process equipment leaks | | | | 6.1 |
| Sludge/solids handling | | | | 6.2.1 |
| Wastewater collection and treating | X | | X | 6.2.1 |
| Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if CO$_2$, CH$_4$, or N$_2$O emissions may result from the source.

### 2.2.9   *Petrochemical Manufacturing*

For some companies, operations to produce or manufacture chemicals derived from petroleum-based products are separate from refining operations.  The sources of GHG emissions from petrochemical manufacturing, shown in Table 2-10, are similar to those of the refining segment.

**Table 2–10.  Potential Greenhouse Gas Emission Sources by Sector: Petrochemical Manufacturing**

| PETROCHEMICAL MANUFCTURING | CO$_2$ | N$_2$O | CH$_4$ | Section |
|---|:---:|:---:|:---:|:---:|
| *COMBUSTION SOURCES – Stationary Devices* | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
| Pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Reciprocating compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.2 |
| Turbine/centrifugal compressor drivers | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| Catalyst and thermal oxidizers | X | | | 4.7 |
| Incinerators | X | X | X | 4.7 |

©2009 American Petroleum Institute

BLM_0002838

*Industry Description*

### Table 2–10.  Potential Greenhouse Gas Emission Sources by Sector: Petrochemical Manufacturing, continued

| PETROCHEMICAL MANUFCTURING | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Company vehicles | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
| Electricity imports | X | X | X | 7.1 |
| Process heat/steam imports | X | X | X | 7.1 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
| Catalyst regeneration | X | | | 5.2.1, 5.2.4 |
| Steam methane reforming (hydrogen plants) | X | | | 5.2.2 |
| Chemical production | X | X | X | 5.6.8 |
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
| Storage tanks | | | X | 5.4 |
| Loading racks | | | X | 5.5.1 |
| Pneumatic devices | | | | 5.6.1 |
| *VENTED SOURCES – Maintenance/Turnarounds* | | | | 5.7 |
| Compressor starts | | | | 5.7.6 |
| Equipment/process blowdowns | | | | 5.7.6 |
| Heater/boiler tube decoking | | | | 5.7.6 |
| *VENTED SOURCES – Non-routine Activities* | | | | 5.7-5.8 |
| Emergency shut down (ESD) | | | | 5.7.6 |
| Pressure relief valves (PRVs) | | | | 5.7.6 |
| Fire suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
| Fuel gas system leaks | | | X | 6.1 |
| Other process equipment leaks | | | | 6.1 |
| Sludge/solids handling | | | | 6.2 |
| Wastewater collection and treating | X | | X | 6.2 |
| Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.

Fossil fuel combustion is the most significant source of GHG emissions from chemical manufacturing, primarily resulting in $CO_2$ emissions.  Trace quantities of $N_2O$ emissions may also occur.  Different operating conditions associated with specific petrochemical units, such as the high operating temperatures of olefin units, may result in higher $N_2O$ combustion emissions than observed at refinery processes.  Trace quantities of $CH_4$ also might be released from combustion equipment as a product of incomplete fuel combustion.

As in refineries, when natural gas or plant fuel gas is used to fuel the combustion devices, $CH_4$ emissions may result from fugitive sources associated with system piping or the combustion equipment itself.  Vented and fugitive emissions may also result where significant concentrations of $CH_4$ are present in other process streams.  In some circumstances, $CH_4$ may be used in

---

©2009 American Petroleum Institute

BLM_0002839

petrochemical facilities for purposes other than combustion, such as tank and process vessel blanketing.

Small amounts of GHGs are released during the production of some petrochemicals. This API *Compendium* provides $CH_4$ emission factors associated with the production of five chemicals: carbon black, ethylene, ethylene dichloride, styrene, and methanol, based on national GHG inventory data (EPA, 2009). In addition, $N_2O$ emission factors are provided for nitric oxide production and adipic acid production.

### 2.2.10   *Minerals and Mining Operations*

This segment includes the operation of mines and quarries primarily engaged in mining, mine site development, and preparing metallic and nonmetallic minerals, including coal. The term "mining" is used broadly to include ore extraction, quarrying, and beneficiating (e.g., crushing, grinding, screening, washing, and separating) customarily done at the mine site.

While CBM operations, discussed in Section 2.2.3, are considered another method of producing natural gas, this segment consists of minerals and mining operations where natural gas entrained in the produced minerals or located in the surrounding strata is not recovered. Table 2-11 provides a checklist of emission sources associated with this specialized industry segment.

A significant source of GHG emissions from mining operations is combustion emissions ($CO_2$ and trace amounts of $CH_4$ and $N_2O$). The operations associated with extraction and beneficiation are primarily mechanical and require the use of energy, either generated onsite or imported. Heat may also be required for some mining processes. Combustion emissions also result from the fuel consumed to operate mobile mining equipment. These sources exist for any type of mining operation.

### Table 2–11.  Potential Greenhouse Gas Emission Sources by Sector: Minerals and Mining Operations

| MINERALS AND MINING OPERATIONS | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *COMBUSTION SOURCES – Stationary Devices* | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters | X | X | X | 4.1-4.4, 4.5.1 |
| Fire pumps | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engines | X | X | X | 4.1-4.4, 4.5.2 |
| Turbines | X | X | X | 4.1-4.4, 4.5.2 |
| Flares | X | X | X | 4.6 |
| Catalytic oxidizers | X | | | 4.7 |
| Incinerators | X | X | X | 4.7 |

©2009 American Petroleum Institute

BLM_0002840

**Table 2–11.  Potential Greenhouse Gas Emission Sources by Sector:
Minerals and Mining Operations, continued**

| MINERALS AND MINING OPERATIONS | CO₂ | N₂O | CH₄ | Section |
|---|---|---|---|---|
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
|   Mining equipment | X | X | X | 4.8 |
|   Other company vehicles | X | X | X | 4.8 |
|   Site preparation, construction, and excavation | X | X | X | 4.8 |
| *INDIRECT SOURCES* | | | | 7.0 |
|   Electricity imports | X | X | X | 7.1 |
|   Process heat/steam imports | X | X | X | 7.1 |
| *VENTED SOURCES – Process Vents* | | | | 5.0 |
|   Surface mining | | | X | 5.6 |
|   Ventilation and degasification | | | X | 5.6 |
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
|   Water tanks | | | X | 5.4 |
|   Coal seam drilling and well testing | | | X | 5.6.6 |
|   Coal-handling | | | X | 5.6.6, 5.6.7 |
| *VENTED SOURCES – Non-routine Activities* | | | | 5.8 |
|   Fire suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
|   Equipment and pipeline leaks | X | | X | 6.1 |
|   Wastewater treatment | | | X | 6.2 |
|   Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.

For coal mining, three types of activities release $CH_4$ to the atmosphere:  underground mining, surface mining, and coal handling processes.  Where mining gases are not recovered, $CH_4$ emissions from underground coal mines can be significant.  Ventilation and degasification systems are used in underground mining to reduce $CH_4$ concentrations to safe levels by exhausting $CH_4$ to the atmosphere.  Surface coal mining also releases $CH_4$ to the atmosphere as the coal is exposed, though the emissions are generally much lower than from underground mines.  Finally, a portion of the $CH_4$ retained in the coal after mining may be released to the atmosphere during processing, storage, and transport.

Methane emissions from non-coal mining and mineral operations can occur through the same mechanics as those described for coal mining if $CH_4$ deposits are present.

### 2.2.11    Retail and Marketing

The retail and marketing segment includes company-owned retail operations and support to customer fueling operations.  A checklist of potential GHG emission sources is provided in Table 2-12.

©2009 American Petroleum Institute

BLM_0002841

*Industry Description*

### Table 2–12.  Potential Greenhouse Gas Emission Sources by Sector: Retail and Marketing

| RETAIL AND MARKETING | CO$_2$ | N$_2$O | CH$_4$ | Section |
|---|---|---|---|---|
| **COMBUSTION SOURCES - *Stationary*** | | | | 4.0 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.1 |
| Heaters | X | X | X | 4.1-4.4, 4.5.1 |
| Thermal oxidizers | X | | | 4.76 |
| **COMBUSTION SOURCES – *Mobile Sources*** | | | | 4.8 |
| Marine tankers | X | X | X | 4.8 |
| Other company vehicles | X | X | X | 4.8 |
| Railroad tankers | X | X | X | 4.8 |
| Road tankers | X | X | X | 4.8 |
| **INDIRECT SOURCES** | | | | 7.0 |
| Electricity usage | X | X | X | 7.1 |
| **VENTED SOURCES** | | | | 5.0 |
| Service station storage tanks | | | | 5.4 |
| **VENTED SOURCES – *Non-routine Activities*** | | | | 5.8 |
| Fire suppression | | | | 5.8 |
| **FUGITIVE SOURCES** | | | | 6.0 |
| Process equipment leaks | | | | 6.1 |
| Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if CO$_2$, CH$_4$, or N$_2$O emissions may result from the source.

Evaporative emissions of hydrocarbons may occur during fuel transfer or pumping activities, but the concentration of CH$_4$ or other GHGs is negligible in the refined products as shown by the compositions presented in Appendix E.  Therefore, there generally are no significant GHG emissions from these activities.  Methane emissions may result from process equipment leaks associated with LNG or compressed natural gas (CNG) marketing.  Indirect emissions associated with onsite electricity usage are a source of CO$_2$, N$_2$O, and CH$_4$ emissions.

### 2.2.12     Energy Generation

Oil and natural gas industry operations are energy intensive, requiring steady supplies of electricity and often process heat, steam, or cooling.  Steam is also used in enhanced oil recovery or enhanced coal bed methane production.  A petroleum company may own and operate energy generation facilities to supply electricity and steam for these operations.

The sources of GHG emissions for energy generation operations are shown in Table 2-13.  Combustion emissions of CO$_2$, and to a lesser extent N$_2$O and CH$_4$, result from the burning of fossil fuels to operate turbines, boilers, or compressors.  Where natural gas is used to generate

©2009 American Petroleum Institute

BLM_0002842

*Industry Description*

energy, emissions of $CH_4$ may result from process vents and fugitive sources, though these emissions are generally small compared to the combustion sources.

**Table 2–13.  Potential Greenhouse Gas Emission Sources by Sector: Electricity and Heat/Steam Generation**

| ELECTRICITY AND HEAT/STEAM GENERATION | $CO_2$ | $N_2O$ | $CH_4$ | Section |
|---|---|---|---|---|
| *COMBUSTION SOURCES - Stationary* | | | | 4.0 |
| Turbine electric generators | X | X | X | 4.1-4.4, 4.5.1 |
| Boilers/steam generators | X | X | X | 4.1-4.4, 4.5.2 |
| Internal combustion (IC) engine generators | X | X | X | 4.1-4.4, 4.5.2 |
| *COMBUSTION SOURCES – Mobile Sources* | | | | 4.8 |
| Company vehicles | X | X | X | 4.8 |
| *VENTED SOURCES* | | | | 5.0 |
| Natural gas venting (maintenance on fuel line to natural gas fuel sources) | X | | X | 5.7.1 |
| *VENTED SOURCES – Other Venting* | | | | 5.3-5.6 |
| Fire suppression | | | | 5.8 |
| *FUGITIVE SOURCES* | | | | 6.0 |
| Natural gas equipment leaks (natural gas fuel line) | X | | X | 6.1.3 |
| Air conditioning/refrigeration | | | | 6.3 |

Footnotes:
X Indicates if $CO_2$, $CH_4$, or $N_2O$ emissions may result from the source.

As mentioned previously, $SF_6$ may be used as an insulator in electrical transmission and distribution systems.  Fugitive and process vent emissions of $SF_6$ can occur from leaks or service activities on gas-insulated substations, circuit breakers, and other switchgear.  Fugitive emissions of $SF_6$ can escape from gas-insulated equipment through seals, especially from older equipment.  Sulfur hexafluoride can also be released during equipment manufacturing, installation, servicing, and disposal.  Despite the very high global warming potential of $SF_6$, the quantities released as a result of oil and natural gas industry operations generally are very small.

## 2.3    References

Canadian Association of Petroleum Producers (CAPP).  *CH₄ and VOC Emissions from the Canadian Upstream Oil and Gas Industry, Volume 3: Organic and Common-Pollutant Emissions by the Canadian Oilsands Industry and from Heavy Oil Upgrading Facilities*, July 1999.  http://www.capp.ca/default.asp?V_DOC_ID=763&PubID=84182, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002843

Institute for Energy Law and Enterprise (IELE). INTRODUCTION TO LNG, University of Houston, Houston, TX, January 2003.

International Petroleum Industry Environmental Conservation Association (IPIECA), and American Petroleum Institute (API). *Oil and Natural Gas Industry Guidelines for Greenhouse Gas Reduction Projects, Part II: Carbon Capture and Geological Storage Emission Reduction Family,* June 2007. http://www.ipieca.org/activities/climate_change/downloads/publications/CCS-FINAL_merged.pdf, accessed May 1, 2009.

