European Union (EU). *Commission Decision of 18 July 2007 establishing guidelines for the monitoring and reporting of greenhouse gas emissions pursuant to Directive 2003/87/EC of the European Parliament and of the Council (2007/589/EC)*, July 2007. http://eur-lex.europa.eu/LexUriServ/site/en/oj/2007/l_229/l_22920070831en00010085.pdf, accessed May 1, 2009.

Franzblau A., *A Primer of Statistics for Non-Statisticians*, Harcourt, Brace & World, Chapter 7, 1958.

Gas Processors Suppliers Association (GPSA). *Engineering Data Book*, Volume VII, Sections 17-26, Gas Processors Suppliers Association, Tenth Edition, 1987. Available for purchase from http://gpsa.gasprocessors.com/, accessed May 1, 2009.

Harrison, M.R., H.J. Williamson, and L.M. Campbell. *Methane Emissions from the Natural Gas Industry, Volume 3: General Methodology*, Final Report, GRI-94/0257.20 and EPA-600/R-96-080c, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/3_generalmeth.pdf, accessed July 28, 2009.

Intergovernmental Panel on Climate Change (IPCC), *IPCC Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*, IGES, Kyoto, Japan, May, 2000. http://www.ipcc-nggip.iges.or.jp/public/gp/english/, accessed May 1, 2009.

Intergovernmental Panel on Climate Change (IPCC), *IPCC Good Practices Guidance and Uncertainty Management in National Greenhouse Gas Inventories*, accepted by the IPCC Plenary at its 16th session held in Montreal, 1-8 May, 2000, Corrigendum, June 15, 2001.

Intergovernmental Panel on Climate Change (IPCC). *Third Assessment Report - Climate Change 2001: Synthesis Report, A Contribution of Working Groups I, II, and III to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Watson, R.T. and the Core Writing Team (eds.)]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, 2001. http://www.ipcc.ch/ipccreports/assessments-reports.htm, accessed May 1, 2009.

Intergovernmental Panel on Climate Change (IPCC), National Greenhouse Gas Inventories Programme, Eggleston H.S., Buendia L., Miwa K., Ngara T. and Tanabe K. (eds). *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 1, Chapter 3, Uncertainties*, 2006. http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.htm, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002887

Intergovernmental Panel on Climate Change (IPCC). *Climate Change 2007: Synthesis Report—Summary for Policymakers.* Cambridge University Press, Cambridge, United Kingdom, and New York, NY, 2007. http://www.ipcc.ch/pdf/assessment-report/ar4/syr/ar4_syr_spm.pdf, accessed May 1, 2009.

Intergovernmental Panel on Climate Change (IPCC), Working Group I. *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, Chapter 2: Changes in Atmospheric Constituents and in Radiative Forcing* [Solomon, S., D. Qin, M. Manning, M. Marquis, K. Averyt, M.M.B. Tignor, H.L.R. Miller, Jr., Z. Chen]. Cambridge University Press, Cambridge, United Kingdom, and New York, NY, 2007b. http://www.ipcc.ch/pdf/assessment-report/ar4/wg1/ar4-wg1-chapter2.pdf, accessed May 1, 2009.

International Petroleum Industry Environmental Conservation Association (IPIECA)/American Petroleum Institute (API)/International Association of Oil and Gas Producers (OGP)**.** *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions*, IPIECA, London, United Kingdom, December 2003. http://www.ipieca.org/activities/climate_change/downloads/publications/ghg_guidelines.pdf, accessed May 1, 2009.

International Organization for Standardization (ISO). *Guide to the Expression of Uncertainty in Measurement*, International Organization for Standardization, Geneva, Switzerland, 2008. Available for purchase from http://www.iso.ch, accessed May 1, 2009.

North American Mfg. *North American Combustion Handbook, Volume I: Combustion, Fuels, Stoichiometry, Heat Transfer, Fluid Flow*, ISBN 0-9601596-2-2, Third Edition, Cleveland, Ohio, 1986. Available for purchase from http://www.namfg.com, accessed May 1, 2009.

Perry, Robert H, Don W. Green, and James O. Maloney. *Perry's Chemical Engineers' Handbook*, ISBN 0-07-049479-7, Sixth Edition, New York, New York, 1984.

United Nations Framework Convention on Climate Change (UNFCCC). *Report of the Conference of the Parties on its eighth session, held at New Delhi from 23 October to 1 November 2002*, Guidelines for the preparation of national communications by Parties included in Annex I to the Convention, part I: UNFCCC reporting guidelines on annual inventories, Decision /CP.8, 2002. http://unfccc.int/cop8/latest/5_sbstal5add1.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002888

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I:  Stationary Point and Area Sources,* AP-42, US EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, October 1996,  Supplement D, 1998, and Supplement F, 2000, and updates 2001 to present. http://www.epa.gov/ttnchie1/ap42/, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I:  Stationary Point and Area Sources,* AP-42, Section 1.4:  Natural Gas Combustion, U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, Supplement D, July 1998. http://www.epa.gov/ttn/chief/ap42/ch01/final/c01s04.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Factor Information Retrieval (FIRE) Data System, WebFIRE*, US EPA, December 2005. http://cfpub.epa.gov/oarweb/, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Inventory of US Greenhouse Gas Emissions and Sinks:  1990 – 2007.* Final Version, EPA 430-R-09-004, US EPA, Washington DC, April 15, 2009. http://www.epa.gov/climatechange/emissions/downloads09/Annexes.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Procedures Manual for Quality Assurance/Quality Control and Uncertainty Analysis*, U.S. Environmental Protection Agency, Office of Atmospheric Programs, EPA 430-R-02-007B, Version 1.0, June 2002. http://yosemite.epa.gov/oar/GlobalWarming.nsf/UniqueKeyLookup/SLUZ5EBMKT/$File/procedures02.pdf, accessed May 1, 2009.

Williamson, H.J., M.B. Hall, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 4:  Statistical Methodology*, Final Report, GRI-94/0257.21 and EPA-600/R-96-080d, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/4_statisticameth.pdf, accessed July 28, 2009.

World Resources Institute/World Business Council for Sustainable Development (WRI/WBCSD). *A Corporate Accounting and Reporting Standard*, Revised Edition, April, 2004. http://www.ghgprotocol.org/standards/corporate-standard, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002889

WRI/WBCSD. *Measurement and Estimation Uncertainty of GHG Emissions,* Guidance and Worksheet, Version 1.0, September 2003. http://www.ghgprotocol.org/calculation-tools/all-tools, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002890



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## SECTION 4
## COMBUSTION EMISSIONS ESTIMATION METHODS



BLM_0002891

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Section 4 - Combustion Emissions Estimation Methods

August 2009

BLM_0002892

BLM_0002893

**Table of Contents**

**4.0   COMBUSTION EMISSIONS ESTIMATION METHODS ..................................... 4-1**

4.1   Estimating Fuel Consumption Data from Energy Output or Volumetric Flow 4-5

   4.1.1   Estimating Fuel Consumption from Equipment Data ...................... 4-5

   4.1.2   Conversion from Volumetric Flow Rate to Energy Input .............. 4-10

4.2   Conversion Between Gross and Net Heating Value ................................. 4-10

4.3   Fuel Combustion Emissions Estimated from Fuel Composition and Usage 4-12

4.4   Fuel Combustion Emissions Estimated on a Fuel Basis for Stationary
      Sources ................................................................................................... 4-16

   4.4.1   Emission Estimation Using Default Average Fuel Composition .... 4-16

   4.4.2   Carbon Oxidation Values ............................................................. 4-16

4.5   Fuel Combustion Emissions Estimated on an Equipment Basis for
      Stationary Sources ................................................................................. 4-24

   4.5.1   External Combustion Units .......................................................... 4-25

   4.5.2   Internal Combustion Units ........................................................... 4-32

4.6   Flare Emissions ...................................................................................... 4-37

4.7   Incinerators, Oxidizers, and Vapor Combustion Units ............................. 4-52

4.8   Mobile/Transportation Combustion Sources ............................................ 4-53

   4.8.1   Fuel Consumption Basis .............................................................. 4-55

   4.8.2   Operational Basis ........................................................................ 4-63

4.9   Other Miscellaneous Combustion Source Emissions ............................... 4-64

4.10 References ............................................................................................... 4-64

©2009 American Petroleum Institute

BLM_0002894

## List of Tables

Table 4-1.  Emission Estimation Approaches – GHG and Source-Specific Considerations for Combustion Sources ........................................................................................4-2

Table 4-2.  Energy Conversions by Generator Type .................................................................4-7

Table 4-3.  $CO_2$ Combustion Emission Factors (Fuel Basis) for Common Industry Fuel Types ......................................................................................................................4-17

Table 4-4.  $CO_2$ Combustion Emission Factors (Fuel Basis) for Specialized Fuel Types........4-20

Table 4-5.  $CH_4$ and $N_2O$ Combustion Emission Factors (Fuel Basis) for Common Industry Fuel Types ..............................................................................................4-21

Table 4-6.  $CH_4$ and $N_2O$ Combustion Emission Factors (Fuel Basis) for Specialized Fuel Types ..............................................................................................................4-22

Table 4-7.  Equipment-Specific Combustion Emission Factors for Boilers and Furnaces (Gas and Liquid Fuels) ........................................................................................4-26

Table 4-8.  Equipment-Specific Combustion Emission Factors for Boilers and Furnaces (Solid Fuels)...........................................................................................................4-30

Table 4-9.  Engines and Turbines Emission Factors .............................................................4-33

Table 4-10. "Generic" Upstream Gas Composition.................................................................4-39

Table 4-11. GHG Emission Factors for Gas Flares in Developed Countries..........................4-42

Table 4-12. GHG Emission Factors for Gas Flares in Developing Countries and Countries with Economies in Transition ...............................................................4-44

Table 4-13. Default Fuel Economy Factors for Different Types of Mobile Sources ...............4-57

Table 4-14. Default Fuel Economy Factors for Diesel Freight Mobile Sources .....................4-57

Table 4-15. Default Fuel Consumption for Marine Vessels ....................................................4-58

Table 4-16. Default Fuel Consumption by Engine Type .........................................................4-58

Table 4-17. Mobile Source Combustion Emission Factors .....................................................4-59

©2009 American Petroleum Institute

BLM_0002895

## List of Figures

Figure 4-1.  Calculating $CO_2$ Emissions from Stationary Combustion Sources (Not Including Flares) ......................................................................................4-3

Figure 4-2.  Calculation Approaches for Gas Flare Emissions .................................................4-38

Figure 4-3.  Calculation Approaches for Mobile Source $CO_2$ Emissions ................................4-55

©2009 American Petroleum Institute

BLM_0002896

BLM_0002897

# 4.0
# COMBUSTION EMISSIONS ESTIMATION METHODS

This section addresses combustion emissions from stationary sources, mobile sources, flares, and other miscellaneous combustion sources.  The approaches presented here are applicable to any fossil fuel-based combustion source.

Carbon dioxide, $CH_4$, and $N_2O$ are produced and/or emitted as a result of combustion.  Combustion of hydrocarbons can be represented by the following general reaction, assuming complete combustion:

$$C_xH_yO_z + \left(x + \frac{y}{4} - \frac{z}{2}\right) O_2 \rightarrow (x)\, CO_2 + \left(\frac{y}{2}\right) H_2O \qquad \text{(Equation 4-1)}$$

where

    x = stoichiometric coefficient for carbon;
    y = stoichiometric coefficient for hydrogen; and
    z = stoichiometric coeffieicnt for oxygen.

Carbon dioxide emissions result from the oxidation of the hydrocarbons during combustion.  Nearly all of the fuel carbon is converted to $CO_2$ during the combustion process, and this conversion is relatively independent of the fuel or firing configuration.  Methane emissions may result from the incomplete combustion of the fuel, which is emitted as unburned $CH_4$.  Incomplete combustion also results in other products such as carbon monoxide (CO) and volatile organic compounds (VOC)[1].

For petroleum industry operations, $N_2O$ is formed during combustion by a complex series of reactions.  Because its formation is dependent upon many factors, $N_2O$ emissions can vary widely from unit to unit, and even vary within the same unit for different operating conditions.  Typically the conditions that favor formation of $N_2O$ also favor $CH_4$ emissions; these $CH_4$ emissions also vary with the type of fuel and firing configuration.  Overall, $CH_4$ and $N_2O$ emissions from combustion sources are significantly less than $CO_2$ emissions, on a $CO_2$ equivalent basis.

---

[1] VOC excludes non-reactive hydrocarbons, such as methane and ethane.  The definition of VOC is provided in the Glossary.

©2009 American Petroleum Institute

BLM_0002898

*Combustion Emissions Estimation Methods*

(Methane and $N_2O$ emissions for stationary combustion sources are calculated separately using emission factors. See Section 4.5).

Because emissions from combustion sources comprise such a large part of a GHG inventory, it is important to understand the accuracy of the data used in the calculations. For example, fuel measurement data can be taken from flow meters, the accuracy of which can be affected by calibrations, inspection, and maintenance. Fuel composition can vary over time so emissions calculated using carbon content may or may not be representative, depending on the frequency of the sampling data and the variability of the fuel's composition. The accuracy of calculated emissions depends on the accuracy of the input data. Table 4-1 illustrates the range of available options for estimating combustion GHG emissions and associated considerations.

**Table 4-1. Emission Estimation Approaches – GHG and Source-Specific Considerations for Combustion Sources**

| Types of Approaches | $CO_2$ Emissions | $CH_4$, $N_2O$ Combustion Emissions |
|---|---|---|
| Published emission factors | • Based on "average" fuel carbon content<br>• Commodity fuels generally have consistent compositions | • Based on "average" equipment characteristics<br>• Uncertainty is consistent with generally low contribution to overall emissions |
| Equipment manufacturer emission factors | • $CO_2$ emissions are related more to fuel type than equipment characteristics<br>• Manufacturer published emission factors are based on engine type, air/fuel ratio, and fuel type | • Emissions are closely related to equipment characteristics |
| Engineering calculations | • Highly reliable for many emission sources but dependent on methodology used and assumptions made<br>• May require detailed input data | • Limited application for oil and natural gas industry operations (e.g., flares) |
| Monitoring over a range of conditions and deriving emission factors | | |
| Periodic or continuous monitoring of emissions or parameters for calculating emissions | • Generally not practical for oil and natural gas operations given the substantial number of emission sources | • Not practical given the number of emission sources and the low contribution to overall emissions |

Figure 4-1 provides a decision tree for selecting a stationary combustion calculation approach for estimating $CO_2$ emissions for all stationary combustion sources except flares (see Section 4.6).

©2009 American Petroleum Institute

BLM_0002899

*Combustion Emissions Estimation Methods*



**Figure 4-1.  Calculating CO$_2$ Emissions from Stationary Combustion Sources
(Not Including Flares)**

Figure 4-1 provides several options based on the type of information available, such as volume of fuel combusted, fuel carbon content or HHV, equipment manufacturer or test data, and equipment power output data and operating hours.  However, methodologies required by regulations take precedence over the options provided in the decision trees.

For CO$_2$ emissions from stationary combustion sources, the first approach relies on a measurement program to obtain the fuel consumption rate (in terms of mass or volume) and the fuel composition (i.e., carbon content).  If such information is not available, manufacturer data, device-specific testing, or published emission factors are provided as other estimation methods.  A methodology for calculating fuel consumption is provided in Section 4.1 where metered fuel use is not available.  Where volumes of fuel combusted are not available, the volume can be estimated based on the

BLM_0002900

energy output of the combustion equipment, which is dependent on the equipment rating, efficiency, and hours of operation.

The emission factors provided in this section are provided on a HHV basis. Emission factors published by IPCC were originally on a LHV basis, but were converted to a HHV basis using the methodology described in Section 4.2.

Published emission factors for $CO_2$ provided in terms of tonnes per quantity of fuel consumed or tonnes per energy consumption of a given fuel are recognized as sufficient for estimating $CO_2$ emissions, as $CO_2$ emissions do not vary based on combustion technology (IPCC, 2006).

Methane emissions are estimated using published emission factors that incorporate a default fuel composition and $CH_4$ destruction efficiency based on the equipment type. These factors are discussed further in Section 4.5 for typical stationary combustion equipment, Section 4.6 for flares, and Section 4.8 for mobile sources. Where available, manufacturer supplied $CH_4$ emission factors may also be used.

Published emission factors are also used for estimating $N_2O$ emissions from combustion sources. Where available, average $N_2O$ emission factors based on reported test data are provided in Section 4.5 for typical stationary combustion equipment, Section 4.6 for flares, and Section 4.8 for mobile sources. Where available, manufacturer supplied $N_2O$ emission factors may also be used.

Care must be taken to avoid double counting or underestimating emissions. In particular, fuel meters must be properly associated with the sources for which the emissions are being estimated, and fuel consumption should be accounted for all sources. For example, some refinery fuel gas sources may use supplemental natural gas as a fuel source. However, if emissions from the supplemental natural gas are already accounted for at a point further upstream, they should not be associated with the individual source because this would be double counting. In this case, measuring fuel consumption at a central header is desired unless equipment specific emission rates are needed. In addition, at a refinery, fuels are often metered at individual sources, but not all sources may be metered. In such a case, not all emissions would be accounted for using just the metered fuel rates.

©2009 American Petroleum Institute

BLM_0002901

## 4.1 Estimating Fuel Consumption Data from Energy Output or Volumetric Flow

This document has adopted an energy input basis for estimating combustion emissions. This approach is consistent with the actual fuel consumption volumes or mass rates, and accounts for the loss in efficiency. Using actual fuel consumption data is the API *Compendium* preferred method for estimating combustion emissions; this section describes methods for estimating fuel consumption, if actual consumption data are not available. Inclusion of all fuel streams is essential when using fuel volumes for determining GHG emissions.

### 4.1.1 Estimating Fuel Consumption from Equipment Data

For some locations, measured fuel data are not available. In this situation, equipment fuel consumption rates are estimated by converting energy output to energy input. Required data for this approach are:

**1. Equipment rating (horsepower).** Actual horsepower is more accurate, but manufacturer or maximum horsepower and load can be used to estimate fuel usage, recognizing that these ratings will overestimate emissions.

**2. Operating hours.** If monthly operating hours are available, total operating hours can be calculated using Equation 4-2.

$$OT = \sum_{i=1}^{\#\ Months} \left( \frac{Total\ hours}{Month} \right)_i$$

(Equation 4-2)

where

   OT = annual operating time (hr/year).

Alternatively, if runtime is tracked as a percent, Equation 4-3 can be used to calculate total operating hours.

$$OT = \sum_{i=1}^{\#\ Months} \left( \frac{Default\ runtime}{100} \times \frac{Total\ hours}{Month} \right)_i$$

(Equation 4-3)

Finally, if downtime hours are tracked instead of runtime, total operating hours can be calculated using Equation 4-4.

©2009 American Petroleum Institute

BLM_0002902

$$OT = \sum_{i=1}^{\text{\# Months}} \left( \frac{\text{Total Hours}}{\text{Month}} - \frac{\text{Downtime hours}}{\text{Month}} \right)_i$$

(Equation 4-4)

**3.  Equipment thermal efficiency**. This is provided in terms of heat input per energy output (Btu/hp-hr).  Equipment vendors may specify a Btu/hp-hr conversion factor for a particular device to convert between power output and energy input.  In the absence of this information, Table 4-2 provides power conversion factors for some common combustion sources.  These factors can be used to convert from a rated power output to an estimated energy input.

**4.  Fuel properties.** Regardless of fuel type (gas or liquid), the heating value and carbon content of the fuel will be needed.  If the fuel being combusted is a liquid, the density of the fuel will also be needed.  It is important to use the same heating value basis (i.e., HHV or LHV) for both thermal efficiency and fuel property.

Using this approach, fuel usage is calculated on an equipment basis by combining the data identified in Items 1 through 4 above, as shown in Equation 4-5:

$$FC = ER \times LF \times OT \times ETT \times \frac{1}{HV}$$

(Equation 4-5)

where
   $FC$ = annual fuel consumed (volume/yr);
   $ER$ = equipment rating (hp, kW, or J);
   $LF$ = equipment load factor (fraction);
   $OT$ = annual operating time (hr/yr);
   $ETT$ = equipment thermal efficiency (Btu $_{input}$/hp-hr $_{output}$, Btu $_{input}$/kW-hr $_{output}$, or
        $J_{input}$/$J_{output}$).; and
   $HV$ = fuel heating value (energy/volume).

Alternatively, some emission factors are reported on an energy input basis.  The energy input is calculated using Equation 4-6.

$$E_{in} = ER \times LF \times OT \times ETT$$

(Equation 4-6)

where
   $E_{in}$ = energy input (Btu, J);
   $ER$ = equipment rating (hp, kW, or J);
   $LF$ = equipment load factor (fraction);
   $OT$ = annual operating time (hr/yr); and
   $ETT$ = equipment thermal efficiency (Btu $_{input}$/hp-hr $_{output}$, Btu $_{input}$/kW-hr $_{output}$, or
        $J_{input}$/$J_{output}$).

©2009 American Petroleum Institute

BLM_0002903

*Combustion Emissions Estimation Methods*

### Table 4-2.  Energy Conversions by Generator Type

| Generator Type | Fuel Type | Original Units | Converted Units | | | | |
|---|---|---|---|---|---|---|---|
| | | | HHV Basis | | LHV Basis [e] | | |
| | | Btu/kW-hr | Btu/hp-hr | J (input)/ J (output) | Btu/kW-hr | Btu/hp-hr | J (input)/ J (output) |
| Advanced Combustion Turbine [a] | Not Specified | 9,289 | 6,927 | 2.722 | | | |
| Advanced Gas / Oil Combined Cycle [a] | Not Specified | 6,752 | 5,035 | 1.979 | | | |
| Advanced Gas / Oil Combined Cycle with Carbon Sequestration [a] | Not Specified | 8,613 | 6,423 | 2.524 | | | |
| Biomass [a] | Not Specified | 8,911 | 6,645 | 2.612 | | | |
| Combined Heat and Power [c] | Natural Gas | 5,000 – 6,000 | 3,729 – 4,474 | 1.465 – 1.758 | 4,750 – 5,700 | 3,542 – 4,250 | 1.392 – 1.671 |
| Combined Cycle Single Shaft [b] | Natural Gas | 8,952 | 6,676 | 2.624 | 8,057 | 6,008 | 2.361 |
| Combined Cycle Steam Turbine with Supplemental Firing [b] | Natural Gas | 10,229 | 7,628 | 2.998 | 9,206 | 6,865 | 2.698 |
| Conventional Combustion Turbine [a] | Not Specified | 10,833 | 8,078 | 3.175 | | | |
| Conventional Gas / Oil Combined Cycle [a] | Not Specified | 7,196 | 5,366 | 2.109 | | | |
| Distributed Generation – Baseload [a] | Not Specified | 9,200 | 6,860 | 2.696 | | | |
| Distributed Generation – Peak [a] | Not Specified | 10,257 | 7,649 | 3.006 | | | |
| Fuel Cells [a] | Not Specified | 7,930 | 5,913 | 2.324 | | | |
| Gas Turbine [b] | Liquefied Propane Gas | 13,503 | 10,069 | 3.957 | 12,828 | 9,566 | 3.759 |
| | Natural Gas | 13,918 | 10,379 | 4.079 | 12,526 | 9,341 | 3.671 |
| | Refinery Gas | 15,000 | 11,186 | 4.396 | 13,500 | 10,067 | 3.956 |
| Geothermal [a] | Not Specified | 35,376 | 26,380 | 10.368 | | | |
| Integrated Coal-Gasification Combined Cycle [a] | Not Specified | 8,765 | 6,536 | 2.569 | | | |
| Integrated Coal-Gasification Combined Cycle with Carbon Sequestration [a] | Not Specified | 10,781 | 8,039 | 3.160 | | | |
| Internal Combustion Engine | Gasoline [d] | 9,387 (converted) | 7,000 (original units) | 2.751 | 8,918 | 6,650 | 2.614 |
| | Natural Gas [b] | 10,538 | 7,858 | 3.088 | 9,484 | 7,072 | 2.780 |
| | No. 2 Fuel Oil [b] | 10,847 | 8,089 | 3.179 | 10,305 | 7,684 | 3.020 |
| | Refinery Gas [b] | 14,000 | 10,440 | 4.103 | 12,600 | 9,396 | 3.693 |

BLM_0002904

©2009 American Petroleum Institute

*Combustion Emissions Estimation Methods*

### Table 4-2.  Energy Conversions by Generator Type, continued

| Generator Type | Fuel Type | Original Units HHV Basis Btu/kW-hr | Btu/hp-hr | J (input)/ J (output) | Converted Units LHV Basis [e] Btu/kW-hr | Btu/hp-hr | J (input)/ J (output) |
|---|---|---|---|---|---|---|---|
| Scrubbed Coal – New [a] | Not Specified | 9,200 | 6,860 | 2.696 | | | |
| Steam Turbine (Boiler) [b] | Coal (Anthracite) | 11,792 | 8,793 | 3.456 | 11,202 | 8,354 | 3.283 |
| | Coal (Bituminous) | 9,941 | 7,413 | 2.913 | 9,444 | 7,042 | 2.768 |
| | Coal (Lignite) | 10,933 | 8,153 | 3.204 | 10,386 | 7,745 | 3.044 |
| | Coal (Sub-Bituminous) | 10,354 | 7,721 | 3.034 | 9,836 | 7,335 | 2.883 |
| | Liquefied Propane Gas | 14,200 | 10,589 | 4.162 | 13,490 | 10,059 | 3.954 |
| | Natural Gas | 10,502 | 7,831 | 3.078 | 9,452 | 7,048 | 2.770 |
| | No. 2 Fuel Oil | 8,653 | 6,453 | 2.536 | 8,220 | 6,130 | 2.409 |
| | Refuse, Bagasses, non-wood | 13,706 | 10,221 | 4.017 | 13,021 | 9,710 | 3.816 |
| | Wood and Wood Waste | 15,725 | 11,726 | 4.609 | 14,939 | 11,140 | 4.378 |

Footnotes and Sources:

[a] Energy Information Administration (EIA), *Assumptions to the Annual Energy Outlook 2008*, Table 38: Heat Rate In 2007, June 2008.  Fuel type is not specified; assume heat rate is the same for all fuel types.

[b] Emission Inventory Improvement Program (EIIP), *Guidance for Emissions Inventory Development, Volume VIII: Estimating Greenhouse Gas Emissions*, EIIP Greenhouse Gas Committee, October 1999, Table 1.5-2.

[c] Assumed output to input energy conversion based on industry best practice.

[d] EPA, AP-42, Supplements A, B, and C, Table 3.3-1, October 1996.

[e] For generator types where fuel type is not specified, HHV basis values should be multiplied by 0.90 (for gaseous fuels) or 0.95 (for solid or liquid fuels) to convert to LHV basis values, as appropriate for the fuel(s) being used.

©2009 American Petroleum Institute
BLM_0002905

*Combustion Emissions Estimation Methods*

Exhibit 4.1 demonstrates this conversion.

---

**EXHIBIT 4.1:**      **Sample Calculation for Converting from Energy Output to Energy Input Basis Prior to Estimating Emissions**

INPUT DATA:
A 100-hp gasoline-fired IC engine is operated for 8,000 hours at 90% load during the reporting year.  Calculate the energy input ($E_{in}$) in both U.S. customary and SI units, on an HHV basis.

CALCULATION METHODOLOGY:
1. *Calculate $E_{In}$ in U.S. customary units.*  The power output is converted to an energy input basis using a conversion factor of 7,000 Btu/hp-hr (HHV basis) from Table 4-2.

$$E_{In,\ US} = 100\ hp \times 0.90 \times \frac{8000\ hr}{yr} \times \frac{7000\ Btu}{hp\text{-}hr}$$

$$\underline{E_{In,\ US} = 5.04 \times 10^{9}\ Btu/yr,\ HHV}$$

2. *Calculate $E_{In}$ in SI units.*  The SI conversion factors presented in Table 4-2 are in units of J (input)/J (output).  To convert the power output to energy input on an SI basis, the power output (P) must first be converted to energy output using a conversion factor from Table 3-4.

$$P = 100\ hp \times 0.90 \times \frac{8000\ hr}{yr} \times \frac{2.68452 \times 10^{6}\ J}{hp\text{-}hr}$$

$$\underline{P = 1.933 \times 10^{12}\ J\ (output)/yr}$$

Next, the energy output basis is converted to an input basis using a conversion factor of 2.751 J (input) / J (output) (HHV basis) from Table 4-2.

$$E_{In,\ SI} = \frac{1.933 \times 10^{12}\ J\ (output)}{yr} \times \frac{2.751\ J\ (input)}{J\ (output)}$$

$$\underline{E_{In,\ SI} = 5.318 \times 10^{12}\ J\ (input)/yr\ (HHV)}$$

---

©2009 American Petroleum Institute

BLM_0002906

### 4.1.2     Conversion from Volumetric Flow Rate to Energy Input

If the fuel input is provided on a volumetric basis (scf/yr, for example), then fuel HHV factors given in Table 3-8 can be used to convert the fuel volumetric rate to a fuel-fired heat input rate (in Btu/year, for example).  Exhibit 4.2 demonstrates this conversion.

---

**EXHIBIT 4.2:**          **Sample Calculation for Combustion Emissions Fuel Basis with Unknown Carbon Analysis**

INPUT DATA:
800 million ($10^6$) scf/year of natural gas is burned in a combustion device.  Neither the fuel composition nor the heating value of the fuel is known.  Calculate the energy input ($E_{In}$) on an HHV basis.

CALCULATION METHODOLOGY:
The fuel volumetric rate is converted to heat input rate using a recommended HHV of 1020 Btu/scf for natural gas, provided in Table 3-8.  Thus, the fuel heat input rate is:

$$E_{In} = \frac{800 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{1020 \text{ Btu}}{\text{scf}}$$

$$E_{In} = 8.16 \times 10^{11} \text{ Btu/yr (HHV)}$$

---

## 4.2     Conversion Between Gross and Net Heating Value

With the exception of the IPCC (IPCC, 2007), all of the combustion emission factor sources used in this section provide emission factors on a HHV basis.  IPCC notes that their emission factors were originally based on gross calorific value, but converted the heating values to net calorific value by assuming the LHV is 5% lower than the HHV for coal and oil, and 10% lower for natural gas (IPCC, Volume 2, Chapter 2, Table 2.6, 2007).  The IPCC emission factors in the tables above were converted back to a HHV basis using these same percentages.

Applying IPCC's convention, emission factors that were originally reported on a LHV basis were converted to a HHV basis using Equations 4-7 (for gaseous fuels) and 4-8 (for solid/liquid fuels).[2]

For gaseous fuels,

---

[2] Derivation of these equations (as noted in the footnotes to certain tables in this section) is provided in Appendix A.

BLM_0002907

$$EF_{HHV} = EF_{LHV} \times \left( \frac{1-0.1}{1} \right) \qquad\qquad \text{(Equation 4-7)}$$

where
  EF = Emission factor, mass or energy basis.

For solid or liquid fuels:

$$EF_{HHV} = EF_{LHV} \times \left( \frac{1-0.05}{1} \right) \qquad\qquad \text{(Equation 4-8)}$$

Equations 4-7 and 4-8 were also used to convert any emission factors originally reported on a HHV basis to a LHV basis. For most stationary combustion sources, emission factors throughout Section 4 are presented on both a LHV basis and a HHV basis.

Exhibit 4.3 illustrates how to convert emission factors on an LHV basis to an HHV basis. The process for converting from an HHV basis to an LHV basis would be carried out in a similar manner.

---

**EXHIBIT 4.3:       Sample Calculation for Converting LHV to HHV**

INPUT DATA:
IPCC reports the carbon factor of natural gas liquids as 17.5 kg C/GJ (17.5 tonne/$10^{12}$ J) on an LHV basis (as shown in Table 4-3). Convert the carbon factor to a $CO_2$ emission factor (tonnes/Btu) on an HHV basis.

CALCULATION METHODOLOGY:
The first step in calculating the $CO_2$ emission factor is to convert the carbon factor to a HHV basis using Equation 4-8 and IPCC's assumption that the LHV for a liquid is 5% lower than the HHV. The conversion is shown below.

$$EF_{HHV} = \left( \frac{17.5 \text{ tonne C}}{10^{12} \text{ J}} \right)_{LHV} \times \left( \frac{1-0.05_{LHV}}{1_{HHV}} \right) = \left( \frac{16.63 \text{ tonne C}}{10^{12} \text{ J}} \right)_{HHV}$$

The carbon emission factor is then converted to a $CO_2$ emission factor using the compound molecular weights and the conversion factors presented in Table 3-4:

$$EF_{CO_2} = \frac{16.63 \text{ tonne C}}{10^{12} \text{ J}} \times \frac{1055.056 \text{ J}}{\text{Btu}} \times \frac{44 \text{ tonne } CO_2/\text{tonne-mole } CO_2}{12 \text{ tonne C/tonne-mole C}}$$

$$EF_{CO_2} = 0.0643 \text{ tonnes } CO_2/10^6 \text{ Btu}$$

---

©2009 American Petroleum Institute

BLM_0002908

*Combustion Emissions Estimation Methods*

---

| **4.3     Fuel Combustion Emissions Estimated from Fuel Composition and Usage** |
| --- |

This section discusses estimating $CO_2$ emissions from fuel combustion.  A material balance approach, based on fuel usage data and fuel carbon analyses, is the most reliable method for estimating emissions from stationary combustion sources.  This approach applies to the combustion of any fuel, though fuel carbon analyses are likely more readily available for produced or purchased gas streams than for refinery gas, liquid or solid fuels.

The carbon content of a fuel mixture is a weighted average of the individual component carbon contents.  This is determined by first calculating the wt% carbon of each of the fuel components. This is accomplished by multiplying the molecular weight of carbon by the number of moles of carbon and dividing by the molecular weight of the compound.  This is shown in Equation 4-9.

$$Wt\%C_{Cj} = \frac{\dfrac{12 \text{ lb C}}{\text{lbmole C}} \times \dfrac{X \text{ lbmole C}}{\text{lbmole Cj}}}{MW_{Cj}\left(\dfrac{\text{lb}}{\text{lbmole}}\right)} \times 100\% \qquad \text{(Equation 4-9)}$$

where

$\quad$ Wt% $C_{Cj}$ = carbon content of individual hydrocarbon compound on a mass percent basis;

$\qquad\qquad$ j = any hydrocarbon compound $C_xH_yO_z$ from Equation 4-1;

$\qquad\quad$ 12 = molecular weight of carbon;

$\qquad\qquad$ X = Stoichiometric coefficient for carbon (for example X=3 for pentane, $C_3H_8$); and

$\quad$ $MW_{C_xY}$ = molecular weight of individual hydrocarbon compound.

The carbon content of the fuel mixture can then be calculated using Equation 4-10.

$$Wt\%C_{Mixture} = \frac{1}{100} \times \sum_{i=1}^{\# \text{ components}} \left(Wt\%_i \times Wt\%C_i\right) \qquad \text{(Equation 4-10)}$$

where

$\quad$ Wt% $C_{Mixture}$ = carbon content of mixture, on mass percent basis;

$\qquad\qquad$ $Wt\%_i$ = weight percent of component $i$; and

$\qquad\quad$ $Wt\%C_i$ = carbon content of component $i$ on a weight percent basis, calculated using Equation 4-9.

---

©2009 American Petroleum Institute

BLM_0002909

The API *Compendium* has also adopted an assumption of complete combustion (i.e., 100% of the fuel carbon combusts to form $CO_2$) in estimating $CO_2$ emissions. This assumption applies to most combustion sources, with the exception of flares (see Section 4.6).

In addition to estimating $CO_2$ emissions based on 100% oxidation of fuel carbon, the API *Compendium* estimates $CH_4$ emissions from combustion sources based on emission factors. This approach accounts for potential emissions of $CH_4$ (which has a higher GWP than $CO_2$), which may exist in the atmosphere before $CH_4$ is completely oxidized to form $CO_2$. Additional information on atmospheric oxidation of emissions is provided in Appendix E.

Emissions of $CO_2$ are calculated using a mass balance approach. The equations are slightly different depending on whether the fuel combusted is a gas, liquid, or solid. For combustion of gaseous fuels, $CO_2$ emissions can be calculated using Equation 4-11, assuming 100% oxidation:

$$E_{CO_2} = FC \times \frac{1}{\text{molar volume conversion}} \times MW_{Mixture} \times Wt\%\, C_{Mixture} \times \frac{44}{12} \qquad \text{(Equation 4-11)}$$

where

$$E_{CO_2} = \text{mass emissions of } CO_2 \text{ (lb or kg)};$$
$$FC = \text{fuel consumed (scf or m}^3\text{)};$$
$$\text{Molar volume conversion} = \text{conversion from molar volume to mass (379.3 scf/lbmole or 23.685 m}^3\text{/kgmole)};$$
$$MW_{Mixture} = \text{molecular weight of mixture; and}$$
$$\frac{44}{12} = \text{stoichiometric conversion of C to } CO_2.$$

Carbon dioxide emissions from the combustion of liquid fuels can be calculated using Equation 4-12, assuming 100% oxidation:

$$E_{CO_2} = FC \times D \times Wt\%\, C_{Mixture} \times \frac{44}{12} \qquad \text{(Equation 4-12)}$$

where

$$FC = \text{fuel consumed (gal or m}^3\text{); and}$$
$$D = \text{fuel density (lb/gal or kg/m}^3\text{)}.$$

Similarly, emissions from the combustion of solid fuels are calculated using Equation 4-13, assuming 100% oxidation.

©2009 American Petroleum Institute

BLM_0002910

*Combustion Emissions Estimation Methods*

$$E_{CO_2} = FC \times Wt\% \, C_{Mixture} \times \frac{44}{12}$$

(Equation 4-13)

where

FC = fuel consumed in mass units (lb, kg, tonnes).

The following examples illustrate the calculation approach for stationary combustion $CO_2$ emissions based on fuel composition and consumption rate, independent of the type of equipment. Exhibit 4.4(a) first demonstrates the scenario where the fuel composition is known and used directly to derive the fuel carbon content. The calculation is also shown [Exhibit 4.4(b)] for a case where complete composition data are not available, but fuel carbon content and molecular weight are known (or default values are applied).

---

**EXHIBIT 4.4(a):      Sample Calculation for Fuel Basis (Gas Fuel) Combustion Emissions**

INPUT DATA:
800 million ($10^6$) scf/year of natural gas is burned in a combustion device or group of devices. The gas composition for the fuel is known from measurements and is given below. The weight percents of the fuel components have been calculated from the molar composition.
(See Exhibit 3.4 for a similar example of this conversion.)

|  | Mole % | MW | Wt% (Calculated) |
|---|---|---|---|
| $CO_2$ | 0.8 | 44 | 2.1 |
| $CH_4$ | 95.3 | 16 | 90.6 |
| $C_2H_6$ | 1.7 | 30 | 3.0 |
| $C_3H_8$ | 0.5 | 44 | 1.3 |
| $C_4H_{10}$ | 0.1 | 58 | 0.3 |
| $N_2$ | 1.6 | 28 | 2.7 |
| **Fuel Mixture** | **100** | **16.84** | **100.0** |

Calculate the annual $CO_2$ emissions.

CALCULATION METHODOLOGY:
The first step in calculating the $CO_2$ emissions is calculating the carbon content of the fuel mixture, as shown in Equation 4-10. To use Equation 4-10, the carbon contents of the individual constituents must be calculated using Equation 4-9. This is shown below for ethane ($C_2H_6$).

$$Wt\% C_{C_2H_6} = \frac{12 \text{ lb C}}{\text{lbmole C}} \times \frac{2 \text{ lbmoles C}}{\text{lbmole } C_2H_6} \times \frac{\text{lbmole } C_2H_6}{30 \text{ lb } C_2H_6} = 0.8 \text{ lb C/lb } C_2H_6$$

$$Wt\% C_{C_2H_6} = 80\% \text{ C}$$

---

©2009 American Petroleum Institute

BLM_0002911

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.4(b):      Sample Calculation for Fuel Basis (Gas Fuel) Combustion Emissions**

CALCULATION METHODOLOGY:
To calculate the $CO_2$ emissions, the fuel consumption is converted to a mass basis using the volumetric conversions presented in Section 3. The molecular weight and carbon content of the gas are then used to convert the mass of gas combusted to a mass of carbon combusted. The $CO_2$ emissions are calculated below:

$$E_{CO_2} = \frac{22 \times 10^6 \text{ m}^3 \text{ fuel}}{\text{yr}} \times \frac{10^6 \text{ cm}^3 \text{ fuel}}{\text{m}^3 \text{ fuel}} \times \frac{\text{gmole fuel}}{23{,}685 \text{ cm}^3 \text{ fuel}} \times \frac{17.4 \text{ g fuel}}{\text{gmole fuel}} \times \frac{76.2 \text{ g C}}{100 \text{ g fuel}} \times \frac{\text{gmole C}}{12 \text{ g C}}$$

$$\times \frac{\text{gmole CO}_2}{\text{gmole C}} \times \frac{44 \text{ g CO}_2}{\text{gmole CO}_2} \times \frac{\text{tonnes}}{10^6 \text{ g}}$$

$$E_{CO_2} = 45{,}157 \text{ tonnes CO}_2/\text{yr}$$

---

For a liquid fuel, Exhibit 4.5 demonstrates the emission calculation approach for a case where the fuel carbon content, density, and heating value are known.

---

**EXHIBIT 4.5:      Sample Calculation for Fuel Basis (Liquid Fuel) Combustion Emissions**

INPUT DATA:
4 million ($10^6$) gallons per year of No. 6 residual fuel is burned in a combustion device or group of devices. The density of the residual fuel is 8.3 lb/gallon; the wt% carbon of the fuel is 92.3%. Calculate the annual $CO_2$ emissions for a site where detailed fuel information is known (or default values are applied).

CALCULATION METHODOLOGY:
The $CO_2$ emissions are calculated based on the density and carbon content, as shown below.

$$E_{CO_2} = \frac{4 \times 10^6 \text{ gal fuel}}{\text{year}} \times \frac{8.3 \text{ lb fuel}}{\text{gal fuel}} \times \frac{92.3 \text{ lb C}}{100 \text{ lb fuel}} \times \frac{\text{lbmole C}}{12 \text{ lb C}} \times \frac{1 \text{ lbmole CO}_2}{1 \text{ lbmole C}} \times \frac{44 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 50{,}966 \text{ tonnes CO}_2/\text{yr}$$

---

©2009 American Petroleum Institute
August 2009

BLM_0002912

*Combustion Emissions Estimation Methods*

| 4.4 | Fuel Combustion Emissions Estimated on a Fuel Basis for Stationary Sources |
|---|---|

As illustrated in the decision tree (Figure 4-1), if fuel carbon analyses are not available, emissions from fuel combustion may be estimated using default average fuel compositions.  In addition, although this API *Compendium* has adopted an assumption of complete combustion in estimating $CO_2$ emissions, other protocols may apply a fractional conversion of carbon to estimate $CO_2$ emissions from combustion sources.[3]  This section addresses the use of average fuel compositions and carbon oxidation values as an optional approach.

### 4.4.1    Emission Estimation Using Default Average Fuel Composition

If only the facility fuel consumption rate is known, and a fuel carbon analysis is not available, emission factors based on default average fuel compositions can be used to estimate combustion emissions.  Table 4-3 lists $CO_2$ emission factors for common fuel types used in petroleum operations, while Table 4-4 lists $CO_2$ emission factors for more specialized and less common fuels.  Similar factors are provided in Tables 4-5 and 4-6 for $CH_4$ and $N_2O$.  These emission factors are appropriate for both external combustion (e.g., boilers and heaters) as well as internal combustion (e.g., engines and turbines).

Note that the use of fuel based $CH_4$ and $N_2O$ emission factors does not take into account other factors which influence $CH_4$ and $N_2O$ emissions, such as combustion and control technologies.  The methodology for calculating $CH_4$ and $N_2O$ emissions by equipment type is provided in Section 4.5.

### 4.4.2    Carbon Oxidation Values

The $CO_2$ emission factors shown in Tables 4-3 and 4-4 are converted from a carbon basis (mass of carbon emitted per fuel energy input) to a $CO_2$ basis, assuming all of the fuel carbon is oxidized to form $CO_2$ (i.e., 100% oxidation).  As noted earlier, the carbon oxidation value reflects unoxidizable carbon that is emitted as a solid in soot or ash.  In the past, some protocols have assumed that only a fraction of carbon emitted is oxidized; however, the 100% oxidation assumption is a common approach, adopted by the IPCC (2006), EIA (2008b) and EPA (2008).  EIA notes that "unless the carbon is consciously sequestered, it is likely to oxidize over the next 100 years" (EIA, 2007).

---
[3] The carbon oxidation factor is intended to reflect carbon that is emitted as soot or ash.

BLM_0002913

*Combustion Emissions Estimation Methods*

**Table 4-3. $CO_2$ Combustion Emission Factors (Fuel Basis) for Common Industry Fuel Types**

| Fuel | Carbon Emission Factor from Original Source Document | | | $CO_2$ Emission Factor [a,b], US Units | | $CO_2$ Emission Factor [a,b], SI Units | |
|---|---|---|---|---|---|---|---|
| | | Emission Factor | Source[c] | tonnes/$10^6$ Btu (LHV) | tonnes/$10^6$ Btu (HHV) | tonnes /$10^{12}$ J (LHV) | tonnes /$10^{12}$ J (HHV) |
| Aviation Gas | 18.87 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0728 | 0.0692 | 69.0 | 65.6 |
| Bitumen | 22.0 | kg C/$10^9$ J (LHV) | Table 1.3, IPCC, 2007. | 0.0851 | 0.0809 | 80.7 | 76.6 |
| Coke | 31.00 | kg C/MMBtu | Table B-1, EPA, 2008; Table 12.1, TCR, 2008. | 0.1199 | 0.1139 | 113.7 | 108.0 |
| Coke (Coke Oven/Lignite/Gas) | 29.2 | kg C/$10^9$ J (LHV) | Table 1.3, IPCC, 2007. | 0.1130 | 0.1073 | 107.1 | 101.7 |
| Crude Oil | 20.33 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0785 | 0.0745 | 74.4 | 70.7 |
| Distillate Fuel (#1,2,4) | 19.95 | MMTC/$10^{15}$ Btu  or Tg C/$10^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0770 | 0.0732 | 73.0 | 69.3 |
| Electric Utility Coal | | No Data [c] | Table 6-1, EIA, 2008. | 0.0997 | 0.0947 | 94.5 | 89.8 |
| | 25.76 | Tg C/$10^{15}$ Btu; kg C/MMBtu | Table A-35, EPA, 2009; Table 12.1, TCR, 2008. | 0.0994 | 0.0945 | 94.2 | 89.5 |
| Ethanol [d] | 19.3 | kg C/$10^9$ J (LHV) | Table 1.3, IPCC, 2007. | 0.0747 | 0.0709 | 70.8 | 67.2 |
| Flexicoker Low Btu Gas | 278 | lb $CO_2$/$10^6$ Btu (LHV) | Petroleum Industry Data. | 0.1261 | 0.1135 | 119.5 | 107.6 |
| Fuel Oil #4 | 45.8 | lb C/$10^6$ Btu | Derived from fuel property data in Table 3-8. | 0.0802 | 0.0762 | 76.0 | 72.2 |
| Gas/Diesel Oil [e] | 20.2 | kg C/$10^9$ J (LHV) | Table 1.3, IPCC, 2007. | 0.0781 | 0.0742 | 74.1 | 70.4 |
| Jet Fuel | 19.33 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0746 | 0.0709 | 70.7 | 67.2 |
| Kerosene | 19.72 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0761 | 0.0723 | 72.1 | 68.5 |
| Lignite | 26.30 | MMTC/$10^{15}$ Btu; kg C/MMBtu | Table 6-2, EIA, 2008; Table B-1, EPA, 2008; Table 12.1, TCR, 2008. | 0.1015 | 0.0964 | 96.2 | 91.4 |
| Liquefied Petroleum Gas (LPG) | | No Data [c] | Table 6-1, EIA, 2008. | 0.0656 | 0.0623 | 62.1 | 59.0 |
| | 17.23 | kg C/MMBtu | Table B-1, EPA, 2008; Table 12.1, TCR, 2008. | 0.0665 | 0.0632 | 63.0 | 59.9 |

4-17

©2009 American Petroleum Institute

August 2009

BLM_000291 4

*Combustion Emissions Estimation Methods*

### Table 4-3.  $CO_2$ Combustion Emission Factors (Fuel Basis) for Common Industry Fuel Types, continued

| Fuel | Carbon Emission Factor from Original Source Document | | $CO_2$ Emission Factor [a,b], US Units | | $CO_2$ Emission Factor [a,b], SI Units | |
| | Emission Factor | Source | tonnes /$10^6$ Btu (LHV) | tonnes /$10^6$ Btu (HHV) | tonnes /$10^{12}$ J (LHV) | tonnes /$10^{12}$ J (HHV) |
|---|---|---|---|---|---|---|
| Butane (normal) | 17.71 MMTC/$10^{15}$ Btu | Table 1-5, EIA, 2008. | 0.0684 | 0.0649 | 64.8 | 61.5 |
| | 17.72 Tg C/$10^{15}$ Btu; kg C/MMBtu | Table A-42, EPA, 2009; Table 12.1, TCR, 2008. | 0.0684 | 0.0650 | 64.8 | 61.6 |
| Ethane | 16.25 MMTC/10^15 Btu; Tg C/10^15 Btu; kg C/MMBtu | Table 1-5, EIA, 2008; Table A-42, EPA, 2009; Table 12.1, TCR, 2008. | 0.0627 | 0.0596 | 59.4 | 56.5 |
| Isobutane | 17.75 MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu | Table 1-5, EIA, 2008; Table A-42, EPA, 2009. | 0.0685 | 0.0651 | 64.9 | 61.7 |
| Propane | 17.20 MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu; kg C/MMBtu | Table 1-5, EIA, 2008; Table A-42, EPA, 2009; Table 12.1, TCR, 2008. | 0.0664 | 0.0631 | 62.9 | 59.8 |
| Miscellaneous Product [e,f] | No Data [e] | Table 6-1, EIA, 2008. | 0.0785 | 0.0745 | 74.4 | 70.7 |
| Motor Gasoline (Petrol) | 19.33 MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0746 | 0.0709 | 70.7 | 67.2 |
| Naphtha (<401°F) | 18.14 Tg C/$10^{15}$ Btu; kg C/MMBtu | Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0700 | 0.0665 | 66.4 | 63.0 |
| Nat. Gas Liquids | 17.5 kg C/$10^9$ J (LHV) | Table 1.3, IPCC, 2007. | 0.0677 | 0.0643 | 64.2 | 61.0 |
| Natural Gas (Pipeline) [g] | 14.47 MMTC/$10^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2007; Table B-1, EPA, 2008; Table 12.1, TCR, 2008. | 0.0590 | 0.0531 | 55.9 | 50.3 |
| Natural Gas (Flared – 1,130 Btu/scf basis) [h] | No Data [e] | Table 6-1, EIA, 2008. | 0.0608 | 0.0547 | 57.6 | 51.9 |
| Other Bituminous Coal | 25.8 kg C/$10^9$ J (LHV) | Table 1.3, IPCC, 2007. | 0.0998 | 0.0948 | 94.6 | 89.9 |
| Other Oil (>401°F) | 19.95 Tg C/$10^{15}$ Btu; kg C/MMBtu | Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0770 | 0.0732 | 73.0 | 69.3 |
| Pentanes Plus | 18.24 Tg C/$10^{15}$ Btu; kg C/MMBtu | Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0704 | 0.0669 | 66.7 | 63.4 |
| Petroleum Coke [i] | 27.85 MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.1075 | 0.1021 | 101.9 | 96.8 |
| Refinery Gas | 15.7 kg C/$10^9$ J (LHV) | Table 1.3, IPCC, 2007. | 0.0607 | 0.0547 | 57.6 | 51.8 |

©2009 American Petroleum Institute

BLM_0002915

*Combustion Emissions Estimation Methods*

### Table 4-3.  CO$_2$ Combustion Emission Factors (Fuel Basis) for Common Industry Fuel Types, continued

| Fuel | Carbon Emission Factor from Original Source Document | | CO$_2$ Emission Factor [a, b], US Units | | CO$_2$ Emission Factor [a, b], SI Units | |
|---|---|---|---|---|---|---|
| | Emission Factor | Source | tonnes /10$^6$ Btu (LHV) | tonnes /10$^6$ Btu (HHV) | tonnes /10$^{12}$ J (LHV) | tonnes /10$^{12}$ J (HHV) |
| Residual Oil #5 | 46.9 | lb C/10$^6$ Btu | Derived from fuel property data in Table 3-8. | 0.0821 | 0.0780 | 77.8 | 73.9 |
| Residual Oil #6[j] | 21.49 | MMTC/10$^{13}$ Btu; Tg C/10$^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0829 | 0.0788 | 78.6 | 74.7 |
| Special Naphtha | 19.86 | Tg C/10$^{15}$ Btu; kg C/MMBtu | Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0767 | 0.0728 | 72.7 | 69.0 |
| Still Gas | 17.51 | Tg C/10$^{15}$ Btu; kg C/MMBtu | Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0713 | 0.0642 | 67.6 | 60.9 |
| Sub-bituminous Coal | 26.48 | MMTC/10$^{13}$ Btu; Tg C/10$^{15}$ Btu; kg C/MMBtu | Table 6-2, EIA, 2008; Table A-35, EPA, 2009; Table 12.1, TCR, 2008. | 0.1022 | 0.0971 | 96.9 | 92.0 |
| Unfinished Oils [e,f] | 20.33 | MMTC/10$^{15}$ Btu; Tg C/10$^{15}$ Btu; kg C/MMBtu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0785 | 0.0745 | 74.4 | 70.7 |

Footnotes and Sources:

Energy Information Administration (EIA).  *Documentation for Emissions of Greenhouse Gases in the United States 2006*, DOE/EIA-0638(2006), October 2008.

Energy Information Administration (EIA).  *Emissions of Greenhouse Gases in the United States 1987-1992*, DOE/EIA-0573, October 1994.

U.S. Environmental Protection Agency (EPA).  *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*, Annexes, April 15, 2009.

U.S. Environmental Protection Agency (EPA).  Climate Leaders.  *Greenhouse Gas Inventory Protocol Core Module Guidance: Direct Emissions from Stationary Combustion Sources.*  EPA 430-K-08-003, May 2008 (2008).

Intergovernmental Panel on Climate Change (IPCC).  *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, Volume 2, Chapter 1, 2006 Revised April 2007.

The Climate Registry (TCR).  *General Reporting Protocol*, Version 1.1, May 2008.

[a] CO$_2$ emission factors shown are based on the default API *Compendium* assumption of 100% oxidation.

[b] To convert between higher and lower heating value emission factors, the assumed conversion for gaseous fuels is:  (EF, HHV) = (0.9) × (EF, LHV), and for solids or liquids the assumed conversion is (EF, HHV) = (0.95) × (EF, LHV).

[c] Factors from EIA, 2008 Tables 6-1 and 6-2 are presented in 10$^6$ tonne/10$^{15}$ Btu.

[d] Theoretical number.  Under international GHG accounting methods developed by the IPCC, biogenic carbon is considered to be part of the natural carbon balance and does not add to atmospheric concentrations of CO$_2$.

[e] Term is defined in the Glossary.

[f] Carbon content assumed to be the same as for Crude Oil (EIA, 2007).

[g] Natual gas carbon coefficient is based on a weighted U.S. national average.

[h] Flared gas is assumed to be rich associated gas, with an energy content of 1,130 Btu/scf.  Factor does not apply to higher heating value gases such as associated gas (raw inlet gas) with heating values of 1300-1400 Btu/scf (EIA, 1994).

[i] Note that catalyst coke is not the same as petroleum coke/marketable coke.  Catalyst coke refers to coke formed on catalysts while petroleum/marketable coke is coke that is the "final product of thermal decomposition in the condensation process in cracking" (EIA, 2008b).  Carbon dioxide emissions from catalyst coke are discussed in Section 5.

[j] Values are defined in reference documents as for both residual fuel oil No. 5 and residual fuel oil No. 6.

©2009 American Petroleum Institute

BLM_000296

*Combustion Emissions Estimation Methods*

### Table 4-4.  $CO_2$ Combustion Emission Factors (Fuel Basis) for Specialized Fuel Types

| Fuel | Carbon Emission Factor from Original Source Document | | | $CO_2$ Emission Factor [a,b], US Units | | $CO_2$ Emission Factor [a,b], SI Units | |
|---|---|---|---|---|---|---|---|
| | Emission Factor | | Source[c] | tonnes /$10^6$ Btu (LHV) | tonnes /$10^6$ Btu (HHV) | tonnes /$10^{12}$ J (LHV) | tonnes /$10^{12}$ J (HHV) |
| Anthracite Coal | 28.26 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu | Table 6-2, EIA, 2008; Table A-35, EPA, 2009; Table 12.1, TCR, 2008. | 0.1091 | 0.1036 | 103.4 | 98.2 |
| Asphalt and Road Oil | 20.62 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0796 | 0.0756 | 75.4 | 71.7 |
| Bituminous Coal | 25.49 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu | Table 6-2, EIA, 2008; Table A-35, EPA, 2009; Table 12.1, TCR, 2008. | 0.0984 | 0.0935 | 93.2 | 88.6 |
| Industrial Coking Coal | | No Data [c] | Table 6-1, EIA, 2008. | 0.0986 | 0.0937 | 93.5 | 88.8 |
| Lubricants | 20.24 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0781 | 0.0742 | 74.0 | 70.3 |
| Oil Shale and Tar Sands | 29.1 | kg C/GJ (LHV) | Table 1.3, IPCC, 2007. | 0.113 | 0.107 | 106.7 | 101.4 |
| Other Industrial Coal | | No Data [c] | Table 6-1, EIA, 2008. | 0.0989 | 0.0940 | 93.8 | 89.1 |
| | 25.63 | Tg C/$10^{15}$ Btu | Table A-35, EPA, 2009; Table 12.1, TCR, 2008. | 0.0989 | 0.0940 | 93.8 | 89.1 |
| Peat | 28.9 | kg C/GJ (LHV) | Table 1.3, IPCC, 2007. | 0.1118 | 0.1062 | 106.0 | 100.7 |
| Petrochemical Feedstocks | 19.37 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0748 | 0.0710 | 70.9 | 67.3 |
| Residential/Commercial Coal | | No Data [c] | Table 6-1, EIA, 2008. | 0.1004 | 0.0953 | 95.1 | 90.4 |
| | 26.00 | Tg C/$10^{15}$ Btu | Table A-35, EPA, 2009; Table 12.1, TCR, 2008. | 0.1004 | 0.0953 | 95.1 | 90.4 |
| Shale Oil | 20.0 | kg C/GJ (LHV) | Table 1.3, IPCC, 2007. | 0.0774 | 0.0735 | 73.3 | 69.7 |
| Petroleum Waxes | 19.81 | MMTC/$10^{15}$ Btu; Tg C/$10^{15}$ Btu | Table 6-1, EIA, 2008; Table A-34, EPA, 2009; Table 12.1, TCR, 2008. | 0.0765 | 0.0726 | 72.5 | 68.8 |
| Tires/Tire Derived Fuel | 86.0 | kg $CO_2$/MMBtu | Appendix H, EIA, 2007b. | 0.0905 | 0.0860 | 85.8 | 81.5 |
| Waste Oil [c] | 9.98 | kg $CO_2$/gal | Appendix H, EIA, 2007b. | No data | | | |

Footnotes and Sources:
Energy Information Administration (EIA).  *Documentation for Emissions of Greenhouse Gases in the United States 2006* , DOE/EIA-0638(2006), October 2008.
Energy Information Administration (EIA).  *Instructions for Form EIA-1605,* OMDB No. 1905-0194, October 2007 (2007b).
Environmental Protection Agency (EPA).  *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007,* Annexes, April 15, 2009.
Intergovernmental Panel on Climate Change (IPCC).  *2006 IPCC Guidelines for National Greenhouse Gas Inventories,* Volume 2, Chapter 1, 2006 Revised April 2007.
The Climate Registry (TCR).  *General Reporting Protocol,* Version 1.1, May 2008.
[a] $CO_2$ emission factors shown are based on the default API *Compendium* assumption of 100% oxidation.
[b] To convert between higher and lower heating value emission factors, the assumed conversion for gaseous fuels is: (EF, HHV) = (0.9) × (EF, LHV), and for solids or liquids the assumed conversion is (EF, HHV) = (0.95) × (EF, LHV).
[c] Factors from EIA, 2008 Tables 6-1 and 6-2 are presented in $10^6$ tonne/$10^{15}$ Btu.

©2009 American Petroleum Institute

BLM_0002917

*Combustion Emissions Estimation Methods*

## Table 4-5.  $CH_4$ and $N_2O$ Combustion Emission Factors (Fuel Basis) for Common Industry Fuel Types [a]

| Fuel | $CH_4$ Emission Factor [b], US Units | | $CH_4$ Emission Factor [b], SI Units | | $N_2O$ Emission Factor [b], US Units | | $N_2O$ Emission Factor [b], SI Units | |
|---|---|---|---|---|---|---|---|---|
| | tonnes /$10^6$ Btu (LHV) | tonnes /$10^6$ Btu (HHV) | tonnes /$10^{12}$ J (LHV) | tonnes /$10^{12}$ J (HHV) | tonnes /$10^6$ Btu (LHV) | tonnes /$10^6$ Btu (HHV) | tonnes /$10^{12}$ J (LHV) | tonnes /$10^{12}$ J (HHV) |
| Aviation Gasoline/Jet Gasoline | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Biogasoline | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Biodiesels | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Bitumen | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Coke Oven and Lignite Coke | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| Crude Oil | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Ethane | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Gas Coke | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.06E-07 | 1.00E-07 | 1.00E-04 | 9.50E-05 |
| Gas/Diesel Oil | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Jet Gasoline | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Jet Kerosene | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Lignite | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| LPG | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.06E-07 | 1.00E-07 | 1.00E-04 | 9.50E-05 |
| Motor Gasoline | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Naphtha | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Natural Gas | 1.06E-06 | 9.50E-07 | 1.00E-03 | 9.00E-04 | 1.06E-07 | 9.50E-08 | 1.00E-04 | 9.00E-05 |
| Natural Gas Liquids | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Other Biogas | 1.06E-06 | 9.50E-07 | 1.00E-03 | 9.00E-04 | 1.06E-07 | 9.50E-08 | 1.00E-04 | 9.00E-05 |
| Other Kerosene | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Other Liquid Biofuels | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Other Petroleum Products | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Other Primary Solid Biomass | 3.17E-05 | 3.01E-05 | 3.00E-02 | 2.85E-02 | 4.22E-06 | 4.01E-06 | 4.00E-03 | 3.80E-03 |
| Paraffin Waxes | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Petroleum Coke | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Residual Fuel Oil | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Sub-Bituminous Coal | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| Wood/Wood Waste | 3.17E-05 | 3.01E-05 | 3.00E-02 | 2.85E-02 | 4.22E-06 | 4.01E-06 | 4.00E-03 | 3.80E-03 |

Footnotes and Sources:

[a] Intergovernmental Panel on Climate Change (IPCC).  *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, Volume 2, Chapter 2, Table 2.2, 2006 Revised April 2007.

[b] Converted from original units of kg/TJ (LHV).  To convert between higher and lower heating value emission factors, the assumed conversion for gaseous fuels is: (EF, HHV) = (0.9) × (EF, LHV), and for solids or liquids the assumed conversion is (EF, HHV) = (0.95) × (EF, LHV).

©2009 American Petroleum Institute

August 2009

BLM_000291B

*Combustion Emissions Estimation Methods*

### Table 4-6.  CH₄ and N₂O Combustion Emission Factors (Fuel Basis) for Specialized Fuel Types [a]

| Fuel | $CH_4$ Emission Factor [b], US Units | | $CH_4$ Emission Factor [b], SI Units | | $N_2O$ Emission Factor [b], US Units | | $N_2O$ Emission Factor [b], SI Units | |
|---|---|---|---|---|---|---|---|---|
| | tonnes /10⁶ Btu (LHV) | tonnes /10⁶ Btu (HHV) | tonnes /10¹² J (LHV) | tonnes /10¹² J (HHV) | tonnes /10⁶ Btu (LHV) | tonnes /10⁶ Btu (HHV) | tonnes /10¹² J (LHV) | tonnes /10¹² J (HHV) |
| Anthracite | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| Charcoal | 2.11E-04 | 2.00E-04 | 2.00E-01 | 1.90E-01 | 4.22E-06 | 4.01E-06 | 4.00E-03 | 3.80E-03 |
| Coal Tar | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| Coke Oven Gas | 1.06E-06 | 9.50E-07 | 1.00E-03 | 9.00E-04 | 1.06E-07 | 9.50E-08 | 1.00E-04 | 9.00E-05 |
| Coking Coal | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| Landfill Gas | 1.06E-06 | 9.50E-07 | 1.00E-03 | 9.00E-04 | 1.06E-07 | 9.50E-08 | 1.00E-04 | 9.00E-05 |
| Lubricants | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Oil Shale and Tar Sands | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| Other Bituminous Coal | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| Peat | 1.06E-06 | 1.00E-06 | 1.00E-03 | 9.50E-04 | 1.58E-06 | 1.50E-06 | 1.50E-03 | 1.42E-03 |
| Refinery Feedstocks | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Refinery Gas | 1.06E-06 | 9.50E-07 | 1.00E-03 | 9.00E-04 | 1.06E-07 | 9.50E-08 | 1.00E-04 | 9.00E-05 |
| Shale Oil | 3.17E-06 | 3.01E-06 | 3.00E-03 | 2.85E-03 | 6.33E-07 | 6.01E-07 | 6.00E-04 | 5.70E-04 |
| Sludge Gas | 1.06E-06 | 9.50E-07 | 1.00E-03 | 9.00E-04 | 1.06E-07 | 9.50E-08 | 1.00E-04 | 9.00E-05 |
| Waste Oils | 3.17E-05 | 3.01E-05 | 3.00E-02 | 2.85E-02 | 4.22E-06 | 4.01E-06 | 4.00E-03 | 3.80E-03 |

Footnotes and Sources:
[a] Intergovernmental Panel on Climate Change (IPCC). *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, Volume 2, Chapter 2, Table 2.2, 2006 Revised April 2007.
[b] Converted from original units of kg/TJ (LHV).  To convert between higher and lower heating value emission factors, the assumed conversion for gaseous fuels is: (EF, HHV) = (0.9) × (EF, LHV), and for solids or liquids the assumed conversion is (EF, HHV) = (0.95) × (EF, LHV).

©2009 American Petroleum Institute

BLM_0002919

*Combustion Emissions Estimation Methods*

Exhibit 4.6 illustrates the use of the fuel-based emission factors for the 100% oxidation approach. Note the difference between the emission estimate calculated in Exhibit 4.5, where the fuel composition data are known, and Exhibit 4.6, where $CO_2$ emissions are calculated based on an emission factor that incorporates a default fuel composition.

---

**EXHIBIT 4.6:       Sample Calculation for Fuel Basis (Liquid Fuel) Combustion Emissions – Known (or assumed): Higher Heating Value (HHV) only**

INPUT DATA:
4 million ($10^6$) gallons per year of No. 6 residual fuel is burned in a combustion device or group of devices.  Calculate the annual $CO_2$ emissions, $CH_4$, and $N_2O$ emissions.

CALCULATION METHODOLOGY:
1. *Calculate the $CO_2$ emissions.*  If only the fuel type is known, an emission factor can be obtained from Table 4-3.  Although the carbon emission factors presented in Table 4-3 have already been converted to $CO_2$ emission factors, the $CO_2$ emission factor for residual fuel oil #6 is re-calculated from the carbon emission factor as a demonstration in this exhibit.  From Table 4-3, the carbon emission factor for residual fuel oil #6 is 21.49 MMTC/$10^{15}$ Btu ($10^6$ tonne C/$10^{15}$ Btu) (HHV).  This factor is converted to a $CO_2$ basis as shown below:

$$EF_{CO_2} = \frac{21.49\ MMTC}{QBtu} \times \frac{10^6\ tonne\ C}{MMTC} \times \frac{2204.62\ lb\ C}{tonne\ C} \times \frac{QBtu}{10^{15}\ Btu} \times \frac{10^6\ Btu}{MMBtu} \times$$

$$\frac{lbmole\ C}{12\ lb\ C} \times \frac{1\ lbmole\ CO_2}{1\ lbmole\ C} \times \frac{44\ lb\ CO_2}{lbmole\ CO_2} \times \frac{tonne\ CO_2}{2204.62\ lb\ CO_2}$$

$$EF_{CO_2} = 0.0788\ tonnes\ CO_2/10^6\ Btu\ (HHV)$$

Because the emission factor is on an energy basis, the fuel consumption must be converted to energy consumption using the heating value or energy content for the fuel type.  (Default heating values are provided in Table 3-8 for some fuels.)  The annual $CO_2$ emissions are calculated using the fuel usage data, default emission factor, and default heating value from Table 3-8.

$$E_{CO_2} = \frac{173.72\ lb\ CO_2}{10^6\ Btu} \times \frac{4 \times 10^6\ gal\ fuel}{year} \times \frac{bbl\ fuel}{42\ gal\ fuel} \times \frac{6.29 \times 10^6\ Btu}{bbl\ fuel} \times \frac{tonnes}{2204.62\ lb}$$

$$E_{CO_2} = 47,204\ tonnes\ CO_2/yr$$

2. *Calculate the $CH_4$ and $N_2O$ emissions.*  Methane and $N_2O$ emissions are calculated using the emission factors for residual fuel oil in Table 4-5.

---

©2009 American Petroleum Institute

BLM_0002920

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.6:**   **Sample Calculation for Fuel Basis (Liquid Fuel) Combustion Emissions - Known (or assumed): Higher Heating Value (HHV) only, continued**

$$E_{CH_4} = \frac{3.01\times10^{-6} \text{ tonne CH}_4}{10^6 \text{ Btu}} \times \frac{4\times10^5 \text{ gal fuel}}{\text{year}} \times \frac{\text{bbl fuel}}{42 \text{ gal fuel}} \times \frac{6.29\times10^6 \text{ Btu}}{\text{bbl fuel}}$$

$$\underline{E_{CH_4} = 1.80 \text{ tonne CH}_4/\text{yr}}$$

$$E_{N_2O} = \frac{6.01\times10^{-7} \text{ tonne N}_2\text{O}}{10^6 \text{ Btu}} \times \frac{4\times10^6 \text{ gal fuel}}{\text{year}} \times \frac{\text{bbl fuel}}{42 \text{ gal fuel}} \times \frac{6.29\times10^6 \text{ Btu}}{\text{bbl fuel}}$$

$$\underline{E_{N_2O} = 0.36 \text{ tonne N}_2\text{O}/\text{yr}}$$

---

## 4.5   Fuel Combustion Emissions Estimated on an Equipment Basis for Stationary Sources

If the fuel usage is known for the specific type of equipment (e.g., boiler, turbine, IC engine, etc.) or groups of the same equipment, then emission factors can be used to estimate non-$CO_2$ emissions ($CH_4$ and $N_2O$).

Other GHG reporting protocol documents may provide $CO_2$ emission factors for stationary combustion on an equipment basis. However, these emission factors are inconsistent with the API *Compendium's* approach of estimating $CO_2$ emissions based on 100% oxidation of the fuel carbon, and the recognition that $CO_2$ emissions are independent of the type of combustion equipment. Most of the emission factors are taken from EPA's AP-42 (EPA, AP-42, 1995-2000). These emission factors are updated periodically with the latest factors available at the following Internet address: http://www.epa.gov/ttn/chief/ap42[4].

---

[4] Accessed January 7, 2009.

©2009 American Petroleum Institute

BLM_0002921

*Combustion Emissions Estimation Methods*

### 4.5.1    External Combustion Units

Tables 4-7 and 4-8 provide $CH_4$ and $N_2O$ emission factors for external combustion devices. Factors in Tables 4-7 and 4-8 are primarily from EPA's AP-42 (EPA, AP-42, 1995-2000). The few exceptions are additional emission factors for refinery fuel gas-fired heaters from Asociacion Regional De Empresas De Petroleo Y Gas Natural EN LatinoAmerica Y El Caribe (ARPEL) (ARPEL, 1998) and for diesel-fired boilers/furnaces from the E&P Forum (E&P Forum, 1994). Also, the wood fuel/wood waste emission factor is from Environment Canada (Environment Canada, 2007). Table 4-7 applies to liquid and gaseous fuels while Table 4-8 applies to solid fuels such as coal.

With the exception of fuel gas-fired boilers/furnaces/heaters, the emission factors from external combustion are provided on a volume (scf or gallons) of fuel basis for gaseous or liquid fuels, and mass (tonnes) of fuel basis for solid fuels. If the firing rate is given on a volume or mass basis, the heating values for various fuels provided in Table 3-8 of this document can be used to convert the fuel firing rate (energy input basis) to an energy basis.

An example calculation for $CH_4$ and $N_2O$ emissions from an external combustion device is shown in Exhibit 4.7.

---

**EXHIBIT 4.7:    Sample Calculation for Combustion Emissions Equipment Basis for External Combustion Device**

INPUT DATA:
800 million ($10^6$) scf/year of natural gas is burned in a boiler with a low-$NO_x$ burner. The heating value of the gas is 1032 Btu/scf (HHV). Calculate the $CH_4$ and $N_2O$ emissions.

CALCULATION METHODOLOGY:
Methane and $N_2O$ emissions are calculated by converting the quantity of fuel burned to a Btu basis and multiplying the result by the emission factors provided in Table 4-7.

$$E_{CH_4} = \frac{800 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{1032 \text{ Btu}}{\text{scf}} \times \frac{1.0 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}} = \underline{0.83 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = \frac{800 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{1032 \text{ Btu}}{\text{scf}} \times \frac{2.8 \times 10^{-7} \text{ tonne } N_2O}{10^6 \text{ Btu}} = \underline{0.23 \text{ tonnes } N_2O/\text{yr}}$$

---

©2009 American Petroleum Institute
August 2009

BLM_0002922

*Combustion Emissions Estimation Methods*

## Table 4-7.  Equipment-Specific Combustion Emission Factors for Boilers and Furnaces (Gas and Liquid Fuels)

| *Original Units* | | | | | | |
|---|---|---|---|---|---|---|
| **Source** | **Methane** | | **Emission Factor Rating** [d] | **Nitrous Oxide** | | **Emission Factor Rating** [d] | **Source (version date)** |
| Boilers/furnaces/heaters – Natural gas | | | | | | | |
|     Controlled | 2.3 | lb/$10^6$ scf | B | 0.64[a] | lb/$10^6$ scf [a] | E | AP-42 Table 1.4-2 (7/98) |
|     Not controlled | | | | 2.2[b] | lb/$10^6$ scf [b] | | |
| Boilers/furnaces/heaters – Diesel | 7.8E-06 | lb/lb | Not available | | Not available | | E&P Forum, 1994 |
| Heater – Refinery fuel gas (low $H_2$-content gas) | | | | | | | |
|     < 9.9 x $10^6$ Btu/hr | 0.263 | tonne/PJ (HHV) | Not available | | Not available | | Table 6.4 of ARPEL, 1998 |
|     9.9 – 99 x $10^6$ Btu/hr | 0.293 | tonne/PJ (HHV) | Not available | 0.035 | tonne/PJ (HHV) | Not available | |
|     >99 x $10^6$ Btu/hr | 0.293 | tonne/PJ (HHV) | Not available | | Not available | | |
| Heater – Refinery fuel gas (High $H_2$-content gas) | | | | | | | |
|     < 9.9 x $10^6$ Btu/hr | 0.193 | tonne/PJ (HHV) | Not available | | Not available | | Table 6.4 of ARPEL, 1998 |
|     9.9 – 99x$10^6$ Btu/hr | 0.215 | tonne/PJ (HHV) | Not available | 0.035 | tonne/PJ (HHV) | Not available | |
|     > 99 x $10^6$ Btu/hr | 0.215 | tonne/PJ (HHV) | Not available | | Not available | | |
| Utility boilers – No. 4,5,6 oil | 0.28 | lb/1000 gal | A | 0.53 | lb/1000 gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Industrial boiler – No. 5/6 oil | 1.00 | lb/1000 gal | A | 0.53 | lb/1000 gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Industrial boiler – No. 4 or distillate oil | 0.052 | lb/1000 gal | A | 0.26 | lb/1000 gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Commercial combustors – No. 5/6 oil | 0.475 | lb/1000 gal | A | 0.53 | lb/1000 gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Commercial combustors – No. 4 or distillate | 0.216 | lb/1000 gal | A | 0.26 | lb/1000 gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Industrial/commercial boilers – Butane/Propane | 0.2 | lb/1000 gal | E | 0.9 | lb/1000 gal | E | AP-42 Table 1.5-1 (07/08) |
| Residential furnace – Fuel oil | 1.78 | lb/1000 gal | A | 0.05 | lb/1000 gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) |

BLM_000923

©2009 American Petroleum Institute

*Combustion Emissions Estimation Methods*

## Table 4-7.  Equipment-Specific Combustion Emission Factors for Boilers and Furnaces (Gas and Liquid Fuels), continued

*Emission Factors Converted to tonne/gal or tonne/10⁶ Btu (HHV and LHV, as indicated)*

| Source | Methane | Emission Factor Rating [d] | Nitrous Oxide | Emission Factor Rating [d] | Source (version date) |
|---|---|---|---|---|---|
| Boilers/furnaces/heaters – Natural gas | | | | | |
| Controlled | 1.0E-06  tonne/10⁶ Btu (HHV)[c] | B | 2.8E-07  tonne/10⁶ Btu (HHV) [a,c] | E | AP-42 Table 1.4-2 (7/98) |
|  | 1.1E-06  tonne/10⁶ Btu (LHV)[c] | | 3.0E-07  tonne/10⁶ Btu (LHV) [a,c] | E | |
| Not controlled | 1.0E-06  tonne/10⁶ Btu (HHV)[c] | B | 9.8E-07  tonne/10⁶ Btu (HHV) [b,c] | E | AP-42 Table 1.4-2 (7/98) |
|  | 1.1E-06  tonne/10⁶ Btu (LHV)[c] | | 1.0E-06  tonne/10⁶ Btu (LHV) [b,c] | E | |
| Boilers/furnaces/heaters – Diesel | 7.8E-06  tonne/ tonne | Not available | Not available | | E&P Forum, 1994 |
| Heater – Refinery fuel gas (low H₂-content gas) | | | | | |
| < 9.9 x 10⁶ Btu/hr | 2.77E-07  tonne/10⁶ Btu (HHV) | Not available | Not available | | Table 6.4 of ARPEL, 1998 |
|  | 3.08E-07  tonne/10⁶ Btu (LHV) | | | | |
| 9.9 – 99 x 10⁶ Btu/hr | 3.09E-07  tonne/10⁶ Btu (HHV) | Not available | 3.69E-08  tonne/10⁶ Btu (HHV) | Not available | |
|  | 3.43E-07  tonne/10⁶ Btu (LHV) | | 4.10E-08  tonne/10⁶ Btu (LHV) | | |
| > 99 x 10⁶ Btu/hr | 3.09E-07  tonne/10⁶ Btu (HHV) | Not available | Not available | | |
|  | 3.43E-07  tonne/10⁶ Btu (LHV) | | | | |
| Heater – Refinery fuel gas (High H₂-content gas) | | | | | |
| < 9.9 x 10⁶ Btu/hr | 2.04E-07  tonne/10⁶ Btu (HHV) | Not available | Not available | | Table 6.4 of ARPEL, 1998 |
|  | 2.26E-07  tonne/10⁶ Btu (LHV) | | | | |
| 9.9 – 99 x 10⁶ Btu/hr | 2.27E-07  tonne/10⁶ Btu (HHV) | Not available | 3.69E-08  tonne/10⁶ Btu (HHV) | Not available | |
|  | 2.52E-07  tonne/10⁶ Btu (LHV) | | 4.10E-08  tonne/10⁶ Btu (LHV) | | |
| > 99 x 10⁶ Btu/hr | 2.27E-07  tonne/10⁶ Btu (HHV) | Not available | Not available | | |
|  | 2.52E-07  tonne/10⁶ Btu (LHV) | | | | |
| Utility boilers – No. 4,5,6 oil | 1.3E-07  tonne/gal | A | 2.4E-07  tonne/gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Industrial boiler – No. 5/6 oil | 4.54E-07  tonne/gal | A | 2.4E-07  tonne/gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Industrial boiler – No. 4 or distillate oil | 2.4E-08  tonne/gal | A | 1.2E-07  tonne/gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |

©2009 American Petroleum Institute

BLM_0002924

*Combustion Emissions Estimation Methods*

### Table 4-7.  Equipment-Specific Combustion Emission Factors for Boilers and Furnaces (Gas and Liquid Fuels), continued

*Emission Factors Converted to tonne/gal or tonne/$10^6$ Btu (HHV and LHV, as indicated), continued*

| Source | Methane | Emission Factor Rating [d] | Nitrous Oxide | Emission Factor Rating [d] | Source (version date) |
|---|---|---|---|---|---|
| Commercial combustors – No. 5/6 oil | 2.15E-07 tonne/gal | A | 2.4E-07 tonne/gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Commercial combustors – No. 4 or distillate | 9.80E-08 tonne/gal | A | 1.2E-07 tonne/gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Industrial/commercial boilers – Butane/Propane | 9.1E-08 tonne/gal | E | 4.1E-07 tonne/gal | E | AP-42 Table 1.5-1 (07/08) |
| Residential furnace – Fuel oil | 8.07E-07 tonne/gal | A | 2.3E-08 tonne/gal | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) |

*Emission Factors Converted to tonne/$m^3$ or tonne/$10^{12}$ J (HHV and LHV, as indicated)*

| Source | Methane | Emission Factor Rating [d] | Nitrous Oxide | Emission Factor Rating [d] | Source (version date) |
|---|---|---|---|---|---|
| Boilers/furnaces/heaters – Natural gas | | | | | |
| Controlled | 9.7E-04 tonne/$10^{12}$ J (HHV) [c] <br> 1.1E-03 tonne/$10^{12}$ J (LHV) [c] | B | 2.7E-04 tonne/$10^{12}$ J (HHV) [a,c] <br> 2.8E-04 tonne/$10^{12}$ J (LHV) [a,c] | E <br> E | AP-42 Table 1.4-2 (7/98) |
| Not controlled | 9.7E-04 tonne/$10^{12}$ J (HHV) [c] <br> 1.1E-03 tonne/$10^{12}$ J (LHV) [c] | B | 9.3E-04 tonne/$10^{12}$ J (HHV) [b,c] <br> 9.8E-04 tonne/$10^{12}$ J (LHV) [b,c] | E <br> E | AP-42 Table 1.4-2 (7/98) |
| Boilers/furnaces/heaters – Diesel | 7.8E-06 tonne/ tonne | Not available | Not available | | E&P Forum, 1994 |
| Heater – Refinery fuel gas (low $H_2$-content gas) | | | | | |
| < 9.9 x $10^6$ Btu/hr | 2.63E-04 tonne/$10^{12}$ J (HHV) <br> 2.92E-04 tonne/$10^{12}$ J (LHV) | Not available | Not available | | Table 6.4 of ARPEL, 1998 |
| 9.9 – 99 x $10^6$ Btu/hr | 2.93E-04 tonne/$10^{12}$ J (HHV) <br> 3.26E-04 tonne/$10^{12}$ J (LHV) | Not available | 3.50E-05 tonne/$10^{12}$ J (HHV) <br> 3.89E-05 tonne/$10^{12}$ J (LHV) | Not available | |
| > 99 x $10^6$ Btu/hr | 2.93E-04 tonne/$10^{12}$ J (HHV) <br> 3.26E-04 tonne/$10^{12}$ J (LHV) | Not available | Not available | | |

©2009 American Petroleum Institute

August 2009

BLM_0002925

*Combustion Emissions Estimation Methods*

## Table 4-7.  Equipment-Specific Combustion Emission Factors for Boilers and Furnaces (Gas and Liquid Fuels), continued

| *Emission Factors Converted to tonne/m$^3$ or tonne/10$^{12}$ J (HHV and LHV, as indicated)* | | | | | |
|---|---|---|---|---|---|
| Source | Methane | Emission Factor Rating [d] | Nitrous Oxide | Emission Factor Rating [d] | Source (version date) |
| Heater – Refinery fuel gas (High H$_2$-content gas) | | | | | |
| < 9.9 x 10$^6$ Btu/hr | 1.93E-04 tonne/10$^{12}$ J (HHV) 2.14E-04 tonne/10$^{12}$ J (LHV) | Not available | Not available | | Table 6.4 of ARPEL, 1998 |
| 9.9 - 99 x 10$^6$ Btu/hr | 2.15E-04 tonne/10$^{12}$ J (HHV) 2.39E-04 tonne/10$^{12}$ J (LHV) | Not available | 3.50E-05 tonne/10$^{12}$ J (HHV) 3.89E-05 tonne/10$^{12}$ J (LHV) | Not available | |
| > 99 x 10$^6$ Btu/hr | 2.15E-04 tonne/10$^{12}$ J (HHV) 2.39E-04 tonne/10$^{12}$ J (LHV) | Not available | Not available | | |
| Utility boilers – No. 4,5,6 oil | 3.4E-05  tonne/m$^3$ | A | 6.4E-05 tonne/m$^3$ | B | |
| Industrial boiler – No. 5/6 oil | 1.20E-04 tonne/m$^3$ | A | 6.4E-05 tonne/m$^3$ | B | |
| Industrial boiler – No. 4 or distillate oil | 6.2E-06  tonne/m$^3$ | A | 3.1E-05 tonne/m$^3$ | B | AP-42 Tables 1.3-3 and 1.3-8 (9/98) - errata updated 4/28/00 |
| Commercial combustors – No. 5/6 oil | 5.69E-05 tonne/m$^3$ | A | 6.4E-05 tonne/m$^3$ | B | |
| Commercial combustors – No. 4 or distillate | 2.59E-05 tonne/m$^3$ | A | 3.1E-05 tonne/m$^3$ | B | |
| Industrial/commercial boilers – Butane/Propane | 2.4E-05  tonne/m$^3$ | E | 1.1E-04 tonne/m$^3$ | E | AP-42 Table 1.5-1 (07/08) |
| Residential furnace – Fuel oil | 2.13E-04 tonne/m$^3$ | A | 6.0E-06 tonne/m$^3$ | B | AP-42 Tables 1.3-3 and 1.3-12 (9/98) |

Footnotes and Sources:

Asociacion Regional De Empresas De Petroleo Y Gas Natural EN LatinoAmerica Y El Caribe (ARPEL). *Atmospheric Emissions Inventories Methodologies in the Petroleum Industry.*  ARPEL Guideline # ARPELCIDA02AEGUI2298, Prepared by Jaques Whitford Environment Limited, December 1998.

E&P Forum. *Methods for Estimating Atmospheric Emissions from E&P Operations,* The Oil Industry International Exploration and Production Forum, Report No. 2.59/197, September 1994.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, (GPO 055-000-005-001), U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, 1996;  Supplement D, 1998 – errata updated 4/28/00; Supplement E, 1999; and Supplement F, 2000.

[a] Emission factor is for a natural gas, controlled low-NOx burner unit.

[b] Emission factor is for uncontrolled natural gas units.

[c] The Btu-based emission factors for natural gas boiler/furnaces/heaters are derived from the volume-based (scf) factor by dividing by 1020 Btu/scf (the default heating value used by AP-42).  This factor may be used for other natural gas combustion sources.  Gas volumes are based on standard conditions of 60°F and 14.7 psia.

[d] Emission factor rating pertains to the quality of the data; "A" has the best quality while "E" has the poorest quality.

©2009 American Petroleum Institute

BLM_0002926

**Table 4-8.  Equipment-Specific Combustion Emission Factors for Boilers and Furnaces (Solid Fuels) [a]**

| *Original Units* | | | | | |
|---|---|---|---|---|---|
| Source | Methane | Emission Factor Rating [b] | Nitrous Oxide | Emission Factor Rating [b] | Source (version date) |
| Boilers - Bituminous and Sub-bituminous Coal | | | | | |
| PC-fired, dry bottom, wall-fired | 0.04 lb/ton | B | 0.03 lb/ton | B | AP-42 Table 1.1-19 (9/98) |
| PC-fired, dry bottom, tangentially fired | 0.04 lb/ton | B | 0.08 lb/ton | B | AP-42 Table 1.1-19 (9/98) |
| PC-fired, wet bottom | 0.05 lb/ton | B | 0.08 lb/ton | E | AP-42 Table 1.1-19 (9/98) |
| Cyclone furnace | 0.01 lb/ton | B | 0.09 lb/ton | E | AP-42 Table 1.1-19 (9/98) |
| Spreader stoker | 0.06 lb/ton | B | 0.04 lb/ton | D | AP-42 Table 1.1-19 (9/98) |
| Overfeed stoker | 0.06 lb/ton | B | 0.04 lb/ton | E | AP-42 Table 1.1-19 (9/98) |
| Underfeed stoker | 0.8 lb/ton | B | 0.04 lb/ton | E | AP-42 Table 1.1-19 (9/98) |
| Fluidized bed combustor | 0.06 lb/ton | E | 3.5 lb/ton | B | AP-42 Table 1.1-19 (9/98) |
| Boilers - Lignite | | | | | |
| Atmospheric fluidized bed combustor | Not available | Not available | 2.5 lb/ton | E | AP-42 Tables 1.7-1 and 1.7-4 (9/98) |
| Wood fuel/wood waste | 0.05 g/kg | Not available | 0.02 g/kg | Not available | Environment Canada, 2008, Table A12-19 |

©2009 American Petroleum Institute

BLM_0002927

**Table 4-8.  Equipment-Specific Combustion Emission Factors for Boilers and Furnaces (Solid Fuels) [a], continued**

*Emission Factors Converted to tonne/tonne*

| Source | Methane | Emission Factor Rating [b] | Nitrous Oxide | Emission Factor Rating [b] | Source (version date) |
|---|---|---|---|---|---|
| Boilers - Bituminous and Sub-bituminous Coal | | | | | |
| PC-fired, dry bottom, wall-fired | 2.0E-05 tonne/tonne | B | 1.5E-05 tonnes/tonne | B | AP-42 Table 1.1-19 (9/98) |
| PC-fired, dry bottom, tangentially fired | 2.0E-05 tonnes/tonne | B | 4.0E-05 tonnes/tonne | B | AP-42 Table 1.1-19 (9/98) |
| PC-fired, wet bottom | 2.5E-05 tonnes/tonne | B | 4.0E-05 tonnes/tonne | E | AP-42 Table 1.1-19 (9/98) |
| Cyclone furnace | 5.0E-06 tonnes/tonne | B | 4.5E-05 tonnes/tonne | E | AP-42 Table 1.1-19 (9/98) |
| Spreader stoker | 3.0E-05 tonnes/tonne | B | 2.0E-05 tonnes/tonne | D | AP-42 Table 1.1-19 (9/98) |
| Overfeed stoker | 3.0E-05 tonnes/tonne | B | 2.0E-05 tonnes/tonne | E | AP-42 Table 1.1-19 (9/98) |
| Underfeed stoker | 4.0E-04 tonnes/tonne | B | 2.0E-05 tonnes/tonne | E | AP-42 Table 1.1-19 (9/98) |
| Fluidized bed combustor | 3.0E-05 tonnes/tonne | E | 1.8E-03 tonnes/tonne | B | AP-42 Table 1.1-19 (9/98) |
| Boilers - Lignite | | | | | |
| Atmospheric fluidized bed combustor | Not available | Not available | 1.25E-03 tonnes/tonne | E | AP-42 Tables 1.7-1 and 1.7-4 (9/98) |
| Wood fuel/wood waste | 5.0E-05 tonnes/tonne | Not available | 2.0E-05 tonnes/tonne | Not available | Environment Canada, 2008, Table A12-19 |

Footnotes and Sources:
[a] U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources*, AP-42, (GPO 055-000-005-001), U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A and B, 1996;  Supplement E, 1998.
Environment Canada, *National Inventory Report: Greenhouse Gas Sources and Sinks in Canada 1990-2006*, Greenhouse Gas Division, Environment Canada, April 2008.
[b] Emission factor rating pertains to the quality of the data; "A" has the best quality while "E" has the poorest quality.

©2009 American Petroleum Institute

BLM_0002928

### 4.5.2     *Internal Combustion Units*

Table 4-9 summarizes $CH_4$ and $N_2O$ emission factors for IC units.  These emission factors are given on a fuel input basis, but can be converted to a power output basis using the conversion factors for each type of engine given in Table 4-2.

The emission factors provided in Table 4-9 are generic factors, not model-specific.  Model-specific emission factors for several Waukesha and CAT reciprocating engine models are provided in Appendix A.

Total organic compound (TOC) emission factors for diesel and gasoline IC engines (shown in Table 4-9) can be converted to $CH_4$ emission factors assuming the exhaust gas TOC contains 9 wt% $CH_4$ (based on AP-42, 10/96).

©2009 American Petroleum Institute

BLM_0002929

*Combustion Emissions Estimation Methods*

## Table 4-9.  Engines and Turbines Emission Factors

| Original Units | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Source | Methane | | Emission Factor Rating | $CH_4$ Reference | Nitrous Oxide | | Emission Factor Rating | $N_2O$ Reference |
| IC Engines | | | | | | | | |
| 2 cycle lean – Natural Gas | 1.45 | lb/$10^6$ Btu (HHV) | C | AP-42, Table 3.2-1 (7/00) | Refer to Table 4-5 | | | |
| 4 cycle lean – Natural Gas | 1.25 | lb/$10^6$ Btu (HHV) | C | AP-42, Table 3.2-2 (7/00) | | | | |
| 4 cycle rich – Natural Gas | 0.23 | lb/$10^6$ Btu (HHV) | C | AP-42, Table 3.2-3 (7/00) | | | | |
| Gasoline | 3.03 | lb TOC/ $10^6$ Btu (HHV) [a] | D,E | AP-42, Table 3.3-1 (10/96) | | | | |
| Diesel | 0.36 | lb TOC/ $10^6$ Btu (HHV) [a] | D,E | AP-42, Table 3.3-1 (10/96) | | | | |
| Large Bore–Diesel (> 600 hp) | 0.0081 | lb/$10^6$ Btu (HHV) [b] | E | AP-42, Table 3.4-1 ( 10/96) | | | | |
| Dual Fuel (95% Nat Gas/ 5%Diesel) | 0.6 | lb/$10^6$ Btu (HHV) | E | AP-42, Table 3.4-1 (10/96) | | | | |
| Turbines (≥ 80% load) –  Natural Gas | | | | | | | | |
| Uncontrolled | 0.0086 | lb/$10^6$ Btu (HHV) | C | AP-42, Table 3.1-2a (4/00) | 0.003 | lb/$10^6$ Btu (HHV) [c] | E | AP-42, Table 3.1-2a (4/00) |

©2009 American Petroleum Institute

BLM_0002930

*Combustion Emissions Estimation Methods*

## Table 4-9  Engines and Turbines Emission Factors, continued

| Units Converted to US Basis | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Source** | **Methane** | | **Emission Factor Rating** | **CH₄ Reference** | **Nitrous Oxide** | **Emission Factor Rating** | **N₂O Reference** |
| IC Engines | | | | | | | |
| 2 cycle lean – Natural Gas | 0.00066<br>0.00073 | tonne/$10^6$ Btu (HHV)<br>tonne/$10^6$ Btu (LHV) | C | AP-42, Table 3.2-1 (7/00) | Refer to Table 4-5 | | |
| 4 cycle lean – Natural Gas | 0.00057<br>0.00063 | tonne/$10^6$ Btu (HHV)<br>tonne/$10^6$ Btu (LHV) | C | AP-42, Table 3.2-2 (7/00) | | | |
| 4 cycle rich – Natural Gas | 0.00010<br>0.00012 | tonne/$10^6$ Btu (HHV)<br>tonne/106 Btu (LHV) | C | AP-42, Table 3.2-3 (7/00); | | | |
| Gasoline | 0.00137<br>0.00145 | tonne TOC/$10^6$ Btu (HHV) [a]<br>tonne TOC/$10^6$ Btu (LHV) [a] | D, E | AP-42, Table 3.3-1 (10/96) | | | |
| Diesel | 0.00016<br>0.00017 | tonne TOC/$10^6$ Btu (HHV) [a]<br>tonne TOC/$10^6$ Btu (LHV) [a] | D, E | AP-42, Table 3.3-1 (10/96) | | | |
| Large Bore – Diesel (> 600 hp) | 3.7E-06<br>3.9E-06 | tonne/$10^6$ Btu (HHV) [b]<br>tonne/$10^6$ Btu (LHV) [b] | E | AP-42, Table 3.4-1 ( 10/96) | | | |
| Dual Fuel (95% NG/5% diesel) | 0.00027<br>0.00030 | tonne/$10^6$ Btu (HHV)<br>tonne/$10^6$ Btu (LHV) [d] | E | AP-42, Table 3.4-1 (10/96) | | | |
| Turbines (≥ 80% load) – Natural Gas | | | | | | | |
| Uncontrolled | 3.9E-06<br>4.3E-06 | tonne/$10^6$ Btu (HHV)<br>tonne/$10^6$ Btu (LHV) | C | AP-42, Table 3.1-2a (4/00) | 1.4E-06  tonne/$10^6$ Btu (HHV) [c]<br>1.5E-06  tonne/$10^6$ Btu (LHV) [c] | E | AP-42, Table 3.1-2a (4/00) |
| IC Engines | | | | | | | |
| 2 cycle lean – Natural Gas | 0.623<br>0.693 | tonne/$10^{12}$ J (HHV)<br>tonne/$10^{12}$ J (LHV) | C | AP-42, Table 3.2-1 (7/00) | Refer to Table 4-5 | | |
| 4 cycle lean – Natural Gas | 0.537<br>0.597 | tonne/$10^{12}$ J (HHV)<br>tonnc/$10^{12}$ J (LHV) | C | AP-42, Table 3.2-2 (7/00) | | | |

©2009 American Petroleum Institute

August 2009

BLM_0002931

*Combustion Emissions Estimation Methods*

### Table 4-9  Engines and Turbines Emission Factors, continued

| *Units Converted to SI Basis* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Source | Methane | | Emission Factor Rating | AP-42 Reference (version date) | Nitrous Oxide | | Emission Factor Rating | Reference |
| IC Engines, continued | | | | | | | | |
| 4 cycle rich – Natural Gas | 0.10<br>0.11 | tonne/$10^{12}$ J (HHV)<br>tonne/$10^{12}$ J (LHV) | C | AP-42, Table 3.2-3 (7/00) | Refer to Table 4-5 | | | |
| Gasoline | 1.30<br>1.37 | tonne TOC/$10^{12}$ J (HHV) [a]<br>tonne TOC/$10^{12}$ J (LHV) [a] | D, E | AP-42, Table 3.3-1 (10/96) | | | | |
| Diesel | 0.15<br>0.16 | tonne TOC/$10^{12}$ J (HHV) [a]<br>tonne TOC/$10^{12}$ J (LHV) [a] | D, E | AP-42, Table 3.3-1 (10/96) | | | | |
| Large Bore – Diesel (> 600 hp) | 0.0035<br>0.0037 | tonne/$10^{12}$ J (HHV) [b]<br>tonne/$10^{12}$ J (LHV) [b] | E | AP-42, Table 3.4-1 ( 10/96) | | | | |
| Dual Fuel (95% NG/5% diesel) | 0.26<br>0.29 | tonne/$10^{12}$ J (HHV)<br>tonne/$10^{12}$ J (LHV) [d] | E | AP-42, Table 3.4-1 (10/96) | | | | |
| Turbines (≥ 80% load) – Natural Gas | | | | | | | | |
| Uncontrolled | 0.0037<br>0.0041 | tonne/$10^{12}$ J (HHV)<br>tonne/$10^{12}$ J (LHV) | C | AP-42, Table 3.1-2a (4/00) | 0.0013<br>0.0014 | tonne/$10^{12}$ J (HHV) [c]<br>tonne/$10^{12}$ J (LHV) [c] | E | AP-42, Table 3.1-2a (4/00) |

Footnotes and Sources:

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume 1: Stationary Point and Area Sources,* AP-42, (GPO 055-000-005-001), U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, 1996; Supplement D, 1998; Supplement E, 1999; and Supplement F, 2000.

[a] If the fuel composition is unknown, TOC factors shown above can be converted to $CH_4$ emission factors assuming the TOC contains 9 wt% $CH_4$ in the exhaust gas based on AP-42 (10/96).  The emission factors include TOC emissions from the sum of exhaust, evaporative, crankcase, and refueling emissions.  Emission factor rating D applies to exhaust emissions; emission factor rating E applies to evaporative, crankcase, and refueling emissions.

[b] Emission factor is based on TOC with 9% $CH_4$ by weight in the exhaust gas (based on AP-42, 10/96).

[c] Emission factor is based on limited source tests on a single turbine with water-steam injection.

[d] Emission factor was estimated assuming the fuel is a gas (i.e., assumed that HHV = LHV×0.90).

©2009 American Petroleum Institute

August 2009

BLM_0002932

*Combustion Emissions Estimation Methods*

Exhibit 4.8 shows an example calculation for $CH_4$ and $N_2O$ emissions from an internal combustion device.

---

**EXHIBIT 4.8:**      **Sample Calculation for Combustion Emissions Equipment Basis for Internal Combustion Device**

INPUT DATA:
A 100-hp gasoline-fired IC engine is operated for 8000 hours at 90% load during the reporting year. Calculate the $CH_4$ and $N_2O$ emissions from this source.

CALCULATION METHODOLOGY FOR $CH_4$:
1. *Calculate $CH_4$ emissions.* Because the equipment-specific $CH_4$ emission factor presented in Table 4-9 is on an energy input basis, the power output must be converted to energy input ($E_{In}$) basis. A conversion factor of 7,000 Btu/hp-hr is taken from Table 4-2. This calculation is shown in Exhibit 4.1 and is repeated below.

$$E_{In} = 100 \text{ hp} \times 0.90 \times \frac{8000 \text{ hr}}{yr} \times \frac{7000 \text{ Btu}}{\text{hp-hr}}$$

$$E_{In} = 5040 \times 10^6 \text{ Btu/yr (HHV)}$$

The emission factor presented in Table 4-9 for $CH_4$ is actually a factor for TOC. The exhaust gas TOC is assumed to contain 9 wt% $CH_4$ based on AP-42. The $CH_4$ emissions are calculated as:

$$E_{CH_4} = \frac{5040 \times 10^6 \text{ Btu}}{yr} \times \frac{0.00137 \text{ tonne TOC}}{10^6 \text{ Btu}} \times \frac{0.09 \text{ tonne CH}_4}{\text{tonne TOC}}$$

$$\underline{E_{CH_4} = 0.62 \text{ tonnes CH}_4/yr}$$

2. *Calculate $N_2O$ emissions.* The $N_2O$ emission factor for gasoline is provided on a volume basis. Nitrous oxide emissions are calculated by multiplying the emission factor provided in Table 4-9 by the quantity of energy consumed.

$$E_{N_2O} = \frac{5040 \times 10^6 \text{ Btu}}{yr} \times \frac{6.01 \times 10^{-7} \text{ tonne N}_2\text{O}}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.00303 \text{ tonnes N}_2\text{O/yr}}$$

---

©2009 American Petroleum Institute

BLM_0002933

*Combustion Emissions Estimation Methods*

| 4.6      Flare Emissions |
| --- |

Flares are used in all segments of the oil and natural gas industry to manage the disposal of unrecoverable natural gas via combustion of hydrocarbon products from routine operations, upsets, or emergencies. A wide variety of flare types are used in the industry, ranging from small open-ended pipes at production wellheads, to large horizontal or vertical flares with pilots and air- or steam-assist, such as those at refineries. Emissions of $CO_2$ and $N_2O$ are formed as products of combustion, and $CH_4$ emissions may result from incomplete combustion or from time periods where there is no flame at the flare tip due to operational problems.[5] Combustion efficiency, and therefore flare performance, is highly variable, primarily dependent on the flame stability. The flame stability, in turn, depends on the gas exit velocity, stack diameter, heat content, and wind conditions (Johnson et al., 2002).

Due to these complexities, detailed examination of flare emissions has been somewhat limited and focused primarily on refinery flares. Unless regulatory requirements dictate otherwise, general industry practice relies on the widely accepted AP-42 document, which states: "properly operated flares achieve at least 98 percent combustion efficiency" (EPA, AP-42 Section 13.5.2, September 1991, Reformatted January 1995), where 98% efficiency is consistent with the performance of other control devices. However, increased interest in GHG and air toxic emissions has prompted studies to more accurately characterize emissions from oil and natural gas industry flares (Ozumba, 2000; Strosher, 1996). Findings from these studies indicate a minimum of 98% combustion efficiency, with much higher efficiencies ($\geq 99.5\%$) measured in most situations, and very little, if any, detectable $CH_4$.[6] These findings are also consistent with the results of a study conducted by the International Flare Consortium (IFC) to compare and contrast flare efficiency findings (IFC, 2003). Combustion of flared gases is currently being studied; best available data should be used when determining flare efficiency.

As shown in Figure 4-2, this API *Compendium* recommends test data or vendor-specific information, such as flare combustion efficiency for estimating flare emissions from gas streams because this information is of higher quality than the default 98% combustion efficiency. However, this information may only be available for a small number of flares. In the absence of this information, emissions are calculated on the basis of knowing or estimating the flare gas flow

---

[5] Flares that are not operating (i.e., no flame) are treated as vented sources (see Section 5).
[6] Note that the Strosher flare study reports combustion efficiencies of less than 98% for tests conducted on two production flares without knockout drums.

©2009 American Petroleum Institute
August 2009

BLM_0002934

rate and composition.  For upstream operations, CAPP provides an approach for quantifying volumes of gas flared at typical upstream oil and natural gas facilities (CAPP, 2002).  Some of the approaches are also applicable to downstream operations.



**Figure 4-2.  Calculation Approaches for Gas Flare Emissions**

Table 4-10 provides "generic" upstream gas compositions for use only if measured data are unavailable.  Keep in mind that flare gas compositions can vary significantly, and the compositions provided in Table 4-10 are not meant to be representative of industry averages or typical values.

BLM_0002935

*Combustion Emissions Estimation Methods*

**Table 4-10.  "Generic" Upstream Gas Composition**

| Gas Component | Raw or Produced Gas Composition [a] Volume (or mole) % | Gas Processing Plant Gas Composition [b] Volume (or mole) % |
|---|---|---|
| $CH_4$ | 80 | 91.9 |
| Non-methane hydrocarbon | 15 ($C_2H_6$) 5 ($C_3H_8$) | 6.84 (MW unspecified) |
| $N_2$ | - | 0.68 |
| $CO_2$ | - | 0.58 |

Footnotes and Sources:
[a] CAPP.  *Calculating Greenhouse Gas Emissions*, Guide, 2003-003, Section 1.7.3, April 2003.  More detailed speciation profiles can be found in *A National Inventory of Greenhouse Gas (GHG), Criteria Air Contaminant (CAC) and Hydrogen Sulfide ($H_2S$) Emissions by the Upstream Oil and Gas Industry, Volume 3:  Methodology for Greenhouse Gases.*  (CAPP, 2004)
[b] IPCC.  *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, Volume 2, Chapter 4 (Fugitive Emissions), Table 4.2.4, 2006 Revised November 2008.

If the volume of hydrocarbons at the flare outlet is known, Equation 4-14 can be used to calculate $CO_2$ emissions:

$$E_{CO_2} = \left( HC \times CF_{HC} \times \frac{FE}{1\text{-}FE} \times \frac{44}{12} \right) + M_{CO_2} \qquad \text{(Equation 4-14)}$$

where

$E_{CO_2}$ = $CO_2$ mass emission rate;
$HC$ = flare hydrocarbon mass emission rate (from the flare);
$CF_{HC}$ = carbon weight fraction in hydrocarbon;
$FE$ = flare destruction efficiency;
$44/12$ = C to $CO_2$ conversion factor; and
$M_{CO_2}$ = mass of $CO_2$ in flared stream based on $CO_2$ composition of the stream.

If measured emissions data are unavailable, $CO_2$ emissions from flares are based on an estimated 98% combustion efficiency for the conversion of the flare gas carbon to $CO_2$, as shown in Equation 4-15.  This is consistent with published flare emission factors (E&P Forum, 1994), control device performance, and results from the more recent flare studies.

$$E_{CO_2} = \frac{\text{Volume}}{\text{flared}} \times \frac{\text{Molar volume}}{\text{conversion}} \times MW\ CO_2 \times \frac{\text{mass}}{\text{conversion}} \times$$

$$\left[ \sum \left( \frac{\text{mole Hydrocarbon}}{\text{mole gas}} \times \frac{A \text{ mole C}}{\text{mole Hydrocarbon}} \times \frac{0.98 \text{ mole } CO_2 \text{ formed}}{\text{mole C combusted}} \right) + \frac{B \text{ mole } CO_2}{\text{mole gas}} \right]$$

(Equation 4-15)

©2009 American Petroleum Institute
August 2009

BLM_0002936

*Combustion Emissions Estimation Methods*

where

Molar volume = conversion from molar volume to mass (379.3 scf/lbmole or
conversion    23.685 m$^3$/kgmole);

MW $CO_2$    = $CO_2$ molecular weight;

Mass conversion    = tonnes/2204.62lb or tonne/1000 kg;

$A$ = the number of moles of Carbon for the particular hydrocarbon; and

$B$ = the moles of $CO_2$ present in the flared gas stream.

Note that in both Equations 4-14 and 4-15, $CO_2$ present in the stream to the flare is emitted directly as $CO_2$. Neither the destruction efficiency nor the conversion of flare gas carbon to $CO_2$ apply to the $CO_2$ already contained in the flared stream.

For $CH_4$ emissions from flares, general industry practice assumes 0.5% residual, unburned $CH_4$ remaining in the flared gas for well designed and operated flares, such as in refineries. For production flares, where greater operational variability exists, $CH_4$ emissions may be based on an assumed value of 2% noncombusted. These recommendations are supported by published flare emission factors (EIIP Volume II, Table 10.2-1, September 1999) and endorsed by IPCC (IPCC, Volume 2, Chapter 4, 2006).[7] In the natural gas transmission, storage, and distribution sectors, flares are assumed to be similar to production flares (INGAA, Section 2.4, 2005).

The general equation for $CH_4$ emissions from flares is:

$$E_{CH_4} = V \times CH_4 \text{ Mole fraction} \times \% \text{ residual } CH_4 \times \frac{1}{\text{molar volume conversion}} \times MW_{CH_4}$$

(Equation 4-16)

where

$E_{CH_4}$ = emissions of $CH_4$ (lb);

$V$ = volume Flared (scf);

% residual $CH_4$ = noncombusted fraction of flared stream (default =0.5% or 2%);

Molar volume = conversion from molar volume to mass, (379.3 scf/lbmole or
conversion    23.685 m$^3$/kgmole); and

MW $CH_4$ = $CH_4$ molecular weight.

Very little information is available for $N_2O$ emissions from petroleum industry flares, but these emissions are likely negligible compared to $CO_2$ emissions from flares. Equation 4-17 provides a simple emission factor approach, based on $N_2O$ emission factors provided in Tables 4-11 and 4-12 (IPCC, 2007). Factors provided in Table 4-11 should be applied to systems designed, operated and maintained to North American/Western European standards; Table 4-12 applies to systems in

---

[7] The revised IPCC methodology (IPCC, 2006) cites the API *Compendium* (API, 2004) as the reference for the 98% combustion efficiency of flared natural gas (IPCC, 2006, Volume 2, Chapter 4).

©2009 American Petroleum Institute

BLM_0002937

developing countries and countries with economies in transition. IPCC also provides $CO_2$ and $CH_4$ emission factors for the same flare sources.[8] These flare emission factors are based on the volume of production or throughput for different types of petroleum operations and are provided as an alternative to using the generic gas compositions from Table 4-10.

$$E_{N_2O} = V \times EF_{N_2O}$$
(Equation 4-17)

where

$E_{N_2O}$ = emissions of $N_2O$;

$V$ = volume produced or refined ($m^3$, scf, or bb); and

$EF_{N_2O}$ = $N_2O$ emission factor.

---

[8] The refinery $CH_4$ flare emission factor is from Annex 3 of the EPA report, *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007* (EPA, 2009).

©2009 American Petroleum Institute

BLM_0002938

*Combustion Emissions Estimation Methods*

### Table 4-11.  GHG Emission Factors for Gas Flares in Developed Countries [a]

| *Original Units* | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Flare Source** | **Emission Factors** | | | | | | |
| | $CO_2$ | Uncertainty [b] (%) | $CH_4$ | Uncertainty [b] (%) | $N_2O$ | Uncertainty [b] (%) | Units |
| Flaring - gas production [c] | 1.2E-03 | ±25 | 7.6E-07 | ±25 | 2.1E-08 | -10 to +1000 | $Gg/10^6\ m^3$ gas production |
| Flaring - sweet gas processing | 1.8E-03 | ±25 | 1.2E-06 | ±25 | 2.5E-08 | -10 to +1000 | $Gg/10^6\ m^3$ raw gas feed |
| Flaring - sour gas processing | 3.6E-03 | ±25 | 2.4E-06 | ±25 | 5.4E-08 | -10 to +1000 | $Gg/10^6\ m^3$ raw gas feed |
| Flaring - conventional oil production | 4.1E-02 | ±50 | 2.5E-05 | ±50 | 6.4E-07 | -10 to +1000 | $Gg/10^3\ m^3$ conventional oil production |
| Flaring - heavy oil/cold bitumen production | 2.2E-02 | ±75 | 1.4E-04 | ±75 | 4.6E-07 | -10 to +1000 | $Gg/10^3\ m^3$ heavy oil production |
| Flaring - thermal oil production | 2.7E-02 | ±75 | 1.6E-05 | ±75 | 2.4E-07 | -10 to +1000 | $Gg/10^3\ m^3$ thermal bitumen production |
| Flaring – refining [d, e] | No data | No data | 0.189 | No data | No data | No data | $scf/10^3$ bbl refinery feed |
| *Units Converted to tonnes/$10^6$ scf or tonnes/1000 bbl* | | | | | | | |
| **Flare Source** | **Emission Factors** | | | | | | |
| | $CO_2$ | Uncertainty [b] (%) | $CH_4$ | Uncertainty [b] (%) | $N_2O$ | Uncertainty [b] (%) | Units |
| Flaring - gas production [c] | 3.4E-02 | ±25 | 2.2E-05 | ±25 | 5.9E-07 | -10 to +1000 | $tonnes/10^6$ scf gas production |
| Flaring - sweet gas processing | 5.1E-02 | ±25 | 3.4E-05 | ±25 | 7.1E-07 | -10 to +1000 | $tonnes/10^6$ scf raw gas feed |
| Flaring - sour gas processing | 0.10 | ±25 | 6.8E-05 | ±25 | 1.5E-06 | -10 to +1000 | $tonnes/10^6$ scf raw gas feed |
| Flaring - conventional oil production | 6.5 | ±50 | 4.0E-03 | ±50 | 1.0E-04 | -10 to +1000 | $tonnes/10^3$ bbl conventional oil production |
| Flaring - heavy oil/cold bitumen production | 3.5 | ±75 | 2.2E-02 | ±75 | 7.3E-05 | -10 to +1000 | $tonnes/10^3$ bbl  heavy oil production |
| Flaring - thermal oil production | 4.3 | ±75 | 2.5E-03 | ±75 | 3.8E-05 | -10 to +1000 | $tonnes/10^3$ bbl thermal bitumen production |
| Flaring - refining [d, e] | No data | No data | 3.63E-06 | No data | No data | No data | $tonnes/10^3$ bbl refinery feed |

©2009 American Petroleum Institute

BLM_0002939

**Table 4-11.  GHG Emission Factors for Gas Flares in Developed Countries [a], continued**

| Units Converted to tonnes/10⁶ m³ or tonnes/1000 m³ | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Emission Factors | | | | | | |
| Flare Source | $CO_2$ | Uncertainty [b] (%) | $CH_4$ | Uncertainty [b] (%) | $N_2O$ | Uncertainty [b] (%) | Units |
| Flaring - gas production [e] | 1.2 | ±25 | 7.6E-04 | ±25 | 2.1E-05 | -10 to +1000 | tonnes/10⁶ m³ gas production |
| Flaring - sweet gas processing | 1.8 | ±25 | 1.2E-03 | ±25 | 2.5E-05 | -10 to +1000 | tonnes/10⁶m³ raw gas feed |
| Flaring - sour gas processing | 3.6 | ±25 | 2.4E-03 | ±25 | 5.4E-05 | -10 to +1000 | tonnes/10⁶m³ raw gas feed |
| Flaring - conventional oil production | 41.0 | ±50 | 2.5E-02 | ±50 | 6.4E-04 | -10 to +1000 | tonnes/10³ m³ conventional oil production |
| Flaring - heavy oil/cold bitumen production | 22.0 | ±75 | 1.4E-01 | ±75 | 4.6E-04 | -10 to +1000 | tonnes/10³ m³ heavy oil production |
| Flaring - thermal oil production | 27.0 | ±75 | 1.6E-02 | ±75 | 2.4E-04 | -10 to +1000 | tonnes/10³ m³ thermal bitumen production |
| Flaring – refining [d, e] | No data | No data | 2.28E-05 | No data | No data | No data | tonnes/10³ m³ refinery feed |

Footnotes and Sources:
[a] IPCC, *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 4 (Fugitive Emissions)*, Table 4.2.4, 2006 Revised November 2008.
[b] Uncertainty based on a 95% confidence interval (IPCC, Volume 2, Chapter 4, Section 4.2.2.7.2, 2006 Revised November 2008).
[c] IPCC reports that flared volumes should be used to estimate flare emissions instead of the above emission factors when such data are available.  IPCC reports that flared volume based emission factors are 0.012, 2.0 and 0.000023 Gg/10⁶ m³ of gas flared for $CH_4$, $CO_2$, and $N_2O$, respectively, based on a flaring efficiency of 98% and a typical gas analysis at a gas processing plant (91.9% $CH_4$, 0.58% $CO_2$, 0.68% $N_2$ and 6.84% non-$CH_4$ hydrocarbons, by volume).
[d] U.S. Environmental Protection Agency (EPA).  *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*, Table A-127, April 15, 2009.
[e] $CH_4$ emission factors converted from scf or m³ are based on 60°F and 14.7 psia.

BLM_000940

*Combustion Emissions Estimation Methods*

### Table 4-12.  GHG Emission Factors for Gas Flares in Developing Countries and Countries with Economies in Transition [a]

| **Original Units** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Emission Factors** | | | | | | |
| **Flare Source** | **CO$_2$** | **Uncertainty [b] (%)** | **CH$_4$** | **Uncertainty [b] (%)** | **N$_2$O** | **Uncertainty [b] (%)** | **Units** |
| Flaring - gas production [c] | 1.2E-03 – 1.6E-03 | ±75 | 7.6E-07 – 1.0E-06 | ±75 | 2.1E-08 – 2.9E-08 | -10 to +1000 | Gg/10$^6$ m$^3$ gas production |
| Flaring - sweet gas processing | 1.8E-03 – 2.5E-03 | ±75 | 1.2E-06 – 1.6E-06 | ±75 | 2.5E-08 – 3.4E-08 | -10 to +1000 | Gg/10$^6$ m$^3$ raw gas feed |
| Flaring - sour gas processing | 3.6E-03 – 4.9E-03 | ±75 | 2.4E-06 – 3.3E-06 | ±75 | 5.4E-08 – 7.4E-08 | -10 to +1000 | Gg/10$^6$ m$^3$ raw gas feed |
| Flaring - conventional oil production | 4.1E-02 – 5.6E-02 | ±75 | 2.5E-05 – 3.4E-05 | ±75 | 6.4E-07 – 8.8E-07 | -10 to +1000 | Gg/10$^3$ m$^3$ conventional oil production |
| Flaring - heavy oil/cold bitumen production | 2.2E-02 – 3.0E-02 | -67 to +150 | 1.4E-04 – 1.9E-04 | -67 to +150 | 4.6E-07 – 6.3E-07 | -10 to +1000 | Gg/10$^3$ m$^3$ heavy oil production |
| Flaring - thermal oil production | 2.7E-02 – 3.7E-02 | -67 to +150 | 1.6E-05 – 2.2E-05 | -67 to +150 | 2.4E-07 – 3.3E-07 | -10 to +1000 | Gg/10$^3$ m$^3$ thermal bitumen production |

| **Units Converted to tonnes/10$^6$ scf or tonnes/1000 bbl** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Emission Factors** | | | | | | |
| **Flare Source** | **CO$_2$** | **Uncertainty [b] (%)** | **CH$_4$** | **Uncertainty [b] (%)** | **N$_2$O** | **Uncertainty [b] (%)** | **Units** |
| Flaring - gas production [c] | 3.4E-02 – 4.5E-02 | ±75 | 2.2E-05 – 2.8E-05 | ±75 | 5.9E-07 – 8.2E-07 | -10 to +1000 | tonnes/10$^6$ scf gas production |
| Flaring - sweet gas processing | 5.1E-02 – 7.1E-02 | ±75 | 3.4E-05 – 4.5E-05 | ±75 | 7.1E-07 – 9.6E-07 | -10 to +1000 | tonnes/10$^6$ scf raw gas feed |
| Flaring - sour gas processing | 0.10 – 0.14 | ±75 | 6.8E-05 – 9.3E-05 | ±75 | 1.5E-06 – 2.1E-06 | -10 to +1000 | tonnes/10$^6$ scf raw gas feed |
| Flaring - conventional oil production | 6.5 – 8.9 | ±75 | 4.0E-03 – 5.4E-03 | ±75 | 1.0E-04 – 1.4E-04 | -10 to +1000 | tonnes/10$^3$ bbl conventional oil production |
| Flaring - heavy oil/cold bitumen production | 3.5 – 4.8 | -67 to +150 | 2.2E-02 – 3.0E-02 | -67 to +150 | 7.3E-05 – 1.0E-04 | -10 to +1000 | tonnes/10$^3$ bbl heavy oil production |
| Flaring - thermal oil production | 4.3 – 5.9 | -67 to +150 | 2.5E-03 – 3.5E-03 | -67 to +150 | 3.8E-05 – 5.2E-05 | -10 to +1000 | tonnes/10$^3$ bbl thermal bitumen production |

©2009 American Petroleum Institute

BLM_000294 I

*Combustion Emissions Estimation Methods*

**Table 4-12.  GHG Emission Factors for Gas Flares in Developing Countries and Countries with Economies in Transition [a], continued**

| *Units Converted to tonnes/$10^6$ $m^3$ or tonnes/1000 $m^3$* | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Emission Factors** | | | | | | |
| **Flare Source** | **$CO_2$** | **Uncertainty [b] (%)** | **$CH_4$** | **Uncertainty [b] (%)** | **$N_2O$** | **Uncertainty [b] (%)** | **Units** |
| Flaring - gas production [c] | 1.2 – 1.6 | ±75 | 7.6E-04 – 1.0E-03 | ±75 | 2.1E-05 – 2.9E-05 | -10 to +1000 | tonnes/$10^6$ $m^3$ gas production |
| Flaring - sweet gas processing | 1.8 – 2.5 | ±75 | 1.2E-03 – 1.6E-03 | ±75 | 2.5E-05 – 3.4E-05 | -10 to +1000 | tonnes/$10^6$$m^3$ raw gas feed |
| Flaring - sour gas processing | 3.6 – 4.9 | ±75 | 2.4E-03 – 3.3E-03 | ±75 | 5.4E-05 – 7.4E-05 | -10 to +1000 | tonnes/$10^6$$m^3$ raw gas feed |
| Flaring - conventional oil production | 41.0 – 56.0 | ±75 | 2.5E-02 – 3.4E-02 | ±75 | 6.4E-04 – 8.8E-04 | -10 to +1000 | tonnes/$10^3$ $m^3$ conventional oil production |
| Flaring - heavy oil/cold bitumen production | 22.0 – 30.0 | -67 to +150 | 1.4E-01 – 1.9E-01 | -67 to +150 | 4.6E-04 – 6.3E-04 | -10 to +1000 | tonnes/$10^3$ $m^3$ heavy oil production |
| Flaring - thermal oil production | 27.0 – 37.0 | -67 to +150 | 1.6E-02 – 2.2E-02 | -67 to +150 | 2.4E-04 – 3.3E-04 | -10 to +1000 | tonnes/$10^3$ $m^3$ thermal bitumen production |

Footnotes and Sources:
[a] IPCC, *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 4 (Fugitive Emissions)*, Table 4.2.5, 2006 Revised November 2008.
[a] Uncertainty based on a 95% confidence interval (IPCC, Volume 2, Chapter 4, Section 4.2.2.7.2, 2006 Revised November 2008).
[c] IPCC reports that flared volumes should be used to estimate flare emissions instead of the above emission factors when such data are available.  IPCC reports that flared volume based emission factors are 0.012, 2.0 and 0.000023 Gg/$10^6$ $m^3$ of gas flared for $CH_4$, $CO_2$, and $N_2O$, respectively, based on a flaring efficiency of 98% and a typical gas analysis at a gas processing plant (91.9% $CH_4$, 0.58% $CO_2$, 0.68% $N_2$ and 6.84% non-$CH_4$ hydrocarbons, by volume).

BLM_0002942

©2009 American Petroleum Institute

*Combustion Emissions Estimation Methods*

Exhibit 4.9 demonstrates emission calculations for gas flares when the volume to the flare is known.

---

**EXHIBIT 4.9:**     **Sample Calculation for Combustion Emissions from a Gas Flare –
                      Known Flared Volume**

INPUT DATA:
A production facility in a developed country produces 3 million scf/day of natural gas.  In a given year, 20 million scf of field gas are flared at the facility.  The flare gas composition is: 12 mole% $CO_2$, 2.1 mole% $N_2$, 80 mole% $CH_4$, 4.2 mole% $C_2H_6$, 1.3 mole% $C_3H_8$, and 0.4 mole% $C_4H_{10}$.  The volume of the pilot stream combusted is included in the volume of the field gas flared.

ASSUMPTIONS:
Since test results or vendor data are not available, emissions will be calculated based on the alternative approaches of 98% combustion efficiency for $CO_2$ emissions and 2% uncombusted $CH_4$.

CALCULATION METHODOLOGY:
Methane emissions are based on the assumption that 2% of the $CH_4$ in the flare gas is released uncombusted.

$$E_{CH_4} : \frac{20 \times 10^6 \text{ scf gas}}{\text{yr}} \times \frac{0.80 \text{ scf } CH_4}{\text{scf gas}} \times \frac{0.02 \text{ scf noncombusted } CH_4}{\text{scf } CH_4 \text{total}}$$

$$\times \frac{\text{lbmole } CH_4}{379.3 \text{ scf } CH_4} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CH_4} = \underline{6.1 \text{ tonnes } CH_4/\text{yr}}$$

Carbon dioxide emissions are based on the facility gas composition and the generally accepted 98% combustion efficiency to convert from flare gas carbon to $CO_2$.

---

©2009 American Petroleum Institute

BLM_0002943

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.9:**   **Sample Calculation for Combustion Emissions from a Gas Flare, continued**

$$E_{CO_2} : \frac{20 \times 10^6 \text{ scf gas}}{yr} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times$$

$$\left[ \begin{array}{l} \left( \begin{array}{l} \dfrac{0.80 \text{ lbmole CH}_4}{\text{lbmole gas}} \times \dfrac{1 \text{ lbmole C}}{\text{lbmole CH}_4} \\[2mm] + \dfrac{0.042 \text{ lbmole C}_2\text{H}_6}{\text{lbmole gas}} \times \dfrac{2 \text{ lbmole C}}{\text{lbmole C}_2\text{H}_6} \\[2mm] + \dfrac{0.013 \text{ lbmole C}_3\text{H}_8}{\text{lbmole gas}} \times \dfrac{3 \text{ lbmole C}}{\text{lbmole C}_3\text{H}_8} \\[2mm] + \dfrac{0.004 \text{ lbmole C}_4\text{H}_{10}}{\text{lbmole gas}} \times \dfrac{4 \text{ lbmole C}}{\text{lbmole C}_4\text{H}_{10}} \end{array} \right) \times \dfrac{44 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \dfrac{\text{tonne}}{2204.62 \text{ lb}} \\[4mm] \times \dfrac{0.98 \text{ lbmole CO}_2 \text{ formed}}{\text{lbmole C combusted}} + \dfrac{0.12 \text{ lbmole CO}_2}{\text{lbmole gas}} \end{array} \right]$$

$$E_{CO_2} = 1,095 \text{ tonnes CO}_2/yr$$

$N_2O$ emissions are calculated using the emission factor for "Flaring - gas production" in Table 4-11. Note that these emission factors are based on the total volume of gas produced at the facility. For comparison purposes, $CO_2$ and $CH_4$ emissions are also estimated using the published emission factors for "Flaring - gas production."

$$E_{N_2O} : \frac{3 \times 10^6 \text{ scf gas}}{day} \times \frac{365 \text{ days}}{yr} \times \frac{5.9 \times 10^{-7} \text{ tonnes N}_2\text{O}}{10^6 \text{ scf gas}} = 6.46 \times 10^{-4} \text{ tonnes N}_2\text{O/yr}$$

$$E_{CO_2} : \frac{3 \times 10^6 \text{ scf gas}}{day} \times \frac{365 \text{ days}}{yr} \times \frac{3.4 \times 10^{-2} \text{ tonnes CO}_2}{10^6 \text{ scf gas}} = 37.23 \text{ tonnes CO}_2/yr$$

$$E_{CH_4} : \frac{3 \times 10^6 \text{ scf gas}}{day} \times \frac{365 \text{ days}}{yr} \times \frac{2.2 \times 10^{-5} \text{ tonnes CH}_4}{10^6 \text{ scf gas}} = 0.024 \text{ tonnes CH}_4/yr$$

Exhibit 4.10 demonstrates an example calculation for GHG emissions from a gas flare when the VOC emissions from the flare are known, but the flow rate to the flare is not known.

---

©2009 American Petroleum Institute

BLM_0002944

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.10:**   **Sample Calculation for Gas Flare Combustion Emissions – Known Flare Emissions**

INPUT DATA:

A gas flare is estimated to emit 2.21 tons of VOC during the reporting year.  The average analysis of the gas stream to the flare is shown below.  The flare destruction efficiency is 98%.  Calculate the $CO_2$, $CH_4$, and $N_2O$ emissions from this source.

| Compound | Weight % |
|---|---|
| Methane | 2.73 |
| Ethane | 0.85 |
| Propane | 1.35 |
| Butanes | 0.99 |
| Pentanes | 0.83 |
| C6+ | 2.16 |
| Carbon Dioxide | 90.43 |
| Inerts (as $N_2$) | 0.66 |

VOC Weight % = 5.33
Hydrocarbon Weight % = 8.91

1.  *Calculate $CO_2$ emissions.*  The first step in calculating the $CO_2$ emissions is calculating the carbon content of the hydrocarbon mixture, as shown in Equation 4-10.  The fuel sample must first be normalized to exclude $CO_2$ and inerts.  Then, the carbon contents of the individual constituents must be calculated using Equation 4-9.  This is shown below for ethane ($C_2H_6$).

$$Wt\%C_{C_2H_6} = \frac{12 \text{ lb C}}{\text{lbmole C}} \times \frac{2 \text{ lbmoles C}}{\text{lbmole C}_2\text{H}_6} \times \frac{\text{lbmole C}_2\text{H}_6}{30.07 \text{ lb C}_2\text{H}_6} = \underline{0.80 \text{ lb C/lb C}_2\text{H}_6}$$

$$Wt\%C_{C_2H_6} = 80\% \text{ C}$$

Repeating this calculation for the rest of the sample results in the following:

| | **Adjusted Wt%** | **Carbon Content (Wt% C)** |
|---|---|---|
| Methane | 30.64 | 74.8% |
| Ethane | 9.54 | 79.8% |
| Propane | 15.15 | 81.6% |
| Butanes | 11.11 | 82.6% |
| Pentanes | 9.32 | 83.2% |
| C6+ | 24.24 | 83.5% |
| Carbon Dioxide | 0 | 27.3% |
| Inerts (as $N_2$) | 0 | 0.0% |
| **Fuel Mixture** | **100** | **80.08%** |

---

©2009 American Petroleum Institute

BLM_0002945

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.10:     Sample Calculation for Gas Flare Combustion Emissions – Known Flare Emissions, continued**

The carbon content of the fuel mixture is then calculated using Equation 4-10.

$$Wt\%C_{Mixture} = \frac{1}{100} \times \begin{bmatrix} (30.64 \times 74.8) + (9.54 \times 79.8) + (15.15 \times 81.6) + (11.11 \times 82.6) \\ + (9.32 \times 83.2) + (24.24 \times 83.5) + (0 \times 27.3) + (0 \times 0) \end{bmatrix}$$

$Wt\%C_{Mixture}$ = 80.08 Wt%C (alternately presented as 0.8008 lb C/lb fuel)

Because the estimated VOC emission rate from the flare is known, Equation 4-14 will be used to calculate $CO_2$ emissions from the flare. To use Equation 4-14, the VOC emissions must be converted to total hydrocarbon emissions, and the mass of the carbon dioxide released must be calculated:

$$E_{HC} = \frac{2.21 \text{ tons VOC}}{yr} \times \frac{100 \text{ lb gas}}{5.33 \text{ lbVOC}} \times \frac{8.91 \text{ lb hydrocarbon}}{100 \text{ lb gas}}$$

$E_{HC}$ = 3.69 tons hydrocarbon from the flare/yr

$$M_{CO_2} = \frac{2.21 \text{ tons VOC}}{yr} \times \frac{100 \text{ lb gas}}{5.33 \text{ lbVOC}} \times \frac{90.43 \text{ lb } CO_2}{100 \text{ lb gas}}$$

$M_{CO_2}$ = 37.50 tons $CO_2$/yr

Equation 4-14 is then used to calculate $CO_2$ emissions.

$$E_{CO_2} = \begin{bmatrix} \left( \frac{3.69 \text{ tons hydrocarbon}}{yr} \times \frac{0.8008 \text{ ton C}}{\text{ton hydrocarbon}} \times \frac{0.98}{1 - 0.98} \times \frac{44 \text{ ton } CO_2}{12 \text{ ton C}} \right) \\ + \frac{37.50 \text{ tons } CO_2}{yr} \end{bmatrix} \times \frac{\text{tonne}}{1.10231 \text{ ton}}$$

$\underline{E_{CO_2} = 515.7 \text{ tonnes } CO_2/yr}$

---

©2009 American Petroleum Institute
August 2009

BLM_0002946

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.10:** **Sample Calculation for Gas Flare Combustion Emissions – Known Flare Emissions, continued**

2. *Calculate CH$_4$ emissions.* Methane emissions are calculated using Equation 4-16, which is modified to reflect the fact that the mass flared is known:

$$E_{CH_4} = (\text{Mass Flared}) \times (CH_4 \text{ Weight fraction}) \times (\% \text{ residual } CH_4)$$

$$E_{CH_4} = \frac{3.69 \text{ tons hydrocarbon}}{yr} \times \frac{1}{1-0.98} \times \frac{100 \text{ tons gas}}{8.91 \text{ tons hydrocarbon}} \times \frac{2.73 \text{ tons } CH_4}{100 \text{ tons gas}}$$

$$\times (1-0.98) \times \frac{\text{tonne}}{1.10231 \text{ ton}}$$

$$E_{CH_4} = 1.03 \text{ tonnes } CH_4/yr$$

3. *Calculate N$_2$O emissions.* Nitrous oxide emissions are calculated using the natural gas fuel based emission factor from Table 4-5. The use of the emission factor requires the quantity of fuel combusted on a heat basis, which requires the higher heating value of the fuel. The fuel heating value is calculated using Equation 3-11. Note that to use Equation 3-11, the adjusted fuel speciation data is converted from weight % to mole % (as shown in Equation 3-7), using the molecular weight of the mixture on a hydrocarbon basis.

The molecular weight of the mixture is calculated using Equation 3-9.

$$MW_{Mixture} = 100 \div \begin{bmatrix} (30.64 \div 16.04) + (9.54 \div 30.07) + (15.15 \div 44.10) + (11.11 \div 58.12) \\ + (9.32 \div 72.15) + (24.24 \div 86.18) + (0 \div 44.01) + (0 \div 28.01) \end{bmatrix}$$

$$MW_{Mixture} = 31.52 \text{ lb/lbmole}$$

The conversion from weight % to mole % is shown below for C$_2$H$_6$.

$$\text{Mole}\%_{C_2H_6} = \frac{\frac{9.54 \text{ lb } C_2H_6}{100 \text{ lb gas}} \times \frac{31.52 \text{ lb gas}}{\text{lbmole gas}}}{\frac{30.07 \text{ lb } C_2H_6}{\text{lbmole } C_2H_6}} = 10.00 \text{ lbmole } C_2H_6/100 \text{ lbmole gas}$$

$$\text{Mole}\%_{C_2H_6} = 10.00\%$$

Repeating this calculation for the rest of the sample results in the calculations in Exhibit 4.10.

---

©2009 American Petroleum Institute

BLM_0002947

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.10:**        **Sample Calculation for Gas Flare Combustion Emissions – Known Flare Emissions, continued**

| | Molecular Weight | Adjusted Mol% | Heating Value (Btu/scf) |
|---|---|---|---|
| Methane | 16.04 | 60.21 | 1009.7 |
| Ethane | 30.07 | 10.00 | 1768.8 |
| Propane | 44.10 | 10.83 | 2517.5 |
| Butanes | 58.12 | 6.03 | 3262.1 |
| Pentanes | 72.15 | 4.07 | 4009.6 |
| C6+ | 86.18 | 8.87 | 4756.2 |
| Carbon Dioxide | 44.01 | 0.00 | 0 |
| Inerts (as $N_2$) | 28.01 | 0.00 | 0 |
| **Fuel Mixture** | **31.52** | **100** | **1838.9** |

The heating value of the mixture is calculated below.

$$HHV_{Mixture} = \left[ \begin{array}{l} \left(\dfrac{60.21}{100} \times 1009.7\right) + \left(\dfrac{10.00}{100} \times 1768.8\right) + \left(\dfrac{10.83}{100} \times 2517.5\right) + \left(\dfrac{6.03}{100} \times 3262.1\right) \\[2mm] + \left(\dfrac{4.07}{100} \times 4009.6\right) + \left(\dfrac{8.87}{100} \times 4756.2\right) + (0 \times 0) + (0 \times 0) \end{array} \right]$$

$$HHV_{Mixture} = 1838.9 \text{ Btu/scf}$$

$$E_{N_2O} = (\text{Volume Hydrocarbon Flared}) \times (\text{Heating Value}) \times (N_2O \text{ emission factor})$$

$$E_{N_2O} = \frac{3.69 \text{ tons hydrocarbon}}{yr} \times \frac{2,000 \text{ lb}}{ton} \times \frac{\text{lbmole hydrocarbon}}{31.52 \text{ lb hydrocarbon}} \times \frac{379.3 \text{ scf}}{lbmole}$$

$$\times \frac{1}{1 - 0.98} \times \frac{1838.9 \text{ Btu}}{scf} \times \frac{9.50 \times 10^{-8} \text{ tonnes } N_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 7.76 \times 10^{-4} \text{ tonnes } N_2O/yr}$$

©2009 American Petroleum Institute

BLM_0002948

*Combustion Emissions Estimation Methods*

<div style="background:#7ec8d6;padding:4px">

**4.7      Incinerators, Oxidizers, and Vapor Combustion Units**

</div>

Incinerators, thermal and catalytic oxidizers, and vapor combustion units (VCUs) may be used as control devices or to combust waste fuels.  Carbon dioxide emissions from hydrocarbons in the combusted stream can be estimated by mass balance using an assumed conversion of carbon in the fuel gas to $CO_2$ or based on the control efficiency of the unit.  Alternatively, the external combustion emission factors given by fuel usage (described in Section 4.4) can be used for estimating $CO_2$ emissions.  Carbon dioxide present in the stream is emitted directly as $CO_2$.  Methane emissions from these sources can be estimated from a mass balance by assuming a certain $CH_4$ destruction efficiency.  Nitrous oxide emissions can be estimated by applying an emission factor from Table 4-7, assuming the control device is similar to a heater.

The following example shows the approach that can be used to estimate $CO_2$, $CH_4$, and $N_2O$ emissions from a thermal oxidizer.

---

**EXHIBIT 4.11:      Sample Calculation for Combustion Emissions – Thermal Oxidizer**

INPUT DATA:
A thermal oxidizer is used to control emissions from crude oil loading at a terminal.  Previous stack test data have demonstrated that the oxidizer achieves at least 99% destruction of the oil vapors.  The thermal oxidizer does not require supplemental fuel to operate properly.

The following is known about the loading operations based on process knowledge and/or engineering judgment:

Loading throughput:  4,122,487 bbl crude
Loading loss:  1.23 lb VOC/1000 gal

| Compound | Molecular Weight | Mole % | Wt % | lb C/lb | Contribution to Mixture C Content |
|---|---|---|---|---|---|
| Benzene ($C_6H_6$) | 78.11 | 1.28 | 2.12 | 0.92 | 1.96 |
| Butane ($C_4H_{10}$) | 58.12 | 59.80 | 73.58 | 0.83 | 60.77 |
| Cyclohexane ($C_6H_{12}$) | 84.16 | 1.04 | 1.86 | 0.86 | 1.59 |
| Ethylbenzene ($C_8H_{10}$) | 106.16 | 0.07 | 0.15 | 0.79 | 0.12 |
| Hexane ($C_6H_{14}$) | 86.17 | 3.77 | 6.88 | 0.84 | 5.75 |
| Toluene ($C_7H_8$) | 92.13 | 0.15 | 0.29 | 0.91 | 0.27 |
| Xylene ($C_8H_{10}$) | 106.16 | 0.05 | 0.11 | 0.90 | 0.10 |
| Methane ($CH_4$) | 16.04 | 22.08 | 7.50 | 0.75 | 5.61 |
| Ethane ($C_2H_6$) | 30.07 | 11.78 | 7.50 | 0.80 | 5.99 |
| | 47.23 | 100 | 100 | | 82.15 |

---

©2009 American Petroleum Institute

BLM_0002949

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.11:**  **Sample Calculation for Combustion Emissions – Thermal Oxidizer, continued**

Calculate the $CO_2$ and $CH_4$ emissions.  (Note, there are no published $N_2O$ emission factors for the combustion of crude vapors.)

CALCULATION METHODOLOGY:

1. *Calculate $CO_2$ emissions.*  The first step in estimating the oxidizer $CO_2$ emissions is to calculate the TOC flow rate to the incinerator.  TOC emissions are calculated from VOC loading loss by assuming that VOC comprises 85% of TOC in crude oil (AP-42, Section 5.2, January 1995).

$$E_{TOC} = \frac{4,122,487 \text{ bbl}}{yr} \times \frac{42 \text{ gal}}{bbl} \times \frac{1.23 \text{ lb VOC}}{1000 \text{ gal crude}} \times \frac{\text{lb TOC}}{0.85 \text{ lb VOC}}$$

$E_{TOC} = 250,550$ lb TOC/yr

The second step is to convert TOC flow rate to $CO_2$ emissions, using the fuel carbon content and oxidizer combustion efficiency.

$$E_{CO_2} = \frac{250,550 \text{ lb TOC}}{yr} \times \frac{0.8215 \text{ lb C}}{\text{lb TOC}} \times \frac{44 \text{ lb } CO_2}{12 \text{ lb C}} \times \frac{0.99 \text{ lb } CO_2 \text{ formed}}{\text{lb } CO_2 \text{ combusted}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$E_{CO_2} = 338.9$ tonnes $CO_2$/yr

2. *Calculate $CH_4$ emissions.*  Methane emissions are calculated by multiplying the uncombusted portion of the oxidizer crude oil feed by the $CH_4$ content of the crude (wt%), as shown below:

$$E_{CH_4} = \frac{250,550 \text{ lb TOC}}{yr} \times \frac{0.075 \text{ lb } CH_4}{\text{lb TOC}} \times \frac{(1-0.99) \text{ lb } CH_4 \text{ emitted}}{\text{lb } CH_4 \text{ combusted}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$E_{CH_4} = 0.085$ tonnes $CH_4$/yr

---

## 4.8    Mobile/Transportation Combustion Sources

Transportation combustion sources are the engines that provide motive power for vehicles used as part of petroleum operations.  Transportation sources may include company fleet vehicles such as cars and trucks used for work-related personnel transport, as well as forklifts and other construction

©2009 American Petroleum Institute

BLM_0002950

and maintenance equipment, rail cars, tanker trucks, ships, and barges used to transport crude and petroleum products, and mobile trucks and shovels used in oil sand mining operations.

The fossil fuel-fired IC engines used in transportation are a source of $CO_2$ emissions. Small quantities of $CH_4$ and $N_2O$ are also emitted based on fuel composition, combustion conditions, and post-combustion control technology.

Estimating emissions from mobile sources can be complex, requiring detailed information on the types of mobile sources, fuel types, vehicle fleet age, maintenance procedures, operating conditions and frequency, emissions controls, and fuel consumption. EPA has developed a software model, MOBILE Vehicle Emissions Modeling Software[9], that accounts for these factors in calculating exhaust emissions ($CO_2$, HC, CO, $NO_x$, particulate matter, and toxics) for gasoline- and diesel-fueled vehicles. EPA has a similar emissions model for nonroad engines, equipment, and vehicles called NONROAD, and a draft emissions model for both on-road and nonroad vehicles called MOVES. [10]

Figure 4-3 illustrates the methods available for estimating $CO_2$ emissions from mobile sources. The approaches for estimating $CO_2$ emissions range from the use of fuel consumption rates and composition data to applying default fuel data to fuel-based emission factors or emission estimates based on vehicle distance traveled. Methane and $N_2O$ emission factors are discussed separately.

Operators reporting under regulations with specific methodologies for mobile source combustion (e.g. California's *Regulation for the Mandatory Reporting of Greenhouse Gas Emissions*, CARB, 2008) should use the approaches and default emission factors defined in the regulations rather than the approaches provided in this section.

---

[9] MOBILE6 is currently available.
[10] Motor Vehicle Emission Simulator (MOVES). This new system will estimate emissions for on-road and non-road sources, cover a broad range of pollutants, and allow multiple scale analysis, from fine-scale analysis to national inventory estimation. http://www.epa.gov/oms/ngm.htm, accessed February 2, 2009.

©2009 American Petroleum Institute
BLM_0002951

*Combustion Emissions Estimation Methods*



**Figure 4-3.  Calculation Approaches for Mobile Source CO₂ Emissions**

### *4.8.1      Fuel Consumption Basis*

## Carbon Dioxide Emissions

As presented in Section 4.1 for stationary combustion, the fuel consumption approach for mobile sources is simply based on the volume of fuel combusted and either the carbon content of the fuel or the HHV.  If the carbon content of the fuel is known, a material balance approach can be used based on an assumed conversion of carbon in the fuel to $CO_2$ (default of 100%).  This type of calculation is demonstrated in Exhibits 4.4 and 4.5.  As a rule of thumb, the carbon contents of different fuel types can be approximated from Table 3-8.

If the carbon content is unknown, fuel-specific emission factors provided in Table 4-3 can be used. These emission factors are based on the assumption that 100% of the fuel gas hydrocarbons is converted to $CO_2$.  An example calculation is provided in Exhibit 4.6.

Some mobile sources combust biofuels such as ethanol and biodiesel, or biofuel blends such as E85 (85% ethanol and 15% gasoline) and B20 (20% biodiesel and 90% diesel).  Combustion of biofuel blends results in emissions of both biogenic $CO_2$ and fossil-fuel $CO_2$.  Both types of emissions must be calculated separately, since under international GHG accounting methods

©2009 American Petroleum Institute

BLM_0002952

developed by the IPCC, biogenic carbon is considered to be part of the natural carbon balance and does not add to atmospheric concentrations of $CO_2$ (IPCC, 2006).

## Automobiles/Passenger Vehicles

If the quantity of fuel consumed is unknown for land-based vehicles, fuel economy factors can be used to estimate the volumes.  The most accurate fuel economy factors are vehicle- or model-specific.  Fuel economy factors for vehicles sold in the U.S. from 1985 to the present can be obtained from the following EPA and DOE sponsored website:

http://www.fueleconomy.gov/feg/findacar.htm[11]

In the absence of vehicle- or model-specific information, the economy factors shown in Table 4-14 can be used.  Factors provided in Table 3-8 can be used to convert the volume of fuel used to an energy basis.

## Diesel Freight

Fuel economy factors for diesel freight are based on the type of truck (semi-truck/articulated lorry, non-semi truck/rigid lorry)[12] and the percent weight laden.  Average truck fuel economy (in liters/km) can be calculated using the following equations (Defra, 2005):

$$\text{Fuel Economy}_{\text{Non-Semi Truck/Rigid Lorry}}(\text{liters/km})=0.236+0.104\times\frac{\%\text{ weight laden}}{100} \qquad \text{(Equation 4-18)}$$

where

%  weight laden = the extent to which the vehicle is loaded to its maximum carrying capacity.

$$\text{Fuel Economy}_{\text{Semi Truck/Articulated Lorry}}(\text{liters/km})=0.311+0.137\times\frac{\%\text{ weight laden}}{100} \qquad \text{(Equation 4-19)}$$

---

[11] Note that the EPA has recently revised its methodology for calculating fuel economy factors to reflect current operating conditions.  Model year 2008 and later vehicles have fuel economies calculated using the new methodology.  Fuel economy factors for model years 2007 and earlier have also been revised, and can be compared to the original MPG estimates.  For such model years, the "Estimated New EPA MPG" should be used instead of the "Official EPA Window Sticker MPG".  Link accessed January 7, 2009
[12] A semi truck/articulated lorry is a truck with two or more sections connected by a pivoting bar (e.g., tractor pulling a trailer).  A non-semi truck/rigid lorry is a truck with a load bearing frame.

©2009 American Petroleum Institute

BLM_0002953

*Combustion Emissions Estimation Methods*

### Table 4-13.  Default Fuel Economy Factors for Different Types of Mobile Sources

| Vehicle Type | Fuel Economy [a] | | Vehicle Type | Fuel Economy [a] | |
|---|---|---|---|---|---|
| | liters/ 100 km | miles/ gallon | | liters/ 100 km | miles/ gallon |
| New small gas/electric hybrid | 4.2 | 56 | Mid-size pick-up trucks, highway | 10.7 | 22 |
| Small gas auto, highway | 7.3 | 32 | Mid-size pick-up trucks, city | 13.8 | 17 |
| Small gas auto, city | 9.0 | 26 | Large pick-up trucks, highway | 13.1 | 18 |
| Medium gas auto, highway | 7.8 | 30 | Large pick-up trucks, city | 15.7 | 15 |
| Medium gas auto, city | 10.7 | 22 | LPG automobile | 11.2 | 21 |
| Large gas automobile, highway | 9.4 | 25 | Diesel automobile | 9.8 | 24 |
| Large gas automobile, city | 13.1 | 18 | Gasoline light truck | 16.8 | 14 |
| Medium station wagon, highway | 8.7 | 27 | Gasoline heavy truck | 39.2 | 6 |
| Medium station wagon, city | 11.8 | 20 | Diesel light truck | 15.7 | 15 |
| Mini van, highway | 9.8 | 24 | Diesel heavy truck | 33.6 | 7 |
| Mini van, city | 13.1 | 18 | Light motorcycle | 3.9 | 60 |
| Large van, highway | 13.1 | 18 | Diesel bus | 35.1 | 6.7 |
| Large van, city | 16.8 | 14 | Rail – domestic freight [b] | 337 Btu/ton-mile | |
| Air Travel – domestic carrier (jet fuel, kerosene) [b] | -- | 0.38 | | | |

Footnotes and Sources:

[a] World Resources Institute and World Business Council for Sustainable Development (WRI/WBCSD). *Calculating CO₂ Emissions from Mobile Sources. Guidance to calculation worksheets v1.3.* Table 4. March 2005. File: co2-mobile.pdf available through www.ghgprotocol.org, October 2007.

[b] EPA, Climate Leaders *Greenhouse Gas Inventory Protocol Core Module Guidance: Direct Emissions from Mobile Combustion Sources,* Table 4, May 2008.

Fuel economies for multiple operational settings are provided in Table 4-15.  If the % weight laden is unknown, 50% weight laden should be used as an average figure (Defra, 2005).

### Table 4-14.  Default Fuel Economy Factors for Diesel Freight Mobile Sources [a]

| Truck Type | % Weight Laden | Fuel Economy | |
|---|---|---|---|
| | | liters/km | gallons/mile |
| Non-Semi truck (Rigid Lorry) | 0% | 0.236 | 0.100 |
| | 25% | 0.262 | 0.111 |
| | 50% | 0.288 | 0.122 |
| | 75% | 0.314 | 0.133 |
| | 100% | 0.340 | 0.145 |
| Semi truck (articulated lorry) | 0% | 0.311 | 0.132 |
| | 25% | 0.345 | 0.147 |
| | 50% | 0.379 | 0.161 |
| | 75% | 0.414 | 0.176 |
| | 100% | 0.448 | 0.190 |

Footnote and Source:

[a] Department for Environment, Food and Rural Affairs (Defra). *Guidelines for company reporting on Greenhouse Gas Emissions, Annexes updated July 2005*, Table 10.

©2009 American Petroleum Institute

BLM_0002954

*Combustion Emissions Estimation Methods*

## Marine Vessels

Marine vessel fuel consumption is based on the type of vessel and the gross registered tonnage. Average marine vessel fuel consumption is presented in Table 4-16. Although the figures presented in Table 4-15 are not engine specific, fuel consumption will vary by engine (i.e., main engines consume more fuel than auxiliary engines). In the event that equipment-specific data are used to calculate emissions, fuel consumption should be split among engine types using the consumption percentages presented in Table 4-16.

**Table 4-15.  Default Fuel Consumption for Marine Vessels [a]**

| Ship type | Average Consumption (tonne/day) | Consumption at Full Power (tonne/day) [b] |
|---|---|---|
| Solid bulk carriers | 33.8 | 20.186 + (0.00049 x GRT) |
| Liquid bulk carriers | 41.8 | 14.685 + (0.00079 x GRT) |
| General cargo | 21.3 | 9.8197 + (0.00143 x GRT) |
| Container | 65.9 | 8.0552 + (0.00235 x GRT) |
| Passenger/roll-on/roll-off (Ro-Ro)/cargo | 32.3 | 12.834 + (0.00156 x GRT) |
| High speed ferry | 80.4 | 39.483 + (0.00972 x GRT) |
| Inland cargo | 21.3 | 9.8197 + (0.00143 x GRT) |
| Tugs | 14.4 | 5.6511 + (0.01048 x GRT) |
| Other ships | 26.4 | 9.7126 + (0.00091 x GRT) |
| All ships | 32.8 | 16.263 + (0.001 x GRT) |

Footnotes and Sources:
[a] IPCC, *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 3 (Mobile Combustion)*, Table 3.5.6, 2006.
[b] Fuel consumption is a function of Gross Registered Tonnage (GRT), a measure of the total internal volume of a vessel.

**Table 4-16.  Default Fuel Consumption by Engine Type [a]**

| Ship Type | Main Engine Consumption (%) | Avg. Number of Aux. Engines Per Vessel | Aux. Engine Consumption (%) |
|---|---|---|---|
| Bulk carriers | 98% | 1.5 | 2% |
| Combination carriers | 99% | 1.5 | 1% |
| Container vessels | 99% | 2 | 1% |
| Dry cargo vessels | 95% | 1.5 | 5% |
| Offshore vessels | 98% | 1 | 2% |
| Ferries/passenger vessels | 98% | 2 | 2% |
| Reefer vessels | 97% | 2 | 3% |
| RoRo vessels | 99% | 1.5 | 1% |
| Tankers | 99% | 1.5 | 1% |
| Miscellaneous vessels | 98% | 1 | 2% |
| Totals | 98% | | 2% |

Footnote and Source:
[a] IPCC, *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 3 (Mobile Combustion)*, Table 3.5.5, 2006.

©2009 American Petroleum Institute

BLM_0002955

## Methane and Nitrous Oxide Emissions

Methane emissions from transportation fuel consumption can also be estimated using a mass balance and assuming a certain $CH_4$ destruction efficiency for the $CH_4$ content of the fuel. Methane formation from the combustion of gasoline and diesel, the most commonly used transportation fuels, typically only contributes around 1% of $CO_2$ equivalent emissions from the road transport sector; nitrous oxide emissions are not much higher, contributing only 2-3% of $CO_2$ equivalent emissions (IPCC, 2006).

Simplified emission factors for $CH_4$ and $N_2O$ emissions from automobiles and other passenger vehicles are provided in Table 4-17.

### Table 4-17. Mobile Source Combustion Emission Factors [a]

| Source (Original Units) [b] | Methane Emission Factor | | | Nitrous Oxide Emission Factor | | |
|---|---|---|---|---|---|---|
| | Original Value | Converted to tonnes/ 1000 gal fuel | Converted to tonnes/ $m^3$ fuel | Original Value | Converted to tonnes/ 1000 gal fuel | Converted to tonnes/ $m^3$ fuel |
| **On-Road Transport** | | | | | | |
| *Gasoline Fuel* | | | | | | |
| Light-duty gasoline vehicles (LDGV) | | | | | | |
| Tier 1 (g/L) | 0.12 | 4.5E-04 | 1.2E-04 | 0.16 | 6.1E-04 | 1.6E-04 |
| Tier 0 (g/L) | 0.32 | 1.2E-03 | 3.2E-04 | 0.66 | 2.5E-03 | 6.6E-04 |
| Oxidation catalyst (g/L) | 0.52 | 2.0E-03 | 5.2E-04 | 0.2 | 7.6E-04 | 2.0E-04 |
| Non-catalytic controlled (g/L) | 0.46 | 1.7E-03 | 4.6E-04 | 0.028 | 1.1E-04 | 2.8E-05 |
| Light-duty gasoline trucks (LDGT) | | | | | | |
| Tier 1 (g/L) | 0.13 | 4.9E-04 | 1.3E-04 | 0.25 | 9.5E-04 | 2.5E-04 |
| Tier 0 (g/L) | 0.21 | 7.9E-04 | 2.1E-04 | 0.66 | 2.5E-03 | 6.6E-04 |
| Oxidation catalyst (g/L) | 0.43 | 1.6E-03 | 4.3E-04 | 0.20 | 7.6E-04 | 2.0E-04 |
| Non-catalytic controlled (g/L) | 0.56 | 2.1E-03 | 5.6E-04 | 0.028 | 1.1E-04 | 2.8E-05 |
| Heavy-duty gasoline vehicles (HDGV) | | | | | | |
| Three-way catalyst (g/L) | 0.068 | 2.6E-04 | 6.8E-05 | 0.20 | 7.6E-04 | 2.0E-04 |
| Non-catalytic controlled (g/L) | 0.29 | 1.1E-03 | 2.9E-04 | 0.047 | 1.8E-04 | 4.7E-05 |
| Uncontrolled (g/L) | 0.49 | 1.9E-03 | 4.9E-04 | 0.084 | 3.2E-04 | 8.4E-05 |
| Motorcycles | | | | | | |
| Non-catalytic controlled (g/L) | 1.4 | 5.3E-03 | 1.4E-03 | 0.045 | 1.7E-04 | 4.5E-05 |
| Uncontrolled (g/L) | 2.3 | 8.7E-03 | 2.3E-03 | 0.048 | 1.8E-04 | 4.8E-05 |
| *Diesel Fuel* | | | | | | |
| Light-duty diesel vehicles (LDDV) | | | | | | |
| Advance control (g/L) | 0.051 | 1.9E-04 | 5.1E-05 | 0.22 | 8.3E-04 | 2.2E-04 |
| Moderate control (g/L) | 0.068 | 2.6E-04 | 6.8E-05 | 0.21 | 7.9E-04 | 2.1E-04 |
| Uncontrolled (g/L) | 0.10 | 3.8E-04 | 1.0E-04 | 0.16 | 6.1E-04 | 1.6E-04 |

©2009 American Petroleum Institute

BLM_0002956

*Combustion Emissions Estimation Methods*

### Table 4-17.  Mobile Source Combustion Emission Factors, continued

| Source [b] | Methane Emission Factor | | | Nitrous Oxide Emission Factor | | |
|---|---|---|---|---|---|---|
| | Original Value | Converted to tonnes/ 1000 gal fuel | Converted to tonnes/ $m^3$ fuel | Original Value | Converted to tonnes/ 1000 gal fuel | Converted to tonnes/ $m^3$ fuel |
| Heavy-Duty Diesel Vehicles (HDDV) | | | | | | |
| Advance Control (g/L) | 0.12 | 4.5E-04 | 1.2E-04 | 0.082 | 3.1E-04 | 8.2E-05 |
| Moderate Control (g/L) | 0.14 | 5.3E-04 | 1.4E-04 | 0.082 | 3.1E-04 | 8.2E-05 |
| Uncontrolled (g/L) | 0.15 | 5.7E-04 | 1.5E-04 | 0.075 | 2.8E-04 | 7.5E-05 |
| *Natural Gas Vehicles (g/L)* | 0.009 | 3.4E-05 | 9.0E-06 | 6E-05 | 2.3E-07 | 6.0E-08 |
| *Propane Vehicles (g/L)* | 0.64 | 2.4E-03 | 6.4E-04 | 0.028 | 1.1E-04 | 2.8E-05 |
| **Off-Road Vehicles** | | | | | | |
| Gasoline Construction (g/gallon) [c] | 0.5 | 5.0E-04 | 1.3E-04 | 0.22 | 2.2E-04 | 5.8E-05 |
| Diesel Construction (g/gallon) [c] | 0.58 | 5.8E-04 | 1.5E-04 | 0.26 | 2.6E-04 | 6.9E-05 |
| Heavy-Duty Diesel Vehicles (HDDV) | | | | | | |
| Advance Control (g/L) | 0.12 | 4.5E-04 | 1.2E-04 | 0.082 | 3.1E-04 | 8.2E-05 |
| Moderate Control (g/L) | 0.14 | 5.3E-04 | 1.4E-04 | 0.082 | 3.1E-04 | 8.2E-05 |
| Uncontrolled (g/L) | 0.15 | 5.7E-04 | 1.5E-04 | 0.075 | 2.8E-04 | 7.5E-05 |
| Other small utility gasoline (g/gallon) [c] | 0.5 | 5.0E-04 | 1.3E-04 | 0.22 | 2.2E-04 | 5.8E-05 |
| Other large utility gasoline (g/gallon) [c] | 0.5 | 5.0E-04 | 1.3E-04 | 0.22 | 2.2E-04 | 5.8E-05 |
| Other large utility diesel (g/gallon) [c] | 0.58 | 5.8E-04 | 1.5E-04 | 0.26 | 2.6E-04 | 6.9E-05 |
| Other gasoline vehicles (g/L) | 2.7 | 1.0E-02 | 2.7E-03 | 0.050 | 1.9E-04 | 5.0E-05 |
| Other diesel vehicles (g/L) | 0.15 | 5.7E-04 | 1.5E-04 | 1.1 | 4.2E-03 | 1.1E-03 |
| **Diesel Rail Transportation (g/L)** | 0.15 | 5.7E-04 | 1.5E-04 | 1.1 | 4.2E-03 | 1.1E-03 |
| **Marine Transportation** | | | | | | |
| Gasoline boats (g/L) | 1.3 | 4.9E-03 | 1.3E-03 | 0.066 | 2.5E-04 | 6.6E-05 |
| Diesel ships (g/L) | 0.15 | 5.7E-04 | 1.5E-04 | 1.1 | 4.2E-03 | 1.1E-03 |
| Light fuel oil ships (g/L) | 0.26 | 9.8E-04 | 2.6E-04 | 0.073 | 2.8E-04 | 7.3E-05 |
| Heavy fuel oil ships (g/L) | 0.28 | 1.1E-03 | 3.8E-04 | 0.079 | 3.0E-04 | 7.9E-05 |
| **Air Transportation** | | | | | | |
| Conventional aircraft (Aviation gasoline) (g/L) | 2.2 | 8.3E-03 | 2.2E-03 | 0.23 | 8.7E-04 | 2.3E-04 |
| Jet aircraft (Aviation turbo fuel) (g/L) | 0.080 | 3.0E-04 | 8.0E-05 | 0.23 | 8.7E-04 | 2.3E-04 |

Footnotes and Sources for Table 4-17:
[a]  Implementation dates for vehicle control technologies vary by model year.  For a full description of implementation dates for Canadian vehicle control technologies, see Figure A2-2 and Table A2-4, *National Inventory Report: Greenhouse Gas Sources and Sinks in Canada, 1990-2006* (Environment Canada, 2008).
[b] Environment Canada, *National Inventory Report: Greenhouse Gas Sources and Sinks in Canada, 1990-2006*, April 2008, Table A12-7, unless otherwise noted.  Original units are g/L fuel.
[c] The Climate Registry General Reporting Protocol Version 1.0, March 2008, Table 13.6.  Original units are g/gallon fuel.

An example calculation illustrating how to estimate vehicle emissions is shown in Exhibit 4.12.

**EXHIBIT 4.12:      Sample Calculation for Combustion Emissions from Vehicles**

INPUT DATA:
A fleet of heavy-duty (HD) diesel freight trucks travels 1,000,000 miles during the year.  The trucks are equipped with advance control systems.  Calculate the $CO_2$, $CH_4$, and $N_2O$ emissions.

BLM_0002957

*Combustion Emissions Estimation Methods*

**EXHIBIT 4.12:     Sample Calculation for Combustion Emissions from Vehicles, continued**

CALCULATION METHODOLOGY:
The $CO_2$, $CH_4$ and $N_2O$ emission factors provided in Table 4-17 are given in terms of volumetric fuel consumed. The fuel usage of the fleet is unknown so the first step in the calculation is to convert from miles traveled to a volume of diesel fuel consumed basis. This calculation is performed using the default fuel economy factor of 7 miles/gallon for diesel heavy trucks provided in Table 4-13.

$$\text{Fuel Consumed} = \frac{1,000,000 \text{ miles}}{\text{yr}} \times \frac{\text{gal diesel}}{7 \text{ miles}} = 142,857 \text{ gal diesel/yr}$$

1. *Calculate the $CO_2$ emissions.* Carbon dioxide emissions are estimated using a fuel-based factor provided in Table 4-3. This factor is provided on a heat basis so the fuel consumption must be converted to an energy input basis. This conversion is carried out using a recommended diesel heating value of $5.83 \times 10^6$ Btu/bbl (HHV), given in Table 3-8 of this document. Thus, the fuel heat rate is:

$$\text{Fuel Consumed} = \frac{142,857 \text{ gal}}{\text{yr}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.83 \times 10^6 \text{ Btu}}{\text{bbl}} = 1.98 \times 10^{10} \text{ Btu/yr (HHV)}$$

$CO_2$ emissions are calculated as using the fuel basis $CO_2$ emission factor for diesel fuel ("Gas/Diesel Oil") provided in Table 4-3, assuming 100% oxidation of fuel carbon to $CO_2$:

$$E_{CO_2} = \frac{1.98 \times 10^{10} \text{ Btu}}{\text{yr}} \times \frac{0.0732 \text{ tonne } CO_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 1,449 \text{ tonnes } CO_2/\text{yr}}$$

2. *Calculate the $CH_4$ and $N_2O$ emissions.* Methane and $N_2O$ emissions are calculated using the $CH_4$ and $N_2O$ emission factors provided in Table 4-17 for "Heavy-Duty Diesel Vehicles, Advance Control."

$$E_{CH_4} = \frac{142,857 \text{ gal}}{\text{yr}} \times \frac{4.5 \times 10^{-4} \text{ tonne } CH_4}{1000 \text{ gal}}$$

$$\underline{E_{CH_4} = 0.064 \text{ tonnes } CH_4/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0002958

---

**EXHIBIT 4.12:**     **Sample Calculation for Combustion Emissions from Vehicles, continued**

$$E_{N_2O} = \frac{142,857 \text{ gal}}{yr} \times \frac{3.1 \times 10^{-4} \text{ tonne N}_2\text{O}}{1000 \text{ gal}}$$

$$E_{N_2O} = 0.044 \text{ tonnes CO}_2/yr$$

This sample calculation illustrates that the $CH_4$ and $N_2O$ emissions are small when compared to $CO_2$.

---

An example calculation illustrating how to estimate marine vessel emissions is shown in Exhibit 4.13.

---

**EXHIBIT 4.13:**     **Sample Calculation for Combustion Emissions from Marine Vessels**

INPUT DATA:
A fleet of 17 diesel-powered tankers operated 90 percent of the year at sea. The fuel consumption and Gross Registered Tonnage for each ship is unknown. Calculate the $CO_2$, $CH_4$, and $N_2O$ emissions.

CALCULATION METHODOLOGY:
1. *Calculate the $CO_2$ emissions.* The fuel usage of the fleet is unknown so the first step in the calculation is to convert from days of operation to a volume of diesel fuel consumed basis. This calculation is performed using the default fuel economy factor provided in Table 4-15 for liquid bulk carriers. Note that the fuel economy factor is in terms of tonnes/day, and must be converted to a volume basis using the density of the fuel provided in Table 3-8 (for "Distillate Oil").

$$\text{Fuel Consumed} = 17 \text{ tankers} \times 0.9 \times \frac{365 \text{ days}}{yr} \times \frac{41.8 \text{ tonnes diesel}}{\text{day-tanker}} \times \frac{m^3}{847.31 \text{ kg diesel}} \times \frac{1000 \text{ kg}}{\text{tonne}}$$

Fuel Consumed = 275,498 $m^3$ diesel consumed/yr

Carbon dioxide emissions are estimated using a fuel-based factor provided in Table 4-3. This factor is provided on a heat basis so the fuel consumption must be converted to an energy input basis. This conversion is carried out using a recommended diesel heating value of $3.87 \times 10^{10}$ $J/m^3$ (HHV) (for "Distillate Oil"), provided in Table 3-8.

---

©2009 American Petroleum Institute

BLM_0002959

*Combustion Emissions Estimation Methods*

---

**EXHIBIT 4.14:**     **Sample Calculation for Combustion Emissions from Marine Vessels, continued**

$$\text{Fuel consumed} = \frac{275,498 \text{ m}^3}{\text{yr}} \times \frac{3.87 \times 10^{10} \text{ J}}{\text{m}^3} = 1.07 \times 10^{16} \text{ J/yr (HHV)}$$

Carbon dioxide emissions are calculated using the fuel basis $CO_2$ emission factor for diesel fuel ("Distillate Fuel") shown in Table 4-3, assuming 100% oxidation of fuel carbon to $CO_2$:

$$E_{CO_2} = \frac{1.07 \times 10^{16} \text{ J}}{\text{yr}} \times \frac{69.3 \text{ tonne } CO_2}{10^{12} \text{ J}}$$

$$E_{CO_2} = 738,861 \text{ tonnes } CO_2/\text{yr}$$

2.  *Calculate the $CH_4$ and $N_2O$ emissions.*  Methane and $N_2O$ emissions are calculated using the $CH_4$ and $N_2O$ emission factors provided in Table 4-17 for "Diesel Ships."

$$E_{CH_4} = \frac{275,498 \text{ m}^3}{\text{yr}} \times \frac{1.5 \times 10^{-4} \text{ tonne } CH_4}{\text{m}^3}$$

$$E_{CH_4} = 41.32 \text{ tonnes } CH_4/\text{yr}$$

$$E_{N_2O} = \frac{275,498 \text{ m}^3}{\text{yr}} \times \frac{1.1 \times 10^{-3} \text{ tonne } N_2O}{\text{m}^3}$$

$$E_{N_2O} = 303.05 \text{ tonnes } N_2O/\text{yr}$$

---

### 4.8.2     Operational Basis

If mobile source fuel consumption is not available, or operational parameters cannot be used in such a way as to obtain fuel consumed, the alternate method for calculating emissions from mobile sources is to use operational data, such as distance traveled or power output.  This method is described in detail in Appendix A.

---

©2009 American Petroleum Institute

BLM_0002960

*Combustion Emissions Estimation Methods*

## 4.9 Other Miscellaneous Combustion Source Emissions

Other miscellaneous combustion sources include coke calcining kilns and welding.[13]  Combustion emissions from these sources vary widely from process to process.  Thus, there is not a set of published emission factors associated with these equipment/processes.  General emission estimation approaches for fuel combustion, combined with site-specific data and/or engineering judgment, are recommended for determining these emissions.

Methane emissions from these sources can be estimated from a mass balance by assuming a certain $CH_4$ destruction efficiency.  Carbon dioxide emissions can be estimated by mass balance using an assumed conversion of carbon in the fuel gas to $CO_2$.  Alternatively, the external combustion emission factors given by fuel usage (described in Section 4.4) can be used for estimating $CO_2$ emissions.  For some sources, $N_2O$ emissions can be estimated by applying an emission factor from Tables 4-7 through 4-9.  However, the factors provided in Tables 4-7 through 4-9 may not be applicable for all miscellaneous combustion sources.

## 4.10 References

American Gas Association (AGA).
http://www.aga.org/Research/statistics/annualstats/reserves/NaturalGasReservesrSummary.htm, accessed May 4, 2009.

American Petroleum Institute (API).  API *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Gas Industry*, April 2004.
http://www.api.org/ehs/climate/new/upload/2004_COMPENDIUM.pdf, accessed May 1, 2009.

Asociacion Regional De Empresas De Petroleo Y Gas Natural EN LatinoAmerica Y El Caribe (ARPEL).  *Atmospheric Emissions Inventories Methodologies in the Petroleum Industry*.
ARPEL Guideline # ARPELCIDA02AEGUI2298, Prepared by Jaques Whitford Environment Limited, December 1998.
http://portal.arpel.org/apps/arpel/ml_lib_nueva2.nsf/0/6F4BB964B96A44EC03257226006D3469/$file/GUIDELINE%2022%20-%20OK.pdf, accessed May 1, 2009.

California Air Resource Board (CARB).  *Documentation of California's Greenhouse Gas Inventory*, October 2008.  http://www.arb.ca.gov/cc/inventory/doc/doc_index.php, accessed May 1, 2009.

---

[13] Welding processes may involve the combustion of a supplemental fuel (e.g., acetylene).

©2009 American Petroleum Institute

BLM_0002961

*Combustion Emissions Estimation Methods*

California Air Resources Board (CARB). *Regulation for the Mandatory Reporting of Greenhouse Gas Emissions*, December 2, 2008. http://www.arb.ca.gov/regact/2007/ghg2007/frofinoal.pdf, accessed May 1, 2009.

Canadian Association of Petroleum Producers (CAPP). *Calculating Greenhouse Gas Emissions*, Guide, Canadian Association of Petroleum Producers, Publication Number 2003-0003, April 2003. (Cited Section 1.7.3.) http://www.capp.ca/raw.asp?x=1&dt=PDF&dn=55904, accessed May 1, 2009.

Canadian Association of Petroleum Producers (CAPP). *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, Guide, Canadian Association of Petroleum Producers, Publication Number 2002-0009, May 2002. http://www.capp.ca/raw.asp?x=1&dt=PDF&dn=38234, accessed May 1, 2009.

Canadian Association of Petroleum Producers (CAPP). *A National Inventory of Greenhouse Gas (GHG), Criteria Air Contaminant (CAC) and Hydrogen Sulphide (H2S) Emissions by the Upstream Oil and Gas Industry, Volume 3: Methodology for Greenhouse Gases*, Canadian Association of Petroleum Producers, Publication Number 2005-0013, September 2004. http://www.capp.ca/raw.asp?x=1&dt=NTV&e=PDF&dn=86223, accessed May 1, 2009.

Department for Environment, Food and Rural Affairs (Defra). *Guidelines for company reporting on Greenhouse Gas Emissions*, Annexes updated July 2005. http://www.lescygnes.net/envrpgas-annexes.pdf, accessed May 1, 2009.

Department for Environment, Food and Rural Affairs (Defra). *2008 Guidelines to Defra's GHG Conversion Factors*, Annexes updated April 2008. http://www.defra.gov.uk/environment/business/reporting/pdf/ghg-cf-guidelines-annexes2008.pdf, accessed May 1, 2009.

E&P Forum. *Methods for Estimating Atmospheric Emissions from E&P Operations*, The Oil Industry International Exploration and Production Forum, Report No. 2.59/197, September 1994. (E&P Forum for diesel-fired heater emission factors cited an IPCC 1991 document for $CO_2$ factor and E&P Forum internal data for CH4 factor.) Available for purchase, http://www.ogp.org.uk/, accessed May 1, 2009.

Emission Inventory Improvement Program (EIIP). *Guidance for Emissions Inventory Development, Volume II, Chapter 10: Preferred and Alternative Methods For Estimating Air Emissions From Oil and Gas Field Production and Processing Operations*, September, 1999. (Cited Table 10.2-1 for flare combustion efficiency.) http://www.epa.gov/ttn/chief/eiip/techreport/volume02/ii10.pdf, accessed May 1, 2009.

Energy Information Administration (EIA), *Assumptions to the Annual Energy Outlook 2008 With Projections to 2030*, DOE/EIA-0554(2008), June 2008. http://www.eia.doe.gov/oiaf/aeo/assumption/pdf/0554(2008).pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002962

Energy Information Administration (EIA), *Documentation for Emissions of Greenhouse Gases in the United States 2006*, DOE/EIA-0638(2006), EIA Office of Integrated Analysis and Forecasting, U.S. Department of Energy, Washington, DC, October 2008 (2008). http://www.eia.doe.gov/oiaf/1605/ggrpt/documentation/pdf/0638(2006).pdf, accessed May 1, 2009.

Energy Information Administration (EIA), *Emissions of Greenhouse Gases in the United States 1987-1992, DOE/EIA-0573*, EIA Office of Energy Markets and End Use, U.S. Department of Energy, Washington, DC, October 1994. http://www.eia.doe.gov/oiaf/1605/archive/87-92rpt/contents.html, accessed May 1, 2009.

Energy Information Administration (EIA), *Emissions of Greenhouse Gases in the United States 2006, DOE/EIA-0573(2006)*, EIA Office of Integrated Analysis and Forecasting, U.S. Department of Energy, Washington, DC, November 2007 (2007). http://www.eia.doe.gov/oiaf/1605/archive/gg07rpt/pdf/057306.pdf, accessed May 1, 2009.

Energy Information Administration (EIA), *Emissions of Greenhouse Gases in the United States 2007, DOE/EIA-0573(2007)*, EIA Office of Integrated Analysis and Forecasting, U.S. Department of Energy, Washington, DC, December 2008 (2008b). ftp://ftp.eia.doe.gov/pub/oiaf/1605/cdrom/pdf/ggrpt/057307.pdf, accessed May 1, 2009

Energy Information Administration (EIA). *Instructions for Form EIA-1605*, OMDB No. 1905-0194, October 2007 (2007b). http://www.eia.doe.gov/oiaf/1605/pdf/EIA1605_Instructions_10-23-07.pdf, accessed May 1, 2009.

Environment Canada. *National Inventory Report: Greenhouse Gas Sources and Sinks in Canada, 1990-2006*, Greenhouse Gas Division, Environment Canada, April 2008. http://www.ec.gc.ca/pdb/ghg/inventory_report/2006_report/tdm-toc_eng.cfm, accessed May 1, 2009.

International Flare Consortium (IFC). *Combustion Canada 03 Paper: Reaction Efficiency of Industrial Flares*, September 2003. http://canmetenergy-canmetenergie.nrcan-rncan.gc.ca/eng/clean_fossils_fuels/industrial_combustion_processes/consortium/publications_presentations/reaction_efficiency.html, accessed May 1, 2009.

Intergovernmental Panel on Climate Change (IPCC), National Greenhouse Gas Inventories Programme, Eggleston H.S., Buendia L., Miwa K., Ngara T. and Tanabe K. (eds). *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 1: Introduction, and Volume 2, Chapter 3: Mobile Combustion*, 2006. http://www.ipcc-nggip.iges.or.jp/public/2006gl/vol2.html, accessed May 1, 2009.

Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Eggleston H.S., Buendia L., Miwa K., Ngara T. and Tanabe K. (eds). *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 2: Stationary Combustion*, 2006

©2009 American Petroleum Institute

BLM_0002963

Revised April 2007. http://www.ipcc-nggip.iges.or.jp/public/2006gl/vol2.html, accessed May 1, 2009.

Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Eggleston H.S., Buendia L., Miwa K., Ngara T. and Tanabe K. (eds). *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 4: Fugitive Emissions*, 2006 Revised November 2008. http://www.ipcc-nggip.iges.or.jp/public/2006gl/vol2.html, accessed May 1, 2009.

Interstate Natural Gas Association of America (INGAA). *Greenhouse Gas Emission Estimation Guidelines for Natural Gas Transmission and Storage, Volume 1 – GHG Emission Estimation Methodologies and Procedures (GHG Guidelines),* Prepared by Innovative Environmental Solutions Inc., Revision 2, September 28, 2005. http://www.ingaa.org/cms/33/1060/6490.aspx, accessed May 1, 2009.

Johnson, M.R., and L.W. Kostiuk. *A Parametric Model for the Efficiency of a Flare in Crosswind*, Proceedings of the Combustion Insitute, Volume 29, p. 1943-1950, 2002. Available for purchase from: http://www.sciencedirect.com/, accessed June 17, 2009.

OLF Environmental Programme, Report Phase II, Part A, *Emissions to Air*, December 1991. Referenced in E&P Forum, *Methods for Estimating Atmospheric Emissions from E&P Operations*, Report No. 2.59/197, September 1994.

Ozumba, C.I., and I.C. Okoro. *Combustion Efficiency Measurements of Flares Operated By An Operating Company*, Shell Petroleum Development Company. Presented at the Society of Petroleum Engineers International Conference on Health, Safety, and the Environment in Oil and Gas Exploration and Production held in Stavanger, Norway, June 26-28, 2000.

Strosher, M. *Investigations of Flare Gas Emissions in Alberta*, Final Report, Alberta Research Council, Environmental Technologies, November 1996. http://www.ercb.ca/docs/documents/reports/StrosherInvestigationOfFlareGasEmissions-1996.pdf, accessed May 1, 2009.

The Climate Registry (TCR). *General Reporting Protocol*, Version 1.1, May 2008. http://www.theclimateregistry.org/downloads/GRP.pdf, accessed May 6, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume 1: Stationary Point and Area Sources,* AP-42, (GPO 055-000-005-001), U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, 1996; Supplement D, 1998 – errata updated 4/28/00; Supplement E, 1999; Supplement F, 2000, and updates 2001 to present. http://www.epa.gov/ttn/chief/ap42/index.html, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA) Emission Inventory Improvement Program (EIIP). *Guidance for Emissions Inventory Development, Volume VIII: Estimating Greenhouse Gas Emissions*, EIIP Greenhouse Gas Committee, October 1999b.

©2009 American Petroleum Institute

BLM_0002964

U.S. Environmental Protection Agency (EPA), *Climate Leaders Greenhouse Gas Inventory Protocol Core Module Guidance: Direct Emissions from Mobile Combustion Sources*, EPA430-K-08-004, U.S. Environmental Protection Agency, May 2008. http://www.epa.gov/climateleaders/documents/resources/mobilesource_guidance.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007.* EPA-430-R-09-004, Annexes, U.S. Environmental Protection Agency, Washington DC, April 15, 2009. http://www.epa.gov/climatechange/emissions/downloads09/Annexes.pdf, accessed May 1, 2009.

World Resources Institute and World Business Council for Sustainable Development (WRI/WBCSD). *Calculating $CO_2$ Emissions from Mobile Sources. Guidance to calculation worksheets.* File: co2-mobile.pdf available through www.ghgprotocol.org, March 2005. (Cited Tables 4, 5.1, 5.2, and 5.4). http://www.ghgprotocol.org/calculation-tools/all-tools, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0002965



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# SECTION 5
# PROCESS AND VENTED EMISSIONS ESTIMATION METHODS



# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Section 5 - Process and Vented Emission Estimation Methods

August 2009

BLM_0002967

BLM_0002968

**Table of Contents**

**5.0   PROCESS AND VENTED EMISSIONS ESTIMATION METHODS ................... 5-1**

   5.1   Gas Treatment Processes ........................................................... 5-2

      5.1.1   Glycol Dehydrator Emissions ...................................... 5-2

      5.1.2   Glycol Pumps ............................................................. 5-7

      5.1.3   Desiccant Dehydrators ............................................. 5-10

      5.1.4   Other Glycol Dehydrator Alternatives ........................ 5-11

      5.1.5   Acid Gas Removal/Sulfur Recovery Units .................... 5-12

   5.2   Refinery Processes Vents .......................................................... 5-17

      5.2.1   Catalytic Cracking Regenerator ................................ 5-17

      5.2.2   Refinery Hydrogen Plant ........................................... 5-23

      5.2.3   Cokers ..................................................................... 5-31

      5.2.4   Other Catalyst Regeneration ..................................... 5-32

      5.2.5   Asphalt Blowing ....................................................... 5-34

      5.2.6   Other Refinery Process Vents .................................... 5-36

   5.3   Cold Process Vents ................................................................... 5-37

   5.4   Storage Tank Emissions ............................................................ 5-40

      5.4.1   Crude Flashing Losses ............................................. 5-40

      5.4.2   Tanks Working/Standing Losses ................................ 5-55

      5.4.3   Produced Water Tank Emissions ................................ 5-56

      5.4.4   Natural Gas Blanketed Tank Emissions ...................... 5-58

   5.5   Loading, Ballasting, and Transit Loss Emissions ......................... 5-60

      5.5.1   Loading Loss Emissions ............................................ 5-62

      5.5.2   Ballasting Emissions ................................................. 5-63

      5.5.3   Transit Loss Emissions ............................................. 5-65

   5.6   Other Venting Sources .............................................................. 5-66

      5.6.1   Gas-Driven Pneumatic Devices ................................. 5-66

      5.6.2   Gas-Driven Chemical Injection Pumps ....................... 5-71

      5.6.3   Mud Degassing ........................................................ 5-74

©2009 American Petroleum Institute

BLM_0002969

5.6.4    Heavy Oil and Crude Bitumen Casing Gas Vents.......................... 5-76

5.6.5    Low-Pressure Gas Well Casing Vents ........................................... 5-79

5.6.6    Coal Seam Exploratory Drilling and Well Testing ......................... 5-80

5.6.7    Coal Mining.................................................................................. 5-82

5.6.8    Chemical Production..................................................................... 5-85

5.7    Non-Routine Activities................................................................................ 5-86

5.7.1    Engineering Calculation Approach................................................ 5-88

5.7.2    Production Related Non-Routine Emissions ................................. 5-90

5.7.3    Gas Processing Related Non-Routine Emissions......................... 5-99

5.7.4    Transmission Related Non-Routine Emissions........................... 5-101

5.7.5    Distribution Related Non-Routine Emissions .............................. 5-104

5.7.6    Refining Related Non-Routine Emissions ................................... 5-106

5.8    Fire Suppressant Emissions ................................................................... 5-107

5.9    References ............................................................................................... 5-107

©2009 American Petroleum Institute

BLM_0002970

# List of Tables

Table 5-1.  Emission Estimation Approaches – GHG and Source Specific Considerations for Vented Sources ................................................................................5-1

Table 5-2.  Segment Specific Uncontrolled Gas Dehydration CH$_4$ Emission Factors...............5-4

Table 5-3.  GRI-GLYCalc$^{TM}$-Generated Dehydration Methane Emission Factors ....................5-5

Table 5-4.  GRI/EPA Kimray Pump CH$_4$ Emission Factors......................................................5-8

Table 5-5.  Uncontrolled AGR CH$_4$ Emission Factor...............................................................5-14

Table 5-6.  Composition of U.S. Pipeline-Quality Natural Gas ...............................................5-29

Table 5-7.  Default Asphalt Blowing Emission Factors ...........................................................5-34

Table 5-8.  Methane Flashing Loss Emission Factors for Crude Oil Storage Tanks ...............5-52

Table 5-9.  Summary of Production Tank Flashing Losses Using Different Correlation Equation Approaches .......................................................................................5-54

Table 5-10.  Produced Salt Water Tank Methane Flashing Emission Factors........................5-57

Table 5-11.  Methane Emission Factors from Produced Water from Shallow Gas Wells........5-57

Table 5-12.  Simplified TOC Emission Factors for Loading Losses.........................................5-62

Table 5-13.  Average TOC Emission Factors for Crude Oil Ballasting Operations.................5-64

Table 5-14.  Simplified TOC Emission Factors for Marine Transit Losses..............................5-65

Table 5-15.  Gas-Driven Pneumatic Device CH$_4$ Emission Factors.......................................5-68

Table 5-16.  Gas-Driven Chemical Injection Pump CH$_4$ Emission Factors............................5-73

Table 5-17.  Mud Degassing Vented CH$_4$ Emission Factors ..................................................5-75

Table 5-18.  Heavy Oil and Crude Bitumen Casing Gas Vented CH$_4$ Emission Factors – Throughput Basis ...............................................................................................5-77

Table 5-19.  Heavy Oil and Crude Bitumen Casing Gas Vented CH$_4$ Emission Factors – Well Basis.........................................................................................................5-77

Table 5-20.  Average U.S. Coal Mining CH$_4$ Emission Factors .............................................5-83

Table 5-21.  Australian Coal Mining CH$_4$ Emission Factors..................................................5-84

Table 5-22.  Chemical Production Emission Factors ...............................................................5-86

Table 5-23.  Production Segment CH$_4$ Emission Factors for Maintenance and Turnaround Activities.......................................................................................5-91

Table 5-24.  Production Segment CH$_4$ Emission Factors for Other  Non-Routine Releases ...........................................................................................................5-98

Table 5-25.  Gas Processing Segment CH$_4$ Emission Factor for Non-Routine Activities ......5-100

Table 5-26.  Transmission Segment CH$_4$ Emission Factors for Non-Routine Activities ........5-102

Table 5-27.  Gas Distribution Segment CH$_4$ Emission Factors for Non-Routine Activities ....5-104

©2009 American Petroleum Institute

BLM_0002971

## List of Figures

Figure 5-1.  $CH_4$ Emissions from Glycol Dehydrators ............................................................. 5-3

Figure 5-2.  $CH_4$ Emissions from Acid Gas Removal (AGR) Units ......................................... 5-13

Figure 5-3.  $CO_2$ Emissions from Fluid Catalytic Cracking Units (FCCU) ............................. 5-19

Figure 5-4.  $CO_2$ Emissions from a Refinery Hydrogen Plant ................................................ 5-25

Figure 5-5.  Decision Tree for Crude Oil Flashing Losses ...................................................... 5-42

Figure 5-6.  Flashing Losses Chart ......................................................................................... 5-50

Figure 5-7.  Decision Tree for Non-Routine Activities ............................................................. 5-87

©2009 American Petroleum Institute

BLM_0002972

# 5.0  PROCESS AND VENTED EMISSIONS ESTIMATION METHODS

Vented emissions are releases to the atmosphere as a result of the process or equipment design or operational practices.  A number of vented emission sources are associated with oil and natural gas industry operations.  Vented emissions may come from a variety of non-fired stacks and vents (combustion emissions are covered in Section 4).  These emission sources tend to be very specific to the type of operation; therefore, this section is organized by segments of the oil and natural gas industry, with additional subsections for equipment common to more than one industry segment. Table 5-1 illustrates the range of available options for estimating vented GHG emissions and associated considerations.  To optimize cost effectiveness and reporting efficiency, facility operators may choose to use a mix of estimation approaches.  It is important to document the estimation method used for each vent source.

### Table 5-1.  Emission Estimation Approaches – GHG and Source Specific Considerations for Vented Sources

| Types of Approaches | CH$_4$ Non-combustion Emissions | CO$_2$ Emissions | PFC and HFC Emissions |
|---|---|---|---|
| Published emission factors | • Based on "average" equipment and emission source characteristics | • Limited emission factors specific to non-combustion CO$_2$ emissions <br> • May be scaled from CH$_4$ emission factors | • Simplified estimation based on "average" equipment and emission source characteristics are consistent with low contribution to overall emissions |
| Equipment manufacturer emission factors | • Highly reliable for specific emission sources <br> • Requires tracking number of equipment by type and utilization | • CO$_2$ emissions may be scaled from other non-combustion emission factors based on gas composition | |
| Engineering calculations | • Highly reliable for specific emission sources <br> • May require detailed input data | • Highly reliable for many emission sources <br> • May require detailed input data | • Material balance methods provide good reliability. <br> • Requires data tracking |

©2009 American Petroleum Institute

BLM_0002973

*Process and Vented Emission Estimation Methods*

**Table 5-1.  Emission Estimation Approaches – GHG and Source Specific Considerations for Vented Sources, continued**

| Types of Approaches | CH₄ Non-combustion Emissions | CO₂ Non-Combustion Emissions | PFC and HFC Emissions |
|---|---|---|---|
| Monitoring over a range of conditions and deriving emission factors | • Highly reliable for specific emission sources<br>• Generally not practical given the substantial number of emission sources | • Generally not practical given the low contribution to overall emissions | • Generally not practical given the low contribution to overall emissions |
| Periodic or continuous monitoring of emissions or parameters for calculating emissions | • Highly reliable for specific emission sources<br>• Generally not practical given the substantial number of emission sources | • Not practical given the number of emission sources and the low contribution to overall emissions | • Not practical given the number of emission sources and the low contribution to overall emissions |

## 5.1    Gas Treatment Processes

### 5.1.1    Glycol Dehydrator Emissions

Glycol dehydrators are used to remove water from gas streams by contacting the gas with a liquid glycol stream in an absorber.  The liquid glycol absorbs the water from the gas stream, and the water is driven from the glycol by heating the glycol in the reboiler (or regenerator).  A small amount of $CH_4$ is absorbed by the glycol and driven off to the atmosphere in the glycol regeneration step.  A stripping gas may also be introduced into the regenerator to help strip water and other absorbed compounds out of the glycol.  Methane emissions from uncontrolled glycol dehydration units occur because the $CH_4$ removed from the glycol stream passes directly through the regenerator and is vented to the atmosphere.

Note that combustion emissions from the glycol reboiler are not included in this section, and should be estimated using the combustion techniques presented in Section 4.  Similarly, dehydration vents routed to a flare or other combustion control device should be estimated using the techniques presented in Section 4.

©2009 American Petroleum Institute

BLM_0002974

*Process and Vented Emission Estimation Methods*

Figure 5-1 illustrates the methods available for estimating $CH_4$ emissions from glycol dehydrators, starting with using test data. However, such test data may not be available. If detailed information about the site-specific glycol dehydrator unit is known, a process simulator or other computer software such as GRI-GLYCalc$^{TM}$ (GRI, 2000) can be used to estimate the emissions. Detailed information needed to run the GRI-GLYCalc$^{TM}$ computer simulation includes: wet gas hydrocarbon composition, wet gas flow rate, wet gas temperature and pressure, existence of a gas-driven glycol pump, wet and dry gas water contents, glycol flow rate, use of stripping gas flowrate to the regenerator, and the temperature and pressure of the flash tank, if present.



**Figure 5-1.  CH$_4$ Emissions from Glycol Dehydrators**

If this information is not readily available, simplified emission factors can be used. These emission factors, provided in Table 5-2, were developed using both site data and computer simulations (Myers, 1996). Table 5-2 also lists the default $CH_4$ content of the natural gas for the different industry segments that may use glycol dehydration. The default $CH_4$ content and associated uncertainties for each industry segment are provided in Table E-4.

BLM_0002975

### Table 5-2.  Segment Specific Uncontrolled Gas Dehydration CH$_4$ Emission Factors

**Excludes Glycol Gas-Assisted Pump Emissions – See Section 5.1.2**

| Industry Segment | CH$_4$ Emission Factor [a], Original Units | CH$_4$ Emission Factor [b], Converted to Tonnes Basis | CH$_4$ Content Basis for Industry Segment | Uncertainty [c] (+/- %) |
|---|---|---|---|---|
| Production | 275.57 scf/10$^6$ scf gas processed | 0.0052859 tonnes/10$^6$ scf gas processed | 78.8 mole % | 191 |
| | | 0.18667 tonnes/10$^6$ m$^3$ gas processed | | |
| Gas processing | 121.55 scf/10$^6$ scf gas processed | 0.0023315 tonnes/10$^6$ scf gas processed | 86.8 mole % | 249 |
| | | 0.082338 tonnes/10$^6$ m$^3$ gas processed | | |
| Gas transmission | 93.72 scf/10$^6$ scf gas processed | 0.001798 tonnes/10$^6$ scf gas processed | 93.4 mole % | 257 |
| | | 0.06349 tonnes/10$^6$ m$^3$ gas processed | | |
| Gas storage | 117.18 scf/10$^6$ scf gas processed | 0.0022477 tonnes/10$^6$ scf gas processed | 93.4 mole % | 197 |
| | | 0.079377 tonnes/10$^6$ m$^3$ gas processed | | |

Footnotes and Sources:

[a] Myers, D.B. *Methane Emissions from the Natural Gas Industry, Volume 14: Glycol Dehydrators, Final Report*, GRI-94/0257.31 and EPA-600/R-96-080n, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] CH$_4$ emission factors converted from scfy are based on 60°F and 14.7 psia.

[c] Uncertainty is based on a 95% confidence interval; however, because the data used to calculate the reference emission factor were unavailable, the uncertainty at a 95% confidence interval was calculated based on the uncertainty at a 90% confidence interval presented in the source, assuming a data set size of 10.

The emission factors in Table 5-2 can be scaled based on the ratio of the site-specific CH$_4$ content to the default emission factor concentration if the site natural gas has a significantly different CH$_4$ content from the default basis.  Also, if the gas contains significant quantities of CO$_2$, the CH$_4$ emission factors can be adjusted based on the relative concentrations of CH$_4$ and CO$_2$ in the gas to estimate the CO$_2$ emissions.  Exhibit 5.1 demonstrates these calculations.

Note that the emission factors given in Table 5-2 do not include the emissions from gas-assisted glycol pumps, which can be a significant source of CH$_4$ emissions.  Although the CH$_4$ from gas-assisted pumps are emitted through the regenerator vent, the emission rates were developed as a separate emission source in the GRI/EPA CH$_4$ emissions study, and are discussed in Section 5.1.2 (Myers and Harrison, 1996; Harrison et al., 1996).

Some glycol dehydrators use flash tanks, also referred to as flash separators.  Flash tanks are used to drop the glycol line pressure, causing most of the light hydrocarbons in the glycol to flash into the vapor phase.  If left uncontrolled, vapors from the flash tank can be a significant source of CH$_4$

©2009 American Petroleum Institute

BLM_0002976

emissions. However, flash gas is most often routed to the regenerator burner as fuel, significantly reducing $CH_4$ emissions from the regenerator vent. The uncontrolled emission factors presented in Table 5-2 would overestimate emissions from a glycol dehydration system with a flash tank separator that routes the flash gas to a vapor recovery system. Emission factors that reflect the use of flash separators are discussed below.

As an alternative to the industry-specific emission factors given above, Table 5-3 provides general glycol dehydrator emission factors developed using GRI-GLYCalc[TM] (Texaco, 1999). Unlike the GRI/EPA emission factors, these factors include the emissions contribution from the gas-assisted glycol pump, if present, and account for the presence of a flash separator. The emission factors are developed assuming typical operating parameters for a glycol unit with no vent condenser, because a vent condenser does not appreciably affect the $CH_4$ emissions. Factors are provided for gas and electric glycol pumps, with and without flash separators.

### Table 5-3. GRI-GLYCalc[TM]-Generated Dehydration Methane Emission Factors

#### Includes Glycol Gas-Assisted Pump Emissions

| Mode of Operation | $CH_4$ Emission Factor[a,b], Original Units | $CH_4$ Emission Factor[c], Converted to Tonnes per Gas Processed Basis |
|---|---|---|
| Gas pump without a flash separator | 82.63 tonne/yr per $10^6$ Nm$^3$/day gas processed | 0.006410 tonnes/$10^6$ scf gas processed |
| | | 0.2264 tonnes/$10^6$ m$^3$ gas processed |
| Gas pump with a flash separator | 1.98 tonne/yr per $10^6$ Nm$^3$/day gas processed | 0.000154 tonnes/$10^6$ scf gas processed |
| | | 0.00542 tonnes/$10^6$ m$^3$ gas processed |
| Electric pump without a flash separator | 21.46 tonne/yr per $10^6$ Nm$^3$/day gas processed | 0.001665 tonnes/$10^6$ scf gas processed |
| | | 0.05879 tonnes/$10^6$ m$^3$ gas processed |
| Electric pump with a flash separator | 1.64 tonne/yr per $10^6$ Nm$^3$/day gas processed | 0.000127 tonnes/$10^6$ scf gas processed |
| | | 0.00449 tonnes/$10^6$ m$^3$ gas processed |

Footnotes and Sources:
[a] Texaco, 1999. Based on results from GRI Report No. GRI-98/0073, *Investigation of Condenser Efficiency for HAP Control from Glycol Dehydrator Reboiler Vent Streams: Analysis of Data from the EPA 114 Questionnaire and GRI's Condenser Monitoring Program.*
[b] Uncertainty data are not available from this source.
[c] $CH_4$ emission factors are based on 60°F and 14.7 psia.

Some dehydrators also introduce stripping gas in the regenerator to help strip water and other absorbed compounds out of the glycol by increasing the vapor flow rate in the reboiler still. Three types of stripping gas are typically used: dry natural gas from the absorber, flash gas from the flash separator, or nitrogen. Any $CH_4$ in the stripping gas will pass directly through the regenerator; therefore, the use of dry natural gas will increase $CH_4$ emissions from the regenerator. GLYCalc should be used to estimate $CH_4$ emissions in this situation, as the default approaches presented in

©2009 American Petroleum Institute

BLM_0002977

*Process and Vented Emission Estimation Methods*

---

this subsection do not account for the use of stripping gas.  The emission factors presented in Tables 5-2 or 5-3 may be used to estimate emissions from the dehydrator if flash gas or nitrogen is used as the stripping gas, as $CH_4$ emissions will not be increased.

An example calculation for dehydrator $CH_4$ emissions is given below.

---

**EXHIBIT 5.1:          Sample Calculation for Dehydration Processing Vent Emissions**

INPUT DATA:
A glycol dehydrator at a gas processing plant treats $25 \times 10^6$ scf/day of gas with a $CH_4$ molar content of 90% and $CO_2$ content of 5%.  The dehydration unit includes an electric pump but does not include a flash separator.  The glycol circulation rate is 200 gallons/hr, and the contactor pressure is 600 psig.  Stripping gas is not used in the process.  Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:
1. *Calculate the $CH_4$ emissions.*  Emissions are calculated using an emission factor specific to gas processing facilities, taken from Table 5-2.  Because the $CH_4$ content of this facility differs from the 86.8% default $CH_4$ content associated with the emission factor presented in Table E-4, the calculations include an adjustment for the composition:

$$E_{CH_4} = \frac{25\times10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{0.0023315 \text{ tonne } CH_4}{10^6 \text{ scf}} \times \frac{\text{tonne mole } CH_4}{16 \text{ tonne } CH_4}$$

$$\times \frac{0.90 \text{ tonne mole } CH_4 \text{ (facility)}}{0.868 \text{ tonne mole } CH_4 \text{(default)}} \times \frac{16 \text{ tonne } CH_4}{\text{tonne mole } CH_4}$$

$$\underline{E_{CH_4} = 22.06 \text{ tonnes } CH_4/\text{yr}}$$

Alternatively, Table 5-3 provides a $CH_4$ emission factor of $0.001665$ tonnes $CH_4/10^6$ scf of gas processed for this type of arrangement.  The $CH_4$ emissions from the dehydrator vent are calculated using this approach as shown below.

$$E_{CH_4} = \frac{25\times10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{0.001665 \text{ tonne } CH_4}{10^6 \text{ scf}}$$

$$\underline{E_{CH_4} = 15.19 \text{ tonnes } CH_4/\text{yr}}$$

---

©2009 American Petroleum Institute

BLM_0002978

---

**EXHIBIT 5.1:**       **Sample Calculation for Dehydration Processing Vent Emissions, continued**

2. *Calculate the $CO_2$ emissions.* Emissions of $CO_2$ are estimated from the $CH_4$ emissions using the relative $CO_2$ and $CH_4$ contents in the gas.

$$E_{CO_2} = 22.06 \text{ tonnes } CH_4 \times \frac{\text{tonne mole } CH_4}{16 \text{ tonne } CH_4} \times \frac{\text{tonne mole gas}}{0.90 \text{ tonne mole } CH_4} \times \frac{0.05 \text{ tonne mole } CO_2}{\text{tonne mole gas}}$$

$$\times \frac{44 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 3.37 \text{ tonnes } CO_2/\text{yr}} \quad \left( \begin{array}{l} \text{or 2.32 tonnes } CO_2/\text{yr if based on the alternative} \\ CH_4 \text{ approach using Table 5-3.} \end{array} \right)$$

---

Note that the $CH_4$ emission results for the two methods presented in Exhibit 5.1 are different. Both are based on field data and computer simulation results. However, different assumptions were used for each study. The primary distinction is that the factors provided in Table 5-2 are classified by industry segment, accounting for the average dehydrator capacity in each industry segment, while the factors in Table 5-3 are based on an average equipment set-up for any industry sector. In addition, uncertainty data are not available for the emission factors provided in Table 5-3.

### 5.1.2    *Glycol Pumps*

As demonstrated by the GRI/EPA study, gas-assisted glycol pumps can be a significant source of $CH_4$ emissions (Myers and Harrison, 1996). Both electric and gas-assisted pumps are used to circulate glycol in the dehydrator system. If a gas-assisted pump is used, the low-pressure glycol is pumped into the absorber by pistons driven by the high-pressure glycol leaving the absorber. This high pressure glycol contains some entrained gas from the absorber. The GRI/EPA $CH_4$ emissions project estimated the gas-assisted glycol pump emissions separately from the dehydrator vent emissions, although they are emitted from the same vent.

The GRI/EPA study noted that Kimray was a leading manufacturer of gas-assisted glycol pumps. Emission factors were presented in this study (Volume 15) based on technical data from Kimray and using assumptions about typical dehydrator operation (Myers and Harrison, 1996). Production and processing Kimray pump $CH_4$ emissions are given in Table 5-4. This table also includes the

---

©2009 American Petroleum Institute

BLM_0002979

*Process and Vented Emission Estimation Methods*

default $CH_4$ content that can be used for adjusting the emission factors to other $CH_4$ contents. The default $CH_4$ content and associated uncertainties for each industry segment are provided in Table E-4. The GRI/EPA study did not observe any active gas-assisted pumps in the transmission and storage segments, so no emission factors are presented for these industry segments.

### Table 5-4.  GRI/EPA Kimray Pump $CH_4$ Emission Factors

| Industry Segment | $CH_4$ Emission Factor [a], Original Units | $CH_4$ Emission Factor [b], Converted to Tonnes Basis | $CH_4$ Content Basis for Industry Segment | Uncertainty [c] (+/- %) |
|---|---|---|---|---|
| Production | 992.0 scf/$10^6$ scf gas processed | 0.01903 tonnes/$10^6$ scf gas processed | 78.8 mole % | 82.8 |
| | | 0.6720 tonnes/$10^6$ $m^3$ gas processed | | |
| Processing | 177.75 scf/$10^6$ scf gas processed | 0.0034096 tonnes/$10^6$ scf gas processed | 86.8 mole % | 61.5 |
| | | 0.12041 tonnes/$10^6$ $m^3$ gas processed | | |

Footnotes and Sources:
[a] Myers, D.B. and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 15: Gas Assisted Glycol Pumps*, Final Report, GRI-94/0257.33 and EPA-600/R-96-080o, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[b] $CH_4$ emission factors converted from scfy are based on 60°F and 14.7 psia.
[c] Uncertainty is based on a 95% confidence interval; however, because the data used to calculate the reference emission factor were unavailable, the uncertainty at a 95% confidence interval was calculated based on the uncertainty at a 90% confidence interval presented in the source assuming a data set size of 10.

An example calculation for glycol dehydrator Kimray pump $CH_4$ emissions is given below.

---

**EXHIBIT 5.2:**      **Sample Calculation for Dehydration Kimray Vent Emissions**

INPUT DATA:
From the previous example, a glycol dehydrator at a gas processing plant treats $25\times10^6$ scf/day of gas. This dehydration unit includes a gas-operated pump but does not include a flash separator. Calculate the vented emissions from the pump and from the dehydrator as a whole.

CALCULATION METHODOLOGY:
1. *Calculate emissions from the pump.* Assuming the pump is a Kimray or similar type, Table 5-4 provides an appropriate emission factor. The $CH_4$ emissions are calculated by multiplying this emission factor by the annual gas throughput and adjusting for the facility $CH_4$ concentration, as shown below.

$$E_{CH_4,pump} = \frac{25\times10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{0.0034096 \text{ tonne } CH_4}{10^6 \text{ scf}} \times \frac{0.90 \text{ tonne mole } CH_4 \text{ (facility)}}{0.868 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$E_{CH_4,pump} = 32.26 \text{ tonnes } CH_4/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0002980

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.2:        Sample Calculation for Dehydration Kimray Vent Emissions, continued**

$CO_2$ emissions are calculated by correcting the $CH_4$ emissions by the ratio of $CH_4$ to $CO_2$ in the facility gas.

$$E_{CO_2,pump} = 32.26 \text{ tonnes } CH_4 \times \frac{\text{tonne mole } CH_4}{16 \text{ tonne } CH_4} \times \frac{\text{tonne mole gas}}{0.90 \text{ tonne mole } CH_4} \times \frac{0.05 \text{ tonne mole } CO_2}{\text{tonne mole gas}}$$

$$\times \frac{44 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2,pump} = 4.93 \text{ tonnes } CO_2/yr}$$

2. *Calculate total dehydrator emissions.* The previous example estimated the emissions from the dehydration unit to be 22.06 tonnes $CH_4$/yr, excluding the gas-assisted glycol pump. Note that because the GRI/EPA factor is used, the Kimray pump emissions should be added to the dehydrator vent emissions estimated in the previous example to obtain the total dehydrator vented emissions:

$$E_{CH_4,total} = 22.06 \text{ tonnes } CH_4 / yr \text{ (from the dehydrator)} + 32.26 \text{ tonnes } CH_4 / yr \text{ (from the pump)}$$

$$\underline{E_{CH_4,total} = 54.3 \text{ tonnes } CH_4 / yr}$$

$$E_{CO_2,total} = 3.37 \text{ tonnes } CO_2/yr \text{ (from the dehydrator)} + 4.93 \text{ tonnes } CO_2/yr \text{ (from the pump)}$$

$$\underline{E_{CO_2,total} = 8.30 \text{ tonnes } CO_2/yr}$$

Alternatively, using the emission factor from Table 5-2 for this type of arrangement results in the following $CH_4$ emissions:

$$E_{CH_4,total} = \frac{25 \times 10^6 \text{scf}}{\text{day}} \times \frac{365 \text{ day}}{yr} \times \frac{0.00641 \text{ tonne } CH_4}{10^6 \text{ scf}}$$

$$\underline{E_{CH_4,total} = 58.5 \text{ tonnes } CH_4/yr}$$

These emissions could then be used to calculate $CO_2$ emissions, using the ratio of $CH_4$ to $CO_2$ in the facility gas.

---

©2009 American Petroleum Institute

BLM_0002981

*Process and Vented Emission Estimation Methods*

### 5.1.3 Desiccant Dehydrators

Desiccant dehydrators have lower $CH_4$ (and $CO_2$) emissions than glycol-based systems. Desiccant systems remove the moisture in the gas by passing the wet gas through a drying bed of desiccant tablets (e.g., salts such as calcium, potassium, or lithium chlorides). Molecular sieves can also be used as the desiccant in these systems. Molecular sieves selectively adsorb acid gas molecules of smaller diameter than methane, and can be used for both gas dehydration and acid gas treatment.

Portable desiccant dehydrators can also be used during maintenance activities when the glycol dehydrator that is normally used has to be shut down. For example, low pressure wells may be vented to the atmosphere during maintenance activities because it can be difficult to resume flow if the wells are shut in (EPA Gas STAR, PRO Fact Sheet No. 207, October 2004). However, the portable desiccant system can be used in place of the glycol dehydrator system, thus avoiding having to vent the low pressure well to the atmosphere.

Since the desiccant dehydrator systems are fully enclosed, emissions only occur when the vessel is opened to change out the desiccant tablets. The emissions from these desiccant dehydrators can be estimated based on the internal volume of the dehydrator, as shown in the following:

$$GLD = \frac{H \times D^2 \times \pi \times P_2 \times G \times N}{4 \times P_1} \qquad \text{(Equation 5-1)}$$

where
  GLD = gas loss from desiccant dehydrator, scf/yr;
   H = dehydrator vessel height, ft;
   D = dehydrator vessel inside diameter, ft;
   $P_2$ = gas pressure, psia;
   $P_1$ = atmospheric pressure, 14.7 psia;
   G = fraction of packed vessel volume that is gas; and
   N = number of desiccant change outs per year.

An example calculation for desiccant dehydrator emissions is shown in Exhibit 5.3. The example is based on Exhibit 12 presented in the November 2003 EPA Gas STAR Lessons Learned document, *Replacing Glycol Dehydrators with Desiccant Dehydrators.*

©2009 American Petroleum Institute

BLM_0002982

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.3:        Sample Calculation for Desiccant Dehydration Venting**

INPUT DATA:
A desiccant dehydrator at a gas processing plant has a vessel height of 6.40 feet and an inside diameter of 1.60 feet. The pressure of the gas inside the vessel is 450 psig (464.7 psia). The desiccant material is refilled 52 times annually. The vessel is assumed to be 45% packed. The $CH_4$ and $CO_2$ molar contents are 90% and 5%, respectively. Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:
The gas vented from the desiccant dehydrator vessel is estimated using Equation 5-1.

$$GLD = \frac{(6.40 \text{ ft}) \times (1.60 \text{ ft})^2 \times (3.1416) \times (464.7 \text{ psia}) \times (0.45) \times 52}{4 \times (14.7 \text{ psia})}$$

$$GLD = 9{,}519 \text{ scf/yr (total gas)}$$

The $CH_4$ and $CO_2$ emissions are then estimated using the gas molar contents:

$$E_{CH_4} = \frac{9{,}519 \text{ scf}}{yr} \times \frac{0.90 \text{ scf } CH_4}{\text{scf gas}} \times \frac{\text{lbmole } CH_4}{379.3 \text{ scf } CH_4} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$E_{CH_4} = 0.16 \text{ tonnes } CH_4 \text{/year}$$

$$E_{CO_2} = \frac{9{,}519 \text{ scf}}{yr} \times \frac{0.05 \text{ scf } CO_2}{\text{scf gas}} \times \frac{\text{lbmole } CO_2}{379.3 \text{ scf } CO_2} \times \frac{44 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 0.025 \text{ tonnes } CO_2 \text{/yr}$$

---

### 5.1.4    *Other Glycol Dehydrator Alternatives*

Methods of reducing $CH_4$ emissions range from operational alterations to technological alternatives. Operational alterations, such as optimizing glycol circulation rates or installing electric pumps, have been shown to reduce, but not eliminate, $CH_4$ emissions. Technological

BLM_0002983

*Process and Vented Emission Estimation Methods*

alternatives include replacing glycol dehydrators with desiccant dehydrators (discussed in Section 5.1.3), separators, and in-line heaters, or methanol injection units.

The use of separators and in-line heaters for water removal is a two-step process. First, the gas is expanded in a cyclone. This expansion lowers the temperature of the gas, enhancing water condensation and separation. Then the gas is reheated to restore it to a dew point below conditions in the pipeline system. Vented emissions from the separator should be calculated using an engineering approach. Combustion emissions from the line heater should be calculated using the methodology described in Section 4.

Methanol injection units are an efficient method for controlling gas hydrate formation in the lines. While methanol may absorb some of the water in the gas, its primary function is to act as a hydrate inhibitor. Methanol injection lowers the temperature at which hydrates can form, thereby reducing gas hydrate formation. Unlike glycol dehydration, methanol injection requires no regeneration, thus eliminating vented emissions.

### 5.1.5    Acid Gas Removal/Sulfur Recovery Units

Natural gas with high concentrations of acid gas species ($H_2S$ and $CO_2$), referred to as sour gas, must be treated to reduce the acid gases to a concentration that meets pipeline corrosion-prevention specifications. Acid Gas Removal (AGR) units remove $H_2S$ and $CO_2$ by contacting the sour gas with a liquid solution (typically amines). AGR units have similar equipment to those in the dehydrator units (an absorber, liquid circulation pump, and a reboiler to regenerate the absorber liquid).

Sulfur Recovery Units (SRUs) can also be used to recover elemental sulfur from $H_2S$. A byproduct of natural gas processing or crude oil refining, $H_2S$ is converted to elemental sulfur through the use of a recovery process. The most common process is the Claus process, in which the $H_2S$ undergoes catalytic oxidation in a two-step process. The Claus process consists of a thermal process and a catalytic process, both of which form elemental sulfur through the conversion of $H_2S$ to sulfur and water. During the oxidation process, side reactions occur then produce other compounds including $CO_2$.

©2009 American Petroleum Institute

BLM_0002984

### Methane Emissions

The amine solution associated with AGR units can absorb a small amount of $CH_4$ from the gas, and some $CH_4$ can be driven off to the atmosphere from the reboiler vent.  In closed amine systems, the reboiler vent is directed to the facility flare and no methane venting occurs. Figure 5-2 shows the approaches available to estimate $CH_4$ emissions from AGR units, which is dictated by whether specific information is known about the sour gas, such as temperature and pressure.



**Figure 5-2.  $CH_4$ Emissions from Acid Gas Removal (AGR) Units**

Emissions from AGR unit vents routed to a flare or other control device should be estimated using the techniques presented in Section 4.  For uncontrolled AGR units, two $CH_4$ emission factors for AGR vents were developed as part of the 1996 GRI/EPA $CH_4$ emissions study (Volume 14, page A-13) based on process simulation results for typical unit operations of a diethanol amine (DEA) unit (Myers, 1996).  Table 5-5 provides the AGR $CH_4$ emission factor on both a throughput basis and unit basis.  The throughput basis should be used over the unit basis factor if the volume of treated gas is known.

©2009 American Petroleum Institute

BLM_0002985

*Process and Vented Emission Estimation Methods*

### Table 5-5.  Uncontrolled AGR CH$_4$ Emission Factor

| Source | Methane Emission Factor [a], Original Units | Methane Emission Factor [b], Converted to Tonnes Basis | Uncertainty [c] (+/- %) |
|---|---|---|---|
| AGR vent | 965 scf/10$^6$ scf treated gas | 0.0185 tonnes/10$^6$ scf treated gas<br>0.654 tonnes/10$^6$ m$^3$ treated gas | 119 |
|  | 33,794 scfd/AGR unit | 0.6482 tonnes/day-AGR unit | 125 |

Footnotes and Sources:
[a] Myers, D.B. *Methane Emissions from the Natural Gas Industry, Volume 14: Glycol Dehydrators, Final Report,* GRI-94/0257.31 and EPA-600/R-96-080n, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.  Based on a DEA unit.
[b] CH$_4$ emission factors converted from scf are based on 60°F and 14.7 psia.
[c] Uncertainty is based on a 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

Alternatively, API's AMINECalc can be used to estimate CH$_4$ for amine units.  Details on this software are available at the following API web address by searching for API Publication Number 4679:

*http://www.api.org/*

As an alternative to running AMINECalc, emissions from AGR units could also be calculated using a mass balance approach, such as described in Section 5.7.1.

There are other acid gas removal technologies besides amine units, including the Morphysorb® process, Kvaerner Membrane technology, and the Molecular Gate® process, the latter of which involves the use of molecular sieves.  These technologies are reported to reduce CH$_4$ emissions, although published emission factors are not available (EPA Gas STAR, August 2007).

An example calculation for AGR CH$_4$ emissions is given in Exhibit 5.4, based on the emission factors in Table 5-5.

---

**EXHIBIT 5.4:**       **Sample Calculation for AGR Vent Emissions**

INPUT DATA:
A gas processing plant has one amine-based AGR unit that vents to atmosphere.  The treated gas throughput of the AGR unit is not known.  The facility operates continuously throughout the year (8760 hours/year).  Calculate the CH$_4$ emissions.

CALCULATION METHODOLOGY:
The AGR unit-based CH$_4$ emission factor from Table 5-5 is multiplied by the number of AGR units and converted from a daily basis to an annual basis.

---

©2009 American Petroleum Institute

BLM_0002986

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.4:**      **Sample Calculation for AGR Vent Emissions, continued**

$$E_{CH_4} = (1 \text{ AGR}) \times \frac{0.6482 \text{ tonne CH}_4}{\text{day-AGR}} \times \frac{365 \text{ day}}{\text{yr}}$$

$$\underline{E_{CH_4} = 236.6 \text{ tonnes CH}_4/\text{yr}}$$

Note that the treated gas throughput-based $CH_4$ emission factor could have been used instead of the unit-based factor if the AGR throughput data had been available.

---

### Carbon Dioxide Emissions

Sour gas processing or sulfur recovery units can directly vent the $CO_2$ removed from the sour gas stream to the atmosphere or capture the $CO_2$ for other uses, such as enhanced oil recovery. For systems that vent the waste $CO_2$ (for example, amine units), emissions can be estimated by material balance using the known throughput and $CO_2$ concentrations of the inlet and outlet gas streams as shown in the following equation (CAPP, 2003).

$$E_{CO_2} = \left[ \left( \frac{\text{Volume}}{\text{time}} \times CO_2 \text{ mole\%} \right)_{sour} - \left( \frac{\text{Volume}}{\text{time}} \times CO_2 \text{ mole\%} \right)_{sweet} \right] \times \frac{44}{\text{molar volume conversion}}$$

(Equation 5-2)

where

$E_{CO_2}$ = mass emissions of $CO_2$ per year (in pounds or kg);

Volume = volume of the sour and sweet gas (in scf or $m^3$ at STP conditions);

sour = refers to the untreated sour inlet raw gas. Acid gas is typically comprised of $CO_2$ and $H_2S$;

sweet = refers to the treated gas after the $H_2S$ and $CO_2$ have been removed (typically sales gas or pipeline quality gas);

$CO_2$ mole% = molar (or volume) concentrations of the sour and sweet gas. If the sweet gas concentration is unknown, 0% can be applied as a simplifying assumption, recognizing that this will likely overestimate emissions. Note, pipeline gas specifications typically limit $CO_2$ concentrations to 2% or less; and

Molar volume conversion = conversion from molar volume to mass (379.3 scf/lbmole or 23.685 $m^3$/kgmole).

---

©2009 American Petroleum Institute

BLM_0002987

*Process and Vented Emission Estimation Methods*

The accuracy of Equation 5-2 is highly dependent on the consistency of the $CO_2$ concentration in the inlet raw gas and sales gas streams.  To improve the accuracy of this method, a volume weighted-average $CO_2$ concentration should be determined (especially for the inlet gas) using a range of gas sample data.

Note that technologies such as the Molecular Gate® process that remove $CO_2$ and route the $CO_2$-rich tail gas stream to the fuel gas system must properly account for the $CO_2$ emissions.  This would involve using the above material balance approach to account for the $CO_2$ emissions from the acid gas treatment that should be combined with $CO_2$ formed from combustion that is estimated using the approaches in Section 4 (i.e., the $CO_2$ removed by the acid gas treatment process gets emitted from the combustion stack with the $CO_2$ formed from combustion).  Care should be taken not to double count these emissions.  If the tail gas stream from the Molecular Gate® process is vented, the material balance approach should properly account for the vented $CO_2$ emissions.

Estimating vented $CO_2$ emissions from sour gas processing is demonstrated in Exhibit 5.5.

---

**EXHIBIT 5.5:       Sample Calculation for $CO_2$ Venting Emissions from Sour Gas Processing**

INPUT DATA:
A amine-based sour gas processing facility has the following operating parameters:
    Unit inlet stream:  150,000 $\times 10^6$ scf/yr sour gas processed with 3.0 mole % $CO_2$
    Unit outlet stream:  148,500 $\times 10^6$ scf/yr sweet gas produced with 2.0 mole % $CO_2$

Calculate the vented $CO_2$ emissions.

CALCULATION METHODOLOGY:
The $CO_2$ vented emissions are estimated using the material balance from Equation 5-2.

$$E_{CO_2} = \left( \frac{150,000 \times 10^6 \text{ scf gas}}{yr} \times \frac{0.030 \text{ scf } CO_2}{\text{scf gas}} \right) - \left( \frac{148,500 \times 10^6 \text{ scf gas}}{yr} \times \frac{0.020 \text{ scf } CO_2}{\text{scf gas}} \right)$$

$$\times \frac{\text{lbmole } CO_2}{379.3 \text{ scf } CO_2} \times \frac{44 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 80,506 \text{ tonnes/yr } CO_2$$

---

©2009 American Petroleum Institute

BLM_0002988

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.5:** **Sample Calculation for CO$_2$ Venting Emissions from Sour Gas Processing, continued**

Methane emissions are estimated by applying the emission factor from Table 5-5.

$$E_{CH_4} = \frac{150,000 \times 10^6 \text{ scf gas}}{yr} \times \frac{0.0185 \text{ tonnes CH}_4}{10^6 \text{ scf gas}}$$

$$E_{CH_4} = 2,775 \text{ tonnes/yr CH}_4$$

---

Carbon dioxide emissions from SRUs that route the sulfur plant tailgas to a thermal oxidizer can also be calculated using a mass balance approach, such as provided in Equation 5-3. Carbon dioxide emissions from SRUs utilizing an amine unit should be calculated using Equation 5-2.

$$E_{CO_2} = FR \times \frac{MW_{CO_2}}{\text{molar volume conversion}} \times MF \times \frac{\text{tonne}}{2204.62 \text{ lb}} \qquad \text{(Equation 5-3)}$$

where

$$\begin{aligned}
E_{CO_2} &= CO_2 \text{ emissions (tonnes/yr);} \\
FR &= \text{volumetric flow rate of acid gas to SRU (scf/yr);} \\
MW_{CO_2} &= \text{molecular weight of } CO_2 \text{ (44 lb/lb-mole);} \\
\text{Molar Volume Conversion} &= \text{conversion from molar volume to mass (379.3 scf/lbmole); and} \\
MF &= \text{molecular fraction of } CO_2 \text{ in sour gas, based on site data.}
\end{aligned}$$

## 5.2    Refinery Processes Vents

There are a number of specialized process vents in refineries that emit GHG emissions. Many of these are associated with catalyst regeneration, such as catalytic cracking regeneration, catalytic reformer regeneration, etc. Others are used to vent a by-product material, such as the hydrogen plant. This section will address each vent by process.

### 5.2.1    Catalytic Cracking Regenerator

The catalytic cracking processes deposit coke on the catalyst as a byproduct of the reaction. That coke must be burned off to restore the activity of the catalyst. Similarly, the thermal cracking process referred to as fluid coking utilizes a fluidized solids technique to remove carbon (coke) for

---

©2009 American Petroleum Institute

BLM_0002989

continuous conversion of heavy, low-grade oils into lighter products. The coke is continuously burned off in the regenerator. This process vent may be a significant source of $CO_2$ emissions.

Fluid catalytic cracking units (FCCUs) are operated in two basic modes:

1. Full, or complete, CO burn mode, where essentially all CO is combusted to $CO_2$ within the regenerator. The exhaust gas typically contains approximately 2% $O_2$ and less than 1% CO. The hot exhaust gases often pass through a waste heat boiler, operated with or without supplemental fuel, to produce steam prior to exiting through the stack.

2. Partial burn mode, where the regenerator exhaust gas typically contains less than 1% $O_2$ and 6-8% CO (though these compositions can vary). The exhaust gases pass through a CO boiler, which completes the combustion of CO to $CO_2$ external to the FCCU regenerator before the gases exit the stack.

Sometimes an oxidation promoter (e.g., platinum, palladium, etc.) is added to the process or is included within the catalyst to assist combustion in "promoted" operation. Where no promoter is used, the operation is referred to as "conventional" or "non-promoted" CO burn. Full or partial CO burn modes can be conventional or promoted.

In some cases, the regenerator off-gas may be controlled with a CO boiler (to control CO and TOC emissions) if operated in a full or partial burn mode and/or with an electrostatic precipitator or scrubber (to control particulate emissions). When a partial burn unit is operated with a CO boiler, the unit is equivalent to a full burn unit with respect to $CO_2$, $CH_4$, and TOC emissions since the combustion of CO to $CO_2$ is completed. As noted earlier, some catalytic cracking unit (CCU) regenerators are designed to complete the combustion of CO to $CO_2$ and do not need a CO boiler. These units may also be equipped with a waste heat boiler that can be fired with supplemental fuel. The $CO_2$ from the combustion of the supplemental fuel should be accounted for as described in Section 4.

Units operated in partial burn mode with a CO boiler or full burn mode have negligible $CH_4$ and TOC emissions. This conclusion is supported by test data that showed negligible $CH_4$ emissions from a full burn regenerator unit (ARPEL, 1998). An FCCU that is not controlled by either a CO boiler or a regenerator designed for complete combustion would have higher $CH_4$ emissions.[1] However, FCCUs are typically not operated in partial burn modes without a CO boiler.

---

[1] Data presented in Table 6.22 of ARPEL shows $CH_4$ emission factors of 924 kg/1000 m³ FCCU feed and 386 kg/1000 m³ FCCU feed for conventional and partial burn units, respectively, that did not have CO boilers (ARPEL, 1998). However, this type of operation is not typically employed.

BLM_0002990

*Process and Vented Emission Estimation Methods*

Figure 5-3 provides the decision tree for FCCU regeneration. Note that the coke burn rate (or air blower capacity) is used for all the $CO_2$ emission calculation approaches discussed in this section. There are two commonly used approaches for estimating the $CO_2$ and $CH_4$ emissions from FCCU regeneration.



**Figure 5-3. $CO_2$ Emissions from Fluid Catalytic Cracking Units (FCCU)**

These approaches are based on process parameters that are generally monitored or estimated as part of routine refinery operations. Both process calculation approaches should provide equally accurate emission estimates. The user should pick the approach for which the input data are most readily available.

The first approach uses the coke burn rate expressed in mass per year. The coke burned is assumed to proceed completely to $CO_2$. Based on this assumption and accounting for the conversion of units, the $CO_2$ emission rate can be calculated from the following equation:

$$E_{CO_2} = CC_{Avg} \times CF \times \frac{44 \text{ mass units } CO_2/\text{mole}}{12 \text{ mass units } C/\text{mole}} \qquad \text{(Equation 5-4)}$$

where

    $E_{CO_2}$ = emissions of $CO_2$ in units of mass (pounds, kg, tonnes) per year;
    $CC$ = daily average coke burn rate in units of mass per year;
    $CF$ = fraction of carbon in the coke burned (if unknown, default = 1);
    44 = molecular weight of $CO_2$; and
    12 = molecular weight of carbon (coke is assumed to be carbon).

©2009 American Petroleum Institute

BLM_0002991

*Process and Vented Emission Estimation Methods*

Equation 5-4 is based on the fundamental principles of complete stoichiometric combustion of the carbon in coke to $CO_2$. Using a site-specific carbon fraction of coke will result in the most accurate estimates. In the absence of site-specific carbon fraction of coke data, the user may consult Table 3-8, which contains the properties of various fuels, or assume a carbon fraction of 1.0 as a simplifying assumption, recognizing that this will overestimate emissions.

The coke burn rate can be calculated using the "$K_1$, $K_2$, $K_3$ approach" provided in EPA Rule 40 CFR 63, Subpart UUU. However, the coke burn equation can be reduced to Equation 5-5. The equation derivation is provided in Appendix B.

$$E_{CO_2} = \left[ K_1 \times Q_r \times \left( P_{CO_2} + P_{CO} \right) \right] \times \frac{44 \text{ mass units } CO_2/\text{mole}}{12 \text{ mass units } C/\text{mole}} \times H \qquad \text{(Equation 5-5)}$$

where

$E_{CO_2}$ = emissions of $CO_2$ (lb/year or kg/year);

$K_1$ = carbon conversion factor burn term (0.0186 lb-min/hr-dscf-% or 0.2982 kg-min/hr-dscm-, given in Table B-2%);

$Q_r$ = volumetric flow rate of exhaust gas before entering the emission control system, calculated using Equation B-2 (dscf/min or dscm/min);

$P_{CO_2}$ and $P_{CO}$ = percent $CO_2$ and $CO$ concentrations, respectively, in regenerator exhaust, percent by volume (dry basis); and

$H$ = annual operating time (hrs/yr); 8760 hrs/yr if operating continuously throughout the year.

Another process calculation approach is based on the air blower capacity and flue gas concentration:

$$E_{CO_2} = \left( AR + SOR \right) \times \left( FCO_2 + FCO \right) \times \frac{44}{\text{molar volume conversion}} \times H \qquad \text{(Equation 5-6)}$$

where

$E_{CO_2}$ = emissions of $CO_2$ in units of mass (pounds, kg, tonnes) per year;

$AR$ = air rate in standard cubic feet or cubic meters per minute, on a dry basis;

$SOR$ = supplemental oxygen rate (if used) in standard cubic feet or cubic meters per minute, on a dry basis;

$FCO_2$ = fraction $CO_2$ in the flue gas, on a dry basis (enter "0.12" for 12%, not 12);

$FCO$ = fraction $CO$ in the flue gas, on a dry basis (enter "0.08" for 8%, not 8);

Molar volume conversion = conversion from molar volume to mass (379.3 scf/lbmole or 23.685 $m^3$/kgmole); and

$H$ = annual operating time (min/yr); 525,600 min/yr if operating continuously throughout the year.

©2009 American Petroleum Institute

BLM_0002992

*Process and Vented Emission Estimation Methods*

This equation is based on fundamental principles for calculating the mass of a component from the total stream flow and concentration of the subject component.  The concentration term includes both CO and $CO_2$, because a partial oxidation regenerator flue gas contains both species, and each mole of CO will become a mole of $CO_2$ when emitted from the CO boiler.

A sample calculation for the approaches is provided in Exhibit 5.6.

---

**EXHIBIT 5.6:        Sample Calculation for FCCU Process Calculation Approach**

INPUT DATA:
Assume a $6.36 \times 10^3$ m$^3$ per day catalytic cracking unit has a coke burn rate of 119,750 tonnes per year and a blower air capacity of 2150 m$^3$/min.  Assume also that the carbon fraction of the coke is 0.93 based on site-specific data; the flue gas concentrations are 11% $CO_2$ and 9% CO exiting the regenerator; and that a CO boiler is used for control of that stream.  Supplemental firing with natural gas is also employed ($100 \times 10^6$ Btu/hr, higher heating value basis).  Calculate the regenerator $CO_2$ emissions using Equations 5-4, 5-5, and 5-6.  Calculate the emissions from supplemental firing of natural gas.  Summarize the FCCU emissions.

CALCULATION METHODOLOGY:

1. *Calculate the $CO_2$ emissions using Equation 5-4.*  Using Equation 5-4, the estimated $CO_2$ emissions from the regenerator would be:

$$E_{CO_2} = 119{,}750\,\frac{\text{tonnes Coke Burned}}{\text{year}} \times \frac{0.93 \text{ tonnes C}}{\text{tonnes Coke}} \times \frac{44 \text{ tonnes } CO_2}{12 \text{ tonnes C}}$$

$$E_{CO_2} = 408{,}348 \text{ tonnes } CO_2/\text{year}$$

2. *Calculate the $CO_2$ emissions using Equation 5-5.*  Using the air rate in Equation 5-5, the $CO_2$ emission estimate is:

$$E_{CO_2} = \left[ \frac{0.2982 \text{ kg - min}}{\text{hr - dscm \%}} \times \frac{2{,}150 \text{ dscm}}{\text{min}} \times (11\% + 9\%) \right] \times \frac{44}{12} \times \frac{\text{tonne}}{1{,}000 \text{ kg}} \times \frac{8760 \text{ hr}}{\text{yr}}$$

$$E_{CO_2} = 411{,}862 \text{ tonnes } CO_2/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0002993

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.5:**       **Sample Calculation for FCCU Process Calculation Approach, continued**

3. *Calculate the $CO_2$ emissions using Equation 5-6.*  Using the air rate in Equation 5-6 yields:

$$E_{CO_2} = \frac{2150 \text{ m}^3}{\text{min}} \times \left( \frac{0.11 \text{ m}^3 \text{ CO}_2}{\text{m}^3 \text{ gas}} + \frac{0.09 \text{ m}^3 \text{ CO}}{\text{m}^3 \text{ gas}} \times \frac{\text{m}^3 \text{ CO}_2}{\text{m}^3 \text{ CO}} \right) \times \frac{44 \text{ kg CO}_2/\text{kgmole CO}_2}{23.685 \text{ m}^3 \text{ CO}_2/\text{kgmole CO}_2}$$

$$\times \frac{525,600 \text{ min}}{\text{year}} \times \frac{\text{tonnes}}{1000 \text{ kg}}$$

$$\underline{E_{CO_2} = 419,859 \text{ tonnes CO}_2/\text{year}}$$

4. *Calculate the emissions from supplemental natural gas firing.*  The emissions from the supplemental firing are in addition to the $CO_2$ emissions from the FCCU regenerator.  Emissions from the supplemental firing of natural gas are estimated using the approaches presented in Section 4.  The $CO_2$ emission factor was taken from Table 4-3 for pipeline natural gas.  The $CH_4$ and $N_2O$ emission factors were taken from Table 4-7 for natural gas-fired boilers.

$$E_{CO_2} = \frac{100 \times 10^6 \text{ Btu}}{\text{hr}} \times \frac{0.0531 \text{ tonne CO}_2}{10^6 \text{Btu}} \times \frac{8760 \text{ hr}}{\text{yr}}$$

$$\underline{E_{CO_2} = 46,516 \text{ tonnes CO}_2 / \text{yr}}$$

$$E_{CH_4} = \frac{100 \times 10^6 \text{ Btu}}{\text{hr}} \times \frac{1.0 \times 10^{-5} \text{ tonne CH}_4}{10^6 \text{ Btu}} \times \frac{8760 \text{ hr}}{\text{yr}}$$

$$\underline{E_{CH_4} = 0.88 \text{ tonnes CH}_4 / \text{yr}}$$

$$E_{N_2O} = \frac{100 \times 10^6 \text{ Btu}}{\text{hr}} \times \frac{9.8 \times 10^{-7} \text{ tonne N}_2\text{O}}{10^6 \text{ Btu}} \times \frac{8760 \text{ hr}}{\text{yr}}$$

$$\underline{E_{N_2O} = 0.86 \text{ tonnes N}_2\text{O} / \text{yr}}$$

---

©2009 American Petroleum Institute

BLM_0002994

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.6:** **Sample Calculation for FCCU Process Calculation Approach, continued**

5. *Summarize the FCCU emissions.* The emissions from the FCCU are summarized below.

| Coke burn rate approach (Equation 5-4) | Contribution | $CO_2$ | $CH_4$ | $N_2O$ |
|---|---|---|---|---|
| | Coke Burn | 408,348 | | |
| | CO Boiler | 46,516 | 0.88 | 0.86 |
| | **Total** | **454,149** | **0.88** | **0.86** |
| "$K_1$, $K_2$, $K_3$" approach (Equation 5-5), | Contribution | $CO_2$ | $CH_4$ | $N_2O$ |
| | Coke Burn | 411,862 | | |
| | CO Boiler | 46,516 | 0.88 | 0.86 |
| | **Total** | **458,663** | **0.88** | **0.86** |
| Air blower rate approach (Equation 5-6) | Contribution | $CO_2$ | $CH_4$ | $N_2O$ |
| | Coke Burn | 419,859 | | |
| | CO Boiler | 46,516 | 0.88 | 0.86 |
| | **Total** | **466,660** | **0.88** | **0.86** |

## 5.2.2 Refinery Hydrogen Plant

Refinery hydrogen plants, often referred to as steam reformers, react hydrocarbons with steam ($H_2O$) to produce $H_2$ through a multiple step process involving catalytic reforming followed by water-gas-shift and $CO_2$ removal. Steam reformers are not to be confused with naphtha reformers, the emissions from which are discussed in Section 5.2.4. The quantity of $H_2$ generated depends on the carbon-to-hydrogen ratio of the feed gas and the steam-to-carbon ratio. In most cases, $H_2$ is made from natural gas, but there are some plants that operate with naphtha or refinery fuel gas as the feedstock. The overall chemical reaction can be expressed as:

$$C_xH_{(2x+2)} + 2xH_2O \rightarrow (3x+1)H_2 + xCO_2 \qquad \text{(Equation 5-7)}$$

This equation shows that a mole of $CO_2$ is formed for every mole of carbon in the hydrocarbon species. Note that the $CO_2$ generated by this reaction does not include $CO_2$ emissions from process heater(s) associated with the $H_2$ plant. Emissions from the process heaters should be treated like other combustion sources described in Section 4.

After the shift reactor, hydrogen must be separated from the syngas. Older hydrogen plants purify the raw hydrogen using wet scrubbing followed by methanation. The wet scrubbing unit generates

---

5-23
©2009 American Petroleum Institute

August 2009

BLM_0002995

*Process and Vented Emission Estimation Methods*

a nearly pure stream of $CO_2$ which may be further processed for other uses (including being sold as a product), or may be vented directly to the atmosphere. Some plants may monitor the flow rate and composition of the vent stream from the hydrogen plant; in this situation, these data can be used to estimate the vented emissions from the hydrogen plant.

Modern hydrogen plants use a cyclical pressure swing adsorption (PSA) unit instead of wet scrubbing to remove impurities ($CO_2$, CO, $CH_4$) from raw hydrogen exiting the shift reactor. Compared to older units, which are typically able to produce hydrogen of 90% to 98% purity, PSA units are capable of producing hydrogen with a purity of greater than 99% (Kunz et al., n.d.). The PSA purge or tail gas is a low-Btu fuel gas consisting mostly of $CO_2$, CO, and $CH_4$, and some $H_2$. The purge gas is then routed to the reformer furnace. The purge gas is noted to provide 50 to 90% of the heat input to the furnace, for one example process (UOP, 2002). Because the purge gas is sent to the reformer furnace, hydrogen plants with a PSA unit emit all GHGs as reformer furnace flue gas.

GHG emissions from combustion of the low-Btu gas, along with any supplemental fuels, should be estimated like other combustion sources, as presented in Section 4. Due to the variable composition of the PSA purge gas stream, the material balance approach is suggested for estimating emissions from the combustion of the PSA purge gas. Site specific data (e.g., PSA purge gas flow rate and composition) should be used in the material balance approach, due to the fact that the carbon content of the PSA purge gas is not similar to the carbon content of other typical fuels such as natural gas. For plants with a PSA unit, careful accounting must be taken to avoid representing emissions as from both the reaction process (conversion to $CO_2$ in the reformer and shift reactor) and from combustion of supplemental fuel sent to reformer furnace.

Hydrogen plants are often the preferred source of $CO_2$ for industrial uses (food and beverage, dry ice, etc.). Traditionally, hydrogen plants with wet scrubbing purification are desirable for this as the wet scrubbing purification process produces a near pure $CO_2$ stream. Where this type of plant is not available, operators of a PSA type hydrogen plant may choose to add a $CO_2$ removal step in conjunction with the PSA to capture a portion of the process $CO_2$ for offsite use. The $CO_2$ removed in this step should be calculated and included in emissions reporting.

Figure 5-4 illustrates the approaches for estimating $CO_2$ emissions from a refinery hydrogen plant.

©2009 American Petroleum Institute

BLM_0002996

*Process and Vented Emission Estimation Methods*



**Figure 5-4.  $CO_2$ Emissions from a Refinery Hydrogen Plant**

A rigorous calculation approach, using a specific feed gas composition, can be used to estimate vented $CO_2$ emissions from the hydrogen plant.  The rigorous approach can be based on either the volume of feedstock used or the hydrogen production rate.  Both of these methods are discussed in this section, along with examples of their application.

There is also a simpler approach that can be used for hydrogen plants.  Simple $CO_2$ emission factors have been developed from an assumed natural gas feedstock composition.  The simple approach should be adequate for most refineries where the feed gas is not much different than natural gas (i.e., predominantly $CH_4$ with small amounts of other low molecular weight hydrocarbons).  However, the more rigorous approaches should be used when naphtha reformers are used at the $H_2$ plant or other cases where the feed gas does not resemble natural gas.

The first of the two rigorous approaches is based on a material balance using the feedstock rate and carbon content.  Equation 5-8 presents this material balance approach:

$$E_{CO_2} = FR \times CF \times \frac{44 \text{ mass units } CO_2/\text{mole}}{12 \text{ mass units } C/\text{mole}}$$
(Equation 5-8)

where

$E_{CO_2}$ =  emissions of $CO_2$ in units of mass (pounds, kg, tonnes) per year;

©2009 American Petroleum Institute

BLM_0002997

*Process and Vented Emission Estimation Methods*

FR = feedstock rate in units of mass per year (feedstock rate excluding $H_2O$ fed);
CF = Weight fraction of carbon in feedstock;
44 = molecular weight of $CO_2$; and
12 = molecular weight of carbon.

The carbon fraction can be estimated using the feedstock composition if it is not explicitly known. Note that if the fraction of carbon in the feedstock (CF) includes carbon accounted for through other end uses (e.g., combustion of PSA purge gas), these emissions will be double counted. To avoid double counting, the quantity of carbon accounted for elsewhere should be subtracted from the feedstock rate. Exhibit 5.7(a) demonstrates the approach to estimate the $CO_2$ emissions from a hydrogen plant using the feedstock rate and carbon content.

---

**EXHIBIT 5.7(a):    Sample Calculation for Hydrogen Plant – Rigorous Approach based on Feedstock Rate and Carbon Content**

INPUT DATA:
A hydrogen plant has a feedstock rate of $5 \times 10^9$ standard cubic feet per year (scf/yr) using feed gas with the following composition (molar basis):

   $CH_4$ = 85%, $C_2H_6$ = 8%, $C_4H_{10}$ = 3%; the balance is inerts (assume $N_2$ for the inerts).

Calculate the $CO_2$ emissions.

CALCULATION METHODOLOGY:
Carbon dioxide emissions are calculated using Equation 5-8. The first step in calculating the $CO_2$ emissions is to estimate the carbon content of the feed gas since it is not explicitly provided. In order to calculate the carbon content of the feed gas, the molecular weight of the mixture, weight percents of the individual components, and individual carbon contents must be calculated.

The molecular weight of the mixture shown in the table below is estimated using Equation 3-8, as demonstrated in Exhibit 3.3. The weight percent for each compound is estimated using Equation 3-7, rearranged in terms of weight %. This calculation is demonstrated in Exhibit 3.4.

The carbon content in weight percent for each chemical species is calculated using Equation 4-9. Once the individual compound weight percents and carbon contents have been estimated, the feed gas mixture carbon content is estimated using Equation 4-10. These conversions are demonstrated in Exhibit 4.4(a).

---

©2009 American Petroleum Institute

BLM_0002998

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.7(a):    Sample Calculation for Hydrogen Plant - Rigorous Approach based on Feedstock Rate and Carbon Content, continued**

The results of these calculations are shown below.

| Compound | Mole % | MW | Weight % | Carbon Content (Wt. % C) |
|----------|--------|----|----------|--------------------------|
| $CH_4$ | 85 | 16 | 72.1 | 75.0 |
| $C_2H_6$ | 8 | 30 | 12.7 | 80.0 |
| $C_4H_{10}$ | 3 | 58 | 9.2 | 82.8 |
| $N_2$ | 4 | 28 | 5.9 | 0 |
| **Mixture** | 100 | 18.86 | ~100 | **71.85** |

After the feed stock gas mixture molecular weight and carbon content are defined, the $CO_2$ vent rate can be calculated using Equation 5-8:

$$E_{CO_2} = 5,000 \, \frac{10^6 \text{ scf feed}}{\text{year}} \times \frac{\text{lbmole feed}}{379.3 \text{ scf}} \times \frac{18.86 \text{ lb feed}}{\text{lbmole feed}} \times \frac{0.7185 \text{ lb C}}{\text{lb feed}} \times \frac{44 \text{ lb } CO_2}{12 \text{ lb C}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 297,100 \text{ tonnes } CO_2/\text{yr}}$$

---

The other rigorous approach is based on the $H_2$ production rate rather than the feedstock rate. This second approach applies the stoichiometric ratio of $H_2$ formed to $CO_2$ formed, as shown in Equation 5-9 based on re-arranging Equation 5-7. For this approach, it is important to apply the total hydrogen production rate prior to any process slip stream to avoid underestimating emissions.

It is important to note that when refinery gas is used as a feedstock, Equation 5-9 should not be used (without modification). Refinery fuel gas typically contains hydrogen, and this "free" hydrogen passes through the process without producing any attendant $CO_2$ emissions. Thus, this methodology based on hydrogen production rate would tend to overestimate $CO_2$ emissions when refinery fuel containing hydrogen is used as a feedstock.

$$E_{CO_2} = H_2 R \times \frac{x \text{ mole } CO_2}{(3x+1) \text{ mole } H_2} \times \frac{44}{\text{molar volume conversion}} \qquad \text{(Equation 5-9)}$$

where

$E_{CO_2}$ = emissions of $CO_2$ in units of mass (pounds, kg, tonnes) per year;

$H_2 R$ = rate of hydrogen production in units of volume (scf, $m^3$) per year;

---

©2009 American Petroleum Institute

BLM_0002999

*Process and Vented Emission Estimation Methods*

$x$ = stoichiometry from Equation 5-7;

44 = molecular weight of $CO_2$; and

Molar volume = conversion from molar volume to mass (379.3 scf/lbmole or 23.685 conversion   $m^3$/kgmole).

This second rigorous approach is demonstrated in Exhibit 5.7(b).

---

**EXHIBIT 5.7(b):**   **Sample Calculation for Hydrogen Plant – Rigorous Approach based on $H_2$ Production Rate**

INPUT DATA:

A hydrogen plant produces $13 \times 10^9$ standard cubic feet of hydrogen per year using feed gas with the following composition:

$CH_4$ = 85%, $C_2H_6$ = 8%, $C_4H_{10}$= 3%; the balance is inerts.

Calculate the $CO_2$ emissions.

CALCULATION METHODOLOGY:

The first step is to examine the chemical reaction for each compound:

$CH_4$:    $CH_4 + 2H_2O = 4H_2 + 1CO_2$
$C_2H_6$:   $C_2H_6 + 4H_2O = 7H_2 + 2CO_2$
$C_4H_{10}$:  $C_4H_{10} + 8H_2O = 13H_2 + 4CO_2$

Next, the moles of carbon and hydrogen are determined by multiplying the number of molecules of each in each compound by the composition of each compound in the feed gas (i.e., $CH_4$, $C_2H_6$, and $C_4H_{10}$). These results are used to determine the ratio of moles of carbon to moles of $H_2$, and are shown in the table below.

| Compound | # C Atoms | # $H_2$ Molecules | Concentration | Moles C | Moles $H_2$ |
|---|---|---|---|---|---|
| $CH_4$ | 1 | 4 | 0.85 | 0.85 | 3.4 |
| $C_2H_6$ | 2 | 7 | 0.08 | 0.16 | 0.56 |
| $C_4H_{10}$ | 4 | 13 | 0.03 | 0.12 | 0.39 |
| **Total Moles** | | | | **1.13** | **4.35** |

---

©2009 American Petroleum Institute

BLM_0003000

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.7(b):**    **Sample Calculation for Hydrogen Plant - Rigorous Approach based on $H_2$ Production Rate, continued**

To use Equation 5-9, the carbon to hydrogen ratio must be calculated. The carbon to hydrogen ratio is calculated by dividing the total moles C by the total moles $H_2$ (1.13/4.35 = 0.26). Since each mole of carbon produces 1 mole of $CO_2$, the $CO_2/H_2$ ratio is the same as the $C/H_2$ ratio (0.26).

The $CO_2$ vent rate can then be calculated using Equation 5-9:

$$E_{CO_2} = 13,000 \frac{10^6 \text{ scf } H_2}{\text{year}} \times \frac{\text{lbmole } H_2}{379.3 \text{ scf}} \times \frac{0.26 \text{ lbmole } CO_2}{\text{lbmole } H_2} \times \frac{44 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 177,800 \text{ tonnes } CO_2/\text{yr}$$

---

A simpler approach to estimate $CO_2$ emissions from hydrogen plants with a $CO_2$ vent is to use default emission factors that are based on either feedstock consumption or hydrogen production. These emission factors are based on a stoichiometric conversion (as shown in Equation 5-7) for a feed gas with an average natural gas composition. Table 5-6 provides the average natural gas composition used to derive these factors, which is based on measurements from pipeline-quality gas from 26 U.S. cities (GTI, 1992).

### Table 5-6. Composition of U.S. Pipeline-Quality Natural Gas

| Compound | Average Volume % [a,b] |
|---|---|
| $CH_4$ | 93.07 |
| $C_2H_6$ | 3.21 |
| $C_3H_8$ | 0.59 |
| Higher hydrocarbons [c] | 0.32 |
| Non-hydrocarbons [d] | 2.81 |

Footnotes and Sources:
[a] Gas Technology Institute (GTI). Database as documented in W.E. Liss, W.H. Thrasher, G.F. Steinmetz, P. Chowdiah, and A. Atari, *Variability of Natural Gas Composition in Select Major Metropolitan Areas of the United States*, GRI-92/0123, March 1992.
[b] Perry and Green. *Perry's Chemical Engineer's Handbook*, Sixth Edition, Table 9-14, 1984.
[c] Higher molecular weight hydrocarbons were represented by C5 in calculating the $CO_2$ and $H_2$ production rates.
[d] The non-hydrocarbons are assumed to contain 0.565 volume % $CO_2$ based on an average natural gas composition from Perry's Chemical Engineers Handbook.

Please note that if the feed is different from pipeline-quality natural gas, the emission factors for the simple approach will overestimate emissions due to the assumed higher carbon content of natural gas. In such an event, the stoichiometric conversion presented in Equation 5-7 should be used instead. This simple approach is demonstrated in Exhibit 5.8.

---

©2009 American Petroleum Institute

BLM_0003001

*Process and Vented Emission Estimation Methods*

The simple approach is based on an emission factor of 32,721 pounds of carbon per million standard cubic feet of feedstock (excluding $H_2O$) or 8,064 pounds of carbon per million standard cubic feet of $H_2$ produced. These emission factors are shown below:

| | |
|---|---|
| 119,976 lb $CO_2$/$10^6$ scf feedstock | 29,568 lb $CO_2$/$10^6$ scf $H_2$ produced |
| 54.42 tonnes $CO_2$/$10^6$ scf feedstock | 13.41 tonnes $CO_2$/$10^6$ scf $H_2$ produced |
| 1,922 tonnes $CO_2$/$10^6$ $m^3$ feedstock | 473.6 tonnes $CO_2$/$10^6$ $m^3$ $H_2$ produced |

---

**EXHIBIT 5.8:        Sample Calculation for Hydrogen Plant Emissions - Simple Approach**

INPUT DATA:
A hydrogen plant produces $13 \times 10^9$ standard cubic feet of hydrogen per year. Calculate the $CO_2$ emissions.

CALCULATION METHODOLOGY:
Carbon dioxide emissions are calculated using the emission factor derived from the average U.S. natural gas composition.

$$E_{CO_2} = 13,000 \frac{10^6 \text{ scf } H_2}{\text{year}} \times \frac{13.41 \text{ tonnes } CO_2}{10^6 \text{ scf } H_2}$$

$$\underline{E_{CO_2} = 174,300 \text{ tonne } CO_2/\text{yr}}$$

---

Although rare and not applicable to most refineries, a partial $H_2$ generation unit may be used (i.e., where only a portion of the $H_2$ available in the hydrocarbon stream is converted to $H_2$). If such a system is used, site-specific data or engineering judgment must be used to estimate the $CO_2$ emissions. If site-specific data are not available, one suggested estimation approach is to ratio the actual $H_2$ generation rate for the year to the design basis, and multiply this ratio by the design $CO_2$ emissions to estimate the actual $CO_2$ emission rate. Alternatively, a simplifying assumption would be to assume full conversion and use the simple emission factor or apply Equation 5-9, recognizing that this will overestimate emissions.

©2009 American Petroleum Institute

BLM_0003002

*Process and Vented Emission Estimation Methods*

### 5.2.3    Cokers

Several varieties of cokers are used in refineries, including delayed cokers, flexi-cokers, and fluid cokers. No quantitative data have been found to estimate $CH_4$ emissions from these sources. Delayed cokers will not have $CO_2$ emissions other than from their process heaters that are calculated as any other combustion source (as described in Section 4). Flexi-cokers produce a low-Btu gas that is combusted through a fuel gas system or a flare, and also will not have $CO_2$ emissions other than those calculated for the combustion sources described in Section 4.

Carbon dioxide emissions from the coke burner are estimated by assuming that all of the carbon in the coke is oxidized to $CO_2$, as shown in Equation 5-4. Equation 5-4 can also be used for flexi-coker emissions, provided that the combustion of the low-Btu gas is not otherwise accounted for. An example calculation for a fluid coker is shown in Exhibit 5.9.

Note that if the coke burner off-gas is exported for recovery of $CO_2$, direct $CO_2$ emissions from the coker may be eliminated or reduced. As stated previously, if the coke burner off-gas is burned as a low-Btu fuel gas, the $CO_2$ present in the stream may be counted as a combustion exhaust emission.

---

**EXHIBIT 5.9:**       **Sample Calculation for Fluid Coker**

INPUT DATA:
A fluid coker combusts $140 \times 10^6$ pounds per year of coke in the coke burner. The weight percent $H_2$ in the coke is known to be 1.5% (0.015 on a fraction basis). Calculate the $CO_2$ emissions.

CALCULATION METHODOLOGY:
The carbon fraction is equal to 1 minus the non-hydrocarbon fraction. In this example, the carbon fraction is assumed to be equal to 1 minus the fraction $H_2$, or 0.985. Using Equation 5-4, the estimated $CO_2$ emissions are:

$$E_{CO_2} = \frac{140 \times 10^6 \text{ lb Coke}}{\text{year}} \times \frac{0.985 \text{ lb C}}{\text{lb Coke}} \times \frac{44 \text{ lb } CO_2/\text{lbmole}}{12 \text{ lb C/lbmole}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 229,350 \text{ tonnes } CO_2/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003003

*Process and Vented Emission Estimation Methods*

### 5.2.4    Other Catalyst Regeneration

A variety of other refinery processes employ catalysts that require regeneration (e.g., naphtha reformers). The catalytic reformers and hydroprocessing units fall into this category. Most of these are regenerated intermittently, although a few have continuous regeneration systems. There are no significant $CH_4$ emissions from any of these regeneration activities. However, the combustion of coke on the spent catalyst results in $CO_2$ emissions. The $CO_2$ emissions from intermittent regeneration are not likely to be significant when compared to combustion sources and continuous regeneration.

Using the fundamental principle of complete stoichiometric combustion, $CO_2$ emissions from intermittent or continuous catalyst regeneration can be estimated by Equation 5-10. Equation 5-10 can also be used for catalytic reformer units (CRUs). Emissions from all other coke can be calculated assuming complete conversion to $CO_2$. A default carbon content for petroleum coke is presented in Table 3-8; all other coke can be assumed to be 100% carbon.

$$E_{CO_2} = CRR \times H \times \left( FC_{spent} - FC_{regen} \right) \times \frac{44 \text{ mass units } CO_2/\text{mole}}{12 \text{ mass units } C/\text{mole}}$$
(Equation 5-10)

where
$E_{CO_2}$ = emissions of $CO_2$ in tonnes per year;
$CRR$ = catalyst regeneration rate in tonnes per hour;
$H$ = hours that the regenerator was operational during the year (hrs/yr);
$FC_{spent}$ = weight fraction of carbon on spent catalyst; and
$FC_{regen}$ = weight fraction of carbon on regenerated catalyst.

In the absence of site specific data, $FC_{regen}$ can be assumed to be zero, recognizing that this will overestimate emissions. This calculation is illustrated in Exhibit 5.10.

---

**EXHIBIT 5.10:    Sample Calculation for Other Continuous Catalyst Regeneration**

INPUT DATA:
A catalytic reformer operates with a catalyst circulation rate of 10 tonnes per hour and with 4 wt% carbon on the spent catalyst. The unit operates for 8,280 hours per year. Calculate the $CO_2$ emissions.

CALCULATION METHODOLOGY:
Using Equation 5-10, the estimated $CO_2$ emissions are calculated as follows:

---

©2009 American Petroleum Institute

BLM_0003004

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.10:      Sample Calculation for Other Continuous Catalyst Regeneration, continued**

$$E_{CO_2} = \frac{10 \text{ tonnes catalyst}}{hr} \times \frac{8280 \text{ hr}}{yr} \times \frac{0.04 \text{ tonne C}}{\text{tonne catalyst}} \times \frac{44 \text{ tonne } CO_2/\text{tonne mole}}{12 \text{ tonne C}/\text{tonne mole}}$$

$$\underline{E_{CO_2} = 12,144 \text{ tonnes } CO_2/yr}$$

---

Similarly, the catalyst regeneration rate (CRR) for an intermittent regeneration operation would be the catalyst inventory in tonnes multiplied by the number of regeneration events per year.

$$E_{CO_2} = CRR \times N \times \left(FC_{spent} - FC_{regen}\right) \times \frac{44 \text{ mass units } CO_2/\text{mole}}{12 \text{ mass units C}/\text{mole}} \qquad \text{(Equation 5-11)}$$

where

$E_{CO_2}$ =  emissions of $CO_2$ in tonnes per year;
$N$ =  number of regeneration cycles per year;
$CRR$ =  catalyst regeneration rate in tonnes per cycle;
$FC_{spent}$ =  weight fraction of carbon on spent catalyst; and
$FC_{regen}$ =  weight fraction of carbon on regenerated catalyst.

An example of this calculation is presented in Exhibit 5.11.

---

**EXHIBIT 5.11:      Sample Calculation for Other Intermittent Catalyst Regeneration**

INPUT DATA:
A hydrotreater has a catalyst inventory of 1000 tonnes and the carbon on the spent catalyst is 7 weight percent (or 0.07 weight fraction).  The catalyst is regenerated twice a year, on average.

Calculate the $CO_2$ emissions.

CALCULATION METHODOLOGY:
The estimated $CO_2$ emissions are calculated using Equation 5-11.

$$E_{CO_2} = \frac{1,000 \text{ tonnes catalyst}}{\text{regeneration}} \times \frac{2 \text{ regenerations}}{yr} \times \frac{0.07 \text{ tonne C}}{\text{tonne catalyst}} \times \frac{44 \text{ tonne } CO_2/\text{tonne mole}}{12 \text{ tonne C}/\text{tonne mole}}$$

$$\underline{E_{CO_2} = 513 \text{ tonnes } CO_2/yr}$$

---

©2009 American Petroleum Institute
August 2009

BLM_0003005

*Process and Vented Emission Estimation Methods*

### 5.2.5    Asphalt Blowing

Asphalt blowing is used for polymerizing and stabilizing asphalt to increase its resistance to weathering for use in the roofing and shingling industries.  This process involves contacting the asphalt oils with heated air.  In addition to occurring at some refineries, asphalt blowing can also occur at asphalt processing and roofing plants.  The exhaust air may be vented directly to the atmosphere, or the emissions may be controlled such as through vapor scrubbing or incineration (incineration would result in $CO_2$ emissions).  Emissions of $CO_2$ and $CH_4$ from asphalt blowing are considered very small, because the majority of light hydrocarbons are removed during distillation (IPCC, 2006; EEA, 2007).  However, emissions can be calculated using site-specific data or default emission factors.

The rigorous approach to estimating $CH_4$ emissions from asphalt blowing is based on using site-specific measured data.  Thus, measurements of the exhaust gas flow rate and composition are needed for this estimation method.  This approach is the same as the cold process vent approach to estimating emissions described later in this API *Compendium* (refer to Section 5.3).

A simple emission factor for uncontrolled asphalt blowing is available from AP-42 (EPA, AP-42, Section 5.1.2.10, 1995).  The AP-42 emission factor for asphalt blowing is assumed to be on an air-free basis (AP-42 does not specify this, but notes the factor represents "emissions").  A gas composition is needed to estimate the $CH_4$ emissions when using the simple emission factor approach.  Site-specific measured data or engineering judgment may be used to estimate the exhaust gas concentrations.  In the absence of such data, the $CH_4$ and $CO_2$ emission factors provided in Table 5-7 can be used:

### Table 5-7.  Default Asphalt Blowing Emission Factors

| Emission Factor | Factor | Units | Source |
|---|---|---|---|
| Total Emissions | 30 | kg/Mg blown asphalt | AP-42 |
| | 60 | lb emissions/ton blown asphalt | AP-42 |
| | 0.03 | tonnes emissions/tonne blown asphalt | Derived from AP-42 factor |
| $CH_4$ | 5.55E-04 | tonne $CH_4$/bbl asphalt blown | Derived using Dimpfl $CH_4$ composition (13% $CH_4$ on an air-free basis) |
| | 3.49E-03 | tonne $CH_4$/m³ asphalt blown | |
| | 3.07E-03 | tonne $CH_4$/ton asphalt blown | |
| | 3.38E-03 | tonne $CH_4$/tonne asphalt blown | |
| $CO_2$ | 1.01E-03 | tonne $CO_2$/bbl asphalt blown | Derived using Dimpfl $CO_2$ composition (9% $CO_2$ on an air-free basis) |
| | 6.38E-03 | tonne $CO_2$/m³ asphalt blown | |
| | 5.61E-03 | tonne $CO_2$/ton asphalt blown | |
| | 6.19E-03 | tonne $CO_2$/tonne asphalt blown | |

Sources:
EPA, AP-42, Section 5.2.1.10, 1995
Dimpfl, L.H., "Study Gives Insight Into Asphalt Tank Explosions", *Oil and Gas Journal*, December 1980

©2009 American Petroleum Institute

BLM_0003006

The emission factors above were derived from asphalt blowing exhaust composition data presented in an Oil & Gas Journal article (Dimpfl, 1980)[2]. If site-specific exhaust stream data are available, emission factors should be derived in a similar fashion. The derivation of these factors is provided in Appendix B.

In the absence of site-specific data, controlled $CH_4$ and $CO_2$ emissions can be calculated using a mass balance approach, as shown in the following equations:

$$E_{CH_4} = \left(Q \times EF_{CH_4}\right) \times \left(1\text{-}DE\right)$$
(Equation 5-12)

where
$\quad E_{CH_4}$ = $CH_4$ emissions (metric tonnes/yr);
$\quad\quad Q$ = quantity of asphalt blown (bbl/yr or ton/yr);
$\quad EF_{CH_4}$ = $CH_4$ Emission factor from Table 5-7 (tonne/bbl or tonne/ton); and
$\quad\quad DE$ = control measure destruction efficiency (default DE = 98%, expressed as 0.98).

$$E_{CO_2} = \left(Q \times EF_{CO_2}\right) + \left(Q \times EF_{CH_4} \times DE \times \frac{44 \text{ mass units } CO_2/\text{mole}}{16 \text{ mass units } C/\text{mole}}\right)$$
(Equation 5-13)

where
$\quad E_{CO_2}$ = $CO_2$ emissions (metric tonnes/yr);
$\quad\quad Q$ = quantity of asphalt blown (bbl/yr or ton/yr);
$\quad EF_{CO_2}$ = $CO_2$ Emission factor from Table 5-7 (tonne/bbl or tonne/ton);
$\quad EF_{CH_4}$ = $CH_4$ Emission factor from Table 5-7 (tonne/bbl or tonne/ton);
$\quad\quad DE$ = control measure destruction efficiency (default DE = 98%, expressed as 0.98); and
$\quad 44/16$ = $CH_4$ to $CO_2$ conversion factor.

Note that the second terms of Equations 5-12 and 5-13 should only be used to calculate emissions from asphalt blowing when vented emissions are routed to a combustion control device. Also note that the first term in Equation 5-13 represents the vented $CO_2$ emissions while the second term reflects $CO_2$ emissions from combustion.

Exhibit 5.12 provides an example calculation for asphalt blowing emissions.

---

[2] The same speciation, presented on an air-free basis is also reported in ARPEL, *Atmospheric Emissions Inventories Methodologies in the Petroleum Industry*, Table 6.24, 1998.

©2009 American Petroleum Institute

BLM_0003007

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.12:      Sample Calculation for Asphalt Blowing Emissions**

INPUT DATA:
Asphalt blowing occurs at a refinery. During the reporting year, 100,000 tons of asphalt are treated with air blowing. A site-specific exhaust stream composition profile is not available. The exhaust air is vented to the atmosphere uncontrolled. Calculate the $CO_2$ and $CH_4$ emissions.

CALCULATION METHODOLOGY:
Carbon dioxide and $CH_4$ emissions are calculated by multiplying the annual blown asphalt rate by the $CO_2$ and $CH_4$ emission factors provided in Table 5-7.

$$E_{CO_2} = \frac{100,000 \text{ tons asphalt blown}}{\text{year}} \times \frac{5.61E\text{-}03 \text{ tonne } CO_2}{\text{ton asphalt blown}}$$

$$E_{CO_2} = 561 \text{ tonnes } CO_2 \text{ emissions/yr}$$

$$E_{CH_4} = \frac{100,000 \text{ tons asphalt blown}}{\text{year}} \times \frac{3.07E\text{-}03 \text{ tonne } CH_4}{\text{ton asphalt blown}}$$

$$E_{CH_4} = 307 \text{ tonnes } CH_4 \text{ emissions/yr}$$

---

### 5.2.6      Other Refinery Process Vents

Coke calcining operations, which convert green coke to almost pure carbon by heating the green coke and evaporating moisture and volatiles, may produce $CO_2$ emissions. Carbon dioxide emissions should be calculated using engineering approaches such as material balances that incorporate site-specific values such as the $CO_2$ content of the exhaust gas.

Emissions from coke drums may occur as a result of unquenched hot spots in the coke. When air is introduced, oxidation of the carbon may occur, resulting in emissions of $CO_2$. Coke drum blowdowns can also result in emissions, which may be routed to a flare. If the emissions are routed to a flare, flared emissions should be calculated using the methodology provided in Section 4.6. Vented emissions from coke drum blowdowns can be calculated using a mass balance approach, such as that described in Section 5.3 for cold process vents.

The process vents from thermal cracking, such as flexi-coking, were also considered as a potential source of GHG emissions. Thermal cracking, which breaks heavy oil molecules by exposing them to high temperatures, does not produce $CH_4$ emissions. Carbon dioxide emissions would be

---

©2009 American Petroleum Institute

BLM_0003008

*Process and Vented Emission Estimation Methods*

associated with the heating process, but these emissions would be calculated using the approaches presented for other combustion sources (see Section 4).

Emissions from other refinery process vents not addressed in the API *Compendium* should be estimated using an engineering approach.

## 5.3    Cold Process Vents

"Cold" process vents refer to the vented release of emissions without combustion.  As a result, these emission sources are more likely to contain $CH_4$ than $CO_2$.  These emission sources may include small, miscellaneous upstream or downstream vents that occur on an intermittent basis, or may encompass an overall process vent such as the venting of associated gas from an isolated crude oil production field.

Due to the wide variability of sources that could be considered cold vents, there are no emission factors or default values for estimating $CH_4$ and/or $CO_2$ emissions.  A general material balance approach is required, based on source-specific measurements or estimates of the vent rate and concentrations.  The material balance equation for an intermittent process vent is as follows:

$$E_x = VR \times F_x \times \frac{MW_x}{\text{molar volume conversion}} \times VT \times n \qquad \text{(Equation 5-14)}$$

where

$E_x$ = emissions of "x" in units of mass (pounds, kg, tonnes) per year;
"x" = the GHG compound of interest ($CH_4$, or $CO_2$ for $CO_2$ rich streams);
$VR$ = the vent rate in volume units at STP conditions (scfm or $m^3$/min) per event;
$F_x$ = the molar fraction of compound "x" in the vent gas stream;
$MW_x$ = molecular weight of compound "x";
Molar volume conversion = conversion from molar volume to mass (379.3 scf/lbmole or 23.685 $m^3$/kgmole);
$VT$ = the time duration of the venting event in minutes; and
$n$ = the number of events of this type and magnitude annually.

This equation calculates the total amount of any compound released during the event.  To estimate an annual emission rate, determine the frequency and duration of such venting episodes on a yearly basis using either documentation from actual venting events or averages from past events.

©2009 American Petroleum Institute

BLM_0003009

*Process and Vented Emission Estimation Methods*

The approach is similar for a continual process vent. In this case the emission estimation equation is as follows:

$$E_x = VR \times F_x \times \frac{MW_x}{\text{molar volume conversion}}$$

(Equation 5-15)

where

$E_x$ = emissions of "x" in units of mass (pounds, kg, tonnes) per unit of time;

"x" = the greenhouse gas compound of interest ($CH_4$ or $CO_2$, for $CO_2$ rich streams);

$VR$ = the vent rate in volume units at STP conditions per unit of time (e.g., scfm or $m^3$/min);

$F_x$ = the molar fraction of compound "x" in the vent gas stream;

$MW_x$ = molecular weight of compound "x"; and

Molar volume conversion = Conversion from molar volume to mass (379.3 scf/lbmole or 23.685 $m^3$/kgmole).

Examples of these calculations are shown in Exhibit 5.13 (a) and (b)

---

**EXHIBIT 5.13(a):     Sample Calculation for an Intermittent Process Vent**

INPUT DATA:

A production facility in a remote location produces 5,200 barrels per day (bbl/day) of crude oil. The gas-to-oil ratio (GOR) for the field is 700. The associated gas is generally flared; however, the flare was not operated for a period of 15 days, during which time the gas was vented to the atmosphere. Process knowledge indicates that the gas molar composition is approximately 70% $CH_4$, 20% VOC, and 10% $CO_2$. Calculate the $CH_4$ and $CO_2$ emissions from the vented associated gas.

CALCULATION METHODOLOGY:

To calculate the vented associated gas emissions, the associated gas production rate (GPR) must be calculated from the GOR and the oil production rate.

$$GPR = GOR \times (\text{Oil production})$$

$$GPR = \frac{700 \text{ scf gas}}{\text{bbl oil}} \times \frac{5,200 \text{ bbl oil}}{\text{day}} \times \frac{\text{day}}{24 \text{ hours}} \times \frac{\text{hour}}{60 \text{ min}}$$

$$GPR = 2,528 \text{ scf/min}$$

Equation 5-14 is used to calculate emissions per event. For this example there is one event during the year that lasts 15 days.

---

©2009 American Petroleum Institute

BLM_0003010

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.13(a):     Sample Calculation for an Intermittent Process Vent, continued**

$$E_{CH_4} = \frac{2{,}528 \text{ scf}}{\text{min}} \times \frac{0.7 \text{ scf } CH_4}{\text{scf gas}} \times \frac{\text{lbmole } CH_4}{379.3 \text{ scf } CH_4} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{60 \text{ minutes}}{\text{hour}} \times \frac{24 \text{ hours}}{\text{day}}$$

$$\times \frac{15 \text{ days}}{\text{event}} \times \frac{1 \text{ event}}{\text{year}} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 731 \text{ tonnes } CH_4/\text{year}}$$

$$E_{CO_2} = \frac{2{,}528 \text{ scf}}{\text{min}} \times \frac{0.1 \text{ scf } CO_2}{\text{scf gas}} \times \frac{\text{lbmole } CO_2}{379.3 \text{ scf } CO_2} \times \frac{44 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{60 \text{ minutes}}{\text{hour}} \times \frac{24 \text{ hours}}{\text{day}}$$

$$\times \frac{15 \text{ days}}{\text{event}} \times \frac{1 \text{ events}}{\text{year}} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 287 \text{ tonnes } CO_2/\text{year}}$$

Emissions from flaring of the associated gas would be estimated using the approaches described in Section 4.4.

---

**EXHIBIT 5.13(b):     Sample Calculation for a Continuous Process Vent**

INPUT DATA:
The production facility described in part (a) of this exhibit calculation is repeated for the case where no flare is installed at the facility.  Thus, annual emissions occur due to continuous venting of the produced associated gas throughout the year.  Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:
Equation 5-15 provides the approach for estimating emissions from a continuous vent.  The gas vent flow rate is the same hourly rate shown in part (a) of this exhibit calculation; thus, the emissions from the continuous venting are estimated based on 8,760 hours per year of operation.

$$E_{CH_4} = \frac{2{,}528 \text{ scf}}{\text{min}} \times \frac{0.7 \text{ scf } CH_4}{\text{scf gas}} \times \frac{\text{lbmole } CH_4}{379.3 \text{ scf } CH_4} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{60 \text{ minutes}}{\text{hour}} \times \frac{24 \text{ hours}}{\text{day}}$$

$$\times \frac{365 \text{ days}}{\text{year}} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 17{,}796 \text{ tonnes } CH_4/\text{year}}$$

---

©2009 American Petroleum Institute

BLM_0003011

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.13(b):    Sample Calculation for a Continuous Process Vent, continued**

$$E_{CO_2} = \frac{2{,}528 \text{ scf}}{\text{min}} \times \frac{0.1 \text{ scf } CO_2}{\text{scf gas}} \times \frac{\text{lbmole } CO_2}{379.3 \text{ scf } CO_2} \times \frac{44 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{60 \text{ minutes}}{\text{hour}} \times \frac{24 \text{ hours}}{\text{day}}$$

$$\times \frac{365 \text{ days}}{\text{year}} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 6{,}991 \text{ tonnes } CO_2/\text{year}$$

---

## 5.4    Storage Tank Emissions

### 5.4.1    Crude Flashing Losses

Where liquids are in contact with a gas phase, high pressures will cause some of the gas to go into solution (i.e., thermodynamic equilibrium between the phases will eventually occur). When the liquid is brought to atmospheric conditions, the solution gas is released through a rapid process called flashing.

Crude oil production tanks (primarily fixed roof tanks) emit $CH_4$ (and potentially $CO_2$ for a $CO_2$-rich stream) through flashing losses, which occur as the crude oil pressure decreases from the separator conditions to atmospheric pressure in the storage tank. Flashing emissions can be significant where there is a significant reduction in pressure. This primarily occurs in production operations; however, flashing emissions can also occur from oil pipeline pigging. Once crude oil reaches atmospheric pressure and the volatile $CH_4$ has flashed off, the crude is considered "weathered" or stabilized. Unless site-specific data indicate otherwise, "weathered" crude is assumed to have no $CH_4$.[3]

Liquid petroleum storage tanks can also produce emissions through working and standing (breathing) losses; these emissions are described in Section 5.4.2.

A variety of calculation methods can be used to estimate flashing losses from production storage tanks and oil pipeline pigging, described as follows.

---

[3] Refer to Appendix E for more information on the $CH_4$ content of "weathered" crude and other petroleum products.

©2009 American Petroleum Institute

BLM_0003012

*Process and Vented Emission Estimation Methods*

1.  Direct vent measurements – Tank vent emissions can be measured directly, providing accurate emissions estimates for the measured tanks, but this approach is generally expensive and time consuming for large numbers of tanks.

2.  Laboratory measurements of the GOR from a pressurized liquid sample – Laboratory measurements can be made of the GOR of a pressurized liquid crude oil sample from the gas/oil separator. The GHG emissions can be estimated by multiplying the GOR by the crude oil throughput, and then applying the $CH_4$ and/or $CO_2$ composition to the total gas rate to estimate the $CH_4$ and/or $CO_2$ emissions.

3.  Specific computer programs – API's E&P TANK program (API, 1997) can be used to estimate flashing losses. However, this model works best when the low-pressure oil analysis (between the separator and storage tank) is known. Other input parameters include: separator pressure and temperature, atmospheric pressure, API gravity and Reid Vapor Pressure of the crude, composition of the crude, and production rate. If these conditions are unknown, assumptions can be made to run the program. Note that the EPA TANKS program does not account for flashing loss emissions (EPA, 1999).

4.  Process simulators – Flashing losses can also be estimated using various professional process simulators, but these models also require detailed model input data that may not be available.

5.  Correlation equations – The Vasquez-Beggs Equation (VBE), standing correlation, and the Alberta Energy Utility Board (EUB) rule-of-thumb methods provide computational approaches for estimating tank flashing losses when limited input data are available.

6.  Chart approach – A simple chart taken from an EPA Gas STAR Lessons Learned presentation provides an estimate for flashing losses based on the separator pressure and oil API gravity. The chart was developed from empirical flash data from laboratory studies and field measurements (EPA, Lessons Learned – Installing Vapor Recovery Units on Crude Oil Storage Tanks, October 2003).

7.  Emission factors – Measured emissions from a variety of E&P tanks have been used to develop simple emission factors based on tank throughput.

Figure 5-5 summarizes the above methods for estimating flashing loss emissions. Using measured test data is the most rigorous approach for determining the flashing loss emissions. However, such test data may not be available. Other estimation methods include computer programs or process simulators, if sufficient input data are available. Correlation equations and the chart approach may be used with less input data than the software programs or process simulators require, but some basic process parameters are still needed (such as the separator pressure). A simple emission factor approach is provided if only limited data are available.

©2009 American Petroleum Institute

BLM_0003013

*Process and Vented Emission Estimation Methods*



**Figure 5-5.  Decision Tree for Crude Oil Flashing Losses**

Estimated flashing losses should be adjusted for any vapor recovery methods that may be employed.  These vapor recovery methods include capturing the flash gas and sending it back to the sales gas line, or routing the flash gas to a control device such as a flare or vapor combustion unit.  If vapor recovery is used, then the flashing losses should be estimated using the above approaches, incorporating the collection efficiency as appropriate to estimate the uncollected emissions.  If a flare or vapor combustion unit is used to control the flashing losses, then the methods described in Sections 4.6 and 4.7 should be used to estimate the controlled flash gas combustion emission rates.

The use of correlation equations and emission factors for estimating flashing losses from crude oil storage tanks are discussed in the following subsections.  Example calculations are provided for these approaches.

BLM_0003014

*Process and Vented Emission Estimation Methods*

## Vasquez-Beggs Equation (VBE) (Correlation Equation Approach)

The Oklahoma Department of Environmental Quality provides guidance on using the VBE to estimate tank flashing loss emissions from crude oil (OK DEQ, 2004; EIIP, 1999; Vasquez, 1980). The first step in calculating the flashing loss emissions is to calculate the specific gravity of the gas at 100 psig, as shown in Equation 5-16:

$$SG_X = SG_i \times \left[ 1.0 + 0.00005912 \times API \times T_i \times Log\left( \frac{P_i + 14.7}{114.7} \right) \right]$$     (Equation 5-16)

where

$SG_X$ = dissolved gas gravity at 100 psig;

$SG_i$ = dissolved gas gravity at initial conditions, where air = 1.  A suggested default value for $SG_i$ is 0.90 (OK DEQ, 2004);

$API$ = API gravity of liquid hydrocarbon at final condition;

$T_i$ = temperature of initial conditions (°F); and

$P_i$ = pressure of initial conditions (psig).

The flash GOR is then calculated using Equation 5-17:

$$R_S = C_1 \times SG_X \times (P_i + 14.7)^{C_2} \times exp\left( \frac{C_3 \times API}{T_i + 460} \right)$$     (Equation 5-17)

where

$R_S$ = ratio of flash gas production to standard stock tank barrels of oil produced, in scf/bbl oil (barrels of oil corrected to 60°F);

$SG_X$ = dissolved gas gravity, adjusted to 100 psig.  Calculated using 5-16;

$P_i$ = pressure in separator, in psig;

$API$ = API gravity of stock tank oil at 60°F; and

$T_i$ = temperature in separator, °F.

For API ≤ 30°API:  $C_1 = 0.0362$; $C_2 = 1.0937$; and $C_3 = 25.724$

For API > 30°API:  $C_1 = 0.0178$; $C_2 = 1.187$; and $C_3 = 23.931$

The flash gas emissions estimated by the VBE are in terms of total hydrocarbon.  Thus, an estimate must be made of the $CH_4$ content in the tank flash gas vent.  Two published studies measured flashing loss emissions from tanks, including the tank vent gas composition (Ogle, March 1997/ Ogle, May 1997; Picard, Vol. III, 1992).  The average tank vent $CH_4$ content was 27.4 volume % from these reports.  This value is recommended in the absence of site-specific data.  A summary of the results of the two studies is included in Appendix B.

©2009 American Petroleum Institute

BLM_0003015

*Process and Vented Emission Estimation Methods*

A sample calculation illustrating the use of the VBE applied to flashing loss emissions is provided in Exhibit 5.14(a) below.

---

**EXHIBIT 5.14(a):  Sample Calculation for Flashing Loss Emissions – VBE**

INPUT DATA:
An oil and gas production facility produces 71.70 m$^3$/day (451 bbl/day) of crude oil with an API gravity of 48.8°. The separator pressure (immediately upstream of the tank) is 197.2 kPa gauge (28.6 psig), and the separator temperature is 44.4°C (112°F). Neither the tank vent CH$_4$ content nor the tank vent gas specific gravity is known. Flashing losses are not controlled by a vapor recovery system. Calculate flashing loss emissions using the VBE approach.

CALCULATION METHODOLOGY:
The first step is to calculate the flash gas specific gravity adjusted to 100 psig, as shown in Equation 5-16. The flash gas specific gravity at initial conditions, SG$_i$, is not known, so the recommended default value of 0.90 will be used.

$$SG_X = 0.90 \times \left[ 1.0 + 0.00005912 \times 48.8 \times 112 \times Log\left( \frac{28.6 + 14.7}{114.7} \right) \right]$$

$$SG_X = 0.78$$

The flash gas vent flow rate is calculated below, using the C$_1$, C$_2$, and C$_3$ parameters for an API gravity greater than 30. Note that the output from this equation is in units of scf/bbl oil. The flash GOR is calculated below, as shown in Equation 5-17.

$$R_S = 0.0178 \times (0.78) \times (28.6 + 14.7)^{1.187} \times \exp\left( \frac{23.931 \times 48.8}{112 + 460} \right)$$

$$R_S = 9.33 \text{ scf/bbl oil}$$

Next, the output from the Vasquez-Beggs equation is converted to SI units using conversion factors from Table 3-4:

$$R_S = \frac{9.33 \text{ scf gas}}{\text{bbl crude}} \times \frac{\text{m}^3 \text{ gas}}{35.3147 \text{ scf gas}} \times \frac{\text{bbl crude}}{0.1589873 \text{ m}^3 \text{ crude}}$$

$$R_S = \frac{1.66 \text{ m}^3 \text{ gas}}{\text{m}^3 \text{ crude}}$$

---

©2009 American Petroleum Institute

BLM_0003016

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.14(a):    Sample Calculation for Flashing Loss Emissions –VBE, continued**

The flash gas contains gases besides $CH_4$ and thus the $R_S$ must be multiplied by the tank vent $CH_4$ content.  The tank vent $CH_4$ content is not known, so the recommended default concentration of 27.4 volume % $CH_4$ will be used.  Thus, the $CH_4$ emissions are estimated as:

$$E_{CH_4} = \frac{1.66 \text{ m}^3 \text{ gas}}{\text{m}^3 \text{ crude}} \times \frac{71.70 \text{ m}^3 \text{ oil}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{\text{kgmole gas}}{23.685 \text{ m}^3} \times \frac{27.4 \text{ kgmole } CH_4}{100 \text{ kgmole gas}}$$

$$\times \frac{16 \text{ kg } CH_4}{\text{kgmole } CH_4} \times \frac{\text{tonne}}{1000 \text{ kg}}$$

$$E_{CH_4} = 8.04 \text{ tonnes } CH_4/\text{yr}$$

---

Standing Correlation (Correlation Equation Approach)

The CAPP document, *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, includes a standing correlation to estimate flashing losses (CAPP, 2002).  This correlation is shown in Equation 5-18.

$$GOR = G_{\text{flash gas}} \times \left( \frac{P}{519.7 \times 10^{y_g}} \right)^{1.204}$$   (Equation 5-18)

where
> $GOR$ = ratio of flash gas production to oil produced, in $m^3/m^3$ oil;
> $G_{\text{flash gas}}$ = specific gravity of the tank flash gas, where air = 1.  A suggested default value for $G_{\text{flash gas}}$ is 0.90 (OK DEQ, 2004);
> $P$ = absolute pressure in vessel of interest, kPa;
> $y_g = 1.225 + 0.00164 \times T - \frac{1.769}{SG_{\text{oil}}}$;
> $SG_{\text{oil}}$ = specific gravity of oil with respect to water = $\frac{141.5}{131.5 + G_{\text{Oil}}}$;
> $G_{\text{oil}}$ = API gravity of stock tank oil at 60°F; and
> $T$ = temperature in vessel of interest, K.

Note that the units for the standing correlation variables are different than the VBE so caution should be exercised if both of these methods are used to estimate the flashing losses.  For the situation where the crude flash occurs from a separator to an atmospheric tank, the term in

---

©2009 American Petroleum Institute

BLM_0003017

*Process and Vented Emission Estimation Methods*

parenthesis must be evaluated separately for the separator and the oil storage tank.  For this scenario, Equation 5-18 would be expressed as shown:

$$GOR = G_{flash\,gas} \times \left[ \left( \frac{P}{519.7 \times 10^{\gamma_g}} \right)^{1.204}_{Separator} - \left( \frac{P}{519.7 \times 10^{\gamma_g}} \right)^{1.204}_{Storage\,Tank} \right]$$

(Equation 5-19)

Similar to the VBE correlation approach, the flash gas emissions estimated using the standing correlation is provided in terms of hydrocarbon and must be converted to a $CH_4$ emissions basis. As noted earlier, a default of 27.4 volume % $CH_4$ is assumed in the absence of site-specific data (Ogle, March 1997; Ogle, May 1997; Picard, Vol. III, 1992).

A sample calculation illustrating the use of the standing correlation approach follows in Exhibit 5.14(b):

---

**EXHIBIT 5.14(b):     Sample Calculation for Flashing Loss Emissions – Standing Correlation**

INPUT DATA:
The facility is the same oil and natural gas production facility described in Exhibit 5.14(a) for the VBE correlation approach.  Namely, 451 bbl/day of crude (48.8° API gravity) is produced, and flashing losses occur as the oil flows from a separator at 28.6 psig and 112°F to an atmospheric tank.  The atmospheric temperature (and thus the storage tank temperature) is assumed to be 80°F (299.8 K).  (Note that the atmospheric temperature was not needed for the VBE approach presented earlier.)  Flashing losses are not controlled by a vapor recovery system.  Calculate the flashing loss emissions using the standing correlation approach.

CALCULATION METHODOLOGY:

The standing correlation approach, Equation 5-19, will be used to estimate the tank flashing loss emissions.  First, the input parameters must be converted to the proper SI units for use in the equation, using the conversion factors presented in Table 3-4:

$$V_o = \frac{451\ bbl}{day} \times \frac{0.1589873\ m^3}{bbl} = 71.7\ m^3\ oil/day$$

Note that the separator absolute pressure is 43.3 psia (28.6 psig + 14.7 psia) while the tank pressure is 1 atm.  Thus, the pressures in kPa are outline in Exhibit 5.14(b).

---

©2009 American Petroleum Institute

BLM_0003018

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.14(b):**     **Sample Calculation for Flashing Loss Emissions – Standing Correlation, continued**

$$P_{sep} = (43.3 \text{ psi}) \times \frac{6.894757 \text{ kPa}}{\text{psi}} = \underline{298.5 \text{ kPa}}$$

$$P_{tank} = (1 \text{ atm}) \times \frac{101.325 \text{ kPa}}{\text{atm}} = \underline{101.3 \text{ kPa}}$$

Next, the oil API gravity ($G_{oil}$) is converted to a specific gravity:

$$SG_{oil} = \frac{141.5}{131.5 + G_{oil}} = \frac{141.5}{131.5 + 48.8} = \underline{0.785}$$

Next, the parameter, $y_g$, can be calculated for both the separator and tank using the oil-specific gravity and temperatures in the separator (112°F or 317.6 K) and the tank (80°F or 299.8 K):

$$y_{g, sep} = 1.225 + (0.00164) \times (317.6) - \frac{1.769}{0.785} = -0.5076$$

$$y_{g, tank} = 1.225 + (0.00164) \times (299.8) - \frac{1.769}{0.785} = -0.5368$$

Thus, the input parameters for the standing correlation approach have been defined, and are summarized below:

$G_{flash gas}$ = 0.90 (assume the default value in the absence of data)
$P_{sep}$ = 298.5 kPa
$P_{tank}$ = 101.3 kPa
$y_{g, sep}$ = -0.5076
$y_{g, tank}$ = -0.5368

The flash gas vent flow rate is calculated below, using Equation 5-19 and the above parameters.

$$GOR = (0.90) \times \left[ \left( \frac{298.5}{519.7 \times 10^{-0.5076}} \right)^{1.204}_{Separator} - \left( \frac{101.3}{519.7 \times 10^{-0.5368}} \right)^{1.204}_{Storage\ Tank} \right] = 1.329 \text{ m}^3 \text{ gas/m}^3 \text{ oil}$$

---

©2009 American Petroleum Institute

BLM_0003019

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.14(b):   Sample Calculation for Flashing Loss Emissions – Standing Correlation, continued**

The flash gas contains gases besides $CH_4$ and must be multiplied by the tank vent $CH_4$ content. The tank vent $CH_4$ content is not known, so the recommended default concentration of 27.4 volume % $CH_4$ will be used.  Thus, the $CH_4$ emissions are estimated as:

$$E_{CH_4} = \frac{1.329\ m^3\ gas}{m^3\ oil} \times \frac{71.7\ m^3\ oil}{day} \times \frac{35.3147\ ft^3\ (scf)\ gas}{m^3} \times \frac{lbmole\ gas}{379.3\ scf\ gas} \times \frac{27.4\ lbmole\ CH_4}{100\ lbmole\ gas}$$

$$\times \frac{365\ day}{yr} \times \frac{16\ lb\ CH_4}{lbmole\ CH_4} \times \frac{tonne}{2204.62\ lb}$$

$$E_{CH_4} = 6.44\ tonnes\ CH_4/yr$$

---

## EUB Rule-of-Thumb (Correlation Equation Approach)

The CAPP document, *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, includes the EUB rule-of-thumb approach to estimate flashing losses (CAPP, 2002). CAPP reports that this approach tends to yield flashing loss estimates biased high and is recommended for facilities with low oil volumes, established pools, mature pools with declining GORs, and some heavy oil production facilities (CAPP, 2002).  The EUB rule-of-thumb equation is:

$$V_s = 0.0257 \times V_o \times \Delta P \qquad\qquad \text{(Equation 5-20)}$$

where
  $V_s$ = volume of gas released, in $m^3$;
  $V_o$ = oil production volume, $m^3$; and
  $\Delta P$ = Pressure drop to atmospheric tank, kPa.

Similar to the VBE and standing correlation approaches, the flash gas emissions estimated using the EUB rule-of-thumb approach are in terms of hydrocarbon and must be converted to a $CH_4$ emissions basis.  As noted earlier, a default of 27.4 volume % $CH_4$ is assumed in the absence of site-specific data (Ogle, March 1997; Ogle, May 1997; Picard, Vol. III, 1992).

A sample calculation illustrating the use of the EUB rule-of-thumb approach follows in Exhibit 5.14(c).

---

©2009 American Petroleum Institute

BLM_0003020

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.14(c):     Sample Calculation for Flashing Loss Emissions – EUB Rule-of-Thumb**

INPUT DATA:
The facility is the same oil and natural gas production facility described in Exhibits 5.13(a) and 5.13(b) for the other two correlation approaches.  For illustrative purposes, this exhibit shows how $CO_2$ emissions would be estimated as well.  For this facility, the $CO_2$ tank vent concentration is assumed to be approximately 4.5 volume %.  Calculate the flashing loss emissions using the EUB rule-of-thumb approach.

CALCULATION METHODOLOGY:
Equation 5-20 will be used to estimate the tank flashing loss emissions.  First, the input parameters must be converted to the proper SI units for use in the equation, using the conversion factors presented in Table 3-4:

$$V_o = \frac{451 \text{ bbl}}{\text{day}} \times \frac{0.1589873 \text{ m}^3}{\text{bbl}} = 71.7 \text{ m}^3 \text{ oil/day}$$

Note that the separator gauge pressure, 28.6 psig, is equal to the pressure drop from the separator to the atmospheric storage tank (i.e., 43.3 psia - 14.7 psia = 28.6 psi).  Thus, the pressure drop in kPa is:

$$\Delta P = (28.6 \text{ psi}) \times \frac{6.894757 \text{ kPa}}{\text{psi}} = 197.2 \text{ kPa}$$

The flash gas vent flow rate is calculated below, using the parameters in the proper units:

$$V_s = 0.0257 \times (71.7) \times (197.2) = 363.4 \text{ m}^3/\text{day}$$

The flash gas contains gases besides $CH_4$ and must be multiplied by the tank vent $CH_4$ content.  The tank vent $CH_4$ content is not known so the recommended default concentration of 27.4 volume % $CH_4$ will be used.  Thus, the $CH_4$ emissions are estimated as:

$$E_{CH_4} = \frac{363.4 \text{ m}^3 \text{ gas}}{\text{day}} \times \frac{35.3147 \text{ ft}^3 \text{ (scf) gas}}{\text{m}^3} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{27.4 \text{ lbmole } CH_4}{100 \text{ lbmole gas}} \times \frac{365 \text{ day}}{\text{yr}}$$

$$\times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CH_4} = 24.56 \text{ tonnes } CH_4/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003021

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.14(c):    Sample Calculation for Flashing Loss Emissions – EUB Rule-of-Thumb, continued**

$$E_{CO_2} = \frac{363.4 \text{ m}^3 \text{ gas}}{\text{day}} \times \frac{35.3147 \text{ ft}^3 \text{ (scf) gas}}{\text{m}^3} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{4.5 \text{ lbmole CO}_2}{100 \text{ lbmole gas}} \times \frac{365 \text{ day}}{\text{yr}}$$

$$\times \frac{44 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 11.09 \text{ tonnes CH}_4/\text{yr}$$

---

## Flashing Loss Chart Based on API Gravity and Pressure

The EPA Gas STAR program provides a chart that can be used to estimate crude oil flashing losses.  The chart provides the flash gas volume-to-oil ratio from the crude oil tank as a function of the crude oil API gravity and pressure of the separator immediately upstream of the tank.  Gas STAR reports that the graph was constructed using empirical flash data from laboratory studies and field measurements (EPA, Lessons Learned – Installing Vapor Recovery Units on Crude Oil Storage Tanks, October 2003).  The flashing loss chart is presented in Figure 5-6 and is taken from a Gas STAR Lessons Learned presentation (EPA, August 2007).



<sup></sup> $^\circ$API = API gravity

**Figure 5-6.  Flashing Losses Chart**

Source for chart:  U.S. Environmental Protection Agency (EPA). *Vapor Recovery Tower/VRU Configuration*, Lessons Learned from Natural Gas STAR, Occidental Petroleum Corporation and California Independent Petroleum Association, Producers Technology Transfer Workshop, Long Beach, California, August 21, 2007.  http://www.epa.gov/gasstar/documents/vrt_vru_configuration_08_21_07.pdf

---

©2009 American Petroleum Institute

BLM_0003022

*Process and Vented Emission Estimation Methods*

A sample calculation illustrating the use of the chart taken from EPA Gas STAR to estimate flashing losses is given below in Exhibit 5.15.

---

**EXHIBIT 5.15:      Sample Calculation for Tank Flashing Losses – Chart Approach**

INPUT DATA:
The facility is the same oil and natural gas production facility described in Exhibit 5.13(a) for the VBE correlation approach.  Namely, 451 bbl/day of crude (48.8° API gravity) is produced, and flashing losses occur as the oil flows from a separator at 28.6 psig and 112°F to an atmospheric tank.  The atmospheric temperature (and thus the storage tank temperature) is assumed to be 80°F (299.8 K).  Note that the separator and the tank temperatures are not needed for the chart approach.  Calculate the $CH_4$ emissions using the chart approach.

CALCULATION METHODOLOGY:
The chart provided in Figure 5-6 will be used to estimate the tank flashing loss emissions.  Given a separator pressure of 28.6 psig, and an API gravity of 48.8°, Figure 5-6 shows that the flash vapor-to-oil ratio is approximately 47 scf/bbl (reading on the line indicated in the chart as "40° API and Over").  Thus, the GOR is:

GOR = 47 scf/bbl

The flash gas contains gases besides $CH_4$ and must be multiplied by the tank vent $CH_4$ content. The tank vent $CH_4$ content is not known so the recommended default concentration of 27.4 volume % $CH_4$ will be used.  Thus, the $CH_4$ emissions are estimated by multiplying the GOR by the oil production rate (assuming 365 days/yr of operation) and the assumed $CH_4$ concentration in the tank flash gas, as shown below:

$$E_{CH_4} = \frac{47 \text{ scf gas}}{\text{bbl crude}} \times \frac{451 \text{ bbl oil}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{\text{lbmole gas}}{379.3 \text{ scf}} \times \frac{27.4 \text{ lbmole } CH_4}{100 \text{ lbmole gas}} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4}$$

$$\times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CH_4} = 40.6 \text{ tonnes } CH_4/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003023

*Process and Vented Emission Estimation Methods*

## Flashing Losses from Computer Software Programs

If sufficient input data are available, users may choose to estimate flashing losses with software programs such as API's E&P TANK or with process simulators instead of the correlation approaches described above.  The results could differ between the software programs/process simulators and the correlation equations or chart approach due to different assumptions used by each approach.  However, if very limited input data are available, a simple emission factor approach must be used as described in the next subsection.

## Emission Factor Approach For Crude Oil Tank Flashing

Data from two published studies, one by API/GRI (Ogle, March 1997; Ogle, May 1997) and the other by the Canadian Petroleum Association (Picard, Vol. III, 1992), were used to derive an emission factor for production-crude oil storage tanks.  A summary of the results of these studies, including development of the average tank $CH_4$ flashing loss emission factor, is included in Appendix B.  The $CH_4$ emission factor is provided in Table 5-8.

### Table 5-8.  Methane Flashing Loss Emission Factors for Crude Oil Storage Tanks

| Source | $CH_4$ Flashing Loss Emission Factor [a,b,c] | | Uncertainty [d] (±) | Notes |
|---|---|---|---|---|
| Combined API/GRI and CPA data | 1.954<br>8.86E-04<br>5.57E-03 | lb/bbl crude<br>tonnes/bbl crude<br>tonnes/m³ crude | 110 | Factor based on separator $CH_4$ content of 78.8% (vol.); can ratio to other separator concentrations |

Footnotes and Sources:
[a] Ogle, L.D.  *Validation of a Petroleum Production Tank Emission Model, Final Report*, GRI-97/0117.  American Petroleum Institute and Gas Research Institute, March 1997.
[b] Ogle, L.D.  *Evaluation of a Petroleum Production Tank Emission Model, Final Report*.  American Petroleum Institute, Gas Research Institute, and Canadian Association of Petroleum Producers, May 1997.
[c] Picard, D. J., B. D. Ross, and D. W. H. Koon.  *Inventory of CH₄ and VOC Emissions from Upstream Oil and Gas Operations in Alberta, Volume III: Results of the Field Validation Program*, Canadian Petroleum Association, March 1992, pp. 75-81.
[d] Uncertainty based on a 95% confidence interval.

A sample calculation illustrating the use of the simple emission factor is given below in Exhibit 5.16.

---

**EXHIBIT 5.16:**     **Sample Calculation for Tank Flashing Losses - Simple Emission Factor Approach**

INPUT DATA:
An oil and natural gas production facility produces 451 bbl/day of crude oil (same as the previous exhibit).  The separator gas (to sales pipeline) $CH_4$ content is 58 volume %.  Calculate the $CH_4$ emissions using the simple emission factor.

---

BLM_0003024

---

**EXHIBIT 5.16:**   **Sample Calculation for Tank Flashing Losses - Simple Emission Factor Approach, continued**

CALCULATION METHODOLOGY:
The $CH_4$ flashing losses are calculated using the emission factor provided in Table 5-8.  Please note that this emission factor is based on 78.8 mole % $CH_4$ in the separator gas, so this emission factor must be corrected to 58 mole % based on the composition for this example.

$$E_{CH_4} = \frac{451 \text{ bbl crude}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{8.86 \times 10^{-4} \text{ tonnes } CH_4}{\text{bbl crude}} \times \frac{58 \text{ mole \% } CH_4}{78.8 \text{ mole \% } CH_4}$$

$$E_{CH_4} = 107.4 \text{ tonne } CH_4/yr$$

---

Exhibits 5.14(a), (b), and (c) demonstrate the use of the VBE, standing, and EUB rule-of-thumb correlation approaches, respectively.  Additionally, Exhibits 5.15 and 5.16 demonstrate the use of the chart and simple emission factor approaches, respectively.  These exhibits were based on operating parameters presented in a testing program prepared for API, GRI, and CAPP to evaluate API's E&P TANK software (Ogle, May 1997).  Site number 5 from this study was used for the exhibit calculations.  This study presented both measured flashing loss data as well as the results obtained for the test site using E&P TANK software, version 3.0.

Table 5-9 summarizes tank flashing loss emission estimates for the various approaches presented.  As shown, the EUB rule-of-thumb approach results in the highest flashing loss emission estimate for the three correlation approaches.  This is consistent with information from CAPP, which states that this approach provides estimates biased high.  The VBE correlation results in an emission estimate that is higher than the standing correlation for the exhibit calculation.  The measured emission estimate is less than all of the correlation approaches except the standing correlation.  The chart approach yields an estimate that is higher than the correlation approaches but less than the simple emission factor approach.  The simple emission factor approach provides an estimate that is much higher than all of the other approaches; however, it did not rely on many of the input parameters (except for the flow rate and separator gas $CH_4$ content, which were taken from the Ogle report for site number 5).

©2009 American Petroleum Institute

BLM_0003025

### Table 5-9.  Summary of Production Tank Flashing Losses Using Different Correlation Equation Approaches

| Correlation | CH$_4$ Flashing Losses (tonnes/yr) |
|---|---|
| Vasquez-Beggs Equation (VBE) | 8.04 [a] |
| Standing Correlation | 6.44 [b] |
| EUB Rule-of-Thumb | 24.56 [c] |
| Chart Approach | 40.6 [d] |
| Simple Emission Factor Approach | 107.4 [e] |
| E&P TANK, Version 3.0 | 12.75 [f,g] |
| Measured | 9.54 [f,g] |

Footnotes and Sources:
[a] Calculation shown in Exhibit 5.13(a).
[b] Calculation shown in Exhibit 5.13(b).
[c] Calculation shown in Exhibit 5.13(c).
[d] Calculation shown in Exhibit 5.14.
[e] Calculation shown in Exhibit 5.15.
[f] Ogle, L.D.  *Evaluation of a Petroleum Production Tank Emission Model*, Final Report. American Petroleum Institute, Gas Research Institute, and Canadian Association of Petroleum Producers, May 1997.  Based on data for Site number 5.
[g] E&P TANK also uses the pressurized oil composition as an input.  Annual emissions for the measured data are estimated from the hourly rate assuming continuous annual operation.

Note that the comparison in Table 5-9 is not comprehensive because it is for only one set of conditions presented at one site.  Thus, no conclusion can be drawn with regard to the relative estimates provided by the different approaches for this single example.  However, Gas STAR notes that the chart approach will provide estimates that have an uncertainty of $\pm$ 50% (EPA, August 2007).  Gas STAR also notes that the E&P TANK software and VBE approach provide emission estimates that are $\pm$ 20%, while measured data using recording manometer and well tester or ultrasonic meter over several cycles will provide estimates that are $\pm$ 5%.  Derivation of the simple emission factor (provided in Appendix B) results in an uncertainty of $\pm$ 110%.

The choice of using the EUB rule-of-thumb versus the VBE or standing correlation depends on the available data; the EUB rule-of-thumb requires less input data than the other two approaches.  If sufficient data are available for the VBE or standing correlation approaches, the choice of one approach over the other is left to the discretion of the user.  The simple emission factor should only be used when very limited input data are available (and, thus the other approaches cannot be used).

### Emissions from Methane Entrained in Condensate

Condensate collected in the production segment may contain entrained CH$_4$, which can result in flashing losses as the condensate is brought to atmospheric conditions.  Small quantities of

©2009 American Petroleum Institute

BLM_0003026

*Process and Vented Emission Estimation Methods*

condensate may also be collected at transmission compressor stations or in pipeline knockout drums.

Methane emissions from condensate flashing in the production segment are calculated in a manner very similar to crude tank flashing losses. The most rigorous approach is to use direct measurements. In the absence of measured data, other estimation methods include process simulators, if sufficient input data are available, or the VBE or standing correlation, provided the physical properties of the condensate are used instead of the physical properties for crude oil. However, the EUB rule-of-thumb correlation should not be used for condensate since this approach does not take into account the condensate physical properties. A default emission factor for production condensate flashing was derived from a measurement program conducted in east Texas for the Houston Advanced Research Center (Hendler et al., 2006), and is presented below. The development of this $CH_4$ emission factor is presented in Appendix B.

---

**Production Condensate Flashing Default Emission Factor**

5.068 lb $CH_4$/bbl condensate $\pm 101\%$[a]

$2.30 \times 10^{-3}$ tonnes $CH_4$/bbl condensate $\pm 101\%$[a]

$1.45 \times 10^{-2}$ tonnes $CH_4$/m$^3$ condensate $\pm 101\%$[a]

---

[a] Uncertainty based on a 95% confidence interval.

Methane emissions from condensate flashing in the transmission segment can also be calculated with a simplified flashing loss emission factor. The emission factor was derived from EPA GasSTAR PRO Fact Sheet No. 504, and is presented below (EPA, 2004).

---

**Transmission Condensate Flashing Default Emission Factor**

160,000 scf $CH_4$ per year/$1.75 \times 10^9$ bbl-day (original data)

$5.29 \times 10^{-12}$ tons $CH_4$/bbl (converted)

$4.80 \times 10^{-12}$ tonnes $CH_4$/bbl (converted)

---

### 5.4.2    Tanks Working/Standing Losses

Liquid petroleum storage tanks can produce hydrocarbon emissions through working and standing (breathing) losses. These storage tanks include crude oil tanks in production and intermediate tanks at a refinery. Tank types include fixed roof tanks as well as floating roof tanks. Working loss emissions occur during the filling and emptying of the tanks as evaporative losses occur and

©2009 American Petroleum Institute

BLM_0003027

vapor space is displaced. Standing losses occur during storage of the liquid, and can result from diurnal temperature changes.

Because most of the $CH_4$ and $CO_2$ emissions from crude storage tanks occur as a result of flashing (refer to Section 5.4.1), working and breathing loss emissions of these gases are very small in production and virtually non-existent in the downstream segments. Unless site-specific data indicate otherwise, "weathered" crude and other refined petroleum products are assumed to contain no $CH_4$ or $CO_2$. Therefore, it is also assumed that there are no $CH_4$ or $CO_2$ emissions from the working and breathing losses of tanks containing "weathered" crude or other refined petroleum products. This assumption is described in more detail in Appendix E.

EPA provides a methodology for estimating tank hydrocarbon emissions (as total hydrocarbon [THC] or VOC) due to tank working and standing losses, where sites choose to estimate $CH_4$ and $CO_2$ emissions from this source. EPA's methodology can be found in Chapter 7 of AP-42 (EPA, Supplement D, 1998). [4] This methodology also forms the basis for the TANKS software program (EPA, 1999). [5]

EPA's methodology is primarily directed at estimating THC or VOC. The user would have to estimate the total emissions from the tank and then multiply the total emissions by the concentration of $CH_4$ and/or $CO_2$ in the tank vent stream. The $CH_4$ and/or $CO_2$ concentrations should be based on site data if they are available.

### 5.4.3    Produced Water Tank Emissions

Produced water tank emissions occur in a manner similar to crude oil storage tank flashing losses, though at a smaller relative rate. Methane emissions from produced water tanks are lower than crude tank flashing losses because $CH_4$ has a stronger affinity for hydrocarbon oil than it does for water. Thus, more $CH_4$ is dissolved in the oil phase than the water phase.

Direct measurement, process simulation, and general industry emission factors can be used to quantify flashing losses from produced water tanks. However, API's E&P TANK program (API, 1997) and the VBE are based on properties specific to crude oil and, therefore are not applicable to water tanks.

---

[4] The emission estimation equations in Chapter 7 of AP-42 were developed by API (API retains the copyright of the equations but has granted EPA permission to publish them).

[5] The TANKS software is available on the Internet at: http://www.epa.gov/ttn/chief/software/tanks/index.html

©2009 American Petroleum Institute

BLM_0003028

*Process and Vented Emission Estimation Methods*

Table 5-10 presents emission factors from produced (salt) water tanks. These emission factors were developed from data presented in Volume 6 of the 1996 GRI/EPA study (Shires and Harrison, 1996). The GRI/EPA study estimated produced water emissions based on process simulator modeling for salt contents of 2, 10, and 20%, and pressures of 50, 250, and 1000 psi. The original emission factors are converted from a total $CH_4$ mass rate to tonnes $CH_4$ per volume of produced water based on the national produced water volume used in the original process simulations (Energy Environmental Research Center, 1995).

**Table 5-10.  Produced Salt Water Tank Methane Flashing Emission Factors**

| Separator Pressure (psi) | Produced Water Salt Content | GRI/EPA Emission Rate [a], Original Units ($10^6$ lb $CH_4$/yr) | Water Tank Emission Factor | |
|---|---|---|---|---|
| | | | tonnes $CH_4$ /1000 bbl produced water [b] | tonnes $CH_4$ /1000 $m^3$ produced water |
| **50** | **20%** | **1.6** | **0.0015** | **0.009185** |
| 250 | 20% | 10.8 | 0.00986 | 0.06200 |
| 250 | 10% | 16.4 | 0.0150 | 0.09414 |
| 250 | 2% | 19.4 | 0.0177 | 0.11137 |
| **250** | **Average of 10.7% [c]** | **--** | **0.0142** | **0.08917** |
| 1000 | 20% | 38.8 | 0.0354 | 0.22273 |
| 1000 | 10% | 58.7 | 0.0536 | 0.33697 |
| 1000 | 2% | 69.5 | 0.0634 | 0.39896 |
| **1000** | **Average of 10.7% [c]** | **--** | **0.0508** | **0.31955** |

Footnotes and Sources:
[a] Emission factors developed from Table 5-5 of Shires, T.M., and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary, Final Report*, GRI-94/0257.23 and EPA-600/R-96-080f, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[b] Process simulation modeling based on 1990 annual salt water production of 497 million barrels from Energy Environmental Research Center, 1995.
[c] Average of emission factors at 20, 10, and 2% salt.

The ARPEL provides another source of general emission factors for produced water flashing losses (ARPEL, 1998). Table 5-11 presents $CH_4$ emission factors for produced water from shallow gas wells (76 psi or less). These factors are based on produced water at a temperature of 50°C (122°F). The base emission factor, developed from Chapter 9 of the *API Technical Data Book* (API, 1984), is reported to be extremely approximate (ARPEL, 1998).

**Table 5-11.  Methane Emission Factors from Produced Water from Shallow Gas Wells**

| Source Information | $CH_4$ Water Tank Emission Factor [a], Original Units (kg/$m^3$ produced water) | $CH_4$ Water Tank Emission Factor, Converted to Tonnes Basis |
|---|---|---|
| Shallow gas well (76 psi or less, 50°C) | 0.036 | 0.0057 tonnes/1000 bbl produced water 0.036 tonnes/1000 $m^3$ produced water |

Footnotes and Sources:
[a] Table 3.6 of ARPEL, *Atmospheric Emissions Inventories Methodologies in the Petroleum Industry*.  ARPEL Guideline # ARPELCIDA02AEGUI2298, Prepared by Jaques Whitford Environment Limited, December 1998.

©2009 American Petroleum Institute

BLM_0003029

*Process and Vented Emission Estimation Methods*

A sample calculation illustrating the use of the simple emission factor for produced water emissions is presented below in Exhibit 5.17.

---

**EXHIBIT 5.17:**       **Sample Calculation for Water Tank Emissions – Simple Emission Factor Approach**

INPUT DATA:
An oil and natural gas production facility produces 50 bbl/day of water. The salt content of the water is not known. The separator pressure (immediately upstream of the water tank) is 200 psig. Calculate the $CH_4$ emissions.

CALCULATION METHODOLOGY:
The $CH_4$ flashing losses are calculated using the emission factor provided in Table 5-10 for 250 psi. It is recognized that this emission factor biases the estimate high since the actual separator pressure is less than 250 psi. Because the salt content of the produced water is unknown, the emission factor provided for the average salt content is used. The $CH_4$ emissions are estimated as shown below.

$$E_{CH_4} = \frac{50 \text{ bbl water}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{0.0142 \text{ tonnes } CH_4}{1000 \text{ bbl water}}$$

$$E_{CH_4} = 0.26 \text{ tonne } CH_4/\text{yr}$$

---

### 5.4.4   Natural Gas Blanketed Tank Emissions

Some tanks are blanketed with natural gas to prevent air from collecting in the headspace. Blanket gas may be used for tank storage of: crude, condensate, produced water, glycol, amine and other bulk chemicals. If the blanket gas supply is taken downstream of the total fuel gas meter, then the vented blanket gas volume must be subtracted from the total fuel gas volume (used to determine combustion emissions).

If the tanks are uncontrolled (i.e., the vapor space vents to atmosphere), $CH_4$ emissions (and possibly $CO_2$ emissions, if present in the natural gas) occur as the natural gas is displaced by the liquid pumped into the tanks. The recommended approach for estimating emissions from this source is the material balance equation for cold process vents presented in Section 5.3 (Equation 5-15), converted to an annual basis.

$$E_x = VR \times F_x \times \frac{MW_x}{\text{molar volume conversion}}$$

(Equation 5-15
from Section 5.3)

BLM_0003030

*Process and Vented Emission Estimation Methods*

where

$E_x$ = emissions of "x" in units of mass (pounds, kg, tonnes) per unit of time;

"x" = the GHG compound of interest ($CH_4$ or $CO_2$, for $CO_2$ rich streams);

$VR$ = the vent rate in volume units at STP conditions per unit of time (e.g., scfm or $m^3$/min);

$F_x$ = the molar fraction of compound "x" in the vent gas stream;

$MW_x$ = molecular weight of compound "x"; and

Molar volume conversion = Conversion from molar volume to mass (379.3 scf/lbmole or 23.685 $m^3$/kgmole.

The blanket natural gas is generally charged to the tank intermittently rather than continuously. Thus, the emissions are based on vapor displacement when liquid fills the tank rather than based on a continuous flow of the natural gas to the tank. The vent rate (VR) term in Equation 5-19 is assumed to be the vapor displacement due to filling the tank with liquid. It is the total increase in liquid height, without taking reductions for decreases in the liquid height. Note that filling and emptying a tank simultaneously at the same flow rate would result in no net change in the liquid height and consequently no displacement of natural gas to the atmosphere. Thus, the volumetric increase in liquid level should be used in the calculation. However, a site may not monitor liquid level changes. In this case, the site may only know liquid throughput rates. This liquid throughput rate can be used for the VR term in the absence of liquid level data, recognizing that this will likely overestimate emissions since it does not take into account the liquid level effects caused by emptying the tank at the same time as filling.

A sample calculation for natural gas blanketed tank emissions is shown below in Exhibit 5.18.

---

**EXHIBIT 5.18:     Sample Calculation for Natural Gas Blanketed Tank Emissions**

INPUT DATA:

A natural gas blanketed tank has an annual liquid throughput of 36,500 bbl/year. However, the facility records the tank liquid level, and the total increase in liquid height during the year is 32,000 bbl. The total volumetric increase in liquid height is less than the total throughput since emptying of the tank occurs while simultaneously filling during some periods of the year. The blanket natural gas contains approximately 82 mole % $CH_4$ and 1 mole % $CO_2$. The estimated annual temperature in the tank vapor space is 75°F. Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:

Equation 5-15 is used to estimate the annual emissions. However, the VR term in the equation is on a standard $ft^3$ basis (scf), and the annual volumetric rate is on an actual $ft^3$ basis at 75°F (acf), so the actual vent rate must be converted to standard conditions of 1 atm and 60°F.

---

©2009 American Petroleum Institute

BLM_0003031

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.18:      Sample Calculation for Natural Gas Blanketed Tank Emissions, continued**

The actual volumetric displacement rate of 32,000 bbl/yr is used instead of the annual liquid throughput of 36,500 bbl/yr since it represents the actual natural gas displaced. First, the volumetric displacement is converted from barrels to actual cubic feet.

$$V = \frac{32,000 \text{ bbl}}{\text{yr}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{\text{ft}^3}{7.4805 \text{ gal}} = 179,667 \text{ ft}^3 \text{ (at 75°F)}$$

Next, Equation 3-5 is applied to convert from acf to scf (note that the actual and standard conditions are both at 1 atm). Also note that the equation requires absolute temperatures (°R).

$$V_{scf} = (179,667 \text{ ft}^3) \times \left[\frac{(1 \text{ atm}) (60 + 459.7)}{(1 \text{ atm}) (75 + 459.7)}\right] = 174,627 \text{ scf (at 60°F and 1 atm)}$$

Lastly, Equation 5-15 is used to calculate the emissions.

$CH_4$ Emissions:

$$E_{CH_4} = \frac{174,627 \text{ scf}}{\text{yr}} \times \frac{0.82 \text{ scf } CH_4}{\text{scf gas}} \times \frac{16 \text{ lb } CH_4/\text{lbmole } CH_4}{379.3 \text{ scf } CH_4/\text{lbmole } CH_4} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 2.74 \text{ tonnes } CH_4 / \text{yr}}$$

$CO_2$ Emissions:

$$E_{CO_2} = \frac{174,627 \text{ scf}}{\text{yr}} \times \frac{0.01 \text{ scf } CO_2}{\text{scf gas}} \times \frac{44 \text{ lb } CO_2/\text{lbmole } CO_2}{379.3 \text{ scf } CO_2/\text{lbmole } CO_2} \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 0.09 \text{ tonnes } CO_2 / \text{yr}}$$

---

## 5.5    Loading, Ballasting, and Transit Loss Emissions

The transportation sector consists of crude and natural gas transport from the production segment to downstream operations and the transport of refined products from refineries to marketing or

©2009 American Petroleum Institute

BLM_0003032

distribution centers.  Transporting petroleum liquids via tank trucks, rail tank cars, and marine vessels, and the loading of petroleum products into these vessels, results in evaporative losses of the hydrocarbons.  Hydrocarbon emissions occur during loading operations as the organic vapors in the cargo tanks are displaced into the atmosphere by the petroleum liquid that is being loaded.  Evaporative hydrocarbon emissions can also occur during marine ballasting operations as crude oil loaded from a marine cargo vessel is replaced by "ballasting" water then can displace hydrocarbon vapors in the marine vessel.  Transit losses occur due to a mechanism that is similar to storage tank breathing losses.

Due to the fact that there is no $CH_4$ or $CO_2$ in most petroleum products (including "weathered" crude), calculating evaporative emissions associated with loading, ballasting, and transit operations is recommended only for "live" crude oil or if measured $CH_4$ or $CO_2$ content data are available for "weathered" crude or other petroleum vapors.  (Refer to Appendix E for more information on the $CH_4$ and $CO_2$ content of "weathered" crude and other petroleum products.)  This section presents simple calculation approaches for these activities in crude service.  More detailed methods and approaches for loading, ballasting, and transit operations for crude oil are provided in Appendix B.

Several approaches are available for estimating emissions from loading, ballasting, and transit operations.  In many cases, the specific estimation approach depends on the type of liquid, type of information available, and other specific operation conditions.  Each of the approaches calculates TOC emissions, which requires a vapor phase $CH_4$ (or $CO_2$, if present) content to convert to $CH_4$ (or $CO_2$) emissions.  The vapor phase $CH_4$ content of "live" crude oil is assumed to be 15 wt% if site-specific data are not available, recognizing that this will overestimate emissions (EPA, AP-42 Section 5.2, 2008).  Equations for calculating $CH_4$ emissions from TOC emission factors are provided in Section 6.1.3.  As mentioned earlier, "weathered" crude and other petroleum products contain no $CH_4$ or $CO_2$, and thus would have no evaporative losses of $CH_4$ or $CO_2$.

Note that if loading losses are routed to a combustion device such as a thermal oxidizer or VCU, the mass of vapors sent to the combustion device can be estimated using the methodology described in this section.  Emissions from the combustion of the vapor should be calculated using the methodology described in Section 4.

©2009 American Petroleum Institute

BLM_0003033

*Process and Vented Emission Estimation Methods*

### 5.5.1    *Loading Loss Emissions*

Table 5-12 provides simplified TOC emission factors for loading loss emissions for crude oil (EPA, AP-42 Section 5.2, 2008).  TOC emissions should be converted to $CH_4$ (or $CO_2$, if present) emissions based on the $CH_4$ (or $CO_2$) content of the loading vapors.

**Table 5-12.  Simplified TOC Emission Factors for Loading Losses**

| Loading Type | Units | | Crude Oil [a,b,c] |
|---|---|---|---|
| Rail / Truck Loading [d] Submerged Loading – Dedicated normal service | Original Units | lb TOC/$10^3$ gal loaded | 2 |
| | | mg TOC/L loaded | 240 |
| | Converted Units [e] | tonne TOC/ $10^6$ gal loaded | 0.91 |
| | | tonne TOC/$10^3$ m$^3$ loaded | 0.240 |
| Rail / Truck Loading [d] Submerged Loading – Vapor balance service | Original Units | lb TOC/$10^3$ gal loaded | 3 |
| | | mg TOC/L loaded | 400 |
| | Converted Units [e] | tonne TOC/ $10^6$ gal loaded | 1.51 |
| | | tonne TOC/$10^3$ m$^3$ loaded | 0.400 |
| Rail / Truck Loading [d] Splash Loading – Dedicated normal service | Original Units | lb TOC/$10^3$ gal loaded | 5 |
| | | mg TOC/L loaded | 580 |
| | Converted Units [e] | tonne TOC/ $10^6$ gal loaded | 2.20 |
| | | tonne TOC/$10^3$ m$^3$ loaded | 0.580 |
| Rail / Truck Loading [d] Splash Loading – Vapor balance service | Original Units | lb TOC/$10^3$ gal loaded | 3 |
| | | mg TOC/L loaded | 400 |
| | Converted Units [e] | tonne TOC/ $10^6$ gal loaded | 1.51 |
| | | tonne TOC/$10^3$ m$^3$ loaded | 0.400 |
| Marine Loading [f] – Ships/ocean barges | Original Units | lb TOC/$10^3$ gal loaded | 0.61 |
| | | mg TOC/L loaded | 73 |
| | Converted Units [e] | tonne TOC/ $10^6$ gal loaded | 0.28 |
| | | tonne TOC/$10^3$ m$^3$ loaded | 0.073 |
| Marine Loading [f] – Barges | Original Units | lb TOC/$10^3$ gal loaded | 1.0 |
| | | mg TOC/L loaded | 120 |
| | Converted Units [e] | tonne TOC/ $10^6$ gal loaded | 0.45 |
| | | tonne TOC/$10^3$ m$^3$ loaded | 0.120 |

Footnotes and Sources:
[a] The factors shown are for total organic compounds.  AP-42 reports that the VOC comprises approximately 85% of the TOC for crude oil.  Thus, a simplifying assumption for the $CH_4$ content of the TOC is 15% in the absence of site-specific data, recognizing that this will likely overestimate emissions.
[b] EPA, AP-42, Section 5, Tables 5.2-5 and 5.2-6, 2008.
[c] The example crude oil has an RVP of 5 psia.
[d] The rail/truck loading emission factors were derived using Equation B-5 assuming a liquid temperature of 60°F.
[e] Converted from original emission factors provided in units of mg/L in AP-42.  Thus, round-off errors may result in  some small differences when converting from the emission factors provided in units of lb/$10^3$ gallons.
[f] Marine loading factors based on a loaded liquid temperature of 60°F.

Exhibit 5.19 provides a sample calculation illustrating the use of the loading loss emission factors for crude oil loading.

©2009 American Petroleum Institute

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.19:**   **Sample Calculation for Estimating Loading Loss $CH_4$ Emissions Using Simplified Emission Factor Approach**

INPUT DATA:
50,000 bbl/yr of crude oil is loaded into rail tankers via splash loading and dedicated normal service. The crude vapors contain 12 wt% $CH_4$. Calculate the $CH_4$ emissions.

CALCULATION METHODOLOGY:
From Table 5-12, the emission factor corresponding to crude loading losses from rail splash loading, dedicated service is 2.20 tonnes TOC/million gallons loaded. The loading emissions are calculated by converting the TOC emissions to $CH_4$ and applying the annual loading rate, as shown below:

$$E_{CH_4} = \frac{2.20 \text{ tonnes TOC}}{10^6 \text{ gal}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{50,000 \text{ bbl}}{\text{yr}} \times \frac{12 \text{ tonne } CH_4}{100 \text{ tonne TOC}}$$

$$E_{CH_4} = 0.554 \text{ tonnes } CH_4 \text{ / yr}$$

---

## 5.5.2   Ballasting Emissions

Ballasting operations are used to improve the stability of empty tanker ships after their cargo tanks have been unloaded. After the ships filled with petroleum liquid are unloaded at marine terminals, sea water or "ballast" water is loaded into the empty cargo tank compartment. The ballast water displaces the vapor in the "empty" cargo tank to the atmosphere resulting in ballasting emissions.

Table 5-13 provides average emission factors for estimating TOC emissions from crude ballasting operations (EPA, AP-42 Table 5.2-4, 2008).

The emission factors are for TOC and should be converted to $CH_4$ (or $CO_2$, if present) emissions based on the $CH_4$ (or $CO_2$) content of the ballasting vapors. The factors are categorized according to how full the cargo tank is prior to discharge. The "fully loaded" cargo category applies to those compartments that have a true ullage of less than 5 feet prior to crude discharge ("ullage" refers to the distance between the cargo surface level and the deck level). The "lightered or previously short loaded" category applies to those cargoes that have an arrival ullage of more than 5 feet.

Exhibit 5.20 demonstrates the use of the crude oil ballasting emission factors.

---

©2009 American Petroleum Institute

BLM_0003035

*Process and Vented Emission Estimation Methods*

### Table 5-13.  Average TOC Emission Factors for Crude Oil Ballasting Operations

| Compartment Condition Before Cargo Discharge | Average TOC Emission Factors [a,b], Original Units | | Average TOC Emission Factors [c], Converted to Tonnes | |
|---|---|---|---|---|
| | lb TOC/10³ gal ballast water | mg TOC/L ballast water | tonne TOC/10⁶ gal ballast water | tonne TOC/10³ m³ ballast water |
| Fully loaded [d] | 0.9 | 111 | 0.420 | 0.111 |
| Lightered or previously short loaded [e] | 1.4 | 171 | 0.647 | 0.171 |
| Typical overall situation [f] | 1.1 | 129 | 0.488 | 0.129 |

Footnotes and Sources:

[a] EPA, AP-42, Section 5, Table 5.2-4, 2008.

[b] The factors shown are for total organic compounds.  The average factors were derived assuming an average crude temperature of 60°F and a crude RVP of 5 psi.  AP-42 reports that the VOC comprises an approximate average of 85% of the TOC for crude.  Thus, a simplifying assumption for the CH₄ content of the TOC is 15% in the absence of site-specific data, recognizing that this will likely overestimate emissions.

[c] Converted from original emission factors provided in units of mg/L in AP-42.  Thus, round-off errors may result in some small differences when converting from the emission factors provided in units of lb/10³ gallons.

[d] Based on assumed typical arrival ullage of 0.6 m (2 feet).

[e] Based on assumed typical arrival ullage of 6.1 m (20 feet).

[f] Typical overall situation based on the observation that 70% of tested compartments had been fully loaded before ballasting.

---

**EXHIBIT 5.20:**    **Sample Calculation for Crude Oil Ballasting Emissions Based on Unknown Ullage**

INPUT DATA:

Crude oil (RVP 5) is unloaded from ships at a marine terminal.  The annual ballast water throughput is 1 million bbl/year.  The ullage of the arriving ships is unknown.  Calculate the CH₄ emissions, assuming that the ballasting operations at this facility are typical.

CALCULATION METHODOLOGY:

TOC emissions are calculated using the emission factor provided in Table 5-13.

The ballasting TOC emissions are calculated by multiplying the ballasting emission factor by the annual ballast water throughput loaded into the ships.  The TOC emissions must be multiplied by the CH₄ content of the vapors to obtain the CH₄ emissions.  As a simplifying assumption, the CH₄ content of the vapors will be assumed to be 15 wt% per AP-42 (EPA, AP-42 Section 5.2, 2008).  Thus, the CH₄ emissions from the ballasting operations are:

$$E_{CH_4} = \frac{1.1 \text{ lb TOC}}{10^3 \text{gal}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{1 \times 10^6 \text{ bbl}}{\text{yr}} \times \frac{15 \text{ lb CH}_4}{100 \text{ lb TOC}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CH_4} = 3.14 \text{ tonnes CH}_4/\text{yr}$$

---

©2009 American Petroleum Institute
August 2009

BLM_0003036

*Process and Vented Emission Estimation Methods*

### 5.5.3    Transit Loss Emissions

In addition to emissions resulting from loading operations and marine ballasting operations, hydrocarbon emissions also occur during petroleum transit.  The mechanism resulting in transit losses is similar to breathing losses that occur for storage tanks.  The conditions that affect transit emissions are the vapor tightness of the cargo vessel, the cargo vessel pressure at the beginning of the trip, the pressure relief valve settings, the liquid vapor pressure, and the degree of vapor saturation in the vapor void space of the cargo tank.

Table 5-14 provides simple transit TOC emission factors for marine transit of crude oil (EPA, AP-42 Section 5.2.2.1.3, 2008).

#### Table 5-14.  Simplified TOC Emission Factors for Marine Transit Losses

| | Units | Crude Oil [a,b,c] |
|---|---|---|
| Original Units | lb TOC/week-$10^3$ gal transported | 1.3 |
| | mg TOC/week-L transported | 150 |
| Converted Units [d] | tonne TOC/week-$10^6$ gal transported | 0.57 |
| | tonne TOC/week-$10^3$ m$^3$ transported | 0.150 |

Footnotes and Sources:
[a] The factors shown are for TOCs.  AP-42 reports that the VOC comprises approximately 85% of the TOC for crude. Thus, a simplifying assumption for the $CH_4$ content of the TOC is 15% in the absence of site-specific data, recognizing that this will likely overestimate emissions.
[b] EPA, AP-42, Section 5, Table 5.2-6, 2008.
[c] The example crude oil has an RVP of 5 psia.
[d] Converted from original emission factors provided in units of mg/L in AP-42.  Thus, round-off errors may result in some small differences when converting from the emission factors provided in units of lb/$10^3$ gallons.

Alternatively, the Australian Government Department of Climate Changes provides the following $CO_2e$ emission factor for crude oil transport (Australian Government, 2008):

$$7.3E\text{-}04 \text{ tonne } CO_2e/\text{tonne crude transported}$$

Exhibit 5.21 illustrates the use of the simple crude oil transit emission factors.

---

**EXHIBIT 5.21:      Sample Calculation for Estimating CH$_4$ Emissions Using Simplified Transit Emission Factors**

INPUT DATA:
500,000 barrels of crude oil (RVP 5) are transported via ships with an average trip duration of 10 days.  The company transports the crude 25 times during the given reporting year.  Calculate the CH$_4$ emissions using the AP-42 emission factors.

---

©2009 American Petroleum Institute

BLM_0003037

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.21:      Sample Calculation for Estimating CH$_4$ Emissions Using Simplified Transit Emission Factors, continued**

CALCULATION METHODOLOGY:

Transit loss emissions are calculated by multiplying the transit loss emission factor given in Table 5-14 for crude oil, by the volume transported and the CH$_4$ content of the vapors. As a simplifying assumption, the CH$_4$ content of the vapors is assumed to be 15 wt% (EPA, AP-42 Section 5.2, 2008).

$$E_{CH_4} = \frac{0.57 \text{ tonne TOC}}{\text{week-}10^6 \text{ gal transported}} \times \frac{42 \text{ gal}}{\text{bbl}} \times 500{,}000 \text{ bbl} \times \frac{10 \text{ days}}{\text{trip}} \times \frac{25 \text{ trips}}{\text{yr}}$$

$$\times \frac{\text{week}}{7 \text{ days}} \times \frac{15 \text{ lb CH}_4}{100 \text{ lb TOC}}$$

$$E_{CH_4} = 64.1 \text{ tonnes CH}_4/\text{yr}$$

---

## 5.6      Other Venting Sources

### 5.6.1      Gas-Driven Pneumatic Devices

Natural gas-driven pneumatic devices are a source of CH$_4$ emissions (and CO$_2$, if present in the gas). Pneumatic devices may be designed to vent gas continuously (such as when designed with a pilot gas stream) or intermittently (i.e., only when actuated). Low vent and no vent pneumatic devices may also be used. Pneumatic devices may also be operated using compressed air.

If fuel gas is used as the pneumatic gas and is taken downstream of the total fuel gas meter, then the vented gas volume must be subtracted from the total fuel gas volume (used to determine combustion emissions).

Methane emissions from pneumatic devices were evaluated as part of the 1996 GRI/EPA CH$_4$ emissions study (Shires, 1996). This study observed that most of the pneumatic devices used in the production segment were valve actuators and controllers that used natural gas pressure as the force for the valve movement. Gas from the valve actuator is vented to the atmosphere during the valve stroke, and gas may also be continuously bled from the valve controller pilot in some pneumatic devices.

©2009 American Petroleum Institute

BLM_0003038

Emissions from pneumatic devices in the transmission and processing segments were also evaluated during the 1996 GRI/EPA $CH_4$ study (Shires, 1996). In the transmission segment, compressor and storage stations commonly employed gas-operated isolation valves, as well as a few continuous bleed devices. There were essentially no pneumatic devices associated with the pipeline itself. Compressed air was used to power a majority of the pneumatic devices at gas processing plants, though some devices were operated with natural gas. Many processing plants used gas-driven pneumatic controllers on isolation valves for emergency shut-down conditions or for maintenance work.

Distribution pneumatic devices were evaluated as part of a study of Canadian greenhouse gas emissions (Shires, 2001). Some distribution metering and pressure regulating (M&R) stations use gas-operated pneumatic control loops or isolation valves.

The most rigorous approach for estimating $CH_4$ emissions (and $CO_2$ emissions if $CO_2$ is present in the gas stream) from gas-driven pneumatic devices is to use site-specific device measurements or manufacturers' data.[6] Another rigorous approach to calculate the emissions from a high or continuous bleed pneumatic device is to calculate the volume of gas vented as shown in Equation 5-21 (GPSA, 1987, Equation 3-12).

$$V = 16{,}330 \times \left[1 + \left(\frac{d}{D}\right)^4\right] \times d^2 \times \sqrt{H \times \left[29.32 + (0.3 \times H)\right]} \times \sqrt{\frac{520}{460 + T_f}} \times \sqrt{\frac{1.0000}{G}} \qquad \text{(Equation 5-21)}$$

where
  $V$ = gas flow rate, scf/day
  $d$ = orifice diameter, in
  $D$ = pipe/tubing inner diameter, in
  $H$ = pressure, inches Hg
  $T_f$ = gas temperature, °R
  $G$ = specific gravity at 60 °F, unitless

After calculating the volume of gas loss, $CH_4$ and $CO_2$ emissions can then be calculated using the $CH_4$ and $CO_2$ content of the gas, such as described in Section 5.7.1.

Alternatively, simplified $CH_4$ emission factors are provided in Table 5-15 for each industry sector. Table 5-15 presents the corresponding $CH_4$ content of the gas used as the basis for the emission

[6] Note, manufacturer emission rates tend to be lower than emissions observed for the same devices in the field due to actual operating conditions and maintenance practices.

BLM_0003039

*Process and Vented Emission Estimation Methods*

factors. The emission factors can be adjusted based on the $CH_4$ content of the site-specific gas used to drive the devices if the natural gas is significantly different from the default basis. Also, if the pneumatic devices are driven with gas that contains significant quantities of $CO_2$, the $CH_4$ emission factors can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ in the gas to estimate the $CO_2$ emissions.

In production, the continuous bleed, intermittent bleed, and average pneumatic device emission factors shown in Table 5-15 are taken from the 1996 GRI/EPA report (Volumes 2 and 12) (Harrison, 1996; Shires, 1996). The pneumatic device emission factors from the GRI/EPA reports were derived using vendor and/or measured data for both intermittent and continuous bleed devices. The instrument controller emission factor (pressure unspecified) is taken from a 2002 CAPP document and is based on data collected in Alberta, Canada (CAPP, 2002). Other pneumatic device emission factors such as transmitters and controllers are taken from a 2003 CAPP report (CAPP, 2003). The emission factors from the 2003 CAPP document are most appropriate for standard (high-bleed) components that were common prior to 1985 and are a function of the device operating pressure (factors are given at 140 kPa or 240 kPa, both gauge pressure).

### Table 5-15.  Gas-Driven Pneumatic Device CH₄ Emission Factors

| Device Type | Emission Factor [a], Original Units | | Uncertainty [b] (±%) | Emission Factor [c], Converted to Tonnes Basis | |
|---|---|---|---|---|---|
| **Production Segment** | | | | Based on 78.8 mole% $CH_4$[a] | |
| Continuous bleed [a] | 654 | scfd gas/device | 40.3 | 3.608 | tonnes/device-yr |
| Continuous bleed, low/no-bleed [d] | 33.4 | scfd gas/device | 107 | 0.184 | tonnes/device-yr |
| Continuous bleed, high-bleed [d] | 896 | scfd gas/device | 33.1 | 4.941 | tonnes/device-yr |
| Intermittent bleed [a] | 323 | scfd gas/device | 41.2 | 1.782 | tonnes/device-yr |
| *Production average[a] (if device type is unknown)* | *345* | *scfd $CH_4$/device* | *49.5* | *2.415* | *tonnes/device-yr* |
| Transmitter (140 kPag) [e] | 0.12 | m³ gas/hr/device | | 0.56 | tonnes/device-yr |
| Transmitter (240 kPag) [e] | 0.2 | m³ gas/hr/device | | 0.94 | tonnes/device-yr |
| Controller (140 kPag) [e] | 0.6 | m³ gas/hr/device | | 2.8 | tonnes/device-yr |
| Controller (240 kPag) [e] | 0.8 | m³ gas/hr/device | | 3.7 | tonnes/device-yr |
| Controller (pressure not specified) [f] | 0.1996 | m³ gas/hr/device | Uncertainty not specified | 0.9333 | tonnes/device-yr |
| I/P Transducer (140 kPag) [e] | 0.6 | m³ gas/hr/device | | 2.8 | tonnes/device-yr |
| I/P Transducer (240 kPag) [e] | 0.8 | m³ gas/hr/device | | 3.7 | tonnes/device-yr |
| P/P Positioner (140 kPag) [e] | 0.32 | m³ gas/hr/device | | 1.5 | tonnes/device-yr |

©2009 American Petroleum Institute

BLM_0003040

*Process and Vented Emission Estimation Methods*

## Table 5-15.  Gas-Driven Pneumatic Device CH₄ Emission Factors, continued

| Device Type | Emission Factor [a], Original Units | | Uncertainty [b] (±%) | CH₄ Emission Factor [c], Converted to Tonnes Basis | |
|---|---|---|---|---|---|
| **Production Segment, continued** | | | | Based on 78.8 mole% CH₄[a] | |
| P/P Positioner (240 kPag) [e] | 0.5 | m³ gas/hr/device | | 2.3 | tonnes/device-yr |
| I/P Positioner (140 kPag) [e] | 0.4 | m³ gas/hr/device | | 1.9 | tonnes/device-yr |
| I/P Positioner (240 kPag) [e] | 0.6 | m³ gas/hr/device | | 2.8 | tonnes/device-yr |
| **Processing** | | | | Based on 86.8 mole% CH₄[a] | |
| Continuous bleed | 497,584 | scf gas/device-yr | 35.5 | 8.304 | tonnes/device-yr |
| Piston valve operator | 48 | scf gas/device-yr | 60.9 | 8.010E-04 | tonnes/device-yr |
| Pneumatic/hydraulic valve operator | 5,627 | scf gas/device-yr | 134 | 0.0939 | tonnes/device-yr |
| Turbine valve operator | 67,599 | scf gas/device-yr | 407 | 1.128 | tonnes/device-yr |
| *Processing average (if device type is unknown)* | *164,949* | *scf CH₄/plant-yr* | *170* | *3.164* | *tonnes/plant-yr* |
| | *7.431 [g]* | *scf CH₄/MMscf processed* | | *1.425E-04 tonnes/10⁶ scf processed 5.034E-03 tonnes/10⁶ m³ processed* | |
| **Transmission and Storage** | | | | Based on 93.4 mole% CH₄[a] | |
| Continuous bleed | 497,584 | scf gas/device-yr | 35.5 | 8.915 | tonnes/device-yr |
| Pneumatic/hydraulic valve operator | 5,627 | scf gas/device-yr | 134 | 0.1008 | tonnes/device-yr |
| Turbine valve operator | 67,599 | scf gas/device-yr | 407 | 1.211 | tonnes/device-yr |
| *Transmission or Storage average (if device type is unknown)* | *162,197* | *scf CH₄/device-yr* | *96.3* | *3.111* | *tonnes/device-yr* |
| **Distribution** | | | | | |
| Pneumatic isolation valves [h] based on 93.4 mole% CH₄ | 0.366 | tonnes CH₄/device-yr | | 0.366 | tonnes/device-yr |
| Pneumatic control loops [h] based on 94.4 mole% CH₄ | 3.465 | tonnes CH₄/device-yr | Uncertainty not specified | 3.465 | tonnes/device-yr |
| *Distribution average (if device type is unknown)* based on 94.9 mole% CH4 weighted avg. | *2.941* | *tonnes CH₄/device-yr* | | *2.941* | *tonnes/device-yr* |

Footnotes and Sources:

[a] Shires, T.M. and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 12: Pneumatic Devices, Final Report,* GRI-94/0257.29 and EPA-600/R-96-080l, Gas Research Institute and U.S. Environmental Protection Agency, June 1996; and

Harrison, M.R., L.M. Campbell, T.M. Shires, and R.M. Cowgill. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report, Final Report*, GRI-94/0257.1 and EPA-600/R-96-080b, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. The average CH₄ concentration associated with these emission factors is provided in Table E-4.

[b] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[c] CH₄ emission factors converted from scf or m³ are based on 60°F and 14.7 psia.

[d] High-bleed devices refer to devices with leak rates greater than 6 scf/hr while low-bleed devices are 6 scf/hr or lower.  Developed from data used for Volume 12 of the GRI/EPA natural gas industry CH₄ emissions study (Shires, 1996).  Refer to Appendix B for the development of these emission factors.

[e] Canadian Association of Petroleum Producers (CAPP), *Calculating Greenhouse Gas Emissions*, Table 1-12, Canadian Association of Petroleum Producers, Publication Number 2003-03, April 2003.  Note that the emission factors provided by this source are for the total gas emitted and were converted to a CH₄ basis using the CH₄ content shown in the table.  I/P refers to a device that converts electric current to pneumatic pressure.  P/P refers to a device that converts pneumatic pressure to pneumatic pressure.

[f] Canadian Association of Petroleum Producers (CAPP), *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, Table 3-4, Canadian Association of Petroleum Producers, Publication Number 2002-0009, May 2002.  Factor shown is based on data collected in Alberta, and was converted from a total gas basis to a CH₄ basis using the CH₄ content shown in the table.

[g] Shires, T.M. and C.J. Loughran. *Updated Canadian National Greenhouse Gas Inventory for 1995, Emission Factor Documentation*, Technical *Memorandum*, August 23, 2001.

[h] Derived from estimated processing pneumatic devices vented CH₄ emissions (0.1196 ± 133% Bscf/YR) (Harrison, et al., Vol 2, 1996), and estimated annual gas processed (16,450.855 Bscf/YR (DOE, 1993)).

©2009 American Petroleum Institute

*Process and Vented Emission Estimation Methods*

The production sector continuous bleed device emission factor was further split out according to whether the device is high-bleed or low-bleed, based on the amount of gas vented when the device is not actuating.  The EPA Gas STAR program defines a pneumatic device that bleeds more than 6 scfh as a "high-bleed" device, with "low-bleed"/"no-bleed" devices venting less than 6 scfh (EPA Gas STAR, Lessons Learned, July 2003).  Therefore, the same data set that was used to develop the production sector continuous bleed device emission factor for the 1996 GRI/EPA study (Volume 12) was also used to develop the high- and low-bleed device emission factors by stratifying the data according to whether the leak rate is greater than or less than 6 scfh.  The development of these emission factors is provided in Appendix B.

The processing segment pneumatic device emission factors in Table 5-15 are primarily taken from the 1996 GRI/EPA report (Volumes 2 and 12) (Harrison, 1996; Shires, 1996).  The average processing pneumatic device emission factor on a throughput basis is derived from estimated processing devices' vented $CH_4$ emissions (Harrison, et al., Vol 2, 1996) and estimated annual gas processed (DOE, 1993).

The transmission pneumatic device emission factors are also taken from the 1996 GRI/EPA report (Shires, 1996).

In the distribution segment, the pneumatic isolation valve emission factor is taken from the 1996 GRI/EPA report (Volume 12) (Shires, 1996).  The emission factors for pneumatic control loops and average distribution devices are taken from a Canadian GHG inventory for 1995 (Shires, 2001).

An example calculation is provided below in Exhibit 5.22 that demonstrates the use of the pneumatic device emission factors.

---

**EXHIBIT 5.22:**        **Sample Calculation for Gas-Driven Pneumatic Device Emissions**

INPUT DATA:
A gas production facility has 80 natural gas-driven pneumatic devices.  The average $CH_4$ content of the gas is 70 mole %.  There is also 9 mole % $CO_2$ in the gas so $CO_2$ emissions from the pneumatic devices are also estimated.  Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:
Emissions are calculated by multiplying the number of pneumatic devices by the emission factor from Table 5-15.  The average pneumatic device emission factor for production is used since the type of device is not known.

---

©2009 American Petroleum Institute

BLM_0003042

**EXHIBIT 5.22:     Sample Calculation for Gas-Driven Pneumatic Device Emissions, continued**

The base pneumatic device $CH_4$ emission factor is also adjusted from the default basis provided in Table E-4 of 78.8 mole % $CH_4$ to the site-specific basis of 70 mole % $CH_4$.  Because the gas contains a significant quantity of $CO_2$, emissions of $CO_2$ are also estimated using the relative $CO_2$ and $CH_4$ contents in the gas.

$$E_{CH_4} = 80 \text{ pneumatic devices} \times \frac{2.415 \text{ tonne } CH_4}{\text{device - yr}} \times \frac{70 \text{ mole \% } CH_4}{78.8 \text{ mole \% } CH_4}$$

$$\underline{E_{CH_4} = 171.6 \text{ tonnes } CH_4/yr}$$

$$E_{CO_2} = 80 \text{ pneumatic devices} \times \frac{2.415 \text{ tonne } CH_4}{\text{device - yr}} \times \frac{70 \text{ mole \% } CH_4}{78.8 \text{ mole \% } CH_4} \times \frac{\text{tonne mole } CH_4}{16 \text{ tonne } CH_4}$$

$$\times \frac{\text{tonne mole gas}}{0.70 \text{ tonne mole } CH_4} \times \frac{0.09 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 60.68 \text{ tonnes } CO_2/yr}$$

### 5.6.2     *Gas-Driven Chemical Injection Pumps*

Natural gas-driven chemical injection pumps (CIPs) are a source of $CH_4$ emissions due to venting of the gas used to act on a piston or diaphragm to pump chemicals into the process equipment lines.  The CIPs can also be a source of $CO_2$ emissions if the gas used to drive the pump contains a significant amount of $CO_2$.

If fuel gas is used as the pneumatic gas and is taken downstream of the total fuel gas meter, then the vented gas volume must be subtracted from the total fuel gas volume (used to determine combustion emissions).

The 1996 GRI/EPA study observed that gas-powered chemical injection pumps are most commonly found in the production segment where electricity may not be readily available (Shires, 1996).  Typical chemicals injected into the process lines include biocides, demulsifiers,

BLM_0003043

clarifiers, corrosion inhibitors, scale inhibitors, hydrate inhibitors, paraffin dewaxers, surfactants, oxygen scavengers, and $H_2S$ scavengers.

The most rigorous approach for estimating GHG emissions from CIPs is to use site-specific gas usage measurements or manufacturer data.  Another rigorous approach is to calculate the volume of natural gas emitted from the volume of liquid pumped.  The volume of natural gas emissions from a pneumatic pump is a function of the amount of liquid pumped (displacement volume), the liquid outlet pressure from the pump, the gas pressure and temperature used as the pneumatic power gas, and the "mechanical efficiency loss" across the pump.  In manufacturers information this relationship is typically described using a set of "pump curves."  However it can be described mathematically using Equation 5-22.

$$V_G = \left(\frac{P_O+P_A}{14.7}\right) \times \left(\frac{T_A}{459.7+T_G}\right) \times V_L \times [1+I] \qquad \text{(Equation 5-22)}$$

where
$V_G$ = gas loss from natural gas driven pneumatic pump, scf/yr;
$P_O$ = outlet pressure from the pump, psig;
$P_A$ = atmospheric pressure, psig;
14.7 = atmospheric pressure, psig;
$T_A$ = atmospheric temperature, °R;
459.7 = conversion from °F to °R;
$T_G$ = gas temperature, °F;
$V_L$ = volume of liquid pumped, ft³/yr, from measurement data
or calculated using equation 5-2; and
$(1 + I)$ = manufacturer-specific pump inefficiency,
or assumed default of 30%.

The volume of liquid pumped in Equation 5-22 can be calculated as shown in Equation 5-23.

$$V_L = \frac{V_S}{7.48} \times N \times T \qquad \text{(Equation 5-23)}$$

where
$V_S$ = volume of liquid pumped per stroke, gal/stroke;
7.48 = conversion from gal to scf;
N = number of strokes/min; and
T = annual operational time, min/year.

After calculating the volume of gas loss, $CH_4$ and $CO_2$ emissions can then be calculated using the $CH_4$ and $CO_2$ content of the gas, such as described in Section 5.7.1.

©2009 American Petroleum Institute

BLM_0003044

Alternatively, the simplified emission factors in Table 5-16 can be used to estimate $CH_4$ emissions from gas-driven CIPs. The factors are given for piston and diaphragm type pumps, and an average emission factor is given if the type of pump is unknown.

### Table 5-16. Gas-Driven Chemical Injection Pump $CH_4$ Emission Factors

| Type of Chemical Injection Pump | Emission Factor, Original Units | Uncertainty [a] (±%) | $CH_4$ Emission Factor, Converted to Tonnes Basis [b] Based on 78.8 mole% $CH_4$ [c] |
|---|---|---|---|
| Piston pumps (207 kPag) | 48.9 [c]   scfd $CH_4$/pump | 141 | 0.342   tonnes/pump-yr |
| Piston pumps (140 kPag) | 0.04 [d]   m³ gas/hr/pump | Not specified | 0.19   tonnes/pump-yr |
| Piston pumps (240 kPag) | 0.06 [d]   m³ gas/hr/pump | Not specified | 0.28   tonnes/pump-yr |
| Diaphragm pumps (pressure unspecified) | 446 [c]   scfd $CH_4$/pump | 99 | 3.121   tonnes/pump-yr |
| Diaphragm pumps (140 kPag) | 0.4 [d]   m³ gas/hr/pump | Not specified | 1.9   tonnes/pump-yr |
| Diaphragm pumps (240 kPag) | 0.6 [d]   m³ gas/hr/pump | Not specified | 2.8   tonnes/pump-yr |
| Average pump (if type not known) | 248 [c]   scfd $CH_4$/pump | 108 | 1.737   tonnes/pump-yr |
| | 0.3945 [c]   m³ gas/hr/pump | Not specified | 1.845   tonnes/pump-yr |

Footnotes and Sources for Table 5-16:

[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[b] $CH_4$ emission factors converted from scf or m³ are based on 60°F and 14.7 psia.

[c] Shires, T.M. *Methane Emissions from the Natural Gas Industry, Volume 13: Chemical Injection Pumps, Final Report*, GRI-94/0257.30 and EPA-600/R-96-080m, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. The average $CH_4$ concentration associated with these emission factors is provided in Table E-4.

[d] Canadian Association of Petroleum Producers (CAPP), *Calculating Greenhouse Gas Emissions*, Table 1-12, Canadian Association of Petroleum Producers, Publication Number 2003-03, April 2003. Note that the emission factors provided by this source are for the total gas emitted and were converted to a $CH_4$ basis using the $CH_4$ content shown in the table.

[e] Canadian Association of Petroleum Producers (CAPP), *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, Table 3-4, Canadian Association of Petroleum Producers, Publication Number 2002-0009, May 2002. Factor shown is based on data collected in Alberta, and was converted from a total gas basis to a $CH_4$ basis using the $CH_4$ content shown in the table.

The emission factors are taken from three sources: the 1996 GRI/EPA report (Volume 13) (Shires, 1996) and two guidance documents from the CAPP (CAPP, 2002; CAPP, 2003). The piston pump emission factor from the GRI/EPA report was based on the manufacturer's data while the diaphragm pump factor from the GRI/EPA report was based on a combination of manufacturer data and measurements carried out in Canada. The emission factor for the average CIP in the GRI/EPA study was derived using estimated populations of the piston and diaphragm pumps from site visits conducted in the United States (Shires, 1996). The emission factors from the 2003 CAPP document were based on a separate study of upstream oil and natural gas operations in Canada, and are a function of the pump operating pressure (factors are given at 140 kPa or 240 kPa, both gauge pressure). The average pump factor from the 2002 CAPP guidance document was based on data collected in Alberta.

©2009 American Petroleum Institute

BLM_0003045

The CIP emission factors can be adjusted based on the $CH_4$ content of the site-specific gas used to drive the pumps if the natural gas has a significantly different $CH_4$ content from the default basis. Also, if the pumps are driven with gas that contains significant quantities of $CO_2$, the $CH_4$ emission factor can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ in the gas to estimate the $CO_2$ emissions.

An example calculation is given in Exhibit 5.23 that illustrates the use of the CIP emission factors.

---

**EXHIBIT 5.23:        Sample Calculation for Gas-Driven Chemical Injection Pump Emissions**

INPUT DATA:
A gas production facility in the United States has 25 gas-driven CIPs that are piston type pumps. The average operating pressure for these pumps is 32.6 psig (200 kPa gauge).  The $CH_4$ content of the gas is not known, but is assumed to be similar to other typical facilities.  There is no significant quantity of $CO_2$ in the gas.  Calculate the $CH_4$ emissions.

**CALCULATION METHODOLOGY:**
Emissions are calculated by multiplying the number of chemical injection pumps by the appropriate piston pump emission factor from Table 5-16.  The actual operating pressure falls between the piston pump factor at 207 kPa and the piston pump factor at 240 kPa, so the factor at 207 kPa is chosen because it is based on a U.S. report.  The emission factor is not corrected by the gas $CH_4$ content because the facility is assumed to have a gas $CH_4$ content similar to other typical facilities.  Emissions are calculated as shown below:

$$E_{CH_4} = (25 \text{ CIPs}) \times \frac{0.342 \text{ tonne } CH_4}{\text{pump - yr}}$$

$$E_{CH_4} = 8.55 \text{ tonnes } CH_4/yr$$

---

### 5.6.3    Mud Degassing

During well drilling operations, drilling fluid (otherwise known as drilling mud) is used for many important purposes, including lubricating and cooling the drill bit, carrying cuttings away from the drill bit, and maintaining desired pressure within the well.  During these operations, gas from the well bore may become entrained in the mud, requiring the mud to be degassed.  During mud degassing, gases entrained in the mud are separated from the mud and vented directly to the

BLM_0003046

atmosphere. This venting results in emissions of $CH_4$ contained in the gas, and possibly $CO_2$ emissions. Site-specific $CH_4$ (and $CO_2$ if present) concentration data should be used to estimate these emissions. However, in the absence of site-specific data, the simplified mud degassing emission factors presented in Table 5-17 can be used.

Table 5-17 provides mud degassing THC vented emission factors on a drilling day basis. The base THC factors are taken from U.S. Department of the Interior, Minerals Management Service guidance (Wilson et al., 2007). The $CH_4$ factors are derived from the THC factors based on an assumed $CH_4$ concentration. However, the factors can be adjusted using actual site-specific concentrations if they are available and different from the defaults shown in the table.

### Table 5-17.  Mud Degassing Vented $CH_4$ Emission Factors

| Mud Type | THC Emission Factor [a], Original Units (lb THC/drilling day) | CH4 Emission Factor [b], Converted to Tonnes Basis (tonnes $CH_4$/drilling day) |
|---|---|---|
| Water-based Mud | 881.84 | 0.2605 |
| Oil-based Mud | 198.41 | 0.0586 |
| Synthetic Mud | 198.41 | 0.0586 |

Footnotes and Sources:
[a] Wilson, Darcy, Richard Billings, Regi Oommen, and Roger Chang, Eastern Research Group, Inc. *Year 2005 Gulfwide Emission Inventory Study*, U.S. Department of the Interior, Minerals Management Services, Gulf of Mexico OCS Region, New Orleans, December 2007, Section 5.2.10.
[b] Based on gas content of 65.13 weight percent $CH_4$, derived from sample data provided in the original source of the emission factors. Original sample data is as follows, in terms of mole%: 83.85% $CH_4$, 5.41% $C_2H_6$, 6.12% $C_3H_8$, 3.21% $C_4H_{10}$, and 1.40% $C_5H_{12}$ (Wilson et al., 2007).

An example calculation is given in Exhibit 5.24 to illustrate the use of the mud degassing emission factors.

---

**EXHIBIT 5.24:**        **Sample Calculation for Mud Degassing Vented Emissions**

INPUT DATA:
An oil and natural gas production facility performed well drilling activities with water-based mud 85 days during the year. The average $CH_4$ content of the gas is 70 mole %; there is also 9 mole % $CO_2$ in the gas. Calculate the $CH_4$ and $CO_2$ emissions.

---

©2009 American Petroleum Institute

BLM_0003047

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.24:      Sample Calculation for Mud Degassing Vented Emissions, coutinued**

CALCULATION METHODOLOGY:

Emissions are calculated by multiplying the number of days of drilling activities by the $CH_4$ emission factor from Table 5-17. The base mud degassing vented $CH_4$ emission factor is adjusted from the default basis of 83.85 mole% $CH_4$ to the site-specific basis of 70 mole % $CH_4$. Because the gas contains a significant quantity of $CO_2$, emissions of $CO_2$ are also estimated using the relative $CO_2$ and $CH_4$ contents in the gas.

$$E_{CH_4} = \frac{85 \text{ day}}{\text{yr}} \times \frac{0.2605 \text{ tonnes } CH_4}{\text{day}} \times \frac{70 \text{ mole \% } CH_4}{83.85 \text{ mole \% } CH_4}$$

$$\underline{E_{CH_4} = 18.49 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{CO_2} = \frac{85 \text{ day}}{\text{yr}} \times \frac{0.2605 \text{ tonnes } CH_4}{\text{day}} \times \frac{70 \text{ mole \% } CH_4}{83.85 \text{ mole \% } CH_4} \times \frac{\text{tonne mole } CH_4}{16 \text{ tonne } CH_4}$$

$$\times \frac{\text{tonne mole gas}}{0.70 \text{ tonne mole } CH_4} \times \frac{0.09 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 6.54 \text{ tonnes } CO_2/\text{yr}}$$

---

### 5.6.4    *Heavy Oil and Crude Bitumen Casing Gas Vents*

Casing gas vents are a particular concern for heavy oil and crude bitumen wells. Heavy oil wells are relatively shallow (typically 300 to 900 m deep) and, thus are characterized by low reservoir pressures (typically 4000 kPa or less). To achieve reasonable flow potential, it is necessary to relieve gas pressure from the well bore. The wells are not usually equipped with a production packer (a device that isolates the annulus from the formation), which allows the well pressure to be controlled using the casing vent. Because of the low volumes of gas associated with primary heavy oil casing gas, the gas may be vented directly to atmosphere. For thermal heavy oil projects, the gas is usually flared or conserved because of the potential for $H_2S$ in the gas.

Casing gas venting associated with heavy oil production may result in emissions of $CH_4$ contained in the gas, and possibly $CO_2$ emissions. Site-specific volumetric flow rate and $CH_4$ concentration data (and $CO_2$ if present) provide the most rigorous estimation of these emissions. However, in the absence of site-specific data, the simplified casing gas vented emission factors presented in Tables 5-18 and 5-19 can be used.

---

5-76

©2009 American Petroleum Institute

August 2009

BLM_0003048

Table 5-18 provides casing gas THC vented emission factors on a heavy oil production throughput basis. The base THC factors are taken from CAPP, 2003. The THC factors in CAPP are based on an assumed percentage vented for each type of oil. However, the factors can be adjusted using actual site-specific venting percentages if they are available and different from the defaults shown in the table.

**Table 5-18.  Heavy Oil and Crude Bitumen Casing Gas Vented CH$_4$ Emission Factors – Throughput Basis**

| Type of Oil | THC Emission Factor [a], Original Units (m$^3$ THC/m$^3$ oil produced) | CH$_4$ Emission Factor [b], Converted to Tonnes Basis Based on 78.8 mole% CH$_4$ [c] | |
| --- | --- | --- | --- |
| | | (tonnes/1000 bbl oil produced) | (tonnes/1000 m$^3$ oil produced) |
| Primary Heavy Oil (63.2% casing gas vented) [d] | 37.4 | 3.17 | 20.0 |
| Thermal Heavy Oil (4.7% casing gas vented) [d] | 2.53 | 0.215 | 1.35 |
| Crude Bitumen (18% casing gas vented) [d] | 2.3 | 0.20 | 1.2 |

Footnotes and Sources:
[a] Canadian Association of Petroleum Producers (CAPP), *Calculating Greenhouse Gas Emissions*, Table 1-14, Canadian Association of Petroleum Producers, Publication Number 2003-03, April 2003. Note that the emission factors provided by this source are for the total gas emitted and were converted to a CH$_4$ basis using the CH$_4$ content shown in the table.
[b] CH$_4$ emission factors converted from scf or m$^3$ are based on 60°F and 14.7 psia.
[c] Shires, T.M., and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary, Final Report*, GRI-94/0257.23 and EPA-600/R-96-080f, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Percentage shown is the assumed percent of total casing gas vented. If the actual percent casing gas vented is known, the factor and percentage shown for each crude type can be used to estimate the CH$_4$ emission factor for the actual percent casing gas vented if it is different from the default value shown in the table.

If the oil production throughput is not known, Table 5-19 can be used. This table provides simplified casing gas vented THC emission factors for active and suspended wells based on data from Alberta, Canada (CAPP, 2002). The active and suspended well emission rate data were based on 883 and 910 wells, respectively.

**Table 5-19.  Heavy Oil and Crude Bitumen Casing Gas Vented CH$_4$ Emission Factors – Well Basis**

| Source | THC Emission Factor [a], Original Units (m$^3$ THC/well-day) | CH$_4$ Emission Factor [b], Converted to Tonnes Basis Based on 78.8 mole% CH$_4$ [c] (tonnes CH$_4$/well-day) |
| --- | --- | --- |
| Active Wells | 37.1 | 0.0198 |
| Suspended Wells | 20.1 | 0.0107 |

Footnotes and Sources:
[a] Canadian Association of Petroleum Producers (CAPP), *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, table on page 3-24, Canadian Association of Petroleum Producers, Publication Number 2002-0009, May 2002. Factors shown are based on data collected in Alberta, and were converted from a total gas basis to a CH$_4$ basis using the CH$_4$ content shown in the table.
[b] CH$_4$ emission factors converted from scf or m$^3$ are based on 60°F and 14.7 psia.
[c] Shires, T.M., and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary, Final Report*, GRI-94/0257.23 and EPA-600/R-96-080f, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

©2009 American Petroleum Institute

*Process and Vented Emission Estimation Methods*

---

The THC emission factors from the two CAPP guidance documents were converted to $CH_4$ emission factors using a default $CH_4$ gas content of 78.8 mole % in the production segment provided in Table E-4. The casing gas $CH_4$ emission factors can be adjusted based on the $CH_4$ content of the site-specific gas if the natural gas has a $CH_4$ content significantly different from the default basis. Also, if the gas at the site contains significant quantities of $CO_2$, the $CH_4$ emission factor can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ in the gas to estimate the $CO_2$ emissions.

An example calculation is given in Exhibit 5.25 that illustrates the use of the casing gas vent emission factors.

---

**EXHIBIT 5.25:       Sample Calculation for Heavy Oil Casing Gas Vented Emissions**

INPUT DATA:
An oil and natural gas production facility produces 100 bbl/day of primary heavy crude oil. The facility operates 365 days a year. The average $CH_4$ content of the gas is 70 mole %; there is also 9 mole % $CO_2$ in the gas. Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:
Emissions are calculated by multiplying the oil throughput by the "primary heavy oil" $CH_4$ emission factor from Table 5-18. The base casing gas $CH_4$ emission factor is also adjusted from the default basis provided in Table E-4 of 78.8 mole % $CH_4$ to the site-specific basis of 70 mole % $CH_4$. Because the gas contains a significant quantity of $CO_2$, emissions of $CO_2$ are also estimated using the relative $CO_2$ and $CH_4$ contents in the gas.

$$E_{CH_4} = \frac{100 \text{ bbl crude}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{3.17 \text{ tonnes } CH_4}{1000 \text{ bbl crude}} \times \frac{70 \text{ mole } \% \ CH_4}{78.8 \text{ mole } \% \ CH_4}$$

$$E_{CH_4} = 102.8 \text{ tonnes } CH_4/\text{yr}$$

$$E_{CO_2} = \frac{100 \text{ bbl crude}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{3.17 \text{ tonnes } CH_4}{1000 \text{ bbl crude}} \times \frac{70 \text{ mole } \% \ CH_4}{78.8 \text{ mole } \% \ CH_4} \times \frac{\text{tonne mole } CH_4}{16 \text{ tonne } CH_4}$$

$$\times \frac{\text{tonne mole gas}}{0.70 \text{ tonne mole } CH_4} \times \frac{0.09 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$E_{CO_2} = 36.34 \text{ tonnes } CO_2/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003050

*Process and Vented Emission Estimation Methods*

### 5.6.5    Low-Pressure Gas Well Casing Vents

Casing gas migration from low-pressure natural gas wells can result in $CH_4$ emissions and possibly $CO_2$ emissions, if $CO_2$ is present in the gas. This migration results from the flow of gas around the outside of a well casing. It is typically caused by gas migrating from one or more shallow, low-productivity gas bearing zones that were penetrated during the drilling process or as a result of natural processes within the soil (CAPP, 2002). Similar to the approach for crude oil casing gas venting, site-specific measurements provide the most rigorous estimate of low-pressure gas well casing emissions. In the absence of site-specific data, the following emission factor from page 3-25 of the CAPP document, *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, can be used (CAPP, 2002):

<div style="border:1px solid black; text-align:center;">

3.85 $m^3$ gas/well-day (original units) (CAPP, 2002)

0.00206 tonnes $CH_4$/well-day (converted)[a]

</div>

[a]Note: the THC factor was converted to a $CH_4$ emission factor assuming 78.8 mole % $CH_4$ in the gas according to the GRI/EPA study (Shires, Volume 6, 1996).

The casing gas migration emission factor was based on test data of the "…average vent rate for wells with gas migration problems…" (CAPP, 2002).

An example calculation is given in Exhibit 5.26 that demonstrates the use of the gas well casing emission factor.

---

**EXHIBIT 5.26:    Sample Calculation for Low-Pressure Casing Gas Migration Emissions**

INPUT DATA:
An oil and natural gas production facility has three low pressure wells. Sampling data show that casing gas migration occurs, but the emission rate has not been measured. The average $CH_4$ content of the gas is 70 mole %; there is also 9 mole % $CO_2$ in the gas. Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:
Emissions are calculated by multiplying the number of wells by the casing gas migration $CH_4$ emission factor. The base casing gas migration $CH_4$ emission factor is also adjusted from the default basis provided in Table E-4 of 78.8 mole % $CH_4$ to the site-specific basis of 70 mole % $CH_4$. Because the gas contains a significant quantity of $CO_2$, emissions of $CO_2$ are also estimated using the relative $CO_2$ and $CH_4$ contents in the gas.

---

©2009 American Petroleum Institute

BLM_0003051

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.26:**     **Sample Calculation for Low-Pressure Casing Gas Migration Emissions, continued**

$$E_{CH_4} = 3 \text{ wells} \times \frac{0.00206 \text{ tonnes CH}_4}{\text{well-day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{70 \text{ mole \% CH}_4}{78.8 \text{ mole \% CH}_4}$$

$$\underline{E_{CH_4} = 2.00 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = 3 \text{ wells} \times \frac{0.00206 \text{ tonnes CH}_4}{\text{well-day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{70 \text{ mole \% CH}_4}{78.8 \text{ mole \% CH}_4} \times \frac{\text{tonne mole CH}_4}{16 \text{ tonne CH}_4}$$

$$\times \frac{\text{tonne mole gas}}{0.70 \text{ tonne mole CH}_4} \times \frac{0.09 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 0.71 \text{ tonnes CO}_2/\text{yr}}$$

---

### 5.6.6    *Coal Seam Exploratory Drilling and Well Testing*

Methane, or natural gas, may be used for drilling coal seam $CH_4$ wells, if available at high pressures.  In this case, $CH_4$, rather than compressed air, is used as the motive force to drill the wells and is emitted back to the atmosphere.

Methane may also be used to clean coal fines or dust that accumulate in the well.  For this use, compressed gas is pumped into the well bore where it builds up pressure over a short duration (20 minutes to one hour).  Then the gas is released rapidly to the surface, bringing the coal fines with it, as well as unloading accumulated water.  The released gas may be vented or flared.

Emissions from these sources can be calculated based on a material balance approach.  The emissions would be recorded either as point sources, if vented to the atmosphere, or combustion sources if vented to a flare.  (If vented to a flare, emissions would be calculated as described in Section 4.6.)  An example calculation illustrating the material balance approach follows in Exhibit 5.27.

---

©2009 American Petroleum Institute

BLM_0003052

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.27:      Sample Calculation for Exploratory Drilling or Well Testing**

INPUT DATA:

A coal bed $CH_4$ site is drilling three new wells with the following duration and gas consumption rates:

| | Duration to Drill, days | Gas Consumption, $10^6$ ft$^3$/day |
|---|---|---|
| Well 1 | 5 | 1.5 |
| Well 2 | 2 | 1.5 |
| Well 3 | 5 | 1.75 |

An additional $6.76 \times 10^6$ scf of gas per well is flared during well testing. The gas contains 10.9 mole% $CO_2$, 88.7 mole% $CH_4$, and 0.4 mole% other. Calculate the vented and flared emissions.

CALCULATION METHODOLOGY:

1. *Calculate the vented emissions.* Assuming the drilling gas is vented to the atmosphere, the total volume of gas vented is:

$$V = \left(\frac{1.5 \times 10^6 \text{ ft}^3}{\text{day}} \times 5 \text{ days}\right)_{\text{Well 1}} + \left(\frac{1.5 \times 10^6 \text{ ft}^3}{\text{day}} \times 2 \text{ days}\right)_{\text{Well 2}} + \left(\frac{1.75 \times 10^6 \text{ ft}^3}{\text{day}} \times 5 \text{ days}\right)_{\text{Well 3}}$$

$$V = 19.25 \times 10^6 \text{ scf gas}$$

The corresponding $CH_4$ and $CO_2$ emissions resulting from this vented gas are:

$$E_{CH_4} = 19.25 \times 10^6 \text{ scf gas} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{0.887 \text{ lbmole } CH_4}{\text{lbmole gas}} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 327 \text{ tonnes } CH_4}$$

$$E_{CO_2} = 19.25 \times 10^6 \text{ scf gas} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{0.109 \text{ lbmole } CO_2}{\text{lbmole gas}} \times \frac{44 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 110 \text{ tonnes } CO_2}$$

2. *Calculate the emissions released from flaring the well test gas.* Details on flaring emissions are provided in Section 4.6. We will assume that the "other" components in the gas analysis are primarily ethane. Emissions are calculated assuming the default 98% combustion efficiency. Emissions are calculated as follows.

---

©2009 American Petroleum Institute

BLM_0003053

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.27:**     **Sample Calculation for Exploratory Drilling or Well Testing, continued**

$$E_{CO_2} = \left( \frac{6.76 \times 10^6 \text{ scf gas}}{\text{well}} \times 3 \text{ wells} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \right) \times \left( \frac{0.109 \text{ lbmole } CO_2}{\text{lbmole gas}} + \right.$$

$$\left[ \frac{0.887 \text{ lbmole C (from } CH_4)}{\text{lbmole gas}} + \frac{0.004 \times 2 \text{ lbmole C (from } C_2H_6)}{\text{lbmole gas}} \right]$$

$$\left. \times \frac{0.98 \text{ lbmole } CO_2 \text{ formed}}{\text{lbmole C combusted}} \right) \times \frac{44 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 1,050 \text{ tonnes } CO_2}$$

$$E_{CH_4} = \frac{6.76 \times 10^6 \text{ scf gas}}{\text{well}} \times 3 \text{ wells} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{0.887 \text{ lbmole } CH_4}{\text{lbmole gas}}$$

$$\times \frac{0.02 \text{ lbmole residual } CH_4}{\text{lbmole } CH_4} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 6.9 \text{ tonnes } CH_4}$$

### 5.6.7    Coal Mining

Underground and surface coal mining activities produce $CH_4$ emissions as a result of activities that occur before, during, and after mining.

Ventilation systems are used in underground coal mines to maintain safe $CH_4$ concentrations. These ventilation systems can result in significant gas volumes released to the atmosphere, although the $CH_4$ concentration is generally low (usually no more than 1.5%). Some underground coal mines may also use degasification systems to relieve natural gas from the mine. These degasification systems use wells drilled from the surface or boreholes drilled inside the mine. These systems are used before, during, and after mining. Some of the gas from the degasification system may be recovered, thus reducing $CH_4$ emissions. Emissions from flared coal mine waste gas should be calculated using the methodology described in Section 4 (e.g., material balance approach).

---

©2009 American Petroleum Institute

BLM_0003054

*Process and Vented Emission Estimation Methods*

Surface coal mines result in CH$_4$ emissions as the overburden is removed and the coal is exposed, but the emissions are lower than from underground mines. Some CH$_4$ emissions also occur during the processing, storage, and transportation of the coal (referred to as post-mining activities).

Site-specific data provide the most rigorous estimate of coal mining CH$_4$ emissions. In the absence of such data, simple emission factors provided in Table 5-20 or Table 5-21 may be used. The emission factors in Table 5-20 were developed from data provided in the Annexes of the EPA report, *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2006* (EPA, 2009). The emission factors were derived by dividing the U.S. coal mining CH$_4$ emissions by the U.S. coal production rates. Factors were derived for 2005 through 2007. Separate emission factors are provided for underground and surface mining, and for coal handling. The underground mining emission factor includes contributions from both ventilation and degasification. The derivations of the emission factors shown in Table 5-20, as well as coal mining factors by U.S. coal supply region are provided in Appendix B. Emission factors for Australian mining operations are provided in Table 5-21. Additional emission factors for decommissioned underground mines in Australia are provided in the Australian Government, Department of Climate Change, *National Greenhouse Accounts (NGA) Factors*, November 2008.

### Table 5-20.  Average U.S. Coal Mining CH$_4$ Emission Factors

| Activity | Emission Factor [a], Original Units | | | Emission Factor, Converted Units | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | scf CH$_4$/ short ton coal | | | tonne CH$_4$/ short ton coal | | | tonne CH$_4$/ tonne coal | | |
| | 2005 | 2006 | 2007 | 2005 | 2006 | 2007 | 2005 | 2006 | 2007 |
| Underground Mining (Ventilation and Degasification) | 241 | 248 | 242 | 0.00463 | 0.00476 | 0.00463 | 0.00511 | 0.00524 | 0.00511 |
| Underground Post-Mining (coal handling) | 43.4 | 41.8 | 42.6 | 0.000833 | 0.000801 | 0.000818 | 0.000918 | 0.000883 | 0.000902 |
| Surface Mining | 43.3 | 43.6 | 42.8 | 0.000830 | 0.000836 | 0.000822 | 0.000915 | 0.000922 | 0.000906 |
| Surface Post-Mining (coal handling) | 6.56 | 7.47 | 7.56 | 0.000126 | 0.000143 | 0.000145 | 0.000139 | 0.000158 | 0.000160 |

Footnotes and Sources:
[a] Derived from data presented in: U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007, Annexes*, April 15, 2009. See derivation in Appendix B.

BLM_0003055

*Process and Vented Emission Estimation Methods*

## Table 5-21.  Australian Coal Mining $CH_4$ Emission Factors

| State | tonnes $CO_2$e/ tonne run-of-mine coal extracted [a] | tonnes $CH_4$/ tonne run-of-mine coal extracted |
|---|---|---|
| *Open Cut Coal Extraction, by State* | | |
| New South Wales | 0.045 | 0.945 |
| Victoria | 0.0007 | 0.0147 |
| Queensland | 0.017 | 0.357 |
| Western Australia | 0.017 | 0.357 |
| South Australia | 0.0007 | 0.0147 |
| Tasmania | 0.014 | 0.294 |
| *Coal Extraction, by Mine Type* | | |
| Gassy Mine | 0.305 | 6.405 |
| Non-gassy mine | 0.008 | 0.168 |
| *Post-Mining* | | |
| Gassy Mine | 0.014 | 0.294 |

Footnote and Source:
[a] Australian Government, Department of Climate Change, *National Greenhouse Accounts (NGA) Factors*, Section 2.4.1, November 2008. Original units are tonnes $CO_2$-eq/tonne run of mine coal.

An example calculation is given in Exhibit 5.28 that illustrates the use of the coal mining $CH_4$ emission factors.

---

**EXHIBIT 5.28:      Sample Calculation for Coal Mining Emissions**

INPUT DATA:
During 2007, 200,000 tons of coal are produced from an underground mine in the U.S.  Calculate the $CH_4$ emissions.

CALCULATION METHODOLOGY:
Emissions from coal mining include both mining emissions and coal handling emissions. Emissions are calculated by multiplying the annual coal production rate by the underground coal mining and coal handling $CH_4$ emission factors from Table 5-20.

Emissions from underground coal mining are:

$$E_{CH_4,mining} = \frac{200,000 \text{ tons}}{\text{year}} \times \frac{\text{tonnes coal}}{1.10231 \text{ tons coal}} \times \frac{0.00511 \text{ tonnes } CH_4}{\text{tonne coal}}$$

$$E_{CH_4,mining} = 927.14 \text{ tonnes } CH_4/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003056

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.28:       Sample Calculation for Coal Mining Emissions, continued**

Emissions from underground coal handling are:

$$E_{CH_4, handling} = \frac{200,000 \text{ tons}}{\text{year}} \times \frac{\text{tonnes coal}}{1.10231 \text{ tons coal}} \times \frac{0.00090 \text{ tonnes } CH_4}{\text{tonne coal}}$$

$$\underline{E_{CH_4, handling} = 163.29 \text{ tonnes } CH_4/\text{yr}}$$

Total emissions from coal mining are:

$$E_{CH_4, total} = E_{CH_4, mining} + E_{CH_4, handling} = 927.14 + 163.29 \text{ tonnes } CH_4/\text{yr}$$

$$\underline{E_{CH_4, total} = 1,090.43 \text{ tonnes } CH_4/\text{yr}}$$

---

### 5.6.8    Chemical Production

Small amounts of $CH_4$ are released during the production of some petrochemicals.  This section presents simple emission factors, developed from EPA annual inventory data, for the following chemical processes (EPA, 2009):

- Carbon black – made from the incomplete combustion of an aromatic petroleum or coal-based feedstock.  It is most commonly added to rubber to improve strength and abrasion resistance, and the tire industry is the largest consumer.

- Ethylene – used in the production of plastics such as polymers.

- Ethylene dichloride – an important intermediate in the synthesis of chlorinated hydrocarbons. It is also used as an industrial solvent and fuel additive.

- Methanol – an alternative transportation fuel as well as a principal ingredient in paints, solvents, refrigerants, and disinfectants.  Methanol-based acetic acid is used in making certain plastics and polyester fibers.

Nitrous oxide emissions result from two additional chemical processes:  adipic acid and nitric acid production.  Adipic acid is used in the manufacture of synthetic fibers, coatings, plastics, urethane foams, elastomers, and synthetic lubricants.  Food-grade adipic acid is used as a flavor additive. Nitrous oxide is generated as a by-product of nitric acid oxidation in the second stage of a two-stage production process.  Nitric acid ($HNO_3$) is an inorganic compound used primarily to make

---

©2009 American Petroleum Institute

BLM_0003057

*Process and Vented Emission Estimation Methods*

synthetic commercial fertilizers. It is typically produced by the catalytic oxidation of ammonia, where $N_2O$ is formed as a by-product.

Table 5-22 provides average emission factors for each of the chemical processes described above based on production rate (EPA, 2009). The $CH_4$ emission factors are based on material balances of the petrochemical processes. The $N_2O$ emission factors are based on facility data and account for the use of $N_2O$ abatement technologies, such as non-selective catalytic reduction (NSCR). Emissions are estimated by multiplying the chemical production rate by the appropriate emission factor based on the process type, and for $N_2O$, the abatement method.

**Table 5-22.  Chemical Production Emission Factors**

| Chemical Production Process | Emission Factor [a], Original units | Emission Factor, Converted Units |
|---|---|---|
| Carbon black | 11 kg $CH_4$/tonne produced | 0.011 tonne $CH_4$/tonne produced |
| Ethylene | 1 kg $CH_4$/tonne produced | 0.001 tonne $CH_4$/tonne produced |
| Ethylene dichloride | 0.4 kg $CH_4$/tonne produced | 0.0004 tonne $CH_4$/tonne produced |
| Methanol | 2 kg $CH_4$/tonne produced | 0.002 tonne $CH_4$/tonne produced |
| Nitric acid | | |
| - with NSCR | 2 kg $N_2O$/tonne produced | 0.002 tonne $N_2O$/tonne produced |
| - without NSCR [b] | 9 kg $N_2O$/tonne produced | 0.009 tonne $N_2O$/tonne produced |
| Adipic acid | | |
| - with catalytic abatement [c] | 0.053 kg $N_2O$/kg produced | 0.053 tonne $N_2O$/tonne produced |
| - with thermal abatement [d] | 0.013 kg $N_2O$/kg produced | 0.013 tonne $N_2O$/tonne produced |
| - without abatement | 0.3 kg $N_2O$/kg produced | 0.3 tonne $N_2O$/tonne produced |

Footnotes and Sources:
[a] U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*, April 15, 2009, pgs 4-20, 4-22, and 4-26.
[b] Note that selective catalytic reduction (SCR) and extended absorption are not known to reduce $N_2O$ emissions.
[c] Catalytic abatement is assumed to have a destruction efficiency of 92.5% of $N_2O$ and a utility factor of 89% (IPCC, 2006).
[d] Thermal abatement is assumed to have a destruction efficiency of 98.5% of $N_2O$ and a utility factor of 97% (EPA, 2009).

## 5.7    Non-Routine Activities

Non-routine emissions involve venting events that result in $CH_4$ emissions, and possibly $CO_2$ emissions for $CO_2$-rich streams. Non-routine emissions are grouped into the following two categories:

1. Maintenance or turnaround activities that are planned, and
2. Other releases that result from unplanned events.

©2009 American Petroleum Institute

BLM_0003058

*Process and Vented Emission Estimation Methods*

Maintenance and turnaround activities may cause intentional releases of process gas to the atmosphere to provide a safer work environment.  For example, the gas blowdown of process equipment may be necessary to safely perform maintenance work.  The blowdown of natural gas from process equipment to the atmosphere results in $CH_4$, and possibly $CO_2$ emissions.

When the process equipment is put back in service following maintenance work, it may be necessary to purge the lines or equipment with process gas to prevent the formation of a flammable mixture of $CH_4$ and oxygen.  An inert gas, such as nitrogen or natural gas, can be used for the purging process.  Methane and possibly $CO_2$ emissions result when natural gas used for purging equipment is vented to the atmosphere.

Emergency or upset conditions are examples of other non-routine releases that can occur throughout the various segments of the oil and natural gas industry.  Often, these conditions automatically trigger the depressurization of process equipment to ensure safe operating conditions.  For example, PRVs and ESDs are installed to relieve pressure during emergency conditions.

This section provides two methods for estimating non-routine emissions from petroleum operations, as presented in Figure 5-7. The first is based on engineering calculations of the volume released, documentation of the non-routine release events, and the concentration of $CH_4$ (and $CO_2$, if significant) in the gas stream.  The second approach is based on simplified emission factors developed from an inventory of company practices or from specific measurement programs.  The emission factors for these sources tend to be segment specific, so each industry segment is discussed separately (See Sections 5.7.2 through 5.7.6).



**Figure 5-7.  Decision Tree for Non-Routine Activities**

©2009 American Petroleum Institute

BLM_0003059

*Process and Vented Emission Estimation Methods*

### 5.7.1 Engineering Calculation Approach

Emissions from maintenance activities or emergency conditions (e.g., well water removal or offshore emergency shutdowns) can generally be estimated by the following equation:

$$E_{CH_4 \text{ or } CO_2} = \frac{\text{Gas Volume Released}}{\text{Event}} \times \text{Mole\%}_{CH_4 \text{ or } CO_2} \times \frac{\text{\#Events}}{\text{Year}} \times \frac{MW_{CH_4 \text{ or } CO_2}}{\text{molar volume conversion}}$$

(Equation 5-24)

where

$E_{CH_4 \text{ or } CO_2}$ = emissions of $CH_4$ or $CO_2$ emissions in units of mass, and

Molar volume conversion = conversion from molar volume to mass (379.3 scf/lbmole or 23.685 $m^3$/kgmole @ 60°F and 14.7 psia).

Engineering assumptions may be required to estimate the volume of gas released. For example, the volume released may be based on the internal volume of a piece of equipment or the volume contained within a pipe section (assuming the entire contents are released) and converted from actual cubic feet of gas to standard cubic feet using the density of the gas. For gas pipeline pigging operations, the volume released would be based on the segment of pipeline depressurized plus the volume of the pig catcher or launcher. Note that emissions associated with oil pipeline pigging operations should be calculated in a manner similar to emissions from crude tank flashing, which is described in Section 5.4.1.

The density of the gas can be calculated using an additional term in the gas law, presented in Section 3.5, Equation 3-4:

$$PV = z\text{nRT} \qquad \text{(Equation 5-25)}$$

where

P = pressure (psia or atm);

V = volume;

$z$ = compressibility factor, tables for $CH_4$ and $CO_2$ are provided in *Perry's Chemical Engineer's Handbook*, Tables 3-172 and 3-166, respectively (Perry, 1984);

n = number of moles;

R = gas constant; and

T = absolute temperature (°R or K).

©2009 American Petroleum Institute

BLM_0003060

*Process and Vented Emission Estimation Methods*

Rearranging, the equation becomes:

$$n = \frac{PV}{zRT}$$

(Equation 5-26)

Using this equation, the moles of gas emitted can be converted to a mass basis by applying the molecular weight of $CH_4$ or $CO_2$ as shown in Equation 5-27.

$$E_{CH_4\ or\ CO_2} = \frac{\text{Moles Gas Released}}{\text{Event}} \times Mole\%_{CH_4\ or\ CO_2} \times MW_{CH_4\ or\ CO_2} \times \frac{\text{\#Events}}{\text{Year}}$$

(Equation 5-27)

An example of this approach is demonstrated in Exhibit 5.29.

---

**EXHIBIT 5.29:     Sample Calculation for Estimating Non-Routine Emissions**

INPUT DATA:
The volume of gas vented from a vessel (e.g., a separator) must take into account whether or not the fluids contained within the vessel will need to be removed to perform the desired maintenance activity. For example, a low pressure separator, operating at 100 psig and ambient temperature (~80 °F), that is blown down to replace a gauge or a relief valve will likely leave the fluid levels intact and remove only the gas. The vessel dimensions are 4 ft in diameter and 10 ft long. The gas composition in the separator is 90% $CH_4$ with no $CO_2$. Calculate the $CH_4$ emissions assuming that the liquid volume occupies 1/3 of the vessel.

CALCULATION METHODOLOGY:
The first step in calculating emissions is to calculate the total volume ($V_T$) of the vessel in the separator. The actual volume is estimated based upon the internal dimensions:

$$V = \pi\ r^2 L = \pi \times \left(\frac{4ft}{2}\right)^2 \times 10\ ft\ (actual) = 125.7\ ft^3\ (actual)$$

The volume of gas (VG) released is a fraction of this total volume as defined by:

$$V_G = (V_t - V_L)/V_T = \left(125.7 - \left[\frac{1}{3} \times 125.7\right]\right)/125.7 = 83.8\ ft^3\ (estimated)$$

The moles of gas released is then calculated using Equation 5-26. The compressibility factor for $CH_4$ is determined to be 0.9864 (Perry, 1984).

---

©2009 American Petroleum Institute

August 2009

BLM_0003061

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.29:**   **Sample Calculation for Estimating Non-Routine Emissions, continued**

$$n = \frac{(100 \text{ psig} + 14.7) \times \left(83.8 \text{ ft}^3\right)}{0.9864 \times 10.73 \frac{\text{psi ft}^3}{\text{lbmole } ^\circ R} \times 539.7 \ ^\circ R} = 1.68 \text{ lbmoles gas/blowdown event}$$

Finally, the $CH_4$ emissions are calculated using Equation 5-27:

$$E_{CH_4} = \frac{1.68 \text{ lbmoles gas}}{\text{blowdown event}} \times \frac{0.9 \text{ lbmoles } CH_4}{\text{lbmoles gas}} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{1 \text{ blowdown}}{\text{yr}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CH_4} = 0.011 \text{ tonne } CH_4/\text{yr}$$

---

The volume (V) of gas released in Equation 5-25 is typically based on equipment design specifications for the vessel/pipeline/equipment of interest.  In the absence of such design data, the CAPP document, *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, provides guidance on estimating the volumes for several vessel types (CAPP, 2002, Section 3.2.4).  These vessel types include horizontal and vertical cylinders, and hemispherical and ellipsoidal end caps.  Standard engineering equations for estimating internal volumes may be applied and are described in the CAPP document referenced above.  The CAPP document also provides volumes per meter of pipeline length for several pipe sizes and schedules (CAPP, 2002, Table 3-8).  These volumes are provided in Appendix B.

Use of the gas law is most appropriate for situations where the entire volume of the vessel is blown down and the volume of gas released is finite.  More rigorous engineering approaches are needed for a blowdown situation where only a portion of the vessel contents is released.

### 5.7.2   *Production Related Non-Routine Emissions*

Production Segment Maintenance/Turnaround Activities

A summary of the $CH_4$ emission factors from production segment maintenance and turnaround activities is presented in Table 5-23.  Note that some of the factors presented in Table 5-23 are provided on an equipment count basis, not a per-event basis.  The majority of these emission factors are taken from the GRI/EPA study (Shires, Volume 7, 1996).  The gas and oil well

---

©2009 American Petroleum Institute

BLM_0003062

*Process and Vented Emission Estimation Methods*

workover emission factors are taken from a report by Pipeline Systems Incorporated (PSI, 1990). Gas well completion data are taken from an Energy Information Administration report (EIA, 2001).

### Table 5-23.  Production Segment CH₄ Emission Factors for Maintenance and Turnaround Activities

| Source | CH₄ Emission Factor [a], Original Units | CH₄ Emission Factor [b], Converted to Tonnes Basis | CH₄ Content Basis of Factor [c] | Uncertainty [d] (±%) |
|---|---|---|---|---|
| Vessel blowdowns | 78 scfy/vessel | 0.0015 tonnes/vessel-yr | 78.8 mole % | 326 |
| Compressor starts [e] | 8,443 scfy/compressor | 0.1620 tonnes/compressor-yr | 78.8 mole % | 190 |
| Compressor blowdowns | 3,774 scfy/compressor | 0.07239 tonnes/compressor-yr | 78.8 mole % | 179 |
| Gas well workovers [f] (tubing maintenance) | 2,454 scf/workover | 0.04707 tonnes/workover | Not given | 924 |
| Oil well workovers [f] (tubing maintenance) | 96 scf/workover | 0.0018 tonnes/workover | Not given | Not available |
| Gathering gas pipeline blowdowns | 309 scfy/mile | 0.00593 tonnes/mile-yr | 78.8 mole % | 39.5 |
| | | 0.00368 tonne/km-yr | | |
| Onshore gas well completion [g] | 1,712×10³ scf/completion-day | 25.9 tonne/completion-day | 78.8 mole % | Not available |
| Offshore gas well completion [g] | ~8,700×10³ scf/completion-day | 131.5 tonne/completion-day | 78.8 mole % | Not available |
| Oil pump stations (maintenance) [h] | 1.56 lb/yr-station | 7.076E-04 tonnes/station-yr | Not given | Not available |

Footnotes and Sources:

[a] Shires, T.M. *Methane Emissions from the Natural Gas Industry, Volume 7: Blow and Purge Activities, Final Report*, GRI-94/0257.24 and EPA-600/R-96-080g, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] CH₄ emission factors converted from scf or m³ are based on 60°F and 14.7 psia. The CH₄ emission factors can be adjusted based on the relative concentrations of CH₄ and CO₂ to estimate CO₂ emissions.

[c] Shires, T.M., and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary, Final Report*, GRI-94/0257.23 and EPA-600/R-96-080f, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[d] Uncertainty based on a 95% confidence interval.

[e] An EPA Gas STAR paper on engine starts reports that typical production compressor engine start-ups vent 1,000 to 5,000 scf of gas with each start-up attempt (EPA Gas STAR, PRO Fact Sheet No. 101, September 2004).  This equates to 0.015 to 0.076 tonnes CH₄/start-up attempt assuming 78.8 mole % CH₄ in the gas.

[f] Factor taken from: Tilkicioglu, B.H. *Annual Methane Emission Estimate of the Natural Gas Systems in the United States*, Phase II, Pipeline Systems Incorporated (PSI), September 1990.  An EPA Gas STAR paper on installing plunger lift systems in gas wells presents a gas well workover emission factor of 2000 scf CH₄/workover, which equates to 0.0384 tonnes CH₄/workover (EPA Gas STAR, Lessons Learned - Installing Plunger Lift Systems in Gas Wells, October 2003).  Gas STAR also reports that the number of gas well workovers conducted in a year typically ranges from 1 to 15.

[g] EIA, U.S. Natural Gas Markets: Mid-Term Prospects for Natural Gas Supply, December 2001. Cites data for initial rates of production for completions in 2000.  Offshore factor interpolated from chart "Initial Flow Rates of New Natural Gas Well Completions, 1985-2000."  The total gas basis was converted to a CH₄ basis assuming 78.8 mole % CH₄ in production using the GRI/EPA average CH₄ composition for production operations.

[h] Tilkicioglu, B.H and D.R. Winters. *Annual Methane Emission Estimate of the Natural Gas and Petroleum Systems in the United States*. Pipeline Systems Incorporated (PSI), December 1989.

©2009 American Petroleum Institute

BLM_0003063

The maintenance emission factors given in Table 5-23 can be adjusted based on the $CH_4$ content of the site-specific gas, if the natural gas has a significantly different $CH_4$ content from the default basis (if given). Also, if the facility gas contains significant quantities of $CO_2$, the $CH_4$ emission factor can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ in the gas to estimate the $CO_2$ emissions.

The maintenance activities listed in Table 5-23 are non-routine activities that result in intentional releases of gas (including $CH_4$) to the atmosphere. Vessel blowdowns refer to blowdowns of the various production process vessels including separators, dehydrators, and in-line heaters. Compressor starts are vented emissions of the natural gas used to start the engine. If the compressor is started with air, there would be no $CH_4$ emissions from this activity. Compressor blowdowns occur when the compressor is depressurized to the atmosphere when it is shutdown. Pipeline blowdowns may occur for repair work or when lines are put out of service.

Well workovers refer to activities performed to restore or increase production. Workover activities involve pulling the tubing from the well to repair tubing corrosion or other downhole equipment problems. If the well has positive pressure at the surface, the well is "killed" by replacing the gas and oil in the column with a heavier fluid, such as mud or water, to stop the flow of oil and natural gas. A small amount of gas is released as the tubing is removed from the open surface casing. Derivation of the GRI/EPA emission factors for well workovers was based on data from a limited number of production fields collected by Pipeline Systems Incorporated (PSI, 1990).

Well completions are associated with the final step of the well drilling. After a well is drilled, the well bore and reservoir near the well have to be cleaned. This is accomplished by producing the well to pits or tanks where sand, cuttings, and other reservoir fluids are collected for disposal. This step is also useful to evaluate the well production rate to properly size the production equipment. The vented gas well completion $CH_4$ emission factors were derived based on the initial rates of production in 2000 (EIA, 2001). Actual data on the volume of gas vented due to completion activities would provide a more rigorous emission estimate. The emission factors from Table 5-23 may be used when producing the wells to pits or tanks after the completion, in the absence of such data. The natural gas from the completion process can either be vented to the atmosphere or flared. Note that if well completion gas is flared, emissions should be calculated using the combusting methodology discussed in Section 4.6.

A method known as "green completions" may be utilized where the well completion gas is captured by temporary equipment brought to the site to clean up the gas to the point that it can be

©2009 American Petroleum Institute

BLM_0003064

sent to the sales line, thus avoiding vented emissions.  If green completion methods are used to recover any of the well completion emissions, the uncontrolled (vented) $CH_4$ emission factor must be multiplied by the non-recovered fraction associated with the green completion method.  The percent recovery via green completions should be based on site-specific data.

The oil pump station emission factor is based on an estimate of annual maintenance activities and an assumed $CH_4$ content of 100 ppm in the crude (Tilkicioglu and Winters, 1989).

An example calculation is given in Exhibit 5.30 below that illustrates the use of the production segment maintenance/turnaround-related emission factors.

---

**EXHIBIT 5.30:**     **Sample Calculation for Production Maintenance/Turnaround-Related Emissions**

INPUT DATA:
A gas production field has 10 low-pressure gas wells that send produced gas through 5 miles of gathering pipeline.  All of the wells required unloading and there were two well workovers during the year.  The field also has five process vessels and a compressor.  The gas contains 70 mole % $CH_4$ and 8 mole % $CO_2$.  Calculate the maintenance/turnaround-related emissions, by activity.

CALCULATION METHODOLOGY:
The equipment count for each maintenance related activity (vessel blowdowns, compressor starts, etc.) is multiplied by the appropriate emission factor from Table 5-23.  The emission factors are corrected by the ratio of the site $CH_4$ content to the emission factor default $CH_4$ content.  The well workover emission factor is not adjusted based on the site gas $CH_4$ content because the default content for this emission factor is not given.  Carbon dioxide emissions are also estimated to account for the $CO_2$ content of the gas.  Carbon dioxide emissions are determined by adjusting the $CH_4$ emission factors based on the relative concentrations of $CH_4$ and $CO_2$ in the gas.

Emissions are calculated below, by maintenance activity.

Vessel blowdowns:

$$E_{CH_4} = 5 \text{ vessels} \times \frac{0.0015 \text{ tonne } CH_4}{\text{vessel - yr}} \times \frac{70 \text{ mole } \% \ CH_4}{78.8 \text{ mole } \% \ CH_4}$$

$$E_{CH_4} = 0.007 \text{ tonnes } CH_4/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003065

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.30:      Sample Calculation for Production Maintenance/Turnaround-Related Emissions, continued**

$$E_{CO_2} = 5 \text{ vessels} \times \frac{0.0015 \text{ tonne CH}_4}{\text{vessel - yr}} \times \frac{70 \text{ mole \% CH}_4}{78.8 \text{ mole \% CH}_4} \times \frac{\text{tonne mole CH}_4}{16 \text{ tonne CH}_4}$$

$$\times \frac{\text{tonne mole gas}}{0.70 \text{ tonne mole CH}_4} \times \frac{0.08 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$E_{CO_2} = 0.002 \text{ tonnes CO}_2/\text{yr}$$

Compressor starts:

$$E_{CH_4} = 1 \text{ compressor} \times \frac{0.1620 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{70 \text{ mole \% CH}_4}{78.8 \text{ mole \% CH}_4}$$

$$E_{CH_4} = 0.14 \text{ tonnes CH}_4/\text{yr}$$

$$E_{CO_2} = 1 \text{ compressor} \times \frac{0.1620 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{70 \text{ mole \% CH}_4}{78.8 \text{ mole \% CH}_4} \times \frac{\text{tonne mole CH}_4}{16 \text{ tonne CH}_4}$$

$$\times \frac{\text{tonne mole gas}}{0.7 \text{ tonne mole CH}_4} \times \frac{0.08 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$E_{CO_2} = 0.045 \text{ tonnes CO}_2/\text{yr}$$

Compressor blowdowns:

$$E_{CH_4} = 1 \text{ compressor} \times \frac{0.07239 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{70 \text{ mole \% CH}_4}{78.8 \text{ mole \% CH}_4}$$

$$E_{CH_4} = 0.064 \text{ tonnes CH}_4/\text{yr}$$

$$E_{CO_2} = 1 \text{ compressor} \times \frac{0.07239 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{70 \text{ mole \% CH}_4}{78.8 \text{ mole \% CH}_4} \times \frac{\text{tonne mole CH}_4}{16 \text{ tonne CH}_4}$$

$$\times \frac{\text{tonne mole gas}}{0.70 \text{ tonne mole CH}_4} \times \frac{0.08 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$E_{CO_2} = 0.020 \text{ tonnes CO}_2/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003066

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.30:**      **Sample Calculation for Production Maintenance/Turnaround-Related Emissions, continued**

Gas well workovers:

$$E_{CH_4} = \frac{2 \text{ well workovers}}{yr} \times \frac{0.04707 \text{ tonne CH}_4}{\text{workovers}}$$

$$E_{CH_4} = 0.094 \text{ tonnes CH}_4/yr$$

$$E_{CO_2} = \frac{2 \text{ well workovers}}{yr} \times \frac{0.04707 \text{ tonne CH}_4}{\text{workovers}} \times \frac{\text{tonne mole CH}_4}{16 \text{ tonne CH}_4} \times \frac{\text{tonne mole gas}}{0.7 \text{ tonne mole CH}_4}$$

$$\times \frac{0.08 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$E_{CO_2} = 0.030 \text{ tonnes CO}_2/yr$$

Gathering pipeline blowdowns:

$$E_{CH_4} = 5 \text{ miles} \times \frac{0.00593 \text{ tonne CH}_4}{\text{mile-yr}} \times \frac{70 \text{ mole } \% \text{ CH}_4}{78.8 \text{ mole } \% \text{ CH}_4}$$

$$E_{CH_4} = 0.026 \text{ tonnes CH}_4/yr$$

$$E_{CO_2} = 5 \text{ miles} \times \frac{0.00593 \text{ tonne CH}_4}{\text{mile - yr}} \times \frac{70 \text{ mole } \% \text{ CH}_4}{78.8 \text{ mole } \% \text{ CH}_4} \times \frac{\text{tonne mole CH}_4}{16 \text{ tonne CH}_4} \times \frac{\text{tonne mole gas}}{0.70 \text{ tonne mole CH}_4}$$

$$\times \frac{0.08 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$E_{CO_2} = 0.008 \text{ tonnes CO}_2/yr$$

---

With the exception of gas well completions, emission factors are not provided in this subsection for well activities and events that can be calculated based on field data. Such activities include:

1. $CO_2$ well stimulation. Emissions from $CO_2$ well stimulation should be calculated using an engineering approach. In the absence of site-specific data, a simplifying assumption is

©2009 American Petroleum Institute

BLM_0003067

that the entire volume of $CO_2$ purchased for well stimulation is released to the atmosphere.

2. Well unloading. Emissions from well unloading should be calculated using an engineering approach.

3. Well blowouts. Well blowouts are very rare, unplanned events. Well blowouts result in uncontrolled releases, the emissions from which can be calculated using well test data or production data and duration.

Well unloading (also referred to as well blowdowns) is sometimes performed to remove water that has accumulated in the tubing. During well unloading, the well is opened to the atmosphere; downhole pressure then forces water out of the tubing. The quantity of gas vented from well unloading depends on the duration of the unloading, which can be calculated based on field conditions (formation, depth, etc.) Methane and $CO_2$ emissions from well unloading can be estimated using an engineering approach based on the ideal gas law equation. Assuming a standard gas temperature of 60°F, the casing diameter, well depth, shut-in pressure, species concentration, and species molecular weight can be substituted into the ideal gas law equation and rearranged in terms of the mass emission rate as shown in the following equation:

$$E_{CH_4 \text{ or } CO_2} = (9.781 \times 10^{-7}) \times \left(\frac{1}{z}\right) \times (D_{casing})^2 \times (Depth) \times (P) \times (CH_4 \text{ or } CO_2 \text{ mole fraction})$$

$$\times (MW_{CH_4 \text{ or } CO_2}) \times \left(\frac{\# \text{ Blowdowns}}{\text{Year}}\right) \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

(Equation 5-28)

where
$E_{CH_4 \text{ or } CO_2}$ = $CH_4$ or $CO_2$ emissions (tonnes/year);
$z$ = compressibility factor, tables for $CH_4$ and $CO_2$ are provided in *Perry's Chemical Engineer's Handbook*, Tables 3-172 and 3-166, respectively (Perry, 1984). Assumed to be 1 for an ideal gas;
$D_{casing}$ = casing diameter (inches);
Depth = well depth (feet);
P = shut-in pressure (psig);
$MW_{CH_4}$ = molecular weight of $CH_4$ (16 lb/lb-mole); and
$MW_{CO_2}$ = molecular weight of $CO_2$ (44 lb/lb-mole).

A more detailed method for estimating emissions from well unloading is provided in Appendix B. Note that emissions from well unloading include emissions from well workover activities; applying the engineering approach and the well workover emission factor provided in Table 5-23 may overestimate emissions from this activity. Exhibit 5.31 illustrates the use of the engineering equation to estimate well unloading emissions.

©2009 American Petroleum Institute

BLM_0003068

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.31:**      **Sample Calculation for Estimating Well Unloading Emissions**

INPUT DATA:
A well is unloaded once per month (or a total of 12 times per year).  The casing diameter is 10 inches, the well depth is 12,000 feet, and the shut-in pressure is 250 psig.  The gas that is vented contains approximately 80 mole % $CH_4$ and 3 mole % $CO_2$.  Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:
The unloaded gas is assumed to be ideal (i.e., z is taken to be 1).  The $CH_4$ emissions are estimated using Equation 5-28:

$$E_{CH_4} = (9.781 \times 10^{-7}) \times \left(\frac{1}{1}\right) \times (10)^2 \times (12,000) \times (250) \times (0.80) \times (16) \times \left(\frac{12 \text{ Blowdowns}}{\text{Year}}\right) \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 20.44 \text{ tonnes } CH_4/yr}$$

Similarly, $CO_2$ emissions are estimated using the same equation as used for $CH_4$, with the concentration and molecular weight for $CO_2$ substituted into the equation:

$$E_{CO_2} = (9.781 \times 10^{-7}) \times \left(\frac{1}{1}\right) \times (10)^2 \times (12,000) \times (250) \times (0.03) \times (44) \times \left(\frac{12 \text{ Blowdowns}}{\text{Year}}\right) \times \frac{\text{tonnes}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 2.11 \text{ tonnes } CO_2/yr}$$

---

Other Production Segment Releases

A summary of the $CH_4$ emission factors from other production segment venting releases is given in Table 5-24.  These non-routine activities are the result of unplanned events (such as during emergency or upset conditions) that result in releases of gas (including $CH_4$, and possibly $CO_2$) to the atmosphere.  All of the emission factors given in Table 5-25 are taken from the GRI/EPA study (Harrison, 1996; Shires, 1996), and are provided on an equipment count basis.

The GRI/EPA study developed emission factors for station ESD systems at offshore facilities and for PRVs associated with either onshore or offshore production activities.  ESDs are manual or automatic safety systems that shut down and vent all rotating equipment when an emergency is detected.  The emission factor is based on an average number of ESD blowdowns vented to the atmosphere on an annual basis.

---

©2009 American Petroleum Institute

BLM_0003069

*Process and Vented Emission Estimation Methods*

Similarly, the GRI/EPA study developed a PRV emission factor based on the average size and duration of release events at production facilities. The amount of gas released through a PRV is highly dependent on upstream gas pressure and valve size. A more detailed estimation method for PRV releases is provided in Appendix B (CAPP, 2002, Section 3.2.3).

### Table 5-24. Production Segment $CH_4$ Emission Factors for Other Non-Routine Releases

| Source | $CH_4$ Emission Factor [a], Original Units | $CH_4$ Emission Factor [b], Converted to Tonnes Basis | $CH_4$ Content Basis of Factor | Uncertainty [c] (±%) |
|---|---|---|---|---|
| Pressure relief valves releases | 34 scfy/PRV | 0.00065 tonnes/PRV-yr | 78.8 mole % | 310 |
| Gathering gas pipeline mishaps (dig-ins) | 669 scfy/mile | 0.0128 tonnes/mile-yr 0.00797 tonnes/km-yr | 78.8 mole % | 2,350 |
| Offshore emergency shutdown (ESD) | 256,888 scfy/platform | 4.9276 tonnes/platform-yr | 78.8 mole % | 276 |

Footnotes and Sources:
[a] Shires, T.M. *Methane Emissions from the Natural Gas Industry, Volume 7: Blow and Purge Activities, Final Report*, GRI-94/0257.24 and EPA-600/R-96-080g, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[b] $CH_4$ emission factors converted from scf or $m^3$ are based on 60°F and 14.7 psia. The $CH_4$ emission factors can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ to estimate $CO_2$ emissions.
[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

Dig-ins of gathering gas lines in production are unintentional mishaps that result in gas being released to the atmosphere. Gathering crude pipelines may emit $CH_4$, entrained in the crude at pipeline pressure, but dig-in or leak emission factors for these pipelines are not readily available.

As with the maintenance emission factors presented earlier, the other release emission factors can be adjusted based on the $CH_4$ content of the site-specific gas, if the natural gas has a significantly different $CH_4$ content from the default basis (if given). Also, if the facility gas contains a significant quantity of $CO_2$, the $CH_4$ emission factor can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ in the gas to estimate the $CO_2$ emissions.

An example calculation is given in Exhibit 5.32 that illustrates the use of emission factors from other production segment non-routine emission sources.

©2009 American Petroleum Institute

BLM_0003070

**EXHIBIT 5.32:      Sample Calculation for Other Production Segment Non-routine Emission Sources**

INPUT DATA:
An oil and natural gas production field has 60 PRVs.  The gas from the field is transported through 6 miles of gathering pipeline.  The site gas has a typical $CH_4$ content and no $CO_2$. Calculate the non-routine emissions by activity.

CALCULATION METHODOLOGY:
The PRV count and gathering pipeline miles are each multiplied by the appropriate emission factor from Table 5-24.  The $CH_4$ emission factors are not corrected by the site $CH_4$ content because it is similar to the default concentration associated with the emission factors.  Emissions are calculated below, by activity.

PRV releases:

$$E_{CH_4} = 60 \text{ PRVs} \times \frac{0.00065 \text{ tonne } CH_4}{\text{PRV-yr}}$$

$$E_{CH_4} = 0.039 \text{ tonnes } CH_4/\text{yr}$$

Gathering gas pipeline mishaps (Dig-ins):

$$E_{CH_4} = 6 \text{ miles} \times \frac{0.0128 \text{ tonne } CH_4}{\text{mile-yr}}$$

$$E_{CH_4} = 0.077 \text{ tonnes } CH_4/\text{yr}$$

### 5.7.3   Gas Processing Related Non-Routine Emissions

Unlike the production segment, the gas processing segment emission factor is not separated into the categories of "maintenance and turnaround" and "other releases" because of the data used in their development (Shires, 1996).  The GRI/EPA study developed emission factors associated with station blowdown practices at gas processing facilities based on similarities between gas processing and transmission station maintenance practices (Shires, 1996).  Maintenance blowdowns at gas plants include compressor blowdowns, compressor starts, and other miscellaneous sources.

The processing plant blowdown emission factor is presented in Table 5-25.  This emission factor can be adjusted based on the $CH_4$ content of the site-specific gas if the natural gas has a

©2009 American Petroleum Institute

BLM_0003071

*Process and Vented Emission Estimation Methods*

significantly different $CH_4$ content from the default basis. Also, if the facility gas contains significant quantities of $CO_2$, the $CH_4$ emission factor can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ in the gas to estimate the $CO_2$ emissions.

**Table 5-25. Gas Processing Segment $CH_4$ Emission Factor for Non-Routine Activities**

| Source | $CH_4$ Emission Factor [a], Original Units | $CH_4$ Emission Factor [b], Converted to Tonnes Basis | $CH_4$ Content Basis of Factor | Uncertainty [c] (±%) |
|---|---|---|---|---|
| Gas processing non-routine emissions | 184 scf/$10^6$ scf processed | 3.524E-03 tonne/$10^6$ scf processed | 86.8 mole % | Not available |
| | | 0.1244 tonnes/$10^6$ m$^3$ processed | | |

Footnotes and Sources:
[a] Derived from estimated processing blowdown vented methane emissions (2.9475 Bscf/yr, [Harrison et al., Vol. 2, 1996]) and estimated annual gas processed (16,685.855 Bscf/yr [DOE, 1993]).
[b] $CH_4$ emission factors converted from scf or m$^3$ are based on 60°F and 14.7 psia. The average $CH_4$ concentration associated with these emission factors is provided in Table E-4. The $CH_4$ emission factors can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ to estimate $CO_2$ emissions.
[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

Due to the hazards associated with $H_2S$, venting of sour gas is generally avoided/prohibited. Where the sour gas stream is routed to a combustion control device, the methodologies provided in Section 4.7 should be applied.

An example is provided in Exhibit 5.33.

---

**EXHIBIT 5.33:      Sample Calculation for Processing Non-Routine Related Emissions**

INPUT DATA:
A natural gas processing facility treats $20\times10^6$ m$^3$ of gas per day. The facility gas has a typical $CH_4$ content and no $CO_2$. Estimate the blowdown emissions for this facility.

CALCULATION METHODOLOGY:
The processing plant throughput is multiplied by the emission factor presented in Table 5-25. The $CH_4$ emission factor is not corrected by the site $CH_4$ content because the composition is assumed to be consistent with the default emission factor $CH_4$ content.

Gas processing plant blowdowns:

$$CH_4 : \frac{20\times10^6 \text{ m}^3}{\text{day}} \times \frac{365 \text{ days}}{\text{yr}} \times \frac{0.1244 \text{ tonnes } CH_4}{10^6 \text{ m}^3} = \underline{908 \text{ tonnes } CH_4/\text{yr}}$$

---

BLM_0003072

### 5.7.4    Transmission Related Non-Routine Emissions

Transmission related non-routine emissions are associated primarily with natural gas and LNG systems, since the distribution of petroleum liquids is primarily associated with refined liquids that do not contain $CH_4$.  Transmission of "live" crude should be accounted for through the use of gathering pipelines, which are addressed in Section 5.7.2.

Consistent with the gas processing segment, the transmission segment emission factors include both "maintenance and turnaround" and "other releases" from non-routine activities.  A summary of the $CH_4$ emission factors from the transmission segment non-routine activities is presented in Table 5-26.  Note that the factors shown in Table 5-26 are provided on an equipment/facility count basis, not a per-event basis.  The emission factors are based on a mixture of U.S. and Canadian data.

The gas compressor station blowdown emission factor is an overall station factor that includes compressor blowdowns, compressor starts, PRV releases, ESD activation, and other non-routine venting (Shires and Loughran, 2001).  The vented emission factor for meter and pressure regulating (M&R) stations is based on company data from a Canadian study (URS Corporation, 2001).  The gas transmission pipeline venting emission factor is based on transmission pipeline blowdowns due to maintenance activities, such as pipe repairs or pigging operations (Shires and Loughran, 2001).

Gas storage stations include both below-ground facilities and above-ground LNG facilities.  The storage stations have similar non-routine practices to those of compressor stations, and are thus categorized with transmission sector emission factors (Shires, 1996).

The miscellaneous factor includes M&R, odorizer, drips[7], sampling, pigging, and dehydrators.  These miscellaneous activities can be quite variable so using a material balance equation approach would provide a better emission estimate.  For example, emissions of $CH_4$ (and $CO_2$ if present in the gas) released from drips could be estimated based on the volume of gas entrained in the liquid and the liquid quantity captured.  Any other gas venting from this operation would also be estimated using a material balance approach based on how the separation takes place, if such gas venting occurs.

The non-routine emission factors given in Table 5-26 can be adjusted based on the $CH_4$ content of the site-specific gas if the natural gas has a significantly different $CH_4$ content from the default

---

[7] Pipeline drips involve removing liquids in gas pipelines using in-line separators.

©2009 American Petroleum Institute

BLM_0003073

*Process and Vented Emission Estimation Methods*

basis (if given). Also, if the facility gas contains significant quantities of $CO_2$, the $CH_4$ emission factor can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ in the gas to estimate the $CO_2$ emissions.

### Table 5-26.  Transmission Segment $CH_4$ Emission Factors for Non-Routine Activities

| Source | $CH_4$ Emission Factor, Original Units | $CH_4$ Emission Factor [a], Converted to Tonnes Basis | $CH_4$ Content Basis of Factor | Uncertainty [b] (±%) |
|---|---|---|---|---|
| Compressor blowdowns [c] | $2,457 \times 10^3$ scfy/station | 47.14 tonnes/station-yr | 93.4 mole% | 168 |
| Gas compressor station blowdowns [d,e] | $5,300 \times 10^3$ scfy/station | 101.7 tonnes/station-yr | 93.4 mole % | 64.3 |
| Engine starts [c] | $1,515 \times 10^3$ scfy/station | 29.06 tonnes/station-yr | 93.4 mole% | 130 |
| PRV lifts [c] | $192 \times 10^3$ scfy/station | 3.68 tonnes/station-yr | 93.4 mole% | 100 [f] |
| ESD activation [c] | $415 \times 10^3$ scfy/station | 7.97 tonnes/station-yr | 93.4 mole% | 346 |
| M&R station blowdowns [g] | $0.020 \times 10^6$ m³/sation-yr | 13.75 tonnes/station-yr | 95 mole % | Not available |
| Miscellaneous (includes M&R, odorizer, drips, sampling, pigging, dehydrators) [c] | $1,134 \times 10^3$ scfy/station | 21.75 tonnes/station-yr | 93.4 mole% | 43.3 |
| Gas transmission pipelines venting/blowdowns [d,e] | 40,950 scfy/mile | 0.7855 tonnes/mile-yr | 93.4 mole % | 73.3 |
| | | 0.4881 tonnes/km-yr | | |
| Gas storage station venting [h] | $4,359 \times 10^3$ scfy/station | 83.61 tonnes/station-yr | 93.4 mole % | 334 |

Footnotes and Sources:
[a] $CH_4$ emission factors converted from scf or m³ are based on 60°F and 14.7 psia.  The $CH_4$ emission factors can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ to estimate $CO_2$ emissions.
[b] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[c] Developed from data used for the June 1996 GRI/EPA methane emissions study.  Emission factors are based on averaging data by site.  The average $CH_4$ concentration associated with these emission factors is provided in Table E-4.
[d] See derivation in Appendix B.
[e] Radian International. *1995 Air Emissions Inventory of the Canadian Natural Gas Industry, Final Report*, Canadian Gas Association Standing Committee on Environment, September 1997.
[f] Based on engineering judgement.
[g] URS Corporation.  *Updated Canadian National Greenhouse Gas Inventory for 1995, Emission Factor Documentation. Technical Memorandum*, Final, October 2001.
[h] Shires, T.M.  *Methane Emissions from the Natural Gas Industry, Volume 7: Blow and Purge Activities, Final Report*, GRI-94/0257.24 and EPA-600/R-96-080g, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.  The average $CH_4$ concentration associated with these emission factors is provided in Table E-4.

An example calculation shown in Exhibit 5.34 illustrates the use of the transmission segment non-routine emissions.

Note that Table 5-27 does not provide an emission factor for surge or breakout tanks.  These tanks are used to provide excess volume to relieve pressure in a liquid pipeline system or to provide temporary storage when switching product lines or performing maintenance on the pipeline system.  "Breakout tanks" is the preferred terminology for storage tanks in liquid pipeline operations, while the term "surge tanks" is generally associated with processing or pipeline pressure relief applications.

©2009 American Petroleum Institute

BLM_0003074

In oil field operations, these tanks are generally open to the atmosphere and could result in flashing losses (working and breathing losses are significantly smaller that flashing losses). Emissions from these tanks would be estimated using the approaches presented in Section 5.4.1 (flashing losses). If the tank type is unknown, a simplifying assumption is to estimate flashing losses for a fixed roof tank.

In pipeline operations, these pipeline tanks typically would not experience flashing losses and would likely have a floating roof to control emissions. Emissions from these tanks would be estimated using the approaches presented in Section 5.4.2 (working/standing losses).

---

**EXHIBIT 5.34:**     **Sample Calculation for Transmission Non-Routine Related Emissions**

INPUT DATA:
A gas transmission system has 50 miles of gas transmission lines and two compressor stations. The natural gas in the transmission system has a typical $CH_4$ content and no $CO_2$. Calculate the non-routine emissions, by activity.

CALCULATION METHODOLOGY:
The compressor station count and transmission pipeline miles are each multiplied by the appropriate emission factor from Table 5-26. The $CH_4$ emission factors are not corrected by the site $CH_4$ content because the composition is assumed to be consistent with the default emission factor $CH_4$ content. As noted above, the gas for this exhibit does not contain $CO_2$.

Compressor station blowdowns:

$$E_{CH_4} = 2 \text{ stations} \times \frac{101.7 \text{ tonne } CH_4}{\text{station-yr}}$$

$$E_{CH_4} = 203.4 \text{ tonnes } CH_4/\text{yr}$$

Transmission gas pipeline blowdowns:

$$E_{CH_4} = 50 \text{ miles} \times \frac{0.7855 \text{ tonne } CH_4}{\text{mile-yr}}$$

$$E_{CH_4} = 39.3 \text{ tonnes } CH_4/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003075

*Process and Vented Emission Estimation Methods*

### 5.7.5    *Distribution Related Non-Routine Emissions*

Distribution related non-routine emissions are associated with natural gas systems, since the distribution of petroleum liquids is primarily associated with refined liquids that do not contain $CH_4$. Distribution segment $CH_4$ emission factors from non-routine activities are presented in Table 5-27. Note that the factors shown in Table 5-27 are provided on an equipment/facility count basis, not a per-event basis. The M&R station blowdown emission factor and the emission factor for odorizer and gas sampling vents are based on a Canadian study (Shires and Loughran, 2001) while the other emission factors are taken from the GRI/EPA Study Volume 2 (Harrison, et al., 1996).

The M&R station blowdown emission factor includes emissions from station blowdowns and purges as well as pneumatic isolation valve venting. The pipeline blowdown emission factor is based on gas distribution pipeline blowdowns due to maintenance activities, such as pipe repairs, abandonment, or installation.

### Table 5-27.  Gas Distribution Segment $CH_4$ Emission Factors for Non-Routine Activities

| Source | $CH_4$ Emission Factor, Original Units | $CH_4$ Emission Factor [a], Converted to Tonnes Basis | $CH_4$ Content Basis of Factor | Uncertainty [b] (±%) |
|---|---|---|---|---|
| M&R Station maintenance/upsets [c] | 4.27 m³/station-yr | 0.002895 tonnes/station-yr | 94.8 mole % | Not available |
| Odorizer and gas sampling vents [c] | 33.59 m³/station-yr | 0.02275 tonnes/station-yr | 94.8 mole % | Not available |
| Pipeline blowdowns (based on mains and services length) [d,e] | 1,679 scfy/mile | 0.03220 tonnes/mile-yr 0.02001 tonnes/km-yr | 93.4 mole % | 117 |
| Pipeline mishaps (dig-ins) (based on mains and services length) [f] | 1,585 scfy/mile | 0.03040 tonnes/mile-yr 0.01889 tonnes/km-yr | 93.4 mole % | 2,600 |
| Pressure relief valves (based on pipeline mains length) [f] | 50 scfy/mile | 9.591E-04 tonnes/mile-yr 5.959E-04 tonnes/km-yr | 93.4 mole % | 19,300 |

Footnotes and Sources:
[a] $CH_4$ emission factors converted from scf or m³ are based on 60°F and 14.7 psia.
[b] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
c URS Corporation. *Updated Canadian National Greenhouse Gas Inventory for 1995, Emission Factor Documentation, Technical Memorandum*, Final, October 2001.
[d] See derivation in Appendix B.
[e] Radian International. *1995 Air Emissions Inventory of the Canadian Natural Gas Industry*, Final Report, Canadian Gas Association Standing Committee on Environment, September 1997.
[f] Harrison et.al., *Methane Emissions from the Natural Gas Industry Volume 2*, June 1996.

Dig-ins are unintentional mishaps that result in gas being released to the atmosphere from main or service distribution gas pipelines.

©2009 American Petroleum Institute

BLM_0003076

Similar to the transmission segment, the non-routine emission factors given in Table 5-27 can be adjusted based on the $CH_4$ content of the site-specific gas, if the natural gas has a significantly different $CH_4$ content from the default basis. Also, if the facility gas contains significant quantities of $CO_2$, the $CH_4$ emission factor can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ in the gas to estimate the $CO_2$ emissions.

An example calculation shown in Exhibit 5.35 illustrates the use of the distribution segment non-routine emissions.

**EXHIBIT 5.35: Sample Calculation for Distribution Non-Routine Related Emissions**

INPUT DATA:
A gas distribution system has 20 miles of gas distribution main lines and three M&R stations. The natural gas in the distribution system has a typical $CH_4$ content and a no $CO_2$. Calculate the non-routine emissions, by activity type.

CALCULATION METHODOLOGY:
The M&R station count and pipeline miles are each multiplied by the appropriate emission factor from Table 5-27. The $CH_4$ emission factors are not corrected by the site $CH_4$ content because the composition is assumed to be consistent with the default emission factor $CH_4$ content. As noted above, the gas for this exhibit does not contain $CO_2$. Emissions are calculated below, by activity type.

M&R station blowdowns:

$$E_{CH_4} = 3 \text{ stations} \times \frac{0.002895 \text{ tonne } CH_4}{\text{station-yr}}$$

$$\underline{E_{CH_4} = 0.0087 \text{ tonnes } CH_4/\text{yr}}$$

Odorizer and gas sampling vents:

$$E_{CH_4} = 3 \text{ stations} \times \frac{0.02275 \text{ tonne } CH_4}{\text{station-yr}}$$

$$\underline{E_{CH_4} = 0.068 \text{ tonnes } CH_4/\text{yr}}$$


©2009 American Petroleum Institute

*Process and Vented Emission Estimation Methods*

---

**EXHIBIT 5.35:**     **Sample Calculation for Distribution Non-Routine Related Emissions, continued**

Distribution gas pipeline blowdowns:

$$E_{CH_4} = 20 \text{ miles} \times \frac{0.03220 \text{ tonne } CH_4}{\text{mile-yr}}$$

$$E_{CH_4} = 0.64 \text{ tonnes } CH_4/\text{yr}$$

Distribution gas pipeline mishaps (dig-ins):

$$E_{CH_4} = 20 \text{ miles} \times \frac{0.03040 \text{ tonne } CH_4}{\text{mile-yr}}$$

$$E_{CH_4} = 0.61 \text{ tonnes } CH_4/\text{yr}$$

Distribution pressure relief valves:

$$E_{CH_4} = 20 \text{ miles} \times \frac{9.591 \times 10^{-4} \text{ tonne } CH_4}{\text{mile-yr}}$$

$$E_{CH_4} = 0.02 \text{ tonnes } CH_4/\text{yr}$$

---

### 5.7.6    *Refining Related Non-Routine Emissions*

Non-routine activities in refineries include equipment or process blowdowns, heater or boiler tube decoking, pressure relief valves, or emergency shut downs.  Gas releases from these sources are generally routed to the fuel gas system or to a flare.  Therefore, emissions from these sources would be included with the combustion source estimates.

Compressor starts at refineries generally use compressed air.  However, if refinery fuel gas is used to start compressor turbines, the emission factors presented for the production segment can be used to estimate $CH_4$ emissions, adjusting for the $CH_4$ composition in the fuel gas.  Similarly, production segment emission factors can be used if refinery equipment blowdowns are vented directly to the atmosphere.

---

©2009 American Petroleum Institute

BLM_0003078

*Process and Vented Emission Estimation Methods*

## 5.8     Fire Suppressant Emissions

The use of fire suppression equipment may result in high GWP emissions as a result of using substitutes for ODSs.  The GHGs of concern from such fire suppression equipment are typically HFCs or PFCs.  The global warming potentials for such HFCs and PFCs are typically several thousand times larger than for $CO_2$.  Carbon dioxide may also be used as a fire suppressant.

To estimate fire extinguisher emissions, a material balance approach, such as provided by Equation 5-29 (EPA, 2006), should be used.  The material balance should consider the amount of fire suppressant released in each event, the number of events annually, and the composition of the particular GHG in the fire suppressant.  Emissions from fuel burned during fires should be calculated using the methodology described in Section 4.

$$E_j = r \times \sum_{i=1}^{k} Q_{C_{j+1}}$$

(Equation 5-29)

where
$E_j$ = total emissions of chemical released in year j, by weight;
$r$ = percentage of total chemical in operation released to the atmosphere;
$Q_C$ = quantity of chemical used in new fire extinguishing equipment one lifetime (k) ago
(e.g., j – k +1), by weight;
$i$ = counter, from 1 to lifetime (k);
$j$ = year of emissions; and
$k$ = average lifetime of the equipment.

## 5.9     References

American Gas Association (AGA),
http://www.aga.org/Research/statistics/annualstats/reserves/NaturalGasReservesrSummary.htm, accessed on May 4, 2009.

American Petroleum Institute (API). *Technical Data Book*, Washington, DC, December 1984. (Cited Chapter 9).  Available for purchase from: http://global.ihs.com, accessed May 4, 2009.

American Petroleum Institute (API). *Evaluation of a Petroleum Production Tank Emissions Model,* API Publication No. 4662, Health and Environmental Sciences Department, October 1997.  Available for purchase from: http://global.ihs.com, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003079

*Process and Vented Emission Estimation Methods*

American Petroleum Institute (API). *Production Tank Emissions Model* (E&P TANK, Version 1.0), API Publication No. 4660, Health and Environmental Sciences Department, October 1997. Available for purchase from: http://global.ihs.com, accessed May 4, 2009.

Asociacion Regional De Empresas De Petroleo Y Gas Natural EN LatinoAmerica Y El Caribe (ARPEL). *Atmospheric Emissions Inventories Methodologies in the Petroleum Industry.* ARPEL Guideline # ARPELCIDA02AEGUI2298, Prepared by Jaques Whitford Environment Limited, December 1998. http://portal.arpel.org/apps/arpel/ml_lib_nueva2.nsf/0/6F4BB964B96A44EC03257226006D3469/$file/GUIDELINE%2022%20-%20OK.pdf, accessed May 4, 2009.

Australian Government, Department of Climate Change. *National Greenhouse Accounts (NGA) Factors,* ISBN: 978-1-921298-26-4, November 2008. http://www.climatechange.gov.au/workbook/pubs/workbook-nov2008.pdf, accessed May 4, 2009.

California Energy Commission (CEC). *Evaluation of Oil and Gas Sector Greenhouse Gas Emissions Estimation and Reporting*, California Energy Commission, Consultant Report, Final Draft, April 14, 2006. http://www.nmenv.state.nm.us/aqb/GHG/Docs/API-IPIECA_Review_finaldraft_4-06.pdf, accessed May 4, 2009.

Canadian Association of Petroleum Producers (CAPP). *Calculating Greenhouse Gas Emissions,* Guide, Canadian Association of Petroleum Producers, Publication Number 2003-0003, April 2003. (Cited Section 1.7.11 for $CO_2$ emissions from sour gas processing, Table 1-12 for pneumatic device and chemical injection pump emission factors, and Table 1-14 for casing gas vented emission factors) http://www.capp.ca/raw.asp?x=1&dt=PDF&dn=55904, accessed May 4, 2009.

Canadian Association of Petroleum Producers (CAPP), *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, Guide, Canadian Association of Petroleum Producers, Publication Number 2002-0009, May 2002. (Cited Table 3-4 for pneumatic controller and chemical injection pump emission factors, table on page 3-24 for casing gas vent emission factors, and page 3-25 for the casing gas migration emission factor). http://www.capp.ca/raw.asp?x=1&dt=PDF&dn=38234, accessed May 4, 2009.

Dimpfl, L.H., "Study Gives Insight Into Asphalt Tank Explosions", *Oil and Gas Journal*, December 1980.

Emission Inventory Improvement Program (EIIP). *Guidance for Emissions Inventory Development, Volume II, Chapter 10: Preferred and Alternative Methods For Estimating Air Emissions From Oil and Gas Field Production and Processing Operations*, September, 1999. http://www.epa.gov/ttn/chief/eiip/techreport/volume02/ii10.pdf, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003080

Energy Environmental Research Center, University of North Dakota, and ENSR Consulting and Engineering. *Atlas of Gas Related Produced Water for 1990,* Gas Research Institute, 95/0016, May 1995.  Available for purchase from: http://www.gastechnology.org, accessed May 4, 2009.

European Environment Agency (EEA). *EMEP/CORINAIR Atmospheric Emission Inventory Guidebook, Chemicals Products Manufacturing or Processing: Asphalt Blowing,* December 6, 2007.  http://reports.eea.europa.eu/EMEPCORINAIR5/en/page002.html, accessed May 4, 2009.

Gas Processors Suppliers Association (GPSA). *Engineering Data Book*, Volume I, Section 3, Gas Processors Suppliers Association, Tenth Edition, 1987.  Available for purchase from http://gpsa.gasprocessors.com/, accessed May 1, 2009.

Gas Research Institute (GRI).  GRI-GLYCalc™ Version 4.0, Software, GRI-00/0102, July 2000. Available for purchase from: http://www.gastechnology.org, accessed May 4, 2009.

Gas Technology Institute (GTI).  Database as documented in W.E. Liss, W.H. Thrasher, G.F. Steinmetz, P. Chowdiah, and A. Atari, *Variability of Natural Gas Composition in Select Major Metropolitan Areas of the United States.* GRI-92/0123, March 1992. Available for purchase from: http://www.gastechnology.org, accessed May 4, 2009.

Harrison, M.R., L.M. Campbell, T.M. Shires, and R.M. Cowgill. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. (Part of the GRI/EPA methane emissions inventory project.)  Available for purchase from: http://www.epa.gov/gasstar/documents/emissions_report/2_technicalreport.pdf, accessed May 4, 2009.

Harrison, M.R., T.M. Shires, R.A. Baker, and C.J. Loughran. *Methane Emissions from the U.S. Petroleum Industry*, Final Report, EPA-600/R-99-010.  U.S. Environmental Protection Agency, February 1999.

Hendler, Albert, Jim Nunn, Joe Lundeen, Ray McKaskle. *VOC Emissions from Oil and Condensate Storage Tanks*, Final Report, prepared for Houston Advanced Research Center (HARC), October 31, 2006 (Cited Tables 3-3 and 3-5). http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf, accessed May 4, 2009.

Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Eggleston H.S., L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds). *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 3, Chapter 3: Chemical Industry Emissions*, 2006.  http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.htm, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003081

Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Eggleston H.S., L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds). *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 3, Chapter 5: Non-Energy Products from Fuels and Solvent Use*, 2006. http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.htm, accessed May 4, 2009.

Kunz, R.G., DC Hefele, R.L. Jordan, F.W. Lash. *Use of SCR in a Hydrogen Plant Integrated with a Stationary Gas Turbine -Case Study: The Port Arthur Steam-Methane Reformer*, Paper # 70093, no publication date (n.d.). http://www.cormetech.com/brochures/70093%20-%20kunz%20Port%20Arthur.pdf, accessed May 4, 2009.

Myers, D.B. *Methane Emissions from the Natural Gas Industry, Volume 14: Glycol Dehydrators*, Final Report, GRI-94/0257.31 and EPA-600/R-96-080n, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. Available for purchase from: http://www.epa.gov/gasstar/documents/emissions_report/14_glycol.pdf, accessed May 4, 2009.

Myers, D.B. and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 15: Gas Assisted Glycol Pumps*, Final Report, GRI-94/0257.33 and EPA-600/R-96-080o, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/15_gasassisted.pdf, accessed May 4, 2009.

Ogle, L.D. *Validation of a Petroleum Production Tank Emission Model*, Final Report, American Petroleum Institute and Gas Research Institute, March 1997.

Ogle, L.D. *Evaluation of a Petroleum Production Tank Emission Model*, Final Report. American Petroleum Institute (API Publication No. 4662), Gas Research Institute (GRI-97/0436), and Canadian Association of Petroleum Producers, May 1997. Available for purchase from: www.gastechnology.org, accessed May 4, 2009.

Oklahoma Department of Environmental Quality (OK DEQ). *Volatile Organic Compound Emission Calculation for Flashing, Vasquez – Beggs Solution Gas/Oil Ratio Correlation Method*, as cited in *Air: Calculation of Flashing Losses/VOC Emissions from Hydrocarbon Storage Tanks*, July 2004. http://www.deq.state.ok.us/AQDnew/resources/Calculations11.xls and http://www.deq.state.ok.us/factsheets/air/CalculationLosses.pdf, accessed July 16, 2009.

Perry, R.H. and D.W. Green. *Perry's Chemical Engineer's Handbook*, Sixth Edition, McGraw-Hill Book Company, 1984.

Picard, D. J., B. D. Ross, and D. W. H. Koon. *Inventory of $CH_4$ and VOC Emissions from Upstream Oil and Gas Operations in Alberta, Volume III: Results of the Field Validation Program*, Canadian Petroleum Association, March 1992, pp. 75-81.

Pipeline Systems Incorporated. *Annual Methane Emission Estimate of the Natural Gas Systems in the United States*, Phase 2. For Radian Corporation, September 1990.

©2009 American Petroleum Institute

BLM_0003082

Radian International. *1995 Air Emissions Inventory of the Canadian Natural Gas Industry*, Final Report, Canadian Gas Association Standing Committee on Environment, September 1997.

Shires, T.M. and C.J. Loughran. *Updated Canadian National Greenhouse Gas Inventory for 1995, Emission Factor Documentation*, Technical Memorandum, August 23, 2001.

Shires, T.M., and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary*, Final Report, GRI-94/0257.23 and EPA-600/R-96-080f, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. (Part of the GRI/EPA methane emissions inventory project.) http://www.epa.gov/gasstar/documents/emissions_report/6_vented.pdf, accessed July 28, 2009.

Shires, T.M., and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 7: Blow and Purge Activities*, Final Report, GRI-94/0257.24 and EPA-600/R-96-080g, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. (Part of the GRI/EPA methane emissions inventory project.) http://www.epa.gov/gasstar/documents/emissions_report/7_blowandpurge.pdf, accessed July 28, 2009.

Shires, T.M. and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 12: Pneumatic Devices*, Final Report, GRI-94/0257.29 and EPA-600/R-96-080l, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. (Part of the GRI/EPA methane emissions inventory project.) http://www.epa.gov/gasstar/documents/emissions_report/12_pneumatic.pdf, accessed July 28, 2009.

Shires, T.M. *Methane Emissions from the Natural Gas Industry, Volume 13: Chemical Injection Pumps*, Final Report, GRI-94/0257.30 and EPA-600/R-96-080m, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. (Part of the GRI/EPA methane emissions inventory project.) http://www.epa.gov/gasstar/documents/emissions_report/13_chemical.pdf, accessed July 28, 2009.

Texaco Inc. Establishing Texaco's Emissions Inventory - A Guidance Document for Inventory Year 1998, March 2, 1999. (Cites Texaco Table 3-2, Table 6-1, and Table 18-2.)

Tilkicioglu, B.H. *Annual Methane Emission Estimate of the Natural Gas Systems in the United States*, Phase 2. Pipeline Systems Incorporated (PSI), September 1990.

Tilkicioglu, B.H and D.R. Winters. *Annual Methane Emission Estimate of the Natural Gas and Petroleum Systems in the United States*. Pipeline Systems Incorporated (PSI), December 1989.

UOP. *Polybed™ PSA System for Hydrogen Production by Steam Reforming*. 2002. http://www.uop.com/objects/104PolybPSAHydStmRef.pdf, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003083

URS Corporation. *Updated Canadian National Greenhouse Gas Inventory for 1995, Emission Factor Documentation.* Technical Memorandum, Final, October 2001.

U.S. Department of Energy (DOE). *Natural Gas Annual 1992,* "Annual Report of Natural Gas Liquids Production." Volume 1, DOE/EIA-0131(92)/1. U.S. Department of Energy, Energy Information Administration (EIA), November 1993.

U.S. Energy Information Administration (EIA). *U.S. Natural Gas Markets: Mid-Term Prospects for Natural Gas Supply*, SR-OIAF/2001-06, December 2001.
http://www.eia.doe.gov/oiaf/servicerpt/natgas/boxtext.html, accessed May 4, 2009.
http://www.eia.doe.gov/oiaf/servicerpt/natgas/pdf/sroiaf(2001)06.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). *Acid Gas Removal Options for Minimizing Methane Emissions*, Lessons Learned from Natural Gas STAR, Occidental Petroleum Corporation and California Independent Petroleum Association, Producers Technology Transfer Workshop, Long Beach, California, August 21, 2007.
http://www.epa.gov/gasstar/documents/acid_gas_removal_options_08_21_07.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, October 1996, Supplement D, 1998, Supplement F, 2000, and updates 2001 to present.
http://www.epa.gov/ttnchie1/ap42/, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, Section 5.2: Transportation and Marketing of Petroleum Liquids, U.S. EPA Office of Air Quality Planning and Standards, July 2008.
http://www.epa.gov/ttn/chief/ap42/ch05/final/c05s02.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). *Global Anthropogenic Non-CO2 Greenhouse Gas Emissions: 1990-2020,* U.S. EPA Office of Atmospheric Programs, Climate Change Division, June 2006 Revised.
http://www.epa.gov/climatechange/economics/downloads/GlobalAnthroEmissionsReport.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). Lessons Learned from Natural Gas STAR Partners: *Installing Plunger Lift Systems in Gas Wells*, EPA430-B-03-005, October 2003.
http://www.epa.gov/gasstar/documents/ll_plungerlift.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). Lessons Learned from Natural Gas STAR Partners: *Installing Vapor Recovery Units on Crude Oil Storage Tanks*, EPA430-B-03-015, October 2003. http://www.epa.gov/gasstar/documents/ll_final_vap.pdf, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003084

U.S. Environmental Protection Agency (EPA).  Natural Gas STAR Recommended Technologies and Practices: *Quantification Methods*. http://www.epa.gov/gasstar/documents/xls/quantifying_ngs_methane_reductions.xls, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA).  Lessons Learned from Natural Gas STAR Partners: *Replacing Glycol Dehydrators with Desiccant Dehydrators*, EPA430-B-03-016, November 2003.  http://www.epa.gov/gasstar/documents/ll_desde.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA).  Partner Reported Opportunities (PROs) for Reducing Methane Emissions: *Convert Engine Starting to Nitrogen*, PRO Fact Sheet No. 101, U.S. Environmental Protection Agency, September 2004. http://www.epa.gov/gasstar/documents/convertenginestartingtonitrogen.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA).  Partner Reported Opportunities (PROs) for Reducing Methane Emissions: *Portable Desiccant Dehydrators*, PRO Fact Sheet No. 207, U.S. Environmental Protection Agency, October 2004. http://www.epa.gov/gasstar/documents/portabledehy.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA).  Partner Reported Opportunities (PROs) for Reducing Methane Emissions: *Captured Methane Released from Pipeline Liquid Storage Tanks*, PRO Fact Sheet No. 504, U.S. Environmental Protection Agency, September 2004. http://www.epa.gov/gasstar/documents/capturemethane.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA).  Lessons Learned from Natural Gas STAR Partners: *Natural Gas Dehydration,* September 13, 2007. http://www.epa.gov/gasstar/documents/08_natural_gas_dehydration.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA).  Lessons Learned from Natural Gas STAR Partners: *Options for Reducing Methane Emissions from Pneumatic Devices in the Natural Gas Industry,* EPA430-B-03-004, July 2003. http://www.epa.gov/gasstar/documents/ll_pneumatics.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA).  *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007, Annexes*.  EPA-430-R-09-004, U.S. Environmental Protection Agency, Washington DC, April 15, 2009. http://www.epa.gov/climatechange/emissions/downloads09/Annexes.pdf, accessed  May 4, 2009.

U.S. Environmental Protection Agency (EPA).  *Reduced Emission Completions (Green Completions)*, Lessons Learned from Natural Gas STAR, Producers Technology Transfer Workshop, Marathon Oil and EPA's Natural Gas STAR Program, Houston, Texas, October 26, 2005.  http://www.epa.gov/gasstar/documents/green_c.pdf, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003085

*Process and Vented Emission Estimation Methods*

U.S. Environmental Protection Agency (EPA). *Vapor Recovery Tower/VRU Configuration*, Lessons Learned from Natural Gas STAR, Occidental Petroleum Corporation and California Independent Petroleum Association, Producers Technology Transfer Workshop, Long Beach, California, August 21, 2007.
http://www.epa.gov/gasstar/documents/vrt_vru_configuration_08_21_07.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). TANKS 4.0, computer program. U.S. Environmental Protection Agency, September 1999.
http://www.epa.gov/ttn/chief/software/tanks/index.html, accessed May 4, 2009.

Vasquez, M. and Beggs, H.D. "Correlations for Fluid Physical Property Predictions*," Journal of Petroleum Technology*, June 1980.

Wilson, Darcy, Richard Billings, Regi Oommen, and Roger Chang, Eastern Research Group, Inc. Year 2005 Gulfwide Emission Inventory Study, OCS Study MMS 2007-067, U.S. Department of the Interior, Minerals Management Services (MMS), Gulf of Mexico OCS Region, New Orleans, December 2007.
http://www.gomr.mms.gov/PI/PDFImages/ESPIS/4/4276.pdf, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003086



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## SECTION 6
## FUGITIVE EMISSIONS ESTIMATION METHODS



BLM_0003087

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Section 6 – Fugitive Emissions Estimation Methods

August 2009

BLM_0003088

BLM_0003089

# Table of Contents

**6.0    FUGITIVE EMISSION ESTIMATION METHODS**................................................**6-1**

    6.1    Equipment Leaks ..................................................................................... 6-2

        6.1.1    Facility-Level Average Emission Factors Approach......................... 6-5

        6.1.2    Equipment-Level Average Emission Factors Approach................ 6-13

        6.1.3    Component-Level Average Emission Factors Approach .............. 6-27

        6.1.4    Emissions from $CO_2$ Transport ...................................................... 6-38

        6.1.5    Time Basis of Fugitive Equipment Leaks ...................................... 6-38

    6.2    Other Fugitive Emissions ....................................................................... 6-38

        6.2.1    Wastewater Treatment ................................................................. 6-39

        6.2.2    Biotreaters .................................................................................. 6-45

    6.3    Fluorinated Fugitive Emissions .............................................................. 6-46

        6.3.1    Emissions from Air Conditioning and Refrigeration Equipment..... 6-46

        6.3.2    Electrical Equipment .................................................................... 6-50

        6.3.3    $SF_6$ Emissions from Pipeline Operations ...................................... 6-52

    6.4    References ............................................................................................. 6-53

©2009 American Petroleum Institute

BLM_0003090

# List of Figures

Figure 6-1.  Emission Estimation Approaches for Fugitive Equipment Leaks ...........................6-3
Figure 6-2.  Boundaries Between Crude and Natural Gas Production Equipment ...................6-7
Figure 6-3.  Wastewater Treatment ........................................................................................6-40
Figure 6-4.  Refrigerant Emissions ........................................................................................6-47

©2009 American Petroleum Institute

August 2009

BLM_0003091

# List of Tables

Table 6-1. Emission Estimation Approaches – GHG and Source-Specific Considerations for Fugitive Sources ................................................................6-1

Table 6-2. Facility-Level Average Fugitive Emission Factors ....................................................6-8

Table 6-3. Fugitive Emission Factors for Onshore Crude Production Equipment..................6-15

Table 6–4. Fugitive Emission Factors for Onshore Natural Gas Production Equipment ........6-16

Table 6–5. Fugitive $CH_4$ Emission Factors for Natural Gas Processing Equipment..............6-17

Table 6–6. Fugitive Emission Factors for Natural Gas Transmission and Storage Equipment..............................................................................................................6-17

Table 6–7. Fugitive Emission Factors for Gas Distribution Equipment..................................6-18

Table 6–8. Fugitive Emission Factors for Distribution M&R Stations....................................6-19

Table 6–9. More Detailed Fugitive Emission Factors for Natural Gas Transmission Equipment..............................................................................................................6-22

Table 6–10. More Detailed Fugitive Emission Factors for Natural Gas Distribution Equipment..............................................................................................................6-24

Table 6–11. Fugitive Emission Factor from Underground Plastic Pipelines by Construction Year ..................................................................................................6-26

Table 6-12. EPA Average Oil and Natural Gas Production Emission Factors ........................6-29

Table 6-13. API Average Offshore Fugitive Emission Factors................................................6-29

Table 6-14. API Oil and Natural Gas Production Average Emission Factors .........................6-30

Table 6-15. Natural Gas Plant, Gathering Compressor Station, and Well Site Average Emission Factors ..................................................................................................6-31

Table 6-16. API Natural Gas Plant Average Emission Factors...............................................6-31

Table 6-17. Natural Gas Transmission Compressor Station  Component Emission Factors ...................................................................................................................6-32

Table 6-18. Natural Gas Transmission and Storage Average Emission Factors...................6-33

Table 6-19. Natural Gas Distribution Meter/Regulator Stations Average Emission Factors ...................................................................................................................6-34

Table 6-20. Natural Gas Distribution Commercial and Residential Sites Average Emission Factors ..................................................................................................6-34

Table 6-21. Additional Natural Gas Facility Average Emission Factors,.................................6-35

Table 6-22. Additional Oil Facility Average Emission Factors ................................................6-36

Table 6-23. Default MCF Values for Aerobic Industrial Wastewater Treatment ....................6-41

Table 6-24. Default MCF Values for Anaerobic Industrial Wastewater Treatment ................6-42

Table 6-25. Default Operating Emission Factors for Refrigeration / Air Conditioning Equipment..............................................................................................................6-48

Table 6-26. Global Warming Potentials for Refrigeration Blends ...........................................6-48

Table 6–27. Usage-Based Fugitive Emission Factors for Electrical Equipment ....................6-50

BLM_0003092

Table 6–28.   Distance-Based Fugitive Emission Factors for Electrical Transmission and
Distribution ............................................................................................................6-51

©2009 American Petroleum Institute

BLM_0003093

# 6.0
# FUGITIVE EMISSION ESTIMATION METHODS

Fugitive emissions refer to unintentional emissions from equipment leaks.  Any pressurized equipment has the potential to leak; these leaks generally occur through valves, flanges, seals, or related equipment associated with "live" crude or gas system components.  Leaks from equipment used in association with "weathered" crude or other refined oil and natural gas products will not emit $CH_4$ or $CO_2$, because "weathered" crude and refined oil and natural gas products do not contain $CH_4$ or $CO_2$.[1]

Fugitive emissions also come from non-point evaporative sources, such as from wastewater treatment, pits, impoundments, and mine tailing pond surface emissions.  This section presents methods for estimating $CH_4$ and potentially $CO_2$ emissions from these fugitive sources.  Table 6-1 illustrates the range of available options for estimating fugitive GHG emissions and associated considerations.

**Table 6-1.  Emission Estimation Approaches – GHG and Source-Specific Considerations for Fugitive Sources**

| Types of Approaches | $CH_4$ Non-combustion Emissions | $CO_2$ Emissions | PFC, HFC, $SF_6$ Emissions |
|---|---|---|---|
| Published emission factors | • Based on "average" equipment and emission source characteristics | • Limited emission factors specific to non-combustion $CO_2$ emissions<br>• May be scaled from $CH_4$ emission factors | • Simplified estimations are based on average equipment and emission source characteristics are consistent with low contribution to overall emissions |
| Engineering calculations | • Highly reliable for specific emission sources<br>• May require detailed input data | • Highly reliable for many emission sources<br>• May require detailed input data | • Material balance methods provide good reliability<br>• Requires data tracking |

---

[1] For more information, see Appendix E.

©2009 American Petroleum Institute

BLM_0003094

*Fugitive Emission Estimation Methods*

**Table 6-1.  Emission Estimation Approaches – GHG and Source Specific Considerations for Fugitive Sources, continued**

| Types of Approaches | $CH_4$ Non-combustion Emissions | $CO_2$ Emissions | PFC, HFC, $SF_6$ Emissions |
|---|---|---|---|
| Monitoring over a range of conditions and deriving emission factors | • Highly reliable for specific emission sources<br>• Generally not practical given the substantial number of emission sources | • Generally not practical given the low contribution to overall emissions | • Generally not practical given the low contribution to overall emissions |
| Periodic or continuous monitoring of emissions or parameters for calculating emissions | • Highly reliable for specific emission sources<br>• Generally not practical given the substantial number of emission sources | • Not practical given the number of emission sources and the low contribution to overall emissions | • Not practical given the number of emission sources and the low contribution to overall emissions |

## 6.1    Equipment Leaks

A variety of fugitive emission sources are related to oil and natural gas industry operations.  The type of fugitive emissions discussed in this subsection are equipment leaks from valves, flanges, pump seals, compressor seals, relief valves, sampling connections, process drains, open-ended lines, and other miscellaneous component types.  There have been numerous documents published outlining the estimation of fugitive emissions, some of which include $CH_4$.  In comparison, data on fugitive equipment leaks of $CO_2$ are not generally presented because $CO_2$ emissions are more commonly associated with combustion sources.  It may be possible to adapt the estimation methods presented for $CH_4$ to the few oil and natural gas operations for which $CO_2$ equipment leaks might be of significance, such as with equipment from a $CO_2$-enhanced oil production field.  This is addressed further as related to specific emission sources.

A number of emission factors and correlation equations have been developed for estimating fugitive equipment leak emissions for VOC and TOC, for example, EPA Method 21.  Many of these approaches require monitoring data and calculations at the component level.  The simpler approaches recommended for most GHG fugitive equipment leak emissions are listed below, in order of increasing data requirements and increasing accuracy:

1.  Facility-level average emission factors;

©2009 American Petroleum Institute

BLM_0003095

2. Equipment-level average emission factors;
3. Component-level average emission factors; and
4. Component-level measurement approaches.

When estimating the fugitive equipment leak contribution to a GHG inventory, the simplest method should be used that meets the inventory accuracy needs and for which data are available. Figure 6-1 presents the available options for consideration based on the overall contribution of the fugitive emissions to the entity's inventory or the availability of information from a component count program [e.g., leak detection and repair (LDAR)]. However, **methodologies required by regulations take precedence over the options provided in the decision trees.**



**Figure 6-1.  Emission Estimation Approaches for Fugitive Equipment Leaks**

The contribution of fugitive emissions to an overall facility's GHG inventory varies with the type of facility. For example, fugitive $CH_4$ emissions from a gas processing facility could be a significant element of the total GHG inventory, so the accuracy of the fugitive emissions estimates

BLM_0003096

could be a determining factor in the overall facility inventory. Conversely, refinery fugitive emissions will generally have an insignificant contribution to the total GHG inventory because most refinery streams contain only small amounts of $CH_4$ (refer to Appendix E for more information). Using a less detailed estimation method for refinery fugitive emissions would generally be acceptable because the contribution of fugitive emissions would have very little influence on the overall refinery inventory accuracy.

API conducted a study to quantitatively assess the contribution of fugitive $CH_4$ emissions from equipment leaks to overall refinery GHG emissions. Emissions were estimated based on component counts in natural gas and refinery fuel gas service, using average emission factors for components in gas service provided by EPA (EPA, 1995). Fugitive $CH_4$ emissions were calculated for two refineries:

- A smaller fuels refinery with a rated capacity between 50,000 and 90,000 bbl feed/day; and
- A larger refinery/petrochemical complex with a rated capacity between 100,000 and 199,000 bbl feed/day.

Results indicated that $CH_4$ emissions from equipment leaks represent 0.11% of total GHG emissions for the smaller refinery and 0.19% of total emissions for the large refinery. Since other large GHG emitting sources have uncertainties within the range of 1% to 5% of the overall GHG inventory, a $CH_4$ fugitive emission contribution of 0.1% appears to be negligible. A summary report on the study is provided in Appendix F.

The selection of a fugitive equipment leak estimation approach must also consider the data available to support the estimate. Most fugitive estimation methods require a site-specific gas composition to convert from a TOC, VOC, or default $CH_4$ concentration basis. The facility-level average emission factor approach requires only identifying the type of facility and knowing its capacity or a count of major equipment. General equipment counts are required for the second approach. Component-level average emission factor approaches require a detailed count of components (such as valves, connections, pump seals, etc.), and for some emissions factors, these component counts will have to be by service type (such as for valves in gas, light liquid, or heavy liquid service). Some of the more rigorous component-level approaches (presented in Appendix C) also require monitoring data in addition to component counts.

Ultimately, accuracy must be balanced against the available data. If the available data will not support an estimate of the needed accuracy, additional data gathering may be required. A balance needs to be made as to whether the gains in accuracy justify the cost of additional data gathering.

©2009 American Petroleum Institute

BLM_0003097

*Fugitive Emission Estimation Methods*

Methodologies need to be consistent with the contribution of particular sources to the overall inventory.

## 6.1.1    *Facility-Level Average Emission Factors Approach*

Methane is the primary GHG in fugitive leak emissions.  Applying average facility-level emission factors is the simplest method for estimating $CH_4$ emissions from oil and natural gas operations. The user simply needs to know the type of facility and its throughput or major equipment counts to use these factors, such as onshore gas production in million standard cubic feet per day (scfd). These facility-level factors were developed by aggregating component emission measurements and activity factors for a "typical" facility, primarily for upstream gas industry facilities.  Facility-level emission factors are presented in Table 6-2.

Table 6-2 provides separate fugitive emission factors for oil and natural gas production operations. However, oil and natural gas can be produced from the same well.  For facilities that produce any natural gas or are equipped similarly to the gas well schematic shown in Figure 6-2, the gas production emission factors should be used.  For facilities that do not market the associated gas, or produce only crude or are equipped similar to the oil well schematic shown in Figure 6-2, the oil production emission factors should be used.

For refineries, the facility-level approach should provide a reasonable estimate of the fugitive emissions from the facility equipment.  The level of accuracy should be sufficient for many facilities.  If the facility is atypical of the industry average or greater accuracy is needed to support emission reduction estimates, one of the more rigorous approaches should be used.  In addition, methodologies required by regulations take precedence over the options outlined in Figure 6-1.

Fugitive equipment leaks at refineries or marketing terminals may occur from equipment handling natural gas or fuel gas.  However, leaks from equipment used in association with "weathered" crude or other refined oil and natural gas products will not emit $CH_4$ or $CO_2$, because "weathered" crude and refined oil and natural gas products do not contain $CH_4$ or $CO_2$.[2]

In the absence of site-specific data for refineries, the emission factors provided in Table 6-2 may be used to estimate $CH_4$ fugitive emissions from fuel gas and natural gas systems.  These emission factors were derived from data presented in the refinery $CH_4$ fugitive emissions study provided in Appendix F.  The study was conducted at two refineries: one with a capacity of 50,000 to 99,000

---

[2] For more information, see Appendix E.

©2009 American Petroleum Institute

BLM_0003098

bbl feed/day and the other one with a capacity of 100,000 to 199,000 bbl feed/day. The simple, refinery facility-level fugitive emission factors for the fuel gas and natural gas systems were estimated by dividing the $CH_4$ emission rates from the study by the refinery feed rate capacities. The mid-point of the range of the capacities was used when deriving the emission factors. Since these emission factors were derived from very limited data, they should be used with caution because the fugitive emissions are likely to be highly variable depending on the refinery. However, as noted earlier in Section 6.1, refinery $CH_4$ fugitive emissions represent a very small fraction of the total GHG emissions based on the data provided in Appendix F.

©2009 American Petroleum Institute

BLM_0003099