

**Figure 6-2.  Boundaries Between Crude and Natural Gas Production Equipment**

BLM_0003100

*Fugitive Emission Estimation Methods*

## Table 6-2.  Facility-Level Average Fugitive Emission Factors

| Source | Emission Factor Original Units | Uncertainty [a] (± %) | Gas Content Basis of Factor | Emission Factor [b] Converted Units | Factor Reference |
|---|---|---|---|---|---|
| **Production** | | | | | |
| Onshore oil production | 0.5173 lb $CH_4$/bbl produced | 95.5 | 78.8 mole % $CH_4$ | 2.346E-04 tonnes $CH_4$/bbl produced 1.476E-03 tonnes $CH_4$/m³ produced | EPA petroleum methane emissions study; see derivation in Appendix C |
| Offshore oil production | 0.2069 lb $CH_4$/bbl produced | Not available | 78.8 mole % $CH_4$ | 9.386E-05 tonnes $CH_4$/bbl produced 5.903E-04 tonnes $CH_4$/m³ produced | Assumed to be 40% of the onshore oil production emission factor |
| Onshore gas production | 57.33 lb $CH_4$/10⁶scf produced | 52.9 | 78.8 mole % $CH_4$ | 2.601E-02 tonnes $CH_4$/10⁶ scf produced 9.184E-01 tonnes $CH_4$/10⁶ m³ produced | GRI/EPA Study, Vol. 2; see derivation in Appendix C |
| Offshore gas production | 22.93 lb $CH_4$/10⁶scf produced | Not available | 78.8 mole % $CH_4$ | 1.040E-02 tonnes $CH_4$/10⁶ scf produced 3.673E-04 tonnes $CH_4$/10⁶ m³ produced | Assumed to be 40% of the onshore gas production emission factor |
| **Gas processing plants** | 64.43 lb $CH_4$/10⁶scf processed | 82.2 | 86.8 mole % $CH_4$ | 2.922E-02 tonnes $CH_4$/10⁶ scf processed 1.032E+00 tonnes $CH_4$/10⁶ m³ processed | GRI/EPA Study, Vol. 2; see derivation in Appendix C |
| **Gas storage stations** | 1,491,936 lb $CH_4$/station-yr | 74.7 | 93.4 mole % $CH_4$ | 6.767E+02 tonnes $CH_4$/ station-yr | GRI/EPA Study, Vol. 2; see derivation in Appendix C |
| **Gas transmission pipelines** | | | | | |
| $CH_4$ from pipeline leaks | 7,928 lb CH4/mile-yr | 113 | 93.4 mole % $CH_4$ | 3.596E+00 tonnes $CH_4$/mile-yr 2.235E+00 tonnes $CH_4$/km-yr | GRI/EPA Study, Vols. 2 and 9; see derivation in Appendix C |
| $CO_2$ from oxidation [c] | 7.59 lb $CO_2$/mile-yr | 70.3 | 2 mole % $CO_2$ | 3.443E-03 tonnes $CO_2$/mile-yr 2.140E-03 tonnes $CO_2$/km-yr | GRI/EPA Study, Vols. 2 and 9; see derivation in Appendix C |
| $CO_2$ from pipeline leaks [d] | 466.0 lb $CO_2$/mile-yr | 113 | 2 mole % $CO_2$ | 2.114E-01 tonnes $CO_2$/mile-yr 1.313E-01 tonnes $CO_2$/km-yr | GRI/EPA Study, Vols. 2 and 9; see derivation in Appendix C |
| **Crude transmission pipelines [e]** | Not applicable | | | | |

©2009 American Petroleum Institute

BLM_0003101

*Fugitive Emission Estimation Methods*

### Table 6-2.  Facility-Level Average Fugitive Emission Factors, continued

| Source | Emission Factor, Original Units | Uncertainty [a] (± %) | Gas Content Basis of Factor | Emission Factor [b], Converted Units | Factor Reference |
|---|---|---|---|---|---|
| **Gas distribution pipelines** | | | | | |
| $CH_4$ from pipeline leaks | 3,557 lb $CH_4$/mile-yr | 62.7 | 93.4 mole % $CH_4$ | 1.613E+00 tonnes $CH_4$/mile-yr 1.002E+00 tonnes $CH_4$/km-yr | GRI/EPA Study, Vols. 2 and 9; see derivation in Appendix C |
| $CO_2$ from oxidation [c] | 1,236 lb $CO_2$/mile-yr | 76.6 | 2 mole % $CO_2$ | 5.606E-01 tonnes $CO_2$/mile-yr 3.484E-01 tonnes $CO_2$/km-yr | GRI/EPA Study, Vols. 2 and 9; see derivation in Appendix C |
| $CO_2$ [d] from pipeline leaks | 235.4 lb $CO_2$/mile-yr | 74.4 | 2 mole % $CO_2$ | 1.068E-01 tonnes $CO_2$/mile-yr 6.636E-02 tonnes $CO_2$/km-yr | GRI/EPA Study, Vols. 2 and 9; see derivation in Appendix C |
| **Refining [f]** | | | | | |
| Fuel gas system – 50,000 to 99,000 bbl/day refinery | 10.2 tonnes $CH_4$/yr (fuel gas + make gas) | Not available | Not available | 3.75E-07 tonnes $CH_4$/bbl feedstock 2.36E-06 tonnes $CH_4$/m³ feedstock | Derived from data provided in Appendix F. Mid range capacity was assumed to convert emissions to a throughput basis |
| Fuel gas system – 100,000 to 199,000 bbl/day refinery | 77 tonnes $CH_4$/yr | Not available | Not available | 1.41E-06 tonnes $CH_4$/bbl feedstock 8.88E-06 tonnes $CH_4$/m³ feedstock | |
| Natural gas system – 50,000 to 99,000 bbl/day refinery | 26 tonnes $CH_4$/yr | Not available | Not available | 9.56E-07 tonnes $CH_4$/bbl feedstock 6.01E-06 tonnes $CH_4$/m³ feedstock | |
| Natural gas system – 100,000 to 199,000 bbl/day refinery | 55 tonnes $CH_4$/yr | Not available | Not available | 1.01E-06 tonnes $CH_4$/bbl feedstock 6.34E-06 tonnes $CH_4$/m³ feedstock | |

Footnotes and Sources:

Harrison, M.R., L.M. Campbell, T.M. Shires, and R.M. Cowgill.  Methane *Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

Campbell, L.M., M.V. Campbell, and D.L. Epperson.  *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

Harrison, M.R., T.M. Shires, R.A. Baker, and C.J. Loughran.  *Methane Emissions from the U.S. Petroleum Industry*, Final Report, EPA-600/R-99-010. U.S. Environmental Protection Agency, February 1999.

API refinery $CH_4$ fugitive emissions study provided in Appendix F.

[a] Uncertainty is based on a 95% confidence interval from the data used to develop the original emission factor.

[b] The emission factors can be adjusted based on the relative concentrations of $CH_4$ and $CO_2$ to estimate $CO_2$ emissions.

[c] A portion of $CH_4$ emitted from underground pipeline leaks is oxidized to form $CO_2$.

[d] Combines $CO_2$ emissions from equipment and pipelines based on a concentration of 2 mole % $CO_2$ in the pipeline gas.

©2009 American Petroleum Institute

BLM_0003102

*Fugitive Emission Estimation Methods*

Footnotes and Sources for Table 6-2, continued:

[e] As discussed in Section 5, only "live" crude will contain $CH_4$ (and possibly $CO_2$). Weathered crude (crude which has reached atmospheric pressure) contains no $CH_4$ or $CO_2$. See Appendix E for further discussion on the $CH_4$ and $CO_2$ content of "weathered" crude and other oil and natural gas products. If transmission pipelines are used to transport "live" crude oil, $CH_4$ (and $CO_2$, if present) emissions should be calculated using engineering judgment.

[f] Refinery fugitive $CH_4$ emission factors were derived from data from an API refinery $CH_4$ fugitive emissions study provided in Appendix F . The estimated refinery fugitive $CH_4$ emission rates from the study for the fuel gas and natural gas systems were divided by the refinery feed capacity for the two refineries in the study, a 50,000 to 99,000 bbl/day "single train (multiply HDS)" refinery and a 100,000 to 199,000 bbl/day "old multi-train refinery." The mid-point of the range of the refinery capacities was assumed when deriving the emission factors (i.e., the estimated $CH_4$ fugitive emission rates were divided by 74,500 bbl feed/day for the smaller refinery and by 149,500 bbl feed/day for the larger refinery). Refer to Appendix F for the data used to estimate the emission factors.

©2009 American Petroleum Institute

BLM_0003103

*Fugitive Emission Estimation Methods*

In addition to $CH_4$, $CO_2$ also may be released from fugitive sources if $CO_2$ is present in the gas stream (e.g., enhanced oil recovery operations and some gas production operations). Fugitive emission factors specific to $CO_2$ are limited in current, publicly available studies. As an approximation, the $CH_4$ emission factor can be adjusted to account for the $CO_2$ composition of the gas for fugitive sources other than underground pipelines. This conversion is shown in the following equation and demonstrated in Exhibit 6.1.

$$CO_2 \ EF = CH_4 EF \times \left( \frac{MW \ CO_2}{MW \ CH_4} \right) \times \left( \frac{mole\% \ CO_2}{mole\% \ CH_4} \right) \qquad \text{(Equation 6-1)}$$

or

$$CO_2 \ Emissions \ (tonnes/yr) = CH_4 \ Emissions \ (tonnes/yr) \times \left( \frac{MW \ CO_2}{MW \ CH_4} \right) \times \left( \frac{mole\% \ CO_2}{mole\% \ CH_4} \right) \qquad \text{(Equation 6-2)}$$

where
  $EF$ = emission factor (mass/activity); and
  $MW$ = molecular weight (tonne/tonne-mole).

Fugitive emissions from leaks associated with pipeline transport of $CO_2$ are discussed in Section 6.1.4. Fugitive emissions from natural gas pipelines originate from two sources: (1) gas leaks that result in $CH_4$ and $CO_2$ emissions in proportion to the gas composition and (2) the partial oxidation of $CH_4$ as it migrates through the soil. The degree of oxidation depends on factors such as the depth of cover, soil composition, and leak rate, which is a function of pipeline material. Both types of $CO_2$ emissions are shown in the tables in this subsection.

Oxidation rates for different soil characteristics and fugitive leak rates for different pipeline materials (cast iron, protected steel, unprotected steel, copper, and plastic) were measured as part of the GRI/EPA U.S. methane emissions study (Campbell, et al., 1996). Equations 6-3 through 6-5 were used in developing the $CO_2$ emission factors for pipeline fugitive emissions. Equation 6-3 accounts for the portion of leaked $CH_4$ that is not oxidized to $CO_2$.

$$EF_{CH_4} = \left( Total \ CH_4 \ leaked \right) \times \left( 100 - \% \ Soil \ Oxidation \right)$$

$$\text{(Equation 6-3)}$$

where
  $EF_{CH_4}$ = emission factor for $CH_4$ emissions from pipeline fugitive leaks.

Equation 6-4 accounts for the $CO_2$ formed from the oxidation of leaked $CH_4$ as the gas migrates through the soil.

©2009 American Petroleum Institute

BLM_0003104

*Fugitive Emission Estimation Methods*

$$EF_{CO_2, Oxid.} = EF_{CH_4} \times \left( \frac{100}{100\text{-}\% \text{ Soil Oxidation}} \right) \times \left( \frac{\% \text{ Soil Oxidation}}{100} \right) \times \left( \frac{MW\ CO_2}{MW\ CH_4} \right) \qquad \text{(Equation 6-4)}$$

where

$EF_{CO_2, Oxid}$ = emission factor for $CO_2$ emissions from methane oxidation of leaked $CH_4$;

$\left( \dfrac{100}{100\text{-}\% \text{ Soil Oxidation}} \right)$ = $CH_4$ emission factor correction to its "pre-oxidized" form;

$\left( \dfrac{\% \text{ Soil Oxidation}}{100} \right)$ = conversion from total moles of $CH_4$ to moles of $CO_2$ formed as a result of oxidation; and

$\left( \dfrac{MW\ CO_2}{MW\ CH_4} \right)$ = conversion from molar basis to mass basis.

Equation 6-5 accounts for $CO_2$ that is emitted from pipeline fugitive leaks. This equation starts with the $CH_4$ emission factor, which is converted to its "pre-oxidized" form by the second term. The third term corrects for the molar ratio of $CO_2$ to $CH_4$ in the default gas composition, and the final term corrects for the molecular weights of $CO_2$ and $CH_4$.

$$EF_{CO_2, Leak} = EF_{CH_4} \times \left( \frac{100}{100\text{-}\% \text{ Soil Oxidation}} \right) \times \left( \frac{\text{default mole}\% \ CO_2}{\text{default mole}\% \ CH_4} \right) \times \left( \frac{MW\ CO_2}{MW\ CH_4} \right) \qquad \text{(Equation 6-5)}$$

where

$EF_{CO_2, Leak}$ = emission factor for $CO_2$ emissions from pipeline fugitive leaks; and

$\left( \dfrac{\text{default mol}\% \ CO_2}{\text{default mol}\% \ CH_4} \right)$ = conversion from total moles of $CH_4$ to moles of $CO_2$, based on default molar concentrations for the gas.

The emission factors shown in Tables 6-2, 6-4, 6-6, 6-7, and 6-9 through 6-11 are based on average emission rates for the types of pipelines in service in each industry sector. The fugitive emission factors are based on default, average compositions. The default $CH_4$ or $CO_2$ content provided in Table E-4 can be replaced with a user-specified gas analysis. In this case, the fugitive emission estimates are adjusted by the ratio of the specified gas $CH_4$ or $CO_2$ concentration to the default $CH_4$ or $CO_2$ concentration provided in Table E-4. This correction is demonstrated in Exhibit 6.1.

Exhibit 6.1 demonstrates the use of facility-level average emission factors.

©2009 American Petroleum Institute

BLM_0003105

*Fugitive Emission Estimation Methods*

---

**EXHIBIT 6.1:**    **Sample Calculation for Facility-Level Average Fugitive Emission Factor Approach**

INPUT DATA:

An onshore oil production facility has a production throughput of 795 m$^3$ per day of crude. The $CH_4$ content of the associated gas is 68 mole %, and the $CO_2$ content is 4 mole%. Assume that the facility operates continuously throughout the year. Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:

Methane emissions are calculated using the emission factor for onshore oil production from Table 6-2, and correcting for the actual $CH_4$ composition of the gas. $CO_2$ emissions are calculated by the ratio of $CH_4$ to $CO_2$ in the produced gas.

$$E_{CH_4} = \frac{795 \text{ m}^3}{\text{day}} \times \frac{365 \text{ days}}{\text{year}} \times \frac{1.476 \times 10^{-3} \text{ tonne } CH_4}{\text{m}^3} \times \frac{0.68 \text{ tonne mol } CH_4 \text{ actual}}{0.788 \text{ tonne mol } CH_4 \text{ default}}$$

$$\underline{E_{CH_4} = 370 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{CO_2} = \frac{370 \text{ tonne } CH_4}{\text{yr}} \times \frac{\text{tonne mol } CH_4}{16 \text{ tonne } CH_4} \times \frac{\text{tonne mol gas}}{0.68 \text{ tonne mol } CH_4} \times \frac{0.04 \text{ tonne mol } CO_2}{\text{tonne mol gas}}$$

$$\times \frac{44 \text{ tonne } CO_2}{\text{tonne mol } CO_2}$$

$$\underline{E_{CO_2} = 59.8 \text{ tonnes } CO_2/\text{yr}}$$

## 6.1.2    *Equipment-Level Average Emission Factors Approach*

The equipment-level average emission factor approach allows the fugitive emission estimate to be tailored to a particular facility based on the population of major equipment at the facility. This approach requires more information than the facility-level approach, but results in a slightly more accurate emission estimate than the facility-level approach. It is especially useful when trying to estimate GHG emissions for a planned facility that has not yet been fully designed or for an existing facility where no detailed minor component population data are available.

The data listed in Tables 6-3 through 6-8 were developed from extensive component monitoring and emission measurement data. The minor component emission factor data were then aggregated using activity factors that characterized the number of each minor component per major equipment

©2009 American Petroleum Institute

BLM_0003106

*Fugitive Emission Estimation Methods*

system. This approach of aggregating individual components into major equipment systems may be appropriate for many GHG emission calculation efforts.

Most of these major equipment emission factors are $CH_4$-specific. The default $CH_4$ concentration for each industry sector is indicated in the table footnotes. Carbon dioxide emissions from buried pipelines are based on an assumed concentration of 2 mole %. The method for estimating the emissions using the major equipment approach is presented in the equation below:

$$E_{CH_4 \ (or \ CO_2)} = F_{A(CH_4 \ or \ CO_2)} \times N$$

(Equation 6-6)

where

$E_{CH_4 \ (or \ CO_2)}$ = emission rate of $CH_4$ (or $CO_2$) from a population of equipment;
$F_{A(CH_4 \ or \ CO_2)}$ = applicable average $CH_4$ or $CO_2$ emission factor for the major equipment type A; and
$N$ = number of pieces of equipment in the plant/process.

Tables 6-3 and 6-4 provide fugitive emission factors for equipment associated with oil and natural gas exploration and production operations. For facilities where oil and natural gas are produced from the same well, Figure 6-2 illustrates the boundaries between crude production equipment and natural gas production equipment. The emission factors were developed for separate assessments of natural gas sector equipment versus oil and natural gas industry equipment (Harrison, 1999 and Shires, 2002). Emission factors from Table 6-3 should be applied to counts of equipment associated with crude production and configured similar to the oil well schematic shown in Figure 6-2. Likewise,
Table 6-4 emission factors should be applied to natural gas production equipment configured similar to the gas well schematic shown in Figure 6-2. Equipment with minimal to no gas handling should use the emission factors for crude production equipment.

For both Tables 6-3 and 6-4, the $CH_4$ emission factors are based on an average $CH_4$ composition of 78.8 mole % as provided in Table E-4. The emission factors can be adjusted to other $CH_4$ concentrations by the ratio of the actual $CH_4$ content to the default value. In addition, in the absence of $CO_2$-specific emission factors, $CO_2$ emissions can be approximated from the $CH_4$ emission factors based on the ratio of $CO_2$ to $CH_4$ in the produced gas. (These adjustments are demonstrated in Exhibit 6.1.)

©2009 American Petroleum Institute

BLM_0003107

*Fugitive Emission Estimation Methods*

**Table 6-3. Fugitive Emission Factors for Onshore Crude Production Equipment**

| Equipment Basis | Reference CH$_4$ Emission Factor [a], Original Units | | Uncertainty [b] (± %) | CH$_4$ Emission Factor [c], Converted Units | |
|---|---|---|---|---|---|
| Oil wellheads – heavy crude | 0.83 | scfd/well | 30 | 6.63E-07 | tonne/well-hr |
| Oil wellheads – light crude | 19.58 | scfd/well | 30 | 1.56E-05 | tonne/well-hr |
| Oil pump stations [d] | 1.06 | lb CH$_4$/mile-yr | | 5.49E-08 | tonne CH$_4$/mile-hr |
| | | | | 3.41E-08 | tonne CH$_4$/km-hr |
| Separators – heavy crude | 0.85 | scfd/separator | 30 | 6.79E-07 | tonne/separator-hr |
| Separators – light crude | 51.33 | scfd/separator | 30 | 4.10E-05 | tonne/separator-hr |
| Heater treaters – light crude | 59.74 | scfd/heater | 30 | 4.77E-05 | tonne/heater-hr |
| Headers – heavy crude | 0.59 | scfd/header | 30 | 4.72E-07 | tonne/header-hr |
| Headers – light crude | 202.78 | scfd/header | 30 | 1.62E-04 | tonne/header-hr |
| Tanks – light crude | 34.4 | scfd/tank | 30 | 2.75E-05 | tonne/tank-hr |
| Small compressors – light crude | 46.14 | scfd/compressor | 100 | 3.69E-05 | tonne/compressor-hr |
| Large compressors [e] – light crude | 16,360 | scfd/compressor | 100 | 1.31E-02 | tonne/compressor-hr |
| Sales areas | 40.55 | scfd/area | 30 | 3.24E-05 | tonne/area-hr |

Footnotes and Sources:

[a] Harrison, M.R., T.M. Shires, R.A. Baker, and C.J. Loughran. *Methane Emissions from the U.S. Petroleum Industry*, Final Report, EPA 600/R-99-010, U.S. Environmental Protection Agency, 1999.

[b] Uncertainty was assumed based on engineering judgement (Harrison, et al., 1999).

[c] Emission factors converted from scf are based on 60 °F and 14.7 psia. The average CH$_4$ concentration associated with these emission factors provided in Table E-4 is 78.8 mole %. If the actual CH$_4$ content differs from the default value, the emission factors shown above can be adjusted by the ratio of the site CH$_4$ content to the default concentration.

[d] PSI, 1989.

[e] Large compressors are those with more than three stages of compression.

The emission factors shown in Table 6-3 for crude production equipment are derived from API Report 4615 *Emission Factors for Oil and Gas Production Operations* (API, 1995) and average component counts per equipment (Harrison et al., 1999). Separate emission factors are provided for heavy versus light crude, since heavier crude has less entrained CH$_4$ and therefore lower emissions. API Report 4638, *Calculation Workbook For Oil and Gas Production Equipment Fugitive Emissions*, designates heavy crude as having an API gravity of less than 20° and light crude as having an API gravity of greater than 20° (API, 1996). Please note that the EPA defines light and heavy crude according to vapor pressure.[3] EPA component-level emission factors are provided in Section 6.1.3.

Emission factors provided in Table 6-4 are derived from the GRI/EPA U.S. methane emissions study (Harrison, et al., 1996). Emission factors for both CH$_4$ and CO$_2$ are provided for gathering pipelines. Carbon dioxide emissions from buried pipeline leaks are discussed further at the end of

---

[3] EPA defines gas/vapor service as material in a gaseous state at operating conditions; light crude as material in a liquid state in which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kilopascals (kPa) at 20 °C is greater than or equal to 20 weight percent; and heavy crude as not in gas/vapor service or light liquid service (EPA, *Protocol for Equipment Leak Emission Estimates*, 1995).

©2009 American Petroleum Institute

BLM_0003108

*Fugitive Emission Estimation Methods*

Section 6.1.2. The derivation of all the emission factors presented in Table 6-4 can be found in Appendix C.

### Table 6–4. Fugitive Emission Factors for Onshore Natural Gas Production Equipment

| Equipment Basis | Reference Emission Factor [a,b], Original Units | | Uncertainty [c] (± %) | Emission Factor [d], Converted Units | |
|---|---|---|---|---|---|
| Gas wellheads [e] | 8,217 | scfy $CH_4$/well | 25.7 | 1.80E-05 | tonne $CH_4$/well-hr |
| Separators [e] | 20,174 | scfy $CH_4$/separator | 87.9 | 4.42E-05 | tonne $CH_4$/separator-hr |
| Gas heaters [e] | 20,985 | scfy $CH_4$/heater | 173 | 4.60E-05 | tonne $CH_4$/heater-hr |
| Small reciprocating gas compressor [e] | 97,023 | scfy $CH_4$/compressor | 127 | 2.12E-04 | tonne $CH_4$/compressor-hr |
| Large reciprocating gas compressor [e,f] | 5.55E+06 | scfy $CH_4$/compressor | 202 | 1.22E-02 | tonne $CH_4$/compressor-hr |
| Large reciprocating gas compressor stations [f,g] | 8,247 | scfy $CH_4$/station | 126 | 6.59E-03 | tonne $CH_4$/station-hr |
| Meters/piping [e] | 16,073 | scfy $CH_4$/meter | 159 | 3.52E-05 | tonne $CH_4$/meter-hr |
| Dehydrators [e] | 32,561 | scfy $CH_4$/dehydrator | 45.1 | 7.13E-05 | tonne $CH_4$/dehydrator-hr |
| Gathering pipelines [e,h] | 826 | lb $CH_4$/mile-yr | 113 | 4.28E-05 / 2.66E-05 | tonne $CH_4$/mile-hr / tonne $CH_4$/km-hr |
| $CO_2$ from oxidation [e,i] | 84.7 | lb $CO_2$/mile-yr | 70.2 | 4.38E-06 / 2.72E-06 | tonne $CO_2$/mile-hr / tonne $CO_2$/km-hr |
| $CO_2$ from pipeline leaks [e] | 112.8 | lb $CO_2$/mile-yr | 114 | 5.84E-06 / 3.63E-06 | tonne $CO_2$/mile-hr / tonne $CO_2$/km-hr |

Footnotes and Sources:
[a] Harrison, M.R., L.M. Campbell, T.M. Shires, and R.M. Cowgill. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report,* Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[b] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines,* Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[c] Uncertainty is based on a 95% confidence interval from the data used to develop the original emission factor.
[d] Emission factors converted from scfy are based on 60 °F and 14.7 psia. The average $CH_4$ concentration associated with these emission factors provided in Table E-4 is 78.8 mole %; the average $CO_2$ concentration (for buried pipelines) also provided in Table E-4 is 2 mole %. If the actual concentration differs from the default value, the emission factors shown above can be adjusted by the ratio of the site concentration to the default concentration.
[e] Emission factor derivation provided in Appendix C.
[f] Large compressors are those with more than 3 stage of compression. Large compressor stations are those with five or more compressors.
[g] Because the data used to calculate the reference emission factor was unavailable, the Uncertainty at a 95% confidence interval was calculated based on the Uncertainty at a 90% confidence interval presented in the source assuming a data set size of ten.
[h] More detailed gathering pipeline fugitive emission factors are presented in Appendix H.
[i] A portion of $CH_4$ emitted from underground pipeline leaks is oxidized to form $CO_2$.

Gas processing fugitive emission factors are presented in Table 6-5. These emission factors are taken or derived from the GRI/EPA U.S. methane emissions study (Harrison, et al., 1996). The default $CH_4$ concentration associated with these emission factors provided in Table E-4 is 86.8 mole %. The emission factors can be adjusted for other $CH_4$ concentrations by the ratio of the actual $CH_4$ content to the default value. The emission factors can also be used to estimate $CO_2$ emissions based on the ratio of $CO_2$ to $CH_4$ in the produced gas. (These adjustments are demonstrated in Exhibit 6.1.)

©2009 American Petroleum Institute

BLM_0003109

*Fugitive Emission Estimation Methods*

### Table 6–5.  Fugitive CH$_4$ Emission Factors for Natural Gas Processing Equipment

| Equipment Basis | Reference CH$_4$ Emission Factor [a,b], Original Units | | Uncertainty [c] (± %) | CH$_4$ Emission Factor [d], Converted Units | |
|---|---|---|---|---|---|
| Gas processing volume [e] | 130.563 | scf/MMscf processed | 58.1 | 2.50E-03 | tonne/MMscf processed |
| | | | | 8.84E-02 | tonne/10$^6$ m$^3$ processed |
| Reciprocating compressors | 11,198 | scfd/compressor | 95.2 | 8.95E-03 | tonne/compressor-hr |
| Centrifugal compressors | 21,230 | scfd/compressor | 51.8 | 1.70E-02 | tonne/compressor-hr |

Footnotes and Sources:

[a] Harrison, M.R., L.M. Campbell, T.M. Shires, and R.M. Cowgill. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Uncertainty is based on a 95% confidence interval from the data used to develop the original emission factor.

[d] Emission factors converted from scfy are based on 60 °F and 14.7 psia.  The average CH$_4$ concentration associated with these emission factors provided in Table E-4 is 86.8 mole %.  If the actual CH$_4$ content differs from the default value, the emission factors shown above can be adjusted by the ratio of the site CH$_4$ content to the default concentration.

[e] See derivation in Appendix C.

Table 6-6 provides fugitive emission factors for equipment associated with natural gas transmission and storage operations and Table 6-7 provides fugitive emission factors for gas distribution equipment.  Table 6-8 provides fugitive emission factors for distribution M&R stations.  Carbon dioxide emissions from buried pipeline leaks are discussed further at the end of Section 6.1.2.  The default CH$_4$ concentration for these emission factor tables provided in Table E-4 is 93.4 mole %.  The emission factors can be adjusted for other CH$_4$ concentrations by the ratio of the actual CH$_4$ content to the default value.  The emission factors can also be used to estimate CO$_2$ emissions based on the ratio of CO$_2$ to CH$_4$ in the produced gas.  (These adjustments are demonstrated in Exhibit 6.1.)

### Table 6–6.  Fugitive Emission Factors for Natural Gas Transmission and Storage Equipment

| Equipment Basis | Reference Emission Factor [a,b], Original Units | | Uncertainty [c] (± %) | Emission Factor [d], Converted Units | |
|---|---|---|---|---|---|
| Compressor stations | 8,778 | scfd CH$_4$/station | 126 | 7.02E-03 | tonne CH$_4$/station-hr |
| Compressor stations – reciprocating compressor | 15,205 | scfd CH$_4$/comp. | 84.2 | 1.22E-02 | tonne CH$_4$/compressor-hr |
| Compressor stations – centrifugal compressor | 30,305 | scfd CH$_4$/comp. | 45.7 | 2.42E-02 | tonne CH$_4$/compressor-hr |
| Meter/Reg. stations [e] | 60,011 | scf CH$_4$/station-yr | 1,500 [f] | 1.31E-04 | tonne CH$_4$/station-hr |
| M&R stations – farm taps or direct sales | 31.2 | scfd CH$_4$/station | 97.6 | 2.49E-05 | tonne/station-hr |
| M&R stations – transmission interconnects | 3,984 | scfd CH$_4$/station | 96.1 | 3.18E-03 | tonne/station-hr |

©2009 American Petroleum Institute

BLM_0003110

*Fugitive Emission Estimation Methods*

### Table 6–6. Fugitive Emission Factors for Natural Gas Transmission and Storage Equipment, continued

| Equipment Basis | Reference Emission Factor [a,b], Original Units | | Uncertainty [c] (± %) | Emission Factor [d], Converted Units | |
|---|---|---|---|---|---|
| Gas transmission pipeline [e] | 23.12 | lb $CH_4$/mile-yr | 94.7 | 1.20E-06 | tonne $CH_4$/mile-hr |
| | | | | 7.44E-07 | tonne $CH_4$/km-hr |
| $CO_2$ from oxidation [e,g] | 7.59 | lb $CO_2$/mile-yr | 70.3 | 3.93E-07 | tonne $CO_2$/mile-hr |
| | | | | 2.44E-07 | tonne $CO_2$/km-hr |
| $CO_2$ from pipeline leaks [e] | 1.52 | lb $CO_2$/mile-yr | 90.1 | 7.88E-08 | tonne $CO_2$/mile-hr |
| | | | | 4.89E-08 | tonne $CO_2$/km-hr |
| Storage stations | 21,507 | scfd $CH_4$/station | 132 | 1.72E-02 | tonne $CH_4$/station-hr |
| Storage – reciprocating compressor | 21,116 | scfd $CH_4$/comp. | 60.4 | 1.69E-02 | tonne $CH_4$/compressor-hr |
| Storage – centrifugal compressor | 30,573 | scfd $CH_4$/comp. | 39.0 | 2.44E-02 | tonne $CH_4$/compressor-hr |
| Storage wells | 114.5 | scfd $CH_4$/well | 76.0 | 9.15E-05 | tonne $CH_4$/well-hr |

Footnotes and Sources:

[a] Harrison, M.R., L.M. Campbell, T.M. Shires, and R.M. Cowgill. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Campbell, L.M. and B.E. Stapper. *Methane Emissions from the Natural Gas Industry, Volume 10: Metering and Pressure Regulating, Stations in Natural Gas, and Transmission and Distribution*, Final Report, GRI-94/0257.27 and EPA-600/R-96-080j. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Uncertainty is based on a 95% confidence interval from the data used to develop the original emission factor.

[d] Emission factors converted from scf are based on 60 °F and 14.7 psia. The average $CH_4$ concentration associated with these emission factors provided in Table E-4 is 93.4 mole %; the average $CO_2$ concentration (for buried pipelines) also provided in Table E-4 is 2 mole %. If the actual concentration differs from the default value, the emission factors shown above can be adjusted by the ratio of the site concentration to the default concentration.

[e] Emission factor derivation is provided in Appendix C.

[f] Uncertainty range (0 – 900,158 scf $CH_4$/station-yr)

[g] A portion of $CH_4$ emitted from underground pipeline leaks is oxidized to form $CO_2$.

### Table 6–7. Fugitive Emission Factors for Gas Distribution Equipment

| Equipment Basis | Reference Emission Factor [a,b], Original Units | | Uncertainty [c] (± %) | Emission Factor [d], Converted Units | |
|---|---|---|---|---|---|
| Customer meters [e] | 129.15 | scf/meter-yr | 24.6 | 2.83E-07 | tonne $CH_4$/meter-hr |
| Commercial/industrial meters | 47.9 | scf/meter-yr | 47.1 | 1.05E-07 | tonne $CH_4$/meter-hr |
| Residential meters | 138.5 | scf/meter-yr | 20.6 | 3.03E-07 | tonne $CH_4$/meter-hr |
| Distribution meter/reg. stations [e] | 207,018 | scf/station-yr | 111 | 4.53E-04 | tonne $CH_4$/station-hr |
| Distribution pipelines [e] | 1,359 | lb $CH_4$/mile-yr | 71.4 | 7.04E-05 | tonne $CH_4$/mile-hr |
| | | | | 4.37E-05 | tonne $CH_4$/km-hr |
| $CO_2$ from oxidation [e,f] | 1,204 | lb $CO_2$/mile-yr | 78.7 | 6.24E-05 | tonne $CO_2$/mile-hr |
| | | | | 3.87E-05 | tonne $CO_2$/km-hr |
| $CO_2$ from pipeline leaks [e] | 105.6 | lb $CO_2$/mile-yr | 67.7 | 5.47E-06 | tonne $CO_2$/mile-hr |
| | | | | 3.40E-06 | tonne $CO_2$/km-hr |
| Distribution services (mileage basis) [e] | 1,067 | lb $CH_4$/mile-yr | 140 | 5.53E-05 | tonne $CH_4$/mile-hr |
| | | | | 3.43E-05 | tonne $CH_4$/km-hr |
| $CO_2$ from oxidation [e,f] | 54.4 | lb $CO_2$/mile-yr | 115 | 2.82E-06 | tonne $CO_2$/mile-hr |
| | | | | 1.75E-06 | tonne $CO_2$/km-hr |

©2009 American Petroleum Institute

BLM_0003111

*Fugitive Emission Estimation Methods*

**Table 6–7.  Fugitive Emission Factors for Gas Distribution Equipment, continued**

| Equipment Basis | Reference Emission Factor [a,b], Original Units | | Uncertainty [c] (± %) | Emission Factor [d], Converted Units | |
|---|---|---|---|---|---|
| $CO_2$ from service leaks [e] | 63.9 | lb $CO_2$/mile-yr | 140 | 3.31E-06 | tonne $CO_2$/mile-hr |
|  |  |  |  | 2.05E-06 | tonne $CO_2$/km-hr |
| Distribution services (service basis) [e] | 12.7 | lb $CH_4$/service-yr | 140 | 6.55E-07 | tonne $CH_4$/service-hr |
| $CO_2$ from oxidation [e,f] | 0.65 | lb $CO_2$/service-yr | 115 | 3.34E-08 | tonne $CO_2$/service-hr |
| $CO_2$ from service leaks [e] | 0.76 | lb $CO_2$/service-yr | 140 | 3.92E-08 | tonne $CO_2$/service-hr |

Footnotes and Sources:

[a] Harrison, M.R., L.M., Campbell, T.M. Shires, and R.M. Cowgill. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report,* Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks,* Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Uncertainty is based on a 95% confidence interval from the data used to develop the original emission factor.

[d] Emission factors converted from scf are based on 60 °F and 14.7 psia.  The average $CH_4$ concentration associated with these emission factors provided in Table E-4 is 93.4 mole %; the average $CO_2$ concentration (for buried pipelines) also provided in Table E-4 is 2 mole %.  If the actual concentration differs from the default value, the emission factors shown above can be adjusted by the ratio of the site concentration to the default concentration.

[e] Emission factor derivation provided in Appendix C.  Additional distribution service factors (on a service basis) are presented in Appendix C.

[f] A portion of $CH_4$ emitted from underground pipeline leaks is oxidized to form $CO_2$.

**Table 6–8.  Fugitive Emission Factors for Distribution M&R Stations**

| Equipment Basis | Reference Emission Factor [a], Original Units | | Uncertainty [b] (± %) | Emission Factor, Converted Units | |
|---|---|---|---|---|---|
| M&R >300 psig | 179.8 | scf $CH_4$/station-hr | 46.9 | 30.2 | tonne $CH_4$/station-yr |
| M&R 100 - 300 psig | 95.6 | scf $CH_4$/station-hr | 143 | 16.1 | tonne $CH_4$/station-yr |
| M&R <100 psig | 4.31 | scf $CH_4$/station-hr | 334 | 0.72 | tonne $CH_4$/station-yr |
| Regulating >300 psig | 161.9 | scf $CH_4$/station-hr | 70.9 | 27.2 | tonne $CH_4$/station-yr |
| R-Vault >300 psig | 1.30 | scf $CH_4$/station-hr | 246 | 0.22 | tonne $CH_4$/station-yr |
| Regulating 100 - 300 psig | 40.5 | scf $CH_4$/station-hr | 83.1 | 6.81 | tonne $CH_4$/station-yr |
| R-Vault 100 - 300 psig | 0.180 | scf $CH_4$/station-hr | 116 | 3.02E-02 | tonne $CH_4$/station-yr |
| Regulating 40 - 100 psig | 1.04 | scf $CH_4$/station-hr | 93.2 | 0.17 | tonne $CH_4$/station-yr |
| R-Vault 40 - 100 psig | 0.0865 | scf $CH_4$/station-hr | 79.9 | 1.45E-02 | tonne $CH_4$/station-yr |
| Regulating <40 psig | 0.133 | scf $CH_4$/station-hr | 172 | 2.23E-02 | tonne $CH_4$/station-yr |

Footnotes and Sources:

[a] Campbell, L. M. and B. E. Stapper. *Methane Emissions from the Natural Gas Industry, Volume 10: Metering and Pressure Regulating Stations in Natural Gas Transmission and Distribution,* Final Report, GRI-94/0257.27 and EPA 600/R-96-080j. Gas Research Institute and U. S. Environmental Protection Agency, June 1996.

[b] Uncertainty is based on a 95% confidence interval based on the original data found in the source.

Exhibit 6.2 presents an example of calculating $CH_4$ emissions using the major equipment emission factors approach.

©2009 American Petroleum Institute

BLM_0003112

*Fugitive Emission Estimation Methods*

**EXHIBIT 6.2:        Sample Calculation for Major Equipment Emission Factor Approach**

INPUT DATA:

Assume an onshore gas production field has 15 gas wellheads, 4 separators, a heater, a small reciprocating compressor, a metering station, and 12 miles of gathering pipelines. The equipment operated continuously for the reporting year. The concentration of the produced gas is 79 mole % $CH_4$ and 2% $CO_2$. Calculate total $CH_4$, $CO_2$, and $CO_2e$ emissions.

CALCULATION METHODOLOGY:

1. *Calculate $CH_4$ emissions.* The emission factors for a natural gas exploration and production facility are provided in Table 6-4. Emissions are calculated below, by equipment type. Because the facility $CH_4$ content is approximately the same as the default composition associated with the emissions factors, no adjustment for $CH_4$ is made.

$$E_{CH_4, \text{ wellheads}} = \frac{1.80 \times 10^{-5} \text{ tonnes } CH_4}{hr \times \text{wellhead}} \times \frac{8760 \text{ hours}}{year} \times 15 \text{ wellheads}$$

$$\underline{E_{CH_4, \text{ wellheads}} = 2.36 \text{ tonnes } CH_4 / yr}$$

$$E_{CH_4, \text{ separators}} = \frac{4.42 \times 10^{-5} \text{ tonnes } CH_4}{hr \times \text{ separator}} \times \frac{8760 \text{ hours}}{year} \times 4 \text{ separators}$$

$$\underline{E_{CH_4, \text{ separators}} = 1.55 \text{ tonnes } CH_4 / yr}$$

$$E_{CH_4, \text{ heaters}} = \frac{4.60 \times 10^{-5} \text{ tonnes } CH_4}{hr \times \text{heater}} \times \frac{8760 \text{ hours}}{year} \times 1 \text{ heater}$$

$$\underline{E_{CH_4, \text{ heaters}} = 0.40 \text{ tonnes } CH_4 / yr}$$

$$E_{CH_4, \text{ small recips}} = \frac{2.12 \times 10^{-4} \text{ tonnes } CH_4}{hr \times \text{small recip.}} \times \frac{8760 \text{ hours}}{year} \times 1 \text{ small recip.}$$

$$\underline{E_{CH_4, \text{ small recips}} = 1.86 \text{ tonnes } CH_4 / yr}$$

©2009 American Petroleum Institute

BLM_0003113

*Fugitive Emission Estimation Methods*

**EXHIBIT 6.2:        Sample Calculation for Major Equipment Emission Factor Approach, continued**

$$E_{CH_4, meter} = \frac{3.52 \times 10^{-5} \text{ tonnes CH}_4}{hr \times meter} \times \frac{8760 \text{ hours}}{year} \times 1 \text{ meter}$$

$$E_{CH_4, meter} = 0.31 \text{ tonnes CH}_4 / yr$$

$$E_{CH_4, gathering pipe} = \frac{4.28 \times 10^{-5} \text{ tonnes CH}_4}{hr \times mile} \times \frac{8760 \text{ hours}}{year} \times 12 \text{ miles}$$

$$E_{CH_4, gathering pipe} = 4.50 \text{ tonnes CH}_4 / yr$$

Total $CH_4$ emissions are calculated by summing the individual equipment $CH_4$ emissions, as shown below.

$$E_{CH_4, total} = \frac{2.36 \text{ tonnes}}{yr} + \frac{1.55 \text{ tonnes}}{yr} + \frac{0.40 \text{ tonnes}}{yr} + \frac{1.86 \text{ tonnes}}{yr} + \frac{0.31 \text{ tonnes}}{yr}$$

$$E_{CH_4, total} = 6.48 \text{ tonnes CH}_4 / yr$$

2. *Calculate $CO_2$ emissions.* $CO_2$ emissions result from $CO_2$ present in the gas stream. For non-pipeline sources, it is assumed that the $CO_2$ leak rate is based on the $CH_4$ emission rate, but adjusted for the ratio of $CO_2$ to $CH_4$ in the gas.

$$E_{CO_2, non-pipeline sources} = \frac{6.48 \text{ tonnes CH}_4}{yr} \times \frac{\text{tonne mole CH}_4}{16 \text{ tonnes CH}_4} \times \frac{0.02 \text{ tonne mole CO}_2}{0.79 \text{ tonne mole CH}_4} \times \frac{44 \text{ tonnes CO}_2}{\text{tonne mole CO}_2}$$

$$E_{CO_2, non-pipeline sources} = 0.45 \text{ tonnes CO}_2 / yr$$

$CO_2$ emissions from pipeline leaks and from the oxidation of $CH_4$ in the soil are calculated using the emission factors from Table 6-4.

$$E_{CO_2, pipeline leaks} = \frac{5.84 \times 10^{-6} \text{ tonnes CO}_2}{hr \times mile} \times \frac{8760 \text{ hours}}{year} \times 12 \text{ miles}$$

$$E_{CO_2, pipeline leaks} = 0.61 \text{ tonnes CO}_2 / yr$$

©2009 American Petroleum Institute

BLM_0003114

*Fugitive Emission Estimation Methods*

---

**EXHIBIT 6.2:**     **Sample Calculation for Major Equipment Emission Factor Approach, continued**

$$E_{CO_2, \text{oxidation}} = \frac{4.38 \times 10^{-5} \text{ tonnes CO}_2}{\text{hr} \times \text{mile}} \times \frac{8760 \text{ hours}}{\text{year}} \times 12 \text{ miles}$$

$$\underline{E_{CO_2, \text{oxidation}} = 0.46 \text{ tonnes CO}_2 / \text{yr}}$$

The total $CO_2$ emissions from these sources are calculated by summing the individual source $CO_2$ emissions, as shown below:

$$E_{CO_2, \text{total}} = \frac{0.45 \text{ tonnes}}{\text{yr}} + \frac{0.61 \text{ tonnes}}{\text{yr}} + \frac{0.46 \text{ tonnes}}{\text{yr}}$$

$$\underline{E_{CO_2, \text{total}} = 1.52 \text{ tonnes CO}_2 / \text{yr}}$$

3. *Calculate $CO_2$e emissions.* Total fugitive emissions for this production field, in $CO_2$ equivalent are calculated using Equation 3-2.

$$E_{CO_2e} = \left( \frac{6.48 \text{ tonnes CH}_4}{\text{yr}} \times \frac{21 \text{ tonnes CO}_2\text{e}}{\text{tonne CH}_4} \right) + \frac{1.52 \text{ tonnes CO}_2}{\text{yr}}$$

$$\underline{E_{CO_2e} = 137.60 \text{ tonnes CO}_2\text{e/yr}}$$

---

Table 6-9 provides more detailed pipeline leak emission factors for transmission pipelines that include both $CH_4$ and $CO_2$ emissions. The derivation of these emission factors is provided in Appendix C.

**Table 6–9.  More Detailed Fugitive Emission Factors for Natural Gas Transmission Equipment**

| Source | Emission Factor [a,b], Original Units | | Uncertainty [c] (±%) | Emission Factor [d], Converted Units | |
|---|---|---|---|---|---|
| Cast iron pipeline | 10,096 | lb CH$_4$/mile-yr | 77.0 | 4.5794 | tonne CH$_4$/mile-yr |
| | | | | 2.8455 | tonne CH$_4$/km-yr |
| CO$_2$ from oxidation [e] | 18,699 | lb CO$_2$/mile-yr | 81.0 | 8.4817 | tonne CO$_2$/mile-yr |
| | | | | 5.2703 | tonne CO$_2$/km-yr |
| CO$_2$ from pipeline leaks | 993.6 | lb CO$_2$/mile-yr | 81.1 | 0.4507 | tonne CO$_2$/mile-yr |
| | | | | 0.2800 | tonne CO$_2$/km-yr |

©2009 American Petroleum Institute

BLM_0003115

*Fugitive Emission Estimation Methods*

### Table 6–9.  More Detailed Fugitive Emission Factors for Natural Gas Transmission Equipment, continued

| Source | Emission Factor [a,b], Original Units | | Uncertainty [c] (±%) | Emission Factor [d], Converted Units | |
|---|---|---|---|---|---|
| Plastic pipeline | 22.55 | lb CH$_4$/mile-yr | 233 | 0.01023 | tonne CH$_4$/mile-yr |
|  |  |  |  | 0.00636 | tonne CH$_4$/km-yr |
| CO$_2$ from oxidation [e] | 1.263 | lb CO$_2$/mile-yr | 234 | 0.0005728 | tonne CO$_2$/mile-yr |
|  |  |  |  | 0.0003559 | tonne CO$_2$/km-yr |
| CO$_2$ from pipeline leaks | 1.352 | lb CO$_2$/mile-yr | 234 | 0.0006133 | tonne CO$_2$/mile-yr |
|  |  |  |  | 0.0003811 | tonne CO$_2$/km-yr |
| Protected steel pipeline | 15.16 | lb CH$_4$/mile-yr | 139 | 0.006874 | tonne CH$_4$/mile-yr |
|  |  |  |  | 0.004272 | tonne CH$_4$/km-yr |
| CO$_2$ from oxidation [e] | 1.286 | lb CO$_2$/mile-yr | 141 | 0.0005833 | tonne CO$_2$/mile-yr |
|  |  |  |  | 0.0003625 | tonne CO$_2$/km-yr |
| CO$_2$ from pipeline leaks | 0.9180 | lb CO$_2$/mile-yr | 141 | 0.0004164 | tonne CO$_2$/mile-yr |
|  |  |  |  | 0.0002587 | tonne CO$_2$/km-yr |
| Unprotected steel pipeline | 275.9 | lb CH$_4$/mile-yr | 146 | 0.1251 | tonne CH$_4$/mile-yr |
|  |  |  |  | 0.0778 | tonne CH$_4$/km-yr |
| CO$_2$ from oxidation [e] | 13.87 | lb CO$_2$/mile-yr | 148 | 0.006293 | tonne CO$_2$/mile-yr |
|  |  |  |  | 0.003910 | tonne CO$_2$/km-yr |
| CO$_2$ from pipeline leaks | 16.51 | lb CO$_2$/mile-yr | 148 | 0.007487 | tonne CO$_2$/mile-yr |
|  |  |  |  | 0.004652 | tonne CO$_2$/km-yr |

Footnotes and Sources:

[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines,* Final Report, GRI-94/0257.26 and EPA-600/R-96-080i.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Emission factor derivations are provided in Appendix C.

[c] Uncertainty based on a 95% confidence interval from the data used to develop the original emission factor.

[d] The average CH$_4$ concentration associated with these emission factors provided in Table E-4 is 93.4 mole %; the average CO$_2$ concentration (for buried pipelines) also provided in Table E-4 is 2 mole %.  If the actual concentration differs from the default value, the emission factors shown above can be adjusted by the ratio of the site concentration to the default concentration.

[e] A portion of CH$_4$ emitted from underground pipeline leaks is oxidized to form CO$_2$.

Table 6-10 includes some additional, more detailed distribution segment equipment-level emission factors.  These are similar to the level of detail shown in the Table 6-9 for the transmission segment.  The pipeline leak emission factors were derived from the GRI/EPA methane emissions project (Campbell, et al., Volume 9, 1996).  The factor derivation is provided in Appendix C.

©2009 American Petroleum Institute

BLM_0003116

*Fugitive Emission Estimation Methods*

### Table 6–10.  More Detailed Fugitive Emission Factors for Natural Gas Distribution Equipment

| Source | Emission Factor [a,b], Original Units | | Uncertainty [c] (±%) | Emission Factor, Converted Units | |
|---|---|---|---|---|---|
| Cast iron pipeline, main length | 10,096 | lb $CH_4$/mile-yr | 77.0 | 4.579 | tonne $CH_4$/mile-yr |
| | | | | 2.845 | tonne $CH_4$/km-yr |
| $CO_2$ from oxidation [d] | 18,699 | lb $CO_2$/mile-yr | 81.0 | 8.482 | tonne $CO_2$/mile-yr |
| | | | | 5.270 | tonne $CO_2$/km-yr |
| $CO_2$ from pipeline leaks | 993.6 | lb $CO_2$/mile-yr | 81.1 | 0.4507 | tonne $CO_2$/mile-yr |
| | | | | 0.2800 | tonne $CO_2$/km-yr |
| Plastic pipeline, main length | 694.2 | lb $CH_4$/mile-yr | 260 | 0.3149 | tonne $CH_4$/mile-yr |
| | | | | 0.1956 | tonne $CH_4$/km-yr |
| $CO_2$ from oxidation [d] | 38.87 | lb $CO_2$/mile-yr | 261 | 0.01763 | tonne $CO_2$/mile-yr |
| | | | | 0.01096 | tonne $CO_2$/km-yr |
| $CO_2$ from pipeline leaks | 41.62 | lb $CO_2$/mile-yr | 261 | 0.01888 | tonne $CO_2$/mile-yr |
| | | | | 0.01173 | tonne $CO_2$/km-yr |
| Protected steel pipeline, main length | 129.7 | lb $CH_4$/mile-yr | 128 | 0.05883 | tonne $CH_4$/mile-yr |
| | | | | 0.03655 | tonne $CH_4$/km-yr |
| $CO_2$ from oxidation [d] | 11.01 | lb $CO_2$/mile-yr | 130 | 0.004992 | tonne $CO_2$/mile-yr |
| | | | | 0.003102 | tonne $CO_2$/km-yr |
| $CO_2$ from pipeline leaks | 7.856 | lb $CO_2$/mile-yr | 130 | 0.003563 | tonne $CO_2$/mile-yr |
| | | | | 0.002214 | tonne $CO_2$/km-yr |
| Unprotected steel pipeline, main length | 4,660 | lb $CH_4$/mile-yr | 133 | 2.114 | tonne $CH_4$/mile-yr |
| | | | | 1.313 | tonne $CH_4$/km-yr |
| $CO_2$ from oxidation [d] | 234.4 | lb $CO_2$/mile-yr | 135 | 0.1063 | tonne $CO_2$/mile-yr |
| | | | | 0.0661 | tonne $CO_2$/km-yr |
| $CO_2$ from pipeline leaks | 278.8 | lb $CO_2$/mile-yr | 135 | 0.1265 | tonne $CO_2$/mile-yr |
| | | | | 0.0786 | tonne $CO_2$/km-yr |
| Copper pipeline, services | 10.76 | lb $CH_4$/service-yr | 172 | 0.004878 | tonne $CH_4$/service-yr |
| $CO_2$ from oxidation [d] | 0 | lb $CO_2$/service-yr | N/A | 0 | tonne $CO_2$/service-yr |
| $CO_2$ from pipeline leaks | 0.6319 | lb $CO_2$/service-yr | 174 | 0.0002866 | tonne $CO_2$/service-yr |
| Plastic pipeline, services | 0.3932 | lb $CH_4$/service-yr | 234 | 0.0001784 | tonne $CH_4$/service-yr |
| $CO_2$ from oxidation [d] | 0.2903 | lb $CO_2$/service-yr | 235 | 0.0001317 | tonne $CO_2$/service-yr |
| $CO_2$ from pipeline leaks | 0.02932 | lb $CO_2$/service-yr | 235 | 0.00001330 | tonne $CO_2$/service-yr |
| Protected steel pipeline, services | 7.464 | lb $CH_4$/service-yr | 178 | 0.003385 | tonne $CH_4$/service-yr |
| $CO_2$ from oxidation [d] | 0.5467 | lb $CO_2$/service-yr | 180 | 0.0002480 | tonne $CO_2$/service-yr |
| $CO_2$ from pipeline leaks | 0.4502 | lb $CO_2$/service-yr | 180 | 0.0002042 | tonne $CO_2$/service-yr |
| Unprotected steel pipeline, services | 71.92 | lb $CH_4$/service-yr | 185 | 0.03262 | tonne $CH_4$/service-yr |
| $CO_2$ from oxidation [d] | 2.195 | lb $CO_2$/service-yr | 186 | 0.0009956 | tonne $CO_2$/service-yr |
| $CO_2$ from pipeline leaks | 4.273 | lb $CO_2$/service-yr | 186 | 0.001938 | tonne $CO_2$/service-yr |

Footnotes and Sources:

[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] The average $CH_4$ concentration associated with these emission factors provided in Table E-4 is 93.4 mole %; the average $CO_2$ concentration (for buried pipelines) also provided in Table E-4 is 2 mole %.  If the actual concentration differs from the default value, the emission factors shown above can be adjusted by the ratio of the site concentration to the default concentration.

[c] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.

[d] A portion of $CH_4$ emitted from underground pipeline leaks is oxidized to form $CO_2$.

Early plastic pipes (pre-1982) were more susceptible to leakage than plastic pipes manufactured after 1982 that were built to the American Society of Testing and Materials (ASTM) D2837

©2009 American Petroleum Institute

BLM_0003117

standards.  Factors such as brittle cracking may have contributed to the higher pipeline leaks from plastic pipelines manufactured prior to 1982.  Using data from the 1996 GRI/EPA study (Campbell, et al., 1996) and data from Southern California Gas Company (SoCal, 1993), separate buried plastic pipeline fugitive leak emission factors were developed for pre-1982 plastic pipes and post-1982 (ASTM 2837) plastic pipelines.

Table 6-11 provides emission factors for plastic pipelines disaggregated on the basis of whether the pipes were manufactured before or after 1982.  These emission factors are provided on both a leak basis and pipeline mileage basis.  More detailed information on the derivation of these factors are provided in Appendix C.

©2009 American Petroleum Institute

BLM_0003118

*Fugitive Emission Estimation Methods*

## Table 6–11.  Fugitive Emission Factor from Underground Plastic Pipelines by Construction Year

| Source | Leak Based Emission Factors [a,b,c,d] | | | | Pipeline Length Based Emission Factors [a,b,c,d] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pre-1982 | | Post-1982 (ASTM D2837) | | Pre-1982 | | | Post-1982 (ASTM D2837) | | |
| | (tonnes/leak-yr)[e] | Uncertainty (± %)[f] | (tonnes/leak-yr)[e] | Uncertainty (± %)[f] | (tonnes/mi-yr)[e,g] | (tonnes/km-yr)[e,g] | Uncertainty (± %)[f,h] | (tonnes/mi-yr)[e,g] | (tonnes/km-yr)[e,g] | Uncertainty (± %)[f,h] |
| **Production[i]** | | | | | | | | | | |
| $CH_4$ from pipeline leaks | 0.830 | 164 | 0.140 | 37 | 0.180 | 0.112 | 245 | 0.030 | 0.019 | 108 |
| $CO_2$ from pipeline leaks | 0.111 | 157 | 0.019 | 26 | 0.024 | 0.015 | 236 | 0.0041 | 0.003 | 101 |
| $CO_2$ from oxidation[l] | 0.046 | 164 | 0.0078 | 37 | 0.010 | 0.006 | 245 | 0.0017 | 0.001 | 108 |
| **Transmission[j]** | | | | | | | | | | |
| $CH_4$ from pipeline leaks | 0.983 | 164 | 0.166 | 36 | 0.0053 | 0.003 | 249 | 0.00089 | 0.001 | 110 |
| $CO_2$ from pipeline leaks | 0.059 | 157 | 0.010 | 26 | 0.00031 | 0.000 | 241 | 0.000053 | 0.000 | 104 |
| $CO_2$ from oxidation[l] | 0.055 | 164 | 0.0093 | 36 | 0.00029 | 0.000 | 249 | 0.000050 | 0.000 | 110 |
| **Distribution, Main[k]** | | | | | | | | | | |
| $CH_4$ from pipeline leaks | 0.983 | 164 | 0.166 | 36 | 0.162 | 0.100 | 324 | 0.027 | 0.017 | 159 |
| $CO_2$ from pipeline leaks | 0.059 | 157 | 0.010 | 26 | 0.010 | 0.006 | 313 | 0.0016 | 0.001 | 153 |
| $CO_2$ from oxidation[l] | 0.055 | 164 | 0.0093 | 36 | 0.009 | 0.006 | 324 | 0.0015 | 0.001 | 159 |

Footnotes and Sources:

[a] Emission factors derived from data presented in the 1996 GRI/EPA Study and from Southern California Gas Company (SoCal); refer to Appendix C for more details.

[b] Campbell, L. M., M. V. Campbell, and D. L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA 600/R-96-080i. Gas Research Institute and U. S. Environmental Protection Agency, June 1996.

[c] Southern California Gas Company (SoCal). *A Study of the 1991 Unaccounted-for Gas Volume at the Southern Gas Company*, April 1993.

[d] The SoCal data were taken from: California Energy Commission (CEC). *Evaluation of Oil and Gas Sector Greenhouse Gas Emissions Estimation and Reporting*, California Energy Commission, Consultant Report, Final Draft, April 14, 2006.

[e] $CH_4$ emission factors converted from scf or $m^3$ are based on 60°F and 14.7 psia.

[f] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.

[g] Leak based emission factors were converted to miles basis based on the leak/miles ratio taken from data presented in Volume 9 of the 1996 GRI/EPA study.  Equivalent leaks and pipeline miles were not provided by year of construction, so this conversion was based on the total U.S. leaks and miles of pipeline.  Factors were then converted to kilometer basis.

[h] Because the data used to calculate the activity factor for the referenced emission was unavailable, the Uncertainty at a 95% confidence interval was calculated from the reported 90% confidence interval assuming a data set size of ten.

[i] Production sector emission factors are based on a gas composition provided in Table E-4 of 78.8 mole % $CH_4$ and 3.78% $CO_2$.  Leak-based emission factors were converted to miles basis using 6,467 +/- 76.0% equivalent leaks from page B-13 and 29,862 +/-10% miles of gathering pipeline from Table 8-9 of Volume 9 of the 1996 GRI/EPA study.

[j] Transmission sector emission factors are based on a gas composition provided in Table E-4 of 93.4 mole % $CH_4$ and 2.0 mole % $CO_2$.  Leak-based emission factors were converted to miles basis using 14 +/- 78.6% equivalent leaks and 2621 +/-10% miles of transmission pipeline from Table 8-7 of Volume 9 of the 1996 GRI/EPA study.

[k] Distribution sector emission factors are based on a gas composition  provided in Table E-4 of 93.4 mole % $CH_4$ and 2.0 mole % $CO_2$.  Leak-based emission factors were converted to miles basis using 49,226 +/- 117.9% equivalent leaks from Table 8-6 and 299,421 +/-5% miles of distribution pipeline from Table 8-4 of Volume 9 of the 1996 GRI/EPA study.

[l] A portion of $CH_4$ emitted from underground pipeline leaks is oxidized to form $CO_2$.  The conversion in the table above was based on 2.0% (+/- 25%) soil oxidation for plastic pipelines taken from Table 8-2 of Volume 9 of the GRI/EPA study.

©2009 American Petroleum Institute

BLM_0003119

*Fugitive Emission Estimation Methods*

### 6.1.3 Component-Level Average Emission Factors Approach

The component-level average emission factor approach is based on the number of components in the facility. Where no monitoring data are available, this approach provides a more accurate estimation than equipment or facility level emission factors, since it is based on site-specific component population data.

It should be noted that the component-level average emission factors were developed for estimating TOC, also referred to as THC, or VOC, rather than $CH_4$. This section includes a methodology for converting the TOC-based emission factors to $CH_4$ fugitive equipment leak emissions, based on either site-specific data or on default composition by type of facility.

For some emission factors, component counts are required for each service category, such as valves in gas, light liquid, or heavy liquid service. According to EPA (EPA, 1995), gas service is any material that is in a gaseous or vapor state at process conditions. Light liquid service is defined as any material in a liquid state in which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kPa at 20°C is greater than or equal to 20 weight percent, which generally includes naphtha and more volatile oil and natural gas liquids. A heavy liquid is any liquid that is not in gas/vapor or light liquid service, which would generally include kerosene and less volatile oil and natural gas liquids.

EPA provides the following equation to estimate TOC mass emissions for a given component type:

$$E_{TOC} = FA \times WF_{TOC} \times N \qquad \text{(Equation 6-7)}$$

where
$E_{TOC}$ = emission rate of TOC from all components of a given type in the stream;
$F_A$ = average emission factor for the component type A from the applicable tables;
$WF_{TOC}$ = average weight fraction TOC in the stream (if unknown assume 1.0); and
$N$ = number of components of the given type in the stream.

The weight fraction concentration of TOC within the equipment is needed because equipment with higher TOC concentrations tends to have higher TOC leak rates. When using the average emission factor approach for streams with different TOC concentrations, the components should be grouped according to the TOC weight fraction, prior to applying Equation 6-7.

©2009 American Petroleum Institute

BLM_0003120

On the same basis, Equation 6-8 can be restated in terms of $CH_4$ emissions (a constituent of TOC) by replacing the TOC weight fraction with the weight fraction of $CH_4$ ($WF_{CH4}$). The derivation is shown below:

$$E_{TOC} = F_A \times WF_{TOC} \times N$$

(Equation 6-8)

$$E_{CH_4} = E_{TOC} \times \frac{WF_{CH_4}}{WF_{TOC}}$$

Combining these equations, the weight fraction of TOC cancels out, resulting in an equation stated in terms of $CH_4$ emissions, as shown for Equation 6-9.

$$E_{CH_4} = (F_A \times WF_{TOC} \times N) \times \frac{WF_{CH_4}}{WF_{TOC}}$$

(Equation 6-9)

$$E_{CH_4} = F_A \times WF_{CH_4} \times N$$

where

$E_{CH_4}$ = emission rate of $CH_4$ from all components of a given type in the stream; and

$WF_{CH_4}$ = average weight fraction of $CH_4$.

EPA average emission factors for oil and natural gas production facilities are provided in Table 6-12 (EPA, 1995). Although these emission factors are reported in terms of individual components, the average emission factor approach is intended for application to a population of components. Note also that the emission factors in Table 6-12 are service specific.

Please note that unlike EPA, API Report 4615 designates heavy crude as having an API gravity of less than 20° and light crude as having an API gravity of greater than 20°. The emission factors provided in Tables 6-13, 6-14, and 6-16 are facility-specific and not service-specific. For example, a heavy-crude production facility should use the heavy-crude emission factors provided in Table 6-14 for all streams including any gas streams at the site. Thus, the gas production emission factors would not be used to estimate gaseous stream fugitive emissions at the heavy-crude production facility. Note also that these emission factors can be converted to a $CH_4$ basis using Equation 6-9.

©2009 American Petroleum Institute

BLM_0003121

*Fugitive Emission Estimation Methods*

### Table 6-12.  EPA Average Oil and Natural Gas Production Emission Factors

| Component – Service [a] | Emission Factor, Original Units [b], kg gas/hr/component | Emission Factor, Converted to tonne gas/hr/component |
|---|---|---|
| Valves – gas | 4.5E-03 | 4.5E-06 |
| Valves – heavy oil | 8.4E-06 | 8.4E-09 |
| Valves – light oil | 2.5E-03 | 2.5E-06 |
| Valves – water/oil | 9.8E-05 | 9.8E-08 |
| Connectors – gas | 2.0E-04 | 2.0E-07 |
| Connectors – heavy oil | 7.5E-06 | 7.5E-09 |
| Connectors – light oil | 2.1E-04 | 2.1E-07 |
| Connectors – water/oil | 1.1E-04 | 1.1E-07 |
| Flanges – gas | 3.9E-04 | 3.9E-07 |
| Flanges – heavy oil | 3.9E-07 | 3.9E-10 |
| Flanges – light oil | 1.1E-04 | 1.1E-07 |
| Flanges – water/oil | 2.9E-06 | 2.9E-09 |
| Open-ended lines – gas | 2.0E-03 | 2.0E-06 |
| Open-ended lines – heavy oil | 1.4E-04 | 1.4E-07 |
| Open-ended lines – light oil | 1.4E-03 | 1.4E-06 |
| Open-ended lines – water/oil | 2.5E-04 | 2.5E-07 |
| Pump Seals – gas | 2.4E-03 | 2.4E-06 |
| Pump Seals – light oil | 1.3E-02 | 1.3E-05 |
| Pump Seals – water/oil | 2.4E-05 | 2.4E-08 |
| Others – gas | 8.8E-03 | 8.8E-06 |
| Others – heavy oil | 3.2E-05 | 3.2E-08 |
| Others – light oil | 7.5E-03 | 7.5E-06 |
| Others – water/oil | 1.4E-02 | 1.4E-05 |

Footnotes and Sources:
a EPA defines light liquids as liquids for which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kPa at 20 °C is greater than or equal to 20 weight percent.  EPA defines heavy liquids as liquids not in gas/vapor or light liquid service.
b U.S. Environmental Protection Agency (EPA).  *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995, Table 2-4.

Table 6-13 provides average fugitive emission factors for offshore facilities.

### Table 6-13.  API Average Offshore Fugitive Emission Factors

| Component | Emission Factor, Original Units [a], lb TOC/day/comp. | Emission Factor, Converted to tonne TOC/component-hr |
|---|---|---|
| Valves | 0.027 | 5.14E-07 |
| Pump seals | 0.010 | 1.95E-07 |
| Others | 0.367 | 6.94E-06 |
| Connectors | 0.006 | 1.08E-07 |
| Flanges | 0.010 | 1.97E-07 |
| Open-ended lines | 0.054 | 1.01E-06 |

Footnote and Source:
a American Petroleum Institute (API). *Emission Factors for Oil and Gas Production Operations*, API Publication Number 4615, Health and Environmental Sciences Department, January, 1995, Table ES-1.

Average oil and natural gas production emission factors are provided in Table 6-14.

©2009 American Petroleum Institute

BLM_0003122

*Fugitive Emission Estimation Methods*

### Table 6-14.  API Oil and Natural Gas Production Average Emission Factors

| Component – Facility Type [a] | Emission Factor [b], Original Units, lb TOC/day/component | Emission Factor, Converted to tonne TOC/component-hr |
|---|---|---|
| Valves – gas production | 1.39E-01 | 2.63E-06 |
| Valves – heavy crude production | 6.86E-04 | 1.30E-08 |
| Valves – light crude production | 7.00E-02 | 1.32E-06 |
| Connectors – gas production | 1.70E-02 | 3.21E-07 |
| Connectors – heavy crude production | 4.22E-04 | 7.98E-09 |
| Connectors – light crude production | 8.66E-03 | 1.64E-07 |
| Flanges – gas production | 6.23E-03 | 1.18E-07 |
| Flanges – heavy crude production | 1.16E-03 | 2.19E-08 |
| Flanges – light crude production | 4.07E-03 | 7.69E-08 |
| Open-ended lines – gas production | 3.63E-02 | 6.86E-07 |
| Open-ended lines – heavy crude production | 8.18E-03 | 1.55E-07 |
| Open-ended lines – light crude production | 6.38E-02 | 1.21E-06 |
| Pump Seals – gas production | 1.03E-02 | 1.95E-07 |
| Pump Seals – light crude production | 1.68E-02 | 3.18E-07 |
| Others – gas production | 4.86E-01 | 9.19E-06 |
| Others – heavy crude production | 3.70E-03 | 6.99E-08 |
| Others – light crude production | 3.97E-01 | 7.50E-06 |

Footnotes and Sources:
[a] These emission factors are facility specific, not service specific.  For example, a facility producing light crude would apply the light crude production emission factors regardless of service type.  API Publication 4615 defines light crude as oil with an API gravity of 20 or more, and heavy crude as oil with an API gravity of less than 20.
[b] American Petroleum Institute (API). *Emission Factors for Oil and Gas Production Operations*, API Publication Number 4615, Health and Environmental Sciences Department, January, 1995, Table ES-1.

Tables 6-21 and 6-22 provides additional oil and natural gas production facility average emission factors.

Table 6-15 presents natural gas plant, gathering compressor station, and well site average THC emissions factors based on a comprehensive measurement program, conducted to determine cost-effective directed inspection and maintenance (DI&M) control opportunities (EPA, 2006).  This report presents fugitive emission factors from two phases of site measurements.  Phase I of the program was conducted at four gas processing plants in the Western U.S. during 2000.  Phase II of the program was conducted at five gas processing plants, seven gathering compressor stations, and 12 well sites during 2004 and 2005.  The report presents aggregate emission factors from gas plants, gathering compressor stations and well sites for Phase II of the study, rather than separate emission factors for each sector.  The report also shows that the measured THC emission rates from the leaking components during Phase II of the study were 1348 tonnes/facility-yr for gas plants, 131 tonnes/facility-yr for gathering compressor stations, and 8 tonnes/facility-yr for well sites.  Based on the counts of the facilities and measured leak rates, the measured THC leak rates were approximately

BLM_0003123

*Fugitive Emission Estimation Methods*

comprised of 86.9% from gas plants, 11.8% from gathering compressor stations, and 1.2% from well sites.

### Table 6-15.  Natural Gas Plant, Gathering Compressor Station, and Well Site Average Emission Factors

| Component | Phase I (Gas Plants)[b] | | Phase II (Gas Plants, Gathering Compressor Stations, and Well Sites)[c] | |
|---|---|---|---|---|
| | Average THC Emission Factor[a], Original Units, kg/hr/source | Average THC Emission Factor, Converted to tonne/hr/source | Average THC Emission Factor[a], Original Units, kg/hr/source | Average THC Emission Factor, Converted to tonne/hr/source |
| Connectors | 2.22E-03 | 2.22E-06 | 3.30E-03 | 3.30E-06 |
| Block Valves | 1.10E-02 | 1.10E-05 | 1.47E-02 | 1.47E-05 |
| Control Valves | 4.85E-02 | 4.85E-05 | 3.73E-02 | 3.73E-05 |
| Pressure Relief Valves (PRV) | 6.73E-02 | 6.73E-05 | 4.70E-04 | 4.70E-07 |
| Pressure Regulators | 1.74E-02 | 1.74E-05 | 6.31E-03 | 6.31E-06 |
| Orifice Meters | 3.58E-03 | 3.58E-06 | 2.70E-03 | 2.70E-06 |
| Crank Case Vents | 8.83E-01 | 8.83E-04 | 1.20E-01 | 1.20E-04 |
| Open-Ended Lines (OEL) | 5.18E-02 | 5.18E-05 | 2.39E-01 | 2.39E-04 |
| Compressor Seals[d] | 8.52E-01 | 8.52E-04 | 5.20E-01 | 5.20E-04 |

Footnotes and Sources:
[a] U.S. Environmental Protection Agency (EPA). *EPA Phase II Aggregate Site Report:  Cost-Effective Directed Inspection and Maintenance Control Opportunities at Five Gas Processing Plants and Upstream Gathering Compressor Stations and Well Sites, Technical Report*, prepared by National Gas Machinery Laboratory, Clearstone Engineering, Ltd., and Innovative Environmental Solutions, Inc., March 2006, Table 4.
[b] Phase I of the study was based on surveys at four gas processing facilities in the Western U.S. completed during the 4th quarter of 2000.
[c] Phase II of the study was based on surveys at five gas processing plants, seven gathering compressor stations, and 12 well sites during the first quarter of 2004 and second quarter of 2005.  Table 3 of the above referenced report shows that the measured THC emission rates from the leaking components were 1348 tonnes/facility-yr for gas plants, 131 tonnes/facility-yr for gathering compressor stations, and 8 tonnes/facility-yr for well sites.  Based on the counts of the facilities and measured leak rates, the measured leak rates were comprised of 86.9% from gas plants, 11.8% from gathering compressor stations, and 1.2% from well sites.
[d] Compressor seals component category accounts for emissions from individual compressor seals.  As compressor seal leakage was typically measured from common vent and drain lines, emissions have been divided evenly among the seals on units with detected leakage.

Table 6-16, below, provides average natural gas plant emission factors.

### Table 6-16.  API Natural Gas Plant Average Emission Factors

| Component | Emission Factor, Original Units [a], lb TOC/day/comp. | Emission Factor, Converted to tonne TOC/component-hr |
|---|---|---|
| Valves | 2.04E-01 | 3.86E-06 |
| Pump seals | 6.09E-01 | 1.15E-05 |
| Others | 2.57E-01 | 4.86E-06 |
| Connectors | 1.45E-02 | 2.74E-07 |
| Flanges | 2.32E-02 | 4.38E-07 |
| Open-ended lines | 5.46E-02 | 1.03E-06 |

Footnote and Source:
[a] American Petroleum Institute (API). *Emission Factors for Oil and Gas Production Operations*, API Publication Number 4615, Health and Environmental Sciences Department, January, 1995, Table ES-1.

©2009 American Petroleum Institute

BLM_0003124

*Fugitive Emission Estimation Methods*

Table 6-17 provides natural gas transmission compressor station component emission factors for main line pressure (500-1000 psi) and fuel gas pressure (70 – 100 psi) as determined for components located on and off compressors (Howard, et al., 1999).  The emission factors are based on leak rate measurements taken at 13 compressor stations in the U.S. and Canada from 1995 to 1997.

### Table 6-17.  Natural Gas Transmission Compressor Station Component Emission Factors

| Component | ON COMPRESSOR | | | OFF COMPRESSOR | | |
|---|---|---|---|---|---|---|
| | Reference Emission Factor[a], Original Units, Mcf/yr/ source | Uncertainty[b] (± %) | Emission Factor[c], Converted to tonne CH$_4$/hr/ source | Reference Emission Factor[a], Original Units, Mcf/yr/ source | Uncertainty[b] (± %) | Emission Factor[c], Converted to tonne CH$_4$/hr/ source |
| **MAIN LINE PRESSURE (500 to 1000 psi)** | | | | | | |
| Ball/Plug Valves | 0.64 | 163 | 1.31E-06 | 5.33 | 70 | 1.09E-05 |
| Blowdown Valves | -- | -- | -- | 207.5 | 83 | 4.24E-04 |
| Compressor Cylinder Joints | 9.9 | 112 | 2.02E-05 | -- | -- | -- |
| Packing Seals - Running | 865 | 29 | 1.77E-03 | -- | -- | -- |
| Packing Seals - Idle | 1266 | 44 | 2.59E-03 | -- | -- | -- |
| Compressor Valves | 4.1 | 93 | 8.39E-06 | -- | -- | -- |
| Control Valves | -- | -- | -- | 4.26 | 167 | 8.71E-06 |
| Flanges | 0.81 | 110 | 1.66E-06 | 0.32 | 66 | 6.54E-07 |
| Gate Valves | -- | -- | -- | 0.61 | 70 | 1.25E-06 |
| Loader Valves | 17.2 | 33 | 3.52E-05 | -- | -- | -- |
| Open-Ended Lines (OEL) | -- | -- | -- | 81.8 | 97 | 1.67E-04 |
| Pressure Relief Valves (PRV) | -- | -- | -- | 57.5 | 110 | 1.18E-04 |
| Regulators | -- | -- | -- | 0.2 | 105 | 4.09E-07 |
| Starter Gas Vents | -- | -- | -- | 40.8 | 106 | 8.34E-05 |
| Threaded Connectors | 0.74 | 62 | 1.51E-06 | 0.6 | 50 | 1.23E-06 |
| Centrifugal Seals - Dry | -- | -- | -- | 62.7 | 106 | 1.28E-04 |
| Centrifugal Seals - Wet | -- | -- | -- | 278 | -- | 5.69E-04 |
| Unit Valves | -- | -- | -- | 3566 | -- | 7.29E-03 |
| **FUEL GAS PRESSURE (70 to 100 psi)** | | | | | | |
| Ball/Plug Valves | 0.1 | 100 | 2.05E-07 | 0.51 | 73 | 1.04E-06 |
| Control Valves | -- | -- | -- | 2.46 | 158 | 5.03E-06 |
| Flanges | -- | -- | -- | 0.2 | 95 | 4.09E-07 |
| Fuel Valves | 27.6 | 49 | 5.64E-05 | -- | -- | -- |
| Gate Valves | -- | -- | -- | 0.43 | 84 | 8.79E-07 |
| Open-Ended Lines (OEL) | -- | -- | -- | 2.53 | 87 | 5.17E-06 |
| Pneumatic Vents | -- | -- | -- | 76.6 | 154 | 1.57E-04 |
| Regulators | -- | -- | -- | 4.03 | 99 | 8.24E-06 |
| Threaded Connectors | 1.21 | 137 | 2.47E-06 | 0.32 | 50 | 6.54E-07 |

Footnotes and Sources:
[a] Howard, T., R. Kantamaneni, and G. Jones.  *Cost Effective Leak Mitigation at Natural Gas Transmission Compressor Stations, Final Report.*  PRC International, Gas Research Institute, and U.S. EPA Natural Gas STAR Program, August 1999, Tables 3 and 4.
[b] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.
[c] Emission factors converted from scf are based on 60°F and 14.7 psia.  The total gas emission factors were converted to a CH$_4$ basis assuming a default CH$_4$ concentration associated with the transmission sector of 93.4 mole % (provided in Table E-4).

©2009 American Petroleum Institute

BLM_0003125

*Fugitive Emission Estimation Methods*

Tables 6-18 through 6-22 provide emission factors and uncertainty values based on data developed in Canada. Average natural gas transmission and storage emission factors are presented in Table 6-18.

### Table 6-18. Natural Gas Transmission and Storage Average Emission Factors

| Component | Emission Factor [a], kg THC/hr/comp. | Emission Factor, tonne TOC/component-hr | Uncertainty [b] (± %) |
|---|---|---|---|
| Block valves | 0.002140 | 2.14E-06 | 40.1 |
| Control valves | 0.01969 | 1.97E-05 | 70.2 |
| Connectors | 0.0002732 | 2.73E-07 | 19.0 |
| Compressor seals – reciprocating | 0.6616 | 6.62E-04 | 38.9 |
| Compressor seals – centrifugal | 0.8139 | 8.14E-04 | 71.5 |
| Pressure relief valves | 0.2795 | 2.80E-04 | +127 / -100 |
| Open-ended lines (OEL) | 0.08355 | 8.36E-05 | 53.0 |
| OEL - station or pressurized compressor blowdown system [c] | 0.9369 | 9.37E-04 | 61.6 |
| OEL – depressurized reciprocating (comp. blowdown system) | 2.347 | 2.35E-03 | +67.5 / -67.6 |
| OEL – depressurized centrifugal (comp. blowdown system) | 0.7334 | 7.33E-04 | +103 / -100 |
| OEL – overall pressurized/ depressurized reciprocating [d] (comp. blowdown system) | 1.232 | 1.23E-03 | Not available |
| OEL – overall pressurized/ depressurized centrifugal [d] (comp. blowdown system) | 0.7945 | 7.94E-04 | Not available |
| Orifice meter | 0.003333 | 3.33E-06 | +40.5 / -40.6 |
| Other gas meter | 0.000009060 | 9.06E-09 | +116 / -100 |

Footnotes and Sources:
[a] D.J.Picard, M. Stribrny, and M.R. Harrison. *Handbook for Estimating Methane Emissions from Canadian Natural Gas Systems.* GTC Program #3. Environmental Technologies, May 25, 1998, Table 4.
[b] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.
[c] The compressor type is not specified. The emission factor is assumed to apply to either reciprocating or centrifugal compressor types or stations.
[d] Overall OEL average emission factors that account for the time that the compressor unit is pressurized and depressurized during the year have been estimated using the annual fractions of the modes of operation taken from Table 4-20 of Volume 8 of the GRI/EPA methane emissions study (Hummel, et al., 1996). The percentages from the GRI/EPA study are 79.1% pressurized/20.9% depressurized for reciprocating compressors and 30% pressurized/70% depressurized for centrifugal compressors. Therefore, these percentages were applied to the base pressurized and depressurized emission factors provided in the table above to develop overall factors that represent annual average emission factors converted to an hourly basis.

©2009 American Petroleum Institute

BLM_0003126

*Fugitive Emission Estimation Methods*

Table 6-19 provided average emission factors for natural gas distribution meter/regulator stations.

### Table 6-19.  Natural Gas Distribution Meter/Regulator Stations Average Emission Factors

| Component | Emission Factor [a], kg THC/hr/comp. | Emission Factor, tonne TOC/component-hr | Uncertainty [b] (± %) |
|---|---|---|---|
| Valves | 0.00111 | 1.11E-06 | +162 / -100 |
| Control valves | 0.01969 | 1.97E-05 | 70.2 |
| Connectors | 0.00011 | 1.10E-07 | +92.0 / -92.1 |
| Pressure relief valves | 0.01665 | 1.67E-05 | +138/-100 |
| Open-ended lines (OEL) | 0.08355 | 8.36E-05 | 53.0 |
| OEL – station blowdown | 0.9369 | 9.37E-04 | 61.6 |
| Orifice meter | 0.00333 | 3.33E-06 | +40.5 / -40.6 |
| Other gas meter | 0.00001 | 9.06E-09 | +116/-100 |

Footnotes and Sources:
[a] Ross, B.D. and D.J. Picard, *Measurement of Methane Emissions from Western Canadian Natural Gas Facilities*, Gas Technology Canada, GTC Program #3, Environment Technology Program, September, 1996.
[b] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.

Average emission factors for natural gas distribution commercial and residential sites are provided in Table 6-20.

### Table 6-20.  Natural Gas Distribution Commercial and Residential Sites Average Emission Factors

| Component | Emission Factor [a], kg THC/hr/comp. | Emission Factor, tonne TOC/component-hr | Uncertainty [b] (± %) |
|---|---|---|---|
| Valves | 0.000003 | 3.33E-09 | 48.3 |
| Connectors | 0.000007 | 6.78E-09 | +131 / -100 |
| Pressure relief valves | 0.000272 | 2.72E-07 | +200 / -100 |
| Open-ended lines (OEL) | 0.083550 | 8.36E-05 | 53.0 |
| Orifice meter | 0.003333 | 3.33E-06 | +40.5 / -40.6 |
| Other gas meter | 0.000009 | 9.06E-09 | +116 / -100 |

Footnotes and Sources:
[a] Picard, D. J., B. D. Ross, and D. W. H. Koon. *A Detailed Inventory of CH$_4$ and VOC Emissions from Upstream Oil and Gas Operations in Alberta*, Volume II, Canadian Petroleum Association, March 1992.
[b] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.

©2009 American Petroleum Institute

BLM_0003127

*Fugitive Emission Estimation Methods*

### Table 6-21.  Additional Natural Gas Facility Average Emission Factors

| Component – Service | Emission Factor [a], kg THC/comp/hr | Emission Factor, tonnes THC/component-hr | Uncertainty [b] (± %) |
|---|---|---|---|
| Valves - fuel gas | 2.81E-03 | 2.81E-06 | ±17 |
| Valves - light liquid | 3.52E-03 | 3.52E-06 | ±19 |
| Valves - gas/vapor - all | 2.46E-03 | 2.46E-06 | ±15 |
| Valves - gas/vapor - sour | 1.16E-03 | 1.16E-06 | ±31 |
| Valves - gas/vapor - sweet | 2.81E-03 | 2.81E-06 | ±17 |
| Connectors - fuel gas | 8.18E-04 | 8.18E-07 | ±32 |
| Connectors - light liquid | 5.51E-04 | 5.51E-07 | +111/-90 |
| Connectors - gas/vapor - all | 7.06E-04 | 7.06E-07 | ±31 |
| Connectors - gas/vapor - sour | 1.36E-04 | 1.36E-07 | ±72 |
| Connectors - gas/vapor - sweet | 8.18E-04 | 8.18E-07 | ±32 |
| Control valves - fuel gas | 1.62E-02 | 1.62E-05 | ±27 |
| Control valves - light liquid | 1.77E-02 | 1.77E-05 | ±45 |
| Control valves - gas/vapor - all | 1.46E-02 | 1.46E-05 | ±23 |
| Control valves - gas/vapor - sour | 9.64E-03 | 9.64E-06 | ±4 |
| Control valves - gas/vapor - sweet | 1.62E-02 | 1.62E-05 | ±27 |
| Pressure relief valves - fuel gas and gas/vapor | 1.70E-02 | 1.70E-05 | ±98 |
| Pressure relief valves - light liquid | 5.39E-03 | 5.39E-06 | ±80 |
| Pressure regulators - fuel gas and gas/vapor | 8.11E-03 | 8.11E-06 | +238/-72 |
| Pressure regulators - gas/vapor - sour | 4.72E-05 | 4.72E-08 | +126/-74 |
| Pressure regulators - gas/vapor - sweet | 8.39E-03 | 8.39E-06 | +239/-72 |
| Open ended lines - fuel gas | 4.67E-01 | 4.67E-04 | +172/-58 |
| Open ended lines - light liquid | 1.83E-02 | 1.83E-05 | +127/-79 |
| Open ended lines - gas/vapor - all | 4.27E-01 | 4.27E-04 | +161/-62 |
| Open ended lines - gas/vapor - sour | 1.89E-01 | 1.89E-04 | +127/-79 |
| Open ended lines - gas/vapor - sweet | 4.67E-01 | 4.67E-04 | +172/-58 |
| Chemical injection pumps - fuel gas and gas/vapor | 1.62E-01 | 1.62E-04 | ±60 |
| Compressor seals - fuel gas and gas/vapor | 7.13E-01 | 7.13E-04 | ±36 |
| Compressor starts - fuel gas | 6.34E-03 | 6.34E-06 | ±25 |
| Controllers - fuel gas and gas/vapor | 2.38E-01 | 2.38E-04 | ±27 |
| Pump seals - light liquid | 2.32E-02 | 2.32E-05 | +136/-74 |

Footnotes and Sources:
[a] Clearstone Engineering Ltd.. *A National Inventory of Greenhouse Gas (GHG), Criteria Air Contaminant (CAC) and Hydrogen Sulphide (H2S) Emissions by the Upstream Oil and Gas Industry*, Volume 5, September 2004.
[b] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.

©2009 American Petroleum Institute

BLM_0003128

*Fugitive Emission Estimation Methods*

## Table 6-22. Additional Oil Facility Average Emission Factors

| Component – Service | Emission Factor [a], kg THC/comp/hr | Emission Factor, tonnes THC/component-hr | Uncertainty [b] (± %) |
|---|---|---|---|
| Valves - fuel gas and gas/vapor | 1.51E-03 | 1.51E-06 | ±79 |
| Valves - heavy liquid | 8.40E-06 | 8.40E-09 | ±19 |
| Valves - light liquid | 1.21E-03 | 1.21E-06 | ±19 |
| Connectors - fuel gas and gas/vapor | 2.46E-03 | 2.46E-06 | ±15 |
| Connectors - heavy liquid | 7.50E-06 | 7.50E-09 | +111/-90 |
| Connectors - light liquid | 1.90E-04 | 1.90E-07 | +111/-90 |
| Control valves - fuel gas and gas/vapor | 1.46E-02 | 1.46E-05 | ±21 |
| Control valves - light liquid | 1.75E-02 | 1.75E-05 | ±44 |
| Pressure relief valves - fuel gas and gas/vapor | 1.63E-02 | 1.63E-05 | ±80 |
| Pressure relief valves - heavy liquid | 3.20E-05 | 3.20E-08 | ±80 |
| Pressure relief valves - light liquid | 7.50E-02 | 7.50E-05 | ±80 |
| Pressure regulators - fuel gas and gas/vapor | 6.68E-03 | 6.68E-06 | +238/-72 |
| Open ended lines - fuel gas and gas/vapor | 3.08E-01 | 3.08E-04 | +129/-78 |
| Open ended lines - light liquid | 3.73E-03 | 3.73E-06 | +127/-79 |
| Chemical injection pumps - fuel gas and gas/vapor | 1.62E-01 | 1.62E-04 | ±60 |
| Compressor seals - fuel gas and gas/vapor | 8.05E-01 | 8.05E-04 | ±36 |
| Compressor starts - fuel gas | 6.34E-03 | 6.34E-06 | ±25 |
| Controllers - fuel gas and gas/vapor | 2.38E-01 | 2.38E-04 | ±27 |
| Pump seals - heavy liquid | 3.20E-05 | 3.20E-08 | +136/-74 |
| Pump seals - light liquid | 2.32E-02 | 2.32E-05 | +136/-74 |

Footnotes and Sources:
[a] Clearstone Engineering Ltd.. *A National Inventory of Greenhouse Gas (GHG), Criteria Air Contaminant (CAC) and Hydrogen Sulphide (H2S) Emissions by the Upstream Oil and Gas Industry*, Volume 5, September 2004.
[b] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.

An example calculation illustrating the use of the component-level fugitive emission factors is provided in Exhibit 6.3.

---

**EXHIBIT 6.3:**    **Sample Calculation for Non-Refinery Component-Level Average Fugitive Emission Factor Approach**

INPUT DATA:
There are 100 gas valves, 250 flanges, 3 pressure relief valves, and 2 open ended lines in a stream at a production site that contains 80 weight percent non-$CH_4$ hydrocarbons, 10 weight percent water vapor, and 10 weight percent $CH_4$. Calculate the $CH_4$ emissions.

---

©2009 American Petroleum Institute

BLM_0003129

*Fugitive Emission Estimation Methods*

---

**EXHIBIT 6.3:**     **Sample Calculation for Non-Refinery Component-Level Average Fugitive Emission Factor Approach, continued**

CALCULATION METHODOLOGY FOR NON-REFINERY CASE:

$CH_4$ emissions would be calculated using Equation 6-9 and the average emission factor for valves in Table 6-12 as follows.

Valves:

$$E_{CH_4} = \frac{4.5 \times 10^{-6} \text{ tonne gas}}{\text{hr} \times \text{valve}} \times \frac{0.1 \text{ tonne } CH_4}{\text{tonne gas}} \times \frac{8760 \text{ hr}}{\text{yr}} \times 100 \text{ valves}$$

$$E_{CH_4} = 0.394 \text{ tonnes } CH_4/\text{yr}$$

Flanges:

$$E_{CH_4} = \frac{3.9 \times 10^{-7} \text{ tonne gas}}{\text{hr} \times \text{flange}} \times \frac{0.1 \text{ tonne } CH_4}{\text{tonne gas}} \times \frac{8760 \text{ hr}}{\text{yr}} \times 250 \text{ flange}$$

$$E_{CH_4} = 0.0854 \text{ tonnes } CH_4/\text{yr}$$

PRVs:

$$E_{CH_4} = \frac{8.8 \times 10^{-6} \text{ tonne gas}}{\text{hr} \times \text{PRV}} \times \frac{0.1 \text{ tonne } CH_4}{\text{tonne gas}} \times \frac{8760 \text{ hr}}{\text{yr}} \times 3 \text{ PRVs}$$

$$E_{CH_4} = 0.0231 \text{ tonnes } CH_4/\text{yr}$$

OELs:

$$E_{CH_4} = \frac{2.0 \times 10^{-6} \text{ tonne gas}}{\text{hr} \times \text{OEL}} \times \frac{0.1 \text{ tonne } CH_4}{\text{tonne gas}} \times \frac{8760 \text{ hr}}{\text{yr}} \times 2 \text{ OELs}$$

$$E_{CH_4} = 0.00350 \text{ tonnes } CH_4/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003130

*Fugitive Emission Estimation Methods*

### 6.1.4    *Emissions from $CO_2$ Transport*

Fugitive emissions from the pipeline transport of $CO_2$, such as for EOR operations, occur in a similar fashion to fugitive emissions from the pipeline transport of natural gas. IPCC provides a methodology to convert $CH_4$ emission factors on a mass basis to $CO_2$ emission factors (IPCC, 2006) for $CO_2$ pipelines. The methodology is based on the pressure drop through a pipe, and is shown in Equation 6-10. The derivation of this equation is provided in Appendix C, Section C.3.8.

$$EF_{CO_2} = EF_{CH_4} \times \sqrt{\frac{44}{16}} \qquad \text{(Equation 6-10)}$$

where

$\sqrt{\dfrac{44}{16}}$ = mass basis $CH_4$ to $CO_2$ conversion; and

$EF_{CH_4}$ = $CH_4$ natural gas pipeline leak emission factor provided earlier in this section.

Equation 6-10 should be applied to estimate $CO_2$ emissions from $CO_2$ pipelines. For $CO_2$-based equipment other than pipelines, $CO_2$ fugitive emissions can be estimated based on the $CH_4$ emission factor by applying Equation 6-1.

### 6.1.5    *Time Basis of Fugitive Equipment Leaks*

All of the fugitive approaches presented in this section and in Appendix C result in estimates of the equipment leak rate over a short time period, such as an hour or a day. Those estimates are multiplied by the number of hours (or days) of annual operation to result in the annual emission estimate. The components subject to fugitive equipment leaks have the potential to leak any time the line is filled with hydrocarbons, even if not under normal pressure or if the component is idle (such as a pump). For this reason, most equipment leaks are calculated as if they emitted continuously for the full year, or 8760 hours per year. If a facility shuts down and depressurizes equipment for maintenance for a portion of the year, that time can be deducted from the annual operating hours. Depressurized equipment that is free of hydrocarbons (e.g. purged with air) would also not have fugitive emissions; that time can be deducted from the annual operating hours as well.

### 6.2    Other Fugitive Emissions

In addition to fugitive equipment leaks, there may be one or more of a variety of other non-point emission sources associated with oil and natural gas industry operations. These other non-point

©2009 American Petroleum Institute

BLM_0003131

*Fugitive Emission Estimation Methods*

emission sources include wastewater treating, sludge/solids handling, impoundments, pits, mine tailing ponds, and cooling towers.

These other non-point emission sources will generally not be a significant source of $CH_4$ or $CO_2$ emissions. Few specific emission factors for $CH_4$ or $CO_2$ from these non-point sources have been found. Several methods are used for estimating TOC (or VOC) and compound-specific emissions from these types of sources and these methods can be adapted to estimate $CH_4$ or $CO_2$ if site-specific composition data are available.

### 6.2.1    Wastewater Treatment

Wastewater treatment can be a source of $CH_4$ when treated or disposed of anaerobically. Under aerobic conditions, it can be a source of $N_2O$ and $CO_2$ emissions that are byproducts of the digestion of larger organic molecules. However, $CO_2$ emissions from wastewater are generally disregarded because most are of biogenic origin (IPCC, 2006).

Figure 6-3 provides a decision tree for different methodologies available to estimate emissions from wastewater treatment. These approaches are based on the volume of wastewater processed, Biochemical or Biological Oxygen Demand (BOD) or Chemical Oxygen Demand (COD) data, contribution significance of resulting emissions to overall emissions, and availability of data to run the WATER9 program.[4] Anaerobic and aerobic treatments are discussed separately in the following subsections.

In some cases, vapors from wastewater treatment may be controlled through a combustion device or may be captured and routed to a gas disposal well. Emissions from wastewater vents routed to a combustion control device should be estimated using the techniques presented in Section 4. Alternatively, if vapors are captured, a capture efficiency should be applied to the emission estimation approaches presented in this subsection.

---

[4] http://www.epa.gov/ttn/chief/software/water/index.html. Accessed January 15, 2009. The EPA also maintains a hotline for WATER9 at (919) 541-3608 or (919) 541-3154.

©2009 American Petroleum Institute

BLM_0003132

*Fugitive Emission Estimation Methods*



**Figure 6-3.  Wastewater Treatment**

A general method for estimating TOC evaporative emissions from wastewater treating, impoundments, and pits is available in the computer program WATER9.  Although $CH_4$ and $CO_2$ evaporative emissions from oil and natural gas wastewater are expected to be insignificant, facilities with unique situations can find more information on WATER9 at:

http://www.epa.gov/ttn/chief/software/water/index.html

IPCC provides a detailed method for estimating emissions from wastewater treatment (IPCC, 2006).  This approach can be applied to aerobic or anaerobic wastewater treatment.  Methane emissions from industrial wastewater are calculated using Equation 6-11.[5]

$$E_{CH_4} = [(P \times W \times COD)\text{-}S] \times B \times MCF \times 0.001 \qquad \text{(Equation 6-11)}$$

---

[5] Equation 6-10 combines Equations 6-4, 6-5, and 6-6 in *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 5, Chapter 6: Wastewater Treatment and Discharge* (IPCC, 2006).

BLM_0003133

*Fugitive Emission Estimation Methods*

where

$E_{CH_4}$ = emission rate of CH$_4$ (tonnes/yr);

$P$ = product generated (ton product/yr);

$W$ = wastewater generation rate (m$^3$/ton product);

COD = average chemical oxygen demand of the wastewater (kg/m$^3$);

$S$ = organic component removed as sludge (kg COD/yr);

$B$ = methane generation capacity (B = 0.25 kg CH$_4$/kg COD);

MCF = methane conversion factor (Table 6-23 for aerobic treatment, Table 6-24 for anaerobic treatment); and

0.001 = conversion factor (kg to metric tonnes).

Note that if the volume of wastewater treated is known, the term $P \times W$ in Equation 6-11 can be replaced directly with the volume treated (m$^3$/yr).

IPCC provides the following COD default factors and ranges for maximum CH$_4$ producing capacity for oil and natural gas refineries and the organic chemical industry (IPCC, 2006):

1. For oil and natural gas refineries, a typical COD production rate of 1 kg COD per m$^3$ of wastewater generation, with the COD value ranging between 0.4 and 1.6 kg COD/m$^3$.

2. For the organic chemical industry, a typical COD production rate of 3 kg COD per m$^3$ of wastewater generation, with the COD value ranging between 0.8 and 5 kg COD/m$^3$.

IPCC also provides default factors and ranges for wastewater generation rates associated with the oil and natural gas refineries and the organic chemical industry (IPCC, 2006):

1. For oil and natural gas refineries, the typical wastewater generation rate is 0.6 m$^3$/ton product, with the generation rate ranging between 0.3 and 1.2 m$^3$/ton product.

2. For the organic chemical industry, the typical wastewater generation rate is 67 m$^3$/ton product, with a range between 0 and 400 m$^3$/ton product.

Default MCF values are provided in Table 6-23 for aerobic treatment and 6-24 for anaerobic treatment.

**Table 6-23.  Default MCF Values for Aerobic Industrial Wastewater Treatment**

| Type of Treatment | Comments | Default MCF | MCF Range |
|---|---|---|---|
| Aerobic treatment plant | Well maintained, some CH$_4$ may be emitted from settling basins | 0 | 0—0.1 |
| | Not well maintained, overloaded | 0.3 | 0.2—0.4 |

Source:
IPCC, 2006 IPCC *Guidelines for National Greenhouse Gas Inventories, Volume 5, Chapter 6: Wastewater Treatment and Discharge*, 2006.

©2009 American Petroleum Institute

BLM_0003134

*Fugitive Emission Estimation Methods*

### Table 6-24.  Default MCF Values for Anaerobic Industrial Wastewater Treatment

| Type of Treatment | Comments | Default MCF | MCF Range |
|---|---|---|---|
| Anaerobic digester for sludge | $CH_4$ recovery not considered here | 0.8 | 0.8—1.0 |
| Anaerobic reactor | $CH_4$ recovery not considered here | 0.8 | 0.8—1.0 |
| Anaerobic shallow lagoon | Depth less than 2 meters | 0.2 | 0—0.3 |
| Anaerobic deep lagoon | Depth more than 2 meters | 0.8 | 0.8—1.0 |

Source:
IPCC, 2006 IPCC *Guidelines for National Greenhouse Gas Inventories, Volume 5, Chapter 6: Wastewater Treatment and Discharge*, 2006.

For either aerobic or anaerobic wastewater, $N_2O$ emissions are calculated using Equation 6-12.  Note that the default emission factor for $N_2O$ (0.005 kg $N_2O$-N/kg N) is a factor for domestic wastewater nitrogen effluent (IPCC, 2006), but is assumed to be applicable for wastewater applications at oil and natural gas facilities.

$$E_{N_2O} = Q \times N \times EF_{N_2O} \times \frac{44}{28} \times 0.001 \qquad \text{(Equation 6-12)}$$

where

$E_{N_2O}$ = emission rate of $N_2O$ (tonnes/yr);
$Q$ = volume of wastewater treated ($m^3$/yr);
$N$ = average concentration of N in effluent (kg N/$m^3$);
$EF_{N_2O}$ = emission factor for $N_2O$ from discharged wastewater (0.005 kg $N_2O$-N/kg N);
44/28 = conversion factor (kg $N_2O$-N to kg $N_2O$); and
0.001 = conversion factor (kg to metric tonnes).

### Aerobic Wastewater Treatment

Aerobic wastewater treatment is more common in oil and natural gas industry operations than anaerobic treatment.  In aerobic conditions, bacteria consume organic material and convert it to $CO_2$. According to IPCC, the generation of $CO_2$ from aerobic wastewater treatment is not included as part of a GHG inventory because the carbon is viewed as part of the biogenic cycle (IPCC, 2006). However, in oil and natural gas operations, oil and natural gas-based organic material in the wastewater would not be considered biogenic, just as the oil and natural gas organic material that is combusted or released through vented and fugitive sources is not biogenic.

Carbon dioxide emissions from aerobic wastewater are produced through two mechanisms: the oxidation of organic material to produce new bacterial cells, and endogenous respiration.  The

©2009 American Petroleum Institute

BLM_0003135

*Fugitive Emission Estimation Methods*

oxidation of carbonaceous organic material is represented by measuring the biochemical oxidation (BOD). Assuming that the ultimate BOD removed is represented by $BOD_5/0.7$,[6] the following equation can be used to estimate $CO_2$ emissions from aerobic wastewater treatment:

$$E_{CO_2} = WW\ Flow \times \frac{3.785412\ L}{gal} \times \frac{BOD_5}{0.7} \times \frac{44}{32} \times \frac{tonne}{10^9\ mg} \qquad \text{(Equation 6-13)}$$

where

$E_{CO_2}$ = emission rate of $CO_2$ (tonnes/yr);

$WW\ Flow$ = wastewater flow rate ($10^6$ gallons/yr);

$BOD_5/0.7$ = approximation of the ultimate BOD (mg/L); and

$44/32$ = oxygen to $CO_2$ conversion factor.

Methane and $N_2O$ emissions from aerobic wastewater treatment are calculated using Equations 6-11 and 6-12, respectively (IPCC, 2006). For $CH_4$ however, aerobic conversion factors are provided in Table 6-23.

---

**EXHIBIT 6.5:**      **Sample Calculation for Aerobic Treatment Approach**

INPUT DATA:

A well-maintained aerobic wastewater treatment system processes 5 million gallons per day with a BOD removal of 120 mg/L ($BOD_5$). Estimate the $CO_2$ emissions.

CALCULATION METHODOLOGY:

1. *Calculate $CO_2$ emissions using Equation 6-13.*

$$E_{CO_2} = WW\ Flow \times \frac{3.785412\ L}{gal} \times \frac{BOD_5}{0.7} \times \frac{44}{32} \times \frac{tonne}{10^9\ mg}$$

$$= \frac{5 \times 10^6\ gal}{day} \times \frac{365\ days}{yr} \times \frac{3.785412\ L}{gal} \times \frac{120\ mg/L}{0.7} \times \frac{44}{32} \times \frac{tonne}{10^9\ mg}$$

$$= \underline{1,628\ tonnes\ CO_2\ /\ yr}$$

---

[6] The factor "BOD5/0.7" represents an estimate of the total or ultimate BOD, L (i.e., the total or ultimate first-stage BOD initially present). The BOD5 and ultimate BOD (L) are related by the following equation: BOD5 = L (1 - e^-kt), where k is the reaction rate constant and t is time of the BOD remaining in the water (Metcalf and Eddy, 1991). For wastewater, a typical value of 0.23 day^-1 at 68°F is provided by a common wastewater engineering handbook (Metcalf and Eddy, 1991). Therefore, the equation for the ultimate BOD with the values substituted is L = BOD5/[1-e^-(0.23)(5)] = BOD5/0.7.

©2009 American Petroleum Institute

BLM_0003136

*Fugitive Emission Estimation Methods*

## Anaerobic Wastewater Treatment

Anaerobic water treatment is not common in the oil and natural gas industry, and it is possible to recover the $CH_4$ generated for use as a fuel. For these reasons, anaerobic water treating is not considered a significant GHG emission source for the oil and natural gas industry.

Methane and $N_2O$ emissions from anaerobic wastewater treatment can be calculated using Equations 6-11 and 6-12, respectively. Table 6-24 provides default $CH_4$ conversion factors for anaerobic wastewater treatment for use with Equation 6-11.

Alternatively, EPA presents a relatively simple method for estimating $CH_4$ emissions for facilities where $CH_4$ is not captured from an anaerobic water treatment system (EPA AP-42 Section 4.3.5.2, 1998). The following equation applies:

$$E_{CH_4} = Q \times \left( \frac{\text{lb BOD}_5}{\text{ft}^3 \text{wastewater}} \right) \times \left( \frac{0.22 \text{ lb CH}_4}{\text{lb BOD}_5} \right) \times F_{AD} \times 365 \qquad \text{(Equation 6-14)}$$

where

$E_{CH_4}$ = emission rate of $CH_4$ in pounds per year;

$Q$ = wastewater flow rate in cubic feet per day;

$BOD_5$ = biochemical oxygen demand measured using the standard five day test;

$F_{AD}$ = fraction anaerobically digested; and

$365$ = days per year.

A site-specific value for $BOD_5$ loading should be available from facility wastewater treating staff. If it is not, EPA suggests a default value of 0.25 pounds $BOD_5$ per cubic foot of wastewater for the oil and natural gas industry. The fraction anaerobically digested is that part of the wastewater flow that is routed to anaerobic treatment rather than aerobic treatment.

The emission rate for $CO_2$ from anaerobic water treatment is considered to be negligible compared to the $CH_4$ emission rate. No equation or emission factors have been found to estimate these emissions.

An example calculation for $CH_4$ emissions from anaerobic water treatment follows in Exhibit 6.6.

©2009 American Petroleum Institute

BLM_0003137

*Fugitive Emission Estimation Methods*

---

**EXHIBIT 6.6:**   **Sample Calculation for Anaerobic Treatment Approach**

INPUT DATA:
A wastewater treatment system processes 870,000 cubic feet per day, with 10% of the water going to anaerobic treatment (anaerobic shallow lagoon). The BOD$_5$ level of the influent averages 0.3 pounds per cubic foot. Calculate the CH$_4$ emissions using Equation 6-14 and the IPCC approach.

CALCULATION METHODOLOGY:
1. *Calculate CH$_4$ emissions using Equation 6-14.* Using Equation 6-14, the estimated emissions are:

$$E_{CH_4} = 870,000 \, \frac{ft^3}{day} \times \left( \frac{0.1 \, ft^3 \, anaerobic}{ft^3 \, processed} \right) \times \left( \frac{0.3 \, lb \, BOD_5}{ft^3 \, wastewater} \right) \times \left( \frac{0.22 \, lb \, CH_4}{lb \, BOD_5} \right)$$

$$\times 365 \, \frac{days}{year} \times \frac{tonne}{2204.62 \, lb}$$

$$\underline{E_{CH_4} = 950.7 \, tonne \, CH_4 / yr}$$

2. *Calculate CH$_4$ emissions using IPCC's approach.* Using IPCC's approach (Equation 6-11), assuming the default COD rate for a refinery (1 kg COD per m$^3$ of wastewater) and the default MCF from Table 6-24 (0.2), the estimated emissions are calculated as follows:

$$E_{CH_4} = 870,000 \, \frac{ft^3}{day} \times \left( \frac{0.1 \, ft^3 \, anaerobic}{ft^3 \, processed} \right) \times 365 \, \frac{days}{year} \times \frac{m^3}{35.3147 \, ft^3} \times \frac{1 \, kg \, COD}{m^3} \times \frac{0.25 \, kg \, CH_4}{kg \, COD}$$

$$\times 0.2 \times \frac{0.001 \, tonne \, CH_4}{kg \, CH_4}$$

$$\underline{E_{CH_4} = 44.96 \, tonne \, CH_4 / yr}$$

---

### 6.2.2   *Biotreaters*

There are applications in the oil and natural gas industry where biotreaters (or biofilters) are used in treating wastewater and/or as control devices to remove TOC from vent streams. The CO$_2$ emissions from biotreaters are expected to be insignificant compared to major sources like combustion. The CO$_2$ production from biotreaters can be estimated from the feed TOC rate and the biomass conversion efficiency. The produced CO$_2$ is partially emitted to the air and partially converted to

©2009 American Petroleum Institute

BLM_0003138

*Fugitive Emission Estimation Methods*

carbonates depending on system pH. In the unusual cases where biotreater emissions may be significant, it would be best to develop the emissions estimates based on the site-specific features of the biotreater and its feed streams.

## 6.3    Fluorinated Fugitive Emissions

In addition to fugitive emission sources of $CH_4$ or $CO_2$, there may be equipment or operations associated with oil and natural gas industry activities that result in emissions of CFCs, HCFCs, HFCs, PFCs, and $SF_6$. Chlorofluorcarbons and HCFCs are regulated under the Montreal Protocol, and are not typically included in a GHG inventory. However, HFCs, PFCs, and $SF_6$ are accounted for under most GHG registry programs. Potential fugitive emission sources of HFC emissions for the oil and natural gas industry are leakage from the operation of chillers and air conditioning equipment, including air conditioning for mobile sources. Emissions of $SF_6$ may result from electrical transmission and distribution equipment, and from the use of $SF_6$ as a tracer gas to detect leaks.

Emissions of fluorinated substances and $SF_6$ can be calculated using either a mass balance approach or default operating emission factors. When using the mass balance approach, emissions are commonly reported during the year of recharge, even though fugitive emissions of these substances can occur over multiple years.

### 6.3.1    Emissions from Air Conditioning and Refrigeration Equipment

Emissions from refrigeration and air conditioning equipment are expected to be very small for oil and natural gas industry operations. This section discusses emissions from the operation of air conditioning and refrigeration equipment. Although emissions can also occur from the manufacture and disposal of fluorinated substances, these activities are generally not conducted as part of oil and natural gas operations.[7] Figure 6-4 provides a decision tree for estimating refrigerant emissions based on the contribution of these emissions to the entity's inventory.[8]

---

[7] An additional calculation methodology for the manufacture, installation, or disposal of refrigeration and air conditioning equipment can be found in the following references: EPA, *Climate Leaders Greenhouse Gas Inventory Protocol, Core Module Guidance: Direct HFC and PFC Emissions from Use of Refrigeration and Air Conditioning Equipment,* (EPA, 2008); IPCC, *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 3 Chapter 7: Emissions of Fluorinated Substitutes of Fluorinated Substitutes for Ozone Depleting Substances* (IPCC, 2006); and WRI/ WBCSD, *Calculating HFC and PFC Emissions from the Manufacturing, Installation, Operation and Disposal of Refrigeration & Air-conditioning Equipment (Version 1.0) Guide to Calculation Worksheets,* (WRI/WBCSD,

©2009 American Petroleum Institute

BLM_0003139

*Fugitive Emission Estimation Methods*



**Figure 6-4.  Refrigerant Emissions**

A simplified estimation method for refrigerant emissions is based on knowing the type of refrigerant and type of equipment.  Annual emissions are estimated by adjusting the total charge capacity of the equipment by an annual default leak rate, as shown in Equation 6-15 (WRI/WBCSD, 2005).

$$E_{\text{Refridgerants}} = \text{Equipment Charge (kg)} \times EF_{\text{Operating}} \times \frac{\text{tonne}}{1000 \text{ kg}} \qquad \text{(Equation 6-15)}$$

where

$E_{\text{Refrigerant}}$ = emission rate of the PFC or HFC from refrigeration equipment;
Equipment Charge = total full charge of equipment (kg); and
$EF_{\text{Operating}}$ = EF associated with the operating phase of the equipment.

Table 6-25 provides the default equipment capacities and operating leak rates for common types of refrigeration equipment.  This assumes that the installation and disposal of the refrigeration or air conditioning equipment is not conducted by the oil and natural gas entity.  Where this assumption is not valid, refer to Volume 3, Chapter 7 of the IPCC Guidelines (IPCC, 2007) for additional factors to include in the emission estimation approach.

Refrigerant emissions are then converted to $CO_2e$ by applying the appropriate global warming potential factors provided in Table 3-1 or Table 6-26 for refrigerant blends.

---

January 2005).
[8] The methodology described in this subsection is consistent with the methodology described in The Climate Registry (TCR, 2008).

©2009 American Petroleum Institute

BLM_0003140

*Fugitive Emission Estimation Methods*

### Table 6-25.  Default Operating Emission Factors for Refrigeration / Air Conditioning Equipment

| Type of Equipment | Capacity (kg) | Operating Emission Factor (% of capacity/year) |
|---|---|---|
| Domestic refrigeration | 0.05 – 0.5 | 0.5% |
| Stand-alone commercial applications | 0.2 – 6 | 15% |
| Medium & large commercial refrigeration | 50 – 2,000 | 35% |
| Transport refrigeration | 3 – 8 | 50% |
| Industrial refrigeration including cold storage | 10 – 10,000 | 25% |
| Chillers | 10 – 2,000 | 15% |
| Residential and commercial A/C, including heat pumps | 0.5 – 100 | 10% |
| Mobile air conditioning | 0.5 – 1.5 | 20% |

Source:
IPCC, *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 3, Chapter 7: Emissions of Fluorinated Substitutes for Ozone Depleting Substances*, Table  7-9, 2007.  Operating emission factors are the high end of the reported range.

### Table 6-26.  Global Warming Potentials for Refrigeration Blends

| Refrigerant Blend | Global Warming Potential | Refrigerant Blend | Global Warming Potential | Refrigerant Blend | Global Warming Potential |
|---|---|---|---|---|---|
| R-401A | 18 | R-409A | 0 | R-419A | 2,403 |
| R-401B | 15 | R-409B | 0 | R-420A | 1,144 |
| R-401C | 21 | R-410A | 1,725 | R-500 | 37 |
| R-402A | 1,680 | R-410B | 1,833 | R-501 | 0 |
| R-402B | 1,064 | R-411A | 15 | R-502 | 0 |
| R-403A | 1,400 | R-411B | 4 | R-503 | 4,692 |
| R-403B | 2,730 | R-412A | 350 | R-504 | 313 |
| R-404A | 3,260 | R-413A | 1,774 | R-505 | 0 |
| R-406A | 0 | R-414A | 0 | R-506 | 0 |
| R-407A | 1,770 | R-414B | 0 | R-507 or R-507A | 3,300 |
| R-407B | 2,285 | R-415A | 25 | R-508A | 10,175 |
| R-407C | 1,526 | R-415B | 105 | R-508B | 10,350 |
| R-407D | 1,428 | R-416A | 767 | R-509 or R-509A | 3,920 |
| R-407E | 1,363 | R-417A | 1,955 | | |
| R-408A | 1,944 | R-418A | 4 | | |

Source:
WRI/WBCSD GHG Protocol Initiative. *Calculating HFC and PFC Emissions from the Manufacturing, Installation, Operation and Disposal of Refrigeration & Air Conditioning Equipment: Guide to Calculation Worksheets*, Version 1.0, 2005.  Taken from ASHRAE Standard 34.

Where refrigerant emissions are a significant part of an entity's GHG inventory (defined by most reporting programs as larger than 5% of the inventory), emissions from air conditioning equipment can be calculated using a mass balance approach, as shown in the following equation (WRI/WBCSD, 2005):

$$E_{FC_i} = S_{E,i} - S_{B,i} + P_i - S_i + \Delta C_i \qquad \text{(Equation 6-16)}$$

©2009 American Petroleum Institute

BLM_0003141

*Fugitive Emission Estimation Methods*

where

$E_{FC,i}$ = emission rate of fluorinated compound or refrigerant mixture *i;*

$S_{E,i}$ = quantity of refrigerant *i* in storage at the end of the year;

$S_{B,i}$ = quantity of refrigerant *i* in storage at the beginning of the year;

$P_i$ = purchases/acquisitions of refrigerant *i* during the year;

$S_i$ = sales/disbursements of refrigerant *i* during the year; and

$\Delta C_i$ = net change in total equipment volume for refrigerant i.

Equation 6-16 should be applied to each type of refrigerant or mixture used.  Care should be taken that releases are not double counted (e.g., from reporting both refrigerant blend and individual refrigerant use).  Emissions from refrigerant recharges should be accounted for in the year the recharge occurred.  An example calculation for HFC emissions from air conditioning equipment is shown in Exhibit 6.7.

---

**EXHIBIT 6.7:        Sample Calculation for Air Conditioning HFC Emissions**

INPUT DATA:

An oil and natural gas industry company owns and operates 680 vehicles utilizing Freon-134a (otherwise known as R-134a or HFC-134a).  The vehicles range from small passenger vehicles to heavy-duty transport vehicles.  Calculate the emissions by pollutant and as $CO_2e$.

CALCULATION METHODOLOGY:

Because the specific capacity of the vehicles is unknown, it is assumed that the median capacity of the vehicles is equal to the high-range capacity listed in Table 6-25.  Using Equation 6-15, the estimated emissions would be:

$$E_{R\text{-}134a} = 680 \text{ vehicles} \times \frac{1.5 \text{ kg}}{\text{vehicle}} \times 0.2 \times \frac{\text{tonne}}{1000 \text{ kg}}$$

$$E_{R\text{-}134a} = 0.204 \text{ tonnes R-134a}$$

$$E_{CO_2e} = 0.204 \text{ tonnes R-134a} \times \frac{1300 \text{ tonne } CO_2e}{\text{tonne R-134a}}$$

$$E_{CO_2e} = 265.2 \text{ tonne } CO_2e$$

---

BLM_0003142

*Fugitive Emission Estimation Methods*

### 6.3.2    Electrical Equipment

Electrical transmission and distribution systems may use $SF_6$ as an insulator or interrupter, due to its dielectric strength.  Sulfur hexafluoride may be found in substations, circuit breakers, and switchgears.  A potential source of $SF_6$ emissions in the oil and natural gas industry is equipment leaks (e.g., through seals) and servicing of electrical transmission and distribution equipment, where an oil and natural gas company operates this equipment.

Electrical equipment-based $SF_6$ emissions can be calculated using either Equation 6-17 or 6-18. Equation 6-16 is appropriate in instances where electrical equipment that use $SF_6$ have been in use for 10-20 years or more, and emissions from sealed-pressure systems are likely to be negligible. Equation 6-17 is appropriate for sealed-pressure equipment and all types of equipment where electrical equipment has been used for less than 10-20 years.

$$E_{SF_6} = (Q_{Recharge} - Q_{Recovered})$$ (Equation 6-17)

$$E_{SF_6} = (Q_{Recharge} - Q_{Recovered}) \times \sum C \times EF$$ (Equation 6-18)

where

$E_{SF_6}$ = annual emissions of $SF_6$;

$Q_{Recharge}$ = $SF_6$ used to recharge closed pressure equipment at servicing;

$Q_{Recovered}$ = $SF_6$ recovered from closed pressure equipment at servicing;

C = nameplate capacity of equipment installed, excluding equipment covered in $(Q_{Recharge} - Q_{Recovered})$; and

EF = usage based emission factor (see Table 6-27).

Usage-based emission factors for $SF_6$ emissions from electrical equipment are provided in Table 6-27.

### Table 6–27.  Usage-Based Fugitive Emission Factors for Electrical Equipment

| Equipment | Region/Country | | Reference Factor[a,b], Units |
|---|---|---|---|
| Sealed pressure electrical equipment (MV Switchgear) | Europe | 0.002 | Fraction per year of nameplate capacity of all equipment installed |
| | Japan | 0.007 | |
| Closed pressure electrical equipment | Europe | 0.026 | |
| | Japan | 0.007 | |
| | U.S. | 0.14[c] | |
| Gas insulated transformers | Japan | 0.007 | |

Footnotes and Sources:
[a] IPCC. *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, Volume 3, Chapter 8, April 2007, Tables 8.2 through 8.4.
[b] Factors include leakage, major failures/arc faults and maintenance losses. Factors reflect the practices and technologies in place in 1995.
[c] Includes emissions from installation.

©2009 American Petroleum Institute

BLM_0003143

*Fugitive Emission Estimation Methods*

SF$_6$ emissions from electrical transmission and distribution can be calculated using Equation 6-19. Distance-based emission factors for SF$_6$ emissions from electrical transmission and distribution are provided in Table 6-28.

$$E_{SF_6} = TD \times EF \qquad \text{(Equation 6-19)}$$

where
$\quad E_{SF_6}$ = annual emissions of SF$_6$;
$\quad TD$ = transmission distance (mi), for lines carrying voltage at or above 34.5 kV; and
$\quad EF$ = distance based emission factor.

### Table 6–28.  Distance-Based Fugitive Emission Factors for Electrical Transmission and Distribution

| Emission Basis | Reference Emission Factor [a], Original Units | | Emission Factor, Converted Units | |
|---|---|---|---|---|
| Less than 10,000 transmission miles | 0.89 | kg SF$_6$/mi-yr | 8.90E-04 | tonne SF$_6$/mi-yr |
| | | | 5.53E-04 | tonne SF$_6$/km-yr |
| More than 10,000 transmission miles | 0.58 | kg SF$_6$/mi-yr | 5.80E-04 | tonne SF$_6$/mi-yr |
| | | | 3.60E-04 | tonne SF$_6$/km-yr |

Footnote and Source::
[a] EPA. *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*, April 2009, pg. 4-69.

Exhibit 6.8 presents an example of calculating SF$_6$ emissions using the major equipment emission factors approach.

---

**EXHIBIT 6.8:**      **Sample Calculation for Electrical Equipment Emissions**

INPUT DATA:
A company specializing in the delivery of natural gas and electricity operates 135 miles of electric transmission and distribution lines (at or above 34.5 kV), with various electrical equipment used to support electric transmission and distribution.  The company uses SF$_6$ for electrical insulation and current interruption.

Service records for the past year indicate that a total of 79,878 lb SF$_6$ was used to recharge electrical equipment, while a total of 79,480 lb SF$_6$ was recovered from electrical equipment. Calculate the SF$_6$ and CO$_2$e emissions using both the equipment usage methodology and transmission mileage methodology, for comparison purposes.

---

©2009 American Petroleum Institute

BLM_0003144

*Fugitive Emission Estimation Methods*

---

**EXHIBIT 6.8:        Sample Calculation for Electrical Equipment Emissions, continued**

CALCULATION METHODOLOGY:

1. *Calculate emissions associated with the equipment.*  Emissions of $SF_6$ are calculated using a material balance.

$$E_{SF_6} = \frac{(79{,}878 - 79{,}480)\ \text{lb}}{\text{yr}} \times \frac{\text{tonne}}{2204.62\ \text{lb}} = \underline{0.18\ \text{tonne}\ SF_6\ /\ \text{yr}}$$

$CO_2$e emissions are calculated using Equation 3-2.

$$E_{CO_2e} = \frac{0.18\ \text{tonne}\ SF_6}{\text{yr}} \times \frac{23{,}900\ \text{tonne}\ CO_2}{\text{tonne}\ SF_6}$$

$$\underline{E_{CO_2e} = 4{,}314.67\ \text{tonne}\ CO_2e}$$

2. *Calculate emissions using associated with transmission mileage.*  Using Equation 6-19 (for mileage based emissions) and the global warming potential from Table 3-1, the estimated emissions would be:

$$E_{SF_6} = 135\ \text{miles} \times \frac{0.89\ \text{kg}}{\text{mile-yr}} \times \frac{\text{tonne}}{1000\ \text{kg}} = 0.12\ \text{tonne}\ SF_6\ /\text{yr}$$

$CO_2$e. emissions are calculated using Equation 3-2.

$$E_{CO_2e} = \frac{0.12\ \text{tonne}\ SF_6}{\text{yr}} \times \frac{23{,}900\ \text{tonne}\ CO_2}{\text{tonne}\ SF_6}$$

$$\underline{E_{CO_2e} = 2{,}839.32\ \text{tonne}\ CO_2}$$

Note the difference between the emissions calculated with the two methods.  As with any methodology, a mass balance approach will be more accurate than the use of emission factors.

---

### 6.3.3      $SF_6$ Emissions from Pipeline Operations

Natural gas pipeline operations may use $SF_6$ as a tracer gas to detect leaks.  Emissions from these activities can be determined using a mass balance approach, similar to that shown for refrigerant emissions:

©2009 American Petroleum Institute

BLM_0003145

*Fugitive Emission Estimation Methods*

$$E_{SF_6} = S_E - S_B + P - S + \Delta C \qquad \text{(Equation 6-20)}$$

where

$E_{SF_6}$ = emission rate of $SF_6$;

$S_E$ = quantity of $SF_6$ in storage at the end of the year;

$S_B$ = quantity of $SF_6$ in storage at the beginning of the year;

P = purchases/acquisitions of $SF_6$ during the year;

S = sales/disbursements of $SF_6$ during the year; and

$\Delta C$ = net change in total equipment $SF_6$ volume.

Alternatively, $SF_6$ emissions can be determined by scaling pipeline fugitive $CH_4$ emissions based on the relative concentration of $SF_6$ in the gas compared to $CH_4$, similar to the adjustment shown in Equation 6-1 for $CO_2$ emissions.

## 6.4    References

American Petroleum Institute (API). *Emission Factors for Oil and Gas Production Operations*, API Publication No. 4615, Health and Environmental Sciences Department, January 1995. Available for purchase from: http://global.ihs.com, accessed May 4, 2009.

American Petroleum Institute (API). *Calculation Workbook For Oil and Gas Production Equipment Fugitive Emissions*, API Publication 4638, Health and Environmental Sciences Department, July 1996. Available for purchase from: http://global.ihs.com, accessed May 4, 2009.

California Energy Commission (CEC). *Evaluation of Oil and Gas Sector Greenhouse Gas Emissions Estimation and Reporting*, California Energy Commission, Consultant Report, Final Draft, April 14, 2006. http://www.nmenv.state.nm.us/aqb/GHG/Docs/API-IPIECA_Review_finaldraft_4-06.pdf, accessed May 4, 2009.

Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/9_underground.pdf, accessed May 4, 2009.

Campbell, L.M. and B.E. Stapper. *Methane Emissions from the Natural Gas Industry, Volume 10: Metering and Pressure Regulating, Stations in Natural Gas, and Transmission and Distribution*, Final Report, GRI-94/0257.27 and EPA-600/R-96-080j. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/10_metering.pdf, accessed May 4, 2009. Gas Research Institute (GRI). GRI-GHGCalc™ Version 1.0, Software, GRI-99/0086, December 1999. Available for purchase from: http://www.gastechnology.org, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003146

*Fugitive Emission Estimation Methods*

Harrison, M.R., L.M. Campbell, T.M. Shires, and R.M. Cowgill. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/2_technicalreport.pdf, accessed May 4, 2009.

Harrison, M.R., T.M. Shires, R.A. Baker, and C.J. Loughran. *Methane Emissions from the U.S. Petroleum Industry*, Final Report, EPA-600/R-99-010. U.S. Environmental Protection Agency, February 1999.

Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/8_equipmentleaks.pdf, accessed May 4, 2009.

Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Eggleston H.S., L. Buendia, K. Miwa, T. Ngara, K. and Tanabe (eds). *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 4: Fugitive Emissions, Volume 2, Chapter 5: Carbon Dioxide Transport, Injection and Geological Storage, Volume 3, Chapter 8: Other Product Manufacture and Use, and Volume 5, Chapter 6: Wastewater Treatment and Discharge*, 2006. http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.htm, accessed May 4, 2009.

Metcalf and Eddy, Inc. *Wastewater Engineering: Treatment, Disposal, and Reuse*, Third Edition, Metcalf & Eddy, Inc., Revised by George Tchobanoglous and Franklin L. Burton, McGraw-Hill, Inc., 1991.

Picard, D. J., B. D. Ross, and D. W. H. Koon. *A Detailed Inventory of $CH_4$ and VOC Emissions from Upstream Oil and Gas Operations in Alberta*, Volume II, Canadian Petroleum Association, March 1992 (Cited Tables 12 through 15).

Picard, D.J., M. Stribrny, and M.R. Harrison, *Handbook for Estimating Methane Emissions from Canadian Natural Gas Systems*. GTC Program #3. Environmental Technologies, May 25, 1998.

Ross, B.D. and Picard, D.J. *Measurement of Methane Emissions from Western Canadian Natural Gas Facilities*, Gas Technology Canada, GTC Program #3, Environment Technology Program, September, 1996.

The Climate Registry (TCR). *General Reporting Protocol, Version 1.1*, May 2008. http://www.theclimateregistry.org/downloads/GRP.pdf, accessed May 4, 2009.

Southern California Gas Company (SoCal). *A Study of the 1991 Unaccounted-for Gas Volume at the Southern Gas Company*, April 1993.

©2009 American Petroleum Institute

BLM_0003147

*Fugitive Emission Estimation Methods*

UK Offshore Operators Association Limited (UKOOA). *Environmental Emissions Monitoring System, Guidelines for the Compilation of an Atmospheric Emissions Inventory*, Document A-D-UM-0020, Revision Number 4.0, December 2002. (Cited Appendix I, Table 7.)

U.S. Environmental Protection Agency (EPA). *Climate Leaders Greenhouse Gas Inventory Protocol, Core Module Guidance: Direct HFC and PFC Emissions from Use of Refrigeration and Air Conditioning Equipment,* EPA430-K-03-004, May 2008. http://www.epa.gov/climateleaders/documents/resources/mfgrfg.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, (GPO 055-000-005-001), U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, 1996; Supplement D, 1998; Supplement E, 1999; Supplement F; and Section 4.3.5.2, 2000. http://www.epa.gov/ttn/chief/ap42/index.html, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). *Protocol for Equipment Leak Emission Estimates,* (EPA-453/R-95-017), U.S. EPA Office of Air Quality Planning and Standards, November 1995. http://www.epa.gov/ttn/chief/efdocs/equiplks.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007.* EPA-430-R-09-004, U.S. Environmental Protection Agency, Washington DC., April 15, 2009. http://www.epa.gov/climatechange/emissions/downloads09/Annexes.pdf, accessed May 4, 2009.

World Resources Institute and World Business Council for Sustainable Development (WRI/WBCSD). *Calculating HFC and PFC Emissions from the Manufacturing, Installation, Operation and Disposal of Refrigeration & Air-conditioning Equipment (Version 1.0) Guide to calculation worksheets,* January 2005. http://www.ghgprotocol.org/calculation-tools/all-tools, accessed May 4, 2009.

©2009 American Petroleum Institute

BLM_0003148



**AMERICAN PETROLEUM INSTITUTE**

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# SECTION 7
# INDIRECT EMISSIONS ESTIMATION METHODS



# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Section 7 – Indirect Emissions Estimation Methods

August 2009

BLM_0003150

BLM_0003151

**Table of Contents**

**7.0   INDIRECT EMISSIONS ESTIMATION METHODS** .............................................. **7-1**

    7.1   Emissions Associated with Purchased or Imported Energy ........................ 7-1

        7.1.1   Electricity from a Known Generator ................................................. 7-1

        7.1.2   Purchased Electricity from an Unknown Generator – State or Regional Basis................................................................................ 7-5

        7.1.3   Purchased Electricity from an Unknown Generator  – National Basis .......................................................................................... 7-10

        7.1.4   Renewable Energy .................................................................... 7-16

        7.1.5   Steam/Heat Utility Emissions.................................................... 7-17

        7.1.6   District Cooling Water Emissions................................................ 7-20

    7.2   Allocation of Emissions Among Energy Streams ...................................... 7-21

        7.2.1   Cogeneration of Electricity and Steam.......................................... 7-21

        7.2.2   Cogeneration Within An Entity .................................................... 7-39

        7.2.3   Cogeneration of Product Streams and Heat ................................. 7-39

    7.3   References ............................................................................................. 7-40

©2009 American Petroleum Institute

BLM_0003152

# List of Tables

Table 7-1.  Electricity Usage Emission Factors by Method of Generation ................................7-3

Table 7-2.  Average U.S. Electricity Usage Emission Factors by eGRID Subregion - 2005 ...........................................................................................................................7-6

Table 7-3.  Average Australian Electricity Usage Emission Factors ...........................................7-8

Table 7-4.  Average Canadian Electricity Usage Emission Factors by Province (2006 data) ...........................................................................................................................7-9

Table 7-5.  OECD Member Country International Electric Grid Emission Factors (Generation Basis) .................................................................................................7-11

Table 7-6.  Non-OECD Member Country International Electric Grid Emission Factors (Generation Basis) .................................................................................................7-13

Table 7-7.  Typical Chiller Coefficients of Performance ...........................................................7-20

# List of Figures

Figure 7-1.  Decision Tree for Purchased Electricity Emissions ................................................7-2

Figure 7-2.  eGRID Subregion Map ..........................................................................................7-7

August 2009
©2009 American Petroleum Institute

BLM_0003153

# 7.0 INDIRECT EMISSIONS ESTIMATION METHODS

Indirect emissions are emissions that are a consequence of activities of the reporting company, but which result from sources owned or controlled by another party (IPIECA, 2003). This section addresses indirect emissions from the purchase of energy, the largest source of indirect emissions for the oil and natural gas industry. Carbon dioxide, $CH_4$, and $N_2O$ are emitted when fuel is combusted to generate electricity or to produce heat, steam, or cooling water. This section provides methodologies for estimating the emissions associated with these activities, where these energy sources are generated off site and purchased for use on site. In addition, this section addresses the allocation of emissions among co-produced streams, such as those associated with the cogeneration of electricity and steam. For transparency, indirect energy emissions, also referred to as Scope 2, should be reported separately from direct emissions (WRI, 2005).

## 7.1    Emissions Associated with Purchased or Imported Energy

Figure 7-1 provides a decision tree for selecting an approach for estimating emissions associated with purchased electricity. As shown, the emission estimation approach for purchased or imported electricity varies depending on whether the power was purchased from the grid or from a known generator.

### 7.1.1    Electricity from a Known Generator

It is often difficult to track purchased electricity back to the source. However, where electricity is supplied from a known generator, emissions associated with purchased or imported electricity can be based on fuel-derived emission factors provided by the generator or fuel data using the combustion emission approach presented in Section 4.3. Figure 7-1 depicts several approaches to estimate indirect emissions from electricity. These approaches are based on having generation facility data such as publicly reported emissions factors, fuel composition and quantity consumed, and fuel/generation type, or knowing the region from which the electricity is generated. If only general information is available on the type of fuel and combustion method, Table 7-1 provides $CO_2$, $CH_4$, and $N_2O$ emission factors for electricity generation on a power consumed basis (megawatt-hours) from the U.S. EIA or the U.S. DOE (EIA, 2007; DOE, 1994).

BLM_0003154

*Indirect Emissions Estimation Methods*



**Figure 7-1.  Decision Tree for Purchased Electricity Emissions**

©2009 American Petroleum Institute

BLM_0003155

*Indirect Emissions Estimation Methods*

### Table 7-1.  Electricity Usage Emission Factors by Method of Generation

| Method of Generation | Fuel Type | Carbon Dioxide [a] | | Methane [b] | | Nitrous Oxide [b] | |
|---|---|---|---|---|---|---|---|
| | | lb/ 10[6] W-hr | tonnes/ 10[6] W-hr | lb/ 10[6] W-hr | tonnes/ 10[6] W-hr | lb/ 10[6] W-hr | tonnes/ 10[6] W-hr |
| Advanced combustion turbine | Natural Gas | 1,102.31 | 0.50 | No Data | | | |
| | Distillate Oil | 1,499.14 | 0.68 | No Data | | | |
| | Residual Oil | 1,609.37 | 0.73 | No Data | | | |
| Advanced gas / oil combined cycle | Natural Gas | 815.71 | 0.37 | No Data | | | |
| | Distillate Oil | 1,124.36 | 0.51 | No Data | | | |
| | Residual Oil | 1,212.54 | 0.55 | No Data | | | |
| Combined cycle [c] | Natural Gas | 881.85 | 0.40 | 0.015 | 6.80E-06 | 0.063 | 2.86E-05 |
| | Distillate Oil | 1,190.49 | 0.54 | 0.013 | 5.90E-06 | 0.268 | 1.22E-04 |
| | Residual Oil | 1,300.73 | 0.59 | 0.013 | 5.90E-06 | 0.268 | 1.22E-04 |
| Combustion turbine [d] | Natural Gas | 1,278.68 | 0.58 | 0.16 | 7.26E-05 | 0.24 | 1.09E-04 |
| | Distillate Oil | 1,741.65 | 0.79 | 0.021 | 9.53E-06 | 0.276 | 1.25E-04 |
| | Residual Oil | 1,873.93 | 0.85 | 0.021 | 9.53E-06 | 0.276 | 1.25E-04 |
| Distributed generation - baseload | Natural Gas | 1,102.31 | 0.50 | No Data | | | |
| | Distillate Oil | 1,499.14 | 0.68 | No Data | | | |
| | Residual Oil | 1,609.37 | 0.73 | No Data | | | |
| Distributed generation - peak | Natural Gas | 1,212.54 | 0.55 | No Data | | | |
| | Distillate Oil | 1,653.47 | 0.75 | No Data | | | |
| | Residual Oil | 1,785.74 | 0.81 | No Data | | | |
| Fuel cells | Natural Gas | 881.85 | 0.40 | No Data | | | |
| Geothermal – unspecified | | 268.96 | 0.122 [e] | No Data | | | |
| Geothermal – all, including binary | | 180 [f] | 0.0816 | 1.66E-03 [f] | 7.53E-07 | No Data | |
| Geothermal – flash/dry steam | | 56.7 | 0.0257 | No Data | | | |
| Integrated coal – gasification combined cycle | Coal | 1,653.47 | 0.75 | No Data | | | |
| Municipal solid waste boiler [g] | | 3,747 | 1.70 | 0.02 | 9.07E-06 | 0.55 | 2.49E-04 |
| Pulverized coal | Coal | 1,970 | 0.89 | 0.04 | 1.81E-05 | 0.34 | 1.54E-04 |
| Renewables (wind, hydro, solar, and nuclear) | | 0 | 0 | 0 | 0 | 0 | 0 |
| Scrubbed coal | Coal | 1,851.88 | 0.84 | No Data | | | |
| Steam turbine | Natural Gas | 968 | 0.44 | 0.05 | 2.27E-05 | 0 | 0 |
| | Oil | 1,452 | 0.66 | 0.002 | 9.07E-07 | 0 | 0 |
| Wood waste biomass boiler [h] | | 3,400 | 1.54 | 0.14 | 6.35E-05 | 0.55 | 2.49E-04 |

Footnotes and Sources:

[a] Emission factors taken from U.S. Energy Information Administration, *Technical Guidelines Voluntary Reporting of Greenhouse Gases (1605(b)) Program*, Table 1.F.3, January 2007, unless otherwise noted.  Only $CO_2$ emission factors are available for these Generator Types.

[b] U.S. Department of Energy, *Sector-Specific Issues and Reporting Methodologies Supporting the General Guidelines for the Voluntary Reporting of Greenhouse Gases under Section 1605(b) of the Energy Policy Act of 1992, Appendix B, DOE/PO-0028*, Washington, DC, October 1994.

[c] Gas - Combined Cycle $CH_4$ and $N_2O$ factors used for Natural Gas; Oil - Combined Cycle $CH_4$ and $N_2O$ factors used for both distillate oil and residual oil.

[d] Gas - Combustion Turbine $CH_4$ and $N_2O$ factors used for Natural Gas; Oil - Combustion Turbine $CH_4$ and $N_2O$ factors used for both distillate oil and residual oil.

[e] Factor for unspecified plant type.  Source:  International Geothermal Association (Bertani and Thain, 2001).

[f] Factors for all geothermal plant types (including binary).  Source: Geothermal Resources Council (Bloomfield and Moore, 1999).

[g] Municipal solid waste normally contains inorganic materials—principally plastics—that contain carbon that is not biogenic.  The proportion of plastics in municipal solid waste varies considerably depending on climate, season, socio-economic factors, and waste management practices.  As a result, EIA does not estimate a non-biogenic $CO_2$ emission factor for municipal solid waste.

[h] Under international GHG accounting methods developed by the IPCC, biogenic carbon is considered to be part of the natural carbon balance and does not add to atmospheric concentrations of $CO_2$.

©2009 American Petroleum Institute

BLM_0003156

Note that these emission factors do not include transmission and distribution losses, but are applicable to megawatt-hr of metered electricity usage. Emissions resulting from transmission and distribution losses are accounted for by the entity that owns the transmission or distribution service lines. As such, any losses that occur downstream of the customer meter are incorporated into the customer's emission inventory by basing the emission estimate on the metered energy usage. Exhibit 7.1 demonstrates the use of the generation-based emission factors provided in Table 7-1.

---

**EXHIBIT 7.1:**     **Sample Calculation for Electric Utility (Indirect) Emissions Using Generation-based Emission Factors**

INPUT DATA:
A facility purchases 500,000 kilowatt-hrs of electricity during a given year generated from an offsite natural gas combined-cycle system. Calculate the $CO_2$, $CH_4$, and $N_2O$ emissions.

CALCULATION METHODOLOGY:
Emission factors for a natural gas combined-cycle system are provided in Table 7-1. The emission factors are multiplied by the quantity of electricity purchased to calculate the annual emissions, as follows:

$$E_{CO_2} = \frac{500,000 \text{ kilowatt-hr}}{yr} \times \frac{1 \text{ megawatt}}{1000 \text{ kilowatt}} \times \frac{0.40 \text{ tonne } CO_2}{\text{megawatt-hr}}$$

$$\underline{E_{CO_2} = 200 \text{ tonnes } CO_2/yr}$$

$$E_{CH_4} = \frac{500,000 \text{ kilowatt-hr}}{yr} \times \frac{1 \text{ megawatt}}{1000 \text{ kilowatt}} \times \frac{6.80 \times 10^{-6} \text{ tonne } CH_4}{\text{megawatt-hr}}$$

$$\underline{E_{CH_4} = 0.0034 \text{ tonnes } CH_4/yr}$$

$$E_{N_2O} = \frac{500,000 \text{ kilowatt-hr}}{yr} \times \frac{1 \text{ meagwatt}}{1000 \text{ kilowatt}} \times \frac{2.86 \times 10^{-5} \text{ tonne } CO_2}{\text{megawatt-hr}}$$

$$\underline{E_{N_2O} = 0.0143 \text{ tonnes } N_2O/yr}$$

---

In the U.S., general emission factors from EPA can be applied if the generator of purchased electricity is known but fuel-based data are not available. Currently, EPA maintains a database with

©2009 American Petroleum Institute

BLM_0003157

*Indirect Emissions Estimation Methods*

information from virtually every power plant and company that generates electricity in the U.S. (eGRID).  The database is available at the following website:

*http://www.epa.gov/cleanenergy/egrid/index.htm*[1]

The database is a comprehensive inventory of environmental attributes of electric power systems, integrating information from both utility and non-utility companies.  eGRID is based on available plant-specific data for all U.S. electricity generating plants that provide power to the electric grid and report data to the U.S. government.  The database provides $CO_2$ emission rates (in addition to NOx, $SO_2$, and Hg) in terms of boiler, generator, power plant, electric generating company, parent company, state, power control area, and North American Electric Reliability Council (NERC) region.  Recently, eGRID added $CH_4$ and $N_2O$ emissions rates.

Ideally, the emissions would be based on the most detailed information available.  For example, if a facility knew that the electricity was primarily supplied by a specific power plant, emissions data at this level would provide the highest accuracy.  If company-specific information were not available, state or regional grid average values would be appropriate.

### 7.1.2    *Purchased Electricity from an Unknown Generator – State or Regional Basis*

In the case where electricity is imported directly from a third party power supplier, generation and fuel information may not be available in all cases.  Where the detailed data are unavailable, the default approach is to assume that the electricity was supplied from the grid.  Regional or national grid emission factors may be available from federal governments.

Since electric transmission and distribution lines do not adhere to state boundaries, it is often difficult to identify a specific generation source.  In the U.S., the EPA's eGRID database provides GHG emission factors based on electric generation from all electricity generating plants that provide power to the electric grid and report to the U.S. government.  eGRID subregions are subsets of NERC regions, with similar emissions and resource mix characteristics.  eGRID emission factors are summarized in Table 7-2, with the corresponding subregions illustrated in Figure 7-2.  Subregions can also be determined by ZIP code using the EPA Power Profiler Tool, which can be found at the following address:

http://www.epa.gov/cleanenergy/powerprofiler.htm[2]

---

[1] Accessed June 19, 2009.
[2] Accessed June 19, 2009.

©2009 American Petroleum Institute

BLM_0003158

*Indirect Emissions Estimation Methods*

## Table 7-2.  Average U.S. Electricity Usage Emission Factors by eGRID Subregion - 2005 [a]

| eGRID Subregion Acronym | eGRID Subregion Name | $CO_2$ Output Emission Rate | | | $CH_4$ Output Emission Rate | | | $N_2O$ Output Emission Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (lb/MWh) | (ton/MWh) | (tonne/MWh) | (lb/MWh) | (ton/MWh) | (tonne/MWh) | (lb/MWh) | (ton/MWh) | (tonne/MWh) |
| AKGD | ASCC Alaska Grid | 1,232.36 | 0.616 | 0.559 | 0.0256 | 1.28E-05 | 1.16E-05 | 0.00651 | 3.26E-06 | 2.95E-06 |
| AKMS | ASCC Miscellaneous | 498.86 | 0.249 | 0.226 | 0.02075 | 1.04E-05 | 9.41E-06 | 0.00408 | 2.04E-06 | 1.85E-06 |
| AZNM | WECC Southwest | 1,311.05 | 0.656 | 0.595 | 0.01745 | 8.73E-06 | 7.92E-06 | 0.01794 | 8.97E-06 | 8.14E-06 |
| CAMX | WECC California | 724.12 | 0.362 | 0.328 | 0.03024 | 1.51E-05 | 1.37E-05 | 0.00808 | 4.04E-06 | 3.67E-06 |
| ERCT | ERCOT All | 1,324.35 | 0.662 | 0.601 | 0.01865 | 9.33E-06 | 8.46E-06 | 0.01511 | 7.56E-06 | 6.85E-06 |
| FRCC | FRCC All | 1,318.57 | 0.659 | 0.598 | 0.04592 | 2.30E-05 | 2.08E-05 | 0.01694 | 8.47E-06 | 7.68E-06 |
| HIMS | HICC Miscellaneous | 1,514.92 | 0.757 | 0.687 | 0.31468 | 1.57E-04 | 1.43E-04 | 0.04688 | 2.34E-05 | 2.13E-05 |
| HIOA | HICC Oahu | 1,811.98 | 0.906 | 0.822 | 0.10947 | 5.47E-05 | 4.97E-05 | 0.02362 | 1.18E-05 | 1.07E-05 |
| MROE | MRO East | 1,834.72 | 0.917 | 0.832 | 0.02759 | 1.38E-05 | 1.25E-05 | 0.03036 | 1.52E-05 | 1.38E-05 |
| MROW | MRO West | 1,821.84 | 0.911 | 0.826 | 0.028 | 1.40E-05 | 1.27E-05 | 0.03071 | 1.54E-05 | 1.39E-05 |
| NEWE | NPCC New England | 927.68 | 0.464 | 0.421 | 0.08649 | 4.32E-05 | 3.92E-05 | 0.01701 | 8.51E-06 | 7.72E-06 |
| NWPP | WECC Northwest | 902.24 | 0.451 | 0.409 | 0.01913 | 9.57E-06 | 8.68E-06 | 0.0149 | 7.45E-06 | 6.76E-06 |
| NYCW | NPCC NYC/Westchester | 815.45 | 0.408 | 0.370 | 0.03602 | 1.80E-05 | 1.63E-05 | 0.00546 | 2.73E-06 | 2.48E-06 |
| NYLI | NPCC Long Island | 1,536.80 | 0.768 | 0.697 | 0.11541 | 5.77E-05 | 5.23E-05 | 0.01809 | 9.05E-06 | 8.21E-06 |
| NYUP | NPCC Upstate NY | 720.80 | 0.360 | 0.327 | 0.02482 | 1.24E-05 | 1.13E-05 | 0.01119 | 5.60E-06 | 5.08E-06 |
| RFCE | RFC East | 1,139.07 | 0.570 | 0.517 | 0.03027 | 1.51E-05 | 1.37E-05 | 0.01871 | 9.36E-06 | 8.49E-06 |
| RFCM | RFC Michigan | 1,563.28 | 0.782 | 0.709 | 0.03393 | 1.70E-05 | 1.54E-05 | 0.02717 | 1.36E-05 | 1.23E-05 |
| RFCW | RFC West | 1,537.82 | 0.769 | 0.698 | 0.01823 | 9.12E-06 | 8.27E-06 | 0.02571 | 1.29E-05 | 1.17E-05 |
| RMPA | WECC Rockies | 1,883.08 | 0.942 | 0.854 | 0.02288 | 1.14E-05 | 1.04E-05 | 0.02875 | 1.44E-05 | 1.30E-05 |
| SPNO | SPP North | 1,960.94 | 0.980 | 0.889 | 0.02382 | 1.19E-05 | 1.08E-05 | 0.03209 | 1.60E-05 | 1.46E-05 |
| SPSO | SPP South | 1,658.14 | 0.829 | 0.752 | 0.02498 | 1.25E-05 | 1.13E-05 | 0.02261 | 1.13E-05 | 1.03E-05 |
| SRMV | SERC Mississippi Valley | 1,019.74 | 0.510 | 0.463 | 0.02431 | 1.22E-05 | 1.10E-05 | 0.01171 | 5.86E-06 | 5.31E-06 |
| SRMW | SERC Midwest | 1,830.51 | 0.915 | 0.830 | 0.02115 | 1.06E-05 | 9.59E-06 | 0.0305 | 1.53E-05 | 1.38E-05 |
| SRSO | SERC South | 1,489.54 | 0.745 | 0.676 | 0.02627 | 1.31E-05 | 1.19E-05 | 0.02547 | 1.27E-05 | 1.16E-05 |
| SRTV | SERC Tennessee Valley | 1,510.44 | 0.755 | 0.685 | 0.02005 | 1.00E-05 | 9.09E-06 | 0.02564 | 1.28E-05 | 1.16E-05 |
| SRVC | SERC Virginia/Carolina | 1,134.88 | 0.567 | 0.515 | 0.02377 | 1.19E-05 | 1.08E-05 | 0.01979 | 9.90E-06 | 8.98E-06 |
| | **U.S. Average** | **1,347.05** | **0.674** | **0.611** | **0.046** | **2.29E-05** | **2.08E-05** | **0.0206** | **1.03E-05** | **9.33E-06** |

Footnotes and Source:
[a] U.S. EPA. *eGRID2007 Version 1.1 Year 2005 GHG Annual Output Emission Rates*, December 2008.  Emission factors were converted from units of lb/MWh to units of ton/MWh and tonne/MWh.  2005 was the most recent year for which emission factors were available, as of the time of publication.  U.S. Average factors are derived.

©2009 American Petroleum Institute

BLM_0003159

*Indirect Emissions Estimation Methods*



**Figure 7-2.  eGRID Subregion Map**

Source:
U.S. EPA. *eGRID2007 Version 1.1 Year 2005 GHG Annual Output Emission Rates*, December 2008.

©2009 American Petroleum Institute

BLM_0003160

*Indirect Emissions Estimation Methods*

Note that these emission factors are for the year 2005, the most current data at the time of publication.  When possible, electric grid emission factors corresponding to the emissions inventory year should be applied.  The most recent eGRID information can be found online at:

http://www.epa.gov/cleanenergy/egrid/index.htm[3]

The EIA provides additional information related to energy generation emissions in the U.S., such as electric generation by independent power producers, and electric generation by fuel type[4].

The Australian Government publishes emission factors for purchased electricity according to state, territory, or grid description, as shown in Table 7-3.

### Table 7-3.  Average Australian Electricity Usage Emission Factors

| Location | $CO_2$ Equivalent ($CO_2$ eq.) [a] tonnes/$10^6$ W-hr |
|---|---|
| New South Wales and Australian Capital Territory | 0.89 |
| Victoria | 1.22 |
| Queensland | 0.91 |
| South Australia | 0.84 |
| South West Interconnected System in Western Australia | 0.87 |
| Tasmania | 0.12 |
| Northern Territory | 0.69 |
| **Australia Average** | **0.79** |

Footnote and Source:
[a] Australian Government, Department of Climate Change, *National Greenhouse Accounts (NGA) Factors*, Table 5, November 2008.  Original source units are kg/kW-hr. Australia Average factors are derived.

Environment Canada provides emission factors for purchased electricity according to province.  These factors are shown in Table 7-4.

---

[3] Accessed June 19, 2009.
[4] http://www.eia.doe.gov/cneaf/electricity/epa/epa_sum.html, accessed June 19, 2009.

©2009 American Petroleum Institute

BLM_0003161

*Indirect Emissions Estimation Methods*

**Table 7-4.  Average Canadian Electricity Usage Emission Factors by Province (2006 data)** [a]

| Location | CO₂ | | CH₄ | | N₂O | |
|---|---|---|---|---|---|---|
| | g/ kW-hr | tonnes/ MW hr | g/ MW hr | tonnes/ MW hr | g/ MW-hr | tonnes/ MW-hr |
| Newfoundland | 10 | 0.010 | 0.00 | 0.00E+00 | 0.29 | 2.90E-07 |
| Prince Edward Island | 150 | 0.150 | 1.90 | 1.90E-06 | 3.06 | 3.06E-06 |
| Nova Scotia | 730 | 0.730 | 14.76 | 1.48E-05 | 9.71 | 9.71E-06 |
| New Brunswick | 350 | 0.350 | 17.14 | 1.71E-05 | 6.71 | 6.71E-06 |
| Quebec | 10 | 0.010 | 1.43 | 1.43E-06 | 0.16 | 1.60E-07 |
| Ontario | 180 | 0.180 | 9.05 | 9.05E-06 | 3.19 | 3.19E-06 |
| Manitoba | 10 | 0.010 | 0.48 | 4.80E-07 | 0.26 | 2.60E-07 |
| Saskatchewan | 800 | 0.800 | 36.19 | 3.62E-05 | 18.58 | 1.86E-05 |
| Alberta | 920 | 0.920 | 27.62 | 2.76E-05 | 17.23 | 1.72E-05 |
| British Columbia | 20 | 0.020 | 4.29 | 4.29E-06 | 0.48 | 4.80E-07 |
| Yukon, Northwest Territories and Nunavut | 80 | 0.080 | 3.81 | 3.81E-06 | 11.39 | 1.14E-05 |
| **Canada Average** | **296.36** | **0.296** | **10.61** | **1.06E-05** | **6.46** | **6.46E-06** |

Footnote and Source:
[a] Environment Canada, Energy Section, Greenhouse Gas Division.  (Cited by The Cilmate Registry, *General Reporting Protocol, Version 1.1, Updates and Clarifications*, April 27, 2009.)  Factors do not include emissions from transmission and distribution losses.  Emission factors were converted from units of g/kW-hr or g/MW-hr to units of tonne/MW-hr.  Canada Average factors are derived.

An example calculation illustrating how to estimate electricity-related $CO_2$, $CH_4$ and $N_2O$ emissions using regional or provincial emission factors follows in Exhibit 7.2.

---

**EXHIBIT 7.2:**     **Sample Calculation for Electric Utility (Indirect) Emissions Using State Emission Factors**

INPUT DATA:
A facility in Colorado purchases 500,000 kilowatt-hr of electricity during a given year.  The method of electricity generation is unknown, but the electricity is produced in Colorado.  Calculate the annual $CO_2$, $CH_4$ and $N_2O$ emissions.

CALCULATION METHODOLOGY:
From Figure 7-2, the only eGRID subregion serving Colorado is RMPA.  With this knowledge, emission factors are taken from Table 7-2 for eGRID subregion RMPA.  Annual emissions are calculated by multiplying the emission factors by the quantity of electricity purchased by the plant, as follows:

$$E_{CO_2} = \frac{500,000 \text{ kilowattW-hr}}{\text{yr}} \times \frac{1 \text{ megawatt}}{1000 \text{ kilowatt}} \times \frac{0.854 \text{ tonne } CO_2}{\text{megawatt-hr}}$$

$$E_{CO_2} = 427 \text{ tonnes } CO_2/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003162

---

**EXHIBIT 7.2:**       **Sample Calculation for Electric Utility (Indirect) Emissions Using State Emission Factors, continued**

$$E_{CH_4} = \frac{500{,}000 \text{ kilowatt-hr}}{yr} \times \frac{1 \text{ megawatt}}{1000 \text{ kilowatt}} \times \frac{1.04 \times 10^{-5} \text{ tonne } CH_4}{\text{megawatt-hr}}$$

$$E_{CH_4} = 0.0052 \text{ tonnes } CH_4/yr$$

$$E_{N_2O} = \frac{500{,}000 \text{ kilowatt-hr}}{yr} \times \frac{1 \text{ megawatt}}{1000 \text{ kilowatt}} \times \frac{1.30 \times 10^{-5} \text{ tonne } CO_2}{\text{megawatt-hr}}$$

$$E_{N_2O} = 0.0065 \text{ tonnes } N_2O/yr$$

---

### 7.1.3    *Purchased Electricity from an Unknown Generator – National Basis*

Tables 7-5 and 7-6 provide national emission factors from published sources or developed from IEA data.  Table 7-5 is applicable to Organization for Economic Co-operation and Development (OECD) member countries, whereas Table 7-6 is applicable to Non-OECD countries.  These emission factors are based on electricity generation only and do not include district heating or transmission/ distribution line losses.

The emission factors presented in Tables 7-5 and 7-6 were derived from data provided in the IEA's *Electricity Information 2007*, which contains electricity generation data for OECD countries for the years 1960 through 2005, and data provided in IEA's *Electricity Information 2007 Edition: Documentation for Beyond 2020 Files*, which contains electricity generation data for non-OECD countries for 2005 and electricity generation data for OECD countries for 2006 (IEA, 2007a and 2007b).  The factors provided in Table 7-5 (for OECD countries) are for the years 2003 through 2006, continuing where the emission factors in the previous version of the API *Compendium* ended (Appendix D provides the 2000-2002 emission factors from the previous API *Compendium*).  Emission factors for non-OECD member countries are for 2005 only (Appendix D provides the 2001-2002 emission factors from the previous API *Compendium*).  The approach used to develop the emission factors from IEA data is provided in Appendix D.

---

©2009 American Petroleum Institute

BLM_0003163

*Indirect Emissions Estimation Methods*

## Table 7-5.  OECD Member Country International Electric Grid Emission Factors (Generation Basis)[a]

*tonnes/10^6 W-hr*

| Country | 2003 Weighted Emission Factors | | | 2004 Weighted Emission Factors | | | 2005 Weighted Emission Factors | | | 2006 Weighted Emission Factors | | | 2003-2006 Average Weighted Emission Factors | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ |
| Australia | 0.709 | 2.01E-05 | 1.30E-04 | 0.718 | 2.00E-05 | 1.33E-04 | 0.722 | 1.99E-05 | 1.34E-04 | 0.718 | 1.98E-05 | 1.33E-04 | 0.717 | 2.00E-05 | 1.32E-04 |
| Austria | 0.240 | 1.26E-05 | 4.69E-05 | 0.219 | 1.18E-05 | 4.39E-05 | 0.219 | 1.29E-05 | 4.41E-05 | 0.222 | 1.37E-05 | 4.73E-05 | 0.225 | 1.27E-05 | 4.55E-05 |
| Belgium | 0.243 | 1.37E-05 | 4.27E-05 | 0.244 | 1.38E-05 | 4.32E-05 | 0.234 | 1.43E-05 | 4.28E-05 | 0.236 | 1.44E-05 | 4.32E-05 | 0.239 | 1.41E-05 | 4.30E-05 |
| Canada [b] | N/A | | | | | | | | | | | | 0.296 | 1.06E-05 | 6.46E-06 |
| Czech Republic | 0.530 | 1.29E-05 | 9.93E-05 | 0.518 | 1.29E-05 | 9.78E-05 | 0.522 | 1.30E-05 | 9.87E-05 | 0.512 | 1.34E-05 | 9.69E-05 | 0.520 | 1.31E-05 | 9.82E-05 |
| Denmark | 0.591 | 2.13E-05 | 1.21E-04 | 0.529 | 2.20E-05 | 1.14E-04 | 0.496 | 2.19E-05 | 1.14E-04 | 0.565 | 2.16E-05 | 1.22E-04 | 0.545 | 2.17E-05 | 1.18E-04 |
| Finland | 0.434 | 1.89E-05 | 9.93E-05 | 0.371 | 1.80E-05 | 9.09E-05 | 0.272 | 1.74E-05 | 7.65E-05 | 0.375 | 1.95E-05 | 9.67E-05 | 0.363 | 1.85E-05 | 9.09E-05 |
| France | 0.066 | 2.73E-06 | 1.32E-05 | 0.063 | 2.72E-06 | 1.27E-05 | 0.070 | 3.00E-06 | 1.39E-05 | 0.063 | 2.83E-06 | 1.26E-05 | 0.065 | 2.82E-06 | 1.31E-05 |
| Germany | 0.494 | 1.44E-05 | 9.31E-05 | 0.480 | 1.44E-05 | 9.06E-05 | 0.469 | 1.49E-05 | 9.09E-05 | 0.452 | 1.53E-05 | 9.01E-05 | 0.474 | 1.48E-05 | 9.12E-05 |
| Greece | 0.670 | 1.74E-05 | 1.18E-04 | 0.667 | 1.79E-05 | 1.17E-04 | 0.664 | 1.73E-05 | 1.17E-04 | 0.647 | 1.68E-05 | 1.14E-04 | 0.662 | 1.73E-05 | 1.16E-04 |
| Hungary | 0.424 | 1.93E-05 | 7.16E-05 | 0.387 | 1.99E-05 | 6.95E-05 | 0.341 | 2.04E-05 | 6.76E-05 | 0.351 | 2.05E-05 | 6.71E-05 | 0.376 | 2.00E-05 | 6.89E-05 |
| Iceland | 0.013 | 1.29E-07 | 6.97E-08 | 0.013 | 1.47E-07 | 1.04E-07 | 0.015 | 1.77E-07 | 1.72E-07 | 0.021 | 2.06E-07 | 9.94E-08 | 0.016 | 1.65E-07 | 1.11E-07 |
| Ireland | 0.657 | 2.65E-05 | 1.04E-04 | 0.630 | 2.60E-05 | 1.00E-04 | 0.341 | 1.47E-05 | 6.33E-05 | 0.612 | 2.53E-05 | 9.66E-05 | 0.560 | 2.31E-05 | 9.10E-05 |
| Italy | 0.497 | 2.10E-05 | 7.84E-05 | 0.476 | 2.24E-05 | 7.76E-05 | 0.486 | 1.60E-05 | 8.96E-05 | 0.473 | 2.50E-05 | 7.74E-05 | 0.483 | 2.11E-05 | 8.07E-05 |
| Japan | 0.421 | 1.71E-05 | 7.29E-05 | 0.406 | 1.63E-05 | 7.07E-05 | 0.432 | 1.55E-05 | 7.92E-05 | 0.397 | 1.60E-05 | 6.90E-05 | 0.414 | 1.62E-05 | 7.30E-05 |
| Korea | 0.433 | 1.33E-05 | 7.48E-05 | 0.441 | 1.47E-05 | 7.60E-05 | 0.667 | 2.41E-05 | 1.06E-04 | 0.437 | 1.49E-05 | 7.57E-05 | 0.494 | 1.67E-05 | 8.31E-05 |
| Luxembourg | 0.349 | 2.90E-05 | 5.40E-05 | 0.368 | 3.07E-05 | 5.69E-05 | 0.475 | 2.47E-05 | 7.76E-05 | 0.362 | 3.03E-05 | 5.66E-05 | 0.388 | 2.87E-05 | 6.13E-05 |

©2009 American Petroleum Institute

BLM_0003164

*Indirect Emissions Estimation Methods*

## Table 7-5.  OECD Member Country International Electric Grid Emission Factors
## (Generation Basis), [a] continued

| tonnes/$10^6$ W-hr | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Country | 2003 Weighted Emission Factors | | | 2004 Weighted Emission Factors | | | 2005 Weighted Emission Factors | | | 2006 Weighted Emission Factors | | | 2003-2006 Average Weighted Emission Factors | | |
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ |
| Mexico | 0.506 | 2.03E-05 | 8.01E-05 | 0.489 | 2.01E-05 | 7.64E-05 | 0.412 | 1.58E-05 | 7.21E-05 | 0.486 | 2.06E-05 | 7.63E-05 | 0.473 | 1.92E-05 | 7.63E-05 |
| Netherlands | 0.529 | 3.05E-05 | 9.44E-05 | 0.519 | 3.11E-05 | 9.38E-05 | 0.428 | 1.44E-05 | 7.40E-05 | 0.503 | 3.14E-05 | 9.69E-05 | 0.495 | 2.68E-05 | 8.98E-05 |
| New Zealand | 0.198 | 1.27E-05 | 3.36E-05 | 0.172 | 9.74E-06 | 3.05E-05 | 0.363 | 3.03E-05 | 5.62E-05 | 0.212 | 1.23E-05 | 3.72E-05 | 0.236 | 1.63E-05 | 3.94E-05 |
| Norway | 0.003 | 3.21E-07 | 1.33E-06 | 0.003 | 3.48E-07 | 1.37E-06 | 0.492 | 1.95E-05 | 7.79E-05 | 0.003 | 3.67E-07 | 1.29E-06 | 0.125 | 5.13E-06 | 2.05E-05 |
| Poland | 0.796 | 1.83E-05 | 1.48E-04 | 0.791 | 1.84E-05 | 1.47E-04 | 0.506 | 3.14E-05 | 9.72E-05 | 0.790 | 1.88E-05 | 1.49E-04 | 0.721 | 2.17E-05 | 1.35E-04 |
| Portugal | 0.428 | 1.47E-05 | 8.13E-05 | 0.485 | 1.90E-05 | 9.11E-05 | 0.220 | 1.25E-05 | 3.89E-05 | 0.447 | 1.82E-05 | 8.51E-05 | 0.395 | 1.61E-05 | 7.41E-05 |
| Slovak Republic | 0.218 | 7.43E-06 | 3.89E-05 | 0.216 | 7.28E-06 | 3.78E-05 | 0.002 | 2.75E-07 | 9.73E-07 | 0.199 | 6.60E-06 | 3.51E-05 | 0.159 | 5.40E-06 | 2.82E-05 |
| Spain | 0.375 | 1.27E-05 | 6.73E-05 | 0.394 | 1.44E-05 | 6.92E-05 | 0.359 | 1.47E-05 | 6.67E-05 | 0.382 | 1.78E-05 | 6.94E-05 | 0.377 | 1.49E-05 | 6.81E-05 |
| Sweden | 0.048 | 3.25E-06 | 1.63E-05 | 0.028 | 3.54E-06 | 1.73E-05 | 0.486 | 1.61E-05 | 8.91E-05 | 0.029 | 3.96E-06 | 1.80E-05 | 0.147 | 6.72E-06 | 3.52E-05 |
| Switzerland | 0.015 | 1.01E-06 | 8.34E-06 | 0.016 | 1.05E-06 | 8.88E-06 | 0.455 | 1.60E-05 | 8.04E-05 | 0.018 | 1.15E-06 | 1.04E-05 | 0.126 | 4.80E-06 | 2.70E-05 |
| Turkey | 0.451 | 2.27E-05 | 7.26E-05 | 0.422 | 2.10E-05 | 6.83E-05 | 0.438 | 1.56E-05 | 8.00E-05 | 0.460 | 2.26E-05 | 7.49E-05 | 0.443 | 2.05E-05 | 7.40E-05 |
| United Kingdom [c] | N/A | 2.23E-05 | 8.63E-05 | N/A | 2.32E-05 | 8.67E-05 | N/A | 1.86E-05 | 1.48E-04 | N/A | 2.23E-05 | 9.14E-05 | 0.581 | 2.16E-05 | 1.03E-04 |
| United States [d] | N/A | | | | | | | | | | | | 0.611 | 2.08E-05 | 9.33E-06 |

Footnotes and Sources:

N/A – Not available.

[a] All factors developed from International Energy Agency (IEA) *Electricity Information 2007*, 2007 and *Electricity Information 2007 Edition: Documentation for Beyond 2020 Files*, 2007 with the exception of factors for countries identified in footnotes b – d. Appendix D provides the approach used to estimate emission factors. For all years except 2006, emissions from "Other" Fuel Types (e.g. Fuel Cells) have been calculated using the Fuel Cell emission factor (provided in Table 7-1). However, data for 2006 is preliminary (taken from IEA's *Documentation for Beyond 2020 Files* instead of database), and thus the "Other" category could not be split from the "Solar, Wind, Chemical, Other" category for that year.

[b] Environment Canada, Energy Section, Greenhouse Gas Division. (Cited by The Cilmate Registry (TCR), *General Reporting Protocol, Version 1.1, Updates and Clarifications*, April 27, 2009.) Factors do not include emissions from transmission and distribution losses. Emission factors were converted from units of g/kW-hr or g/MW-hr to units of tonne/MW-hr. Canada Average factors are derived.

[c] Defra, *Guidelines to Defra's GHG conversion factors for company reporting, Annexes updated April 2008*, Department for Environment, Food, and Rural Affairs, April 2008. $CO_2$ emission factor is taken from Defra and is average for 1990-2006. $CH_4$ and $N_2O$ factors derived from IEA data (IEA, 2007), using methodology described in Appendix D.

[d] U.S. EPA, *eGRID2007 Version 1.1 Year 2005 GHG Annual Output Emission Rates*, December 2008. Factors are U.S. average; factors for individual years are not available.

©2009 American Petroleum Institute

BLM_0003165

*Indirect Emissions Estimation Methods*

### Table 7-6.  Non-OECD Member Country International Electric Grid Emission Factors (Generation Basis)[a]

| tonnes/$10^6$ W-hr | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Country | 2005 Weighted Emission Factors | | | Country | 2005 Weighted Emission Factors | | | Country | 2005 Weighted Emission Factors | | |
| | $CO_2$ | $CH_4$ | $N_2O$ | | $CO_2$ | $CH_4$ | $N_2O$ | | $CO_2$ | $CH_4$ | $N_2O$ |
| **Africa** | | | | **Africa (cont.)** | | | | **Latin America (cont.)** | | | |
| Algeria | 0.480 | 3.83E-05 | 6.82E-05 | Namibia | 0.025 | 2.90E-07 | 3.77E-06 | Costa Rica | 0.033 | 7.75E-07 | 5.04E-06 |
| Angola | 0.233 | 2.17E-06 | 3.38E-05 | Nigeria | 0.345 | 2.21E-05 | 4.93E-05 | Cuba | 0.665 | 7.43E-06 | 1.01E-04 |
| Benin | 0.682 | 6.35E-06 | 9.87E-05 | Senegal | 0.552 | 7.21E-06 | 8.47E-05 | Dominican Republic | 0.593 | 6.96E-06 | 9.03E-05 |
| Botswana | 0.826 | 1.80E-05 | 1.54E-04 | South Africa | 0.773 | 1.70E-05 | 1.44E-04 | Ecuador | 0.317 | 5.65E-06 | 4.57E-05 |
| Cameroon | 0.038 | 3.53E-07 | 5.48E-06 | Sudan | 0.477 | 4.44E-06 | 6.91E-05 | El Salvador | 0.307 | 3.13E-06 | 4.31E-05 |
| Congo | 0.000 | 0.00E+00 | 0.00E+00 | United Republic of Tanzania | 0.288 | 3.02E-06 | 4.27E-05 | Guatemala | 0.330 | 1.21E-05 | 8.22E-05 |
| Democratic Republic of Congo | 0.002 | 1.71E-08 | 2.66E-07 | Togo | 0.417 | 3.88E-06 | 6.03E-05 | Haiti | 0.353 | 3.29E-06 | 5.11E-05 |
| Côte d'Ivoire | 0.359 | 2.94E-05 | 5.10E-05 | Tunisia | 0.493 | 3.64E-05 | 7.02E-05 | Honduras | 0.454 | 5.02E-06 | 6.88E-05 |
| Egypt | 0.452 | 3.04E-05 | 6.44E-05 | Zambia | 0.005 | 6.90E-08 | 7.87E-07 | Jamaica | 0.659 | 6.99E-06 | 9.87E-05 |
| Eritrea | 0.682 | 6.35E-06 | 9.87E-05 | Zimbabwe | 0.357 | 7.81E-06 | 6.65E-05 | Netherlands Antilles | 0.682 | 6.35E-06 | 9.87E-05 |
| Ethiopia | 0.005 | 4.43E-08 | 6.88E-07 | Other Africa[b] | 0.386 | 4.51E-06 | 5.89E-05 | Nicaragua | 0.484 | 8.06E-06 | 8.30E-05 |
| Gabon | 0.294 | 8.75E-06 | 4.40E-05 | **Latin America** | | | | Panama | 0.244 | 2.49E-06 | 3.61E-05 |
| Ghana | 0.147 | 1.37E-06 | 2.12E-05 | Argentina | 0.305 | 2.24E-05 | 4.71E-05 | Paraguay | 0.000 | 0.00E+00 | 0.00E+00 |
| Kenya | 0.212 | 5.36E-06 | 4.24E-05 | Bolivia | 0.270 | 1.59E-05 | 4.67E-05 | Peru | 0.129 | 5.34E-06 | 2.12E-05 |
| Libya | 0.626 | 1.57E-05 | 9.03E-05 | Brazil | 0.060 | 4.94E-06 | 1.80E-05 | Trinidad and Tobago | 0.482 | 3.97E-05 | 6.93E-05 |
| Morocco | 0.734 | 1.40E-05 | 1.30E-04 | Chile | 0.306 | 1.63E-05 | 5.42E-05 | Uruguay | 0.085 | 1.12E-06 | 1.36E-05 |
| Mozambique | 0.001 | 3.47E-08 | 1.26E-07 | Colombia | 0.133 | 7.55E-06 | 2.44E-05 | Venezuela | 0.147 | 6.87E-06 | 2.11E-05 |

©2009 American Petroleum Institute

BLM_0003166

*Indirect Emissions Estimation Methods*

## Table 7-6.  Non-OECD Member Country International Electric Grid Emission Factors (Generation Basis),[a] continued

| tonnes/$10^6$ W-hr | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Country | 2005 Weighted Emission Factors | | | Country | 2005 Weighted Emission Factors | | | Country | 2005 Weighted Emission Factors | | |
| | $CO_2$ | $CH_4$ | $N_2O$ | | $CO_2$ | $CH_4$ | $N_2O$ | | $CO_2$ | $CH_4$ | $N_2O$ |
| **Latin America (cont.)** | | | | **Asia (cont.)** | | | | **Non-OECD Europe  (cont.)** | | | |
| Other Latin America[c] | 0.584 | 6.02E-06 | 8.67E-05 | Singapore | 0.534 | 3.12E-05 | 7.64E-05 | Gibraltar | 0.682 | 6.35E-06 | 9.87E-05 |
| **Asia** | | | | Sri Lanka | 0.414 | 3.85E-06 | 5.98E-05 | Kazakhstan | 0.684 | 1.75E-05 | 1.23E-04 |
| Bangladesh | 0.469 | 3.52E-05 | 6.68E-05 | Thailand | 0.515 | 3.31E-05 | 8.51E-05 | Kyrgyzstan | 0.076 | 4.43E-06 | 1.21E-05 |
| Brunei Darussalam | 0.485 | 3.93E-05 | 6.90E-05 | Vietnam | 0.356 | 1.86E-05 | 5.68E-05 | Latvia | 0.147 | 1.27E-05 | 2.35E-05 |
| Cambodia | 0.651 | 6.06E-06 | 9.42E-05 | Other Asia[d] | 0.407 | 3.79E-06 | 5.89E-05 | Lithuania | 0.117 | 8.28E-06 | 1.67E-05 |
| Chinese Taipei | 0.570 | 1.74E-05 | 1.04E-04 | **Non-OECD Europe** | | | | Malta | 0.682 | 6.35E-06 | 9.87E-05 |
| Hong Kong (China) | 0.700 | 2.60E-05 | 1.22E-04 | Albania | 0.009 | 8.17E-08 | 1.27E-06 | Republic of Moldova | 0.476 | 3.90E-05 | 6.77E-05 |
| India | 0.642 | 1.65E-05 | 1.17E-04 | Armenia | 0.140 | 1.15E-05 | 1.99E-05 | Romania | 0.407 | 1.35E-05 | 7.14E-05 |
| Indonesia | 0.625 | 1.49E-05 | 1.04E-04 | Azerbaijan | 0.470 | 2.48E-05 | 6.73E-05 | Russia | 0.385 | 2.17E-05 | 6.09E-05 |
| Democratic People's Republic of Korea | 0.348 | 7.31E-06 | 6.38E-05 | Belarus | 0.501 | 3.68E-05 | 7.13E-05 | Serbia and Montenegro | 0.548 | 1.22E-05 | 1.01E-04 |
| Malaysia | 0.548 | 3.04E-05 | 8.77E-05 | Bosnia and Herzegovina | 0.471 | 1.02E-05 | 8.74E-05 | Slovenia | 0.303 | 7.71E-06 | 5.76E-05 |
| Mongolia | 0.824 | 1.78E-05 | 1.53E-04 | Bulgaria | 0.375 | 9.34E-06 | 6.86E-05 | Tajikistan | 0.011 | 9.29E-07 | 1.61E-06 |
| Myanmar | 0.263 | 1.65E-05 | 3.76E-05 | Croatia | 0.327 | 1.02E-05 | 5.38E-05 | Turkmenistan | 0.483 | 3.97E-05 | 6.87E-05 |
| Nepal | 0.000 | 0.00E+00 | 0.00E+00 | Cyprus | 0.682 | 6.35E-06 | 9.87E-05 | Ukraine | 0.312 | 1.22E-05 | 5.42E-05 |
| Pakistan | 0.352 | 1.88E-05 | 5.05E-05 | Estonia | 0.794 | 1.97E-05 | 1.47E-04 | Uzbekistan | 0.465 | 2.90E-05 | 6.80E-05 |
| People's Republic of China | 0.671 | 1.49E-05 | 1.24E-04 | Former Yugoslav Republic of Macedonia | 0.650 | 1.42E-05 | 1.21E-04 | **Middle East** | | | |
| Philippines | 0.455 | 1.76E-05 | 7.28E-05 | Georgia | 0.071 | 5.35E-06 | 1.01E-05 | Bahrain | 0.483 | 3.97E-05 | 6.87E-05 |

©2009 American Petroleum Institute

BLM_0003167

*Indirect Emissions Estimation Methods*

**Table 7-6.  Non-OECD Member Country International Electric Grid Emission Factors (Generation Basis),[a] continued**

| *tonnes/10⁶ W-hr* | | | |
|---|---|---|---|
| | **2005 Weighted Emission Factors** | | |
| **Country** | **$CO_2$** | **$CH_4$** | **$N_2O$** |
| **Middle East (cont.)** | | | |
| Islamic Republic of Iran | 0.476 | 3.01E-05 | 6.80E-05 |
| Iraq | 0.672 | 6.25E-06 | 9.72E-05 |
| Israel | 0.763 | 1.85E-05 | 1.35E-04 |
| Jordan | 0.564 | 2.54E-05 | 8.09E-05 |
| Kuwait | 0.647 | 1.23E-05 | 9.33E-05 |
| Lebanon | 0.611 | 5.69E-06 | 8.85E-05 |
| Oman | 0.519 | 3.37E-05 | 7.41E-05 |
| Qatar | 0.483 | 3.97E-05 | 6.87E-05 |
| Saudi Arabia | 0.585 | 2.27E-05 | 8.40E-05 |
| Syria | 0.541 | 1.81E-05 | 7.78E-05 |
| United Arab Emirates | 0.488 | 3.90E-05 | 6.94E-05 |
| Yemen | 0.682 | 6.35E-06 | 9.87E-05 |

Footnotes and Sources:
[a] International Energy Agency (IEA).  *Electricity Information 2007 Edition: Documentation for Beyond 2020 Files.*  IEA Energy Statistics Division, 2007.  Electricity Emissions Database purchased from http://www.iea.org.  All factors developed from IEA (IEA, 2007).  Appendix D provides the approach used to estimate the emission factors.  Emissions from "Other" Fuel Types (e.g. Fuel Cells) could not be split from the "Solar, Wind, Chemical, Other" category.
[b] Other Africa includes:  Burkina Faso, Burundi, Cape Verde, Central African Republic, Chad, Comoros, Djibouti, Equatorial Guinea, Gambia, Guinea, Guinea-Bissau, Lesotho, Liberia, Madagascar, Malawi, Mali, Mauritania, Mauritius, Niger, Reunion, Rwanda, Sao Tome and Principe, Seychelles, Sierra Leone, Somalia, Swaziland, and Uganda.
[c] Other Latin America includes:  Antigua and Barbuda, Bahamas, Barbados, Belize, Bermuda, Dominica, French Fuiana, Grenada, Guadeloupe, Guyana, Martinique, St. Kitts and Nevis, Saint Lucia, St. Vincent and Grenadines, and Suriname.
[d] Other Asia includes:  Afghanistan, Bhutan, Fiji, French Polynesia, Kiribati, Laos, Macao, Maldives, New Caledonia, Papua New Guinea, Samoa, Solomon Islands, East Timor, Tongoa, and Vanuatu.

©2009 American Petroleum Institute

BLM_0003168

In the United States, Canada, and Australia, regional data should be used over national emission factors. If the applicable region or province is not known, country averages are also presented in Table 7-5. Emission factors for the United States are taken from eGRID (EPA, 2009). Emission factors for Canada were taken from Environment Canada (TCR, 2009). The $CO_2$ emission factor for the United Kingdom is taken from the Department for Environment, Food, and Rural Affairs, *Guidelines to Defra's GHG conversion factors for company reporting, Annexes* (Defra, 2008); the $CH_4$ and $N_2O$ emission factors for the United Kingdom were derived from IEA.

### 7.1.4    Renewable Energy

Footnotes to Table 7-1 address some unique characteristics for electricity generated from renewable energy sources. Although a $CO_2$ emission factor is provided for wood waste biomass, by GHG emission accounting convention, $CO_2$ emissions from combustion of biogenic fuels[5] are not considered anthropogenic under the Framework Convention on Climate Change[6]. Rather, these emissions are presumed to be carbon neutral, meaning that $CO_2$ emissions resulting from the combustion of wood waste are offset by the $CO_2$ absorbed from the atmosphere prior to harvesting the tree. Carbon dioxide emissions from biomass should not be included in either direct or indirect emissions. However, the combustion of biomass does result in net additions of $CH_4$ and $N_2O$ to the atmosphere. These emissions should be accounted for.

For municipal solid waste, the waste may contain plastics, synthetic textiles, rubber, yard waste, and paper products; with the proportion varying considerably depending on location, season, and waste management practices. An emission factor should be derived based on the anthropogenic carbon contained in the solid waste. If plant-specific estimates of the waste stream composition are not available, the EIA has developed a default emission factor of 919 lbs $CO_2$ per short ton of municipal solid waste, or 92 lbs $CO_2$ per million Btu (assuming a municipal solid waste energy content of 5,000 Btu/lb) (DOE, 2007).

Geothermal Energy

Geothermal energy is a renewable resource that utilizes heat and steam produced in the earth's core for heating and energy generation. The three primary uses of geothermal energy are: direct use and district heating systems, electricity generation, and geothermal heat pumps. GHG emissions do

---

[5] Biogenic carbon refers to carbon that was recently contained in living and breathing tissues (WRI/WBSCD GHG Protocol, Stations Combustion Guidance, July 2005).
[6] http://unfccc.int/essential_background/glossary/items/3666.php, accessed April 30, 2009.

BLM_0003169

result from geothermal electricity generation; however, compared to other methods of generation, emissions from geothermal power plants are very low.

There are three basic types of geothermal power plants: dry steam plants, flash steam plants, and binary power plants. Dry and flash steam plants use the geothermal steam (or geothermal hot water converted to steam) to drive generator turbines. When the steam cools, it is converted to water and injected back into the ground to be used again. In both dry and flash steam plants, the gases contained in the geothermal streams do not condense at the turbine exhaust outlet and so are released to the atmosphere. Binary power plants use geothermal hot water to heat another liquid, which is then vaporized and used to drive the generator turbines. Binary plants do not expose the geothermal stream to the atmosphere, so the non-condensable gases contained in the geothermal streams are not released.

The emission factors provided in Table 7-1 for geothermal energy generation are taken from three separate sources. The International Geothermal Association conducted a survey to determine $CO_2$ emissions from geothermal power plants from around the world (Bertani and Thain, 2001). Emission data were collected from 85 geothermal power plants operating in 11 countries, representing 85% of the worldwide geothermal power plant capacity. Bloomfield and Moore (Bloomfield and Moore, 1999) conducted a survey of data from geothermal operators, utilities, and U.S. state air-quality boards. The primary sources of data were the operators of dry steam and flash plants, although the emission rate is for all geothermal plants (including binary power plants). The EIA emission factor is based on EIA estimates.

### 7.1.5    *Steam/Heat Utility Emissions*

Imported steam/heat or steam/heat generated on site results in GHG emissions due to combustion that occurs to produce the steam. If the method of generation for the steam/heat is known, the approach to estimate combustion emissions given in Sections 4.3 through 4.5 can be used.

To estimate GHG emissions from imported steam or district heating, or where information about the steam/heat generator is unknown, a simple approach of assuming that the steam/heat was generated in a natural gas boiler is suggested. A thermal-based emission factor for this approach can be developed by dividing a boiler emission factor on a lower heating value (LHV) basis by an assumed boiler efficiency. For example, the LHV natural gas combustion emission factors given in Table 4-3 for $CO_2$ and Table 4-7 for $CH_4$ and $N_2O$ (controlled) can be converted to a thermal basis by dividing by an assumed 92% boiler efficiency, shown below as follows. The assumed 92% boiler efficiency

©2009 American Petroleum Institute

BLM_0003170

does not account for steam transport losses.  The efficiency should be reduced to account for inefficiencies in transporting the steam for the specific application.

$$CO_2 \text{ Emission Factor} = \frac{5.90 \times 10^{-2} \text{ tonne}/10^6 \text{ Btu}}{0.92}$$

$$= 6.41 \times 10^{-2} \text{ tonne } CO_2/10^6 \text{ Btu (steam/heat energy basis, LHV)}$$

$$= \frac{6.41 \times 10^{-2} \text{ tonne } CO_2}{10^6 \text{ Btu}} \times \frac{\text{Btu}}{1055.056 \text{ J}}$$

$$= 6.08 \times 10^{-5} \text{ tonne } CO_2/10^6 \text{ J (steam/heat energy basis, LHV)}$$

$$CH_4 \text{ Emission Factor} = \frac{1.1 \times 10^{-6} \text{ tonne}/10^6 \text{ Btu}}{0.92}$$

$$= 1.20 \times 10^{-6} \text{ tonne } CH_4/10^6 \text{ Btu (steam/heat energy basis, LHV)}$$

$$= \frac{1.20 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}} \times \frac{\text{Btu}}{1055.056 \text{ J}}$$

$$= 1.14 \times 10^{-9} \text{ tonne } CH_4/10^6 \text{ J (steam/heat energy basis, LHV)}$$

$$N_2O \text{ Emission Factor} = \frac{3.0 \times 10^{-7} \text{ tonne}/10^6 \text{ Btu}}{0.92}$$

$$= 3.26 \times 10^{-7} \text{ tonne } N_2O/10^6 \text{ Btu (steam/heat energy basis, LHV)}$$

$$= \frac{3.26 \times 10^{-7} \text{ tonne } N_2O}{10^6 \text{ Btu}} \times \frac{\text{Btu}}{1055.056 \text{ J}}$$

$$= 3.09 \times 10^{-10} \text{ tonne } N_2O/10^6 \text{ J (steam/heat energy basis, LHV)}$$

The quantity of steam consumed may be expressed in energy units or mass units.  Where steam consumption is measured in mass units, the pressure and temperature of the steam are needed to convert to an equivalent energy basis.  As demonstrated by Equation 7-1, the mass quantity of the steam is converted to an equivalent thermal energy basis by quantifying the difference in enthalpy at the temperature and pressure of the steam compared to a reference condition of saturated water at 212°F (100°C).

$$\text{Steam Thermal Equivalent} = \text{Mass steam} \times (\text{Enthalpy}_{Actual} - \text{Enthalpy}_{Reference}) \qquad \text{Equation 7-1}$$

The enthalpy of the steam at actual and reference conditions can be found in standard steam tables. The steam factors given above can then be applied to determine the $CO_2$, $CH_4$, and $N_2O$ indirect emissions from the imported steam.

©2009 American Petroleum Institute

*Indirect Emissions Estimation Methods*

Exhibit 7.3 illustrates this simplified approach.

---

**EXHIBIT 7.3:**          **Sample Calculation for Steam (Indirect) Emissions**

INPUT DATA:
A facility purchases 15 million pounds of 600 psig, 700°F steam during a given year. The method of steam generation is unknown. Calculate the emissions.

CALCULATION METHODOLOGY:
Because the method of steam generation is unknown, the simple approach of assuming that the steam was generated in a natural gas boiler with an efficiency of 92% is used. The efficiency is reduced further by 10% to account for the steam transport losses. The first step is to convert the mass of steam generated into an equivalent thermal basis using 212°F saturated water as the reference basis. Using a commonly available steam thermodynamic table, the enthalpy of the steam at the two conditions are:

Steam, 600 psig, 700°F = 1350 Btu/lbm
Saturated Water, 212°F = 180 Btu/lbm

Thus, the equivalent steam thermal energy is:

$$\text{Steam thermal equivalent} = (15 \times 10^6 \text{ lbm/yr})(1350 \text{ Btu/lbm} - 180 \text{ Btu/lbm}) = 1.755 \times 10^{10} \text{ Btu/yr}$$

The emissions are now estimated using the emission factors presented in the preceding discussion:

$$E_{CO_2} = \frac{1.755 \times 10^{10} \text{ Btu}}{\text{yr}} \times \frac{5.90 \times 10^{-2} \text{ tonne } CO_2}{10^6 \text{ Btu}} \times \frac{1}{(0.92 - 0.10)}$$

$$\underline{E_{CO_2} = 1,263 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CH_4} = \frac{1.755 \times 10^{10} \text{ Btu}}{\text{yr}} \times \frac{1.10 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}} \times \frac{1}{(0.92 - 0.10)}$$

$$\underline{E_{CH_4} = 0.0235 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = \frac{1.755 \times 10^{10} \text{ Btu}}{\text{yr}} \times \frac{3.0 \times 10^{-7} \text{ tonne } N_2O}{10^6 \text{ Btu}} \times \frac{1}{(0.92 - 0.10)}$$

$$\underline{E_{N_2O} = 0.0064 \text{ tonnes } N_2O/\text{yr}}$$

---

©2009 American Petroleum Institute

BLM_0003172

### 7.1.6    District Cooling Water Emissions

Similar to purchased heat or steam, facilities may also purchase cooling water or chilled water. Chilled water is typically generated by pressurizing a gaseous substance with a compressor and then allowing the substance to return to standard pressure. When the pressure is released from the gas, it absorbs thermal energy as it expands, lowering the temperature. The compressor system that produces the cooling water may be driven by electricity or fossil fuel combustion. Thus, the estimate of indirect emissions is similar to that of purchased heat or steam. Indirect emissions from district cooling for a given facility represent the share of the total cooling demand from the cooling plant to the facility, multiplied by the total GHG emissions generated by the cooling plant. The quantity of cooling water may be expressed in energy units (Btu or J), or in units of mass-hours (e.g. ton-hour, where 1 ton-hour = 12,000 BTUs). Equation 7-2 is used to determine the energy input resulting from a facility's cooling demand.

$$\text{Energy Input (MMBtu or J)} = \frac{\text{Cooling Demand (MMBtu or J)}}{\text{COP}}$$

Equation 7-2

where

COP = Coefficient of Performance, which is based on the type of chiller.

The COP for common types of chillers is provided in Table 7-7.

#### Table 7-7.  Typical Chiller Coefficients of Performance

| Equipment Type | Coefficient of Performance (COP) [a] | Energy Source |
|---|---|---|
| Absorption Chiller | 0.8 | Natural Gas |
| Engine-driven Compressors | 1.2 | Natural Gas |
| Electric-driven Compressor | 4.2 | Electricity |

Footnote and Source:
[a] California Climate Action Registry (CCAR). *California Climate Action Registry General Reporting Protocol: Reporting Entity-Wide Greenhouse Gas Emissions*, Version 3.1, January 2009.

For cooling plants that use absorption chillers or natural gas-driven compressors, emissions are estimated based on the energy input determined from Equation 7-2 and the natural gas combustion emission factor from Table 4-3. For cooling plants that use electric-driven compression, the energy input from Equation 7-2 must be converted to megawatt – hour (MW-hr) (1 MW-hr = 3.4121 $10^6$ BTU from Table 3-4) to apply the emission factors presented in Sections 7.1.1 through 7.1.3.

©2009 American Petroleum Institute

BLM_0003173

## 7.2    Allocation of Emissions Among Energy Streams

In ongoing efforts to improve energy efficiency, many operations co-produce energy streams or utilize excess process heat for energy generation.  Processes that simultaneously produce energy streams used by two or more different parties present a special case for estimating GHG emissions.  This includes the cogeneration of electricity and heat/steam, as well as operations that produce heat (steam) and other product streams (hydrogen or coke).  For these processes, attributing total GHG emissions to each product stream would result in double counting emissions.

The general process for estimating emissions from co-produced streams is:

1.  Obtain the total GHG emissions associated with the generation of all energy and product streams;
2.  Determine emissions or emission factors attributable to net energy and product stream energy content using one of the methods discussed below;
3.  Calculate GHG emissions ($CO_2$, $CH_4$, and $N_2O$) associated with your entity's portion of the energy or product streams; and
4.  Convert to units of $CO_2$ equivalent emissions.

Data required for the allocation approaches presented in this section include the quantity of fuel consumed, quantity of energy streams generated and sold, electricity generated and sold, energy content of product streams generated and sold, and for the WRI/WBCSD efficiency allocation approach, the efficiencies of heat and power production (although default efficiencies may also be used).

### 7.2.1    Cogeneration of Electricity and Steam

Cogeneration of electricity and steam, also known as CHP, is the simultaneous production of electricity and process heat from the same fuel.  In these units, the heat produced from the electricity generating process (e.g., from the exhaust systems of gas turbines or from conventional boilers with steam turbines) is captured and used for process steam, hot water heating, space heating, and other thermal needs, or to produce additional electricity.  Lower emissions result from these processes because process heat is generated with little or no additional fuel usage.  Note that for some processes, additional energy from a secondary combustion unit is required to generate steam.  GHG emissions should also be considered from this supplemental combustion source.

©2009 American Petroleum Institute

BLM_0003174

Where electricity and/or steam/heat produced from the cogeneration facility is transferred, sold, or otherwise used by two or more entities, GHG accounting may require allocating the emissions resulting from the CHP among the energy streams.  Several registries and GHG reporting programs; have published approaches for allocating emissions between energy streams in cases where these streams are used by two or more different parties (CCAR, 2008; Defra, 2008b; DOE, 2007; TCR, 2008; and WRI/WBCSD, 2006).  The three most common methods are:

1. *Efficiency method:*  GHG emissions are allocated based on the energy input used to produce the separate steam and electricity products;
2. *Energy content method:*  GHG emissions are allocated based on the energy content of the output steam and electricity products; and
3. *Work potential method:*  GHG emissions are allocated based on the contribution to the total work potential of the steam and electricity products.

These approaches apply to emissions associated with the direct import/export of electricity from a CHP facility.  Each approach partitions the total emissions resulting from fuel combustion in the cogeneration unit between the electricity and steam energy streams.  As a result, the sum of the emissions assigned to the individual energy streams is equivalent to the total emissions resulting from the fuel combusted to produce the energy.  These allocation methodologies are discussed further and illustrated through calculation exhibits.

GHG emissions from cogeneration plants could also be allocated based on:

- The economic value of the steam and electricity products;
- Allocating 100% of GHG emissions to electricity production (steam production is emissions free);
- Allocating 100% of GHG emissions to steam production (electricity production is emissions free);
- Allocating savings to electricity production (electricity emissions equal total emissions less emissions from conventional steam production, and steam emissions equal emissions of conventional steam production);
- Allocating savings to steam production (steam emissions equal total emissions less emissions from conventional electricity production, and electricity emissions equal emissions of conventional electricity production); or
- Allocating emissions according to a contractual agreement or other understanding between the parties.

©2009 American Petroleum Institute

BLM_0003175

*Indirect Emissions Estimation Methods*

## Efficiency Allocation Method

The efficiency method allocates GHG emissions according to the amount of fuel energy used to produce each output energy stream. Allocation is based on the assumption that the conversion of fuel energy to steam is more efficient than converting fuel to electricity.

To apply the efficiency allocation method, the first step is to calculate the total direct $CO_2$ emissions from the combustion of fuel (generally natural gas) at the cogeneration facility. The second step is to calculate the thermal equivalent of the steam. The mass of steam generated is converted to an equivalent thermal basis using 212°F saturated water as the reference basis. A commonly available steam table provides the enthalpy of the steam at the actual and reference conditions. The third step is to apply the allocation equation to the electricity and steam streams. Two allocation methods are presented: one from the UK Emissions Trading Scheme (ETS) and a second from the WRI/WBCSD.

The UK ETS allocation approach is based on the assumption that the efficiency of heat generation is twice that of electricity generation (Defra, 2008b).[7] The equations are provided below.

Electricity Emission Factor from Cogeneration Facility:

$$\begin{matrix} CO_2 \text{ EF from electricity} \\ \text{(tonnes } CO_2/\text{megawatt-hr)} \end{matrix} = \frac{2 \times CO_2 \text{ direct emissions (tonnes } CO_2)}{\left[2 \times \text{Electricity produced (megawatt-hr)}\right] + \text{Steam produced (megawatt-hr)}}$$

(Equation 7-3)

Steam Emission Factor from Cogeneration Facility:

$$\begin{matrix} CO_2 \text{ EF from steam} \\ \text{(tonnes } CO_2/\text{megawatt-hr)} \end{matrix} = \frac{CO_2 \text{ direct emissions (tonnes } CO_2)}{\left[2 \times \text{Electricity produced (megawatt-hr)}\right] + \text{Steam produced (megawatt-hr)}}$$

(Equation 7-4)

This approach is illustrated in the Exhibit 7.4.

---

[7] As of this printing, EU ETS does not currently address the allocation of emissions from cogeneration units. This topic is noted for consideration in Phase III (post-2012).

©2009 American Petroleum Institute

BLM_0003176

*Indirect Emissions Estimation Methods*

---

**EXHIBIT 7.4:    Cogeneration Emissions Allocation – UK ETS Efficiency Allocation Method**

INPUT DATA:

A cogeneration facility operates three natural gas-fired combustion turbines, three heat recovery steam generators with supplemental duct firing capability, and a steam turbine.

The cogeneration facility consumes 8,131,500 million Btu of natural gas, producing 3,614,000 million Btu steam and 1,100,600 megawatt-hr of electricity (gross) on an annual basis. A nearby refinery purchases 2,710,000 million Btu of steam and 206,000 megawatt-hr of electricity. The cogeneration facility also consumes 38,500 megawatt-hr of electricity to operate (referred to as the Parasitic load). The net electricity (856,100 megawatt-hrs, metered at the custody transfer point) is sold to the electric grid.

Using the UK ETS Efficiency Allocation Method, calculate the cogeneration facility emissions, refinery emissions, and emissions associated with electricity sold to the grid.

CALCULATION METHODOLOGY:

This example applies the UK Emissions Trading System approach to allocating emissions between steam and electricity. Note that the UK ETS program does not currently address $CH_4$ and $N_2O$ emissions, but the approach presumably applies to $CO_2$ equivalent emissions.

<u>Step 1: Combustion Emissions from Cogeneration</u>:

For the cogeneration unit, emissions are calculated based on the natural gas consumed using the emission factors in Table 4-3 for $CO_2$ and Table 4-7 (natural gas turbines) for $CH_4$ and $N_2O$:

$$E_{CO_2} = 8,131,500 \times 10^6 \text{ Btu} \times \frac{0.0531 \text{ tonnes } CO_2}{10^6 \text{ Btu natural gas}}$$

$$\underline{E_{CO_2} = 431,783 \text{ tonnes } CO_2}$$

$$E_{CO_2e} = 431,783 + \left( 31.7 \times \frac{21 \text{ tonnes } CO_2e}{\text{tonnes } CH_4} \right) + \left( 11.4 \times \frac{310 \text{ tonnes } CO_2e}{\text{tonnes } N_2O} \right)$$

$$\underline{E_{CO_2e} = 435,983 \text{ tonnes } CO_2e \text{ (Direct, Cogen)}}$$

---

©2009 American Petroleum Institute

BLM_0003177

*Indirect Emissions Estimation Methods*

---

**EXHIBIT 7.4:**   **Cogeneration Emissions Allocation – UK ETS Efficiency Allocation Method, continued**

Step 2:  Steam Thermal Equivalent

The total amount of steam generated from the cogeneration facility needs to be converted from a Btu basis to a megawatt-hr basis.  The conversion factor is provided in Table 3-2.

The steam thermal equivalent ($S_{Eq.}$) is calculated below:

$$S_{Eq} = 3,614,000 \times 10^6 \text{ Btu steam} \times \frac{2.931 \times 10^{-4} \text{ kilowatt-hr}}{\text{Btu}} \times \frac{\text{meagwatt-hr}}{1000 \text{ kilowatt-hr}}$$

$$S_{Eq} = 1,059,263 \text{ megawatt-hr/yr}$$

Step 3:  Calculate Electricity and Steam Emission Factors

The third step is to apply the UK ETS equations (Equations 7-3 and 7-4) for allocating emissions between the electricity and steam energy to generate emission factors.

Electricity allocation ($E_{Electricity}$):

$$E_{Electricity} = \frac{2 \times 435,982 \text{ tonnes CO}_2\text{e}}{\left[ 2 \times 1,100,600 \text{ megawatt} - \text{hr}_{Electricity} \right] + 1,059,263 \text{ megawatt-hr}_{Steam}}$$

$$E_{Electricity} = 0.267 \text{ tonnes CO}_2\text{e /megawatt-hr}$$

Steam allocation ($E_{Steam}$):

$$E_{Steam} = \frac{435,983 \text{ tonnes CO}_2\text{e}}{\left[ 2 \times 1,100,600 \text{ megawatt} - \text{hr}_{Electricity} \right] + 1,059,263 \text{ megawatt-hr}_{Steam}}$$

$$E_{Steam} = 0.134 \text{ tonnes CO}_2\text{e /megawatt-hr}$$

Step 4:  Allocate Emissions to Electricity and Steam

Emissions are allocated between electricity and steam used for energy on site (direct emissions) and the exported electricity and steam (indirect emissions) by applying the emission factors calculated in Step 3.

*CO$_2$ Equivalent emissions for electricity sold to the refinery ($E_{Elec, refinery}$):*

$$E_{Elec, refinery} = \frac{0.267 \text{ tonnes CO}_2}{\text{megawatt-hr electricity}} \times 206,000 \text{ megawatt-hr}$$

$$E_{Elec, refinery} = 55,002 \text{ tonnes CO}_2\text{e (Direct, Cogen; Indirect, Refinery)}$$

---

©2009 American Petroleum Institute

BLM_0003178

*Indirect Emissions Estimation Methods*

**EXHIBIT 7.4:**  **Cogeneration Emissions Allocation – UK ETS Efficiency Allocation Method, continued**

*$CO_2$ Equivalent emissions for electricity sold to the grid ($E_{Elec,\ grid}$):*

$$E_{Elec,\ grid} = \frac{0.267 \text{ tonnes } CO_2}{\text{megawatt-hr electricity}} \times 856,100 \text{ megawatt-hr}$$

$E_{Elec,\ grid} = 228,579$ tonnes $CO_2e$ (Direct, Cogen; Indirect, Grid Consumer)

*$CO_2$ Equivalent emissions for steam sold to the refinery ($E_{Steam,\ ref}$):*

$$E_{Steam,\ Ref} = 2,710,000 \times 10^6 \text{ Btu steam} \times \frac{2.931 \times 10^{-4} \text{ kW-hr}}{\text{Btu}} \times \frac{\text{MW-hr}}{1000 \text{ kW-hr}} \times \frac{0.134 \text{ tonnes } CO_2}{\text{MW-hr steam}}$$

$E_{Steam,\ ref} = 106,436$ tonnes $CO_2e$ (Direct, Cogen; Indirect, Refinery)

Step 5:  Calculate Net Cogeneration Facility Emissions
Net cogeneration facility emissions are calculated by subtracting emissions from steam and electricity sold to the refinery and electricity sold to the grid from the total emissions calculated in Step 1.

*Net Cogeneration Facility $CO_2$ Emissions ($E_{Net}$):*

$E_{Net} = 435,983$ tonnes $CO_2e - (55,002 + 228,579 + 106,436)$ tonnes $CO_2e$

$E_{Net} = 45,966$ tonnes $CO_2e$ (Direct, Cogen)

Accounting for round-off error, the sum of the emissions assigned to onsite and offsite steam and electricity should equal the total direct emissions from combustion.  This is summarized in the table below.

**Summary of Cogeneration Emissions – UK ETS Efficiency Allocation Method**

| | Emissions, tonnes $CO_2e$ | |
|---|---|---|
| **Cogeneration Facility (Direct, Cogen)** | | |
| Direct Emissions from Fuel Consumption | 435,983 | |
| Emissions Associated with Electricity Sold to the Grid (Direct, Cogen, and Indirect, Grid Consumer) | 228,579 | Sums to 435,938 |
| Net Facility Emissions | 45,966 | |
| **Refinery Emissions (Direct, Cogen; Indirect, Refinery)** | | |
| Purchased electricity | 55,002 | |
| Purchased Steam | 106,436 | |

©2009 American Petroleum Institute

BLM_0003179

*Indirect Emissions Estimation Methods*

WRI/WBCSD presents a slightly different efficiency allocation approach (WRI/WBCSD, 2006), which relies on actual efficiencies of heat and power production or assumed values. The equations associated with the WRI/WBCSD efficiency allocation approach are:

$$\text{Emissions}_{\text{Heat}} = \text{Emissions}_{\text{Total}} \times \cfrac{\cfrac{\text{Heat Output}}{\text{Efficiency}_{\text{Heat}}}}{\cfrac{\text{Heat Output}}{\text{Efficiency}_{\text{Heat}}} + \cfrac{\text{Electricity Output}}{\text{Efficiency}_{\text{Electricity}}}} \qquad \text{(Equation 7-5)}$$

and

$$\text{Emissions}_{\text{Total}} = \text{Emissions}_{\text{Heat}} + \text{Emissions}_{\text{Electricity}} \qquad \text{(Equation 7-6)}$$

where

$\text{Emissions}_{\text{Total}}$ = total emissions from CHP plant;
$\text{Emissions}_{\text{Heat}}$ = emissions share attributable to heat production;
$\text{Emissions}_{\text{Electricity}}$ = emissions share attributable to electricity production;
$\text{Efficiency}_{\text{Heat}}$ = actual or assumed efficiency of typical heat production; and
$\text{Efficiency}_{\text{Electricity}}$ = actual or assumed efficiency of typical power production.

Heat output and electricity output are reported in the same units (Joule, Btu or kilowatt-hr). Where actual efficiencies are not available, EPA's Climate Leaders reporting guidelines provide default values for U.S. operations of 35% efficiency for electricity production and 80% efficiency for heat production (EPA, 2008). It should be noted that the use of default efficiency values may violate the energy balance constraints of some cogeneration systems. However, the impact on the emission estimates should be minimal since the total emissions are still allocated between the energy outputs.

This efficiency allocation approach using Equations 7-5 and 7-6 is demonstrated in Exhibit 7.5. Note that this approach is also preferred by EPA's Climate Leaders Program (EPA, 2008), The Climate Registry (TCR, 2008), DOE's 1605(b) program (DOE, 2007), and California's Air Resources Board (CARB, 2008) for Topping Cycle Plants[8].

---

[8] Note that Topping Cycle Plants, which generate electricity at the start of the cycle and use the resulting heat or steam for a process stream, are different than Bottoming Cycle Plants, which use steam or heat from a process stream to generate electricity at the end of the cycle.

BLM_0003180

*Indirect Emissions Estimation Methods*

---

**EXHIBIT 7.5:**   **Cogeneration Emissions Allocation – WRI/WBCSD Efficiency Allocation Method**

INPUT DATA:
For the same scenario as described in the previous exhibit (Exhibit 7.4), this example applies the WRI/WBCSD Efficiency Allocation approach

The cogeneration facility consumes 8,131,500 million Btu of natural gas, producing 3,614,000 million Btu steam and 1,100,600 megawatt-hr of electricity (gross) on an annual basis. The refinery purchases 2,710,000 million Btu of steam and 206,000 megawatt-hr of electricity. The cogeneration facility itself requires 38,500 megawatt-hr to operate (Parasitic load), with the net electricity (856,100 megawatt-hrs) sold to the electric grid.

For this example, the efficiency of steam generation is assumed to be 80% and the efficiency of the electricity generation is assumed to be 33% based on the default values suggested by Climate Leaders.

Using the WRI/WBCSD Efficiency Allocation Approach, calculate the cogeneration facility emissions, refinery emissions, and emissions associated with electricity sold to the grid.

CALCULATION METHODOLOGY:
Step 1: Combustion Emissions from Cogeneration:
The total direct emissions are calculated as shown in Exhibit 7.4, resulting in 435,983 tonnes $CO_2e$ emissions (Direct, Cogen).

Step 2: Define Power and Heat Production on the Same Units
The electric power output (P) from the cogeneration unit needs to be converted from a megawatt-hr basis to Btu. The conversion factor is provided in Table 3-4.

$$P = 1,100,600 \text{ megawatt-hr} \times \frac{1000 \text{ kilowatt-hr}}{\text{megawatt-hr}} \times \frac{\text{Btu}}{2.931 \times 10^{-4} \text{ kilowatt-hr}}$$

$$P = 3.755 \times 10^{12} \text{ Btu (Electricity Output)}$$

Step 3: Calculate the Emissions Allocated to Steam
Estimate the emissions associated with the steam generation by applying Equation 7-5.

---

BLM_0003181

---

**EXHIBIT 7.5:      Cogeneration Emissions Allocation – WRI/WBCSD Efficiency Allocation Method, continued**

$$E_{Heat} = 435,983 \text{ tonnes CO}_2\text{e} \times \frac{\dfrac{3,614,000 \times 10^6 \text{ Btu}}{0.80}}{\dfrac{3,614,000 \times 10^6 \text{ Btu}}{0.80} + \dfrac{3.755 \times 10^{12} \text{ Btu}}{0.33}}$$

$$E_{Heat} = 435,983 \text{ tonnes CO}_2\text{e} \times 0.284186$$

$$E_{Heat} = 123,900.2 \text{ tonnes CO}_2\text{e}$$

Step 4:  Calculate the Emissions Allocated to Electricity
Applying Equation 7-6, the emissions allocated to electricity are calculated based on the difference between the total emissions and those allocated to steam.

$$E_{Electricity} = 435,983 \text{ tonnes CO}_2\text{e (Total)} - 123,900.2 \text{ tonnes CO}_2\text{e (Heat)}$$

$$E_{Electricity} = 312,092.8 \text{ tonnes CO}_2\text{e (Electricity)}$$

Step 5:  Allocate Emissions for Energy Exports
The total steam and electricity emissions can be estimated for exports based on the ratio of the total electricity and steam generated versus the energy sold.

*CO$_2$ Equivalent Emissions for electricity sold to the refinery ($E_{Elec, ref}$):*

$$E_{Elec, ref} = 312,082.8 \text{ tonnes CO}_2\text{e (Total Electricity)} \times \frac{206,000 \text{ megawatt-hr (Refinery)}}{1,100,600 \text{ megawatt-hr (Total)}}$$

$$E_{Elec, ref} = 58,412.7 \text{ tonnes CO}_2\text{e (Direct, Cogen; Indirect, Refinery)}$$

*CO$_2$ Equivalent Emissions for electricity sold to the grid ($E_{Elec, grid}$):*

$$E_{Elec, grid} = 312,082.8 \text{ tonnes CO}_2\text{e (Total Electricity)} - 58,412.7 \text{ tonnes CO}_2\text{e (Refinery)}$$

$$E_{Elec, grid} = 253,670.1 \text{ tonnes CO}_2\text{e (Direct, Cogen; Indirect, Grid Consumer)}$$

---

©2009 American Petroleum Institute

BLM_0003182

*Indirect Emissions Estimation Methods*

**EXHIBIT 7.5:**     **Cogeneration Emissions Allocation – WRI/WBCSD Efficiency Allocation Method, continued**

*CO$_2$ Equivalent Emissions for steam sold to the refinery ($E_{Steam, ref}$):*

$$E_{Steam, ref} = 123,900.2 \text{ tonnes CO}_2\text{e (Total Heat)} \times \frac{2,710,000 \times 10^6 \text{ Btu (Refinery)}}{3,614,000 \times 10^6 \text{ Btu (Total)}}$$

$$E_{Steam, ref} = 92,908 \text{ tonnes CO}_2\text{e (Direct, Cogen; Indirect, Refinery)}$$

Step 6:  Calculate Net Cogeneration Facility Emissions
Net cogeneration facility emissions are calculated by subtracting emissions from steam and electricity sold to the refinery and electricity sold to the grid from the total emissions calculated in Step 1.

*Net Cogeneration Facility CO$_2$ Emissions ($E_{Net}$):*

$$E_{Net} = 435,983 \text{ tonnes CO}_2\text{e} - (58,412.7 + 253,670.1 + 92,908 \text{ tonnes CO}_2\text{e})$$

$$E_{Net} = 30,992.2 \text{ tonnes CO}_2\text{e (Direct, Cogen)}$$

The results for the allocation of emissions based on energy efficiency are shown in the table below.

**Summary of Cogeneration Emissions – WRI/WBCSD Efficiency Allocation Method**

| | Emissions, tonnes CO$_2$e | |
|---|---|---|
| **Cogeneration Facility (Direct, Cogen)** | | |
| Direct Emissions from Fuel Consumption | 435,983 | |
| Emissions Associated with Electricity Sold to the Grid (Direct, Cogen, and Indirect, Grid Consumer) | 253,670 | Sums to 435,983 |
| Net Facility Emissions | 30,992 | |
| **Refinery Emissions (Direct, Cogen; Indirect, Refinery)** | | |
| Purchased electricity | 58,413 | |
| Purchased Steam | 92,908 | |

©2009 American Petroleum Institute

BLM_0003183

## Energy Content Method

The energy content method allocates emissions based on the amount of useful energy contained in each energy output stream.  The energy content of the electrical power is simply the amount of electricity produced by the system (converted to units of Btu or Joules).  The energy content of the steam (or hot water) is equivalent to the energy content of the output stream less any energy in the returned condensate.  Losses due to inefficient use of either the electricity or steam outputs are not considered.  This allocation method is particularly well suited for applications where steam is used for process heat, but may not be appropriate where heat is used for mechanical work because it may overstate the amount of useful energy in the heat, resulting in a low emission factor associated with the heat stream.

This approach starts with obtaining the total fuel consumption emissions associated with generating the heat and steam.  For electricity, the energy content is equal to the energy output, converted to units consistent with the steam energy (Btu or Joules).  The energy content of the steam is calculated by applying Equation 7-1.

For steam, only the fraction of the total energy in the steam (or hot water) that can be used for process heating is considered.  It is also assumed that the steam is used for indirect heating, with condensates returned to the CHP system.  If the condensates are not returned or if a hot water output stream is considered in the allocation, different reference conditions than shown below should be applied (e.g., the temperature and pressure of boiler feed water).

The values of enthalpy at the actual and reference conditions can be found in standard steam tables.  The reference conditions of 212°F (100°C) and 1 atm (101.325 kilo-Pascals) correspond to condensates returned to the CHP.

The emissions allocated to the individual energy streams are then calculated as:

$$\text{Emissions}_{\text{Heat/Steam}} = \text{Emissions}_{\text{Total}} \times \frac{\text{Energy}_{\text{Heat/Steam}}}{\text{Energy}_{\text{Heat/Steam}} + \text{Energy}_{\text{Electricity}}} \qquad \text{(Equation 7-7)}$$

$$\text{Emissions}_{\text{Electricity}} = \text{Emissions}_{\text{Total}} \times \frac{\text{Energy}_{\text{Electricity}}}{\text{Energy}_{\text{Heat/Steam}} + \text{Energy}_{\text{Electricity}}} \qquad \text{(Equation 7-8)}$$

An example is provided in Exhibit 7.6.  The basis for this calculation method was from Annex E of the National Council for Air and Stream Improvement (NCASI) report *Calculation Tools for Estimating Greenhouse Gas Emissions from Pulp and Paper Mills* (November 2002).  This

©2009 American Petroleum Institute

BLM_0003184

approach has since been included in WRI/WBCSD's *Allocation of GHG Emissions from a Combined Heat and Power (CHP) Plant*, Guide to Calculation Worksheets, v1.0 (September, 2006).

---

**EXHIBIT 7.6:**   **Cogeneration Emissions Allocation – WRI/WBCSD Energy Content Method**

INPUT DATA:
For the same scenario as described in the previous exhibits, this example applies the energy content approach.

The cogeneration facility consumes 8,131,500 million Btu of natural gas, producing 3,089 million pounds of 600 psig and 700 °F steam and 1,100,600 megawatt-hr of electricity (gross) on an annual basis.  The refinery purchases 2,710,000 million Btu of steam and 206,000 megawatt-hr of electricity.  The cogeneration facility also consumes 38,500 megawatt-hr of electricity to operate (referred to as the Parasitic load), with the net electricity (856,100 megawatts) sold to the electric grid.

Using the Energy Content Method, calculate the cogeneration facility emissions, refinery emissions, and emissions associated with electricity sold to the grid.

CALCULATION METHODOLOGY:

Step 1:  Combustion Emissions from Cogeneration:
The total direct emissions are calculated as shown in Exhibit 7.4, resulting in 435,983 tonnes $CO_2e$ emissions (Direct, Cogen).

Step 2:  Calculate the Energy Associated with the Electricity

The electric power output (P) from the cogeneration unit needs to be converted from a megawatt-hr basis to Btu.  The conversion factor is provided in Table 3-2.

$$P = 1,100,600 \text{ megawatt-hr} \times \frac{1000 \text{ kilowatt-hr}}{\text{megawatt-hr}} \times \frac{\text{Btu}}{2.931 \times 10^{-4} \text{ kilowatt-hr}}$$

$$P = 3.755 \times 10^{12} \text{ Btu (Electricity Output)}$$

Step 3:  Calculate the Energy Associated with the Steam

Estimate the emissions associated with the steam generation by applying Equation 7-1.

---

©2009 American Petroleum Institute

BLM_0003185

*Indirect Emissions Estimation Methods*

**EXHIBIT 7.6:**      **Cogeneration Emissions Allocation – WRI/WBCSD Energy Content Method, continued**

$\text{Energy}_{Steam} = (3{,}089 \times 10^6 \text{ lbm/yr}) \, (1350 \text{ Btu/lbm} - 180 \text{ Btu/lbm})$

$\text{Energy}_{Steam} = 3.614 \times 10^{12} \text{ Btu/yr}$

Step 4:  Calculate the Emissions Allocated to Electricity
The emissions allocated to electricity are calculated based on Equation 7-8.

$$E_{Elec} = 435{,}983 \text{ tonnes CO}_2\text{e} \times \frac{3.755 \times 10^{12} \text{ Btu}_{Electricity}}{3.614 \times 10^{12} \text{ Btu}_{Steam} + 3.755 \times 10^{12} \text{ Btu}_{Electricity}}$$

$E_{Elec} = 222{,}163 \text{ tonnes CO}_2\text{e}$

Step 5:  Allocate Emissions for Energy Exports
The total steam and electricity emissions can be divided among onsite and offsite usage based on the ratio of electricity and steam used on site versus the energy sold for use off site.

*CO₂ Equivalent Emissions for electricity sold to the refinery (E_{Elec, ref}):*

$$E_{Elec, ref} = 222{,}163 \text{ tonnes CO}_2\text{e (Total Electricity)} \times \frac{206{,}000 \text{ megawatt-hr (Refinery)}}{1{,}100{,}600 \text{ megawatt-hr Total}}$$

$E_{Elec, ref} = 41{,}582 \text{ tonnes CO}_2\text{e (Direct, Cogen; Indirect, Refinery)}$

*CO₂ Equivalent Emissions for electricity sold to the grid (E_{Elec, grid}):*

$E_{Elec, grid} = 222{,}163 \text{ tonnes CO}_2\text{e (Total Electricity)} - 41{,}582 \text{ tonnes CO}_2\text{e (Refinery)}$

$E_{Elec, grid} = 180{,}581 \text{ tonnes CO}_2\text{e (Direct, Cogen; Indirect, Grid Consumer)}$

*CO₂ Equivalent Emissions for steam sold to the refinery (E_{Steam, ref}):*

$E_{Steam} = 435{,}983 \text{ tonnes CO}_2\text{e (Total)} - 222{,}163 \text{ tonnes CO}_2\text{e (Electricity)}$

$E_{Steam} = 213{,}980 \text{ tonnes CO}_2\text{e (Direct, Cogen)}$

$$E_{Steam, ref} = 213{,}820 \text{ tonnes CO}_2\text{e (Total Steam)} \times \frac{2{,}710{,}000 \times 10^6 \text{ Btu (Refinery)}}{3{,}614{,}000 \times 10^6 \text{ Btu Total}}$$

$E_{Steam, ref} = 160{,}335 \text{ tonnes CO}_2\text{e (Direct, Cogen; Indirect, Refinery)}$

©2009 American Petroleum Institute

BLM_0003186

*Indirect Emissions Estimation Methods*

---

**EXHIBIT 7.6:**   **Cogeneration Emissions Allocation – WRI/WBCSD Energy Content Method, continued**

Step 6:  Calculate Net Cogeneration Facility Emissions

Net cogeneration facility emissions are calculated by subtracting emissions from steam and electricity sold to the refinery and electricity sold to the grid from the total emissions calculated in Step 1.

*Net Cogeneration Facility $CO_2$ Emissions ($E_{Net}$):*

$$E_{Net} = 435{,}983 \text{ tonnes } CO_2e - (41{,}582 + 180{,}581 + 160{,}335 \text{ tonnes } CO_2e)$$

$$E_{Net} = 53{,}485 \text{ tonnes } CO_2e \text{ (Direct, Cogen)}$$

The results for the allocation of emissions based on energy efficiency are shown in the table below.

**Summary of Cogeneration Emissions – Energy Content Approach**

| | Emissions, tonnes $CO_2e$ | |
|---|---|---|
| **Cogeneration Facility (Direct, Cogen)** | | |
| Direct Emissions from Fuel Consumption | 435,983 | |
| Emissions Associated with Electricity Sold to the Grid (Direct, Cogen, and Indirect, Grid Consumer) | 180,581 | Sums to 435,983 |
| Net Facility Emissions | 53,485 | |
| **Refinery Emissions (Direct, Cogen; Indirect, Refinery)** | | |
| Purchased electricity | 41,582 | |
| Purchased Steam | 160,335 | |

---

Work Potential Allocation Method

This method allocates emissions based on the useful energy represented by the electric power and heat, and defines useful energy on the ability of heat to perform work.  This method assumes that the useful energy in steam corresponds to the maximum amount of work that could be done by the steam in an open (flow) steady state and thermodynamically reversible process.  This method is most appropriate when heat is to be used for producing mechanical work.

---

©2009 American Petroleum Institute

BLM_0003187

*Indirect Emissions Estimation Methods*

In applications where steam is used for process heat, the useful energy in the steam corresponds to the heat content of the steam, or its enthalpy. As a result, the work potential method would underestimate the amount of useful energy in the steam and should not be used.

The work potential for steam is calculated from the specific enthalpy (H) and specific entropy (S) of the steam. This approach sums the work potential of all streams and allocates the total emissions to the individual streams.

As with the other allocation methods, the first step is to calculate the total direct emissions from the combustion of natural gas at the cogeneration facility. The second step is to calculate the work potential of the steam, using 212°F (100°C) saturated water as the reference basis. The enthalpy and entropy of the steam can be determined from a steam table at the reference and actual conditions. The work potential of the steam is calculated using the following equations.

In U.S. units:

$$\text{Steam work potential (Btu/lb)} = (H_i - H_{ref}) - (T_{ref} + 460) \times (S_i - S_{ref}) \qquad \text{(Equation 7-9)}$$

In SI units:

$$\text{Steam work potential} \, (10^9 \, \text{J/tonne}) = (H_i - H_{ref}) - (T_{ref} + 273) \times (S_i - S_{ref}) \qquad \text{(Equation 7-10)}$$

where
$H_i$ = specific enthalpy of the process steam (Btu/lb or $10^3$ J/kilogram);
$H_{ref}$ = specific enthalpy at the reference conditions (BTU/lb or $10^3$ J/kilogram);
$T_{ref}$ = reference temperature (°F or °C);
$S_i$ = specific entropy of the process steam (Btu/lb R or $10^3$ J/kilogram K); and
$S_{ref}$ = specific entropy at the reference conditions (Btu/lb R or $10^3$ J/kilogram K).

The third step is to allocate the total emissions from the cogeneration facility in proportion to their work potential, as shown in Equation 7-11.

$$CO_2 \text{ EF from electricity or steam (tonnes } CO_2/\text{megawatt - hr)} =$$
$$\frac{CO_2 \text{ direct emissions (tonnes } CO_2/\text{yr)}}{\left[ \text{Work potential}_{steam} \left( \dfrac{\text{megawatt - hr}}{\text{yr}} \right) + \text{Work potential}_{electricity} \left( \dfrac{\text{megawatt - hr}}{\text{yr}} \right) \right]} \qquad \text{(Equation 7-11)}$$

This allocation approach is demonstrated in Exhibit 7.7. This approach is referenced by WRI/WBCSD (WRI/WBCSD, 2006).

©2009 American Petroleum Institute

BLM_0003188

*Indirect Emissions Estimation Methods*

---

**EXHIBIT 7.7:**   **Cogeneration Emissions Allocation –Work Potential Allocation Method**

This example applies the Work Potential Allocation method to allocating emissions between steam and electricity for the same facility described in Exhibit 7.4.

The cogeneration facility consumes 8,131,500 million Btu of natural gas, producing 3,614,000 million Btu steam at 700°F and 600 psia, and 1,100,600 megawatt-hr of electricity (gross) on an annual basis.  The refinery purchases 2,710,000 million Btu of steam and 206,000 MW-hr of electricity.  The cogeneration facility also consumes 38,500 megawatt-hr of electricity to operate (referred to as the Parasitic load), with the net electricity (856,100 megawatt-hrs) sold to the electric grid.

Using the Work Potential Allocation method, calculate the cogeneration facility emissions, refinery emissions, and emissions associated with electricity sold to the grid.

CALCULATION METHODOLOGY:

Step 1:  Combustion Emissions from Cogeneration:
Direct emissions are calculated as shown in Exhibit 7.4, resulting in 435,983 tonnes $CO_2e$ emissions (Direct, Cogen).

Step 2:  Steam Work Potential
Steam work potential requires the enthalpy and entropy of the steam at both actual and reference conditions.  These values can be determined using a steam table.

Enthalpy:      Steam, 600 psia, 700°F = 1,350 Btu/lb ($H_i$);
               Saturated Water, 212°F = 180 Btu/lb ($H_{ref}$)

Entropy:       Steam, 600 psia, 700°F = 1.5872 Btu/lb-R ($S_i$);
               Saturated Water, 212°F = 0.31213 Btu/lb-R ($S_{ref}$)

The work potential of the steam (SWP) is calculated using these values and Equation 7-9:

$$ SWP = (1,350-180)\frac{Btu}{lb} - \left[ (212+460)R \times (1.5872-0.31213)\frac{Btu}{lb\text{-}R} \right] $$

$$ SWP = 313.2 \text{ Btu/lb} $$

In addition, the steam needs to be expressed on a mass basis ($M_S$) to apply the work potential equations.

---

©2009 American Petroleum Institute

BLM_0003189

*Indirect Emissions Estimation Methods*

---

**EXHIBIT 7.7:** **Cogeneration Emissions Allocation – Work Potential Allocation Method, continued**

$$M_S = 3,614,000 \times 10^6 \text{ Btu steam} \times \left( \frac{\text{lb steam}}{1,350 \text{ Btu}_{\text{steam conditions}} - 180 \text{ Btu}_{\text{reference conditions}}} \right)$$

$$M_S = 3.089 \times 10^9 \text{ lbs steam}$$

Next, the mass of steam and the steam work potential are combined and converted to megawatt-hrs:

$$S = 3.089 \times 10^9 \text{ lbs steam/yr} \times \left( \frac{313.2 \text{ Btu}}{\text{lb steam}} \right) \times \frac{2.931 \times 10^{-4} \text{ kilowatt-hr}}{\text{Btu}} \times \frac{\text{megawatt-hr}}{1000 \text{ kilowatt-hr}}$$

$$S = 283,567 \text{ megawatt-hr/yr}$$

Step 3: Calculate Electricity and Steam Emission Factors

The third step is to apply Equation 7-11 for allocating emissions between the electricity and steam energy to generate emission factors.

$$EF = \frac{435,983 \text{ tonnes CO}_2\text{e}}{283,567 \text{ megawatt-hr}_{\text{steam}} + 1,100,600 \text{ megawatt-hr}_{\text{electricity}}}$$

$$EF = 0.315 \text{ tonne CO}_2\text{e/megawatt-hr}$$

Step 4: Apply Emission Factor to Estimate Emissions

The emissions associated with exported electricity and steam are determined by applying the appropriate MW-hrs to this emission factor.

*CO$_2$ Equivalent Emissions for electricity sold to the refinery ($E_{Elec, ref}$):*

$$E_{\text{Elec, ref}} = \frac{0.315 \text{ tonnes CO}_2}{\text{megawatt-hr electricity}} \times 206,000 \text{ megawatt-hr}$$

$$E_{\text{Elec, ref}} = 64,890 \text{ tonnes CO}_2\text{e (Direct, Cogen; Indirect, Refinery)}$$

---

©2009 American Petroleum Institute

BLM_0003190

*Indirect Emissions Estimation Methods*

---

**EXHIBIT 7.7:      Cogeneration Emissions Allocation – Work Potential Allocation Method, continued**

*$CO_2$ Equivalent Emissions for electricity sold to the grid ($E_{Elec, grid}$):*

$$E_{Elec, grid} = \frac{0.315 \text{ tonnes CO}_2}{\text{megawatt-hr electricity}} \times 856,100 \text{ megawatt-hr}$$

$$E_{Elec, grid} = 269,672 \text{ tonnes CO}_2e \text{ (Direct, Cogen; Indirect, Grid)}$$

*$CO_2$ Equivalent Emissions for steam sold to the refinery ($E_{Steam, ref}$):*

$$E_{Steam, ref} = 2,710,000 \times 10^6 \text{ Btu steam} \times \frac{283,567 \text{ megawatt-hr/yr}}{3,614,000 \times 10^6 \text{ Btu steam}}$$

$$E_{Steam, ref} = 212,636 \text{ megawatt-hr/yr}$$

$$E_{Steam, ref} = \frac{0.315 \text{ tonnes CO}_2}{\text{megawatt-hr steam}} \times 212,636 \text{ megawatt-hr}$$

$$E_{Steam, ref} = 66,980 \text{ tonnes CO}_2e \text{ (Direct, Cogen; Indirect, Refinery)}$$

Step 5:  Calculate Net Cogeneration Facility Emissions
Net cogeneration facility emissions are calculated by subtracting emissions from steam and electricity sold to the refinery, and electricity sold to the grid from the total emissions calculated in Step 1.

*Net Cogeneration Facility $CO_2$ Emissions ($E_{Net}$):*

$$E_{Net} = 435,983 \text{ tonnes CO}_2e - (64,890 + 269,672 + 66,980 \text{ tonnes CO}_2e)$$

$$E_{Net} = 34,441 \text{ tonnes CO}_2e \text{ (Direct, Cogen)}$$

The following table summarizes the results for the work potential method.

---

©2009 American Petroleum Institute

BLM_0003191

*Indirect Emissions Estimation Methods*

**EXHIBIT 7.7:**       **Cogeneration Emissions Allocation – Work Potential Allocation Method, continued**

**Summary of Cogeneration Emissions – Work Potential Allocation Method**

|  | Emissions, tonnes $CO_2e$ |  |
|---|---|---|
| **Cogeneration Facility (Direct, Cogen)** | | |
| Direct Emissions from Fuel Consumption | 435,983 | |
| Emissions Associated with Electricity Sold to the Grid (Direct, Cogen, and Indirect, Grid Consumer) | 269,672 | Sums to 435,983 |
| Net Facility Emissions | 34,441 | |
| **Refinery Emissions (Direct, Cogen; Indirect, Refinery)** | | |
| Purchased electricity | 64,890 | |
| Purchased Steam | 66,980 | |

## 7.2.2   Cogeneration Within An Entity

In cases where the energy streams from a cogeneration unit are consumed by the same entity that produced the energy streams, there is no need to allocate emissions among the streams. Direct emissions from the combustion of fuels to generate the energy streams are accounted for as direct emissions in the entity's inventory.

There may, however, be situations within an entity where the energy streams cogenerated by one facility are consumed by one or more other facilities owned or operated by the entity. Within the entity's boundary, these emissions should be accounted for as direct emissions (Scope 1 per The GHG Protocol; WRI/WBCSD, 2004). The facility that purchases or consumes the electricity or heat output streams should <u>not</u> also account for the emissions associated with these streams as indirect emissions.

## 7.2.3   Cogeneration of Product Streams and Heat

Other processes associated with oil and natural gas industry operations (e.g., hydrogen and coke production) co-produce product streams with heat/steam. The basic principles demonstrated above can be applied to allocate emissions based on the energy content of the output streams and products.

BLM_0003192

*Indirect Emissions Estimation Methods*

For example, the energy content method presented in Section 7.2.1 can be applied to allocate emissions based on the amount of energy in the steam and the Btu content of the produced coke or hydrogen.

## 7.3    References

Australian Government, Department of Climate Change. *National Greenhouse Accounts (NGA) Factors*, ISBN: 978-1-921298-26-4, November 2008. http://www.climatechange.gov.au/workbook/pubs/workbook-nov2008.pdf, accessed May 1, 2009.

Bertani, Ruggero (Enel GreenPower, Italy), Ian Thain, (Geothermal & Energy Technical Services Ltd, New Zealand). *Geothermal Power Generating Plant $CO_2$ Emission Survey*, International Geothermal Association, August 2001. http://www.geothermie.de/iganews/no49/geothermal_power_generating_plant.htm, accessed May 1, 2009.

Bloomfield, K.K., and Joseph N. Moore. *Production of Greenhouse Gases from Geothermal Power Plants*, Geothermal Resources Council Transactions, Volume 23, p. 221-223, October 1999.

California Air Resources Board (CARB). *Regulation for the Mandatory Reporting of Greenhouse Gas Emissions*, December 2, 2008. http://www.arb.ca.gov/regact/2007/ghg2007/frofinoal.pdf, accessed May 1, 2009.

California Climate Action Registry (CCAR). *General Reporting Protocol*, Version 2.2, March 2007.

California Climate Action Registry (CCAR). *California Climate Action Registry General Reporting Protocol:* Reporting Entity-Wide Greenhouse Gas Emissions, Version 3.1, January 2009. http://www.climateregistry.org/resources/docs/protocols/grp/GRP_3.1_January2009.pdf, accessed May 1, 2009.

Department for Environment, Food and Rural Affairs (Defra). *2008 Guidelines to Defra's GHG Conversion Factors,* Annexes updated April 2008. (2008) http://www.defra.gov.uk/environment/business/reporting/pdf/ghg-cf-guidelines2008.pdf and http://www.defra.gov.uk/environment/business/reporting/pdf/ghg-cf-guidelines-annexes2008.pdf, accessed May 1, 2009.

Department for Environment, Food, and Rural Affairs (Defra). *Guidelines to Defra's Greenhouse Gas Conversion Factors for Company Reporting*, June 2008. (2008b) http://www.defra.gov.uk/environment/business/reporting/pdf/ghg-cf-guidelines2008.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003193

International Energy Agency (IEA). *Electricity Information 2007*. IEA Energy Statistics Division, 2007. (2007a) Electricity Emissions Database purchased from http://www.iea.org, accessed May 13, 2009.

International Energy Agency (IEA). *Electricity Information 2007 Edition: Documentation for Beyond 2020 Files*. IEA Energy Statistics Division, 2007 (2007b). http://wds.iea.org/wds/pdf/doc_ELEINFO.pdf, accessed May 1, 2009.

International Petroleum Industry Environmental Conservation Association (IPIECA), International Association of Oil and Gas Producers (OGP), and American Petroleum Institute (API). *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions*, December 2003. http://www.ipieca.org/activities/climate_change/downloads/publications/ghg_guidelines.pdf, accessed May 1, 2009.

The Climate Registry (TCR). *General Reporting Protocol, Version 1.1*, May 2008. http://www.theclimateregistry.org/downloads/GRP.pdf, accessed May 1, 2009.

The Climate Registry (TCR). *General Reporting Protocol, Version 1.1, Updates and Clarifications*, April 27, 2009. http://www.theclimateregistry.org/downloads/Protocols/general-protocols/general-reporting-protocol/grp-updates-and-clarifications/09.04.27_GRP_Updates_and_Clarifications.pdf, accessed May 1, 2009.

U.S. Department of Energy (DOE). *Technical Guidelines, Voluntary Reporting of Greenhouse Gases, 1605(b) Program*, Office of Policy and International Affairs, Washington, DC January, 2007. http://www.eia.doe.gov/oiaf/1605/January2007_1605bTechnicalGuidelines.pdf, accessed May 1, 2009.

U.S. Department of Energy (DOE). *Sector-Specific Issues and Reporting Methodologies Supporting the General Guidelines for the Voluntary Reporting of Greenhouse Gases under Section 1605(b) of the Energy Policy Act of 1992*, Appendix B, DOE/PO-0028, Washington, DC October 1994. http://www.eia.doe.gov/pub/oiaf/1605/cdrom/pdf/gg-app-tables.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Climate Leaders Greenhouse Gas Inventory Protocol Core Module Guidance – Indirect Emissions from Purchases/Sales of Electricity and Steam*. EPA430K-03-006, June 2008. http://www.epa.gov/climateleaders/documents/resources/indirect_electricity_guidance.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). eGRID2007 Version 1.1 Year 2005 Summary Tables, December 2008. http://www.epa.gov/cleanenergy/documents/egridzips/eGRID2007V1_1_year05_GHGOutputRates.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003194

World Business Council for Sustainable Development (WRI/WBCSD). *Allocation of GHG Emissions from a Combined Heat and Power (CHP) Plant:* Guide to calculation worksheets v1.0, September, 2006. http://www.ghgprotocol.org/calculation-tools/all-tools, accessed May 1, 2009.

World Business Council for Sustainable Development (WRI/WBCSD). *The Greenhouse Gas Protocol.* A Corporate Accounting and Reporting Standard. Revised Edition, March 2004. http://www.ghgprotocol.org/files/ghg-protocol-revised.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003195



**AMERICAN PETROLEUM INSTITUTE**

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## SECTION 8
## EMISSION INVENTORY EXAMPLES



BLM_0003196

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Section 8 – Emission Inventory Examples

August 2009

BLM_0003197

BLM_0003198

# Table of Contents

**8.0   EMISSION INVENTORY EXAMPLES**................................................................. **8-1**

   8.1   Exploration and Production ......................................................................... 8-2

      8.1.1   Onshore Oil Field with High $CO_2$ Content ...................................... 8-2

      8.1.2   Offshore Oil and Natural Gas Production Platform ....................... 8-28

      8.1.3   Natural Gas Processing Plant ....................................................... 8-56

      8.1.4   Production Gathering Compressor Station .................................... 8-79

   8.2   Transportation............................................................................................ 8-95

      8.2.1   Transmission/Distribution.............................................................. 8-95

      8.2.2   Marketing Terminal ...................................................................... 8-105

   8.3   Refining..................................................................................................... 8-124

      8.3.1   Refinery ....................................................................................... 8-124

   8.4   Retail......................................................................................................... 8-146

      8.4.1   Retail ........................................................................................... 8-146

©2009 American Petroleum Institute

BLM_0003199

# List of Figures

Figure 8-1. Onshore Oil Field (High $CO_2$ Content) Summary of Emissions............................8-25

Figure 8-2. Offshore Oil and Natural Gas Production Platform................................................8-53

Figure 8-3. Natural Gas Processing Summary of Emissions....................................................8-75

Figure 8-4. Production Gathering Compressor Station Summary of Emissions .....................8-93

Figure 8-5. Transmission/Distribution Summary of Emissions ............................................8-103

Figure 8-6. Marketing Terminal Summary of Emissions .......................................................8-122

Figure 8-7. Refinery Summary of Emissions ........................................................................8-144

Figure 8-8. Retail Summary of Emissions............................................................................8-150

August 2009
©2009 American Petroleum Institute

BLM_0003200

# List of Tables

Table 8-1.  Gas Composition for Onshore Oil Field (High $CO_2$ Content) ...................................8-2
Table 8-2.  Onshore Oil Field (High $CO_2$ Content) Emissions Sources ....................................8-3
Table 8-3.  Onshore Oil Field (High $CO_2$ Content) Fugitive Emission Sources .........................8-5
Table 8-4.  On-Shore Oil Field (High $CO_2$ Content) Fugitive Emission Factors......................8-22
Table 8-5.  On-Shore Oil Field (High $CO_2$ Content) Fugitive Emissions...................................8-23
Table 8-6.  On-Shore Oil Field (High $CO_2$ Content) Emissions...............................................8-26
Table 8-7.  Gas Composition for Offshore Production Platform...................................................8-28
Table 8-8.  Offshore Oil and Natural Gas Production Platform Emissions Sources ................8-29
Table 8-9.  Offshore Oil and Natural Gas Production Platform Fugitive Emission Sources.....8-32
Table 8-10.  Offshore Oil and Natural Gas Production Platform Fugitive Liquid Weight Percents ...............................................................................................................................8-32
Table 8-11.  Offshore Oil and Natural Gas Production Platform Fugitive Emission Factors ...............................................................................................................................8-51
Table 8-12.  Offshore Oil and Natural Gas Production Platform Fugitive Emissions...............8-53
Table 8-13.  Offshore Oil and Natural Gas Production Platform Emissions............................8-54
Table 8-14.  Gas Composition for Natural Gas Processing Plant............................................8-56
Table 8-15.  Natural Gas Processing Emission Sources .........................................................8-57
Table 8-16.  Natural Gas Processing Fugitive Emission Sources ...........................................8-60
Table 8-17.  Natural Gas Processing Fugitive Emission Factors.............................................8-73
Table 8-18.  Natural Gas Processing Fugitive Emissions .......................................................8-74
Table 8-19.  Natural Gas Processing Emissions ....................................................................8-76
Table 8-20.  Gas Composition for Production Gathering Compressor Station .......................8-79
Table 8-21.  Production Gathering Compressor Station Combustion and Vented Sources ....8-80
Table 8-22.  Production Gathering Compressor Station Fugitive..............................................8-81
Table 8-23.  Production Gathering Compressor Station Fugitive Emission Factors ...............8-89
Table 8-24.  Production Gathering Compressor Station Fugitive Emissions ..........................8-90
Table 8-25.  Production Gathering Compressor Station Emissions.........................................8-94
Table 8-26.  Transmission/Distribution Emission Sources......................................................8-96
Table 8-27.  Transmission/Distribution Emissions ...............................................................8-104
Table 8-28.  Marketing Terminal Emission Sources .............................................................8-106
Table 8-29.  Marketing Terminal Fugitive Emission Sources................................................8-107
Table 8-30.  Marketing Terminal Emissions..........................................................................8-123
Table 8-31.  Refinery Fuel Streams ......................................................................................8-124
Table 8-32.  Refinery Emissions Sources .............................................................................8-126
Table 8-33.  Refinery Cogeneration Emission Summary – WRI/WBCSD Efficiency Allocation Approach ..........................................................................................................8-144
Table 8-34.  Refinery Emissions ...........................................................................................8-145

©2009 American Petroleum Institute

BLM_0003201

Table 8-35.  Retail Emissions Sources ................................................................8-147

Table 8-36.  Retail Emissions ...............................................................................8-151

August 2009

BLM_0003202

# 8.0  EMISSION INVENTORY EXAMPLES

Oil and natural gas industry facility operations and their associated equipment vary significantly. The designs of these operations and equipment differ based on performance requirements and site-specific considerations.  In general, the resultant GHG emissions will be determined by:

- Intensity of energy usage;

- Degree of internal capture and reprocessing;

- Installation of end-of-pipe controls; and

- Venting practices.

This section provides emission inventory examples for each industry segment to demonstrate the use of the emission factors provided in Sections 3 through 7.  These examples are not intended to represent some "average" facility or to reflect actual operations.  Rather, the examples illustrate emission calculations one might encounter in preparing an emissions inventory, based on hypothetical "data."  For each example, specific, simplifying assumptions about throughput volume, types of equipment utilized, and other design considerations are presented.

The examples are meant to be inclusive of all GHG emission source types for a given facility type; however, in actual operations, a particular facility may have other emission sources not covered in these examples.  Similarly, some emission sources indicated in the examples may not be applicable to other facilities.

The examples provide an indication of the significance of a particular source type and relative magnitude of emissions from sources within a given facility.  In reality, for a particular facility, the relative magnitude of its GHG emission sources might be different due to its design and operating practices.  Exclusion of an emission source is not meant to be an indicator of emissions insignificance, and should not be construed as an indicator de minimis.

©2009 American Petroleum Institute

BLM_0003203

*Emission Inventory Examples*

Uncertainty values (± %) were calculated for all examples using the guidance presented in Section 3. All uncertainty data presented in this section are based on a 95% confidence interval. Assumptions were made where uncertainty values were not available for the emission factors or fuel-based data presented in Section 3 through 7; these assumptions are documented in the text. Step-by-step calculation of the uncertainty values for the Onshore Oil Field subsection is provided in detail in the API Uncertainty document (API, Concawe, and IPIECA, 2009).

## 8.1   Exploration and Production

### 8.1.1   Onshore Oil Field with High $CO_2$ Content

Facility Description:  An onshore oil field in Texas consists of 320 producing oil wells. Throughput:  The average daily oil and natural gas production rates are 6,100 bbl/day and $30 \times 10^6$ scf/day, respectively.

Operations:  The facility operates approximately 343 days per year. The facility imports 917 MW-hr annually from the eGRID subregion "ERCOT All." The facility gas composition is presented in Table 8-1 and results in a heating value of 928 Btu/scf. The uncertainty for the heating value is ± 4%, based on engineering judgment.

**Table 8-1.  Gas Composition for Onshore Oil Field (High $CO_2$ Content)**

| Gas Compound | Produced Gas Mole % | Uncertainty [a] (±%) |
|---|---|---|
| $CO_2$ | 12 | 4 |
| $N_2$ | 2.1 | 4 |
| $CH_4$ | 80 | 4 |
| $C_2H_6$ | 4.2 | 4 |
| $C_3H_8$ | 1.3 | 4 |
| $C_4H_{10}$ | 0.4 | 4 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only.  They do not reflect average operations.

Tables 8-2 and 8-3 summarize the emission sources associated with this facility. Equipment at the site that do not have GHG emissions are also included in Table 8-2.

©2009 American Petroleum Institute

BLM_0003204

*Emission Inventory Examples*

## Table 8-2.  Onshore Oil Field (High $CO_2$ Content) Emissions Sources

| Source | Fuel/Refrigerant | No. of Units | Uncertainty[a] (±%) | Unit Capacity (per unit) | Uncertainty[a] (±%) | Average Operation (per unit per year) | Uncertainty[a] (±%) | Annual Activity Factor (all units combined) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| *Combustion Sources* | | | | | | | | | |
| Boilers | Produced Gas | 6 | 0 | N/A | | | | $40\times10^6$ scf/yr | 15 |
| Heaters/reboilers | Produced Gas | 3 | 0 | $2\times10^6$ Btu/hr | 5 | 343 days/yr | 2 | $53.2\times10^6$ scf/yr | 6.71 |
| Compressor engines – turbines | Produced Gas | 11 | 0 | N/A | | | | $250\times10^6$ scf/yr | 15 |
| Emergency flare | Produced Gas | 1 | 0 | N/A | | | | $500\times10^6$ scf/yr | 15 |
| Emergency generator IC engine | Diesel | 1 | 0 | 1800 hp | 5 | 200 hr/yr | 10 | $2,912\times10^6$ Btu/yr | 12.3 |
| Fire water pump IC engine | Diesel | 1 | 0 | 460 hp | 5 | 24 hr/yr; 87% load | 10; 20 | $77.7\times10^6$ Btu/yr | 13.2 |
| Fleet vehicles (trucks) | Gasoline | 5 | 0 | N/A | | 40,000 mi/yr ea. | 15 | N/A | |
| *Vented Sources* | | | | | | | | | |
| Dehydration vents (also has Kimray pump emissions) | Produced Gas | 1 | 0 | $30\times10^6$ scf/day | 5 | 343 days/yr | 2 | $10,290\times10^6$ scf/yr | 5.39 |
| Central tank battery | Crude Oil | 1 | 0 | 6,100 bbl/day | 5 | 343 days/yr | 2 | 2,092,300 bbl/yr | 5.39 |
| Storage tanks | Chemical | 1 | 0 | N/A | | | | N/A | |
| | Naphtha | 1 | 0 | N/A | | | | N/A | |
| | Glycol | 1 | 0 | N/A | | | | N/A | |
| Water blowdown tank | N/A | 1 | 0 | N/A | | | | N/A | |
| Slop oil tank | Slop Oil | 1 | 0 | N/A | | | | N/A | |
| Amine unit for $CO_2$ removal | | | | | | | | | |
| Inlet | Produced Gas | | N/A | $30\times10^6$ scf/day | 5 | 343 days/yr | 2 | $10,290\times10^6$ scf/yr | 5.39 |
| Outlet | Outlet Gas (0.5 mole% $CO_2$) | | N/A | N/A | | | | $8,997\times10^6$ scf/yr | 5 |
| Pneumatic devices | Produced Gas | 64 | 5 | N/A | | | | 64 pneumatic devices | 5 |

©2009 American Petroleum Institute

BLM_0003205

## Table 8-2.  Onshore Oil Field (High CO$_2$ Content) Emissions Sources, continued

| Source | Fuel/Refrigerant | No. of Units | Uncertainty[a] (±%) | Unit Capacity (per unit) | Uncertainty[a] (±%) | Average Operation (per unit per year) | Uncertainty[a] (±%) | Annual Activity Factor (all units combined) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| *Vented Sources, continued* | | | | | | | | | |
| CIPs | Produced Gas | 67 | 5 | N/A | | N/A | | 67 CIPs | 5 |
| Vessel blowdowns (non-routine) | Produced Gas | 112 | 0 | N/A | | N/A | | 112 vessels | 0 |
| Compressor starts (non-routine) | Produced Gas | 11 | 0 | N/A | | N/A | | 11 compressors | 0 |
| Compressor blowdowns (non-routine) | Produced Gas | 11 | 0 | N/A | | N/A | | 11 compressors | 0 |
| Well workovers (non-routine) | Produced Gas | 24 | 0 | N/A | | N/A | | 24 well workovers | 0 |
| PRVs | Produced Gas | 482 | 1 | N/A | | N/A | | 482 PRVs | 1 |
| *Fugitive Sources* | | | | | | | | | |
| Equipment leaks | Produced Gas | N/A | | N/A | | 8,760 hr/yr | 0 | See Table 8-3 | |
| Fleet vehicle refrigeration | R-134a | 5 trucks | 0 | N/A | | N/A | | Unknown | |
| *Indirect Sources* | | | | | | | | | |
| Electricity consumed | N/A | N/A | | N/A | | N/A | | 917 MW-hr/yr | 2 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note:  the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003206

**Table 8-3. Onshore Oil Field (High $CO_2$ Content) Fugitive Emission Sources**

| Component | Service | Average Component Count | Uncertainty [a] (±%) |
|---|---|---|---|
| Valves | Liquid and Gas | 2,740 | 75 |
| Pump seals | Liquid and Gas | 185 | 75 |
| Connectors | Gas | 110 | 75 |
| Flanges | Liquid and Gas | 10,000 | 75 |
| Open-ended lines | Gas | 6 | 75 |
| Others | Liquid and Gas | 710 | 75 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only. They do not reflect average operations.

The remainder of this subsection presents emission calculations for the sources identified in Tables 8-2 and 8-3, and a summary of facility emissions (presented at the end of this subsection).

## Stationary Combustion Devices – $CO_2$ Emissions

**Natural Gas Combustion**

Boilers, heater/reboilers, and compressor engines-turbines use natural gas at this facility. Carbon dioxide emissions from combustion are calculated using the gas composition approach provided in Section 4.3.

The first step in calculating $CO_2$ emissions is to determine the total volume of fuel combusted (V) at the facility. Total fuel consumption is shown below, by equipment type.

**Boilers and heaters**:

$$V = \frac{40 \times 10^6 \text{ scf}}{\text{yr}} + \left( 3 \text{ Units} \times \frac{2 \times 10^6 \text{ Btu}}{\text{hr-unit}} \times \frac{24 \text{ hr}}{\text{day}} \times \frac{343 \text{ days}}{\text{yr}} \times \frac{\text{scf}}{928 \text{ Btu}} \right) = 93.2 \times 10^6 \text{ scf/yr}$$

**Turbines**

Turbine fuel consumption (presented in Table 8-2):

$$V = 250 \times 10^6 \text{ scf/yr}$$

Carbon dioxide emissions from equipment burning natural gas are calculated using the gas composition approach provided in Section 4.3. First, the fuel analysis is converted from a molar

BLM_0003207

*Emission Inventory Examples*

basis to a mass basis, as shown in Exhibits 3.3 and 3.4.  The molecular weight of the mixture is calculated below, using Equation 3-8:

$$MW_{Mixture} = \begin{bmatrix} (12.0 \times 44.01) + (2.1 \times 28.01) + (80 \times 16.04) \\ + (4.2 \times 30.07) + (1.3 \times 44.10) + (0.4 \times 58.12) \end{bmatrix} \div 100 = 20.77 \text{ lb/mole}$$

The individual weight percents are then calculated by rearranging Equation 3-7.  The calculation is shown below for $CH_4$.

$$Wt.\%_{CH_4} = \frac{80 \text{ lbmole } CH_4}{100 \text{ lbmole mixture}} \times \frac{\left(\dfrac{16.04 \text{ lb } CH_4}{\text{lbmole } CH_4}\right)}{\left(\dfrac{20.77 \text{ lb mixture}}{\text{lbmole mixture}}\right)} = \frac{0.6178 \text{ lb } CH_4}{\text{lb mixture}} = 61.78 \text{ wt. \% } CH_4$$

To calculate emissions, the carbon content of the fuel composition provided in Table 8-1 is determined.  The first step is to calculate the carbon content of the individual components, using Equation 4-9.  The carbon content calculation for an individual component is shown below for ethane ($C_2H_6$).

$$Wt\% \ C_{C_2H_6} = \frac{12.01 \text{ lb } C}{\text{lbmole } C} \times \frac{2 \text{ lbmoles } C}{\text{lbmole } C_2H_6} \times \frac{\text{lbmole } C_2H_6}{30.07 \text{ lb } C_2H_6} \times 100\% = 79.9\% \ C$$

After the calculation has been performed for all constituents, the carbon content for the mixture is calculated using Equation 4-10, as shown below:

$$Wt\% \ C_{Mixture} = \frac{1}{100} \times \begin{bmatrix} (25.43 \times 27.3) + (2.83 \times 0) + (61.78 \times 74.9) \\ + (6.08 \times 79.9) + (2.76 \times 81.7) + (1.12 \times 82.7) \end{bmatrix} = 61.24 \ Wt\% \ C = 0.6124 \text{ lb C/lb fuel}$$

Completing the calculations for the fuel analysis presented in Table 8-1 results in the fuel mixture molecular weight and carbon content as follows.

©2009 American Petroleum Institute

BLM_0003208

*Emission Inventory Examples*

| Compound | Mole % | MW | Wt% (Calculated) | Uncertainty [a] (±%) | Compound Carbon Content (wt%C) | Mixture Carbon Content (wt%C) | Uncertainty [a] (±%) |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 12.0 | 44.01 | 25.43 | 4.82 | 27.3 | 6.94 | 4.82 |
| $N_2$ | 2.1 | 28.01 | 2.83 | 4.82 | 0 | 0 | NA |
| $CH_4$ | 80.0 | 16.04 | 61.78 | 4.82 | 74.9 | 46.3 | 4.82 |
| $C_2H_6$ | 4.2 | 30.07 | 6.08 | 4.82 | 79.9 | 4.86 | 4.82 |
| $C_3H_8$ | 1.3 | 44.10 | 2.76 | 4.82 | 81.7 | 2.26 | 4.82 |
| $C_4H_{10}$ | 0.4 | 58.12 | 1.12 | 4.82 | 82.7 | 0.925 | 4.82 |
| **Fuel Mixture** | 100 | **20.77 ±2.69%** [a] | **100.0** | | | **61.24** | **3.71** |

Footnote:
[a] Uncertainty is at a 95% confidence interval.

Carbon dioxide emissions can then be calculated using a mass balance approach. Emissions are calculated below, by equipment type.

**Boilers and Heaters:**

$$E_{CO_2} = \frac{93.2 \times 10^6 \text{ scf fuel}}{yr} \times \frac{\text{lbmole fuel}}{379.3 \text{ scf fuel}} \times \frac{20.77 \text{ lb fuel}}{\text{lbmole fuel}} \times \frac{0.6124 \text{ lb C}}{\text{lb fuel}} \times \frac{\text{lbmole C}}{12.01 \text{ lb C}}$$

$$\times \frac{\text{lbmole } CO_2}{\text{lbmole C}} \times \frac{44.01 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 5{,}200 \text{ tonnes } CO_2/yr$$

**Turbines:**

$$E_{CO_2} = \frac{250 \times 10^6 \text{ scf fuel}}{yr} \times \frac{\text{lbmole fuel}}{379.3 \text{ scf fuel}} \times \frac{20.77 \text{ lb fuel}}{\text{lbmole fuel}} \times \frac{0.6124 \text{ lb C}}{\text{lb fuel}} \times \frac{\text{lbmole C}}{12.01 \text{ lb C}}$$

$$\times \frac{\text{lbmole } CO_2}{\text{lbmole C}} \times \frac{44.01 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 13{,}900 \text{ tonnes } CO_2/yr$$

**Diesel Combustion**

Carbon dioxide emissions from diesel combustion are calculated using the diesel emission factor provided in Table 4-3, assuming an uncertainty of ±10% based on engineering judgment. Because the emission factor is provided on a energy input basis, the equipment ratings are converted to volume of fuel consumed on a energy input basis using the conversion factors

©2009 American Petroleum Institute

BLM_0003209

*Emission Inventory Examples*

provided in Table 4-2, assuming an uncertainty of ±5% based on engineering judgment.  Diesel combustion $CO_2$ emissions are calculated below.

$$V = \left( 1 \text{ Unit} \times \frac{1,800 \text{ hp}}{\text{unit}} \times \frac{8,089 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}} \right) + \left( 1 \text{ Unit} \times \frac{460 \text{ hp}}{\text{unit}} \times 0.87 \times \frac{8,089 \text{ Btu}}{\text{hp-hr}} \times \frac{24 \text{ hr}}{\text{yr}} \right) = 2989.7 \times 10^6 \text{ Btu/yr}$$

$$E_{CO_2} = \frac{2,989.7 \times 10^6 \text{ Btu}}{\text{year}} \times \frac{0.0732 \text{ tonnes } CO_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 219 \text{ tonnes } CO_2/\text{yr}}$$

## Stationary Combustion Devices – $CH_4$, $N_2O$, and $CO_2e$ Emissions

### Natural Gas Combustion

Methane and $N_2O$ combustion emission factors for natural gas-fired equipment are provided in Table 4-7 for controlled boilers and heaters, and Table 4-9 for uncontrolled turbines, assuming an uncertainty of ±25% for all $CH_4$ emission factors and ±150% for all $N_2O$ emission factors based on engineering judgment.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.  Emissions are calculated below, by equipment type.

### Boilers and Heaters:

$$V = \left( \frac{40 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{928 \text{ Btu}}{\text{scf}} \right) + \left( 3 \text{ Units} \times \frac{2 \times 10^6 \text{ Btu}}{\text{hr-unit}} \times \frac{24 \text{ hr}}{\text{day}} \times \frac{343 \text{ days}}{\text{yr}} \right) = 86,512 \times 10^6 \text{ Btu/yr}$$

$$E_{CH_4} = \frac{86,512 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{1.0 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$\underline{E_{CH_4} = 0.0865 \text{ tonnes } CH_4/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003210

*Emission Inventory Examples*

$$E_{N_2O} = \frac{86,512 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{2.8 \times 10^{-7} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$E_{N_2O} = 0.0242 \text{ tonnes } N_2O/\text{yr}$$

$$E_{CO_2e} = \frac{5,200 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{0.0865 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.0242 \text{ tonne } N_2O}{\text{yr}} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$E_{CO_2e} = 5,210 \text{ tonne } CO_2e/\text{yr}$$

**Turbines**:

$$V = \left( \frac{250 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{928 \text{ Btu}}{\text{scf}} \right) = 232,000 \times 10^6 \text{ Btu/yr}$$

$$E_{CH_4} = \frac{232,000 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{3.9 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$E_{CH_4} = 0.905 \text{ tonnes } CH_4/\text{yr}$$

$$E_{N_2O} = \frac{232,000 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{1.4 \times 10^{-6} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$E_{N_2O} = 0.325 \text{ tonnes } N_2O/\text{yr}$$

$$E_{CO_2e} = \frac{13,900 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{0.905 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right) + \left( \frac{0.325 \text{ tonne } N_2O}{\text{yr}} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$E_{CO_2e} = 14,100 \text{ tonne } CO_2e/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003211

**Diesel Combustion**

The diesel-operated emergency generator emissions are estimated using the "Large Bore Engine – Diesel" emission factors (for engines rated greater than 600 hp) from Table 4-9. Because the emission factor is provided on a energy input basis, the equipment ratings are converted to volume of fuel consumed on a energy input basis using the conversion factors provided in Table 4-2, assuming an uncertainty of ±5% based on engineering judgment. The diesel-operated fire water pump emissions are estimated using the "IC Engine – Diesel" emission factors from Table 4-9 (for diesel engines rated less than 600 hp). An uncertainty of ±25% was assumed for all $CH_4$ emission factors and an uncertainty of ±150% was assumed for all $N_2O$ emission factors based on engineering judgment. Table 4-9 also provides an assumed $CH_4$ content of 9 wt% to convert from TOC emissions if the exhaust composition is unknown, assuming the uncertainty of the TOC emission factor is ±25%, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Because diesel $CO_2$ emissions are calculated by fuel type, diesel $CO_2e$ emissions are also calculated by fuel type. Emissions are calculated below, by equipment type.

**Diesel engine >600 hp (emergency generator):**

$$E_{CH_4} = 1\ \text{Unit} \times \frac{1,800\ \text{hp}}{\text{unit}} \times \frac{8,089\ \text{Btu}}{\text{hp-hr}} \times \frac{200\ \text{hr}}{\text{yr}} \times \frac{3.7 \times 10^{-6}\ \text{tonne } CH_4}{10^6\ \text{Btu}}$$

$$\underline{E_{CH_4} = 0.0108\ \text{tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = 1\ \text{Unit} \times \frac{1,800\ \text{hp}}{\text{unit}} \times \frac{8,089\ \text{Btu}}{\text{hp-hr}} \times \frac{200\ \text{hr}}{\text{yr}} \times \frac{6.01 \times 10^{-7}\ \text{tonne } N_2O}{10^6\ \text{Btu}}$$

$$\underline{E_{N_2O} = 0.00175\ \text{tonnes } N_2O/\text{yr}}$$

**Diesel engine <600 hp (fire water pump):**

$$E_{CH_4} = 1\ \text{Unit} \times \frac{460\ \text{hp}}{\text{unit}} \times 0.87\ \text{load} \times \frac{8,089\ \text{Btu}}{\text{hp-hr}} \times \frac{24\ \text{hr}}{\text{yr}} \times \frac{0.00016\ \text{tonne TOC}}{10^6\ \text{Btu}} \times \frac{0.09\ \text{tonne } CH_4}{\text{tonne TOC}}$$

$$\underline{E_{CH_4} = 0.00112\ \text{tonnes } CH_4/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003212

$$E_{N_2O} = 1\ \text{Unit} \times \frac{460\ \text{hp}}{\text{unit}} \times 0.87\ \text{load} \times \frac{8{,}089\ \text{Btu}}{\text{hp-hr}} \times \frac{24\ \text{hr}}{\text{yr}} \times \frac{6.01 \times 10^{-7}\ \text{tonne}\ N_2O}{10^6\ \text{Btu}}$$

$$E_{N_2O} = 0.0000467\ \text{tonnes}\ N_2O/\text{yr}$$

**Diesel $CO_2e$ Emissions:**

$$E_{CO_2e} = \frac{219\ \text{tonne}\ CO_2}{\text{yr}} + \left( \frac{0.0108\ \text{tonne}\ CH_4}{\text{yr}} + \frac{0.00112\ \text{tonne}\ CH_4}{\text{yr}} \right) \times \frac{21\ \text{tonne}\ CO_2e}{\text{tonne}\ CH_4}$$

$$+ \left( \frac{0.00175\ \text{tonne}\ N_2O}{\text{yr}} + \frac{0.0000467\ \text{tonne}\ N_2O}{\text{yr}} \right) \times \frac{310\ \text{tonne}\ CO_2e}{\text{tonne}\ N_2O}$$

$$E_{CO_2e} = 220\ \text{tonne}\ CO_2e/\text{yr}$$

## Combustion Sources – Flares

Flaring emissions are calculated based on the guidance given in Section 4.6, which states $CO_2$ emissions are based on 98% combustion efficiency and $CH_4$ emissions are calculated assuming that 2% of the $CH_4$ remains uncombusted. A ±20% uncertainty is assumed for both, based on engineering judgment. Carbon dioxide emissions are estimated as the sum of the $CO_2$ already present in the gas and the $CO_2$ that results from the product of flared gas carbon combustion. Nitrous oxide emissions are estimated using an emission factor from Table 4-11, assuming an uncertainty of ±200%, based on engineering judgment. It is assumed that the flare gas composition is equal to the field gas composition. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

©2009 American Petroleum Institute

BLM_0003213

*Emission Inventory Examples*

**Carbon dioxide emissions:**

$$E_{CO_2} = \frac{500 \times 10^6 \text{ scf gas}}{yr} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{44.01 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\times \left[ \begin{array}{c} \left( \dfrac{0.80 \text{ lbmole } CH_4}{\text{lbmole gas}} \times \dfrac{1 \text{ lbmole C}}{\text{lbmole } CH_4} + \dfrac{0.042 \text{ lbmole } C_2H_6}{\text{lbmole gas}} \times \dfrac{2 \text{ lbmole C}}{\text{lbmol } C_2H_6} \right. \\[2ex] \left. + \dfrac{0.013 \text{ lbmole } C_3H_8}{\text{lbmole gas}} \times \dfrac{3 \text{ lbmol C}}{\text{lbmole } C_3H_8} + \dfrac{0.004 \text{ lbmole } C_4H_{10}}{\text{lbmole gas}} \times \dfrac{4 \text{ lbmole C}}{\text{lbmole } C_4H_{10}} \right) \\[2ex] \times \dfrac{0.98 \text{ lbmole } CO_2 \text{ formed}}{\text{lbmole C combusted}} + \dfrac{0.12 \text{ lbmole } CO_2}{\text{lbmole gas}} \end{array} \right]$$

$$\underline{E_{CO_2} = 27,400 \text{ tonnes } CO_2 / yr}$$

**Methane, N₂O, and CO₂e emissions:**

$$E_{CH_4} = \frac{500 \times 10^6 \text{ scf gas}}{yr} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{0.80 \text{ lbmole } CH_4}{\text{lbmole gas}} \times \frac{16.04 \text{ lb } CH_4}{\text{lbmole } CH_4}$$

$$\times \frac{0.02 \text{ lb uncombusted } CH_4}{\text{lb } CH_4} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 153 \text{ tonnes } CH_4 / yr}$$

$$E_{N_2O} = \frac{6,100 \text{ bbl}}{\text{day}} \times \frac{365 \text{ days}}{yr} \times \frac{1.0 \times 10^{-4} \text{ tonnes } N_2O}{1,000 \text{ bbl}}$$

$$\underline{E_{N_2O} = 0.223 \text{ tonnes } N_2O / yr}$$

$$E_{CO_2e} = \frac{27,400 \text{ tonne } CO_2}{yr} + \left( \frac{153 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$+ \left( \frac{0.223 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 30,700 \text{ tonne } CO_2e / yr}$$

©2009 American Petroleum Institute
August 2009

BLM_0003214

*Emission Inventory Examples*

## Combustion Sources – Fleet Vehicles

The calculations for fleet vehicle emissions are demonstrated below.  The fuel-based emission factor for $CO_2$ is presented in Table 4-3 for motor gasoline, assuming an uncertainty of ±10%, based on engineering judgment.  Because the emission factor for $CO_2$ is in units of tonne $CO_2$ per MMBtu, the volume of fuel consumed is converted to energy input using the heating value of gasoline (provided in Table 3-8), assuming an uncertainty of ±5%, based on engineering judgment.  The emission factors for $CH_4$ and $N_2O$ are provided in Table 4-17; the vehicles are assumed to be Tier 1.  The uncertainty for both the $CH_4$ and $N_2O$ emission factors is assumed to be ±150%, based on engineering judgment.  The fuel economy is taken from Table 4-13, for gasoline light trucks, assuming an uncertainty of ±5%, based on engineering judgment.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.

$$V = \frac{40,000 \text{ mi}}{\text{yr-truck}} \times \frac{\text{gal}}{14 \text{ mi}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.25 \times 10^6 \text{ Btu}}{\text{bbl}} = 1,790 \times 10^6 \text{ Btu/yr-truck}$$

$$E_{CO_2} = 5 \text{ trucks} \times \frac{1,790 \times 10^6 \text{ Btu}}{\text{yr-truck}} \times \frac{0.0709 \text{ tonne } CO_2}{1 \times 10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 127 \text{ tonne } CO_2/\text{yr}}$$

$$E_{CH_4} = 5 \text{ trucks} \times \frac{40,000 \text{ mi}}{\text{yr-truck}} \times \frac{\text{gal}}{14 \text{ mi}} \times \frac{4.5 \times 10^{-4} \text{ tonne } CH_4}{\text{Mgal}} \times \frac{\text{Mgal}}{1000 \text{ gal}}$$

$$\underline{E_{CH_4} = 0.00643 \text{ tonne } CH_4/\text{yr}}$$

$$E_{N_2O} = 5 \text{ trucks} \times \frac{40,000 \text{ mi}}{\text{yr-truck}} \times \frac{\text{gal}}{14 \text{ mi}} \times \frac{6.1 \times 10^{-4} \text{ tonne } N_2O}{\text{Mgal}} \times \frac{\text{Mgal}}{1000 \text{ gal}}$$

$$\underline{E_{N_2O} = 0.00871 \text{ tonne } N_2O/\text{yr}}$$

©2009 American Petroleum Institute
August 2009

BLM_0003215

$$E_{CO_2e} = \frac{127 \text{ tonne } CO_2}{yr} + \left( \frac{0.00643 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.00871 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 129 \text{ tonne } CO_2e/yr}$$

## Vented Sources - Gas Dehydration

Dehydration emissions are from the dehydrator vents and Kimray pumps. Methane emissions from the dehydrator vents are estimated using the production segment emission factor and associated uncertainties given in Table 5-2. The Kimray pump emissions are estimated using the production segment emission factor and associated uncertainties in Table 5-4. For both of these sources, emissions are based on the quantity of gas processed. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are estimated by using a ratio of the facility $CO_2$ and default $CH_4$ concentrations in the gas. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

$$EF_{CH_4} = \left( EF_{\text{Dehydrator vents}} \right) + \left( EF_{\text{Kimray pumps}} \right)$$

$$EF_{CH_4} = \left( \frac{0.0052859 \text{ tonne } CH_4}{10^6 \text{ scf}} \right) + \left( \frac{0.01903 \text{ tonne } CH_4}{10^6 \text{ scf}} \right) = 0.024326 \text{ tonne } CH_4 /10^6 \text{ scf}$$

$$E_{CH_4} = \frac{30 \times 10^6 \text{ scf}}{\text{day gas processed}} \times \frac{343 \text{ day}}{yr} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}} \times \frac{0.024326 \text{ tonne } CH_4}{10^6 scf}$$

$$\underline{E_{CH_4} = 254 \text{ tonnes } CH_4/yr}$$

©2009 American Petroleum Institute

BLM_0003216

*Emission Inventory Examples*

$$E_{CO_2} = \frac{30 \times 10^6 \text{ scf}}{\text{day gas processed}} \times \frac{343 \text{ day}}{\text{yr}} \times \frac{0.024326 \text{ tonne } CH_4}{10^6 \text{scf}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole } CH_4} \times \frac{0.12 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 105 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CO_2e} = \frac{105 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{254 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 5,440 \text{ tonne } CO_2e/\text{yr}}$$

## Vented Sources - Storage Tank Flashing

Methane emissions from flashing losses are estimated using the simple emission factor provided in Table 5-8, in the absence of the more detailed information necessary for the other calculation approaches provided in Section 5.4.1. The uncertainty for the $CH_4$ emission factor is assumed to be ±90% based on engineering judgment. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions from storage tank flashing are calculated below.

$$E_{CH_4} = \frac{6,100 \text{ bbl}}{\text{day}} \times \frac{343 \text{ day}}{\text{yr}} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}} \times \frac{8.86 \times 10^{-4} \text{tonne } CH_4}{\text{bbl}}$$

$$\underline{E_{CH_4} = 1,880 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{CO_2} = \frac{6,100 \text{ bbl}}{\text{day}} \times \frac{343 \text{ day}}{\text{yr}} \times \frac{8.86 \times 10^{-4} \text{tonne } CH_4}{\text{bbl}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole } CH_4} \times \frac{0.12 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 775 \text{ tonnes } CO_2/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003217

*Emission Inventory Examples*

$$E_{CO_2e} = \frac{775 \text{ tonne } CO_2}{yr} + \left( \frac{1{,}880 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$E_{CO_2e} = 40{,}300 \text{ tonne } CO_2e/yr$$

## Vented Sources – Other Storage Tank Emissions

There are no GHG emissions from the other tanks at the facility (chemical tank, naphtha tank, etc.) because the materials do not contain GHG constituents.

## Vented Sources - Acid Gas Removal (Amine Unit Emissions)

Methane emissions from the amine unit are estimated based on the emission factor and associated uncertainties provided in Table 5-5 and the quantity of gas processed. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated using Equation 5-2. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Amine unit emissions are calculated below.

$$E_{CH_4} = \frac{30 \times 10^6 \text{ scf}}{\text{day processed}} \times \frac{343 \text{ day}}{yr} \times \frac{0.0185 \text{ tonne } CH_4}{10^6 \text{ scf}} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$E_{CH_4} = 193 \text{ tonnes } CH_4/yr$$

$$E_{CO_2} = \left[ \left( \frac{30 \times 10^6 \text{ scf}}{\text{day processed}} \times \frac{343 \text{ day}}{yr} \times 12 \text{ mole% } CO_2 \right)_{sour} - \left( \frac{8{,}997 \times 10^6 \text{ scf}}{yr} \times 0.5 \text{ mole% } CO_2 \right)_{sweet} \right]$$
$$\times \frac{44 \frac{lb}{lbmole}}{379.3 \frac{scf}{lbmole}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 62{,}600 \text{ tonne } CO_2/yr$$

©2009 American Petroleum Institute

BLM_0003218

*Emission Inventory Examples*

$$E_{CO_2e} = 62,600 \text{ tonne } CO_2/yr + \left( \frac{190 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 66,700 \text{ tonne } CO_2e/yr}$$

## Vented Sources - Pneumatics and CIPs

The pneumatic devices and CIPs at the facility are actuated by natural gas. Methane emissions from pneumatic devices and CIP vents are estimated using $CH_4$ emission factors and associated uncertainties presented in Tables 5-15 and 5-16, respectively. The type of pneumatic device and CIP are not specified, so the "Production Average" device and the "Average Pump" emission factor are used. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated below, by equipment type.

**Pneumatic Devices:**

$$E_{CH_4} = (64 \text{ pneumatic devices}) \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}} \times \frac{2.415 \text{ tonne } CH_4}{\text{device - yr}}$$

$$\underline{E_{CH_4} = 157 \text{ tonnes } CH_4/yr}$$

$$E_{CO_2} = (64 \text{ pneumatic devices}) \times \frac{2.415 \text{ tonne } CH_4}{\text{device - yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole } CH_4} \times \frac{0.12 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 64.6 \text{ tonnes } CO_2/yr}$$

$$E_{CO_2e} = \frac{64.6 \text{ tonne } CO_2}{yr} + \left( \frac{157 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 3,360 \text{ tonne } CO_2e/yr}$$

©2009 American Petroleum Institute

BLM_0003219

*Emission Inventory Examples*

**CIPs:**

$$E_{CH_4} = (67 \text{ CIPs}) \times \frac{1.736 \text{ tonne CH}_4}{\text{CIP - yr}} \times \frac{0.80 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 118 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (67 \text{ CIPs}) \times \frac{1.736 \text{ tonne CH}_4}{\text{CIP - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.80 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole CH}_4} \times \frac{0.12 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 48.6 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = \frac{48.6 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{118 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 2,530 \text{ tonne CO}_2e/\text{yr}}$$

### Vented Sources - Maintenance/Turnaround Emissions

Methane emissions from vessel blowdowns, compressor starts, compressor blowdowns, and oil well workovers are estimated using the emission factors and associated uncertainties presented in Table 5-23. The uncertainty for the well workovers emission factor is assumed to be ±300% based on engineering judgment. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are estimated using the known $CO_2$ and $CH_4$ concentrations in the gas. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Maintenance emission calculations are shown below, by activity type.

**Vessel blowdowns:**

$$E_{CH_4} = (112 \text{ vessels}) \times \frac{0.0015 \text{ tonne CH}_4}{\text{vessel - yr}} \times \frac{0.80 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 0.171 \text{ tonnes CH}_4/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003220

$$E_{CO_2} = (112 \text{ vessels}) \times \frac{0.0015 \text{ tonne CH}_4}{\text{vessel - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.80 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole CH}_4} \times \frac{0.12 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 0.0702 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = \frac{0.0702 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{0.171 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 3.65 \text{ tonne CO}_2e/\text{yr}}$$

**Compressor starts:**

$$E_{CH_4} = (11 \text{ compressors}) \times \frac{0.1620 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{0.80 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 1.81 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (11 \text{ compressors}) \times \frac{0.1620 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.80 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole CH}_4} \times \frac{0.12 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 0.745 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = \frac{0.745 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{1.81 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 38.7 \text{ tonne CO}_2e/\text{yr}}$$

**Compressor blowdowns:**

$$E_{CH_4} = (11 \text{ compressors}) \times \frac{0.07239 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{0.80 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 0.808 \text{ tonnes CH}_4/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003221

*Emission Inventory Examples*

$$E_{CO_2} = (11 \text{ compressors}) \times \frac{0.07239 \text{ tonne } CH_4}{\text{compressor - yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole } CH_4} \times \frac{0.12 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$E_{CO_2} = 0.333 \text{ tonnes } CO_2/yr$$

$$E_{CO_2e} = \frac{0.333 \text{ tonne } CO_2}{yr} + \left( \frac{0.808 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$E_{CO_2e} = 17.3 \text{ tonne } CO_2e/yr$$

**Oil well workovers:**

$$E_{CH_4} = \frac{24 \text{ well workovers}}{yr} \times \frac{0.0018 \text{ tonne } CH_4}{\text{workovers}} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$E_{CH_4} = 0.0439 \text{ tonnes } CH_4/yr$$

$$E_{CO_2} = \frac{24 \text{ well workovers}}{yr} \times \frac{0.0018 \text{ tonne } CH_4}{\text{workovers}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole } CH_4} \times \frac{0.12 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$E_{CO_2} = 0.0181 \text{ tonnes } CO_2/yr$$

$$E_{CO_2e} = \frac{0.0181 \text{ tonne } CO_2}{yr} + \left( \frac{0.0439 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$E_{CO_2e} = 0.939 \text{ tonne } CO_2e/yr$$

## Vented Sources – PRVs

Methane emissions from PRVs are estimated using the PRV emission factor and corresponding uncertainty from Table 5-24.  Methane emissions are adjusted based on the facility $CH_4$ content.

©2009 American Petroleum Institute

BLM_0003222

*Emission Inventory Examples*

The default $CH_4$ content and associated uncertainty are provided in Table E-4. The $CO_2$ emissions are estimated using the ratio of the facility gas $CO_2$ to the default $CH_4$ content. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. PRV emissions are calculated below.

$$E_{CH_4} = (482 \text{ PRVs}) \times \frac{0.00065 \text{ tonne } CH_4}{PRV - yr} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$E_{CH_4} = 0.318 \text{ tonnes } CH_4/yr$$

$$E_{CO_2} = (482 \text{ PRVs}) \times \frac{0.00065 \text{ tonne } CH_4}{PRV - yr} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.80 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.8 \text{ tonne mole } CH_4} \times \frac{0.12 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$E_{CO_2} = 0.131 \text{ tonnes } CO_2/yr$$

$$E_{CO_2e} = 0.131 \text{ tonne } CO_2/yr + \left( \frac{0.318 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$E_{CO_2e} = 6.81 \text{ tonne } CO_2e/yr$$

## Fugitive Sources - Equipment Leaks

Table 8-4 provides average component emission factors associated with the high $CO_2$ content onshore oil field facility. The emission factors are based on the API average oil and natural gas production emission factors given in Table 6-14. Because factors are taken from API 4615, the weight fraction of $CH_4$ is taken from Table C-6 for light crude, assuming an uncertainty of $\pm 15\%$ based on engineering judgment. Note that Table C-6 does not provide $CO_2$ speciation data; therefore, these emission are not calculated.

©2009 American Petroleum Institute

BLM_0003223

*Emission Inventory Examples*

**Table 8-4.  On-Shore Oil Field (High CO$_2$ Content) Fugitive Emission Factors**

| Component | Service | Component EF, tonnes TOC/comp./hr [a] | Uncertainty [b] (±%) |
|---|---|---|---|
| Valves | Liquid and Gas | 1.32E-06 | 100 |
| Pump seals | Liquid and Gas | 3.18E-07 | 100 |
| Connectors | Gas | 1.64E-07 | 100 |
| Flanges | Liquid and Gas | 7.69E-08 | 100 |
| OELs | Gas | 1.21E-06 | 100 |
| Others | Liquid and Gas | 7.50E-06 | 100 |

Footnotes:
[a] Note that for this example, the TOC weight fraction of the gas stream is not 100%.  However, the TOC emissions are not adjusted here since such an adjustment cancels out when calculating CH$_4$ emissions as shown in Equation 6-9.
[b] Uncertainty based on engineering judgment at a 95% confidence interval.

Using Equation 6-9, CH$_4$ emissions are calculated for each component by multiplying the component emission factor by the component count, the annual hours of operation (8,760 hours/year, assuming that the equipment remains pressurized year-round), and the weight fraction of CH$_4$.  As a simplifying assumption, the gas service compositions are used for the liquid fugitive emissions because the liquid composition is not known, recognizing that this overestimates emissions.  The total fugitive emissions are then the sum of each of the component emissions.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.

An example calculation for liquid and gas pump seals is shown below.

$$E_{CH_4} = (185 \text{ pump seals}) \times \frac{3.18 \times 10^{-7} \text{ tonne TOC}}{\text{seal - hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.613 \text{ tonne CH}_4}{\text{tonne TOC}}$$

$$E_{CH_4} = 0.316 \text{ tonnes CH}_4/\text{yr}$$

$$E_{CO_2e} = \frac{0.316 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4}$$

$$E_{CO_2e} = 6.63 \text{ tonne CO}_2\text{e/yr}$$

Completing the calculations for the rest of the components results in the emissions shown in Table 8-5.

©2009 American Petroleum Institute

BLM_0003224

**Table 8-5.  On-Shore Oil Field (High CO$_2$ Content) Fugitive Emissions**

| Component | Service | CH$_4$ Emissions (tonnes/yr) | Uncertainty [a] (±%) | CO$_2$e Emissions (tonnes/yr) | Uncertainty [a] (±%) |
|---|---|---|---|---|---|
| Valves | Liquid and Gas | 19.4 | 126 | 408 | 126 |
| Pump seals | Liquid and Gas | 0.316 | 126 | 6.63 | 126 |
| Connectors | Gas | 0.0969 | 126 | 2.03 | 126 |
| Flanges | Liquid and Gas | 4.13 | 126 | 86.7 | 126 |
| OELs | Gas | 0.0390 | 126 | 0.819 | 126 |
| Others | Liquid and Gas | 28.6 | 126 | 600 | 126 |
| **Total**[b] | | **52.6** | **83.3** | **1,105** | **83.3** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note:  the values shown above are for example only.  They do not reflect average operations.

## Fugitive Sources – Fleet Vehicle Refrigeration

Because the actual vehicle refrigerant capacities are unknown, the capacity is assumed to be the midpoint of the range presented in Table 6-25 for mobile air conditioning, assuming an uncertainty of ±100%, based on engineering judgment.  The percentage of capacity emitted per year is also taken from Table 6-25, assuming an uncertainty of ±50%, based on engineering judgment.  Carbon dioxide equivalent emissions are calculated using the GWP provided in Table 3-1 (for HFC-134a).  There are no uncertainties for any of the GWPs.  The calculations for fleet vehicle refrigeration emissions are shown below.

$$E_{R-134a} = 5 \text{ vehicles} \times \frac{1.0 \text{ kg}}{\text{vehicle}} \times 0.20 \text{ capacity} \times \frac{\text{tonne R-134a}}{1000 \text{ kg}}$$

$$E_{R-134a} = 0.00100 \text{ tonne R-134a/yr}$$

$$E_{CO_2e} = \frac{0.00100 \text{ tonne R-134a}}{\text{yr}} \times \frac{1300 \text{ tonne CO}_2\text{e}}{\text{tonne R-135a}}$$

$$E_{CO_2e} = 1.30 \text{ tonne CO}_2\text{e/yr}$$

©2009 American Petroleum Institute

BLM_0003225

*Emission Inventory Examples*

## Indirect Sources - Electricity Consumption

Emissions associated with the electricity purchased by the facility are calculated using emission factors in Table 7-2 for eGRID subregion ERCOT All. The uncertainties for the emission factors are assumed to be ±10% for $CO_2$ and ±100% for $CH_4$ and $N_2O$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

$$E_{CO_2} = \frac{917 \text{ MW-hr}}{yr} \times \frac{0.601 \text{ tonne } CO_2}{\text{MW-hr}}$$

$$\underline{E_{CO_2} = 551 \text{ tonnes } CO_2/yr}$$

$$E_{CH_4} = \frac{917 \text{ MW-hr}}{yr} \times \frac{8.46 \times 10^{-6} \text{ tonne } CH_4}{\text{MW-hr}}$$

$$\underline{E_{CH_4} = 0.00776 \text{ tonnes } CH_4/yr}$$

$$E_{N_2O} = \frac{917 \text{ MW-hr}}{yr} \times \frac{6.85 \times 10^{-6} \text{ tonne } N_2O}{\text{MW-hr}}$$

$$\underline{E_{N_2O} = 0.00628 \text{ tonnes } N_2O/yr}$$

$$E_{CO_2e} = \frac{551 \text{ tonne } CO_2}{yr} + \left( \frac{0.00776 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.00628 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 553 \text{ tonne } CO_2e/yr}$$

## Facility Summary

Total emissions for this facility are summarized in Table 8-6. A summary of the emissions for this facility is given in Figure 8-1.

©2009 American Petroleum Institute

BLM_0003226



**Figure 8-1.  Onshore Oil Field (High CO$_2$ Content) Summary of Emissions**

©2009 American Petroleum Institute

BLM_0003227

*Emission Inventory Examples*

## Table 8-6.  On-Shore Oil Field (High $CO_2$ Content) Emissions

| Source | $CO_2$ Emissions (tonnes/yr) | $CO_2$ Uncertainty[a] (±%) | $CH_4$ Emissions (tonnes/yr) | $CH_4$ Uncertainty[a] (±%) | $N_2O$ Emissions (tonnes/yr) | $N_2O$ Uncertainty (±%) | $CO_2e$ Emissions (tonnes/yr) | $CO_2e$ Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| ***Combustion Sources*** | **46,800** | **14.5** | **154** | **25.2** | **0.582** | **114** | **49,900** | **13.7** |
| Boilers | 5,200 | 8.78 | 0.0865 | 26.1 | 0.0242 | 150 | 5,210 | 8.77 |
| Heaters/reboilers | | | | | | | | |
| Compressor engines – turbines | 13,900 | 15.7 | 0.905 | 29.4 | 0.325 | 151 | 14,100 | 15.6 |
| Emergency flare | 27,400 | 23.4 | 153 | 25.3 | 0.223 | 200 | 30,700 | 21.1 |
| Emergency generator IC engine | 219 | 15.6 | 0.0108 | 27.8 | 0.00175 | 151 | 220 | 15.5 |
| Fire water pump IC engine | | | 0.00112 | 106 | 0.0000467 | 151 | | |
| Fleet vehicles | 127 | 19.4 | 0.00643 | 151 | 0.00871 | 151 | 129 | 19.2 |
| ***Vented Sources*** | **63,600** | **6.95** | **2,610** | **66.5** | **N/A** | | **118,300** | **31.0** |
| Dehydration vents (also has Kimray pump emissions) | 105 | 77.5 | 254 | 77.5 | N/A | | 5,440 | 76.0 |
| Central tank battery | 775 | 90.4 | 1,880 | 90.4 | N/A | | 40,300 | 88.7 |
| Chemical storage tank | No greenhouse gas (GHG) emissions | | | | | | | |
| Naphtha storage tank | No GHG emissions | | | | | | | |

©2009 American Petroleum Institute

BLM_0003228

*Emission Inventory Examples*

## Table 8-6.  On-Shore Oil Field (High $CO_2$ Content) Emissions, continued

| Source | $CO_2$ Emissions (tonnes/yr) | $CO_2$ Uncertainty[a] (±%) | $CH_4$ Emissions (tonnes/yr) | $CH_4$ Uncertainty[a] (±%) | $N_2O$ Emissions (tonnes/yr) | $N_2O$ Uncertainty[a] (±%) | $CO_2e$ Emissions (tonnes/yr) | $CO_2e$ Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| *Vented Sources, continued* | **63,600** | **6.95** | **2,610** | **66.5** | **N/A** | **118,300** | **31.0** | **63,600** |
| Glycol storage tank | No GHG emissions | | | | | | | |
| Water blowdown tank | No GHG emissions | | | | | | | |
| Slop oil tank | No GHG emissions | | | | | | | |
| Amine unit for $CO_2$ removal | 62,600 | 6.97 | 193 | 119 | N/A | | 66,700 | 9.77 |
| Pneumatic devices | 64.6 | 50.2 | 157 | 50.2 | N/A | | 3,360 | 49.2 |
| CIPs | 48.6 | 108 | 118 | 108 | N/A | | 2,530 | 106 |
| Vessel blowdowns (non-routine) | 0.0702 | 326 | 0.171 | 326 | N/A | | 3.65 | 319 |
| Compressor starts (non-routine) | 0.745 | 190 | 1.81 | 190 | N/A | | 38.7 | 187 |
| Compressor blowdowns (non-routine) | 0.333 | 179 | 0.808 | 179 | N/A | | 17.3 | 175 |
| Well workovers (non-routine) | 0.0181 | 300 | 0.0439 | 300 | N/A | | 0.939 | 294 |
| PRVs | 0.131 | 310 | 0.318 | 310 | N/A | | 6.81 | 304 |
| *Fugitive Sources* | **N/A** | | **52.6** | **83.3** | **N/A** | | **1,100** | **83.2** |
| Equipment leaks | N/A | | 52.6 | 83.3 | N/A | | 1,100 | 83.3 |
| Fleet vehicle refrigeration, R-314a | N/A | | N/A | | N/A | | 1.30 | 112 |
| *Indirect Sources* | **551** | **10.2** | **0.00776** | **100** | **0.00628** | **100** | **553** | **10.2** |
| Electricity consumed | 551 | 10.2 | 0.00776 | 100 | 0.00628 | 100 | 553 | 10.2 |
| **TOTAL - Direct** [b] | **110,500** | **7.33** | **2,820** | **61.7** | **0.582** | **114** | **169,700** | **22.0** |
| **TOTAL - Indirect** [b] | **551** | **10.2** | **0.00776** | **100** | **0.00628** | **100** | **553** | **10.2** |
| **TOTAL** [b] | **111,00** | **7.29** | **2,820** | **61.7** | **0.588** | **113** | **170,300** | **21.9** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.

Note:  the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003229

### 8.1.2    Offshore Oil and Natural Gas Production Platform

Facility Description:  An offshore platform has an average daily production of 1,500 bbl/day crude oil and an average gas production rate of $16\times10^6$ scf/day.

Operations:  The facility operates continuously throughout the year.  The produced gas composition is provided in Table 8-7 which results in a heating value of 1,033 Btu/scf.  An uncertainty of ±4% is assumed for both the composition and heating value, based on engineering judgment.

**Table 8-7.  Gas Composition for Offshore Production Platform**

| Gas Compound | Produced Gas Mole % | Uncertainty[a] (±%) |
|---|---|---|
| $CO_2$ | 1.09 | 4 |
| $N_2$ | 2.39 | 4 |
| $CH_4$ | 90.95 | 4 |
| $C_2H_6$ | 4 | 4 |
| $C_3H_8$ | 1.14 | 4 |
| $i\text{-}C_4H_{10}$ | 0.14 | 4 |
| $n\text{-}C_4H_{10}$ | 0.16 | 4 |
| $i\text{-}C_5H_{12}$ | 0.02 | 4 |
| $n\text{-}C_5H_{12}$ | 0.02 | 4 |
| $C_6H_{14}$ | 0 | 4 |
| Other $C_6$ | 0.02 | 4 |
| $C_7H_{16}$ | 0.07 | 4 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only.  They do not reflect actual operations.

Table 8-8 summarizes the emission sources associated with this facility.  Equipment at the site that does not have GHG emissions is also included in this table.

BLM_0003230

## Table 8-8.  Offshore Oil and Natural Gas Production Platform Emissions Sources

| Source | Fuel Type | No. of Units | Uncertainty [a] (±%) | Unit Capacity (per unit) | Uncertainty [a] (±%) | Average Operation (per unit/yr) | Uncertainty [a] (±%) | Activity Factor (all units combined) | Uncertainty [a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| *Combustion Sources* | | | | | | | | | |
| Boilers/heaters | Produced Gas | | N/A | N/A | | N/A | | $14,126 \times 10^3$ scf/yr | 20 |
| Gas turbines (electricity generation) | Produced Gas | | N/A | N/A | | N/A | | $470 \times 10^6$ scf/yr | 20 |
| Gas turbines (compression) | Produced Gas | | N/A | N/A | | N/A | | $200 \times 10^6$ scf/yr | 20 |
| IC engines | Diesel | | N/A | N/A | | N/A | | 160,000 gal/yr | 10 |
| Crane engine | Diesel | 1 | 0 | 210 hp; 7100 Btu/hp-hr[a] | 5; 5 | 2,920 hr/yr | 15 | $4,354 \times 10^6$ Btu/yr | 16.6 |
| Crane engine | Diesel | 1 | 0 | 200 hp; 7100 Btu/hp-hr[a] | 5; 5 | 2,920 hr/yr | 15 | $4,146 \times 10^6$ Btu/yr | 16.6 |
| Fire water pump IC engine | Diesel | 1 | 0 | 280 hp; 7000 Btu/hp-hr[a] | 5; 5 | 200 hr/yr | 15 | $392 \times 10^6$ Btu/yr | 16.6 |
| Emergency generator, drilling | Diesel | 2 | 0 | 1000 hp; 7000 Btu/hp-hr[a] | 10; 5 | 200 hr/yr | 15 | $2,800 \times 10^6$ Btu/yr | 18.7 |
| Emergency generator, production | Diesel | 1 | 0 | 1800 hp; 7000 Btu/hp-hr[a] | 10; 5 | 200 hr/yr | 15 | $2,520 \times 10^6$ Btu/yr | 18.7 |
| Forklift | Diesel | 1 | 0 | 2400 hp; 7000 Btu/hp-hr[a] | 10; 5 | 1,100 hr/yr | 15 | $18,480 \times 10^6$ Btu/yr | 18.7 |
| Whittaker escape capsule | Diesel | 1 | 0 | 3000 hp; 7000 Btu/hp-hr[a] | 10; 5 | 200 hr/yr | 15 | $4,200 \times 10^6$ Btu/yr | 18.7 |
| Supply boat | Diesel | 1 | 0 | 5000 hp 7500 Btu/hp-hr[a] | 10; 5 | 1100 hr/yr | 20 | $41,250 \times 10^6$ Btu/yr | 22.9 |
| Supply boat | Diesel | 1 | 0 | 5000 hp; 7500 Btu/hp-hr[a] | 10; 5 | 110 hr/yr | 20 | $4,125 \times 10^6$ Btu/yr | 22.9 |

©2009 American Petroleum Institute

BLM_0003231

*Emission Inventory Examples*

### Table 8-8.  Offshore Oil and Natural Gas Production Platform Emissions Sources, continued

| Source | Fuel Type | No. of Units | Uncertainty [a] (±%) | Unit Capacity (per unit) | Uncertainty [a] (±%) | Average Operation (per unit/yr) | Uncertainty [a] (±%) | Activity Factor (all units combined) | Uncertainty [a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| Helicopters | Aviation Gas | | N/A | 650 lb fuel/hr | 10 | 50 min/trip, 1095 trips | 20 | $12,108 \times 10^6$ Btu/yr | 22.4 |
| Flare - purge and pilot | Produced Gas | 1 | 0 | N/A | | N/A | | 395,000 scf/yr | 20 |
| Flare - planned other | Produced Gas | 1 | 0 | N/A | | N/A | | $1.7 \times 10^6$ scf/yr | 20 |
| Flare - planned continuous | Produced Gas | 1 | 0 | N/A | | N/A | | $3.1 \times 10^6$ scf/yr | 20 |
| Flare - unplanned | Produced Gas | 1 | 0 | N/A | | N/A | | $20 \times 10^6$ scf/yr | 20 |
| *Vented Sources* | | | | | | | | | |
| Tank battery | N/A | | N/A | | N/A | Continuous | | 547,500 bbl/yr (1,500 bbl/day) | 20 |
| Dehydration vents (also has Kimray pump emissions) | N/A | 1 | 0 | $16 \times 10^6$ scf/day gas processed | 5 | 365 day/yr | 0 | $5,840 \times 10^6$ scf/yr | 5 |
| Pneumatic devices | N/A | 7 | 0 | N/A | | N/A | | 7 pneumatic devices | 0 |
| CIPs | N/A | 2 | 0 | N/A | | N/A | | 2 CIPs | 0 |
| Vessel blowdowns (non-routine) | N/A | 9 | 0 | N/A | | N/A | | 9 vessels | 0 |
| Compressor starts (non-routine) | N/A | 6 | 0 | N/A | | N/A | | 6 compressors | 0 |
| Compressor blowdowns (non-routine) | N/A | 6 | 0 | N/A | | N/A | | 6 compressors | 0 |
| Emergency shutdowns | N/A | | N/A | N/A | | N/A | | 1 platform | 0 |
| PRVs | N/A | 175 | 10 | N/A | | N/A | | 175 PRVs | 10 |

©2009 American Petroleum Institute

BLM_0003232

*Emission Inventory Examples*

## Table 8-8.  Offshore Oil and Natural Gas Production Platform Emissions Sources, continued

| Source | Fuel Type | No. of Units | Uncertainty [a] (±%) | Unit Capacity (per unit) | Uncertainty [a] (±%) | Average Operation (per unit/yr) | Uncertainty [a] (±%) | Activity Factor (all units combined) | Uncertainty [a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| *Fugitive Sources* | | | | | | | | | |
| Equipment leaks | N/A | | N/A | | N/A | 8,760 hr/yr | 0 | See Table 8-9 | |
| Sumps | N/A | 3 | 0 | | N/A | | N/A | | N/A |
| Mud cuttings roll-off bins | N/A | | N/A | | N/A | | N/A | | N/A |
| *Indirect Sources* | | | | | | | | | |
| None | | | | | | | | | |

Footnotes:

[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

[b] Although some offshore oil and natural gas production platform PRVs may be tied into a flare system, the PRVs for this facility are not tied into the flare system.

Note:  the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003233

Table 8-9 provides the fugitive component count for equipment at the offshore facility. The split between oil and natural gas service for these components is approximately 85% with oil service and the remaining 15% associated with gas service.

**Table 8-9.  Offshore Oil and Natural Gas Production Platform Fugitive Emission Sources**

| Component | Service | Average Component Count | Uncertainty [a] (±%) |
|---|---|---|---|
| Valves | Light oil | 1870 | 75 |
| | Gas | 330 | 75 |
| Connectors | Light oil | 7480 | 75 |
| | Gas | 1320 | 75 |
| OELs | Light oil | 276 | 75 |
| | Gas | 49 | 75 |
| Others | Light oil | 60 | 75 |
| | Gas | 10 | 75 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only. They do not reflect average operations.

Table 8-10 provides the fugitive component liquid composition for equipment at the offshore facility.

**Table 8-10.  Offshore Oil and Natural Gas Production Platform Fugitive Liquid Weight Percents**

| Compound | Liquid Weight % | Uncertainty [a] (±%) |
|---|---|---|
| $CO_2$ | 0.315 | 4 |
| $CH_4$ | 1.19 | 4 |
| $C_2H_6$ | 1.45 | 4 |
| $C_3H_8$ | 3.25 | 4 |
| $C_4H_{10}$ | 6.05 | 4 |
| $C_5H_{12}$ | 7.89 | 4 |
| $C_6H_{14}$ | 9.31 | 4 |
| $C_7H_{16}$ | 22.95 | 4 |
| $C_8H_{18}$ | 9.23 | 4 |
| $C_9H_{20}$ | 6.39 | 4 |
| $C_{10}H_{22}$ | 17.21 | 4 |
| $C_6H_6$ | 0.964 | 4 |
| $C_7H_8$ | 4.36 | 4 |
| $C_8H_{10}$ | 0.196 | 4 |
| $C_8H_{10}$ | 9.26 | 4 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

©2009 American Petroleum Institute

BLM_0003234

Note: the values shown above are for example only. They do not reflect average operations.

The remainder of this subsection presents emission calculations for the sources identified in Table 8-8 and a summary of facility emissions (presented at the end of this subsection).

## Stationary Combustion Devices – $CO_2$ Emissions

**Natural Gas Combustion**

The first step in calculating $CO_2$ emissions is to determine the total volume of fuel combusted (V) at the facility. This calculation is shown below, by equipment type.

**Boilers and heaters:**

Boilers and heaters fuel consumption is presented in Table 8-8.

$$V = 14.126 \times 10^6 \text{ scf / yr}$$

**Turbines:**

$$V = (470 + 200) \times 10^6 \text{ scf / yr} = 670 \times 10^6 \text{ scf / yr}$$

Carbon dioxide emissions from equipment burning natural gas are calculated using the gas composition approach provided in Section 4.3. First, the fuel analysis is converted from a molar basis to a mass basis, as shown in Exhibits 3.3 and 3.4. The molecular weight of the mixture is calculated below, using Equation 3-8:

$$MW_{Mixture} = \begin{bmatrix} (1.09 \times 44.01) + (2.39 \times 28.01) + (90.95 \times 16.04) \\ + (4 \times 30.07) + (1.14 \times 44.10) + (0.14 \times 58.12) \\ + (0.16 \times 58.12) + (0.02 \times 72.15) + (0.02 \times 72.15) \\ + (0 \times 86.18) + (0.02 \times 86.18) + (0.07 \times 100.20) \end{bmatrix} \div 100 = 17.73 \text{ lb/mole}$$

The individual weight percents are then calculated by rearranging Equation 3-7. The calculation is shown as follows for $CH_4$.

©2009 American Petroleum Institute

BLM_0003235

*Emission Inventory Examples*

$$\text{Wt.\%}_{CH_4} = \frac{90.95 \text{ lbmole } CH_4}{100 \text{ lbmole mixture}} \times \frac{\left(\dfrac{16.04 \text{ lb } CH_4}{\text{lbmole } CH_4}\right)}{\left(\dfrac{17.73 \text{ lb mixture}}{\text{lbmole mixture}}\right)} = \frac{0.8226 \text{ lb } CH_4}{\text{lb mixture}} = 82.26 \text{ wt. \% } CH_4$$

To calculate emissions, the carbon content of the fuel composition provided in Table 8-7 is calculated. The first step is to calculate the carbon content of the individual components, using Equation 4-9. The carbon content calculation for an individual component is shown below for ethane ($C_2H_6$).

$$\text{Wt\% } C_{C_2H_6} = \frac{12.01 \text{ lb } C}{\text{lbmole } C} \times \frac{2 \text{ lbmoles } C}{\text{lbmole } C_2H_6} \times \frac{\text{lbmole } C_2H_6}{30.07 \text{ lb } C_2H_6} \times 100\% = 79.9\% \text{ C}$$

After the calculation has been performed for all constituents, the carbon content for the mixture is calculated using Equation 4-10, as shown below:

$$\text{Wt\% } C_{\text{Mixture}} = \frac{1}{100} \times \left[ \begin{array}{l} (2.71 \times 27.3) + (3.77 \times 0) + (82.26 \times 74.9) + (6.78 \times 79.9) + (2.83 \times 81.7) + (0.46 \times 82.7) \\ + (0.52 \times 82.7) + (0.08 \times 83.2) + (0.08 \times 83.2) + (0 \times 83.6) + (0.10 \times 83.6) + (0.40 \times 83.9) \end{array} \right]$$

$$= 71.43 \text{ Wt\% } C = 0.7143 \text{ lb } C/\text{lb fuel}$$

Completing the calculations for the fuel analysis results in the fuel mixture molecular weight and carbon content below:

| Compound | Mole % | MW | Wt% (Calculated) | Uncertainty[a] (±%) | Compound Carbon Content (wt%C) | Mixture Carbon Content (wt%C) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 1.09 | 44.01 | 2.71 | 5.19 | 27.3 | 0.738 | 5.19 |
| $N_2$ | 2.39 | 28.01 | 3.77 | 5.19 | 0 | 0 | NA |
| $CH_4$ | 90.95 | 16.04 | 82.26 | 5.19 | 74.9 | 61.6 | 5.19 |
| $C_2H_6$ | 4 | 30.07 | 6.78 | 5.19 | 79.9 | 5.42 | 5.19 |
| $C_3H_8$ | 1.14 | 44.10 | 2.83 | 5.19 | 81.7 | 2.32 | 5.19 |
| $i\text{-}C_4H_{10}$ | 0.14 | 58.12 | 0.46 | 5.19 | 82.7 | 0.379 | 5.19 |
| $n\text{-}C_4H_{10}$ | 0.16 | 58.12 | 0.52 | 5.19 | 82.7 | 0.434 | 5.19 |
| $i\text{-}C_5H_{12}$ | 0.02 | 72.15 | 0.08 | 5.19 | 83.2 | 0.0677 | 5.19 |
| $n\text{-}C_5H_{12}$ | 0.02 | 72.15 | 0.08 | 5.19 | 83.2 | 0.0677 | 5.19 |
| $i\text{-}C_6H_{14}$ | 0 | 86.18 | 0 | NA | 83.6 | 0 | NA |
| Other C6 | 0.02 | 86.18 | 0.10 | 5.19 | 83.6 | 0.0813 | 5.19 |
| C7+ | 0.07 | 100.20 | 0.40 | 5.19 | 83.9 | 0.332 | 5.19 |
| **Fuel Mixture** | **100** | **17.74 ±3.31%**[a] | **100.0** | | | **71.43** | **4.50** |

Footnote:
[a] Uncertainty is at a 95% confidence interval.

©2009 American Petroleum Institute

BLM_0003236

Carbon dioxide emissions can then be calculated using a mass balance approach. Emissions are calculated below, by equipment type.

**Boilers and heaters:**

$$E_{CO_2} = \frac{14.126 \times 10^6 \text{ scf fuel}}{yr} \times \frac{lbmole}{379.3 \text{ scf fuel}} \times \frac{17.74 \text{ lb fuel}}{lbmole \text{ fuel}} \times \frac{0.7143 \text{ lb C}}{lb \text{ fuel}} \times \frac{lbmole \text{ C}}{12.01 \text{ lb C}}$$

$$\times \frac{lbmole \text{ CO}_2}{lbmole \text{ C}} \times \frac{44.01 \text{ lb CO}_2}{lbmole \text{ CO}_2} \times \frac{tonne}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 784 \text{ tonnes CO}_2 / yr$$

**Turbines:**

$$E_{CO_2} = \frac{670 \times 10^6 \text{ scf fuel}}{yr} \times \frac{lbmole}{379.3 \text{ scf fuel}} \times \frac{17.74 \text{ lb fuel}}{lbmole \text{ fuel}} \times \frac{0.7143 \text{ lb C}}{lb \text{ fuel}} \times \frac{lbmole \text{ C}}{12.01 \text{ lb C}}$$

$$\times \frac{lbmole \text{ CO}_2}{lbmole \text{ C}} \times \frac{44.01 \text{ lb CO}_2}{lbmole \text{ CO}_2} \times \frac{tonne}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 37,200 \text{ tonnes CO}_2 / yr$$

**Diesel Combustion**

Carbon dioxide emissions from diesel combustion are calculated using the diesel emission factor provided in Table 4-3, assuming an uncertainty of ±10% based on engineering judgment. Because the emission factor is provided on a energy input basis, the volume of fuel consumed is converted to a energy input using the heating value of the fuel, provided in Table 3-8, or using the power output to energy input conversion factors, presented in Table 4-2. The uncertainty of the heating value of the fuel in Table 3-8 is assumed to be ±5% based on engineering judgment.

©2009 American Petroleum Institute

BLM_0003237

$$V = \left( \frac{160,000 \text{ gal}}{\text{yr}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.75 \times 10^6 \text{ Btu}}{\text{bbl}} \right)$$

$$+ \left( 1 \text{ unit} \times \frac{210 \text{ hp}}{\text{unit}} \times \frac{7,100 \text{ Btu}}{\text{hp-hr}} \times \frac{2,920 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1,000,000 \text{ Btu}} \right)$$

$$+ \left( 1 \text{ unit} \times \frac{200 \text{ hp}}{\text{unit}} \times \frac{7,100 \text{ Btu}}{\text{hp-hr}} \times \frac{2,920 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1,000,000 \text{ Btu}} \right)$$

$$+ \left( 1 \text{ unit} \times \frac{280 \text{ hp}}{\text{unit}} \times \frac{7,000 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1,000,000 \text{ Btu}} \right)$$

$$+ \left( 2 \text{ units} \times \frac{1,000 \text{ hp}}{\text{unit}} \times \frac{7,000 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1,000,000 \text{ Btu}} \right)$$

$$+ \left( 1 \text{ unit} \times \frac{1,800 \text{ hp}}{\text{unit}} \times \frac{7,000 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1,000,000 \text{ Btu}} \right)$$

$$+ \left( 1 \text{ unit} \times \frac{2,400 \text{ hp}}{\text{unit}} \times \frac{7,000 \text{ Btu}}{\text{hp-hr}} \times \frac{1,100 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1,000,000 \text{ Btu}} \right)$$

$$+ \left( 1 \text{ unit} \times \frac{3,000 \text{ hp}}{\text{unit}} \times \frac{7,000 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1,000,000 \text{ Btu}} \right) = 58,797 \times 10^6 \text{ Btu/yr}$$

$$E_{CO_2} = \frac{58,797 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{0.0732 \text{ tonne CO}_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 4,300 \text{ tonnes CO}_2/\text{yr}}$$

## Stationary Combustion Devices – $CH_4$, $N_2O$, and $CO_2e$ Emissions

**Natural Gas Combustion**

Combustion emission factors for natural gas-fired equipment are provided in Table 4-7 for controlled boilers and heaters, and Table 4-9 for uncontrolled turbines.  Emission factors for electricity generating natural gas-fired turbines are provided in Table 7-1.  For the electricity generating natural gas-fired turbines, a power output to fuel input factor of 10,833 Btu/kW-hr is taken from Table 4-2 assuming a "Conventional Combustion Turbine."  An uncertainty of 30% is assumed for this conversion power, based on engineering judgment.  The uncertainties are assumed to be ±25% for all $CH_4$ emission factors and ±150% for all $N_2O$ emission factors, based on engineering judgment.  Carbon dioxide equivalent emissions are calculated using the GWPs

©2009 American Petroleum Institute

BLM_0003238

*Emission Inventory Examples*

provided in Table 3-1.  There are no uncertainties for any of the GWPs.  Because natural gas turbine $CO_2$ emissions are calculated together (not calculated separately as electricity generation turbine and compression turbine $CO_2$ emissions), natural gas turbine $CO_2e$ emissions are also calculated together.

**Boilers and Heaters:**

$$E_{CH_4} = \frac{14.126 \times 10^6 \text{ scf}}{yr} \times \frac{2.3 \text{ lb } CH_4}{10^6 \text{ scf}} \times \frac{1 \text{ tonne}}{2,204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 0.0147 \text{ tonnes } CH_4/yr}$$

$$E_{N_2O} = \frac{14.126 \times 10^6 \text{ scf}}{yr} \times \frac{0.64 \text{ lb } N_2O}{10^6 \text{ scf}} \times \frac{1 \text{ tonne}}{2,204.62 \text{ lb}}$$

$$\underline{E_{N_2O} = 0.00410 \text{ tonnes } N_2O/yr}$$

$$E_{CO_2e} = \frac{784 \text{ tonne } CO_2}{yr} + \left( \frac{0.0147 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.00410 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 786 \text{ tonne } CO_2e/yr}$$

**Turbines – Electricity Generation:**

$$E_{CH_4} = \frac{470 \times 10^6 \text{ scf}}{yr} \times \frac{1033 \text{ Btu}}{\text{scf}} \times \frac{kW-hr}{10,833 \text{ Btu}} \times \frac{1 \text{ MW-hr}}{1,000 \text{ kW-hr}} \times \frac{7.26 \times 10^{-5} \text{ tonnes } CH_4}{\text{MW-hr}}$$

$$\underline{E_{CH_4} = 3.25 \text{ tonnes } CH_4/yr}$$

$$E_{N_2O} = \frac{470 \times 10^6 \text{ scf}}{yr} \times \frac{1033 \text{ Btu}}{\text{scf}} \times \frac{kW-hr}{10,833 \text{ Btu}} \times \frac{1 \text{ MW-hr}}{1,000 \text{ kW-hr}} \times \frac{1.09 \times 10^{-4} \text{ tonnes } N_2O}{\text{MW-hr}}$$

$$\underline{E_{N_2O} = 4.89 \text{ tonnes } N_2O/yr}$$

©2009 American Petroleum Institute

BLM_0003239

**Turbines – Compression:**

$$E_{CH_4} = \frac{200 \times 10^6 \text{ scf}}{yr} \times \frac{1033 \text{ Btu}}{scf} \times \frac{0.0086 \text{ lb CH}_4}{10^6 \text{ Btu}} \times \frac{1 \text{ tonne}}{2,204.62 \text{ lb}}$$

$$E_{CH_4} = 0.806 \text{ tonnes CH}_4/yr$$

$$E_{N_2O} = \frac{200 \times 10^6 \text{ scf}}{yr} \times \frac{1033 \text{ Btu}}{scf} \times \frac{0.003 \text{ lb N}_2O}{10^6 \text{ Btu}} \times \frac{1 \text{ tonne}}{2,204.62 \text{ lb}}$$

$$E_{N_2O} = 0.281 \text{ tonnes N}_2O/yr$$

**Turbines – CO₂e:**

$$E_{CO_2e} = \frac{37,200 \text{ tonne CO}_2}{yr} + \left( \frac{0.806 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{tonne \text{ CH}_4} \right) + \left( \frac{3.25 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{tonne \text{ CH}_4} \right)$$

$$+ \left( \frac{0.281 \text{ tonne N}_2O}{yr} \times \frac{310 \text{ tonne CO}_2e}{tonne \text{ N}_2O} \right) + \left( \frac{4.89 \text{ tonne N}_2O}{yr} \times \frac{310 \text{ tonne CO}_2e}{tonne \text{ N}_2O} \right)$$

$$E_{CO_2e} = 38,900 \text{ tonne CO}_2e/yr$$

**Diesel Combustion Emissions**

The first step in calculating diesel combustion $CH_4$ and $N_2O$ emissions is to sum the firing rates for two groups of equipment: equipment <600 hp per unit and equipment >600 hp per unit. The firing rates are then multiplied by the appropriate $CH_4$ and $N_2O$ emission factors, presented in Table 4-9. Because the emission factor is provided on a energy input basis, the volume of fuel consumed is converted to a energy input using the heating value of the fuel, provided in Table 3-8, assuming an uncertainty of ±5%, based on engineering judgment. Table 4-9 provides emission factors for IC engines burning diesel, which are used to estimate emissions from diesel-fired equipment rated less than 600 hp per unit (crane engines and fire water pump). The emissions from diesel-fired equipment rated greater than 600 hp per unit (emergency generators, forklifts, and Whittaker escape capsules) are estimated using the "Large Bore Engine – Diesel" emission factors (for engines rated greater than 600 hp) from Table 4-9. Table 4-9 also provides an assumed $CH_4$

©2009 American Petroleum Institute

BLM_0003240

*Emission Inventory Examples*

content of 9 wt% to convert from TOC emissions if the exhaust $CH_4$ composition is unknown. The uncertainties are assumed to be ±25% for all $CH_4$ and TOC emission factors and ±150% for all $N_2O$ emission factors, based on engineering judgment. An uncertainty of ±100% is assumed for the TOC to $CH_4$ conversion, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Because diesel $CO_2$ emissions are calculated by fuel type, diesel $CO_2e$ emissions are also calculated by fuel type. Emissions are calculated below, by equipment type. Emissions from the boat and helicopter are described under "Combustion Sources – Mobile Sources."

**Diesel engines <600 hp:**

$$V = \left( \frac{160{,}000 \text{ gal}}{\text{yr}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.75 \times 10^6 \text{ Btu}}{\text{bbl}} \right) = 21{,}905 \times 10^6 \text{ Btu/yr}$$

$$
\begin{aligned}
\text{Diesel firing rate} = 21{,}905 \times 10^6 \text{ Btu/yr} &+ \left( 210 \text{ hp} \times \frac{7{,}100 \text{ Btu}}{\text{hp-hr}} \times \frac{2920 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1{,}000{,}000 \text{ Btu}} \right) \\
&+ \left( 200 \text{ hp} \times \frac{7{,}100 \text{ Btu}}{\text{hp-hr}} \times \frac{2920 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1{,}000{,}000 \text{ Btu}} \right) \\
&+ \left( 280 \text{ hp} \times \frac{7{,}000 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}} \times \frac{10^6 \text{ Btu}}{1{,}000{,}000 \text{ Btu}} \right) = 30{,}800 \times 10^6 \text{ Btu/yr}
\end{aligned}
$$

$$E_{CH_4} = \frac{30{,}800 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{0.00016 \text{ tonne TOC}}{10^6 \text{Btu}} \times \frac{0.09 \text{ tonne } CH_4}{\text{tonne TOC}}$$

$$\underline{E_{CH_4} = 0.443 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = \frac{30{,}800 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{6.01 \times 10^{-7} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.0185 \text{ tonnes } N_2O/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003241

*Emission Inventory Examples*

**Diesel engines >600 hp**:

$$\text{Diesel firing rate} = \left(2 \text{ units} \times \frac{1{,}000 \text{ hp}}{\text{Unit}} \times \frac{7{,}000 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}}\right) + \left(1{,}800 \text{ hp} \times \frac{7{,}000 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}}\right)$$

$$+ \left(2{,}400 \text{ hp} \times \frac{7{,}000 \text{ Btu}}{\text{hp-hr}} \times \frac{1{,}100 \text{ hr}}{\text{yr}}\right) + \left(3{,}000 \text{ hp} \times \frac{7{,}000 \text{ Btu}}{\text{hp-hr}} \times \frac{200 \text{ hr}}{\text{yr}}\right) = 28{,}000 \times 10^6 \text{ Btu/yr}$$

$$E_{CH_4} = \frac{28{,}000 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{3.7 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$\underline{E_{CH_4} = 0.103 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = \frac{28{,}000 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{6.01 \times 10^{-7} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.0168 \text{ tonnes } N_2O/\text{yr}}$$

**Diesel Combustion CO₂e Emissions:**

$$E_{CO_2e} = \frac{4{,}300 \text{ tonne } CO_2}{\text{yr}} + \left(\frac{0.443 \text{ tonne } CH_4}{\text{yr}} + \frac{0.103 \text{ tonne } CH_4}{\text{yr}}\right) \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4}$$

$$+ \left(\frac{0.0185 \text{ tonne } N_2O}{\text{yr}} + \frac{0.0168 \text{ tonne } N_2O}{\text{yr}}\right) \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O}$$

$$\underline{E_{CO_2e} = 4{,}300 \text{ tonne } CO_2e/\text{yr}}$$

## Combustion Sources – Mobile Sources

The diesel-fired supply boat and aviation gas-fired helicopter engine $CO_2$ emissions are estimated using the fuel basis "gas/diesel oil" and "aviation gas" emission factors, respectively, given in Table 4-3, assuming an uncertainty of ±10% for all $CO_2$ emission factors, based on engineering judgment. Methane and $N_2O$ emission factors are obtained from Table 4-17, assuming an uncertainty of ±25% for $CH_4$ emission factors and ±150% for $N_2O$ emission factors. The emission factors for diesel ships and conventional aircraft are used for the supply boat and the helicopter,

©2009 American Petroleum Institute

BLM_0003242

respectively.  Heating values for diesel fuel and aviation gas are obtained from Table 3-8, assuming an uncertainty of ±5%, based on engineering judgment.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.  Emission calculations are shown below, by equipment type.

**Boats:**

$$\text{Diesel firing rate} = \left(5,000 \text{ hp} \times \frac{7,500 \text{ Btu}}{\text{hp-hr}} \times \frac{1,100 \text{ hr}}{\text{yr}}\right) + \left(5,000 \text{ hp} \times \frac{7,500 \text{ Btu}}{\text{hp-hr}} \times \frac{110 \text{ hr}}{\text{yr}}\right) = 45,400 \times 10^6 \text{ Btu/yr}$$

$$E_{CO_2} = \frac{45,400 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{0.0732 \text{ tonne CO}_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 3,320 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CH_4} = \frac{45,400 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{\text{bbl}}{5.75 \times 10^6 \text{ Btu}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{5.7 \times 10^{-4} \text{ tonne CH}_4}{1000 \text{ gal}}$$

$$\underline{E_{CH_4} = 0.189 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{N_2O} = \frac{45,400 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{\text{bbl}}{5.83 \times 10^6 \text{ Btu}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{4.2 \times 10^{-3} \text{ tonne N}_2\text{O}}{1000 \text{ gal}}$$

$$\underline{E_{N_2O} = 1.37 \text{ tonnes N}_2\text{O/yr}}$$

$$E_{CO_2e} = \frac{3,320 \text{ tonne CO}_2}{\text{yr}} + \left(\frac{0.189 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4}\right)$$
$$+ \left(\frac{1.37 \text{ tonne N}_2\text{O}}{\text{yr}} \times \frac{310 \text{ tonne CO}_2\text{e}}{\text{tonne N}_2\text{O}}\right)$$

$$\underline{E_{CO_2e} = 3,750 \text{ tonne CO}_2\text{e/yr}}$$

©2009 American Petroleum Institute

BLM_0003243

*Emission Inventory Examples*

**Helicopters:**

$$\text{Firing rate} = 1095 \text{ Trips} \times \frac{50 \text{ min}}{\text{Trip}} \times \frac{\text{hr}}{60 \text{ min}} \times \frac{650 \text{ lb fuel}}{\text{hr}} \times \frac{\text{gal}}{5.89 \text{ lb fuel}} \times \frac{0.0037854 \text{ m}^3}{\text{gal}}$$

$$\times \frac{\text{bbl}}{0.15898 \text{ m}^3} \times \frac{5.05 \times 10^6 \text{ Btu}}{\text{bbl}} = 12,108 \times 10^6 \text{ Btu/yr}$$

$$E_{CO_2} = \frac{12,108 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{0.0692 \text{ tonne CO}_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 838 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CH_4} = \frac{12,108 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{\text{bbl}}{5.05 \times 10^6 \text{ Btu}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{8.3 \times 10^{-3} \text{ tonne CH}_4}{1000 \text{ gal}}$$

$$\underline{E_{CH_4} = 0.836 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{N_2O} = \frac{12,108 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{\text{bbl}}{5.05 \times 10^6 \text{ Btu}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{8.7 \times 10^{-4} \text{ tonne N}_2\text{O}}{1000 \text{ gal}}$$

$$\underline{E_{N_2O} = 0.0876 \text{ tonnes N}_2\text{O/yr}}$$

$$E_{CO_2e} = \frac{838 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{0.836 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4} \right)$$

$$+ \left( \frac{0.0876 \text{ tonne N}_2\text{O}}{\text{yr}} \times \frac{310 \text{ tonne CO}_2\text{e}}{\text{tonne N}_2\text{O}} \right)$$

$$\underline{E_{CO_2e} = 883 \text{ tonne CO}_2\text{e/yr}}$$

## Combustion Sources – Flares

Based on the guidance given in Section 4.6, $CO_2$ emissions are calculated using a 98% combustion efficiency and $CH_4$ emissions from flares are calculated assuming that 2% of the $CH_4$ remains uncombusted. An uncertainty of ±20% is assumed for both the $CO_2$ combustion efficiency and uncombusted percent $CH_4$, based on engineering judgment. Carbon dioxide emissions are estimated as the sum of the $CO_2$ already present in the gas and the $CO_2$ that results from the

©2009 American Petroleum Institute

BLM_0003244

*Emission Inventory Examples*

product of flared gas carbon combustion.  Nitrous oxide emissions are estimated using emission factors from Table 4-11, assuming an uncertainty of ±150%, based on engineering judgment.  Note that the $N_2O$ emissions factor is based on gas produced, not gas flared.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.

$$\text{Natural gas firing rate} = (0.395 + 1.7 + 3.1 + 20) \times 10^6 \text{ scf/yr} = 25.195 \times 10^6 \text{ scf/yr}$$

**Carbon dioxide emissions**:

$$E_{CO_2} = \frac{25.195 \times 10^6 \text{ scf gas}}{yr} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{44.01 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\times \left[ \begin{array}{l} \left( \frac{0.9095 \text{ lbmole } CH_4}{\text{lbmole gas}} \times \frac{1 \text{ lbmole C}}{\text{lbmole } CH_4} + \frac{0.04 \text{ lbmole } C_2H_6}{\text{lbmole gas}} \times \frac{2 \text{ lbmole C}}{\text{lbmole } C_2H_6} \right. \\[4pt] + \frac{0.0114 \text{ lbmole } C_3H_8}{\text{lbmole gas}} \times \frac{3 \text{ lbmole C}}{\text{lbmole } C_3H_8} + \frac{0.0014 \text{ lbmole } C_4H_{10}}{\text{lbmole gas}} \times \frac{4 \text{ lbmole C}}{\text{lbmole } C_4H_{10}} \\[4pt] + \frac{0.0002 \text{ lbmole } C_5H_{12}}{\text{lbmole gas}} \times \frac{5 \text{ lbmole C}}{\text{lbmole } C_5H_{12}} + \frac{0 \text{ lbmole } C_6H_{14}}{\text{lbmole gas}} \times \frac{6 \text{ lbmole C}}{\text{lbmole } C_6H_{14}} \\[4pt] \left. + \frac{0.0002 \text{ lbmole Other } C_6}{\text{lbmole gas}} \times \frac{6 \text{ lbmole C}}{\text{lbmole Other } C_6} + \frac{0.0007 \text{ lbmole C7+}}{\text{lbmole gas}} \times \frac{7 \text{ lbmole C}}{\text{lbmole C7+}} \right) \\[4pt] \times \frac{0.98 \text{ lbmole } CO_2}{\text{lbmole C combusted}} + \frac{0.0102 \text{ lbmole } CO_2}{\text{lbmole gas}} \end{array} \right]$$

$$\underline{E_{CO_2} = 1,370 \text{ tonnes } CO_2/yr}$$

**Methane, $N_2O$ and $CO_2e$ emissions**:

$$E_{CH_4} = \frac{25.195 \times 10^6 \text{ scf gas}}{yr} \times \frac{\text{lbmol gas}}{379.3 \text{ scf gas}} \times \frac{0.9095 \text{ lbmole } CH_4}{\text{lbmole gas}} \times \frac{0.02 \text{ uncombusted lbmole } CH_4}{\text{lbmole total } CH_4}$$

$$\times \frac{16.04 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CH_4} = 8.79 \text{ tonnes } CH_4}$$

©2009 American Petroleum Institute

BLM_0003245

$$E_{N_2O} = \frac{16 \times 10^6 \text{ scf gas produced}}{\text{day}} \times \frac{365 \text{ days}}{\text{yr}} \times \frac{5.90 \times 10^{-7} \text{ tonnes N}_2\text{O}}{10^6 \text{ scf gas produced}}$$

$$\underline{E_{N_2O} = 0.00345 \text{ tonnes N}_2\text{O/yr}}$$

$$E_{CO_2e} = \frac{1{,}370 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{8.79 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4} \right) + \left( \frac{0.000345 \text{ tonne N}_2\text{O}}{\text{yr}} \times \frac{310 \text{ tonne CO}_2\text{e}}{\text{tonne N}_2\text{O}} \right)$$

$$\underline{E_{CO_2e} = 1{,}560 \text{ tonne CO}_2\text{e/yr}}$$

## Vented Sources – Storage Tank Flashing

Methane emissions from flashing losses are estimated using the simple emission factor provided in Table 5-8, assuming an uncertainty of ±200%, based on engineering judgment. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated below.

$$E_{CH_4} = \frac{1{,}500 \text{ bbl}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{8.86 \times 10^{-4} \text{tonne CH}_4}{\text{bbl}} \times \frac{0.9095 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 560 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = \frac{1{,}500 \text{ bbl}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{8.86 \times 10^{-4} \text{tonne CH}_4}{\text{bbl}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.9095 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole CH}_4} \times \frac{0.0109 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 18.4 \text{ tonnes CO}_2/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003246

$$E_{CO_2e} = 18.4 \text{ tonne } CO_2/\text{yr} + \left( \frac{560 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$E_{CO_2e} = 11,800 \text{ tonne } CO_2e/\text{yr}$$

## Vented Sources – Other Storage Tank Emissions

Because "weathered" crude contains no $CH_4$ or $CO_2$, there are no $CH_4$ or $CO_2$ emissions from the tank battery standing and working losses.

## Vented Sources - Gas Dehydration

Methane emissions from the gas dehydrator vents are estimated using the production segment emission factor and uncertainty given in Table 5-2. The Kimray pump emissions are estimated using the production segment emission factor and uncertainty in Table 5-4. For both of these sources, emissions are based on the annual quantity of gas processed. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated below.

$$EF_{CH_4} = \left( EF_{\text{Dehydrator vents}} \right) + \left( EF_{\text{Kimray pumps}} \right)$$

$$EF_{CH_4} = \left( \frac{0.0052859 \text{ tonne } CH_4}{10^6 \text{ scf}} \right) + \left( \frac{0.01903 \text{ tonne } CH_4}{10^6 \text{ scf}} \right) = 0.024326 \text{ tonne } CH_4 / 10^6 \text{ scf}$$

$$E_{CH_4} = \frac{16 \times 10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{0.9095 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}} \times \frac{0.024326 \text{ tonne } CH_4}{10^6 \text{ scf}}$$

$$E_{CH_4} = 164 \text{ tonnes } CH_4/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003247

*Emission Inventory Examples*

$$E_{CO_2} = \frac{16 \times 10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{0.024326 \text{ tonne } CH_4}{10^6 \text{ scf}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.9095 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole } CH_4} \times \frac{0.0109 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$E_{CO_2} = 5.39 \text{ tonnes } CO_2/\text{yr}$$

$$E_{CO_2e} = \frac{5.39 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{164 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$E_{CO_2e} = 3,450 \text{ tonne } CO_2e/\text{yr}$$

## Vented Sources – Pneumatics and CIPs

The pneumatic devices and CIPs at the facility are actuated by natural gas.  Methane emissions from pneumatic device and CIP vents are estimated using $CH_4$ emission factors and uncertainties presented in Tables 5-15 and 5-16, respectively.  The type of pneumatic devices and CIPs are not specified, so the "Production Average" device and the "Average Pump" emission factor are used.  Methane emissions are adjusted based on the facility $CH_4$ content.  The default $CH_4$ content and associated uncertainty are provided in Table E-4.  Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents.  Emissions are calculated below, by equipment type.

**Pneumatic Devices:**

$$E_{CH_4} = (7 \text{ pneumatic devices}) \times \frac{2.415 \text{ tonne } CH_4}{\text{device - yr}} \times \frac{0.9095 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$E_{CH_4} = 19.5 \text{ tonnes } CH_4/\text{yr}$$

$$E_{CO_2} = (7 \text{ pneumatic devices}) \times \frac{2.415 \text{ tonne } CH_4}{\text{device - yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.9095 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole } CH_4} \times \frac{0.0109 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$E_{CO_2} = 0.642 \text{ tonnes } CO_2/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003248

*Emission Inventory Examples*

$$E_{CO_2e} = 0.642 \text{ tonnes } CO_2/\text{yr} + \left( \frac{19.5 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 410 \text{ tonne } CO_2e/\text{yr}}$$

**CIPs:**

$$E_{CH_4} = (2 \text{ CIPs}) \times \frac{1.736 \text{ tonne } CH_4}{\text{CIP} - \text{yr}} \times \frac{0.9095 \text{ tonne mole } CH_4 \left(\text{facility}\right)}{0.788 \text{ tonne mole } CH_4 \left(\text{default}\right)}$$

$$\underline{E_{CH_4} = 4.01 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{CO_2} = (2 \text{ CIPs}) \times \frac{1.736 \text{ tonne } CH_4}{\text{CIP} - \text{yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.9095 \text{ tonne mole } CH_4 \left(\text{facility}\right)}{0.788 \text{ tonne mole } CH_4 \left(\text{default}\right)}$$
$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole } CH_4} \times \frac{0.0109 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 0.132 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CO_2e} = 0.132 \text{ tonnes } CO_2/\text{yr} + \left( \frac{4.01 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 84.3 \text{ tonne } CO_2e/\text{yr}}$$

Vented Sources – Maintenance/Turnaround Emissions

Methane emissions from vessel blowdowns, compressor starts, and compressor blowdowns are estimated using the emission factors and uncertainties presented in Table 5-23.  Note that the factors are provided on an equipment count basis, not a per-event basis.  Methane emissions are adjusted based on the facility $CH_4$ content.  The default $CH_4$ content and associated uncertainty are provided in Table E-4.  Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents.  Emissions are calculated as follows, by activity type.

©2009 American Petroleum Institute

BLM_0003249

**Vessel blowdowns:**

$$E_{CH_4} = (9 \text{ vessels}) \times \frac{0.0015 \text{ tonne CH}_4}{\text{vessel-yr}} \times \frac{0.9095 \text{ tonne mole CH}_4 (\text{facility})}{0.788 \text{ tonne mole CH}_4 (\text{default})}$$

$$\underline{E_{CH_4} = 0.0156 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (9 \text{ vessels}) \times \frac{0.0015 \text{ tonne CH}_4}{\text{vessel-yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.9095 \text{ tonne mole CH}_4 (\text{facility})}{0.788 \text{ tonne mole CH}_4 (\text{default})}$$

$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole CH}_4} \times \frac{0.0109 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 0.000512 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = 0.000512 \text{ tonnes CO}_2/\text{yr} + \left( \frac{0.0156 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 0.328 \text{ tonne CO}_2\text{e}/\text{yr}}$$

**Compressor starts:**

$$E_{CH_4} = (6 \text{ compressors}) \times \frac{0.1620 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{0.9095 \text{ tonne mole CH}_4 (\text{facility})}{0.788 \text{ tonne mole CH}_4 (\text{default})}$$

$$\underline{E_{CH_4} = 1.12 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (6 \text{ compressors}) \times \frac{0.1620 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.9095 \text{ tonne mole CH}_4 (\text{facility})}{0.788 \text{ tonne mole CH}_4 (\text{default})}$$

$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole CH}_4} \times \frac{0.0109 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 0.0369 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = 0.0369 \text{ tonnes CO}_2/\text{yr} + \left( \frac{1.12 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 23.6 \text{ tonne CO}_2\text{e}/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003250

*Emission Inventory Examples*

**Compressor blowdowns:**

$$E_{CH_4} = (6 \text{ compressors}) \times \frac{0.07239 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{0.9095 \text{ tonne mole CH}_4 \text{(facility)}}{0.788 \text{ tonne mole CH}_4 \text{(default)}}$$

$$\underline{E_{CH_4} = 0.501 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (6 \text{ compressors}) \times \frac{0.07239 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.9095 \text{ tonne mole CH}_4 \text{(facility)}}{0.788 \text{ tonne mole CH}_4 \text{(default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole CH}_4} \times \frac{0.0109 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 0.0165 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = 0.0165 \text{ tonnes CO}_2/\text{yr} + \left( \frac{0.501 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 10.5 \text{ tonne CO}_2\text{e}/\text{yr}}$$

## Vented Sources – Offshore ESD Systems and PRVs

Methane emissions from ESDs and PRVs are estimated using emission factors and uncertainties from Table 5-24. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Emissions are calculated below, by activity.

**ESD System:**

$$E_{CH_4} = (1 \text{ platform}) \times \frac{4.9276 \text{ tonne CH}_4}{\text{platform - yr}} \times \frac{0.9095 \text{ tonne mole CH}_4 \text{(facility)}}{0.788 \text{ tonne mole CH}_4 \text{(default)}}$$

$$\underline{E_{CH_4} = 5.69 \text{ tonnes CH}_4/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003251

*Emission Inventory Examples*

$$E_{CO_2} = (1 \text{ platform}) \times \frac{4.9276 \text{ tonne } CH_4}{\text{platform-yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.9095 \text{ tonne mole } CH_4 \, (\text{facility})}{0.788 \text{ tonne mole } CH_4 \, (\text{default})}$$

$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole } CH_4} \times \frac{0.0109 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 0.187 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CO_2e} = 0.187 \text{ tonnes } CO_2/\text{yr} + \left( \frac{5.69 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 120 \text{ tonne } CO_2e/\text{yr}}$$

**PRV Releases:**

$$E_{CH_4} = (175 \text{ PRVs}) \times \frac{0.00065 \text{ tonne } CH_4}{\text{PRV-yr}} \times \frac{0.9095 \text{ tonne mole } CH_4 \, (\text{facility})}{0.788 \text{ tonne mole } CH_4 \, (\text{default})}$$

$$\underline{E_{CH_4} = 0.131 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{CO_2} = (175 \text{ PRVs}) \times \frac{0.00065 \text{ tonne } CH_4}{\text{PRV-yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.9095 \text{ tonne mole } CH_4 \, (\text{facility})}{0.788 \text{ tonne mole } CH_4 \, (\text{default})}$$

$$\times \frac{\text{tonne mole gas}}{0.9095 \text{ tonne mole } CH_4} \times \frac{0.0109 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 0.00432 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CO_2e} = 0.00432 \text{ tonnes } CO_2/\text{yr} + \left( \frac{0.131 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 2.76 \text{ tonne } CO_2e/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003252

Fugitive Sources: Equipment Leaks

Table 8-11 provides fugitive component emission factors associated with this offshore production facility, taken from the corresponding EPA average component emission factors given in Table 6-12.

**Table 8-11.  Offshore Oil and Natural Gas Production Platform Fugitive Emission Factors**

| Component | Service | Component EF (tonnes TOC/comp./hr) | Uncertainty (±%)[a] |
|---|---|---|---|
| Valves | Light oil | 2.5E-06 | 100 |
| | Gas | 4.5E-06 | 100 |
| Connectors | Light oil | 2.1E-07 | 100 |
| | Gas | 2.0E-07 | 100 |
| OELs | Light oil | 1.4E-06 | 100 |
| | Gas | 2.0E-06 | 100 |
| Others | Light oil | 7.5E-06 | 100 |
| | Gas | 8.8E-06 | 100 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

Using Equation 6-9, $CH_4$ and $CO_2$ emissions are calculated for each component by multiplying the component emission factor by the component count, the annual hours of operation (8,760 hours/year, assuming the equipment remains pressurized year round), and the liquid weight fraction of either $CH_4$ or $CO_2$ presented in Table 8-10.  The total fugitive emissions are the sum of each of the component emissions.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.

An example calculation for oil valves is shown below.

$$E_{CH_4} = (1870 \text{ valves}) \times \frac{2.50 \times 10^{-6} \text{ tonne gas}}{\text{valve-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.0119 \text{ tonne } CH_4}{\text{tonne gas}}$$

$$E_{CH_4} = 0.487 \text{ tonnes } CH_4/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003253

$$E_{CO_2} = (1870 \text{ valves}) \times \frac{2.50 \times 10^{-6} \text{ tonne gas}}{\text{valve-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.0315 \text{ tonne } CO_2}{\text{tonne gas}}$$

$$\underline{E_{CO_2} = 0.129 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CO_2e} = \frac{0.129 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{0.487 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 10.4 \text{ tonne } CO_2e/\text{yr}}$$

An example calculation for gas valves is shown below using the gas component count, emission factor, and gas compositions.

$$E_{CH_4} = (330 \text{ valves}) \times \frac{4.5 \times 10^{-6} \text{ tonne gas}}{\text{valve-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.8226 \text{ tonne } CH_4}{\text{tonne gas}}$$

$$\underline{E_{CH_4} = 10.7 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{CO_2} = (330 \text{ valves}) \times \frac{4.5 \times 10^{-6} \text{ tonne gas}}{\text{valve-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.0271 \text{ tonne } CO_2}{\text{tonne gas}}$$

$$\underline{E_{CO_2} = 0.352 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CO_2e} = \frac{0.352 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{10.7 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 225 \text{ tonne } CO_2e/\text{yr}}$$

Completing the calculations for the rest of the components results in the emissions shown in Table 8-12.

©2009 American Petroleum Institute

BLM_0003254

*Emission Inventory Examples*

### Table 8-12.  Offshore Oil and Natural Gas Production Platform Fugitive Emissions

| Component | Service | Emissions (tonnes CH₄/yr) | Uncertainty [a] (±%) | Emissions (tonnes CO₂/yr) | Uncertainty [a] (±%) | Emissions (tonnes CO₂e/yr) | Uncertainty [a] (±%) |
|---|---|---|---|---|---|---|---|
| Valves | Oil | 0.487 | 125 | 0.129 | 125 | 10.4 | 124 |
| | Gas | 10.7 | 125 | 0.352 | 125 | 225 | 125 |
| Connectors | Oil | 0.164 | 125 | 0.0433 | 125 | 3.48 | 124 |
| | Gas | 1.90 | 125 | 0.0626 | 125 | 40.0 | 125 |
| OELs | Oil | 0.0403 | 125 | 0.0107 | 125 | 0.857 | 124 |
| | Gas | 0.706 | 125 | 0.0232 | 125 | 14.9 | 125 |
| Others | Oil | 0.0469 | 125 | 0.0124 | 125 | 0.998 | 124 |
| | Gas | 0.634 | 125 | 0.0209 | 125 | 13.3 | 125 |
| **TOTAL[b]** | | **14.7** | **93.1** | **0.654** | **73.5** | **309** | **92.9** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note: the values shown above are for example only.  They do not reflect actual operations.

## Facility Summary

Total emissions for this facility are summarized in Table 8-13.  A summary of the emissions for this facility is given in Figure 8-2.



### Figure 8-2.  Offshore Oil and Natural Gas Production Platform Summary of Emissions

©2009 American Petroleum Institute

BLM_0003255

### Table 8-13.  Offshore Oil and Natural Gas Production Platform Emissions

| Source | $CO_2$ Emissions (tonnes/yr) | $CO_2$ Uncertainty[a] (±%) | $CH_4$ Emissions (tonnes/yr) | $CH_4$ Uncertainty[a] (±%) | $N_2O$ Emissions (tonnes/yr) | $N_2O$ Uncertainty[a] (±%) | $CO_2e$ Emissions (tonnes/yr) | $CO_2e$ Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| ***Combustion Sources*** | **47,800** | **12.8** | **14.4** | **19.1** | **6.67** | **117** | **50,100** | **13.1** |
| Boilers/heaters | 784 | 20.8 | 0.0147 | 32.0 | 0.00410 | 151 | 786 | 20.7 |
| Gas turbines (electricity generation) | 37,200 | 16.2 | 3.25 | 44.1 | 4.89 | 154 | 38,600 | 16.7 |
| Gas turbines (compression) | | | 0.806 | 32.3 | 0.281 | 151 | | |
| IC Engines | | | | | | | | |
| Crane engine | | | 0.443 | 103 | 0.0185 | 150 | | |
| Crane engine | | | | | | | | |
| Fire water pump IC engine | 4,300 | 12.6 | | | | | 4,300 | 12.6 |
| Emergency generator, drilling | | | | | | | | |
| Emergency generator, production | | | 0.103 | 28.1 | 0.0168 | 151 | | |
| Forklift | | | | | | | | |
| Whittaker escape capsule | | | | | | | | |
| Supply boat | 3,320 | 23.2 | 0.189 | 33.0 | 1.37 | 152 | 3,750 | 26.8 |
| Supply boat | | | | | | | | |
| Helicopters | 838 | 24.5 | 0.836 | 33.9 | 0.0876 | 152 | 883 | 23.7 |
| Flare - purge and pilot | | | | | | | | |
| Flare - planned other | 1,370 | 25.7 | 8.79 | 26.0 | 0.00345 | 150 | 1,560 | 22.9 |
| Flare - planned continuous | | | | | | | | |
| Flare - unplanned | | | | | | | | |

©2009 American Petroleum Institute

BLM_0003256

*Emission Inventory Examples*

## Table 8-13. Offshore Oil and Natural Gas Production Platform Emissions, continued

| Source | CO₂ Emissions (tonnes/yr) | CO₂ Uncertainty[a] (±%) | CH₄ Emissions (tonnes/yr) | CH₄ Uncertainty[a] (±%) | N₂O Emissions (tonnes/yr) | N₂O Uncertainty[a] (±%) | CO₂e Emissions (tonnes/yr) | CO₂e Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| *Vented Sources* | **24.8** | **150** | **755** | **150** | **N/A** | | **15,900** | **150** |
| Tank battery | 18.4 | 201 | 560 | 201 | N/A | | 11,800 | 201 |
| Dehydration vents (also has Kimray pump emissions) | 5.39 | 77.4 | 164 | 77.4 | N/A | | 3,450 | 77.3 |
| Pneumatic devices | 0.642 | 50.0 | 19.5 | 50.0 | N/A | | 410 | 49.9 |
| CIPs | 0.132 | 108 | 4.01 | 108 | N/A | | 84.3 | 108 |
| Vessel blowdowns (non-routine) | 0.000512 | 326 | 0.0156 | 326 | N/A | | 0.328 | 326 |
| Compressor starts (non-routine) | 0.0369 | 190 | 1.12 | 190 | N/A | | 23.6 | 190 |
| Compressor blowdowns (non-routine) | 0.0165 | 179 | 0.501 | 179 | N/A | | 10.5 | 179 |
| ESDs | 0.187 | 276 | 5.69 | 276 | N/A | | 120 | 276 |
| PRVs | 0.00432 | 310 | 0.131 | 310 | N/A | | 2.76 | 310 |
| *Fugitive Sources* | **0.654** | **73.5** | **14.7** | **93.1** | **N/A** | | **309** | **92.9** |
| Equipment leaks | 0.654 | 73.5 | 14.7 | 93.1 | N/A | | 309 | 92.9 |
| Sumps | No GHG emissions | | | | | | | |
| Mud cuttings roll-off bins | No GHG emissions | | | | | | | |
| *Indirect Sources* | **No Indirect GHG Emissions** | | | | | | | |
| | None | | | | | | | |
| **TOTAL - Direct**[b] | 47,800 | 12.8 | 784 | 145 | 6.67 | 117 | 66,300 | 37.2 |
| **TOTAL - Indirect** | No Indirect GHG Emissions | | | | | | | |
| **TOTAL**[b] | 47,800 | 12.8 | 784 | 145 | 6.67 | 117 | 66,300 | 37.2 |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note: the values shown above are for example only. They do not reflect actual operations.

©2009 American Petroleum Institute

BLM_0003257

### 8.1.3    Natural Gas Processing Plant

Facility Description:  The facility consists of a natural gas processing plant.

Throughput:  The plant processes $800 \times 10^6$ scf/day of gas.  An uncertainty of ±10% is assumed for the throughput, based on engineering judgment.

Operations:  Compositions of the produced and processed gas streams are provided in Table 8-14.  The composition of the processed gas results in a heating value of 1,251 Btu/scf. An uncertainty of ±4% is assumed for both composition and heating value, based on engineering judgment.

**Table 8-14.  Gas Composition for Natural Gas Processing Plant**

| Gas Compound | Produced Gas Mole % | Uncertainty[a] (±%) | Processed Gas Mole % | Uncertainty[a] (±%) |
|---|---|---|---|---|
| $H_2S$ | 1.13 | 4 | 0.02 | 4 |
| $CO_2$ | 3.5 | 4 | 2.0 | 4 |
| $N_2$ | 2.39 | 4 | 1.2 | 4 |
| $CH_4$ | 70 | 4 | 90 | 4 |
| $C_2H_6$ | 12.5 | 4 | 4.7 | 4 |
| $C_3H_8$ | 5.1 | 4 | 1.2 | 4 |
| $C_4H_{10}$ | 3.7 | 4 | 0.5 | 4 |
| $C_5H_{12}$ | 0.76 | 4 | 0.3 | 4 |
| C6+ | 0.92 | 4 | 0.08 | 4 |

Footnotes:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only.  They do not reflect average operations.

Tables 8-15 and 8-16 summarize the emission sources associated with this facility.  Equipment at the site that does not have GHG emissions are also included in these tables.

©2009 American Petroleum Institute

BLM_0003258

## Table 8-15.  Natural Gas Processing Emission Sources

| Source | Fuel Type | No. of Units | Uncertainty[a] (±%) | Unit Capacity (per unit) | Uncertainty[a] (±%) | Average Operation per unit per year | Uncertainty[a] (±%) | Activity Factor (all units combined) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| *Combustion Sources* | | | | | | | | | |
| Auxiliary boilers | Processed Gas | 2 | 0 | $130 \times 10^6$ Btu/hr | 10 | 8400 hr/yr | 5 | $2,184,000 \times 10^6$ Btu/yr | 11.2 |
| Hot oil heaters | Processed Gas | 2 | 0 | $80 \times 10^6$ Btu/hr | 10 | 8400 hr/yr | 5 | $1,344,000 \times 10^6$ Btu/yr | 11.2 |
| Gas turbines for recompression | Processed Gas | 2 | 0 | 36,300 hp | 10 | 8665 hr/yr; 46% load | 5; 20 | $2,337,582 \times 10^6$ Btu/yr | 23.8 |
| Gas turbines for electrical generation | Processed Gas | 2 | 0 | 35,900 hp | 10 | 8665 hr/yr; 46% load | 5; 20 | 213,410 MW-hr/yr output | 22.9 |
| Flare - pilot | Processed Gas | 1 | 0 | $0.0072 \times 10^6$ scf/day | 10 | 365 day/yr | 0 | $2.63 \times 10^6$ scf/yr | 10 |
| Emergency flare (acid gas, low pressure) | Acid gas (produced gas), low pressure | 1 | 0 | $10 \times 10^6$ scf/day | 10 | 156 hr/yr | 15 | $65 \times 10^6$ scf/yr | 18.0 |
| Emergency flare | Acid gas (produced gas), high pressure | 1 | 0 | $35 \times 10^6$ scf/day | 10 | 156 hr/yr | 15 | $227.5 \times 10^6$ scf/yr | 18.0 |
| Emergency fire water pump IC engines | Diesel | 2 | 0 | 460 hp | 10 | 24 hr/yr; 87% load | 10; 20 | $155 \times 10^6$ Btu/yr | 25.0 |
| Emergency fire water pump IC engines | Diesel | 2 | 0 | 425 hp | 10 | 24 hr/yr; 92% load | 10; 20 | $152 \times 10^6$ Btu/yr | 25.0 |

©2009 American Petroleum Institute

BLM_0003259

*Emission Inventory Examples*

## Table 8-15.  Natural Gas Processing Emission Sources, continued

| Source | Fuel Type | No. of Units | Uncertainty[a] (±%) | Unit Capacity (per unit) | Uncertainty[a] (±%) | Average Operation (per unit per year) | Uncertainty[a] (±%) | Activity Factor (all units combined) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| *Vented Sources* | | | | | | | | | |
| Dehydration vents (also has Kimray pump emissions) | N/A | 1 | 0 | $800\times10^6$ scf/day | 10 | 365 day/yr | 0 | $292,000\times10^6$ scf/yr | 10 |
| Gas processing /sour gas treating[b] | | | | | | | | | |
| Inlet | N/A | | N/A | $800\times10^6$ scf/day 3.5 mole% $CO_2$ | 10 | 365 day/yr | 0 | $292,000\times10^6$ scf/yr 3.5 mole % $CO_2$ | 10 |
| Outlet | N/A | | N/A | $622\times10^6$ scf/day 2.0 mole % $CO_2$[c] | 10 | 365 day/yr | 0 | $227,030\times10^6$ scf/yr 2.0 mole% $CO_2$ | 10 |
| Condensate storage tanks | N/A | 3 tanks | 0 | 1,200,000 bbl/yr/tank | 20 | Continuous | | 3,600,000 bbl/yr | 20 |
| Marine loading | LPG | | N/A | 300,000 bbl/load | 20 | 12 /yr | 0 | 3,600,000 bbl/yr | 20 |
| | $C_5$+ | | N/A | 300,000 bbl/load | 20 | 12 /yr | 0 | 3,600,000 bbl/yr | 20 |
| | Propane | | N/A | 175,000 bbl/load | 20 | 12 /yr | 0 | 2,100,000 bbl/yr | 20 |
| | Butane | | N/A | 125,000 bbl/load | 20 | 12 /yr | 0 | 1,500,000 bbl/yr | 20 |
| Compressor starts | N/A | 4 | 0 | N/A | | N/A | | 4 compressors / turbines[d] | 0 |
| Compressor blowdowns | N/A | 2 | 0 | N/A | | N/A | | 2 compressors[d] | 0 |
| Processing maintenance blowdowns | N/A | | N/A | N/A | | N/A | | 1 processing plant | 0 |
| Fire suppression | $CO_2$ | 10 cyl | 0 | 30 lb/cyl | 5 | N/A | | N/A | |

©2009 American Petroleum Institute

BLM_0003260

*Emission Inventory Examples*

### Table 8-15.  Natural Gas Processing Emission Sources, continued

| Source | Fuel Type | No. of Units | Uncertainty[a] (±%) | Unit Capacity (per unit) | Uncertainty[a] (±%) | Average Operation (per unit per year) | Uncertainty[a] (±%) | Activity Factor (all units combined) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| *Fugitive Sources* | | | | | | | | | |
| Equipment leaks | N/A | N/A | | N/A | | N/A | | See Table 8-16 | |
| Industrial refrigeration | N/A | N/A | | N/A | | N/A | | 50,000 lb/yr[e] | 10 |
| *Indirect Sources* | | | | | | | | | |
| None | | | | | | | | | |

Footnotes:

[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

[b] Parameters provided are for the process, not the facility as a whole.  This vent is uncontrolled and vents to the atmosphere.  As industry operating practices change in the future, this vent stream may be captured and thus may no longer be an emissions source.

[c] Outlet gas flow rate calculated assuming 90% $CH_4$, 2% $CO_2$, and negligible $H_2S$.

[d] Compressor starts are based on a count of the internal combustion drivers (including turbine-driven electric generators) because the compressor starts are emissions of fuel gas associated with starting the engine.  Compressor blowdowns are based on the number of compressor units that could potentially be depressurized, and thus does not include turbine-driven electrical generator units.  These emissions are included under Processing maintenance blowdowns.

[e] Refrigerant loss may occur over many years; however, emissions are being reported for the year the equipment is recharged.

Note: the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003261

*Emission Inventory Examples*

**Table 8-16.  Natural Gas Processing Fugitive Emission Sources**

| Component | Service | Average Component Count | Uncertainty[a] (±%) |
|---|---|---|---|
| Valves | Gas and Liquid | 4,430 | 25 |
| Pump seals | Liquid | 90 | 25 |
| Flanges | Gas and Liquid | 17,600 | 25 |
| Compressor seals | Gas | 20 | 25 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note:  the values shown above are for example only.  They do not reflect average operations.

The remainder of this subsection presents emission calculations for the sources identified in Tables 8-15 and 8-16, and a summary of facility emissions (presented at the end of this subsection).

## Stationary Combustion Devices – $CO_2$ Emissions

**Natural Gas Combustion $CO_2$ Emissions**

The first step in calculating $CO_2$ emissions is to determine the total volume of fuel combusted (V) at the facility.  Power output to energy input conversion factors for a conventional combustion turbine (presented in Table 4-2) are used to convert the turbine operational data to fuel consumption, assuming an uncertainty of ±5%, based on engineering judgment.  This calculation is shown below, by equipment type.

**Boiler and heaters:**

$$V = \left[\left(2 \text{ boilers} \times \frac{130 \times 10^6 \text{ Btu}}{\text{boiler}} \times \frac{8,400 \text{ hr}}{\text{yr}}\right) + \left(2 \text{ heaters} \times \frac{80 \times 10^6 \text{ Btu}}{\text{heater}} \times \frac{8,400 \text{ hr}}{\text{yr}}\right)\right] \times \frac{\text{scf}}{1,251 \text{ Btu}} = 2,820 \times 10^6 \text{ scf/yr}$$

©2009 American Petroleum Institute

BLM_0003262

**Turbines:**

$$V_{ICOM} = \left[ \begin{pmatrix} 2 \text{ turbines} \times \dfrac{36,300 \text{ hp}}{\text{turbine}} \times 0.46 \text{ load} \times \dfrac{8,078 \text{ Btu}}{\text{hp-hr}} \times \dfrac{8,665 \text{ hr}}{\text{yr}} \end{pmatrix} + \\ \begin{pmatrix} 2 \text{ turbines} \times \dfrac{35,900 \text{ hp}}{\text{turbine}} \times 0.46 \text{ load} \times \dfrac{8,078 \text{ Btu}}{\text{hp-hr}} \times \dfrac{8,665 \text{ hr}}{\text{yr}} \end{pmatrix} \right] = 3,717 \times 10^6 \text{ scf/yr}$$

$$\times \frac{\text{scf}}{1,251 \text{ Btu}}$$

Carbon dioxide emissions from equipment burning natural gas are calculated using the gas composition approach provided in Section 4.3.  First, the fuel analysis is converted from a molar basis to a mass basis, as shown in Exhibits 3.3 and 3.4.  The molecular weight of the mixture is calculated below, using Equation 3-8:

$$MW_{Mixture} = \left[ \begin{matrix} (1.13 \times 34.08) + (3.5 \times 44.01) + (2.39 \times 28.01) \\ + (70 \times 16.04) + (12.5 \times 30.07) + (5.1 \times 44.10) \\ + (3.7 \times 58.12) + (0.76 \times 72.15) + (0.92 \times 86.18) \end{matrix} \right] \div 100 = 23.32 \text{ lb/mole}$$

The individual weight percents are then calculated by rearranging Equation 3-7.  The calculation is shown below for $CH_4$.

$$Wt.\%_{CH_4} = \frac{70 \text{ lbmole } CH_4}{100 \text{ lbmole mixture}} \times \frac{\left( \dfrac{16.04 \text{ lb } CH_4}{\text{lbmole } CH_4} \right)}{\left( \dfrac{23.32 \text{ lb mixture}}{\text{lbmole mixture}} \right)} = \frac{0.4814 \text{ lb } CH_4}{\text{lb mixture}} = 48.14 \text{ wt. } \% \text{ } CH_4$$

To calculate emissions, the carbon contents of the fuel compositions provided in Table 8-14 are calculated.  The first step is to calculate the carbon content of the individual components, using Equation 4-9.  The carbon content calculation for an individual component is shown below for ethane ($C_2H_6$).

$$Wt\% \text{ } C_{C_2H_6} = \frac{12.01 \text{ lb } C}{\text{lbmole } C} \times \frac{2 \text{ lbmoles } C}{\text{lbmole } C_2H_6} \times \frac{\text{lbmole } C_2H_6}{30.07 \text{ lb } C_2H_6} \times 100\% = 79.9\% \text{ } C$$

After the calculation has been performed for all constituents, the carbon content for the mixture is calculated using Equation 4-10, shown as follows (for produced gas):

©2009 American Petroleum Institute

BLM_0003263

*Emission Inventory Examples*

$$Wt\%C_{Mixture} = \frac{1}{100} \times \sum_{i=1}^{\#\ components} \left( Wt\%_i \times Wt\%C_i \right)$$

$$Wt\%\ C_{Mixture} = \frac{1}{100} \times \begin{bmatrix} (1.65 \times 0) + (6.60 \times 28.3) + (2.87 \times 0) + (48.14 \times 74.9) + (16.12 \times 79.9) \\ + (9.64 \times 81.7) + (9.22 \times 82.7) + (2.35 \times 83.2) + (3.40 \times 83.6) \end{bmatrix}$$

$$= 71.03\ Wt\%\ C = 0.7103\ lb\ C/lb\ fuel$$

Completing the calculations for the produced gas fuel analysis results in the fuel specific molecular weight and carbon content below:

| Compound | Mole % | MW | Wt% (Calculated) | Uncertainty[a] (±%) | Compound Carbon Content (wt%C) | Mixture Carbon Content (wt%C) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| $H_2S$ | 1.13 | 34.08 | 1.65 | 4.53 | 0 | 0 | NA |
| $CO_2$ | 3.5 | 44.01 | 6.60 | 4.53 | 27.3 | 1.80 | 4.53 |
| $N_2$ | 2.39 | 28.01 | 2.87 | 4.53 | 0 | 0 | NA |
| $CH_4$ | 70 | 16.04 | 48.14 | 4.53 | 74.9 | 36.1 | 4.53 |
| $C_2H_6$ | 12.5 | 30.07 | 16.12 | 4.53 | 79.9 | 12.9 | 4.53 |
| $C_3H_8$ | 5.1 | 44.10 | 9.64 | 4.53 | 81.7 | 7.88 | 4.53 |
| $C_4H_{10}$ | 3.7 | 58.12 | 9.22 | 4.53 | 82.7 | 7.62 | 4.53 |
| $C_5H_{12}$ | 0.76 | 72.15 | 2.35 | 4.53 | 83.2 | 1.96 | 4.53 |
| C6+ | 0.92 | 86.18 | 3.40 | 4.53 | 83.6 | 2.84 | 4.53 |
| **Fuel Mixture** | **100** | **23.32 ±2.13%[a]** | **100.0** | | | **71.03** | **2.55** |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

Completing the calculations for the processed gas fuel analysis results in the fuel molecular weight and carbon content below:

| Compound | Mole % | MW | Wt% (Calculated) | Uncertainty[a] (±%) | Compound Carbon Content (wt%C) | Mixture Carbon Content (wt%C) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| $H_2S$ | 0.02 | 34.08 | 0.04 | 5.12 | 0 | 0 | NA |
| $CO_2$ | 2 | 44.01 | 4.84 | 5.12 | 27.3 | 1.32 | 5.12 |
| $N_2$ | 1.2 | 28.01 | 1.85 | 5.12 | 0 | 0 | NA |
| $CH_4$ | 90 | 16.04 | 79.42 | 5.12 | 74.9 | 59.5 | 5.12 |
| $C_2H_6$ | 4.7 | 30.07 | 8.77 | 5.12 | 79.9 | 6.21 | 5.12 |
| $C_3H_8$ | 1.2 | 44.10 | 2.91 | 5.12 | 81.7 | 2.38 | 5.12 |
| $C_4H_{10}$ | 0.5 | 58.12 | 1.60 | 5.12 | 82.7 | 1.32 | 5.12 |
| $C_5H_{12}$ | 0.3 | 72.15 | 1.19 | 5.12 | 83.2 | 0.991 | 5.12 |
| C6+ | 0.08 | 86.18 | 0.38 | 5.12 | 83.6 | 0.317 | 5.12 |
| **Fuel Mixture** | **100** | **18.18 ±3.20%[a]** | **100.0** | | | **72.01** | **4.26** |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

©2009 American Petroleum Institute

BLM_0003264

*Emission Inventory Examples*

Carbon dioxide emissions can then be calculated using a mass balance approach. (Note that processed gas is used for combustion.) Natural gas combustion emissions are calculated below.

$$E_{CO_2} = \frac{\left(2{,}820\times10^6 + 3{,}717\times10^6\right) \text{ scf fuel}}{\text{yr}} \times \frac{\text{lbmole}}{379.3 \text{ scf fuel}} \times \frac{18.18 \text{ lb fuel}}{\text{lbmole fuel}} \times \frac{0.7201 \text{ lb C}}{\text{lb fuel}}$$

$$\times \frac{\text{lbmole C}}{12.01 \text{ lb C}} \times \frac{\text{lbmole } CO_2}{\text{lbmole C}} \times \frac{44.01 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 375{,}000 \text{ tonnes } CO_2 \text{ / yr}}$$

**Diesel Combustion**

Carbon dioxide emissions from diesel combustion are calculated using the diesel emission factor provided in Table 4-3, assuming an uncertainty of ±10%, based on engineering judgment. Because the emission factor is provided on a energy input basis, the equipment ratings are converted to volume of fuel consumed on a energy input basis using the "No. 2 fuel oil IC engine" conversion factor provided in Table 4-2, assuming an uncertainty of ±5%, based on engineering judgment. Diesel combustion $CO_2$ emissions are calculated below.

$$V = \left(2 \text{ pumps} \times \frac{460 \text{ hp}}{\text{pump}} \times 0.87 \text{ load} \times \frac{8{,}089 \text{ Btu}}{\text{hp-hr}} \times \frac{24 \text{ h}}{\text{yr}}\right) +$$

$$+ \left(2 \text{ pumps} \times \frac{425 \text{ hp}}{\text{pump}} \times 0.92 \text{ load} \times \frac{8{,}089 \text{ Btu}}{\text{hp-hr}} \times \frac{24 \text{ h}}{\text{yr}}\right) = 307\times10^6 \text{ Btu /yr}$$

$$E_{CO_2} = \frac{307\times10^6 \text{ Btu}}{\text{yr}} \times \frac{0.0732 \text{ tonnes } CO_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 22.5 \text{ tonnes } CO_2/\text{yr}}$$

## Stationary Combustion Devices – $CH_4$, $N_2O$, and $CO_2e$ Emissions

**Natural Gas Combustion**

Combustion emission factors for natural gas-fired equipment are provided in Table 4-7 for controlled boilers and heaters, and Table 4-9 for uncontrolled turbines. The electricity generation

BLM_0003265

*Emission Inventory Examples*

turbine emission factors are taken from Table 7-1 for natural gas "Combined Cycle" units. An uncertainty of ±25% is assumed for all $CH_4$ emission factors and an uncertainty of ±150% is assumed for all $N_2O$ emission factors, based on engineering judgment. The electricity generation turbine power (P) conversion from hp output to kw output is presented in Table 3-4. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Because $CO_2$ emissions from natural gas combustion were not calculated on an equipment basis, $CO_2$e emissions are also not calculated on an equipment basis.

**Boilers and Heaters:**

$$V = \begin{bmatrix} (2 \text{ boilers} \times \dfrac{130 \times 10^6 \text{ Btu}}{\text{boiler}} \times \dfrac{8,400 \text{ hr}}{\text{yr}}) \\ + (2 \text{ heaters} \times \dfrac{80 \times 10^6 \text{ Btu}}{\text{heater}} \times \dfrac{8,400 \text{ hr}}{\text{yr}}) \end{bmatrix} = 3,528,000 \times 10^6 \text{ Btu/yr}$$

$$E_{CH_4} = \frac{3,528,000 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{1.00 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$\underline{E_{CH_4} = 3.53 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = \frac{3,528,000 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{2.80 \times 10^{-7} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.988 \text{ tonnes } N_2O/\text{yr}}$$

**Turbines for Recompression:**

$$V = \left( 2 \text{ turbines} \times \frac{36,300 \text{ hp}}{\text{turbine}} \times 0.46 \text{ load} \times \frac{8,078 \text{ Btu}}{\text{hp-hr}} \times \frac{8,665 \text{ hr}}{\text{yr}} \right) = 2,337,582 \times 10^6 \text{ Btu/yr}$$

©2009 American Petroleum Institute

BLM_0003266

*Emission Inventory Examples*

$$E_{CH_4} = \frac{2,337,582 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{3.9 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$E_{CH_4} = 9.12 \text{ tonnes } CH_4/\text{yr}$$

$$E_{N_2O} = \frac{2,337,582 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{1.4 \times 10^{-6} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$E_{N_2O} = 3.27 \text{ tonnes } N_2O/\text{yr}$$

**Gas Combustion Turbine for Electrical Generation:**

$$P = 2 \text{ units} \times \frac{35,900 \text{ hp}}{\text{unit}} \times \frac{0.7457 \text{ kW-hr}}{\text{hp-hr}} \times \frac{8,665 \text{ hr}}{\text{yr}} \times 0.46 \text{ load} \times \frac{\text{MW-hr}}{1,000 \text{ kW-hr}} = 213,410 \text{ MW-hr}$$

$$E_{CH_4} = 213,410 \text{ MW-hr} \times \frac{6.80 \times 10^{-6} \text{ tonne } CH_4}{\text{MW-hr}}$$

$$E_{CH_4} = 1.45 \text{ tonnes } CH_4/\text{yr}$$

$$E_{N_2O} = \frac{213,410 \text{ MW-hr}}{\text{yr}} \times \frac{2.86 \times 10^{-5} \text{ tonne } N_2O}{\text{MW-hr}}$$

$$E_{N_2O} = 6.10 \text{ tonnes } N_2O/\text{yr}$$

**Natural Gas Combustion CO₂e Emissions:**

$$E_{CO_2e} = \frac{375,000 \text{ tonne } CO_2}{\text{yr}} + \left[ \left( \frac{3.53 \text{ tonne } CH_4}{\text{yr}} + \frac{9.12 \text{ tonne } CH_4}{\text{yr}} + \frac{1.45 \text{ tonne } CH_4}{\text{yr}} \right) \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right] +$$

$$+ \left[ \left( \frac{0.988 \text{ tonne } N_2O}{\text{yr}} + \frac{3.27 \text{ tonne } N_2O}{\text{yr}} + \frac{6.10 \text{ tonne } N_2O}{\text{yr}} \right) \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right]$$

$$E_{CO_2e} = 378,100 \text{ tonne } CO_2e/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003267

**Diesel Combustion**

Diesel-operated fire water pump emissions are estimated using the "IC Engine – Diesel" emission factors from Table 4-9 (for diesel engines rated less than 600 hp). An uncertainty of ±25% is assumed for all $CH_4$ emission factors and an uncertainty of ±150% is assumed for all $N_2O$ emission factors, based on engineering judgment. Table 4-9 also provides an assumed $CH_4$ content of 9 wt% to convert from TOC emissions if the exhaust composition is unknown. An uncertainty of ±100% is assumed for the conversion of TOC to $CH_4$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated below.

$$E_{CH_4} = \frac{307 \times 10^6 \text{ Btu}}{yr} \times \frac{0.00016 \text{ tonne TOC}}{10^6 \text{ Btu}} \times \frac{0.09 \text{ tonne CH}_4}{\text{tonne TOC}}$$

$$\underline{E_{CH_4} = 0.00451 \text{ tonnes CH}_4/yr}$$

$$E_{N_2O} = \frac{307 \times 10^6 \text{ Btu}}{yr} \times \frac{6.01 \times 10^{-7} \text{ tonne N}_2\text{O}}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.000185 \text{ tonnes N}_2\text{O}/yr}$$

$$E_{CO_2e} = \frac{22.5 \text{ tonne CO}_2}{yr} + \left( \frac{0.00451 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$
$$+ \left( \frac{0.000185 \text{ tonne N}_2\text{O}}{yr} \times \frac{310 \text{ tonne CO}_2e}{\text{tonne N}_2\text{O}} \right)$$

$$\underline{E_{CO_2e} = 22.6 \text{ tonne CO}_2e/yr}$$

## Combustion Sources – Flares

The first step in calculating the flare emissions is to calculate the volume flared. This is shown as follows, by flared stream.

©2009 American Petroleum Institute

BLM_0003268

*Emission Inventory Examples*

*(a) Pilot gas (processed gas) flaring*

$$V_{Pilot} = \frac{0.0072 \times 10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} = 2{,}628{,}000 \text{ scf gas/yr}$$

*(b) Sour gas flaring*

$$V_{Sour\,gas} = \left( \frac{10 \times 10^6 \text{ scf}}{\text{day}} \times \frac{\text{day}}{24 \text{ hr}} \times \frac{156 \text{ hr}}{\text{yr}} \right) + \left( \frac{35 \times 10^6 \text{ scf}}{\text{day}} \times \frac{\text{day}}{24 \text{ hr}} \times \frac{156 \text{ hr}}{\text{yr}} \right) = 65{,}000{,}000 + 227{,}500{,}000 \text{ scf/yr}$$

Based on the guidance given in Section 4.6, $CH_4$ emissions from flares are calculated assuming 2% of the $CH_4$ remains uncombusted, and $CO_2$ emissions are based on 98% combustion efficiency, assuming an uncertainty of ±20% for both, based on engineering judgment.  Carbon dioxide emissions are estimated as the sum of the $CO_2$ already present in the gas and the $CO_2$ that results from the product of flared gas carbon combustion.  Nitrous oxide emissions are estimated using emission factors from Table 4-11, assuming an uncertainty of ±150%, based on engineering judgment.  The sour gas processing flare emission factor will be used as a simplifying assumption to obtain an emissions estimate.  Note that the $N_2O$ emissions factor is based on gas feed, not gas produced.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.  Because $N_2O$ emissions are calculated for the flare as a whole (not split by flared stream), $CO_2e$ emissions are also calculated for the flare as a whole.  Emissions are calculated below, by pollutant.

**Carbon dioxide emissions:**

*(a) Flare Pilot gas (processed gas)*

$$E_{CO_2} = \frac{2.628 \times 10^6 \text{ scf gas}}{\text{yr}} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{18.18 \text{ lb gas}}{\text{lbmole gas}} \times \frac{0.7201 \text{ lb C}}{\text{lb gas}} \times \frac{\text{lbmole C}}{12.01 \text{ lb C}} \times \frac{\text{lbmole CO}_2}{\text{lbmole C}}$$
$$\times \frac{44.01 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 151 \text{ tonnes CO}_2/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003269

*Emission Inventory Examples*

*(b) Sour gas flaring*

$$E_{CO_2} = \frac{(65{,}000{,}000 + 227{,}500{,}000)\ scf\ gas}{yr} \times \frac{lbmole\ gas}{379.3\ scf\ gas} \times \frac{44.01\ lb\ CO_2}{lbmole\ CO_2} \times \frac{tonne}{2204.62\ lb}$$

$$\times \left[ \begin{array}{l} \left( \dfrac{0.70\ lbmole\ CH_4}{lbmol\ gas} \times \dfrac{1\ lbmole\ C}{lbmole\ CH_4} + \dfrac{0.124\ lbmole\ C_2H_6}{lbmole\ gas} \times \dfrac{2\ lbmole\ C}{lbmole\ C_2H_6} \right. \\[2mm] + \dfrac{0.051\ lbmole\ C_3H_8}{lbmole\ gas} \times \dfrac{3\ lbmole\ C}{lbmole\ C_3H_8} + \dfrac{0.037\ lbmole\ C_4H_{10}}{lbmole\ gas} \times \dfrac{4\ lbmole\ C}{lbmole\ C_4H_{10}} \\[2mm] \left. + \dfrac{0.0076\ lbmole\ C_5H_{12}}{lbmole\ gas} \times \dfrac{5\ lbmole\ C}{lbmole\ C_5H_{12}} + \dfrac{0.0092\ lbmole\ C_6H_{14}}{lbmole\ gas} \times \dfrac{6\ lbmole\ C}{lbmole\ C_6H_{14}} \right) \\[2mm] \times \dfrac{0.98\ lbmole\ CO_2}{lbmole\ C\ combusted} + \dfrac{0.035\ lbmole\ CO_2}{lbmole\ gas} \end{array} \right]$$

$$\underline{E_{CO_2} = 20{,}800\ tonnes\ CO_2/yr}$$

**Methane emissions**:

*(a) Pilot gas flaring*

$$E_{CH_4} = \frac{2{,}628{,}000\ scf\ gas}{yr} \times \frac{2.3\ lb\ CH_4}{10^6\ scf\ gas} \times \frac{tonne}{2204.62\ lb}$$

$$\underline{E_{CH_4} = 0.00274\ tonnes\ CH_4/yr}$$

*(b) Sour gas flaring*

$$E_{CH_4} = \frac{(65{,}000{,}000 + 227{,}500{,}000)\ scf\ gas}{yr} \times \frac{lbmole\ gas}{379.3\ scf\ gas} \times \frac{0.7\ lbmole\ CH_4}{lbmole\ gas} \times \frac{16.04\ lb\ CH_4}{lbmole\ CH_4}$$

$$\times \frac{0.02\ lb\ uncombusted\ CH_4}{lb\ CH_4} \times \frac{tonne}{2204.62\ lb}$$

$$\underline{E_{CH_4} = 78.5\ tonnes\ CH_4/yr}$$

**Nitrons Oxide emissions:**

*(a) Pilot gas flaring*

$$E_{N_2O} = \frac{2{,}628{,}000\ scf\ gas}{yr} \times \frac{2.2\ lb\ N_2O}{10^6\ scf\ gas} \times \frac{tonne}{2204.62\ lb}$$

$$\underline{E_{N_2O} = 0.00262\ tonnes\ N_2O/yr}$$

©2009 American Petroleum Institute

BLM_0003270

*(b) Sour gas flaring*

$$V = 800 \times 10^6 \text{ scf/day} \times \frac{365 \text{ days}}{\text{yr}} = 292,000 \times 10^6 \text{ scf/yr}$$

$$E_{N_2O} = \frac{292,000 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{1.50 \times 10^{-6} \text{ tonnes N}_2\text{O}}{10^6 \text{ scf gas receipts}}$$

$$\underline{E_{N_2O} = 0.438 \text{ tonnes N}_2\text{O/yr}}$$

**Carbon Dioxide Equivalent emissions:**

$$E_{CO_2e} = \frac{151 \text{ tonne CO}_2}{\text{yr}} + \frac{20,800 \text{ tonne CO}_2}{\text{yr}} + \left( \left( \frac{0.00274 \text{ tonne CH}_4}{\text{yr}} + \frac{78.5 \text{ tonne CH}_4}{\text{yr}} \right) \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4} \right)$$

$$+ \left( \left( \frac{0.00262 \text{ tonne N}_2\text{O}}{\text{yr}} + \frac{0.438 \text{ tonne N}_2\text{O}}{\text{yr}} \right) \times \frac{310 \text{ tonne CO}_2\text{e}}{\text{tonne N}_2\text{O}} \right)$$

$$\underline{E_{CO_2e} = 22,800 \text{ tonne CO}_2\text{e/yr}}$$

## Vented Sources – Gas Dehydration

Methane emissions from the gas dehydrator vents are estimated using the gas processing segment emission factor and uncertainty given in Table 5-2. The Kimray pump emissions are estimated using the gas processing segment emission factor and uncertainty in Table 5-4. For both of these sources, emissions are based on the annual quantity of gas processed. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated as follows.

©2009 American Petroleum Institute

BLM_0003271

$$EF_{CH_4} = \left( EF_{Dehydrator\ vents} \right) + \left( EF_{Kimray\ pumps} \right)$$

$$EF_{CH_4} = \left( \frac{0.0023315\ tonne\ CH_4}{10^6\ scf} \right) + \left( \frac{0.0034096\ tonne\ CH_4}{10^6\ scf} \right)$$

$$EF_{CH_4} = 0.0057411\ tonne\ CH_4 / 10^6\ scf$$

$$E_{CH_4} = \frac{800 \times 10^6\ scf}{day} \times \frac{365\ day}{yr} \times \frac{0.90\ tonne\ mole\ CH_4\ (facility)}{0.868\ tonne\ mole\ CH_4\ (default)} \times \frac{0.0057411\ tonne\ CH_4}{10^6 scf}$$

$$E_{CH_4} = 1,740\ tonnes\ CH_4 / yr$$

$$E_{CO_2} = \frac{800 \times 10^6\ scf}{day} \times \frac{365\ day}{yr} \times \frac{0.0057411\ tonne\ CH_4}{10^6 scf} \times \frac{tonne\ mole\ CH_4}{16.04\ tonne\ CH_4} \times \frac{0.90\ tonne\ mole\ CH_4\ (facility)}{0.868\ tonne\ mole\ CH_4\ (default)}$$
$$\times \frac{tonne\ mole\ gas}{0.90\ tonne\ mole\ CH_4} \times \frac{0.035\ tonne\ mole\ CO_2}{tonne\ mole\ gas} \times \frac{44.01\ tonne\ CO_2}{tonne\ mole\ CO_2}$$

$$E_{CO_2} = 186\ tonnes\ CO_2 / yr$$

$$E_{CO_2e} = \frac{1,740\ tonne\ CO_2}{yr} + \left( \frac{186\ tonne\ CH_4}{yr} \times \frac{21\ tonne\ CO_2e}{tonne\ CH_4} \right)$$

$$E_{CO_2e} = 36,700\ tonne\ CO_2e / yr$$

## Vented Sources – Venting from Sour Gas Processing

Carbon dioxide emissions from sour gas processing are estimated by material balance around the process, using the known throughput and $CO_2$ concentrations of the inlet and outlet gas streams as described in Section 5.1.5. The volumes of gas and $CO_2$ contents of the inlet and outlet streams are provided in Table 8-15. Methane emissions are calculated using the default emission factor from Table 5-5 for uncontrolled acid gas removal (AGR) units. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Sour gas processing emissions are calculated as follows.

©2009 American Petroleum Institute

BLM_0003272

*Emission Inventory Examples*

$$E_{CO_2} = (CO_2)_{inlet} - (CO_2)_{outlet} = (CO_2)_{sour} - (CO_2)_{sweet}$$

$$E_{CO_2} = \left( \frac{800 \times 10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{0.035 \text{ lbmole CO}_2}{\text{lbmole gas}} \times \frac{44.01 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonnes}}{2204.62 \text{ lb}} \right)$$
$$- \left( \frac{622 \times 10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{0.02 \text{ lbmole CO}_2}{\text{lbmole gas}} \times \frac{44.01 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonnes}}{2204.62 \text{ lb}} \right)$$

$$\underline{E_{CO_2} = 298,900 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CH_4} = \frac{0.0185 \text{ tonne CH}_4}{10^6 \text{ scf}} \times \frac{800 \times 10^6 \text{ scf}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}}$$

$$\underline{E_{CH_4} = 0.00540 \text{ tonne CO}_2\text{e/yr}}$$

$$E_{CO_2e} = \frac{298,900 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{0.00540 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2\text{e}}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 298,900 \text{ tonne CO}_2\text{e/yr}}$$

## Vented Sources – Storage Tanks

Methane emissions from condensate flashing losses occur upstream of this facility, in the production segment. There is no $CH_4$ or $CO_2$ in "weathered" crude or condensate and therefore there are no $CH_4$ or $CO_2$ emissions from the storage of these products.

Similarly, tank storage of LPG, C5+, propane, and butane will not result in $CH_4$ or $CO_2$ emissions because these processed liquids do not contain $CH_4$ or $CO_2$. (As a side note, these liquids are typically stored in pressurized vessels that do not vent to the atmosphere.)

## Vented Sources – Loading Operations

The marine loading of LPG, C5+, propane, and butane will not result in emissions of $CH_4$ or $CO_2$ because these processed liquids do not contain $CH_4$ or $CO_2$.

©2009 American Petroleum Institute

BLM_0003273

*Emission Inventory Examples*

## Vented Sources:  Maintenance/Turnaround Emissions

Methane emissions from processing maintenance/non-routine activities are estimated using the emission factor presented in Table 5-25, assuming an uncertainty of ±100%, based on engineering judgment.  Note that the emission factor is based on the total quantity of gas processed.  This overall emission factor includes $CH_4$ emissions from compressor/turbine starts, compressor blowdowns, miscellaneous vessel blowdowns, and pressure relief valves.  Methane emissions are adjusted based on the facility $CH_4$ content.  The default $CH_4$ content and associated uncertainty are provided in Table E-4.  Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.

$$E_{CH_4} = \frac{800 \times 10^6 \text{scf}}{\text{day}} \times \frac{365 \text{ days}}{\text{yr}} \times \frac{3.524 \times 10^{-3} \text{ tonne } CH_4}{10^6 \text{scf}} \times \frac{0.900 \text{ tonne mole } CH_4 \text{ (facility)}}{0.868 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 1,070 \text{ tonnes } CH_4 / \text{ yr}}$$

$$E_{CO_2} = \frac{800 \times 10^6 \text{scf}}{\text{day}} \times \frac{365 \text{ days}}{\text{yr}} \times \frac{3.524 \times 10^{-3} \text{ tonne } CH_4}{10^6 \text{scf}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.900 \text{ tonne mole } CH_4 \text{ (facility)}}{0.868 \text{ tonne mole } CH_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.900 \text{ tonne mole } CH_4} \times \frac{0.02 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 65.1 \text{ tonnes } CO_2 / \text{yr}}$$

$$E_{CO_2e} = 65.1 \text{ tonnes } CO_2 / \text{yr} + \left( \frac{1,070 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2 e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 22,500 \text{ tonne } CO_2 e / \text{yr}}$$

## Vented Sources:  Fire Suppression Emissions

Fire suppression emissions are calculated using a mass balance approach.  The quantity of $CO_2$ emitted can be calculated using the information provided in Table 8-15.  Fire suppression

©2009 American Petroleum Institute

BLM_0003274

emissions are calculated below.  Carbon dioxide emissions are the same as the $CO_2e$ emissions if there are no $CH_4$, $N_2O$, or other GHG emissions.  $\left( E_{CO_2e} = E_{CO_2} \right)$

$$E_{CO_2} = \frac{10 \text{ cylinders}}{\text{yr}} \times \frac{30 \text{ lb}}{1 \text{ cylinder}} \times \frac{1 \text{ tonne}}{2204.62 \text{ lb}}$$

$$E_{CO_2} = 0.136 \text{ tonnes } CO_2/\text{yr}$$

## Fugitive Sources: Equipment Leaks

Table 8-17 provides the API average component emission factors and $CH_4$ content based on the average gas plant emission factors given in Table 6-16.  Note that the API average emissions factors and recommended $CH_4$ content are not service (liquid or gas) specific.

### Table 8-17.  Natural Gas Processing Fugitive Emission Factors

| Component | Service | Component EF (tonnes TOC/comp./hr) | Uncertainty[a] (±%) |
|---|---|---|---|
| Valves | Liquid and gas | 3.86E-06 | 100 |
| Pump seals | Liquid | 1.15E-05 | 100 |
| Flanges | Liquid and gas | 4.38E-07 | 100 |
| Others (compressor seals) | Gas | 4.86E-06 | 100 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

Using Equation 6-9, $CH_4$ emissions are calculated for each component by multiplying the component emission factor by the component count, the annual hours of operation (8,760 hours/year, assuming the equipment remains pressurized year-round), and the weight fraction of $CH_4$.  Because factors are taken from API 4615, the weight fraction of $CH_4$ is taken from Table C-6, assuming an uncertainty of ±15% based on engineering judgment.  Note that Table C-6 does not provide $CO_2$ speciation data; therefore, these emissions are not calculated.  The total fugitive emissions are the sum of each of the component emissions.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.

©2009 American Petroleum Institute

BLM_0003275

An example calculation for liquid pump seals is shown below.

$$E_{CH_4} = (90 \text{ seals}) \times \frac{1.15 \times 10^{-5} \text{ tonne TOC}}{\text{seal-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.564 \text{ tonne CH}_4}{\text{tonne TOC}}$$

$$E_{CH_4} = 5.11 \text{ tonnes CH}_4/\text{yr}$$

$$E_{CO_2e} = \frac{5.11 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4}$$

$$E_{CO_2e} = 107 \text{ tonne CO}_2e/\text{yr}$$

Completing the calculations for the rest of the components results in the emissions shown in Table 8-18.

### Table 8-18.  Natural Gas Processing Fugitive Emissions

| Component | Service | CH$_4$ Emissions, tonnes CH$_4$/yr | Uncertainty[a] (±%) | CO$_2$e Emissions, tonnes CO$_2$e/yr | Uncertainty[a] (±%) |
|---|---|---|---|---|---|
| Valves | Liquid and gas | 84.5 | 104 | 1,770 | 104 |
| Pump seals | Liquid | 5.11 | 104 | 107 | 104 |
| Flanges | Liquid and gas | 39.1 | 104 | 800 | 104 |
| Others | Gas | 0.480 | 104 | 10.1 | 104 |
| **Total**[b] | | **128** | **75.4** | **2,690** | **75.4** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note: the values shown above are for example only.  They do not reflect average operations.

## Fugitive Sources: Industrial Refrigeration

Although refrigerant loss occurs over many years, emissions are being reported during the year the equipment is recharged.  The facility's industrial refrigeration emissions are calculated using a mass balance approach.  The quantity of refrigerant emitted is provided in Table 8-15, assuming an uncertainty of ±10%, based on engineering judgment.  The CO$_2$e emission is estimated using the GWP presented in Table 3-1.  There are no uncertainties for any of the GWPs.

Emissions are calculated as follows.

©2009 American Petroleum Institute

BLM_0003276

$$E_{HFC-134a} = \frac{50,000 \text{ lb HFC-134a}}{yr} \times \frac{\text{tonne HFC-134a}}{2204.62 \text{ lb HFC-134a}}$$

$$E_{HFC-134a} = 22.7 \text{ tonnes HFC} - 134a/yr$$

$$E_{CO_2e} = \frac{22.7 \text{ tonnes HFC-134a}}{yr} \times \frac{1300 \text{ tonne CO}_2e}{\text{tonne HFC-134a}}$$

$$E_{CO_2e} = 29,500 \text{ tonne CO}_2e/yr$$

## Facility Summary

Total emissions for this facility are summarized in Table 8-19. A summary of the emissions for this facility is given in Figure 8-3.



**Figure 8-3.  Natural Gas Processing Summary of Emissions**

BLM_0003277

*Emission Inventory Examples*

## Table 8-19.  Natural Gas Processing Emissions

| Source | $CO_2$ Emissions (tonnes/yr) | $CO_2$ Uncertainty[a] (±%) | $CH_4$ Emissions (tonnes/yr) | $CH_4$ Uncertainty[a] (±%) | $N_2O$ Emissions (tonnes/yr) | $N_2O$ Uncertainty[a] (±%) | $CO_2e$ Emissions (tonnes/yr) | $CO_2e$ Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| *Combustion Sources* | **396,000** | **10.1** | **92.7** | **21.6** | **10.8** | **98.4** | **400,900** | **10.0** |
| Auxiliary boilers | 375,000 | 10.6 | 3.53 | 26.3 | 0.988 | 150 | 378,100 | 10.5 |
| Hot oil heaters | | | | | | | | |
| Gas turbines for recompression | | | 9.12 | 34.3 | 3.27 | 152 | | |
| Gas turbines for electrical generation | | | 1.45 | 33.9 | 6.10 | 152 | | |
| Flare - pilot | 151 | 11.3 | 0.00274 | 26.9 | 0.441 | 149 | 22,800 | 22.4 |
| Emergency flare (acid gas, low pressure) | 20,800 | 24.4 | 78.5 | 25.1 | | | | |
| Emergency flare | | | | | | | | |
| Emergency fire water pump IC engines | 22.5 | 20.3 | 0.00451 | 75.0 | 0.000185 | 151 | 22.6 | 20.2 |
| Emergency fire water pump IC engines | | | | | | | | |

©2009 American Petroleum Institute
BLM_0003278

**Table 8-19.  Natural Gas Processing Emissions, continued**

| Source | CO$_2$ | | CH$_4$ | | N$_2$O | | CO$_2$e | |
|---|---|---|---|---|---|---|---|---|
| | Emissions (tonnes/yr) | Uncertainty[a] (±%) | Emissions (tonnes/yr) | Uncertainty[a] (±%) | Emissions (tonnes/yr) | Uncertainty[a] (±%) | Emissions (tonnes/yr) | Uncertainty[a] (±%) |
| *Vented Sources* | **299,200** | **21.2** | **2,810** | **77.3** | **N/A** | | **358,100** | **21.8** |
| Dehydration vents (also has Kimray pump emissions) | 185 | 108 | 1,740 | 108 | N/A | | 36,700 | 108 |
| Gas processing /sour gas treating | 298,900 | 21.2 | 0.00540 | 119 | N/A | | 298,900 | 21.2 |
| Condensate storage tanks | No GHG emissions | | | | | | | |
| LPG marine loading | No GHG emissions | | | | | | | |
| C$_5$+ marine loading | No GHG emissions | | | | | | | |
| Propane marine loading | No GHG emissions | | | | | | | |
| Butane marine loading | No GHG emissions | | | | | | | |
| Compressor starts | Included in maintenance blowdowns | | | | | | | |
| Compressor blowdowns | Included in maintenance blowdowns | | | | | | | |
| Processing maintenance blowdowns | 65.1 | 101 | 1,070 | 101 | N/A | | 22,500 | 101 |
| Fire suppression | 0.136 | 5.00 | N/A | | N/A | | 0.136 | 5.00 |

©2009 American Petroleum Institute

BLM_0003279

## Table 8-19.  Natural Gas Processing Emissions, continued

| Source | CO$_2$ Emissions (tonnes/yr) | CO$_2$ Uncertainty[a] (±%) | CH$_4$ Emissions (tonnes/yr) | CH$_4$ Uncertainty[a] (±%) | N$_2$O Emissions (tonnes/yr) | N$_2$O Uncertainty[a] (±%) | CO$_2$e Emissions (tonnes/yr) | CO$_2$e Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| *Fugitive Sources* | N/A | | 128 | 75.4 | N/A | | 32,200 | 11.1 |
| Equipment leaks | N/A | | 128 | 75.4 | N/A | | 2,690 | 75.4 |
| Industrial refrigeration | N/A | | N/A | | N/A | | 29,500 | 10.0 |
| *Indirect Sources* | **No Indirect GHG Emissions** | | | | | | | |
| None | No indirect GHG emissions | | | | | | | |
| **TOTAL - Direct**[b] | 695,100 | 10.8 | 3,030 | 71.7 | 10.8 | 98.4 | 791,100 | 11.1 |
| **TOTAL - Indirect** | **No Indirect GHG Emissions** | | | | | | | |
| **TOTAL**[b] | 695,100 | 10.8 | 3,030 | 71.7 | 10.8 | 98.4 | 791,100 | 11.1 |

Footnotes:

[a] Uncertainty is at a 95% confidence interval.

[b] Totals may not sum due to independent rounding.

Note: the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003280

*Emission Inventory Examples*

### 8.1.4   Production Gathering Compressor Station

Facility Description:  A 3,400-hp gathering compressor station, located in Oklahoma, operates four reciprocating compressors.  Eighty miles of gathering pipelines are associated with this compressor station.

Operations:  The facility operates continuously throughout the year.  Heat rates for the compressors are based on manufacturer's data and test data.  The composition of the field fuel gas used to operate the compressors is provided in Table 8-20.  The heating value for the produced gas is 1,155 Btu/scf, assuming an uncertainty of ±4%, based on engineering judgment.

**Table 8-20.  Gas Composition for Production Gathering Compressor Station**

| Gas Compound | Produced Gas Mole % | Uncertainty[a] (±%) |
|---|---|---|
| $CO_2$ | 0.8 | 4 |
| $N_2$ | 1.8 | 4 |
| $CH_4$ | 83 | 4 |
| $C_2H_6$ | 8 | 4 |
| $C_3H_8$ | 5 | 4 |
| $C_4H_{10}$ | 1 | 4 |
| $C_5H_{12}$ | 0.3 | 4 |
| C6+ | 0.1 | 4 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only.  They do not reflect average operations.

Details on the emission sources associated with this facility are provided in Tables 8-21 and 8-22. Equipment at the site that do not have GHG emissions are also included in these tables.

The remainder of this subsection presents emission calculations for the sources identified in Tables 8-21 and 8-22 and a summary of facility emissions (presented at the end of this subsection).

BLM_0003281

## Table 8-21.  Production Gathering Compressor Station Combustion and Vented Sources

| Source | Fuel/Refrigerant Type | No. of Units | Uncertainty[a] (±%) | Total Capacity (all units combined) | Uncertainty[a] (±%) | Activity Factor (all units combined) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| *Combustion Sources* | | | | | | | |
| 4 stroke, rich burn engines | Natural Gas | 3 | 0 | 2200 hp; 10,600[b] Btu/hp-hr | 15; 5 | $612{,}850 \times 10^6$ Btu/yr – continuous operation | 15.8 |
| 4 stroke, lean burn engine | Natural Gas | 1 | 0 | 1200 hp; 10,600[b] Btu/hp-hr | 15; 5 | $111{,}427 \times 10^6$ Btu/yr – continuous operation | 15.8 |
| Vehicle | Gasoline | 1 car | 0 | N/A | | 975 gal/yr | 10 |
| *Vented Sources* | | | | | | | |
| Pneumatic devices | N/A | 40 | 5 | N/A | | 40 pneumatic devices | 5 |
| Compressor starts | N/A | 4 | 0 | N/A | | 4 compressors | 0 |
| Compressor blowdowns | N/A | 4 | 0 | N/A | | 4 compressors | 0 |
| PRVs | N/A | 14 | 0 | N/A | | 14 PRVs | 0 |
| Pipeline: Blowdowns | N/A | 80 miles | 10 | N/A | | 80 miles of pipeline | 10 |
| *Fugitive Sources* | | | | | | | |
| Equipment Leaks | N/A | | N/A | N/A | | See Table 8-22 | |
| Pipeline: Leakage Oxidation | N/A | 80 miles | 10 | N/A | | 80 miles of pipeline | 10 |
| Vehicle refrigerant | R-134a | 1 car | 0 | N/A | | Unknown | |
| *Indirect Sources* | | | | | | | |
| Electricity purchased | N/A | | N/A | N/A | | 680 MW-hr/yr | 2 |

Footnotes:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
[b] Engine Btu/hp-hr based on test data or manufacturer's data.
Note:  the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003282

*Emission Inventory Examples*

**Table 8-22.  Production Gathering Compressor Station Fugitive Emission Sources**

| Component | Service | Average Component Count | Uncertainty[a] (±%) |
|---|---|---|---|
| Valves | Gas | 675 | 75 |
| Control valves | Gas | 30 | 75 |
| Connectors | Gas | 3,000 | 75 |
| Open-ended lines | Gas | 60 | 75 |
| Compressor seals | Gas | 15 | 75 |
| Pressure relief valves | Gas | 15 | 75 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only.  They do not reflect average operations.

## Stationary Combustion Devices – $CO_2$ Emissions

The first step in calculating $CO_2$ emissions is to calculate the total volume of fuel combusted (V) at the facility.  This calculation is shown below.

$$V = \begin{bmatrix} (3 \text{ rich burn} \times \dfrac{2,200 \text{ hp}}{\text{engine}} \times \dfrac{10,600 \text{ Btu}}{\text{hp-hr}} \times \dfrac{8,760 \text{ hr}}{\text{yr}}) \\ + (1 \text{ lean burn} \times \dfrac{1,200 \text{ hp}}{\text{engine}} \times \dfrac{10,600 \text{ Btu}}{\text{hp-hr}} \times \dfrac{8,760 \text{ hr}}{\text{yr}}) \end{bmatrix} \times \dfrac{\text{scf}}{1,155 \text{ Btu}} = 627 \times 10^6 \text{ scf/yr}$$

Carbon dioxide emissions from equipment burning natural gas are calculated using the gas composition approach provided in Section 4.3.  First, the fuel analysis is converted from a molar basis to a mass basis, as shown in Exhibits 3.3 and 3.4.  The molecular weight of the mixture is calculated below, using Equation 3-8:

$$MW_{Mixture} = \begin{bmatrix} (0.8 \times 44.01) + (1.8 \times 28.01) + (83 \times 16.04) \\ + (8 \times 30.07) + (5 \times 44.10) + (1 \times 58.12) \\ + (0.3 \times 72.15) + (0.1 \times 86.18) \end{bmatrix} \div 100 = 19.66 \text{ lb/mole}$$

The individual weight percents are then calculated by rearranging Equation 3-7.  The calculation is shown as follows for $CH_4$.

©2009 American Petroleum Institute

BLM_0003283

*Emission Inventory Examples*

$$Wt.\%_{CH_4} = \frac{83 \text{ lbmole } CH_4}{100 \text{ lbmole mixture}} \times \frac{\left(\dfrac{16.04 \text{ lb } CH_4}{\text{lbmole } CH_4}\right)}{\left(\dfrac{19.66 \text{ lb mixture}}{\text{lbmole mixture}}\right)} = \frac{0.6670 \text{ lb } CH_4}{\text{lb mixture}} = 67.70 \text{ wt. \% } CH_4$$

To calculate emissions, the carbon contents of the fuel compositions provided in Table 8-20 are calculated. The first step is to calculate the carbon content of the individual components, using Equation 4-9. The carbon content calculation for an individual component is shown below for $C_2H_6$.

$$Wt\% \, C_{C_2H_6} = \frac{12.01 \text{ lb C}}{\text{lbmole C}} \times \frac{2 \text{ lbmoles C}}{\text{lbmole } C_2H_6} \times \frac{\text{lbmole } C_2H_6}{30.07 \text{ lb } C_2H_6} \times 100\% = 79.9\% \text{ C}$$

After the calculation has been performed for all constituents, the carbon content for the mixture is calculated using Equation 4-10, as shown below (for produced gas).

$$Wt\%C_{Mixture} = \frac{1}{100} \times \sum_{i=1}^{\# \text{components}} \left(Wt\%_i \times Wt\%C_i\right)$$

$$Wt\% \, C_{Mixture} = \frac{1}{100} \times \begin{bmatrix} (1.79 \times 28.3) + (2.56 \times 0) + (68.70 \times 74.9) + (12.23 \times 79.9) \\ + (11.21 \times 81.7) + (2.96 \times 82.7) + (1.10 \times 83.2) + (0.44 \times 83.6) \end{bmatrix}$$
$$= 73.85 \, Wt\% \, C = 0.7385 \text{ lb C/lb fuel}$$

Completing the calculations for the field fuel gas analysis results in the fuel mixture molecular weight and carbon content below.

| Compound | Mole % | MW | Wt% (Calculated) | Uncertainty[a] (±%) | Compound Carbon Content (wt%C) | Mixture Carbon Content (wt%C) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 0.8 | 44.01 | 1.79 | 4.88 | 28.3 | 0.489 | 4.88 |
| $N_2$ | 1.8 | 28.01 | 2.56 | 4.88 | 0 | 0 | NA |
| $CH_4$ | 83.0 | 16.04 | 67.70 | 4.88 | 74.9 | 50.7 | 4.88 |
| $C_2H_6$ | 8.0 | 30.07 | 12.23 | 4.88 | 79.9 | 9.78 | 4.88 |
| $C_3H_8$ | 5.0 | 44.10 | 11.21 | 4.88 | 81.7 | 9.16 | 4.88 |
| $C_4H_{10}$ | 1.0 | 58.12 | 2.96 | 4.88 | 82.7 | 2.44 | 4.88 |
| $C_5H_{12}$ | 0.3 | 72.15 | 1.10 | 4.88 | 83.2 | 0.916 | 4.88 |
| C6+ | 0.1 | 86.18 | 0.44 | 4.88 | 83.6 | 0.367 | 4.88 |
| **Fuel Mixture** | **100** | **19.66 ±2.79%[a]** | **100.0** | | | **73.85** | **3.47** |

Footnote:
[a] Uncertainty is at a 95% confidence interval.

©2009 American Petroleum Institute

BLM_0003284

Carbon dioxide emissions can then be calculated using a mass balance approach.  Emissions are calculated below.

$$E_{CO_2} = \frac{627 \times 10^6 \, \text{scf}}{\text{yr}} \times \frac{\text{lbmole fuel}}{379.3 \, \text{scf fuel}} \times \frac{19.66 \, \text{lb fuel}}{\text{lbmole fuel}} \times \frac{0.7385 \, \text{lb C}}{\text{lb fuel}} \times \frac{\text{lbmole C}}{12.01 \, \text{lb C}}$$

$$\times \frac{\text{lbmole } CO_2}{\text{lbmole C}} \times \frac{44.01 \, \text{lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \, \text{lb}}$$

$$\underline{E_{CO_2} = 39{,}900 \, \text{tonnes } CO_2/\text{yr}}$$

## Stationary Combustion Devices – $CH_4$, $N_2O$, and $CO_2e$ Emissions

Combustion emission factors for natural gas-fired engines are provided in Table 4-9, assuming an uncertainty of ±25% for $CH_4$ and ±150% for $N_2O$, based on engineering judgment.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.  Methane and $N_2O$ emissions are calculated below, by equipment type.  Because $CO_2$ emissions are calculated by fuel type, $CO_2e$ emissions are also calculated by fuel type.

**4 stroke, rich burn engines:**

$$E_{CH_4} = 3 \, \text{units} \times \frac{2{,}200 \, \text{hp}}{\text{unit}} \times \frac{10{,}600 \, \text{Btu}}{\text{hp-hr}} \times \frac{8{,}760 \, \text{hr}}{\text{yr}} \times \frac{0.00010 \, \text{tonne } CH_4}{10^6 \, \text{Btu}}$$

$$\underline{E_{CH_4} = 61.3 \, \text{tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = 3 \, \text{units} \times \frac{2{,}200 \, \text{hp}}{\text{unit}} \times \frac{10{,}600 \, \text{Btu}}{\text{hp-hr}} \times \frac{8{,}760 \, \text{hr}}{\text{yr}} \times \frac{9.50 \times 10^{-8} \, \text{tonne } N_2O}{10^6 \, \text{Btu}}$$

$$\underline{E_{N_2O} = 0.0582 \, \text{tonnes } N_2O/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003285

*Emission Inventory Examples*

**4 stroke, lean burn engine**:

$$E_{CH_4} = 1 \text{ unit} \times \frac{1,200 \text{ hp}}{\text{unit}} \times \frac{10,600 \text{ Btu}}{\text{hp-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.00057 \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$E_{CH_4} = 63.5 \text{ tonnes } CH_4/\text{yr}$$

$$E_{N_2O} = 1 \text{ unit} \times \frac{1,200 \text{ hp}}{\text{unit}} \times \frac{10,600 \text{ Btu}}{\text{hp-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{9.50 \times 10^{-8} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$E_{N_2O} = 0.0106 \text{ tonnes } N_2O/\text{yr}$$

**Natural gas-fired engines $CO_2e$ emission**:

$$E_{CO_2e} = 39,900 \text{ tonne } CO_2/\text{yr} + \left( \frac{61.3 \text{ tonne } CH_4}{\text{yr}} + \frac{63.5 \text{ tonne } CH_4}{\text{yr}} \right) \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4}$$

$$+ \left( \frac{0.0582 \text{ tonne } N_2O}{\text{yr}} + \frac{0.0106 \text{ tonne } N_2O}{\text{yr}} \right) \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O}$$

$$E_{CO_2e} = 42,500 \text{ tonne } CO_2e/\text{yr}$$

## Combustion Sources – Vehicles

Carbon dioxide emissions are calculated using the $CO_2$ emission factor for motor gasoline presented in Table 4-3, assuming an uncertainty of ±10%, based on engineering judgment. Because the emission factor for $CO_2$ is in terms of energy input, the volume of fuel consumed (gallons) is converted to energy input (Btu) using the heating value of gasoline provided in Table 3-8, assuming an uncertainty of ±5%, based on engineering judgment. The emission factors for $CH_4$ and $N_2O$ are provided in Table 4-17. The uncertainty for both $CH_4$ and $N_2O$ emission factors is assumed to be ±150%, based on engineering judgment. It is assumed that the car is a Tier 1 light duty vehicle. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated below.

$$V = \frac{975 \text{ gal}}{\text{yr}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.25 \times 10^6 \text{ Btu}}{\text{bbl}} = 121 \times 10^6 \text{ Btu/yr}$$

©2009 American Petroleum Institute

BLM_0003286

$$E_{CO_2} = \frac{121 \times 10^6 \text{ Btu}}{yr} \times \frac{0.0709 \text{ tonne } CO_2}{1 \times 10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 8.64 \text{ tonne } CO_2/yr}$$

$$E_{CH_4} = \frac{975 \text{ gal}}{yr} \times \frac{4.5 \times 10^{-4} \text{tonne } CH_4}{Mgal} \times \frac{Mgal}{1000 \text{ gal}}$$

$$\underline{E_{CH_4} = 0.000439 \text{ tonne } CH_4/yr}$$

$$E_{N_2O} = \frac{975 \text{ gal}}{yr} \times \frac{6.1 \times 10^{-4} \text{tonne } N_2O}{Mgal} \times \frac{Mgal}{1000 \text{ gal}}$$

$$\underline{E_{N_2O} = 0.000595 \text{ tonne } N_2O/yr}$$

$$E_{CO_2e} = \frac{8.64 \text{ tonne } CO_2}{yr} + \left( \frac{0.000439 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right) +$$

$$\left( \frac{0.000595 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 8.83 \text{ tonne } CO_2e/yr}$$

## Vented Sources – Pneumatic Devices

Methane emissions from pneumatic device vents are estimated using the "Production" segment average $CH_4$ emission factor and uncertainty presented in Table 5-15. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

©2009 American Petroleum Institute

BLM_0003287

*Emission Inventory Examples*

$$E_{CH_4} = (40 \text{ pneumatic devices}) \times \frac{2.415 \text{ tonne } CH_4}{\text{device - yr}} \times \frac{0.830 \text{ tonne mole } CH_4 (\text{facility})}{0.788 \text{ tonne mole } CH_4 (\text{default})}$$

$$\underline{E_{CH_4} = 102 \text{ tonnes } CH_4/yr}$$

$$E_{CO_2} = (40 \text{ pneumatic devices}) \times \frac{2.415 \text{ tonne } CH_4}{\text{device - yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.830 \text{ tonne mole } CH_4 (\text{facility})}{0.788 \text{ tonne mole } CH_4 (\text{default})}$$

$$\times \frac{\text{tonne mole gas}}{0.830 \text{ tonne mole } CH_4} \times \frac{0.0080 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 2.69 \text{ tonnes } CO_2/yr}$$

$$E_{CO_2e} = \frac{2.69 \text{ tonne } CO_2}{yr} + \left( \frac{102 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 2,140 \text{ tonne } CO_2e/yr}$$


## Vented Sources: Maintenance/Turnaround Emissions

Methane emissions from compressor starts, compressor blowdowns, and production gathering pipeline blowdowns are estimated using the production segment emission factors and uncertainties presented in Table 5-23. Note that the emission factors are on an equipment basis, not a per-event basis. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Maintenance emissions are calculated below, by activity.


**Compressor starts**:

$$E_{CH_4} = (4 \text{ compressors}) \times \frac{0.1620 \text{ tonne } CH_4}{\text{compressor - yr}} \times \frac{0.830 \text{ tonne mole } CH_4 (\text{facility})}{0.788 \text{ tonne mole } CH_4 (\text{default})}$$

$$\underline{E_{CH_4} = 0.683 \text{ tonnes } CH_4/yr}$$

©2009 American Petroleum Institute

BLM_0003288

*Emission Inventory Examples*

$$E_{CO_2} = (4 \text{ compressors}) \times \frac{0.1620 \text{ tonne CH}_4}{\text{compressor-yr}} \times \frac{0.830 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.830 \text{ tonne mole CH}_4} \times \frac{0.0080 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 0.00963 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = \frac{0.00963 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{0.683 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 14.3 \text{ tonne CO}_2e/\text{yr}}$$

**Compressor blowdowns**:

$$E_{CH_4} = (4 \text{ compressors}) \times \frac{0.07239 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{0.830 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 0.305 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (4 \text{ compressors}) \times \frac{0.07239 \text{ tonne CH}_4}{\text{compressor - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.830 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.830 \text{ tonne mole CH}_4} \times \frac{0.0080 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 0.00293 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = \frac{0.00293 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{0.305 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 6.41 \text{ tonne CO}_2e/\text{yr}}$$

**Pipeline blowdown venting:**

$$E_{CH_4} = (80 \text{ miles}) \times \frac{0.00593 \text{ tonne CH}_4}{\text{mile - yr}} \times \frac{0.830 \text{ tonne mole CH}_4 \text{ (facility)}}{0.788 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 0.500 \text{ tonnes CH}_4/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003289

$$E_{CO_2} = (80 \text{ miles}) \times \frac{0.00593 \text{ tonne CH}_4}{\text{mile - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.830 \text{ tonne mole CH}_4 \text{(facility)}}{0.788 \text{ tonne mole CH}_4 \text{(default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.830 \text{ tonne mole CH}_4} \times \frac{0.0080 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$E_{CO_2} = 0.00246 \text{ tonnes CO}_2/\text{yr}$$

$$E_{CO_2e} = \frac{0.00246 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{0.500 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$E_{CO_2e} = 10.5 \text{ tonne CO}_2e/\text{yr}$$

## Vented Sources: Other Releases

Methane emissions from PRVs are estimated using an emission factor and uncertainty presented in Table 5-24. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. PRV emissions are calculated below:

$$E_{CH_4} = (14 \text{ PRVs}) \times \frac{0.00065 \text{ tonne CH}_4}{\text{PRV - yr}} \times \frac{0.830 \text{ tonne mole CH}_4 \text{(facility)}}{0.788 \text{ tonne mole CH}_4 \text{(default)}}$$

$$E_{CH_4} = 0.00959 \text{ tonnes CH}_4/\text{yr}$$

$$E_{CO_2} = (14 \text{ PRVs}) \times \frac{0.00065 \text{ tonne CH}_4}{\text{PRV-yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.830 \text{ tonne mole CH}_4 \text{(facility)}}{0.788 \text{ tonne mole CH}_4 \text{(default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.830 \text{ tonne mole CH}_4} \times \frac{0.0080 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$E_{CO_2} = 0.0000700 \text{ tonnes CO}_2/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003290

*Emission Inventory Examples*

$$E_{CO_2e} = \frac{0.0000700 \text{ tonne } CO_2}{yr} + \left( \frac{0.00959 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 0.201 \text{ tonne } CO_2e/yr}$$

Fugitive Sources:  Equipment Leaks

Table 8-23 provides fugitive component emission factors associated with the gathering compressor facility, taken from the corresponding average component emission factors based on the EPA average oil and natural gas production emission factors given in Table 6-12.  The factor for compressor seals and pressure relief valves is taken from the "Others" component type.

### Table 8-23.  Production Gathering Compressor Station Fugitive Emission Factors

| Component | Service | Component EF, tonnes TOC/comp./hr | Uncertainty[a] (±%) |
|---|---|---|---|
| Valves | Gas | 4.5E-06 | 100 |
| Control valves | Gas | 4.5E-06 | 100 |
| Connectors | Gas | 2.0E-07 | 100 |
| Open-ended lines | Gas | 2.0E-06 | 100 |
| Compressor seals | Gas | 8.8E-06 | 100 |
| PRVs | Gas | 8.8E-06 | 100 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

The TOC emission factors are converted to a $CH_4$ and $CO_2$ basis.  Using Equation 6-9, $CH_4$ and $CO_2$ emissions are calculated for each component by multiplying the component emission factor by the component count, the annual hours of operation (8,760 hours/year), and the weight fraction of either $CH_4$ or $CO_2$ (calculated under "Stationary Combustion – $CO_2$ Emissions").  Total fugitive emissions are equal to the sum of each of the component emissions.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.

An example calculation for connectors is shown as follows.

©2009 American Petroleum Institute

BLM_0003291

$$E_{CH_4} = (3,000 \text{ connectors}) \times \frac{2.00 \times 10^{-7} \text{ tonne TOC}}{\text{connectors-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.677 \text{ tonne CH}_4}{\text{tonne TOC}}$$

$$\underline{E_{CH_4} = 3.56 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (3,000 \text{ connector}) \times \frac{2.00 \times 10^{-7} \text{ tonne TOC}}{\text{connector-hr}} \times \frac{8,760 \text{ hr}}{\text{yr}} \times \frac{0.0179 \text{ tonne CO}_2}{\text{tonne TOC}}$$

$$\underline{E_{CO_2} = 0.0941 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = \frac{0.0941 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{3.56 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 74.8 \text{ tonne CO}_2e/\text{yr}}$$

Completing the calculations for the rest of the components results in the emissions shown in Table 8-24.

### Table 8-24.  Production Gathering Compressor Station Fugitive Emissions

| Component | Service | CH₄ Emissions, tonnes CH₄/yr | Uncertainty[a] (±%) | CO₂ Emissions, tonnes CH₄/yr | Uncertainty[a] (±%) | CO₂e Emissions, tonnes CO₂/yr | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| Valves | Gas | 18.8 | 120 | 0.498 | 120 | 396 | 120 |
| Connectors | Gas | 3.56 | 125 | 0.0941 | 125 | 74.8 | 125 |
| Open-ended lines | Gas | 0.712 | 125 | 0.0188 | 125 | 15.0 | 125 |
| Other | Gas | 1.57 | 88.5 | 0.0414 | 88.5 | 32.9 | 88.3 |
| **Total**[b] | | **24.7** | **93.5** | **0.652** | **93.5** | **518** | **93.4** |

Footnotes:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note:  the values shown above are for example only.  They do not reflect average operations.

Pipeline leaks also result in fugitive emissions.  Emission factors for these sources are provided in Table 6-4.  Methane emissions are adjusted based on the facility CH₄ content.  Default CH₄ and CO₂ contents and their associated uncertainties are provided in Table E-4.  Carbon dioxide emissions are calculated by using a ratio of the facility CH₄ and CO₂ contents.  Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.  Emissions for pipeline leaks are calculated as follows.

©2009 American Petroleum Institute

BLM_0003292

*Emission Inventory Examples*

$$E_{CH_4} = (80 \text{ miles}) \times \frac{4.28 \times 10^{-5} \text{ tonne } CH_4}{\text{mi - hr}} \times \frac{8,760 \text{ hr}}{\text{year}} \times \frac{0.830 \text{ tonne mole } CH_4 \text{ (facility)}}{0.788 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 31.6 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{CO_2, \text{ oxidation}} = (80 \text{ miles}) \times \frac{4.38 \times 10^{-6} \text{ tonne } CO_2}{\text{mi-hr}} \times \frac{8,760 \text{ hr}}{\text{year}} \times \frac{0.00800 \text{ tonne mole } CO_2 \text{ (facility)}}{0.0378 \text{ tonne mole } CO_2 \text{ (default)}}$$

$$\underline{E_{CO_2, \text{ oxidation}} = 0.650 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CO_2, \text{ leaks}} = (80 \text{ miles}) \times \frac{5.84 \times 10^{-6} \text{ tonne } CO_2}{\text{mi-hr}} \times \frac{8,760 \text{ hr}}{\text{year}} \times \frac{0.00800 \text{ tonne mole } CO_2 \text{ (facility)}}{0.0378 \text{ tonne mole } CO_2 \text{ (default)}}$$

$$\underline{E_{CO_2, \text{ leaks}} = 0.866 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CO_2e, \text{ leaks}} = \frac{0.650 \text{ tonne } CO_2}{\text{yr}} + \frac{0.866 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{31.6 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e, \text{ leaks}} = 665 \text{ tonne } CO_2e/\text{yr}}$$

## Fugitive Sources: Vehicle Refrigerant

As the actual vehicle refrigerant capacity is unknown, the capacity is assumed to be the midpoint of the range presented in Table 6-25 for mobile air conditioning, assuming an uncertainty of ±100%, based on engineering judgment. The percentage of capacity emitted per year is also taken from Table 6-25, assuming an uncertainty of ±50%, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWP provided in Table 3-1 (for HFC-134a). There are no uncertainties for any of the GWPs. The calculations for fleet vehicle refrigeration are shown as follows.

©2009 American Petroleum Institute

BLM_0003293

$$E_{\text{R-134a}} = 1 \text{ vehicle} \times \frac{1.0 \text{ kg}}{\text{vehicle}} \times 20\% \times \frac{\text{tonne R-134a}}{1000 \text{ kg}}$$

$$\underline{E_{\text{R-134a}} = 0.000200 \text{ tonne R-134a/yr}}$$

$$E_{\text{CO}_2\text{e}} = \frac{0.000200 \text{ tonne R-134a}}{\text{yr}} \times \frac{1300 \text{ tonne CO}_2\text{e}}{\text{tonne R-134a}}$$

$$\underline{E_{\text{CO}_2\text{e}} = 0.260 \text{ tonne CO}_2\text{e/yr}}$$

## Indirect Sources - Electricity Consumption

Emissions associated with the electricity purchased by the facility are calculated using emission factors in Table 7-2 for eGRID subregion SPP South. The uncertainties for the emission factors are assumed to be ±10% for $CO_2$ and ±100% for $CH_4$ and $N_2O$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

$$E_{\text{CO}_2} = \frac{680 \text{ MW-hr}}{\text{yr}} \times \frac{0.752 \text{ tonne CO}_2}{\text{MW-hr}}$$

$$\underline{E_{\text{CO}_2} = 511 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{\text{CH}_4} = \frac{680 \text{ MW-hr}}{\text{yr}} \times \frac{1.13 \times 10^{-5} \text{ tonne CH}_4}{\text{MW-hr}}$$

$$\underline{E_{\text{CH}_4} = 0.00768 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{\text{N}_2\text{O}} = \frac{680 \text{ MW-hr}}{\text{yr}} \times \frac{1.03 \times 10^{-5} \text{ tonne N}_2\text{O}}{\text{MW-hr}}$$

$$\underline{E_{\text{N}_2\text{O}} = 0.00700 \text{ tonnes N}_2\text{O/yr}}$$

©2009 American Petroleum Institute

BLM_0003294

*Emission Inventory Examples*

$$E_{CO_2e} = \frac{511 \text{ tonne CO}_2}{yr} + \left( \frac{0.00768 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right) + \left( \frac{0.00700 \text{ tonne N}_2O}{yr} \times \frac{310 \text{ tonne CO}_2e}{\text{tonne N}_2O} \right)$$

$$E_{CO_2e} = 514 \text{ tonne CO}_2e/yr$$

## Facility Summary

Total emissions for this facility are summarized in Table 8-25. A summary of the emissions for this facility is given in Figure 8-4.



**Figure 8-4.  Production Gathering Compressor Station Summary of Emissions**

©2009 American Petroleum Institute

BLM_0003295

*Emission Inventory Examples*

## Table 8-25. Production Gathering Compressor Station Emissions

| Source | CO$_2$ Emissions (tonnes/yr) | CO$_2$ Uncertainty[a] (±%) | CH$_4$ Emissions (tonnes/yr) | CH$_4$ Uncertainty[a] (±%) | N$_2$O Emissions (tonnes/yr) | N$_2$O Uncertainty[a] (±%) | CO$_2$e Emissions (tonnes/yr) | CO$_2$e Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| ***Combustion Sources*** | **39,900** | **14.7** | **125** | **20.9** | **0.0694** | **129** | **42,500** | **13.9** |
| 4 stroke, rich burn engines | 39,900 | 14.7 | 61.3 | 29.6 | 0.0582 | 151 | 42,500 | 13.9 |
| 4 stroke, lean burn engine | | | 63.5 | 29.6 | 0.0106 | 151 | | |
| Vehicle | 8.64 | 15.0 | 0.000439 | 150 | 0.000595 | 150 | 8.83 | 15.0 |
| ***Vented Sources*** | **2.71** | **49.9** | **103** | **49.5** | **N/A** | | **2,170** | **49.4** |
| Pneumatic devices | 2.69 | 50.2 | 102 | 50.2 | N/A | | 2,140 | 50.1 |
| Compressor starts | 0.00963 | 190 | 0.683 | 190 | N/A | | 14.3 | 190 |
| Compressor blowdowns | 0.00293 | 179 | 0.305 | 179 | N/A | | 6.4 | 179 |
| PRVs | 0.0000700 | 310 | 0.00959 | 310 | N/A | | 0.201 | 310 |
| Pipeline: Blowdowns | 0.00246 | 41.3 | 0.500 | 41.3 | N/A | | 10.5 | 41.3 |
| ***Fugitive Sources*** | **2.71** | **59.2** | **56.2** | **75.9** | **N/A** | | **1,180** | **75.7** |
| Equipment leaks | 0.652 | 93.5 | 24.7 | 93.5 | N/A | | 518 | 93.4 |
| Pipeline: Leakage | 0.866 | 119 | 31.6 | 114 | N/A | | 665 | 113 |
| Oxidation | 0.650 | 71.7 | | | | | | |
| Vehicle refrigerant | N/A | | N/A | | N/A | | 0.260 | 112 |
| ***Indirect Sources*** | **511** | **10.2** | **0.00768** | **100** | **0.00700** | **100** | **514** | **10.2** |
| Electricity purchased | 511 | 10.2 | 0.00768 | 100 | 0.00700 | 100 | 514 | 10.2 |
| **TOTAL - Direct**[b] | **39,900** | **14.7** | **284** | **25.1** | **0.0694** | **129** | **45,900** | **13.3** |
| **TOTAL - Indirect**[b] | **511** | **10.2** | **0.00768** | **100** | **0.00700** | **100** | **514** | **10.2** |
| **TOTAL**[b] | **40,424** | **14.5** | **284** | **25.1** | **0.0764** | **117** | **46,400** | **13.1** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note: the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003296

| 8.2 | Transportation |
|-----|----------------|

### 8.2.1     Transmission/Distribution

Facility Description:  A company operates 312 miles of natural gas transmission pipelines in Montana.

Operations:  The company imports 26,108,159 kWh of electricity from the grid annually.  Sulfur hexafluoride is used for pipeline leak detection.  The pipeline natural gas contains 94.8 mole% $CH_4$ and 1.7 mole% $CO_2$, assuming an uncertainty of ±4%, based on engineering judgment.

Emission sources associated with the facility operations are summarized in Table 8-26.  Equipment at the site that do not have GHG emissions are also included in Table 8-26.

BLM_0003297

### Table 8-26.  Transmission/Distribution Emission Sources

| Source | Fuel/Refrigerant Type | No. of Units | Uncertainty[a] (±%) | Total Capacity (all units combined) | Uncertainty[a] (±%) | Activity Factor (total) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| *Combustion Sources* | | | | | | | |
| Electric compressors | N/A | N/A | | N/A | | N/A | |
| *Venting Sources* | | | | | | | |
| Pneumatic devices | N/A | N/A | | N/A | | N/A | |
| Compressor station blowdowns | N/A | 1 station | 0 | N/A | | N/A | |
| Miscellaneous | N/A | 1 station | 0 | N/A | | N/A | |
| Transmission pipeline blowdowns | N/A | 1 station | 0 | N/A | | 312 miles | 10 |
| *Fugitive* | | | | | | | |
| Pipeline leaks | $SF_6$ | N/A | | N/A | | 312 miles | 10 |
| Pipeline leak detection | $SF_6$ | N/A | | N/A | | 5,725 lb $SF_6$/yr | 10 |
| *Indirect Sources* | | | | | | | |
| Electricity | N/A | N/A | | N/A | | 26,108,159 kWh | 2 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note:  the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003298

*Emission Inventory Examples*

The remainder of this subsection presents emission calculations for the sources identified in Table 8-26 and a summary of facility emissions (presented at the end of this subsection).

## Combustion Sources – Compressors

The pipeline compressors are electric so there are no combustion emissions.

## Vented Sources – Pneumatic Devices

The pneumatic devices operated on are instrument air driven so there are no vented emissions.

## Vented Sources - Maintenance/Turnaround Emissions

Methane emissions from compressor blowdowns, compressor station blowdowns, miscellaneous, and gas transmission pipelines venting/blowdowns are estimated using the emission factors and uncertainties presented in Table 5-26.  Miscellaneous vented emissions include M&R, odorizer, drips, sampling, pigging, and dehydrators.  Methane emissions are adjusted based on the facility $CH_4$ content.  The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.  Maintenance emission calculations are shown below, by activity type.

**Compressor blowdowns:**

$$E_{CH_4} = (1 \text{ station}) \times \frac{47.14 \text{ tonne } CH_4}{\text{station-yr}} \times \frac{0.948 \text{ tonne mole } CH_4 \text{ (facility)}}{0.934 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$E_{CH_4} = 47.9 \text{ tonnes } CH_4/\text{yr}$$

$$E_{CO_2} = (1 \text{ station}) \times \frac{47.14 \text{ tonne } CH_4}{\text{station-yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.948 \text{ tonne mole } CH_4 \text{ (facility)}}{0.934 \text{ tonne mole } CH_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.948 \text{ tonne mole } CH_4} \times \frac{0.017 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$E_{CO_2} = 2.35 \text{ tonnes } CO_2/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003299

*Emission Inventory Examples*

$$E_{CO_2e} = \frac{2.35 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{47.9 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 1,010 \text{ tonne CO}_2e/\text{yr}}$$

**Compressor station blowdowns:**

$$E_{CH_4} = (1 \text{ station}) \times \frac{101.7 \text{ tonne CH}_4}{\text{station - yr}} \times \frac{0.948 \text{ tonne mole CH}_4 \text{ (facility)}}{0.934 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 103 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (1 \text{ station}) \times \frac{101.7 \text{ tonne CH}_4}{\text{station - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.948 \text{ tonne mole CH}_4 \text{ (facility)}}{0.934 \text{ tonne mole CH}_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.948 \text{ tonne mole CH}_4} \times \frac{0.017 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 5.08 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = \frac{5.08 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{103 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 2,170 \text{ tonne CO}_2e/\text{yr}}$$

**Miscellaneous:**

$$E_{CH_4} = (1 \text{ station}) \times \frac{21.75 \text{ tonne CH}_4}{\text{station - yr}} \times \frac{0.948 \text{ tonne mole CH}_4 \text{ (facility)}}{0.934 \text{ tonne mole CH}_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 22.1 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = (1 \text{ station}) \times \frac{21.75 \text{ tonne CH}_4}{\text{station - yr}} \times \frac{\text{tonne mole CH}_4}{16.04 \text{ tonne CH}_4} \times \frac{0.948 \text{ tonne mole CH}_4 \text{ (facility)}}{0.934 \text{ tonne mole CH}_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.948 \text{ tonne mole CH}_4} \times \frac{0.017 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne CO}_2}{\text{tonne mole CO}_2}$$

$$\underline{E_{CO_2} = 1.09 \text{ tonnes CO}_2/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003300

$$E_{CO_2e} = \frac{1.09 \text{ tonne } CO_2}{yr} + \left( \frac{22.1 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 465 \text{ tonne } CO_2e/yr}$$

**Gas transmission pipelines venting/blowdowns:**

$$E_{CH_4} = (312 \text{ mile}) \times \frac{0.7855 \text{ tonne } CH_4}{\text{mile-yr}} \times \frac{0.948 \text{ tonne mole } CH_4 \text{ (facility)}}{0.934 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$\underline{E_{CH_4} = 249 \text{ tonnes } CH_4/yr}$$

$$E_{CO_2} = (312 \text{ mile}) \times \frac{0.7855 \text{ tonne } CH_4}{\text{mile-yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.948 \text{ tonne mole } CH_4 \text{ (facility)}}{0.934 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$\times \frac{\text{tonne mole gas}}{0.948 \text{ tonne mole } CH_4} \times \frac{0.017 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$\underline{E_{CO_2} = 12.2 \text{ tonnes } CO_2/yr}$$

$$E_{CO_2e} = \frac{12.2 \text{ tonne } CO_2}{yr} + \left( \frac{249 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$\underline{E_{CO_2e} = 5,240 \text{ tonne } CO_2e/yr}$$

## Fugitive Sources: Compressor Station Fugitives

Methane emissions from compressor station fugitives are estimated using the emission factor and uncertainty presented in Table 6-6. Methane emissions are adjusted based on the facility $CH_4$ content. The default $CH_4$ content and associated uncertainty are provided in Table E-4. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ contents. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Compressor station fugitive emissions are calculated as follows.

©2009 American Petroleum Institute

BLM_0003301

*Emission Inventory Examples*

$$E_{CH_4} = (1 \text{ station}) \times \frac{7.02 \times 10^{-3} \text{ tonne } CH_4}{\text{station-hr}} \times \frac{8760 \text{ hr}}{\text{yr}} \times \frac{0.948 \text{ tonne mole } CH_4 \text{ (facility)}}{0.934 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$E_{CH_4} = 62.4 \text{ tonnes } CH_4/\text{yr}$$

$$E_{CO_2} = (1 \text{ station}) \times \frac{7.02 \times 10^{-3} \text{ tonne } CH_4}{\text{station-hr}} \times \frac{8760 \text{ hr}}{\text{yr}} \times \frac{\text{tonne mole } CH_4}{16.04 \text{ tonne } CH_4} \times \frac{0.948 \text{ tonne mole } CH_4 \text{ (facility)}}{0.934 \text{ tonne mole } CH_4 \text{ (default)}}$$
$$\times \frac{\text{tonne mole gas}}{0.948 \text{ tonne mole } CH_4} \times \frac{0.017 \text{ tonne mole } CO_2}{\text{tonne mole gas}} \times \frac{44.01 \text{ tonne } CO_2}{\text{tonne mole } CO_2}$$

$$E_{CO_2} = 3.07 \text{ tonnes } CO_2/\text{yr}$$

$$E_{CO_2e} = \frac{3.07 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{62.3 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$E_{CO_2e} = 1,300 \text{ tonne } CO_2e/\text{yr}$$

## Fugitive Sources – Pipeline Leaks

Emissions from fugitive leaks of pipelines transporting natural gas include $CH_4$ and $CO_2$ (from both pipeline leaks and oxidation). Pipeline fugitive leak emissions are calculated using emission factors and uncertainties presented in Table 6-6. Methane and $CO_2$ emissions are adjusted based on the facility $CH_4$ and $CO_2$ content. Default $CH_4$ and $CO_2$ contents, and associated uncertainties are provided in Table E-4. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions from pipeline leaks are calculated below.

$$E_{CO_2} = 312 \text{ miles} \times \left( \frac{3.93 \times 10^{-7} \text{ tonne } CO_2\text{-Ox}}{\text{mi-hr}} + \frac{7.88 \times 10^{-8} \text{ tonne } CO_2\text{-PL}}{\text{mi-hr}} \times \frac{8760 \text{ hr}}{\text{yr}} \times \frac{0.0170 \text{ tonne mole } CO_2 \text{ (facility)}}{0.0200 \text{ tonne mole } CO_2 \text{ (default)}} \right)$$

$$E_{CO_2} = 1.10 \text{ tonne } CO_2/\text{yr}$$

©2009 American Petroleum Institute

BLM_0003302

$$E_{CH_4} = 312 \text{ miles} \times \frac{1.20 \times 10^{-6} \text{ tonne } CH_4}{\text{mi-hr}} \times \frac{8760 \text{ hr}}{\text{yr}} \times \frac{0.948 \text{ tonne mole } CH_4 \text{ (facility)}}{0.934 \text{ tonne mole } CH_4 \text{ (default)}}$$

$$E_{CH_4} = 3.33 \text{ tonne } CH_4/\text{yr}$$

$$E_{CO_2e} = \frac{1.10 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{3.33 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$E_{CO_2e} = 71.0 \text{ tonne } CO_2e/\text{yr}$$

## Fugitive Sources: Pipeline Leak Detection

Sulfur hexafluoride is used to detect pipeline leaks for this facility. It is assumed that all of the $SF_6$ gas escapes during the detection process. Carbon dioxide equivalent emissions are calculated using the GWP provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions from leak detection are calculated below.

$$E_{SF_6} = \frac{5,725 \text{ lb } SF_6}{\text{yr}} \times \frac{\text{tonne } SF_6}{2204.62 \text{ lb } SF_6}$$

$$E_{SF_6} = 2.60 \text{ tonne } SF_6/\text{yr}$$

$$E_{CO_2e} = \frac{2.60 \text{ tonne } SF_6}{\text{yr}} \times \frac{23,900 \text{ tonne } CO_2e}{\text{tonne } SF_6}$$

$$E_{CO_2e} = 62,100 \text{ tonne } CO_2e/\text{yr}$$

## Indirect Sources: Electricity

As shown in Figure 7-2, two eGRID subregions serve Montana: WECC Northwest and MRO West. As electricity is purchased from an unknown subregion, the higher set of emission factors (between WECC Northwest and MRO West) will be applied as a simplified assumption of the emissions estimate. According to Table 7-2, emission factors are highest for MRO West. The uncertainties for the emission factors are assumed to be $\pm 10\%$ for $CO_2$ and $\pm 100\%$ for $CH_4$ and

©2009 American Petroleum Institute

BLM_0003303

*Emission Inventory Examples*

$N_2O$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated below.

$$E_{CO_2} = 26,108,159 \text{ kWh} \times \frac{MWh}{1000 \text{ kWh}} \times \frac{0.826 \text{ tonne } CO_2}{MWh}$$

$$\underline{E_{CO_2} = 21,600 \text{ tonne } CO_2/yr}$$

$$E_{CH_4} = 26,108,159 \text{ kWh} \times \frac{MWh}{1000 \text{ kWh}} \times \frac{1.27 \times 10^{-5} \text{ tonne } CH_4}{MWh}$$

$$\underline{E_{CH_4} = 0.332 \text{ tonne } CH_4/yr}$$

$$E_{N_2O} = 26,108,159 \text{ kWh} \times \frac{MWh}{1000 \text{ kWh}} \times \frac{1.39 \times 10^{-5} \text{ tonne } N_2O}{MWh}$$

$$\underline{E_{N_2O} = 0.363 \text{ tonne } N_2O/yr}$$

$$E_{CO_2e} = \frac{21,600 \text{ tonne } CO_2}{yr} + \left( \frac{0.332 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right) +$$
$$\left( \frac{0.363 \text{ tonne } N_2O}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 21,700 \text{ tonne } CO_2e/yr}$$

## Facility Summary

Total emissions for this company are summarized in Table 8-27. A summary of the emissions for this company is shown in Figure 8-5.

©2009 American Petroleum Institute

BLM_0003304

*Emission Inventory Examples*



**Figure 8-5.  Transmission/Distribution Summary of Emissions**

©2009 American Petroleum Institute

BLM_0003305

## Table 8-27.  Transmission/Distribution Emissions

| Source | $CO_2$ Emissions (tonnes/yr) | $CO_2$ Uncertainty[a] (±%) | $CH_4$ Emissions (tonnes/yr) | $CH_4$ Uncertainty[a] (±%) | $N_2O$ Emissions (tonnes/yr) | $N_2O$ Uncertainty[a] (±%) | $CO_2e$ Emissions (tonnes/yr) | $CO_2e$ Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| *Combustion Sources* | No Combustion GHG Emissions | | | | | | | |
| Electric compressors | No GHG Emissions | | | | | | | |
| *Venting Sources* | **20.8** | **54.3** | **422** | **54.6** | **N/A** | | **8,880** | **54.4** |
| Pneumatic devices | No GHG Emissions | | | | | | | |
| Compressor blowdowns | 2.35 | 168 | 47.9 | 168 | N/A | | 1,010 | 168 |
| Compressor station blowdowns | 5.08 | 64.4 | 103 | 64.4 | N/A | | 2,170 | 64.3 |
| Miscellaneous | 1.09 | 43.5 | 22.1 | 43.5 | N/A | | 465 | 43.4 |
| Transmission pipeline blowdown | 12.2 | 81.7 | 249 | 82.3 | N/A | | 5,240 | 82.1 |
| *Fugitive Sources* | **4.17** | **94.3** | **65.7** | **120** | **N/A** | | **63,400** | **14.4** |
| Compressor station fugitives | 3.07 | 126 | 62.4 | 126 | N/A | | 1,310 | 126 |
| Pipeline leaks | 1.10 | 61.2 | 3.33 | 95.3 | N/A | | 71.0 | 93.9 |
| Pipeline leak detection | N/A | | N/A | | N/A | | 62,100 | 14.1 |
| *Indirect Sources* | **21,600** | **10.2** | **0.332** | **100** | **0.363** | **100** | **21,700** | **10.2** |
| Electricity | 21,600 | 10.2 | 0.332 | 100 | 0.363 | 100 | 21,700 | 10.2 |
| **TOTAL - Direct**[b] | **24.9** | **47.9** | **488** | **49.9** | **N/A** | | **72,300** | **14.0** |
| **TOTAL - Indirect**[b] | **21,600** | **10.2** | **0.332** | **100** | **0.363** | **100** | **21,700** | **10.2** |
| **TOTAL**[b] | **21,600** | **10.2** | **488** | **49.8** | **0.363** | **100** | **94,000** | **11.1** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note: the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003306

*Emission Inventory Examples*

### 8.2.2    Marketing Terminal

Facility Description:  A marketing terminal facility, located in New York, includes a main pump station with a loading capacity of 90 tank trucks per day (typically 10,000 gallon tankers).

Throughput:  The terminal has an annual 300,000,000-gallon loading rack throughput.

Operations:  The loading rack emissions are controlled by a vapor combustor unit.

Emission sources associated with the facility operations are summarized in Tables 8-28 and 8-29. Equipment at the site that do not have GHG emissions are also included in these tables.

©2009 American Petroleum Institute

BLM_0003307

## Table 8-28.  Marketing Terminal Emission Sources

| Source | Fuel/Refrigerant | Unit Capacity (per unit) | Uncertainty[a] (±%) | Average Operation | Uncertainty[a] (±%) | Annual Activity Factor | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| **Combustion Sources** | | | | | | | |
| Heater – natural gas | Natural Gas | N/A | | N/A | | $235,000 \times 10^6$ Btu/yr | 15 |
| Heater – diesel | Diesel | 4,500 bbl/yr | 5 | N/A | | $26,235 \times 10^6$ Btu/yr | 7.07 |
| Auxiliary fire pump | Diesel | 12.5 gal/hr | 5 | 200 hr/yr | 10 | 2,500 gal/yr | 7.07 |
| Auxiliary generator | Diesel | 22 gal/hr | 5 | 200 hr/yr | 10 | 4,400 gal/yr | 7.07 |
| Road tanker transport | Diesel | 300,000 gal/yr | 5 | N/A | | $41,643 \times 10^6$ Btu/yr | 7.07 |
| Vapor combustor unit (VCU) | Pilot: Propane | N/A | | N/A | | 6000 gal/yr | 5 |
| | Gasoline Loading | N/A | | N/A | | 200 gal/yr | 15 |
| | Diesel Loading | N/A | | N/A | | 120 gal/yr | 15 |
| | Jet Fuel Loading | N/A | | N/A | | 2 gal/yr | 15 |
| Facility vehicle (model year 2007) | Gasoline | N/A | | N/A | | 11,750 mi/yr | 15 |
| ***Vented Sources*** | | | | | | | |
| Internal floating roof (IFR) storage tanks | Gasoline | N/A | | N/A | | $700 \times 10^6$ gal/yr | 15 |
| | Diesel | N/A | | N/A | | $450 \times 10^6$ gal/yr | 15 |
| | Jet Fuel | N/A | | N/A | | $10 \times 10^6$ gal/yr | 15 |
| Rail car/tank car loading[b] | Gasoline | N/A | | N/A | | $200 \times 10^6$ gal/yr | 15 |
| | Diesel | N/A | | N/A | | $120 \times 10^6$ gal/yr | 15 |
| | Jet Fuel | N/A | | N/A | | $2 \times 10^6$ gal/yr | 15 |
| Rail car/tank car transit | Gasoline | N/A | | N/A | | $200 \times 10^6$ gal/yr | 15 |
| | Diesel | N/A | | N/A | | $120 \times 10^6$ gal/yr | 15 |
| | Jet Fuel | N/A | | N/A | | $2 \times 10^6$ gal/yr | 15 |
| Fire suppression | Purple K | N/A | | N/A | | N/A | |
| ***Fugitive Sources*** | | | | | | | |
| Equipment leaks | Refined Products | See Table 8-29 | | N/A | | N/A | |
| Vehicle refrigerant | R-22 | N/A | | N/A | | N/A | |
| ***Indirect Sources*** | | | | | | | |
| Electricity purchased and consumed | N/A | N/A | | N/A | | 1100 MW-hr/yr | 2 |
| Steam purchased and consumed | N/A | N/A | | N/A | | $97,600 \times 10^9$ J/yr | 5 |

Footnotes:

Totals may not sum due to independent rounding.

[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

[b] Loading emissions are controlled by the vapor combustor unit (VCU).  Gasoline loading is submerged loading with vapor balance service; diesel and jet fuel loading are submerged loading, dedicated normal service.

Note: the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003308

*Emission Inventory Examples*

### Table 8-29.  Marketing Terminal Fugitive Emission Sources

| Component | Service | Average Component Count | Uncertainty[a] (±%) |
|---|---|---|---|
| Valves | Gas | 30 | 75 |
| | Light liquid | 390 | 75 |
| | Heavy liquid | 50 | 75 |
| Pump seals | Light liquid | 25 | 75 |
| | Heavy liquid | 3 | 75 |
| Connectors/flanges | Gas | 190 | 75 |
| | Light liquid | 3,100 | 75 |
| | Heavy liquid | 350 | 75 |
| Open-ended lines | Gas | 4 | 75 |
| | Light liquid | 20 | 75 |
| | Heavy liquid | 3 | 75 |
| PRVs | Gas | 1 | 75 |
| | Light liquid | 2 | 75 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only.  They do not reflect average operations.

The remainder of this subsection presents emission calculations for the sources identified in Table 8-28 and 8-29 and a summary of facility emissions (presented at the end of this subsection).

Stationary Combustion Devices – $CO_2$ Emissions

Carbon dioxide emissions from natural gas and diesel combustion are calculated using the fuel-based emission factors provided in Table 4-3, assuming an uncertainty of ±10% for both fuels, based on engineering judgment.  Because the fuel-based emission factors are on a energy input basis, the volume of diesel fuel consumed is converted to energy input using the heating value for diesel presented in Table 3-8, assuming an uncertainty of ±4%, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1.  There are no uncertainties for any of the GWPs.  Emissions are calculated below, by equipment type.

**Natural gas heater:**

$$E_{CO_2} = \frac{235,000 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{0.0531 \text{ tonnes } CO_2}{10^6 \text{ Btu}}$$

$$E_{CO_2} = 12,500 \text{ tonnes } CO_2 \text{ / yr}$$

©2009 American Petroleum Institute

BLM_0003309

*Emission Inventory Examples*

**Diesel heater:**

$$V = \frac{4,500 \text{ bbl}}{\text{yr}} \times \frac{5.83 \times 10^6 \text{ Btu}}{\text{bbl}} = 26,235 \times 10^6 \text{ Btu/yr}$$

$$E_{CO_2} = \frac{26,235 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{0.0732 \text{ tonnes } CO_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 1,920 \text{ tonnes } CO_2 \text{ / yr}}$$

**Diesel Engines:**

$$E_{CO_2} = \left(\frac{12.5 + 22 \text{ gal}}{\text{hr}}\right) \times \frac{200 \text{ hr}}{\text{yr}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.83 \times 10^6 \text{ Btu}}{\text{bbl}} \times \frac{0.0732 \text{ tonne } CO_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 70.1 \text{ tonnes } CO_2/\text{yr}}$$

## Stationary Combustion Devices – $CH_4$, $N_2O$, and $CO_2e$ Emissions

Combustion emission factors for natural gas and diesel equipment are provided in Table 4-7 for controlled boilers and heaters and Table 4-9 for engines. An uncertainty of ±25% was assumed for all $CH_4$ emission factors and an uncertainty of ±150% was assumed for all $N_2O$ emission factors, based on engineering judgment. Table 4-9 provides an assumed $CH_4$ content of 9 wt% to convert from TOC emissions if the exhaust composition is unknown. An uncertainty of ±100% was assumed for the TOC to $CH_4$ conversion, based on engineering judgment. Because the engine emission factors are on a energy input basis, the volume of diesel fuel consumed is converted to energy input using the heating value for diesel presented in Table 3-8, assuming an uncertainty of ±4%, based on engineering judgment. The diesel heater and diesel engine $N_2O$ emission factor is taken from Table 4-5 for "Gas/Diesel Oil" in the absence of an equipment-specific emission factor, assuming an uncertainty of ±150%, based on engineering judgment. The volume of diesel combusted is converted to a mass of diesel combusted using the density of diesel provided in Table 3-8, assuming an uncertainty of ±5%, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated as follows, by equipment type.

©2009 American Petroleum Institute

BLM_0003310

*Emission Inventory Examples*

**Natural gas heater:**

$$E_{CH_4} = \frac{235,000 \times 10^6 \text{ Btu}}{yr} \times \frac{1.0 \times 10^{-6} \text{ tonnes CH}_4}{10^6 \text{ Btu}}$$

$$E_{CH_4} = 0.235 \text{ tonnes CH}_4 \text{ / yr}$$

$$E_{N_2O} = \frac{235,000 \times 10^6 \text{ Btu}}{yr} \times \frac{2.80 \times 10^{-7} \text{ tonnes N}_2O}{10^6 \text{ Btu}}$$

$$E_{N_2O} = 0.0658 \text{ tonnes N}_2O \text{ / yr}$$

$$E_{CO_2e} = \frac{12,500 \text{ tonne CO}_2}{yr} + \left( \frac{0.235 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right) +$$

$$\left( \frac{0.0658 \text{ tonne N}_2O}{yr} \times \frac{310 \text{ tonne CO}_2e}{\text{tonne N}_2O} \right)$$

$$E_{CO_2e} = 12,500 \text{ tonne CO}_2e/yr$$

**Diesel heater:**

$$E_{CH_4} = \frac{4,500 \text{ bbl}}{yr} \times \frac{42 \text{ gal}}{bbl} \times \frac{7.07 \text{ lb}}{gal} \times \frac{\text{tonne}}{2,204.62 \text{ lb}} \times \frac{7.8 \times 10^{-6} \text{ tonnes CH}_4}{\text{tonnes diesel}}$$

$$E_{CH_4} = 0.00473 \text{ tonnes CH}_4 \text{ / yr}$$

$$E_{N_2O} = \frac{4,500 \text{ bbl}}{yr} \times \frac{5.83 \times 10^6 \text{ Btu}}{bbl} \times \frac{6.01 \times 10^{-7} \text{ tonnes N}_2O}{10^6 \text{ Btu}}$$

$$E_{N_2O} = 0.0158 \text{ tonnes N}_2O \text{ / yr}$$

©2009 American Petroleum Institute

BLM_0003311

*Emission Inventory Examples*

$$E_{CO_2e} = \frac{1{,}920 \text{ tonne CO}_2}{yr} + \left( \frac{0.00473 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$+ \left( \frac{0.0158 \text{ tonne N}_2O}{yr} \times \frac{310 \text{ tonne CO}_2e}{\text{tonne N}_2O} \right)$$

$$\underline{E_{CO_2e} = 1{,}930 \text{ tonne CO}_2e/yr}$$

**Diesel engines:**

$$E_{CH_4} = \left( \frac{12.5 + 22 \text{ gal}}{hr} \right) \times \frac{200 \text{ hr}}{yr} \times \frac{bbl}{42 \text{ gal}} \times \frac{5.83 \times 10^6 \text{ Btu}}{bbl} \times \frac{0.00016 \text{ tonne TOC}}{10^6 \text{ Btu}}$$

$$\times \frac{0.09 \text{ tonne CH}_4}{\text{tonne TOC}}$$

$$\underline{E_{CH_4} = 0.0138 \text{ tonnes CH}_4/yr}$$

$$E_{N_2O} = \left( \frac{12.5 + 22 \text{ gal}}{hr} \right) \times \frac{200 \text{ hr}}{yr} \times \frac{bbl}{42 \text{ gal}} \times \frac{5.83 \times 10^6 \text{ Btu}}{bbl} \times \frac{6.01 \times 10^{-7} \text{ tonne N}_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.000576 \text{ tonnes N}_2O/yr}$$

$$E_{CO_2e} = \frac{70.1 \text{ tonne CO}_2}{yr} + \left( \frac{0.0138 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$+ \left( \frac{0.000576 \text{ tonne N}_2O}{yr} \times \frac{310 \text{ tonne CO}_2e}{\text{tonne N}_2O} \right)$$

$$\underline{E_{CO_2e} = 70.6 \text{ tonne CO}_2e/yr}$$

## Combustion Sources – Vapor Combustor Unit (VCU)

The loading rack emissions are controlled by a vapor combustor, which results in $CO_2$ emissions from combustion of the captured hydrocarbon vapors. Because the products being loaded are refined petroleum products that do not contain $CH_4$, there are no $CH_4$ emissions from the VCU.

©2009 American Petroleum Institute

BLM_0003312

Emissions from the combustion of loading vapors are calculated in multiple steps. First the captured hydrocarbons from the loading operation are estimated using the simplified TOC emission factors given in Table B-10, assuming an uncertainty of ±5%, based on engineering judgment. The emission factors are for submerged loading, vapor balance service for gasoline, and submerged loading, dedicated normal service for diesel and jet fuel. The captured hydrocarbons are calculated below, by fuel type.

**Gasoline:**

$$E_{TOC\text{-}gas} = \frac{200 \times 10^6 \text{ gal}}{yr} \times \frac{3.71 \text{ tonne TOC}}{10^6 \text{ gal loaded}} = 742 \text{ tonnes TOC/yr}$$

**Diesel:**

$$E_{TOC\text{-}diesel} = \frac{120 \times 10^6 \text{ gal}}{yr} \times \frac{0.0064 \text{ tonne TOC}}{10^6 \text{ gal loaded}} = 0.768 \text{ tonnes TOC/yr}$$

**Jet Fuel:**

$$E_{TOC\text{-}jet\ fuel} = \frac{2 \times 10^6 \text{ gal}}{yr} \times \frac{0.0072 \text{ tonne TOC}}{10^6 \text{ gal loaded}} = 0.0144 \text{ tonnes TOC/yr}$$

Carbon dioxide emissions are then estimated using the carbon content of the fuels, provided in Table 3-8 (for liquid gasoline, diesel, and jet fuel), assuming an uncertainty of ±5% for all fuels, based on engineering judgment. Note that using the carbon content of liquid fuels instead of the carbon content of the vapor phase of the fuel is a simplifying assumption, recognizing that this will overestimate emissions. In reality, the carbon content of the vapor phase will be lighter than the carbon content of the liquid, due to the fact that fuel vapors contain lighter hydrocarbons, which are more able to volatilize. However, because the carbon content for the vapor phase of the loaded fuels is not available, the liquid phase carbon content is used instead. Carbon dioxide emissions are calculated as follows, by fuel type.

©2009 American Petroleum Institute

BLM_0003313

**Gasoline:**

$$E_{CO_2\text{-gas}} = \frac{742 \text{ tonnes TOC}}{yr} \times \frac{0.866 \text{ tonne C}}{\text{tonne TOC}} \times \frac{44.01 \text{ tonne } CO_2}{12.01 \text{ tonne C}}$$

$$E_{CO_2\text{-gas}} = 2,360 \text{ tonnes } CO_2/yr$$

**Diesel:**

$$E_{CO_2\text{-diesel}} = \frac{0.768 \text{ tonnes TOC}}{yr} \times \frac{0.8634 \text{ tonne C}}{\text{tonne TOC}} \times \frac{44.01 \text{ tonne } CO_2}{12.01 \text{ tonne C}}$$

$$E_{CO_2\text{-diesel}} = 2.43 \text{ tonnes } CO_2/yr$$

**Jet Fuel:**

$$E_{CO_2\text{-jet fuel}} = \frac{0.0144 \text{ tonnes TOC}}{yr} \times \frac{0.863 \text{ tonne C}}{\text{tonne TOC}} \times \frac{44.01 \text{ tonne } CO_2}{12.01 \text{ tonne C}}$$

$$E_{CO_2\text{-jet fuel}} = 0.0455 \text{ tonnes } CO_2/yr$$

**Pilot:**

Carbon dioxide emissions from burning propane for the pilot are estimated using the liquid propane heating value from Table 3-8 and the $CO_2$ fuel basis emission factor from Table 4-3, assuming an uncertainty of ±5% for the heating value and ±10% for the $CO_2$ emission factor, both based on engineering judgment.

$$E_{CO_2, \text{ pilot}} = \frac{6000 \text{ gal}}{yr} \times \frac{bbl}{42 \text{ gal}} \times \frac{3.82 \times 10^6 \text{ Btu}}{bbl} \times \frac{0.0631 \text{ tonne } CO_2}{10^6 \text{ Btu}}$$

$$E_{CO_2, \text{ pilot}} = 34.4 \text{ tonnes } CO_2/yr$$

Total $CO_2$ emissions from the VCU are equal to the sum of the $CO_2$ emissions from the loading rack vapors and the pilot. Thus, the total $CO_2$ emissions from the vapor combustor are:

©2009 American Petroleum Institute

BLM_0003314

$$E_{CO_2, \, Total} = 2,360 \text{ tonnes } CO_2/yr + 2.43 \text{ tonnes } CO_2/yr + 0.0455 \text{ tonnes } CO_2/yr + 34.4 \text{ tonnes } CO_2/yr$$

$$\underline{E_{CO_2, \, Total} = 2,390 \text{ tonnes } CO_2/yr}$$

Methane and $N_2O$ emission factors for combustion of gasoline, diesel, and jet fuel are found in Table 4-5. An uncertainty of $\pm 25\%$ was assumed for all $CH_4$ emission factors and an uncertainty of $\pm 150\%$ was assumed for all $N_2O$ emission factors, based on engineering judgment. Note that the factors in Table 4-5 are for combustion of a liquid fuel. As a result, the emission factors need to be converted for the combustion of the fuel vapors. The emission factors are converted from liquid combustion to vapor combustion using the heating value and density of natural gas (processed) provided in Table 3-8, assuming an uncertainty of $\pm 5\%$ for both, based on engineering judgment. Note that the more accurate way to convert from liquid combustion to vapor combustion would be to use the heating value and carbon content of the vapor phase of the specific fuels; however because these were not available, the properties of natural gas were used instead. The $CH_4$ and $N_2O$ emission factors are derived below, by fuel type, along with the corresponding emissions.

**Gasoline:**

$$EF_{CH_4\text{-gas}} = \frac{3.01 \times 10^{-6} \text{ tonne } CH_4}{MMBtu} \times \frac{MMBtu}{10^6 \text{ Btu}} \times \frac{1,020 \text{ Btu}}{ft^3} \times \frac{ft^3}{0.042 \text{ lb}} \times \frac{2204.62 \text{ lb}}{\text{tonne TOC vapor}}$$

$$= 1.61 \times 10^{-4} \text{ tonne } CH_4/\text{tonne TOC vapor}$$

$$EF_{N_2O\text{-gas}} = \frac{6.01 \times 10^{-7} \text{ tonne } N_2O}{MMBtu} \times \frac{MMBtu}{10^6 \text{ Btu}} \times \frac{1,020 \text{ Btu}}{ft^3} \times \frac{ft^3}{0.042 \text{ lb}} \times \frac{2204.62 \text{ lb}}{\text{tonne TOC vapor}}$$

$$= 3.22 \times 10^{-5} \text{ tonne } N_2O/\text{tonne TOC vapor}$$

Applying these derived emission factors results in the following estimates of $CH_4$ and $N_2O$ emissions.

$$E_{CH_4\text{-gas}} = \frac{1.61 \times 10^{-4} \text{ tonne } CH_4}{\text{tonne TOC vapor}} \times \frac{742 \text{ tonne TOC vapor}}{yr}$$

$$\underline{E_{CH_4\text{-gas}} = 0.120 \text{ tonne } CH_4/yr}$$

©2009 American Petroleum Institute

BLM_0003315

$$E_{N_2O\text{-gas}} = \frac{3.22 \times 10^{-5} \text{ tonne N}_2\text{O}}{\text{tonne TOC vapor}} \times \frac{742 \text{ tonne TOC vapor}}{\text{yr}}$$

$$\underline{E_{N_2O\text{-gas}} = 0.0239 \text{ tonne CH}_4/\text{yr}}$$

**Diesel:**

$$EF_{CH_4\text{-diesel}} = \frac{3.01 \times 10^{-6} \text{ tonne CH}_4}{\text{MMBtu}} \times \frac{\text{MMBtu}}{10^6 \text{ Btu}} \times \frac{1,020 \text{ Btu}}{\text{ft}^3} \times \frac{\text{ft}^3}{0.042 \text{ lb}} \times \frac{2204.62 \text{ lb}}{\text{tonne TOC vapor}}$$

$$= 1.61 \times 10^{-4} \text{ tonne CH}_4/\text{tonne TOC vapor}$$

$$EF_{N_2O\text{-diesel}} = \frac{6.01 \times 10^{-7} \text{ tonne N}_2\text{O}}{\text{MMBtu}} \times \frac{\text{MMBtu}}{10^6 \text{ Btu}} \times \frac{1,020 \text{ Btu}}{\text{ft}^3} \times \frac{\text{ft}^3}{0.042 \text{ lb}} \times \frac{2204.62 \text{ lb}}{\text{tonne TOC vapor}}$$

$$= 3.22 \times 10^{-5} \text{ tonne N}_2\text{O}/\text{tonne TOC vapor}$$

Applying these derived emission factors results in the following estimates of $CH_4$ and $N_2O$ emissions from diesel vapor combustion.

$$E_{CH_4\text{-diesel}} = \frac{1.61 \times 10^{-4} \text{ tonne CH}_4}{\text{tonne TOC vapor}} \times \frac{0.768 \text{ tonne TOC vapor}}{\text{yr}}$$

$$\underline{E_{CH_4\text{-diesel}} = 0.000124 \text{ tonne CH}_4/\text{yr}}$$

$$E_{N_2O\text{-gas}} = \frac{3.22 \times 10^{-5} \text{ tonne N}_2\text{O}}{\text{tonne TOC vapor}} \times \frac{0.768 \text{ tonne TOC vapor}}{\text{yr}}$$

$$\underline{E_{N_2O\text{-gas}} = 2.47 \times 10^{-5} \text{ tonne CH}_4/\text{yr}}$$

**Jet Fuel:**

$$EF_{CH_4\text{-jet fuel}} = \frac{3.01 \times 10^{-6} \text{ tonne CH}_4}{\text{MMBtu}} \times \frac{\text{MMBtu}}{10^6 \text{ Btu}} \times \frac{1,020 \text{ Btu}}{\text{ft}^3} \times \frac{\text{ft}^3}{0.042 \text{ lb}} \times \frac{2204.62 \text{ lb}}{\text{tonne TOC vapor}}$$

$$= 1.61 \times 10^{-4} \text{ tonne CH}_4/\text{tonne TOC vapor}$$

$$EF_{N_2O\text{-jet fuel}} = \frac{6.01 \times 10^{-7} \text{ tonne N}_2\text{O}}{\text{MMBtu}} \times \frac{\text{MMBtu}}{10^6 \text{ Btu}} \times \frac{1,020 \text{ Btu}}{\text{ft}^3} \times \frac{\text{ft}^3}{0.042 \text{ lb}} \times \frac{2204.62 \text{ lb}}{\text{tonne TOC vapor}}$$

$$= 3.22 \times 10^{-5} \text{ tonne N}_2\text{O}/\text{tonne TOC vapor}$$

©2009 American Petroleum Institute

BLM_0003316

Applying these derived emission factors results in the following estimates of $CH_4$ and $N_2O$ emissions from jet fuel vapor combustion.

$$E_{CH_4\text{-jet fuel}} = \frac{1.61 \times 10^{-4} \text{ tonne } CH_4}{\text{tonne TOC vapor}} \times \frac{0.0144 \text{ tonne TOC vapor}}{\text{yr}}$$

$$E_{CH_4\text{-jet fuel}} = 2.32 \times 10^{-6} \text{ tonne } CH_4/\text{yr}$$

$$E_{N_2O\text{-jetfuel}} = \frac{3.22 \times 10^{-5} \text{ tonne } N_2O}{\text{tonne TOC vapor}} \times \frac{0.0144 \text{ tonne TOC vapor}}{\text{yr}}$$

$$E_{N_2O\text{-jetfuel}} = 4.63 \times 10^{-7} \text{ tonne } CH_4/\text{yr}$$

Methane and $N_2O$ emissions from the propane pilot are calculated using emissions factors from Table 4-7, for "industrial/commercial boilers", assuming an uncertainty of $\pm25\%$ for $CH_4$ emissions and $\pm150\%$ for $N_2O$ emissions, based on engineering judgment.

**Pilot:**

$$E_{CH_4\text{-Pilot}} = \frac{6,000 \text{ gal}}{\text{yr}} \times \frac{9.1 \times 10^{-8} \text{ tonnes } CH_4}{\text{gal}}$$

$$E_{CH_4\text{-Pilot}} = 0.000546 \text{ tonnes } CH_4/\text{yr}$$

$$E_{N_2O\text{-Pilot}} = \frac{6,000 \text{ gal}}{\text{yr}} \times \frac{4.1 \times 10^{-7} \text{ tonnes } N_2O}{\text{gal}}$$

$$E_{N_2O\text{-Pilot}} = 0.00246 \text{ tonnes } N_2O/\text{yr}$$

**Methane, $N_2O$, and $CO_2e$ emissions:**

Total $CH_4$ and $N_2O$ emissions from the VCU are equal to the sum of the $CH_4$ or $N_2O$ emissions from the loading rack vapors and the pilot. Thus, the total $CH_4$ and $N_2O$ emissions from the VCU are:

©2009 American Petroleum Institute

BLM_0003317

$$E_{CH_4, Total} = 0.120 \text{ tonnes } CH_4/yr + 0.000124 \text{ tonnes } CH_4/yr + 2.32 \times 10^{-6} \text{ tonnes } CH_4/yr$$
$$+ 0.000546 \text{ tonnes } CH_4/yr$$

$$\underline{E_{CH_4, Total} = 0.120 \text{ tonnes } CH_4/yr}$$

$$E_{N_2O, Total} = 0.00246 \text{ tonnes } N_2O/yr + 0.0239 \text{ tonnes } N_2O/yr + 2.47 \times 10^{-5} \text{ tonnes } N_2O/yr$$
$$+ 4.63 \times 10^{-7} \text{ tonnes } N_2O/yr$$

$$\underline{E_{N_2O, Total} = 0.0264 \text{ tonnes } N_2O/yr}$$

Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

$$E_{CO_2e, Total} = \frac{2,390 \text{ tonne } CO_2}{yr} + \left( \frac{0.120 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.0264 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e, Total} = 2,400 \text{ tonne } CO_2e/yr}$$

## Combustion Sources – Road Tankers

Carbon dioxide emissions from road tankers are calculated using a fuel based factor from Table 4-3, assuming an uncertainty of ±10%, based on engineering judgment. Methane and $N_2O$ emissions from road tankers are estimated using the emission factor for the heavy-duty diesel operated road tanker with moderate control provided in Table 4-17. An uncertainty of ±25% was assumed for all $CH_4$ emission factors and an uncertainty of ±150% was assumed for all $N_2O$ emission factors, based on engineering judgment. Because the $CO_2$ emission factor is on a heat basis, the volume of fuel consumed is converted to energy input using the heating value for diesel provided in Table 3-8, assuming an uncertainty of ±5%, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions from road tankers are calculated as follows.

©2009 American Petroleum Institute

BLM_0003318

$$V = \frac{300,000 \text{ gal}}{\text{yr}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.83 \times 10^{6} \text{ Btu}}{\text{bbl}} = 4.164 \times 10^{10} \text{ Btu/yr}$$

$$E_{CO_2} = \frac{4.164 \times 10^{10} \text{ Btu}}{\text{yr}} \times \frac{0.0732 \text{ tonne } CO_2}{10^{6} \text{ Btu}}$$

$$\underline{E_{CO_2} = 3,050 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CH_4} = \frac{300,000 \text{ gal}}{\text{yr}} \times \frac{5.3 \times 10^{-4} \text{ tonne } CH_4}{1000 \text{ gal}}$$

$$\underline{E_{CH_4} = 0.159 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = \frac{300,000 \text{ gal}}{\text{yr}} \times \frac{3.1 \times 10^{-4} \text{ tonne } N_2O}{1000 \text{ gal}}$$

$$\underline{E_{N_2O} = 0.093 \text{ tonnes } N_2O/\text{yr}}$$

$$E_{CO_2e} = \frac{3,050 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{0.159 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.093 \text{ tonne } N_2O}{\text{yr}} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 3,080 \text{ tonne } CO_2e/\text{yr}}$$

## Combustion Sources – Facility Vehicle Emissions

The facility vehicle emissions are estimated assuming the vehicle is a gasoline light truck. Carbon dioxide emissions are calculated using the fuel-based emission factor presented in Table 4-3, assuming an uncertainty of ±10%, based on engineering judgment. Because the emission factor is on a energy input basis, the distance traveled is converted to energy input using the fuel economy factor presented in Table 4-13 and the heating value of gasoline provided in Table 3-8, assuming an uncertainty of ±5% for both the fuel economy and heating value, based on engineering judgment. Because $CH_4$ and $N_2O$ emission factors are not available for model year 2007 vehicles,

©2009 American Petroleum Institute

BLM_0003319

*Emission Inventory Examples*

$CH_4$ and $N_2O$ emissions are calculated using the model year 2005 emission factors presented in Table A-6. An uncertainty of ±150% was assumed for $CH_4$ and $N_2O$ emission factors, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in

Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated below.

$$V_{CO_2} = \frac{11{,}750 \text{ mi}}{\text{yr-truck}} \times \frac{\text{gal}}{14 \text{ mi}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.25 \times 10^6 \text{ Btu}}{\text{bbl}} = 105 \times 10^6 \text{ Btu/yr-truck}$$

$$E_{CO_2} = \frac{105 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{0.0709 \text{ tonne } CO_2}{1 \times 10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 7.44 \text{ tonne } CO_2/\text{yr}}$$

$$E_{CH_4} = \frac{11{,}750 \text{ mi}}{\text{yr}} \times \frac{1.57\text{E-}08 \text{ tonne } CH_4}{\text{mi}}$$

$$\underline{E_{CH_4} = 0.000184 \text{ tonne } CH_4/\text{yr}}$$

$$E_{N_2O} = \frac{11{,}750 \text{ mi}}{\text{yr}} \times \frac{1.01\text{E-}08 \text{ tonne } N_2O}{\text{mi}}$$

$$\underline{E_{N_2O} = 0.000119 \text{ tonne } N_2O/\text{yr}}$$

$$E_{CO_2e} = \frac{7.44 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{0.000184 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$+ \left( \frac{0.000119 \text{ tonne } N_2O}{\text{yr}} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 7.48 \text{ tonne } CO_2e/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003320

## Vented Sources – Storage Tanks

The facility storage tanks contain gasoline, diesel, and jet fuel. Because these fuels are refined petroleum products, they do not contain $CH_4$ or $CO_2$. Therefore, there are no $CH_4$ or $CO_2$ emissions from these tanks.

## Vented Sources – Loading and Transit Operations

Emissions from loading operations are controlled by the VCU. Emissions resulting from the combustion from this unit are estimated under "Combustion Sources – Vapor Combustion Unit (VCU)."

The fuel types transported in association with this facility are gasoline, diesel, and jet fuel. Because these fuels are refined petroleum products, they do not contain $CH_4$ or $CO_2$. Therefore, there are no $CH_4$ or $CO_2$ emissions from transport (or other handling) of these materials.

## Vented Sources – Fire Suppression

The fire suppression system uses Purple K. Purple K is a dry powder fire suppressant, which is not a GHG. Therefore, there are no GHG emissions from the use of Purple K.

## Fugitive Sources – Equipment Leaks

Table 8-29 provides fugitive component counts associated with the marketing terminal equipment. The equipment at this facility handles refined petroleum products (gasoline, diesel, and jet fuel). Because these fuels are refined petroleum products, they do not contain $CH_4$ or $CO_2$. Therefore, there are no $CH_4$ or $CO_2$ emissions from equipment leaks at this facility.

## Fugitive Sources – Vehicle Refrigerant

The vehicles at this facility utilize R-22 for mobile air conditioning. R-22 is not considered a GHG in accordance with UNFCCC guidelines. Therefore, there are no GHG emissions from vehicle refrigeration at this facility.

©2009 American Petroleum Institute

BLM_0003321

## Indirect Sources – Electricity Consumption

Emissions associated with the electricity purchased by the facility are calculated using emission factors in Table 7-2 for eGRID subregion NPCC Upstate New York. The uncertainties for the emission factors are assumed to be ±10% for $CO_2$ and ±100% for $CH_4$ and $N_2O$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions from electricity consumption are provided below.

$$E_{CO_2} = \frac{1,100 \text{ MW-hr}}{yr} \times \frac{0.327 \text{ tonne } CO_2}{\text{megawatt-hr}}$$

$$E_{CO_2} = 360 \text{ tonnes } CO_2/yr$$

$$E_{CH_4} = \frac{1,100 \text{ MW-hr}}{yr} \times \frac{1.13 \times 10^{-5} \text{ tonne } CH_4}{\text{megawatt-hr}}$$

$$E_{CH_4} = 0.0124 \text{ tonnes } CH_4/yr$$

$$E_{N_2O} = \frac{1,100 \text{ MW-hr}}{yr} \times \frac{5.08 \times 10^{-6} \text{ tonne } N_2O}{\text{megawatt-hr}}$$

$$E_{N_2O} = 0.00559 \text{ tonnes } N_2O/yr$$

$$E_{CO_2e} = \frac{360 \text{ tonne } CO_2}{yr} + \left( \frac{0.0124 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.00559 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$E_{CO_2e} = 362 \text{ tonne } CO_2e/yr$$

©2009 American Petroleum Institute

BLM_0003322

Indirect Sources – Steam Consumption

Emissions associated with the steam purchased by the facility are calculated using the approach described in Section 7.1.5. Because no information about the steam production is known, the assumption of a 92% efficient natural gas boiler (as noted in Section 7.1.5) is used. Emissions are calculated using the emission factors provided in Section 7.1.5. (Steam consumption is first converted to the equivalent unit using the conversion factors provided in Table 3-4.) The uncertainties for the emission factors are assumed to be $\pm 10\%$ for $CO_2$ and $\pm 100\%$ for $CH_4$ and $N_2O$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions from steam consumption are calculated below.

$$\text{Steam energy} = \frac{97{,}600 \times 10^9 \text{ J}}{\text{yr}} \times \frac{\text{Btu}}{1{,}055.056 \text{ J}} = 92{,}507 \times 10^6 \text{ Btu/yr}$$

$$E_{CO_2} = \frac{92{,}507 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{6.41 \times 10^{-2} \text{ tonne } CO_2}{10^6 \text{ Btu}}$$

$$\underline{E_{CO_2} = 5{,}930 \text{ tonnes } CO_2/\text{yr}}$$

$$E_{CH_4} = \frac{92{,}507 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{1.20 \times 10^{-6} \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$\underline{E_{CH_4} = 0.111 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{N_2O} = \frac{92{,}507 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{3.26 \times 10^{-7} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.0302 \text{ tonnes } N_2O/\text{yr}}$$

©2009 American Petroleum Institute

BLM_0003323

*Emission Inventory Examples*

$$E_{CO_2e} = \frac{5{,}930 \text{ tonne } CO_2}{yr} + \left( \frac{0.111 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$

$$+ \left( \frac{0.0302 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 5{,}940 \text{ tonne } CO_2e/yr}$$

## Facility Summary

Total emissions for this facility are summarized in Table 8-30.  A summary of the emissions for this facility is given in Figure 8-6.



**Figure 8-6.  Marketing Terminal Summary of Emissions**

©2009 American Petroleum Institute

BLM_0003324

## Table 8-30.  Marketing Terminal Emissions

| Source | $CO_2$ Emissions (tonnes/yr) | $CO_2$ Uncertainty[a] (±%) | $CH_4$ Emissions (tonnes/yr) | $CH_4$ Uncertainty[a] (±%) | $N_2O$ Emissions (tonnes/yr) | $N_2O$ Uncertainty[a] (±%) | $CO_2e$ Emissions (tonnes/yr) | $CO_2e$ Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| *Combustion Source* | **19,900** | **11.7** | **0.533** | **16.6** | **0.202** | **87.6** | **20,000** | **11.6** |
| Heater – natural gas | 12,500 | 18.0 | 0.235 | 29.2 | 0.0658 | 151 | 12,500 | 18.0 |
| Heater – diesel | 1,920 | 11.9 | 0.00473 | 26.0 | 0.0158 | 150 | 1,930 | 11.8 |
| Auxiliary fire pump Auxiliary generator | 70.1 | 15.1 | 0.0138 | 104 | 0.000576 | 150 | 70.6 | 15.1 |
| Road tanker transport | 3,050 | 11.9 | 0.159 | 25.5 | 0.0930 | 150 | 3,080 | 11.8 |
| Vapor combustor unit (VCU) | 2,390 | 16.3 | 0.120 | 30.1 | 0.0264 | 137 | 2,400 | 16.3 |
| Facility vehicle | 7.44 | 19.4 | 0.000184 | 151 | 0.000119 | 151 | 7.48 | 19.3 |
| *Vented Sources* | **No Vented GHG Emissions** | | | | | | | |
| Internal floating roof (IFR) storage tanks | No GHG Emissions | | | | | | | |
| Rail car/tank car transit | No GHG Emissions | | | | | | | |
| Fire suppression | No GHG Emissions | | | | | | | |
| *Fugitive Sources* | **No Fugitive GHG Emissions** | | | | | | | |
| Equipment leaks | No GHG Emissions | | | | | | | |
| Vehicle refrigerant | No GHG Emissions | | | | | | | |
| *Indirect Sources* | **6,290** | **10.6** | **0.123** | **90.6** | **0.0357** | **85.9** | **6,300** | **10.5** |
| Electricity purchased and consumed | 360 | 10.2 | 0.0124 | 100 | 0.00559 | 100 | 362 | 10.2 |
| Steam purchased and consumed | 5,930 | 11.2 | 0.111 | 100 | 0.0302 | 100 | 5,940 | 12.2 |
| **TOTAL - Direct**[b] | **19,900** | **11.7** | **0.532** | **16.6** | **0.201** | **87.6** | **20,000** | **11.6** |
| **TOTAL - Indirect**[b] | **6,290** | **10.6** | **0.123** | **90.6** | **0.0357** | **85.9** | **6,300** | **10.5** |
| **TOTAL**[b] | **26,200** | **9.22** | **0.656** | **21.7** | **0.237** | **75.5** | **26,300** | **9.19** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note: the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003325

*Emission Inventory Examples*

## 8.3     Refining

### 8.3.1  Refinery

Facility Description:  A refining facility in the UK consists of an oil refinery with a hydrogen plant. The refinery also has a catalytic cracking unit.

Throughput:  The refinery has a capacity of 250,000 bbl crude/day, assuming an uncertainty of ±5%, based on engineering judgment.

Operations:  The combustion sources are fired with either refinery fuel gas or natural gas.  The gas compositions are presented in Table 8-31.  The refinery fuel gas has a heating value of 1,119 Btu/scf; the natural gas has a heating value of 1,050 Btu/scf, assuming an uncertainty of ±4% for both the refinery fuel and natural gas heating values, based on engineering judgment.  The refinery fuel gas feed rate is $4,000 \times 10^6$ scf/yr; the natural gas feed rate is $6,600 \times 10^6$ scf/yr.

### Table 8-31.  Refinery Fuel Streams

| Gas Compound | Volume % | | | |
| --- | --- | --- | --- | --- |
| | Natural Gas | Uncertainty[a] (±%) | Refinery Fuel Gas | Uncertainty[a] (±%) |
| $CO_2$ | 0.6 | 4 | | |
| $N_2$ | 0.5 | 4 | | |
| $H_2$ | | | 30 | 4 |
| $CH_4$ | 94.4 | 4 | 35 | 4 |
| $C_2H_6$ | 3.4 | 4 | 31 | 4 |
| $C_3H_8$ | 0.6 | 4 | 3 | 4 |
| $C_4H_{10}$ | 0.5 | 4 | 1 | 4 |
| $C_5H_{12}$ | | | | |
| C6+ | | | | |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
Note: the values shown above are for example only.  They do not reflect average operations.

The average molecular weight and heating value of gas flared is 72 lb/lbmole and 4,009 Btu/scf, respectively based on assuming the properties of pentane.  An uncertainty of ±10% is assumed for

BLM_0003326

*Emission Inventory Examples*

the molecular weight and ±25% for the heating value, based on engineering judgment.  The carbon content of the flared gas is assumed to be 83.24 wt % carbon, also based on the assumption that the flared gas is mostly pentane, assuming an uncertainty of ±4%, based on engineering judgment.

The facility imported 76,000 MW-hrs of electricity for the inventory year.  The refinery has the emission sources listed in Table 8-32.  Equipment at the site that do not have greenhouse gas emissions are also included in Table 8-32.

©2009 American Petroleum Institute

BLM_0003327

## Table 8-32.  Refinery Emissions Sources

| Source | Fuel Type | No. of Units | Uncertainty[a] (±%) | Total Fuel Consumed (scf/yr) | Uncertainty[a] (±%) | Annual Activity Factor | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| *Combustion Sources* | | | | | | | |
| Boilers and heaters | Refinery Fuel Gas | N/A | | $20,018 \times 10^6$ | 5 | N/A | |
| IC engines (2-cycle lean burn) | Natural Gas | N/A | | $640 \times 10^6$ | 5 | N/A | |
| Gas turbines | Natural Gas | N/A | | $6,800 \times 10^6$ | 5 | N/A | |
| Flaring | Mostly Pentane | N/A | | N/A | | $2,400,000 \times 10^6$ Btu/yr | 10 |
| Incinerators (sulfur recovery unit, tail gas treatment unit) | Refinery Fuel Gas; Waste Gas | 4 | 0 | 10 | 5 | $344,000 \times 10^6$ Btu/yr | 11.2 |
| Vehicle | Gasoline | 10 trucks | 0 | N/A | | 14,250 gal/yr | 10 |
| *Vented Sources* | | | | | | | |
| Hydrogen plant | Natural Gas | N/A | | N/A | | $6,600 \times 10^6$ scfy | 15 |
| | Refinery Fuel Gas | N/A | | N/A | | $4,000 \times 10^6$ scfy | 15 |
| FCCU regenerator[b] | Coke (~91 wt% carbon) | 1 | 0 | N/A | | 589,778 tonne coke/yr | 15 |
| Storage tanks | Crude Oil | Not Given | | N/A | | $91.25 \times 10^6$ bbl/yr | 15 |
| Maintenance/turnaround activities | N/A – Vented to flare. | | | | | | |
| Fire suppression | HFC-227ea | N/A | | N/A | | 145 lbs | 5 |

©2009 American Petroleum Institute

BLM_0003328

## Table 8-32.  Refinery Emissions Sources, continued

| Source | Fuel Type | No. of Units | Uncertainty[a] (±%) | Total Fuel Consumed | Uncertainty[a] (±%) | Annual Activity Factor | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| *Fugitive Sources* | | | | | | | |
| Equipment leaks | Other | N/A | | N/A | | N/A | |
| | Refinery Fuel Gas | N/A | | N/A | | N/A | |
| | Natural Gas | N/A | | N/A | | N/A | |
| Vehicle refrigeration | R-134a | 10 trucks | 0 | N/A | | Unknown | |
| *Indirect Sources* | | | | | | | |
| Imported electricity | N/A | N/A | | N/A | | 76,000 MW-hr/yr | 2 |
| Electricity cogeneration | N/A | N/A | | N/A | | 245,100 MW-hr (Total) 207,150 MW-hr (Refinery) | 2; 2 |
| Steam cogeneration | N/A | N/A | | N/A | | 1,375,000 MMBtu (Total) | 10 |

Footnotes:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.
[b] Annual activity factor was calculated previously by the facility.
Note:  the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003329

*Emission Inventory Examples*

The remainder of this subsection presents emission calculations for the sources identified in Table 8-32 and a summary of facility emissions (presented at the end of this subsection).

## Stationary Combustion Devices – $CO_2$ Emissions

Carbon dioxide emissions from combustion are calculated using the gas composition approach provided in Section 4.3. First, the fuel analysis is converted from a molar basis to a mass basis, as shown in Exhibits 3.3 and 3.4. The molecular weight of the mixture is calculated below using Equation 3-8, for the refinery natural gas stream:

$$MW_{Mixture} = \begin{bmatrix} (0.6 \times 44.01) + (0.5 \times 28.01) + (0 \times 2.02) + (94.4 \times 16.04) \\ + (3.4 \times 30.07) + (0.6 \times 44.10) + (0.5 \times 58.12) \end{bmatrix} \div 100 = 17.12 \text{ lb/mole}$$

The individual weight percents are then calculated by rearranging Equation 3-7. The calculation is shown below for $CH_4$ in the refinery natural gas stream.

$$Wt.\%_{CH_4} = \frac{94.4 \text{ lbmole CH}_4}{100 \text{ lbmole mixture}} \times \frac{\left( \dfrac{16.04 \text{ lb CH}_4}{\text{lbmole CH}_4} \right)}{\left( \dfrac{17.12 \text{ lb mixture}}{\text{lbmole mixture}} \right)} = \frac{0.8843 \text{ lb CH}_4}{\text{lb mixture}} = 88.43 \text{ wt. \% CH}_4$$

To calculate emissions, the carbon contents of the fuel compositions provided in Table 8-31 are calculated. The first step is to calculate the carbon content of the individual components, using Equation 4-9. The carbon content calculation for an individual component is shown below for ethane ($C_2H_6$).

$$Wt\% \, C_{C_2H_6} = \frac{12.01 \text{ lb C}}{\text{lbmole C}} \times \frac{2 \text{ lbmoles C}}{\text{lbmole C}_2\text{H}_6} \times \frac{\text{lbmole C}_2\text{H}_6}{30.07 \text{ lb C}_2\text{H}_6} \times 100\% = 79.9\% \text{ C}$$

After the calculation has been performed for all constituents, the carbon content for the mixture is calculated using Equation 4-10, as shown below (for the refinery natural gas stream):

$$Wt\% \, C_{Mixture} = \frac{1}{100} \times \begin{bmatrix} (1.54 \times 0) + (0.82 \times 28.3) + (0 \times 0) + (88.43 \times 74.9) + (5.97 \times 79.9) \\ + (1.55 \times 81.7) + (1.70 \times 82.7) + (0 \times 83.2) + (0 \times 83.6) \end{bmatrix}$$

$$= 74.07 \text{ Wt\% C} = 0.7407 \text{ lb C/lb fuel}$$

©2009 American Petroleum Institute

BLM_0003330

*Emission Inventory Examples*

Completing the calculations for the natural gas analysis results in the fuel specific molecular weight and carbon content below:

| Compound | Mole % | MW | Wt% (Calculated) | Uncertainty[a] (±%) | Compound Carbon Content (wt%C) | Mixture Carbon Content (wt%C) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 0.6 | 44.01 | 1.54 | 5.35 | | | 5.35 |
| $N_2$ | 0.5 | 28.01 | 0.82 | 5.35 | 27.3 | 0.421 | NA |
| $H_2$ | 0 | 2.02 | 0 | NA | 0 | 0 | NA |
| $CH_4$ | 94.4 | 16.04 | 88.43 | 5.35 | 0 | 0 | 5.35 |
| $C_2H_6$ | 3.4 | 30.07 | 5.97 | 5.35 | 74.9 | 66.2 | 5.35 |
| $C_3H_8$ | 0.6 | 44.01 | 1.55 | 5.35 | 79.9 | 4.77 | 5.35 |
| $C_4H_{10}$ | 0.5 | 58.12 | 1.70 | 5.35 | 81.7 | 1.26 | 5.35 |
| $C_5H_{12}$ | 0 | 72.15 | 0 | NA | 82.7 | 1.40 | NA |
| C6+ | 0 | 86.18 | 0 | NA | 83.2 | 0 | NA |
| | | | | | 83.6 | 0 | |
| Fuel Mixture | 100 | 17.12 ±3.55%[a] | 100.0 | | | 74.07 | 4.79 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

Completing the calculations for the refinery fuel gas analysis results in the fuel specific molecular weight and carbon content below:

| Compound | Mole % | MW | Wt% (Calculated) | Uncertainty[a] (±%) | Compound Carbon Content (wt%C) | Mixture Carbon Content (wt%C) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 0 | 44.01 | 0 | NA | 27.3 | 0 | NA |
| $N_2$ | 0 | 28.01 | 0 | NA | 0 | 0 | NA |
| $H_2$ | 30 | 2.02 | 3.47 | 4.73 | 0 | 0 | NA |
| $CH_4$ | 35 | 16.04 | 32.18 | 4.73 | 74.9 | 24.1 | 4.73 |
| $C_2H_6$ | 31 | 30.07 | 53.43 | 4.73 | 79.9 | 42.7 | 4.73 |
| $C_3H_8$ | 3 | 44.10 | 8.58 | 4.73 | 81.7 | 6.19 | 4.73 |
| $C_4H_{10}$ | 1 | 58.12 | 3.33 | 4.73 | 82.7 | 2.75 | 4.73 |
| $C_5H_{12}$ | 0 | 72.15 | 0 | NA | 83.2 | 0 | 2.52 |
| C6+ | 0 | 86.18 | 0 | NA | 83.6 | 0 | 2.52 |
| Fuel Mixture | 100 | 17.45 ±2.52%[a] | 100.0 | | | 75.73 | 3.09 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

Carbon dioxide emissions can then be calculated using a mass balance approach.  Emissions are calculated as follows, by equipment type.

©2009 American Petroleum Institute

BLM_0003331

*Emission Inventory Examples*

**Boilers and Heaters:**

$$E_{CO_2} = \frac{40,895.9 \times 10^6 \text{scf fuel}}{\text{yr}} \times \frac{\text{lbmole fuel}}{379.3 \text{ scf fuel}} \times \frac{17.45 \text{ lb fuel}}{\text{lbmole fuel}} \times \frac{0.7573 \text{ lb C}}{\text{lb fuel}} \times \frac{\text{lbmole C}}{12.01 \text{ lb C}}$$

$$\times \frac{\text{lbmole CO}_2}{\text{lbmole C}} \times \frac{44.01 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 2,368,000 \text{ tonnes CO}_2/\text{yr}}$$

**Engines and Turbines:**

$$E_{CO_2} = \left( \frac{640 \times 10^6 \text{scf fuel}}{\text{yr}} + \frac{6,800 \times 10^6 \text{scf fuel}}{\text{yr}} \right) \times \frac{\text{lbmole fuel}}{379.3 \text{ scf fuel}} \times \frac{17.12 \text{ lb fuel}}{\text{lbmole fuel}} \times \frac{0.7407 \text{ lb C}}{\text{lb fuel}} \times \frac{\text{lbmole C}}{12.01 \text{ lb C}}$$

$$\times \frac{\text{lbmole CO}_2}{\text{lbmole C}} \times \frac{44.01 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 413,400 \text{ tonnes CO}_2 / \text{yr}}$$

## Stationary Combustion Devices – $CH_4$, $N_2O$, and $CO_2e$ Emissions

The "Heater – Refinery fuel gas (High $H_2$-content gas)" emission factors from Table 4-7 are used for the refinery fuel gas combustion equipment. Nitrous oxide emission factors for controlled natural gas heaters (also taken from Table 4-7) are used in the absence of refinery fuel gas emission factors. An uncertainty of ±25% is assumed for all $CH_4$ emission factors and ±150% for all $N_2O$ emission factors, based on engineering judgment. Emission factors are provided in Table 4-9 for 2-cycle lean burn engines and controlled (SCR) turbines. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Because the $CO_2$ emissions from natural gas combustion were calculated on a fuel basis (not by equipment), $CO_2e$ emissions are also calculated on a fuel basis. Emissions from steam consumption are calculated as follows, by equipment type.

©2009 American Petroleum Institute

BLM_0003332

*Emission Inventory Examples*

**Boilers and Heaters:**

$$E_{CH_4} = \frac{40,896 \times 10^6 \text{ scf}}{yr} \times \frac{1,119 \text{ Btu}}{scf} \times \frac{2.27 \times 10^{-7} \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$\underline{E_{CH_4} = 10.4 \text{ tonnes } CH_4 / yr}$$

$$E_{N_2O} = \frac{40,896 \times 10^6 \text{ scf}}{yr} \times \frac{1,119 \text{ Btu}}{scf} \times \frac{3.69 \times 10^{-8} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 1.69 \text{ tonnes } N_2O / yr}$$

$$E_{CO_2e} = \frac{2,368,000 \text{ tonne } CO_2}{yr} + \left( \frac{10.4 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{tonne \ CH_4} \right)$$
$$+ \left( \frac{1.69 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{tonne \ N_2O} \right)$$

$$\underline{E_{CO_2e} = 2,369,000 \text{ tonne } CO_2e/yr}$$

**Natural Gas IC Engines**:

$$E_{CH_4} = \frac{640 \times 10^6 \text{ scf}}{yr} \times \frac{1,050 \text{ Btu}}{scf} \times \frac{0.00066 \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$\underline{E_{CH_4} = 444 \text{ tonnes } CH_4/yr}$$

$$E_{N_2O} = \frac{640 \times 10^6 \text{ scf}}{yr} \times \frac{1,050 \text{ Btu}}{scf} \times \frac{9.50 \times 10^{-8} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.0638 \text{ tonnes } N_2O/yr}$$

©2009 American Petroleum Institute

BLM_0003333

*Emission Inventory Examples*

**Natural Gas Turbines:**

$$E_{CH_4} = \frac{6,800 \times 10^6 \text{ scf}}{yr} \times \frac{1,050 \text{ Btu}}{scf} \times \frac{3.9 \times 10^{-6} \text{ tonne CH}_4}{10^6 \text{ Btu}}$$

$$\underline{E_{CH_4} = 27.8 \text{ tonnes CH}_4/yr}$$

$$E_{N_2O} = \frac{6,800 \times 10^6 \text{ scf}}{yr} \times \frac{1,050 \text{ Btu}}{scf} \times \frac{1.4 \times 10^{-6} \text{ tonne N}_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 10.0 \text{ tonnes N}_2O/yr}$$

**Natural Gas Combustion CO₂e Emissions:**

$$E_{CO_2e} = \frac{413,400 \text{ tonne CO}_2}{yr} + \left( \frac{444 \text{ tonne CH}_4}{yr} + \frac{27.8 \text{ tonne CH}_4}{yr} \right)$$

$$\times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} + \left( \frac{0.0638 \text{ tonne N}_2O}{yr} + \frac{10.0 \text{ tonne N}_2O}{yr} \right) \times \frac{310 \text{ tonne CO}_2e}{\text{tonne N}_2O}$$

$$\underline{E_{CO_2e} = 426,500 \text{ tonne CO}_2e/yr}$$

## Combustion Sources – Flares

Flaring emissions are calculated based on the guidance in Section 4.6. Methane emissions are calculated using the emission factor provided in Table 4-11, which is based on the barrels of crude feed to the refinery, assuming an uncertainty of ±25%, based on engineering judgment. Carbon dioxide emissions are based on the quantity of gas flared, assuming 98% combustion efficiency assuming a ±20% uncertainty, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

©2009 American Petroleum Institute

BLM_0003334

*Emission Inventory Examples*

$$E_{CH_4} = \frac{250,000 \text{ bbl}}{\text{day}} \times \frac{365 \text{ days}}{\text{yr}} \times \frac{3.63 \times 10^{-6} \text{ tonne CH}_4}{1000 \text{ bbl}}$$

$$\underline{E_{CH_4} = 0.331 \text{ tonnes CH}_4/\text{yr}}$$

$$E_{CO_2} = \frac{2,400,000 \times 10^6 \text{ Btu gas}}{\text{yr}} \times \frac{\text{scf}}{4009 \text{ Btu}} \times \frac{\text{lbmole gas}}{379.3 \text{ scf gas}} \times \frac{72 \text{ lb gas}}{\text{lbmole gas}} \times \frac{0.8324 \text{ lb C}}{\text{lb gas}}$$

$$\times \frac{\text{lbmole C}}{12.01 \text{ lb C}} \times \frac{0.98 \text{ lbmole CO}_2 \text{ formed}}{\text{lbmole C combusted}} \times \frac{44.01 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 154,100 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e} = \frac{154,100 \text{ tonne CO}_2}{\text{yr}} + \left( \frac{0.330 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e} = 154,100 \text{ tonne CO}_2e/\text{yr}}$$

## Combustion Sources – Incinerators

Incinerator emissions result from both combustion emissions and from the untreated (uncombusted) portion of the waste gas. The treatment efficiency of the waste gas is assumed to be 99.9%. Carbon dioxide emissions are estimated using a mass balance approach. Because the waste gas composition is unknown, only $CH_4$ emissions from combustion are estimated (uncombusted $CH_4$ emissions are not estimated). Methane emissions are estimated using the "Heater – Refinery fuel gas (High $H_2$ content)" emission factors given in Table 4-7, assuming an uncertainty of ±25%, based on engineering judgment. In the absence of a refinery fuel gas $N_2O$ factor, the $N_2O$ emission factor for the natural gas boiler/heater (provided in Table 4-7) is used for conservatism, assuming an uncertainty of ±150%, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

©2009 American Petroleum Institute

BLM_0003335

*Emission Inventory Examples*

$$E_{CO_2} = \frac{307 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{\text{lbmole}}{379.3 \text{ scf fuel}} \times \frac{17.45 \text{ lb fuel}}{\text{lbmole fuel}} \times \frac{0.7573 \text{ lb C}}{\text{lb fuel}} \times \frac{\text{lbmole C}}{12.01 \text{ lb C}} \times \frac{\text{lbmole } CO_2}{\text{lbmole C}}$$
$$\times \frac{44.01 \text{ lb } CO_2}{\text{lbmole } CO_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 17,800 \text{ tonnes } CO_2 / \text{yr}}$$

$$E_{CH_4} = \frac{307 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{1,119 \text{ Btu}}{\text{scf}} \times \frac{2.27 \times 10^{-7} \text{ tonne } CH_4}{10^6 \text{ Btu}}$$

$$\underline{E_{CH_4} = 0.0780 \text{ tonnes } CH_4 / \text{yr}}$$

$$E_{N_2O} = \frac{307 \times 10^6 \text{ scf}}{\text{yr}} \times \frac{1,119 \text{ Btu}}{\text{scf}} \times \frac{3.69 \times 10^{-8} \text{ tonne } N_2O}{10^6 \text{ Btu}}$$

$$\underline{E_{N_2O} = 0.0127 \text{ tonnes } N_2O / \text{yr}}$$

$$E_{CO_2e} = \frac{17,800 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{0.0780 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.0127 \text{ tonne } N_2O}{\text{yr}} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 17,800 \text{ tonne } CO_2e/\text{yr}}$$

## Combustion Sources –Vehicle Emissions

The emission factor for $CO_2$ for motor gasoline is presented in Table 4-3, assuming an uncertainty of ±10%, based on engineering judgment. Because the $CO_2$ emission factor is on a heat basis, the volume of fuel consumed is converted to energy input using the heating value of gasoline provided in Table 3-8, assuming an uncertainty of ±5%, based on engineering judgment. Methane and $N_2O$ emission factors are in Table 4-17, assuming an uncertainty of ±150%, based on engineering judgment. It is assumed the vehicles are Tier 1 vehicles. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Vehicle emissions are calculated as follows.

©2009 American Petroleum Institute

BLM_0003336

$$V = \frac{14{,}250 \text{ gal}}{\text{yr}} \times \frac{\text{bbl}}{42 \text{ gal}} \times \frac{5.25 \times 10^6 \text{ Btu}}{\text{bbl}} = 1{,}781 \times 10^6 \text{ Btu/yr-truck}$$

$$E_{CO_2} = \frac{1{,}781 \times 10^6 \text{ Btu}}{\text{yr}} \times \frac{0.0709 \text{ tonne } CO_2}{1 \times 10^6 \text{ Btu}}$$

$$E_{CO_2} = 126 \text{ tonne } CO_2/\text{yr}$$

$$E_{CH_4} = \frac{14{,}250 \text{ gal}}{\text{yr}} \times \frac{4.5 \times 10^{-4} \text{tonne } CH_4}{\text{Mgal}} \times \frac{\text{Mgal}}{1000 \text{ gal}}$$

$$E_{CH_4} = 0.00641 \text{ tonne } CH_4/\text{yr}$$

$$E_{N_2O} = \frac{14{,}250 \text{ gal}}{\text{yr}} \times \frac{6.1 \times 10^{-4} \text{tonne } N_2O}{\text{Mgal}} \times \frac{\text{Mgal}}{1000 \text{ gal}}$$

$$E_{N_2O} = 0.00869 \text{ tonne } N_2O/\text{yr}$$

$$E_{CO_2e} = \frac{126 \text{ tonne } CO_2}{\text{yr}} + \left( \frac{0.00641 \text{ tonne } CH_4}{\text{yr}} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{0.00869 \text{ tonne } N_2O}{\text{yr}} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$E_{CO_2e} = 129 \text{ tonne } CO_2e/\text{yr}$$

## Vented Emissions – Hydrogen Plant

Carbon dioxide emissions from the hydrogen plant are calculated using Equation 5-8, based on the feed rate and compositions of the feed streams. The carbon contents of the streams were calculated under "Stationary Combustion Devices – $CO_2$ Emissions." Carbon dioxide emissions are the same as the $CO_2e$ emissions if there are no $CH_4$, $N_2O$, or other emissions.

$$\left( E_{CO_2e} = E_{CO_2} \right)$$

©2009 American Petroleum Institute

BLM_0003337

*Emission Inventory Examples*

Emissions are calculated below for each of the by gas streams.

**Natural gas:**

$$E_{CO_2} = \frac{6,600 \times 10^6 \text{ scf fuel}}{yr} \times \frac{\text{lbmole fuel}}{379.3 \text{ scf fuel}} \times \frac{17.12 \text{ lb fuel}}{\text{lbmole fuel}} \times \frac{0.7407 \text{ lb C}}{\text{lb fuel}} \times \frac{\text{lbmole C}}{12.01 \text{ lb C}}$$

$$\times \frac{1 \text{ lbmole CO}_2}{\text{lbmole C}} \times \frac{44.01 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 366,800 \text{ tonnes CO}_2/yr}$$

**Refinery fuel gas:**

$$E_{CO_2} = \frac{4,000 \times 10^6 \text{ scf fuel}}{yr} \times \frac{\text{lbmole fuel}}{379.3 \text{ scf fuel}} \times \frac{17.45 \text{ lb fuel}}{\text{lbmole fuel}} \times \frac{0.7573 \text{ lb C}}{\text{lb fuel}} \times \frac{\text{lbmole C}}{12.01 \text{ lb C}}$$

$$\times \frac{1 \text{ lbmole CO}_2}{\text{lbmole C}} \times \frac{44.01 \text{ lb CO}_2}{\text{lbmole CO}_2} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$\underline{E_{CO_2} = 231,600 \text{ tonnes CO}_2/yr}$$

Vented Emissions – Catalytic Cracking Regenerator Vent

Carbon dioxide emissions from the catalytic cracking regenerator vent are estimated using Equation 5-4 because of a lack of data required for the other emission calculation approaches. It is assumed $CH_4$ is not formed during the regeneration process. Carbon dioxide emissions are the same as the $CO_2e$ emissions if there are no $CH_4$, $N_2O$, or other emissions.

$$E_{CO_2} = \frac{589,778 \text{ tonnes coke burned}}{yr} \times \frac{0.91 \text{ lb C}}{\text{lb Coke}} \times \frac{44.01 \text{ lb CO}_2}{12.01 \text{ lb C}}$$

$$\underline{E_{CO_2} = 1,960,000 \text{ tonnes CO}_2/yr}$$

BLM_0003338

## Vented Sources – Storage Tanks

Liquids stored at the facility are refined petroleum products, which contain no $CH_4$ or $CO_2$. Therefore, there are no $CH_4$ or $CO_2$ emissions from these tanks.

## Vented Sources – Loading and Transit Operations

The fuel types transported in association with this facility are refined petroleum products, which contain no $CH_4$ or $CO_2$. Therefore, there are no $CH_4$ or $CO_2$ emissions from transport (or other handling) of these materials.

## Vented Sources – Maintenance/Turnaround Emissions

As noted in Section 5.7.6, non-routine related activities at refineries typically vent to the fuel gas system or a flare. Thus, these activities are included with the flare emissions calculated under Combustion Sources – Flare.

## Vented Sources – Fire Suppression

Emissions from fire suppression are calculated using a mass balance approach. Carbon dioxide equivalent emissions are calculated using the GWP for HFC-227ea provided in Table 3-1. There are no uncertainties for any of the GWPs.

$$E_{HFC-227ea} = \frac{145 \text{ lb HFC-227 ea}}{yr} \times \frac{\text{tonne HFC-227 ea}}{2{,}204.62 \text{ lb}}$$

$$E_{HFC-227ea} = 0.0658 \text{ tonne HFC-227 ea/yr}$$

$$E_{CO_2e} = \frac{0.0658 \text{ tonne HFC-227 ea}}{yr} \times \frac{2{,}900 \text{ tonne CO}_2e}{\text{tonne HFC-227 ea}}$$

$$E_{CO_2e} = 191 \text{ tonne CO}_2e/yr$$

©2009 American Petroleum Institute

BLM_0003339

## Fugitive Sources – Equipment Leaks

The non-fuel gas system components handle liquids such as refined petroleum products, which do not contain $CH_4$ or $CO_2$. Therefore, there are no $CH_4$ or $CO_2$ emissions from non-fuel gas system components. Methane emission factors for leaks from refinery fuel gas and natural gas system components are presented in Table 6-2, assuming an uncertainty of ±300%, based on engineering judgment. Carbon dioxide emissions are calculated by using a ratio of the facility $CH_4$ and $CO_2$ content. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs. Emissions are calculated below for each of the gas systems.

**Refinery fuel gas:**

$$E_{CH_4\text{-fuel gas}} = \frac{250,000 \text{ bbl crude}}{day} \times \frac{365 \text{ day}}{yr} \times \frac{1.41 \times 10^{-6} \text{ tonne CH}_4}{bbl \text{ crude}}$$

$$E_{CH_4\text{-fuel gas}} = 129 \text{ tonne CH}_4/yr$$

$$E_{CO_2 \text{ fuel gas}} = \frac{250,000 \text{ bbl crude}}{day} \times \frac{365 \text{ day}}{yr} \times \frac{1.41 \times 10^{-6} \text{ tonne CH}_4}{bbl \text{ crude}} \times \frac{0.00 \text{ tonne CO}_2}{0.3218 \text{ tonne CH}_4}$$

$$E_{CO_2 \text{ fuel gas}} = 0.00 \text{ tonnes CO}_2/yr$$

$$E_{CO_2e \text{ Fuel gas}} = 0.00 \text{ tonnes CO}_2/yr + \left( \frac{129 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$E_{CO_2e \text{ Fuel gas}} = 2,700 \text{ tonne CO}_2e/yr$$

**Natural gas:**

$$E_{CH_4\text{-natural gas}} = \frac{250,000 \text{ bbl crude}}{day} \times \frac{365 \text{ day}}{yr} \times \frac{1.01 \times 10^{-6} \text{ tonne CH}_4}{bbl \text{ crude}}$$

$$E_{CH_4\text{-natural gas}} = 92.2 \text{ tonne CH}_4/yr$$

©2009 American Petroleum Institute

BLM_0003340

*Emission Inventory Examples*

$$E_{CO_2 \text{ natural gas}} = \frac{250{,}000 \text{ bbl crude}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{1.01 \times 10^{-6} \text{tonne CH}_4}{\text{bbl crude}} \times \frac{0.0154 \text{ tonne CO}_2}{0.8843 \text{ tonne CH}_4}$$

$$\underline{E_{CO_2 \text{ natural gas}} = 161 \text{ tonnes CO}_2/\text{yr}}$$

$$E_{CO_2e \text{ natural gas}} = 161 \text{ tonnes CO}_2/\text{yr} + \left( \frac{92.2 \text{ tonne CH}_4}{\text{yr}} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$

$$\underline{E_{CO_2e \text{ natural gas}} = 2{,}100 \text{ tonne CO}_2e/\text{yr}}$$

## Fugitive Sources:  Vehicle Refrigerant

The actual vehicle capacities are unknown and therefore the capacity is assumed to be at the midpoint of the range presented in Table 6-25 for mobile air conditioning, assuming an uncertainty of ±100%, based on engineering judgment.  The percentage of capacity emitted per year is also taken from Table 6-25, assuming an uncertainty of ±50%, based on engineering judgment.  Carbon dioxide equivalent emissions are calculated using the GWP provided in Table 3-1 (for HFC-134a).  There are no uncertainties for any of the GWPs.  The calculations for fleet vehicle refrigeration are shown below.

$$E_{R\text{-}134a} = 10 \text{ truck} \times \frac{1.0 \text{ kg}}{\text{truck}} \times 20\% \times \frac{\text{tonne R-134a}}{1000 \text{ kg}}$$

$$\underline{E_{R\text{-}134a} = 0.00200 \text{ tonne R-134a/yr}}$$

$$E_{CO_2e} = \frac{0.00200 \text{ tonne R-134a}}{\text{yr}} \times \frac{1300 \text{ tonne CO}_2e}{\text{tonne R-135a}}$$

$$\underline{E_{CO_2e} = 2.60 \text{ tonne CO}_2e/\text{yr}}$$

## Indirect Sources – Electricity Consumption

Emissions associated with the electricity purchased by the facility are calculated using emission factors in Table 7-5 for the UK.  Note that most recent CH$_4$ and N$_2$O factors are for the year 2006.

©2009 American Petroleum Institute

BLM_0003341

*Emission Inventory Examples*

The uncertainties for the emission factors are assumed to be ±10% for $CO_2$ and ±100% for $CH_4$ and $N_2O$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

$$E_{CO_2} = \frac{76,000 \text{ MW-hr}}{yr} \times \frac{0.581 \text{ tonne } CO_2}{\text{megawatt-hr}}$$

$$\underline{E_{CO_2} = 44,200 \text{ tonnes } CO_2/yr}$$

$$E_{CH_4} = \frac{76,000 \text{ MW-hr}}{yr} \times \frac{2.23 \times 10^{-5} \text{ tonne } CH_4}{\text{megawatt-hr}}$$

$$\underline{E_{CH_4} = 1.70 \text{ tonnes } CH_4/yr}$$

$$E_{N_2O} = \frac{76,000 \text{ MW-hr}}{yr} \times \frac{9.14 \times 10^{-5} \text{ tonne } N_2O}{\text{megawatt-hr}}$$

$$\underline{E_{N_2O} = 6.95 \text{ tonnes } N_2O/yr}$$

$$E_{CO_2e} = \frac{44,200 \text{ tonne } CO_2}{yr} + \left( \frac{1.70 \text{ tonne } CH_4}{yr} \times \frac{21 \text{ tonne } CO_2e}{\text{tonne } CH_4} \right)$$
$$+ \left( \frac{6.95 \text{ tonne } N_2O}{yr} \times \frac{310 \text{ tonne } CO_2e}{\text{tonne } N_2O} \right)$$

$$\underline{E_{CO_2e} = 46,300 \text{ tonne } CO_2e/yr}$$

## Indirect Sources - Electricity Cogeneration

The refinery purchases electricity and steam from a cogeneration facility. The cogeneration facility consumes 2,950,500 MMBtu of natural gas, assuming an uncertainty of ±15%, based on engineering judgment, producing 1,375,000 million BTU steam and 245,100 megawatt-hr of electricity (gross) on an annual basis. The refinery purchases all of the steam (1,375,000 million Btu) and 207,150 MW-hr of electricity. The cogeneration facility itself requires 38,500 MW-hr to

©2009 American Petroleum Institute

BLM_0003342

operate (Parasitic load), with 5,150 megawatt-hr of electricity sold to the electric grid, assuming an uncertainty of ±2% for each parameter, based on engineering judgment.

As the actual generation efficiency is unknown, defaults from Section 7.2.1 are used instead. The efficiency of steam generation is assumed to be 80% and the efficiency of the electricity generation is assumed to be 35%, assuming an uncertainty of ±30% for each, based on engineering judgment.

Refinery cogeneration is calculated using the WRI/WBCSD efficiency allocation approach using Equations 7-5 and 7-6. Emissions are calculated in steps 1-5 below.

Step 1:  Direct (On-site) Combustion Emissions from Cogeneration:

For the cogeneration unit, emissions are calculated based on the natural gas consumed using the emission factors in Table 4-3 for $CO_2$ and Table 4-9 (uncontrolled turbines) for $CH_4$ and $N_2O$. The uncertainties for the emission factors are assumed to be ±100% for $CO_2$ and ±150% for $CH_4$ and $N_2O$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

$$E_{CO_2} = 2,950,500 \times 10^6 \text{ Btu} \times \frac{0.0531 \text{ tonnes } CO_2}{10^6 \text{ Btu natural gas}}$$

$$E_{CO_2} = 156,700 \text{ tonnes } CO_2$$

$$E_{CH_4} = 2,950,500 \times 10^6 \text{ Btu} \times \frac{3.9 \times 10^{-6} \text{ tonnes } CH_4}{10^6 \text{ Btu natural gas}}$$

$$E_{CH_4} = 11.5 \text{ tonnes } CH_4$$

$$E_{N_2O} = 2,950,500 \times 10^6 \text{ Btu} \times \frac{1.4 \times 10^{-6} \text{ tonnes } N_2O}{10^6 \text{ Btu natural gas}}$$

$$E_{N_2O} = 4.13 \text{ tonnes } N_2O$$

©2009 American Petroleum Institute

BLM_0003343

*Emission Inventory Examples*

$$E_{CO_2e} = 156{,}700 \text{ tonnes CO}_2 + \left( 11.5 \text{ tonnes CH}_4 \times \frac{21 \text{ tonnes CO}_2e}{\text{tonnes CH}_4} \right)$$

$$+ \left( 4.13 \text{ tonnes N}_2O \times \frac{310 \text{ tonnes CO}_2e}{\text{tonnes N}_2O} \right)$$

$$\underline{E_{CO_2e} = 158{,}200 \text{ tonnes CO}_2e}$$

<u>Step 2:  Define Power and Heat Production on the Same Units</u>

The electric power output from the cogeneration unit is converted from a megawatt-hr basis to Btu. The conversion factor for is provided in Table 3-4.

$$P = 245{,}100 \text{ megawatt-hr} \times \frac{1000 \text{ kilowatt-hr}}{\text{megawatt-hr}} \times \frac{\text{Btu}}{2.93071 \times 10^{-4} \text{ kilowatt-hr}}$$

$$\underline{P = 8.36 \times 10^{11} \text{ Btu (Electricity Output)}}$$

<u>Step 3:  Calculate the Emissions Allocated to Steam</u>

Emissions associated with the steam generation are calculated by applying Equation 7-5.

$$E_{Heat} = 158{,}200 \text{ tonnes CO}_2e \times \frac{\dfrac{1{,}375{,}000 \times 10^6 \text{ Btu}}{0.80}}{\dfrac{1{,}375{,}000 \times 10^6 \text{ Btu}}{0.80} + \dfrac{8.36 \times 10^{11} \text{ Btu}}{0.35}}$$

$$\underline{E_{Heat} = 66{,}200 \text{ tonnes CO}_2e}$$

<u>Step 4:  Calculate the Emissions Allocated to Electricity</u>

Applying Equation 7-6, the emissions allocated to electricity are calculated based on the difference between the total emissions and those allocated to steam.

$E_{Electricity}$ = 158,200 tonnes CO₂e (Total) – 66,200 tonnes CO₂e (Heat)

$\underline{E_{Electricity} = 92{,}000 \text{ tonnes CO}_2e}$

©2009 American Petroleum Institute

BLM_0003344

*Emission Inventory Examples*

Step 5:  Allocate Emissions for Energy Exports

The total steam and electricity emissions are estimated for exports (those energy streams consumed by the refinery) based on the ratio of the total electricity and steam generated versus the energy sold.

*$CO_2e$ Emissions for electricity sold to the refinery:*

$$E_{CO_2e, Ref} = 92,000 \text{ tonnes } CO_2e \text{ (Total Electricity)} \times \frac{207,150 \text{ megawatt-hr (Refinery)}}{245,100 \text{ megawatt-hr (Total)}}$$

$$\underline{E_{CO_2e, Ref} = 77,800 \text{ tonnes } CO_2e \text{ (Refinery)}}$$

*$CO_2e$ Emissions for electricity sold to the grid:*

$$E_{CO_2e, Grid} = 92,000 \text{ tonnes } CO_2e \text{ (Total Electricity)} \times \frac{5,150 \text{ megawatt-hr (Grid)}}{245,100 \text{ megawatt-hr (Total)}}$$

$$\underline{E_{CO_2e, Grid} = 1,930 \text{ tonnes } CO_2e \text{ (Grid)}}$$

*$CO_2e$ Emissions for steam sold to the refinery:*

$$E_{CO_2e,Ref} = 66,200 \text{ tonnes } CO_2e \text{ (Total Heat)} \times \frac{1,375,000 \times 10^6 \text{Btu (Refinery)}}{1,375,000 \times 10^6 \text{Btu (Total)}}$$

$$\underline{E_{CO_2e,Ref} = 66,200 \text{ tonnes } CO_2e \text{ (Refinery)}}$$

Step 6:  Calculate Net Cogeneration Facility Emissions

Net cogeneration facility emissions are calculated by subtracting emissions from steam and electricity sold to the refinery and electricity sold to the grid from the total emissions calculated in Step 1.

*Net Cogeneration Facility $CO_2$ Emissions:*

$$\text{Net } E_{CO_2e} = 158,200 \text{ tonnes } CO_2e - (77,800 + 1,930 + 66,200 \text{ tonnes } CO_2e)$$

$$\underline{\text{Net } E_{CO_2e} = 12,300 \text{ tonnes } CO_2e \text{ (Net)}}$$

©2009 American Petroleum Institute

BLM_0003345

The results for the allocation of emissions based on energy efficiency are shown in Table 8-33.

**Table 8-33.  Refinery Cogeneration Emission Summary – WRI/WBCSD Efficiency Allocation Approach**

|  | Emissions, tonnes $CO_2e$ | Uncertainty[a] (±%) |
|---|---|---|
| **Cogeneration Facility (Direct, Cogen)** | | |
| Direct Emissions from Fuel Consumption | 158,200 | 100 |
| Emissions Associated with Electricity Sold to the Grid (Direct, Cogen, and Indirect, Grid Consumer) | 1,930 | 189 |
| Net Facility Emissions | 12,300 | 1,850 |
| **Refinery Emissions (Direct, Cogen; Indirect, Refinery)** | | |
| Purchased Electricity | 77,800 | 189 |
| Purchased Steam | 66,200 | 108 |

Footnote:
[a] Uncertainty is at a 95% confidence interval.
Note:  the values shown above are for example only.  They do not reflect average operations.

Facility Summary

Total emissions for this case are summarized in Table 8-34.  A summary of the emissions for this facility is given in Figure 8-7.



**Figure 8-7.  Refinery Summary of Emissions**

BLM_0003346

*Emission Inventory Examples*

## Table 8-34. Refinery Emissions

| Source | CO$_2$ Emissions (tonnes/yr) | CO$_2$ Uncertainty[a] (±%) | CH$_4$ Emissions (tonnes/yr) | CH$_4$ Uncertainty[a] (±%) | N$_2$O Emissions (tonnes/yr) | N$_2$O Uncertainty[a] (±%) | CO$_2$e Emissions (tonnes/yr) | CO$_2$e Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| ***Combustion Sources*** | **2,950,000** | **4.72** | **482** | **23.8** | **11.8** | **129** | **2,967,000** | **4.70** |
| Power (steam) boilers | | | 10.4 | 25.5 | 1.69 | 150 | | |
| Process heaters | 2,368,000 | 5.25 | | | | | 2,369,000 | 5.25 |
| FCCU CO boiler | | | | | | | | |
| IC engines | | | 444 | 25.8 | 0.0638 | 150 | | |
| Gas turbines | 413,400 | 7.53 | 27.8 | 25.8 | 10.0 | 150 | 426,500 | 7.40 |
| Flaring | 154,100 | 35.2 | 0.331 | 25.5 | N/A | | 154,100 | 35.2 |
| Incinerators (sulfur recovery unit, tail gas treatment unit) | 17,800 | 5.65 | 0.0780 | 25.0 | 0.0127 | 150 | 17,800 | 5.65 |
| Vehicle | 12.6 | 15.0 | 0.000641 | 150 | 0.000869 | 150 | 12.9 | 15.0 |
| ***Vented Sources*** | **2,558,000** | **12.3** | **N/A** | | **N/A** | | **2,558,000** | **12.3** |
| Hydrogen plant – natural gas feed | 366,800 | 16.1 | N/A | | N/A | | 366,800 | 16.1 |
| Hydrogen plant – refinery fuel gas feed | 231,600 | 15.5 | N/A | | N/A | | 231,600 | 15.5 |
| FCCU regenerator | 1,960,000 | 15.8 | N/A | | N/A | | 1,960,000 | 15.8 |
| Storage tanks | No GHG Emissions | | | | | | | |
| Maintenance/turnaround activities | Included w/ Flaring | | | | | | | |
| Fire suppression | N/A | | N/A | | N/A | | 191 | 5.00 |
| ***Fugitive Sources*** | **161** | **300** | **221** | **215** | **N/A** | | **4,800** | **208** |
| Other equipment leaks | No GHG Emissions | | | | | | | |
| Fuel gas equipment leaks | N/A | | 129 | 300 | N/A | | 2,700 | 300 |
| Natural gas equipment leaks | 161 | 300 | 92.2 | 300 | N/A | | 2,100 | 278 |
| Vehicle refrigeration | N/A | | N/A | | N/A | | 2.60 | 112 |
| ***Indirect Sources*** | **44,200** | **10.2** | **1.69** | **100** | **6.95** | **100** | **190,300** | **85.9** |
| Imported electricity | 44,200 | 10.2 | 1.69 | 100 | 6.95 | 100 | 46,300 | 10.8 |
| Electricity cogeneration | N/A | | N/A | | N/A | | 77,800 | 189 |
| Steam cogeneration | N/A | | N/A | | N/A | | 66,200 | 108 |
| **TOTAL - Direct**[b] | **5,512,00** | **6.26** | **703** | **69.5** | **11.8** | **129** | **5,531,000** | **6.24** |
| **TOTAL - Indirect**[b] | **44,200** | **10.2** | **1.69** | **100** | **6.95** | **100** | **190,300** | **85.9** |
| **TOTAL**[b] | **5,556,000** | **6.21** | **705** | **69.3** | **18.7** | **89.4** | **5,721,000** | **6.67** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note: the values shown above are for example only. They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003347

## 8.4    Retail

### 8.4.1  Retail

Facility Description:  A convenience store in central California has gasoline and diesel fuel storage tanks for automobile refueling.

Operations:  The facility purchases 315,920 kWh/yr of electricity from the grid.  Table 8-35 summarizes the emission sources associated with this facility.  Equipment at the site that do not have GHG emissions are also included in Table 8-35.

BLM_0003348

*Emission Inventory Examples*

## Table 8-35.  Retail Emissions Sources

| Source | Fuel/Refrigerant | No. of Units | Uncertainty[a] (±%) | Average Firing Rate per unit (10^6 Btu/hr) | Uncertainty[a] (±%) | Average Operating Hours per Unit (hr/yr) | Uncertainty[a] (±%) | Activity Factor (total) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|---|
| *Combustion Sources* | | | | | | | | | |
| There are no combustion sources associated with this facility. | | | | | | | | | |
| *Vented Sources* | | | | | | | | | |
| Underground storage tanks | Diesel | 1 | 0 | N/A | | N/A | | N/A | |
| | Gasoline | 2 | 0 | N/A | | N/A | | N/A | |
| Passenger vehicle loading | Diesel | N/A | | N/A | | N/A | | N/A | |
| | Gasoline | N/A | | N/A | | N/A | | N/A | |
| *Fugitive Sources* | | | | | | | | | |
| A/C unit | R-410A | 1 | 0 | N/A | | N/A | | N/A | |
| *Indirect Sources* | | | | | | | | | |
| Imported electricity | N/A | N/A | | N/A | | N/A | | 315,920 kWh/yr | 2 |

Footnote:
[a] Uncertainty is based on engineering judgment at a 95% confidence interval.

Note:  the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003349

The remainder of this subsection presents emission calculations for the sources identified in Table 8-35 and a summary of facility emissions (presented at the end of this subsection).

## Combustion Sources

There are no combustion sources associated with this facility.

## Vented Sources – Storage Tank Emissions

Gasoline and diesel, the two fuels stored at the facility, are refined petroleum products. Refined petroleum products do not contain $CH_4$ or $CO_2$. Therefore, no $CH_4$ or $CO_2$ emissions result from the storage tanks at this facility.

## Vented Sources – Passenger Vehicle Loading

Gasoline and diesel, the two fuels loaded at the facility, are refined petroleum products. Refined petroleum products do not contain $CH_4$ or $CO_2$. Therefore, no $CH_4$ or $CO_2$ emissions result from the refueling operations at this facility.

## Fugitive Sources – Air Conditioning

As the actual air conditioning (A/C) unit capacity is unknown, the capacity is assumed to be the midpoint of the range presented in Table 6-25 for commercial air conditioning, assuming an uncertainty of ±100%, based on engineering judgment. The percentage of capacity emitted per year is also taken from Table 6-25, assuming an uncertainty of ±50%, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWP provided in Table 6-26. There are no uncertainties for any of the GWPs. The calculation for A/C emissions is shown below.

$$E_{R\text{-}410A} = 1 \text{ A/C Unit} \times \frac{50.25 \text{ kg}}{\text{A/C Unit}} \times 10\% \times \frac{\text{tonne R-410A}}{1000 \text{ kg}}$$

$$\underline{E_{R\text{-}410A} = 0.00503 \text{ tonne R-410A/yr}}$$

©2009 American Petroleum Institute

BLM_0003350

$$E_{CO_2e} = \frac{0.00503 \text{ tonne R-410A}}{yr} \times \frac{1725 \text{ tonne CO}_2e}{\text{tonne R-410A}}$$

$$\underline{E_{CO_2e} = 8.67 \text{ tonne CO}_2e}$$

## Indirect Sources - Electricity Consumption

Central California is in the eGrid subregion WECC California. Carbon dioxide, $CH_4$, and $N_2O$ emissions are calculated using the emission factors provided in Table 7-2. The uncertainties for the emission factors are assumed to be $\pm 10\%$ for $CO_2$ and $\pm 100\%$ for $CH_4$ and $N_2O$, based on engineering judgment. Carbon dioxide equivalent emissions are calculated using the GWPs provided in Table 3-1. There are no uncertainties for any of the GWPs.

$$E_{CO_2} = 315,920 \text{ kWh} \times \frac{MWh}{1,000 \text{ kWh}} \times \frac{0.328 \text{ tonne CO}_2}{MWh}$$

$$\underline{E_{CO_2} = 104 \text{ tonne CO}_2/yr}$$

$$E_{CH_4} = 315,920 \text{ kWh} \times \frac{MWh}{1,000 \text{ kWh}} \times \frac{1.37 \times 10^{-5} \text{ tonne CH}_4}{MWh}$$

$$\underline{E_{CH_4} = 0.00433 \text{ tonne CH}_4/yr}$$

$$E_{N_2O} = 315,920 \text{ kWh} \times \frac{MWh}{1,000 \text{ kWh}} \times \frac{3.67 \times 10^{-6} \text{ tonne N}_2O}{MWh}$$

$$\underline{E_{N_2O} = 0.00116 \text{ tonne N}_2O/yr}$$

$$E_{CO_2e} = \frac{104 \text{ tonne CO}_2}{yr} + \left( \frac{0.00433 \text{ tonne CH}_4}{yr} \times \frac{21 \text{ tonne CO}_2e}{\text{tonne CH}_4} \right)$$
$$+ \left( \frac{0.00116 \text{ tonne N}_2O}{yr} \times \frac{310 \text{ tonne CO}_2e}{\text{tonne N}_2O} \right)$$

$$\underline{E_{CO_2e} = 104 \text{ tonne CO}_2e/yr}$$

©2009 American Petroleum Institute

BLM_0003351

Facility Summary

Total emissions for this facility are summarized in Table 8-36. A summary of the emissions for this facility is given in Figure 8-8.



**Figure 8-8.  Retail Summary of Emissions**

©2009 American Petroleum Institute

BLM_0003352

*Emission Inventory Examples*

## Table 8-36.  Retail Emissions

| Source | $CO_2$ Emissions (tonnes/yr) | Uncertainty[a] (±%) | $CH_4$ Emissions (tonnes/yr) | Uncertainty[a] (±%) | $N_2O$ Emissions (tonnes/yr) | Uncertainty[a] (±%) | $CO_2e$ Emissions (tonnes/yr) | Uncertainty[a] (±%) |
|---|---|---|---|---|---|---|---|---|
| *Combustion Sources* | **No Combustion GHG Emissions** | | | | | | | |
| There are no combustion sources associated with this facility. | | | | | | | | |
| *Vented Sources* | **No Vented GHG Emissions** | | | | | | | |
| Underground storage tanks - diesel | No GHG emissions | | | | | | | |
| Underground storage tanks - gasoline | No GHG emissions | | | | | | | |
| Passenger vehicle loading | No GHG emissions | | | | | | | |
| *Fugitive Sources* | N/A | | N/A | | N/A | | **8.67** | **112** |
| A/C unit | N/A | | N/A | | N/A | | 8.67 | 112 |
| *Indirect Sources* | **104** | **10.2** | **0.00433** | **100** | **0.00116** | **100** | **104** | **10.2** |
| Imported electricity | 104 | 10.2 | 0.00433 | 100 | 0.00116 | 100 | 104 | 10.2 |
| **TOTAL - Direct**[b] | N/A | | N/A | | N/A | | **8.67** | **112** |
| **TOTAL - Indirect**[b] | **104** | **10.2** | **0.00433** | **100** | **0.00116** | **100** | **104** | **10.2** |
| **TOTAL**[b] | **104** | **10.2** | **0.00433** | **100** | **0.00116** | **100** | **113** | **12.7** |

Footnotes:
[a] Uncertainty is at a 95% confidence interval.
[b] Totals may not sum due to independent rounding.
Note:  the values shown above are for example only.  They do not reflect average operations.

©2009 American Petroleum Institute

BLM_0003353



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## APPENDIX A

## ADDITIONAL COMBUSTION CALCULATION INFORMATION



# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Appendix A – Additional Combustion Calculation Information

August 2009

BLM_0003355

BLM_0003356

**Table of Contents**

**A. ADDITIONAL COMBUSTION CALCULATION INFORMATION ......................... A-1**

   A.1   Methodology for Converting Between LHV and HHV Bases......................A-1

       A.1.1   Solid Fuels......................................................................A-1

       A.1.2   Liquid Fuels ...................................................................A-2

       A.1.3   Gases ............................................................................A-4

   A.2   Additional Stationary Combustion Emission Factors ................................A-4

       A.2.1   Combustion Emission Factor Comparison for Industrial Equipment....................................................................A-4

       A.2.2   Combustion Emissions Based on Equipment Manufacturer Data (Canadian) ............................................................A-8

   A.3   Mobile Source Combustion Emissions - Operational Basis ......................A-11

       A.3.1   Automobiles/Passenger Vehicles .................................A-11

       A.3.2   Marine Vessels ............................................................A-22

   A.4   References ................................................................................A-27

©2009 American Petroleum Institute

BLM_0003357

## List of Tables

Table A–1.  External Combustion Industrial Source Emission Factor Comparison .................. A-6

Table A–2.  Internal Combustion Industrial Source Emission Factor Comparison ................... A-7

Table A–3.  Waukesha Reciprocating Engines Combustion Emission Factors........................ A-9

Table A–4.  CAT Reciprocating Engines Combustion Emission Factors................................ A-10

Table A–5.  Default Distance Based $CO_2$ Mobile Source Emission Factors for the United
Kingdom.................................................................................................................... A-12

Table A-6.  $CH_4$ and $N_2O$ Emission Factors for Highway Vehicles by Model Year................. A-12

Table A–7.  Default Distance Based $CH_4$ and $N_2O$ Mobile Source Emission Factors for
U.S. Vehicles ............................................................................................................ A-15

Table A–8.  Default Distance Based $CH_4$ and $N_2O$ Mobile Source Emission Factors for
European Vehicles..................................................................................................... A-16

Table A-9.  Default Distance Based $CH_4$ and $N_2O$ Emission Factors for Alternative Fuel
Vehicles .................................................................................................................... A-21

Table A–10.  Default Operational Based Emission Factors for Marine Vessels ..................... A-24

©2009 American Petroleum Institute

BLM_0003358

# A. ADDITIONAL COMBUSTION CALCULATION INFORMATION

This section presents supplemental information for the combustion emission calculation methodologies presented in Section 4.

## A.1 Methodology for Converting Between LHV and HHV Bases

Section 4.2 provides the equations for converting emission factors between a HHV and a LHV basis for gaseous and solid/liquid fuels in Equations 4-7 and 4-8, respectively. These equations can be simplified, and are shown in their simplified form in the footnotes to certain tables in Section 4. Fuel-based emission factors may be reported in terms of energy on a HHV or LHV basis. Converting emission factors between a LHV and HHV basis is different than converting between lower and higher heating values. This subsection provides the derivation of the simplified forms of the equations.

### A.1.1 Solid Fuels

Derivation of the emission factor conversion for a solid fuel is provided below.

Starting with the IPCC assumption that LHV is 5% lower than HHV for a solid-based fuel:

$$\text{LHV}\left(\frac{\text{energy}}{\text{mass}}\right) = \text{HHV}\left(\frac{\text{energy}}{\text{mass}}\right) - 5\% \text{ HHV}\left(\frac{\text{energy}}{\text{mass}}\right)$$

$$\text{LHV}\left(\frac{\text{energy}}{\text{mass}}\right) = \text{HHV}\left(\frac{\text{energy}}{\text{mass}}\right)(1-0.05) = 0.95 \text{ HHV}\left(\frac{\text{energy}}{\text{mass}}\right)$$

The heating value is converted to an emission factor as shown:

$$\text{EF}\left(\frac{\text{mass } CO_2}{\text{energy}}\right) = \frac{\text{X mass C}}{\text{mass fuel}} \times \frac{\text{mole C}}{12 \text{ mass units C}} \times \frac{\text{mole } CO_2}{\text{mole C}} \times \frac{44 \text{ mass units } CO_2}{\text{mole } CO_2} \times \frac{\text{mass fuel}}{\text{energy fuel}}$$

*Appendix A. Additional Combustion Calculation Information*

where

$$X = \text{carbon content of the fuel;}$$
$$12 = \text{molecular weight of carbon;}$$
$$\text{mole } CO_2 / \text{mole } C = \text{carbon to } CO_2 \text{ conversion (assuming 100\% carbon oxidation);}$$
$$44 = \text{molecular weight of } CO_2; \text{ and}$$
$$\text{mass fuel}/\text{energy fuel} = \text{inverse heating value of the fuel.}$$

For an emission factor in terms of higher heating value:

$$EF\left(\frac{\text{mass } CO_2}{\text{energy}}\right)_{HHV} = \frac{\left(\dfrac{44X}{12}\right)\text{mass } CO_2}{\text{mass fuel}} \times \frac{1}{HHV}\left(\frac{\text{mass fuel}}{\text{energy}}\right)$$

Likewise, for an emission factor in terms of lower heating value:

$$EF\left(\frac{\text{mass } CO_2}{\text{energy}}\right)_{LHV} = \frac{\left(\dfrac{44X}{12}\right)\text{mass } CO_2}{\text{mass fuel}} \times \frac{1}{LHV}\left(\frac{\text{mass fuel}}{\text{energy}}\right)$$

To convert from a HHV-based emission factor to LHV:

$$EF\left(\frac{\text{mass } CO_2}{\text{energy}}\right)_{LHV} = \frac{\left(\dfrac{44X}{12}\right)\text{mass } CO_2}{\text{mass fuel}} \times \frac{1}{LHV}\left(\frac{\text{mass fuel}}{\text{energy}}\right) \times \frac{LHV}{0.95\,HHV}$$

or expressed more simply:

$$EF_{LHV} = \frac{EF_{HHV}}{0.95}$$

## A.1.2 Liquid Fuels

The approach used for solid fuels would also apply for a liquid fuel, except that the heating value of a liquid fuel is typically reported in terms of energy per volume. The fuel carbon content may be available on a mass, volume, or molar basis. As long as the units are internally consistent, the resulting equation to convert from LHV to HHV is the same as presented for the solid fuels. This is illustrated in the following.

BLM_0003360

*Appendix A. Additional Combustion Calculation Information*

Starting with the IPCC assumption that LHV is 5% lower than HHV for a liquid-based fuel:

$$\text{LHV}\left(\frac{\text{energy}}{\text{volume}}\right) = \text{HHV}\left(\frac{\text{energy}}{\text{volume}}\right) - 5\% \text{ HHV}\left(\frac{\text{energy}}{\text{volume}}\right)$$

$$\text{LHV}\left(\frac{\text{energy}}{\text{volume}}\right) = \text{HHV}\left(\frac{\text{energy}}{\text{volume}}\right)(1\text{-}0.05) = 0.95 \text{ HHV}\left(\frac{\text{energy}}{\text{volume}}\right)$$

The heating value is converted to an emission factor, similar to the approach shown for a solid fuel. Additional unit conversions and a fuel density may be required to convert the units appropriately:

$$\text{EF}\left(\frac{\text{mass CO}_2}{\text{energy}}\right) = \frac{\text{mass fuel}}{\text{volume fuel}} \times \frac{\text{X mass C}}{\text{mass fuel}} \times \frac{\text{mole C}}{12 \text{ mass units C}} \times \frac{\text{mole CO}_2}{\text{mole C}}$$

$$\times \frac{44 \text{ mass units CO}_2}{\text{mol CO}_2} \times \frac{\text{volume fuel}}{\text{energy fuel}}$$

where

        mass fuel/volume fuel = fuel density; and

        volume fuel/energy fuel = inverse heating value of the fuel

For an emission factor in terms of higher heating value:

$$\text{EF}\left(\frac{\text{mass CO}_2}{\text{energy}}\right)_{\text{HHV}} = \text{density}\left(\frac{\text{mass fuel}}{\text{volume fuel}}\right) \times \frac{\left(\frac{44\text{X}}{12}\right)\text{mass CO}_2}{\text{mass fuel}} \times \frac{1}{\text{HHV}}\left(\frac{\text{volume fuel}}{\text{energy}}\right)$$

Likewise, for an emission factor in terms of lower heating value:

$$\text{EF}\left(\frac{\text{mass CO}_2}{\text{energy}}\right)_{\text{LHV}} = \text{density}\left(\frac{\text{mass fuel}}{\text{volume fuel}}\right) \times \frac{\left(\frac{44\text{X}}{12}\right)\text{mass CO}_2}{\text{mass fuel}} \times \frac{1}{\text{LHV}}\left(\frac{\text{volume fuel}}{\text{energy}}\right)$$

To convert from a HHV-based emission factor to LHV:

$$\text{EF}\left(\frac{\text{mass CO}_2}{\text{energy}}\right)_{\text{LHV}} = \text{density}\left(\frac{\text{mass fuel}}{\text{vol. fuel}}\right) \times \frac{\left(\frac{44\text{X}}{12}\right)\text{mass CO}_2}{\text{mass fuel}} \times \frac{1}{\text{LHV}}\left(\frac{\text{vol. fuel}}{\text{energy}}\right) \times \frac{\text{LHV}}{0.95 \text{ HHV}}$$

or expressed more simply:

A-3

©2009 American Petroleum Institute

August 2009

*Appendix A. Additional Combustion Calculation Information*

$$EF_{LHV} = \frac{EF_{HHV}}{0.95}$$

### A.1.3    Gases

A gas fuel would be treated like a liquid fuel, except that the LHV is 10% lower than the HHV, as shown:

$$LHV\left(\frac{energy}{volume}\right) = HHV\left(\frac{energy}{volume}\right) - 10\% \, HHV\left(\frac{energy}{volume}\right)$$

$$LHV\left(\frac{energy}{volume}\right) = HHV\left(\frac{energy}{volume}\right)(1-0.10) = 0.90 \, HHV\left(\frac{energy}{volume}\right)$$

Following the same approach as shown for the liquid fuel, the emission factor conversion for a gas fuel is:

$$EF_{LHV} = \frac{EF_{HHV}}{0.90}$$

## A.2    Additional Stationary Combustion Emission Factors

### A.2.1    Combustion Emission Factor Comparison for Industrial Equipment

The Climate Registry presents default $CH_4$ and $N_2O$ emission factors by technology type for industrial combustion sources. The factors are taken from IPCC's *Guidelines for National Greenhouse Gas Inventories* (IPCC, 2006), *Volume 2, Chapter 2: Stationary Combustion*. IPCC cites U.S. EPA's Air Clearinghouse for Inventories and Emission Factors (CHIEF) (EPA, 2005) as the original source of the emission factors. Air CHIEF pulls emission factors from EPA references, including AP-42, FIRE, and EIIP. Because EPA presents emission factors on a HHV basis, IPCC converted the Air CHIEF emission factors to a LHV basis using the methodology described in Section 4.2. The emission factors were then provided by IPCC in units of kg/TJ energy input up to one decimal place. TCR then converted the IPCC factors back from LHV to HHV, converted the units from kg/TJ to g/MMBtu, and presented the results up to one decimal place.

The emission factors presented in Table 4-7, 4-8, and 4-9 are taken directly from AP-42.

BLM_0003362

Tables A-1 and A-2 provide a comparison of the API *Compendium's* emission factors to TCR's emission factors for external combustion and internal combustion sources, respectively.  As shown in Table A-1, with the exception of the emission factors for $N_2O$ for residual fuel oil boilers and gas/diesel oil boilers, the factors in the API *Compendium* match the factors in TCR.  However, the emission factors for $N_2O$ for residual fuel oil boilers and gas/diesel oil boilers do not match due to the fact that the IPCC $N_2O$ factors for these sources were not revised with the Errata for AP-42 Section 1.3, dated 4/28/00.  The differences in emission factors presented in Table A-2 can be explained due to roundoff error.

©2009 American Petroleum Institute

BLM_0003363

*Appendix A. Additional Combustion Calculation Information*

## Table A–1.  External Combustion Industrial Source Emission Factor Comparison

| Fuel Type and Basic Technology | Configuration | *Compendium* Factors | | | | | | TCR Factors | |
|---|---|---|---|---|---|---|---|---|---|
| | | Original Units | | | | Converted Units | | Original Units | |
| | | CH₄ | | N₂O | | CH₄ | N₂O | CH₄ | N₂O |
| | | EF | Units | EF | Units | (g/MMBtu) | (g/MMBtu) | (g/MMBtu) | (g/MMBtu) |
| *Liquid Fuels[a]* | | | | | | | | | |
| Residual fuel oil boilers[b] | | 1.00 | lb/1000 gal | 0.53 | lb/1000 gal | 3.0 | 1.6 | 3.0 | 0.3 |
| Gas/diesel oil boilers[b] | | 0.052 | lb/1000 gal | 0.26 | lb/1000 gal | 0.2 | 0.8 | 0.2 | 0.4 |
| Liquefied petroleum gases boilers | | 0.2 | lb/1000 gal | 0.9 | lb/1000 gal | 0.9 | 4.0 | 0.9 | 4.0 |
| *Solid Fuels[a]* | | | | | | | | | |
| Other bituminous/sub-bit.  Overfeed stoker boilers | | 0.06 | lb/ton | 0.04 | lb/ton | 1.0 | 0.7 | 1.0 | 0.7 |
| Other bituminous/sub-bit.  Underfeed stoker boilers | | 0.8 | lb/ton | 0.04 | lb/ton | 14 | 0.7 | 14 | 0.7 |
| Other bituminous/sub-bituminous pulverized | Dry bottom, wall fired | 0.04 | lb/ton | 0.03 | lb/ton | 0.7 | 0.5 | 0.7 | 0.5 |
| | Dry bottom, tangentially fired | 0.04 | lb/ton | 0.08 | lb/ton | 0.7 | 1.4 | 0.7 | 1.4 |
| | Wet bottom | 0.05 | lb/ton | 0.08 | lb/ton | 0.9 | 1.4 | 0.9 | 1.4 |
| Other bituminous spreader stokers | | 0.06 | lb/ton | 0.04 | lb/ton | 1.0 | 0.7 | 1.0 | 0.7 |
| Other bituminous/sub-bit.  Fluidized bed combustor | Circulating bed | 0.06 | lb/ton | 3.5 | lb/ton | 1.0 | 61.1 | 1.0 | 61.1 |
| | Bubbling bed | 0.06 | lb/ton | 3.5 | lb/ton | 1.0 | 61.1 | 1.0 | 61.1 |
| *Natural Gas[a]* | | | | | | | | | |
| Boilers[c] | | 2.3 | lb/10⁶ scf | 2.2 | lb/10⁶ scf | 1.0 | 1.0 | 0.9 | 0.9 |

Footnotes and Sources:

API *Compendium*, Tables 4-7 and 4-8, 2009.

The Climate Registry (TCR).  General Reporting Protocol, Version 1.1, Table 12.7, May 2008.  Cites IPCC, *Guidelines for National Greenhouse Gas Inventories* (2006), Chapter 2: Stationary Combustion, Table 2.7.  Values were converted from LHV (IPCC) to HHV (TCR).

[a] Residual fuel oil factors converted from lb/1000 gal to lb/MMBtu by dividing by 150 MMBtu/1000 gal, per AP-42, Section 1.3 (9/98).  Distillate fuel oil factors converted from lb/1000 gal to lb/MMBtu by dividing by 140 MMBtu/1000 gal, per AP-42, Section 1.3 (9/98).  LPG factors converted from lb/1000 gal to lb/MMBtu by dividing by 102 MMBtu/1000 gal (HHV for butane), per AP-42, Section 1.5 (7/08).  Coal factors converted from lb/ton to lb/MMBtu by dividing by 26 MMBtu/ton, per AP-42, Section 1.1 (9/98).  Natural gas factors converted from lb/10^6 scf to lb/MMBtu by dividing by 1020 MMBtu/10^6 scf, per AP-42, Section 1.4 (7/98).

[b] The TCR factors for N₂O for residual and gas/diesel oil boilers are citing an incorrect factor from IPCC.  IPCC's factors were not revised with the Errata for AP-42 Section 1.3, dated 4/28/00.

[c] The natural gas boiler N₂O emission factor presented for the API *Compendium* is the uncontrolled factor.

BLM_0003364

©2009 American Petroleum Institute

## Table A–2.  Internal Combustion Industrial Source Emission Factor Comparison

| Fuel Type and Basic Technology | Configuration | Compendium Factors | | | | | | TCR Factors | |
|---|---|---|---|---|---|---|---|---|---|
| | | Original Units | | | | Converted Units | | Original Units | |
| | | $CH_4$ | | $N_2O$ | | $CH_4$ | $N_2O$ | $CH_4$ | $N_2O$ |
| | | EF | Units | EF | Units | (g/MMBtu) | (g/MMBtu) | (g/MMBtu) | (g/MMBtu) |
| *Liquid Fuels* | | | | | | | | | |
| Large stationary diesel oil engines >600 hp | | 0.0081 | lb/$10^6$ Btu | | NA | 3.7 | NA | 4.0 | NA |
| *Natural Gas* | | | | | | | | | |
| Gas-fired gas turbines >3MW [a] | | 0.0086 | lb/$10^6$ Btu | 0.003 | lb/$10^6$ Btu | 3.9 | 1.4 | 3.8 | 0.9 |
| Natural gas-fired reciprocating engines | 2-Stroke lean burn | 1.45 | lb/$10^6$ Btu | | NA | 657.7 | NA | 658.0 | NA |
| | 4-Stroke lean burn | 1.25 | lb/$10^6$ Btu | | NA | 567.0 | NA | 566.9 | NA |
| | 4-Stroke rich burn | 0.23 | lb/$10^6$ Btu | | NA | 104.3 | NA | 104.5 | NA |

Footnotes and Sources:

API *Compendium*, Table 4-9, 2009.

The Climate Registry (TCR).  General Reporting Protocol, Version 1.1, Table 12.7, May 2008.  Cites IPCC, Guidelines for National Greenhouse Gas Inventories (2006), Chapter 2: Stationary Combustion, Table 2.7.   Values were converted from LHV (IPCC) to HHV (TCR).

[a] The gas-fired gas turbine >3MW factor is the same as the uncontrolled factor reported in Table 4-9.

©2009 American Petroleum Institute
BLM_0003365

### A.2.2    *Combustion Emissions Based on Equipment Manufacturer Data (Canadian)*

Section 4.5.2 presents generic emission factors for internal combustion units. Tables A-3 and A-4 provide model-specific combustion emission factors for $CH_4$ and $CO_2$. These model-specific factors may be useful if a facility uses these specific types of engine drivers. Table A-3 applies to Waukesha reciprocating units and is taken from Table 1-7 of the CAPP document, *Calculating Greenhouse Gas Emissions* (CAPP, 2003). Table A-4 is appropriate for CAT reciprocating engines, and is taken from Table 1-8 of the CAPP document (CAPP, 2003).

The emission factors in Tables A-3 and A-4 are given on power output basis, but can be converted to a fuel input basis using the conversion factors for each type of engine given in Table 4.2 of this document. If available and applicable, model-specific conversion factors are more accurate than generic factors in Section 4. CAPP states that thermal efficiencies (higher heating value basis) for reciprocating engines typically are in the range of 28 to 31% for naturally aspirated engines and 31 to 36% for lean burn engines based on Waukesha engine specifications (CAPP, 2003). For gas-fired turbines, CAPP reports typical thermal efficiencies (HHV basis) of 24 to 30% based on Solar and GE manufacturer data (CAPP, 2003).

Carbon dioxide emission factors were not provided for several of the engine models shown in Tables A-3 and A-4. For these models, the user may want to use the fuel-based $CO_2$ estimation methodology or emission factors provided earlier in Sections 4.3 and 4.4. Also, model-specific $N_2O$ emission factors are not available.

©2009 American Petroleum Institute

BLM_0003366

## Table A–3.  Waukesha Reciprocating Engines Combustion Emission Factors

| Model | Carburetor Setting | Excess Air Ratio | Carbon Dioxide | | Methane | |
|---|---|---|---|---|---|---|
| | | | Original Units, g/kW-hr | Converted to tonnes/kW-hr | Original Units, g/kW-hr | Converted to tonnes/kW-hr |
| AT25GL | Standard | 1.74 | 580.8 | 5.808E-04 | 9.39 | 9.39E-06 |
| AT27GL | Standard | 1.74 | Not Given | | 6.03 | 6.03E-06 |
| | Ultra Lean | 2.00 | 526.9 | 5.269E-04 | 4.16 | 4.16E-06 |
| VHP G, GSI | Lowest manifold | 0.97 | 581.29 | 5.8129E-04 | 2.61 | 2.61E-06 |
| | Equal NO$_x$ & CO | 0.99 | 581.29 | 5.8129E-04 | 2.61 | 2.61E-06 |
| | Catalytic converter | 0.99 | 581.29 | 5.8129E-04 | 2.28 | 2.28E-06 |
| | Standard | 1.06 | 581.29 | 5.8129E-04 | 1.68 | 1.68E-06 |
| VHP 3524 GSI | Equal NO$_x$ & CO | 0.99 | 576.13 | 5.7613E-04 | 1.14 | 1.14E-06 |
| VHP 7044 GSI | Catalytic converter | 0.99 | 573.7 | 5.737E-04 | 1.07 | 1.07E-06 |
| | Standard | 1.06 | Not Given | | 0.80 | 8.0E-07 |
| VHP 5794 GSI | Equal NO$_x$ & CO | 0.99 | 568.7 | 5.687E-04 | 3.42 | 3.42E-06 |
| | Catalytic converter | 0.99 | Not Given | | 3.29 | 3.29E-06 |
| | Standard | 1.06 | Not Given | | 2.75 | 2.75E-06 |
| VHP GL | Standard | 1.74 | 592.3 | 5.923E-04 | 6.03 | 6.03E-06 |
| VGF Model G | Lowest manifold | 0.97 | 575.0 | 5.750E-04 | 2.28 | 2.28E-06 |
| | Equal NO$_x$ & CO | 0.98 | Not Given | | 2.28 | 2.28E-06 |
| | Catalytic converter | 0.99 | Not Given | | 2.28 | 2.28E-06 |
| | Standard | 1.12 | Not Given | | 1.41 | 1.41E-06 |
| VGF Model GSID | Catalytic converter | 0.99 | 575.0 | 5.750E-04 | 1.68 | 1.68E-06 |
| VGF GL, GLD 11:1 CR | Std.: high speed turbo | 1.53 | 575.0 | 5.750E-04 | 5.7 | 5.7E-06 |
| | T.A. Luft emissions | 1.59 | Not Given | | 4.09 | 4.09E-06 |
| VGF GL 8.7:1 CR | Std.: high speed turbo | 1.53 | 575.0 | 5.750E-04 | 4.09 | 4.09E-06 |
| VSG G, GSI, GSID | Lowest manifold | 0.97 | 566.8 | 5.668E-04 | 3.42 | 3.42E-06 |
| | Equal NO$_x$ & CO | 0.98 | Not Given | | 3.42 | 3.42E-06 |
| | Catalytic converter | 0.99 | Not Given | | 3.08 | 3.08E-06 |
| | Standard | 1.10 | Not Given | | 2.28 | 2.28E-06 |
| F1197G G | Lowest manifold | 0.97 | Not Given | | 3.35 | 3.35E-06 |
| | Equal NO$_x$ & CO | 1.0 | Not Given | | 2.61 | 2.61E-06 |
| | Catalytic converter | 0.99 | Not Given | | 2.61 | 2.61E-06 |
| | Standard | 1.06 | Not Given | | 1.27 | 1.27E-06 |
| F8176 G | Lowest manifold | 0.97 | Not Given | | 2.61 | 2.61E-06 |
| | Equal NO$_x$ & CO | 1.0 | Not Given | | 2.28 | 2.28E-06 |
| | Catalytic converter | 0.99 | Not Given | | 2.28 | 2.28E-06 |
| | Standard | 1.06 | Not Given | | 2.28 | 2.28E-06 |

Footnotes and Sources:

Canadian Association of Petroleum Producers (CAPP), *Calculating Greenhouse Gas Emissions*, Table 1-7, Canadian Association of Petroleum Producers, Publication Number 2003-03, April 2003.

Note:  All data in this table are based on maximum horsepower and engine speed.  "Lowest manifold" setting refers to best power setting while "Standard" setting refers to best economy setting.

©2009 American Petroleum Institute

BLM_0003367

*Appendix A. Additional Combustion Calculation Information*

## Table A–4.  CAT Reciprocating Engines Combustion Emission Factors

| Model | Power kW | Speed rpm | % O2 | Carbon Dioxide Original Units, g/kWh | Converted to tonnes/kW-hr |
|---|---|---|---|---|---|
| 3412 SITA | 447 | 1800 | 1.5 | 436 | 4.36E-04 |
| 3508 SITA | 384 | 1200 | 7.7 | 574 | 5.74E-04 |
| | 470 | 1400 | 8.0 | 590 | 5.90E-04 |
| 3512 SITA | 604 | 1200 | 8.2 | 579 | 5.79E-04 |
| | 705 | 1400 | 7.7 | 595 | 5.95E-04 |
| 3516 SITA | 809 | 1200 | 8.3 | 567 | 5.67E-04 |
| | 943 | 1200 | 7.9 | 581 | 5.81E-04 |
| 3606 SITA | 1242 | 1000 | 12.3 | 347 | 3.47E-04 |
| 3608 SITA | 1659 | 1000 | 12.3 | 347 | 3.47E-04 |
| 3612 SITA | 2487 | 1000 | 12.3 | 347 | 3.47E-04 |
| 3616 SITA | 3315 | 1000 | 12.3 | 347 | 3.47E-04 |
| G398 TALCR | 522 | 1200 | 2.0 | Not Given | |
| G398 TAHCR Catalyst | 522 | 1200 | 2.0 | Not Given | |
| | 522 | 1200 | 0.5 | Not Given | |
| G398 TAHCR 32C (low emissions) | 522 | 1200 | 6.2 | Not Given | |

Source:
Canadian Association of Petroleum Producers (CAPP), *Calculating Greenhouse Gas Emissions*, Table 1-7, Canadian Association of Petroleum Producers, Publication Number 2003-03, April 2003.

Exhibit A.1 illustrates the use of the model-specific $CH_4$ and $CO_2$ combustion emission factors.

---

**EXHIBIT A.1:**   **Sample Calculation for Combustion Emissions Model-Specific Basis for Internal Combustion Device**

INPUT DATA:
A 500-kW Waukesha Model AT25GL internal combustion engine is operated for 1000 hours at 90% load during the reporting year.  The unit uses a "standard" carburetor setting.  Calculate the $CH_4$ and $CO_2$ emissions from this source.

CALCULATION METHODOLOGY:
The engine power output is multiplied by the model specific emission factors from Table A-3.  Note that an emission factor for $N_2O$ for this engine type is not available.

The annual power output from the unit is calculated as:

$$P = 500 \text{ kW} \times 0.90 \times \frac{1000 \text{ hr}}{\text{yr}} = 450{,}000 \text{ kW-hr/yr}$$

---

©2009 American Petroleum Institute

BLM_0003368

*Appendix A. Additional Combustion Calculation Information*

**EXHIBIT A.1:** **Sample Calculation for Combustion Emissions Model-Specific Basis for Internal Combustion Device, continued**

The emissions are calculated as:

$$E_{CH_4} = \frac{450,000 \text{ kW-hr}}{\text{yr}} \times \frac{9.39 \times 10^{-6} \text{ tonne } CH_4}{\text{kW-hr}}$$

$$\underline{E_{CH_4} = 4.2 \text{ tonnes } CH_4/\text{yr}}$$

$$E_{CO_2} = \frac{450,000 \text{ kW-hr}}{\text{yr}} \times \frac{5.808 \times 10^{-4} \text{ tonne } CO_2}{\text{kW-hr}}$$

$$\underline{E_{CO_2} = 261 \text{ tonnes } CO_2/\text{yr}}$$

## A.3     Mobile Source Combustion Emissions - Operational Basis

If mobile source fuel consumption is not available, or operational parameters cannot be used in such a way as to obtain fuel consumed, an alternate method for calculating emissions from mobile sources is to use non-fuel consumption data, such as distance traveled or power output.

### A.3.1     Automobiles/Passenger Vehicles

Table A-5 provides simplified $CO_2$ emission factors for mobile sources (vehicles) in the United Kingdom based on distance traveled. These emission factors are based on Defra guidance (Defra, 2007).

BLM_0003369

*Appendix A. Additional Combustion Calculation Information*

### Table A–5.  Default Distance-Based CO$_2$ Mobile Source Emission Factors for the United Kingdom

| Source | Original Units | | Converted to | |
|---|---|---|---|---|
| | kg CO$_2$/miles | kg CO$_2$/km | tonne CO$_2$/miles | tonne CO$_2$/km |
| Small gasoline (petrol) car, up to 1.4 liter engine | 0.2947 | 0.1831 | 0.0002947 | 0.0001831 |
| Medium gasoline (petrol) car, 1.4 to 2.0 liter engine | 0.3479 | 0.2162 | 0.0003479 | 0.0002162 |
| Large gasoline (petrol) car, above 2.0 liter engine | 0.4770 | 0.2964 | 0.0004770 | 0.0002964 |
| Average gasoline (petrol) car | 0.3372 | 0.2095 | 0.0003372 | 0.0002095 |
| Small diesel car, up to 1.7 liter engine | 0.2425 | 0.1507 | 0.0002425 | 0.0001507 |
| Medium diesel car, 1.7 to 2.0 liter engine | 0.3027 | 0.1881 | 0.0003027 | 0.0001881 |
| Large diesel car, above 2.0 liter engine | 0.4240 | 0.2635 | 0.0004240 | 0.0002635 |
| Average diesel car | 0.3197 | 0.1987 | 0.0003197 | 0.0001987 |
| Medium gasoline (petrol) hybrid car | 0.2031 | 0.1262 | 0.0002031 | 0.0001262 |
| Large gasoline (petrol) hybrid car | 0.3604 | 0.2240 | 0.0003604 | 0.0002240 |

Source:
Department for Environment, Food and Rural Affairs (Defra). *Guidelines to Defra's GHG conversion factors for company reporting, Annexes updated June 2007.* Tables 6a, 6b, and 6c.

Table A-6 provides default CH$_4$ and N$_2$O distance-based emission factors by vehicle model year.

### Table A-6.  CH$_4$ and N$_2$O Emission Factors for Highway Vehicles by Model Year

| Vehicle Type and Year | CH$_4$ | | | N$_2$O | | |
|---|---|---|---|---|---|---|
| | Original Units | Converted to | | Original Units | Converted to | |
| | (g/mile) | (tonne/mile) | (tonne/km) | (g/mile) | (tonne/mile) | (tonne/km) |
| **Gasoline Passenger Cars** | | | | | | |
| Model Years 1984-1993 | 0.0704 | 7.04E-08 | 4.37E-08 | 0.0647 | 6.47E-08 | 4.02E-08 |
| Model Year 1994 | 0.0531 | 5.31E-08 | 3.30E-08 | 0.0560 | 5.60E-08 | 3.48E-08 |
| Model Year 1995 | 0.0358 | 3.58E-08 | 2.22E-08 | 0.0473 | 4.73E-08 | 2.94E-08 |
| Model Year 1996 | 0.0272 | 2.72E-08 | 1.69E-08 | 0.0426 | 4.26E-08 | 2.65E-08 |
| Model Year 1997 | 0.0268 | 2.68E-08 | 1.67E-08 | 0.0422 | 4.22E-08 | 2.62E-08 |
| Model Year 1998 | 0.0249 | 2.49E-08 | 1.55E-08 | 0.0393 | 3.93E-08 | 2.44E-08 |
| Model Year 1999 | 0.0216 | 2.16E-08 | 1.34E-08 | 0.0337 | 3.37E-08 | 2.09E-08 |
| Model Year 2000 | 0.0178 | 1.78E-08 | 1.11E-08 | 0.0273 | 2.73E-08 | 1.70E-08 |
| Model Year 2001 | 0.0110 | 1.10E-08 | 6.84E-09 | 0.0158 | 1.58E-08 | 9.82E-09 |
| Model Year 2002 | 0.0107 | 1.07E-08 | 6.65E-09 | 0.0153 | 1.53E-08 | 9.51E-09 |
| Model Year 2003 | 0.0114 | 1.14E-08 | 7.08E-09 | 0.0135 | 1.35E-08 | 8.39E-09 |
| Model Year 2004 | 0.0145 | 1.45E-08 | 9.01E-09 | 0.0083 | 8.30E-09 | 5.16E-09 |
| Model Year 2005 | 0.0147 | 1.47E-08 | 9.13E-09 | 0.0079 | 7.90E-09 | 4.91E-09 |
| **Gasoline Light Trucks (Vans, Pickup Trucks, SUVs)** | | | | | | |
| Model Years 1987-1993 | 0.0813 | 8.13E-08 | 5.05E-08 | 0.1035 | 1.04E-07 | 6.43E-08 |
| Model Year 1994 | 0.0646 | 6.46E-08 | 4.01E-08 | 0.0982 | 9.82E-08 | 6.10E-08 |
| Model Year 1995 | 0.0517 | 5.17E-08 | 3.21E-08 | 0.0908 | 9.08E-08 | 5.64E-08 |
| Model Year 1996 | 0.0452 | 4.52E-08 | 2.81E-08 | 0.0871 | 8.71E-08 | 5.41E-08 |
| Model Year 1997 | 0.0452 | 4.52E-08 | 2.81E-08 | 0.0871 | 8.71E-08 | 5.41E-08 |

©2009 American Petroleum Institute

BLM_0003370

*Appendix A. Additional Combustion Calculation Information*

### Table A-6.  $CH_4$ and $N_2O$ Emission Factors for Highway Vehicles by Model Year, continued

| Vehicle Type and Year | CH$_4$ Original Units (g/mile) | Converted to (tonne/mile) | Converted to (tonne/km) | N$_2$O Original Units (g/mile) | Converted to (tonne/mile) | Converted to (tonne/km) |
|---|---|---|---|---|---|---|
| **Gasoline Light Trucks (Vans, Pickup Trucks, SUVs), continued** | | | | | | |
| Model Year 1998 | 0.0391 | 3.91E-08 | 2.43E-08 | 0.0728 | 7.28E-08 | 4.52E-08 |
| Model Year 1999 | 0.0321 | 3.21E-08 | 1.99E-08 | 0.0564 | 5.64E-08 | 3.50E-08 |
| Model Year 2000 | 0.0346 | 3.46E-08 | 2.15E-08 | 0.0621 | 6.21E-08 | 3.86E-08 |
| Model Year 2001 | 0.0151 | 1.51E-08 | 9.38E-09 | 0.0164 | 1.64E-08 | 1.02E-08 |
| Model Year 2002 | 0.0178 | 1.78E-08 | 1.11E-08 | 0.0228 | 2.28E-08 | 1.42E-08 |
| Model Year 2003 | 0.0155 | 1.55E-08 | 9.63E-09 | 0.0114 | 1.14E-08 | 7.08E-09 |
| Model Year 2004 | 0.0152 | 1.52E-08 | 9.44E-09 | 0.0132 | 1.32E-08 | 8.20E-09 |
| Model Year 2005 | 0.0157 | 1.57E-08 | 9.76E-09 | 0.0101 | 1.01E-08 | 6.28E-09 |
| **Gasoline Heavy-Duty Vehicles** | | | | | | |
| Model Year 1985-1986 | 0.4090 | 4.09E-07 | 2.54E-07 | 0.0515 | 5.15E-08 | 3.20E-08 |
| Model Year 1987 | 0.3675 | 3.68E-07 | 2.28E-07 | 0.0849 | 8.49E-08 | 5.28E-08 |
| Model Years 1988-1989 | 0.3492 | 3.49E-07 | 2.17E-07 | 0.0933 | 9.33E-08 | 5.80E-08 |
| Model Years 1990-1995 | 0.3246 | 3.25E-07 | 2.02E-07 | 0.1142 | 1.14E-07 | 7.10E-08 |
| Model Year 1996 | 0.1278 | 1.28E-07 | 7.94E-08 | 0.1680 | 1.68E-07 | 1.04E-07 |
| Model Year 1997 | 0.0924 | 9.24E-08 | 5.74E-08 | 0.1726 | 1.73E-07 | 1.07E-07 |
| Model Year 1998 | 0.0641 | 6.41E-08 | 3.98E-08 | 0.1693 | 1.69E-07 | 1.05E-07 |
| Model Year 1999 | 0.0578 | 5.78E-08 | 3.59E-08 | 0.1435 | 1.44E-07 | 8.92E-08 |
| Model Year 2000 | 0.0493 | 4.93E-08 | 3.06E-08 | 0.1092 | 1.09E-07 | 6.79E-08 |
| Model Year 2001 | 0.0528 | 5.28E-08 | 3.28E-08 | 0.1235 | 1.24E-07 | 7.67E-08 |
| Model Year 2002 | 0.0546 | 5.46E-08 | 3.39E-08 | 0.1307 | 1.31E-07 | 8.12E-08 |
| Model Year 2003 | 0.0533 | 5.33E-08 | 3.31E-08 | 0.1240 | 1.24E-07 | 7.71E-08 |
| Model Year 2004 | 0.0341 | 3.41E-08 | 2.12E-08 | 0.0285 | 2.85E-08 | 1.77E-08 |
| Model Year 2005 | 0.0326 | 3.26E-08 | 2.03E-08 | 0.0177 | 1.77E-08 | 1.10E-08 |
| **Diesel Passenger Cars** | | | | | | |
| Model Years 1960-1982 | 0.0006 | 6.00E-10 | 3.73E-10 | 0.0012 | 1.20E-09 | 7.46E-10 |
| Model Years 1983-2004 | 0.0005 | 5.00E-10 | 3.11E-10 | 0.0010 | 1.00E-09 | 6.21E-10 |
| **Diesel Light Trucks** | | | | | | |
| Model Years 1960-1982 | 0.0011 | 1.10E-09 | 6.84E-10 | 0.0017 | 1.70E-09 | 1.06E-09 |
| Model Years 1983-1995 | 0.0009 | 9.00E-10 | 5.59E-10 | 0.0014 | 1.40E-09 | 8.70E-10 |
| Model Years 1996-2004 | 0.0010 | 1.00E-09 | 6.21E-10 | 0.0015 | 1.50E-09 | 9.32E-10 |
| **Diesel Heavy-Duty Vehicles** | | | | | | |
| All Model Years | 0.0051 | 5.10E-09 | 3.17E-09 | 0.0048 | 4.80E-09 | 2.98E-09 |

Source:
EPA, *Climate Leaders Greenhouse Gas Inventory Protocol Core Module Guidance: Direct Emissions from Mobile Combustion Sources*, May 2008.

Tables A-7 and A-8 provide $CH_4$ and $N_2O$ emission factors for mobile sources (vehicles) in the U.S. and Europe respectively, based on distance traveled and number of cold starts.  Combustion emissions can be calculated using a distance-based formula, as shown in Equation A-2:

©2009 American Petroleum Institute

BLM_0003371

*Appendix A. Additional Combustion Calculation Information*

$$E = (D \times EF_D) + (N_{CS} \times EF_{CS})$$

(Equation A-2)

where

$\quad\quad$ D = vehicle distance traveled (km or miles);

$\quad\quad$ $EF_D$ = distance based emission factor (tonne/km or tonne/mi);

$\quad\quad$ $N_{CS}$ = number of cold starts (for U.S. vehicles only); and

$\quad\quad$ $EF_{CS}$ = cold start emission factor (g/start or lb/start) (for U.S. vehicles only).

Note that the portion of emissions due to cold starts is not applicable to European vehicles because cold starts are incorporated into the appropriate emission factors.  However, the distance traveled by European vehicles needs to be proportioned into distances traveled in urban cold, urban hot, rural, and highway conditions.  IPCC notes that a typical allocation of the annual mileage of a passenger car into the different driving conditions could be: 0.3/0.1/0.3/0.3 for urban cold, urban hot, rural and highway respectively (IPCC, 2006).

©2009 American Petroleum Institute

BLM_0003372

*Appendix A. Additional Combustion Calculation Information*

### Table A–7.  Default Distance Based $CH_4$ and $N_2O$ Mobile Source Emission Factors for U.S. Vehicles

| Vehicle Type | Emission Control Technology | $CH_4$ | | | | | $N_2O$ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Running (hot) | | | Cold Start | | Running (hot) | | | Cold Start | |
| | | mg/km | tonne/km | tonne/mi | mg/start | tonne/start | mg/km | tonne/km | tonne/mi | mg/start | tonne/start |
| Light Duty Gasoline Vehicle (Car) | Low Emission Vehicle (LEV) | 6 | 6.00E-09 | 9.66E-09 | 32 | 3.20E-08 | 0 | 0 | 0 | 90 | 9.00E-08 |
| | Advanced three-way catalyst | 7 | 7.00E-09 | 1.13E-08 | 55 | 5.50E-08 | 9 | 9.00E-09 | 1.45E-08 | 113 | 1.13E-07 |
| | Early three-way catalyst | 39 | 3.90E-08 | 6.28E-08 | 34 | 3.40E-08 | 26 | 2.60E-08 | 4.18E-08 | 92 | 9.20E-08 |
| | Oxidation catalyst | 82 | 8.20E-08 | 1.32E-07 | 9 | 9.00E-09 | 20 | 2.00E-08 | 3.22E-08 | 72 | 7.20E-08 |
| | Non-oxidation catalyst | 96 | 9.60E-08 | 1.54E-07 | 59 | 5.90E-08 | 8 | 8.00E-09 | 1.29E-08 | 28 | 2.80E-08 |
| | Uncontrolled | 101 | 1.01E-07 | 1.63E-07 | 62 | 6.20E-08 | 8 | 8.00E-09 | 1.29E-08 | 28 | 2.80E-08 |
| Light Duty Diesel Vehicle (Car) | Advanced | 1 | 1.00E-09 | 1.61E-09 | -3 | -3.00E-09 | 1 | 1.00E-09 | 1.61E-09 | 0 | 0.00E+00 |
| | Moderate | 1 | 1.00E-09 | 1.61E-09 | -3 | -3.00E-09 | 1 | 1.00E-09 | 1.61E-09 | 0 | 0.00E+00 |
| | Uncontrolled | 1 | 1.00E-09 | 1.61E-09 | -3 | -3.00E-09 | 1 | 1.00E-09 | 1.61E-09 | -1 | -1.00E-09 |
| Light Duty Gasoline Truck | Low Emission Vehicle (LEV) | 7 | 7.00E-09 | 1.13E-08 | 46 | 4.60E-08 | 1 | 1.00E-09 | 1.61E-09 | 59 | 5.90E-08 |
| | Advanced three-way catalyst | 14 | 1.40E-08 | 2.25E-08 | 82 | 8.20E-08 | 25 | 2.50E-08 | 4.02E-08 | 200 | 2.00E-07 |
| | Early three-way catalyst | 39 | 3.90E-08 | 6.28E-08 | 72 | 7.20E-08 | 43 | 4.30E-08 | 6.92E-08 | 153 | 1.53E-07 |
| | Oxidation catalyst | 81 | 8.10E-08 | 1.30E-07 | 99 | 9.90E-08 | 26 | 2.60E-08 | 4.18E-08 | 93 | 9.30E-08 |
| | Non-oxidation catalyst | 109 | 1.09E-07 | 1.75E-07 | 67 | 6.70E-08 | 9 | 9.00E-09 | 1.45E-08 | 32 | 3.20E-08 |
| | Uncontrolled | 116 | 1.16E-07 | 1.87E-07 | 71 | 7.10E-08 | 9 | 9.00E-09 | 1.45E-08 | 32 | 3.20E-08 |
| Light Duty Diesel Truck | Advanced and moderate | 1 | 1.00E-09 | 1.61E-09 | -4 | -4.00E-09 | 1 | 1.00E-09 | 1.61E-09 | -1 | -1.00E-09 |
| | Uncontrolled | 1 | 1.00E-09 | 1.61E-09 | -4 | -4.00E-09 | 1 | 1.00E-09 | 1.61E-09 | -1 | -1.00E-09 |
| Heavy Duty Gasoline Vehicle | Low Emission Vehicle (LEV) | 14 | 1.40E-08 | 2.25E-08 | 94 | 9.40E-08 | 1 | 1.00E-09 | 1.61E-09 | 120 | 1.20E-07 |
| | Advanced three-way catalyst | 15 | 1.50E-08 | 2.41E-08 | 163 | 1.63E-07 | 52 | 5.20E-08 | 8.37E-08 | 409 | 4.09E-07 |
| | Early three-way catalyst | 121 | 1.21E-07 | 1.95E-07 | 183 | 1.83E-07 | 88 | 8.80E-08 | 1.42E-07 | 313 | 3.13E-07 |
| | Oxidation catalyst | 111 | 1.11E-07 | 1.79E-07 | 215 | 2.15E-07 | 55 | 5.50E-08 | 8.85E-08 | 194 | 1.94E-07 |
| | Non-oxidation catalyst | 239 | 2.39E-07 | 3.85E-07 | 147 | 1.47E-07 | 20 | 2.00E-08 | 3.22E-08 | 70 | 7.00E-08 |
| | Heavy Duty Gasoline Vehicle - Uncontrolled | 263 | 2.63E-07 | 4.23E-07 | 162 | 1.62E-07 | 21 | 2.10E-08 | 3.38E-08 | 74 | 7.40E-08 |
| Heavy Duty Diesel Vehicle | All -advanced, moderate, or uncontrolled | 4 | 4.00E-09 | 6.44E-09 | -11 | -1.10E-08 | 3 | 3.00E-09 | 4.83E-09 | -2 | -2.00E-09 |
| Motorcycles | Non-oxidation catalyst | 40 | 4.00E-08 | 6.44E-08 | 24 | 2.40E-08 | 3 | 3.00E-09 | 4.83E-09 | 12 | 1.20E-08 |
| | Uncontrolled | 53 | 5.30E-08 | 8.53E-08 | 33 | 3.30E-08 | 4 | 4.00E-09 | 6.44E-09 | 15 | 1.50E-08 |

Footnotes and Sources:
IPCC, *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Volume 2, Chapter 3 (Mobile Combustion)*, Table 3.2.3, 2006.
Emission factors were converted from original units (mg/km; mg/start) and rounded to whole numbers.  Negative emission factors indicate that a vehicle starting cold produces fewer emissions than a vehicle starting warm or running warm.
Implementation dates for vehicle control technologies vary by year.  For a full description of implementation dates for U.S. vehicle control technologies, see the *Inventory of U.S. Greenhouse Gases and Sinks: 1990-2007, Annexes*, (EPA, 2009).

A-15

August 2009

©2009 American Petroleum Institute

BLM_0003373

*Appendix A. Additional Combustion Calculation Information*

### Table A–8.  Default Distance Based $CH_4$ and $N_2O$ Mobile Source Emission Factors for European Vehicles

| | | | *Original Units* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | $CH_4$ Emission Factors (mg/km) | | | | $N_2O$ Emission Factors (mg/km) | | | |
| | | | Urban | | | | Urban | | | |
| Vehicle Type | Fuel | Vehicle Technology/Class | Cold | Hot | Rural | Highway | Cold | Hot | Rural | Highway |
| Passenger Car | Gasoline | pre-Euro | 201 | 131 | 86 | 41 | 10 | 10 | 6.5 | 6.5 |
| | | Euro 1 | 45 | 26 | 16 | 14 | 38 | 22 | 17 | 8.0 |
| | | Euro 2 | 94 | 17 | 13 | 11 | 24 | 11 | 4.5 | 2.5 |
| | | Euro 3 | 83 | 3 | 2 | 4 | 12 | 3 | 2.0 | 1.5 |
| | | Euro 4 | 57 | 2 | 2 | 0 | 6 | 2 | 0.8 | 0.7 |
| | Diesel | pre-Euro | 22 | 28 | 12 | 8 | 0 | 0 | 0 | 0 |
| | | Euro 1 | 18 | 11 | 9 | 3 | 0 | 2 | 4 | 4 |
| | | Euro 2 | 6 | 7 | 3 | 2 | 3 | 4 | 6 | 6 |
| | | Euro 3 | 7 | 3 | 0 | 0 | 15 | 9 | 4 | 4 |
| | | Euro 4 | 0 | 0 | 0 | 0 | 15 | 9 | 4 | 4 |
| | LPG | pre-ECE | | | | | 0 | 0 | 0 | 0 |
| | | Euro 1 | 80 | | 35 | 25 | 38 | 21 | 13 | 8 |
| | | Euro 2 | | | | | 23 | 13 | 3 | 2 |
| | | Euro 3 and later | | | | | 9 | 5 | 2 | 1 |
| Light Duty Vehicles | Gasoline | pre-Euro | 201 | 131 | 86 | 41 | 10 | 10 | 6.5 | 6.5 |
| | | Euro 1 | 45 | 26 | 16 | 14 | 122 | 52 | 52 | 52 |
| | | Euro 2 | 94 | 17 | 13 | 11 | 62 | 22 | 22 | 22 |
| | | Euro 3 | 83 | 3 | 2 | 4 | 36 | 5 | 5 | 5 |
| | | Euro 4 | 57 | 2 | 2 | 0 | 16 | 2 | 2 | 2 |
| | Diesel | pre-Euro | 22 | 28 | 12 | 8 | 0 | 0 | 0 | 0 |
| | | Euro 1 | 18 | 11 | 9 | 3 | 0 | 2 | 4 | 4 |
| | | Euro 2 | 6 | 7 | 3 | 2 | 3 | 4 | 6 | 6 |
| | | Euro 3 | 7 | 3 | 0 | 0 | 15 | 9 | 4 | 4 |
| | | Euro 4 | 0 | 0 | 0 | 0 | 15 | 9 | 4 | 4 |

©2009 American Petroleum Institute

BLM_0003374

*Appendix A. Additional Combustion Calculation Information*

### Table A–8.  Default Distance Based $CH_4$ and $N_2O$ Mobile Source Emission Factors for European Vehicles, continued

| Original Units | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | $CH_4$ Emission Factors (mg/km) | | | | $N_2O$ Emission Factors (mg/km) | | | |
| | | | Urban | | | | Urban | | | |
| **Vehicle Type** | **Fuel** | **Vehicle Technology/Class** | **Cold** | **Hot** | **Rural** | **Highway** | **Cold** | **Hot** | **Rural** | **Highway** |
| Heavy Duty Truck & Bus | Gasoline | All Technologies | 140 | | 110 | 70 | 6 | | 6 | 6 |
| | Diesel | GVW<16t | 85 | | 23 | 20 | 30 | | 30 | 30 |
| | | GVW>16t | 175 | | 80 | 70 | 30 | | 30 | 30 |
| | CNG | pre-Euro 4 | 5400 | | | | N/A | | | |
| | | Euro 4 and later (incl. EEV) | 900 | | | | | | | |
| Power Two Wheeler | Gasoline | <50 cm3 | 219 | | 219 | 219 | 1 | | 1 | 1 |
| | | >50 cm3 2-stroke | 150 | | 150 | 150 | 2 | | 2 | 2 |
| | | >50 cm3 4-stroke | 200 | | 200 | 200 | 2 | | 2 | 2 |

| Units Converted to US Basis | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | $CH_4$ Emission Factors (tonne/mi) | | | | $N_2O$ Emission Factors (tonne/mi) | | | |
| | | | Urban | | | | Urban | | | |
| **Vehicle Type** | **Fuel** | **Vehicle Technology/Class** | **Cold** | **Hot** | **Rural** | **Highway** | **Cold** | **Hot** | **Rural** | **Highway** |
| Passenger Car | Gasoline | pre-Euro | 3.23E-07 | 2.11E-07 | 1.38E-07 | 6.60E-08 | 1.61E-08 | 1.61E-08 | 1.05E-08 | 1.05E-08 |
| | | Euro 1 | 7.24E-08 | 4.18E-08 | 2.57E-08 | 2.25E-08 | 6.12E-08 | 3.54E-08 | 2.74E-08 | 1.29E-08 |
| | | Euro 2 | 1.51E-07 | 2.74E-08 | 2.09E-08 | 1.77E-08 | 3.86E-08 | 1.77E-08 | 7.24E-09 | 4.02E-09 |
| | | Euro 3 | 1.34E-07 | 4.83E-09 | 3.22E-09 | 6.44E-09 | 1.93E-08 | 4.83E-09 | 3.22E-09 | 2.41E-09 |
| | | Euro 4 | 9.17E-08 | 3.22E-09 | 3.22E-09 | 0 | 9.66E-09 | 3.22E-09 | 1.29E-09 | 1.13E-09 |
| | Diesel | pre-Euro | 3.54E-08 | 4.51E-08 | 1.93E-08 | 1.29E-08 | 0 | 0 | 0 | 0 |
| | | Euro 1 | 2.90E-08 | 1.77E-08 | 1.45E-08 | 4.83E-09 | 0 | 3.22E-09 | 6.44E-09 | 6.44E-09 |
| | | Euro 2 | 9.66E-09 | 1.13E-08 | 4.83E-09 | 3.22E-09 | 4.83E-09 | 6.44E-09 | 9.66E-09 | 9.66E-09 |
| | | Euro 3 | 1.13E-08 | 4.83E-09 | 0 | 0 | 2.41E-08 | 1.45E-08 | 6.44E-09 | 6.44E-09 |
| | | Euro 4 | 0 | 0 | 0 | 0 | 2.41E-08 | 1.45E-08 | 6.44E-09 | 6.44E-09 |
| | LPG | pre-ECE | 1.29E-07 | | 5.63E-08 | 4.02E-08 | 0 | 0 | 0 | 0 |
| | | Euro 1 | | | | | 6.12E-08 | 3.38E-08 | 2.09E-08 | 1.29E-08 |
| | | Euro 2 | | | | | 3.70E-08 | 2.09E-08 | 4.83E-09 | 3.22E-09 |
| | | Euro 3 and later | | | | | 1.45E-08 | 8.05E-09 | 3.22E-09 | 1.61E-09 |

©2009 American Petroleum Institute
BLM_0003375

*Appendix A. Additional Combustion Calculation Information*

**Table A–8.  Default Distance Based CH$_4$ and N$_2$O Mobile Source Emission Factors for European Vehicles, continued**

| | | | CH$_4$ Emission Factors (tonne/mi) | | | | N$_2$O Emission Factors (tonne/mi) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Urban | | | | Urban | | | |
| **Vehicle Type** | **Fuel** | **Vehicle Technology/Class** | **Cold** | **Hot** | **Rural** | **Highway** | **Cold** | **Hot** | **Rural** | **Highway** |
| Light Duty Vehicles | Gasoline | pre-Euro | 3.23E-07 | 2.11E-07 | 1.38E-07 | 6.60E-08 | 1.61E-08 | 1.61E-08 | 1.05E-08 | 1.05E-08 |
| | | Euro 1 | 7.24E-08 | 4.18E-08 | 2.57E-08 | 2.25E-08 | 1.96E-07 | 8.37E-08 | 8.37E-08 | 8.37E-08 |
| | | Euro 2 | 1.51E-07 | 2.74E-08 | 2.09E-08 | 1.77E-08 | 9.98E-08 | 3.54E-08 | 3.54E-08 | 3.54E-08 |
| | | Euro 3 | 1.34E-07 | 4.83E-09 | 3.22E-09 | 6.44E-09 | 5.79E-08 | 8.05E-09 | 8.05E-09 | 8.05E-09 |
| | | Euro 4 | 9.17E-08 | 3.22E-09 | 3.22E-09 | 0 | 2.57E-08 | 3.22E-09 | 3.22E-09 | 3.22E-09 |
| | Diesel | pre-Euro | 3.54E-08 | 4.51E-08 | 1.93E-08 | 1.29E-08 | 0 | 0 | 0 | 0 |
| | | Euro 1 | 2.90E-08 | 1.77E-08 | 1.45E-08 | 4.83E-09 | 0 | 3.22E-09 | 6.44E-09 | 6.44E-09 |
| | | Euro 2 | 9.66E-09 | 1.13E-08 | 4.83E-09 | 3.22E-09 | 4.83E-09 | 6.44E-09 | 9.66E-09 | 9.66E-09 |
| | | Euro 3 | 1.13E-08 | 4.83E-09 | 0 | 0 | 2.41E-08 | 1.45E-08 | 6.44E-09 | 6.44E-09 |
| | | Euro 4 | 0 | 0 | 0 | 0 | 2.41E-08 | 1.45E-08 | 6.44E-09 | 6.44E-09 |
| Heavy Duty Truck & Bus | Gasoline | All Technologies | 2.25E-07 | | 1.77E-07 | 1.13E-07 | 9.66E-09 | | 9.66E-09 | 9.66E-09 |
| | Diesel | GVW<16t | 1.37E-07 | | 3.70E-08 | 3.22E-08 | 4.83E-08 | | 4.83E-08 | 4.83E-08 |
| | | GVW>16t | 2.82E-07 | | 1.29E-07 | 1.13E-07 | 4.83E-08 | | 4.83E-08 | 4.83E-08 |
| | CNG | pre-Euro 4 | 8.69E-06 | | | | N/A | | | |
| | | Euro 4 and later (incl. EEV) | 1.45E-06 | | | | | | | |
| Power Two Wheeler | Gasoline | <50 cm3 | 3.52E-07 | | 3.52E-07 | 3.52E-07 | 1.61E-09 | | 1.61E-09 | 1.61E-09 |
| | | >50 cm3 2-stroke | 2.41E-07 | | 2.41E-07 | 2.41E-07 | 3.22E-09 | | 3.22E-09 | 3.22E-09 |
| | | >50 cm3 4-stroke | 3.22E-07 | | 3.22E-07 | 3.22E-07 | 3.22E-09 | | 3.22E-09 | 3.22E-09 |

| | | | CH$_4$ Emission Factors (tonne/km) | | | | N$_2$O Emission Factors (tonne/km) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Urban | | | | Urban | | | |
| **Vehicle Type** | **Fuel** | **Vehicle Technology/Class** | **Cold** | **Hot** | **Rural** | **Highway** | **Cold** | **Hot** | **Rural** | **Highway** |
| Passenger Car | Gasoline | pre-Euro | 2.01E-07 | 1.31E-07 | 8.60E-08 | 4.10E-08 | 1.00E-08 | 1.00E-08 | 6.50E-09 | 6.50E-09 |
| | | Euro 1 | 4.50E-08 | 2.60E-08 | 1.60E-08 | 1.40E-08 | 3.80E-08 | 2.20E-08 | 1.70E-08 | 8.00E-09 |
| | | Euro 2 | 9.40E-08 | 1.70E-08 | 1.30E-08 | 1.10E-08 | 2.40E-08 | 1.10E-08 | 4.50E-09 | 2.50E-09 |
| | | Euro 3 | 8.30E-08 | 3.00E-09 | 2.00E-09 | 4.00E-09 | 1.20E-08 | 3.00E-09 | 2.00E-09 | 1.50E-09 |
| | | Euro 4 | 5.70E-08 | 2.00E-09 | 2.00E-09 | 0 | 6.00E-09 | 2.00E-09 | 8.00E-10 | 7.00E-10 |

*Units Converted to US Basis* (row header above first table)

*Units Converted to SI Basis* (row header above second table)

©2009 American Petroleum Institute

August 2009

BLM_000376

*Appendix A. Additional Combustion Calculation Information*

### Table A–8.  Default Distance Based CH$_4$ and N$_2$O Mobile Source Emission Factors for European Vehicles, continued

| | | | CH$_4$ Emission Factors (tonne/km) | | | | N$_2$O Emission Factors (tonne/km) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Urban | | | | Urban | | | |
| **Vehicle Type** | **Fuel** | **Vehicle Technology/Class** | **Cold** | **Hot** | **Rural** | **Highway** | **Cold** | **Hot** | **Rural** | **Highway** |
| Passenger Car | Diesel | pre-Euro | 2.20E-08 | 2.80E-08 | 1.20E-08 | 8.00E-09 | 0 | 0 | 0 | 0 |
| | | Euro 1 | 1.80E-08 | 1.10E-08 | 9.00E-09 | 3.00E-09 | 0.00E+00 | 2.00E-09 | 4.00E-09 | 4.00E-09 |
| | | Euro 2 | 6.00E-09 | 7.00E-09 | 3.00E-09 | 2.00E-09 | 3.00E-09 | 4.00E-09 | 6.00E-09 | 6.00E-09 |
| | | Euro 3 | 7.00E-09 | 3.00E-09 | 0 | 0 | 1.50E-08 | 9.00E-09 | 4.00E-09 | 4.00E-09 |
| | | Euro 4 | | | | | 1.50E-08 | 9.00E-09 | 4.00E-09 | 4.00E-09 |
| | LPG | pre-ECE | 8.00E-08 | | 3.50E-08 | 2.50E-08 | 0 | 0 | | |
| | | Euro 1 | | | | | 3.80E-08 | 2.10E-08 | 1.30E-08 | 8.00E-09 |
| | | Euro 2 | | | | | 2.30E-08 | 1.30E-08 | 3.00E-09 | 2.00E-09 |
| | | Euro 3 and later | | | | | 9.00E-09 | 5.00E-09 | 2.00E-09 | 1.00E-09 |
| Light Duty Vehicles | Gasoline | pre-Euro | 2.01E-07 | 1.31E-07 | 8.60E-08 | 4.10E-08 | 1.00E-08 | 1.00E-08 | 6.50E-09 | 6.50E-09 |
| | | Euro 1 | 4.50E-08 | 2.60E-08 | 1.60E-08 | 1.40E-08 | 1.22E-07 | 5.20E-08 | 5.20E-08 | 5.20E-08 |
| | | Euro 2 | 9.40E-08 | 1.70E-08 | 1.30E-08 | 1.10E-08 | 6.20E-08 | 2.20E-08 | 2.20E-08 | 2.20E-08 |
| | | Euro 3 | 8.30E-08 | 3.00E-09 | 2.00E-09 | 4.00E-09 | 3.60E-08 | 5.00E-09 | 5.00E-09 | 5.00E-09 |
| | | Euro 4 | 5.70E-08 | 2.00E-09 | 2.00E-09 | 0.00E+00 | 1.60E-08 | 2.00E-09 | 2.00E-09 | 2.00E-09 |
| | Diesel | pre-Euro | 2.20E-08 | 2.80E-08 | 1.20E-08 | 8.00E-09 | 0 | 0 | 0 | 0 |
| | | Euro 1 | 1.80E-08 | 1.10E-08 | 9.00E-09 | 3.00E-09 | | 2.00E-09 | 4.00E-09 | 4.00E-09 |
| | | Euro 2 | 6.00E-09 | 7.00E-09 | 3.00E-09 | 2.00E-09 | 3.00E-09 | 4.00E-09 | 6.00E-09 | 6.00E-09 |
| | | Euro 3 | 7.00E-09 | 3.00E-09 | 0 | 0 | 1.50E-08 | 9.00E-09 | 4.00E-09 | 4.00E-09 |
| | | Euro 4 | 0 | 0 | 0 | 0 | 1.50E-08 | 9.00E-09 | 4.00E-09 | 4.00E-09 |
| Heavy Duty Truck & Bus | Gasoline | All Technologies | 1.40E-07 | | 1.10E-07 | 7.00E-08 | 6.00E-09 | | 6.00E-09 | 6.00E-09 |
| | Diesel | GVW<16t | 8.50E-08 | | 2.30E-08 | 2.00E-08 | 3.00E-08 | | 3.00E-08 | 3.00E-08 |
| | | GVW>16t | 1.75E-07 | | 8.00E-08 | 7.00E-08 | 3.00E-08 | | 3.00E-08 | 3.00E-08 |
| | CNG | pre-Euro 4 | 5.40E-06 | | | | N/A | | | |
| | | Euro 4 and later (incl. EEV) | 9.00E-07 | | | | | | | |
| Power Two Wheeler | Gasoline | <50 cm3 | 2.19E-07 | | 2.19E-07 | 2.19E-07 | 1.00E-09 | | 1.00E-09 | 1.00E-09 |
| | | >50 cm3 2-stroke | 1.50E-07 | | 1.50E-07 | 1.50E-07 | 2.00E-09 | | 2.00E-09 | 2.00E-09 |
| | | >50 cm3 4-stroke | 2.00E-07 | | 2.00E-07 | 2.00E-07 | 2.00E-09 | | 2.00E-09 | 2.00E-09 |

©2009 American Petroleum Institute

BLM_000377

*Appendix A. Additional Combustion Calculation Information*

Footnotes and Source for Table A-8:

IPCC, *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, *Volume 2, Chapter 3 (Mobile Combustion)*, Table 3.2.5, 2006.

Emission factors were converted from original units (mg/km).

Implementation dates for vehicle control technologies vary by year and may vary by member state. For a full description of implementation dates for European vehicle control technologies, see the *EMEP/CORINAIR Emission Inventory Guidebook, Group 7: Road transport* (UNECE/EMEP, 2007).

The urban emission factor is divided into cold and hot for passenger cars and light duty trucks. The cold emission factor is relevant for trips which start with the engine at ambient temperature. A typical allocation of the annual mileage of a passenger car into the different driving conditions could be: 0.3/0.1/0.3/0.3 for urban cold, urban hot, rural and highway respectively.

©2009 American Petroleum Institute

BLM_0003378

Table A-9 provides $CH_4$ and $N_2O$ emission factors for alternative fuel vehicles, based on distance traveled.

**Table A-9.  Default Distance Based $CH_4$ and $N_2O$ Emission Factors for Alternative Fuel Vehicles**

| Vehicle Type and Year | $CH_4$ | | | $N_2O$ | | |
|---|---|---|---|---|---|---|
| | Original Units | Converted to | | Original Units | Converted to | |
| | (g/mile) | (tonne/mile) | (tonne/km) | (g/mile) | (tonne/mile) | (tonne/km) |
| **Light Duty Alternative Fuel** | | | | | | |
| Methanol | 0.018 | 1.80E-08 | 1.12E-08 | 0.067 | 6.70E-08 | 4.16E-08 |
| CNG | 0.737 | 7.37E-07 | 4.58E-07 | 0.050 | 5.00E-08 | 3.11E-08 |
| LPG | 0.037 | 3.70E-08 | 2.30E-08 | 0.067 | 6.70E-08 | 4.16E-08 |
| Ethanol | 0.055 | 5.50E-08 | 3.42E-08 | 0.067 | 6.70E-08 | 4.16E-08 |
| Biodiesel (B20) | 0.0005 | 5.00E-10 | 3.11E-10 | 0.001 | 1.00E-09 | 6.21E-10 |
| **Medium and Heavy-Duty Trucks** | | | | | | |
| Methanol | 0.066 | 6.60E-08 | 4.10E-08 | 0.175 | 1.75E-07 | 1.09E-07 |
| CNG | 1.966 | 1.97E-06 | 1.22E-06 | 0.175 | 1.75E-07 | 1.09E-07 |
| LNG | 1.966 | 1.97E-06 | 1.22E-06 | 0.175 | 1.75E-07 | 1.09E-07 |
| LPG | 0.066 | 6.60E-08 | 4.10E-08 | 0.175 | 1.75E-07 | 1.09E-07 |
| Ethanol | 0.197 | 1.97E-07 | 1.22E-07 | 0.175 | 1.75E-07 | 1.09E-07 |
| Biodiesel (B20) | 0.005 | 5.00E-09 | 3.11E-09 | 0.005 | 5.00E-09 | 3.11E-09 |

Source:
EPA, *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007, Annexes*, Table A-91, April 15, 2009.

Exhibit A.2 provides an illustration of how to calculate emissions from vehicles using an operational basis.

---

**EXHIBIT A.2:**   **Sample Operational Basis Calculation for Combustion Emissions from Vehicles**

INPUT DATA:
A fleet of heavy-duty (HD) diesel freight trucks travels 1,000,000 miles during the year.  The trucks are equipped with advance control systems.  There were approximately 1,500 cold starts during the year.  Calculate the $CH_4$ and $N_2O$ emissions using a distance-based approach and a fuel consumption approach.

---

BLM_0003379

*Appendix A. Additional Combustion Calculation Information*

---

**EXHIBIT A.2:**      **Sample Operational Basis Calculation for Combustion Emissions from Vehicles, continued**

CALCULATION METHODOLOGY:

1. *Calculate emissions using a distance-based approach.* $CH_4$ and $N_2O$ emissions are estimated using the default distance-based approach. $CH_4$ and $N_2O$ emissions are calculated using emission factors obtained from Table A-7, for "Heavy Duty Diesel Vehicles".

$$E_{CH_4} = \left( \frac{1,000,000 \text{ miles}}{\text{year}} \times \frac{6.44 \times 10^{-9} \text{ tonne}}{\text{mile}} \right) + \left( \frac{1,500 \text{ cold starts}}{\text{year}} \times \frac{-1.10 \times 10^{-8} \text{ tonne}}{\text{start}} \right)$$

$$\underline{E_{CH_4} = 0.00642 \text{ tonne } CH_4/yr}$$

$$E_{N_2O} = \left( \frac{1,000,000 \text{ miles}}{\text{year}} \times \frac{4.83 \times 10^{-9} \text{ tonne}}{\text{mile}} \right) + \left( \frac{1,500 \text{ cold starts}}{\text{year}} \times \frac{-2.00 \times 10^{-9} \text{ tonne}}{\text{start}} \right)$$

$$\underline{E_{N_2O} = 0.00483 \text{ tonne } N_2O/yr}$$

2. *Calculate emissions using a fuel consumption approach.* Emissions were calculated using a fuel consumed basis in Exhibit 4.12. The $CH_4$ and $N_2O$ emissions were calculated to be:

$$E_{CH_4} = \frac{142,857 \text{ gal}}{yr} \times \frac{4.5 \times 10^{-4} \text{ tonne } CH_4}{1000 \text{ gal}}$$

$$\underline{E_{CH_4} = 0.064 \text{ tonnes } CH_4/yr}$$

$$E_{N_2O} = \frac{142,857 \text{ gal}}{yr} \times \frac{3.1 \times 10^{-4} \text{ tonne } N_2O}{1000 \text{ gal}}$$

$$\underline{E_{N_2O} = 0.044 \text{ tonnes } CO_2/yr}$$

---

## A.3.2   Marine Vessels

An alternate method for calculating emissions from marine vessels is to use operational data instead of fuel consumed. Emissions can be calculated using the following equation:

---

A-22                                                                                          August 2009
©2009 American Petroleum Institute

BLM_0003380

*Appendix A. Additional Combustion Calculation Information*

$$E = AH \times kW \times LF \times EF \times CF$$

(Equation A-3)

where

$E$ = vessel emissions (tonnes/yr) ;
$AH$ = annual hours per mode of operation (at sea, maneuvering) (hours);
$kW$ = average total vessel kW (kW);
$LF$ = engine load factor, for specified mode of operation (fraction);
$EF$ = emission factor (g/kWh); and
$CF$ = conversion Factor (tonne/$10^6$ g).

Table A-10 provides default engine load factors and emission factors for marine vessels, based on operational mode.

©2009 American Petroleum Institute

BLM_0003381

## Table A–10.  Default Operational Based Emission Factors for Marine Vessels

| Vessel Type | Mode | Engine type[a] | Load Factor | Emission Factors, Original Units (g/kWh) | | | Emission Factors, Converted Units (tonne/kWh) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$ | CH$_4$ | N$_2$O |
| *Vessel Lightening* | | | | | | | | | |
| Oil tankers | Maneuvering | SSD | 0.10 | 647 | 0.012 | 0.031 | 6.47E-04 | 1.20E-08 | 3.10E-08 |
| Escort vessels | Maneuvering | MSD | 0.10 | 717 | 0.008 | 0.031 | 7.17E-04 | 8.00E-09 | 3.10E-08 |
| | At sea | MSD | 0.80 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| *Louisiana Offshore Oil Port (LOOP)* | | | | | | | | | |
| Tankers | At sea | SSD | 0.55 | 588 | 0.006 | 0.031 | 5.88E-04 | 6.00E-09 | 3.10E-08 |
| | Maneuvering | SSD | 0.10 | 647 | 0.012 | 0.031 | 6.47E-04 | 1.20E-08 | 3.10E-08 |
| Support vessels | Maneuvering | HSD | 0.25 | 717 | 0.008 | 0.031 | 7.17E-04 | 8.00E-09 | 3.10E-08 |
| LOOP generator | At sea | HSD | 0.50 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| LOOP pumps | At sea | HSD | 1.00 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| *Pipelaying Operations* | | | | | | | | | |
| Pipelaying | Maneuvering | MSD | 0.75 | 717 | 0.008 | 0.031 | 7.17E-04 | 8.00E-09 | 3.10E-08 |
| *Drilling Rigs* | | | | | | | | | |
| Drill ship equipment | At sea | HSD | 0.75 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| Jack-up equipment | At sea | HSD | 0.75 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| Semisubmersible equipment | At sea | HSD | 0.75 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| Submersible equipment | At sea | HSD | 0.75 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| Drilling propulsion | At sea | HSD | 0.15 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| Semisubmersible propulsion | At sea | HSD | 0.15 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| *Survey Vessels* | | | | | | | | | |
| Survey vessels | At sea | MSD | 0.90 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| Anchor handling | At sea | HSD | 0.85 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| | Maneuvering | HSD | 0.10 | 9.6 | 0.008 | 0.031 | 9.60E-06 | 8.00E-09 | 3.10E-08 |
| *Support Vessels* | | | | | | | | | |
| Supply/crew boats | At sea | HSD | 0.85 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| | Maneuvering | HSD | 0.10 | 9.6 | 0.008 | 0.031 | 9.60E-06 | 8.00E-09 | 3.10E-08 |
| Lift boats | At sea | HSD | 0.85 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| | Maneuvering | HSD | 0.10 | 9.6 | 0.008 | 0.031 | 9.60E-06 | 8.00E-09 | 3.10E-08 |

©2009 American Petroleum Institute

BLM_0003382

## Table A–10.  Default Operational Based Emission Factors for Marine Vessels, continued

| Vessel Type | Mode | Engine type[a] | Load Factor | Emission Factors, Original Units (g/kWh) | | | Emission Factors, Converted Units (tonne/kWh) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CO₂ | CH₄ | N₂O | CO₂ | CH₄ | N₂O |
| *Support Vessels, continued* | | | | | | | | | |
| Tugs/towing boats | At sea | HSD | 0.85 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| | Maneuvering | HSD | 0.10 | 9.6 | 0.008 | 0.031 | 9.60E-06 | 8.00E-09 | 3.10E-08 |
| *Commercial Marine Vessels* | | | | | | | | | |
| Average/Unknown | At sea | SSD | 0.80 | 588 | 0.006 | 0.031 | 5.88E-04 | 6.00E-09 | 3.10E-08 |
| Bulk materials | At sea | SSD | 0.80 | 588 | 0.006 | 0.031 | 5.88E-04 | 6.00E-09 | 3.10E-08 |
| Container ships | At sea | SSD | 0.80 | 588 | 0.006 | 0.031 | 5.88E-04 | 6.00E-09 | 3.10E-08 |
| Ferries | At sea | MSD | 0.80 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| General cargo | At sea | SSD | 0.80 | 588 | 0.006 | 0.031 | 5.88E-04 | 6.00E-09 | 3.10E-08 |
| Miscellaneous | At sea | SSD | 0.80 | 588 | 0.006 | 0.031 | 5.88E-04 | 6.00E-09 | 3.10E-08 |
| Offshore | At sea | MSD | 0.80 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| Refrigerated | At sea | SSD | 0.80 | 588 | 0.006 | 0.031 | 5.88E-04 | 6.00E-09 | 3.10E-08 |
| Roll On/Roll Off | At sea | MSD | 0.80 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |
| Tankers | At sea | SSD | 0.80 | 588 | 0.006 | 0.031 | 5.88E-04 | 6.00E-09 | 3.10E-08 |
| Tug boats | At sea | MSD | 0.80 | 652 | 0.004 | 0.031 | 6.52E-04 | 4.00E-09 | 3.10E-08 |

Footnotes and Source:

Wilson, Darcy, Richard Billings, Regi Oommen, and Roger Chang, Eastern Research Group, Inc. *Year 2005 Gulfwide Emission Inventory Study*, OCS Study MMS 2007-067, U.S. Department of the Interior, Minerals Management Service (MMS), Gulf of Mexico OCS Region, New Orleans, December 2007.

[a]SSD = Slow Speed Diesel Engine; MSD = Medium Speed Diesel Engine; HSD = High Speed Diesel Engine.

©2009 American Petroleum Institute

BLM_0003383

*Appendix A. Additional Combustion Calculation Information*

Exhibit A.3 provides an illustration of how to calculate emissions from marine vessels using an operational basis.

---

**EXHIBIT A.3:**        **Sample Operational Basis Calculation for Combustion Emissions from Marine Vessels**

INPUT DATA:
A fleet of 17 diesel-powered tankers operated 90 percent of the year at sea.  The fuel consumption and Gross Registered Tonnage for each ship is unknown.  The vessels have an average engine rating of 9,400 kW with an average of 2,000 kW auxiliary power.  Calculate the $CO_2$, $CH_4$, and $N_2O$ emissions from the fleet using an operational basis.  Compare the results to the emissions calculated in Exhibit 4.12 (using a fuel consumption basis).

CALCULATION METHODOLOGY:
1. *Calculate fleet emissions using an operational basis.*  Emissions are estimated using the operational-based approach load and emission factors provided in Table A-10 (for "*Commercial Marine Vessels*: Tankers ").  Emissions are calculated using Equation A-3.

$$E_{CO_2} = 17 \text{ ships} \times 0.9 \times \frac{365 \text{ days}}{\text{year}} \times \frac{24 \text{ h}}{\text{day}} \times \frac{11,400 \text{ kW}}{\text{ship}} \times 0.80 \times \frac{588 \text{ g}}{\text{kWh}} \times \frac{\text{kg}}{1,000 \text{ g}} \times \frac{\text{tonne}}{1,000 \text{ kg}}$$

$$\underline{E_{CO_2} = 718,733 \text{ tonne } CO_2/\text{yr}}$$

$$E_{CH_4} = 17 \text{ ships} \times 0.9 \times \frac{365 \text{ days}}{\text{year}} \times \frac{24 \text{ h}}{\text{day}} \times \frac{11,400 \text{ kW}}{\text{ship}} \times 0.80 \times \frac{0.006 \text{ g}}{\text{kWh}} \times \frac{\text{kg}}{1,000 \text{ g}} \times \frac{\text{tonne}}{1,000 \text{ kg}}$$

$$\underline{E_{CH_4} = 7.33 \text{ tonne } CH_4/\text{yr}}$$

$$E_{N_2O} = 17 \text{ ships} \times 0.9 \times \frac{365 \text{ days}}{\text{year}} \times \frac{24 \text{ h}}{\text{day}} \times \frac{11,400 \text{ kW}}{\text{ship}} \times 0.80 \times \frac{0.031 \text{ g}}{\text{kWh}} \times \frac{\text{kg}}{1,000 \text{ g}} \times \frac{\text{tonne}}{1,000 \text{ kg}}$$

$$\underline{E_{N_2O} = 37.89 \text{ tonne } N_2O/\text{yr}}$$

2.  Compare the operational basis emissions to the fuel consumption basis emissions.  For comparison purposes, emissions calculated using the fuel consumed basis were calculated (in Exhibit 4.13) to be:

---

©2009 American Petroleum Institute

BLM_0003384

*Appendix A. Additional Combustion Calculation Information*

---

**EXHIBIT A.3:**     **Sample Operational Basis Calculation for Combustion Emissions from Marine Vessels, continued**

$$E_{CO_2} = \frac{1.07 \times 10^{16} \text{ J}}{\text{yr}} \times \frac{69.3 \text{ tonne CO}_2}{10^{12} \text{ J}}$$

$$E_{CO_2} = 738{,}861 \text{ tonnes CO}_2/\text{yr}$$

$$E_{CH_4} = \frac{275{,}498 \text{ m}^3}{\text{yr}} \times \frac{1.5 \times 10^{-4} \text{ tonne CH}_4}{\text{m}^3}$$

$$E_{CH_4} = 41.32 \text{ tonnes CH}_4/\text{yr}$$

$$E_{N_2O} = \frac{275{,}498 \text{ m}^3}{\text{yr}} \times \frac{1.1 \times 10^{-3} \text{ tonne N}_2\text{O}}{\text{m}^3}$$

$$E_{N_2O} = 303.05 \text{ tonnes N}_2\text{O}/\text{yr}$$

---

## A.4   References

American Petroleum Institute (API). *Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Gas Industry*, April 2004, revised 2009.

Canadian Association of Petroleum Producers (CAPP). *Calculating Greenhouse Gas Emissions*, Guide, Publication Number 2003-0003, April 2003. http://www.capp.ca/raw.asp?x=1&dt=PDF&dn=55904, accessed May 1, 2009.

Department for Environment, Food and Rural Affairs (Defra). *Guidelines to Defra's GHG conversion factors for company reporting, Annexes updated June 2007*, 2007. http://www.defra.gov.uk/environment/business/reporting/pdf/ghg-cf-guidelines2008.pdf, accessed May 1, 2009.

Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Eggleston H.S., Buendia L., Miwa K., Ngara T. and Tanabe K. (eds). *2006 IPCC Guidelines for*

©2009 American Petroleum Institute

BLM_0003385

*National Greenhouse Gas Inventories, Volume 2, Chapter 2: Stationary Combustion, and Volume 2, Chapter 3: Mobile Combustion.*
http://www.ipcc-nggip.iges.or.jp/public/2006gl/vol2.html, accessed May 1, 2009.

United Nations Economic Commission for Europe/Cooperative Programme for Monitoring and Evaluation of the Long-range Transmission of Air Pollutants in Europe (UNECE/EMEP). *EMEP/CORINAIR Emission Inventory Guidebook - 2006, Group 7: Road transport*, European Environment Agency, 23 August 2007.
http://reports.eea.europa.eu/EMEPCORINAIR4/en/group_07.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA).  Air CHIEF, Version *12*, EPA 454/C-05-001, U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Washington, DC, 2005.

U.S. Environmental Protection Agency (EPA). *Climate Leaders Greenhouse Gas Inventory Protocol Core Module Guidance: Direct Emissions from Mobile Source Combustion.* EPA-430-K-08-004, U.S. Environmental Protection Agency, Office of Air and Radiation, May, 2008.
http://www.epa.gov/climateleaders/documents/resources/mobilesource_guidance.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, (GPO 055-000-005-001), U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, October 1996,  Supplement D, 1998, Supplement F, 2000, and updates 2001 to present.
http://www.epa.gov/ttn/chief/ap42/index.html, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007, Annexes.*  EPA-430-R-09-004, U.S. Environmental Protection Agency, Washington DC, April 15, 2009.
http://www.epa.gov/climatechange/emissions/downloads09/Annexes.pdf, accessed May 1, 2009.

Wilson, Darcy, Richard Billings, Regi Oommen, and Roger Chang, Eastern Research Group, Inc. *Year 2005 Gulfwide Emission Inventory Study,* OCS Study MMS 2007-067, U.S. Department of the Interior, Minerals Management Services (MMS), Gulf of Mexico OCS Region, New Orleans, December 2007.  http://www.gomr.mms.gov/PI/PDFImages/ESPIS/4/4276.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003386



**AMERICAN PETROLEUM INSTITUTE**

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## APPENDIX B

## ADDITIONAL VENTING CALCULATION INFORMATION



BLM_0003387

# *Compendium* of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Appendix B – Additional Venting Calculation Information

August 2009

BLM_0003388

BLM_0003389

# Table of Contents

**B. ADDITIONAL VENTING CALCULATION INFORMATION.................................... B-1**

B.1 Derivation of Asphalt Blowing Emission Factors...........................................B-1

B.2 Catalytic Cracking Regenerator "$K_1$, $K_2$, $K_3$" Approach ..............................B-3

B.3 Derivation of Simplified Tank Flashing Emission Factors ...........................B-6

    B.3.1 Crude Oil Flashing Losses.............................................................B-6

    B.3.2 Condensate Flashing Losses.........................................................B-7

B.4 Additional Loading, Ballasting, and Transit Loss Methodology ..................B-8

    B.4.1 Loading Loss Emissions ................................................................B-8

    B.4.2 Ballasting Emissions...................................................................B-19

    B.4.3 Transit Loss Emissions ...............................................................B-21

B.5 Production Sector High-/Low-Bleed Pneumatic Devices Emission Factor Development..................................................................................B-26

B.6 Additional Coal Mining Data.......................................................................B-28

B.7 Additional Vented Volume Calculation Methodologies...............................B-31

    B.7.1 Calculating Pressure Vessel Volume............................................B-31

    B.7.2 Calculating Well Unloading Emissions.........................................B-33

    B.7.3 Calculating Pressure Relief Valve Release Volumes....................B-34

B.8 Derivation of Vented Emission Factors .....................................................B-35

    B.8.1 Derivation of Transmission Pipeline and Compressor Station Blowdown Emission Factor..........................................................B-35

    B.8.2 Derivation of Pipeline Blowdowns Emission Factor .....................B-36

B.9 References ..................................................................................................B-37

©2009 American Petroleum Institute

BLM_0003390

## List of Figures

Figure B–1.  Decision Tree for Crude Loading Losses ........................................................... B-8

Figure B–2.  Decision Tree for Gasoline and Other Liquid Fuel Loading Losses ..................... B-9

Figure B–3.  Decision Tree for Petroleum Liquid Ballasting Emissions .................................. B-19

©2009 American Petroleum Institute

BLM_0003391

# List of Tables

Table B–1.  Default Asphalt Blowing Exhaust Composition.................................................... B-1

Table B–2.  Coke Burn Rate Material Balance Conversion Factors ......................................... B-4

Table B–3.  Crude Oil Tank Flashing Loss Emission Factor Development ............................. B-6

Table B–4.  Condensate Tank Flashing Loss Emission Factor Development .......................... B-7

Table B–5.  Average Arrival TOC Emission Factor, $C_A$, for the Crude Oil Marine Vessel
Loading Emission Factor Equation ..................................................................... B-10

Table B–6.  Properties of Select Petroleum Liquids ............................................................... B-11

Table B–7.  Saturation, S, Factors for Estimating Loading Losses......................................... B-14

Table B-8.  TOC Emission Factors for Gasoline Loading at Marine Terminals ..................... B-16

Table B-9.  TOC Emission Factors for Marine Loading of Additional Petroleum Products ..... B-17

Table B-10.  TOC Emission Factors for Rail/Truck Loading Losses........................................ B-17

Table B-11.  Simplified TOC Emission Factors for Gasoline Ballasting Losses ..................... B-21

Table B–12.  Simplified TOC Emission Factors for Rail/Truck Gasoline Transit Losses ........ B-23

Table B-13.  Simplified TOC Emission Factors for Marine Transit Losses ............................. B-24

Table B–14.  Production Sector Pneumatic Device ................................................................. B-26

Table B–15.  U.S. Total Coal Production, 2005 - 2007............................................................ B-28

Table B–16.  U.S. $CH_4$ Emissions from Coal Mining Activities, 2005 - 2007 ......................... B-29

Table B–17.  $CH_4$ Emission Factors for Coal Mining ............................................................. B-29

Table B–18.  Coal Mining Emission Factors by Coal Supply Region ..................................... B-30

Table B–19.  Volume Per Meter of Pipeline Length................................................................ B-32

Table B–20.  Transmission Compressor Station Blowdown Emission Factor
Development.................................................................................................... B-35

Table B–21.  Transmission Pipeline Blowdown Vented Emission Factor Development......... B-36

Table B–22.  Distribution Pipeline Blowdown Vented Emission Factor Development ........... B-37

©2009 American Petroleum Institute

BLM_0003392

BLM_0003393

# B. ADDITIONAL VENTING CALCULATION INFORMATION

This section presents supplemental information for the vented emission calculation methodologies presented in Section 5.

## B.1    Derivation of Asphalt Blowing Emission Factors

The asphalt blowing $CH_4$ emission factors provided in Section 5.2.5 were derived from asphalt blowing exhaust composition data presented in an *Oil & Gas Journal* article (Dimpfl, 1980). Because the asphalt blowing emission factor presented in AP-42 is assumed to be on an air-free basis, the composition is also converted to an air-free basis. Both the original and adjusted samples are presented in Table B-1, along with the molecular weight of each compound:

### Table B–1.  Default Asphalt Blowing Exhaust Composition

| Substance | Industrial Air Blowing Flux, Mole %[a] | Adjusted Industrial Air Blowing Flux, Mole%[b] | Molecular Weight | Air Free Basis, Mol %[c] |
|---|---|---|---|---|
| $H_2$ | 1.20% | 1.20% | 2.02 | 52.2% |
| $H_2S$ | 0.10% | 0.10% | 34.08 | 4.3% |
| N and Ar | 81.2% | 81.25% | 28.01 | -- |
| $O_2$ | 16.4% | 16.45% | 32.00 | -- |
| CO | 0.10% | 0.10% | 28.01 | 4.3% |
| $CO_2$ | 0.20% | 0.20% | 44.01 | 8.7% |
| $CH_4$ | 0.30% | 0.30% | 16.04 | 13.0% |
| $C_2$ | 0.10% | 0.10% | 30.07 | 4.3% |
| $C_3$ | 0.10% | 0.10% | 44.10 | 4.3% |
| $C_4$ | 0.10% | 0.10% | 58.12 | 4.3% |
| $C_5+$ | 0.10% | 0.10% | 72.15 | 4.3% |
| Total | 99.9% | 100% | -- | 100% |

Footnotes and Sources:
[a] Dimpfl, "Study Gives Insight Into Asphalt Tank Explosions", *Oil and Gas Journal*, December 1980.
[b] The Dimpfl results accounted for only 99.9% of the speciation; this column presents the speciation data, adjusted to 100% speciation.
[c] Derived from Dimpfl. Also reported in ARPEL, *Atmospheric Emissions Inventories Methodologies in the Petroleum Industry*, Table 6.24, 1998.

©2009 American Petroleum Institute

BLM_0003394

*Appendix B. Additional Venting Calculation Information*

The exhaust emission rate is typically on a mass basis.  Since the exhaust analysis is on a molar basis, the exhaust concentration must be converted to a mass basis.  First, the exhaust gas molecular weight of the mixture ($MW_{Mixture}$) must be estimated.  Equation 3-8 is used to estimate the gas molecular weight of the air-free mixture.

$$MW_{Mixture} = \frac{1}{100} \times \sum_{i=1}^{\#\,compounds} \left( Mole\%_i \times MW_i \right) \qquad \text{(Equation 3-8)}$$

$$MW_{Mixture} = \frac{1}{100} \times \begin{bmatrix} \left(52.2 \times 2.02\right) + \left(4.3 \times 34.08\right) + \left(4.3 \times 28.01\right) + \\ \left(8.7 \times 44.01\right) + \left(13.0 \times 16.04\right) + \left(4.3 \times 30.07\right) \\ + \left(4.3 \times 44.10\right) + \left(4.3 \times 58.12\right) + \left(4.3 \times 72.15\right) \end{bmatrix}$$

$$\underline{MW_{Mixture} = 18.56}$$

Next, the weight percent of $CH_4$ is estimated using Equation 3-7 and rearranged in terms of the weight percent ($Wt\%_i$).

$$Mole\%_i = Wt\%_i \times \frac{MW_{Mixture}}{MW_i} \Rightarrow Wt\%_i = Mole\%_i \times \frac{MW_i}{MW_{Mixture}}$$

$$Wt\%_{CH_4} = \frac{13.0}{100} \times \frac{16.04}{18.56}$$

$$\underline{Wt\%_{CH_4} = 11.27\%}$$

$$Wt\%_{CO_2} = \frac{8.7}{100} \times \frac{44.01}{18.56}$$

$$\underline{Wt\%_{CO_2} = 20.62\%}$$

Finally $CO_2$ and $CH_4$ emission factors are calculated, using the density of asphalt (taken from Table 3-8), the AP-42 emission factor for blown asphalt (provided in Section 5.2.6), and the weight percent $CH_4$ (calculated above).  The derivation is shown as follows, for common U.S. units:

BLM_0003395

*Appendix B. Additional Venting Calculation Information*

$$EF_{CO_2} = \text{bbl asphalt blown} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{8.61 \text{ lb asphalt}}{\text{gal asphalt}} \times \frac{\text{tonne}}{2204.62 \text{ lb}} \times \frac{0.03 \text{ tonne exhaust}}{\text{tonne asphalt blown}}$$

$$\times \frac{20.62 \text{ tonne } CO_2}{100 \text{ tonne exhaust}}$$

$$EF_{CO_2} = \frac{1.01E\text{-}03 \text{ tonne } CO_2}{\text{bbl asphalt blown}}$$

$$EF_{CO_2} = \text{ton asphalt blown} \times \frac{2000 \text{ lb}}{\text{ton}} \times \frac{\text{tonne}}{2204.62 \text{ lb}} \times \frac{0.03 \text{ tonne exhaust}}{\text{tonne asphalt blown}} \times \frac{20.62 \text{ tonne } CO_2}{100 \text{ tonne exhaust}}$$

$$EF_{CO_2} = \frac{5.61E\text{-}03 \text{ tonne } CO_2}{\text{ton asphalt blown}}$$

$$EF_{CH_4} = \text{bbl asphalt blown} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{8.61 \text{ lb asphalt}}{\text{gal asphalt}} \times \frac{\text{tonne}}{2204.62 \text{ lb}} \times \frac{0.03 \text{ tonne exhaust}}{\text{tonne asphalt blown}}$$

$$\times \frac{11.27 \text{ tonne } CH_4}{100 \text{ tonne exhaust}}$$

$$EF_{CH_4} = \frac{5.55E\text{-}04 \text{ tonne } CH_4}{\text{bbl asphalt blown}}$$

$$EF_{CH_4} = \text{ton asphalt blown} \times \frac{2000 \text{ lb}}{\text{ton}} \times \frac{\text{tonne}}{2204.62 \text{ lb}} \times \frac{0.03 \text{ tonne exhaust}}{\text{tonne asphalt blown}} \times \frac{11.27 \text{ tonne } CH_4}{100 \text{ tonne exhaust}}$$

$$EF_{CH_4} = \frac{3.07E\text{-}03 \text{ tonne } CH_4}{\text{ton asphalt blown}}$$

## B.2    Catalytic Cracking Regenerator "$K_1$, $K_2$, $K_3$" Approach

Section 5.2.1 presents two approaches to estimate $CO_2$ emissions from catalytic cracking regeneration. The first approach, shown in Equation 5-4, is based on the coke burn rate and the coke carbon fraction. The second approach, shown in Equation 5-5, is based on the air blower rate and flue gas CO and $CO_2$ concentrations.

EPA rule 40 CFR 63, Subpart UUU (April 2002) and EPA rule 40 CFR 60, Subpart Ja (July 2008) provide an approach to estimate the coke burn rate using the "$K_1$, $K_2$, $K_3$" approach. This coke burn rate equation is:

BLM_0003396

$$CC = \left[ K_1 \times Q_r \times \left( P_{CO_2} + P_{CO} \right) \right] + \left( K_2 \times Q_a \right) - \left[ K_3 \times Q_r \times \left( \frac{P_{CO}}{2} + P_{CO_2} + P_{O_2} \right) \right]$$
$$+ \left( K_3 \times Q_{oxy} \times P_{O_{xy}} \right)$$

(Equation B-1)

where

$CC$ = coke burn rate in units of mass per year (lb/hr or kg/hr);

$K_1, K_2, K_3$ = material balance and conversion factors (see units provided in table below);

$Q_r$ = volumetric flow rate of exhaust gas before entering the emission control system, calculated using Equation B-2 (dscf/min or dscm/min);

$Q_a$ = volumetric flow rate of air to regenerator as determined from control room instrumentation (dscf/min or dscm/min);

$Q_{Oxy}$ = volumetric flow rate of $O_2$-enriched air to regenerator as determined from control room instrumentation (dscf/min or dscm/min);

$P_{CO_2}$ = percent $CO_2$ concentration in regenerator exhaust, percent by volume (dry basis);

$P_{CO}$ = percent CO concentration in regenerator exhaust, percent by volume (dry basis); when no auxiliary fuel is burned and a continuous CO monitor is not required, assume $P_{CO}$ to be zero;

$P_{O2}$ = percent $O_2$ concentration in regenerator exhaust, percent by volume (dry basis); and

$P_{Oxy}$ = $O_2$ concentration in $O_2$-enriched air stream inlet to regenerator, percent by volume (dry basis).

The coke burn rate material balance conversion factors from 40 CFR 63.1564 (July 2008) are shown below:

### Table B–2.  Coke Burn Rate Material Balance Conversion Factors

| Variable | Variable Purpose | Value | Unit |
|---|---|---|---|
| $K_1$ | Carbon burn term | 0.2982<br>0.0186 | (kg min)/(hr dscm %)<br>(lb min)/(hr dscf %) |
| $K_2$ | Hydrogen burn term from $O_2$ in Air | 2.0880<br>0.1303 | (kg min)/(hr dscm %)<br>(lb min)/(hr dscf %) |
| $K_3$ | Hydrogen burn equivalent in excess $O_2$ and carbon oxides | 0.0994<br>0.0062 | (kg min)/(hr dscm)<br>(lb min)/(hr dscf) |

The volumetric flow rate of exhaust gas before entering the emission control system is calculated using Equation B-2:

$$Q_r = \frac{79 \times Q_a + \left( 100 - P_{O_{xy}} \right) \times Q_{oxy}}{100 - P_{CO_2} - P_{CO} - P_{O_2}}$$

(Equation B-2)

©2009 American Petroleum Institute

BLM_0003397

*Appendix B. Additional Venting Calculation Information*

The coke burned is assumed to proceed completely to $CO_2$. Based on this assumption and accounting for the conversion of units, the $CO_2$ emission rate is then calculated from Equation B-3.

$$E_{CO_2} = CC_{Avg} \times CF \times \frac{44 \text{ mass units } CO_2}{12 \text{ mass units } C} \qquad \text{(Equation B-3)}$$

where

$E_{CO_2}$ = emissions of $CO_2$ in units of mass (pounds, kg, tonnes) per year;

$CC$ = daily average coke burn rate in units of mass per year;

$CF$ = fraction of carbon in the coke burned;

44 = molecular weight of $CO_2$; and

12 = molecular weight of carbon (coke is assumed to be carbon).

Although the EPA rules include the use of all three "K" terms, $CO_2$ emissions can be estimated directly from the $K_1$ term. The first term in Equation B-1 ($[K_1 \times Q_r \times (P_{CO2} + P_{CO})]$) is the total carbon content in the coke. With this knowledge, the carbon fraction (CF) can be determined by dividing the total carbon content in the coke by the total coke burned, as shown in Equation B-4.

$$CF = \frac{\left[K_1 \times Q_r \times \left(P_{CO_2} + P_{CO}\right)\right]}{\left[K_1 \times Q_r \times \left(P_{CO_2} + P_{CO}\right)\right] + (K_2 \times Q_s) - \left[K_3 \times Q_r \times \left(\frac{P_{CO}}{2} + P_{CO_2} + P_{O_2}\right)\right] + \left(K_3 \times Q_{oxy} \times P_{O_{oxy}}\right)} \qquad \text{(Equation B-4)}$$

Substituting the CC and CF terms into Equation B-3 results in Equation B-5.

$$E_{CO_2} = \left\{ \left[K_1 \times Q_r \times \left(P_{CO_2} + P_{CO}\right)\right] + (K_2 \times Q_s) - \left[K_3 \times Q_r \times \left(\frac{P_{CO}}{2} + P_{CO_2} + P_{O_2}\right)\right] + \left(K_3 \times Q_{oxy} \times P_{O_{oxy}}\right) \right\}$$

$$\times \frac{\left[K_1 \times Q_r \times \left(P_{CO_2} + P_{CO}\right)\right]}{\left\{ \left[K_1 \times Q_r \times \left(P_{CO_2} + P_{CO}\right)\right] + (K_2 \times Q_s) - \left[K_3 \times Q_r \times \left(\frac{P_{CO}}{2} + P_{CO_2} + P_{O_2}\right)\right] + \left(K_3 \times Q_{oxy} \times P_{O_{oxy}}\right) \right\}} \times \frac{44}{12} \qquad \text{(Equation B-5)}$$

Which reduces to the equation shown below:

$$E_{CO_2} = \left[K_1 \times Q_r \times \left(P_{CO_2} + P_{CO}\right)\right] \times \frac{44}{12} \qquad \text{(Equation B-6)}$$

Therefore, by inspection, the $CO_2$ emissions can be estimated directly from the $K_1$ term without introducing the error associated with $K_2$ and $K_3$ terms and the coke carbon fraction. Equation B-6 is also shown in Section 5.2.1 (Equation 5-5).

©2009 American Petroleum Institute

BLM_0003398

*Appendix B. Additional Venting Calculation Information*

| **B.3** | **Derivation of Simplified Tank Flashing Emission Factors** |
|---|---|

## B.3.1   *Crude Oil Flashing Losses*

A simplified $CH_4$ emission factor was derived from combining crude oil flashing loss measurement data from two separate measurement programs (Ogle, March 1997/Ogle, May 1997; Picard, 1992).  The measurement programs involved gas streams with varying $CH_4$ contents.  In order to combine the measurements, each was converted to a common production segment $CH_4$ concentration of 78.8% (Shires and Harrison, 1996).  The measurement data and conversion calculations are summarized in Table B-3.

### Table B–3.  Crude Oil Tank Flashing Loss Emission Factor Development

| Measurement | Oil Fill Rate, bbl/day | $CH_4$ Emissions, scf/hr [a] | Separator Mol % $CH_4$ | $CH_4$ EF, scf/bbl | Normalized $CH_4$ EF, scf/bbl/sep-% $CH_4$ |
|---|---|---|---|---|---|
| **Canadian Measurements** [b] | | | | | |
| 1 | 34.6 | 4.98 | 75.91 | 3.45 | 0.045 |
| 2 | 69.2 | 128 | 81.78 | 44.5 | 0.544 |
| 3 | 2,717 | 5.32 | 69.99 | 0.05 | 0.001 |
| 4 | 34.6 | 9.32 | 75.91 | 6.46 | 0.085 |
| 5 | 1,413 | 376 | 88.16 | 6.38 | 0.072 |
| *Canadian Average* | | | *78.35* | *12.16* | *0.15* |
| **API Measurements** [c] | | | | | |
| 1 | 188 | 179 | 57.91 | 22.8 | 0.394 |
| 2 | 1,600 | 573 | 24.81 | 8.59 | 0.346 |
| 3 | 438 | 19.7 | 49.61 | 1.08 | 0.022 |
| 4 | 259 | 35.5 | 80.63 | 3.29 | 0.041 |
| 5 | 451 | 56.9 | 58.00 | 3.03 | 0.052 |
| 6 | 12 | 73.0 | No Data – assume average of 54.19 | 146 | 2.69 |
| 7 | 60 | 371 | | 148 | 2.74 |
| *API Average* | | | *54.19* | *47.6* | *0.90* |
| **Combined Average** [d,e] | | | | **32.84±106%** | **0.586±109%** |
| **Corrected Emission Factor, scf $CH_4$/bbl** [d,e] | | | | **46.20** | **±110%** |
| **Corrected Emission Factor, lb $CH_4$/bbl** [d,e] | | | | **1.954** | **±110%** |
| **Corrected Emission Factor, tonnes $CH_4$/bbl** [d,e] | | | | **8.86E-04** | **±110%** |
| **Corrected Emission Factor, tonnes $CH_4$/m³ oil** [d,e] | | | | **5.57E-03** | **±110%** |

Footnotes and Sources:

[a] Corrected to 60°F and 1 atm.

[b] Source: Picard, D. J., B. D. Ross, and D. W. H. Koon.  *A Detailed Inventory of $CH_4$ and VOC Emissions from Upstream Oil and Gas Operations in Alberta, Volume III Results of the Field Validation Program*, Canadian Petroleum Association, March 1992, pp. 75-81.

[c] Ogle, L.D.  *Validation of a Petroleum Production Tank Emission Model*, Final Report, GRI-97/0117.  American Petroleum Institute and Gas Research Institute, March 1997 (emission and production rates) and Ogle, L.D.  *Evaluation of a Petroleum Production Tank Emission Model*, Final Report.  American Petroleum Institute, Gas Research Institute, and Canadian Association of Petroleum Producers, May 1997 (separator $CH_4$ concentration).

[d] Uncertainty based on a 95% confidence interval.

[e] Corrected to average $CH_4$ concentration for natural gas industry production operations of 78.8%.  Source for 78.8% $CH_4$ concentration: Shires, T.M., and M.R. Harrison.  *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary*, Final Report, GRI-94/0257.23 and EPA-600/R-96-080f, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

©2009 American Petroleum Institute

BLM_0003399

*Appendix B. Additional Venting Calculation Information*

## B.3.2  Condensate Flashing Losses

A simplified $CH_4$ emission factor was derived for condensate flashing losses using a measurement program conducted in east Texas for the Houston Advanced Research Center (Hendler et al., 2006). Condensate tanks were distinguished from crude oil tanks in the measurements program based on how the well sites were classified in the Texas Railroad Commission online database. The measurement program presented flashing loss emission rates, compositions, and liquid production rates. From these data, an average condensate flashing loss emission factor was developed based on averaging the data as summarized in Table B-4.

### Table B–4.  Condensate Tank Flashing Loss Emission Factor Development [a]

| HARC Study Tank Battery Number | Data Point Number | Condensate Production Rate, bbl/day | Tank Vent Rate, scf/day | Tank Vent MWT, lb/lbmole | Total Gas Vent Mass Rate, lb/day [b] | Vent Gas $CH_4$ Content, Wt. % | $CH_4$ Emission Rate, lb/day | $CH_4$ Emission Factor, lb/bbl |
|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 105 | 11,406 | 27.3 | 821 | 39.71 | 325.8 | 3.103 |
| 3 | 2 | 87 | 12,642 | 33.4 | 1,113 | 26.30 | 292.7 | 3.364 |
| 4 | 3 | 120 | 1,807 | 34.3 | 163 | 22.07 | 36.0 | 0.300 |
| 5 | 4 | 100 | 863 | 42.2 | 96.1 | 12.06 | 11.6 | 0.116 |
| 6 | 5 | 130 | 6,200 | 36.4 | 594 | 19.27 | 114.5 | 0.881 |
| 13 | 6 | 2 | 793 | 46.4 | 96.9 | 8.53 | 8.3 | 4.133 |
| 14 | 7 | 4 | 2,744 | 30.5 | 221 | 31.52 | 69.5 | 17.373 |
| 15 | 8 | 5 | 584 | 47.6 | 73.3 | 6.52 | 4.8 | 0.956 |
| 16 | 9 | 2 | 1,084 | 50.0 | 143 | 5.83 | 8.3 | 4.167 |
| 17 | 10 | 2 | 4,594 | 36.6 | 443 | 23.26 | 103.0 | 51.501 |
| 18 | 11 | 10 | 1,015 | 38.9 | 104 | 20.24 | 21.1 | 2.108 |
| 19 | 12 | 2 | 291 | 44.3 | 34.0 | 13.81 | 4.7 | 2.345 |
| 20 | 13 | 10 | 3,113 | 46.4 | 380 | 7.91 | 30.1 | 3.010 |
| 23 | 14 | 27 | 1,358 | 51.9 | 186 | 10.28 | 19.1 | 0.707 |
| 24 | 15 | 1 | 53 | 43.0 | 6.01 | 12.35 | 0.7 | 0.742 |
| 25 | 16 | 1 | 926 | 89.0 | 217 | 0.09 | 0.2 | 0.200 |
| 27 | 17 | 2 | 235 | 54.0 | 33.5 | 6.53 | 2.2 | 1.093 |
| 28 | 18 | 30 | 2,846 | 30.2 | 227 | 31.93 | 72.4 | 2.413 |
| 29 | 19 | 61 | 21,601 | 43.5 | 2,474 | 10.04 | 248.4 | 4.072 |
| 30 | 20 | 15 | 1,639 | 34.2 | 148 | 23.10 | 34.1 | 2.277 |
| 32 | 21 | 142 | 77,319 | 50.6 | 10,304 | 2.15 | 221.9 | 1.562 |
| 26 | 22 | 1 | 9,210 | 56.2 | 1,365 | 3.93 | 53.6 | Excluded [c] |
| **Average, lb $CH_4$/bbl [d]:** | | | | | | | 5.068 | ±101% |
| **Average converted to tonnes $CH_4$/bbl [d]:** | | | | | | | 0.00230 | ±101% |
| **Average converted to tonnes $CH_4$/m³ condensate [d]:** | | | | | | | 0.0145 | ±101% |

Footnotes and Sources:

[a] Hendler, Albert, Jim Nunn, Joe Lundeen, Ray McKaskle. *VOC Emissions from Oil and Condensate Storage Tanks*, Final Report, prepared for Houston Advanced Research Center (HARC), October 31, 2006 (Cited Tables 3-3 and 3-5).

[b] Corrected to 60°F and 1 atm.

[c] Data point excluded from analysis since the report indicates that the value is an anomaly due to fracking at an adjacent well.

[d] Uncertainty based on a 95% confidence interval.

©2009 American Petroleum Institute

BLM_0003400

*Appendix B. Additional Venting Calculation Information*

## B.4    Additional Loading, Ballasting, and Transit Loss Methodology

Calculating evaporative emissions associated with loading, ballasting, and transit operations is suggested only for "live" crude oil or if measured $CH_4$ or $CO_2$ content data are available for "weathered" crude or other petroleum vapors.[1]  Section 5.5 presents the simple calculation approaches for loading, ballasting, and transit loss emissions for crude oil.  This section provides more detailed calculation approaches.  However, due to the fact that there is typically no $CH_4$ or $CO_2$ in most petroleum products nor in "weathered" crude.  These methods are useful for estimating $CO_2$ emissions that result when the evaporative emissions associated with loading, ballasting, and transit operations are sent to a combustion control device, such as a thermal oxidizer or VCU.  More information on the $CH_4$ and $CO_2$ content of "weathered" crude and other petroleum products is provided in Appendix E.

### B.4.1    Loading Loss Emissions

Figures B-1 and B-2 provide guidance for selecting among the available techniques for estimating loading losses.  Figure B-1 applies to crude, while Figure B-2 applies to other petroleum fuels.  When loading losses are routed to a combustion device, the mass of vapors sent to the combustion device can be estimated using the methodology described in this section.  Emissions from the combustion device should be calculated using the methodology described in Section 4.



**Figure B–1.  Decision Tree for Crude Loading Losses**

---

[1] This is consistent with AP-42, which notes that the non-VOC (i.e., $CH_4$ and $C_2H_6$) portion of TOC emissions from other petroleum liquids is generally considered negligible (EPA, AP-42 Section 5.2, 2008).

©2009 American Petroleum Institute

BLM_0003401

*Appendix B. Additional Venting Calculation Information*



**Figure B–2.  Decision Tree for Gasoline and Other Liquid Fuel Loading Losses**

For crude oil loaded into ships and ocean barges, Equation B-7, below, is applicable (EPA, AP-42, Section 5.2, 2008).

$$C_L = C_A + C_G \qquad \text{(Equation B-7)}$$

where
  $C_L$ = total loading loss TOC emission factor, $lb/10^3$ gallon of crude oil loaded;
  $C_A$ = arrival emission factor, from vapors in the empty tank vessel before loading, $lb/10^3$ gallon loaded (shown in Table B-5); and
  $C_G$ = emission factor for emissions generated during loading, $lb/10^3$ gallon (calculated using Equation B-8).

Equation B-8 provides the calculation for the factor $C_G$ (EPA, AP-42 Section 5.2, Equation 3, 2008).

$$C_G = 1.84 \times (0.44\,P - 0.42) \times \left( \frac{M \times G}{T} \right) \qquad \text{(Equation B-8)}$$

©2009 American Petroleum Institute
August 2009

BLM_0003402