where

    P = true vapor pressure of crude oil loaded, psia;

    M = molecular weight of the vapors, lb/lb-mole;

    G = vapor growth factor = 1.02, dimensionless; and

    T = temperature of the vapors, °R (°R = °F + 459.7)

The arrival factor, $C_A$, in the expression above is presented in Table B-5 below.

### Table B–5.  Average Arrival TOC Emission Factor, $C_A$, for the Crude Oil Marine Vessel Loading Emission Factor Equation

| Ship/Ocean Barge Tank Condition | Previous Cargo [b] | Arrival Emission Factor, $C_A$ | | |
| | | Original Units [a,c] | Converted Units | |
| | | lb TOC/$10^3$ gallon | tonnes TOC/ $10^6$ gal | tonnes TOC/ $10^6$ m$^3$ |
| Uncleaned | Volatile | 0.86 | 0.39 | 103 |
| Ballasted | Volatile | 0.46 | 0.21 | 55 |
| Cleaned or gas-freed | Volatile | 0.33 | 0.15 | 40 |
| Any condition | Non-volatile | 0.33 | 0.15 | 40 |

Footnotes and Sources:

[a] EPA, AP-42, Section 5.2, June 2008.

[b] The factors shown are for TOCs.  AP-42 reports that the VOC comprises 55-100% of the TOC, with a typical value of 85%.  Thus, a simplifying assumption for the $CH_4$ content of the TOC is 15% in the absence of site-specific data, recognizing that this likely overestimates the $CH_4$ emissions.

[c] "Volatile" cargo refers to those cargoes with a vapor pressure greater than 1.5 psia.

Physical properties such as the true vapor pressure of the fuel (P), Reid Vapor Pressure (RVP), and the molecular weight of the vapors (M) are required inputs for this approach.  Several references provide this information, including *Perry's Chemical Engineering Handbook* (Perry, 1984) and the *CRC Handbook of Chemistry and Physics* (CRC Press, 1984).  Table B-6 provides these properties for some select petroleum liquids based on the average ambient temperature of the facility (EPA, AP-42, Section 7.1, 2006).

Average temperature information for a specific location can be found at a number of Internet sites, such as[2]:

        http://www.worldclimate.com/
        http://www.weatherbase.com/
        http://www.ncdc.noaa.gov/oa/ncdc.html

[2] Accessed January 9, 2009.

©2009 American Petroleum Institute

BLM_0003403

*Appendix B. Additional Venting Calculation Information*

## Table B–6.  Properties of Select Petroleum Liquids [a]

| Petroleum Liquid [b] | Vapor Molecular Weight at 60°F, (lb/lbmole) | Liquid Density 60°F, (lb/gal) | True Vapor Pressure (psi) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 40°F | 50°F | 60°F | 70°F | 80°F | 90°F | 100°F |
| Crude oil RVP 5 | 50 | 7.1 | 1.8 | 2.3 | 2.8 | 3.4 | 4.0 | 4.8 | 5.7 |
| Distillate fuel oil No. 2 | 130 | 7.1 | 0.0031 | 0.0045 | 0.0065 | 0.009 | 0.012 | 0.016 | 0.022 |
| Gasoline RVP 7 | 68 | 5.6 | 2.3 | 2.9 | 3.5 | 4.3 | 5.2 | 6.2 | 7.4 |
| Gasoline RVP 10 | 66 | 5.6 | 3.4 | 4.2 | 5.2 | 6.2 | 7.4 | 8.8 | 10.5 |
| Gasoline RVP 13 | 62 | 5.6 | 4.7 | 5.7 | 6.9 | 8.3 | 9.9 | 11.7 | 13.8 |
| Jet kerosene | 130 | 7 | 0.0041 | 0.006 | 0.0085 | 0.011 | 0.015 | 0.021 | 0.029 |
| Jet naphtha (JP-4) | 80 | 6.4 | 0.8 | 1 | 1.3 | 1.6 | 1.9 | 2.4 | 2.7 |
| Residual oil No. 6 | 190 | 7.9 | 0.00002 | 0.00003 | 0.00004 | 0.00006 | 0.00009 | 0.000013 | 0.000019 |
| Petroleum Liquid [b] | Vapor Molecular Weight at 60°F, (lb/lbmole) | Liquid Density 60°F, (kg/m³) | True Vapor Pressure (psi) | | | | | | |
| | | | 4.4°C | 10.0°C | 15.6°C | 21.1°C | 26.7°C | 32.2°C | 37.8°C |
| Crude oil RVP 5 | 50 | 851 | 12.4 | 15.9 | 19.3 | 23.4 | 27.6 | 33.1 | 39.3 |
| Distillate fuel oil No. 2 | 130 | 851 | 0.021 | 0.031 | 0.045 | 0.062 | 0.083 | 0.11 | 0.15 |
| Gasoline RVP 7 | 68 | 671 | 15.9 | 20.0 | 24.1 | 29.6 | 35.9 | 42.7 | 51.0 |
| Gasoline RVP 10 | 66 | 671 | 23.4 | 29.0 | 35.9 | 42.7 | 51.0 | 60.7 | 72.4 |
| Gasoline RVP 13 | 62 | 671 | 32.4 | 39.3 | 47.6 | 57.2 | 68.3 | 80.7 | 95.1 |
| Jet kerosene | 130 | 839 | 0.028 | 0.041 | 0.059 | 0.076 | 0.10 | 0.14 | 0.20 |
| Jet naphtha (JP-4) | 80 | 767 | 5.5 | 6.9 | 9.0 | 11.0 | 13.1 | 16.5 | 18.6 |
| Residual oil No. 6 | 190 | 947 | 0.000138 | 0.000207 | 0.000276 | 0.000414 | 0.000621 | 0.000896 | 0.000131 |

Footnotes and Sources:
[a] EPA, AP-42, Table 7.1-2, November 2006.
[b] Properties of additional petroleum liquids and petrochemicals are available in AP-42, Section 7.1, November 2006.

When estimating evaporative $CH_4$ (or $CO_2$, if present) emissions from loading operations, the fuel $CH_4$ (or $CO_2$) content is required to convert from the TOC emission factors provided in this section.  For crude oil, AP-42 reports that the VOC comprises 55-100 wt% of the TOC, with a

BLM_0003404

typical value of 85%. Thus, a simplifying assumption for the $CH_4$ content of the "live" crude TOC is 15 wt% in the absence of site-specific data. This assumption overestimates emissions because the non-VOC portion of the TOC includes both $CH_4$ and ethane ($C_2H_6$). Based on composition data presented in Appendix E, this wt% $CH_4$ would not be applicable to "weathered" crude or refined petroleum products. However, evaporative emissions from loading operations may be combusted in the control device, which would convert the hydrocarbons to $CO_2$.

Exhibit B.6 illustrates the use of Equation B-7 for estimating evaporative $CH_4$ emissions from marine vessel loading of "live" crude oil.

---

**EXHIBIT B.6:   Sample Calculation for Estimating Crude Oil Marine Loading Loss $CH_4$ Emissions Using Equations B-7 and B-8**

INPUT DATA:
50,000 bbl/yr of "live" crude oil with a Reid Vapor Pressure (RVP) of 5 is loaded into ships at a marine terminal. The ships are not cleaned prior to loading. The previous cargo in the ships was also crude oil (RVP 5). The average ambient temperature at the facility is 70°F (529.7°R) based on average annual meteorological data. Calculate the $CH_4$ emissions.

CALCULATION METHODOLOGY:
The crude oil molecular weight and vapor pressure are estimated using data provided in Table B-6 for crude oil with an RVP of 5 psi. Using Equation B-8, the "generated emission factor" or $C_G$ is calculated as:

$$C_G = 1.84 \times [(0.44 \times 3.4) - 0.42] \times \left( \frac{50 \times 1.02}{529.7} \right)$$

$$C_G = 0.19 \text{ lb TOC}/10^3 \text{gal crude}$$

Next, the "arrival" emission factor, $C_A$, is read from Table B-5. Because the crude (previous cargo) has a vapor pressure greater than 1.5 psia, it is classified as "volatile." Thus, for "uncleaned" ships, Table B-5 gives a $C_A$ factor of 0.86 lb TOC/$10^3$ gallons of crude loaded. With the factors $C_A$ and $C_G$ now defined, the total loading loss factor, $C_L$, is estimated using Equation B-7:

$$C_L = (0.86 \text{ lb TOC}/10^3 \text{ gal}) + (0.19 \text{ lb TOC}/10^3 \text{ gal})$$

$$C_L = 1.05 \text{ lb TOC}/10^3 \text{ gal crude loaded}$$

---

©2009 American Petroleum Institute

BLM_0003405

---

**EXHIBIT B.6:**      **Sample Calculation for Estimating Crude Oil Marine Loading Loss $CH_4$ Emissions Using Equations B-7 and B-8, continued**

The last step in the calculation is to estimate the loading loss emissions by multiplying the loading loss emission factor, $C_L$, by the annual crude throughput loaded into the ships.  Also, the TOC must be multiplied by the $CH_4$ content of the vapors to obtain the $CH_4$ emissions.  Because a specific $CH_4$ content is not available, 15% by weight is assumed, per Table B-5.  Thus, the $CH_4$ emissions from the "live" crude oil ship loading are:

$$E_{CH_4} = \frac{1.05 \text{ lb TOC}}{10^3 \text{ gal}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{50,000 \text{ bbl}}{\text{yr}} \times \frac{15 \text{ lb } CH_4}{100 \text{ lb TOC}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{CH_4} = 0.15 \text{ tonnes } CH_4/\text{yr}$$

---

A general equation is provided for estimating loading losses for all other petroleum liquids, including crude and gasoline, into tank trucks and rail cars (EPA, AP-42 Section 5.2, 2008).  This equation also applies to marine vessel loading for petroleum liquids other than crude and gasoline.  AP-42 provides an accuracy estimate of ±30% associated with this approach.

$$L_L = 12.46 \frac{S \times P \times M}{T} \qquad \text{(Equation B-9)}$$

where

  $L_L$ = loading loss emission factor, lb/$10^3$ gallon of liquid loaded; this factor is for TOC;
  $S$ = saturation factor (shown in Table B-7);
  $P$ = liquid true vapor pressure, psia;
  $M$ = molecular weight of the vapors, lb/lb-mole; and
  $T$ = temperature of bulk liquid loaded, °R (°R = °F + 459.7).

The calculated TOC emissions are then used to estimate $CO_2$ emissions resulting from routing the loading loss vapors to a combustion control device, as shown in Equation B-10.

$CO_2$ Emissions (tonnes)

$$= \text{Volume loaded (gal)} \times \frac{\text{lb TOC}}{10^3 \text{ gal}} \times \frac{\text{lb C}}{\text{lb TOC}} \times EFF \times \frac{44 \text{ lb } CO_2 / \text{lbmole } CO_2}{12 \text{ lb C} / \text{lbmole C}} \times \frac{\text{tonne } CO_2}{2204.62 \text{ lb}} \quad \text{(Equation B-10)}$$

or

$CO_2$ Emissions (tonnes)

$$= \frac{\text{tonnes TOC}}{\text{yr}} \times \frac{\text{tonne C}}{\text{tonne TOC}} \times EFF \times \frac{44 \text{ lb } CO_2 / \text{lbmole } CO_2}{12 \text{ lb C} / \text{lbmole C}} \times \frac{\text{tonne } CO_2}{2204.62 \text{ lb}} \qquad \text{(Equation B-11)}$$

©2009 American Petroleum Institute

BLM_0003406

where

EFF = efficiency of the control device in converting hydrocarbon to $CO_2$. If site data are not available, a 98% combustion efficiency can be assumed.

Physical properties for select petroleum fuels are provided above in Table B-6. Table B-7 presents saturation factors used in Equation B-9, according to cargo carrier type and mode of operation.

**Table B–7. Saturation, S, Factors for Estimating Loading Losses**

| Cargo Carrier Type | Mode of Operation | S Factor [a] |
|---|---|---|
| Tank trucks and rail tank cars | Submerged loading of a clean cargo tank | 0.50 |
| | Submerged loading: dedicated normal service | 0.60 |
| | Submerged loading: dedicated vapor balance service | 1.00 |
| | Splash loading of a clean cargo tank | 1.45 |
| | Splash loading: dedicated normal service | 1.45 |
| | Splash loading: dedicated vapor balance service | 1.00 |
| Marine vessels [b] | Submerged loading: ships | 0.2 |
| | Submerged loading: barges | 0.5 |

Footnotes and Sources:
[a] EPA AP-42, Section 5.2, June 2008.
[a] Marine vessel saturation factor shown above is not applicable for gasoline and crude oil loading. For marine loading of crude oil, use Equations B-7 and B-8, and Table B-3. For marine loading of gasoline, refer to Table B-5.

As mentioned earlier, "weathered" crude and other petroleum liquids typically contain no $CH_4$ (or $CO_2$); for this reason, no evaporative $CH_4$ (and $CO_2$) emissions result from the loading of these liquids.

A sample calculation illustrating the use of Equation B-9 for estimating controlled emissions from "weathered" crude oil tank truck loading follows in Exhibit B.7.

**EXHIBIT B.7:    Sample Calculation for Estimating Loading Loss $CH_4$ Emissions Using General Equation Approach**

INPUT DATA:
100 bbl/day of "weathered" crude oil (RVP 5) is loaded into tank trucks from an oil tank battery. The tank truck loading type is submerged and dedicated normal service of the truck is utilized. Vapors from the loading operation are sent to a thermal oxidizer, rated at 99.95% destruction efficiency. The average ambient temperature at this facility is 70 °F. Calculate the $CO_2$ emissions. (Note that because "weathered" crude oil does not contain $CH_4$, there are no residual $CH_4$ emissions from combustion of the loading vapors.)

©2009 American Petroleum Institute

BLM_0003407

---

**EXHIBIT B.7:**     **Sample Calculation for Estimating Loading Loss CH$_4$ Emissions Using General Equation Approach, continued**

CALCULATION METHODOLOGY:

To use Equation B-9, physical properties of the crude oil and the saturation factor, S, must be determined.  Table B-6 is used to determine the physical properties of the crude oil based on the average ambient temperature.  The saturation factor, S, is taken from Table B-7 for submerged loading, dedicated normal service of the tank truck.

Using Equation B-9, the TOC loading loss emission factor is calculated as:

$$L_L = 12.46 \frac{(0.6) \times (3.4) \times (50)}{529.7}$$

$$L_L = 2.40 \text{ lb TOC/10}^3\text{gal}$$

The loading loss emissions are calculated by multiplying the loading loss emission factor by the throughput.

$$E_{TOC} = \frac{2.40 \text{ lb TOC}}{10^3\text{gal}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{100 \text{ bbl}}{\text{day}} \times \frac{365 \text{ day}}{\text{yr}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{TOC} = 1.67 \text{ tonnes TOC/yr}$$

Carbon dioxide emissions are then calculated by converting the mass of TOC to a mass of carbon, as shown in Equation B-11.  Because the carbon content of the "weathered" crude oil vapors is not available, the carbon content of crude oil given in Table 3-8 (for liquid crude oil) is used instead.  Note that using the carbon content of the liquid fuel instead of the carbon content of the vapor phase is a simplifying assumption.  In reality, the carbon content of vapor phase crude oil will be less than the carbon content of liquid crude oil, due to the fact that vapors contain lighter hydrocarbons, which are more able to volatilize.  Carbon dioxide emissions are calculated below.

$$E_{CO_2} = \frac{1.67 \text{ tonnes TOC}}{\text{yr}} \times \frac{0.848 \text{ tonne C}}{\text{tonne TOC}} \times \frac{0.9995 \text{ tonne CO}_2 \text{ formed}}{\text{tonne CO}_2 \text{ combusted}} \times \frac{44.01 \text{ tonne CO}_2}{12.01 \text{ tonne C}}$$

$$E_{CO_2} = 5.19 \text{ tonnes CO}_2/\text{yr}$$

---

In addition to the detailed methods presented above for loading loss emissions, simplified TOC emission factors for loading loss emissions can be found in Table 5-12 (Section 5.2.2) for crude oil

©2009 American Petroleum Institute

BLM_0003408

loading and in Tables B-8 through B-10 for other petroleum product loading.  These simplified loading loss emission factors should be used when specific input data for Equations B-7 through B-9 above are not available.

Table B-8 presents TOC emission factors for gasoline loading into ships and barges (EPA, AP-42 Table 5.2-2, 2008).

### Table B-8.  TOC Emission Factors for Gasoline Loading at Marine Terminals [a]

| Vessel Tank Condition | Previous Cargo [b] | | Units | Ships/Ocean Barges [c] | Barges [d] |
|---|---|---|---|---|---|
| Uncleaned | Volatile | Original Units | lb TOC/$10^3$ gal loaded | 2.6 | 3.9 |
| | | | mg TOC/L loaded | 315 | 465 |
| | | Converted Units [e] | tonne TOC/106 gal loaded | 1.19 | 1.76 |
| | | | tonne TOC/1000m3 loaded | 0.315 | 0.465 |
| Ballasted | Volatile | Original Units | lb TOC/103 gal loaded | 1.7 | Barges are typically not ballasted |
| | | | mg TOC/L loaded | 205 | |
| | | Converted Units [e] | tonne TOC/$10^6$ gal loaded | 0.776 | |
| | | | tonne TOC/1000m$^3$ loaded | 0.205 | |
| Cleaned | Volatile | Original Units | lb TOC/$10^3$ gal loaded | 1.5 | No data |
| | | | mg TOC/L loaded | 180 | |
| | | Converted Units [e] | tonne TOC/$10^6$ gal loaded | 0.681 | No data |
| | | | tonne TOC/1000m$^3$ loaded | 0.180 | |
| Gas-freed | Volatile | Original Units | lb TOC/$10^3$ gal loaded | 0.7 | No data |
| | | | mg TOC/L loaded | 85 | |
| | | Converted Units [e] | tonne TOC/$10^6$ gal loaded | 0.322 | No data |
| | | | tonne TOC/1000m$^3$ loaded | 0.085 | |
| Any condition | Non-volatile | Original Units | lb TOC/$10^3$ gal loaded | 0.7 | No data |
| | | | mg TOC/L loaded | 85 | |
| | | Converted Units [e] | tonne TOC/$10^6$ gal loaded | 0.322 | No data |
| | | | tonne TOC/1000m$^3$ loaded | 0.085 | |
| Gas-freed | Any cargo | Original Units | lb TOC/$10^3$ gal loaded | No data | 2.0 |
| | | | mg TOC/L loaded | | 245 |
| | | Converted Units [e] | tonne TOC/$10^6$ gal loaded | No data | 0.93 |
| | | | tonne TOC/1000m$^3$ loaded | | 0.245 |
| Typical overall situation | Any cargo | Original Units | lb TOC/$10^3$ gal loaded | 1.8 | 3.4 |
| | | | mg TOC/L loaded | 215 | 410 |
| | | Converted Units [e] | tonne TOC/$10^6$ gal loaded | 0.814 | 1.55 |
| | | | tonne TOC/1000m$^3$ loaded | 0.215 | 0.410 |

Footnotes and Sources:

[a] EPA, AP-42, Section 5, Table 5.2-2, 2008.  The factors shown are for both TOC and VOC because AP-42 reports that the methane and ethane content of the loading emissions is negligible.

[b] "Volatile" cargo refers to those liquids with a vapor pressure greater than 1.5 psia.

[c] AP-42 reports that ocean barges (tank compartment depth of ~40 feet) exhibit emission levels similar to tank ships.

[d] Shallow draft barges (tank compartment depth of 10-12 feet) yield higher emissions than ocean barges.

[e] Converted from original emission factors provided in units of mg/L in AP-42.  Thus, round-off errors may result in some small differences when converting from the emission factors provided in units of lb/$10^3$ gallons.

Table B-9 presents TOC emission factors for marine loading of other petroleum products (EPA, AP-42 Table 5.2-6, 2008).

©2009 American Petroleum Institute

BLM_0003409

*Appendix B. Additional Venting Calculation Information*

**Table B-9.  TOC Emission Factors for Marine Loading of Additional Petroleum Products [a]**

| Loading Type | | Units | Jet Naphtha (JP-4) | Jet Kerosene | Distillate Oil No. 2 | Residual Oil No. 6 |
|---|---|---|---|---|---|---|
| Ships/ocean barge loading | Original Units | lb TOC/10³ gal loaded | 0.50 | 0.005 | 0.005 | 0.00004 |
| | | mg TOC/L loaded | 60 | 0.63 | 0.55 | 0.004 |
| | Converted Units [b] | tonne TOC/10⁶ gal loaded | 0.23 | 0.0024 | 0.0021 | 1.51E-05 |
| | | tonne TOC/10³ m³ loaded | 0.060 | 0.00063 | 0.00055 | 4.00E-06 |
| Barge loading | Original Units | lb TOC/10³ gal loaded | 1.2 | 0.013 | 0.012 | 0.00009 |
| | | mg TOC/L loaded | 150 | 1.6 | 1.4 | 0.011 |
| | Converted Units [b] | tonne TOC/10⁶ gal loaded | 0.57 | 0.0061 | 0.0053 | 4.16E-05 |
| | | tonne TOC/10³ m³ loaded | 0.150 | 0.0016 | 0.0014 | 1.10E-05 |

Footnotes and Sources:
[a] EPA, AP-42, Section 5, Table 5.2-6, 2008. The factors shown are for both TOC and VOC because AP-42 reports that the methane and ethane content of the loading emissions is negligible.
[b] Converted from original emission factors provided in units of mg/L in AP-42. Thus, round-off errors may result in some small differences when converting from the emission factors provided in units of lb/10³ gallons.

Table B-10 presents simplified TOC emission factors for emissions resulting from rail and tank car loading (EPA, AP-42 Table 5.2-2, 2008).

**Table B-10.  TOC Emission Factors for Rail/Truck Loading Losses [a]**

| Loading Type | | Units | Gasoline [b] | Jet Naphtha (JP-4) | Jet Kerosene | Distillate Oil No. 2 | Residual Oil No. 6 |
|---|---|---|---|---|---|---|---|
| Rail / Truck Loading Submerged Loading - Dedicated normal service | Original Units | lb TOC/10³ gal loaded | 5 | 1.5 | 0.016 | 0.014 | 0.0001 |
| | | mg TOC/L loaded | 590 | 180 | 1.9 | 1.7 | 0.01 |
| | Converted Units [c] | tonne TOC/10⁶ gal loaded | 2.23 | 0.68 | 0.0072 | 0.0064 | 3.79E-05 |
| | | tonne TOC/10³ m³ loaded | 0.590 | 0.180 | 0.0019 | 0.0017 | 1.00E-05 |
| Rail / Truck Loading Submerged Loading - Vapor balance service | Original Units | lb TOC/10³ gal loaded | 8 | 2.5 | --[d] | --[d] | --[d] |
| | | mg TOC/L loaded | 980 | 300 | --[d] | --[d] | --[d] |
| | Converted Units [c] | tonne TOC/10⁶ gal loaded | 3.71 | 1.14 | --[d] | --[d] | --[d] |
| | | tonne TOC/10³ m³ loaded | 0.980 | 0.300 | --[d] | --[d] | --[d] |
| Rail / Truck Loading Splash Loading - Dedicated normal service | Original Units | lb TOC/10³ gal loaded | 12 | 4 | 0.04 | 0.03 | 0.0003 |
| | | mg TOC/L loaded | 1,430 | 430 | 5 | 4 | 0.03 |
| | Converted Units [c] | tonne TOC/10⁶ gal loaded | 5.41 | 1.63 | 0.019 | 0.015 | 1.14E-04 |
| | | tonne TOC/10³ m³ loaded | 1.430 | 0.430 | 0.0050 | 0.0040 | 3.00E-05 |
| Rail / Truck Loading Splash Loading - Vapor balance service | Original Units | lb TOC/10³ gal loaded | 8 | 2.5 | --[d] | --[d] | --[d] |
| | | mg TOC/L loaded | 980 | 300 | --[d] | --[d] | --[d] |
| | Converted Units [c] | tonne TOC/10⁶ gal loaded | 3.71 | 1.14 | --[d] | --[d] | --[d] |
| | | tonne TOC/10³ m³ loaded | 0.980 | 0.300 | --[d] | --[d] | --[d] |

Footnotes and Sources:
[a] EPA, AP-42, Section 5, Table 5.2-5, June 2008. The emission factors for gasoline are for both TOC and VOC because AP-42 reports that the methane and ethane content of the loading emissions is negligible for these products. The rail/truck loading emission factors were derived using Equation B-5 assuming a liquid temperature of 60°F.
[b] The example gasoline has an RVP of 10 psia.
[c] Converted from original emission factors provided in units of mg/L in AP-42. Thus, round-off errors may result in some small differences when converting from the emission factors provided in units of lb/10³ gallons.
[d] Not normally used.

©2009 American Petroleum Institute

BLM_0003410

*Appendix B. Additional Venting Calculation Information*

A sample calculation illustrating the use of the marine gasoline loading emission factors is presented in Exhibit B.8.

---

**EXHIBIT B.8:     Sample Calculation for Estimating Gasoline Marine Loading Loss Vapor Combustion Unit Emissions**

INPUT DATA:
50,000 bbl/yr of gasoline (RVP 7) is loaded into ships and ocean barges at a marine terminal. The ships are cleaned prior to loading, and the previous cargo was also gasoline, RVP 7. The average ambient temperature at the terminal is 70°F. The vapors from loading operations are captured and sent to a vapor combustion unit (VCU). The vapor combustion unit does not require a pilot to operate. Calculate the $CO_2$ emissions.

CALCULATION METHODOLOGY:
To calculate the VCU $CO_2$ emissions, the mass of the vapors sent to the VCU from the loading operation must be calculated. Loading losses are calculated using an emission factor from Table B-8, for clean ships and ocean barges previously storing volatile gasoline. Based on an average ambient temperature, the gasoline (RVP 7) vapor pressure is 4.3 psia, per Table B-6. Because the vapor pressure is greater than 1.5 psia, the previous cargo is classified as "volatile." Loading loss emissions are calculated below.

$$E_{TOC} = \frac{0.681 \text{ tonne TOC}}{10^6 \text{ gal}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{50,000 \text{ bbl}}{\text{yr}}$$

$E_{TOC}$ = 1.43 tonnes TOC/yr

Carbon dioxide emissions are then calculated by converting the mass of TOC to a mass of carbon, and applying the API *Compendium* default assumption of 100% conversion of carbon to $CO_2$. Because the carbon content of gasoline vapors is not available for this example, the carbon content of motor gasoline given in Table 3-8 (for liquid gasoline) is used instead.

Note that using the carbon content of liquid fuels instead of the carbon content of vapor phase gasoline is a simplifying assumption. In reality, the carbon content of vapor phase gasoline will be less than the carbon content of liquid gasoline, due to the fact that gasoline vapors contain lighter hydrocarbons, which are more able to volatilize. Carbon dioxide emissions are calculated below.

$$E_{CO_2} = \frac{1.43 \text{ tonnes TOC}}{\text{yr}} \times \frac{0.866 \text{ tonne C}}{\text{tonne TOC}} \times \frac{44.01 \text{ tonne } CO_2}{12.01 \text{ tonne C}}$$

$E_{CO_2}$ = 4.54 tonnes $CO_2$/yr

---

B-18
©2009 American Petroleum Institute

August 2009

BLM_0003411

*Appendix B. Additional Venting Calculation Information*

### B.4.2    Ballasting Emissions

Ballasting operations are used to improve the stability of empty tanker ships after their cargo tanks have been unloaded.  After the ships filled with petroleum liquid are unloaded at marine terminals, sea water or "ballast" water is loaded into the empty cargo tank compartment.  The ballast water displaces the vapor in the "empty" cargo tank to the atmosphere, resulting in ballasting emissions.  Figure B-3 illustrates the calculation options available for ballasting emissions based on the petroleum liquid type and other available information.



**Figure B–3.  Decision Tree for Petroleum Liquid Ballasting Emissions**

Ballasting emissions from crude oil ships and ocean barges can be estimated using Equation B-12 (EPA, AP-42 Section 5.2, Equation 4, 2008), developed from test data.  This equation results in a TOC emission rate that should be converted to $CH_4$ (or $CO_2$, if present) emissions based on the $CH_4$ (or $CO_2$) content of the vapors.  As noted earlier, "weathered" crude and other petroleum products typically do not contain $CH_4$ (or $CO_2$).

$$L_B = 0.31 + 0.20\,P + 0.01\,P\,U_A \qquad\qquad\text{(Equation B-12)}$$

where
$L_B$ = ballasting TOC emission factor, lb/$10^3$ gallon of ballast water;
$P$ = true vapor pressure of crude oil unloaded, psia; and
$U_A$ = arrival cargo true ullage, prior to dockside discharge, feet; note: "ullage" refers to the distance between the cargo surface level and the deck level.

The vapor pressure of the discharged crude oil must be known to calculate the ballasting emissions using the equation above.  This can be determined from Table B-6 using the average ambient temperature of the facility.

A sample calculation for estimating crude oil ballasting emissions is shown in Exhibit B.9.

©2009 American Petroleum Institute

BLM_0003412

*Appendix B. Additional Venting Calculation Information*

---

**EXHIBIT B.9:**     **Sample Calculation for Crude Oil Ballasting Emissions Based on Known Ullage**

INPUT DATA:
"Weathered" crude oil (RVP 5) is unloaded from ships at a marine terminal. The annual ballast water throughput is 1 million bbl/year and the average ullage of the arriving ships loaded with crude is 5 feet (distance from deck level to the crude oil surface level). Vapors are sent to a VCU with a destruction efficiency of 99.9%. The average ambient temperature at the facility is 70°F (529.7°R) based on average annual meteorological data. Calculate the $CO_2$ emissions. (Note that because 'weathered' crude oil does not contain $CH_4$, there are no residual $CH_4$ emissions from combustion of the ballasting vapors.)

CALCULATION METHODOLOGY:
Using the average ambient temperature and Table B-6, the crude oil vapor pressure is 3.4 psia at 70°F. The ballasting TOC emission factor is calculated using Equation B-12:

$$L_B = 0.31 + (0.20 \times 3.4 \text{ psia}) + (0.01 \times 3.4 \text{ psia} \times 5 \text{ ft})$$

$$L_B = 1.16 \text{ lb TOC}/10^3 \text{ gal ballast water}$$

The ballasting emissions are obtained by multiplying the ballasting emission factor, $L_B$, by the annual ballast water throughput loaded into the ships.

$$E_{TOC} = \frac{1.16 \text{ lb TOC}}{10^3 \text{ gal}} \times \frac{42 \text{ gal}}{\text{bbl}} \times \frac{1 \times 10^6 \text{ bbl}}{\text{yr}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{TOC} = 22.10 \text{ tonnes TOC/yr}$$

Carbon dioxide emissions are then calculated by converting the mass of TOC to a mass of carbon. Because the carbon content of the "weathered" crude oil vapors is not available for this example, the carbon content of crude oil given in Table 3-8 (for liquid crude oil) is used instead. Note that using the carbon content of the liquid fuel instead of the carbon content of the vapor phase is a simplifying assumption. In reality, the carbon content of vapor phase crude oil will be less than the carbon content of liquid crude oil, due to the fact that vapors contain lighter hydrocarbons, which are more able to volatilize. Carbon dioxide emissions are calculated below.

$$E_{CO_2} = \frac{22.10 \text{ tonnes TOC}}{\text{yr}} \times \frac{0.848 \text{ tonne C}}{\text{tonne TOC}} \times \frac{0.999 \text{ tonne } CO_2 \text{ formed}}{\text{tonne } CO_2 \text{ combusted}} \times \frac{44.01 \text{ tonne } CO_2}{12.01 \text{ tonne C}}$$

$$E_{CO_2} = 68.61 \text{ tonnes } CO_2/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003413

*Appendix B. Additional Venting Calculation Information*

If the cargo ullage is unknown and data are not available to estimate the crude vapor pressure, then average ballasting emission factors can be used to estimate ballasting emissions (EPA, AP-42 Table 5.2-4, 2008). These emission factors are provided in Table 5-13 in Section 5.5.2 (refer to Section 5.5.2 for a sample calculation as well).

As mentioned earlier, "weathered" crude and other petroleum liquids typically contain no $CH_4$ (or $CO_2$). For this reason, evaporative $CH_4$ (and $CO_2$) emissions do not occur. However, TOC evaporative emissions may be routed to a combustion control device, resulting in $CO_2$ emissions. Table B-11 provides simple emission factors for gasoline ballasting (EPA, AP-42 Table 5.2-6, 2008). Ballasting emissions factors are not available for petroleum products other than gasoline due to limited data.

**Table B-11.  Simplified TOC Emission Factors for Gasoline Ballasting Losses [a]**

| Operation | Units | | Gasoline [b] |
|---|---|---|---|
| Tanker Ballasting | Original Units | lb TOC/$10^3$ gal ballast water | 0.8 |
| | | mg/L ballast water | 100 |
| | Converted Units [c] | tonne TOC/ 106 gal water | 0.379 |
| | | tonne TOC/ 103 m3 water | 0.100 |

Footnotes and Sources:
[a] EPA, AP-42, Section 5, Table 5.2-6, 2008. The factors shown are for total organic compounds.
[b] The example gasoline has an RVP of 10 psia.
[c] Converted from original emission factors provided in units of mg/L in AP-42. Thus, round-off errors may result in some small differences when converting from the emission factors provided in units of lb/$10^3$ gallons.

## B.4.3    Transit Loss Emissions

In addition to emissions resulting from petroleum loading operations and marine ballasting operations, TOC emissions also occur during petroleum transit. The mechanism resulting in transit losses is similar to breathing losses that occur for storage tanks.[3] For marine transit, the estimation methods are based on the availability of the fuel $CH_4$ (or $CO_2$, if present) content and other physical properties. For other transit modes, the choice of methods is based solely on the availability of the fuel $CH_4$ (or $CO_2$, if present) content.

For transit by marine vessel (i.e., ships and barges), Equation B-13 provides an emission estimate based on experimental tests on ships and barges (EPA, AP-42 Section 5.2, 2008).

---

[3] Note that, as discussed in Section 5.4.2, $CH_4$ and $CO_2$ emissions from the working and breathing losses of storage tanks containing "live" crude are assumed to be negligible. In addition, it is assumed that there are no $CH_4$ or $CO_2$ emissions from the working and breathing losses of tanks containing weathered crude or other refined petroleum products.

©2009 American Petroleum Institute

BLM_0003414

*Appendix B. Additional Venting Calculation Information*

$$L_T = 0.1 \, P \, W \qquad\qquad\qquad\qquad \text{(Equation B-13)}$$

where

$L_T$ = ship and barge transit loss TOC emission factor, lb/week-$10^3$ gallon transported;

$P$ = true vapor pressure of the liquid transported, psia; and

$W$ = density of the condensed vapors, lb/gal.

The equation above provides a TOC emission factor, which is converted to $CH_4$ (or $CO_2$, if present) based on the concentration of $CH_4$ (or $CO_2$) in the fuel vapors. The vapor pressure ($P$) and vapor density ($W$) factors in Equation B-13 can be estimated from Table B-4 based on the average ambient temperature of the facility. If the $CH_4$ concentration for "live" crude is unknown, a typical value of 15 wt% can be assumed. As discussed earlier, for "weathered" crude and other petroleum products, there is no $CH_4$ (or $CO_2$). However, $CO_2$ emissions would result if the TOC evaporative emissions are routed to a combustion control device.

An exhibit calculation demonstrating the use of Equation B-13 in estimating transit loss emissions is shown in Exhibit B.10.

---

**EXHIBIT B.10:**   **Sample Calculation for Estimating Marine Transit Loss Emissions Associated with Crude Oil Transportation**

INPUT DATA:

500,000 barrels of "weathered" crude oil (RVP 5) are transported via ships with an average trip duration of 10 days. The company transports crude 25 times during the given reporting year. The crude TOC vapors are 75% carbon by weight. Evaporative emissions are routed to a combustion control device. The average ambient temperature at the facility is 70°F (529.7°R) based on average annual meteorological data. Calculate the $CO_2$ emissions resulting from transit.

CALCULATION METHODOLOGY:

The vapor pressure and condensed vapor density of RVP 5 crude oil are taken from Table B-5. Using Equation B-13, the ship transit loss TOC emission factor is calculated as shown below:

$$L_T = (0.1) \times (3.4 \text{ psi}) \times (4.5 \text{ lb/gal})$$

$$L_T = 1.53 \text{ lb TOC/week-}10^3 \text{ gal transported}$$

---

©2009 American Petroleum Institute

BLM_0003415

*Appendix B. Additional Venting Calculation Information*

---

**EXHIBIT B.10:**     **Sample Calculation for Estimating Marine Transit Loss Emissions Associated with Crude Oil Transportation, continued**

The transit loss emissions are obtained by multiplying the transit emission factor, $L_T$, by the duration of transport and the quantity of crude transported.

$$E_{TOC} = \frac{1.53 \text{ lb TOC}}{\text{week-}10^3 \text{gal}} \times \frac{42 \text{ gal}}{\text{bbl}} \times 500,000 \text{ bbl} \times \frac{10 \text{ days}}{\text{trip}} \times \frac{25 \text{ trips}}{\text{year}} \times \frac{\text{week}}{7 \text{ days}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$E_{TOC} = 520.5 \text{ tonnes TOC/yr}$$

The $CO_2$ emissions are then calculated by applying Equation B-11:

$$E_{CO_2} = \frac{520.5 \text{ tonnes TOC}}{\text{yr}} \times \frac{0.75 \text{ tonne C}}{\text{tonne TOC}} \times 0.99 \times \frac{44 \text{ lb } CO_2 \text{ / lbmole } CO_2}{12 \text{ lb C / lbmole C}}$$

$$E_{CO_2} = 1,417 \text{ tonnes } CO_2 \text{/yr}$$

---

Table 5-14 in Section 5.5.3 provides simple transit TOC emission factors for marine transit of crude oil (refer to Section 5.5.3 for a sample calculation as well). Gasoline transit TOC emission factors via rail or truck transit are provided in Table B-12 (EPA, AP-42 Section 5.2.2.1.3, 2008). Emission factors for marine transit of gasoline are provided in Table B-13 (EPA, AP-42 Section 5.2.2.1.3, 2008). Carbon dioxide emissions would result when the TOC evaporative emissions are routed to a combustion control device.

**Table B–12.  Simplified TOC Emission Factors for Rail/Truck Gasoline Transit Losses [a]**

| Transit Type | | Units | Gasoline [b] |
|---|---|---|---|
| *Loaded with Product* | | | |
| Typical Operation | Original Units | lb TOC/$10^3$ gal transported | 0 - 0.01 |
| | | mg TOC/L transported | 0 - 1.0 |
| | Converted Units [c] | tonne TOC/$10^6$ gal transported | 0 - 0.0038 |
| | | tonne TOC/$10^3$ m$^3$ transported | 0 - 0.0010 |
| Extreme Operation | Original Units | lb TOC/$10^3$ gal transported | 0 - 0.08 |
| | | mg TOC/L transported | 0 - 9.0 |
| | Converted Units [c] | tonne TOC/$10^6$ gal transported | 0 - 0.034 |
| | | tonne TOC/$10^3$ m$^3$ transported | 0 - 0.0090 |

©2009 American Petroleum Institute

BLM_0003416

*Appendix B. Additional Venting Calculation Information*

### Table B–12.  Simplified TOC Emission Factors for Rail/Truck Gasoline Transit Losses [a], continued

| Transit Type | Units | | Gasoline [b] |
|---|---|---|---|
| *Return with Vapor* | | | |
| Typical Operation | Original Units | lb TOC/$10^3$ gal transported | 0  -  0.11 |
| | | mg TOC/L transported | 0  -  13.0 |
| | Converted Units [c] | tonne TOC/$10^6$ gal transported | 0  -  0.049 |
| | | tonne TOC/$10^3$ m$^3$ transported | 0  -  0.0130 |
| Extreme Operation | Original Units | lb TOC/$10^3$ gal transported | 0  -  0.37 |
| | | mg TOC/L transported | 0  -  44.0 |
| | Converted Units [c] | tonne TOC/$10^6$ gal transported | 0  -  0.167 |
| | | tonne TOC/$10^3$ m$^3$ transported | 0  -  0.0440 |

Footnotes and Sources:
[a] EPA, AP-42, Section 5, Table 5.2-5, 2008. The emission factors for the other products listed above are for both TOC and VOC because AP-42 reports that the CH$_4$ and C$_2$H$_6$ content of the loading emissions is negligible for gasoline.
[b] The example gasoline has an RVP of 10 psia.
[c] Converted from original emission factors provided in units of mg/L in AP-42. Thus, round-off errors may result in some small differences when converting from the emission factors provided in units of lb/$10^3$ gallons.

### Table B-13.  Simplified TOC Emission Factors for Marine Transit Losses [a]

| Operation | Units | | Gasoline [b] |
|---|---|---|---|
| Marine Transit | Original Units | lb TOC/week-$10^3$ gal transported | 2.7 |
| | | mg TOC/week-L transported | 320 |
| | Converted Units [c] | tonne TOC/week-$10^6$ gal transported | 1.21 |
| | | tonne TOC/week-$10^3$ m$^3$ transported | 0.320 |

Footnotes and Sources: .
[a] EPA, AP-42, Section 5, Table 5.2-6, 2008  The factors shown are for TOCs.
[b] The example gasoline has an RVP of 10 psia.
[c] Converted from original emission factors provided in units of mg/L in AP-42. Thus, small errors may result in some small differences when converting from the emission factors provided in units of lb/$10^3$ gallons.

The conditions that affect transit emissions are the vapor tightness of the cargo vessel, the cargo vessel pressure at the beginning of the trip, the PRV settings, the liquid vapor pressure, and the degree of vapor saturation in the vapor void space of the cargo tank.  The rail and truck tanker emission factors are reported as a range for both "typical" and "extreme" conditions, where the "extreme" factors correspond to conditions that would result in maximum emissions.  Note also that the rail and truck emission factors are reported in terms of mass of TOC per volume transported.  Estimating emissions for these sources also requires the number of trips taken during the reporting year.

Exhibit B.11 illustrates the use of the simple gasoline transit emission factors.

©2009 American Petroleum Institute

BLM_0003417

**EXHIBIT B.11:** **Sample Calculation for Estimating $CH_4$ Emissions Using Simplified Rail/Truck Transit Emission Factors**

INPUT DATA:

8,000 gallons of gasoline (RVP 10) is transported via truck (8,000 gallons per trip). The company transports gasoline 100 times during the given reporting year. The gasoline vapors are 85 wt% carbon and are routed to a VCU with 99.5% combustion efficiency. Calculate the $CO_2$ emissions associated with the transit operations.

CALCULATION METHODOLOGY:

The transit loss emission factor given in Table B-12 for the truck when loaded with product for typical operation is 0-0.01 lb TOC/1000 gallons transported (0-0.0038 tonne TOC/$10^6$ gallon transported). For conservatism, the upper bound factor is used. Thus, the transit emissions when loaded with product are:

$$E_{TOC} = \frac{0.0038 \text{ tonne TOC}}{10^6 \text{ gal transported}} \times \frac{8000 \text{ gal}}{\text{trip}} \times \frac{100 \text{ trips}}{\text{yr}}$$

$E_{TOC} = 0.00304 \text{ tonnes TOC/yr}$

Similarly, the transit emissions of the truck when returning with vapor are estimated. The transit loss emission factor given in Table B-12 for the truck with vapor for typical operation is 0-0.11 lb TOC/1000 gallons transported (0-0.049 tonne TOC/$10^6$ gallon transported). For conservatism, the upper bound factor is used. Thus, the transit emissions when loaded with product are:

$$E_{TOC} = \frac{0.049 \text{ tonne TOC}}{10^6 \text{ gal transported}} \times \frac{8000 \text{ gal}}{\text{trip}} \times \frac{100 \text{ trips}}{\text{yr}}$$

$E_{TOC} = 0.0392 \text{ tonnes TOC/yr}$

The $CO_2$ emissions are then calculated by applying Equation B-11:

$$E_{CO_2} = \left(0.0392 + 0.00304\right) \frac{\text{tonnes TOC}}{\text{yr}} \times \frac{0.85 \text{ tonne C}}{\text{tonne TOC}} \times 0.995 \times \frac{44 \text{ lb } CO_2 \text{ / lbmole } CO_2}{12 \text{ lb C / lbmole C}}$$

$\underline{E_{CO_2} = 0.131 \text{ tonnes } CO_2\text{/yr}}$

©2009 American Petroleum Institute

BLM_0003418

*Appendix B. Additional Venting Calculation Information*

---

**B.5     Production Sector High-/Low-Bleed Pneumatic Devices Emission Factor Development**

Section 5.6.1 of the API *Compendium* presents simplified gas-driven pneumatic device emission factors by industry segment, including an emission factor for continuous bleed pneumatic devices in the production sector. This continuous bleed device emission factor was further split out according to whether the device is high-bleed or low-bleed. The EPA Gas STAR program defines a pneumatic device that bleeds more than 6 scfh as a "high-bleed" device, with "low-bleed" devices venting less than 6 scf/hr (EPA Gas STAR, Lessons Learned, July 2003). Therefore, the same data set that was used to develop the production sector continuous bleed device emission factor in Volume 12 of the 1996 GRI/EPA natural gas $CH_4$ emissions study (Shires and Harrison, 1996) was also used to develop the high- and low-bleed device emission factors by stratifying the data according to whether the leak rate is greater than or less than 6 scfh. The development of these emission factors is provided below in Table B-14.

### Table B–14.  Production Sector Pneumatic Device High/Low-Bleed Emission Factor Development [a]

| | | | Stratification [b] | |
|---|---|---|---|---|
| Number | Device Type | Bleed Rate (scf/day) | Low-Bleed, ≤ 6 scf/hr (scf/day) | High-Bleed, ≥ 6 scf/hr (scf/day) |
| 1 | Norriseal 1001A | 2334.1 | | 2334.1 |
| 2 | Fisher 2513 | 2170 | | 2170 |
| 3 | Fisher 4100 | 1065 | | 1065 |
| 4 | Norriseal 1001A | 428 | | 428 |
| 5 | CE Invalco | 1107 | | 1107 |
| 6 | Fisher 2500 | 596 | | 596 |
| 7 | Fisher 2502 | 962 | | 962 |
| 8 | Fisher 2900 | 954 | | 954 |
| 9 | Fisher 4150 | 634 | | 634 |
| 10 | Fisher 4160 | 560 | | 560 |
| 11 | Fisher 4160 | 380 | | 380 |
| 12 | Fisher 2900 | 1548 | | 1548 |
| 13 | CE Natco AE 155 | 1056 | | 1056 |
| 14 | Fisher 4160 | 609 | | 609 |
| 15 | Fisher 2900 | 508 | | 508 |
| 16 | Fisher 4150 | 145 | | 145 |
| 17 | Fisher 4160 | 108 | 108 | |
| 18 | Fisher 4160 | 534 | | 534 |
| 19 | CPA Data | 1.53 | 1.53 | |
| 20 | CPA Data | 59.92 | 59.92 | |
| 21 | CPA Data | 11.27 | 11.27 | |
| 22 | CPA Data | 34.50 | 34.50 | |
| 23 | CPA Data | 7.80 | 7.80 | |

©2009 American Petroleum Institute

BLM_0003419

*Appendix B. Additional Venting Calculation Information*

### Table B–14.  Production Sector Pneumatic Device
### High/Low-Bleed Emission Factor Development [a], continued

| Number | Device Type | Bleed Rate (scf/day) | Stratification [b] | |
|---|---|---|---|---|
| | | | Low-Bleed, ≤ 6 scf/hr (scf/day) | High-Bleed, ≥ 6 scf/hr (scf/day) |
| 24 | CPA Data | 529.04 | | 529.04 |
| 25 | CPA Data | 10.68 | 10.68 | |
| | Average (scf total gas/day): | 654.1 | 33.4 | 895.5 |
| | Uncertainty [c], ±: | 40% | 107% | 33% |
| | Average (scf $CH_4$/day) [d]: | 515.4 | 26.3 | 705.7 |
| | Average (tonnes $CH_4$/device-yr) [e]: | 3.609 | 0.184 | 4.941 |

Footnotes and Sources:
[a] Developed from data used for Volume 12 of the GRI/EPA natural gas industry $CH_4$ emissions study (Shires and Harrison, 1996).
[b] High-bleed devices refer to devices with leak rates greater than 6 scf/hr while low-bleed devices are 6 scf/hr or less based on definitions provided by EPA's Gas STAR program (EPA GAS STAR, Lessons Learned, July 2003).
[c] Uncertainty based on 95% confidence interval from the data used to develop the original emission factor.
[d] Converted from a total gas basis to a methane basis assuming 78.8 mole % $CH_4$ (Shires and Harrison, 1996).
[e] $CH_4$ emission factors converted from scf or $m^3$ are based on 60°F and 14.7 psia.

An example calculation illustrating the use of the high- and low-bleed classification for pneumatic device emissions follows.

---

**EXHIBIT B.12:**     **Sample Calculation for Gas-Driven Pneumatic Device Emissions**

INPUT DATA:
A gas production site has 80 natural gas-driven pneumatic devices; 60 of the devices are low-bleed and the remaining 20 are high-bleed devices.  The average $CH_4$ content of the gas is 70 mole %.  There is also 9 mole % $CO_2$ in the gas.  Calculate the $CH_4$ and $CO_2$ emissions.

CALCULATION METHODOLOGY:
The counts of high-bleed and low-bleed devices are multiplied by their respective emission factors from Table B-14.

$$E_{CH_4} = \left[ (60 \text{ pneumatic devices}) \times \frac{0.184 \text{ tonne } CH_4}{\text{device - yr}} + (20 \text{ pneumatic devices}) \times \frac{4.941 \text{ tonne } CH_4}{\text{device - yr}} \right]$$

$$\times \frac{70 \text{ mole } \% \ CH_4}{78.8 \text{ mole } \% \ CH_4}$$

$$E_{CH_4} = 97.59 \text{ tonnes } CH_4/\text{yr}$$

---

©2009 American Petroleum Institute

BLM_0003420

*Appendix B. Additional Venting Calculation Information*

---

**EXHIBIT B.12:**     **Sample Calculation for Gas-Driven Pneumatic Device Emissions, continued**

$$E_{CO_2} = \left[ (60 \text{ pneumatic devices}) \times \frac{0.184 \text{ tonne CH}_4}{\text{device - yr}} + (20 \text{ pneumatic devices}) \times \frac{4.941 \text{ tonne CH}_4}{\text{device - yr}} \right]$$

$$\times \left[ \frac{70 \text{ mole \% CH}_4}{78.8 \text{ mole \% CH}_4} \times \frac{\text{tonne mole CH}_4}{16 \text{ tonne CH}_4} \times \frac{\text{tonne mole gas}}{0.70 \text{ tonne mole CH}_4} \times \frac{0.09 \text{ tonne mole CO}_2}{\text{tonne mole gas}} \times \frac{44 \text{ tonne CO}_2}{\text{tonne mole CO}_2} \right]$$

$$E_{CO_2} = 34.51 \text{ tonnes CO}_2/\text{yr}$$

---

## B.6     Additional Coal Mining Data

The emission factors in Table 5-20 were developed from data provided in the Annexes of the EPA report, *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007* (EPA, 2009). The emission factors were derived by dividing the U.S. coal mining $CH_4$ emissions by the U.S. coal production rates. Factors were derived for 2005 through 2007. The derivation is shown below.

Coal production rates for the years 2005 through 2007 are provided in Table B-15.

### Table B–15.  U.S. Total Coal Production, 2005 - 2007

| Coal Source | Coal Production by Year [a], 1000 tons/yr | | |
|---|---|---|---|
|  | 2005 | 2006 | 2007 |
| Underground | 368,611 | 359,020 | 351,791 |
| Surface | 762,191 | 802,975 | 793,689 |

Footnote and Source:
[a] U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*, Table A-104, April 15, 2009.

Table B-16 provides $CH_4$ emissions from coal mining activities, for the years 2005 through 2007.

---

©2009 American Petroleum Institute

BLM_0003421

### Table B–16.  U.S. CH$_4$ Emissions from Coal Mining Activities, 2005 - 2007

| Coal Mining Activity | CH$_4$ Emissions [a], Bscf/yr | | |
|---|---|---|---|
| | 2005 | 2006 | 2007 |
| Total Underground Mining Emitted | 89 | 89 | 85 |
| Underground Post-Mining | 16 | 15 | 15 |
| Surface Mining | 33 | 35 | 34 |
| Surface Post-Mining | 5 | 6 | 6 |

Footnote and Source:
[a] U.S. Environmental Protection Agency (EPA).  *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*, Tables A-106 and A-107, April 15, 2009.

The emission factors presented in Table B-17 were calculated by dividing the emissions presented in Table B-16 by the coal production rates presented in Table B-15⁴.

### Table B–17.  CH$_4$ Emission Factors for Coal Mining

| Activity | CH$_4$ Emissions [a], scf/ton coal | | |
|---|---|---|---|
| | 2005 | 2006 | 2007 |
| Total Underground Mining Emitted | 241 | 248 | 242 |
| Underground Post-Mining (coal handling) | 43.4 | 41.8 | 42.6 |
| Surface Mining | 43.3 | 43.6 | 42.8 |
| Surface Post-Mining (coal handling) | 6.56 | 7.47 | 7.56 |

Footnote and Source:
[a] U.S. Environmental Protection Agency (EPA).  *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007*, April 15, 2009.

Coal mining emission factors for the U.S. are provided in Section 5.6.7 on a national average basis. If the coal supply region and coal type are known, the emission factors provided in Table B-18 can be used to calculate coal mining emissions (EIA, 2008).

©2009 American Petroleum Institute

BLM_0003422

*Appendix B. Additional Venting Calculation Information*

## Table B–18.  Coal Mining Emission Factors by Coal Supply Region

| Coal Supply Region | Coal Rank And Sulfur Level | Mine Type | Heat Content [a] (MMBtu/ton) | CO$_2$ [a] (lb/MMBtu) | CO$_2$ (tonne/MMBtu) |
|---|---|---|---|---|---|
| Northern Appalachia | Metallurgical | Underground | 26.27 | 207.5 | 0.0941 |
| | Mid-Sulfur Bituminous | All | 25.24 | 207.5 | 0.0941 |
| | High-Sulfur Bituminous | All | 24.84 | 205.7 | 0.0933 |
| | Waste Coal (Gob and Culm) | Surface | 12.70 | 205.7 | 0.0933 |
| Central Appalachia | Metallurgical | Underground | 26.27 | 205.9 | 0.0934 |
| | Low-Sulfur Bituminous | All | 24.84 | 205.9 | 0.0934 |
| | Mid-Sulfur Bituminous | All | 24.74 | 205.9 | 0.0934 |
| Southern Appalachia | Metallurgical | Underground | 26.27 | 205.4 | 0.0932 |
| | Low-Sulfur Bituminous | All | 24.84 | 205.4 | 0.0932 |
| | Mid-Sulfur Bituminous | All | 24.85 | 205.4 | 0.0932 |
| East Interior | Mid-Sulfur Bituminous | All | 22.26 | 204.9 | 0.0929 |
| | High-Sulfur Bituminous | All | 22.85 | 204.7 | 0.0929 |
| | Mid-Sulfur Lignite | Surface | 10.23 | 213.5 | 0.0968 |
| West Interior | High-Sulfur Bituminous | Surface | 22.66 | 204.4 | 0.0927 |
| Gulf Lignite | Mid-Sulfur Lignite | Surface | 13.38 | 213.5 | 0.0968 |
| | High-Sulfur Lignite | Surface | 12.57 | 213.5 | 0.0968 |
| Dakota Lignite | Mid-Sulfur Lignite | Surface | 13.26 | 218.8 | 0.0992 |
| Western Montana | Low-Sulfur Subbituminous | Underground | 20.03 | 209.6 | 0.0951 |
| | Low-Sulfur Subbituminous | Surface | 18.72 | 213.5 | 0.0968 |
| | Mid-Sulfur Subbituminous | Surface | 17.19 | 213.5 | 0.0968 |
| Northern Wyoming | Low-Sulfur Subbituminous | Surface | 16.88 | 212.7 | 0.0965 |
| | Mid-Sulfur Subbituminous | Surface | 16.27 | 212.7 | 0.0965 |
| Southern Wyoming | Low-Sulfur Subbituminous | Surface | 17.66 | 212.7 | 0.0965 |
| Western Wyoming | Low-Sulfur Subbituminous | Underground | 18.53 | 206.5 | 0.0937 |
| | Low-Sulfur Subbituminous | Surface | 18.88 | 212.7 | 0.0965 |
| | Mid-Sulfur Subbituminous | Surface | 19.00 | 212.7 | 0.0965 |
| Rocky Mountain | Low-Sulfur Bituminous | Underground | 22.95 | 205.1 | 0.0930 |
| | Low-Sulfur Subbituminous | Surface | 20.70 | 212.7 | 0.0965 |
| Southwest | Low-Sulfur Bituminous | Surface | 20.89 | 207.5 | 0.0941 |
| | Mid-Sulfur Subbituminous | Surface | 18.09 | 208.8 | 0.0947 |
| | Mid-Sulfur Bituminous | Underground | 19.52 | 208.8 | 0.0947 |
| Northwest | Mid-Sulfur Subbituminous | Surface | 15.61 | 210.0 | 0.0953 |

Footnote and Source:
[a] Energy Information Administration (EIA), *Assumptions to the Annual Energy Outlook 2008, With Projections for 2030*, Report Number DOE/EIA-0554 (2008), June 2008.

©2009 American Petroleum Institute

BLM_0003423

| B.7 | Additional Vented Volume Calculation Methodologies |
| --- | --- |

This subsection presents additional calculation methodologies for estimating the volume of gas released in non-routine activities. After calculating the volume of gas released, $CH_4$ and $CO_2$ emissions from such releases would be calculated using an engineering approach, such as described in Section 5.7.1

### B.7.1    Calculating Pressure Vessel Volume

The volume of gas released from an equipment blowdown is typically based on equipment design specifications for the vessel/pipeline/equipment of interest. In the absence of design data, the CAPP document, *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, provides guidance on estimating the volumes for several vessel types (CAPP, 2002, Section 3.2.4). These vessel types include horizontal and vertical cylinders, and hemispherical and ellipsoidal end caps.

The CAPP document also provides volumes per meter of pipeline length for several pipe sizes and schedules, which are presented in Table B-19.

Use of the gas law is most appropriate for situations where the entire volume of the vessel is blown down and the gas blowdown volume is finite. More rigorous engineering approaches are needed for a blowdown situation where only a portion of the vessel contents are released.

These approaches are based on modeling the releases as isentropic flow of an ideal gas through a nozzle. This approach requires release parameters such as the open cross-sectional area of the release, wellhead pressure, and the gas specific heat ratio (Cp/Cv). These approaches are most appropriate for releases that do not blow down the entire volume of interest. Refer to the CAPP document for more information on this approach, including an example calculation.

The CAPP document also provides a summary of cross-sectional areas for several pipe sizes and schedules (CAPP, 2002, Table 3-6). These areas are useful for applying the isentropic flow equation to estimate the blowdown rates.

©2009 American Petroleum Institute

BLM_0003424

*Appendix B. Additional Venting Calculation Information*

## Table B–19.  Volume Per Meter of Pipeline Length

| NPS Size | Volume Released (m³/m) [a] | | | | | | | Volume Released (scf/ft) [a,b] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sch 40 | Sch 60 | Sch 80 | Sch 100 | Sch 120 | Sch 140 | Sch 160 | Sch 40 | Sch 60 | Sch 80 | Sch 100 | Sch 120 | Sch 140 | Sch 160 |
| 1 | 5.57E-04 | | 4.64E-04 | | | | 3.37E-04 | 6.00E-03 | | 4.99E-03 | | | | 3.62E-03 |
| 2 | 2.17E-03 | | 1.91E-03 | | | | 1.45E-03 | 2.33E-02 | | 2.05E-02 | | | | 1.56E-02 |
| 3 | 4.77E-03 | | 4.26E-03 | | | | 3.49E-03 | 5.13E-02 | | 4.59E-02 | | | | 3.76E-02 |
| 4 | 8.21E-03 | | 7.42E-03 | | 6.65E-03 | | 5.99E-03 | 8.84E-02 | | 7.99E-02 | | 7.16E-02 | | 6.44E-02 |
| 6 | 1.86E-02 | | 1.68E-02 | | 1.53E-02 | | 1.37E-02 | 2.01E-01 | | 1.81E-01 | | 1.65E-01 | | 1.47E-01 |
| 8 | 3.23E-02 | 3.09E-02 | 2.95E-02 | 2.80E-02 | 2.62E-02 | 2.48E-02 | 2.35E-02 | 3.47E-01 | 3.33E-01 | 3.17E-01 | 3.02E-01 | 2.82E-01 | 2.67E-01 | 2.53E-01 |
| 10 | 5.09E-02 | 4.82E-02 | 4.64E-02 | 4.40E-02 | 4.16E-02 | 3.88E-02 | 3.66E-02 | 5.48E-01 | 5.18E-01 | 4.99E-01 | 4.73E-01 | 4.48E-01 | 4.18E-01 | 3.94E-01 |
| 12 | 7.22E-02 | 6.85E-02 | 6.56E-02 | 6.20E-02 | 5.86E-02 | 5.59E-02 | 5.20E-02 | 7.77E-01 | 7.37E-01 | 7.06E-01 | 6.68E-01 | 6.30E-01 | 6.01E-01 | 5.59E-01 |
| 14 | 8.73E-02 | 8.32E-02 | 7.92E-02 | 7.45E-02 | 7.07E-02 | 6.70E-02 | 6.34E-02 | 9.39E-01 | 8.96E-01 | 8.52E-01 | 8.02E-01 | 7.61E-01 | 7.21E-01 | 6.83E-01 |
| 16 | 1.14E-01 | 1.09E-01 | 1.04E-01 | 9.84E-02 | 9.32E-02 | 8.73E-02 | 8.32E-02 | 1.23E+00 | 1.18E+00 | 1.12E+00 | 1.06E+00 | 1.00E+00 | 9.39E-01 | 8.96E-01 |
| 18 | 1.44E-01 | 1.38E-01 | 1.32E-01 | 1.25E-01 | 1.18E-01 | 1.12E-01 | 1.06E-01 | 1.55E+00 | 1.49E+00 | 1.42E+00 | 1.34E+00 | 1.27E+00 | 1.21E+00 | 1.14E+00 |
| 20 | 1.79E-01 | 1.71E-01 | 1.63E-01 | 1.54E-01 | 1.46E-01 | 1.38E-01 | 1.31E-01 | 1.93E+00 | 1.84E+00 | 1.75E+00 | 1.66E+00 | 1.58E+00 | 1.48E+00 | 1.41E+00 |

Footnotes and Sources:
[a] Canadian Association of Petroleum Producers (CAPP), *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, Guide, Canadian Association of Petroleum Producers, Publication Number 2002-0009, May 2002, Table 3-8.
[b] Volumes were converted from m³/m to scf/ft.

©2009 American Petroleum Institute

BLM_0003425

### B.7.2    Calculating Well Unloading Emissions

CAPP (CAPP, 2002, Section 3.2.1) provides information on calculating the volume of gas released during well unloading.  The total volume released is dependent on many properties, including the duration of the event, size of the vent line, quantity of water released, and properties of the gas. CAPP models the vent process as an isentropic flow of an ideal gas through a nozzle[4], as shown in Equation B-14.

$$\dot{m}_T = A^* \times \frac{P_0}{\sqrt{T_0}} \times \sqrt{\frac{k}{R}} \times \frac{1}{\left(\frac{k+1}{2}\right)^{(k+1) \div (2 \times k-2)}} \times 1000 \qquad \text{(Equation B-14)}$$

where

$\dot{m}_T$ = the total mass flow rate of gas and water vapor from the unloading (kg/s);
$A^*$ = the cross sectional area of the unloading valve or vent pipe ($m^2$);
$P_0$ = wellhead pressure (kPa);
$T_0$ = wellhead temperature (K);
$k$ = specific heat ratio, $Cp/Cv$ (1.32 for natural gas); and
$R$ = gas constant (kJ/kg K), (8314.5 / gas molecular weight).

The quantity of water produced during the unloading must be subtracted from the quantity of gas vented.  Equation B-15 can be used to calculate the quantity of water vented:

$$\dot{m}_W = \frac{V \times \rho_w}{t} \qquad \text{(Equation B-15)}$$

where

$\dot{m}_W$ = mass flow rate of water produced by the unloading event (kg/s);
$V$ = volume of liquid water produced by the unloading event ($m^3$);
$\rho_w$ = density of liquid water (1000 kg/$m^3$); and
$t$ = duration of the blow down event (s).

The mass flow rate of gas released is calculated using Equation B-16.

$$\dot{m}_V = \dot{m}_T - \dot{m}_W \qquad \text{(Equation B-16)}$$

where

$\dot{m}_V$ = mass flow rate of gas released.

The total volume of gas released is then calculated using Equation B-17.

---

[4] CAPP notes that "modeling the system as an ideal gas yields good results up to wellhead pressures of about 50 atmospheres," but at higher pressures a more rigorous equation of state must be used (CAPP, 2002, Section 3.2.1).

©2009 American Petroleum Institute

BLM_0003426

$$V = \frac{\dot{m}_V \times t}{W_V} \times 23.6449$$
(Equation B-17)

where

$V$ = volume of gas released ($m^3$);

$W_V$ = molecular weight of the vapor released (kg/kmole); and

23.6449 = the volume (m3) occupied by one kmole of and ideal gas at 15ºC and 101.325 kPa.


### B.7.3    Calculating Pressure Relief Valve Release Volumes

Emission factors for PRV releases are provided in Section 5.7.2. Alternatively, CAPP (CAPP, 2002, Section 3.2.3) provides information on calculating the volume of gas released during a PRV event. The total volume released is dependent on many properties, including the duration of the event, size of the relief valve, and properties of the gas. As for well unloading, CAPP models the vent process as an isentropic flow of an ideal gas through a nozzle,[5] as shown in Equation B-18.

$$\dot{m}_V = A^* \times \frac{P_0}{\sqrt{T_0}} \times \sqrt{\frac{k}{R}} \times \frac{1}{\left(\frac{k+1}{2}\right)^{(k+1) \div (2 \times k-2)}} \times 1000$$
(Equation B-18)

where

$\dot{m}_V$ = the total mass flow rate of gas through the PRV (kg/s);

$A^*$ = the cross sectional area of the throat (or orifice) of the valve ($m^2$);

$P_0$ = PRV set point (kPa);

$T_0$ = vessel temperature (K);

$k$ = specific heat ratio, Cp/Cv (1.32 for natural gas); and

$R$ = gas constant (kJ/kg K), (8314.5 / gas molecular weight).

The total volume of gas released can then be calculated using Equation B-17.

---

[5] CAPP notes that "modeling the system as an ideal gas yields good results up to wellhead pressures of about 50 atmospheres," but at higher pressures a more rigorous equation of state must be used (CAPP, 2002, Section 3.2.1).

©2009 American Petroleum Institute

BLM_0003427

*Appendix B. Additional Venting Calculation Information*

## B.8    Derivation of Vented Emission Factors

### B.8.1    Derivation of Transmission Pipeline and Compressor Station Blowdown Emission Factor

The emission factors for pipeline and compressor station blowdowns are based on combined data from the GRI/EPA methane emissions study (Shires and Harrison, Volume 7, 1996) and the 1995 Canadian emissions study (Radian, 1997).  Site data used in the development of these two studies were combined to establish the pipeline and compressor station blowdown emission factors.

Table B-20 presents the development of the transmission compressor station blowdown emission factor based on the combined U.S. and Canadian data.

### Table B–20.  Transmission Compressor Station Blowdown Emission Factor Development

| Company Number | Annual Station Blowdown Emissions (Mscf/yr) | Number of Stations | Annual Station Blowdown Emissions (MMscm $CH_4$/station) | Blowdown/Station [a] (Mscf $CH_4$/station-yr) |
|---|---|---|---|---|
| *U.S.Data* [b] | | | | |
| 1 | 120,757 | 11 | | 10,253.37 |
| 2 | 272,589 | 15 | | 16,973.21 |
| 3 | 33,731 | 27 | | 1,166.84 |
| 4 | Not Available | 19 | | - |
| 5 | 325,418 | 47 | | 6,466.82 |
| 6 | Unknown | 48 | | - |
| 7 | 60,956 | 69 | | 825.11 |
| 8 | 194,541 | 47 | | 3,865.98 |
| *Canadian Data* [c] | | | | |
| 1 | | | 0.00485 | 171.28 |
| 2 | | | 0.2995654 | 10,579.06 |
| 3 | | | 0.03056 | 1,079.22 |
| 4 | | | No Data | - |
| 5 | | | 0.248 | 8,758.05 |
| 6 | | | 0.0021015 | 74.21 |
| 7 | | | 0.096 | 3,390.21 |
| Average Emission Factor, Mscf $CH_4$/station-yr [d] | | | | 5,300.28±64.3% |

Footnotes and Sources:
[a] U.S. blowdown/station estimated by dividing the annual blowdown emissions by the number of stations and then multiplying by the default $CH_4$ content for the transmission sector, provided in Table E-4 (93.4 mole %).
[b] GRI/EPA methane emissions study (Shires and Harrison, 1996), Volume 7, page B-15.
[c] Company information developed as part of 1995 Canadian natural gas industry emissions study (Radian, 1997).
[d] Uncertainty based on 95% confidence interval.

Table B-21 presents the development of the transmission pipeline blowdown emission factor.

©2009 American Petroleum Institute

BLM_0003428

### Table B–21.  Transmission Pipeline Blowdown Vented Emission Factor Development

| Company Number | Annual Pipeline Blowdown Emissions (Mscf/yr) | Pipeline Length (Miles) | Annual Pipeline Blowdown Emissions (MMscm CH₄/km) | Blowdown/ Mile [a] (Mscf CH₄/mile-yr) |
|---|---|---|---|---|
| *U.S. Data [b]* | | | | |
| 1 | 189,044 | 3,857 | | 45.78 |
| 2 | 11,358 | 4,000 | | 2.65 |
| 3 | 138,988 | 5,886 | | 22.05 |
| 4 | Not Available | 5,450 | | - |
| 5 | Unknown | 4,725 | | - |
| 6 | 161,628 | 7,896 | | 19.12 |
| 7 | 750,000 | 14,666 | | 47.76 |
| 8 | 315,058 | 9,915 | | 29.68 |
| *Canadian Data [c]* | | | | |
| 1 | | | 0.001026 | 58.31 |
| 2 | | | 0.003199 | 181.83 |
| 3 | | | 0.000211 | 11.97 |
| 4 | | | 0.0000272 | 1.54 |
| 5 | | | 0.000355 | 20.15 |
| 6 | | | 0.00000828 | 0.47 |
| 7 | | | 0.001602 | 91.03 |
| **Average Emission Factor, Mscf CH₄/mile-yr [d]** | | | | **40.95 ± 73.3%** |

Footnotes and Sources:

[a] U.S. blowdown/mile estimated by dividing the annual blowdown emissions by the number of miles and then multiplying by the default CH₄ content for the transmission sector, provided in Table E-4 (93.4 mole %).

[b]: GRI/EPA methane emissions study (Shires and Harrison, 1996), Volume 7, page B-15.

[c]: Company information developed as part of 1995 Canadian natural gas industry emissions study (Radian, 1997).

[d] Uncertainty based on 95% confidence interval.

### B.8.2    Derivation of Pipeline Blowdowns Emission Factor

The emission factors for distribution pipeline blowdowns are based on combined data from the GRI/EPA (Shires and Harrison, 1996) and 1995 Canadian emissions studies (Radian, 1997; URS, 2001).  Site data used in the development of these two studies were combined to establish the distribution pipeline vented blowdown emission factor as shown in Table B-21.

©2009 American Petroleum Institute

BLM_0003429

*Appendix B. Additional Venting Calculation Information*

### Table B–22.  Distribution Pipeline Blowdown Vented Emission Factor Development

| Company Number | Annual Pipeline Blowdown Emissions (Mscf/yr) | Pipeline Length (Miles) | Annual Pipeline Blowdown Emissions (MMscm CH$_4$/km) | Blowdown/Mile [a] (Mscf CH$_4$/mile-yr) |
|---|---|---|---|---|
| *U.S. Data [b]* | | | | |
| 1 | 8,972 | 58,024 | | 0.1546 |
| 2 | 5,688 | 82,337 | | 0.0691 |
| 3 | 2,360 | 24,916 | | 0.0947 |
| 4 | 1,695 | 18,713 | | 0.0906 |
| *Canadian Data [c]* | | | | |
| 1 | | | 0.000136 | 7.73 |
| 2 | | | 0.00000271 | 0.15 |
| 3 | | | 0.0000907 | 5.15 |
| 4 | | | 0.00000130 | 0.07 |
| 5 | | | 0.000055 | 3.13 |
| 6 | | | 0.00000248 | 0.14 |
| **Average Emission Factor, Mscf CH$_4$/mile-yr [d]** | | | | **1.68 ± 117%** |

Footnotes and Sources:
[a] U.S. blowdown/mile estimated by dividing the annual blowdown emissions by the number of miles, and then multiplying by the default CH$_4$ content for the distribution sector, provided in Table E-4 (93.4 mole %).
[b] Source: GRI/EPA methane emissions study (Shires and Harrison, 1996), Volume 7, page B-20.
[c] Source: Company information developed as part of 1995 Canadian natural gas industry emissions study (Radian, 1997).
[d] Uncertainty based on 95% confidence interval.

## B.9   References

Asociacion Regional De Empresas De Petroleo Y Gas Natural EN LatinoAmerica Y El Caribe (ARPEL).  *Atmospheric Emissions Inventories Methodologies in the Petroleum Industry.*  ARPEL Guideline # ARPELCIDA02AEGUI2298, Prepared by Jaques Whitford Environment Limited, December 1998.
http://portal.arpel.org/apps/arpel/ml_lib_nueva2.nsf/0/6F4BB964B96A44EC03257226006D3469/ $file/GUIDELINE%2022%20-%20OK.pdf, accessed  May 1, 2009.

Canadian Association of Petroleum Producers (CAPP).  *Estimation of Flaring and Venting Volumes from Upstream Oil and Gas Facilities*, Guide, Canadian Association of Petroleum Producers, Publication Number 2002-0009, May 2002.
http://www.capp.ca/raw.asp?x=1&dt=PDF&dn=38234, accessed May 1, 2009.

CRC Press, Inc. *CRC Handbook of Chemistry and Physics: A Ready Reference Book of Chemicals and Physical Data*, 65th Edition, 1984-1985, 1984.  Available for purchase from
http://www.crcpress.com, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003430

Dimpfl, L.H., "Study Gives Insight Into Asphalt Tank Explosions", *Oil and Gas Journal*, December 1980.

Energy Information Administration (EIA). *Assumptions to the Annual Energy Outlook 2008, With Projections for 2030*, Report Number DOE/EIA-0554 (2008), June 2008. http://www.eia.doe.gov/oiaf/aeo/assumption/pdf/0554(2008).pdf, accessed May 1, 2009.

Hendler, A., J. Nunn, J. Lundeen, R. McKaskle. *VOC Emissions from Oil and Condensate Storage Tanks*, Final Report, prepared for Houston Advanced Research Center (HARC), October 31, 2006 (Cited Tables 3-3 and 3-5). http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf, accessed May 1, 2009.

Ogle, L.D. *Validation of a Petroleum Production Tank Emission Model*, Final Report, GRI-97/0117. American Petroleum Institute and Gas Research Institute, March 1997.

Ogle, L.D. *Evaluation of a Petroleum Production Tank Emission Model*, Final Report. American Petroleum Institute, Gas Research Institute, and Canadian Association of Petroleum Producers, May 1997. Available for purchase from: www.gastechnology.org, accessed May 1, 2009.

Perry, R.H. and D.W. Green. *Perry's Chemical Engineer's Handbook*, Sixth Edition, McGraw-Hill Book Company, 1984.

Picard, D. J., B. D. Ross, and D. W. H. Koon. *A Detailed Inventory of $CH_4$ and VOC Emissions from Upstream Oil and Gas Operations in Alberta*, Volume II, Canadian Petroleum Association, March 1992 (Cited Tables 12 through 15).

Picard, D. J., B. D. Ross, and D. W. H. Koon. *A Detailed Inventory of $CH_4$ and VOC Emissions from Upstream Oil and Gas Operations in Alberta, Volume III Results of the Field Validation Program*, Canadian Petroleum Association, March 1992, pp. 75-81.

Radian International. *1995 Air Emissions Inventory of the Canadian Natural Gas Industry*, Final Report, Canadian Gas Association Standing Committee on Environment, September 1997.

Shires, T.M., and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary*, Final Report, GRI-94/0257.23 and EPA-600/R-96-080f, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/6_vented.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003431

*Appendix B. Additional Venting Calculation Information*

Shires, T.M., and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 7: Blow and Purge Activities*, Final Report, GRI-94/0257.24 and EPA-600/R-96-080g, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. (Part of the GRI/EPA methane emissions inventory project.) Available for purchase from: http://www.epa.gov/gasstar/documents/emissions_report/7_blowandpurge.pdf, accessed May 1, 2009.

Shires, T.M. and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 12: Pneumatic Devices*, Final Report, GRI-94/0257.29 and EPA-600/R-96-080l, Gas Research Institute and U.S. Environmental Protection Agency, June 1996 (1996). http://www.epa.gov/gasstar/documents/emissions_report/12_pneumatic.pdf, accessed May 1, 2009.

URS Corporation. *Updated Canadian National Greenhouse Gas Inventory for 1995, Emission Factor Documentation*. Technical Memorandum, Final, October 2001.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, October 1996, Supplement D, 1998, Supplement F, 2000, and updates 2001 to present. http://www.epa.gov/ttnchie1/ap42/, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, Section 5.2: Transportation and Marketing of Petroleum Liquids, U.S. EPA Office of Air Quality Planning and Standards, June 2008. http://www.epa.gov/ttn/chief/ap42/ch05/final/c05s02.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, Section 7.1: Organic Liquid Storage Tanks, U.S. EPA Office of Air Quality Planning and Standards, November 2006. http://www.epa.gov/ttn/chief/ap42/ch07/final/c07s01.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007, Annexes.* EPA-430-R-09-004, U.S. Environmental Protection Agency, Washington DC, April 15, 2009. http://www.epa.gov/climatechange/emissions/downloads09/Annexes.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003432

U.S. Environmental Protection Agency (EPA). Lessons Learned from Natural Gas STAR Partners: *Options for Reducing Methane Emissions from Pneumatic Devices in the Natural Gas Industry*, EPA430-B-03-004, July 2003.
http://www.epa.gov/gasstar/documents/ll_pneumatics.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003433



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# APPENDIX C

# ADDITIONAL FUGITIVE CALCULATION INFORMATION



BLM_0003434

# *Compendium* of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Appendix C – Additional Fugitive Calculation Information

August 2009

BLM_0003435

BLM_0003436

# Table of Contents

**C. ADDITIONAL FUGITIVE CALCULATION INFORMATION .................................. C-1**

C.1 Additional Equipment Leak Emission Calculation Methodologies.............. C-1

    C.1.1 Screening Range Factor Approach................................................. C-1

    C.1.2 Correlation Approach.................................................................... C-7

    C.1.3 Unit-Specific Correlations ........................................................... C-11

    C.1.4 Methane-Specific Data for Emission Rate Calculations.............. C-11

    C.1.5 Generic Component Counts ........................................................ C-15

C.2 Refinery Fugitive Emissions..................................................................... C-19

C.3 Derivation of Fugitive Emission Factors................................................... C-21

    C.3.1 Onshore Oil Production Fugitive Emission Factor ....................... C-21

    C.3.2 Onshore Gas Production Fugitive Emission Factors ................... C-22

    C.3.3 Gas Processing Fugitive Emission Factors................................. C-27

    C.3.4 Natural Gas Storage Station Fugitive Emission Factor ............... C-29

    C.3.5 Gas Transmission Fugitive Emission Factors............................. C-30

    C.3.6 Gas Distribution Fugitive Emission Factors ................................ C-35

    C.3.7 Plastic Pipeline Fugitive Emission Leak Factors......................... C-46

    C.3.8 $CO_2$ Pipeline Fugitive Emissions ................................................ C-47

C.4 References ............................................................................................... C-48

©2009 American Petroleum Institute

BLM_0003437

# List of Tables

Table C–1.   EPA Oil and Natural Gas Production Screening Factors ...................................... C-3

Table C–2.   API Oil and Natural Gas Production and Processing Screening Factors .............. C-4

Table C–3.   Petroleum Industry Leak Rate/Screening Value (SV) Correlations ....................... C-8

Table C–4.   Default-Zero Values for the Petroleum Industry ..................................................... C-8

Table C–5.   Pegged Emission Rates for the Petroleum Industry ................................................ C-9

Table C–6.   "Generic" Speciation Factors for Component Specific THC Emissions
             Factors for Oil and Natural Gas Operations ......................................................... C-12

Table C–7.   "Generic" Production (Canadian) Composition by Service ................................... C-13

Table C–8.   "Generic" Fugitive Counts for Onshore Oil Production Facilities (per
             Equipment/Process Type) ................................................................................... C-16

Table C–9.   "Generic" Fugitive Counts for Gas Production, Gas Processing, and
             Offshore Facilities ............................................................................................... C-17

Table C-10.  Summary of the Number of Vessels, Compressors, and Pumps Associated
             with Various Natural Gas Processes .................................................................... C-18

Table C-11.  EPA Average Refinery Emission Factors .......................................................... C-20

Table C-12.  Refinery Screening Factors .............................................................................. C-21

Table C–13.  Derivation of Facility-Level Average Fugitive Emission Factor for Onshore
             Oil Production ..................................................................................................... C-22

Table C–14.  Derivation of Facility-Level Average Fugitive Emission Factor for Onshore
             Gas Production ................................................................................................... C-23

Table C–15.  Derivation of Equipment-Level Fugitive Emission Factors for Gas
             Production ........................................................................................................... C-24

Table C–16.  Derivation of Fugitive $CH_4$ Emission Factors for Natural Gas Gathering
             Pipelines, by Pipe Material ................................................................................. C-25

Table C–17.  Derivation of Combined Fugitive $CH_4$ Emission Factor for Natural Gas
             Gathering Pipelines ............................................................................................ C-26

Table C–18.  Derivation of Fugitive $CO_2$ Emission Factors for Natural Gas Gathering
             Pipelines, by Pipe Material ................................................................................. C-26

Table C–19.  Derivation of Combined Fugitive $CO_2$ Emission Factors for Gas Gathering
             Pipelines ............................................................................................................. C-27

Table C–20.  Derivation of Facility and Equipment-Level Fugitive Emission Factors for
             Gas Processing .................................................................................................. C-28

Table C–21.  Derivation of Facility-Level Average Natural Gas Storage Station Fugitive
             Emission Factor .................................................................................................. C-29

Table C–22.  Derivation of Facility-Level Average Fugitive $CH_4$ Emission Factor for Gas
             Transmission Pipelines ....................................................................................... C-30

Table C–23.  Derivation of Detailed Equipment-Level Fugitive $CH_4$ Emission Factors for
             Gas Transmission Pipelines, by Pipe Material .................................................... C-31

Table C–24.  Derivation of Equipment-Level Gas Transmission Pipeline Fugitive $CH_4$
             Emission Factor .................................................................................................. C-32

BLM_0003438

Table C–25.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Transmission Pipelines, by Pipe Material............................................................................. C-32

Table C–26.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factors for Gas Transmission Pipelines ............................................................... C-33

Table C–27.  Derivation of Facility-Level Average Gas Transmission Pipeline Fugitive $CO_2$ Leak Emission Factor................................................................... C-34

Table C–28.  Derivation of M&R Stations Fugitive $CH_4$ Emission Factor ............... C-35

Table C–29.  Derivation of Facility-Level Average Fugitive $CH_4$ Emission Factor for Gas Distribution Pipelines ...................................................................... C-36

Table C–30.  Derivation of Equipment-Level Fugitive $CH_4$ Emission Factors for Gas Distribution Mains, by Pipe Material................................................. C-37

Table C–31.  Derivation of Equipment-Level Average Fugitive $CH_4$ Emission Factor for Gas Distribution Mains...................................................................... C-38

Table C–32.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Distribution Mains, by Pipe Material........................................................................... C-38

Table C–33.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factor for Gas Distribution Mains...................................................................... C-39

Table C–34.  Derivation of Detailed Fugitive $CH_4$ Emission Factors for Gas Distribution Services, by Pipe Material .................................................. C-40

Table C–35.  Derivation of Equipment-Level Average Fugitive $CH_4$ Emission Factor for Gas Distribution Services..................................................... C-40

Table C–36.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Distribution Services, by Pipe Material ...................................................................... C-41

Table C–37.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factor for Gas Distribution Services..................................................... C-42

Table C–38.  Derivation of Facility-Level Average Fugitive $CO_2$ Emission Factors for Gas Distribution Pipelines .................................................................... C-43

Table C–39.  Derivation of Equipment-Level Fugitive $CH_4$ Emission Factor for Customer Meters ..................................................................................... C-44

Table C–40.  Derivation of Equipment-Level Fugitive $CH_4$ Emission Factor for Distribution/Meter Reg. Stations ........................................................... C-45

Table C–41.  Derivation of Fugitive Emission Leak Factor from Plastic Pipelines by Construction Year ................................................................................... C-46

©2009 American Petroleum Institute

BLM_0003439

BLM_0003440

# C. ADDITIONAL FUGITIVE CALCULATION INFORMATION

This section presents supplemental information for the fugitive emission calculation methodologies presented in Section 6.

## C.1   Additional Equipment Leak Emission Calculation Methodologies

The following provides estimation methods for $CH_4$ and $CO_2$ fugitive emissions from equipment leaks that are more rigorous than the methods presented in Section 6.1. The additional approaches available for estimating fugitive equipment leak emissions, in order of increasing data requirements and increasing accuracy are:

1. Screening ranges approach;
2. Correlation approach; and
3. Unit-Specific correlation approach.

Applicable to all of these approaches, the $CH_4$ composition of the fugitive stream and the population of fugitive components must be known. Following the discussion of the different estimation approaches, "generic" compositions are provided for estimating $CH_4$ emissions from fugitive sources, when site specific speciation data are not available. "Generic" component counts are also provided for different equipment and process types.

Note that leaks from equipment used in association with "weathered" crude or other refined petroleum products will not emit $CH_4$ or $CO_2$, as "weathered" crude and refined petroleum products do not contain $CH_4$ or $CO_2$.[1]

### C.1.1   Screening Range Factor Approach

The screening range factor approach, also called the leak/no-leak approach, is based on monitoring data that have been categorized into two or more ranges. Monitoring data are broken into categories of "leakers", with U.S. EPA Reference Method 21 readings greater than or equal to 10,000 ppmv, and "non-leakers" with readings less than 10,000 ppmv. Each of these categories is

---

[1] For more information, see Appendix E.

©2009 American Petroleum Institute

BLM_0003441

assigned an emission factor.  The 10,000 ppmv break point is based on early leak definitions, such as in 40 CFR 60 Subpart VV.  This criterion for separating leakers from non-leakers may not coincide with the leak definition required by local regulations that apply to each facility, but it is the only level for which there is any significant amount of mass emission data to develop screening range factors.  The screening range approach should be more accurate than previously presented approaches because it is based on a site-specific percent "leaking" measurement.  This approach could be appropriate for facilities that are already collecting monitoring data for a leak detection and repair program, or would be willing to do so to improve their emission estimates.

When using the screening range factor approach, the components should be grouped into "streams" where all the components have approximately the same TOC weight fraction and monitoring readings within the same category.  The following equation is used in the calculations:

$$E_{TOC} = (F_G \times N_G) + (F_L \times N_L)$$
(Equation C-1)

where

$E_{TOC}$ = emission rate of TOC from all components of a given type in the stream;
$F_G$ = emission factor for components with screening values greater than or equal to 10,000 ppmv;
$N_G$ = number of components with screening values greater than or equal to 10,000 ppmv;
$F_L$ = emission factor for components with screening values less than or equal to 10,000 ppmv; and
$N_L$ = number of components with screening values less than or equal to 10,000 ppmv.

Methane emissions can be estimated from the TOC emission factors using Equation 6-9.

Tables C-1 and C-2 present screening emission factors for different industry segments.  Note that Table C-1 provides service specific emission factors, while Table C-2 is facility specific.  Service categories include gas, light liquid or heavy liquid service.  Liquid services are defined differently by EPA (EPA, 1995) and API (API, 1995).  EPA defines light liquid service as any material in a liquid state in which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kPa at 20°C is greater than or equal to 20 weight percent, which generally includes naphtha and more volatile petroleum liquids.  EPA defines a heavy liquid is any liquid that is not in gas/vapor or light liquid service, which would generally include kerosene and less volatile petroleum liquids.  Unlike EPA, API Report 4615 designates heavy crude as having an API gravity of less than 20° and light crude as having an API gravity of greater than 20°.

©2009 American Petroleum Institute

BLM_0003442

*Appendix C. Additional Fugitive Calculation Information*

## Table C–1.  EPA Oil and Natural Gas Production Screening Factors

| Component – Service [c] | Emission Factor, kg TOC/hr/comp. [a,b] | | Emission Factor, tonne TOC/component-hr [b] | |
|---|---|---|---|---|
| | <10,000 ppmv | ≥10,000 ppmv | <10,000 ppmv | ≥10,000 ppmv |
| Valves – Gas | 2.5E-05 | 9.8E-02 | 2.5E-08 | 9.8E-05 |
| Valves – Light Oil | 1.9E-05 | 8.7E-02 | 1.9E-08 | 8.7E-05 |
| Valves – Water/Oil | 9.7E-06 | 6.4E-02 | 9.7E-09 | 6.4E-05 |
| Valves – Heavy Oil | 8.4E-06 | NA | 8.4E-09 | NA |
| Pump Seals – Gas | 3.5E-04 | 7.4E-02 | 3.5E-07 | 7.4E-05 |
| Pump Seals – Light Oil | 5.1E-04 | 1.0E-01 | 5.1E-07 | 1.0E-04 |
| Pump Seals – Water/Oil | 2.4E-05 | NA | 2.4E-08 | NA |
| Others – Gas | 1.2E-04 | 8.9E-02 | 1.2E-07 | 8.9E-05 |
| Others – Light Oil | 1.1E-04 | 8.3E-02 | 1.1E-07 | 8.3E-05 |
| Others – Water/Oil | 5.9E-05 | 6.9E-02 | 5.9E-08 | 6.9E-05 |
| Others – Heavy Oil | 3.2E-05 | NA | 3.2E-08 | NA |
| Connectors – Gas | 1.0E-05 | 2.6E-02 | 1.0E-08 | 2.6E-05 |
| Connectors – Light Oil | 9.7E-06 | 2.6E-02 | 9.7E-09 | 2.6E-05 |
| Connectors – Water/Oil | 1.0E-05 | 2.8E-02 | 1.0E-08 | 2.8E-05 |
| Connectors – Heavy Oil | 7.5E-06 | NA | 7.5E-09 | NA |
| Flanges – Gas | 5.7E-06 | 8.2E-02 | 5.7E-09 | 8.2E-05 |
| Flanges – Light Oil | 2.4E-06 | 7.3E-02 | 2.4E-09 | 7.3E-05 |
| Flanges – Heavy Oil | 3.9E-07 | NA | 3.9E-10 | NA |
| Flanges – Water/Oil | 2.9E-06 | NA | 2.9E-09 | NA |
| Open-ended Line – Gas | 1.5E-05 | 5.5E-02 | 1.5E-08 | 5.5E-05 |
| Open-ended Line – Heavy Oil | 7.2E-06 | 3.0E-02 | 7.2E-09 | 3.0E-05 |
| Open-ended Line – Light Oil | 1.4E-05 | 4.4E-02 | 1.4E-08 | 4.4E-05 |
| Open-ended Line – Water/Oil | 3.5E-06 | 3.0E-02 | 3.5E-09 | 3.0E-05 |

Footnotes and Sources:

[a] U.S. Environmental Protection Agency (EPA).  *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995, Table 2-8.

[b] NA means that there were not sufficient examples of that emission category found to develop an emission factor.

[c] EPA defines light liquids as liquids for which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kPa at 20 °C is greater than or equal to 20 weight percent.  EPA defines heavy liquids as liquids not in gas/vapor or light liquid service.

©2009 American Petroleum Institute

BLM_0003443

*Appendix C. Additional Fugitive Calculation Information*

### Table C–2.  API Oil and Natural Gas Production and Processing Screening Factors

| Component – Facility Type[c] | Emission Factor, lb TOC/day/comp. [a,b] | | Emission Factor, tonne TOC/component-hr [b] | |
|---|---|---|---|---|
| | <10,000 ppmv | ≥10,000 ppmv | <10,000 ppmv | ≥10,000 ppmv |
| Valves – All Facility Types | NA | 3.381 | NA | 6.390E-05 |
| Valves – Gas Production | 1.63E-03 | 3.381 | 3.08E-08 | 6.390E-05 |
| Valves – Light Crude Production | 1.11E-03 | 3.381 | 2.10E-08 | 6.390E-05 |
| Valves – Heavy Crude Production | 6.95E-04 | 3.381 | 1.31E-08 | 6.390E-05 |
| Valves – Offshore Production | 8.50E-04 | 3.381 | 1.61E-08 | 6.390E-05 |
| Valves – Gas Processing | 1.81E-03 | 3.381 | 3.42E-08 | 6.390E-05 |
| Connectors – All Facility Types | NA | 1.497 | NA | 2.829E-05 |
| Connectors – Gas Production | 6.33E-04 | 1.497 | 1.20E-08 | 2.829E-05 |
| Connectors – Light Crude Prod. | 5.25E-04 | 1.497 | 9.92E-09 | 2.829E-05 |
| Connectors – Heavy Crude Prod. | 4.41E-04 | 1.497 | 8.33E-09 | 2.829E-05 |
| Connectors – Offshore Production | 5.11E-04 | 1.497 | 9.66E-09 | 2.829E-05 |
| Connectors – Gas Processing | 5.76E-04 | 1.497 | 1.09E-08 | 2.829E-05 |
| Flanges – All Facility Types | NA | 4.490 | NA | 8.486E-05 |
| Flanges – Gas Production | 1.30E-03 | 4.490 | 2.46E-08 | 8.486E-05 |
| Flanges – Light Crude Production | 1.24E-03 | 4.490 | 2.34E-08 | 8.486E-05 |
| Flanges – Heavy Crude Production | 1.19E-03 | 4.490 | 2.25E-08 | 8.486E-05 |
| Flanges – Offshore Production | 1.33E-03 | 4.490 | 2.51E-08 | 8.486E-05 |
| Flanges – Gas Processing | 1.44E-03 | 4.490 | 2.72E-08 | 8.486E-05 |
| Open-ended Lines – All Facilities | NA | 1.600 | NA | 3.024E-05 |
| Open-ended Lines – Gas Production | 1.26E-03 | 1.600 | 2.38E-08 | 3.024E-05 |
| Open-ended Lines – Light Crude Production[2] | 1.50E-03 | 1.600 | 2.83E-08 | 3.024E-05 |
| Open-ended Lines – Heavy Crude Production[3] | 8.86E-04 | 1.600 | 1.67E-08 | 3.024E-05 |
| Open-ended Lines – Offshore Production | 9.40E-04 | 1.600 | 1.78E-08 | 3.024E-05 |
| Open-ended Lines – Gas Processing | 1.62E-03 | 1.600 | 3.06E-08 | 3.024E-05 |
| Pump Seals – All Facilities | NA | 3.905 | NA | 7.380E-05 |
| Pump Seals – Gas Production | 1.03E-02 | 3.905 | 1.95E-07 | 7.380E-05 |
| Pump Seals – Heavy Crude Prod. | No data | 3.905 | No data | 7.380E-05 |
| Pump Seals – Light Crude Prod. | 1.68E-02 | 3.905 | 3.18E-07 | 7.380E-05 |
| Pump Seals – Offshore Production | 1.03E-02 | 3.905 | 1.95E-07 | 7.380E-05 |
| Pump Seals – Gas Processing | 4.3E-02 | 3.905 | 8.13E-07 | 7.380E-05 |
| Others – All Facilities | NA | 3.846 | NA | 7.269E-05 |
| Others – Gas Production | 7.92E-03 | 3.846 | 1.50E-07 | 7.269E-05 |
| Others – Heavy Crude Production | 3.67E-03 | 3.846 | 6.94E-08 | 7.269E-05 |
| Others – Light Crude Production | 9.01E-03 | 3.846 | 1.70E-07 | 7.269E-05 |
| Others – Offshore Production | 3.76E-03 | 3.846 | 7.11E-08 | 7.269E-05 |
| Others – Gas Processing | 9.09E-03 | 3.846 | 1.72E-07 | 7.269E-05 |

Footnotes and Sources:
[a] American Petroleum Institute (API).  *Emission Factors for Oil and Gas Production Operations*, API Publication No. 4615, Health and Environmental Sciences Department, January 1995, Table ES-2.
[b] NA means not available on the "all facilities" basis.  The emission factors for leaking components were developed as a single factor across all facility types.  The emission factors for non-leaking components, however, were developed for each facility type.
[c] These emission factors are facility specific, not service specific.  For example, a facility producing light crude would apply the light crude production emission factors regardless of the service type.  API Publication 4615 defines light crude as oil with an API gravity of 20 or more, and heavy crude as oil with an API gravity of less than 20.

©2009 American Petroleum Institute
August 2009

BLM_0003444

**EXHIBIT C.1:        Sample Calculation for Screening Factor Approach**

INPUT DATA:

Assume that there are 100 valves in gas service at a gas production facility and that there is no stream composition data available.  Five of the valves had a screening value of >10,000 ppmv and the remaining 95 valves had a screening factor of <10,000 ppmv.  Calculate the $CH_4$ emissions using the "Valves–Gas" screening factor provided in Table C-1 and for comparison using the production emission factors provided in Table C-2.

CALCULATION METHODOLOGY:

Because no plant-specific stream composition data is available, the composition data will be taken from Table C-7 (presented in Section C.1.4) when applied to the service specific emission factors.  Where emission factors from Table C-2 are applied, the $CH_4$ composition from Table C-6 is used since these are based on an aggregated stream composition for the facility.

1. *Calculate $CH_4$ emissions using the "Valves-Gas" screening factor.*  The emission factors in Table C-1 are in terms of TOC.  TOC emissions are calculated using Equation C-1.  Emissions are calculated below, by screening value:

For components screening >=10,000 ppmv:

$$E_{TOC>10000} = 9.8 \times 10^{-5} \frac{\text{tonne}}{\text{hr} \times \text{valve}} \times 5 \text{ valves}$$

$$\underline{E_{TOC>10000} = 4.9 \times 10^{-4} \text{ tonne TOC/hr}}$$

For components screening <10,000 ppmv:

$$E_{TOC<10000} = 2.5 \times 10^{-8} \frac{\text{tonne}}{\text{hr} \times \text{valve}} \times 95 \text{ valves}$$

$$\underline{E_{TOC<10000} = 2.4 \times 10^{-6} \text{ tonne TOC/hr}}$$

The combined valve emissions are:

$$E_{TOC\ Total} = 4.9 \times 10^{-4} + 2.4 \times 10^{-6}$$

$$\underline{E_{TOC\ Total} = 4.92 \times 10^{-4} \text{ tonne TOC/hr}}$$

©2009 American Petroleum Institute

BLM_0003445

**EXHIBIT C.1:        Sample Calculation for Screening Factor Approach, continued**

Methane emissions are then calculated by applying the $CH_4$ composition from Table C-7, expressed as weight fraction.  The $CH_4$ composition for a sweet gas facility, with components in gas service is 91.8796 mole %, or 84.1609 weight %.

$$E_{CH_4} = 4.92 \times 10^{-4} \frac{\text{tonne TOC}}{\text{hr}} \times 0.841609 \frac{\text{tonne } CH_4}{\text{tonne TOC}} \times \frac{8760 \text{ hr}}{\text{yr}}$$

$$\underline{E_{CH_4} = 3.6 \text{ tonnes } CH_4 / \text{yr}}$$

2.  *Calculate $CH_4$ emissions using the "Valves-Gas" screening factor.*  Alternatively, $CH_4$ emissions can be calculated using the production emission factors from Table C-2 and gas composition data from Table C-6 (presented in Section C.1.4).  Emissions are calculated below, by screening value:

For components screening >=10,000 ppmv:

$$E_{TOC>10000} = 6.4 \times 10^{-5} \frac{\text{tonne}}{\text{hr} \times \text{valve}} \times 5 \text{ valves}$$

$$\underline{E_{TOC>10000} = 3.2 \times 10^{-4} \text{ tonne TOC/hr}}$$

For components screening <10,000 ppmv:

$$E_{TOC<10000} = 3.1 \times 10^{-8} \frac{\text{tonne}}{\text{hr} \times \text{valve}} \times 95 \text{ valves}$$

$$\underline{E_{TOC<10000} = 2.94 \times 10^{-6} \text{ tonne TOC/hr}}$$

The combined valve emissions are:

$$E_{TOC \text{ Total}} = 3.2 \times 10^{-4} + 2.94 \times 10^{-6}$$

$$\underline{E_{TOC \text{ Total}} = 3.23 \times 10^{-4} \text{ tonne TOC/hr}}$$

Methane emissions are then calculated by applying the $CH_4$ composition from Table C-6, for gas production facilities (0.92 weight fraction).

$$E_{CH_4} = 3.23 \times 10^{-4} \frac{\text{tonne TOC}}{\text{hr}} \times 0.92 \frac{\text{tonne } CH_4}{\text{tonne TOC}} \times \frac{8760 \text{ hr}}{\text{yr}}$$

$$\underline{E_{CH_4} = 2.6 \text{ tonnes } CH_4 / \text{yr}}$$

©2009 American Petroleum Institute

BLM_0003446

## C.1.2    Correlation Approach

The correlation approach predicts the mass emission rate as a function of the screening value for a particular equipment type.  The screening value to leak rate correlations were developed based on data collected from petroleum industry units, including refineries, and oil and natural gas production operations.  The key difference between this approach and those previously discussed is that the user must estimate the emission rate for each component individually, rather than in large groups.  This is generally only practical when the site maintains a specialized database that records LDAR activities and calculates the emission rates, although a facility with few components could use a spreadsheet to estimate emissions by the correlation approach.  The specialized databases are common in refineries, but uncommon in other oil and natural gas industry facilities.  While refineries have the database to support emission estimating by correlations, the $CH_4$ composition of refinery fugitive equipment leak emissions is generally negligible (with the exception of the natural gas system, which is not commonly covered by the LDAR database).  If monitoring data and the means to make the correlation calculations on an individual component basis are available, the correlation approach can provide accurate estimates of equipment leak emissions.

The correlation equations apply to the entire range of the analyzer used for monitoring.  The form of the correlation is:

$$E_{TOC} = A \times SV^B \hspace{4cm} \text{(Equation C-2)}$$

where
$\qquad E_{TOC}$ = emission rate expressed as kg of TOC/hour;
$\qquad$ A and B = constants developed in the correlation fitting; and
$\qquad\qquad$ SV = screening value in ppmv estimated according to U.S. EPA Method 21.

The correlation equations do not directly allow for estimating the emissions for components whose monitoring value is below the lower limit of detection of the analyzer (often called "default zero") or above the upper limit of detection (often called "pegged").  Default zero and pegged emission factors are used for these types of readings as an adjunct to the correlation equations.  These default zero or pegged emission factors are applied as in the following equation:

$$E_{TOC} = F_A \times N \hspace{4cm} \text{(Equation C-3)}$$

©2009 American Petroleum Institute

BLM_0003447

*Appendix C. Additional Fugitive Calculation Information*

where
$F_A$ = the applicable default zero or pegged emission factor and
$N$ = the number of components found to be default zeros or pegged components.

Tables C-3 through C-5 presents the correlation equations, the default zero emission factors, and the pegged emission factors.

### Table C–3.  Petroleum Industry Leak Rate/Screening Value (SV) Correlations

| Equipment Type | Leak Rate Correlation Equation [a,b] | |
|---|---|---|
| | kg TOC/hr/component | tonne TOC/hr/component |
| Valves | $2.29\text{E-}06 \times (SV)^{0.746}$ | $2.29\text{E-}09 \times (SV)^{0.746}$ |
| Pump Seals | $5.03\text{E-}05 \times (SV)^{0.610}$ | $5.03\text{E-}08 \times (SV)^{0.610}$ |
| Connectors | $1.53\text{E-}06 \times (SV)^{0.735}$ | $1.53\text{E-}09 \times (SV)^{0.735}$ |
| Flanges | $4.61\text{E-}06 \times (SV)^{0.703}$ | $4.61\text{E-}09 \times (SV)^{0.703}$ |
| Open-Ended Lines | $2.20\text{E-}06 \times (SV)^{0.704}$ | $2.20\text{E-}09 \times (SV)^{0.703}$ |
| Others [c] | $1.36\text{E-}05 \times (SV)^{0.589}$ | $1.36\text{E-}08 \times (SV)^{0.589}$ |

Footnotes and Sources:
[a] U.S. Environmental Protection Agency (EPA). *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995, Table 2-10.
[b] SV stands for Screening Value, entered in units of ppmv.
[c] Other equipment type was derived from instruments, loading arms, pressure relief valves, stuffing boxes, and vents.  This type should be applied to any refinery equipment other than valves, pump seals, connectors, flanges, or open-ended lines.

### Table C–4.  Default-Zero Values for the Petroleum Industry

| Equipment Type | Default-zero Emission Factors [a] | |
|---|---|---|
| | kg TOC/hr/component | tonne TOC/hr/component |
| Valves | 7.8E-06 | 7.8E-09 |
| Pump Seals | 2.4E-05 | 2.4E-08 |
| Connectors | 7.5E-06 | 7.5E-09 |
| Flanges | 3.1E-07 | 3.1E-10 |
| Open-Ended Lines | 2.0E-06 | 2.0E-09 |
| Others [b] | 4.0E-06 | 4.0E-09 |

Footnotes and Sources:
[a] U.S. Environmental Protection Agency (EPA). *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995, Table 2-12.
[b] Other equipment type was derived from instruments, loading arms, pressure relief valves, stuffing boxes, and vents.  This type should be applied to any equipment other than valves, pump seals, connectors, flanges, or open-ended lines.

©2009 American Petroleum Institute

BLM_0003448

*Appendix C. Additional Fugitive Calculation Information*

## Table C–5.  Pegged Emission Rates for the Petroleum Industry

| Equipment Type | 10,000 ppm Pegged Emission Factor [a] | | 100,000 ppm Pegged Emission Factor [a] | |
|---|---|---|---|---|
| | kg TOC/hr / component | tonne TOC/hr / component | kg TOC/hr / component | tonne TOC/hr / component |
| Valves | 0.064 | 6.4E-05 | 0.140 | 1.40E-04 |
| Pump Seals | 0.074 | 7.4E-05 | 0.160 | 1.60E-04 |
| Connectors | 0.028 | 2.8E-05 | 0.030 | 3.0E-05 |
| Flanges | 0.085 | 8.5E-05 | 0.084 | 8.4E-05 |
| Open-Ended Lines | 0.030 | 3.0E-05 | 0.079 | 7.9E-05 |
| Others [b] | 0.073 | 7.3E-05 | 0.110 | 1.10E-04 |

Footnotes and Sources:
[a] U.S. Environmental Protection Agency (EPA). *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995, Table 2-14.
[b] The other equipment type was developed for instruments, loading arms, pressure relief valves, stuffing boxes, vents, compressors, dump lever arms, diaphrams, drains, hatches, meters and polished rods.  This type should be applied to any equipment other than valves, pump seals, connectors, flanges, or open-ended lines.

It should be noted that the 10,000 ppmv pegged emission rate was based on components that screened at greater than or equal to 10,000 ppmv.  It is quite possible that many of those components would have screened at greater than 100,000 ppmv if a dilution probe had been available to make the measurement.  Because of this overlap of data, some pegged emission factors at the 10,000 and 100,000 ppmv levels are similar.

It should also be noted that only two data points were available for the pump seal 100,000 pegged emission rate.  Rather than base an emission factor on this small amount of data, a ratio between the 10,000 and 100,000 ppmv emission factors for all the other equipment types was developed. This ratio was used to extrapolate the 100,000 ppmv emission factor for pumps from the 10,000 ppmv emission factor.

---

**EXHIBIT C.2:        Sample Calculation for the Correlation Approach**

INPUT DATA:
Assume there are 100 flanges in a gas plant and that no composition data are available.  Ninety-five of the flanges had a screening value of non-detect, 4 flanges had a screening value of 7,950 ppmv, and the remaining 1 flange had a screening factor of >10,000 ppmv (note: these example monitoring data have been simplified to make the example easier to follow).  Calculate the $CH_4$ emissions.

CALCULATION METHODOLOGY:
Because plant-specific composition data is not available, the composition data will be taken from Table C-6 (presented in Section C.1.4) since the components are not classified by service type.  The default $CH_4$ concentration is 56.4%, or a weight fraction of 0.564.

---

©2009 American Petroleum Institute

BLM_0003449

*Appendix C. Additional Fugitive Calculation Information*

---

**EXHIBIT C.2:          Sample Calculation for the Correlation Approach, continued**

TOC emissions are calculated using Equations C-2 and C-3:

From Table C-4, emissions from default zeros are:

$$E_{TOC, \text{Default Zeros}} = 3.1 \times 10^{-7} \frac{kg}{hr \times flange} \times 95 \text{ flanges}$$

$$\underline{E_{TOC, \text{Default Zeros}} = 2.95 \times 10^{-5} \text{ kg TOC/hr}}$$

From Table C-5, emissions within the correlation range are:

$$E_{TOC, \text{Correlation}} = 4.61 \times 10^{-6} \times (7950)^{0.703} \frac{kg \text{ TOC}}{hr \times flange} \times 4 \text{ flanges}$$

$$\underline{E_{TOC, \text{Correlation}} = 1.02 \times 10^{-2} \text{ kg TOC/hr}}$$

From Table C-7, emissions from pegged components are:

$$E_{TOC, \text{Pegged}} = 0.085 \frac{kg}{hr \times flange} \times 1 \text{ flange}$$

$$\underline{E_{TOC, \text{Pegged}} = 8.5 \times 10^{-2} \text{ kg TOC/hr}}$$

Summing these results, the total TOC emissions are:

$$E_{TOC, \text{Total}} = \left(2.95 \times 10^{-5} + 1.02 \times 10^{-2} + 8.5 \times 10^{-2}\right)$$

$$\underline{E_{TOC, \text{Total}} = 9.5 \times 10^{-2} \text{ kg TOC/hr}}$$

The $CH_4$ emissions are calculated using Equation 6-9:

$$E_{CH_4} = 9.5 \times 10^{-2} \frac{kg \text{ TOC}}{hr} \times \frac{0.564 \text{ kg } CH_4}{kg \text{ TOC}} \times \frac{\text{tonne } CH_4}{1000 \text{ kg } CH_4} \times \frac{8760 \text{ hr}}{yr}$$

$$\underline{E_{CH_4} = 0.47 \text{ tonne } CH_4/yr}$$

---

©2009 American Petroleum Institute

BLM_0003450

### C.1.3    Unit-Specific Correlations

The previous subsection described the use of leak rate/screening value correlations using methodologies that have been published for general petroleum industry use.  It is also possible to develop unit-specific and/or site-specific correlations that can be used in the same manner.  Developing unit-specific correlations requires the collection of screening values and measured mass emissions for a subset of components from the subject process unit.  These data must then be statistically analyzed to develop the correlation equations.  An in-depth description of the Unit-Specific Correlation Approach may be found in the *EPA Protocol for Equipment Leak Emission Estimates*, Section 2.3.4 (EPA, 1995).  This approach can be quite expensive.  An existing unit-specific correlation (if available) may be used for the subject process, but it would seldom be justified to try to develop unit-specific correlations to support GHG emission estimates.

### C.1.4    Methane-Specific Data for Emission Rate Calculations

Most fugitive emission factors are for THC, TOC, or VOC.  Methane emissions are included as part of the emissions from THC and TOC emission factors, but are excluded from VOC emission factors.  It will be necessary to make some additional calculations to estimate $CH_4$ emissions from these types of emission factors.  Calculating $CH_4$ fugitive emissions from THC or TOC emission factors is done using Equations 6-9 and C-4, and requires composition data.  The best source of composition data is test data specific to the facility.  If plant-specific test data are unavailable, Table C-6 provides "generic" speciation factors that can be applied to THC fugitive emissions to obtain compound specific emissions data.  The table includes data on average $CH_4$ fractions of the THC fugitive emissions for various oil and natural gas industry operations.  The composition data in Table C-6 are taken from API Publication 4615 (API, 1995).

Note that the $CH_4$ speciation factors in Table C-6 are not specified by the type of service (gas, light liquid or heavy liquid), but are instead provided as speciation factors (expressed as weight fractions) of the average $CH_4$ fraction that can be applied to the THC fugitive emissions from operations such as light crude production, heavy crude production, gas production, natural gas processing plants, and offshore oil and natural gas production.  These fractions are not to be confused with actual weight fractions of the different species in the produced fluids.  They are provided as a convenient average factor that can be used to speciate fugitive emissions when using the component specific emission factors provided in API 4615 given in Tables 6-13, 6-14, and 6-16.

---

©2009 American Petroleum Institute

BLM_0003451

### Table C–6.  "Generic" Speciation Factors for Component Specific THC Emissions Factors for Oil and Natural Gas Operations

**Best Applied To API 4615 Emission Factors**

| Compound | Onshore Operations | | | | Offshore Oil and Natural Gas |
|---|---|---|---|---|---|
| | Light Crude | Heavy Crude | Gas Production | Gas Plant | |
| Methane | 0.613 | 0.942 | 0.920 | 0.564 | 0.791 |
| NMHC [a] | 0.387 | 0.058 | 0.080 | 0.436 | 0.210 |
| VOC [b] | 0.292 | 0.030 | 0.035 | 0.253 | 0.110 |
| C6+ | 0.02430 | 0.00752 | 0.00338 | 0.00923 | 0.00673 |
| Benzene | 0.00027 | 0.00935 | 0.00023 | 0.00123 | 0.00133 |
| Toluene | 0.00075 | 0.00344 | 0.00039 | 0.00032 | 0.00089 |
| Ethylbenzene | 0.00017 | 0.00051 | 0.00002 | 0.00001 | 0.00016 |
| Xylenes | 0.00036 | 0.00372 | 0.00010 | 0.00004 | 0.00027 |

Footnotes and Sources:
American Petroleum Institute (API). *Emission Factors for Oil and Gas Production Operations*, API Publication No. 4615, Health and Environmental Sciences Department, January 1995, Table ES-4.
[a] NMHC = Non-methane hydrocarbon.
[b] VOC = Propane and heavier hydrocarbon.

Additionally, Table C-7 provides generic fugitive stream composition data based on a Canadian study of upstream oil and natural gas operations in Alberta (Picard, Vol. II, 1992).  Unlike the data in Table C-6, the composition data in Table C-7 are specified by gas or liquid service.  As noted in the table title, these compositions are best applied to service specific emission factors, such as from EPA Protocol factors shown in Table 6-21.  Note that EMEP/CORINAIR guidance (Group 5, Tables 8.31 and 8.32) recommends using the Canadian composition data (EEA, 2001).

The usage of the compositions provided in Table C-7 are described below.

- Dry gas profile is applied to low-pressure gas gathering systems and to gas batteries;

- Sweet gas profiles are used for dehydrated gas gathering systems and sweet gas processing plants;

- Sour gas profiles are dedicated to heated gas gathering systems and to sour gas processing plants; however, all fuel gas is assumed to be sweet;

- The natural gas profile is used for natural gas transmission systems; and

- Conventional oil, heavy oil, and crude bitumen profiles are applied to corresponding production and battery facilities.  Heavy liquid service composition data also applies to vapors from storage tanks.

©2009 American Petroleum Institute

BLM_0003452

*Appendix C. Additional Fugitive Calculation Information*

### Table C–7. "Generic" Production (Canadian) Composition by Service [a]

### Best Applied To Service-Specific Emission Factors

| Compound | Dry Gas - Gas Service | | Sweet Gas - Gas Service | | Sweet Gas – Light Liquid Service | | Sour Gas - Gas Service | | Sour Gas – Light Liquid Service | | Natural Gas | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] |
| $N_2$ | 1.0914 | 1.8618 | 0.6793 | 1.0866 | 0.0000 | 0.0000 | 0.6552 | 1.0140 | 0.0000 | 0.0000 | 0.6793 | 1.0866 |
| $CO_2$ | 0.2674 | 0.7167 | 0.5814 | 1.4612 | 0.0000 | 0.0000 | 0.5608 | 1.3637 | 0.0000 | 0.0000 | 0.5814 | 1.4612 |
| $H_2S$ | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 3.5460 | 6.6772 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| C1 | 97.4524 | 95.1997 | 91.8796 | 84.1609 | 0.0000 | 0.0000 | 88.6210 | 78.5410 | 0.0000 | 0.0000 | 91.8796 | 84.1609 |
| C2 | 1.1439 | 2.0949 | 5.4263 | 9.3180 | 6.2600 | 3.8133 | 5.2339 | 8.6959 | 6.2600 | 3.8133 | 5.4263 | 9.3180 |
| C3 | 0.0389 | 0.1045 | 1.0490 | 2.6418 | 60.4300 | 53.9867 | 1.0118 | 2.4654 | 60.4300 | 53.9867 | 1.0490 | 2.6418 |
| i-C4 | 0.0018 | 0.0064 | 0.1291 | 0.4285 | 10.9300 | 12.8689 | 0.1245 | 0.3998 | 10.9300 | 12.8689 | 0.1291 | 0.4285 |
| n-C4 | 0.0034 | 0.0120 | 0.1949 | 0.6469 | 16.4000 | 19.3092 | 0.1880 | 0.6037 | 16.4000 | 19.3092 | 0.1949 | 0.6469 |
| i-C5 | 0.0004 | 0.0018 | 0.0254 | 0.1047 | 1.6600 | 2.4263 | 0.0245 | 0.0977 | 1.6600 | 2.4263 | 0.0254 | 0.1047 |
| n-C5 | 0.0005 | 0.0022 | 0.0296 | 0.1220 | 1.4300 | 2.0901 | 0.0286 | 0.1140 | 1.4300 | 2.0901 | 0.0296 | 0.1220 |
| C6 | 0.0000 | 0.0000 | 0.0060 | 0.0295 | 1.2000 | 2.0950 | 0.0058 | 0.0276 | 1.2000 | 2.0950 | 0.0060 | 0.0295 |
| C7+ | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1.6800 | 3.4105 | 0.0000 | 0.0000 | 1.6800 | 3.4105 | 0.0000 | 0.0000 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

©2009 American Petroleum Institute

BLM_0003453

*Appendix C. Additional Fugitive Calculation Information*

## Table C–7.  "Generic" Production (Canadian) Composition by Service [a], continued

### Best Applied To Service-Specific Emission Factors

| Compound | Conventional Oil - Gas Service | | Conventional Oil - Light Liquid Service | | Heavy Oil (Primary) - Gas Service | | Heavy Oil (Primary) – Vapor/Heavy Liquid Service | | Heavy Oil (Thermal) - Gas Service | | Heavy Oil (Thermal) – Vapor/Heavy Liquid Service | | Crude Bitumen - Gas/Vapor/Heavy Liquid Service | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] | Mole % [b] | Weight % [c] |
| $N_2$ | 0.6190 | 0.7723 | 13.9989 | 8.8634 | 0.1817 | 0.3030 | 6.3477 | 8.9367 | 0.1932 | 0.1767 | 3.3516 | 3.0550 | 0.0000 | 0.0000 |
| $CO_2$ | 5.2430 | 10.2775 | 0.3303 | 0.3286 | 0.0859 | 0.2251 | 0.6892 | 1.5246 | 2.6094 | 3.7488 | 16.1140 | 23.0785 | 22.0000 | 41.5263 |
| $H_2S$ | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0001 | 0.0002 | 0.0000 | 0.0000 | 0.0150 | 0.0167 | 0.1439 | 0.1596 | 0.0000 | 0.0000 |
| C1 | 73.2524 | 52.3339 | 10.0100 | 3.6294 | 98.0137 | 93.6014 | 87.2337 | 70.3291 | 72.9361 | 38.1894 | 66.6600 | 34.7954 | 70.0000 | 48.1562 |
| C2 | 11.9708 | 16.0329 | 15.7274 | 10.6902 | 0.9062 | 1.6224 | 2.2616 | 3.4182 | 1.9370 | 1.9013 | 0.9490 | 0.9286 | 8.0000 | 10.3175 |
| C3 | 5.3198 | 10.4494 | 24.1601 | 24.0842 | 0.0408 | 0.1071 | 0.1905 | 0.4223 | 3.0956 | 4.4564 | 0.5394 | 0.7741 | 0.0000 | 0.0000 |
| i-C4 | 0.8778 | 2.2724 | 6.6404 | 8.7240 | 0.0564 | 0.1952 | 0.1324 | 0.3868 | 1.0807 | 2.0503 | 0.1922 | 0.3635 | 0.0000 | 0.0000 |
| n-C4 | 1.7027 | 4.4078 | 16.6022 | 21.8115 | 0.0351 | 0.1215 | 0.1137 | 0.3321 | 2.3889 | 4.5323 | 0.3678 | 0.6956 | 0.0000 | 0.0000 |
| i-C5 | 0.3570 | 1.1473 | 4.2113 | 6.8683 | 0.0501 | 0.2152 | 0.1400 | 0.5077 | 1.9994 | 4.7090 | 0.4541 | 1.0662 | 0.0000 | 0.0000 |
| n-C5 | 0.3802 | 1.2218 | 4.5447 | 7.4120 | 0.0433 | 0.1860 | 0.1230 | 0.4461 | 2.2733 | 5.3541 | 0.5829 | 1.3686 | 0.0000 | 0.0000 |
| C6 | 0.2446 | 0.9389 | 2.9655 | 5.7770 | 0.0927 | 0.4756 | 0.3494 | 1.5135 | 5.8086 | 16.3408 | 2.1914 | 6.1458 | 0.0000 | 0.0000 |
| C7+ | 0.0327 | 0.1460 | 0.7997 | 1.8115 | 0.4940 | 2.9473 | 2.4188 | 12.1831 | 5.6628 | 18.5242 | 8.4539 | 27.5689 | 0.0000 | 0.0000 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

Footnotes and Sources:

[a] Picard, D. J., B. D. Ross, and D. W. H. Koon. *A Detailed Inventory of $CH_4$ and VOC Emissions from Upstream Oil and Gas Operations in Alberta*, Volume II Development of the Inventory, Canadian Petroleum Association, March 1992, Tables 12 through 15.

[b] Original composition provided in mole percent on a moisture-free (dry) basis.

[c] Compositions were converted from mole percents to weight percents using the approach described in Section 3.6.4 of this API *Compendium*.

©2009 American Petroleum Institute

BLM_0003454

*Appendix C. Additional Fugitive Calculation Information*

### C.1.5    Generic Component Counts

When using the component-level average emission factors, site-specific data should be used for the component counts.  If site-specific counts are not available, then component counts may be estimated based on counts for similar facilities within the organization.  In the absence of component counts from other similar facilities within the organization, Table C-8 provides generic component counts for onshore oil production facilities, and Table C-9 provides generic counts for onshore gas production, onshore gas processing, and offshore oil and natural gas production platform facilities.  These generic counts provide the number of components per piece of process equipment or process type.  The counts are not split according to liquid or vapor service, so equipment with components in both liquid and vapor service (e.g. separators, dehydrator) could be assumed to have components that are 50% in liquid service and 50% in vapor service.  The generic fugitive component counts are taken from a CAPP report (CAPP, 2003), which is based on API Publication 4589 (API, 1993).  The generic counts were based on a study of 20 different sites. CAPP also provides more detailed component counts by equipment type for the upstream oil and natural gas industry (CAPP, 2004).

Note that the UKOOA provides adjustment factors that can be applied to the fugitive component emission calculation based on the age of the facility.  These factors are 1.0 if built after 1988, 1.3 if built between 1980 and 1988, and 1.5 if built before 1980 (UKOOA, 2002).  Thus, these factors would be applied to the component count times the component emission factor to adjust the emission estimate [i.e. $E_{CH4} = FA \times WF_{CH4} \times N \times$ (age correction)].  However, using these adjustment factors is optional, and the facility should evaluate whether they are representative for their operations.  These factors should only be used for onshore exploration and production facilities where an LDAR program is not used.  Thus, downstream facilities such as a refinery should not use these factors.

A summary of the number of vessels, compressors, and pumps associated with various natural gas processes is presented in Table C-10.

©2009 American Petroleum Institute

BLM_0003455

*Appendix C. Additional Fugitive Calculation Information*

**Table C–8.  "Generic" Fugitive Counts for Onshore Oil Production Facilities (per Equipment/Process Type)**

| Equipment/ Process | Light Onshore Oil Production [a,b,c] | | | | | Heavy Onshore Oil Production [a,b,c] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Connectors | Valves | Open-Ended Lines | Compressor Seals | PRVs | Connectors | Valves | Open-Ended Lines | Compressor Seals | PRVs |
| Well | 53 | 13 | 2 | | 1 | 44 | 8 | 3 | | |
| Header | 389 | 109 | 4 | | | 108 | 17 | 4 | | 3 |
| Heater | 146 | 28 | 3 | | | | | | | |
| Separator | 111 | 24 | 3 | | 1 | 41 | 10 | 2 | | |
| Chiller | 94 | 25 | 1 | | | | | | | |
| Meter | 91 | 21 | 4 | | | | | | | |
| Dehydrator | 119 | 26 | | | | | | | | |
| Sulfur | 109 | 34 | 7 | | | | | | | |
| Compressor | 163 | 34 | 2 | 1 | | | | | | |
| Scrubber | 105 | 22 | 3 | | | | | | | |
| Flare | 114 | 35 | 5 | | | | | | | |

Footnotes and Sources:

[a] Canadian Association of Petroleum Producers (CAPP). *Calculating Greenhouse Gas Emissions*, Guide, Canadian Association of Petroleum Producers, Publication Number 2003-0003, April 2003, Tables 1-15 through 1-19.

[b] American Petroleum Institute (API). *Fugitive Hydrocarbon Emissions from Oil and Gas Production Operations*, API Publication No. 4589, Health and Environmental Sciences Department, December 1993.

[c] Light oil refers to crude with an API gravity of 20° or more, while heavy oil refers to crude with an API gravity less than 20°.

©2009 American Petroleum Institute

BLM_0003456

*Appendix C. Additional Fugitive Calculation Information*

**Table C–9.  "Generic" Fugitive Counts for Gas Production, Gas Processing, and Offshore Facilities (per Equipment/Process Type)**

| Equipment/ Process | Gas Production [a,b] | | | | | Gas Processing Plants [a,b] | | | | | Offshore Oil and Natural Gas Production Platforms [a,b] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Connectors | Valves | Open-Ended Lines | Compressor Seals | PRVs | Connectors | Valves | Open-Ended Lines | Compressor Seals | PRVs | Connectors | Valves | Open-Ended Lines | Compressor Seals | PRVs |
| Well | 60 | 16 | 3 | | | | | | | | 195 | 61 | 20 | | |
| Header | 105 | 26 | 4 | | | 145 | 38 | 4 | | | 310 | 82 | 14 | | 2 |
| Heater | 147 | 22 | 4 | | 2 | | | | | | 197 | 45 | 4 | | 2 |
| Separator | 160 | 30 | 5 | | 3 | 48 | 17 | 3 | | | 299 | 81 | 11 | | 1 |
| Filter | 122 | 19 | 3 | | | | | | | | 269 | 42 | 8 | | 2 |
| Meter | 55 | 13 | 2 | | 2 | 160 | 41 | 13 | | 2 | 383 | 84 | 10 | | 4 |
| Dehydrator | 155 | 31 | 5 | | | 105 | 25 | 3 | | 2 | 210 | 46 | 5 | | 1 |
| Fractionation | | | | | | 81 | 23 | 2 | | 1 | | | | | |
| Sulfur | | | | | | 144 | 42 | 3 | | | | | | | |
| Compressor | 195 | 31 | 5 | 2 | 3 | 129 | 26 | 2 | 3 | 4 | 417 | 88 | 12 | 2 | 3 |
| Vapor Recovery | 78 | 10 | 3 | | | | | | | | 162 | 41 | 8 | | 1 |
| Scrubber | 120 | 24 | 2 | | 2 | 81 | 23 | 2 | | | 177 | 39 | 5 | | 1 |
| Flare | | | | | | 221 | 71 | 1 | | | 376 | 74 | 11 | | 1 |

Footnotes and Sources:

[a] Canadian Association of Petroleum Producers (CAPP). *Calculating Greenhouse Gas Emissions*, Guide, Canadian Association of Petroleum Producers, Publication Number 2003-0003, April 2003, Tables 1-15 through 1-19, which are based on:

[b] American Petroleum Institute (API). *Fugitive Hydrocarbon Emissions from Oil and Gas Production Operations*, API Publication No. 4589, Health and Environmental Sciences Department, December 1993.

BLM_0003457

©2009 American Petroleum Institute

**Table C-10.  Summary of the Number of Vessels, Compressors, and Pumps Associated with Various Natural Gas Processes**

| Process | Vessels | Compressors | Pumps |
|---|---|---|---|
| Absorption | 13 | 0 | 1 |
| Adsorption | 5 | 1 | 0 |
| Chemsweet | 5 | 1 | 0 |
| Cold Bed Absorption | 6 | 0 | 0 |
| Compression | 4 | 1 | 0 |
| Cycling | 12 | 1 | 2 |
| DEA-Diethanolamine | 13 | 0 | 1 |
| DGA-Diglycolamine | 13 | 0 | 1 |
| Deepcut | 14 | 1 | 2 |
| Deethanizing | 10 | 1 | 2 |
| Dehydration | 5 | 1 | 0 |
| Demethanizing | 10 | 1 | 2 |
| Desiccant | 5 | 1 | 0 |
| Dewpoint | 6 | 2 | 2 |
| Fractionation | 12 | 1 | 2 |
| Iron Sponge | 6 | 0 | 0 |
| LoCat | 5 | 1 | 0 |
| MCRC - Sub-dewpoint sulphur recovery | 6 | 0 | 0 |
| MDEA - Monodiethanolamine | 13 | 0 | 1 |
| MEA - Monoethanolamine | 13 | 0 | 1 |
| Molecular Sieve | 5 | 1 | 0 |
| NGL - Natural gas liquid | 14 | 1 | 2 |
| Physical Solvent | 12 | 1 | 1 |
| Proprietary Sweetening | 13 | 0 | 1 |
| Refrigeration | 6 | 2 | 2 |
| Selexol | 12 | 1 | 1 |
| Separation | 3 | 0 | 1 |
| Sluri-sweet | 13 | 0 | 1 |
| Stabilization | 8 | 0 | 1 |
| Sulfacheck | 12 | 1 | 1 |
| Sulfinol | 12 | 1 | 1 |
| Sulfreen | 6 | 0 | 0 |
| Sweetening | 13 | 0 | 1 |
| Turbo Expander | 1 | 1 | 0 |

Sources:
Clearstone Engineering Ltd. *A National Inventory of Greenhouse Gas (GHG), Criteria Air Contaminant (CAC) and Hydrogen Sulphide ($H_2S$) Emissions by the Upstream Oil and Gas Industry*, Volume 5, September 2004.

©2009 American Petroleum Institute

BLM_0003458

*Appendix C. Additional Fugitive Calculation Information*

| C.2 | Refinery Fugitive Emissions |
|-----|------------------------------|

As noted in Section 6 and Appendix F, refinery fugitive emissions will generally have an insignificant contribution to the total GHG inventory because most refinery streams do not contain $CH_4$ (as demonstrated in Appendix E). Note that leaks from equipment used in association with "weathered" crude or other refined petroleum products will not emit $CH_4$ or $CO_2$, as "weathered" crude and refined petroleum products do not contain $CH_4$ or $CO_2$.[2]

The estimation method for refinery fugitive emissions provided in Section 6 is consistent with the materiality of fugitive emissions relative to total GHG emissions from refinery operations. Alternatively, this subsection presents more detailed emission estimation methodologies for refineries.

Refinery component-level average emission factors are presented in Table C-11. The component-level average factors should be used in accordance with the methodology discussed in Section 6.1.3. The refinery component-level average emission factors are expressed as VOC, where VOC = TOC – $CH_4$. To correct these factors to a $CH_4$ basis, the emission factor, $F_A$, must be adjusted to account for all organic compounds in the stream because the refinery factors are expressed in non-$CH_4$ (VOC) organic compounds. The equation below illustrates the emission factor adjustment that corrects the VOC emission factor to a $CH_4$ basis:

$$E_{CH_4} = F_{A \, VOC} \times \frac{WF_{CH_4}}{WF_{TOC} - WF_{CH_4}} \times N \qquad \text{(Equation C-4)}$$

where

$\qquad E_{CH_4}$ = emission rate of $CH_4$ from all components of a given type in the stream;
$\qquad F_{A \, VOC}$ = average emission factor (as VOC);
$\qquad WF_{TOC}$ = average weight fraction TOC in the stream;
$\qquad WF_{CH_4}$ = weight fraction of $CH_4$ in the TOC; and
$\qquad N$ = number of components of the given type in the stream.

When applied to refineries, the correction should only be applied to components containing a mixture of $CH_4$ and organic compounds. The maximum $CH_4$ concentration correction should not

---

[2] For more information, see Appendix E.

©2009 American Petroleum Institute

BLM_0003459

*Appendix C. Additional Fugitive Calculation Information*

exceed 10 weight percent, even if a stream contains more than 10 weight percent $CH_4$. This limitation generally is not an issue for refinery streams because they contain very little $CH_4$. The exceptions are for the refinery natural gas system and potentially the fuel gas system, in which case the gas service emission factors from Table 6-11 may be more representative and applicable to the higher $CH_4$ concentrations.

EPA average emission factors for refineries are provided in Table C-11 (EPA, 1995). As noted in Section 6, although these emission factors are reported in terms of individual components, the average emission factor approach is intended for application to a population of components. Note also that the emission factors in Table C-11 are service specific.

### Table C-11. EPA Average Refinery Emission Factors [a]

| Component – Service [b] | Emission Factor | |
|---|---|---|
| | kg VOC/hr/comp. | tonne VOC/hr/comp. |
| Valves – Gas | 2.68E-02 | 2.68E-05 |
| Valves – Light Liquid | 1.09E-02 | 1.09E-05 |
| Valves – Heavy Liquid | 2.3E-04 | 2.3E-07 |
| Pump Seals – Light Liquid | 1.14E-01 | 1.14E-04 |
| Pump Seals – Heavy Liquid | 2.1E-02 | 2.1E-05 |
| Compressor Seals – Gas | 6.36E-01 | 6.36E-04 |
| Pressure Relief Valves – Gas | 1.6E-01 | 1.6E-04 |
| Connectors – All | 2.5E-04 | 2.5E-07 |
| Open-ended Lines – All | 2.3E-03 | 2.3E-06 |
| Sampling Connections – All | 1.50E-02 | 1.50E-05 |

Footnotes and Sources:
[a] U.S. Environmental Protection Agency (EPA). *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995, Table 2-2. These emission factors were developed from testing performed in the 1970s and represent average emissions from uncontrolled components (i.e., components that are not subject to leak detection and repair programs). These emission factors can be converted to a $CH_4$ basis using Equation 6-8.
[b] EPA defines light liquids as liquids for which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kPa at 20 °C is greater than or equal to 20 weight percent. EPA defines heavy liquids as liquids not in gas/vapor or light liquid service.

Screening range factors for refineries are presented in Table C-12. These emission factors should be used in accordance with the methodology described in Section C.1.1. The refinery screening range factors are given in VOC rather than TOC. Equation C-4 presents the correction for refinery emission factors from a VOC to a $CH_4$ basis.

BLM_0003460

*Appendix C. Additional Fugitive Calculation Information*

### Table C–12.  Refinery Screening Factors

| Component – Service [b] | Emission Factor [a] (kg VOC/hr/comp.) | | Emission Factor (tonne VOC/hr/comp.) | |
|---|---|---|---|---|
| | <10,000 ppmv | ≥10,000 ppmv | <10,000 ppmv | ≥10,000 ppmv |
| Valves – Gas | 6.00E-04 | 2.63E-01 | 6.00E-07 | 2.63E-04 |
| Valves – Light Liquid | 1.70E-03 | 8.52E-02 | 1.70E-06 | 8.52E-05 |
| Valves – Heavy Liquid | 2.30E-04 | 2.30E-04 | 2.30E-07 | 2.30E-07 |
| Pump Seals – Light Liquid | 1.20E-02 | 4.37E-01 | 1.20E-05 | 4.37E-04 |
| Pump Seals – Heavy Liquid | 1.35E-02 | 3.89E-01 | 1.35E-05 | 3.89E-04 |
| Compressor Seals – Gas | 8.94E-02 | 1.61E+00 | 8.94E-05 | 1.61E-03 |
| Pressure Relief Valve – Gas | 4.47E-02 | 1.69E+00 | 4.47E-05 | 1.69E-03 |
| Connectors – All | 6.00E-05 | 3.75E-02 | 6.00E-08 | 3.75E-05 |
| Open-Ended Lines – All | 1.50E-03 | 1.20E-02 | 1.50E-06 | 1.20E-05 |

Footnotes and Sources:

[a] U.S. Environmental Protection Agency (EPA). *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995, Table 2-6.

[b] EPA defines light liquids as liquids for which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kPa at 20 °C is greater than or equal to 20 weight percent.  EPA defines heavy liquids as liquids not in gas/vapor or light liquid service.

Note:  These emission factors do not apply to streams containing >10% $CH_4$.

If a specific downstream operation has potentially significant $CH_4$ fugitive emissions, then the $CH_4$ weight fraction should be characterized using plant-specific data.  In the absence of plant-specific composition data, Table E-3 provides "generic" vapor phase speciation data for "weathered" crude oil and refined petroleum products based on data taken from the EPA's SPECIATE computer database program, Version 4.0 (EPA, 2006).  Although the EPA compositions are not specific to the type of service, these compositions can be applied to the refinery emission factors provided in Table C-12.

### C.3      Derivation of Fugitive Emission Factors

This section provides the derivation of fugitive emission factors provided in Section 6.  Factor derivations are presented in this section by industry segment.

### C.3.1     Onshore Oil Production Fugitive Emission Factor

The onshore oil production fugitive emission factor presented in Table 6-2 was developed using data presented in the EPA petroleum industry $CH_4$ emissions study (Harrison, et al., 1998).  All identified onshore fugitive emission sources are combined into this single emission factor.  The precision data was calculated using data presented in Volume 8 of the GRI/EPA study (Hummel, et al., 1996).  Emissions were calculated by dividing the total $CH_4$ emissions for onshore oil

BLM_0003461

*Appendix C. Additional Fugitive Calculation Information*

production by the total volume of oil produced (DOE, 1993). The factor derivation is presented in Table C-13.

### Table C–13.  Derivation of Facility-Level Average Fugitive Emission Factor for Onshore Oil Production

| Source | U.S. Methane Emissions [a,b], Bscf CH$_4$/yr | Uncertainty [c], (± %) |
|---|---|---|
| Oil Wellheads (heavy crude) | 0.012 | 128 |
| Oil Wellheads (light crude) | 3.879 | 128 |
| Separators (heavy crude) | 0.003 | 110 |
| Separators (light crude) | 2.118 | 102 |
| Heater/Treaters (light crude) | 1.687 | 166 |
| Headers (heavy crude) | 0.003 | 139 |
| Headers (light crude) | 3.500 | 141 |
| Tanks (light crude) | 0.681 | 141 |
| Small Compressor (light crude) | 0.011 | 192 |
| Large Compressor (light crude) | 11.585 | 192 |
| Sales Areas | 0.066 | 66.4 |
| Pipelines [d] | 1.441 | 154 |
| Total Emissions | 24.986 | 95.0 |
| ***Activity Data*** | | |
| National Onshore Crude Oil Production [e] | 2,042,625,000 bbl/yr | 10 |
| ***CH$_4$ Emission Factor*** | | |
| Emission Factor Development | EF = (24.986 x 10$^9$ scf CH$_4$/yr) ÷ (2,042,625,000 bbl oil/yr) =12.232 scf CH$_4$/bbl | 95.5 |
| **Onshore Oil Production Fugitive Emission Factor, Converted to lb CH$_4$/bbl oil** | **0.5173 lb CH$_4$/bbl oil** | |

Footnotes and Sources:
[a] Harrison, M.R., T.M. Shires, R.A. Baker, and C.J. Loughran. *Methane Emissions from the U.S. Petroleum Industry*, Final Report, EPA-600/R-99-010. U.S. Environmental Protection Agency, February 1999.
[b] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[d] Because the data used to calculate the reference emission factor were unavailable, the precision at a 95% confidence interval was calculated based on the precision at a 90% confidence interval presented in the source assuming a data set size of ten.
[e] DOE, *Petroleum Supply Annual*, 1993. An uncertainty factor of 10% was assigned based on engineering judgment.

### C.3.2    Onshore Gas Production Fugitive Emission Factors

The onshore gas production facility-level average fugitive emission factor presented in Table 6-2 was developed using data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996). All identified onshore fugitive emission sources are combined into this single emission factor. The precision data were calculated using data presented in Volume 8 of the

BLM_0003462

*Appendix C. Additional Fugitive Calculation Information*

GRI/EPA study (Hummel, et al., 1996). Emissions were calculated by dividing the total $CH_4$ emissions for onshore gas production by the total volume of gas produced (DOE, 1993). The factor derivation is presented in Table C-14.

**Table C–14. Derivation of Facility-Level Average Fugitive Emission Factor for Onshore Gas Production**

| Source | U.S. Methane Emissions [a,b], Bscf $CH_4$/yr | Uncertainty [c], (± %) |
|---|---|---|
| Gas Wells (Eastern onshore) | 0.3352 | 32.8 |
| Gas Wells (Rest of U.S. onshore) | 1.8991 | 29.3 |
| Heaters (Eastern onshore) | 0.0013 | 260 |
| Heaters (Rest of U.S. onshore) | 1.0689 | 131 |
| Separators (Eastern onshore) | 0.0301 | 43.0 |
| Separators (Rest of U.S. onshore) | 3.3257 | 81.8 |
| Small Reciprocating Compressors (Eastern onshore) | 0.0006 | 87.7 |
| Small Reciprocating Compressors (Rest of U.S. onshore) | 1.6531 | 111 |
| Large Reciprocating Compressors | 0.5328 | 162 |
| Large Reciprocating Compressor Stations | 0.0361 | 210 |
| Meters/Piping (Eastern onshore) | 0.2508 | 130 |
| Meters/Piping (Rest of U.S. onshore) | 5.8158 | 130 |
| Dehydrators (Eastern onshore) | 0.0083 | 49.0 |
| Dehydrators (Rest of U.S. onshore) | 1.2233 | 38.8 |
| Pipeline Leaks | 6.6060 | 129 |
| Total Emissions | 22.7871 | 52.7 |
| *Activity Data* | | |
| Gross Onshore National Gas Production [d] | 16,808 Bscf/yr | 5 |
| *$CH_4$ Emission Factor* | | |
| Emission Factor Development | EF = $(22.7871 \times 10^9$ scf $CH_4$/yr) ÷ $(16,808 \times 10^9$ scf gas/yr) × $(10^6$/MM) = 1,356 scf $CH_4$/MMscf | 52.9% |
| **Onshore Gas Production Fugitive Emission Factor, Converted to lb $CH_4$/MMscf gas** | **57.33 lb $CH_4$/MMscf** | |

Footnotes and Sources:
[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[b] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. Component emission factors for onshore production in the Eastern U.S. were based on a measurement program at 192 well sites at 12 eastern gas production facilities. Site visits and phone surveys of 7 additional sites provided data used for determining the number of heaters and dehydrators. Component emissions factors for onshore production in the Western U.S. were based on a comprehensive fugitive emissions measurement program at 12 sites. An additional 13 sites were visited as part of the GRI/EPA study to develop average component counts for each piece of major process equipment
[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[d] DOE, *Natural Gas Annual*, 1993. An uncertainty factor of 5% was assigned based on engineering judgment.

The onshore gas production equipment level $CH_4$ fugitive emission factors presented in Table 6-4 were developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996). All identified onshore fugitive emissions are combined into this single

©2009 American Petroleum Institute

BLM_0003463

*Appendix C. Additional Fugitive Calculation Information*

emission factor except pipeline related fugitives.  The precision data were calculated using data presented in Volume 9 of the GRI/EPA study (Campbell, et al., 1996).  Source type emissions were calculated by dividing the sum of the $CH_4$ emissions for "Eastern Onshore" and "Rest of U.S." by the total national equipment counts.

Component emission factors for onshore production in the "Eastern U.S." were based on a measurement program of 192 well sites at 12 eastern gas production facilities.  Site visits and phone surveys of 7 additional sites provided data used for determining the number of heaters and dehydrators.  Component emission factors for onshore production in the "Rest of U.S." were based on a comprehensive fugitive emissions measurement program at 12 sites.  An additional 13 sites were visited as part of the GRI/EPA study to develop average component counts for each piece of major process equipment (Campbell, et al., 1996).  Table C-15 presents the factor derivations by equipment type.

### Table C–15.  Derivation of Equipment-Level Fugitive Emission Factors for Gas Production [a]

| Source | Emissions [b,c], Bscf $CH_4$/yr | | | National Equipment Counts [b,c] | | | Emission Factor, scf $CH_4$/ equip. |
|---|---|---|---|---|---|---|---|
| | Eastern Onshore [d] | Rest of U.S. [e] | Total | Eastern Onshore | Rest of U.S. | Total | |
| Gas Wellheads | 0.3352 ±32.8% | 1.8991 ± 29.3% | 2.2343 ± 25.4% | 129,157 ± 5.97% | 142,771 ± 5.97% | 271,928± 4.22% | 8,217 ± 25.7% |
| Gas Separators | 0.0301 ± 43.0% | 3.3257 ± 81.8% | 3.3557 ± 81.0% | 91,670 ± 27.5% | 74,674 ± 68.0% | 166,344 ± 34.1% | 20,174 ± 87.9% |
| Gas Heaters | 0.0013 ± 260% | 1.0689 ±131% | 1.0702 ±131% | 260 ± 234% | 50,740 ± 114% | 51,000 ± 113% | 20,985 ± 173% |
| Gas Small Gathering Compressor | 0.0006 ± 87.7% | 1.6531 ± 111% | 1.6537 ± 111% | 129 ± 66.4% | 16,915 ± 62.3% | 17,044 ± 61.8% | 97,023 ± 127% |
| Gas Large Gathering Compressor | 0 | 0.5328 ± 162% | 0.5328 ± 162% | 0 | 96.0 ± 120% | 96.0 ± 120% | 5,550,000 ± 202% |
| Gas Meters/Piping | 0.2508 ± 130% | 5.8158 ± 130% | 6.0666 ± 125% | 76,262 ± 120% | 301,180 ± 120% | 377,442 ± 98.5% | 16,073 ± 159% |
| Gas Dehydrators | 0.0083 ± 49.0% | 1.2233 ± 38.8% | 1.2316 ± 38.6% | 1,047 ± 24.0% | 36,777 ± 24.0% | 37,824 ± 23.3% | 32,561 ± 45.1% |

Footnotes and Sources:

[a] Uncertainty values are based on 95% confidence intervals, converted from the 90% confidence intervals for the data used to develop the original emission factor.

[b] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[d] Component emission factors for onshore production in the Eastern U.S. were based on a measurement program of 192 well sites at 12 eastern gas production facilities. Site visits and phone surveys of 7 additional sites provided data used for determining the number of heaters and dehydrators (Campbell, et al., 1996).

[e] Component emissions factors for onshore production in the Western U.S. were based on a comprehensive fugitive emissions measurement program at 12 sites. An additional 13 sites were visited as part of the GRI/EPA study to develop average component counts for each piece of major process equipment (Campbell, et al., 1996).

©2009 American Petroleum Institute

BLM_0003464

*Appendix C. Additional Fugitive Calculation Information*

The gathering pipeline fugitive emission factors presented in Table 6-4 were developed using emissions data presented in Volume 9 of the GRI/EPA study (Campbell, et al., 1996). The original emissions data in the GRI/EPA report were given in terms of $CH_4$ emissions on an equivalent leak basis; the emission factors were converted to a pipeline mile basis using pipeline miles presented in Volume 9 of the GRI/EPA study (Campbell, et al., 1996).

Methane emission factors were first calculated by pipe material, as shown in Table C-16. A gathering pipeline average $CH_4$ emission factor was then derived as shown in Table C-17. Emission factors for $CO_2$ from pipeline oxidation and pipeline leaks were calculated using Equations 6-4 and 6-5, respectively. Similar to the derivation of the pipeline $CH_4$ emission factors, $CO_2$ emission factors were first derived by pipe material, as shown in Table C-18. Average $CO_2$ emission factors for oxidation and pipeline leaks were then derived from the factors by pipe material, as shown in Table C-19.

### Table C–16.  Derivation of Fugitive $CH_4$ Emission Factors for Natural Gas Gathering Pipelines, by Pipe Material [a]

| Pipe Material | $CH_4$ Emission Factor [b,c] (scf/leak-yr) | Activity Factor [b,c] (e.q. leaks) | Annual $CH_4$ Emissions [d] (Bscf $CH_4$/yr) | Pipeline Miles [b,c,e] | Emission Factor [f] | |
|---|---|---|---|---|---|---|
| | | | | | (scf $CH_4$/mi-yr) | (lb $CH_4$/mi-yr) |
| Cast Iron [g] | | | 0.172 ± 77.7% | 856 ± 10% | 201,418 ± 77.0% | 8,518 ± 77.0% |
| Plastic | 84,237 ± 212 % | 6,467 ± 97.0% | 0.545 ± 233% | 29,862 ± 10% | 18,243 ± 233% | 771.5 ± 233% |
| Protected Steel | 17,102 ± 103% | 53,657 ± 92.3% | 0.918 ± 138% | 268,082 ± 10% | 3,423 ± 139% | 144.8 ± 139% |
| Unprotected Steel | 43,705 ± 113% | 114,655 ± 92.1% | 5.01 ± 146% | 41,400 ± 10% | 121,039 ± 146% | 5,119 ± 146% |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. The cast iron leak rate was derived from 21 sample measurements, the plastic leak was derived from 6 measurements, the protected steel leak rate was derived from 17 measurements, and the unprotected steal leak rate was derived from 20 measurements. Note that the $CH_4$ emission factor shown has already been adjusted for soil oxidation.
[d] Annual $CH_4$ emissions are estimated by multiplying the leak based emission factor by the number of equivalent leaks.
[e] A confidence interval of ± 10% was assumed based on engineering judgment (Campbell, et al., 1996).
[f] The pipeline based $CH_4$ emission factor is calculated by dividing the annual $CH_4$ emissions by the miles of pipeline.
[g] For cast iron pipe, the original emission factor and activity factor are presented on a mile basis.

©2009 American Petroleum Institute

BLM_0003465

*Appendix C. Additional Fugitive Calculation Information*

### Table C–17.  Derivation of Combined Fugitive $CH_4$ Emission Factor for Natural Gas Gathering Pipelines [a]

| Pipe Material | Annual $CH_4$ Emissions [b] (Bscf $CH_4$/yr) | Pipeline Miles [c,d,e] (miles) |
|---|---|---|
| Cast Iron | $0.172 \pm 77.7\%$ | $856 \pm 10\%$ |
| Plastic | $0.545 \pm 233\%$ | $29,862 \pm 10\%$ |
| Protected Steel | $0.918 \pm 138\%$ | $268,082 \pm 10\%$ |
| Unprotected Steel | $5.01 \pm 146\%$ | $41,400 \pm 10\%$ |
| Total | $6.646 \pm 113\%$ | $340,200 \pm 8.02\%$ |
| *$CH_4$ Emission Factor* | | |
| Emission Factor Development | EF = (6.646 Bscf $CH_4$/yr) ÷ 340,200 miles = 19,535 scf $CH_4$/mile | |
| **Gas Gathering Pipeline Fugitive Emission Factor, Converted to lb $CH_4$/mile** | **$826 \pm 113\%$ lb $CH_4$/mile** | |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-16.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[e] A confidence interval of ± 10% was assumed based on engineering judgment (Campbell, et al., 1996).

### Table C–18.  Derivation of Fugitive $CO_2$ Emission Factors for Natural Gas Gathering Pipelines, by Pipe Material [a]

| Pipe Material | $CH_4$ Emission Factor [b] (lb $CH_4$/leak-yr) | % Soil Oxidation [c,d,e] | Pre-oxidized $CH_4$ Emission Factor (lb $CH_4$/leak-yr) | $CO_2$ Oxidation Emission Factor (lb $CO_2$/mi-yr) | $CO_2$ Leak Emission Factor [f] (lb $CO_2$/mi-yr) |
|---|---|---|---|---|---|
| Cast Iron | $8,518 \pm 77.0\%$ | $40.3\% \pm 25\%$ | $14,267 \pm 81.0\%$ | $15,808 \pm 81.0\%$ | $1,878 \pm 81.3\%$ |
| Plastic | $771.5 \pm 233\%$ | $2.0\% \pm 25\%$ | $787.2 \pm 234\%$ | $43.29 \pm 234\%$ | $103.6 \pm 235\%$ |
| Protected Steel | $144.8 \pm 139\%$ | $3.0\% \pm 25\%$ | $149.2 \pm 141\%$ | $12.31 \pm 141\%$ | $19.64 \pm 141\%$ |
| Unprotected Steel | $5,119 \pm 146\%$ | $1.8\% \pm 25\%$ | $5,212 \pm 148\%$ | $258.0 \pm 148\%$ | $686.0 \pm 148\%$ |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Converted from scf $CH_4$/leak-yr to lb $CH_4$/leak-yr from Table C-16 based on 60°F and 14.7 psia.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[e] Uncertainty of the soil oxidation values is assumed to be ± 25% based on engineering judgment (Campbell, et al., 1996).
[f] The default contents for $CH_4$ and $CO_2$ in the production segment are 78.8 mole % and 3.78 mole %, respectively, as shown in Table E-4.

BLM_0003466

*Appendix C. Additional Fugitive Calculation Information*

### Table C–19.  Derivation of Combined Fugitive $CO_2$ Emission Factors for Gas Gathering Pipelines [a]

| Pipe Material | $CO_2$ Oxidation Emission Factor [b] (lb $CO_2$/mi-yr) | $CO_2$ Leak Emission Factor [b] (lb $CO_2$/mi-yr) | Pipeline Miles [c,d,e] | $CO_2$ Oxidation Emissions (lb $CO_2$/yr) | $CO_2$ Leak Emissions (lb $CO_2$/yr) |
|---|---|---|---|---|---|
| Cast Iron | 15,808 ± 81.0% | 1,878 ± 81.3% | 856 ± 10% | 13,531,891 ± 81.6% | 1,607,429 ± 81.9% |
| Plastic | 43.29 ± 234% | 103.6 ± 235% | 29,862 ± 10% | 1,292,604 ± 233% | 3,093,954 ± 235% |
| Protected Steel | 12.31 ± 141% | 19.64 ± 141% | 268,082 ± 10% | 3,299,731 ± 141% | 5,265,452 ± 142% |
| Unprotected Steel | 258.0 ± 148% | 686.0 ± 148% | 41,400 ± 10% | 10,679,253 ± 148% | 28,401,857 ± 148% |
| TOTAL | | | 340,200 ± 8.02% | 28,803,480 ± 69.8% | 38,368,692 ± 113% |
| *$CO_2$ Emission Factors* | | | | | |
| $CO_2$ Oxidation Fugitive Emission Factor Development | **EF = 28,803,480 lb $CO_2$/yr ÷ 340,200 miles = 84.7 ± 70.2% lb $CO_2$/mile-yr** | | | | |
| $CO_2$ Leak Fugitive Emission Factor Development | **EF = 38,368,692 lb $CO_2$/yr ÷ 340,200 miles = 112.8 ± 114% lb $CO_2$/mile-yr** | | | | |

Footnotes and Sources:

[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[b] Dervied in Table C-18.

[c] Campbell, L.M.,  M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[e] A confidence interval of ± 10% was assumed based on engineering judgment (Campbell, et al., 1996).

### C.3.3    Gas Processing Fugitive Emission Factors

The gas processing fugitive emission factor in Table 6-2 was developed using data from in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996).  The gas processing factor is based on the total volume of gas processed, and includes emissions from compressors and other fugitives associated with the processing plant.  The precision data were calculated using data presented in Volume 8 of the GRI/EPA study (Hummel, et al., 1996).  The emission factor was calculated by dividing the sum of the gas processing $CH_4$ emissions by the total volume of gas processed (DOE, 1993).  The factor derivation is presented in Table C-20.

BLM_0003467

*Appendix C. Additional Fugitive Calculation Information*

**Table C–20.  Derivation of Facility and Equipment-Level Fugitive Emission Factors for Gas Processing**

| Source | U.S. Methane Emissions [a,b], Bscf $CH_4$/yr | Uncertainty [c], (± %) |
|---|---|---|
| Gas Processing Plants | 2.095 | 57.3 |
| Reciprocating Compressors | 16.73 | 113 |
| Centrifugal Compressors | 5.626 | 109 |
| Total | 24.45 | 81.6 |
| ***Activity Data*** | | |
| Total Gas Processed [d] | 16,045.86 Bscf/yr | 10 |
| ***$CH_4$ Emission Factors*** | | |
| Facility-Level Gas Processing Fugitive Emission Factor Development | EF = (24.45 × $10^9$ scf $CH_4$/yr) ÷ (16,045.86 × $10^9$ scf gas/yr) × ($10^6$/MM) = 1,523.5 scf $CH_4$/MMscf | 82.2 |
| **Facility-Level Gas Processing Fugitive Emission Factor, Converted to lb $CH_4$/MMscf gas** | **64.43 lb $CH_4$/MMscf** cited in Table 6-2 | |
| Equipment-Level Gas Processing Fugitive Emission Factor Development | EF = (2.095 × $10^9$ scf $CH_4$/yr) ÷ (16,045.86 × $10^9$ scf gas/yr) × ($10^6$/MM) = 130.563 scf $CH_4$/MMscf cited in Table 6-5 | 58.1 |
| **Equipment-Level Gas Processing Fugitive Emission Factor, Converted to lb $CH_4$/MMscf gas** | **5.52 lb $CH_4$/MMscf** | |

Footnotes and Sources:

[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[d] DOE, *Natural Gas Annual*, 1993. An uncertainty factor of 10% was assigned based on engineering judgment.

The gas processing plant fugitive emission factor in Table 6-5, which includes fugitive emissions from sources other than compressors, was developed using data from Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996).  The precision data were calculated using data presented in Volume 8 of the GRI/EPA study (Hummel, et al., 1996).  The factor derivation is presented below and shown in Table C-20.

Known: Estimated processing plant fugitive methane emissions = 2.095 ± 57.3% Bscf/year (Harrison, et al., Volume 2, 1996), precision at a 95% confidence interval was calculated using data from Hummel, et al., Volume 8, 1996.

Estimated annual gas processed = 16,045.855 Bscf/yr (DOE, 1993).  A 10.0% uncertainty value is assumed for the gas processing rate, based on engineering judgment.

©2009 American Petroleum Institute

BLM_0003468

*Appendix C. Additional Fugitive Calculation Information*

The conversion of the gas processing plant emission factor to tonnes $CH_4$ per volume of gas processed follows:

$$EF = \frac{2.095 \text{ Bscf } CH_4}{16,045.855 \text{ Bscf gas processed}} \times \frac{\text{lbmole } CH_4}{379.3 \text{ scf } CH_4} \times \frac{16 \text{ lb } CH_4}{\text{lbmole } CH_4} \times \frac{10^6 \text{ scf}}{\text{MMscf}} \times \frac{\text{tonne}}{2204.62 \text{ lb}}$$

$$EF = 2.50E\text{-}03 \pm 58.1\% \text{ tonne } CH_4 / MMscf \text{ gas processed}$$

### C.3.4    Natural Gas Storage Station Fugitive Emission Factor

The natural gas storage station fugitive emission factor presented in Table 6-2 was developed using data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996). The storage emission factor is presented on a station basis, and includes fugitive emissions associated with the station itself, as well as storage wells and compressors. The emission factor was calculated by dividing the sum of the gas storage station $CH_4$ emissions by the total number of storage stations. The precision data were calculated using data presented in Volume 8 of the GRI/EPA study (Hummel, et al., 1996). The factor derivation is presented in Table C-21.

**Table C–21.  Derivation of Facility-Level Average Natural Gas Storage Station Fugitive Emission Factor**

| Source | U.S. Methane Emissions [a,b], Bscf $CH_4$/yr | Uncertainty [c], ± (%) |
|---|---|---|
| Storage Stations | 3.7288 | 132 |
| Storage Reciprocating Compressors | 10.7594 | 104 |
| Storage Centrifugal Compressors | 1.5176 | 164 |
| Storage Wells | 0.7522 | 76.3 |
| Total | 16.7580 | 74.5 |
| *Activity Data* | | |
| Total Storage Stations (Count) [d] | 475 | 5 |
| *$CH_4$ Emission Factor* | | |
| Emission Factor Development | EF = (16.7580 × 10^9 scf $CH_4$/yr) ÷ (475 stations) = 35.28 × 10^6 scf $CH_4$/station-yr | 74.7% |
| **Gas Storage Station Fugitive Emission Factor, Converted to lb $CH_4$/station-yr** | **1,491,936 lb $CH_4$/station-yr** | |

Footnotes and Sources:
[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[b] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[d] An uncertainty factor of 5% was assigned based on engineering judgment.

BLM_0003469

## C.3.5    Gas Transmission Fugitive Emission Factors

The facility-level average gas transmission pipeline $CH_4$ fugitive emission factor presented in Table 6-2 was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996). The transmission facility-level average emission factor is based on $CH_4$ emissions from all identified fugitive sources present in the segment. The $CH_4$ emission factor was calculated by dividing the total transmission segment $CH_4$ emissions by the number of transmission pipeline miles. Pipeline miles were taken from Volume 9 of the GRI/EPA report (Campbell, et al, 1996). The precision data were calculated using data presented in Volume 8 of the GRI/EPA study (Hummel, et al., 1996) and Volume 10 of the GRI/EPA study (Campbell, et al., 1996). The factor derivation is presented in Table C-22.

### Table C–22.  Derivation of Facility-Level Average Fugitive $CH_4$ Emission Factor for Gas Transmission Pipelines

| Source | U.S. Methane Emissions [a,b,c,d], Bscf $CH_4$/yr | Uncertainty [e], (± %) |
|---|---|---|
| Pipeline Leaks [f] | 0.1614 | 94.2 |
| Transmission Compressor Stations [g] | 5.4467 | 127 |
| Trans. Reciprocating Compressors | 37.6787 | 88.7 |
| Trans. Centrifugal Compressors | 7.5302 | 58.0 |
| Farm Taps and Direct Sales | 0.8271 | 1,390 |
| Transmission Interconnects | 3.6834 | 1,380 |
| Total | 55.3274 | 113 |
| *Activity Data* | | |
| Total Transmission Pipeline Miles [f] | 295,105 | 9.73 |
| *Methane Emission Factor* | | |
| Emission Factor Development | EF = (55.3274 × 10⁹ scf $CH_4$/yr) ÷ (295,105 miles) = 187,484 scf $CH_4$/station-yr | **113** |
| **Transmission Fugitive Emission Factor, Converted to lb $CH_4$/station-yr** | **7,928 lb $CH_4$/mile-yr** | |

Footnotes and Sources:

[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[d] U.S. Department of Transportation (DOT). *Research and Special Programs Administration*, 1991.

[e] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[f] Total shown in Table C-24.

[g] Because the data used to calculate the reference emission was unavailable, the precision at a 95% confidence interval was calculated based on the precision at a 90% confidence interval presented in the source assuming a data set size of ten.

©2009 American Petroleum Institute

BLM_0003470

*Appendix C. Additional Fugitive Calculation Information*

The facility-level average natural gas transmission pipeline $CO_2$ emission factors were derived in conjunction with the equipment-level gas transmission pipeline $CO_2$ emission factor; the gas transmission pipeline $CO_2$ facility-level factor derivation is discussed later in this subsection.

The equipment-level average gas transmission pipeline $CH_4$ fugitive emission factor presented in Table 6-6 was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996). Emission factors were calculated in the same manner as for gas gathering pipelines. Methane emissions (and corresponding emission factors) were first calculated by pipe material, as shown in Table C-23. A transmission pipeline average $CH_4$ emission factor was then derived, as shown in Table C-24. Similar to the derivation of the pipeline $CH_4$ emission factors, $CO_2$ emission factors were first derived by pipe material, as shown in Table C-25. Average $CO_2$ emission factors for oxidation and pipeline leaks were then derived from the factors by pipe material, as shown in Table C-26. Methane and $CO_2$ emission factors by transmission pipe type are also shown in Table 6-8. The precision data was calculated using data presented in Volume 9 of the GRI/EPA study (Campbell, et al., 1996).

### Table C–23. Derivation of Detailed Equipment-Level Fugitive $CH_4$ Emission Factors for Gas Transmission Pipelines, by Pipe Material [a]

| Pipe Material | $CH_4$ Emission Factor [b,c] (scf/leak-yr) | Activity Factor [b,c] (e.q. leaks) | Annual $CH_4$ Emissions [d] (Bscf $CH_4$/yr) | Pipeline Miles [c,e,f] (miles) | $CH_4$ Emission Factor [g] (scf $CH_4$/mi-yr) | $CH_4$ Emission Factor (lb $CH_4$/mi-yr) |
|---|---|---|---|---|---|---|
| Cast Iron [h] | | | 0.0229 ± 77.7% | 96 ± 10% | 238,736 ± 77.0% | 10,096 ± 77.0% |
| Plastic | 99,845 ± 212% | 14 ± 97.0% | 0.00140 ± 233% | 2,621 ± 10% | 533.3 ± 233% | 22.55 ± 233% |
| Protected Steel | 20,270 ± 103% | 5,077 ± 92.3% | 0.103 ± 138% | 287,155 ± 10% | 358.4 ± 139% | 15.16 ± 139% |
| Unprotected Steel | 51,802 ± 113% | 659 ± 92.1% | 0.0341 ± 146% | 5,233 ± 10% | 6524 ± 146% | 275.9 ± 146% |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. The cast iron leak rate was derived from 21 sample measurements, the plastic leak was derived from 6 measurements, the protected steel leak rate was derived from 17 measurements, and the unprotected steal leak rate was derived from 19 measurements. Note that the $CH_4$ emission factor shown has already been adjusted for soil oxidation.
[d] Annual $CH_4$ emissions are estimated by multiplying the leak based emission factor by the number of equivalent leaks.
[e] U.S. Department of Transportation (DOT). Research and Special Programs Administration, 1991.
[f] A confidence interval of ±10% was assumed based on engineering judgment in the 1991 DOT RSPA database (Campbell, et al., 1996).
[g] The pipeline based methane emission factor is calculated by dividing the annual methane emissions by the miles of pipeline.
[h] For cast iron pipe, the original emission factor and activity factor are presented on a mile basis.

©2009 American Petroleum Institute

*Appendix C. Additional Fugitive Calculation Information*

### Table C–24.  Derivation of Equipment-Level Gas Transmission Pipeline Fugitive $CH_4$ Emission Factor [a]

| Pipe Material | Annual $CH_4$ Emissions [b] (Bscf $CH_4$/yr) | Pipeline Miles [c,d] (miles) |
|---|---|---|
| Cast Iron [e] | $0.0229 \pm 77.7\%$ | $96 \pm 10\%$ |
| Plastic | $0.0014 \pm 233\%$ | $2,621 \pm 10\%$ |
| Protected Steel | $0.103 \pm 138\%$ | $287,155 \pm 10\%$ |
| Unprotected Steel | $0.0341 \pm 146\%$ | $5,233 \pm 10\%$ |
| Total | $0.1614 \pm 94.2\%$ | $295,105 \pm 9.73\%$ |
| Emission Factor Development | EF = (0.1614 Bscf $CH_4$/yr) / 295,105 miles = 546.8 scf $CH_4$/mile | |
| **Gas Transmission Pipeline Fugitive Emission Factor, Converted to lb $CH_4$/mile** | **$23.12 \pm 94.7\%$ lb $CH_4$/mile** | |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-23.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines,* Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] U.S. Department of Transportation (DOT). Research and Special Programs Administration, 1991. A confidence interval of ±10% was assumed based on engineering judgment in the 1991 DOT RSPA database (Campbell, et al., 1996).
[e] For cast iron pipe, the original emission factor and activity factor are presented on a mile basis.

Equipment-level average emission factors for $CO_2$ from pipeline oxidation and pipeline leaks were calculated using Equations 6-4 and 6-5, respectively.

### Table C–25.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Transmission Pipelines, by Pipe Material [a]

| Pipe Material | $CH_4$ Emission Factor [b] (lb $CH_4$/leak-yr) | % Soil Oxidation [c,d,e] | Pre-oxidized $CH_4$ Emission Factor (lb CH4/leak-yr) | $CO_2$ Oxidation Emission Factor (lb $CO_2$/mi-yr) | $CO_2$ Leak Emission Factor [f] (lb $CO_2$/mi-yr) |
|---|---|---|---|---|---|
| Cast Iron | $10,096 \pm 77.0\%$ | $40.3\% \pm 25\%$ | $16,911 \pm 81.0\%$ | $18,699 \pm 81.0\%$ | $993.6 \pm 81.1\%$ |
| Plastic | $22.55 \pm 233\%$ | $2.0\% \pm 25\%$ | $23.01 \pm 234\%$ | $1.263 \pm 234\%$ | $1.352 \pm 234\%$ |
| Protected Steel | $15.16 \pm 139\%$ | $3.0\% \pm 25\%$ | $15.62 \pm 141\%$ | $1.286 \pm 141\%$ | $0.9180 \pm 141\%$ |
| Unprotected Steel | $275.9 \pm 146\%$ | $1.8\% \pm 25\%$ | $280.9 \pm 148\%$ | $13.87 \pm 148\%$ | $16.51 \pm 148\%$ |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-23.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report,* Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines,* Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[e] The precision of the soil oxidation values is assumed to be ± 25% based on engineering judgment (Campbell, et al., 1996).
[f] The default contents for $CH_4$ and $CO_2$ in the transmission segment are 93.4 mole % and 2.0 mole %, respectively, as shown in Table E-4.

©2009 American Petroleum Institute

BLM_0003472

*Appendix C. Additional Fugitive Calculation Information*

## Table C–26.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factors for Gas Transmission Pipelines [a]

| Pipe Material | Annual $CO_2$ Oxidation Emission [b] (lb $CO_2$/mi-yr) | Annual $CO_2$ Leak Emissions [b] (lb CO2/mi-yr) | Pipeline Miles [c,d] (miles) | Annual $CO_2$ Oxidation Emissions (lb $CO_2$/yr) | Annual $CO_2$ Leak Emission (lb $CO_2$/yr) |
|---|---|---|---|---|---|
| Cast Iron | $18,699 \pm 81.0\%$ | $993.6 \pm 81.1\%$ | $96 \pm 10\%$ | $1,795,099 \pm 81.6\%$ | $95,382 \pm 81.7\%$ |
| Plastic | $1.263 \pm 234\%$ | $1.352 \pm 234\%$ | $2,621 \pm 10\%$ | $3,310 \pm 235\%$ | $3,543 \pm 235\%$ |
| Protected Steel | $1.286 \pm 141\%$ | $0.9180 \pm 141\%$ | $287,155 \pm 10\%$ | $369,300 \pm 141\%$ | $263,597 \pm 141\%$ |
| Unprotected Steel | $13.87 \pm 148\%$ | $16.51 \pm 148\%$ | $5,233 \pm 10\%$ | $72,604 \pm 148\%$ | $86,372 \pm 148\%$ |
| Total | | | $295,105 \pm 9.73\%$ | $2,240,313 \pm 69.6\%$ | $448,895 \pm 89.6\%$ |
| $CO_2$ Oxidation Fugitive Emission Factor Development | 2,240,313 lb $CO_2$/yr ÷ 295,105 miles<br>= 7.59 ± 70.3% lb $CO_2$/mile-yr | | | | |
| $CO_2$ Leak Fugitive Emission Factor Development | 448,895 lb $CO_2$/yr ÷ 295,105 miles<br>= 1.52 ± 90.1% lb $CO_2$/mile-yr | | | | |

Footnotes and Sources:

[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[b] Derived in Table C-25.

[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines,* Final Report, GRI-94/0257.26 and EPA-600/R-96-080i.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[d] U.S. Department of Transportation (DOT).  Research and Special Programs Administration, 1991.  A confidence interval of ±10% was assumed based on engineering judgment in the 1991 DOT RSPA database (Campbell, et al., 1996).

©2009 American Petroleum Institute

BLM_0003473

*Appendix C. Additional Fugitive Calculation Information*

The derivation of the facility-level average gas transmission pipeline $CO_2$ emission factor for $CO_2$ from pipeline leaks (as shown in Table 6-2) is shown in Table C-27. The factor was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996). The factor is calculated in three steps: first, by first subtracting the pipeline leak emissions from the total transmission emissions (calculated in Table C-22); second, by dividing the result by the transmission pipeline miles (calculated in Table C-26); and third, by adding the equipment-level average $CO_2$ leak emission factor derived in Table C-26. Note that the reason that the pipeline leak emissions have to be considered separately is that the pipeline leak emissions shown in Table C-22 take into account soil oxidation effects associated with buried pipelines. Therefore, the pipeline leak emissions cannot be converted directly from the $CH_4$ leak emission factor as shown for the rest of the transmission segment emissions.

### Table C–27.  Derivation of Facility-Level Average Gas Transmission Pipeline Fugitive $CO_2$ Leak Emission Factor

| Source | U.S. Methane Emissions, Bscf $CH_4$/yr | Uncertainty [a], ± (%) |
|---|---|---|
| Total Transmission Emissions [b] | 55.3274 | 113 |
| Pipeline Leaks [c] | 0.1614 | 94.2 |
| Adjusted Transmission Emissions | 55.166 | 113 |
| *Activity Data* | | |
| Total Transmission Pipeline Miles [d] | 295,105 | 9.73 |
| *$CO_2$ Emission Factor* | | |
| $CH_4$ Emission Factor Development | EF = $(55.2 \times 10^9$ scf $CH_4$/yr$)$ / $(295,105$ miles$)$ = 186,937 scf $CH_4$/station-yr | 113 |
| Transmission Fugitive Emission Factor, converted to lb $CH_4$/mile-yr | 7,905 lb $CH_4$/mile-yr | |
| Equipment-Level $CO_2$ Leak Fugitive Emission Factor Development | 1.52 lb $CO_2$/mile-yr (Derived in Table C-26) | 93.2 |
| $CO_2$ Leak Emission Factor Development | EF = $(7,905$ lb $CH_4$/mile-yr$)$ × (lbmole $CH_4$/16 lb $CH_4$) × (lbmol gas/0.934 lbmole $CH_4$) × (0.02 lbmol $CO_2$/lbmol gas) × (44 lb $CO_2$/lbmol $CO_2$) = 464.46 lb $CO_2$/mile-yr + 1.52 lb $CO_2$/mile-yr | |
| **Transmission Fugitive $CO_2$ Leak Emission Factor, lb $CO_2$/mile-yr** | **466.0 lb $CO_2$/mile-yr** | **113** |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-22.
[c] Derived in Table C-24.
[d] Total shown in Table C-26.

The gas transmission meter/regulator (M&R) station fugitive $CH_4$ emission factor presented in Table 6-6 was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996). This emission factor combines the transmission

©2009 American Petroleum Institute

BLM_0003474

*Appendix C. Additional Fugitive Calculation Information*

interconnect and farm tap/direct sales M&R emission and activity data.  The precision data were calculated using data presented in Volume 10 of the GRI/EPA study (Campbell, et al., 1996).  The factor development is presented in Table C-28.

### Table C–28.  Derivation of M&R Stations Fugitive $CH_4$ Emission Factor

| Source | U.S. Methane Emissions [a,b], Bscf $CH_4$/yr | Uncertainty [c], (± %) |
|---|---|---|
| Farm Taps and Direct Sales | 0.8271 | 1390 [e] |
| Transmission Interconnects | 3.6834 | 1380 [e] |
| Total | 4.5105 | 1150 [f] |
| *Activity Data* | | |
| Farm Tap and Direct Sale Stations (Count) | 72,629 | 991 |
| Transmission Interconnect Stations (Count) | 2533 | 990 |
| Total M&R Stations Count | 75,162 | 958 |
| *$CH_4$ Emission Factor* | | |
| Emission Factor Development | EF = (4.5105 × 10$^9$ scf $CH_4$/yr) ÷ (75,162 stations) | |
| **M&R Station Fugitive Emission Factor, scf $CH_4$/station-yr** | **60,011 scf $CH_4$/station-yr** | 1,500 [g] |

Footnotes and Sources:

[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report,* Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Campbell, L.M. and B.E. Stapper. *Methane Emissions from the Natural Gas Industry, Volume 10: Metering and Pressure Regulating, Stations in Natural Gas, and Transmission and Distribution,* Final Report, GRI-94/0257.27 and EPA-600/R-96-080j.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[d] Uncertainty range (0 – 11.5 Bscf $CH_4$/yr)

[e] Uncertainty range (0 – 50.8 Bscf $CH_4$/yr)

[f] Uncertainty range (0 – 52.3 Bscf $CH_4$/yr)

[g] Uncertainty range (0 – 900,158 scf $CH_4$/station-yr)

### C.3.6    Gas Distribution Fugitive Emission Factors

The facility-level average gas distribution pipeline $CH_4$ fugitive emission factor presented in Table 6-2 was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996).  The $CH_4$ emission factor is based on $CH_4$ emissions from all identified fugitive emission sources in the segment.  The factor was calculated by dividing the total distribution segment $CH_4$ emissions by the number of transmission pipeline miles.  Pipeline miles were taken from Volume 9 of the GRI/EPA report (Campbell, et al, 1996).  The uncertainty data were calculated using data presented in Volume 8 of the GRI/EPA study (Hummel, et al.,

BLM_0003475

*Appendix C. Additional Fugitive Calculation Information*

1996) and Volume 9 of the GRI/EPA study (Campbell, et al., 1996).  The factor derivation is presented in Table C-29.

**Table C–29.  Derivation of Facility-Level Average Fugitive $CH_4$ Emission Factor for Gas Distribution Pipelines**

| Source | U.S. Methane Emissions [a,b,c], Bscf $CH_4$/yr | Uncertainty [d], ± (%) |
|---|---|---|
| Pipeline Mains - Cast Iron | 13.1992 | 77.5 |
| Pipeline Mains - Unprotected Steel | 9.0476 | 159 |
| Pipeline Mains - Protected Steel | 1.3846 | 154 |
| Pipeline Mains - Plastic | 4.9150 | 411 |
| Services - Unprotected Steel | 9.2630 | 259 |
| Services - Protected Steel | 3.5922 | 225 |
| Services - Plastic | 0.1644 | 332 |
| Services - Copper | 0.0593 | 215 |
| M&R Station [e] | 27.3202 | 105 |
| Residential Meters | 5.5468 | 23.7 |
| Commercial/Industrial Meters | 0.2207 | 47.5 |
| Total | 74.7131 | 62.6 |
| ***Activity Data*** | | |
| Total Main Pipeline Miles [f] | 888,284 | 3.10 |
| ***$CH_4$ Emission Factor*** | | |
| Emission Factor Development | EF = (74.7130 × $10^9$ scf $CH_4$/yr) ÷ (888,284 miles) = 84,110 scf $CH_4$/mile-yr | **62.7** |
| **Gas Distribution Pipeline Fugitive Emission Factor, Converted to lb $CH_4$/ mile-yr** | **3,557 lb $CH_4$/mile-yr** | |

Footnotes and Sources:
[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[b] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[c] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[e] M&R station total emissions are based on the sum of emissions from the 10 M&R station categories presented in Table C-41.
[f] Total distribution main miles are taken from Table C-31.

The facility-level average gas transmission pipeline $CO_2$ emission factor derivations were derived in conjunction with the equipment-level gas distribution pipeline and gas distribution service $CO_2$ emission factors.  The $CO_2$ facility-level factor derivation is discussed later in this subsection.

The equipment-level average gas distribution pipeline $CH_4$ fugitive emission factor presented in Table 6-7 was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996).  Emission factors were calculated in the same manner as

BLM_0003476

*Appendix C. Additional Fugitive Calculation Information*

for gas transmission pipelines. Methane emissions (and corresponding emission factors) were first calculated by pipe material, as shown in Table C-30. A distribution pipeline average $CH_4$ emission factor was then derived, as shown in Table C-31. Equipment-level average emission factors for $CO_2$ from pipeline oxidation and pipeline leaks were calculated using Equations 6-4 and 6-5, respectively.

### Table C–30. Derivation of Equipment-Level Fugitive $CH_4$ Emission Factors for Gas Distribution Mains, by Pipe Material [a]

| Pipe Material | $CH_4$ Emission Factor [b,c] (scf/leak-yr) | Activity Factor [b,c] (e.q. leaks) | Annual $CH_4$ Emissions [d] (Bscf $CH_4$/yr) | Pipeline Miles [b,c,e] (miles) | $CH_4$ Emission Factor [f] (scf $CH_4$/mi-yr) | $CH_4$ Emission Factor (lb $CH_4$/mi-yr) |
|---|---|---|---|---|---|---|
| Cast Iron [g] | | | 13.199 ± 77.2% | 55,288 ± 5% | 238,736 ± 77.0% | 10,096 ± 77.0% |
| Plastic | 99,845 ± 212% | 49,226 ± 151% | 4.915 ± 260% | 299,421 ± 5% | 16,415 ± 260% | 694.2 ± 260% |
| Protected Steel | 20,270 ± 103% | 68,308 ± 75.3% | 1.385 ± 128% | 451,466 ± 5% | 3,067 ± 128% | 129.7 ± 128% |
| Unprotected Steel | 51,802 ± 113% | 174,657 ± 70.3% | 9.048 ± 133% | 82,109 ± 5% | 110,190 ± 133% | 4,660 ± 133% |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. The cast iron leak rate was derived from 21 sample measurements, the plastic leak was derived from 6 measurements, the protected steel leak rate was derived from 17 measurements, and the unprotected steal rate was derived from 20 measurements. Note that the $CH_4$ emission factor shown has already been adjusted for soil oxidation.
[d] Annual $CH_4$ emissions are estimated by multiplying the leak based emission factor by the number of equivalent leaks.
[e] A confidence interval of ± 5% was assumed based on engineering judgment (Campbell,et al., 1996).
[f] The pipeline based methane emission factor is calculated by dividing the annual methane emissions by the miles of pipeline.
[g] For cast iron pipe, the original emission factor and activity factor are presented on a mile basis.

©2009 American Petroleum Institute

BLM_0003477

*Appendix C. Additional Fugitive Calculation Information*

**Table C–31.  Derivation of Equipment-Level Average Fugitive $CH_4$ Emission Factor for Gas Distribution Mains [a]**

| Pipe Material | Annual $CH_4$ Emissions (Bscf $CH_4$/yr) [b,c] | Pipeline Miles (miles) [d,e,f] |
|---|---|---|
| Cast Iron | $13.199 \pm 77.2\%$ | $55,288^e \pm 5\%$ |
| Plastic | $4.915 \pm 260\%$ | $299,421 \pm 5\%$ |
| Protected Steel | $1.385 \pm 128\%$ | $451,466 \pm 5\%$ |
| Unprotected Steel | $9.048 \pm 133\%$ | $82,109 \pm 5\%$ |
| Total | $28.546 \pm 71.3\%$ | $888,284 \pm 3.10\%$ |
| Emission Factor Development | $EF = (28.546 \times 10^9 \text{ scf } CH_4/\text{yr}) \div 888,284 \text{ miles}$ = 32,137 scf $CH_3$/mile | |
| **Gas Pipeline Emission Factor, Converted to lb $CH_4$/mile** | **$1,359 \pm 71.4\%$ lb $CH_4$/mile** | |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-30.
[c] Annual $CH_4$ emissions are estimated by multiplying the leak based emission factor by the number of equivalent leaks.
[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson.  *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[e] Campbell, L.M., M.V. Campbell, and D.L. Epperson.  *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[f] A confidence interval of $\pm 5\%$ was assumed based on engineering judgment (Campbell, et al., 1996).

Similar to the derivation of the pipeline $CH_4$ emission factors, $CO_2$ emission factors were first derived by pipe material, as shown in Table C-32.  Average $CO_2$ emission factors for oxidation and pipeline leaks were then derived from the factors by pipe material, as shown in Table C-33.  Methane and $CO_2$ emission factors by distribution pipe type are also shown in Table 6-7.  The precision data were calculated using data presented in Volume 9 of the GRI/EPA study (Campbell, et al., 1996).

**Table C–32.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Distribution Mains, by Pipe Material [a]**

| Pipe Material | $CH_4$ Emission Factor [b] (lb $CH_4$/leak-yr) | % Soil Oxidation [c,d,e] | Pre-oxidized $CH_4$ Emission Factor (lb $CH_4$/leak-yr) | $CO_2$ Oxidation Emission Factor (lb $CO_2$/mi-yr) | $CO_2$ Leak Emission Factor [f] (lb $CO_2$/mi-yr) |
|---|---|---|---|---|---|
| Cast Iron | $10,096 \pm 77.0\%$ | $40.3\% \pm 25\%$ | $16,911 \pm 81.0\%$ | $18,699 \pm 81.0\%$ | $993.6 \pm 81.1\%$ |
| Plastic | $694.2 \pm 260\%$ | $2.0\% \pm 25\%$ | $708.3 \pm 261\%$ | $38.87 \pm 261\%$ | $41.62 \pm 261\%$ |
| Protected Steel | $129.7 \pm 128\%$ | $3.0\% \pm 25\%$ | $133.7 \pm 130\%$ | $11.01 \pm 130\%$ | $7.856 \pm 130\%$ |
| Unprotected Steel | $4,660 \pm 133\%$ | $1.8\% \pm 25\%$ | $4,745 \pm 135\%$ | $234.4 \pm 135\%$ | $278.8 \pm 135\%$ |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-30.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson.  *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson.  *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[e] The uncertainty of the soil oxidation values is assumed to be $\pm 25\%$ based on engineering judgment (Campbell, et al., 1996).
[f] The default contents for $CH_4$ and $CO_2$ in the distribution segment are 93.4 mole % and 2.0 mole %, respectively, as shown in Table E-4.

©2009 American Petroleum Institute

BLM_0003478

*Appendix C. Additional Fugitive Calculation Information*

**Table C–33.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factor for Gas Distribution Mains [a]**

| Pipe Material | Annual $CO_2$ Oxidation Emission Factor [b] (lb $CO_2$/mi-yr) | Annual $CO_2$ Leak Emission Factor [b] (lb $CO_2$/mi-yr) | Pipeline Miles [c,d,e] (miles) | Annual $CO_2$ Oxidation Emissions (lb $CO_2$/yr) | Annual $CO_2$ Leak Emissions (lb $CO_2$/yr) |
|---|---|---|---|---|---|
| Cast Iron | 18,699 ± 81.0% | 994 ± 81.1% | 55,288 ± 5% | 1,033,827,389 ± 81.1% | 54,932,088 ± 81.3% |
| Plastic | 38.9 ± 261% | 41.6 ± 261% | 299,421 ± 5% | 11,638,401 ± 261% | 12,460,815 ± 261% |
| Protected Steel | 11.0 ± 130% | 7.86 ± 130% | 451,466 ± 5% | 4,968,707 ± 130% | 3,546,543 ± 130% |
| Unprotected Steel | 234.4 ± 135% | 278.8 ± 135% | 82,109 ± 5% | 19,242,525 ± 135% | 22,891,417 ± 135% |
| Total | | | 888,284 ± 3.10% | 1,069,677,022 ± 78.5% | 93,830,863 ± 67.7% |
| $CO_2$ Oxidation Fugitive Emission Factor Development | 1,069,677,022 lb $CO_2$/yr ÷ 888,284 miles =1,204 ± 78.6% lb $CO_2$/mile-yr | | | | |
| $CO_2$ Leak Fugitive Emission Factor Development | 93,830,863 lb $CO_2$/yr ÷ 888,284 miles =105.6 ± 67.7% lb $CO_2$/mile-yr | | | | |

Footnotes and Sources:

[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[b] Derived in Table C-32.

[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[e] A confidence interval of ± 5% was assumed based on engineering judgment (Campbell, et al., 1996).

The equipment-level average gas distribution service $CH_4$ fugitive emission factor presented in Table 6-7 was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996).  Emission factors were calculated in the same manner as for gas distribution pipelines, except emission factors are estimated by dividing the emissions by pipeline services instead of pipeline miles.

Methane emissions (and corresponding emission factors) were first calculated by pipe material, as shown in Table C-34.  A distribution service average $CH_4$ emission factor was then derived, as shown in Table C-35.  The average factor was converted from a service basis to a mileage basis by scaling the EPA/GRI study service count to miles using 1992 pipeline statistics from the U.S. Department of Transportation, Research and Special Programs Administration website (Volume 9, Campbell, et al., 1996).

©2009 American Petroleum Institute

BLM_0003479

*Appendix C. Additional Fugitive Calculation Information*

### Table C–34.  Derivation of Detailed Fugitive CH$_4$ Emission Factors for Gas Distribution Services, by Pipe Material [a]

| Pipe Material | CH$_4$ Emission Factor [b,c] (scf/leak-yr) | Activity Factor [b,c] (e.q. leaks) | Annual CH$_4$ Emissions [d] (Bscf CH$_4$/yr) | Services [b,c,e] (Count) | CH$_4$ Emission Factor [f] (scf CH$_4$/ service-yr) | CH$_4$ Emission Factor (lb CH$_4$/ service-yr) |
|---|---|---|---|---|---|---|
| Copper | 7,684 ± 94.2% | 7,720 ± 144% | 0.0593 ± 172% | 233,246 ± 5% | 254.3 ± 172% | 10.76 ± 172% |
| Plastic | 2,386 ± 193% | 68,903 ± 131% | 0.1644 ± 234% | 17,681,238 ± 5% | 9.298 ± 234% | 0.3932 ± 234% |
| Protected Steel | 9,196 ± 73.3% | 390,628 ± 163% | 3.592 ± 178% | 20,352,983 ± 5% | 176.5 ± 178% | 7.464 ± 178% |
| Unprotected Steel | 20,204 ± 128% | 458,476 ± 133% | 9.263 ± 185% | 5,446,393 ± 5% | 1,701 ± 185% | 71.92 ± 185% |

Footnotes and Sources:

[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[b] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. The copper leak rate was derived from 5 sample measurements, the plastic leak was derived from 4 measurements, the protected steel leak rate was derived from 24 measurements, and the unprotected steel leak rate was derived from 13 measurements. Note that the CH$_4$ emission factor shown has already been adjusted for soil oxidation.

[d] Annual CH$_4$ emissions are estimated by multiplying the leak based emission factor by the number of equivalent leaks.

[e] A confidence interval of ± 5% was assumed based on engineering judgment (Campbell, et al., 1996).

[f] The pipeline service based methane emission factor is calculated by dividing the annual CH$_4$ emissions by the number of services.

### Table C–35.  Derivation of Equipment-Level Average Fugitive CH$_4$ Emission Factor for Gas Distribution Services [a]

| Pipe Material | Annual CH$_4$ Emissions [b] (Bscf CH$_4$/yr) | Pipeline Services [c,d,e] |
|---|---|---|
| Copper | 0.0593 ± 172% | 233,246 ± 5% |
| Plastic | 0.1644 ± 234% | 17,681,238 ± 5% |
| Protected Steel | 3.592 ± 178% | 20,352,983 ± 5% |
| Unprotected Steel | 9.263 ± 185% | 5,446,393 ± 5% |
| **TOTAL** | **13.08 ± 140%** | **43,713,860 ± 3.15%** |
| Gas Distribution Service Fugitive CH$_4$ Emission Factor Development (service basis) | EF = (13.08 Bscf CH4/yr) ÷ 43,713,860 services = 299.2 scf CH$_4$/service-yr | |
| **Gas Distribution Service Fugitive CH$_4$ Emission Factor (service basis), Converted to lb CH$_4$/service-yr** | **12.65 ± 140%** lb CH$_4$/service-yr | |
| Gas Distribution Service Fugitive CH$_4$ Emission Factor Development (mileage basis) | Activity Factor | |
| | 518,335 ± 5.00% | miles [f] |
| | EF = (13.08 Bscf CH$_4$/yr) ÷ 518,335 miles = 25,233 scf CH$_4$/mile-yr | |
| **Gas Distribution Service Fugitive CH$_4$ Emission Factor (mileage basis), Converted to lb CH$_4$/services-yr** | **1,067 ± 140%** lb CH$_4$/mile-yr | |

©2009 American Petroleum Institute

BLM_0003480

*Appendix C. Additional Fugitive Calculation Information*

Footnotes and Sources for Table C-35:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-34.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report,* Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines,* Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[e] A confidence interval of ± 5% was assumed based on engineering judgment (Campbell, et al., 1996).
[f] 1992 pipeline statistics from U.S. Department of Transportation (DOT) Research and Special Programs Administration (RSPA).

Equipment-level average emission factors for $CO_2$ from pipeline oxidation and pipeline leaks were calculated using Equations 6-4 and 6-5, respectively. Similar to the derivation of the pipeline $CH_4$ emission factors, $CO_2$ emission factors were first derived by pipe material, as shown in Table C-36. Average $CO_2$ emission factors for oxidation and pipeline leaks were then derived from the factors by pipe material, as shown in Table C-37. Methane and $CO_2$ emission factors by distribution pipe type are also shown in Table 6-9. The precision data were calculated using data presented in Volume 9 of the GRI/EPA study (Campbell, et al., 1996).

**Table C–36.  Derivation of Fugitive $CO_2$ Emission Factors for Gas Distribution Services, by Pipe Material [a]**

| Pipe Material | $CH_4$ Emission Factor [b] (lb $CH_4$/leak-yr) | % Soil Oxidation [c,d,e] | Pre-oxidized $CH_4$ Emission Factor (lb CH4/leak-yr) | $CO_2$ Oxidation Emission Factor (lb $CO_2$/service-yr) | $CO_2$ Leak Emission Factor [f] (lb $CO_2$/service-yr) |
|---|---|---|---|---|---|
| Copper | 10.76 ± 172% | 0% | 10.76 ± 174% | 0 | 0.6319 ± 174% |
| Plastic | 0.3932 ± 234% | 21.2% ± 25% | 0.4990 ± 235% | 0.2903 ± 235% | 0.02932 ± 235% |
| Protected Steel | 7.464 ± 178% | 2.6% ± 25% | 7.663 ± 180% | 0.5467 ± 180% | 0.4502 ± 180% |
| Unprotected Steel | 71.92 ± 185% | 1.1% ± 25% | 72.72 ± 186% | 2.195 ± 186% | 4.273 ± 186% |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-34.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report,* Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines,* Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[e] The precision of soil oxidation is assumed to be ±25% based on engineering judgment (Campbell, et al., 1996).
[f] The default contents for $CH_4$ and $CO_2$ in the distribution segment are 93.4 mole% and 2.0 mole%, respectively, as shown in Table E-4.

©2009 American Petroleum Institute

BLM_0003481

*Appendix C. Additional Fugitive Calculation Information*

**Table C–37.  Derivation of Equipment-Level Average Fugitive $CO_2$ Emission Factor for Gas Distribution Services [a]**

| Pipe Material | $CO_2$ Oxidation Emission Factor [b] (lb $CO_2$/service-yr) | $CO_2$ Leak Emission Factor [b] (lb $CO_2$/service-yr) | Pipeline Services [c,d,e] (Count) | $CO_2$ Oxidation Emissions (lb $CO_2$/yr) | $CO_2$ Leak Emissions (lb $CO_2$/yr) |
|---|---|---|---|---|---|
| Copper | 0 | 0.6319 ± 174% | 233,246 ± 5% | 0 | 147,386 ± 174% |
| Plastic | 0.2903 ± 235% | 0.02932 ±235% | 17,681,238 ± 5% | 5,132,001 ± 235% | 518,363 ± 235% |
| Protected Steel | 0.5467 ± 180% | 0.4502 ± 180% | 20,352,983 ± 5% | 11,126,159 ± 180% | 9,163,366 ± 180% |
| Unprotected Steel | 2.195 ± 186% | 4.273 ± 186% | 5,446,393 ± 5% | 11,954,155 ± 187% | 23,270,693 ± 187% |
| Total | | | 43,713,860 ± 3.15% | 28,212,315 ± 115% | 33,099,808 ± 140% |
| **$CO_2$ Emission Factors (Service Basis)** | | | | | |
| $CO_2$ Oxidation Fugitive Emission Factor Development | 28,212,315 lb $CO_2$/yr ÷ 43,713,860 services = 0.65 ± 115% lb $CO_2$/mile-yr | | | | |
| $CO_2$ Leak Fugitive Emission Factor Development | 33,099,808 lb $CO_2$/yr ÷ 43,713,860 services = 0.76 ± 140% lb $CO_2$/mile-yr | | | | |
| **$CO_2$ Emission Factors (Mileage Basis)** | | | | | |
| **Activity Data** | | | | | |
| Service Miles [d] | 518,335 ±5% miles | | | | |
| $CO_2$ Oxidation Fugitive Emission Factor Development | 28,212,315 lb $CO_2$/yr ÷ 518,335 miles of services = 54.4 ± 115% lb $CO_2$/mile-yr | | | | |
| $CO_2$ Leak Fugitive Emission Factor Development | 33,099,808 lb $CO_2$/yr ÷ 518,335 miles of services = 63.9 ± 140% lb $CO_2$/mile-yr | | | | |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Derived in Table C-36.
[c] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[d] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[e] A confidence interval of ± 5% was assumed based on engineering judgment (Campbell, 1996).

The facility-level average $CO_2$ emission factors for gas distribution pipelines are derived in Table C-38.  The facility-level average $CO_2$ emission factor for distribution pipeline leak oxidation is calculated by combining the emission contributions from distribution main pipelines and services and dividing by the total distribution pipeline miles.  Carbon dioxide emissions from distribution pipeline leaks originate from pipeline leaks and other process equipment leaks.  The $CO_2$ emission factor for pipeline leaks is calculated in three steps: first, by subtracting the

©2009 American Petroleum Institute

BLM_0003482

*Appendix C. Additional Fugitive Calculation Information*

emissions from pipeline mains and services from the total distribution emissions (calculated in Table C-29); second, by dividing by the total main pipeline miles and converting to a mass basis; and third, by adding the pre-oxidized distribution pipeline leak emissions, which are calculated by dividing the sum of the total main pipeline leak emissions (derived in Table C-33) and total distribution service leak emissions (derived in Table C-37) by the total miles of distribution pipeline.  Emissions data were taken from Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996).  Pipeline miles were taken from Volume 9 of the GRI/EPA report (Campbell, et al, 1996).  The precision data was calculated using data presented in Volume 9 of the GRI/EPA study (Campbell, et al., 1996).  The factor derivations are shown in Table C-38.

### Table C–38.  Derivation of Facility-Level Average Fugitive $CO_2$ Emission Factors for Gas Distribution Pipelines

| $CO_2$ From Oxidation | | |
|---|---|---|
| Source | U.S. $CO_2$ Emissions, lb $CO_2$/yr | Uncertainty [a], (± %) |
| Total Distribution Mains Emissions [b] | 1,069,677,022 | 78.5 |
| Total Distribution Services Emissions [c] | 28,212,315 | 115 |
| Total | 1,097,889,337 | 76.6 |
| *Activity Data* | | |
| Total Distribution Pipeline Miles [b] | 888,284 | 3.10 |
| *$CO_2$ From Oxidation Emission Factor* | | |
| Emission Factor Development | EF = (1,097,889,337 lb $CO_2$/yr) ÷ (888,284 miles) = | **76.6** |
| **$CO_2$ Oxidation Fugitive Emission Factor** | **1,236 lb $CO_2$/mile-yr** | |
| *$CO_2$ from Leaks* | | |
| Source | U.S. $CH_4$ Emissions, Bscf $CH_4$/yr | Uncertainty [a], (± %) |
| Total Distribution Emissions [d] | 74.71 | 62.7 |
| Total Distribution Mains Emissions [d] | 28.55 | 78.6 |
| Total Distribution Services Emissions [d] | 13.08 | 115 |
| Total | 33.0878 | 163 |
| *Activity Data* | | |
| Total Distribution Pipeline Miles [b] | 888,284 | 3.10 |
| *$CO_2$ From Leaks Emission Factor* | | |
| Emission Factor Development | EF = (33.0878 × 10^9 scf $CH_4$/yr) ÷ (888,284 miles) = 37,249 scf $CH_4$/mile-yr = 1,575 lb $CH_4$/mile-yr | 163 |

©2009 American Petroleum Institute

*Appendix C. Additional Fugitive Calculation Information*

**Table C–38.  Derivation of Facility-Level Average Fugitive $CO_2$ Emission Factors for Gas Distribution Pipelines, continued**

| Source | U.S. $CH_4$ Emissions, Bscf $CH_4$/yr | Uncertainty [a], (± %) |
|---|---|---|
| *$CO_2$ From Leaks Emission Factor, continued* | | |
| Emission Factor Development, continued | EF = (1,575 lb $CH_4$/mile-yr) × (lbmole $CH_4$/16 lb $CH_4$) × (lbmol gas/0.934 lbmole $CH_4$) × (0.02 lbmol $CO_2$/lbmol gas) × (44 lb $CO_2$/lbmol $CO_2$) = 92.55 lb $CO_2$/mile-yr | 163 |
| | EF = (93,830,863 lb $CO_2$/yr[b] + 33,099,808 lb $CO_2$/yr[c]) ÷ (888,284 miles) = 142.9 lb $CO_2$/mile-yr | 62.1 |
| | EF = (92.55 lb $CO_2$/mile-yr) + (142.9 lb $CO_2$/mile-yr) | |
| **$CO_2$ Leak Fugitive Emission Factor** | **235.4 lb $CO_2$/mile-yr** | **74.4** |

Footnotes and Sources:
[a] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.
[b] Total shown in Table C-33.
[c] Derived in Table C-37.
[d] Total shown in Table C-29.

The customer meter $CH_4$ fugitive emission factor presented in Table 6-7 was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996).  This emission factor represents a combination of the commercial/industrial and residential meter emission factors.  The precision data were calculated using data presented in Volume 8 of the GRI/EPA study (Hummel, et al., 1996).  The factor derivation is presented in Table C-39.

**Table C–39.  Derivation of Equipment-Level Fugitive $CH_4$ Emission Factor for Customer Meters**

| Source | U.S. Methane Emissions [a,b], Bscf $CH_4$/yr | Uncertainty [c], ± (%) |
|---|---|---|
| Residential Meters | 5.5468 | 23.7 |
| Commercial/Industrial Meters | 0.2207 | 47.5 |
| Total | 5.7676 | 22.9 |
| *Activity Data* | | |
| Residential Meters (Count) [d] | 40,049,306 | 10 |
| Commercial/Industrial Meters (Count) [e] | 4,608,000 | 5 |
| Total Customer Meters Count | 44,657,306 | 8.98 |
| *Methane Emission Factor* | | |
| Emission Factor Development | EF = (5.7676 × 10$^9$ scf $CH_4$/yr) ÷ (44,657,306 meters) = | **24.6%** |
| **Customer Meter Fugitive CH4 Emission Factor** | **129.15 scf $CH_4$/meters-yr** | |

©2009 American Petroleum Institute

BLM_0003484

*Appendix C. Additional Fugitive Calculation Information*

Footnotes and Sources for Table C-39:

[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

[d] An uncertainty factor of 10% was assigned based on engineering judgment.

[e] An uncertainty factor of 5% was assigned based on engineering judgment.

The distribution meter/regulating stations fugitive $CH_4$ emission factor presented in Table 6-7 was developed using emissions data presented in Appendix A of Volume 2 of the GRI/EPA study (Harrison, et al., 1996). The precision data were calculated using data presented in Volume 10 of the GRI/EPA study (Campbell, et al., 1996). The factor derivation is presented in Table C-40.

### Table C–40.  Derivation of Equipment-Level Fugitive $CH_4$ Emission Factor for Distribution/Meter Reg. Stations

| Source | U.S. Methane Emissions [a,b], Bscf $CH_4$/yr | Uncertainty [c] (± %) |
|---|---|---|
| M & R > 300 psig | 5.451 | 105 |
| M & R 100-300 psig | 11.1731 | 239 |
| M & R < 100 psig | 0.2693 | 455 |
| Regulating > 300 psig | 5.6655 | 119 |
| R-Vault > 300 psig | 0.0266 | 282 |
| Regulating 100-300 psig | 4.352 | 121 |
| R-Vault 100-300 psig | 0.0087 | 155 |
| Regulating 40-100 psig | 0.3317 | 134 |
| R-Vault 40-100 psig | 0.0244 | 121 |
| Regulating <40 psig | 0.0179 | 213 |
| Total | 27.3202 | 105 |
| *Activity Data* | | |
| M & R > 300 psig, stations | 3,460 | 87.0 |
| M & R 100-300 psig, stations | 13,335 | 130 |
| M & R < 100 psig, stations | 7,127 | 145 |
| Regulating > 300 psig, stations | 3,995 | 83.3 |
| R-Vault > 300 psig, stations | 2,346 | 83.3 |
| Regulating 100-300 psig, stations | 12,273 | 74.8 |
| R-Vault 100-300 psig, stations | 5,514 | 74.8 |
| Regulating 40-100 psig, stations | 36,328 | 78.4 |
| R-Vault 40-100 psig, stations | 32,215 | 78.4 |
| Regulating <40 psig, stations | 15,377 | 79.7 |
| Total Stations | 131,970 | 35.0 |
| *Methane Emission Factor* | | |
| Emission Factor Development | EF = (27.3202 × 10⁹ scf $CH_4$/yr) ÷ (131,970 stations) = | **111** |
| **Distribution M&R Station Fugitive Emission Factor** | **207,018 scf $CH_4$/station-yr** | |

©2009 American Petroleum Institute

BLM_0003485

*Appendix C. Additional Fugitive Calculation Information*

Footnotes and Sources for Table C-40:
[a] Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 2: Technical Report*, Final Report, GRI-94/0257.1 and EPA-600/R-96-080b. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
[b] Campbell, L.M. and B.E. Stapper. *Methane Emissions from the Natural Gas Industry, Volume 10: Metering and Pressure Regulating, Stations in Natural Gas, and Transmission and Distribution*, Final Report, GRI-94/0257.27 and EPA-600/R-96-080j. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. Emissions are based on data collected from 95 measurements at 12 locations using downwind tracer gas measurements. The number of stations in each inlet pressure/station category were provided by 12 distribution companies.
[c] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original emission factor.

## C.3.7    Plastic Pipeline Fugitive Emission Leak Factors

The leak basis plastic pipeline emission factors presented in Table 6-11 were developed using data (six data points) presented in Table A-2 of Volume 9 of the GRI/EPA study (Campbell, et al., 1996) and from seven data points from a SoCal gas "unaccounted for" study (SoCal, 1993), as shown below in Table C-41.

### Table C–41.  Derivation of Fugitive Emission Leak Factor from Plastic Pipelines by Construction Year

| Data Source | Test ID Number | Pre-1982 Gas Leak Rate (scf/leak-hr) | Post-1982 (ASTM D2837) Gas Leak Rate (scf/leak-hr) |
|---|---|---|---|
| 1996 GRI/EPA, Volume 9, Table A-2 [a] | 2014 | 0.008 | 0.008 |
| | 3020 | 0.700 | 0.700 |
| | 3019 | 1.130 | 1.130 |
| | 3039 | 1.620 | 1.620 |
| | 11002 | 10.266 | |
| | 2002 | 61.000 | |
| SoCal Unaccounted Study [b, c] | NA | 1.2 | 1.2 |
| | NA | 1.2 | 1.2 |
| | NA | 1.2 | 1.2 |
| | NA | 1.2 | 1.2 |
| | NA | 1.2 | 1.2 |
| | NA | 1.2 | 1.2 |
| | NA | 1.2 | 1.2 |
| **Average Total Gas Leak Rate (scf/leak-hr):** | | **6.394** | **1.078** |

Footnotes and Sources:
[a] Campbell, L. M., M. V. Campbell, and D. L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA 600/R-96-080i. Gas Research Institute and U. S. Environmental Protection Agency, June 1996.
[b] Southern California Gas Company (SoCal). *A Study of the 1991 Unaccounted-for Gas Volume at the Southern Gas Company*, April 1993.
[c] The SoCal data were taken from: California Energy Commission (CEC). *Evaluation of Oil and Gas Sector Greenhouse Gas Emissions Estimation and Reporting*, California Energy Commission, Consultant Report, Final Draft, April 14, 2006.

©2009 American Petroleum Institute

BLM_0003486

All six leak data points from Table A-2 of Volume 9 of the GRI/EPA study and all seven data points from the SoCal data were averaged to develop the pre-1982 plastic pipeline emission factor (i.e., average of the 13 total data points). As shown in Table C-41, data points "11002" and "2002" appear high, and were assumed to reflect the amount of inferior pre-1982 plastic pipelines that may be used. Therefore, these two data points were not included in the dataset used to develop the post-1982 (ASTM 2837) pipeline emission factors (but the other 11 out of 13 data points from the GRI/EPA and SoCal studies were included and assumed to reflect post-1982 plastic pipeline materials of construction).

The leak based emission factors provided in Table C-41 were further converted to a plastic pipeline mileage basis based on the U.S. national equivalent leak/miles ratio taken from data presented in Volume 9 of the 1996 GRI/EPA study. Equivalent leaks and plastic pipeline miles were not provided by year of construction, so this conversion was based on the total U.S. equivalent leaks and miles of plastic pipeline. The converted factors are presented in Table 6-11.

### C.3.8    *CO₂ Pipeline Fugitive Emissions*

Section 6.1.4 cites an IPCC equation to estimate fugitive emissions from the pipeline transport of $CO_2$, such as for EOR operations, similar to fugitive emissions from the pipeline transport of natural gas. IPCC starts the derivation by characterizing the pressure drop in the pipe using the following formula for any geometry:

$$\Delta P = \frac{f}{2} \rho \, v^2 \, \frac{l}{D} \qquad\qquad\qquad \text{(Equation C-5)}$$

where
   $v$ = linear velocity of the gas through the leak;
   $\rho$ = gas density;
   $f$ = the dimensionless friction number;
   $l$ = length of the system; and
   $D$ = diameter of the system.

IPCC assumes that that the friction number, $f$, is one due its independence from the nature of the gas. IPCC assumes that the internal pressure and physical dimensions of the pipeline are the same for $CH_4$ and $CO_2$. These assumptions result in the velocity being proportional to the square root of the density, and therefore proportional to the square root of the molecular weights when assuming an ideal gas, as shown in the equation below.

©2009 American Petroleum Institute

BLM_0003487

*Appendix C. Additional Fugitive Calculation Information*

$$v \sim \frac{1}{\sqrt{\rho}} \text{ or } v \sim \frac{1}{\sqrt{\text{Molecular Weight}}}$$
(Equation C-6)

The mass emission rate is equal to the product of the velocity, area, and gas density:

$$\text{Mass emission rate} = v \times (\text{area}) \times \rho$$
(Equation C-7)

Substituting Equation C-7 into the proportionality represented by Equation C-6 and expressing the densities as being proportional to the molecular weights (16 for $CH_4$ and 44 for $CO_2$) yields Equation 6-9, repeated here.

$$EF_{CO_2} = EF_{CH_4} \times \sqrt{\frac{44}{16}}$$
(Equation 6-9)

## C.4    References

American Petroleum Institute (API). *Emission Factors for Oil and Gas Production Operations*, API Publication No. 4615, Health and Environmental Sciences Department, January 1995. Available for purchase from: http://global.ihs.com, accessed May 1, 2009.

American Petroleum Institute (API). *Calculation Workbook for Oil and Gas Production Equipment Fugitive Emissions*, API Publication No. 4638, Health and Environmental Sciences Department, July 1996. Available for purchase from: http://global.ihs.com, accessed May 1, 2009.

American Petroleum Institute (API). *Fugitive Hydrocarbon Emissions from Oil and Gas Production Operations*, API Publication No. 4589, Health and Environmental Sciences Department, December 1993. Available for purchase from: http://global.ihs.com, accessed May 1, 2009.

Campbell, L.M., M.V. Campbell, and D.L. Epperson. *Methane Emissions from the Natural Gas Industry, Volume 9: Underground Pipelines*, Final Report, GRI-94/0257.26 and EPA-600/R-96-080i. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. (Part of the GRI/EPA methane emissions inventory project.)

©2009 American Petroleum Institute

BLM_0003488

http://www.epa.gov/gasstar/documents/emissions_report/9_underground.pdf, accessed May 1, 2009.

Campbell, L.M. and B.E. Stapper. *Methane Emissions from the Natural Gas Industry, Volume 10: Metering and Pressure Regulating, Stations in Natural Gas, and Transmission and Distribution,* Final Report, GRI-94/0257.27 and EPA-600/R-96-080j.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
http://www.epa.gov/gasstar/documents/emissions_report/10_metering.pdf, accessed May 1, 2009.

Canadian Association of Petroleum Producers (CAPP). *Calculating Greenhouse Gas Emissions,* Guide, Canadian Association of Petroleum Producers, Publication Number 2003-0003, April 2003. (Cited Tables 1-7, 1-8, and 1-15 through 1-19).
http://www.capp.ca/raw.asp?x=1&dt=PDF&dn=55904, accessed May 1, 2009.

Canadian Association of Petroleum Producers (CAPP). *A National Inventory of Greenhouse Gas (GHG), Criteria Air Contaminant (CAC) and Hydrogen Sulphide ($H_2S$) Emissions by the Upstream Oil and Gas Industry, Volume 5, Compendium of Terminology, Information Sources, Emission Factors, Equipment Sched's and Uncertainty Data,* Technical Report, Canadian Association of Petroleum Producers, Prepared by Clearstone Engineering, Publication Number 2005-0015, September 2004.  http://www.capp.ca/getdoc.aspx?DocId=86226&DT=NTV, accessed May 1, 2009.

California Energy Commission (CEC). *Evaluation of Oil and Gas Sector Greenhouse Gas Emissions Estimation and Reporting,* California Energy Commission, Consultant Report, Final Draft, April 14, 2006

Harrison, M.R., Campbell, L.M., M.V. Campbell, and D.L. Epperson.  Methane Emissions from the Natural Gas Industry, *Volume 2: Technical Report,* Final Report, GRI-94/0257.1 and EPA-600/R-96-080b.  Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
http://www.epa.gov/gasstar/documents/emissions_report/2_technicalreport.pdf, accessed May 1, 2009.

Harrison, M.R., H.J. Williamson, and L.M. Campbell. *Methane Emissions from the Natural Gas Industry, Volume 3: General Methodology,* Final Report, GRI-94/0257.20 and EPA-600/R-96-080c, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

©2009 American Petroleum Institute

BLM_0003489

http://www.epa.gov/gasstar/documents/emissions_report/3_generalmeth.pdf, accessed May 1, 2009.

Harrison, M.R., T.M. Shires, R.A. Baker, and C.J. Loughran. *Methane Emissions from the U.S. Petroleum Industry*, Final Report, EPA-600/R-99-010. U.S. Environmental Protection Agency, February 1999.

Hummel, K.E., L.M. Campbell, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/8_equipmentleaks.pdf, accessed May 1, 2009.

Picard, D. J., B. D. Ross, and D. W. H. Koon. *A Detailed Inventory of $CH_4$ and VOC Emissions from Upstream Oil and Gas Operations in Alberta*, Volume II, Canadian Petroleum Association, March 1992 (Cited Tables 12 through 15).

Southern California Gas Company (SoCal). *A Study of the 1991 Unaccounted-for Gas Volume at the Southern Gas Company*, April 1993.

Stapper, B.E. *Methane Emissions from the Natural Gas Industry, Volume 5: Activity Factors*, Final Report, GRI-94/0257.22 and EPA-600/R-96-080e. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/5_activityfactors.pdf, accessed May 1, 2009.

UK Offshore Operators Association Limited (UKOOA). *Environmental Emissions Monitoring System, Guidelines for the Compilation of an Atmospheric Emissions Inventory*, Document A-DUM-0020, Revision Number 4.0, December 2002.

U.S. Department of Energy (DOE). *Natural Gas Annual 1992, Annual Report of Natural Gas Liquids Production.*, Volume 1, DOE/EIA-0131(92)/1. U.S. Department of Energy, Energy Information Administration (EIA), November 1993.

U.S. Department of Energy (DOE). *Petroleum Supply Annual*, 1993.

©2009 American Petroleum Institute

BLM_0003490

U.S. Environmental Protection Agency (EPA).  SPECIATE Version 4.0, computer program, U.S. Environmental Protection Agency, Technology Transfer Network, Clearinghouse for Inventories & Emission Factors (CHIEF), December 2006.
http://www.epa.gov/ttn/chief/software/speciate/index.html, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995.
http://www.epa.gov/ttn/chief/efdocs/equiplks.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003491



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## APPENDIX D

## ADDITIONAL INDIRECT CALCULATION INFORMATION



BLM_0003492

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Appendix D – Additional Indirect Calculation Information

August 2009

BLM_0003493

BLM_0003494

**Table of Contents**

**D.  ADDITIONAL INDIRECT CALCULATION INFORMATION**.................................. **D-1**

   D.1  Development of International Electricity Grid Emission Factors................ D-1

   D.2  Historical Electric Grid Emission Factors ................................................ D-12

   D.3  References ................................................................................................ D-16

August 2009
©2009 American Petroleum Institute

BLM_0003495

# List of Tables

Table D–1.  Summary of Year 2006 Electricity Generation Information for OECD Countries ........................................................................................... D-2

Table D–2.  Summary of Year 2005 Electricity Generation Information for Non-OECD Countries ........................................................................................... D-7

Table D–3.  OECD Member Country International Electric Grid Emission Factors, Average of 2000 – 2002 Data (Generation Basis) ................................................ D-13

Table D–4.  Non-OECD Member Country International Electric Grid Emission Factors, Average of 2000 – 2001 Data (Generation Basis) ................................................ D-14

Table D–5.  Average Canadian Electricity Usage Emission Factors by Province (1999-2001 data) ........................................................................................... D-16

©2009 American Petroleum Institute

BLM_0003496

# D. ADDITIONAL INDIRECT CALCULATION INFORMATION

This section presents supplemental information for the indirect emission calculation methodologies presented in Section 7.

## D.1  Development of International Electricity Grid Emission Factors

Composite grid emission factors can be developed using a weighted average approach if the electric contribution of the various generation and fuel types are known. The calculation approach is demonstrated for international grid emission factors, but can be applied to any geographic region. This approach can also be applied to account for green power purchases as part of a designated electric block.

The IEA provides annual electric generation data (data for OECD countries as summarized in Table D-1) (IEA, 2007). This information can be combined with the emission factors from Table 7-1 using a weighted average basis to derive country-based emission factors for electricity generation. This weighted average approach is represented by Equation D-1:

$$\text{National Electric EF} = \sum \left[ \frac{10^{12}\text{W-hr for Fuel Type}_i}{10^{12}\text{W-hr Total}} \times \text{Base EF for Fuel/Generation Type}_i \left( \frac{\text{tonnes}}{10^{6}\text{W-hr}} \right) \right]$$

(Equation D-1)

Table 7-1 footnotes the municipal solid waste boiler and wood waste biomass boiler emission factors, indicating that these sources are carbon neutral. This is consistent with policies adopted by IPCC and EPA, where $CO_2$ emissions resulting from biomass combustion are not included based on the assumption that biogenic carbon emitted is offset by the growth of new biomass. Therefore, in developing the grid emission factors, zero $CO_2$ emissions are applied for these sources. However, the $CH_4$ and $N_2O$ emission factors from Table 7-1 are included in the calculations.

©2009 American Petroleum Institute

BLM_0003497

*Appendix D. Additional Indirect Calculation Information*

## Table D–1.  Summary of Year 2006 Electricity Generation Information for OECD Countries

| Country | Coal | Oil | Gas | Geothermal | Wind, hydro, solar nuclear & chemical | Solid biomass & biogas | Industrial waste | Municipal waste | Peat | Other fuels and waste | Total Generation ($10^{12}$ W-hr) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Generation Contribution (%) | | | | | | |
| Australia | 78.86 | 0.80 | 12.42 | 0.00 | 7.05 | 0.88 | 0.00 | 0.00 | 0.00 | 0.00 | 254.99 |
| Austria | 11.09 | 2.56 | 22.07 | 0.00 | 59.26 | 4.17 | 0.33 | 0.50 | 0.00 | 0.00 | 63.57 |
| Belgium | 9.50 | 2.02 | 29.13 | 0.00 | 56.77 | 1.46 | 0.16 | 0.99 | 0.00 | 0.00 | 86.21 |
| Canada | 15.88 | 3.04 | 6.12 | 0.00 | 73.49 | 1.47 | 0.00 | 0.00 | 0.00 | 0.00 | 616.57 |
| Czech Republic | 58.48 | 0.39 | 5.22 | 0.00 | 34.83 | 1.08 | 0.00 | 0.02 | 0.00 | 0.00 | 84.29 |
| Denmark | 53.43 | 3.29 | 20.84 | 0.00 | 13.45 | 4.80 | 0.00 | 4.21 | 0.00 | 0.00 | 45.59 |
| Finland | 17.65 | 0.61 | 16.29 | 0.00 | 42.33 | 14.09 | 0.07 | 0.44 | 8.52 | 0.00 | 82.16 |
| France | 3.99 | 1.23 | 4.44 | 0.00 | 89.47 | 0.34 | 0.00 | 0.53 | 0.00 | 0.00 | 574.47 |
| Germany | 45.49 | 1.66 | 13.20 | 0.00 | 35.96 | 2.55 | 0.00 | 1.14 | 0.00 | 0.00 | 633.16 |
| Greece | 57.69 | 14.95 | 13.26 | 0.00 | 13.72 | 0.20 | 0.17 | 0.00 | 0.00 | 0.00 | 59.35 |
| Hungary | 19.94 | 1.20 | 36.73 | 0.00 | 38.18 | 3.46 | 0.03 | 0.47 | 0.00 | 0.00 | 35.86 |
| Iceland | 0.00 | 0.10 | 0.00 | 26.49 | 73.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.93 |
| Ireland | 21.08 | 9.75 | 50.05 | 0.00 | 11.08 | 0.47 | 0.00 | 0.00 | 7.57 | 0.00 | 27.89 |
| Italy | 14.16 | 14.97 | 52.14 | 1.76 | 14.99 | 1.08 | 0.05 | 0.85 | 0.00 | 0.00 | 315.05 |
| Japan | 24.35 | 9.96 | 26.35 | 0.29 | 37.64 | 0.76 | 0.01 | 0.65 | 0.00 | 0.00 | 1073.21 |
| Korea | 36.40 | 5.77 | 19.89 | 0.00 | 37.87 | 0.05 | 0.00 | 0.03 | 0.00 | 0.00 | 407.38 |
| Luxembourg | 0.00 | 0.00 | 75.06 | 0.00 | 23.09 | 0.69 | 0.00 | 1.39 | 0.00 | 0.00 | 4.33 |
| Mexico | 12.44 | 27.33 | 40.23 | 2.64 | 16.35 | 1.01 | 0.00 | 0.00 | 0.00 | 0.00 | 253.29 |
| Netherlands | 23.22 | 2.21 | 61.22 | 0.00 | 6.61 | 3.92 | 0.00 | 2.83 | 0.00 | 0.00 | 98.27 |
| New Zealand | 11.26 | 0.05 | 23.29 | 7.75 | 56.09 | 1.53 | 0.00 | 0.00 | 0.00 | 0.00 | 43.07 |
| Norway | 0.04 | 0.01 | 0.44 | 0.00 | 99.15 | 0.28 | 0.01 | 0.08 | 0.00 | 0.00 | 121.66 |
| Poland | 91.87 | 1.58 | 3.13 | 0.00 | 2.03 | 1.16 | 0.24 | 0.00 | 0.00 | 0.00 | 161.69 |
| Portugal | 30.56 | 10.38 | 25.46 | 0.16 | 29.34 | 2.87 | 0.02 | 1.20 | 0.00 | 0.00 | 49.05 |
| Slovak Republic | 17.25 | 2.33 | 8.29 | 0.00 | 72.00 | 0.03 | 0.00 | 0.16 | 0.00 | 0.00 | 31.36 |

©2009 American Petroleum Institute
BLM_0003498

*Appendix D. Additional Indirect Calculation Information*

**Table D–1.  Summary of Year 2006 Electricity Generation Information for OECD Countries, continued**

| Country | Coal | Oil | Gas | Geothermal | Wind, hydro, solar nuclear & chemical | Solid biomass & biogas | Industrial waste | Municipal waste | Peat | Other fuels and waste | Total Generation ($10^{12}$ W-hr) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Generation Contribution (%) | | | | | | |
| Spain | 21.99 | 7.87 | 30.20 | 0.00 | 37.15 | 1.98 | 0.00 | 0.82 | 0.00 | 0.00 | 302.86 |
| Sweden | 0.68 | 1.41 | 1.50 | 0.00 | 90.58 | 4.83 | 0.03 | 0.63 | 0.34 | 0.34 | 143.14 |
| Switzerland | 0.00 | 0.33 | 1.50 | 0.00 | 94.58 | 0.39 | 0.48 | 2.74 | 0.00 | 0.00 | 64.21 |
| Turkey | 25.85 | 4.38 | 44.48 | 0.05 | 25.18 | 0.02 | 0.05 | 0.00 | 0.00 | 0.00 | 175.89 |
| United Kingdom | 37.68 | 1.51 | 35.95 | 0.00 | 22.02 | 1.64 | 0.82 | 0.39 | 0.00 | 0.00 | 398.72 |
| United States | 49.57 | 1.85 | 19.59 | 0.39 | 26.93 | 1.15 | 0.12 | 0.40 | 0.00 | 0.00 | 4277.10 |
| OECD Total | 36.46 | 4.12 | 20.56 | 0.36 | 36.48 | 1.34 | 0.10 | 0.49 | 0.09 | 0.09 | 10494.32 |
| OECD Europe | 26.94 | 3.72 | 21.72 | 0.23 | 44.31 | 1.93 | 0.13 | 0.75 | 0.27 | 0.27 | 3568.72 |
| OECD Pacific | 34.61 | 7.45 | 22.80 | 0.36 | 33.75 | 0.63 | 0.01 | 0.40 | 0.00 | 0.00 | 1778.64 |
| OECD North America | 43.71 | 3.25 | 18.99 | 0.45 | 31.98 | 1.18 | 0.10 | 0.34 | 0.00 | 0.00 | 5146.96 |

Source:
International Energy Agency, Electricity Information 2007 Edition: *Documentation for Beyond 2020 Files*, Table 2.2.  Gross Electricity Production, By Country, By Fuel, 2006e (TWh) and Table 2.3.  Gross Electricity Production From Combustible Fuels, By Country, 2006e (TWh).

©2009 American Petroleum Institute

BLM_0003499

Additional IEA information provides the electrical capacity of each country within the OECD (IEA, 2007). For the purpose of developing international grid emission factors for the API *Compendium*, this information was used to assign appropriate emission factors from Table 7-1 to the fuel types. The IEA information indicates that the majority of the electrical capacity for the OECD countries is generated by steam turbines, followed by combined cycle. In calculating the national emission factors, the oil steam turbine emission factor is applied to electric generation by oil fuels and the gas combined cycle emission factor is applied to electric generation by gas fuels. As mentioned previously, the wood waste biomass emission factors for $CO_2$ are not included, but the $CH_4$ and $N_2O$ emission factors are applied to electricity generation by combustible renewables. Similarly, the $CO_2$ emissions from municipal solid waste are zero, while the DOE $CH_4$ and $N_2O$ emission factors are applied to this electric generation. The municipal solid waste boiler emission factors are also applied to the "industrial waste" and "other fuels and waste" categories of electric generation.

Calculation of the national emission factors is illustrated below for Italy.

---

**Exhibit D.1**     **Electricity Emission Factor Development for Italy – Generation Based Approach**

INPUT DATA:
Calculate the weighted average emission factors for Italy for 2006. Provide the complete derivation for the $CO_2$ emission factor.

CALCULATION METHODOLOGY:
Table D-1 provides the year 2006 fuel mix for electricity production in Italy. Table 7-1 provides the emission factors for different electricity generation types. Applying Equation D-1, the weighted emission factors are calculated by multiplying the ratio of the electricity generation of each fuel to the overall generation (from Table D-1) by the base emission factor (from Table 7-1), then summing for all of the fuel types.

---

©2009 American Petroleum Institute

BLM_0003500

*Appendix D. Additional Indirect Calculation Information*

**Exhibit D.1**        **Electricity Emission Factor Development for Italy – Generation Based Approach, continued**

$$EF_{CO_2} = \left( \frac{0.1416 \times 10^{12} \text{W-hr}_{coal}}{10^{12} \text{W-hr}_{Total}} \times \frac{0.828 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right)$$

$$+ \left( \frac{0.1497 \times 10^{12} \text{W-hr}_{oil}}{10^{12} \text{W-hr}_{Total}} \times \frac{0.682 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right) + \left( \frac{0.5214 \times 10^{12} \text{Whr}_{gas}}{10^{12} \text{W-hr}_{Total}} \times \frac{0.483 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right)$$

$$+ \left( \frac{0.0176 \times 10^{12} \text{W-hr}_{geothermal}}{10^{12} \text{W-hr}_{Total}} \times \frac{0.0764 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right) + \left( \frac{0.1499 \times 10^{12} \text{W-hr}_{wind, hydro, solar, nuclear, chemical}}{10^{12} \text{W-hr}_{Total}} \times \frac{0 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right)$$

$$+ \left( \frac{0.0108 \times 10^{12} \text{W-hr}_{solid biomass \& biogas}}{10^{12} \text{W-hr}_{Total}} \times \frac{1.700 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right) + \left( \frac{0.0005 \times 10^{12} \text{W-hr}_{industrial waste}}{10^{12} \text{W-hr}_{Total}} \times \frac{1.700 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right)$$

$$+ \left( \frac{0.0085 \times 10^{12} \text{W-hr}_{municipal waste}}{10^{12} \text{W-hr}_{Total}} \times \frac{0 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right) + \left( \frac{0 \times 10^{12} \text{W-hr}_{peat}}{10^{12} \text{W-hr}_{Total}} \times \frac{1.7 \text{ tonnes } CO_2}{10^6 \text{W-hr}} \right)$$

$$+ \left( \frac{0 \times 10^{12} \text{Whr}_{other}}{10^{12} \text{Whr}_{Total}} \times \frac{0.40 \text{ tonnes } CO_2}{10^6 \text{Whr}} \right)$$

$$EF_{CO_2} = \left[ \left( 0.117 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{coal} + \left( 0.102 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{oil} + \left( 0.252 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{gas} \right.$$

$$+ \left( 0.001 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{geothermal} + \left( 0 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{wind, hydro, solar, nuclear, chemical} + \left( 0 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{solid biomass \& biogas}$$

$$+ \left( 0.001 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{industrial waste} + \left( 0 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{municipal waste} + \left( 0 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{peat}$$

$$\left. + \left( 0 \frac{\text{tonnes } CO_2}{10^6 \text{W-hr}} \right)_{other} \right]$$

©2009 American Petroleum Institute

BLM_0003501

*Appendix D. Additional Indirect Calculation Information*

**Exhibit D.1**        **Electricity Emission Factor Development for Italy – Generation Based Approach, continued**

$\underline{EF_{CO_2} = 0.473 \text{ tonnes } CO_2/10^6 \text{ W-hr}}$

| Fuel/ Generation Type | % Contribution to Electricity Generation | Tonnes/ $10^6$ W-hr | | | | | |
|---|---|---|---|---|---|---|---|
| | | Base $CO_2$ EF | Weighted $CO_2$ EF | Base $CH_4$ EF | Weighted $CH_4$ EF | Base $N_2O$ EF | Weighted $N_2O$ EF |
| Coal | 14.16 | 0.828 | 0.117 | 1.81E-05 | 2.57E-06 | 1.542E-04 | 2.18E-05 |
| Oil | 14.97 | 0.682 | 0.102 | 6.35E-06 | 9.51E-07 | 9.870E-05 | 1.48E-05 |
| Gas | 52.14 | 0.483 | 0.252 | 3.97E-05 | 2.07E-05 | 6.872E-05 | 3.58E-05 |
| Geothermal | 1.76 | 0.0764 | 0.001 | 7.53E-07 | 1.32E-08 | 0 | 0 |
| Wind, hydro, solar, nuclear, chemical | 14.99 | 0 | 0 | 0 | 0.00E+00 | 0 | 0 |
| Solid biomass (wood) & biogas | 1.08 | 0 | 0 | 6.35E-05 | 6.87E-07 | 2.495E-04 | 2.70E-06 |
| Industrial waste | 0.05 | 1.700 | 0.001 | 9.07E-06 | 4.32E-09 | 2.495E-04 | 1.19E-07 |
| Municipal waste | 0.85 | 0 | 0 | 9.07E-06 | 7.75E-08 | 2.495E-04 | 2.13E-06 |
| Peat | 0.00 | 1.700 | 0 | 9.07E-06 | 0 | 2.495E-04 | 0 |
| Other | 0.00 | 0.40 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **100.00** | **--** | **0.473** | **--** | **2.50E-05** | **--** | **7.74E-05** |

The resulting 2006 weighted average emission factors for Italy are:

$\underline{EF_{CO2} = 0.473 \text{ tonnes}/10^6 \text{ W-hr}}$

$\underline{EF_{CH4} = 2.50E-05 \text{ tonnes}/10^6 \text{ W-hr}}$

$\underline{EF_{N2O} = 7.74E-05 \text{ tonnes}/10^6 \text{ W-hr}}$

The same approach was used to estimate "grid" emission factors for the years 2003 through 2005. The results shown in Table 7-5 are an average of the four years for OECD countries. Table D-2 summarizes the electricity generation information for non-OECD countries for 2005. Table 7-6 presents 2005 data for non-OECD countries (2003, 2004 and 2006 data are not currently available for the non-OECD countries).

©2009 American Petroleum Institute

BLM_0003502

*Appendix D. Additional Indirect Calculation Information*

### Table D–2.  Summary of Year 2005 Electricity Generation Information for Non-OECD Countries

| Country | Coal | Oil | Gas | Geothermal | Wind, hydro, solar, nuclear, chemical & Other | Solid biomass & biogas | Industrial waste | Municipal waste | Peat | Total Generation ($10^{12}$ W-hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Generation Contribution (%) | | | | | |
| **Africa** | | | | | | | | | | |
| Algeria | 0.00 | 2.15 | 96.20 | 0.00 | 1.65 | 0.00 | 0.00 | 0.00 | 0.00 | 33.92 |
| Angola | 0.00 | 34.34 | 0.00 | 0.00 | 66.04 | 0.00 | 0.00 | 0.00 | 0.00 | 2.65 |
| Benin | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 |
| Botswana | 100.00 | 1.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.97 |
| Cameroon | 0.00 | 5.54 | 0.00 | 0.00 | 94.22 | 0.00 | 0.00 | 0.00 | 0.00 | 4.15 |
| Congo | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 |
| Democratic Republic of Congo | 0.00 | 0.27 | 0.00 | 0.00 | 99.73 | 0.00 | 0.00 | 0.00 | 0.00 | 7.42 |
| Côte d'Ivoire | 0.00 | 0.18 | 74.15 | 0.00 | 25.85 | 0.00 | 0.00 | 0.00 | 0.00 | 5.57 |
| Egypt | 0.00 | 13.55 | 74.31 | 0.00 | 12.14 | 0.00 | 0.00 | 0.00 | 0.00 | 108.69 |
| Eritrea | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.29 |
| Ethiopia | 0.00 | 0.70 | 0.00 | 0.00 | 99.30 | 0.00 | 0.00 | 0.00 | 0.00 | 2.87 |
| Gabon | 0.00 | 31.85 | 15.92 | 0.00 | 51.59 | 0.64 | 0.00 | 0.00 | 0.00 | 1.57 |
| Ghana | 0.00 | 21.50 | 0.00 | 0.00 | 78.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.79 |
| Kenya | 0.00 | 29.50 | 0.00 | 14.83 | 50.50 | 5.33 | 0.00 | 0.00 | 0.00 | 6.00 |
| Libya | 0.00 | 71.82 | 28.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.50 |
| Morocco | 69.21 | 23.59 | 0.00 | 0.00 | 7.24 | 0.00 | 0.00 | 0.00 | 0.00 | 22.64 |
| Mozambique | 0.00 | 0.08 | 0.08 | 0.00 | 99.77 | 0.00 | 0.00 | 0.00 | 0.00 | 13.29 |
| Namibia | 0.58 | 2.92 | 0.00 | 0.00 | 97.08 | 0.00 | 0.00 | 0.00 | 0.00 | 1.71 |
| Nigeria | 0.00 | 12.66 | 53.57 | 0.00 | 33.77 | 0.00 | 0.00 | 0.00 | 0.00 | 23.54 |
| Senegal | 0.00 | 79.53 | 2.36 | 0.00 | 16.54 | 1.97 | 0.00 | 0.00 | 0.00 | 2.54 |
| South Africa | 93.34 | 0.00 | 0.00 | 0.00 | 6.55 | 0.11 | 0.00 | 0.00 | 0.00 | 244.92 |
| Sudan | 0.00 | 70.15 | 0.00 | 0.00 | 30.10 | 0.00 | 0.00 | 0.00 | 0.00 | 4.12 |
| United Republic of Tanzania | 3.29 | 38.16 | 0.00 | 0.00 | 58.55 | 0.00 | 0.00 | 0.00 | 0.00 | 3.04 |
| Togo | 0.00 | 57.89 | 0.00 | 0.00 | 36.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 |
| Tunisia | 0.00 | 8.20 | 90.41 | 0.00 | 1.39 | 0.00 | 0.00 | 0.00 | 0.00 | 13.66 |

BLM_0003503

©2009 American Petroleum Institute

### Table D–2.  Summary of Year 2005 Electricity Generation Information for Non-OECD Countries, continued

| Country | Coal | Oil | Gas | Geothermal | Wind, hydro, solar, nuclear, chemical & Other | Solid biomass & biogas | Industrial waste | Municipal waste | Peat | Total Generation ($10^{12}$ W-hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Generation Contribution (%) | | | | | |
| **Africa (cont)** | | | | | | | | | | |
| Zambia | 0.22 | 0.45 | 0.00 | 0.00 | 99.33 | 0.00 | 0.00 | 0.00 | 0.00 | 8.94 |
| Zimbabwe | 42.94 | 0.19 | 0.00 | 0.00 | 56.77 | 0.00 | 0.00 | 0.00 | 0.00 | 10.27 |
| Other Africa | 8.78 | 46.03 | 0.00 | 0.00 | 45.27 | 0.00 | 0.00 | 0.00 | 0.00 | 13.21 |
| **Latin America** | | | | | | | | | | |
| Argentina | 1.49 | 5.44 | 52.88 | 0.00 | 38.96 | 1.23 | 0.00 | 0.00 | 0.00 | 105.77 |
| Bolivia | 0.00 | 16.63 | 32.31 | 0.00 | 47.80 | 3.25 | 0.00 | 0.00 | 0.00 | 5.23 |
| Brazil | 1.58 | 2.91 | 5.57 | 0.00 | 86.39 | 3.56 | 0.00 | 0.00 | 0.00 | 403.03 |
| Chile | 16.72 | 3.40 | 29.94 | 0.00 | 48.14 | 1.80 | 3.00 | 0.00 | 0.00 | 49.94 |
| Colombia | 7.87 | 0.21 | 13.65 | 0.00 | 77.18 | 1.09 | 0.00 | 0.00 | 0.00 | 51.57 |
| Costa Rica | 0.00 | 3.27 | 0.00 | 13.94 | 82.06 | 0.73 | 0.00 | 0.00 | 0.00 | 8.25 |
| Cuba | 0.00 | 97.52 | 0.00 | 0.00 | 0.59 | 1.96 | 0.00 | 0.00 | 0.00 | 15.34 |
| Dominican Republic | 10.00 | 74.57 | 0.31 | 0.00 | 14.73 | 0.47 | 0.00 | 0.00 | 0.00 | 12.90 |
| Ecuador | 0.00 | 40.97 | 7.69 | 0.00 | 51.34 | 0.00 | 0.00 | 0.00 | 0.00 | 13.40 |
| El Salvador | 0.00 | 42.56 | 0.00 | 22.01 | 35.01 | 0.42 | 0.00 | 0.00 | 0.00 | 4.77 |
| Guatemala | 13.89 | 31.48 | 0.00 | 0.00 | 42.72 | 11.90 | 0.00 | 0.00 | 0.00 | 7.56 |
| Haiti | 0.00 | 51.79 | 0.00 | 0.00 | 48.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.56 |
| Honduras | 0.00 | 66.49 | 0.00 | 0.00 | 32.26 | 1.25 | 0.00 | 0.00 | 0.00 | 5.58 |
| Jamaica | 0.00 | 96.63 | 0.00 | 0.00 | 2.02 | 1.35 | 0.00 | 0.00 | 0.00 | 7.42 |
| Netherlands Antilles | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.25 |
| Nicaragua | 0.00 | 69.69 | 0.00 | 9.41 | 14.98 | 5.57 | 0.00 | 0.00 | 0.00 | 2.87 |
| Panama | 0.00 | 35.68 | 0.00 | 0.00 | 63.81 | 0.34 | 0.00 | 0.00 | 0.00 | 5.83 |
| Paraguay | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.17 |
| Peru | 3.14 | 8.24 | 9.69 | 0.00 | 78.27 | 0.63 | 0.00 | 0.00 | 0.00 | 25.50 |
| Trinidad and Tobago | 0.00 | 0.14 | 99.43 | 0.00 | 0.00 | 0.28 | 0.00 | 0.00 | 0.00 | 7.06 |

©2009 American Petroleum Institute

BLM_0003504

*Appendix D. Additional Indirect Calculation Information*

### Table D–2.  Summary of Year 2005 Electricity Generation Information for Non-OECD Countries, continued

| Country | Coal | Oil | Gas | Geothermal | Wind, hydro, solar, nuclear, chemical & Other | Solid biomass & biogas | Industrial waste | Municipal waste | Peat | Total Generation ($10^{12}$ W-hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Generation Contribution (%) | | | | | |
| **Latin America (cont)** | | | | | | | | | | |
| Uruguay | 0.00 | 12.50 | 0.00 | 0.00 | 87.11 | 0.52 | 0.00 | 0.00 | 0.00 | 7.68 |
| Venezuela | 0.00 | 10.48 | 15.64 | 0.00 | 73.89 | 0.00 | 0.00 | 0.00 | 0.00 | 101.54 |
| Other Latin America | 0.00 | 85.60 | 0.09 | 0.00 | 13.45 | 0.86 | 0.00 | 0.00 | 0.00 | 11.60 |
| **Asia** | | | | | | | | | | |
| Bangladesh | 0.00 | 6.76 | 87.54 | 0.00 | 5.70 | 0.00 | 0.00 | 0.00 | 0.00 | 22.64 |
| Brunei Darussalam | 0.00 | 1.03 | 98.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.91 |
| Cambodia | 0.00 | 95.45 | 0.00 | 0.00 | 4.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.88 |
| India | 68.66 | 4.47 | 8.94 | 0.00 | 17.66 | 0.27 | 0.00 | 0.00 | 0.00 | 699.04 |
| Indonesia | 40.65 | 31.94 | 13.78 | 5.18 | 8.45 | 0.00 | 0.00 | 0.00 | 0.00 | 127.36 |
| Democratic People's Republic of Korea | 39.02 | 3.67 | 0.00 | 0.00 | 57.31 | 0.00 | 0.00 | 0.00 | 0.00 | 22.91 |
| Malaysia | 26.49 | 2.85 | 64.02 | 0.00 | 6.62 | 0.00 | 0.00 | 0.00 | 0.00 | 87.31 |
| Mongolia | 97.15 | 2.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.51 |
| Myanmar | 0.00 | 10.30 | 39.87 | 0.00 | 49.83 | 0.00 | 0.00 | 0.00 | 0.00 | 6.02 |
| Nepal | 0.00 | 0.00 | 0.00 | 0.00 | 99.59 | 0.00 | 0.00 | 0.00 | 0.00 | 2.42 |
| Pakistan | 0.14 | 20.32 | 44.01 | 0.00 | 35.53 | 0.00 | 0.00 | 0.00 | 0.00 | 93.83 |
| Philippines | 26.98 | 10.86 | 29.81 | 17.51 | 14.84 | 0.00 | 0.00 | 0.00 | 0.00 | 56.55 |
| Singapore | 0.00 | 25.60 | 74.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.21 |
| Sri Lanka | 0.00 | 60.55 | 0.00 | 0.00 | 39.34 | 0.00 | 0.00 | 0.00 | 0.00 | 8.77 |
| Chinese Taipei | 52.81 | 6.58 | 18.25 | 0.00 | 21.06 | 0.13 | 0.00 | 1.16 | 0.00 | 227.36 |
| Thailand | 15.11 | 6.60 | 71.42 | 0.00 | 4.39 | 2.49 | 0.00 | 0.00 | 0.00 | 132.20 |
| Vietnam | 16.72 | 4.64 | 38.51 | 0.00 | 40.12 | 0.00 | 0.00 | 0.00 | 0.00 | 53.46 |
| Other Asia | 0.00 | 59.64 | 0.00 | 0.00 | 40.36 | 0.00 | 0.00 | 0.00 | 0.00 | 14.27 |
| Hong Kong (China) | 62.65 | 0.57 | 36.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.45 |

©2009 American Petroleum Institute

BLM_0003505

### Table D–2.  Summary of Year 2005 Electricity Generation Information for Non-OECD Countries, continued

| Country | Coal | Oil | Gas | Geothermal | Wind, hydro, solar, nuclear, chemical & Other | Solid biomass & biogas | Industrial waste | Municipal waste | Peat | Total Generation ($10^{12}$ W-hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Generation Contribution (%) | | | | | |
| **Asia (cont)** | | | | | | | | | | |
| People's Republic of China | 78.37 | 2.43 | 1.08 | 0.00 | 18.02 | 0.10 | 0.00 | 0.00 | 0.00 | 2497.44 |
| **Non-OECD Europe** | | | | | | | | | | |
| Albania | 0.00 | 1.29 | 0.00 | 0.00 | 98.71 | 0.00 | 0.00 | 0.00 | 0.00 | 5.44 |
| Bulgaria | 41.61 | 1.38 | 4.28 | 0.00 | 52.71 | 0.00 | 0.05 | 0.00 | 0.00 | 44.36 |
| Cyprus | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.38 |
| Gibraltar | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 |
| Malta | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.24 |
| Romania | 36.88 | 3.18 | 16.55 | 0.00 | 43.38 | 0.02 | 0.00 | 0.00 | 0.00 | 59.41 |
| Bosnia and Herzegovina | 55.97 | 1.10 | 0.00 | 0.00 | 42.92 | 0.00 | 0.00 | 0.00 | 0.00 | 12.72 |
| Croatia | 18.70 | 14.93 | 14.53 | 0.00 | 51.77 | 0.08 | 0.00 | 0.00 | 0.00 | 12.46 |
| Former Yugoslav Republic of Macedonia | 78.39 | 0.29 | 0.00 | 0.00 | 21.47 | 0.00 | 0.00 | 0.00 | 0.00 | 6.94 |
| Serbia and Montenegro | 64.11 | 1.73 | 1.21 | 0.00 | 32.99 | 0.00 | 0.00 | 0.00 | 0.00 | 36.47 |
| Slovenia | 34.85 | 0.26 | 2.25 | 0.00 | 61.77 | 0.73 | 0.07 | 0.00 | 0.00 | 15.12 |
| Armenia | 0.00 | 0.00 | 28.96 | 0.00 | 71.04 | 0.00 | 0.00 | 0.00 | 0.00 | 6.32 |
| Azerbaijan | 0.00 | 27.66 | 58.15 | 0.00 | 14.18 | 0.00 | 0.00 | 0.00 | 0.00 | 21.22 |
| Belarus | 0.00 | 8.40 | 91.38 | 0.00 | 0.13 | 0.00 | 0.10 | 0.00 | 0.00 | 30.96 |
| Estonia | 90.99 | 0.29 | 7.44 | 0.00 | 0.69 | 0.29 | 0.00 | 0.00 | 0.10 | 10.21 |
| Georgia | 0.00 | 0.96 | 13.34 | 0.00 | 85.83 | 0.00 | 0.00 | 0.00 | 0.00 | 7.27 |
| Kazakhstan | 70.33 | 7.41 | 10.67 | 0.00 | 11.57 | 0.00 | 0.00 | 0.00 | 0.00 | 67.92 |
| Kyrgyzstan | 3.59 | 0.00 | 9.50 | 0.00 | 86.85 | 0.00 | 0.00 | 0.00 | 0.00 | 16.42 |
| Latvia | 0.00 | 0.20 | 30.35 | 0.00 | 68.84 | 1.02 | 0.00 | 0.00 | 0.00 | 4.91 |
| Lithuania | 0.00 | 2.71 | 20.43 | 0.00 | 76.86 | 0.00 | 0.00 | 0.00 | 0.00 | 14.78 |

©2009 American Petroleum Institute

BLM_0003506

*Appendix D. Additional Indirect Calculation Information*

### Table D–2.  Summary of Year 2005 Electricity Generation Information for Non-OECD Countries, continued

| Country | Coal | Oil | Gas | Geothermal | Wind, hydro, solar, nuclear, chemical & Other | Solid biomass & biogas | Industrial waste | Municipal waste | Peat | Total Generation (10$^{12}$ W-hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Generation Contribution (%) | | | | | |
| **Non-OECD Europe (cont)** | | | | | | | | | | |
| Republic of Moldova | 0.00 | 0.26 | 97.93 | 0.00 | 1.55 | 0.00 | 0.00 | 0.00 | 0.00 | 3.87 |
| Russia | 16.62 | 2.23 | 46.74 | 0.04 | 34.00 | 0.00 | 0.27 | 0.00 | 0.10 | 953.09 |
| Tajikistan | 0.00 | 0.00 | 2.34 | 0.00 | 97.66 | 0.00 | 0.00 | 0.00 | 0.00 | 17.09 |
| Turkmenistan | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.82 |
| Ukraine | 26.63 | 0.28 | 18.64 | 0.00 | 54.45 | 0.00 | 0.00 | 0.00 | 0.00 | 186.06 |
| Uzbekistan | 4.70 | 13.62 | 68.83 | 0.00 | 12.85 | 0.00 | 0.00 | 0.00 | 0.00 | 47.71 |
| **Middle East** | | | | | | | | | | |
| Bahrain | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.70 |
| Islamic Republic of Iran | 0.00 | 18.03 | 73.04 | 0.00 | 8.93 | 0.00 | 0.00 | 0.00 | 0.00 | 180.39 |
| Iraq | 0.00 | 98.47 | 0.00 | 0.00 | 1.53 | 0.00 | 0.00 | 0.00 | 0.00 | 34.00 |
| Israel | 71.07 | 17.50 | 11.36 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 49.84 |
| Jordan | 0.00 | 42.07 | 57.31 | 0.00 | 0.62 | 0.00 | 0.00 | 0.00 | 0.00 | 9.65 |
| Kuwait | 0.00 | 82.14 | 17.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.73 |
| Lebanon | 0.00 | 89.72 | 0.00 | 0.00 | 10.38 | 0.00 | 0.00 | 0.00 | 0.00 | 10.12 |
| Oman | 0.00 | 18.02 | 81.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.65 |
| Qatar | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.40 |
| Saudi Arabia | 0.00 | 50.90 | 49.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 176.12 |
| Syria | 0.00 | 53.03 | 37.09 | 0.00 | 9.87 | 0.00 | 0.00 | 0.00 | 0.00 | 34.94 |
| United Arab Emirates | 0.00 | 2.14 | 97.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.70 |
| Yemen | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.74 |

Source:
International Energy Agency, Electricity Information 2007 Edition: *Documentation for Beyond 2020 Files*, Table 2.2.  Gross Electricity Production, By Country, By Fuel, 2006e (TWh) and Table 2.3.  Gross Electricity Production From Combustible Fuels, By Country, 2006e (TWh).

©2009 American Petroleum Institute

BLM_0003507

*Appendix D. Additional Indirect Calculation Information*

Calculation worksheets associated with the WRI and the WBCSD GHG Protocol (WRI/WBCSD, January and December 2007) provide $CO_2$ emission factors from imported energy by country based on other information from IEA.  The user should note, however, that the emission factors provided by WRI/WBCSD are based on fuel consumption and generation methods to produce both electricity and heat.  (See footnote to calculation worksheet "EFs Electricity Intl All Fuels").  For these emission factors, the total $CO_2$ emissions are derived from the national fuel usage, carbon content and heating value of the fuel, and divided by the sum of energy output from both electricity and heat.  The actual mix of generation methods and fuels used for electricity versus heat can differ significantly within a country, such that these emission factors may not be appropriate for calculating emissions associated with electricity usage only.  Therefore, the IEA data developed specifically from electricity generation information, as presented here, is recommended over the WRI/WBCSD published emission factors.

## D.2   Historical Electric Grid Emission Factors

Section 7 provides 2006 electric grid emission factors, the most current data available at the time of this API *Compendium* revision.  Table D-3 provides international electric grid emission factors for OECD member countries for 2000-2002 that were provided in the previous API *Compendium* (API, 2004).  Similarly, Table D-4 provides international electric grid emission factors for Non-OECD member countries for 2000-2001 that were provided in the previous API *Compendium* (API, 2004).  Table D-5 provides Canadian electricity emission factors for 1999-2001 that were also provided in the previous API *Compendium*.  Emission factors for OECD and Non-OECD countries were derived as described in Section D, using an average of 2000 through 2002 data for OECD countries, and an average of 2000 and 2001 data for non-OECD countries.  At the time of derivation, 2002 data was not available for the non-OECD countries.  The Canadian emission factors were calculated by dividing electricity emissions data by the power usage, based on data provided by Environment Canada (Ha, 2003; Olsen, 2003).  These emission factors include electricity generation from both utility and industrial emission sources, and are the average of data for years 2003 through 2005.

©2009 American Petroleum Institute

BLM_0003508

### Table D–3.  OECD Member Country International Electric Grid Emission Factors, Average of 2000 – 2002 Data (Generation Basis) [a]

| tonnes/$10^6$ W-hr | | | |
|---|---|---|---|
| **Country** | **$CO_2$** | **$CH_4$** | **$N_2O$** |
| Australia | 0.754 | 1.54E-05 | 1.25E-04 |
| Austria | 0.193 | 4.92E-06 | 2.95E-05 |
| Belgium | 0.242 | 4.44E-06 | 3.23E-05 |
| Canada [b] | 0.222 | 7.82E-06 | 4.14E-06 |
| Czech Republic | 0.647 | 1.33E-05 | 1.10E-04 |
| Denmark | 0.596 | 1.20E-05 | 9.35E-05 |
| Finland | 0.340 | 1.21E-05 | 7.73E-05 |
| France | 0.061 | 1.23E-06 | 9.05E-06 |
| Germany | 0.521 | 1.04E-05 | 8.61E-05 |
| Greece | 0.732 | 1.26E-05 | 1.02E-04 |
| Hungary | 0.401 | 6.38E-06 | 4.68E-05 |
| Iceland | 0.022 | 7.53E-10 | 0.00E+00 |
| Ireland | 0.680 | 8.92E-06 | 7.59E-05 |
| Italy | 0.459 | 5.21E-06 | 3.06E-05 |
| Japan | 0.381 | 6.19E-06 | 4.16E-05 |
| Korea | 0.444 | 7.47E-06 | 5.89E-05 |
| Luxembourg | 0.161 | 3.06E-06 | 1.96E-05 |
| Mexico | 0.491 | 4.20E-06 | 2.42E-05 |
| Netherlands | 0.519 | 9.70E-06 | 6.64E-05 |
| New Zealand | 0.155 | 3.23E-06 | 1.60E-05 |
| Norway | 0.002 | 1.48E-07 | 7.42E-07 |
| Poland | 0.854 | 1.72E-05 | 1.45E-04 |
| Portugal | 0.501 | 8.76E-06 | 6.29E-05 |
| Slovak Republic | 0.211 | 4.07E-06 | 3.07E-05 |
| Spain | 0.411 | 7.50E-06 | 5.70E-05 |
| Sweden | 0.030 | 1.94E-06 | 9.43E-06 |
| Switzerland | 0.007 | 4.56E-07 | 6.37E-06 |
| Turkey | 0.480 | 7.98E-06 | 5.53E-05 |
| UK [c] | 0.43 | 9.26E-06 | 6.50E-05 |
| US [d] | 0.606 | 5.03E-06 | 8.71E-06 |

Footnotes and Sources:

[a] International Energy Agency (IEA).  *Electricity Information 2002*.  IEA Energy Statistics Division, 2002.  All factors developed from IEA (IEA, 2002), with the exception of factors for countries identified in footnotes b – d.  Section D.1.1 provides the approach used to estimate emission factors.

[b] Environment Canada, Electricity generation data provided by URS Corporation on September 16, 2003.  Emissions data: Olsen, K., et al.  *Canada's Greenhouse Gas Inventory 1990-2001*, Greenhouse Gas Division, Environment Canada, August, 2003.  Emission factors derived from electric generation and emissions data provided by Environment Canada; discussed further in Table D-5.

[c] DEFRA, *Guidelines for the Measurement and Reporting of Emissions by Direct Participants in the UK Emissions Trading Scheme*, Department for Environment, Food, and Rural Affairs, UKETS(01)05rev2, June 2003.  $CO_2$ emission factor taken from Defra (Defra, 2003).  $CH_4$ and $N_2O$ factors derived from IEA data (IEA, 2002), using methodology described in Section D.

[d] Energy Information Administration (EIA), *Updated State- and Regional-level Greenhouse Gas Emission Factors for Electricity*, U.S. Department of Energy, EIA, Office of Integrated Analysis and Forecasting, March 2002.

©2009 American Petroleum Institute

BLM_0003509

*Appendix D. Additional Indirect Calculation Information*

**Table D–4.  Non-OECD Member Country International Electric Grid Emission Factors, Average of 2000 – 2001 Data (Generation Basis)**

| tonnes/$10^6$ W-hr | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Country** | **CO$_2$** | **CH$_4$** | **N$_2$O** | **Country** | **CO$_2$** | **CH$_4$** | **N$_2$O** |
| Algeria | 0.438 | 6.61E-06 | 2.77E-05 | Argentina | 0.250 | 3.99E-06 | 1.73E-05 |
| Angola | 0.243 | 3.34E-07 | 0.00E+00 | Bolivia | 0.222 | 3.59E-06 | 1.44E-05 |
| Benin | 0.659 | 9.07E-07 | 0.00E+00 | Brazil | 0.064 | 2.36E-06 | 1.10E-05 |
| Cameroon | 0.010 | 1.42E-08 | 0.00E+00 | Chile | 0.318 | 7.56E-06 | 4.81E-05 |
| Congo | 0.000 | 0.00E+00 | 0.00E+00 | Colombia | 0.142 | 3.29E-06 | 1.88E-05 |
| Democratic Republic of Congo | 0.002 | 3.24E-09 | 0.00E+00 | Costa Rica | 0.025 | 1.94E-07 | 7.20E-07 |
| Cote d'Ivoire | 0.286 | 3.98E-06 | 1.65E-05 | Cuba | 0.619 | 4.27E-06 | 1.34E-05 |
| Egypt | 0.389 | 4.68E-06 | 1.91E-05 | Dominican Republic | 0.621 | 1.79E-06 | 7.15E-06 |
| Eritrea | 0.659 | 9.07E-07 | 0.00E+00 | Ecuador | 0.212 | 2.92E-07 | 0.00E+00 |
| Ethiopia | 0.009 | 1.04E-08 | 0.00E+00 | El Salvador | 0.335 | 7.51E-07 | 1.28E-06 |
| Gabon | 0.185 | 1.31E-06 | 4.71E-06 | Guatemala | 0.351 | 1.10E-05 | 4.85E-05 |
| Ghana | 0.080 | 1.10E-07 | 0.00E+00 | Haiti | 0.317 | 4.37E-07 | 0.00E+00 |
| Kenya | 0.307 | 4.04E-07 | 0.00E+00 | Honduras | 0.252 | 9.82E-07 | 2.49E-06 |
| Libya | 0.659 | 9.07E-07 | 0.00E+00 | Jamaica | 0.637 | 1.83E-06 | 3.75E-06 |
| Morocco | 0.772 | 1.21E-05 | 1.00E-04 | Netherlands Antilles | 0.659 | 9.07E-07 | 0.00E+00 |
| Mozambique | 0.003 | 4.00E-09 | 0.00E+00 | Nicaragua | 0.547 | 2.36E-06 | 6.37E-06 |
| Namibia | 0.023 | 1.50E-07 | 1.09E-06 | Panama | 0.271 | 9.72E-07 | 2.35E-06 |
| Nigeria | 0.286 | 3.82E-06 | 1.58E-05 | Paraguay | 0.000 | 5.19E-08 | 2.03E-07 |
| Senegal | 0.659 | 9.07E-07 | 0.00E+00 | Peru | 0.101 | 1.05E-06 | 4.63E-06 |
| South Africa | 0.827 | 1.68E-05 | 1.43E-04 | Trinidad and Tobago | 0.430 | 7.06E-06 | 2.96E-05 |
| Sudan | 0.341 | 4.69E-07 | 0.00E+00 | Uruguay | 0.023 | 2.60E-07 | 8.98E-07 |
| United Republic of Tanzania | 0.042 | 3.30E-07 | 2.48E-06 | Venezuela | 0.151 | 1.41E-06 | 5.55E-06 |
| Togo | 0.659 | 9.07E-07 | 0.00E+00 | Other Latin America | 0.550 | 1.45E-06 | 2.71E-06 |
| Tunisia | 0.453 | 6.10E-06 | 2.52E-05 | | | | |
| Zambia | 0.005 | 3.78E-08 | 2.87E-07 | | | | |
| Zimbabwe | 0.515 | 1.04E-05 | 8.81E-05 | | | | |
| Other Africa | 0.403 | 5.55E-07 | 0.00E+00 | | | | |

©2009 American Petroleum Institute

BLM_0003510

*Appendix D. Additional Indirect Calculation Information*

**Table D–4.  Non-OECD Member Country International Electric Grid Emission Factors, Average of 2000 – 2001 Data (Generation Basis), continued**

| $tonnes/10^6 W\text{-}hr$ | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Country** | **$CO_2$** | **$CH_4$** | **$N_2O$** | **Country** | **$CO_2$** | **$CH_4$** | **$N_2O$** |
| Romania | 0.453 | 7.84E-06 | 6.11E-05 | Bangladesh | 0.425 | 5.89E-06 | 2.44E-05 |
| Bosnia and Herzegovina | 0.456 | 9.21E-06 | 7.82E-05 | Brunei | 0.434 | 6.76E-06 | 2.84E-05 |
| Croatia | 0.299 | 3.70E-06 | 2.58E-05 | Hong Kong, China | 0.714 | 1.37E-05 | 1.05E-04 |
| Former Yugoslav Republic of Macedonia | 0.762 | 1.49E-05 | 1.26E-04 | India | 0.721 | 1.45E-05 | 1.22E-04 |
| Slovenia | 0.321 | 6.48E-06 | 5.42E-05 | Indonesia | 0.569 | 7.97E-06 | 5.60E-05 |
| Federal Republic of Yugoslavia | 0.546 | 1.08E-05 | 9.10E-05 | Korea, DPR | 0.352 | 6.80E-06 | 5.76E-05 |
| Armenia | 0.202 | 3.19E-06 | 1.34E-05 | Malaysia | 0.422 | 5.96E-06 | 2.71E-05 |
| Azerbaijan | 0.514 | 3.32E-06 | 1.20E-05 | Myanmar | 0.302 | 3.96E-06 | 1.63E-05 |
| Belarus | 0.447 | 6.40E-06 | 2.66E-05 | Nepal | 0.010 | 1.31E-08 | 0.00E+00 |
| Estonia | 0.850 | 1.70E-05 | 1.42E-04 | Pakistan | 0.395 | 2.67E-06 | 1.01E-05 |
| Georgia | 0.094 | 1.30E-06 | 5.57E-06 | Philippines | 0.513 | 7.22E-06 | 5.97E-05 |
| Kazakhstan | 0.703 | 1.35E-05 | 1.11E-04 | Singapore | 0.575 | 2.67E-06 | 8.64E-06 |
| Kyrgyzstan | 0.058 | 1.08E-06 | 7.94E-06 | Sri Lanka | 0.350 | 4.82E-07 | 0.00E+00 |
| Latvia | 0.166 | 2.12E-06 | 1.18E-05 | Chinese Taipei | 0.594 | 9.78E-06 | 7.87E-05 |
| Lithuania | 0.095 | 9.89E-07 | 3.95E-06 | Thailand | 0.500 | 8.94E-06 | 5.17E-05 |
| Republic of Moldova | 0.445 | 7.10E-06 | 3.31E-05 | Vietnam | 0.274 | 3.22E-06 | 2.16E-05 |
| Russia | 0.383 | 6.38E-06 | 4.21E-05 | Other Asia | 0.300 | 4.13E-07 | 0.00E+00 |
| Tajikistan | 0.010 | 1.59E-07 | 6.70E-07 | People's Republic of China | 0.712 | 1.41E-05 | 1.19E-04 |
| Turkmenistan | 0.432 | 6.80E-06 | 2.86E-05 | Albania | 0.017 | 2.36E-08 | 0.00E+00 |
| Ukraine | 0.344 | 6.15E-06 | 4.69E-05 | Bulgaria | 0.415 | 8.14E-06 | 6.76E-05 |
| Uzbekistan | 0.422 | 5.75E-06 | 2.69E-05 | Cyprus | 0.659 | 9.07E-07 | 0.00E+00 |
| Bahrain | 0.432 | 6.80E-06 | 2.86E-05 | Gibraltar | 0.659 | 9.07E-07 | 0.00E+00 |
| Islamic Republic of Iran | 0.464 | 5.34E-06 | 2.16E-05 | Malta | 0.659 | 9.07E-07 | 0.00E+00 |
| Iraq | 0.647 | 8.91E-07 | 0.00E+00 | | | | |
| Israel | 0.828 | 1.33E-05 | 1.11E-04 | | | | |
| Jordan | 0.632 | 1.50E-06 | 2.89E-06 | | | | |
| Kuwait | 0.604 | 2.32E-06 | 6.84E-06 | | | | |
| Lebanon | 0.626 | 8.63E-07 | 0.00E+00 | | | | |
| Oman | 0.474 | 5.72E-06 | 2.33E-05 | | | | |
| Qatar | 0.442 | 6.53E-06 | 2.72E-05 | | | | |
| Saudi Arabia | 0.576 | 3.06E-06 | 1.04E-05 | | | | |
| Syria | 0.307 | 2.83E-06 | 1.11E-05 | | | | |
| United Arab Emirates | 0.450 | 6.34E-06 | 2.63E-05 | | | | |
| Yemen | 0.659 | 9.07E-07 | 0.00E+00 | | | | |

Source:
International Energy Agency (IEA).  *Electricity Information 2002.*  IEA Energy Statistics Division, 2002.  Electricity Emissions Database purchased from http://www.iea.org.

©2009 American Petroleum Institute

*Appendix D. Additional Indirect Calculation Information*

### Table D–5.  Average Canadian Electricity Usage Emission Factors by Province (1999-2001 data) [a,b]

| Location | tonnes/$10^6$ W-hr | | |
|---|---|---|---|
| | CO$_2$ | CH$_4$ | N$_2$O |
| Newfoundland | 0.0283 | 3.14E-07 | 6.28E-07 |
| Prince Edward Island | 1.207 | Not Given | Not Given |
| Nova Scotia | 0.728 | 7.21E-06 | 1.07E-05 |
| New Brunswick | 0.447 | 4.98E-06 | 8.42E-06 |
| Quebec | 0.00338 | 1.35E-07 | 7.70E-08 |
| Ontario | 0.264 | 1.09E-05 | 4.33E-06 |
| Manitoba | 0.0216 | 3.22E-07 | 4.29E-07 |
| Saskatchewan | 0.846 | 2.92E-05 | 1.93E-05 |
| Alberta | 0.876 | 2.92E-05 | 1.62E-05 |
| British Columbia | 0.0341 | 6.65E-06 | 8.69E-07 |
| Yukon, Northwest Territories, and Nunavut | 0.304 | Not Given | 3.31E-05 |
| **Canada Average** | **0.222** | **7.82E-06** | **4.14E-06** |

Footnotes and Sources:
[a] Electricity generation data: Ha, Chia.  Environment Canada, data provided to URS Corporation on September 16, 2003.
[b] Emissions data: Olsen, K., et al.  *Canada's Greenhouse Gas Inventory 1990-2001*, Greenhouse Gas Division, Environment Canada, August 2003.

## D.3    References

DEFRA, *Guidelines for the Measurement and Reporting of Emissions by Direct Participants in the UK Emissions Trading Scheme,* Department for Environment, Food, and Rural Affairs, UKETS(01)05rev2, June 2003.

Energy Information Administration (EIA), *Updated State- and Regional-level Greenhouse Gas Emission Factors for Electricity*, U.S. Department of Energy, EIA, Office of Integrated Analysis and Forecasting, March 2002.

Ha, Chia.  Environment Canada, data provided to URS Corporation on September 16, 2003.

International Energy Agency (IEA).  *Electricity Information 2002.*  IEA Energy Statistics Division, 2002.  Electricity Emissions Database purchased from http://www.iea.org/, accessed May 1, 2009.

International Energy Agency (IEA).  *Electricity Information 2007 Edition: Documentation for Beyond 2020 Files*.  IEA Energy Statistics Division, 2007.  Electricity Emissions Database purchased from http://www.iea.org/, access May 1, 2009.

©2009 American Petroleum Institute

BLM_0003512

*Appendix D. Additional Indirect Calculation Information*

Olsen, K., et al. *Canada's Greenhouse Gas Inventory 1990-2001,* Greenhouse Gas Division, Environment Canada, August 2003. http://www.ec.gc.ca/pdb/ghg/inventory_report/1990_01_report/1990_01_report_e.pdf, accessed May 1, 2009.

World Resources Institute and World Business Council for Sustainable Development (WRI/WBCSD). *Indirect CO2 Emissions from the Consumption of Purchased Electricity, Heat, and/or Steam,* Guide to calculation worksheets, Version 1.2, January 2007. http://www.ghgprotocol.org/calculation-tools/all-tools, accessed May 1, 2009.

World Resources Institute and World Business Council for Sustainable Development (WRI/WBCSD). *Indirect CO2 Emissions from Purchased Electricity,* Version 3.0, Worksheet, *December 2007.* http://www.ghgprotocol.org/calculation-tools/all-tools, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003513



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# APPENDIX E

# ADDITIONAL INFORMATION



BLM_0003514

# *Compendium* of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Appendix E – Additional Information

August 2009

BLM_0003515

BLM_0003516

**Table of Contents**

E.  ADDITIONAL INFORMATION..............................................................................E-1

    E.1   "Weathered" Crude and Other Petroleum Product Vented $CH_4$ and
           $CO_2$ Emissions............................................................................................E-1

    E.2   Default GRI/EPA Methane and Carbon Dioxide Compositions...................E-6

    E.3   Atmospheric Oxidation of Emissions..........................................................E-7

    E.4   Non-GHG Emission Sources .....................................................................E-8

    E.5   References .................................................................................................E-9

©2009 American Petroleum Institute

BLM_0003517

## List of Tables

Table E–1.  Liquid "Weathered" Crude Speciation Data ........................................................... E-1

Table E–2.  Average Liquid Compositions by Fuel Type ........................................................ E-2

Table E–3.  Vapor Phase Speciation Data .............................................................................. E-4

Table E–4.  Default GRI/EPA Methane and Carbon Dioxide Compositions ............................ E-6

©2009 American Petroleum Institute

BLM_0003518

# E. ADDITIONAL INFORMATION

This section provides additional information to supplement general methodologies and calculation approaches presented throughout the API *Compendium*.

## E.1 "Weathered" Crude and Other Petroleum Product Vented $CH_4$ and $CO_2$ Emissions

Total hydrocarbon emissions and/or VOC emissions are commonly estimated from liquid loading, ballasting, and transit operations associated with refined petroleum liquids. As described in this section, $CH_4$ and $CO_2$ emissions are not expected from these operations. Unless site specific data indicate otherwise, $CH_4$ and $CO_2$ emissions should only be calculated for vented emissions from "live" crude.

Live crude is the term used for crude oil that has not been exposed to the atmosphere. Live crude may contain $CH_4$ and/or $CO_2$. Once "live" crude reaches atmospheric pressure and the volatile $CH_4/CO_2$ has flashed off (as described in Section 5.4.1), the crude is considered "weathered" and the crude oil vapors contain very little, if any, $CH_4$ or $CO_2$.

Analyses for "weathered" crude oil are provided in Table E-1, for crude produced in three locations: Alaska North Slope, Utah Altamont, and San Joaquin Valley (API, 2000). As shown in Table E-1, there is no C1 (i.e. $CH_4$) in the "weathered" crude.

### Table E–1. Liquid "Weathered" Crude Speciation Data

| Constituent | Alaska North Slope (ANS) Crude | Utah Altamont (ALT) Crude | San Joaquin Valley (SJV) Crude |
|---|---|---|---|
| | Weight % | | |
| C1 | 0.0000 | 0.0000 | 0.0000 |
| C2 | 0.0020 | 0.0000 | 0.0000 |
| C3 | 0.0550 | 0.0000 | 0.0000 |
| C4 | 0.6370 | 0.0130 | 0.0000 |
| C5 | 1.1910 | 0.1560 | 0.0040 |
| C6 | 2.2560 | 0.8230 | 0.0170 |
| C7 | 2.8820 | 1.9940 | 0.0520 |
| C8 | 3.1590 | 2.6860 | 0.1160 |

©2009 American Petroleum Institute

BLM_0003519

*Appendix E. Additional Information*

### Table E–1.  Liquid "Weathered" Crude Speciation Data, continued

| Constituent | Alaska North Slope (ANS) Crude | Utah Altamont (ALT) Crude | San Joaquin Valley (SJV) Crude |
|---|---|---|---|
| | Weight % | | |
| C9 | 2.5680 | 2.6090 | 0.2420 |
| C10 | 2.5270 | 2.5170 | 0.4190 |
| C11 | 1.5800 | 2.0370 | 0.3420 |
| C12 | 0.9930 | 1.8420 | 0.2560 |
| C13 | 0.3720 | 0.0000 | 0.0850 |

Source:
API, *Comprehensive Report of API Crude Oil Characterization Measurements*, August 2000.  Analyses shown are the for the whole crude, and are sums of individual weight percents identified for parafins, iso-parafins, aromatics, and naphthalenes.  Additional speciation data is provided in Table 14; methane is not listed in Table 14 other than as presented here.

Because "weathered" crude contains no $CH_4$, refined petroleum products also contain no $CH_4$. (The refining process does not add $CH_4$ to the liquids being refined.)  Thus, for petroleum liquids other than "live" crude, the liquid phase $CH_4$ content is assumed to be zero.  Examples of "weathered" crude oil and refined petroleum product liquid phase compositions are presented in Table E-2.  Note that $CH_4$ is not present in the liquid composition data, as expected.

### Table E–2.  Average Liquid Compositions by Fuel Type

| Constituent | Gasoline [a] | No. 1 Diesel Fuel [b] | Ultra Low Sulfur Diesel [c] | No. 4 Fuel Oil [d] | No. 5 Fuel Oil [e] | No. 6 Fuel Oil [f] | Crude Oil [g] |
|---|---|---|---|---|---|---|---|
| | Weight % | | | | | | |
| $C_2$ Compounds | | | | | | | |
| Ethanol | 11 | | | | | | |
| $C_4$ Compounds | | | | | | | |
| Butane | 4 | | | | | | |
| $C_5$ Compounds | | | | | | | |
| Isopentane | 9 | | | | | | |
| Methyl-Tert-Butyl Ether | 15 | | | | | | |
| Pentane | 4 | | | | | | |
| $C_6$ Compounds | | | | | | | |
| 2,3-Dimethylbutane | 2 | | | | | | |
| 2-Methylpentane | 4 | | | | | | |
| 3-Methylpentane | 2 | | | | | | |
| Benzene | 2 | | Trace | | | | 0-2 |
| n-Hexane | 2 | | | | | | |
| $C_7$ Compounds | | | | | | | |
| 2-Methylhexane | 1 | | | | | | |
| 3-Methylhexane | 2 | | | | | | |
| Methylcyclohexane | 1 | | | | | | |
| Toluene | 5 | | | | | | 0-20 |
| $C_8$ Compounds | | | | | | | |
| Ethyl Benzene | 2 | 0 - 1 | | | | | 0-4 |

©2009 American Petroleum Institute

BLM_0003520

*Appendix E. Additional Information*

## Table E–2.  Average Liquid Compositions by Fuel Type, continued

| Constituent | Gasoline [a] | No. 1 Diesel Fuel [b] | Ultra Low Sulfur Diesel [c] | No. 4 Fuel Oil [d] | No. 5 Fuel Oil [e] | No. 6 Fuel Oil [f] | Crude Oil [g] |
|---|---|---|---|---|---|---|---|
| | | | | Weight % | | | |
| *C9+ Compounds* | | | | | | | |
| Ethylmethylbenzenes (Ethyltoluenes) | | 1 - 3 | | | | | |
| 1, 2, 4 Trimethylbenzene | | 0 - 1 | | | | | |
| 5-methylchrysene | | | | | | 0.01-2 | |
| Benzo(a)phenanthrene | | | | | | 0.01-0.1 | |
| Cumene | | 0 - 1 | | | | | |
| Naphthalene | | 0 - 3 | Trace | 0.01-0.2 | 0.01-0.15 | 0.01-0.15 | |
| Nonane, all isomers | | 20 - 30 | | | | | |
| Trimethyl Benzene | 8 | 0 - 2 | | | | | 0-2 |
| Xylene | 10 | 0 - 1 | | | | | 0-20 |
| *Other Compounds* | | | | | | | |
| Catalytic Cracked Clarified Oil | | | | 0-60 | 0-100 | 0-90 | |
| Diesel Oil | | | | 10-40 | | 0-30 | |
| Fuel Oil No. 6 | | | | 30-60 | 0-70 | | |
| Hydrogen Sulfide | | | | 0-0.01 | 0-0.01 | 0-0.01 | 0-1 |
| Middle Distillate Fuel | | | | | 10-30 | | |
| Petroleum Residua | | | | 0-24 | 0-28 | 0-100 | |
| Polycyclic aromatic hydrocarbons (PAHs) | | | Up to 10 | | | | 1-10 |
| Sulfur Compounds | | | <0.0015 | 1-3 | 1-3 | 0.5-4 | |

Footnotes and Sources:

[a] Taken from Kinder Morgan *MSDS for Unleaded Gasoline*, revised 18 Feb 2003.  The *MSDS* notes that "because of volatility considerations, gasoline vapor may have concentrations of components very different from those of liquid gasoline.  The major components of gasoline vapor are: butane, isobutane, pentane, and isopentane."

[b] Taken from Citgo *MSDS for No. 1 Diesel Fuel, All Grades*, revised 12/31/07.

[c] Taken from Irving *MSDS for Ultra Low Sulphur Diesel*, revised December 23, 2006.

[d] Taken from Marathon *MSDS for Marathon No. 4 Fuel Oil*, revised 07/25/2006.

[e] Taken from Marathon *MSDS for Marathon No. 5 Fuel Oil*, revised 07/25/2006.

[f] Taken from Marathon *MSDS for Marathon No. 6 Fuel Oil*, revised 07/25/2006.

[g] Taken from El Paso Corporation *MSDS for Crude Oil*, revised 06/26/2007.

For the most part, the vapor phase of a fuel will consist of the lighter hydrocarbons present in the liquid phase of the fuel.  This is due to the fact that lighter hydrocarbons, having a higher vapor pressure, will more readily volatilize than heavier hydrocarbons.  Since $CH_4$ is an extremely light hydrocarbon, it volatilizes readily, and would therefore be expected in the vapor phase of the fuel.  Conversely, if there is no $CH_4$ in the liquid phase of the fuel, it can be assumed that there is no $CH_4$ in the vapor phase of the fuel.

©2009 American Petroleum Institute

BLM_0003521

As demonstrated in Tables E-1 and E-2, there is no $CH_4$ in the liquid phase of "weathered" crude or refined petroleum products.  For this reason, it can be expected that there is no $CH_4$ in the vapor phase of the fuels.  To validate this assumption, typical "weathered" crude oil and refined petroleum product vapor compositions are presented in Table E-3 (EPA, SPECIATE Version 4.0, 2006).  As expected, it is observed from the vapor composition data that there is no $CH_4$ in any of the vapor streams.

**Table E–3.  Vapor Phase Speciation Data[a]**

| Constituent | Crude [b,c] | Gasoline [b,d] | Distillate [b,e] | Jet Fuel (Jet A) [f,g] |
|---|---|---|---|---|
| | Weight % | | | |
| $C_2$ *Compounds* | | | | |
| Ethane | 4.17 | 0.07 | 2.13 | |
| $C_3$ *Compounds* | | | | |
| Propane | 16.9 | 1.06 | 12.7 | |
| Propylene | 0.39 | | | |
| $C_4$ *Compounds* | | | | |
| Cis-2-butene | | 0.83 | | |
| Isobutane | 4.42 | 8.34 | 7.34 | |
| N-butane | 24.5 | 28.53 | 28.08 | |
| Trans-2-butene | | 1.02 | | |
| $C_5$ *Compounds* | | | | |
| 1-pentene | | 0.86 | | |
| Cis-2-pentene | | 0.67 | | |
| Cyclopentane | | 0.61 | | |
| N-pentane | 12.77 | 7.25 | 7.97 | |
| Trans-2-pentene | | 1.37 | | |
| $C_6$ *Compounds* | | | | |
| 2,2-dimethylbutane | | 1.04 | | |
| 3-methylpentane | | 1.99 | | |
| Benzene | 1.04 | 1.41 | 2.57 | |
| Cyclohexane | 0.66 | 0.43 | 1.23 | |
| Methylcyclopentane | | 1.41 | | |
| N-hexane | 6.3 | 3.75 | 5.61 | |
| $C_7$ *Compounds* | | | | |
| 2,4-dimethylpentane | | 0.43 | | |
| 3-methylhexane | | 0.42 | | |
| Methylcyclohexane | | 0.12 | | |
| N-heptane | 6.37 | 0.4 | 1.7 | 0.1 |
| Toluene | 0.79 | 1.25 | 2.06 | |

©2009 American Petroleum Institute

BLM_0003522

*Appendix E. Additional Information*

### Table E–3.  Vapor Phase Speciation Data [a], continued

| Constituent | Crude [b,c] | Gasoline [b,d] | Distillate [b,e] | Jet Fuel (Jet A) [f,g] |
|---|---|---|---|---|
| | Weight % | | | |
| $C_8$ *Compounds* | | | | |
| 2,2,4-trimethylpentane | | 0.42 | | |
| 2,3,4-trimethylpentane | | 0.07 | | |
| 3-methylheptane | | 0.06 | | |
| Ethylbenzene | 0.07 | 0.06 | 0.32 | |
| N-octane | 4.2 | 0.03 | 0.01 | 0.5 |
| $C_{9+}$ *Compounds* | | | | |
| 1,2,4-trimethylbenzene (1,3,4-trimethylbenzene) | 0.01 | 0.05 | 0.37 | |
| 1,3,5-trimethylbenzene | | 0.02 | | |
| Isopropylbenzene (cumene) | 0.04 | 0.01 | 0.05 | |
| N-decane | | | | 19.6 |
| N-dodecane | | | | 18.2 |
| N-nonane | | | 0.04 | 4.7 |
| N-tridecane | | | | 17.7 |
| N-undecane | | | | 20.3 |
| O-xylene | 0.03 | 0.04 | 0.13 | |
| Pentadecane | | | | 7.2 |
| Tetradecane | | | | 11.7 |
| *Other Compounds* | | | | |
| Unidentified [h] | 17.34 | 35.98 | 27.69 | |
| **Data Quality Rating [i]** | N/A | N/A | N/A | 3 |
| **EPA SPECIATE Program Profile Number** | 2487 | 2490 | 2488 | 0100 |

Footnotes and Sources:
[a] EPA Speciate Version 4.0, December 2006.
[b] Profiles normalized to equal 100% for the sum of the 55 PAMS (Photochemical Assessment Monitoring Stations) pollutants + MTBE, UNIDENTIFIED and OTHER.
[c] Composite of 7 Emission Profiles from Crude Oil Storage Tanks – 1993.
[d] Composite of 14 Emission Profiles from Gasoline Storage Tanks – 1993.
[e] Composite of 9 Emission Profiles from Distillate Oil Storage Tanks. – 1993.
[f] Fixed Roof Tank - Commercial Jet Fuel (Jet A).
[g] Engineering evaluation of literature data.
[h] The "Unidentified" fraction is typically the high molecular weight tail of liquids that are very hard to separate, identify and quantify by most typical gas chromatography speciation methods.
[i] Quality rating pertains to the quality of the data; "5" has the highest quality while "1" has the lowest quality.

In accordance with the liquid and vapor phase compositions shown in Tables E-1 through E-3, the $CH_4$ content (and therefore, vented and fugitive $CH_4$ emissions) of all petroleum liquids other than "live" crude oil is assumed to be zero if measured data demonstrating otherwise are not available. However, where site data indicates that $CH_4$ is contained in the vapor stream, $CH_4$ emissions

©2009 American Petroleum Institute

BLM_0003523

should be estimated from vented activities. For example, some cracking or coking operations might produce $CH_4$ as a part of the process of breaking up larger molecules into smaller molecular fragments.

The vapor phase $CH_4$ content of "live" crude oil is assumed to be 15 percent by weight (wt%), if site-specific data are not available. This assumption is derived from AP-42, which reports that the VOC comprises 55-100 wt% of the TOC, with a typical value of 85 wt% (EPA, AP-42 Section 5.2, 2008). Assuming that the $CH_4$ comprises 15 wt. % of the TOC is a simplifying assumption because the non-VOC portion of the TOC includes both $CH_4$ and ethane; the ethane content has been discounted in the assumed 15 weight % $CH_4$ in the vapor phase.

Note that although $CO_2$ was not analyzed in the speciation data presented in Tables E-1 through E-3, $CO_2$ is not expected to be present in "weathered" crude or other refined petroleum products, in either the liquid or vapor phases. Carbon dioxide that is entrained in the oil from the producing formation is usually separated into the produced gas at the oil/gas separators during the production phase. Carbon dioxide is therefore not expected in any appreciable amount in the liquid after separation of the gases in the field. However, where site data shows that $CO_2$ is contained in the vapor stream, $CO_2$ emissions should be estimated from vented activities.

These assumptions are consistent with AP-42, which notes that the non-VOC (i.e., $CH_4$ and $C_2H_6$) portion of TOC emissions from other petroleum liquids is generally considered negligible (EPA, AP-42 Section 5.2, 2008).

## E.2     Default GRI/EPA Methane and Carbon Dioxide Compositions

The default $CH_4$ and $CO_2$ compositions used to develop emission factors presented in Sections 5 and 6 are presented in Table E-4.

### Table E–4.  Default GRI/EPA Methane and Carbon Dioxide Compositions

| Industry Segment | Average Methane Composition [a] | Uncertainty [a,b] (±%) | Average Carbon Dioxde Composition | Uncertainty [d] (±%) |
|---|---|---|---|---|
| Production | 78.8% | 5.53% | 3.78 [e] | 4% |
| Gas Processing [e] | 86.8% | 6.54% | 2.0 [f] | 4% |
| Transmission | 93.4% | 1.80% | 2.0 [f] | 4% |
| Distribution | 93.4% | 1.80% | 2.0 [f] | 4% |

©2009 American Petroleum Institute

BLM_0003524

*Appendix E. Additional Information*

Footnotes and Sources for Table E-4:

[a] Shires, T.M., M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary*, GRI-94/0257.23 and EPA-600/R-96-080f. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.

[b] Uncertainty based on 95% confidence interval converted from the 90% confidence intervals for the data used to develop the original methane compositions.

[c] Dalrymple, D.A., F.D. Skinner, and N.P. Meserole. *Investigation of U.S. Natural Gas Reserve Demographics and Gas Treatment Processes*, Topical Report, GRI-91/0019. Gas Research Institute, January 23, 1991.

[d] Uncertainty is based on engineering judgment at a 95% confidence interval.

[e] Composition based on "after the processing plant", i.e., leaving the processing sector.

[f] The $CO_2$ compositions for gas processing, transmission, and distribution are assumed values based on pipeline quality gas.

## E.3     Atmospheric Oxidation of Emissions

A conversion factor of 0.6 wt% $CH_4$ in TOC has been cited by some GHG regulations (CARB, draft WCI). As demonstrated in Section E.1, the 0.6 factor is not consistent with measured $CH_4$ concentrations for "weathered" crude or refined petroleum products and is significantly higher than the default 15 wt% suggested by EPA for "live" crude. This section provides the origin of the 0.6 factor as cited by CARB.

Most, if not all, organic carbon compounds are subject to a myriad of atmospheric chain reactions, including photo oxidation that would eventually form atmospheric $CO_2$. IPCC provided a methodology to account for estimating $CO_2$ emissions from emissions of $CH_4$, CO, and Non-Methane Volatile Organic Compounds (NMVOC), as shown in Equations E-1, E-2, and E-3 (IPCC, Draft Volume 1, Chapter 7, 2006).

$$\text{Emissions}_{CO_2} = \text{Emissions}_{CH_4} \times \frac{44}{16} \qquad \text{(Equation E-1)}$$

where
    Emissions of $CO_2$ = emissions of $CO_2$ formed through atmospheric oxidation;
      Emissions $CH_4$ = emissions of $CH_4$ from inventory;
            44 = molecular weight of $CO_2$; and
            16 = molecular weight of $CH_4$.

$$\text{Emissions}_{CO_2} = \text{Emissions}_{CO} \times \frac{44}{28} \qquad \text{(Equation E-2)}$$

where
    Emissions of $CO_2$ = emissions of $CO_2$ formed through atmospheric oxidation;
      Emissions CO = emissions of CO from inventory;
            44 = molecular weight of $CO_2$; and
            28 = molecular weight of CO.

©2009 American Petroleum Institute

BLM_0003525

*Appendix E. Additional Information*

$$\text{Emissions}_{CO_2} = \text{Emissions}_{NMVOC} \times C \times \frac{44}{12}$$
(Equation E-3)

where
$\quad$ Emissions of $CO_2$ = emissions of $CO_2$ formed through atmospheric oxidation;
$\qquad$ Emissions $CH_4$ = emissions of $CH_4$ from inventory;
$\qquad\qquad$ C = mass fraction of carbon in NMVOC;
$\qquad\qquad$ 44 = molecular weight of $CO_2$; and
$\qquad\qquad$ 12 = molecular weight of C.

The factor "C" in Equation E-3 is the mass fraction of carbon in the NMVOC, which should be calculated based on the speciation of the NMVOC compounds. Alternatively, IPCC provides a *default carbon fraction of 0.6*. The 0.6 default factor provided by IPCC should only be used as the weight fraction of carbon in non-methane VOC emissions for the purpose of determining atmospheric $CO_2$, after all atmospheric oxidation reactions have taken place. It is in no way related to the $CH_4$ content of non-methane hydrocarbon emissions or of the petroleum streams, and therefore is not appropriate for directly calculating emissions of $CO_2$ or $CH_4$.

## E.4    Non-GHG Emission Sources

Many emission sources at oil and natural gas facilities are sources of VOCs but are not sources of GHG emissions. As such, a methodology is not provided in this API *Compendium* for calculating GHG emissions from these sources.

Non-GHG sources at production facilities include the following:

- Chemical Storage Tanks;
- Glycol Storage Tanks;
- Mud Cuttings Roll-Off Bins;
- Naphtha Storage Tanks;
- Slop Oil Tanks;
- Sumps; and
- Water Blowdown Tanks.

©2009 American Petroleum Institute

BLM_0003526

*Appendix E. Additional Information*

Additional non-GHG sources which may be present at refineries include the following:

- Cooling Towers;
- Equipment Leaks from liquid process streams[1];
- Product Tanks (e.g. gasoline tanks)[1];
- Oil/Water Separators; and
- Process Drains.

Marketing terminals may also be sources of VOC emissions (such as from equipment leaks and storage tanks), but are not sources of GHG emissions.

## E.5     References

American Petroleum Institute (API). *Comprehensive Report of API Crude Oil Characterization Measurements*, API Technical Report 997, First Edition, August 2000. Available for purchase from: http://www.api.org, accessed May 1, 2009.

Citgo, *MSDS for No. 1 Diesel Fuel, All Grades*, MSDS No. AG1DF, revised December 31, 2007. http://www.docs.citgo.com/msds_pi/AG1DF.pdf, accessed May 1, 2009.

Dalrymple, D.A., F.D. Skinner, and N.P. Meserole. *Investigation of U.S. Natural Gas Reserve Demographics and Gas Treatment Processes*, Topical Report, GRI-91/0019. Gas Research Institute, January 23, 1991.

El Paso Corporation, *MSDS for Crude Oil*, MSDS Number A0017.msd, revised June 26, 2007. http://www.elpaso.com/msds/A0017-Crude%20Oil.pdf, accessed May 1, 2009.

Harrison, M.R., H.J. Williamson, and L.M. Campbell. *Methane Emissions from the Natural Gas Industry, Volume 3: General Methodology*, Final Report, GRI-94/0257.20 and EPA-600/R-96-080c, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/3_generalmeth.pdf, accessed May 1, 2009.

---

[1] Note that if site specific data indicates $CH_4$ or $CO_2$ are present in the vapors, methodology is provided for emission calculations in Appendix B.

BLM_0003527

Harrison, M.R., T.M. Shires, R.A. Baker, and C.J. Loughran. *Methane Emissions from the U.S. Petroleum Industry*, Final Report, EPA-600/R-99-010. U.S. Environmental Protection Agency, February 1999.

Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Eggleston H.S., Buendia L., Miwa K., Ngara T. and Tanabe K. (eds). *2006 IPCC Guidelines for National Greenhouse Gas Inventories,* Volume 1, Chapter 7: Precursors and Indirect Emissions, 2006. http://www.ipcc-nggip.iges.or.jp/public/2006gl/pdf/1_Volume1/V1_7_Ch7_Precursors_Indirect.pdf, accessed May 1, 2009.

Irving, *MSDS for Ultra Low Sulphur Diesel*, revised December 23, 2006. http://www.irvingoil.com/dloads/refinery/03094%20DIESEL%20-%20ULTRA%20LOW%20SULPHUR%20MSDS(1).pdf, accessed May 1, 2009.

Kinder Morgan, *MSDS for Unleaded Gasoline*, revised February 18, 2003. http://www.kindermorgan.com/public_awareness/common_files/MaterialSafetyDataSheets/Typical_Gasoline.pdf, accessed May 1, 2009.

Marathon, *MSDS for Marathon No. 4 Fuel Oil*, MSDS ID No. 0424MAR019, revised July 25, 2006. http://www.marathonpetroleum.com/content/documents/mpc/msds/0242MAR019.pdf, accessed May 1, 2009.

Marathon, *MSDS for Marathon No. 5 Fuel Oil*, MSDS ID No. 0241MAR019, revised July 25, 2006. http://www.marathonpetroleum.com/content/documents/mpc/msds/0241MAR019.pdf, accessed May 1, 2009.

Marathon, *MSDS for Marathon No. 6 Fuel Oil,* MSDS ID 0159MAR019, revised July 25, 2006. http://www.marathonpetroleum.com/content/documents/mpc/msds/0159MAR019.pdf, accessed May 1, 2009.

Shires, T.M., M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary,* GRI-94/0257.23 and EPA-600/R-96-080f. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/6_vented.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003528

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources,* AP-42, (GPO 055-000-005-001), U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, 1996;  Supplement D, 1998; Supplement E, 1999; Supplement F, 2000; and updates 2001 to present. http://www.epa.gov/ttn/chief/ap42/index.html, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I:  Stationary Point and Area Sources,* AP-42, Section 5.2:  Transportation and Marketing of Petroleum Liquids, U.S. EPA Office of Air Quality Planning and Standards, July 2008. http://www.epa.gov/ttn/chief/ap42/ch05/final/c05s02.pdf, accessed May 1, 2009.

U.S. Environmental Protection Agency (EPA).  SPECIATE Version 4.0, computer program, U.S. Environmental Protection Agency, Technology Transfer Network, Clearinghouse for Inventories & Emission Factors (CHIEF), December 2006. http://www.epa.gov/ttn/chief/software/speciate/index.html, accessed May 1, 2009.

Williamson, H.J., M.B. Hall, and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 4: Statistical Methodology,* Final Report, GRI-94/0257.21 and EPA-600/R-96-080d, Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/4_statisticameth.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003529



**AMERICAN PETROLEUM INSTITUTE**

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# APPENDIX F

# REFINERY METHANE FUGITIVE EMISSION STUDY



BLM_0003530



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

## APPENDIX F

## REFINERY METHANE FUGITIVE EMISSION STUDY



BLM_0003531

# Compendium of Greenhouse Gas Emissions Estimation Methodologies for the Oil and Natural Gas Industry

Appendix F – Refinery Methane Fugitive Emissions Study

August 2009

BLM_0003532

BLM_0003533

# Table of Contents

**F.    REFINERY METHANE FUGITIVE EMISSIONS STUDY ..................................... F-1**

    F.1   Overview ......................................................................................... F-1

    F.2   Study Summary ............................................................................. F-1

    F.3   Conclusions .................................................................................. F-3

    F.4   References ..................................................................................... F-3

©2009 American Petroleum Institute

BLM_0003534

# List of Tables

Table F-1.  Refinery Background Data ........................................................................F-1

Table F-2.  Refinery A Greenhouse Gas Emissions Inventory ...................................F-2

Table F-3.  Refinery A Fugitive $CH_4$ Emissions Summary ........................................F-2

Table F-4.  Refinery B Greenhouse Gas Emissions Inventory ...................................F-2

Table F-5.  Refinery B Fugitive $CH_4$ Emissions Summary ........................................F-3

©2009 American Petroleum Institute

BLM_0003535

# F.   REFINERY METHANE FUGITIVE EMISSIONS STUDY

## F.1    Overview

This appendix describes the results of a study to test the hypothesis that $CH_4$ fugitive emissions are negligible compared to overall refinery GHG emissions.  The study has estimated $CH_4$ fugitive emissions for two refineries: a small relatively simple refinery and a larger more complex refinery. Information on the refineries is provided in Table F-1.

### Table F-1.  Refinery Background Data

|  | Refinery A | Refinery B |
|---|---|---|
| Refinery Type | Fuels refinery | Integrated fuels & chemicals |
| Capacity (BPD) | 50,000 to 99,000 | 100,000 to 199,000 |
| Process Type | Single train (multiple HDS) | Old multi-train refinery |

## F.2    Study Summary

The study approach is to gather data on the numbers of components in natural gas and refinery fuel gas service.  Potential emissions are estimated using the average emission factor for gas service for the oil and natural gas industry rather than applying refinery emission factors since the refinery emission factors specifically exclude streams exceeding 10% $CH_4$.  Control effectiveness estimates are taken from the Protocol for Equipment Leak Emission Estimates, Table 5-3, published by EPA in 1995.  The control effectiveness factors are applied only for components subject to formal LDAR, which normally applies to refinery fuel gas service components, but not to natural gas service components.

Data are also gathered from the refinery on their overall GHG inventory.  This allows a comparison of the estimated $CH_4$ fugitive emissions as a percent of the overall GHG inventory in

©2009 American Petroleum Institute

BLM_0003536

*Appendix F. Refinery Methane Fugitive Emissions Study*

$CO_2$-equivalents. One of the refineries provided $CO_2$ emissions both with and without imported electricity. Imported electricity emissions were not included in the base GHG emissions to which the contribution of fugitive $CH_4$ emissions was compared.

Tables F-2 and F-4 present GHG emission inventory data (not including fugitive $CH_4$) for Refineries A and B, respectively. Tables F-3 and F-5 present fugitive $CH_4$ emissions summary data for Refineries A and B, respectively. Unit level component counts and emission calculation tables are also available, but they have not been included because the unit names and configurations might allow identification of the refineries.

### Table F-2.  Refinery A Greenhouse Gas Emissions Inventory

| Compound | Emissions | Units | Factor | $CO_2e$ | Units |
|---|---|---|---|---|---|
| $CH_4$ [a] | 19.48 | ton/year | 21 | 371 | tonnes/year |
| $N_2O$ | 16.98 | ton/year | 310 | 4,775 | tonnes/year |
| $CO_2$ | 732,675 | ton/year | 1 | 664,672 | tonnes/year |
| **Total Greenhouse Gas Emissions:** | | | | 669,819 | **tonnes/year $CO_2e$** |

Footnote:
[a] Not including fugitive $CH_4$.

### Table F-3.  Refinery A Fugitive $CH_4$ Emissions Summary

| Service | # Components | $CH_4$ Emissions (tonnes/year) | $CO_2e$ (tonnes/year) | % of GHG $CO_2e$ Emission Inventory |
|---|---|---|---|---|
| Natural Gas | 2,780 | 26 | 544 | 0.08% |
| Fuel Gas | 5,432 | 10 | 216 | 0.03% |
| Make Gas | 159 | 0.2 | 5 | 0.001% |
| Totals | 8,371 | 36 | 765 | 0.11% |

### Table F-4.  Refinery B Greenhouse Gas Emissions Inventory

| Compound | Emissions | Units | Factor | $CO_2e$ | Units |
|---|---|---|---|---|---|
| $CH_4$ [a] | 53 | ton/yr | 21 | 1,004 | tonnes/yr |
| $N_2O$ | 19 | ton/yr | 310 | 5,364 | tonnes/yr |
| $CO_2$ [b] | 1,912,392 | ton/yr | 1 | 1,734,895 | tonnes/yr |
| $CO_2$ [c] | 1,618,748 | ton/yr | 1 | 1,468,505 | tonnes/yr |
| **Total Greenhouse Gas Emissions:** | | | | 1,741,263 | **tonnes/yr $CO_2e$ [b]** |
| | | | | 1,474,873 | **tonnes/yr $CO_2e$ [c]** |

Footnotes:
[a] Not including fugitive methane.
[b] Includes imported electricity.
[c] Excludes imported electricity.

©2009 American Petroleum Institute

BLM_0003537

### Table F-5.  Refinery B Fugitive $CH_4$ Emissions Summary

| Service | # Components | $CH_4$ Emissions (tonnes/year) | $CO_2e$ (tonnes/year) | % of GHG $CO_2e$ Emission Inventory |
|---|---|---|---|---|
| Natural Gas | 5,744 | 55 | 1,149 | 0.08% |
| Fuel Gas | 21,002 | 77 | 1,609 | 0.11% |
| Make Gas [a] | -- | -- | -- | -- |
| Totals [b] | 26,746 | 131 | 2,759 | 0.19% |

Footnotes:
[a] No separate data for make gas were gathered at Refinery B.
[b] Excludes imported electricity.

## F.3    Conclusions

The study has completed data gathering and analyses for two refineries: a small simple refinery and a larger, more complex refinery.  The estimated $CH_4$ fugitive emissions represent about 0.11% of the total GHG inventory for the small/simple refinery and about 0.19% of the GHG inventory for the large/complex refinery.  Since other large GHG emitting sources have uncertainties in the range of 1% to 5% of the overall GHG inventory, a $CH_4$ fugitive emission contribution in the range of 0.1% to 0.2% does appear to be negligible.

## F.4    References

U.S. Environmental Protection Agency (EPA).  *Protocol for Equipment Leak Emission Estimates*, EPA-453/R-95-017, EPA Office of Air Quality Planning and Standards, November 1995. http://www.epa.gov/ttn/chief/efdocs/equiplks.pdf, accessed May 1, 2009.

©2009 American Petroleum Institute

BLM_0003538



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# GLOSSARY



BLM_0003539

# GLOSSARY

*Acid Gas*

The hydrogen sulfide and/or carbon dioxide contained in or extracted from gas or other streams (GPSA, 1987). *See also sour gas.*

*Acid Gas Removal Unit (AGR)*

Systems used to remove acid gases (hydrogen sulfide and carbon dioxide) by contracting the stream with a solvent (usually amines) and then driving the absorbed components from the solvent. The amines can also absorb methane and, therefore, methane can be released to the atmosphere through the reboiler vent (Shires and Harrison, 1996).

*Accuracy*

A measure of the total error associated with a data value, accounting for both random and bias errors (Williamson, Hall, and Harrison, 1996).

*Activity Factor*

The numeric value representing any action or operation that causes or influences the release of greenhouse gas emissions (e.g., amount of fuel consumed or counts of emission sources); absolute greenhouse gas emissions result when related to the rate of emissions from the action.

*Actual Conditions*

Temperature, pressure, and volume at measurement conditions.

*Aerobic*

Referring to a condition or a situation or a living creature, such as a bacteria, in which oxygen is required to sustain life (Schlumberger).

*Anaerobic*

Pertaining to systems, reactions or life processes of species, such as bacteria, in which atmospheric oxygen is not present or not required for survival (Schlumberger).

©2009 American Petroleum Institute

BLM_0003540

### Anaerobic Digester

The equipment designed and operated for waste stabilization by the microbial reduction (using acid forming and $CH_4$ forming bacteria, in the absence of oxygen) of complex organic compounds to $CO_2$ and $CH_4$. The produced $CH_4$ may be captured for use as a fuel or flared (CIWMB, 2008).

### API Gravity

A scale used to reflect the specific gravity (SG) of a fluid such as crude oil, water, or natural gas. The API gravity is calculated as [(141.5/SG) - 131.5], where SG is the specific gravity of the fluid at 60°F (Schlumberger).

### Associated Gas

Natural gas which is found in association with crude oil either dissolved in the oil or as a cap of free gas above the oil (EIA, 2008).

### Auto-refrigeration

The process in which LNG is kept at its boiling point, so that any added heat is countered by energy lost from boil off.

### Ballasting Emissions

Evaporative emissions associated with the unloading of petroleum liquids at marine terminals. The emissions occur when vapor-laden air in an "empty" cargo tank is displaced to the atmosphere by ballast water being pumped into the tank to improve the stability of the marine tanker (EPA, AP-42, 1995-2000).

### Barrel of Oil Equivalent (BOE)

The quantity of any fuel necessary to equate on a British Thermal Unit (Btu) basis with a barrel of crude oil. This quantity will vary depending on the heating value of crude. For example, according to the US Internal Revenue Service (IRS), a BOE is any amount of fuel which has a Btu content of 5.8 million; according to the California Energy Commission (CEC), one barrel of oil has an energy content of 6 million Btu.

### Bitumen

A thick, black, high-sulfur, heavy oil extracted from tar sand and then upgraded to synthetic fuel oil. Bitumen includes hydrocarbons such as asphalt and mineral wax (Schlumberger).

©2009 American Petroleum Institute

BLM_0003541

### Bituminous Coal

A dense, black, soft coal, often with well defined bands of bright and dull material.  The most common coal, with moisture content usually less than 20 percent.  Used for generating electricity, making coke, and space heating (EIA, 2008).

### Biomass

Non-fossilized and biodegradable organic material originating from plants, animals and microorganisms, including products, by-products, residues and waste from agriculture, forestry and related industries as well as the non-fossilized and biodegradable organic fractions of industrial and municipal wastes, including gases and liquids recovered from the decomposition of non-fossilized and biodegradable organic material (TCR, 2008).

### Blanket Gas

A gas phase maintained above a liquid in a vessel to protect the liquid against air contamination, to reduce the hazard of detonation or to pressurize the liquid (Schlumberger).

### Blowdown

The act of emptying or depressuring a vessel.  This may also refer to the discarded material such as blowdown water from a boiler or cooling tower (GPSA, 1987).

### Blowout

An uncontrolled flow of well fluids and/or formation fluids from the wellbore or into lower pressured subsurface zones (underground blowout) (API, 1988).

### British Thermal Unit (Btu)

A measure of heat energy required to raise the temperature of one pound of water by one degree Fahrenheit.  British thermal unit is abbreviated as Btu (Schlumberger).

### Bunker Fuel

Fuel supplied to ships (marine bunker fuel) and aircraft (aviation bunker fuel) consisting primarily of residual and distillate fuels for marine sources and jet fuel for aviation sources.  Thus, the $CO_2$ emission factors listed in Table 4-3 can be used for marine and aviation bunker fuels (EIA, 2008).

### Ci+

Refers to a natural gas fraction consisting of hydrocarbon molecules "*i*" and heavier.  For example, C6+ is the natural gas fraction of hydrocarbon molecules hexane and heavier.

©2009 American Petroleum Institute

BLM_0003542

### Carbon Capture and Storage

A process consisting of separation of $CO_2$ from industrial and energy-related sources, transport to a storage location, and long-term isolation from the atmosphere (IPCC).

### Carbon Dioxide ($CO_2$)

A colorless, odorless, non-toxic gas that is a normal component of ambient air.  Carbon dioxide is a product of fossil fuel combustion (API, 1988).  Although $CO_2$ does not directly impair human health, it is a GHG that traps terrestrial (i.e. infrared) radiation and contributes to the potential for global warming.

### Carbon Dioxide Equivalent ($CO_2e$)

The mass of a GHG species multiplied by the global warming potential (GWP) for that species. It is used to evaluate emissions of different GHGs on a common basis—the mass of $CO_2$ emitted that would have an equivalent warming effect (IPIECA, 2003).

### Carbon Equivalent

Determined by first multiplying the total mass of a GHG gas species by the global warming potential for that species, which converts the units to a mass of $CO_2$ basis.  Then the $CO_2$ mass units are converted to carbon based on the molecular weight ratio of carbon to $CO_2$.  Exhibit 3.1 provides an example of this calculation.

### Casinghead Gas

Natural gas produced along with crude oil from oil wells.  It contains either dissolved or associated gas or both (EIA).

### Catalyst Coke

In many catalytic operations (e.g., catalytic cracking), carbon is deposited on the catalyst, thus deactivating the catalyst.  The catalyst is reactivated by burning off the carbon, which is used as a fuel in the refining process.  This carbon or coke is not recoverable in a concentrated form (EIA).

### Catalytic Cracking Unit

A refinery process unit in which petroleum derivatives are continuously charged and hydrocarbon molecules in the presence of a catalyst are fractured into smaller molecules, or react with a contact material suspended in a fluidized bed to improve feedstock quality for additional processing and the catalyst or contact material is continuously regenerated by burning off coke and other deposits.  Catalytic cracking units include both fluidized bed systems, which are referred to as fluid catalytic cracking units (FCCU), and moving bed systems, which are also

©2009 American Petroleum Institute

BLM_0003543

referred to as thermal catalytic cracking units. The unit includes the riser, reactor, regenerator, air blowers, spent catalyst or contact material stripper, catalyst or contact material recovery equipment, and regenerator equipment for controlling air pollutant emissions and for heat recovery (EIA).

### Centrifugal Compressor

Any equipment that increases the pressure of a gas stream by centrifugal action, employing rotating movement of the driven shaft (Hyne, 1991).

### Centrifugal Compressor Dry Seals

A series of rings that are located around the compressor shaft where it exits the compressor case and that operate mechanically under the opposing forces to prevent natural gas from escaping to the atmosphere (Methane to Markets, 2009).

### Centrifugal Compressor Wet Seals

A series of rings around the compressor shaft where it exits the compressor case that use oil circulated under high pressure between the rings to prevent natural gas from escaping to the atmosphere (Methane to Markets, 2009).

### Chemical Injection

A general term for injection processes that use special chemical solutions to improve oil and gas operations. Injection can be administered continuously, in batches, in injection wells, or at times in production wells. Some of the chemical solutions used include but are not limited to corrosion inhibitor, scale inhibitor, biocide, demulsifier, clarifier, and hydrate inhibitor. Natural gas powered chemical injection pumps use gas pressure acting on a piston to pump a chemical on the opposite side of the piston. The gas is then vented directly to the atmosphere. Electric powered pumps would be a source of indirect GHG emissions (Schlumberger; Shires, 1996).

### Chemical Oxygen Demand (COD)

The amount of oxygen needed to oxidize reactive chemicals in a water system, typically determined by a standardized test procedure. COD is used to estimate the amount of a pollutant in an effluent (Schlumberger).

### Coal

A readily combustible black or brownish-black rock whose composition, including inherent moisture, consists of more than 50 percent by weight and more than 70 percent by volume of carbonaceous material. It is formed from plant remains that have been compacted, hardened, chemically altered, and metamorphosed by heat and pressure over geologic time (EIA).

©2009 American Petroleum Institute

BLM_0003544

### Co-generation unit/Combined Heat and Power (CHP)

Cogeneration, also known as combined heat and power (CHP), is the simultaneous production of energy and process heat from the same fuel.

### Coke (Petroleum)

A residue high in carbon content and low in hydrogen that is the final product of thermal decomposition in the condensation process in cracking.  This product is reported as marketable coke or catalyst coke (EIA, 2008).

### Coke Burn-off

In the regenerator, coke deposited on the catalyst as a result of the cracking reactions is burned off in a controlled combustion process with preheated air.  The catalyst is then recycled to be mixed with fresh hydrocarbon feed [EPA, 1998(b)].

### Combined Cycle

An electric generating technology in which electricity is produced from otherwise lost waste heat exiting from one or more gas (combustion) turbines.  The exiting heat is routed to a conventional boiler or to a heat recovery steam generator for utilization by a steam turbine in the production of electricity.  This process increases the efficiency of the electric generating unit (EIA).

### Commercial Combustor

Refers to commercial boilers/furnaces with Source Classification Codes (SCCs) 1-03-004-01/02/03/04 and 1-03-005-01/02/03/04.  According to 40 CFR 63.7575 (December 6, 2006), a *commercial/institutional boiler* means a boiler used in commercial establishments or institutional establishments such as medical centers, research centers, institutions of higher education, hotels, and laundries to provide electricity, steam, and/or hot water.  A previous edition (4th edition) of AP-42 defined a natural gas or liquefied petroleum gas fired commercial boiler as a boiler with a heat input capacity between 0.3 and 10 MMBtu/hr (EPA, 1985 to 1993).

### Component

Sealed surfaces of above-ground process equipment, including valves, flanges, and other connectors, pump seals, compressor seals, pressure relief valves, open-ended lines, and sampling connections.  These components represent mechanical joints, seals, and rotating surfaces, which in time tend to wear and develop unintentional leaks (Hummel, Campbell, and Harrison, 1996).

BLM_0003545

## Compressor

A device that raises the pressure of air or natural gas. A compressor normally uses positive displacement to compress the gas to higher pressures so that the gas can flow into pipelines and other facilities (Schlumberger).

## Condensate

Liquid formed by the condensation of a liquid or gas; specifically, the hydrocarbon liquid separated from natural gas because of changes in temperature and pressure when the gas from the reservoir was delivered to the surface separators. Such condensate remains liquid at atmospheric temperature and pressure.

## Connector

Any threaded or non-threaded union or joint associated with pipeline segments, tubing, piece of attached equipment or an instrument. These include but are not limited to flanges, elbows, reducers, "T's", or valves. These are potential sources for fugitive emissions (Schlumberger; Hummel, Campbell, and Harrison, 1996).

## Cracking

The process of splitting a large heavy hydrocarbon molecule into smaller, lighter components. The process involves very high temperature and pressure and can involve a chemical catalyst to improve the process efficiency (Schlumberger).

## Crude Oil

A mixture of hydrocarbons that exists in the liquid phase in the underground reservoir and remains liquid at atmospheric pressure after passing through surface separating facilities (API, 1988).

## Cryogenic Liquid or Cryogens

Cryogenic liquids (cryogens) are liquefied gases that are kept in their liquid state at very low temperatures and have a normal boiling point below -238 °F(-150 °C). All cryogenic liquids are gases at normal temperatures and pressures. Examples of cryogens include methane, oxygen, nitrogen, helium and hydrogen. Additional information on cryogens is available from the Canadian Centre for Occupational Health and Safety (CCOHS).

## Dehydrator

A device used to remove water and water vapors from gas, including but not limited to desiccant, ethylene glycol, diethylene glycol, or triethylene glycol (Schlumberger).

---

©2009 American Petroleum Institute

BLM_0003546

### Delayed Coking Unit

One or more refinery process units in which high molecular weight petroleum derivatives are thermally cracked under elevated temperatures and pressure to produce petroleum coke in a series of closed, batch system reactors (EIA).

### Destruction efficiency

The extent to which a target substance present in the input combustibles has been fully oxidized or converted to environmentally safer chemicals (e.g., $CH_4$ to $CO_2$, $H_2S$ to $SO_2$, ammonia/$NH_3$ to $N_2$) released into the atmosphere (Methane to Markets, 2009).

### Diaphragm Chemical Injection Pump (CIP)

A small positive displacement, reciprocating unit designed to inject precise amounts of chemicals into process streams using a flexible diaphragm to move the plunger.

### Diesel Fuel

A fuel composed of distillates obtained in petroleum refining operation or blends of such distillates with residual oil used in motor vehicles. The boiling point and specific gravity are higher for diesel fuels than for gasoline (EIA).

### Dig-in

Ruptures of pipelines caused by unintentional (often third-party) damage (Shires and Harrison, 1996).

### Direct Emissions

Emissions from sources within the reporting entity's organizational boundaries that are owned or controlled by the reporting entity, including stationary combustion emissions, mobile combustion emissions, process emissions, and fugitive emissions (TCR, 2008).

### Distillate Oil

A general classification for one of the petroleum fractions produced in conventional distillation operations. It includes diesel fuels and fuel oils. Products known as no. 1, no. 2, and no. 4 diesel fuel are used in on-highway diesel engines, such as those in trucks and automobiles, as well as off-highway engines, such as those in railroad locomotives and agricultural machinery. Products known as no. 1, no. 2, and no. 4 fuel oils are used primarily for space heating and electric power generation (EIA).

©2009 American Petroleum Institute

BLM_0003547

### Downstream

Operations involving the refining, processing, distribution and marketing of products derived from oil and gas, including service stations (IPIECA, 2003).

### Dry Gas

(1) Gas whose water content has been reduced by a dehydration process. (2) Gas containing little or no hydrocarbons commercially recoverable as liquid product. Gas in this second definition preferably should be called "lean gas" (GPSA).

### Emergency generator

A stationary internal combustion engine that serves solely as a secondary source of mechanical or electrical power whenever the primary energy supply is disrupted or discontinued (EIA; Hynes, 1991).

### Emergency Shutdown (ESD)

The emergency procedure of depressuring equipment. The gas may be vented to the atmosphere or routed to a flare.

### Emission Factor

The rate of emission per unit of activity, output or input (IPCC).

### Emissions

The intentional or unintentional release of greenhouse gases into the atmosphere (IPIECA, 2003).

### Engineering Estimate

An estimate of emissions based on engineering principles applied to measured and/or approximated physical parameters. Engineering estimate can also refer to estimated fuel use based on engine run time, load, heat rate curve, and fuel characteristics.

### Enhanced Oil Recovery (EOR)

Artificial methods used to recover more oil after primary production by the natural reservoir drive and, possibly, water-flooding. Common EOR methods include thermal (cyclic steam stimulation, stream-flooding, and in-situ combustion), chemical (polymer, micellarpolymer, and alkaline flooding), and gas miscible (cyclic, carbon-dioxide stimulation, carbon-dioxide flooding, and nitrogen flooding). Due to potentially high $CO_2$ concentrations associated with

©2009 American Petroleum Institute

BLM_0003548

EOR operations, $CO_2$ emissions from vented and fugitive sources should be considered in a greenhouse gas inventory.

### External Combustion Device

Steam/electric generating plants, industrial boilers, process heating and space heating, and other commercial and domestic combustion units [EPA, 1998(b)].

### Feedstock

A chemical refined and manufactured from hydrocarbons and used to produce petrochemicals. Methane, ethylene, propylene, butylene, and napthenes are common feedstocks (Hyne, 1991).

### Floating Production and Storage Offloading (FPSO) System

Similar to an offshore production platform, except that FPSO's are mobile. FPSO's combine production, crude oil storage, and offloading into shuttle tankers. They may also include gas processing (Offshore Technology, 2009).

### Fluid Catalytic Cracking Unit (FCCU)

The refining process of breaking down the larger, heavier, and more complex hydrocarbon molecules into simpler and lighter molecules. Catalytic cracking is accomplished by the use of a catalytic agent and is an effective process for increasing the yield of gasoline from crude oil (EIA).

### Fluid Coking Unit (FCU)

A thermal cracking process utilizing the fluidized-solids technique to remove carbon (coke) for continuous conversion of heavy, low-grade oils into lighter products (EIA).

### Fluorinated Greenhouse Gas

Sulfur hexafluoride ($SF_6$), nitrogen trifluoride ($NF_3$), and any fluorocarbon except for controlled substances as defined at 40 CFR Part 82 Subpart A. In addition to $SF_6$ and $NF_3$, "fluorinated GHG" includes but is not limited to any hydrofluorocarbon, any perfluorocarbon, any fully fluorinated linear, branched or cyclic alkane, ether, tertiary amine or aminoether, any perfluoropolyether, and any hydrofluoropolyether (EPA, 2006).

### Fossil Fuel

Coal, oil, and other natural gas derived from decomposed organic material.

©2009 American Petroleum Institute

BLM_0003549

### Fuel Gas (Still Gas)

Gas generated at a petroleum refinery, petrochemical plant, or similar industrial process unit, and that is combusted separately or in any combination with any type of gas. This definition does not include natural gas used as a fuel.

### Fugitive Emissions

Unintentional releases from piping components and equipment leaks at sealed surfaces, as well as from underground pipeline leaks. Fugitive emissions also include non-point evaporative sources such as from wastewater treatment, pits, and impoundments. (*Compendium*, Section 3.2.3)

### Gas/Diesel Oil

Gas oils are obtained from the lowest fraction from atmospheric distillation of crude oil, while heavy gas oils are obtained by vacuum redistillation of the residual from atmospheric distillation. Gas/diesel oil distils between 180°C and 380°C. Several grades are available depending on uses: diesel oil for diesel compression ignition (cars, trucks, marine, etc.), light heating oil for industrial and commercial uses, and other gas oil including heavy gas oils which distil between 380°C and 540°C and which are used as petrochemical feedstocks (IEA).

### Gaseous Fuel

A material that is in the gaseous state at standard atmospheric temperature and pressure conditions and that is combusted to produce heat and/or energy.

### Gas Processing Plant

An installation that processes natural gas to recover natural gas liquids (condensate, natural gasoline and liquefied petroleum gas) and sometimes other substances such as sulfur. A gas processing plant is also known as a natural gas processing plant (Schlumberger).

### Gas/Oil Ratio (GOR)

The ratio of produced gas to produced oil (Schlumberger).

### Gathering Lines

The pipes used to transport oil and gas from a field to the main pipeline in the area (Schlumberger).

©2009 American Petroleum Institute

BLM_0003550

### Gathering System

The flowline network and process facilities that transport and control the flow of oil or gas from the wells to a main storage facility, processing plant or shipping point. A gathering system includes pumps, headers, separators, emulsion treaters, tanks, regulators, compressors, dehydrators, valves and associated equipment. There are two types of gathering systems, radial and trunk line. The radial type brings all the flowlines to a central header, while the trunk-line type uses several remote headers to collect fluid. The latter is mainly used in large fields. The gathering system is also called the collecting system or gathering facility (Schlumberger).

### Global Warming Potential (GWP)

An index used to relate the level of emissions of various greenhouse gases to a common measure. The GWP is defined as the ratio of the amount of global warming or radiative forcing produced by a given gas relative to the global warming produced by the reference gas $CO_2$, for a specified time period. As the reference gas, $CO_2$ has a GWP value of 1. GWPs for common GHGs can be found in Table 3-1 (EIA, 2008).

### Greenhouse Gas (GHG)

Gaseous constituents of the atmosphere, both natural and anthropogenic, that absorb and emit radiation at specific wavelengths within the spectrum of infrared radiation emitted by the Earth's surface, the atmosphere and clouds. This property causes the greenhouse effect. Water vapor ($H_2O$), carbon dioxide ($CO_2$), nitrous oxide ($N_2O$), methane ($CH_4$) and ozone ($O_3$) are the primary GHGs in the earth's atmosphere. Moreover, there are a number of entirely human-made greenhouse gases in the atmosphere, such as the halocarbons and other chlorine and bromine-containing substances, dealt with under the Montreal Protocol. Besides $CO_2$, $N_2O$ and $CH_4$, the Kyoto Protocol deals with the GHGs sulfur hexafluoride, hydrofluorocarbons, and perfluorocarbons (IPCC).

### Heating Value

The amount of energy released when a fuel is burned completely. See also HHV and LHV (IPIECA, 2003).

### Heavy Crude Oil

A category of crude oil characterized by relatively high viscosity, a higher carbon-to-hydrogen ratio, and a relatively higher density. API Report 4638, *Calculation Workbook For Oil and Gas Production Equipment Fugitive Emissions*, designates heavy crude as having an API gravity of less than 20° (API, 1996).

©2009 American Petroleum Institute

BLM_0003551

### Higher Heating Value (HHV)

The quantity of heat produced by the complete combustion of a unit volume or weight of fuel assuming that the produced water is completely condensed (liquid state) and the heat is recovered.  Also referred to as Gross Calorific Value (*Compendium*, Section 3.6.3).

### Hydrocarbon

A naturally occurring organic compound comprising hydrogen and carbon. Hydrocarbons can be as simple as methane ($CH_4$), but many are highly complex molecules, and can occur as gases, liquids or solids.  The molecules can have the shape of chains, branching chains, rings or other structures.  The most common hydrocarbons are natural gas, oil and coal (Schlumberger).

### Hydrofluorocarbon (HFC)

Halocarbons containing only hydrogen, fluorine and carbon atoms.  Because HFCs contain no chlorine, bromine, or iodine, they do not deplete the ozone layer.  Like other halocarbons, they are potent greenhouse gases (IPCC, 2006).

### Indirect Emissions

The release of GHG emissions as a consequence of operations of the reporting company, but physically occurring at sources owned or operated by another organization (e.g., purchased electricity or steam) (IPIECA, 2003).

### Industrial Boiler

Source Classification Codes (SCCs) most applicable to the Oil and Natural Gas Industry include: 1-02-004-01/02/03/04/05 (distillate fuel fired units), 1-02-005-01/02/03/04/05 (residual fuel fired units), 1-02-006-01/02/03/04 (natural gas fired units), 1-02-010-01/02/03 (liquefied petroleum gas fired units), and 1-02-007-01/04/07/10/99 (process gas fired units).  According to 40 CFR 63.7575 (December 6, 2006), an *Industrial boiler* means a boiler used in manufacturing, processing, mining, and refining or any other industry to provide steam, hot water, and/or electricity.  A previous edition (4th edition) of AP-42 defined a natural gas fired large industrial boiler as a boiler with a heat input capacity of greater than 100 MMBtu/hr (EPA, 1985 to 1993). The same edition of AP-42 also defined a natural gas fired small industrial boiler and a liquefied petroleum gas fired industrial boiler as a boiler with a heat input capacity between 10 to 100 MMBtu/hr (EPA, 1985 to 1993).

### Injection Gas

Gas injected into a formation to maintain or restore reservoir pressure.  Other reasons for gas injection are gas-lift operations, cycling in gas-condensate reservoirs or storing gas (Schlumberger).

©2009 American Petroleum Institute

BLM_0003552

### Internal Combustion Engines

An engine that uses the burning of the air-fuel mixture to provide mechanical shaft power. The major types of IC engines used in petroleum operations are gas turbines and reciprocating engines. Most stationary internal combustion engines are used to generate electric power, to pump gas or other fluids, or to compress air for pneumatic machinery (EIA; Hyne, 1991).

### Kimray Pump

A specific type of gas-powered glycol circulation pumps. These pumps use the high pressure of the rich glycol from the absorber to power pistons that pump the low pressure, lean glycol from the regenerator. The pump configuration pulls additional gas from the absorber along with the rich glycol. This gas is emitted through the dehydrator vent stack along with the methane absorbed in the rich glycol stream (Shires and Harrison, 1996).

### Lower Heating Value (LHV)

The quantity of heat produced by the complete combustion of a unit volume or weight of fuel assuming that the produced water remains as a vapor and the heat of the vapor is not recovered. The difference between the HHV and LHV is the latent heat of vaporization of the product water (i.e., the LHV is reduced by the enthalpy needed to vaporize liquid water). Also referred to as Net Calorific Value (*Compendium*, Section 3.6.3).

### Light Crude Oil

A category of crude oil characterized by relatively low viscosity, a lower carbon-to-hydrogen ratio, and a relatively lower density. API Report 4638, *Calculation Workbook For Oil and Gas Production Equipment Fugitive Emissions*, designates light crude as having an API gravity of greater than 20° (API, 1996). EPA's *Protocol for Equipment Leak Emission Estimates* defines light crude as material in a liquid state in which the sum of the concentration of individual constituents with a vapor pressure over 0.3 kilopascals (kPa) at 20 °C is greater than or equal to 20 weight percent. (EPA, 1995).

### Liquefied Natural Gas (LNG)

Natural gas, mainly methane and ethane, which has been liquefied at cryogenic temperatures. This process occurs at an extremely low temperature and a pressure near the atmospheric pressure (Schlumberger).

### Liquefied Petroleum Gas (LPG)

A group of hydrocarbon-based gases derived from crude oil refining or natural gas fractionation. They include ethane, ethylene, propane, propylene, normal butane, butylene, isobutane, and isobutylene. For convenience of transportation, these gases are liquefied through pressurization (EIA, 2008).

©2009 American Petroleum Institute

BLM_0003553

### Live Crude Oil

Crude oil containing dissolved gas in solution that may be released from solution at surface conditions.  Also referred to as unstabilized crude oil (Schlumberger).

### Loading Emissions

The hydrocarbon vapors residing in "empty" cargo tanks that are displaced to the atmosphere by liquids being loaded into the tanks.

### Lubricants

Substances used to reduce friction between bearing surfaces, or incorporated into other materials used as processing aids in the manufacture of other products, or used as carriers of other materials.  Petroleum lubricants may be produced either from distillates or residues.  Lubricants include all grades of lubricating oils, from spindle oil to cylinder oil to those used in greases (EIA, 2008).

### Material Balance

An expression for conservation of mass governed by the observation that the amount of mass leaving a control volume is equal to the amount of mass entering the volume minus the amount of mass accumulated in the volume (Schlumberger).

### Meter and Regulation Station (M&R Station)

A facility whose purpose is to measure the volume of gas passing through a pipeline.  A regulation station is a facility whose purpose is to regulate the pressure of gas passing through a pipeline to a set level (CAPP, 2004).

### Methane ($CH_4$)

The lightest and most abundant of the hydrocarbon gases and the principal component of natural gas (Schlumberger).  A hydrocarbon that is a greenhouse gas.  Methane is released to the atmosphere through anaerobic (without air) decomposition of waste, animal digestion, production and distribution of natural gas and petroleum, coal production, and incomplete fossil fuel combustion (IPCC, 2006).

©2009 American Petroleum Institute

BLM_0003554

### Miscellaneous Petroleum Products

Includes all refined petroleum products not classified elsewhere. This definition includes petrolatum lube refining by-products (aromatic extracts and tars) absorption oils, ram-jet fuel, petroleum rocket fuels, synthetic natural gas feedstocks, and specialty oils.

### Mobile Combustion Sources

Engines providing the motive power for vehicles or marine vessels used in the transport of feedstock or product, construction or maintenance equipment, or in the work-related transport of company personnel.

### Natural Gas

A naturally occurring mixture of hydrocarbons and varying quantities of non-hydrocarbons that exists either in the gaseous phase or in solution with crude oil in natural underground reservoirs (API, 1988).

### Natural Gas Liquids

Components of natural gas that are liquid at surface in field facilities or in gas-processing plants. Natural gas liquids can be classified according to their vapor pressures as low (condensate), intermediate (natural gasoline) and high (liquefied petroleum gas) vapor pressure. Natural gas liquids include propane, butane, pentane, hexane and heptane, but not methane and ethane, since these hydrocarbons need refrigeration to be liquefied. The term is commonly abbreviated as NGL (Schlumberger).

### Natural Gasoline

A term used in the gas processing industry to refer to a mixture of liquid hydrocarbons (mostly pentanes and heavier hydrocarbons) extracted from natural gas with a vapor pressure intermediate between condensate and liquefied petroleum gas. It includes isopentane (Schlumberger).

### Natural Gas Processing Facilities

A facility designed (1) to achieve the recovery of natural gas liquids from the stream of natural gas which may not have been processed through lease separators and field facilities, and (2) to control the quality of the natural gas to be marketed (API, 1988).

### Natural Gas Products

Products produced for consumers from natural gas processing facilities including, but not limited to, ethane, propane, butane, iso-butane, and pentanes-plus (Hyne, 1992; Schlumberger).

BLM_0003555

### Non-Associated Gas

Natural gas that is not in contact with oil in a subsurface reservoir.  Non-associated gas is usually dry gas and is in contrast to associated or dissolved gas (e.g., gas well or unassociated gas) (Hyne, 1991).

### Non-Point Sources

A type of emission that includes evaporative sources, such as from wastewater treatment, pits, impoundments, and mine tailing pond surface emissions (*Compendium*, Section 6.0).

### Oil/Water Separator

Equipment installed usually at the entrance to a drain, which removes oil and grease from water flows entering the drain.  Equipment includes but not limited to gravity separators or ponds and air flotation systems.  This definition specifically excludes sumps and storm water ponds (API, 1988).

### Open-ended Valve or Lines (OELs)

Any valve, except pressure relief valves, having one side of the valve seat in contact with process fluid and one side open to atmosphere, either directly or through open piping.

### Operator

The person, firm, corporation, proprietor or lessee, or any other organization or entity employed by the owners to conduct operations (API, 1988; MMS 2006).

### Owner

A word used to designate the company, person, or entity that specifies the type of inspection or testing to be conducted and has the authority to order it performed (API, 1988).

### Petrochemicals

The manufacture, distribution, and marketing of chemical products derived from oil and gas (IPIECA, 2003).

### Petroleum

A complex mixture of naturally occurring hydrocarbon compounds found in rock.  Petroleum can range from solid to gas, but the term is generally used to refer to liquid crude oil.  Impurities such as sulfur, oxygen and nitrogen are common in petroleum.  There is considerable variation in color, gravity, odor, sulfur content and viscosity in petroleum from different areas (Schlumberger).

©2009 American Petroleum Institute

BLM_0003556

### Petroleum Coke

A solid residue high in carbon content and low in hydrogen that is the final product of thermal decomposition in the condensation process in cracking. This product is reported as marketable coke or catalyst coke. The conversion is 5 barrels (of U.S. 42 gallons each) per short ton. Coke from petroleum has a heating value of 6.024 million Btu per barrel (EIA).

### Pigging

A procedure of forcing a solid object through a pipeline for the purposes of displacing or separating fluids, and cleaning or inspecting the line (Schlumberger).

### Piston Chemical Injection Pump (CIP)

There are two different types of piston CIPs. Both are a small positive displacement, reciprocating unit designed to inject precise amounts of chemicals into process streams. There are two different types. The barrel-type piston pump consists of a cylindrical piston-plunger assembly where the movement of the larger-diameter piston provides the force needed to move the plunger. Another type of piston pump observed at sites in California use a horizontal plunger to operate a gear mechanism that drives the plunger (Shires, 1996).

### Pneumatic Device

A mechanical device operated by some type of compressed gas. In the oil and natural gas industry, many devices, especially for instruments and valves, are powered by natural gas (Shires and Harrison, 1996). They may also be powered by air pressure (EIA).

### Point Sources

An emission category that includes releases to the atmosphere that occur through stacks, vents, ducts, tailpipes, or other confined streams.

### Precision

A measure of the degree of random variability associated with a data value (Williamson, Hall, and Harrison, 1996).

### Pressure Relief Device (or Pressure Relief Valve or Pressure Safety Valve)

A valve that opens at a preset pressure to relieve excessive pressures within a vessel or line; also called a relief valve, safety valve, or pop valve (API, 1988).

### Process Gas

Any gas generated by an industrial process (e.g. petroleum refining).

©2009 American Petroleum Institute

BLM_0003557

### Process Vents

A subcategory of point sources that produce emissions as a result of some form of chemical transformation or processing step.

### Pump Seals

Any seal on a pump drive shaft used to keep methane and/ or carbon dioxide containing light liquids from escaping the inside of a pump case to the atmosphere.

### Purge

The process of clearing air from equipment by displacing it with natural gas; in the process, some purge gas is emitted as the air is evacuated from the equipment (Shires, 1996).

### Reciprocating Compressor

A piece of equipment that increases the pressure of a process gas by positive displacement, employing linear movement of the drive shaft (CAPP, 2004).

### Reciprocating Compressor Rod Packing

A series of flexible rings in machined metal cups that fit around the reciprocating compressor piston rod to create a seal limiting the amount of compressed natural gas that escapes to the atmosphere (Hyne, 1991).

### Reciprocating Engine

An engine that uses the up and down motion of pistons in a cylinder to drive a crankshaft (Hyne, 1991).

### Refinery Fuel Gas (still gas)

Any form or mixture of gases produced in refineries by distillation, cracking, reforming, and other processes. The principal constituents are methane, ethane, ethylene, normal butane, butylene, propane, propylene, etc. Still gas is used as a refinery fuel and a petrochemical feedstock (EIA, 2008).

### Regasification

The process by which LNG is heated, converting it into its gaseous state (LNG, 2006).

©2009 American Petroleum Institute

BLM_0003558

### Reid Vapor Pressure (RVP)

A measure of the tendency of a liquid to vaporize.  RVP is the pressure of the vapor portion of a liquid plus the enclosed air plus the water vapor under standard conditions, measured in pounds per square inch (psi) at 100°F (Hyne, 2006).

### Renewable Energy

Energy taken from sources that are inexhaustible (e.g., wind, water, solar, geothermal, and biofuels) (IPIECA, 2003).

### Residual Fuel Oils

A general classification for the heavier oils, known as No. 5 and No. 6 fuel oils, that remain after the distillate fuel oils and lighter hydrocarbons are distilled away in refinery operations.  No. 5, a residual fuel oil of medium viscosity, is also known as Navy Special and is used in steam-powered vessels in government service and inshore power plants.  No. 6 fuel oil includes Bunker C fuel oil and is used for the production of electric power, space heating, vessel bunkering, and various industrial purposes (EIA).

### Source

Any physical unit or process that releases greenhouse gases into the atmosphere (IPIECA, 2003).

### Sour Gas

A general term for those gases that are acidic either alone or when associated with water.  See also acid gas (Schlumberger).

### Standard Conditions

For the purpose of this document, standard conditions for converting gas flow rates between mass and volume bases are 14.7 psia and 60°F.

### Stationary Combustion Sources

Stationary combustion sources include external combustion devices such as boilers and heaters, and internal combustion devices such as turbines and engines.

### Steam Reforming

A catalytic process that produces hydrogen by splitting water.  This involves a reaction between natural gas or other light hydrocarbons and steam.  The result is a mixture of hydrogen, carbon monoxide, carbon dioxide, and water (Hydrocarbons-Technology, 2009).

©2009 American Petroleum Institute

BLM_0003559

## Sulfur Recovery Unit

A process unit that recovers elemental sulfur from gases that contain reduced sulfur compounds and other pollutants, usually by a vapor-phase catalytic reaction of sulfur dioxide and hydrogen sulfide.

## Ton

A short ton is equivalent to 2,000 US pounds.

## Tonne

A metric tonne is equivalent to 1,000 kg and 2,204.62 US pounds.  Metric tonnes are the standard convention for reporting greenhouse gas equivalent emissions used by IPCC and other international climate change organizations (Hyne, 1991; LNG, 2006).

## Total Hydrocarbons (THC)

Used interchangeably with the term TOC in this document.  THC sometimes refers to hydrocarbon compounds that are measured using a Flame Ionization Detector (FID) of a gas chromatograph (GC).

## Total Organic Compound (TOC)

Includes VOCs, semi-volatile organic compounds, and condensable organic compounds. Emissions of VOCs are primarily characterized by the criteria pollutant class of unburned vapor phase hydrocarbons.  Unburned hydrocarbon emissions can include essentially all vapor phase organic compounds emitted from a combustion source.  These are primarily emissions of aliphatic, oxygenated, and low molecular weight aromatic compounds which exist in the vapor phase at flue gas temperatures.  These emissions include all alkanes, alkenes, aldehydes, carboxylic acids, and substituted benzenes (e.g., benzene, toluene, xylene, and ethyl benzene). Used in AP-42 to indicate all VOCs and all exempted organic compounds including methane, ethane, chlorofluorocarbons, toxics and hazardous air pollutants, aldehydes, and semivolatile compounds [EPA, 1998(a)].

## Turbine

A motor consisting of a rotating shaft with propellers or blades that are driven by a fluid (Hyne, 1991).

## Uncertainty

The range around a reported value in which the true value can be expected to fall (IPIECA, 2003).

BLM_0003560

## Unfinished Oils

All oils requiring further processing, except those requiring only mechanical blending. Unfinished oils are produced by partial refining of crude oil and include naphthas and lighter oils, kerosene and light gas oils, heavy gas oils, and residuum (EIA).

## Upstream

Operations involving the exploration, development, and production of oil and gas.  May also include gas processing (IPIECA, 2003).

## Utility Boiler

Refers to the following Source Classification Codes (SCC) for Electric Generation units: 1-01-004-01/04/05/06 (distillate fuel fired units), 1-01-005-01/04/05 (residual fuel fired units), 1-01-006-01/02/04 (natural gas fired units), 1-01-010-01/02/03 (liquefied petroleum gas fired units), and 1-01-007-01/02/03/04/07/12 (process gas fired units).  A previous edition (4th edition) of AP-42 defined a natural gas utility boiler as a boiler with a heat input capacity of greater than 100 MMBtu/hr (EPA, 1985 to 1993).

## Vapor Recovery Unit

A system used to recover vapors formed inside completely sealed crude oil or condensate tanks (Schlumberger).

## Volatile Organic Compound (VOC)

Any compound of carbon, excluding carbon monoxide, carbon dioxide, carbonic acid, metallic carbides or carbonates, and ammonium carbonate, which participates in atmospheric photochemical reactions (40 CFR 51.100, June 23, 2009).  Pollutants commonly classified as VOC encompass a wide spectrum of volatile organic compounds that are photochemically reactive in the atmosphere.  Compounds deemed to have "negligible photochemical reactivity" and therefore excluded include acetone, methane, ethane, methylene chloride, methyl chloroform, perchloroethylene, methylated siloxanes, many chlorofluorocarbons, certain classes of perfluorocarbons and hydrofluorethers, and some fluorinated alkenes, ethers and amines.

## Weathered Crude Oil

Crude oil which has reached atmospheric pressure and has had the volatile $CH_4$ flashed off.

## Well Completion

A term used to describe the assembly of down hole tubulars and equipment required to enable safe and efficient production from an oil or gas well (Schlumberger).

©2009 American Petroleum Institute

BLM_0003561

### Wet Natural Gas or Wet Gas

(1) A gas containing water, or a gas which has not been dehydrated. (2) A term synonymous with rich gas, i.e., a gas from which products have not been extracted (GPSA, 1987).

### Workover

Operations on a producing well to restore or increase production. A workover may be done to wash out sand, acidize, hydraulically fracture, mechanically repair, or for other reasons (API, 1988).

## References

American Petroleum Institute (API). *Glossary of Oilfield Production Terminology* (GOT) – Definitions and Abbreviations. Production Department, Dallas, TX, 1988.

American Petroleum Institute (API). *Emission Factors for Oil and Gas Production Operations*, API Publication No. 4615, Health and Environmental Sciences Department, January 1995. Available for purchase from: http://global.ihs.com, accessed May 4, 2009.

American Petroleum Institute (API). *Calculation Workbook For Oil and Gas Production Equipment Fugitive Emissions*, API Report 4638, 1996.

California Energy Commission (CEC). Energy Glossary, http://www.energy.ca.gov/glossary/glossary-b.html, accessed July 27, 2009.

California Integrated Waste Management Board (CIWMB). 2008. Conversion & Biomass to Energy Glossary. http://www.ciwmb.ca.gov/Organics/Glossary/Conversion.htm, accessed July 14, 2009.

Canadian Association of Petroleum Producers (CAPP). *A National Inventory of Greenhouse Gas (GHG), Criteria Air Contaminant (CAC) and Hydrogen Sulphide ($H_2S$) Emissions by the Upstream Oil and Gas Industry*, Volume 4 and 5, Compendium of Terminology, Information Sources, Emission Factors, Equipment Sched's and Uncertainty Data, Technical Report. Clearstone Engineering Ltd, September 2004.

Canadian Centre for Occupational Health and Safety (CCOHS). Cryogenic Liquids and their Hazards, http://www.ccohs.ca/oshanswers/chemicals/cryogenic/cryogen1.html, accessed July 8, 2009.

Energy Information Administration (EIA). *Emissions of Greenhouse Gases in the United States 2007*, Final Report, DOE/EIA-0573(2007). U.S. Department of Energy, December 2008.

Energy Information Administration (EIA). Glossary, http://www.eia.doe.gov/glossary/index.html, accessed July 9, 2009.

BLM_0003562

Gas Processing Suppliers (GPSA). *Engineering Data Book*, Volume 1, Tenth Edition. Compiled in cooperation with the Gas Processors Association, 1987.

Hummel, K.E., L.M. Campbell and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 8: Equipment Leaks*, Final Report, GRI-94/0257.25 and EPA-600/R-96-080h. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/8_equipmentleaks.pdf, accessed July 28, 2009.

Hydrocarbon-Technology. Glossary, SPG Media Group Ltd., 2009 http://www.hydrocarbons-technology.com/glossary/, accessed July 15, 2009.

Hyne, Norman J. Ph.D. 1991; *Dictionary of Petroleum Exploration, Drilling, & Production*. PennWell Publishing Company, Tulsa, OK.

Intergovernmental Panel on Climate Change (IPCC). Glossary of Terms used in the IPCC Fourth Assessment Report, Working Group I, http://www.ipcc.ch/pdf/glossary/ar4-wg1.pdf

Intergovernmental Panel on Climate Change (IPCC). *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, 2006. http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.html, accessed July 28, 2009.

International Energy Agency (IEA). Definitions, Petroleum Products, http://www.iea.org/Textbase/stats/defs/sources/petrol.htm, accessed July 7, 2009.

International Petroleum Industry Environmental Conservation Association (IPIECA), American Petroleum Institute (API) and International Association of Oil and Gas Producers (OGP). *Petroleum Industry Guidelines for Reporting Greenhouse Gas Emissions*, IPIECA, London, United Kingdom, December 2003.

LNG, *A Glossary of Terms – Third Edition*. The Petroleum Economist Limited, London, 2006

Methane to Markets. Glossary – Equipment Terminology. http://www.gastool.methanetomarkets.org/m2mtool/glossary.aspx, accessed on July 15, 2009.

Minerals Management Service (MMS). Offshore Minerals Management Glossary, 006. http://www.mms.gov/glossary/o.htm, accessed on July 15, 2009.

Offshore-Technology. 2009. Glossary. http://www.offshore-technology.com/glossary/floating-production-storage-and-offloading.html, accessed July 14, 2009.

Schlumberger. Oilfield Glossary, http://www.glossary.oilfield.slb.com/default.cfm, accessed July 8, 2009.

Shires, T.M. *Methane Emissions from the Natural Gas Industry, Volume 13: Chemical Injection Pumps*, Final Report, GRI-94/0257.30 and EPA-600/R-96-080m. Gas Research Institute and U.S.

BLM_0003563

Environmental Protection Agency, June 1996.
http://www.epa.gov/gasstar/documents/emissions_report/13_chemical.pdf, accessed July 28, 2009.

Shires, T.M. and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 6: Vented and Combustion Source Summary*, Final Report, GRI-94/0257.23 and EPA-600/R-96-080f. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
http://www.epa.gov/gasstar/documents/emissions_report/6_vented.pdf, accessed July 28, 2009.

Shires, T.M. and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 7: Blow and Purge Activities*, Final Report, GRI-94/0257.24 and EPA-600/R-96-080g. Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
http://www.epa.gov/gasstar/documents/emissions_report/7_blowandpurge.pdf, accessed July 28, 2009.

Shires, T.M. and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 12: Pneumatic Devices*, Final Report, GRI-94/0257.29 and EPA-600/R-96-080l, Gas Research Institute and U.S. Environmental Protection Agency, June 1996.
http://www.epa.gov/gasstar/documents/emissions_report/12_pneumatic.pdf, accessed July 28, 2009.

The Climate Registry (TCR). *General Reporting Protocol, Version 1.1*, May 2008.

http://www.theclimateregistry.org/downloads/GRP.pdf, accessed May 4, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources*, AP-42, (GPO 055-000-005-001), U.S. EPA Office of Air Quality Planning and Standards, Fourth Edition, 1985 to 1993.
http://www.epa.gov/ttn/chief/old/ap42/4th_edition/ap42_4thed_withsuppsa_f.pdf, accessed July 28, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources*, AP-42, U.S. EPA Office of Air Quality Planning and Standards, Fifth Edition, January 1995, with Supplements A, B, and C, October 1996, Supplement D, 1998, Supplement F, 2000, and updates 2001 to present. http://www.epa.gov/ttnchie1/ap42/, accessed July 15, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources*, AP-42, Section 1.3: External Combustion Sources-Fuel Oil Combustion, U.S. EPA Office of Air Quality Planning and Standards, September 1998(a).
http://www.epa.gov/ttn/chief/ap42/ch01/index.html, accessed July 15, 2009.

U.S. Environmental Protection Agency (EPA). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources*, AP-42, Section 5.1: Petroleum Industry – Petroleum Refining, U.S. EPA Office of Air Quality Planning and Standards, September 1998(b).
http://www.epa.gov/ttn/chief/ap42/ch01/index.html, accessed July 16, 2009.

©2009 American Petroleum Institute

BLM_0003564

U.S. Environmental Protection Agency (EPA). *Climate Change – High Global Warming Potential Gases*, 2006. http://www.epa.gov/highgwp/sources.html, accessed July 14, 2009.

U.S. Environmental Protection Agency (EPA). *Protocol for Equipment Leak Emission Estimates*, (EPA-453/R-95-017), U.S. EPA Office of Air Quality Planning and Standards, November 1995. http://www.epa.gov/ttn/chief/efdocs/equiplks.pdf, accessed May 4, 2009.

U.S. Internal Revenue Service (**IRS**). Nonconventional Source Fuel Credit, http://www.irs.gov/pub/irs-drop/n-99-18.pdf, accessed July 27, 2009.

Williamson, H.J., M.B. Hall and M.R. Harrison. *Methane Emissions from the Natural Gas Industry, Volume 4: Statistical Methodology*, Final Report, GRI-94/0257.21 and EPA-600/R-96-080d. Gas Research Institute and U.S. Environmental Protection Agency, June 1996. http://www.epa.gov/gasstar/documents/emissions_report/4_statisticameth.pdf, accessed July 28, 2009.

BLM_0003565



AMERICAN PETROLEUM INSTITUTE

# COMPENDIUM OF GREENHOUSE GAS EMISSIONS METHODOLOGIES FOR THE OIL AND NATURAL GAS INDUSTRY

AUGUST 2009

# ACRONYMS



BLM_0003566

# ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AF | activity factor |
| AGA | American Gas Association |
| AGR | acid gas removal |
| API | American Petroleum Institute |
| AR4 | Fourth Assessment Report |
| ARPEL | Regional Association of Oil and Natural Gas Companies in Latin America and the Caribbean |
| ASTM | American Society of Testing and Materials |
| bbl | barrels |
| BOD | Biological Oxygen Demand |
| BOE | barrels of oil equivalent |
| BTU | British Thermal Units |
| °C | Celsius |
| C | carbon |
| $C_2H_6$ | ethane |
| CAC | Criteria Air Contaminant |
| CAPP | Canadian Association of Petroleum Producers |
| CARB | California Air Resource Board |
| CBM | coal bed methane |
| CCS | carbon capture and geological storage |

BLM_0003567

| | |
|---|---|
| CCU | catalytic cracking unit |
| CEC | California Energy Commission |
| CF | fraction of carbon in the feedstock |
| $CH_4$ | methane |
| CHIEF | Clearinghouse for Inventories and Emission Factors |
| CHP | Combined Heat and Power |
| CIPs | chemical injection pumps |
| $cm^3$ | cubic centimeter |
| CNG | compressed natural gas |
| CO | carbon monoxide |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalents |
| COD | Chemical Oxygen Demand |
| CONCAWE | Conservation of Clean Air and Water in Europe |
| COP | Conference of Parties |
| Cp/Cv | gas specific heat ratio |
| CRR | catalyst regeneration rate |
| CRUs | catalytic reformer units |
| DEA | diethanol amine |
| Defra | Department for Environment, Food and Rural Affairs |
| DI&M | directed inspection and maintenance |
| DOE | U.S. Department of Energy |
| E&P | exploration and production |

©2009 American Petroleum Institute

BLM_0003568

| | |
|---|---|
| EF | emission factor |
| EEA | European Environment Agency |
| EIA | Energy Information Administration |
| EIIP | Emission Inventory Improvement Program |
| EOR | enhanced oil recovery |
| EPA | Environmental Protection Agency |
| ESB | emergency blowdowns |
| ESD | emergency shutdowns |
| ETS | Emissions Trading Scheme |
| EU | European Union |
| EUB | Alberta Energy Utility Board |
| °F | Fahrenheit |
| FCC | fluid catalytic cracking |
| FCCUs | fluid catalytic cracking units |
| FPSO | floating production storage and offloading |
| ft$^3$ | cubic feet |
| gal | gallon |
| GOR | gas-to-oil ratio |
| GPR | gas production rate |
| GPSA | Gas Processors Suppliers Association |
| GHG | greenhouse gas |
| GRI | Gas Research Institute |
| GTI | Gas Technology Institute |

©2009 American Petroleum Institute

BLM_0003569

*Acronyms and Abbreviations*

| | |
|---|---|
| GWP | global warming potential |
| $H_2$ | hydrogen |
| $H_2O$ | water |
| $H_2S$ | hydrogen sulfide |
| HD | heavy duty |
| HFCs | hydrofluorocarbons |
| HHV | higher heating value |
| $HNO_3$ | nitric acid |
| IC | internal combustion |
| IEA | International Energy Agency |
| IELE | Institute for Energy Law and Enterprise |
| IFC | International Flare Consortium |
| INGAA | Interstate Natural Gas Association of America |
| IPCC | Intergovernmental Panel on Climate Change |
| IPIECA | International Petroleum Industry Environmental Conservation Association |
| ISO | International Organization for Standardization |
| K | Kelvin |
| kg | kilogram |
| kPaa | Kilo-Pascals absolute |
| L | liter |
| lb | pound |
| LDAR | leak detection and repair |
| LHV | lower heating value |

©2009 American Petroleum Institute

BLM_0003570

*Acronyms and Abbreviations*

| | |
|---|---|
| LNG | liquefied natural gas |
| $m^3$ | cubic meters |
| M&R | meter and pressure regulating |
| MMS | Minerals Management Services |
| MMT | million metric tones |
| MMTCE | million metric tones of carbon equivalent |
| MOVES | Motor Vehicle Emission Simulator |
| MPMS | Manual of Petroleum Measurement Standards |
| MW | molecular weight |
| $N_2O$ | nitrous oxide |
| NCASI | National Council for Air and Stream Improvement |
| NERC | North American Electric Reliability Council |
| NMVOC | non-methane volatile organic compounds |
| ODSs | ozone-depleting substances |
| OECD | Organization for Economic Co-operation and Development |
| OGP | Association of Oil and Gas Producers |
| PFCs | perfluorocarbons |
| PRV | pressure relief valves |
| PSI | Pipeline Systems Incorporated |
| psia | pounds per square inch |
| °R | Rankine |
| RVP | Reid Vapor Pressure |
| SAR | Second Assessment Report |

©2009 American Petroleum Institute

BLM_0003571

| | |
|---|---|
| scf | standard cubic feet |
| scm | standard cubic meters |
| $SF_6$ | sulfur hexafluoride |
| SI | International System of Units |
| SRUs | Sulfur Recovery Units |
| TAR | Third Assessment Report |
| TCR | The Climate Registry |
| THC | total hydrocarbon |
| TOC | total organic compound |
| UKOOA | Offshore Operators Association Limited |
| UNFCCC | United Nations Framework Convention on Climate |
| USC | U.S. customary units |
| V | volume |
| VBE | The Vasquez-Beggs Equation |
| VCU | vapor combustion units |
| VOC | volatile organic compounds |
| VR | vent rate |

WRI/WBCSD World Resources Institute/World Business Council for Sustainable Development

©2009 American Petroleum Institute

BLM_0003572



AMERICAN PETROLEUM INSTITUTE

1220 L Street, NW
Washington, DC 20005-4070
USA
202-682-8000
www.api.org

**Product Number Z00109**

**Additional copies of this publication
are available through IHS.**

Phone Orders:     **1-800-854-7179**
                  (Toll-free in the U.S. and Canada)

                  **303-397-7956**
                  (Local and International)

Fax Orders:       **303-397-2740**

Online Orders:    **www.global.ihs.com**

Copyright 2009 – American Petroleum Institute, all rights reserved.
This document and all of its contents are protected by copyrights
pursuant to U.S. and international law. API grants users permission
to download and use this document provided that: (1) the user
includes API's copyright notice on all copies, (2) the document is
not used in any misleading or inappropriate purpose, (3) the user
does not modify or change the document in any manner, and
(4) whenever the Compendium is used to calculate an emission
number(s), the user cites the Compendium as reference. API and
the API logo are either trademarks or registered trademarks of
the American Petroleum Institute in the United States and/or
other countries. Printed in the U.S.A.

API Creative: 2009-032 | 08.09 | 200

BLM_0003573



# Sheep and Goats

ISSN: 1949-1611

Released January 27, 2012, by the National Agricultural Statistics Service (NASS), Agricultural Statistics Board, United States Department of Agriculture (USDA).

## Total Sheep and Lamb Inventory Down 2 Percent

**All sheep and lamb inventory** in the United States on January 1, 2012, totaled 5.35 million head, down 2 percent from 2011. Breeding sheep inventory decreased to 3.98 million head on January 1, 2012, down 3 percent from 4.08 million head on January 1, 2011. Ewes one year old and older, at 3.16 million head, were 2 percent below last year. Market sheep and lambs on January 1, 2012, totaled 1.37 million head, down 2 percent from January 1, 2011. Market lambs comprised 94 percent of the total market inventory. Twenty-two percent were lambs under 65 pounds, 12 percent were 65 - 84 pounds, 22 percent were 85 - 105 pounds, and 38 percent were over 105 pounds. Market sheep comprised the remaining 6 percent of total market inventory.

**The 2011 lamb crop** of 3.51 million head, was down 2 percent from 2010. The 2011 lambing rate was 109 lambs per 100 ewes one year old and older on January 1, 2011, an increase of 2 percent from 2010.

**Shorn wool production** in the United States during 2011 was 29.3 million pounds, down 4 percent from 2010. Sheep and lambs shorn totaled 4.03 million head, also down 4 percent from 2010. The average price paid for wool sold in 2011 was a record high $1.67 per pound for a total value of 48.9 million dollars, up 40 percent from 35.0 million dollars in 2010.

**Sheep death loss** during 2011 totaled 240 thousand head, an increase of 4 percent from 2010. Lamb death loss increased 3 percent from 370 thousand head in 2010 to 380 thousand head in 2011.

## Total Goat and Kid Inventory Down 4 Percent

**All goat inventory** in the United States on January 1, 2012, totaled 2.86 million head, down 4 percent from 2011. Breeding goat inventory totaled 2.38 million head, down 4 percent from 2011. Does one year old and older, at 1.78 million head, were 3 percent below last year's number. Market goats and kids totaled 487 thousand head, down 5 percent from a year ago.

**Kid crop** for 2011 totaled 1.88 million head for all goats, down 2 percent from 2010.

**Meat and all other goats** totaled 2.36 million head on January 1, 2012, down 4 percent from 2011. Milk goat inventory was 360 thousand head, unchanged from January 1, 2011, while Angora goats were down 15 percent, totaling 146 thousand head.

**Mohair production** in the United States during 2011 was 865 thousand pounds. Goats and kids clipped totaled 149 thousand head. Average weight per clip was 5.8 pounds. Mohair price was $4.12 per pound with a value of 3.56 million dollars.

BLM_0003574

## Contents

Sheep and Lamb Inventory by Class – United States: January 1, 2011 and 2012 .................................................................. 3

Sheep and Lamb Inventory – United States: January 1 ............................................................................................................. 3

Wool Production, Price, and Value – United States: 2010 and 2011 ....................................................................................... 3

Sheep and Lamb Inventory by Class – States and United States: January 1, 2011 and 2012 ................................................. 4

Breeding Sheep and Lamb Inventory by Class – States and United States: January 1, 2011 and 2012 ................................. 5

Lamb Crop – States and United States: 2010 and 2011 ........................................................................................................... 6

Market Sheep and Lamb Inventory by Weight Group – States and United States: January 1, 2011 ...................................... 7

Market Sheep and Lamb Inventory by Weight Group – States and United States: January 1, 2012 ...................................... 8

Sheep and Lamb Farm Slaughter and Death Loss – States and United States: 2010 and 2011 .............................................. 9

Wool Production – States and United States: 2010 and 2011 ................................................................................................. 10

Wool Price and Value – States and United States: 2010 and 2011 ....................................................................................... 11

Goat Inventory by Class – United States: January 1, 2011 and 2012 ................................................................................... 12

Goat Inventory – United States: January 1 .............................................................................................................................. 12

Angora Goat Inventory by Class – United States: January 1, 2011 and 2012 ...................................................................... 13

Milk Goat Inventory by Class – United States: January 1, 2011 and 2012 .......................................................................... 13

Meat and Other Goat Inventory by Class – United States: January 1, 2011 and 2012 ........................................................ 13

Angora Goat Inventory – States and United States: January 1, 2011 and 2012 ................................................................... 14

Mohair Production, Price, and Value – States and United States: 2010 and 2011 ............................................................... 14

Milk Goat Inventory – States and United States: January 1, 2011 and 2012 ....................................................................... 15

Meat and Other Goat Inventory – States and United States: January 1, 2011 and 2012 ..................................................... 16

Statistical Methodology ........................................................................................................................................................... 17

Reliability of January 1 Sheep and Lamb Estimates .............................................................................................................. 18

Information Contacts ................................................................................................................................................................ 18

BLM_0003575

**Sheep and Lamb Inventory by Class – United States: January 1, 2011 and 2012**

| Class | 2011 | 2012 | 2012 as percent of 2011 |
|---|---|---|---|
| | (1,000 head) | (1,000 head) | (percent) |
| All sheep and lambs ..................................................... | 5,480.0 | 5,345.0 | 98 |
| Breeding sheep and lambs .......................................... | 4,080.0 | 3,975.0 | 97 |
| Replacement lambs under one year old ......................... | 665.0 | 650.0 | 98 |
| Ewes - one year old and older ....................................... | 3,225.0 | 3,155.0 | 98 |
| Rams - one year old and older ....................................... | 190.0 | 170.0 | 89 |
| Market .................................................................. | 1,400.0 | 1,370.0 | 98 |

# Sheep and Lamb Inventory – United States: January 1

Thousand head



**Wool Production, Price, and Value – United States: 2010 and 2011**

| Year | Sheep shorn [1] | Weight per fleece | Shorn wool production | Price per pound | Value |
|---|---|---|---|---|---|
| | (1,000 head) | (pounds) | (1,000 pounds) | (dollars) | (1,000 dollars) |
| 2010 ............................ | 4,180 | 7.3 | 30,370 | 1.15 | 35,018 |
| 2011 ............................ | 4,030 | 7.3 | 29,290 | 1.67 | 48,925 |

[1] Includes shearing at commercial feeding yards.

**Sheep and Lamb Inventory by Class – States and United States: January 1, 2011 and 2012**

| State | All sheep and lambs | | | Total breeding | | Total market | |
|---|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2012 as percent of 2011 | 2011 | 2012 | 2011 | 2012 |
| | (1,000 head) | (1,000 head) | (percent) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) |
| Arizona | 150.0 | 140.0 | 93 | 100.0 | 97.0 | 50.0 | 43.0 |
| California | 600.0 | 570.0 | 95 | 330.0 | 320.0 | 270.0 | 250.0 |
| Colorado | 370.0 | 460.0 | 124 | 175.0 | 190.0 | 195.0 | 270.0 |
| Idaho | 235.0 | 240.0 | 102 | 183.0 | 199.0 | 52.0 | 41.0 |
| Illinois | 56.0 | 57.0 | 102 | 47.0 | 48.0 | 9.0 | 9.0 |
| Indiana | 50.0 | 55.0 | 110 | 44.0 | 48.0 | 6.0 | 7.0 |
| Iowa | 200.0 | 195.0 | 98 | 127.0 | 143.0 | 73.0 | 52.0 |
| Kansas | 70.0 | 70.0 | 100 | 43.0 | 44.0 | 27.0 | 26.0 |
| Kentucky | 34.0 | 40.0 | 118 | 28.0 | 34.0 | 6.0 | 6.0 |
| Michigan | 74.0 | 79.0 | 107 | 58.0 | 58.0 | 16.0 | 21.0 |
| Minnesota | 130.0 | 150.0 | 115 | 95.0 | 106.0 | 35.0 | 44.0 |
| Missouri | 81.0 | 83.0 | 102 | 72.0 | 73.0 | 9.0 | 10.0 |
| Montana | 230.0 | 225.0 | 98 | 215.0 | 210.0 | 15.0 | 15.0 |
| Nebraska | 74.0 | 77.0 | 104 | 57.0 | 62.0 | 17.0 | 15.0 |
| Nevada | 68.0 | 70.0 | 103 | 58.0 | 63.0 | 10.0 | 7.0 |
| New England [1] | 51.0 | 45.0 | 88 | 43.0 | 38.0 | 8.0 | 7.0 |
| New Mexico | 110.0 | 100.0 | 91 | 95.0 | 89.0 | 15.0 | 11.0 |
| New York | 70.0 | 62.0 | 89 | 56.0 | 51.0 | 14.0 | 11.0 |
| North Carolina | 27.0 | 26.0 | 96 | 22.0 | 21.0 | 5.0 | 5.0 |
| North Dakota | 78.0 | 73.0 | 94 | 61.0 | 57.0 | 17.0 | 16.0 |
| Ohio | 129.0 | 126.0 | 98 | 102.0 | 102.0 | 27.0 | 24.0 |
| Oklahoma | 75.0 | 70.0 | 93 | 60.0 | 56.0 | 15.0 | 14.0 |
| Oregon | 215.0 | 200.0 | 93 | 148.0 | 140.0 | 67.0 | 60.0 |
| Pennsylvania | 98.0 | 89.0 | 91 | 84.0 | 75.0 | 14.0 | 14.0 |
| South Dakota | 265.0 | 285.0 | 108 | 210.0 | 225.0 | 55.0 | 60.0 |
| Tennessee | 35.0 | 35.0 | 100 | 29.0 | 28.0 | 6.0 | 7.0 |
| Texas | 850.0 | 650.0 | 76 | 680.0 | 520.0 | 170.0 | 130.0 |
| Utah | 280.0 | 305.0 | 109 | 255.0 | 280.0 | 25.0 | 25.0 |
| Virginia | 90.0 | 84.0 | 93 | 67.0 | 74.0 | 23.0 | 10.0 |
| Washington | 56.0 | 52.0 | 93 | 46.0 | 42.0 | 10.0 | 10.0 |
| West Virginia | 34.0 | 33.0 | 97 | 29.0 | 28.0 | 5.0 | 5.0 |
| Wisconsin | 90.0 | 84.0 | 93 | 76.0 | 69.0 | 14.0 | 15.0 |
| Wyoming | 365.0 | 370.0 | 101 | 275.0 | 270.0 | 90.0 | 100.0 |
| Other States [2] | 140.0 | 145.0 | 104 | 110.0 | 115.0 | 30.0 | 30.0 |
| United States | 5,480.0 | 5,345.0 | 98 | 4,080.0 | 3,975.0 | 1,400.0 | 1,370.0 |

[1] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[2] Unpublished states.

BLM_0003577

**Breeding Sheep and Lamb Inventory by Class – States and United States: January 1, 2011 and 2012**

| State | Breeding sheep | | | | Replacement lambs | | Total breeding sheep and lambs | |
|---|---|---|---|---|---|---|---|---|
| | Ewes | | Rams | | | | | |
| | 2011 | 2012 | 2011 | 2012 | 2011 | 2012 | 2011 | 2012 |
| | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) |
| Arizona | 75.0 | 71.0 | 7.0 | 6.0 | 18.0 | 20.0 | 100.0 | 97.0 |
| California | 273.0 | 265.0 | 12.0 | 10.0 | 45.0 | 45.0 | 330.0 | 320.0 |
| Colorado | 142.0 | 154.0 | 5.0 | 5.0 | 28.0 | 31.0 | 175.0 | 190.0 |
| Idaho | 151.0 | 166.0 | 6.0 | 5.0 | 26.0 | 28.0 | 183.0 | 199.0 |
| Illinois | 36.0 | 37.0 | 2.5 | 3.0 | 8.5 | 8.0 | 47.0 | 48.0 |
| Indiana | 34.0 | 37.0 | 3.0 | 3.0 | 7.0 | 8.0 | 44.0 | 48.0 |
| Iowa | 104.0 | 115.0 | 5.0 | 5.0 | 18.0 | 23.0 | 127.0 | 143.0 |
| Kansas | 33.0 | 34.0 | 2.0 | 2.0 | 8.0 | 8.0 | 43.0 | 44.0 |
| Kentucky | 22.0 | 27.0 | 1.5 | 2.0 | 4.5 | 5.0 | 28.0 | 34.0 |
| Michigan | 44.0 | 43.0 | 3.0 | 3.0 | 11.0 | 12.0 | 58.0 | 58.0 |
| Minnesota | 77.0 | 83.0 | 4.0 | 4.0 | 14.0 | 19.0 | 95.0 | 106.0 |
| Missouri | 57.0 | 58.0 | 3.0 | 3.0 | 12.0 | 12.0 | 72.0 | 73.0 |
| Montana | 170.0 | 165.0 | 7.0 | 6.0 | 38.0 | 39.0 | 215.0 | 210.0 |
| Nebraska | 46.0 | 51.0 | 3.0 | 3.0 | 8.0 | 8.0 | 57.0 | 62.0 |
| Nevada | 46.0 | 49.0 | 2.0 | 2.0 | 10.0 | 12.0 | 58.0 | 63.0 |
| New England [1] | 32.0 | 29.0 | 3.0 | 2.0 | 8.0 | 7.0 | 43.0 | 38.0 |
| New Mexico | 75.0 | 72.0 | 5.0 | 4.0 | 15.0 | 13.0 | 95.0 | 89.0 |
| New York | 43.0 | 38.0 | 3.0 | 3.0 | 10.0 | 10.0 | 56.0 | 51.0 |
| North Carolina | 16.0 | 15.0 | 2.0 | 2.0 | 4.0 | 4.0 | 22.0 | 21.0 |
| North Dakota | 50.0 | 46.0 | 2.0 | 2.0 | 9.0 | 9.0 | 61.0 | 57.0 |
| Ohio | 81.0 | 78.0 | 6.0 | 6.0 | 15.0 | 18.0 | 102.0 | 102.0 |
| Oklahoma | 45.0 | 42.0 | 4.0 | 4.0 | 11.0 | 10.0 | 60.0 | 56.0 |
| Oregon | 118.0 | 109.0 | 7.0 | 6.0 | 23.0 | 25.0 | 148.0 | 140.0 |
| Pennsylvania | 62.0 | 56.0 | 6.0 | 6.0 | 16.0 | 13.0 | 84.0 | 75.0 |
| South Dakota | 173.0 | 185.0 | 7.0 | 7.0 | 30.0 | 33.0 | 210.0 | 225.0 |
| Tennessee | 22.0 | 21.0 | 2.0 | 2.0 | 5.0 | 5.0 | 29.0 | 28.0 |
| Texas | 515.0 | 415.0 | 40.0 | 30.0 | 125.0 | 75.0 | 680.0 | 520.0 |
| Utah | 210.0 | 230.0 | 9.0 | 9.0 | 36.0 | 41.0 | 255.0 | 280.0 |
| Virginia | 55.0 | 57.0 | 3.0 | 3.0 | 9.0 | 14.0 | 67.0 | 74.0 |
| Washington | 36.0 | 33.0 | 3.0 | 2.0 | 7.0 | 7.0 | 46.0 | 42.0 |
| West Virginia | 24.0 | 23.0 | 1.0 | 1.0 | 4.0 | 4.0 | 29.0 | 28.0 |
| Wisconsin | 59.0 | 54.0 | 3.0 | 3.0 | 14.0 | 12.0 | 76.0 | 69.0 |
| Wyoming | 220.0 | 215.0 | 8.0 | 7.0 | 47.0 | 48.0 | 275.0 | 270.0 |
| Other States [2] | 79.0 | 82.0 | 10.0 | 9.0 | 21.0 | 24.0 | 110.0 | 115.0 |
| United States | 3,225.0 | 3,155.0 | 190.0 | 170.0 | 665.0 | 650.0 | 4,080.0 | 3,975.0 |

[1] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[2] Unpublished states.

BLM_0003578

**Lamb Crop – States and United States: 2010 and 2011**

| State | Ewes 1 year and older January 1 | | Lambs per 100 ewes January 1 | | Lamb crop [1] | | |
|-------|------|------|------|------|------|------|------|
| | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 | 2011 as percent of 2010 |
| | (1,000 head) | (1,000 head) | (number) | (number) | (1,000 head) | (1,000 head) | (percent) |
| Arizona | 75.0 | 75.0 | 64 | 64 | 48.0 | 48.0 | 100 |
| California | 263.0 | 273.0 | 99 | 92 | 260.0 | 250.0 | 96 |
| Colorado | 150.0 | 142.0 | 113 | 134 | 170.0 | 190.0 | 112 |
| Idaho | 150.0 | 151.0 | 137 | 139 | 205.0 | 210.0 | 102 |
| Illinois | 41.0 | 36.0 | 124 | 136 | 51.0 | 49.0 | 96 |
| Indiana | 36.0 | 34.0 | 122 | 138 | 44.0 | 47.0 | 107 |
| Iowa | 116.0 | 104.0 | 138 | 149 | 160.0 | 155.0 | 97 |
| Kansas | 41.0 | 33.0 | 122 | 142 | 50.0 | 47.0 | 94 |
| Kentucky | 23.0 | 22.0 | 109 | 136 | 25.0 | 30.0 | 120 |
| Michigan | 46.0 | 44.0 | 130 | 145 | 60.0 | 64.0 | 107 |
| Minnesota | 76.0 | 77.0 | 164 | 175 | 125.0 | 135.0 | 108 |
| Missouri | 55.5 | 57.0 | 128 | 126 | 71.0 | 72.0 | 101 |
| Montana | 185.0 | 170.0 | 119 | 121 | 220.0 | 205.0 | 93 |
| Nebraska | 47.0 | 46.0 | 143 | 152 | 67.0 | 70.0 | 104 |
| Nevada | 49.0 | 46.0 | 86 | 102 | 42.0 | 47.0 | 112 |
| New England [2] | 30.0 | 32.0 | 120 | 106 | 36.0 | 34.0 | 94 |
| New Mexico | 84.0 | 75.0 | 67 | 67 | 56.0 | 50.0 | 89 |
| New York | 42.0 | 43.0 | 117 | 100 | 49.0 | 43.0 | 88 |
| North Carolina | 15.0 | 16.0 | 113 | 106 | 17.0 | 17.0 | 100 |
| North Dakota | 59.0 | 50.0 | 119 | 126 | 70.0 | 63.0 | 90 |
| Ohio | 81.0 | 81.0 | 128 | 123 | 104.0 | 100.0 | 96 |
| Oklahoma | 43.0 | 45.0 | 112 | 102 | 48.0 | 46.0 | 96 |
| Oregon | 121.0 | 118.0 | 127 | 114 | 154.0 | 135.0 | 88 |
| Pennsylvania | 63.0 | 62.0 | 111 | 103 | 70.0 | 64.0 | 91 |
| South Dakota | 210.0 | 173.0 | 110 | 136 | 230.0 | 235.0 | 102 |
| Tennessee | 19.0 | 22.0 | 142 | 118 | 27.0 | 26.0 | 96 |
| Texas | 510.0 | 515.0 | 71 | 66 | 360.0 | 340.0 | 94 |
| Utah | 215.0 | 210.0 | 102 | 112 | 220.0 | 235.0 | 107 |
| Virginia | 55.0 | 55.0 | 116 | 109 | 64.0 | 60.0 | 94 |
| Washington | 38.0 | 36.0 | 142 | 131 | 54.0 | 47.0 | 87 |
| West Virginia | 20.0 | 24.0 | 155 | 129 | 31.0 | 31.0 | 100 |
| Wisconsin | 57.0 | 59.0 | 135 | 119 | 77.0 | 70.0 | 91 |
| Wyoming | 240.0 | 220.0 | 96 | 100 | 230.0 | 220.0 | 96 |
| Other States [3] | 79.5 | 79.0 | 94 | 95 | 75.0 | 75.0 | 100 |
| United States | 3,335.0 | 3,225.0 | 107 | 109 | 3,570.0 | 3,510.0 | 98 |

[1] Lamb crop is defined as lambs born in the Eastern States and lambs docked or branded in the Western States.
[2] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[3] Unpublished states.

**Sheep and Goats (January 2012)**
USDA, National Agricultural Statistics Service

BLM_0003579

**Market Sheep and Lamb Inventory by Weight Group – States and United States: January 1, 2011**

| State | Market lambs | | | | | Market sheep | Total market sheep and lambs |
|---|---|---|---|---|---|---|---|
| | Under 65 pounds | 65 - 84 pounds | 85 - 105 pounds | Over 105 pounds | Total | | |
| | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) |
| Arizona ..................................... | 12.0 | 6.0 | 13.0 | 14.0 | 45.0 | 5.0 | 50.0 |
| California ................................... | 140.0 | 15.0 | 35.0 | 70.0 | 260.0 | 10.0 | 270.0 |
| Colorado ................................... | 2.0 | 10.0 | 42.0 | 139.0 | 193.0 | 2.0 | 195.0 |
| Idaho ........................................ | 1.0 | 8.0 | 7.0 | 34.0 | 50.0 | 2.0 | 52.0 |
| Illinois ...................................... | 3.0 | 2.3 | 0.9 | 1.8 | 8.0 | 1.0 | 9.0 |
| Indiana ...................................... | 3.2 | 0.5 | 0.9 | 0.4 | 5.0 | 1.0 | 6.0 |
| Iowa ......................................... | 6.0 | 8.0 | 30.0 | 28.0 | 72.0 | 1.0 | 73.0 |
| Kansas ...................................... | 13.0 | 3.5 | 3.5 | 3.0 | 23.0 | 4.0 | 27.0 |
| Kentucky ................................... | 2.0 | 1.0 | 1.5 | 0.5 | 5.0 | 1.0 | 6.0 |
| Michigan ................................... | 2.0 | 3.0 | 4.0 | 5.0 | 14.0 | 2.0 | 16.0 |
| Minnesota ................................. | 8.0 | 7.0 | 6.0 | 13.0 | 34.0 | 1.0 | 35.0 |
| Missouri .................................... | 4.0 | 1.5 | 1.7 | 0.8 | 8.0 | 1.0 | 9.0 |
| Montana .................................... | 1.0 | 2.0 | 8.0 | 2.0 | 13.0 | 2.0 | 15.0 |
| Nebraska ................................... | 1.5 | 4.5 | 5.0 | 5.0 | 16.0 | 1.0 | 17.0 |
| Nevada ..................................... | 1.0 | 4.0 | 3.0 | 1.0 | 9.0 | 1.0 | 10.0 |
| New England [1] ......................... | 2.6 | 1.7 | 1.2 | 0.5 | 6.0 | 2.0 | 8.0 |
| New Mexico ............................... | 3.0 | 5.0 | 3.0 | 2.0 | 13.0 | 2.0 | 15.0 |
| New York ................................... | 7.0 | 2.0 | 2.0 | 1.0 | 12.0 | 2.0 | 14.0 |
| North Carolina ........................... | 2.5 | 0.8 | 0.6 | 0.1 | 4.0 | 1.0 | 5.0 |
| North Dakota ............................. | 1.5 | 3.0 | 6.0 | 5.5 | 16.0 | 1.0 | 17.0 |
| Ohio ......................................... | 8.0 | 5.7 | 5.5 | 6.8 | 26.0 | 1.0 | 27.0 |
| Oklahoma .................................. | 6.0 | 3.0 | 1.0 | 4.0 | 14.0 | 1.0 | 15.0 |
| Oregon ...................................... | 10.0 | 12.5 | 18.0 | 23.5 | 64.0 | 3.0 | 67.0 |
| Pennsylvania ............................. | 5.0 | 3.0 | 2.0 | 1.0 | 11.0 | 3.0 | 14.0 |
| South Dakota ............................. | 3.0 | 9.0 | 17.0 | 25.0 | 54.0 | 1.0 | 55.0 |
| Tennessee ................................. | 2.2 | 2.0 | 1.0 | 0.5 | 5.7 | 0.3 | 6.0 |
| Texas ....................................... | 80.0 | 25.0 | 15.0 | 40.0 | 160.0 | 10.0 | 170.0 |
| Utah ......................................... | 2.0 | 2.0 | 6.0 | 11.0 | 21.0 | 4.0 | 25.0 |
| Virginia ..................................... | 7.0 | 11.5 | 2.9 | 1.1 | 22.5 | 0.5 | 23.0 |
| Washington ............................... | 3.0 | 1.5 | 2.3 | 1.0 | 7.8 | 2.2 | 10.0 |
| West Virginia ............................. | 2.0 | 1.0 | 0.5 | 0.5 | 4.0 | 1.0 | 5.0 |
| Wisconsin ................................. | 5.0 | 3.0 | 2.0 | 2.0 | 12.0 | 2.0 | 14.0 |
| Wyoming ................................... | 2.0 | 5.0 | 45.0 | 36.0 | 88.0 | 2.0 | 90.0 |
| Other States [2] ......................... | 12.5 | 5.0 | 4.5 | 2.0 | 24.0 | 6.0 | 30.0 |
| United States ............................ | 364.0 | 178.0 | 297.0 | 481.0 | 1,320.0 | 80.0 | 1,400.0 |

[1] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[2] Unpublished states.

BLM_0003580

**Market Sheep and Lamb Inventory by Weight Group – States and United States: January 1, 2012**

| State | Market lambs | | | | | Market sheep | Total market sheep and lambs |
|---|---|---|---|---|---|---|---|
| | Under 65 pounds | 65 - 84 pounds | 85 - 105 pounds | Over 105 pounds | Total | | |
| | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) |
| Arizona | 10.0 | 3.0 | 5.0 | 21.0 | 39.0 | 4.0 | 43.0 |
| California | 105.0 | 20.0 | 15.0 | 105.0 | 245.0 | 5.0 | 250.0 |
| Colorado | 3.0 | 14.0 | 85.0 | 167.0 | 269.0 | 1.0 | 270.0 |
| Idaho | 2.0 | 2.0 | 8.0 | 27.0 | 39.0 | 2.0 | 41.0 |
| Illinois | 3.5 | 1.9 | 1.2 | 1.4 | 8.0 | 1.0 | 9.0 |
| Indiana | 4.0 | 0.6 | 1.0 | 0.4 | 6.0 | 1.0 | 7.0 |
| Iowa | 9.0 | 8.0 | 17.0 | 17.0 | 51.0 | 1.0 | 52.0 |
| Kansas | 11.0 | 3.0 | 2.0 | 6.0 | 22.0 | 4.0 | 26.0 |
| Kentucky | 2.0 | 1.0 | 1.5 | 0.5 | 5.0 | 1.0 | 6.0 |
| Michigan | 2.0 | 2.0 | 6.0 | 9.0 | 19.0 | 2.0 | 21.0 |
| Minnesota | 9.0 | 10.0 | 10.0 | 14.0 | 43.0 | 1.0 | 44.0 |
| Missouri | 3.0 | 2.5 | 2.0 | 1.5 | 9.0 | 1.0 | 10.0 |
| Montana | 2.0 | 3.0 | 7.0 | 2.0 | 14.0 | 1.0 | 15.0 |
| Nebraska | 2.0 | 2.0 | 5.0 | 5.0 | 14.0 | 1.0 | 15.0 |
| Nevada | 1.0 | 1.0 | 2.0 | 2.0 | 6.0 | 1.0 | 7.0 |
| New England [1] | 2.0 | 1.4 | 1.0 | 0.6 | 5.0 | 2.0 | 7.0 |
| New Mexico | 3.0 | 3.0 | 2.0 | 1.0 | 9.0 | 2.0 | 11.0 |
| New York | 6.0 | 2.0 | 1.0 | 1.0 | 10.0 | 1.0 | 11.0 |
| North Carolina | 2.5 | 1.0 | 0.4 | 0.1 | 4.0 | 1.0 | 5.0 |
| North Dakota | 1.0 | 3.0 | 7.0 | 4.0 | 15.0 | 1.0 | 16.0 |
| Ohio | 6.0 | 6.0 | 6.0 | 5.0 | 23.0 | 1.0 | 24.0 |
| Oklahoma | 7.0 | 2.0 | 2.0 | 1.0 | 12.0 | 2.0 | 14.0 |
| Oregon | 7.0 | 8.0 | 17.0 | 25.0 | 57.0 | 3.0 | 60.0 |
| Pennsylvania | 5.0 | 3.0 | 2.0 | 1.0 | 11.0 | 3.0 | 14.0 |
| South Dakota | 3.0 | 10.0 | 20.0 | 26.0 | 59.0 | 1.0 | 60.0 |
| Tennessee | 3.0 | 1.6 | 0.9 | 1.0 | 6.5 | 0.5 | 7.0 |
| Texas | 55.0 | 20.0 | 10.0 | 25.0 | 110.0 | 20.0 | 130.0 |
| Utah | 2.0 | 2.0 | 6.0 | 11.0 | 21.0 | 4.0 | 25.0 |
| Virginia | 5.0 | 2.0 | 1.0 | 1.0 | 9.0 | 1.0 | 10.0 |
| Washington | 2.0 | 2.0 | 2.5 | 1.0 | 7.5 | 2.5 | 10.0 |
| West Virginia | 2.5 | 1.0 | 1.0 | 0.5 | 5.0 | | 5.0 |
| Wisconsin | 3.0 | 2.0 | 5.0 | 3.0 | 13.0 | 2.0 | 15.0 |
| Wyoming | 1.0 | 10.0 | 51.0 | 34.0 | 96.0 | 4.0 | 100.0 |
| Other States [2] | 12.5 | 5.0 | 4.5 | 2.0 | 24.0 | 6.0 | 30.0 |
| United States | 297.0 | 159.0 | 308.0 | 522.0 | 1,286.0 | 84.0 | 1,370.0 |

[1] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[2] Unpublished states.

**Sheep and Goats (January 2012)**
USDA, National Agricultural Statistics Service

BLM_0003581

**Sheep and Lamb Farm Slaughter and Death Loss – States and United States: 2010 and 2011**

| State | Farm slaughter [1] | | Deaths | | | |
| | | | Sheep | | Lambs | |
| | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 |
| | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) | (1,000 head) |
|---|---|---|---|---|---|---|
| Arizona | 13.0 | 12.5 | 4.5 | 6.0 | 4.0 | 6.0 |
| California | 5.0 | 4.5 | 16.0 | 15.0 | 9.0 | 9.0 |
| Colorado | 2.5 | 2.5 | 9.0 | 16.0 | 15.0 | 20.0 |
| Idaho | 3.0 | 2.5 | 7.0 | 8.0 | 10.0 | 13.0 |
| Illinois | 2.0 | 2.0 | 3.0 | 3.0 | 6.0 | 6.0 |
| Indiana | 3.3 | 3.3 | 2.0 | 3.0 | 7.0 | 6.0 |
| Iowa | 1.5 | 1.4 | 10.0 | 9.0 | 20.0 | 20.0 |
| Kansas | 2.5 | 2.5 | 3.0 | 3.0 | 6.0 | 6.0 |
| Kentucky | 0.5 | 0.5 | 2.5 | 2.0 | 3.0 | 4.0 |
| Michigan | 2.0 | 2.0 | 3.0 | 4.0 | 7.0 | 7.0 |
| Minnesota | 4.0 | 4.0 | 9.0 | 10.0 | 16.0 | 18.0 |
| Missouri | 1.0 | 1.0 | 2.5 | 3.0 | 10.0 | 9.0 |
| Montana | 1.5 | 1.5 | 13.0 | 12.0 | 17.0 | 16.0 |
| Nebraska | 0.4 | 0.4 | 3.2 | 3.4 | 8.0 | 8.0 |
| Nevada | 1.0 | 1.0 | 5.0 | 5.0 | 9.0 | 10.0 |
| New England [2] | 2.3 | 2.2 | 2.0 | 1.5 | 2.8 | 2.7 |
| New Mexico | 6.0 | 5.5 | 8.0 | 8.0 | 4.0 | 4.0 |
| New York | 2.5 | 2.5 | 2.5 | 2.0 | 5.0 | 5.0 |
| North Carolina | 0.2 | 0.2 | 1.3 | 1.6 | 2.7 | 2.3 |
| North Dakota | 0.5 | 0.5 | 3.0 | 3.0 | 7.0 | 7.0 |
| Ohio | 3.0 | 3.0 | 8.0 | 7.0 | 11.0 | 12.0 |
| Oklahoma | 1.3 | 1.3 | 4.0 | 4.0 | 8.0 | 7.0 |
| Oregon | 4.0 | 4.0 | 7.0 | 7.0 | 7.0 | 7.0 |
| Pennsylvania | 2.0 | 2.0 | 5.0 | 4.0 | 9.0 | 9.0 |
| South Dakota | 1.4 | 1.5 | 10.0 | 10.0 | 30.0 | 29.0 |
| Tennessee | 1.3 | 1.3 | 2.5 | 2.0 | 4.0 | 4.0 |
| Texas | 2.0 | 2.0 | 40.0 | 40.0 | 60.0 | 64.0 |
| Utah | 6.0 | 6.0 | 12.0 | 12.0 | 15.0 | 15.0 |
| Virginia | 3.0 | 3.0 | 3.0 | 5.0 | 9.0 | 8.0 |
| Washington | 6.0 | 6.0 | 4.0 | 3.0 | 3.0 | 2.0 |
| West Virginia | 0.1 | 0.1 | 2.5 | 2.5 | 5.0 | 5.5 |
| Wisconsin | 1.5 | 1.5 | 4.0 | 4.0 | 10.0 | 9.0 |
| Wyoming | 2.0 | 2.0 | 9.0 | 11.0 | 13.0 | 13.0 |
| Other States [3] | 7.0 | 7.0 | 9.5 | 10.0 | 17.5 | 16.5 |
| United States | 95.3 | 93.2 | 230.0 | 240.0 | 370.0 | 380.0 |

[1] Excludes custom slaughter for farmers at commercial establlshments.
[2] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[3] Unpublished states.

BLM_0003582

**Wool Production – States and United States: 2010 and 2011**

| State | Sheep shorn | | Weight per fleece | | Production | |
|-------|-------------|--|-------------------|--|------------|--|
| | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 |
| | (1,000 head) | (1,000 head) | (pounds) | (pounds) | (1,000 pounds) | (1,000 pounds) |
| Arizona ............................................ | 120.0 | 110.0 | 6.3 | 6.3 | 750 | 690 |
| California ......................................... | 490.0 | 470.0 | 6.1 | 6.2 | 3,000 | 2,900 |
| Colorado ......................................... | 345.0 | 370.0 | 7.2 | 7.0 | 2,500 | 2,600 |
| Idaho ............................................... | 205.0 | 215.0 | 9.6 | 9.3 | 1,960 | 2,000 |
| Illinois ............................................. | 46.0 | 45.0 | 7.0 | 6.8 | 320 | 305 |
| Indiana ............................................ | 37.0 | 40.0 | 6.2 | 6.0 | 230 | 240 |
| Iowa ................................................ | 200.0 | 190.0 | 5.0 | 5.3 | 1,000 | 1,000 |
| Kansas ............................................ | 42.0 | 44.0 | 6.5 | 6.5 | 275 | 285 |
| Kentucky ......................................... | 10.0 | 13.0 | 7.0 | 6.5 | 70 | 85 |
| Michigan .......................................... | 63.0 | 66.0 | 6.0 | 6.2 | 380 | 410 |
| Minnesota ........................................ | 130.0 | 140.0 | 6.4 | 6.2 | 830 | 870 |
| Missouri ........................................... | 50.0 | 50.0 | 6.2 | 6.0 | 310 | 300 |
| Montana .......................................... | 215.0 | 200.0 | 9.3 | 9.3 | 2,000 | 1,850 |
| Nebraska ......................................... | 55.0 | 57.0 | 7.0 | 7.2 | 385 | 410 |
| Nevada ............................................ | 53.0 | 54.0 | 9.8 | 9.9 | 520 | 535 |
| New England [1] ................................ | 39.0 | 34.0 | 6.9 | 6.9 | 270 | 235 |
| New Mexico ...................................... | 95.0 | 90.0 | 7.8 | 7.8 | 740 | 700 |
| New York ......................................... | 38.0 | 33.0 | 6.4 | 6.4 | 245 | 210 |
| North Carolina .................................. | 7.0 | 6.0 | 5.0 | 5.7 | 35 | 34 |
| North Dakota .................................... | 70.0 | 66.0 | 8.1 | 8.2 | 570 | 540 |
| Ohio ................................................ | 100.0 | 97.0 | 6.3 | 6.0 | 625 | 585 |
| Oklahoma ........................................ | 30.0 | 27.0 | 5.3 | 5.2 | 160 | 140 |
| Oregon ............................................ | 174.0 | 166.0 | 6.4 | 6.6 | 1,120 | 1,100 |
| Pennsylvania .................................... | 56.0 | 52.0 | 6.7 | 6.8 | 375 | 355 |
| South Dakota ................................... | 240.0 | 260.0 | 7.8 | 7.6 | 1,870 | 1,970 |
| Tennessee ....................................... | 17.0 | 18.0 | 5.9 | 5.8 | 100 | 105 |
| Texas .............................................. | 490.0 | 360.0 | 7.0 | 7.2 | 3,450 | 2,600 |
| Utah ................................................ | 260.0 | 275.0 | 8.5 | 8.7 | 2,220 | 2,400 |
| Virginia ............................................ | 30.0 | 35.0 | 5.5 | 5.7 | 165 | 200 |
| Washington ...................................... | 50.0 | 45.0 | 7.8 | 7.7 | 390 | 345 |
| West Virginia .................................... | 23.0 | 21.0 | 5.4 | 6.0 | 125 | 126 |
| Wisconsin ........................................ | 70.0 | 61.0 | 7.1 | 7.0 | 500 | 425 |
| Wyoming .......................................... | 285.0 | 275.0 | 9.1 | 8.9 | 2,600 | 2,450 |
| Other States [2] ............................... | 45.0 | 45.0 | 6.2 | 6.4 | 280 | 290 |
| United States ................................... | 4,180.0 | 4,030.0 | 7.3 | 7.3 | 30,370 | 29,290 |

[1] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[2] Unpublished states.

BLM_0003583

## Wool Price and Value – States and United States: 2010 and 2011

[United States value may not add due to rounding]

| State | Price per pound | | Value [1] | |
|---|---|---|---|---|
| | 2010 | 2011 | 2010 | 2011 |
| | (dollars) | (dollars) | (1,000 dollars) | (1,000 dollars) |
| Arizona | 0.30 | 0.50 | 225 | 345 |
| California | 1.25 | 1.70 | 3,750 | 4,930 |
| Colorado | 1.49 | 2.15 | 3,725 | 5,590 |
| Idaho | 1.26 | 1.70 | 2,470 | 3,400 |
| Illinois | 0.39 | 0.46 | 125 | 140 |
| Indiana | 0.38 | 0.41 | 87 | 98 |
| Iowa | 0.29 | 0.58 | 290 | 580 |
| Kansas | 0.46 | 0.70 | 127 | 200 |
| Kentucky | 0.50 | 0.55 | 35 | 47 |
| Michigan | 0.55 | 0.60 | 209 | 246 |
| Minnesota | 0.43 | 0.62 | 357 | 539 |
| Missouri | 0.55 | 0.71 | 171 | 213 |
| Montana | 1.60 | 2.40 | 3,200 | 4,440 |
| Nebraska | 0.58 | 0.80 | 223 | 328 |
| Nevada | 1.40 | 1.90 | 728 | 1,017 |
| New England [2] | 0.60 | 0.70 | 162 | 165 |
| New Mexico | 1.50 | 1.85 | 1,110 | 1,295 |
| New York | 0.40 | 0.60 | 98 | 126 |
| North Carolina | 0.80 | 1.00 | 28 | 34 |
| North Dakota | 0.90 | 1.40 | 513 | 756 |
| Ohio | 0.28 | 0.56 | 175 | 328 |
| Oklahoma | 0.60 | 0.70 | 96 | 98 |
| Oregon | 0.86 | 1.70 | 963 | 1,870 |
| Pennsylvania | 0.37 | 0.44 | 139 | 156 |
| South Dakota | 1.11 | 1.84 | 2,076 | 3,625 |
| Tennessee | 0.51 | 0.72 | 51 | 76 |
| Texas | 1.58 | 2.21 | 5,451 | 5,746 |
| Utah | 1.20 | 1.90 | 2,664 | 4,560 |
| Virginia | 0.55 | 0.65 | 91 | 130 |
| Washington | 1.50 | 1.65 | 585 | 569 |
| West Virginia | 0.48 | 0.82 | 60 | 103 |
| Wisconsin | 0.40 | 0.70 | 200 | 298 |
| Wyoming | 1.73 | 2.57 | 4,498 | 6,297 |
| Other States [3] | 1.20 | 2.00 | 336 | 580 |
| United States | 1.15 | 1.67 | 35,018 | 48,925 |

[1] Production multiplied by marketing year average price. United States value is the summation of State values.
[2] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[3] Unpublished states.

BLM_0003584

**Goat Inventory by Class – United States: January 1, 2011 and 2012**

| Class | 2011 | 2012 | 2012 as percent of 2011 |
|---|---|---|---|
| | (head) | (head) | (percent) |
| All goats and kids ....................................................... | 2,996,000 | 2,862,000 | 96 |
| All, breeding goats ................................................ | 2,486,000 | 2,375,000 | 96 |
| Replacement kids - under one year ...................... | 462,000 | 421,000 | 91 |
| Does - one year old and older ............................. | 1,839,000 | 1,775,000 | 97 |
| Bucks - one year old and older ........................... | 185,000 | 179,000 | 97 |
| All, market goats and kids .................................... | 510,000 | 487,000 | 95 |
| Kid crop [1] ................................................................ | 1,911,000 | 1,879,000 | 98 |

[1] Kid crop refers to kids born the previous year.

# Goat Inventory – United States: January 1



**Sheep and Goats (January 2012)**
USDA, National Agricultural Statistics Service

BLM_0003585

**Angora Goat Inventory by Class – United States: January 1, 2011 and 2012**

| Class | 2011 | 2012 | 2012 as percent of 2011 |
|---|---|---|---|
| | (head) | (head) | (percent) |
| Angora goats and kids .......................................................... | 172,000 | 146,000 | 85 |
| Angora, breeding goats ...................................................... | 150,000 | 130,000 | 87 |
| Replacement kids - under one year ..................................... | 23,000 | 20,000 | 87 |
| Does - one year old and older ............................................ | 118,000 | 102,000 | 86 |
| Bucks - one year old and older ........................................... | 9,000 | 8,000 | 89 |
| Angora, market goats and kids ........................................... | 22,000 | 16,000 | 73 |
| Kid crop [1] .......................................................................... | 80,000 | 81,000 | 101 |

[1] Kid crop refers to kids born the previous year.

**Milk Goat Inventory by Class – United States: January 1, 2011 and 2012**

| Class | 2011 | 2012 | 2012 as percent of 2011 |
|---|---|---|---|
| | (head) | (head) | (percent) |
| Milk goats and kids ............................................................ | 360,000 | 360,000 | 100 |
| Milk, breeding goats ......................................................... | 325,000 | 324,000 | 100 |
| Replacement kids - under one year ..................................... | 70,000 | 68,000 | 97 |
| Does - one year old and older ............................................ | 232,000 | 233,000 | 100 |
| Bucks - one year old and older ........................................... | 23,000 | 23,000 | 100 |
| Milk, market goats and kids ............................................... | 35,000 | 36,000 | 103 |
| Kid crop [1] .......................................................................... | 265,000 | 267,000 | 101 |

[1] Kid crop refers to kids born the previous year.

**Meat and Other Goat Inventory by Class – United States: January 1, 2011 and 2012**

| Class | 2011 | 2012 | 2012 as percent of 2011 |
|---|---|---|---|
| | (head) | (head) | (percent) |
| Meat and other goats and kids .......................................... | 2,464,000 | 2,356,000 | 96 |
| Meat and other, breeding goats ........................................ | 2,011,000 | 1,921,000 | 96 |
| Replacement kids - under one year ..................................... | 369,000 | 333,000 | 90 |
| Does - one year old and older ............................................ | 1,489,000 | 1,440,000 | 97 |
| Bucks - one year old and older ........................................... | 153,000 | 148,000 | 97 |
| Meat and other, market goats and kids .............................. | 453,000 | 435,000 | 96 |
| Kid crop [1] .......................................................................... | 1,566,000 | 1,531,000 | 98 |

[1] Kid crop refers to kids born the previous year.

BLM_0003586

## Angora Goat Inventory – States and United States: January 1, 2011 and 2012

| State | 2011 | 2012 | 2012 as percent of 2011 |
|---|---|---|---|
| | (head) | (head) | (percent) |
| Arizona ................................................... | 25,000 | 23,000 | 92 |
| California ................................................ | 3,500 | 3,500 | 100 |
| Colorado ................................................ | 1,000 | 1,000 | 100 |
| Minnesota .............................................. | 1,000 | 1,000 | 100 |
| Missouri ................................................. | 1,300 | 1,500 | 115 |
| New England [1] ...................................... | 1,300 | 1,100 | 85 |
| New Mexico ............................................ | 11,500 | 11,500 | 100 |
| Ohio ....................................................... | 1,000 | (D) | (D) |
| Oregon ................................................... | 2,100 | 2,400 | 114 |
| Texas ..................................................... | 110,000 | 85,000 | 77 |
| Wisconsin ............................................... | 1,000 | (D) | (D) |
| Other States [2] ...................................... | 13,300 | 16,000 | (X) |
| United States ......................................... | 172,000 | 146,000 | 85 |

(D) Withheld to avoid disclosing data for individual operations.
(X) Not applicable.
 [1] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
 [2] Unpublished states.

## Mohair Production, Price, and Value – States and United States: 2010 and 2011

| State | Goats clipped | | Average clip per goat | | Production | | Price per pound | | Value [1] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 |
| | (head) | (head) | (pounds) | (pounds) | (1,000 pounds) | (1,000 pounds) | (dollars) | (dollars) | (1,000 dollars) | (1,000 dollars) |
| Arizona ........... | 23,000 | 23,000 | 5.2 | 4.8 | 120 | 110 | 1.10 | 2.00 | 132 | 220 |
| California ........ | 3,000 | 3,000 | 6.7 | 6.7 | 20 | 20 | 4.25 | 6.00 | 85 | 120 |
| New Mexico ..... | 11,500 | 11,500 | 6.5 | 6.5 | 75 | 75 | 2.50 | 2.60 | 188 | 195 |
| Texas .............. | 120,000 | 90,000 | 6.1 | 5.9 | 730 | 530 | 4.20 | 5.10 | 3,066 | 2,703 |
| Other States [2] .. | 23,500 | 21,500 | 6.0 | 6.0 | 140 | 130 | 2.25 | 2.49 | 315 | 324 |
| United States ... | 181,000 | 149,000 | 6.0 | 5.8 | 1,085 | 865 | 3.49 | 4.12 | 3,786 | 3,562 |

 [1] Production multiplied by marketing year average price. United States value is summation of State values.
 [2] Unpublished states.

**Sheep and Goats (January 2012)**
USDA, National Agricultural Statistics Service

BLM_0003587

## Milk Goat Inventory – States and United States: January 1, 2011 and 2012

| State | 2011 | 2012 | 2012 as percent of 2011 |
|-------|------|------|--------------------------|
| | (head) | (head) | (percent) |
| Alabama | 4,000 | 3,300 | 83 |
| Arizona | 2,000 | 3,000 | 150 |
| Arkansas | 4,800 | 4,700 | 98 |
| California | 38,000 | 41,000 | 108 |
| Colorado | 8,200 | 11,000 | 134 |
| Florida | 5,000 | 6,000 | 120 |
| Georgia | 3,000 | 2,900 | 97 |
| Idaho | 3,500 | 4,000 | 114 |
| Illinois | 4,500 | 3,900 | 87 |
| Indiana | 12,000 | 11,500 | 96 |
| Iowa | 31,000 | 32,500 | 105 |
| Kansas | 4,700 | 5,300 | 113 |
| Kentucky | 5,500 | 7,000 | 127 |
| Louisiana | 1,200 | 1,300 | 108 |
| Maryland | 1,800 | 2,300 | 128 |
| Michigan | 10,800 | 10,000 | 93 |
| Minnesota | 12,000 | 11,500 | 96 |
| Mississippi | 3,000 | 3,100 | 103 |
| Missouri | 11,000 | 9,000 | 82 |
| Montana | 2,600 | 2,500 | 96 |
| Nebraska | 2,900 | 3,100 | 107 |
| New England [1] | 12,700 | 11,100 | 87 |
| New Jersey | 2,500 | 2,000 | 80 |
| New Mexico | 2,800 | 2,800 | 100 |
| New York | 13,000 | 12,800 | 98 |
| North Carolina | 7,000 | 6,300 | 90 |
| Ohio | 8,000 | 10,000 | 125 |
| Oklahoma | 6,000 | 7,000 | 117 |
| Oregon | 9,100 | 10,700 | 118 |
| Pennsylvania | 16,000 | 15,000 | 94 |
| South Carolina | 2,800 | 3,000 | 107 |
| South Dakota | 2,300 | 2,100 | 91 |
| Tennessee | 7,500 | 9,000 | 120 |
| Texas | 20,000 | 20,000 | 100 |
| Utah | 2,400 | 1,800 | 75 |
| Virginia | 5,900 | 5,200 | 88 |
| Washington | 8,500 | 6,700 | 79 |
| West Virginia | 2,500 | 2,500 | 100 |
| Wisconsin | 50,000 | 44,000 | 88 |
| Wyoming | 1,400 | 1,100 | 79 |
| Other States [2] | 8,100 | 8,000 | 99 |
| United States | 360,000 | 360,000 | 100 |

[1] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[2] Unpublished states.

BLM_0003588

**Meat and Other Goat Inventory – States and United States: January 1, 2011 and 2012**

| State | 2011 | 2012 | 2012 as percent of 2011 |
|---|---|---|---|
| | (head) | (head) | (percent) |
| Alabama | 56,500 | 53,500 | 95 |
| Arizona | 35,000 | 29,000 | 83 |
| Arkansas | 48,000 | 53,000 | 110 |
| California | 100,000 | 96,500 | 97 |
| Colorado | 35,000 | 39,000 | 111 |
| Florida | 55,000 | 56,000 | 102 |
| Georgia | 71,000 | 65,100 | 92 |
| Hawaii | 9,000 | 7,700 | 86 |
| Idaho | 12,700 | 12,300 | 97 |
| Illinois | 20,000 | 24,000 | 120 |
| Indiana | 30,400 | 30,000 | 99 |
| Iowa | 25,000 | 27,000 | 108 |
| Kansas | 40,000 | 43,000 | 108 |
| Kentucky | 72,500 | 68,000 | 94 |
| Louisiana | 21,000 | 20,000 | 95 |
| Maryland | 12,000 | 10,600 | 88 |
| Michigan | 14,500 | 18,000 | 124 |
| Minnesota | 25,000 | 23,500 | 94 |
| Mississippi | 28,000 | 27,000 | 96 |
| Missouri | 80,000 | 83,500 | 104 |
| Montana | 7,000 | 6,900 | 99 |
| Nebraska | 22,000 | 20,000 | 91 |
| Nevada | 4,700 | 5,000 | 106 |
| New England [1] | 13,000 | 12,400 | 95 |
| New Jersey | 9,000 | 7,200 | 80 |
| New Mexico | 15,000 | 13,000 | 87 |
| New York | 30,000 | 27,000 | 90 |
| North Carolina | 85,000 | 72,000 | 85 |
| North Dakota | 2,700 | 2,800 | 104 |
| Ohio | 59,000 | 65,500 | 111 |
| Oklahoma | 91,000 | 91,000 | 100 |
| Oregon | 27,000 | 25,000 | 93 |
| Pennsylvania | 46,000 | 45,500 | 99 |
| South Carolina | 42,500 | 43,500 | 102 |
| South Dakota | 8,500 | 7,800 | 92 |
| Tennessee | 115,000 | 121,000 | 105 |
| Texas | 950,000 | 850,000 | 89 |
| Utah | 12,000 | 12,000 | 100 |
| Virginia | 58,000 | 65,000 | 112 |
| Washington | 26,000 | 25,000 | 96 |
| West Virginia | 24,500 | 23,000 | 94 |
| Wisconsin | 17,000 | 21,000 | 124 |
| Wyoming | 5,500 | 4,700 | 85 |
| Other States [2] | 3,000 | 3,000 | 100 |
| United States | 2,464,000 | 2,356,000 | 96 |

[1] New England includes Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont.
[2] Unpublished states.

**Sheep and Goats (January 2012)**
USDA, National Agricultural Statistics Service

BLM_0003589

## Statistical Methodology

**Survey Procedures:** A random sample of United States producers was surveyed to provide data for these estimates. Survey procedures ensured that all sheep and goat producers, regardless of size, had a chance to be included in the survey. Large producers were sampled more heavily than small operations. About 23,000 operators were contacted during the first half of January by mail, telephone and face-to-face personal interview and 77 percent of the reports were usable. Regardless of when operators responded, they were asked to report inventories as of January 1.

**Estimating Procedures:** These sheep and goat estimates were prepared by the Agricultural Statistics Board. National and State survey data were reviewed for reasonableness and with estimates from past years. A projected balance sheet for calendar year 2011 was also used. The balance sheet begins with the previous inventory estimate, adds estimates of births and imports, and subtracts estimates of slaughter, exports and deaths. This indicated ending inventory level is compared with the Agricultural Statistics Board estimate for reasonableness.

**Revision Policy:** Revisions to previous estimates are made to improve the current estimate. Previous year estimates are subject to revision when current estimates are made. Estimates will also be reviewed after data from the Department of Agriculture's five-year Census of Agriculture are available. No revisions will be made after that date.

**Reliability:** Since all operations raising sheep and goats are not included in the sample, survey estimates are subject to sampling variability. Survey results are also subject to non-sampling errors, such as omissions, duplications, and mistakes in reporting, recording, and processing the data. The effects of these errors cannot be measured directly. They are minimized through rigid quality controls in the data collection process and through a careful review of all reported data for consistency and reasonableness.

To assist users in evaluating reliability of the estimates in this report, the **"Root Mean Square Error"** is shown for selected sheep items in the following table. The "Root Mean Square Error" is a statistical measure based on past performance and is computed using the differences between the first and latest estimates.

The "Root Mean Square Error" for sheep and lamb inventory estimates over the past 10 years is 0.8 percent. This means that chances are 2 out of 3 that the final estimate will not be above or below the current estimate of 5.35 million head by more than 0.8 percent. Chances are 9 out of 10 that the difference will not exceed 1.5 percent.

The "Root Mean Square Error" for sheep shorn over the past 10 years is 0.7 percent. This means that chances are 2 out of 3 that the final estimate will not be above or below the current estimate of 4.03 million head by more than 0.7 percent. Chances are 9 out of 10 that the difference will not exceed 1.3 percent.

Also shown in the table is a 10-year record showing the range between the first inventory estimate and the latest estimate. Using estimates for All Sheep and Lambs as an example, changes between the first inventory estimate and the latest estimate during the past 10 years have averaged 38,000 head, ranging from 0 to 105,000 head. The initial inventory estimate of All Sheep and Lambs has been below the latest estimate 0 times and above the latest estimate 8 times in the last 10 years.

For Sheep and Lambs Shorn, changes between the first inventory estimate and the latest estimate during the past 10 years have averaged 22,000 head, ranging from 0 to 93,000 head. The initial inventory estimate of Sheep and Lambs Shorn has been below the latest estimate 2 times and above 7 times in the last 10 years.

BLM_0003590

## Reliability of January 1 Sheep and Lamb Estimates
[Based on data for the past ten years]

| Item | Root mean square error | 90 percent confidence level | Difference between first and latest estimate | | | | |
|---|---|---|---|---|---|---|---|
| | | | Average | Smallest | Largest | Years | |
| | | | | | | Below latest | Above latest |
| | (percent) | (percent) | (1,000 head) | (1,000 head) | (1,000 head) | (number) | (number) |
| All sheep and lambs .................. | 0.8 | 1.5 | 38 | 0 | 105 | 0 | 8 |
| Breeding sheep ......................... | 0.8 | 1.5 | 29 | 0 | 74 | 0 | 9 |
| Lamb crop ................................. | 2.1 | 3.9 | 67 | 0 | 155 | 2 | 6 |
| Sheep shorn ............................. | 0.7 | 1.3 | 22 | 0 | 93 | 2 | 7 |
| | (percent) | (percent) | (1,000 pounds) | (1,000 pounds) | (1,000 pounds) | (number) | (number) |
| Wool production ........................ | 0.7 | 1.3 | 157 | 0 | 860 | 1 | 8 |

## Information Contacts

Listed below are the commodity specialists in the Livestock Branch of the National Agricultural Statistics Service to contact for additional information. E-mail inquiries may be sent to nass@nass.usda.gov

Dan Kerestes, Chief, Livestock Branch ........................................................................................... (202) 720-3570

Scott Hollis, Head, Livestock Section ............................................................................................. (202) 690-2424
    Travis Averill – Cattle, Cattle on Feed ................................................................................ (202) 720-3040
    Sherry Bertramsen – Livestock Slaughter  .......................................................................... (515) 284-4340
    Doug Bounds – Hogs and Pigs, Goats ................................................................................. (202) 720-3106
    Mike Miller – Milk Production and Milk Cows ................................................................... (202) 720-3278
    Everett Olbert – Dairy Products Prices ............................................................................... (202) 720-4751
    Lorie Warren – Dairy Products, Sheep ............................................................................... (202) 690-3236

**Access to NASS Reports**

For your convenience, you may access NASS reports and products the following ways:

> All reports are available electronically, at no cost, on the NASS web site: http://www.nass.usda.gov

> Both national and state specific reports are available via a free e-mail subscription. To set-up this free subscription, visit http://www.nass.usda.gov and in the "Follow NASS" box under "Receive reports by Email," click on "National" or "State" to select the reports you would like to receive.

> Printed reports may be purchased from the National Technical Information Service (NTIS) by calling toll-free (800) 999-6779, or (703) 605-6220 if calling from outside the United States or Canada. Accepted methods of payment are Visa, MasterCard, check, or money order.

For more information on NASS surveys and reports, call the NASS Agricultural Statistics Hotline at (800) 727-9540, 7:30 a.m. to 4:00 p.m. ET, or e-mail: nass@nass.usda.gov.

The United States Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.

 **United States Department of Agriculture** 



# Moving Agriculture Forward

USDA – Growing, Innovating, and Celebrating 150 Years

## February 23-24, 2012
Crystal Gateway Marriott Hotel • Arlington, Virginia

Early Registration $375 until January 23, 2012

$425 after January 23

To register, go to:
## www.usda.gov/oce/forum

— more than 80 speakers —
Program at a Glance is available online

BLM_0003593



Algonquin to Adirondack Corridor                                      <u>Maps</u>



BLM_0003594



**Nordic Society Oikos**

---

Effects of Habitat Fragmentation on Birds and Mammals in Landscapes with Different
Proportions of Suitable Habitat: A Review
Author(s): Henrik Andrén
Source: *Oikos*, Vol. 71, Fasc. 3 (Dec., 1994), pp. 355–366
Published by: Wiley on behalf of Nordic Society Oikos
Stable URL: http://www.jstor.org/stable/3545823
Accessed: 18/11/2013 11:48

---

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Wiley* and *Nordic Society Oikos* are collaborating with JSTOR to digitize, preserve and extend access to *Oikos.*

http://www.jstor.org

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003595

OIKOS 71: 355–366. Copenhagen 1994

# MINI-REVIEW

**Minireviews** provides an opportunity to summarize existing knowledge of selected ecological areas, with special emphasis on current topics where rapid and significant advances are occurring. Reviews should be concise and not too wide-ranging. All key references should be cited. A summary is required.

---

# Effects of habitat fragmentation on birds and mammals in landscapes with different proportions of suitable habitat: a review

Henrik Andrén

Andrén, H. 1994. Effects of habitat fragmentation on birds and mammals in landscapes with different proportions of suitable habitat: a review. – Oikos 71: 355–366.

Habitat fragmentation implies a loss of habitat, reduced patch size and an increasing distance between patches, but also an increase of new habitat. Simulations of patterns and geometry of landscapes with decreasing proportion of the suitable habitat give rise to the prediction that the effect of habitat fragmentation on e.g. population size of a species would be primarily through habitat loss in landscape with a high proportion of suitable habitat. However, as the proportion of suitable habitat decreases in the landscape, area and isolation effects start influencing the population size of the species. Hence, the relative importance of pure habitat loss, patch size and isolation are expected to differ at different degrees of habitat fragmentation.

This conclusion was supported by a review of studies on birds and mammals in habitat patches in landscapes with different proportions of suitable habitat: the random sample hypothesis was a good predictor of the effects of habitat fragmentation in landscapes with more than 30% of suitable habitat. In these landscapes, habitat fragmentation is primarily habitat loss. However, in landscapes with highly fragmented habitat, patch size and isolation will complement the effect of habitat loss and the loss of species or decline in population size will be greater than expected from habitat loss alone.

Habitat patches are parts of the landscape mosaic and the presence of a species in a patch may be a function not only of patch size and isolation, but also of the neighbouring habitat. Habitat generalists may survive in very small patches because they can also utilize resources in the surroundings. Furthermore, the total species diversity across habitats in a given landscape may increase when new patches of habitat are created within the continuous habitat, since new species may be found in these new habitats, even if they are human-made.

*H. Andrén, Grimsö Wildlife Research Station, Dept of Wildlife Ecology, Swedish Univ. of Agricultural Sciences, S-730 91 Riddarhyttan, Sweden.*

Habitat fragmentation, the process of subdividing a continuous habitat into smaller pieces, occurs in natural systems, e.g. through fire (Wright 1974, Pickett and Thompson 1978) and windfall (Foster 1980). However, the most important and large-scale cause of habitat fragmentation is the expansion and intensification of human land use (Burgess and Sharpe 1981). Habitat fragmentation has three major components, namely loss of the original habitat, reduction in habitat patch size, and increasing isolation of habitat patches, all of which contribute to a de-

---

Accepted 12 July 1994
Copyright © OIKOS 1994
ISSN 0030-1299
Printed in Denmark – all rights reserved

355

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003596



Fig. 1. Composite example of artificial maps generated by a random process, showing habitat fragmentation in a landscape of different proportion of two habitats. The shaded area represents the original habitat and the unshaded areas the extent of habitat loss.

cline in biological diversity within the original habitat (Wilcox 1980, Wilcox and Murphy 1985).

The recent development of landscape ecology has yielded many models describing changing landscape patterns (Franklin and Forman 1987, Gardner et al. 1987, Krummel et al. 1987, Baker 1989, Turner et al. 1989a, b, Gardner and O'Neill 1991, Gustavson and Parker 1992). These studies have usually compared patterns of real landscape with landscape patterns generated using neutral models (Gardner and O'Neill 1991). No attempts have been made to compare data on abundance and distribution of organisms in landscapes with different patterns and proportions of habitats.

Effects of habitat fragmentation on species richness have usually been studied using the theory of island biogeography (MacArthur and Wilson 1967, Brown 1971, Diamond and May 1981, Harris 1984). However, the simplest explanation for the decline in species richness with decreasing island size is that islands can be considered as random samples from source areas, i.e. the random sample hypothesis (Connor and McCoy 1979, Haila 1983a). These two hypotheses have been proposed to explain the species richness on islands, but they have also been used to describe the effect of habitat fragmentation in continental areas.

The metapopulation concept, the idea that the persistence of a species regionally depends on the colonization and extinction of subpopulations (Levins 1969, 1970), has usually been applied in studies of single species living in a landscape with fragmented habitat (Hanski and Gilpin 1991). Metapopulation dynamics have very much in common with the theory of island biogeography, as they both work with the same fundamental population ecological processes, i.e. extinction and colonization of islands/habitat patches. The random sample hypothesis can also be applied to individual species and one prediction is that the change in population size in relation to habitat fragmentation will be linearly related to the change in proportion of suitable habitat in the landscape.

Both the theory of island biogeography and metapopulation dynamics assume that the suitable habitat patches are isolated from one another by hostile habitat, i.e. a divided landscape (Addicott et al. 1987). Other important assumptions are that individuals of each species only use

one habitat patch and that each patch has a local population, i.e. a coarse-grained landscape (Levins 1968).

The aim of this paper is to combine ideas from landscape ecology with classical aspects of communities in habitat islands to try to identify the factors influencing the abundance and distribution of species in landscapes with different degrees of habitat fragmentation. The paper consists of three parts. First, I will describe the relationships between patch size, isolation between patches and the proportion of original habitat remaining in the landscape by generating artificial maps and summarizing the attributes. Secondly, the effect of habitat fragmentation on species living in the original habitat will be examined



Fig. 2. Patch size in relation to the proportion of that habitat in the landscape. The maps were randomly generated and had a size of $100 \times 100$ units. Mean, one standard deviation and the maximum size are given. Open squares indicate size of continuous patches.



Fig. 3. Distance between patches in relation to the proportion of that habitat in the landscape. The maps were randomly generated and had a size of $100 \times 100$ units. Mean, one standard deviation and the maximum nearest neighbour distance are given. Number of habitat patches in each landscape are given within parentheses.

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003597

by reviewing studies on birds and mammals from landscapes with different proportion of original habitat. In this part I focus on the effect of pure habitat loss and the effects of patch size and isolation. Finally, I will examine the effect of habitat fragmentation on the total species diversity in a landscape mosaic.

## Nonlinearity in landscape patterns

The relationships between the proportion of habitat in the landscape and patch size and isolation has been estimated by simulating landscapes with varying degrees of habitat loss (e.g. Franklin and Forman 1987, Gardner et al. 1987, Krummel et al. 1987, Turner et al. 1989a, b, Gardner and O'Neill 1991, Gustavson and Parker 1992). I created artificial maps with only two habitat types. I chose to generate these maps by randomly removing grains of habitat with a size of 1 unit (Fig. 1). The artificial maps had an extent of 10 000 units (100 × 100 units). I made 10 maps for each proportion of habitat loss. For each map I counted the number of patches and calculated the mean, standard deviation and maximum for both patch size and distance to nearest neighbour (Figs 2 and 3).

The generated maps indicate that the original habitat broke down from one continuous patch to several patches when around 60% of the original habitat still remained. The rapid change in landscape pattern is illustrated by the very strong decline in maximum patch size between 60 and 50% of original habitat in the landscape, from about 4400 units (74% of all original habitat in that landscape; Fig. 2) to about 200 units (4% of all the original habitat in that landscape; Fig. 2). The decline in mean patch size above 60% of original habitat in the landscape shows that there are fewer and smaller patches, i.e. almost all original habitat is found within the continuous habitat patch (indicated by open squares in Fig. 2). Percolation theory predicts a value of 59.28% for site percolation for randomly dispersed patches, i.e. connections between spatially distributed systems that share common edges (Gardner and O'Neill 1991). Below this threshold there was a continuous decline in patch size with decreasing proportion of original habitat in the landscape (Fig. 2). However, no patches were actually isolated in landscapes with more than 40% of the original habitat remaining, because the maximum distance between patches of original habitat was only 1 unit, i.e. the side of a grain (Fig. 3). However, in landscapes with a low proportion of original habitat (<20%), a further reduction in this habitat will result in an exponential increase in the distance between patches of original habitat (Fig. 3).

Other patterns of grain dispersal (aggregated or overdispersed) will influence patch size and distances between patches. Gardner et al. (1987) found that forest patches in three real landscapes (40, 60 and 80% of forest in the landscape) were more aggregated than expected from random processes. The patches were larger and

further apart than for random dispersion in these landscapes. The other extreme, landscapes with completely regular grain dispersion was created by Franklin and Forman (1987). The result was smaller patches that were closer to one another than for random dispersion. Moreover, the probability of having a percolating landscape, i.e. connections between patches, decreased with more clumped dispersion of grains (Gardner and O'Neill 1991).

The main conclusion from all models based on percolation theory is that there are rapid changes in the size and isolation of patches at critical proportions of habitat in the landscape (Turner 1989, Gardner and O'Neill 1991, Gustavson and Parker 1992). Thus, patch size and isolation of patches are not linearly related to proportion of original habitat. There are certain important thresholds in the process of habitat fragmentation. This may result in radical changes in the patterns of movement of animals or in the spread of disturbance, such as forest fire, at critical proportions of habitat in the landscape (Turner et al. 1989a). An important issue is how these differences in landscape geometry at different proportions of habitat will influence the abundance and distribution of organisms in the landscape. The radical changes in landscape patterns suggest that the relative importance of pure habitat loss, patch size and isolation between patches to species living in the original habitat will be different in landscapes with different proportions of this habitat.

## Population responses to habitat fragmentation

An expectation based on the nonlinear relationships in the landscape patterns (describe above) is that the effect of habitat fragmentation on population size would be pure habitat loss in landscapes with a high proportion of suitable habitat, i.e. the random sample hypothesis will predict the effect of habitat fragmentation. In these landscapes there are simply no small and isolated habitat patches. As the proportion of suitable habitat decreases in the landscape, small and isolated habitat patches will appear. Therefore, patch size and degree of isolation of patches might influence the population size of individual species, i.e. the population size is smaller then predicted from the random sample hypothesis. To examine the relative importance of pure habitat loss, patch size and isolation on the distribution of species in habitat patches in landscapes with different proportions of suitable habitat, I reviewed such studies on the effect of habitat fragmentation on birds and mammals that have tested the random sample hypothesis (see Appendix). Moreover, it was necessary to get the proportion of suitable habitat in the landscape, which sometimes could be measured from maps. Only studies from real islands that were from archipelagoes were included, because these may correspond more closely to habitat fragmentation than a single

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003598