International Petroleum Industry Environmental Conservation Association (IPIECA), International Association of Oil and Gas Producers (OGP), and American Petroleum Institute (API). *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions*, December 2003. http://www.ipieca.org/activities/climate_change/downloads/publications/ghg_guidelines.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007.* EPA 430-R-09-004, U.S. EPA, Washington DC, April 15, 2009. http://www.epa.gov/climatechange/emissions/usinventoryreport.html, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002844



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# SECTION 3
# TECHNICAL CONSIDERATIONS



BLM_0002845

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Section 3 – Technical Considerations

August 2009

BLM_0002846

BLM_0002847

**Table of Contents**

3.0   TECHNICAL CONSIDERATIONS .................................................................... 3-1

3.1   Overview ................................................................................................ 3-1

3.2   Emission Sources ................................................................................. 3-2

3.2.1   Combustion ................................................................................ 3-2

3.2.2   Process Emissions and Vented Sources ..................................... 3-2

3.2.3   Fugitive Sources ....................................................................... 3-3

3.2.4   Indirect Sources ........................................................................ 3-3

3.3   Greenhouse Gases ................................................................................ 3-4

3.3.1   Global Warming Potentials ........................................................ 3-5

3.3.2   Emissions Summaries ................................................................ 3-7

3.4   Data Requirements ............................................................................... 3-9

3.5   Data Assumptions ............................................................................... 3-11

3.6   Conversions, Numeric Format, and Fuel Properties ............................ 3-14

3.6.1   General Units Conversions ....................................................... 3-14

3.6.2   Numeric Format ....................................................................... 3-17

3.6.3   Fuel Properties ......................................................................... 3-17

3.6.4   Fuel Mixture Conversions ........................................................ 3-22

3.7   Emission Estimation Quality ............................................................... 3-29

3.7.1   General Statistical Approach to Calculating Uncertainty ............ 3-30

3.7.2   Confidence Intervals from GRI/EPA Study ................................. 3-34

3.7.3   Quality Ratings ........................................................................ 3-36

3.8   References ........................................................................................... 3-37

©2009 American Petroleum Institute

BLM_0002848

## List of Tables

Table 3-1.  Greenhouse Gas and Global Warming Potentials..................................................3-6

Table 3-2.  Emission Estimation Approaches – General Considerations ..................................3-9

Table 3-3.  Commonly Used Molar Volume Conversions ........................................................3-12

Table 3-4.  Conversion Factors..............................................................................................3-14

Table 3-5.  Temperature Conversions ....................................................................................3-16

Table 3-6.  Unit Prefixes .........................................................................................................3-17

Table 3-7.  Hydrocarbon Molecular Weights and Gross Heating Values.................................3-19

Table 3-8.  Densities, Higher Heating Values, and Carbon Contents for Various Fuels..........3-20

Table 3-9.  Natural Gas Carbon Contents by Heating Value ..................................................3-22

©2009 American Petroleum Institute

BLM_0002849

# 3.0
# TECHNICAL CONSIDERATIONS

## 3.1     Overview

In general, emissions for a particular source are the product of the source-specific emission factor (EF) and the activity factor (AF). An inventory is the sum of all of the emissions for a particular facility or company:

$$\text{Emission Inventory} = \sum_{i=1}^{\#\text{ sources}} \text{EF}_i \times \text{AF}_i$$

(Equation 3-1)

where
   Emissions Inventory = total emissions for a company or facility;
      $\text{EF}_i$ = emission factor for source $i$; and
      $\text{AF}_i$ = activity factor for source $i$.

Throughout this document it is important to note assumptions and conventions used in defining the emission factors. The listing below highlights some of the key areas where error can be introduced into the computation if conventions are not addressed properly.

- Standard Gas Conditions—When converting from a volume basis to a mass basis for a gas stream, the standard conditions used in this document are 14.7 pounds per square inch (psia) and 60 degrees Fahrenheit (°F) (equivalent to 101.325 kilo-Pascals absolute (kPaa) and 15.6 degrees Celsius (°C) in metric units). This is equivalent to 379.3 standard cubic feet (scf)/lb-mole (836.2 scf/kg-mole) or 23,685 cubic centimeters ($cm^3$)/g-mole.

- Heating Value Specifications—When converting between fuel volume and energy, HHV or gross calorific value is the preferred convention. However, LHV or net calorific values are also reported.

- Units—Throughout this document, units are presented in the same convention used in the referenced source. This enables the user to easily check for updates from the referenced sources. Each emission factor is then also reported in terms of tonnes[1] per unit of activity, where the unit of activity is expressed in both the International System of Units (SI units) and

---

[1] Metric tonne = 1000 kg = 2204.62 lb.

---

©2009 American Petroleum Institute

BLM_0002850

*Technical Considerations*

U.S. customary units (USC).  Conversion factors are provided in Table 3-4 if other units are desired.

- Fuel Combustion—Fuel properties in terms of heating values and carbon content are provided for a variety of fuels in commerce.  Carbon dioxide emissions associated with the combustion of fossil fuels or refined products are based on the conversion of 100% of the fuel carbon to $CO_2$.

These and other considerations are more thoroughly discussed in the subsections that follow.

## 3.2     Emission Sources

Emissions of GHG in the oil and natural gas industry typically occur from one of the following general source classes:  1) combustion sources, including both stationary devices and mobile equipment; 2) process emissions and vented sources; 3) fugitive sources; and 4) indirect sources. Some pieces of equipment, such as compressors, may emit under multiple classes − fugitive emissions when pressurized, vented emissions when depressurized for maintenance, and combustion emissions from the driver engines during normal operations.  Tables 2-1 through 2-13, shown in Section 2, provide a detailed list of the types of potential emission sources associated with each of the general source classes discussed further in the following subsections.

### 3.2.1     Combustion

Combustion of carbon-containing fuels in stationary equipment such as engines, burners, heaters, boilers, flares, and incinerators results in the formation of $CO_2$ due to the oxidation of carbon. Emissions resulting from the combustion of fuel in transportation equipment (i.e., vessels, barges, ships, railcars, and trucks) that are included in the inventory are also categorized as combustion sources.  Very small quantities of $N_2O$ may be formed during fuel combustion by reaction of nitrogen and oxygen.  Methane may also be released in exhaust gases as a result of incomplete fuel combustion.

### 3.2.2     Process Emissions and Vented Sources

Vented sources occur as releases resulting from normal operations, maintenance and turnaround activities, and emergency and other non-routine events.  These include sources such as crude oil, condensate, oil, and gas product storage tanks; blanket fuel gas from produced water or chemical storage tanks; loading/ballasting/transit sources, and loading racks; as well as equipment such as

©2009 American Petroleum Institute

BLM_0002851

chemical injection pumps and pneumatic devices that release GHGs ($CH_4$ and potentially $CO_2$) as part of their operation.

Process vents, a subcategory of vented sources, are defined as those sources that produce emissions as a result of some form of chemical transformation or processing step. Examples of these sources include dehydration, gas sweetening, hydrogen plants (often referred to as steam reformers), naphtha reformers, catalytic cracking units, delayed cokers, coke calciners, and others. These sources are generally specific to the particular industry segment.

Depressurizing equipment for maintenance or turnaround activities may result in vented emissions. Similarly, GHG emissions may result from equipment startup activities or from purging equipment prior to repressurization. Examples of other maintenance or turnaround activities classified as venting sources are well workovers, compressor turn-arounds, pipeline pigging operations, and heater/boiler tube decoking.

Other releases included as vented emission sources are non-routine releases from emergency or pressure relieving equipment such as emergency shutdowns (ESD) or emergency safety blowdowns (ESB), pressure relief valves (PRV), and breakout/surge tanks (described in Section 5.7.4).

### 3.2.3    Fugitive Sources

Fugitive emissions are unintentional releases from piping components and equipment leaks at sealed surfaces, as well as from underground pipeline leaks. Fugitive emissions are usually low-volume leaks of process fluid (gas or liquid) from sealed surfaces, such as packing and gaskets, resulting from the wear of mechanical joints, seals, and rotating surfaces over time. Specific fugitive emission source types include various components and fittings such as valves, flanges, pump seals, compressor seals, PRVs, or sampling connections. Fugitive emissions also include non-point evaporative sources such as from wastewater treatment, pits, and impoundments.

### 3.2.4    Indirect Sources

Indirect emissions are emissions that are a consequence of activities of the reporting company but which result from sources owned or controlled by another party (IPIECA, 2003). This category includes emissions from the combustion of hydrocarbon fuels to generate electricity, heat, steam, or cooling, where this energy is imported or purchased.

©2009 American Petroleum Institute

BLM_0002852

*Technical Considerations*

| 3.3 | Greenhouse Gases |
|---|---|

This document is focused on $CO_2$, $CH_4$, and $N_2O$ GHG emissions because these are the most prevalent GHGs emitted from oil and natural gas industry operations. However, while the API *Compendium* provides emission estimation methods for all six internationally recognized GHGs or classes of GHGs ($CO_2$, $CH_4$, $N_2O$, $SF_6$, HFCs, and PFCs), this should not imply that all of the GHGs are necessarily significant.

Carbon dioxide is primarily emitted from combustion sources, but may also be emitted from gas production, processing, refining, and CCS operations through some vented and fugitive sources. This is particularly important in operations using or processing $CO_2$-rich field gas. For these non-combustion sources, the potential for emitting $CO_2$ will depend on the $CO_2$ concentration associated with the emission source, as well as design and operating practices at facilities. The concentration of $CO_2$ in commercial natural gas is generally small ($< 2\%$ by pipeline specifications), such that vented and fugitive emissions associated with its use are small compared to emissions produced from combustion. However, vented and fugitive $CO_2$ emissions from CCS operations may be more significant than those from natural gas systems, but still small compared to $CO_2$ combustion emissions.

Methane emissions can result from any or all of the emission sources described in Section 3.2. Methane is emitted when natural gas leaks from fugitive emission sources or when natural gas is vented directly during maintenance or emergency procedures. Methane is also found in exhaust gases as a result of incomplete fuel combustion.

Nitrous oxide is produced both naturally, through various biological reactions in the soil and in water, and anthropogenically through industrial, waste management, and agricultural activities. With respect to oil and natural gas industry operations, trace amounts of $N_2O$ may be formed from reactions between nitrogen and oxygen that occur during stationary or mobile source combustion. The quantity of $N_2O$ formed during combustion varies based on the fuel, equipment, and pollution control device (e.g., catalytic converters installed to reduce motor vehicle emissions can increase $N_2O$ emissions). Depending on the facility type (i.e. compressor station or gas plant) and the proliferation (and model/type) of reciprocating engines at a particular upstream facility, $N_2O$ emissions can be more than 2% of the total facility GHG emissions inventory, on a $CO_2e$ basis. As indicated in Section 8, $N_2O$ emissions contribute less than 1% of a refinery's overall GHG inventory (on a $CO_2e$ basis).

©2009 American Petroleum Institute

BLM_0002853

Air conditioning (mobile and stationary), refrigeration (including large process equipment such as chillers), and fire suppression equipment are potential sources of HFC and PFC emissions. Sulfur hexafluoride is most often used for circuit breaker applications in the electric power industry, but may also be used as a tracer gas for pipeline leak detection.

### 3.3.1    Global Warming Potentials

Greenhouse gas inventories are often reported in terms of Carbon Equivalents or Carbon Dioxide Equivalents ($CO_2e$), in which all of the GHGs are converted to an equivalent basis relative to their "global warming potential" (GWP). The GWP is a measure of a compound's ability to trap heat over a certain lifetime in the atmosphere, relative to the effects of the same mass of $CO_2$ released over the same time period. Emissions expressed in equivalent terms highlight the contribution of the various gases to the overall inventory. Therefore, GWP is a useful statistical weighting tool for comparing the heat trapping potential of various gases.

Table 3-1 presents the currently accepted GWP values associated with various compounds recognized as contributing to the greenhouse effect (United Nations Framework Convention on Climate (UNFCCC), 2002). According to the Intergovernmental Panel on Climate Change (IPCC), GWPs typically have an uncertainty of ±35 percent (IPCC, 2007b). The time interval associated with the GWP value is an area of debate between policy analysts and scientists. For $CH_4$ and $N_2O$, the time interval chosen can have a significant impact because there is a large difference between the lifetime of $CH_4$ and $N_2O$ (approximately 12.2 years and 120 years, respectively) and the effective lifetime of $CO_2$ (200-250 years). Currently, the parties to the UNFCCC have agreed to base GWPs on a 100-year time horizon (IPCC, 2007).[2]

The UNFCCC updates the GWP values periodically as new information becomes available. The IPCC published the Third Assessment Report (TAR) in 2001 (IPCC, 2001), and the Fourth Assessment Report (AR4) in 2007 (IPCC, 2007b). Both reports present new GWP values for the second commitment period (after 2012) based on improved calculations of the radiative forcing and response function of $CO_2$. Although the GWPs have been updated by IPCC, the values from the Second Assessment Report (SAR) are applicable through the first commitment period (2008-2012)[3] and are the values applied in the API *Compendium*, as shown in Table 3-1.

---

[2] For example, using the recommended GWP and selecting a time period of 50 years, the $CH_4$ GWP would be approximately 34, compared to a GWP of 6.5 for a 500-year integration interval.
[3] This is consistent with UNFCCC reporting guidelines, which require reporting of GHG emissions and reductions using 100-year GWP values that have been identified by IPCC and adopted by the Conference of Parties (COP) (UNFCCC, 2002). As of COP12 in 2006, the UNFCCC COP has not adopted the revised GWPs from the TAR.

©2009 American Petroleum Institute

BLM_0002854

For comparison, Table 3-1 also includes the GWPs presented in the AR4.

### Table 3-1. Greenhouse Gas and Global Warming Potentials

| Gas | Recommended GWP (UNFCCC, 2002) applicable through 2012 | IPCC Revised GWP (IPCC AR4, 2007) applicable after 2012 |
|---|---|---|
| $CO_2$ | 1 | 1 |
| $CH_4$ [a] | 21 | 25 |
| $N_2O$ | 310 | 298 |
| *Hydrofluorocarbons (HFCs)* | | |
| HFC-23 | 11,700 | 14,800 |
| HFC-32 | 650 | 675 |
| HFC-41 | 150 | 97 [b] |
| HFC-125 | 2,800 | 3,500 |
| HFC-134 | 1,000 | 1,100 [b] |
| HFC-134a | 1,300 | 1,430 |
| HFC-143 | 300 | 330 [b] |
| HFC-143a | 3,800 | 4,470 |
| HFC-152 | | 43 [b] |
| HFC-152a | 140 | 124 |
| HFC-161 | | 12 [b] |
| HFC-227ea | 2,900 | 3,220 |
| HFC-236cb | | 1,300 [b] |
| HFC-236ea | | 1,200 [b] |
| HFC-236fa | 6,300 | 9,810 |
| HFC-245ca | 560 | 640 [b] |
| HFC-245fa | | 1,030 |
| HFC-43-10mee | 1,300 | 1,640 |
| HFC-365mfc | | 794 |
| *Perfluorinated compounds* | | |
| $CF_4$ | 6,500 | 7,390 |
| $C_2F_6$ | 9,200 | 12,200 |
| $C_3F_8$ | 7,000 | 8,830 |
| $c-C_4F_8$ | 8,700 | 10,300 |
| $C_4F_{10}$ | 7,000 | 8,860 |
| $C_5F_{12}$ | 7,500 | 9,160 |
| $C_6F_{14}$ | 7,400 | 9,300 |
| $C_{10}F_{18}$ | | >7,500 |
| $NF_3$ | | 17,200 |
| $SF_6$ | 23,900 | 22,800 |
| $SF_5CF_3$ | | 17,700 |

©2009 American Petroleum Institute

BLM_0002855

*Technical Considerations*

**Table 3-1.  Greenhouse Gas and Global Warming Potentials, continued**

| Gas | Recommended GWP (UNFCCC, 2002) applicable through 2012 | IPCC Revised GWP (IPCC AR4, 2007) applicable after 2012 |
|---|---|---|
| *Fluorinated ethers* | | |
| **HFE-125** | | 14,900 |
| **HFE-134** | | 6,320 |
| **HFE-143a** | | 756 |
| **HCFE-235da2** | | 350 |
| **HFE-245cb2** | | 708 |
| **HFE-245fa2** | | 659 |
| **HFE-254cb2** | | 359 |
| **HFE-347mcc3** | | 575 |
| **HFE-347pcf2** | | 580 |
| **HFE-356pcc3** | | 110 |
| **HFE-449sl (HFE-7100)** | | 297 |
| **HFE-569sf2 (HFE-7200)** | | 59 |
| **HFE-43-10pccc124 (H-Galden 1040x)** | | 1,870 |
| **HFE-236ca12 (HG-10)** | | 2,800 |
| **HFE-338pcc13 (HG-01)** | | 1,500 |
| *Perfluoropolyethers* | | |
| **PFPMIE** | | 10,300 |
| *Hydrocarbons and other compounds – Direct Effects* | | |
| **Dimethylether** | | 1 |
| **Methylene chloride** | | 8.7 |
| **Methyl chloride** | | 13 |

Footnotes and Sources:
[a] The GWP of $CH_4$ includes the direct effects and those indirect effects due to the production of tropospheric ozone and stratospheric water vapor.  The indirect effect due to the production of $CO_2$ is not included.
[b] GWP values are taken from the IPCC Third Assessment Report (IPCC TAR, 2001).  Values were not provided for these compounds in the Fourth Assessment Report.

### 3.3.2    *Emissions Summaries*

This document presents emission factors for $CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, and $SF_6$ for emission sources of interest to oil and natural gas industry operations.  This section demonstrates how to use the GWP values as a convenient means of aggregating the combined effect of multiple GHGs.  In developing emissions summaries, it is important to keep track of the actual mass emissions and sources of all the GHG compounds emitted, and report them individually, in addition to the weighted sum expressed as $CO_2e$.  Also, the inventory should note the GWP value used in the aggregation and allow for revisions to the total emission estimate should the UNFCCC adopt revised GWPs.

Using GWP values, GHG emission estimates are often expressed in terms of $CO_2e$ or Carbon Equivalents for final summation.  Although any units of mass may be used to convert GHG

©2009 American Petroleum Institute

BLM_0002856

*Technical Considerations*

emissions to these equivalent bases, the most widely recognized units are tonnes and million metric tonnes (MMT).  The equations for calculating $CO_2e$ and Carbon Equivalents are provided below.

$$CO_2e, \text{tonnes} = \sum_{i=1}^{\text{\# Greenhouse Gas Species}} (\text{tonnes}_i \times GWP_i) \qquad \text{(Equation 3-2)}$$

where

$CO_2e$ = carbon dioxide equivalent emissions (tonnes);
$\text{tonnes}_i$ = GHG emissions of pollutant $i$ (tonnes); and
$GWP_i$ = global warming potential of pollutant $i$, presented in Table 3-1 (tonnes $CO_2e$ per tonne $i$).

$$MMTCE = CO_2e, \text{tonnes} \times \frac{MW\ Carbon}{MW\ CO_2} \times \frac{MMTCE}{10^6\ \text{tonnes Carbon}} \qquad \text{(Equation 3-3)}$$

where

MMTCE = Million Metric Tonnes of Carbon Equivalent, and
MW = molecular weight (MW Carbon = 12; MW $CO_2$ = 44).

Exhibit 3.1 demonstrates these calculations.

---

**EXHIBIT 3.1:        Sample Calculation for Carbon Equivalents**

INPUT DATA:
A company's GHG inventory reported 8,800,000 tons/yr (i.e., short tons) of $CO_2$ emissions and 315,000 tons/yr of $CH_4$ emissions.  What are the company's total $CO_2$ equivalent and carbon equivalent emissions for the GHG inventory ($E_{CO_2e}$ and $E_{CE}$)?

CALCULATION METHODOLOGY:
1. *Calculate* $E_{CO_2e}$.  Equation 3-2 is used to calculate emissions in terms of $CO_2e$.  As shown in Table 3-1, the GWP for $CH_4$ is 21, and the GWP for $CO_2$ is 1.  (Note that Table 3-4 provides the tons to tonnes conversion factor.)

$$E_{CO_2e} = \left[ \left( \frac{8,800,000\ \text{tons}\ CO_2}{yr} \times \frac{1\ \text{ton}\ CO_2e}{\text{ton}\ CO_2} \right) + \left( \frac{315,000\ \text{tons}\ CH_4}{yr} \times \frac{21\ \text{tons}\ CO_2e}{\text{ton}\ CH_4} \right) \right]$$
$$\times \frac{\text{tonnes}}{1.10231\ \text{tons}}$$

$$E_{CO_2e} = 13.98 \times 10^6\ \text{tonnes}\ CO_2e/yr$$

---

©2009 American Petroleum Institute

*Technical Considerations*

---

**EXHIBIT 3.1:       Sample Calculation for Carbon Equivalents, continued**

2. *Calculate $E_{CE}$.* Equation 3-3 is used to convert $CO_2e$ emissions to carbon equivalents.

$$E_{CE} = \frac{13.98 \times 10^6 \text{ tonnes } CO_2e}{yr} \times \frac{12 \text{ tonnes C/mole C}}{44 \text{ tonnes } CO_2e/\text{mole } CO_2e} \times \frac{\text{mole C}}{\text{mole } CO_2e} \times \frac{\text{MMTCE}}{10^6 \text{ tonnes C}}$$

$$E_{CE} = 3.81 \text{ MMTCE/yr}$$

Note that in the calculation above, the term "mole $C$/mole $CO_2e$" is shown to demonstrate the unit conversion. However, this term is not shown in Equation 3-3 or elsewhere in this document, as the term equates to 1.

---

## 3.4     Data Requirements

For many GHG emission sources, there are multiple options for determining the emissions, often with different accuracies. Table 3-2 illustrates the range of available options for estimating GHG emissions and associated considerations.

**Table 3-2.  Emission Estimation Approaches – General Considerations**

| Types of Approaches | General Considerations |
|---|---|
| Published emission factors | • Accounts for average operations or conditions<br>• Simple to apply<br>• Requires understanding and proper application of measurement units and underlying standard conditions<br>• Accuracy depends on the representativeness of the factor relative to the actual emission source<br>• Accuracy can vary by GHG constituents (i.e., $CO_2$, $CH_4$, and $N_2O$) |
| Equipment manufacturer emission factors | • Tailored to equipment-specific parameters<br>• Accuracy depends on the representativeness of testing conditions relative to actual operating practices and conditions<br>• Accuracy depends on adhering to manufacturers inspection, maintenance and calibration procedures<br>• Accuracy depends on adjustment to actual fuel composition used on-site<br>• Addition of after-market equipment/controls will alter manufacturer emission factors |
| Engineering calculations | • Accuracy depends on simplifying assumptions that may be contained within the calculation methods<br>• May require detailed data |

3-9                                                                                        August 2009
©2009 American Petroleum Institute

BLM_0002858

*Technical Considerations*

### Table 3-2.  Emission Estimation Approaches – General Considerations, continued

| Types of Approaches | General Considerations |
|---|---|
| Process simulation or other computer modeling | • Accuracy depends on simplifying assumptions that may be contained within the computer model methods<br>• May require detailed input data to properly characterize process conditions<br>• May not be representative of emissions that are due to operations outside the range of simulated conditions |
| Monitoring over a range of conditions and deriving emission factors | • Accuracy depends on representativeness of operating and ambient conditions monitored relative to actual emission sources<br>• Care should be taken when correcting to represent the applicable standard conditions<br>• Equipment, operating, and maintenance costs must be considered for monitoring equipment |
| Periodic or continuous [a] monitoring of emissions or parameters [b] for calculating emissions | • Accounts for operational and source specific conditions<br>• Can provide high reliability if monitoring frequency is compatible with the temporal variation of the activity parameters<br>• Instrumentation not available for all GHGs or applicable to all sources<br>• Equipment, operating, and maintenance costs must be considered for monitoring equipment |

Footnotes and Sources:
[a] Continuous emissions monitoring applies broadly to most types of air emissions, but may not be directly applicable nor highly reliable for GHG emissions.
[b] Parameter monitoring may be conducted in lieu of emissions monitoring to indicate whether a source is operating properly.  Examples of parameters that may be monitored include temperature, pressure and load.

As presented throughout the API *Compendium*, published emission factors are available from a variety of sources, including IPCC, EPA, Energy Information Administration (EIA), Gas Research Institute (GRI) and other widely available sources.

Where possible, this manual provides multiple estimation approaches for each category of emissions.  Decision diagrams are provided to guide the user through the available options, where the choice of one approach over another is often dictated by the available data.  Additional guidance on selecting estimation methods is provided in the *Guidelines* document (IPIECA, et. al, 2003).  Ideally, the methodologies need to be consistent with the contribution of the particular emission source to the overall inventory.  However, **methodologies required by regulations take precedence over the options provided in the decision trees or the *Guidelines* document.**

An emissions inventory is time dependent, reflecting conditions at the time the inventory is conducted.  As processes or operations change, emission factor values may also change over time.  A facility may change an equipment's emission factor by implementing control mechanisms, or may even eliminate a previous emission source through emission reduction activities.  In addition, a published data source, such as AP-42 (EPA, 1995 with supplements), may revise emission factors based on new data.  As an inventory is updated, emission factor approaches and sources should be reviewed for relevant updates to ensure their validity.

©2009 American Petroleum Institute

BLM_0002859

*Technical Considerations*

| 3.5 | Data Assumptions |
|-----|------------------|

An emission factor represents an average emission rate for a given source, and is generally expressed as a mass or volume of emissions per source type or measure of activity related to the source.  For example:

$$\frac{\text{scf CH}_4/\text{yr}}{\text{valve}} \text{ or } \frac{\text{g CO}_2}{\text{L diesel combusted}}$$

This API *Compendium* compiles emission factors from many different data sources.  To allow the user to confirm or update an emission factor, detailed references are provided and the reported emission factors are maintained in the units convention from the referenced source.  However, to simplify the use of these emission factors, the units convention adopted for this API *Compendium* is to express emission factors in terms of metric tonnes of emissions in the numerator, and express the denominator in terms of both U.S. customary units and SI units.  Conversion factors are provided in Section 3.6.

When converting from a volume basis to a mass basis for a gas stream, the standard conditions used in this document are at 14.7 psia and 60°F[4] (or 101.325 kPaa and 15.6°C in metric).  Using the ideal gas law:

$$PV = nRT \hspace{4cm} \text{(Equation 3-4)}$$

where
    P = pressure (psia or atm);
    V = volume ($ft^3$, $cm^3$, or $m^3$);
    n = number of moles;
    R = gas constant = 10.73 psi $ft^3$/lbmole degree Rankine (°R),
               = 0.73 atm $ft^3$/lbmole °R,
               = 82.06 atm $cm^3$/gmole Kelvin (K),
               = 8.3145 Pa $m^3$/gmole K; and
    T = absolute temperature (°R or K).

At standard conditions as defined for the API *Compendium*, 1 lbmole = 379.3 scf.  In metric units, 1 gmole = 23,685 $cm^3$ (23.685 $m^3$/kg-mole) at these same conditions.

---

[4] 60°F and 14.7 psia are also consistent with standard conditions in American Society of Testing and Materials (ASTM) D3588-98 (1998, Reapproved 2003) and API Manual of Petroleum Measurement Standards, Chapter 14, Section 5 (January 1991, Reaffirmed March 2002).

©2009 American Petroleum Institute

BLM_0002860

Note that there are many different sets of standard or reference conditions, where "standard" often depends on the application or the industry convention. For example, physical properties of gases are often reported in terms of 0°C and 760 mm Hg (CRC, 1984). Table 3-3 provides molar volume conversions for commonly used gas conditions.

### Table 3-3. Commonly Used Molar Volume Conversions [a]

| Temperature | Molar Volume Conversion | | |
| --- | --- | --- | --- |
| | (scf/lb-mole) | (scf/kg-mole) | (m³/kg-mole) |
| 0 °C | 359.0 | 791.5 | 22.41 |
| 15 °C | 378.8 | 835.0 | 23.64 |
| 20 °C | 385.3 | 849.5 | 24.06 |
| 25 °C | 391.9 | 864.0 | 24.47 |
| 60 °F [b] | 379.3 | 836.2 | 23.68 |
| 68 °F | 385.3 | 849.5 | 24.06 |
| 70 °F | 386.8 | 852.7 | 24.15 |

Footnotes and Sources:
[a] All molar volume conversions at 1 atm (14.7 psia).
[b] API *Compendium* standard conditions

To convert a volumetric rate from one set of standard conditions to another, the following equation can be used. Note that absolute temperatures (°R or K) are required for this equation.

$$V_2 = V_1 \left[ \frac{(P_1)(T_2)}{(P_2)(T_1)} \right]$$

(Equation 3-5)

where

    Subscript 1 = initial conditions for variable V, P, or T, and
    Subscript 2 = new set of standard conditions for variable V, P, or T.

This conversion is demonstrated in Exhibit 3.2.

---

**EXHIBIT 3.2:**    **Sample Calculation for Converting between Sets of Standard Conditions**

INPUT DATA:
The $CH_4$ emission factor for a pneumatic device was determined to be 345 scfd/device based on the standard conditions of 14.7 psia and 60°F. What is the emission factor at the EPA reference conditions of 101.3 kPa and 293 K (68°F), as shown in 40 CFR 60.1 and 63.1? What is the emission factor at 0°C and 760 mm Hg in both U.S. customary and SI units?

---

©2009 American Petroleum Institute

BLM_0002861

*Technical Considerations*

---

**EXHIBIT 3.2:**     **Sample Calculation for Converting between Sets of Standard Conditions, continued**

CALCULATION METHODOLOGY:

1. *Calculate the emission factor at 101.3 kPa and 293K.*  To convert the gas volumetric rate between different temperature and pressure conditions, the ideal gas law derivation shown in Equation 3-5 will be used.  Because the ideal gas law requires absolute temperatures, the standard condition of 60°F must be converted to an absolute basis.  In this case, the temperature will be converted from °F to K so it will be on the same basis as the new conditions.  (Note that temperature conversions are provided in Section 3.6.)

$$T_{abs} = \frac{60°F\text{-}32}{1.8} + 273.15$$

$$T_{abs} = 288.7 \text{ K}$$

The new emission factor is then calculated using Equation 3-5 for the new standard conditions:

$$EF = \left(345\,\frac{\text{scfd}}{\text{device}}\right) \times \left[\frac{(14.7\text{ psia}) \times (293\text{ K})}{(101.3\text{ kPa}) \times \frac{(14.696\text{ psia})}{(101.325\text{ kPa})} \times (288.7\text{ K})}\right]$$

$$EF = 350.3\,\frac{\text{scfd}}{\text{device}}, \text{ at } 101.3 \text{ kPa and } 293 \text{ K}$$

2. *Calculate the emission factor at 760 mm Hg and 0°C.*  As shown in calculation step 1 of this exhibit, the new temperature must be on an absolute basis, and the units at the current and new conditions must be the same for temperature and pressure, respectively.  From Table 3-5, 0°C equals 273.15 K; from Table 3-4, 760 mm Hg equals 14.696 psia.

The new emission factor is calculated using Equation 3-5 for these new conditions.

$$EF_{US} = \left(345\,\frac{\text{scfd}}{\text{device}}\right) \times \left[\frac{(14.7\text{ psia}) \times (273.15\text{ K})}{(14.696\text{ psia}) \times (288.7\text{ K})}\right]$$

$$EF_{US} = 326.51\,\frac{\text{scfd}}{\text{device}}, \text{ at } 0°C \text{ and } 760 \text{ mm Hg}$$

---

©2009 American Petroleum Institute

BLM_0002862

*Technical Considerations*

---

**EXHIBIT 3.2:** **Sample Calculation for Converting between Sets of Standard Conditions, continued**

This result can be converted to SI units using the volumetric conversion factor provided in Table 3-4:

$$EF_{SI} = 326.51 \, \frac{\text{scfd}}{\text{device}} \times \frac{\text{m}^3}{35.3147 \, \text{ft}^3}$$

$$EF_{SI} = 9.2456 \, \frac{\text{m}^3}{\text{day-device}}, \text{ at } 0°\text{C and 760 mm Hg}$$

---

## 3.6   Conversions, Numeric Format, and Fuel Properties

### 3.6.1   General Units Conversions

API *Manual of Petroleum Measurement Standards* (*MPMS*) Chapter 15 specifies API-preferred units for quantities common to the oil and natural gas industry, and provides factors for converting customary units to the API-preferred metric units (API, 2001). The API-preferred units are consistent with metric practice, as defined by the General Conference on Weights and Measures and significant standards organizations (such as the American Society for Testing and Materials, the American National Standards Institute, and related technical societies). MPMS Chapter 15 served as the basis for the common unit conversion factors provided in Tables 3-3 through 3-6.

In Table 3-4, most of the conversion factors are shown with up to seven significant digits. Those shown to fewer than six significant figures are limited by the uncertainty of the measurement of the physical property. An asterisk (*) indicates that the conversion factor is exact, and any succeeding digits would be zeros.

### Table 3-4.  Conversion Factors

| | Common US Units | API-Preferred SI Units | Other Conversions |
|---|---|---|---|
| **Mass** | | 1 kilogram | = 2.20462 pounds (lb)<br>= 1000* grams (g)<br>= 0.001 metric tonnes (tonne) |
| | 1 pound (lb) | = 0.4535924 kilograms | = 453.5924 grams (g) |
| | 1 short ton (ton) | = 907.1847 kilograms | = 2000* pounds (lb) |
| | 1 metric tonne (tonne) | = 1000* kilograms | = 2204.62 pounds (lb)<br>= 1.10231 tons |

©2009 American Petroleum Institute

*Technical Considerations*

## Table 3-4.  Conversion Factors, continued

| | Common US Units | API-Preferred SI Units | Other Conversions |
|---|---|---|---|
| **Volume** | | 1 cubic meter (m$^3$) | = 1000 *liters (L) |
| | | | = 35.3147 cubic feet (ft$^3$) |
| | | | = 264.172 gallons |
| | 1 cubic foot (ft$^3$) | = 0.02831685 cubic meters (m$^3$) | = 28.31685 liters (L) |
| | | | = 7.4805 gallons |
| | 1 gallon (gal) | 3.785412×10$^{-3}$ cubic meters (m$^3$) | = 3.785412 liters (L) |
| | 1 barrel (bbl) | = 0.1589873 cubic meters (m$^3$) | = 158.9873 liters (L) |
| | | | = 42* gallons (gal) |
| **Length** | | 1 meter (m) | = 3.28084 feet |
| | | | = 6.213712×10$^{-4}$ miles |
| | 1 inch (in) | = 0.0254* meters (m) | = 2.54* centimeters |
| | 1 foot (ft) | = 0.3048* meters (m) | |
| | 1 mile | = 1609.344* meters (m) | = 1.609344* kilometers |
| **Power** | | 1 Watt (W) | = 1* joule (J)/second |
| | | | = 9.47817×10$^{-4}$ Btu/second |
| | | | = 1.34102×10$^{-3}$ horsepower (hp) |
| | 1 megawatt | 10$^6$ Watts (W) | = 10$^6$* Joules/second |
| | | | = 1000* kilowatts (10$^3$ W) |
| | 1 horsepower (hp) | = 745.6999 Watts (W) | = 0.7456999 kilowatts |
| | | | = 0.706787 Btu/second |
| **Energy** | | 1 Joule (J) | = 9.47817×10$^{-4}$ Btu |
| | | 0.001 kilo Joules (kJ) | = 2.778×10$^{-7}$ kilowatt-hour |
| | | | = 0.737562 foot-pounds$_{force}$ |
| | 1 horsepower-hour (hp-hr) | = 2.68452×10$^6$ Joules (J) | = 2544.43 Btu |
| | | | = 0.7456999 kilowatt-hour |
| | 1 kilowatt-hour | = 3.6*×10$^6$ Joules (J) | = 3412.14 Btu |
| | | | = 1.34102 horsepower-hours |
| | | | = 3600* kilo-Joules |
| | 1 Btu | = 1055.056 Joules (J) | = 3.93015×10$^{-4}$ horsepower-hours |
| | | | = 2.93071×10$^{-4}$ kilowatt-hours |
| | 1 million Btu (10$^6$ Btu) | = 1.055056×10$^9$ Joules (J) | = 1.055056 giga-Joules (10$^9$ J) |
| | | | = 293.071 kilowatt-hours |
| | 1 therm | = 1.055056×10$^8$ Joules (J) | = 100,000 Btu |
| | | | = 29.3071 kilowatt-hours |
| **Pressure** | | 1 kilo-Pascal (10$^3$ Pa) | = 9.869233×10$^{-3}$ atmosphere (atm) |
| | 1 atmosphere (atm) | = 101.325* kilo-Pascals (10$^3$ Pa) | = 14.696 pounds per square inch (psi) |
| | | | = 760 millimeters mercury (mm Hg) @ 0°C |
| | 1 pound per square inch (psi) | = 6.894757 kilo-Pascals (10$^3$ Pa) | = 0.06804596 atmosphere (atm) |

©2009 American Petroleum Institute

BLM_0002864

*Technical Considerations*

### Table 3-4.  Conversion Factors, continued

| | Common US Units | API Preferred SI Units | Other Conversions |
|---|---|---|---|
| **Heating Value** | | | |
| Mass basis: | 1 Btu/pound | = 2326.000 Joules/kilogram (J/kg) | |
| Volume basis: | 1 Btu/cubic foot (Btu/ft$^3$) | = 37,258.95 Joules/cubic meter (J/m$^3$) | = 0.133681 Btu/gallon |
| Emission Factor: | | 1 kilogram/giga-Joule (kg/10$^9$ J) | = 2.32600 pound/million Btu (lb/10$^6$ Btu) |
| | 1 pound/million Btu (lb/10$^6$ Btu) | = 0.429923 kilograms/giga-Joule (kg/10$^9$ J) | = 0.429923 tonnes/tera-Joule (tonnes/10$^{12}$ J) |
| | | | = 429.923 grams/giga-Joule (g/10$^9$ J) |
| **Barrels of Oil Equivalent (BOE)** | | | |
| All Fuel Types | 1 BOE | = 6.12x10$^9$ J | = 5.8x10$^6$ Btu |
| | | | = 2279.49 horsepower-hours |
| | | | = 1699.81 kilowatt-hours |
| Natural Gas | 1 BOE | = 159.920 m$^3$ | = 5,647.52 ft$^3$ |
| Note: The BOE volume equivalent for natural gas was calculated by dividing the 5.8E+06 Btu/BOE by the heating value of natural gas (pipeline quality) from Table 3-8 (1,027 Btu/scf). | | | |
| Natural Gas Liquids | 1 BOE | = 0.231327 m$^3$ | = 1.455 bbl |
| | | | = 231.327 L |
| | | | = 61.11 gal |
| | | | = 8.16992 ft$^3$ |

Footnotes:
* indicates the conversion factor is exact; any succeeding digits would be zeros.
psig = Gauge pressure.
psia = Absolute pressure (note psia = psig + atmospheric pressure).

### Table 3-5.  Temperature Conversions

| | |
|---|---|
| Degrees Fahrenheit (°F) | = 1.8 (degrees C) + 32 |
| Degrees Rankine (°R) | = degrees F + 459.7 |
| Degrees Celsius (°C) | = (degrees F − 32)/1.8 |
| Kelvin (K) | = degrees C + 273.15 |

As shown in Table 3-6, the symbol associated with a particular unit or prefix can have multiple meanings depending on which system of units is used.  The distinction between upper case and lower case letters used for the symbol is also important.  To minimize confusion, this document expresses units numerically on a $\log_{10}$ basis (i.e., $10^x$) or spells out the unit name.

©2009 American Petroleum Institute

BLM_0002865

**Table 3-6.  Unit Prefixes**

| SI Units | | U.S. Designation | |
|---|---|---|---|
| Unit/Symbol | Factor | Unit/Symbol | Factor |
| peta (P) | $10^{15}$ | quadrillion (Q) | $10^{15}$ |
| tera (T) | $10^{12}$ | trillion (T) | $10^{12}$ |
| giga (G) | $10^{9}$ | billion (B) | $10^{9}$ |
| mega (M) | $10^{6}$ | million (MM) | $10^{6}$ |
| kilo (k) | $10^{3}$ | thousand (k or M) | $10^{3}$ |
| hecto (h) | $10^{2}$ | | |
| deka (da) | $10^{1}$ | | |
| deci (d) | $10^{-1}$ | | |
| centi (c) | $10^{-2}$ | | |
| milli (m) | $10^{-3}$ | | |
| micro ($\mu$) | $10^{-6}$ | | |
| Nano (n) | $10^{-9}$ | | |
| Pico (p) | $10^{-12}$ | | |

### 3.6.2    Numeric Format

This document does not maintain a fixed number of significant figures associated with the many numeric values presented.  Where emission factors are cited, the API *Compendium* provides the same number of significant figures as reported in the emission factor source documents.  This enables the user to easily compare values directly with the referenced sources as a check for updated emission factors.  In general, a consistent number of significant figures is also reported for the emission factors converted to the unit convention adopted for the API *Compendium*.

Numeric round-off, reflecting an appropriate number of significant digits, is considered acceptable only at the final stage of creating an emissions inventory to prevent compounding inaccuracy through the various calculation steps.  This practice is reflected in the example calculations in Section 8, where rounded-off results are presented in the summary tables.

### 3.6.3    Fuel Properties

Heating value describes the quantity of energy released when a fuel is completely combusted.  The heating value per unit volume of a fuel is calculated as the volume- or mass-weighted average of the heat generated in the combustion of the individual components of the gas.  While inert compounds (e.g., nitrogen, $CO_2$) have a zero heat of combustion, the heat of combustion of

©2009 American Petroleum Institute

BLM_0002866

*Technical Considerations*

hydrocarbons per volume or mass increases with the addition of carbon atoms to the hydrocarbon chain. For example, a fuel that is rich in ethane and heavier components will have a greater HHV than a fuel that contains an increased amount of inert compounds and less ethane and heavier components. While a change in HHV is an indicator of composition change, it may not always be a sufficient index of combustion behavior since two fuels of the same heating values can have different compositions and combustion characteristics. However, when using pipeline quality natural gas as the fuel source, HHV may be used as an indicator of fuel carbon content and emissions index.

The difference between the HHV, also known as gross calorific value, and LHV, also referred to as the net calorific value, is the phase of the water in the combustion products: water is in the liquid form for HHV and in the vapor form for LHV. The two heating values are related by the following equation:

$$HHV = LHV + \left( n\overline{h} \right)_{H_2O} \qquad \text{(Equation 3-6)}$$

where
  $n$ = the number of moles of water in the products;
  $h$ = the enthalpy of vaporization of water at 25°C;
  HHV = higher heating value, also referred to as gross calorific value, accounts for condensation of water vapor from the combustion process – the convention commonly used in EPA and U.S. Department of Energy (DOE) documents; and
  LHV = lower heating value or net calorific value, which includes water in the vapor phase – the convention used by IPCC and other international sources.

In most cases, choosing between the use of heating values in terms of HHV or LHV is a matter of preference. The HHV convention is commonly used in the U.S. and Canada, while LHV is generally the preference outside North America. The API *Compendium* provides fuel heating values and energy-based emission factors in terms of both HHV and LHV. In general, emission factors taken from U.S. and Canadian references are in terms of HHV: factors from outside North America are in terms of LHV. Section 4.2 provides a detailed discussion of the method used throughout the API *Compendium* for conversion between LHV and HHV. The convention chosen will not impact the emission results, as long as the energy data and emission factors are on the same basis, either HHV or LHV. Errors occur when the conventions are not clearly identified and are combined (e.g., multiplying the energy associated with fuel use, reported on one basis, by an emission factor that is reported on the other basis).

©2009 American Petroleum Institute

BLM_0002867

Table 3-7 provides the molecular weight and heating values used in the API *Compendium* calculations for various hydrocarbon compounds[5]. The category "C9+" includes molecules with nine or more carbon atoms. Because "C9+" includes a group of compounds, an assumption must be made for the molecular weight based on specific knowledge of the liquid. The API *Compendium* assumes that the "C9+" is best represented by the C11 alkanes. Thus, the molecular weight for $C_{11}H_{24}$ will be used for "C9+."

### Table 3-7. Hydrocarbon Molecular Weights and Gross Heating Values

| Compound | | Molecular Weight | Ideal Gross Heating Value, 60°F, 1 atm [a] | |
|---|---|---|---|---|
| | | | (Btu/scf) | (MJ/standard m³) |
| Methane | $CH_4$ | 16.04 | 1009.7 | 37.620 |
| Ethane | $C_2H_6$ | 30.07 | 1768.8 | 65.904 |
| Propane | $C_3H_8$ | 44.10 | 2517.5 | 93.799 |
| n-Butane | $C_4H_{10}$ | 58.12 | 3262.1 | 121.54 |
| n-Pentane | $C_5H_{12}$ | 72.15 | 4009.6 | 149.39 |
| n-Hexane | $C_6H_{14}$ | 86.18 | 4756.2 | 177.21 |
| n-Heptane | $C_7H_{16}$ | 100.20 | 5502.8 | 205.03 |
| Octanes | $C_8H_{18}$ | 114.23 | 6248.9 [b] | 232.83 |
| C9+ | | 156.31 (MW of $C_{11}H_{24}$) | 8488.46 [c] (HHV of $C_{11}H_{24}$, gas) | 316.27 |
| Carbon Dioxide | $CO_2$ | 44.01 | N/A | |

Footnotes and Sources:
[a] Data taken from API *MPMS* Chapter 14, Section 5, Table 1 (API, 2002), unless otherwise noted.
[b] Gas Processors Suppliers Association *Engineering Data Book* (GPSA, 1987) Figure 23-2, for n- Octane.
[c] *Perry's Chemical Engineers' Handbook* (Perry, 1984) Table 3-207.

Table 3-8 provides heating values, in terms of both HHV and LHV, typical densities, and carbon contents by weight percent for some common fuel types. Note that using the carbon content of a liquid fuel (for example, gasoline) in the place of the carbon content of the vapor phase is a simplifying assumption that will overestimate emissions. In reality, the carbon content of the vapor phase will be lower than the carbon content of the liquid phase because vapors contain lighter hydrocarbons that are able to volatilize easier than heavier hydrocarbons.

---

[5] Unless otherwise noted, data in Table 3-7 is taken from the *Manual of Petroleum Measurement Standards* (API, 2002); however, there are many other references that provide these data. Alternate information sources include: *Perry's Chemical Engineers' Handbook*, the Gas Processors Suppliers Association (GPSA) *Engineering Data Book*, and ASTM International.

BLM_0002868

*Technical Considerations*

## Table 3-8.  Densities, Higher Heating Values, and Carbon Contents for Various Fuels

| Fuel | Typical Density | | Higher Heating Value | | Lower Heating Value | | Carbon, % by wt. |
|------|-----------------|---|----------------------|---|---------------------|---|------------------|
| Acetylene | 0.0686 lb/ft$^3$ [a] | 1.10 kg/m$^3$ | 1.47×10$^3$ Btu/ft$^3$ [a] | 5.49×10$^7$ J/m$^3$ | 1.33×10$^3$ Btu/ft$^3$ | 4.97×10$^7$ J/m$^3$ | 92.3 |
| Asphalt and Road Oil | 8.61 lb/gal [b] | 1032.09 kg/m$^3$ | 6.64×10$^6$ Btu/bbl [b] | 4.40×10$^{10}$ J/m$^3$ | 6.30×10$^6$ Btu/bbl | 4.18×10$^{10}$ J/m$^3$ | 83.47 [b] |
| Aviation Gas | 5.89 lb/gal [b] | 705.74 kg/m$^3$ | 5.05×10$^6$ Btu/bbl [b] | 3.35×10$^{10}$ J/m$^3$ | 4.80×10$^6$ Btu/bbl | 3.18×10$^{10}$ J/m$^3$ | 85.00 [b] |
| Butane (liquid) | 4.86 lb/gal | 582.93 kg/m$^3$ | 4.33×10$^6$ Btu/bbl [b] | 2.87×10$^{10}$ J/m$^3$ | 4.11×10$^6$ Btu/bbl | 2.73×10$^{10}$ J/m$^3$ | 82.8 [b] |
| Coal, anthracite | No data [e] | No data | 1.13×10$^4$ Btu/lb [e] | 2.63×10$^7$ J/kg | 1.07×10$^4$ Btu/lb | 2.49×10$^7$ J/kg | No data [e] |
| Coal, bituminous | No data [e] | No data | 1.19×10$^4$ Btu/lb [e] | 2.78×10$^7$ J/kg | 1.13×10$^4$ Btu/lb | 2.64×10$^7$ J/kg | No data [e] |
| Crude Oil | 7.29 lb/gal [b] | 873.46 kg/m$^3$ | 5.80×10$^6$ Btu/bbl [b] | 3.85×10$^{10}$ J/m$^3$ | 5.51×10$^6$ Btu/bbl | 3.66×10$^{10}$ J/m$^3$ | 84.8 [b] |
| Distillate Oil (Diesel) | 7.07 lb/gal [b] | 847.31 kg/m$^3$ | 5.83×10$^6$ Btu/bbl [b] | 3.87×10$^{10}$ J/m$^3$ | 5.53×10$^6$ Btu/bbl | 3.67×10$^{10}$ J/m$^3$ | 86.34 [b] |
| Ethane (liquid) | 3.11 lb/gal | 372.62 kg/m$^3$ | 2.92×10$^6$ Btu/bbl | 1.94×10$^{10}$ J/m$^3$ | 2.77×10$^6$ Btu/bbl | 1.84×10$^{10}$ J/m$^3$ | 80.0 [b] |
| Fuel Oil #4 | 7.59 lb/gal [d] | 909.48 kg/m$^3$ | 6.01×10$^6$ Btu/bbl [d] | 3.99×10$^{10}$ J/m$^3$ | 5.71×10$^6$ Btu/bbl | 3.79×10$^{10}$ J/m$^3$ | 86.4 [d] |
| Isobutane | 4.69 lb/gal | 561.59 kg/m$^3$ | 4.16×10$^6$ Btu/bbl | 2.76×10$^{10}$ J/m$^3$ | 3.95×10$^6$ Btu/bbl | 2.62×10$^{10}$ J/m$^3$ | 82.8 [b] |
| Jet Fuel | 6.81 lb/gal [b] | 815.56 kg/m$^3$ | 5.67×10$^6$ Btu/bbl [b] | 3.76×10$^{10}$ J/m$^3$ | 5.39×10$^6$ Btu/bbl | 3.57×10$^{10}$ J/m$^3$ | 86.30 [b] |
| Kerosene | 6.83 lb/gal [b] | 818.39 kg/m$^3$ | 5.67×10$^6$ Btu/bbl [b] | 3.76×10$^{10}$ J/m$^3$ | 5.39×10$^6$ Btu/bbl | 3.57×10$^{10}$ J/m$^3$ | 86.01 [b] |
| Lignite | No data [e] | No data | 6.43×10$^3$ Btu/lb [e] | 1.50×10$^7$ J/kg | 6.11×10$^3$ Btu/lb | 1.42×10$^7$ J/kg | No data [e] |
| LPG [e] | See footnote e | | | | | | |
| Lubricants | 7.52 lb/gal [b] | 900.70 kg/m$^3$ | 6.07×10$^6$ Btu/bbl [b] | 4.02×10$^{10}$ J/m$^3$ | 5.76×10$^6$ Btu/bbl | 3.82×10$^{10}$ J/m$^3$ | 85.80 [b] |
| Miscellaneous Product [f] | 7.29 lb/gal [b] | 873.46 kg/m$^3$ | 5.80×10$^6$ Btu/bbl [b] | 3.85×10$^{10}$ J/m$^3$ | 5.51×10$^6$ Btu/bbl | 3.65×10$^{10}$ J/m$^3$ | 85.49 [b] |
| Motor Gasoline [g] | 6.20 lb/gal [b] | 742.39 kg/m$^3$ | 5.25×10$^6$ Btu/bbl [b] | 3.49×10$^{10}$ J/m$^3$ | 4.99×10$^6$ Btu/bbl | 3.31×10$^{10}$ J/m$^3$ | 86.60 [b] |
| Natural Gas (processed) | 0.042 lb/ft$^3$ [h] | 0.6728 kg/m$^3$ | 1,020 Btu/ft$^3$ [h]<br>1,004 Btu/ft$^3$<br>1,027 Btu/ft$^3$ [e] | 3.80×10$^7$ J/m$^3$<br>3.74×10$^7$ J/m$^3$ [h]<br>3.83×10$^7$ J/m$^3$ | 918 Btu/ft$^3$<br>903 Btu/ft$^3$<br>924 Btu/ft$^3$ | 3.42×10$^7$ J/m$^3$<br>3.37×10$^7$ J/m$^3$<br>3.44×10$^7$ J/m$^3$ | 76 wt% C [h] |
| Natural Gas (raw / unprocessed) | | | 1,235 Btu/ft$^3$ | 4.60×10$^7$ J/m$^3$ [h] | 1,111 Btu/ft$^3$ | 4.14×10$^7$ J/m$^3$ | |
| Natural Gas Liquids (NGL) [e] | See footnote e | | | | | | |
| Natural Gasoline [f] | 5.54 lb/gal [b] | 663.70 kg/m$^3$ | 4.62×10$^6$ Btu/bbl [b] | 3.07×10$^{10}$ J/m$^3$ | 4.39×10$^6$ Btu/bbl | 2.91×10$^{10}$ J/m$^3$ | 83.70 [b] |
| Pentanes Plus | 5.54 lb/gal [b] | 663.70 kg/m$^3$ | 4.62×10$^6$ Btu/bbl [b] | 3.07×10$^{10}$ J/m$^3$ | 4.39×10$^6$ Btu/bbl | 2.91×10$^{10}$ J/m$^3$ | 83.70 [b] |
| Petrochemical Feedstocks | 5.95 lb/gal [b] | 712.49 kg/m$^3$ | 5.25×10$^6$ Btu/bbl [b,j] | 3.48×10$^{10}$ J/m$^3$ | 4.99×10$^6$ Btu/bbl | 3.31×10$^{10}$ J/m$^3$ | 84.11 [b] |
| Petroleum Coke [f] | No data [b] | No data | 6.02×10$^6$ Btu/bbl [b] | 4.00×10$^{10}$ J/m$^3$ | 5.72×10$^6$ Btu/bbl | 3.80×10$^{10}$ J/m$^3$ | 92.28 [b] |

©2009 American Petroleum Institute

BLM_0002869

*Technical Considerations*

## Table 3-8.  Densities, Higher Heating Values, and Carbon Contents for Various Fuels, continued

| Fuel | Typical Density | | Higher Heating Value | | Lower Heating Value | | Carbon, % by wt. |
|------|------|------|------|------|------|------|------|
| Petroleum Waxes | 6.76 lb/gal [b] | 809.50 kg/m$^3$ | 5.54×10$^6$ Btu/bbl [b] | 3.67×10$^{10}$ J/m$^3$ | 5.26×10$^6$ Btu/bbl | 3.49×10$^{10}$ J/m$^3$ | 85.29 [b] |
| Propane (gas) [k] | 0.12 lb/ft$^3$ | 1.90 kg/m$^3$ | 2,516.1 Btu/ft$^{3\ a}$ | 9.37×10$^7$ J/m$^3$ | 2,314.9 Btu/ft$^{3\ a}$ | 8.63×10$^7$ J/m$^3$ | 81.8 [b] |
| Propane (liquid) | 4.22 lb/gal | 505.61 kg/m$^3$ | 3.82×10$^6$ Btu/bbl [b] | 2.54×10$^{10}$ J/m$^3$ | 3.63×10$^6$ Btu/bbl | 2.41×10$^{10}$ J/m$^3$ | 81.8 [b] |
| Residual Oil #5 | 7.93 lb/gal [d] | 950.22 kg/m$^3$ | 6.30×10$^6$ Btu/bbl [d] | 4.18×10$^{10}$ J/m$^{3\ d}$ | 5.99×10$^6$ Btu/bbl | 3.97×10$^{10}$ J/m$^3$ | 88.7 [d] |
| Residual Oil #6 [l] | 8.29 lb/gal [b] | 992.98 kg/m$^3$ | 6.29×10$^6$ Btu/bbl [b] | 4.17×10$^{10}$ J/m$^{3\ b}$ | 5.97×10$^6$ Btu/bbl | 3.96×10$^{10}$ J/m$^3$ | 85.68 [b] |
| Special Naphtha | 6.46 lb/gal [b] | 774.49 kg/m$^3$ | 5.25×10$^6$ Btu/bbl [b] | 3.48×10$^{10}$ J/m$^3$ | 4.99×10$^6$ Btu/bbl | 3.31×10$^{10}$ J/m$^3$ | 84.76 [b] |
| Still Gas | No data [b] | No data | 6.00×10$^6$ Btu/bbl [b] | 3.98×10$^{10}$ J/m$^3$ | 5.70×10$^6$ Btu/bbl | 3.78×10$^{10}$ J/m$^3$ | No data [b] |
| Unfinished Oils [f] | 7.29 lb/gal [b] | 873.46 kg/m$^3$ | 5.83×10$^6$ Btu/bbl [b] | 3.87×10$^{10}$ J/m$^3$ | 5.53×10$^6$ Btu/bbl | 3.67×10$^{10}$ J/m$^3$ | 85.49 [b] |

All LHVs were derived from HHVs.  To convert from HHV to LHV, the assumed conversion for gaseous fuels is LHV = (0.9) × (HHV); for solids or liquids the assumed conversion is LHV = (0.95) × (HHV).  Note that the values presented in this table are taken from multiple sources.  As a result, the inherent fuel properties and assumptions associated with each fuel may differ.  Values in original source units are footnoted; additional values are derived from original source values.

Footnotes and Sources:

[a] Gas Processors Suppliers Association, *Engineering Data Book*, Volume II, 1987.

[b] Energy Information Administration, *Documentation for Emissions of Greenhouse Gases in the United States 2006*, Tables 6-5 and 6-7, October 2008.  Densities provided as API gravity or bbl/tonne and converted.

[c] U.S. Environmental Protection Agency (EPA), *Inventory of U.S. Greenhouse Gas Emissions and Sinks*: 1990-2007, Annexes, Table A-251, April 15, 2009.

[d] *North American Combustion Handbook, Volume I: Combustion Fuels, Stoichiometry, Heat transfer, Fluid Flow*, ISBN 0-9601596-2-2, Third Edition, Cleveland, Ohio, 1986.

[e] LPG and NGL are blends of multiple hydrocarbons (e.g., ethane, propane, isobutene), each with its own heat content, density and carbon content.  Mixture properties should be calculated using the methods described in Section 3.6.4.

[f] Term defined in the Glossary.

[g] Motor gasoline includes conventional gasoline, all types of oxygenated gasoline (including gasohol), and reformulated gasoline, but excludes aviation gasoline.

[h] EPA AP-42, Section 1.4, *Natural Gas Combustion*, 1998.

[i] Canadian Association of Petroleum Producers (CAPP), *Calculating Greenhouse Gas Emissions*, Table 1-5, Canadian Association of Petroleum Producers, Publication Number 2003-03, April 2003.

[j] Parameters presented are for naphthas with a boiling temperature of less than 400° F.  Petrochemical feedstocks with higher boiling points are assumed to have the same characteristics as distillate fuel.

[k] Calculated using methodology provided in API *Measurement of Petroleum Measurement Standards*, Chapter 14 - *Natural Gas Fluids Measurement*, Section 5 – *Calculation of Gross Heating Value*, Specific Gravity and Compressibility of Natural Gas Mixtures from Compositional Analysis, ANSI/API 14.5-1981, First Edition, January 1981, Reaffirmed March 2002.

[l] Values shown are for residual fuel, which is defined in the text of the reference document as No. 6 fuel oil.

©2009 American Petroleum Institute

BLM_000287D

*Technical Considerations*

Table 3-9 provides carbon contents for natural gas according to heating value ranges. Note that in the United States, pipeline quality natural gas has a HHV greater than 970 Btu/scf but less than 1,100 Btu/scf (EPA, 2009). Gas with heating values outside this range should be not be classified as natural gas, but could instead be classified as produced gas, refinery gas, associated gas, or process gas. Lower heating value gases tend to have a higher content of inert gases, while higher heating value gases tend to have a higher content of natural gas liquids, both of which affect the carbon content of the gas (EPA, 2009).

**Table 3-9. Natural Gas Carbon Contents by Heating Value**

| Higher Heating Value | Carbon Content, g C/1000 BTU [a] | Higher Heating Value | Carbon Content, g C/1000 BTU [b] |
|---|---|---|---|
| GRI Full Sample [c] | 14.51 | 1,100 to 1,125 Btu/scf | 15.07 |
| Greater than 1,000 Btu/scf | 14.47 | 1,125 to 1,150 Btu/scf | 15.09 |
| 1,025 to 1,035 Btu/scf | 14.45 | 1,150 to 1,175 Btu/scf | 15.15 |
| 975 to 1,000 Btu/scf | 14.73 | 1,175 to 1,200 Btu/scf | 15.27 |
| 1,000 to 1,025 Btu/scf | 14.43 | 1,200 to 1,225 Btu/scf | 15.38 |
| 1,025 to 1,050 Btu/scf | 14.47 | 1,225 to 1,250 Btu/scf | 15.52 |
| 1,050 to 1,075 Btu/scf | 14.58 | Greater than 1,250 Btu/scf | 16.33 |
| 1,075 to 1,100 Btu/scf | 14.65 | | |
| Weighted National Average [d] | 14.47 | | |

Footnotes and Sources:
[a] Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks*: 1990-2007, Annex A, Table A-38, April 15, 2009.
[b] Based on data from worldwide LNG operations and U.S. produced gas with high heating values. The gas compositions included in this analysis did not include $H_2$.
[c] The "GRI Full Sample" value represents the average of 6,743 samples of pipeline-quality natural gas from utilities and/or pipeline companies in 26 cities located in 19 states.
[d] The national average was weighted by applying the carbon content associated with the average heat content of natural gas consumed in each state by the portion of national natural gas consumption represented by that state.

### 3.6.4 Fuel Mixture Conversions

Fuel properties for mixtures vary, particularly for non-commercial fuels associated with diverse oil and natural gas industry operations. This section describes and illustrates how to estimate fuel mixture data from pure component data, how to convert a fuel composition from a weight basis to a molar basis, and how to convert between different sampling bases.

©2009 American Petroleum Institute

BLM_0002871

*Technical Considerations*

The weight percent composition of a mixture is converted to a mole percent composition by multiplying the individual weight percentages by the ratio of the molecular weight of the mixture to the individual molecular weights:

$$Mole\%_i = Wt\%_i \times \frac{MW_{Mixture}}{MW_i}$$   (Equation 3-7)

where

$\quad Mole\%_i$ = molar or volume percent of constituent *i*;
$\quad Wt\%_i$ = weight or mass percent of constituent *i*;
$\quad MW_{Mixture}$ = molecular weight of mixture; and
$\quad MW_i$ = molecular weight of constituent *i*.

If complete speciation is available for the mixture, $MW_{Mixture}$ can be calculated as the weighted average of the individual molecular weights:

$$MW_{Mixture} = \frac{1}{100} \times \sum_{i=1}^{\#compounds} \left( Mole\%_i \times MW_i \right)$$   (Equation 3-8)

Or, in terms of Wt%:

$$MW_{Mixture} = 100 \div \sum_{i=1}^{\#compounds} \frac{Wt\%_i}{MW_i}$$   (Equation 3-9)

If complete speciation of the mixture is not available, $MW_{Mixture}$ can sometimes be obtained from chemical property tables that list data for common oil and gas fractions (e.g., gasoline, No.2 distillate, etc.). Molecular weight values used in the API *Compendium* calculations for various hydrocarbon compounds can be found in Table 3-7.

Exhibits 3.3 and 3.4 illustrate the conversion calculations between weight percent compositions and mole percent compositions.

©2009 American Petroleum Institute

BLM_0002872

*Technical Considerations*

---

**EXHIBIT 3.3:**       **Sample Calculation for Converting from Weight Percent to Mole Percent For Known Fuel Analysis**

INPUT DATA:

A chemical analysis is taken for a liquid fuel sample.  The analysis shows that the sample contains the following compounds on a weight basis.  Molecular weights from Table 3-7 are also shown.

| Compound | Weight % | Molecular Weight |
|----------|----------|------------------|
| Methane | 0.5 | 16.04 |
| Ethane | 1.0 | 30.07 |
| Propane | 2.0 | 44.10 |
| Butanes | 3.0 | 58.12 |
| Pentanes | 7.0 | 72.15 |
| Hexanes | 10.0 | 86.18 |
| Heptanes | 25.0 | 100.20 |
| Octanes | 30.0 | 114.23 |
| C9+ | 21.5 | 156.31 |

Convert the sample analysis to a mass basis.

CALCULATION METHODOLOGY:

The equation to convert from individual compound mole% to wt% (Equation 3-7) requires the molecular weight of the mixture ($MW_{Mixture}$), which is calculated using Equation 3-9:

$$MW_{Mixture} = 100 \div \left( \frac{0.5}{16.04} + \frac{1.0}{30.07} + \frac{2.0}{44.10} + \frac{3.0}{58.12} + \frac{7.0}{72.15} + \frac{10.0}{86.18} + \frac{25.0}{100.20} + \frac{30.0}{114.23} + \frac{21.5}{156.31} \right)$$

$$\underline{MW_{Mixture} = 97.64}$$

Equation 3-7 is then used to calculate the individual compound mole %.  For example, for hexane:

$$Mole\%_{Hexane} = 10.0 \times \frac{97.64}{86.18}$$

$$\underline{Mole\%_{Hexane} = 11.33\%}$$

Repeating this calculation for the remaining compounds results in the mole% compositions shown in Exhibit 3.3.

---

©2009 American Petroleum Institute

BLM_0002873

*Technical Considerations*

---

**EXHIBIT 3.3:**  **Sample Calculation for Converting from Weight Percent to Mole Percent For Known Fuel Analysis, continued**

| Compound | Weight % | Molecular Weight | Mole % |
|----------|----------|------------------|--------|
| Methane | 0.5 | 16.04 | 3.04 |
| Ethane | 1.0 | 30.07 | 3.25 |
| Propane | 2.0 | 44.10 | 4.43 |
| Butanes | 3.0 | 58.12 | 5.04 |
| Pentanes | 7.0 | 72.15 | 9.47 |
| Hexanes | 10.0 | 86.18 | 11.33 |
| Heptanes | 25.0 | 100.20 | 24.36 |
| Octanes | 30.0 | 114.23 | 25.64 |
| C9+ | 21.5 | 156.31 | 13.43 |
| **Total** | **100** | | **100** |

The previous example illustrates how to convert the weight fraction of compounds in a liquid fuel mixture to molar fractions. This methodology would also apply to solid and gaseous fuel mixtures. In gaseous mixtures, mole percents and volume percents are often used interchangeably when the mixture is assumed to be an ideal gas.

---

**EXHIBIT 3.4:**  **Sample Calculation for Converting from Weight Percent to Mole Percent For Unknown Fuel Analysis**

INPUT DATA:
The molecular weight of a mixture is known to be 97.65 grams/gmole, and the concentration of only $CH_4$ is known (0.5 weight % $CH_4$). What is the mole % $CH_4$? To confirm the solution, recalculate the weight % $CH_4$ using the calculated mole%.

CALCULATION METHODOLOGY:
1. *Calculate the mole% $CH_4$.* The mole% $CH_4$ is calculated using Equation 3-7:

$$\text{Mole\%}_{CH_4} = \frac{0.5 \text{ g } CH_4}{100 \text{ g mixture}} \times \frac{\left(\dfrac{97.65 \text{ g mixture}}{\text{gmole mixture}}\right)}{\left(\dfrac{16.04 \text{ g } CH_4}{\text{gmole } CH_4}\right)} = \frac{0.0304 \text{ gmole } CH_4}{\text{gmole mixture}}$$

$$\text{Mole\%}_{CH_4} = 3.04 \text{ mole \% } CH_4$$

---

©2009 American Petroleum Institute

BLM_0002874

*Technical Considerations*

---

**EXHIBIT 3.4:**      **Sample Calculation for Converting from Weight Percent to Mole Percent For Unknown Fuel Analysis, continued**

2. *Confirm the solution.* If only the mixture molecular weight and $CH_4$ mole percent are known, the $CH_4$ weight % is calculated by re-arranging Equation 3-7:

$$\text{Wt.\%}_{CH_4} = \frac{3.04 \text{ gmole } CH_4}{100 \text{ gmole mixture}} \times \frac{\left(\dfrac{16.04 \text{ g } CH_4}{\text{gmole } CH_4}\right)}{\left(\dfrac{97.65 \text{ g mixture}}{\text{gmole mixture}}\right)} = \frac{0.00499 \text{ g } CH_4}{\text{g mixture}}$$

$$\text{Wt.\%}_{CH_4} = 0.5 \text{ wt. \% } CH_4$$

---

Gas composition and physical property data can be represented on several different bases, including as a wet or dry gas, or in an ideal or real state. Wet gas refers to the presence of liquid hydrocarbons and/or water in the gas. Natural gas at the wellhead is often referred to as wet for this reason. Dry gas refers to a lack of liquid hydrocarbons or water in the gas. Pipeline quality gas is often referred to as dry since the bulk of the liquid hydrocarbons and water have been removed. Ideal gas refers to a gas that follows the principles of the ideal gas law (particles have negligible volume and no intermolecular forces), which is adequate for many engineering calculations over a wide range of conditions.[6]

Gas properties can be converted between wet and dry, or ideal and real bases. Described below are the conversions for heating values.

Some methods for measuring heating values are based upon the gas being saturated with water (wet gas basis), while other methods are based upon the gas not having a significant amount of vapor (dry gas basis). If a water-saturated gas sample is analyzed on a dry gas basis, it must be converted to account for the fact that water has displaced some gas and thus has lowered the heating value. If the heating value of the mixture is known, Equation 3-10 can be used to determine the adjusted heating value.

$$HV_{wet} = (1 - x_{liq})HV_{dry} \hspace{3cm} \text{(Equation 3-10)}$$

---

[6] At high pressures and low temperatures, all gases deviate from ideal behavior and more complex equations of state are needed.

©2009 American Petroleum Institute

BLM_0002875

where
    $HV_{wet}$ = ideal gas heating value of the mixture, per unit volume, on a wet gas basis;
    $x_{liq}$ = mole fraction of water or liquid hydrocarbons in the gas; and
    $HV_{dry}$ = ideal gas heating value of the mixture, per unit volume, on a dry gas basis.

Equation 3-11 is applied when the heating value of the wet gas mixture is not known. For this equation, water is not included in the N components of summation.

$$HV_{wet} = (1 - x_w) \sum_{i=1}^{N} x_i \, HV_{i,dry} \qquad \text{(Equation 3-11)}$$

where
    $N$ = number of components in the summation;
    $x_i$ = mole fraction of constituent *i* in the gas;
    $x_w$ = mole fraction of water or liquid hydrocarbons in the gas; and
    $HV_{i,dry}$ = ideal gas gross heating value of constituent *i*, per unit volume, on a dry gas basis.

It is important to note that the equations above are sufficient for GHG emission estimation purposes and are commonly used for custody transfer conditions (ASTM, 2003). More detailed equations are available if it is necessary to account for the complete conversion for the effect of water on heating value, including the effect of relative humidity (ASTM, 2003). However, this added calculation complexity improves the accuracy of the estimates only slightly.

Exhibit 3.5 illustrates how to estimate the gas mixture gross heating value on a dry basis, and then how to convert it to a wet basis using the equations provided above.

---

**EXHIBIT 3.5:**    **Sample Calculation for Converting from Dry Gas Basis to Wet Gas Basis For Known Gas Analysis**

INPUT DATA:
A chemical analysis is taken on a dry basis for a wet gas sample. The analysis shows that the sample contains the following compounds on a weight basis. Heating values from Table 3-7 are also shown. Calculate the heating value on a wet basis.

---

BLM_0002876

*Technical Considerations*

**EXHIBIT 3.5:** **Sample Calculation for Converting from Dry Gas Basis to Wet Gas Basis For Known Gas Analysis, continued**

| Compound | Mol Fraction | Heating Value (Btu/scf) |
|---|---|---|
| Methane | 2.99 | 1009.7 |
| Ethane | 3.19 | 1768.8 |
| Propane | 4.35 | 2517.5 |
| Butanes | 4.95 | 3262.1 |
| Pentanes | 9.30 | 4009.6 |
| Hexanes | 11.13 | 4756.2 |
| Heptanes | 23.94 | 5502.8 |
| Octanes | 25.19 | 6248.9 |
| C9+ | 13.20 | 8488.46 |
| Water | 1.74 | -- |

CALCULATION METHODOLOGY:

To adjust the heating value to a wet basis, the contribution of each compound towards the mixture's heating value ($x_i HV_{i,dry}$) must be calculated. This calculation is performed below, for methane:

$$\left[ x_i HV_{i,dry} \right]_{Methane} = \frac{2.99}{100} \times 1009.7 \text{ Btu/scf}$$

$$\left[ x_i HV_{i,dry} \right]_{Methane} = 30.16 \text{ Btu/scf}$$

Repeating this calculation for the remaining compounds results in the heating value contributions shown below.

| Compound | Mole Fraction | $x_i HV_i$ (Heating Value Contribution) |
|---|---|---|
| Methane | 2.99 | 30.16 |
| Ethane | 3.19 | 56.48 |
| Propane | 4.35 | 109.58 |
| Butanes | 4.95 | 161.54 |
| Pentanes | 9.30 | 373.09 |
| Hexanes | 11.13 | 529.48 |
| Heptanes | 23.94 | 1317.10 |
| Octanes | 25.19 | 1574.28 |
| C9+ | 13.20 | 1120.12 |
| Water | 1.74 | -- |

©2009 American Petroleum Institute

BLM_0002877

*Technical Considerations*

---

**EXHIBIT 3.5:**     **Sample Calculation for Converting from Dry Gas Basis to Wet Gas Basis For Known Gas Analysis, continued**

The heating value is then adjusted to a wet basis using Equation 3-11.

$$HV_{wet} = (1-x_w)\sum_{i=1}^{N} x_i HV_{i,dry}$$

$$HV_{wet} = \left(1 - \frac{1.74}{100}\right)\left[\begin{array}{l}30.16+56.48+109.58+161.54+373.09+529.48\\+1317.10+1574.28+1120.12\end{array}\right]$$

$$\underline{HV_{wet} = 2532.49 \text{ Btu/scf}}$$

---

Ideal gas heating values are calculated from the molar composition and ideal gas heating values of the components of the fuel. The heating value can then be adjusted based on Equation 3-12 using a compressibility factor, which is a measure of how much the real gas deviates from the ideal gas. A complete description of how to calculate the compressibility factor can be found in *Calculation of Gross Heating Value, Specific Gravity, and Compressibility of Natural Gas Mixtures from Compositional Analysis* (API, 2002).

$$HV_r = \frac{HV}{Z}$$                                   (Equation 3-12)

where

  $HV$ = ideal gas heating value;
  $HV_r$ = real gas heating value; and
  $Z$ = compressibility factor, notes tables for $CH_4$ and $CO_2$ are provided in *Perry's Chemical Engineer's Handbook*, Tables 3-172 and 3-166, respectively (Perry, 1984).

## 3.7     Emission Estimation Quality

Uncertainty is used to characterize the dispersion of values that could be reasonably attributed to a measured quantity (IPCC, 2000). Conducting an uncertainty analysis is recognized as an important step in prioritizing future work and improving the overall quality of an inventory (EPA, 2009).

©2009 American Petroleum Institute

BLM_0002878

Data quality and the uncertainty associated with such data are of increasing importance when developing GHG emission inventories. The uncertainty intervals associated with emission rates, activity data or emission factors are characterized by the dispersion of the respective measurement values that were used to derive them initially. Therefore, estimating uncertainties in emission inventories is based on the characteristics of the variable(s) of interest (input quantity), as estimated from the applicable data set. Such uncertainties will depend both on the accuracy and representativeness of direct measurements, and the assumed probability distributions for the key parameters used for aggregating the overall emissions inventory.

The overall uncertainty associated with a GHG inventory is driven primarily by the uncertainty associated with the largest ("key") sources of emissions. Although very high levels of uncertainty may be associated with some sources, their overall impact on the uncertainty of entity-wide emissions, or that of a specific installation, may often be very small. In turn, the uncertainty associated with each individual source depends on the quality and availability of sufficient data to estimate emissions and/or on the ability to measure emissions and properly account for measurement variability.

This section provides a description of calculation approaches for statistical assessment of uncertainty and its aggregation (Section 3.7.1) to allow users to quantify the uncertainty associated with their own inventories. This section also addresses different methods of assessing data quality that are either based on calculated uncertainty intervals from raw measurement data (Section 3.7.2) such as for the GRI/EPA methane emissions study (Harrison, et al, 1996), or originally reported quality indicators for emission factors (Section 3.7.3). Calculated aggregated uncertainties for selected example facilities are provided in Section 8.

### 3.7.1    General Statistical Approach to Calculating Uncertainty

Uncertainties associated with GHG emission inventories are the result of three main processes:

1. Incomplete, unclear or faulty definitions of emission sources;
2. Natural variability of the process that produces the emissions; and
3. Models, or equations, used to quantify emissions for the process or quantity under consideration.

When assessing the process or quantity under consideration, uncertainties could be attributable to one or more factors such as: sampling, measuring, incomplete reference data, or inconclusive expert judgment. The uncertainty associated with total annual emissions is comprised of several components of uncertainty, of which measurement uncertainty is but one. To the extent that

©2009 American Petroleum Institute

BLM_0002879

*Technical Considerations*

measurement and accounting errors can be minimized, such action will have a direct influence on reducing the overall uncertainty associated with emission inventories.

The goal of conducting a detailed uncertainty assessment is two fold:

1. Provide a quantitative assessment of the confidence intervals for the emissions calculated; and
2. Highlight areas of high uncertainty where targeted data collection efforts could lead to material improvement of the emission assessment.

This section provides a brief overview of statistical methods and concepts applicable to conducting an uncertainty assessment for a facility- or entity-wide GHG inventory. Additional details of the technical considerations and calculation methods, including calculation examples, are available in a separate API publication: *Addressing Uncertainty in Oil & Natural Gas Industry Greenhouse Gas Inventories: Technical Considerations and Calculation Methods* (referred to as the *Uncertainty Document*, API, 2009). Both in this section as well as the *Uncertainty Document* the statistical analysis of uncertainty is not viewed as a mean unto itself but as a tool for phasing-in data quality improvements.

## Calculation Methods Basics

At the most basic level, a GHG inventory is comprised of calculated and estimated emissions from individual emission sources. Emission information typically is obtained either through direct on-site measurement of emissions, or the combination of measured or published emission factors and some measure of the activity that results in the emission (referred to as the activity factor). Emissions from multiple sources are then aggregated to produce the inventory. The quantification of the uncertainty associated with such calculations or estimates should be applied at the emission source level (or grouping of similar emission sources) and then propagated to the total inventory (as discussed in Section 2.5 of the *Uncertainty Document*).

An emission factor describes the emission rate associated with a given emission source. Emission factors may be either based on site-specific measurements or based on published values that were derived from averaging a variety of measurements. Activity factors are generally a measured quantity, such as a count of equipment or measure of fuel consumed. Sampling uncertainty, measurement uncertainty, and process variability are types of uncertainties that may apply to emission factors and activity factors.

©2009 American Petroleum Institute

BLM_0002880

*Technical Considerations*

Quantifying the uncertainty for a GHG inventory involves mathematically combining individual sources of uncertainty to establish an estimate of the overall uncertainty. The general steps for quantifying uncertainty are:

1) Determine uncertainty for activity data;
2) Determine uncertainty for emission factor data; and
3) Aggregate uncertainties.

There are four general equations for aggregating uncertainty that are used in this document and the *Uncertainty Document* for compiling the uncertainty associated with a GHG inventory.

Consider two quantities that can be measured: X and Y. The uncertainty for these values can be expressed on an absolute basis as $\pm U_X$ and $\pm U_Y$, respectively. Uncertainty may also be expressed on a relative basis, generally reported as a percentage:

$$\pm 100\left(\frac{U_X}{X}\right)\% \quad _{or} \quad \pm 100\left(\frac{U_Y}{Y}\right)\% , \text{ respectively.}$$

Depending on the uncertainty propagation equation, the absolute or relative uncertainty value may be required. In addition, selection of the propagation equation also depends on whether the uncertainties associated with the individual uncertainty parameters are independent or correlated. The uncertainties in two quantities are considered independent if they were estimated by entirely separate processes and there was no common source of uncertainty. The correlation or covariance of uncertainty terms is addressed through an additional term in the propagation equations, discussed further below. Note that where more than two uncertainty parameters are related, a Monte Carlo simulation is recommended for aggregating the uncertainties (IPCC, 2000). Additional information on Monte Carlo simulations is provided by IPCC (IPCC, 2006).

Error Propagation for a Sum (or Difference)

Two potential equations are used for computing the total uncertainty from the addition or subtraction of two or more measured quantities. The selection between the two equations depends on whether or not the uncertainties associated with the measured quantities, X and Y, are correlated.

For uncertainties that are mutually independent, or uncorrelated (i.e., the uncertainty terms are not related to each other), the aggregated error is calculated as the "square root of the sum of the squares" using the absolute errors, as shown in Equation 3-13.

©2009 American Petroleum Institute

BLM_0002881

$$U(abs)_{X+Y+...+N} = \sqrt{U_X^2 + U_Y^2 + ... + U_N^2}$$

(Equation 3-13)

where, U(*abs*) refers to the absolute uncertainty.

The absolute uncertainty values are used in the equations, and the resulting aggregated uncertainty (U(*abs*)$_{X+Y+...+N}$) is also on an absolute basis.

For two uncertainty parameters that are related to each other, the equation becomes:

$$U(abs)_{Correlated\ X+Y} = \sqrt{U_X^2 + U_Y^2 + 2r(U_X \times U_Y)}$$

(Equation 3-14)

where, r is the correlation coefficient between U$_X$ and U$_Y$.

## Error Propagation for a Product (or Quotient)

The equation for propagating uncertainties from the product or quotient of two or more measured and independent quantities is similar to Equation 3-13.  However, in this case the relative uncertainties are used, as shown in Equation 3-15.  When multiplied by 100, the resulting combined uncertainty (U(Rel)$_{X \times N}$) is expressed as a percentage.

$$U(rel)_{X \times Y \times ... \times N} = U(rel)_{X+Y+...+N} = \sqrt{\left(\frac{U_X}{X}\right)^2 + \left(\frac{U_Y}{Y}\right)^2 + ... + \left(\frac{U_N}{N}\right)^2}$$

(Equation 3-15)

Equation 3-16 is used to estimate the uncertainty of a product or quotient of two parameters (X and Y) where the uncertainties are correlated and positive values.  Here also, relative uncertainty values are used in the equation and the resulting combined uncertainty is on a relative basis.

$$U(rel)_{Correlated\ X \times Y} = \sqrt{\left(\frac{U_X}{X}\right)^2 + \left(\frac{U_Y}{Y}\right)^2 + 2r\left(\frac{U_X}{X} \times \frac{U_Y}{Y}\right)}$$

(Equation 3-16)

## Combining Uncertainties

It may be necessary to combine multiple uncertainty parameters associated with a single measured value, such as combining uncertainties for precision and bias.  For uncertainty parameters that are independent, the combined uncertainty is calculated using the absolute uncertainties as shown in

©2009 American Petroleum Institute

BLM_0002882

Equation 3-13. Similarly, for uncertainty parameters that are related to each other, Equation 3-14 applies.

## Correlation Coefficient

The correlation coefficient, r, used in Equations 3-14 and 3-16, is a number between -1 and 1, which measures the linear relationship between the uncertainties of two measured parameters. The value of r is zero when the parameters are independent. As stated previously, once the uncertainty propagation exceeds two terms and covariance occurs, the use of the Monte Carlo approach is preferable.

For two terms that might be correlated, the uncertainties are plotted against each other. For the purpose of this discussion, $U_X$ represents the uncertainties of one variable plotted along the x-axis, and $U_Y$ represents the uncertainties of the second variable plotted on the y-axis. The correlation coefficient, r, is determined by a linear regression of the $U_X$ and $U_Y$ values.

If one suspects that the uncertainty parameters are correlated, but data are not available to plot or calculate the correlation coefficient, the following rule-of-thumb values could be applied, using expert judgment (Franzblau, 1958)[7]:

    r = 0: no correlation, the data are independent;
    r = ±0.2: weak correlation;
    r = ±0.5: medium correlation;
    r = ±0.8: strong correlation; and
    r = ±1: perfect correlation, the data fall on a straight line.

Additional details are provided in the *Uncertainty Document*.

### 3.7.2      *Confidence Intervals from GRI/EPA Study*

The GRI (currently known as the Gas Technology Institute) and EPA conducted a study in the early to mid 1990s to quantify $CH_4$ emissions from the U.S. natural gas industry. A sampling program was designed to address uncertainty, bias, and accuracy calculations, with an inventory accuracy objective of 0.5% of U.S. natural gas production on the basis of a 90% confidence interval (Harrison, et. al., 1996). Details on the statistical methods employed by the GRI/EPA study can be found in the documents: *Methane Emissions from the Natural Gas Industry*,

---

[7] http://irp.savstate.edu/irp/glossary/correlation.html

BLM_0002883

*Technical Considerations*

---

*Volume 3:  General Methodology and Volume 4:  Statistical Methodology* (Harrison, et. al., 1996; and Williamson, et. al., 1996).

Confidence intervals establish the lower and upper limits within which the true value of an estimated number might be found for a given probability level.  For the emission factors derived from the GRI/EPA study, the confidence intervals were determined from a sample of measurements, and the relative uncertainty defined as the ratio of the calculated confidence interval and the sample mean.  Mathematically, the relative uncertainty is expressed as:

$$U(rel) = \pm t \times \frac{s(x)/\sqrt{n}}{\overline{x}} \times 100\% \qquad \text{(Equation 3-17)}$$

where
      $U(rel)$ = relative uncertainty;
        $t$ = student's t-distribution for "n-1" degrees of freedom, which gives a 95% confidence interval.  This value is obtained from a standard table in most statistics books;
      $s(x)$ = standard deviation of the data set, calculated in Equation 3-18;
       $n$ = sample size for the set of data; and
       $\overline{x}$ = mean (average) for the set of data.

$$s(x) = \sqrt{\frac{1}{n-1}\sum_{i=1}^{n}\left(x_i - \overline{x}\right)^2} \qquad \text{(Equation 3-18)}$$

where
      $\overline{x}$ = mean (average) for the set of data;
      $x_i$ = $i^{th}$ observation in the set of data; and
      $n$ = sample size for the set of data.

In Sections 5 and 6, confidence intervals are expressed in terms of uncertainty where emissions factors from the GRI/EPA study are cited.  However, the values reported in this API *Compendium* have been updated to a 95% confidence interval to be more consistent with current statistical reporting practices.  A 95% confidence interval indicates that there is a 5% chance that the true value falls outside the confidence interval.

---

©2009 American Petroleum Institute

BLM_0002884

*Technical Considerations*

### 3.7.3    Quality Ratings

EPA's AP-42 publication series and emission factor database (FIRE[8]) provide emission factor quality ratings.  The *Introduction of the Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources* (EPA, 1995) and FIRE characterize emission factor ratings as follows:

**A = Excellent.**  Emission factor is developed primarily from A and B-rated source test data[9] taken from many randomly chosen facilities in the industry population.  The source category population is sufficiently specific to minimize variability.

**B = Above average.**  Emission factor is developed primarily from A- or B-rated test data from a moderate number of facilities.  Although no specific bias is evident, it is not clear if the facilities tested represent a random sample of the industry.  As with the A rating, the source category population is sufficiently specific to minimize variability.

**C = Average.**  Emission factor is developed primarily from A-, B-, and C-rated test data from a reasonable number of facilities.  Although no specific bias is evident, it is not clear if the facilities tested represent a random sample of the industry.  As with the A rating, the source category population is sufficiently specific to minimize variability.

**D = Below average.**  Emission factor is developed primarily from A-, B- and C-rated test data from a small number of facilities, and there may be reason to suspect that these facilities do not represent a random sample of the industry.  There also may be evidence of variability within the source population.

**E = Poor.**  Factor is developed from C- and D-rated test data from a very low number of facilities, and there may be reason to suspect that the facilities tested do not represent a random sample of the industry.  There also may be evidence of variability within the source category population.

**U = Unrated.**  Emission factor is developed from source tests that have not been thoroughly evaluated, research papers, modeling data, or other sources that may lack supporting documentation.  The data are not necessarily "poor," but there is not enough information to rate the factors according to the rating protocol.  "U" ratings are commonly found in locating and estimating documents and FIRE rather than in AP-42.

The combustion emission factors reported in Section 4, which are taken from EPA's AP-42 publications, cite these ratings.

---

[8] FIRE is the EPA's emission factor database.  FIRE includes emission factors from AP-42 (including AP-42 supplements) and locating and estimating documents, as well as revoked emission factors.  The latest version of FIRE (WebFIRE, December 2005) can be found online at: http://cfpub.epa.gov/oarweb/index.cfm?action=fire.main, accessed January 13, 2009.

[9] For descriptions of source test data ratings, see *Introduction to AP-42 Volume 1*, page 9 (EPA, 1995).

©2009 American Petroleum Institute

BLM_0002885

## 3.8     References

American Petroleum Institute (API)/Conservation of Clean Air and Water in Europe (CONCAWE)/International Petroleum Industry Environmental Conservation Association (IPIECA). *Addressing Uncertainty in Oil & Natural Gas Industry Greenhouse Gas Inventories:* Technical Consideration and Calculation Methods, Pilot Version, API, Washington DC, December, 2009.

American Petroleum Institute (API). *Manual of Petroleum Measurement Standards* Chapter 14 – *Natural Gas Fluids Measurement*, Section 5 – *Calculation of Gross Heating Value, Specific Gravity, and Compressibility of Natural Gas Mixtures from Compositional Analysis*, API *MPMS* Publication, First Edition, January 1981, Reaffirmed March, 2002.  Available for purchase from http://global.ihs.com, accessed May 1, 2009.

American Petroleum Institute (API). *Manual of Petroleum Measurement Standards* Chapter 15 – *Guidelines for the Use of International System of Units (SI) in the Petroleum and Allied Industries*, API *MPMS* Publication, Second Edition, December 1980, Reaffirmed December, 2001.  Available for purchase from http://global.ihs.com, accessed May 1, 2009.

ASTM International. *Standard Practice for Calculating Heating Value, Compressibility Factor, and Relative Density of Gaseous Fuels*, ASTM Publication D3588, 1998, Reapproved 2003. Available for purchase from http://www.astm.org, accessed May 1, 2009.

Canadian Association of Petroleum Producers (CAPP), *Calculating Greenhouse Gas Emissions*, Table 1-5, Canadian Association of Petroleum Producers, Publication Number 2003-03, April 2003.  http://www.capp.ca/raw.asp?x=1&dt=PDF&dn=55904, accessed May 1, 2009.

CRC Press, Inc. *CRC Handbook of Chemistry and Physics: A Ready Reference Book of Chemicals and Physical Data*, 65th Edition, 1984-1985, 1984.  Available for purchase from http://www.crcpress.com, accessed May 1, 2009.

Energy Information Administration (EIA), *Documentation for Emissions of Greenhouse Gases in the United States 2006*, DOE/EIA-0638(2006), EIA Office of Integrated Analysis and Forecasting, U.S. Department of Energy, Washington, DC, October 2008 (2008). http://www.eia.doe.gov/oiaf/1605/ggrpt/documentation/pdf/0638(2006).pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002886