

Fig. 4. Number of studies of birds and mammals that were not significantly different from the random sample hypothesis (open parts of the bars) and those that found an effect of area and/or isolation on species number or density (shaded parts of the bars) in relation to proportion of suitable habitat in the landscape (from Appendix).

isolated oceanic island. However, real islands are different from habitat islands in that they are surrounded by a habitat hostile to most terrestrial species, whereas habitat patches are parts of a landscape mosaic, i.e. the matrix may be habitable to some extent.

There are several different possible methods to test the random sample hypothesis. Some studies have adopted random placement models, i.e. comparing species richness in artificially drawn samples from a source area with species richness in real patches (e.g. Coleman et al. 1982, Haila 1983a). Another possibility is to compare patches with similar-sized subplots in large areas (e.g. Martin 1983, Bolger et al. 1991). The most common test, I found, was to test for a relationship between density and patch size (e.g. Nilsson 1978, Ambuel and Temple 1983). In some cases it was not possible to test the random sample hypothesis based only on patch size, but if there was a significant effect on the occurrence or abundance

of species due to isolation in a multiple regression with both patch size and isolation, then the effect of habitat fragmentation was different from the prediction of random sampling (e.g. Lomolino et al. 1989, Verboom and Apeldoorn 1990). However, a rejection of the random sample hypothesis is not necessarily a support for the theory of island biogeography or metapopulation dynamics. Firstly, it depends on the scale of habitat fragmentation. If habitat fragmentation occurs on the scale of individuals, then habitat fragmentation will not result in the subdivision of the population (see below). Secondly, the hypotheses make similar predictions about density in relation to patch size. Random samples of a large area would yield the same density irrespective of patch size. The survival model in MacArthur and Wilson (1967) states that the population on an island would reach the carrying capacity if natality exceeds mortality. Everything else being equal, an island being twice as big as another one should have a population of twice the size, i.e. the population density should be the same. However, the population density on very small islands might be lower than on big islands, because the population on small islands might not be able to reach carrying capacity, as the extinction probability might be high. Therefore, there could be a positive relationship between population density and patch size within a certain range of patch size, but no relationship within other parts of the range. However, a rejection of the random sample hypothesis means that the effect of habitat fragmentation on species richness or population size is larger than expected from pure habitat loss and that configuration of habitat patches influence the species richness or population size.

Many studies have found that communities or populations of single species in small patches were not random samples from large patches (see Appendix). The proportion of suitable habitat in the landscape had a significant effect whether the random sample hypothesis was rejected or not (logistic regression; likelihood ratio test, $G = 17.7$, $df = 1$, $p < 0.001$, $R^2 = 38\%$, Hosmer and Lemeshow 1989). Thus, studies that found an effect of area and/or isolation on species number or density were from landscapes with highly fragmented habitat, whereas those yielding results that were not different from those

Table 1. The effect of different variables on the probability that a study has rejected the random sample hypothesis, using logistic regressions (Hosmer and Lemeshow 1989). Data from the Appendix.

| Variable | G | df | p | Increase in $R^2$ |
|---|---|---|---|---|
| **Step 1** | | | | |
| % suitable habitat in the landscape | 17.7 | 1 | <0.001 | 38% |
| **Step 2** | | | | |
| One variable at the time with % suitable habitat in the landscape included. | | | | |
| Mammals vs birds | 0.38 | 1 | 0.54 | 1% |
| Resident vs migratory birds | 0.32 | 1 | 0.60 | 1% |
| Mean fragment size | 1.34 | 1 | 0.18 | 3% |
| Mean nearest neighbour distance | 0.76 | 1 | 0.31 | 2% |

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003599

predicted by the random sample hypothesis were mainly from landscapes with a larger proportion of suitable habitat (Fig. 4). Depending on the differences in the abilities of flying birds, especially migratory birds, and nonvolant mammals to disperse across hostile habitat one may expect that the probability to reject the random sample hypothesis would differ between the groups. However, neither the difference between mammals and birds nor the difference between resident birds and migratory birds were significant in a multiple logistic regression, where proportion of suitable habitat was included (Table 1).

The decline in population size of a species living in the original habitat seems to be linearly related to the proportion of original habitat lost, at the initial stages of habitat fragmentation. At some threshold, area and isolation of patches of original habitat will also begin to influence the population size in the original habitat patches. Hence, after this threshold, i.e. in landscapes with highly fragmented habitat, patch size and isolation will strengthen the effect of habitat loss and the decline in population size will be faster than predicted from the random sample hypothesis. Therefore, the effects of area and isolation in these landscapes with highly fragmented habitat will be different from landscapes with higher proportions of original habitat. By comparing studies that only differ in the proportion of suitable habitat in the landscape, one could get evidence for the change in the relative importance of pure habitat loss and area and isolation on species richness and population size. Two studies performed in the Finnish archipelagoes, performed about 250 km apart, differ in this respect. The islands in the Åland Archipelago covered 29% of the area and the land bird communities on islands were not significantly different from predictions from the random sample hypothesis (Haila 1981, 1983a, Haila and Järvinen 1983). On the other hand, the bird communities on islands in the Sipoo Archipelago, where islands covered 12% of the area, were significantly different from the random sample hypothesis (Martin 1983, Martin and Lepart 1989). The decrease in species richness with decreasing area was greater on islands than in similarly sized plots on the mainland. Similarly, Dorp and Opdam (1987) and Askins et al. (1987) found that the proportion of forest in the landscape influenced the probability of occurrence some forest birds in small forest patches.

My review indicated that there might be a threshold in proportion of suitable habitat in the landscape, above which habitat fragmentation is pure habitat loss, i.e. the random sample hypothesis gives a good prediction of the effects of habitat fragmentation on species richness or population size. The threshold might be between 10 and 30% of the suitable habitat remaining in the landscape for birds and mammals (see Appendix and Fig. 4). This threshold value is probably related to changes in landscape geometry. The artificial maps indicated that at around 20% of original habitat in the landscape, small and isolated patches of original habitat started arising and a further reduction in habitat will result in an exponential increase in the nearest neighbour distances (Fig. 3). In landscapes with a higher proportion of original habitat, small patches will have larger patches very close and hence will not suffer species loss.

Another threshold in the proportion of suitable habitat in the landscape is related to population persistence, i.e. extinction threshold (sensu Lande 1987). Metapopulation models predict a threshold in the proportion of suitable habitat below which the metapopulation cannot persist, if extinction rates increase with decline in patch size and colonization rates decrease with increasing patch isolation (Gilpin 1987). The same was predicted by Lande (1987), in a metapopulation model modified to be applied on a set of individual territories instead of a set of local population. Lande's (1987) model was also applied to predict the effect of future habitat fragmentation on a population of northern spotted owl (*Strix occidentalis caurina*) and suggested that the population would go extinct if the proportion of old forest was reduced to less than 20% over a large region (Lande 1988, Lamberson et al. 1992).

One problem with almost all the studies in my review (see Appendix), is that they were performed during one or two seasons. Thus, most studies are snap-shots and one does not know the spatio-temporal dynamics. Another problem is that human-caused habitat fragmentation is sometimes very recent. Thus, the habitat patches might be overcrowded and the decline in population size has not yet occurred (Lovejoy et al. 1986). Interestingly, Soulé et al. (1988) found that the time since a habitat patch was isolated influenced negatively the survival probabilities of species in the patch. There is certainly a need for more long-term studies on the effects of habitat fragmentation.

## The scale of habitat fragmentation

Habitat fragmentation might occur on different scales, e.g. the scale of individuals or populations (Haila 1990). The theory of island biogeography and metapopulation dynamics assume that subpopulations living in habitat patches are relatively isolated from each other (MacArthur and Wilson 1967, Levins 1969, 1970). However, these models have often been applied to describe the effects of habitat fragmentation, even if it is doubtful whether the population is divided into subpopulations, e.g. to single pairs of birds breeding in different patches. However, several models, that studied the effect on single individuals instead of on local populations, have reached similar results as the original metapopulation model (Lande 1987, 1988, Verboom et al. 1991, Lamberson et al. 1992). For example, the equilibrium occupancy of territories declined with decreasing proportion of suitable territories in a region. The probability that an individual will find an empty territory declined, while the survival rate within occupied territories was constant. This corresponded to a lower colonization rate, while keeping the

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003600



Fig. 5. The range in patch size of the studies in the Appendix. Dotted lines indicate studies that were not significantly different from the random sample hypothesis and thick lines those that found an effect of area and/or isolation on species number or density. M; indicates studies on mammals, B – r; resident birds and B – m; migratory birds.

extinction rate constant in Levins's metapopulation model, and the result would be a lower proportion of suitable habitat patches occupied (Levins 1969, 1970). Therefore, it seems that models based on the metapopulation concept could be used to describe the effects of habitat fragmentation on a species, as long as one fulfils the assumption that the occupation of a patch is related to its size and that the probability of reoccupation of an empty patch is related to the distance to occupied patches. However, to understand the effects of habitat fragmentation it is essential to specify the scale of habitat fragmentation. Habitat fragmentation on the individual scale is related to area requirements of individuals, home-range boundaries and movement patterns of individuals (Haila 1990, Haila et al. 1993). The individuals living in the patches are a part of the same regional population in the surrounding areas. On the other hand, habitat fragmentation on the population scale means isolation of local populations, exchange of individuals between generations and the survival probabilities of local populations (Haila 1990, Haila et al. 1993). The theory of island biogeography and metapopulation dynamics are most rel-

evant on the population scale. Species turnover in patches will occur on both scales, but the reasons will be different (Haila et al. 1993). Local turnover on the individual scale might be due to individuals changing their territories or to death of an individual occupying a territory. On the population scale, local turnover means extinction and colonization of local populations, i.e. real metapopulation dynamics (sensu Levins 1969, 1970). The random sample hypothesis can be rejected on both the scale of individuals and populations, but the mechanisms causing the rejection might be different. On the individual scale, the random sample hypothesis might be rejected because the patch is smaller than the area requirement of an individual, patches are isolated, conspecific attraction (Smith and Peacock 1990) or avoidance of habitat edge (Wilcove 1985). On the other hand, one may reject the random sample hypothesis on the population scale by showing that the population really is divided into local, relatively independent, subpopulations and that the survival of these local populations are related to patch size and that recolonization is related to distance to other occupied patches. However, a rejection of the random sample hypothesis means that the effect of habitat fragmentation on species richness or population size is larger than expected from pure habitat loss and that configuration of habitat patches influence the species richness or population size.

Surprisingly, many studies referred to in the Appendix have applied the theory of island biogeography or metapopulation dynamics, although the effect of habitat fragmentation seems to be on the scale of individuals. Out of 35 studies, 57% had a maximum patch size < 100 ha,



Fig. 6. The range in nearest neighbour distances of the studies in the Appendix. Dotted lines indicate studies that were not significantly different from the random sample hypothesis and thick lines those that found an effect of area and/or isolation on species number or density. M; indicates studies on mammals, B – r; resident birds and B – m; migratory birds.

360

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003601

another 31% had a maximum between 100 and 1000 ha. Very small patches (< 1 ha) were included in 61% of the studies (Fig. 5). It is unlikely that patches of a few ha could hold a local population of birds or mammals. The range of distance to nearest neighbour was given in 20 studies. The maximum distance was < 500 m in 20% of these studies, another 30% had a maximum nearest neighbour distance < 1000 m (Fig. 6). Furthermore, migratory birds were involved in 47% of the studies. Defining colonization and extinction of local population might not be ecological meaningful for birds which leave the breeding grounds in autumn and "recolonize" in spring (Haila 1983a). Two studies were performed in a range of patch sizes where it might be relevant to talk about a set of local populations (raptors in national parks on Java, 5–500 km$^2$, Thiollay and Meyburg 1988; small mammals in montane forests, 7–11 000 km$^2$, Lomolino et al. 1991). The scale of habitat fragmentation might influence the probability to reject the random sample hypothesis. However, neither the mean patch size nor the mean nearest neighbour distance were significant in a multiple logistic regression, where proportion of suitable habitat was included (Table 1).

## Landscape effects

Habitat patches are parts of a landscape mosaic, and the presence of a given species in a patch may be a function not only of patch size and isolation, but also of the kind of neighbouring habitat. The main hypothesis advanced in order to explain the number of species in a habitat patch (theory of island biogeography, MacArthur and Wilson 1967) might be violated in many cases, because it assumes that suitable habitat patches are isolated from one another by hostile habitat, i.e. a divided landscape (Addicott et al. 1987), and that individuals of each species only use one habitat patch, which is bigger than the area requirement of that particular species, i.e. a coarse-grained landscape (Levins 1968).

The first assumption, namely that the landscape is divided, might be violated by species which are habitat generalists, i.e. species which use several habitats in the landscape although they may differ in suitability. They inhabit what has been called a heterogeneous undivided landscape (Addicott et al. 1987). The population density of habitat generalists will be a function of the whole landscape composition. For example, Andrén (1992) found that the density of hooded crows (*Corvus corone*) was higher in landscapes with a mixture of farmland and forest than in landscapes dominated by either farmland or forest. Another effect is that the species number will be over-estimated in small patches compared to large ones if habitat generalists are included. Habitat generalists may use very small patches because they also use the surroundings. Therefore, it is not surprising that Loman and

von Schantz (1991) found that the number of species was higher in several small forest patches than in a few large ones, because they included all species found in the forest patches, also such that were dependent on the surrounding farmland. They have actually studied the species richness in different landscapes, not species richness in habitat patches as they claim.

Another consequence of habitat patches being part of a landscape mosaic is that species with large home ranges may use several habitat patches, i.e. inhabit a fine-grained landscape (Levins 1968, Rolstad 1991). This may explain how some species can survive in landscapes with habitat patches smaller than their home ranges. For example, pairs of the spotted owl (*Strix occidentalis*) preferring old-growth forest, remained in their territories with as little as 20–30% of this habitat. This was possible because the old-growth forest was fragmented in a fine-grained pattern. The home range of spotted owl ranged from 550 to 3400 ha, while the clear-cuts were 10–20 ha (Forsman et al. 1984). Similarly, capercaillie (*Tetrao urogallus*) cocks, having territories of about 50 ha and preferring old forest, accepted a fine-grained cutting procedure yielding small clear-cuts (0.3 ha) within their territories (Rolstad 1989). But the capercaillies compensated for the reduction in amount of preferred habitat by having larger territories (Wegge and Rolstad 1986). Similarly, patches of preferred old forest are fragmented in a fine-grained pattern for the goshawk (*Accipiter gentilis*), which has a home range of 3400–8000 ha, while most patches of old forest were smaller than 30 ha (Widén 1989). The density per forest area of black woodpecker (*Dryocopus martius*) was not different between a forest landscape (80% forest) and a forest-farmland landscape (26% forest), but in the forest-farmland area a territory included many patches of forest (mean number per territory was 76), i.e. a fine-grained landscape (Tjernberg et al. 1993). Furthermore, neither the reproduction nor the survival were different between the two study area. Thus, the effect of forest fragmentation on black woodpecker could be described as pure habitat loss.

Instead of looking simply at the species diversity within a habitat, one may also be interested in measuring species diversity across all habitats in the landscape mosaic, i.e. the so-called beta diversity (Whittaker 1960) or between-habitat diversity (MacArthur 1965). Beta diversity will increase when new patches of habitat are created within a continuous habitat, as new species will be found in these new patches. This increase will probably also occur when the new habitat is human-made. Franklin and Forman (1987) suggested that the beta diversity in a landscape with two habitats should be highest when they occurred in about equal proportions. This suggestion was confirmed for corvids in forest-farmland landscape by Andrén (1992). Although patterns in alpha diversity, such as the species-area relationship are major themes in ecological studies, far less attention has be paid to beta diversity (Harrison et al. 1992). However, to understand the effect of habitat fragmentation on biological diversity

361

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003602

one will have to measure both alpha and beta diversity in the landscape.

## Conclusions

In most landscapes the total area of suitable habitat will be of greater importance than its spatial arrangements for species living in this particular habitat. This is especially true for landscapes with a high proportion (more than 30%) of the suitable habitat left. In such landscapes the random sample hypothesis probably will be a good predictor of the effects of habitat fragmentation on the abundance and distribution of organisms living in the suitable habitat, i.e. the only consequence of habitat fragmentation is loss of habitat. Still some patches may be smaller than the area requirements for certain species even at 60–70% of the suitable habitat in the landscape. However, provided these patches are fairly close to other patches they may be included within the home range of some individuals. Thus, in landscapes with a high proportion of suitable habitat, the configuration of the habitat is less important.

The negative effects of patch size and isolation on the original sets of species may not occur until the landscape consists of only 10–30% of the original habitat. For mobile organisms, the effects of isolation may appear only in landscapes with very fragmented habitat. In landscapes with highly fragmented habitat, a further reduction in habitat results in an exponential increase in distances between patches. Thus, in landscapes with highly fragmented habitat, the spatial arrangement of habitat patches is very important. Moreover, the effect of patch size and isolation will not only depend on the proportion of original habitat in the landscape, but also on the suitability of the surrounding habitats.

Finally, the total diversity in the landscape, beta diversity, may increase when new patches of habitat are created within a continuous habitat, because new species may be found in these, even if the new patches are human-made. The beta diversity in the landscape will probably be highest when two habitats occur in about equal proportions.

*Acknowledgements* – This paper improved during my stay at Dept of Landscape Ecology, Inst. for Forestry and Nature Research, Leersum, The Netherlands. Special thanks to R. van Apeldoorn, P. Opdam, A. Schotman and J. Verboom. E. Connor, S. G. Nilsson, J. Swenson and S. Ulfstrand gave valuable comments on the manuscript. The study was supported by the Swedish Environmental Protection Agency and the private foundations "Olle och Signhild Engkvists stiftelser".

## References

Addicott, J. F., Aho, J. M., Antolin, M. F., Padilla, D. P., Richardson, J. S. and Soluk, D. A. 1987. Ecological neigh-

bourhoods: scaling environmental patterns. – Oikos 49: 340–346.

Ambuel, B. and Temple, S. A. 1983. Area-dependent changes in bird communities and vegetation of southern Wisconsin forests. – Ecology 64: 1057–1068.

Andrén, H. 1992. Corvid density and nest predation in relation to forest fragmentation: a landscape perspective. – Ecology 73: 794–804.

Angelstam, P. 1983. Population dynamics of tetraonids, especially the black grouse *Tetrao tetrix* L., in boreal forests. – Abstract of Uppsala Dissertations from the Faculty of Science 675.

Apeldoorn, R. C. van, Oostenbrink, W. T., van Winden, A. and van der Zee, F. F. 1992. Effect of habitat fragmentation on the bank vole, *Clethrionomys glareolus*, in an agricultural landscape. – Oikos 65: 265–274.

Askins, R. A., Philbrick, M. J. and Sugeno, D. S. 1987. Relationship between the regional abundance of forest and the composition of forest bird communities. – Biol. Cons. 39: 129–152.

Baker, W. L. 1989. A review of models of landscape change. – Landscape Ecol. 2: 111–133.

Bolger, D. T., Alberts, A. C. and Soulé, M. E. 1991. Occurrence patterns of bird species in habitat fragments: sampling, extinction, and nested subsets. – Am. Nat. 137: 155–166.

Brown, J. H. 1971. Mammals on mountain tops: nonequilibrium insular biogeography. – Am. Nat. 105: 467–478.

Burgess, R. L. and Sharpe, D. M. (eds) 1981. Forest island dynamics in man-dominated landscapes. – Springer, New York.

Coleman, B. D., Mares, M. A., Willig, M. R. and Hsieh, Y. H. 1982. Randomness, area and species richness. – Ecology 63: 1121–1133.

Connor, E. F. and McCoy, E. D. 1979. The statistics and biology of the species-area relationship. – Am. Nat. 113: 791–833.

Curtis, J. T. 1956. The modification of mid-latitude grasslands and forests by man. – In: Thomas, W. L. (ed.), Man's role in changing the face of the earth. Univ. of Chicago Press, Chicago, pp. 721–736.

Daniels, R. J. R., Joshi, N. V. and Gadgil, M. 1990. Changes in the bird fauna of Uttara Kannaka, India, in relation to changes in land use over the past century. – Biol. Cons. 52: 37–48.

Diamond, J. M., and May, R. M. 1981. Island biogeography and the design of nature reserves. – In: May, R. M. (ed.), Theoretical ecology: principles and applications. 2nd ed. Blackwell, Oxford, pp. 228–252.

Dorp, D. van and Opdam, P. 1987. Effects of patch size, isolation and regional abundance on forest bird communities. – Landscape Ecol. 1: 59–73.

Forsman, E. D., Meslow, E. C. and Wight, H. M. 1984. Distribution and biology of the spotted owl in Oregon. – Wildl. Monogr. 87: 1–64.

Foster, R. B. 1980. Heterogeneity and disturbance in tropical vegetation. – In: Soulé, M. E. and Wilcox, B. A. (eds), Conservation biology. An evolutionary-ecological perspective. Sinauer, Sunderland, MA, pp. 75–92.

Franklin, J. F. and Forman, R. T. T. 1987. Creating landscape patterns by forest cutting: ecological consequences and principles. – Landscape Ecol. 1: 5–18.

Gardner, R. H. and O'Neill, R. V. 1991. Pattern, process, and predictability: the use of neutral models for landscape analysis. – In: Turner, M. G. and Gardner, R. H. (eds), Quantitative methods in landscape ecology. Springer, New York, pp. 289–307.

– , Milne, B. T., Turner, M. G. and O'Neill, R. V. 1987. Neutral models for analysis of broad-scale landscape pattern. – Landscape Ecol. 1: 19–28.

Geuse, P., Bauchau, B. and Le Boulengé, E. 1985. Distribution and population dynamics of bank vole and wood mice in a patchy woodland habitat in central Belgium. – Acta Zool. Fenn. 173: 65–68.

Gilpin, M. E. 1987. Spatial structure and population vulnerabil-

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003603

ity. – In: Soulé, M. E. (ed.), Viable populations for conservation. Cambridge Univ. Press, Cambridge, pp. 125–139.

Gustavson, E. J. and Parker, G. R. 1992. Relationships between landcover proportion and indices of landscape spatial pattern. – Landscape Ecol. 7: 101–110.

Haila, Y. 1981. Winter bird communities in the Åland archipelago: an island biogeographic point of view. – Holarct. Ecol. 4: 174–183.

→ – 1983a. Land birds on northern islands: a sampling metaphor for insular colonization. – Oikos 41: 334–351.

– 1983b. Colonization of islands in a north-boreal Finnish lake by land birds. – Ann. Zool. Fenn. 20: 179–197.

– 1990. Toward an ecological definition of an island: a northwest European perspective. – J. Biogeogr. 17: 561–568.

→ – and Järvinen, O. 1983. Land bird communities on a Finnish island: species impoverishment and abundance patterns. – Oikos 41: 255–273.

– , Hanski, I. K. and Raivio, S. 1987. Breeding bird distribution in fragmented coniferous taiga in southern Finland. – Ornis Fenn. 64: 90–106.

– , Hanski, I. K. and Raivio, S. 1993. Turnover of breeding birds in small forest fragments: the "sampling" colonization hypothesis corroborated. – Ecology 74: 714–725.

Hanski, I. and Gilpin, M. 1991. Metapopulation dynamics: brief history and conceptual domain. – Biol. J. Linn. Soc. 42: 3–16.

Harris, L. D. 1984. The fragmented forest: island biogeography theory and the preservation of biotic diversity. – Univ. of Chicago Press, Chicago.

Harrison, S., Ross, S. J. and Lawton, J. H. 1992. Beta diversity and geographic gradients in Britain. – J. Anim. Ecol. 61: 151–158.

Helle, P. 1984. Effects of habitat area on breeding bird communities in Northeastern Finland. – Ann. Zool. Fenn. 21: 421–425.

– 1985. Effects of forest regeneration on the structure of bird communities in northern Finland. – Holarct. Ecol. 8: 120–132.

Henderson, M. T., Merriam, G. and Wegner, J. 1985. Patchy environments and species survival: chipmunks in an agricultural mosaic. – Biol. Cons. 31: 95–105.

Hosmer, D. W. and Lemeshow, S. 1989. Applied logistic regression. – Wiley, New York.

Howe, R. W. 1984. Local dynamics of bird assemblages in small forest habitat islands in Australia and North America. – Ecology 65: 1585–1601.

Krummel, J. R., Gardner, R. H., Sugihara, G., O'Neill, R. V. and Coleman. P. R. 1987. Landscape patterns in a disturbed environment. – Oikos 48: 321–324.

Lamberson, R. H., McKelvey, R., Noon, B. R. and Voss, C. 1992. A dynamic analysis of northern spotted owl viability in a fragmented forest landscape. – Cons. Biol. 6: 505–512.

Lande, R. 1987. Extinction thresholds in demographic models of → territorial populations. – Am. Nat. 130: 624–635.

– 1988. Demographic models of the northern spotted owl (Strix occidentalis caurina). – Oecologia 75: 601–607.

Levins, R. 1968. Evolution in changing environments. – Princeton Univ. Press, Princeton, NJ.

– 1969. Some demographic and genetic consequences of environmental heterogeneity for biological control. – Bull. Entomol. Soc. Am. 15: 237–240.

– 1970. Extinction. – In: Gesternhaber, M. (ed.), Some mathematical problems in biology. American Mathematical Society, Providence, RI, pp. 77–107.

Loman, J. 1991a. Small mammal and raptor densities in habitat → islands; area effects in a south Swedish agricultural landscape. – Landscape Ecol. 5: 183–189.

– 1991b. The small mammal fauna in an agricultural landscape in southern Sweden, with special reference to the wood mouse Apodemus sylvaticus. – Mammalia 55: 91–96.

– and von Schantz, T. 1991. Birds in a farmland – more

species in small than in large habitat islands. – Cons. Biol. 5: 176–188.

Lomolino, M. V., Brown, J. H. and Davis, R. 1989. Island biogeography of montane forest mammals in the American southwest. – Ecology 70: 180–194.

Lovejoy, T. E., Bierregaard Jr., R. O., Rylands, A. B., Malcolm, J. R., Quintela, C. E., Harper, L. H., Brown Jr., K. S., Powell, A. H., Powell, G. V. N., Schubart, H. O. R. and Hays, M. B. 1986. Edge and other effects of isolation on Amazon forest fragments. – In: Soulé, M. E. (ed.), Conservation biology. The science of scarcity and diversity. Sinauer, Sunderland, MA, pp. 257–285.

Lynch, J. F. and Whigham, D. F. 1984. Effects of forest fragmentation on breeding bird communities in Maryland, USA. – Biol. Cons. 28: 287–324.

MacArthur, R. H. 1965. Pattern of species diversity. – Biol. Review 40: 510–533.

– and Wilson, E. O. 1967. The theory of island biogeography. – Princeton Univ. Press, Princeton, NJ.

Marchant, J. H., Hudson, R., Carter, S. P. and Whittington, P. 1990. Population trends in British breeding birds. – British Trust for Ornithology, Tring, Hertfordshire, UK.

→ Martin, J. L. 1983. Impoverishment of island bird communities in a Finnish archipelago. – Ornis Scand. 14: 66–77.

– and Lepart, J. 1989. Impoverishment in the bird community of a Finnish archipelago: the role of island size, isolation and vegetation structure. – J. Biogeogr. 16: 159–172.

→ Nilsson S. G. 1978. Fragmented habitat, species richness and conservation practice. – Ambio 7: 26–27.

– 1986. Are bird communities in small biotope patches random samples from communities in large patches? – Biol. Cons. 38: 179–204.

Opdam, P., van Dorp, D. and ter Braak, C. J. F. 1984. The effect of isolation on the number of woodland birds in small woods in the Netherlands. – J. Biogeogr. 11: 473–478.

– , Rijsdijk, G. and Hustings, F. 1985. Bird communities in small woods in an agricultural landscape: effects of area and isolation. – Biol. Cons. 34: 333–352.

Pickett, S. T. A. and Thompson, J. H. 1978. Patch dynamics and the design of nature reserves. – Biol. Cons. 13: 27–37.

Pokki, J. 1981. Distribution, demography and dispersal of field vole, Microtus agrestis (L.), in the Tvärminne archipelago, Finland. – Acta Zool. Fenn. 164: 1–48.

Rolstad, J. 1989. Effects of logging on capercaillie (Tetrao urogallus) leks. I. Cutting experiments in southeastern Norway. – Scand. J. For. Res. 4: 99–109.

– 1991. Consequences of forest fragmentation for the dynamics of bird populations: conceptual issues and the evidence. – Biol. J. Linn. Soc. 42: 149–163.

– and Wegge, P. 1987. Distribution and size of capercaillie leks in relation to old forest fragmentation. – Oecologia 72: 389–394.

→ Smith, A. T. 1974. The distribution and dispersal of pikas: consequences of insular population structure. – Ecology 55: 1112–1119.

– 1980. Temporal changes in insular populations of the pika (Ochotona princeps). – Ecology 61: 8–13.

– and Peacock, M. M. 1990. Conspecific attraction and the determination of metapopulation colonization rates. – Cons. Biol. 4: 320–323.

→ Soulé, M. E., Bolger, D. T., Alberts, A. C., Sauvajot, R. S., Wright, J., Sorice, M. and Hill, S. 1988. Reconstructed dynamics of rapid extinction of chaparral-requiring birds in urban habitat islands. – Cons. Biol. 2: 75–92.

→ – , Alberts, A. C. and Bolger, D. T. 1992. The effect of habitat fragmentation on chaparral plants and vertebrates. – Oikos 63: 39–47.

Thiollay, J. M. and Meyburg, B. U. 1988. Forest fragmentation and the conservation of raptors: a survey on the island of Java. – Biol. Cons. 44: 229–250.

Tjernberg, M., Johnsson, K. and Nilsson, S.G. 1993. Density variation and breeding success of the black woodpecker

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003604

*Dryocopus martius* in relation to forest fragmentation. – Ornis Fenn. 70: 155–162.

Turner, M. G. 1989. Landscape ecology: The effect of pattern and process. – Annu. Rev. Ecol. Syst. 20: 171–197.

– , Gardner, R. H., Dale, V. H. and O'Neill. 1989a, R. V. Predicting the spread of disturbance across heterogeneous landscapes. – Oikos 55: 121–129.

– , O'Neill, R. V., Gardner, R. H. and Milne, B. T. 1989b. Effects of changing spatial scale on analysis of landscape pattern. – Landscape Ecol. 3: 153–162.

Verboom, B. and van Apeldoorn, R. 1990. Effects of habitat fragmentation on the red squirrel, *Sciurus vulgaris* L. – Landscape Ecol. 4:171–176.

Verboom, J., Schotman, A., Opdam, P. and Metz, J. A. J. 1991. European nuthatch metapopulations in a fragmented agricultural landscape. – Oikos 61: 149–156.

Wauters, L., Casale, P. and Dhondt, A. A. 1994. Space use and dispersal of red squirrels in fragmented habitats. – Oikos 69: 140–146.

Weddell, B. J. 1991. Distribution and movements of Columbian ground squirrels (*Spermophilus columbianus* (Ord)): are habitat patches like islands? – J. Biogeogr. 18: 385–394.

Wegge, P. and Rolstad, J. 1986. Size and spacing of capercaillie leks in relation to social behavior and habitat. – Behav. Ecol. Sociobiol. 19: 401–408.

Whitcomb, R. F., Robbins, C. S., Lynch, J. F., Whitcomb, B. L.,

Klimkiewicz, M. K. and Bystrak, D. 1981. Effects of forest fragmentation on avifauna of the eastern deciduous forest. – In: Burgess, R. L. and Sharpe, D. M. (eds), Forest island dynamics in man-dominated landscapes. Springer, New York, pp. 125–205.

Whittaker, R. H. 1960. Vegetation of the Siskiyou Mountains, Oregon and California. – Ecol. Monogr. 30: 279–338.

Widén, P. 1989. The hunting habitats of Goshawk *Accipiter gentilis* in boreal forests of central Sweden. – Ibis 131: 205–213.

Wilcove, D. S. 1985. Nest predation in forest tracts and the decline of migratory songbirds. – Ecology 66: 1211–1214.

Wilcox, B. A. 1980. Insular ecology and conservation. – In: Soulé, M. E. and Wilcox, B. A. (eds), Conservation biology: an evolutionary-ecological perspective. Sinauer, Sunderland, MA, pp. 95–117.

– and Murphy, D. D. 1985. Conservation strategy: the effects of fragmentation on extinction. – Am. Nat. 125: 879–887.

Woolhouse, M. E. J. 1983. The theory and practice of the species-area effects, applied to the breeding birds of British woods. – Biol. Cons. 27: 315–332.

– 1987. On species richness and nature reserve design: an empirical study of UK woodland avifauna. – Biol. Cons. 40: 167–178.

Wright, H. E. Jr. 1974. Landscape development, forest fire and wilderness management. – Science 186: 487–495.

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003605

## Appendix

Studies of birds and mammals in landscapes with different proportion of suitable habitat. Effect of area and/or isolation means that the number of species or density of certain species was different from expected from the random sample hypothesis.

| Landscape type and species or group of species | % of the area covered by the habitat | Effect of area (range) | Effect of isola-tion (range) | Method for testing the random sample hypothesis | Source (Habitat and landscape type) |
|---|---|---|---|---|---|
| **Archipelagoes:** | | | | | |
| Land bird community | 8[1] | Yes (0.03–2.2 ha) | No (0.04–0.25 km) | Significant relationship between density and island size | Nilsson 1978, 1986 |
| Land bird community | 29[1] | No (0.5–582 ha) | No (<0.1–1 km) | Number of species on islands in agreement with a random placement model | Haila 1981, 1983a Haila and Järvinen 1983 |
| Field vole (*Microtus agrestis*) | 11[1] | Yes (0.5–26 ha) | No (0.01–1.2 km) | Lower density on small islands than on large ones | Pokki 1981 |
| Land bird community | 3[1] | No (0.09–70 ha) | No (<0.1–0.5 km) | Number of species on islands in agreement with a random placement model | Coleman et al. 1982 |
| Land bird community | 27[2] | No (0.5–885 ha) | No (<0.1–1 km) | Number of species on islands in agreement with a random placement model | Haila 1983b |
| Land bird community | 12[1] | Yes (1–233 ha) | Yes (<0.1–1.5 km) | The decrease in species richness with decreasing area was greater on islands than in similarly sized plots from the mainland | Martin 1983 Martin and Lepart 1989 |
| **Forest patches in farmland:** | | | | | |
| Bird community | 22[2] | Yes (1.1–905 ha) | Yes (index) | Significant relationship between density and patch size and isolation | Whitcomb et al. 1981 |
| Bird community | <5[3] | Yes (3–500 ha) | – | Significant relationship between density and patch size | Ambuel and Temple 1983 |
| Bird community | 10–20[4] | No (3.6–40.1 ha) | No | Number of species in forest patches in agreement with a random placement model | Woolhouse 1983, 1987 |
| Bird community | <5[3] | Yes (0.1–7 ha) | Yes | Bird communities in forest patches different from control plots in continuous forest | Howe 1984 |
| Bird community | 20[5] | Yes (5–1000 ha) | Yes (0.1–3 km) | Significant relationship between density and patch size and isolation | Lynch and Whigham 1984 |
| Bird community | 2–10[6] | Yes (0.1–39 ha) | Yes (0.5–6.2 km) | The incidence functions for a few bird species depended on the proportion of forest in the landscape | Opdam et al. 1984, 1985 Dorp and Opdam 1987 |
| Bank vole (*Clethrionomys glareolus*) | 15[1] | Yes (0.2–160 ha) | Yes (0–0.7 km) | Significant relationship between density and patch size and isolation | Geuse et al. 1985 |
| Wood mouse (*Apodemus sylvaticus*) | 15[1] | No (0.2–160 ha) | No (0–0.7 km) | No significant relationship between density and patch size and isolation | Geuse et al. 1985 |
| Chipmunk (*Tamias striatus*) | 6[1] | Yes (2.9–8.9 ha) | Yes (0.2–0.8 km) | Significant relationship between density and patch size and isolation | Henderson et al. 1985 |
| Bird community | 15[1] | Yes (1.5–2600 ha) | Yes (index) | Significant relationship between density and patch size and isolation | Askins et al. 1987 |
| Raptors | 8–12[2] | Yes (5–500 km²) | – | Significant relationship between density and patch size | Thiollay and Meyburg 1988 |
| Red squirrel (*Sciurus vulgaris*) | 8[7] | ? (0.5–14 ha) | Yes (0.04–3.5 km) | Significant effect of patch size and isolation on presence/absence | Verboom and Apeldoorn 1990 |
| Small mammals | 10[1] | No (0.03–4 ha) | No | No significant relationship between density and patch size and isolation | Loman 1991a, b |

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003606

Appendix cont.

| Landscape type and species or group of species | % of the area covered by the habitat | Effect of area (range) | Effect of isolation (range) | Method for testing the random sample hypothesis | Source (Habitat and landscape type) |
|---|---|---|---|---|---|
| Nuthatch (*Sitta europaea*) | 5[2] | Yes (1–24 ha) | Yes (0–>2 km) | Occupation of larger and less isolated patches higher than expected from random occupation | Verboom et al. 1991 |
| Bank vole (*Clethrionomys glareolus*) | 8[1] | ? (0.1–2.6 ha) | Yes (0.03–3.8 km) | Significant relationship between abundance and patch size and isolation | Apeldoorn et al. 1992 |
| Red squirrel | 18[2] | Yes (0.8–10 ha) | No (0.03–0.3 km) | Lower density in small patches than in a large nearby patch | Wauters et al. 1994 |
| **Forest landscapes:** | | | | | |
| Black grouse (*Tetrao tetrix*) | 42[2] | No/yes[8] (0.1–500 ha) | No | No significant relationship between density and patch size and isolation | Angelstam 1983 (Young forest) |
| Capercaillie (*Tetrao urogallus*) | 31[2] | No/yes[8] (0.1–500 ha) | No | No significant relationship between density and patch size and isolation | Angelstam 1983 (Old forest) |
| Bird community | 12[2] | No (8–100 ha) | No | No significant relationship between density and patch size and isolation | Helle 1984, 1985 (Young forest) |
| Bird community | 27[2] | No (4–50 ha) | No | No significant relationship between density and patch size and isolation | Helle 1984, 1985 (Middle aged forest) |
| Bird community | 54[2] | No (18–70 ha) | No | No significant relationship between density and patch size and isolation | Helle 1984, 1985 (Old forest) |
| Bird community | 50[2] | No (0.4–101 ha) | No (0.1–1 km) | Species occurrence and species number in agreement with a random placement model | Haila et al. 1987, 1993 (Old forest) |
| Capercaillie | 30–60[2] | No/yes[8] (10–850 ha) | No (<3 km) | No significant relationship between density and patch size and isolation | Rolstad and Wegge 1987 (Old forest) |
| Bird community | 70[2] | No | – | No loss of species with a reduction in forest area in the region | Daniels et al. 1990 (Old forest) |
| **Other landscapes:** | | | | | |
| Pikas (*Ochotona princeps*) | 6[1] | ? (0.01–5 ha) | Yes (0.04–0.5 km) | Significant relationship between abundance and patch size and isolation | Smith 1974, 1980 (Tailings in sagebrush) |
| Bird community | <10[2] | Yes (0.25–68 ha) | No | The decrease in species richness with decreasing area was greater for patches than for similarly sized plots in a large patch | Soulé et al. 1988 Bolger et al. 1991 (Chaparral in suburban areas) |
| Small mammals | 15[1] | ? (7–11,000 km²) | Yes (3–140 km) | Significant effect of patch size and isolation on presence/absence | Lomolino et al. 1989 (Montane forest in desert scrub) |
| Mammals | <10[2] | Yes (0.25–68 ha) | Yes | The decrease in species richness with decreasing area was greater for patches than for similarly sized plots in a large patch | Soulé et al. 1992 (Chaparral in suburban areas) |
| Columbian ground squirrel (*Spermophilus columbianus*) | 10[1] | ? (0.005–30 ha) | Yes (0.01–2 km) | Significant effect of patch size and isolation on presence/absence | Weddell 1991 (Uncultivated grasslands in an agricultural landscape) |

1. Measured on map.
2. Given in the cited paper.
3. According to Curtis 1956.
4. According to Marchant et al. 1990.
5. According to Whitcomb et al. 1981.
6. Pers. comm.
7. According to Apeldoorn et al. 1992
8. No effect of density in patches larger than the home range of the species.

This content downloaded from 204.47.193.145 on Mon, 18 Nov 2013 11:48:55 AM
All use subject to JSTOR Terms and Conditions

BLM_0003607

# COLORADO BIRDS

A REFERENCE TO THEIR
DISTRIBUTION AND HABITAT

## Robert Andrews & Robert Righter

PUBLISHED BY
**Denver Museum of Natural History**

BLM_0003608

### Dedication by Robert Andrews

To my parents Robert and Dorothy Andrews for their unceasing love and support and
the special friends I have met through our common fascination with birds, most
especially Tim Gates, my first bird-watching friend, who died March 6, 1990

### Dedication by Robert Righter

To all the past and present ornithologists, biologists, and bird-watchers whose efforts
greatly contributed to the formation of this book

.

Copyright © 1992 Robert Andrews and Robert Righter

All Rights Reserved

Book design by Hugh Anderson and Michael Williams, Archetype, Inc.
Cover Photograph by Wendy Shattil/Bob Rozinski © 1992
Illustrations by Don Radovich

Published by the Denver Museum of Natural History,
2001 Colorado Boulevard, Denver, Colorado 80205

Manufactured in the United States of America

First Edition, 1992

Library of Congress Cataloging-in-Publication Data
Andrews, Robert, 1952–
    Colorado birds : a reference to their distribution and habitat /
Robert Andrews and Robert Righter.
        p.    cm.
    Includes bibliographical references and index.
    ISBN 0-916278-68-9 : $24.95
    1. Birds–Colorado. 2. Birds–Colorado–Geographical
distribution. 3. Birds–Colorado–Habitat.      I. Righter, Robert,
1939–  . II. Title.
QL684.C6A53  1992
598.29788–dc20                                    92-5872
                                                    CIP

BLM_0003609



# Suggested Practices for Avian Protection On Power Lines:

## The State of the Art in 2006



PIER FINAL PROJECT REPORT CEC-500-2006-022



 EDISON ELECTRIC INSTITUTE



 Avian Power Line Interaction Committee

BLM_0003610

THIS PAGE INTENTIONALLY LEFT BLANK




BLM_0003611

# Suggested Practices for Avian Protection On Power Lines:

## The State of the Art in 2006

PIER FINAL PROJECT REPORT CEC-500-2006-022

Prepared by:

Avian Power Line Interaction Committee








BLM_0003612

**Additional copies of this book may be obtained through:**

the Avian Power Line Interaction Committee
www.aplic.org

the Edison Electric Institute
www.eei.org

and

the California Energy Commission
www.energy.ca.gov

**This book should be cited as follows:**

Avian Power Line Interaction Committee (APLIC). 2006. *Suggested Practices for Avian Protection on Power Lines: The State of the Art in 2006.* Edison Electric Institute, APLIC, and the California Energy Commission. Washington, D.C and Sacramento, CA.

*Cover photos by Jerry and Sherry Liguori. Section header photos by Jerry and Sherry Liguori.*

Copyright © Avian Power Line Interaction Committee, Edison Electric Institute, and California Energy Commission.

**Disclaimer**

This report was prepared as the result of work sponsored by the California Energy Commission. It does not necessarily represent the views of the Energy Commission, its employees or the State of California. The Energy Commission, the State of California, its employees, contractors and subcontractors make no warrant, express or implied, and assume no legal liability for the information in this report; nor does any party represent that the uses of this information will not infringe upon privately owned rights. This report has not been approved or disapproved by the California Energy Commission nor has the California Energy Commission passed upon the accuracy or adequacy of the information in this report.

 

BLM_0003613

# CONTENTS

| | | |
|---|---|---|
| **Abstract** | | ix |
| **Foreword** | | xi |
| **Acknowledgements** | | xiii |
| **Dedication: Morley Nelson (1917–2005)** | | xv |
| **Chapter 1** | **Introduction** | I |
| | Purpose and Scope | I |
| | Organization of this Document | 2 |
| **Chapter 2** | **The Issue** | 5 |
| | Early Reports | 7 |
| | Suggested Practices: 1975, 1981, and 1996 | 8 |
| | Electrocution Issues to Date | I0 |
| | The Outlook | I6 |
| **Chapter 3** | **Regulations and Compliance** | I9 |
| | Overview of Existing Laws | I9 |
| | Permits | 2I |
| **Chapter 4** | **Biological Aspects of Avian Electrocution** | 23 |
| | Susceptibility of Different Birds to Electrocution | 24 |
| | Factors Influencing Electrocution Risk | 35 |
| | Identifying Evidence of Electrocution | 49 |
| | Scavenging Rates of Carcasses | 50 |
| **Chapter 5** | **Suggested Practices: Power Line Design and Avian Safety** | 5I |
| | Introduction to Electrical Systems | 52 |
| | Avian Electrocutions and Power Line Design | 55 |
| | Suggested Practices | 59 |
| | Summary | I06 |
| **Chapter 6** | **Perching, Roosting, and Nesting of Birds on Power Line Structures** | I07 |
| | Avian Use of Power Lines | I07 |
| | Nest Management | II9 |
| | Reliability Concerns | I30 |

 

BLM_0003614

# CONTENTS

| | | |
|---|---|---|
| **Chapter 7** | **Developing an Avian Protection Plan** | 135 |
| | Choosing the Right Tool—MOUs and APPs | 135 |
| | Components of an APP | 136 |
| | Implementing an Avian Protection Plan | 139 |
| **Appendix A:** | **Literature Cited and Bibliography** | 141 |
| **Appendix B:** | **Early History of Agency Action** | 181 |
| **Appendix C:** | **Avian Protection Plan Guidelines** | 183 |
| | Corporate Policy | 184 |
| | Training | 185 |
| | Permit Compliance | 191 |
| | Construction Design Standards | 191 |
| | Nest Management | 192 |
| | Avian Reporting System | 194 |
| | Risk Assessment Methodology | 198 |
| | Mortality Reduction Measures | 198 |
| | Avian Enhancement Options | 199 |
| | Quality Control | 199 |
| | Public Awareness | 199 |
| | Key Resources | 200 |
| **Appendix D:** | **Glossary** | 201 |
| **Appendix E:** | **List of Acronyms** | 207 |



# ILLUSTRATIONS

| FIGURE | | PAGE |
|---|---|---|
| 2.1 | Comparison of human-caused avian mortality | 7 |
| 2.2 | Golden eagle landing on avian-safe pole | 9 |
| 2.3 | Rough-legged hawk perched on insulator | 11 |
| 2.4 | Flock of European starlings on power lines | 12 |
| 2.5 | Perch discouragers on distribution pole | 17 |
| 4.1 | Ferruginous hawk taking off from a distribution pole | 24 |
| 4.2 | American kestrel with prey on wire | 26 |
| 4.3 | Osprey | 27 |
| 4.4 | Golden eagle perched on pole top | 28 |
| 4.5 | Great horned owl nest on transformer bank | 29 |
| 4.6 | Common raven nest on wishbone configuration | 33 |
| 4.7 | Western kingbird perched on power line | 34 |
| 4.8 | Monk parakeets | 34 |
| 4.9 | Open habitat with power line | 35 |
| 4.10 | Critical dimensions of a golden eagle | 40 |
| 4.11 | Wingspan comparisons of selected raptors | 41 |
| 4.12 | Wingspan comparisons of selected birds | 42 |
| 4.13 | Height comparisons of perched birds | 43 |
| 4.14 | Juvenile golden eagle about to land on a distribution pole that is not avian-safe | 45 |
| 4.15 | Common ravens during breeding season | 46 |
| 4.16 | Swainson's hawk pair perched on distribution pole | 47 |
| 4.17 | Swainson's hawk using power pole for shade | 48 |
| 5.1 | Schematic of power system from generation to customer | 52 |
| 5.2 | Three-phase current waveform | 53 |
| 5.3 | Three-phase voltage waveform | 54 |
| 5.4 | Examples of transmission structures | 57 |
| 5.5 | Examples of typical distribution configurations | 58 |
| 5.6 | Problem single-phase with grounded pole-top pin | 61 |
| 5.7 | Solutions for single-phase with grounded pole-top pin | 62 |
| 5.8 | Problem single-phase configuration with crossarm and overhead neutral | 63 |
| 5.9 | Solutions for single-phase configuration with crossarm and overhead neutral | 64 |
| 5.10 | Single-phase avian-safe new construction | 65 |
| 5.11 | Problem three-phase crossarm designs with and without grounded hardware | 66 |
| 5.12 | Solutions for three-phase crossarm designs with and without grounded hardware | 67 |
| 5.13 | Avian-safe three-phase construction for different length crossarms | 68 |

 

BLM_0003616

# ILLUSTRATIONS

| FIGURE | | PAGE |
|---|---|---|
| 5.14 | Solution for three-phase crossarm using perch discourager | 69 |
| 5.15 | Problem three-phase double dead-end with exposed jumper wires | 70 |
| 5.16 | Solution for three-phase double dead-end with exposed jumper wires | 71 |
| 5.17 | Problem compact three-phase design | 72 |
| 5.18 | Solution for compact three-phase design | 73 |
| 5.19 | Avian-safe compact three-phase designs for new construction | 74 |
| 5.20 | Problem distribution horizontal post insulator designs | 75 |
| 5.21 | Solutions for distribution horizontal post insulator designs | 76 |
| 5.22 | Problem three-phase distribution corner configuration | 77 |
| 5.23 | Solution for three-phase distribution corner configuration | 78 |
| 5.24 | Three-phase vertical corner configuration—overhead grounding conductor on pole top | 79 |
| 5.25 | Three-phase vertical corner configuration—neutral below phases | 80 |
| 5.26 | Typical single-phase distribution configuration on a wood or fiberglass pole | 82 |
| 5.27 | Problem single-phase configuration on a steel or reinforced concrete pole | 82 |
| 5.28 | Solutions for single-phase configuration on a steel or reinforced concrete pole | 83 |
| 5.29 | Problem three-phase configuration on a steel or reinforced concrete pole | 84 |
| 5.30 | Solution for three-phase configuration on a steel or reinforced concrete pole using thermoplastic wrap | 85 |
| 5.31 | Solution for three-phase configuration on a steel or reinforced concrete pole using perch discouragers | 86 |
| 5.32 | Solution for three-phase configuration on a steel or reinforced concrete pole using phase covers | 87 |
| 5.33 | Three-phase configuration on a steel or reinforced concrete pole with suspended insulators | 88 |
| 5.34 | Problem 69-kV horizontal post insulator design | 89 |
| 5.35 | Solutions for 69-kV horizontal post insulator design | 90 |
| 5.36 | Problem wishbone design | 91 |
| 5.37 | Solution for the wishbone design | 92 |
| 5.38 | Avian-safe wishbone construction | 93 |
| 5.39 | Avian-safe suspension configuration | 94 |
| 5.40 | Problem design with grounded steel bayonet | 95 |
| 5.41 | Solutions for design with grounded steel bayonet | 96 |
| 5.42 | Problem transmission designs | 97 |
| 5.43 | Solutions for transmission designs | 98 |
| 5.44 | Problem three-phase transformer bank | 99 |
| 5.45 | Problem single-phase transformer bank | 100 |
| 5.46 | Solution for three-phase transformer bank | 101 |
| 5.47 | Solution for single-phase transformer bank | 102 |

 

# ILLUSTRATIONS

| FIGURE | | PAGE |
|---|---|---|
| 5.48 | Pole-mounted switches | 103 |
| 5.49 | Pole-mounted switches | 104 |
| 5.50 | Pole-mounted switches | 105 |
| 6.1 | Peregrine falcon with prey on distribution pole | 107 |
| 6.2 | Osprey nest on double crossarm of non-energized pole | 111 |
| 6.3 | Red-tailed hawk nest on steel lattice transmission tower | 111 |
| 6.4 | The Morley Nelson raptor nest platform | 113 |
| 6.5 | Loggerhead shrike perched on conductor | 115 |
| 6.6 | Common raven nest on distribution underbuild of transmission structure | 116 |
| 6.7 | Western kingbird nest on transformer | 116 |
| 6.8 | Monk parakeet nests on transmission tower | 117 |
| 6.9 | Monk parakeet nest on distribution pole | 117 |
| 6.10 | Osprey nest platform constructed from wooden cable spool | 119 |
| 6.11 | Nest platform using crossarms to extend it above conductors | 119 |
| 6.12 | Osprey nest platform details | 120 |
| 6.13 | Photo of nest platform depicted in Figure 6.12 | 121 |
| 6.14 | Osprey nest platform constructed from wooden pallet | 121 |
| 6.15 | Raptor nest platform used by ospreys and some buteos | 122 |
| 6.16 | Osprey nest in Wyoming atop double dead-end pole | 123 |
| 6.17 | Golden eagle nest on transmission tower | 123 |
| 6.18 | Osprey nest platform | 124 |
| 6.19 | Kestrel nesting tube installed on transmission tower in Georgia | 125 |
| 6.20 | Kestrel nesting tube installed on transmission tower in Georgia | 125 |
| 6.21 | Nest discourager | 126 |
| 6.22 | Osprey nest relocated to platform on H-frame structure | 127 |
| 6.23 | Segment of plastic pipe installed on dead-end pole in Oregon to discourage osprey nesting | 127 |
| 6.24 | Pipe mounted above the conductors used as a nest discourager | 127 |
| 6.25 | Red-tailed hawk nest on pole with triangle perch discouragers | 128 |
| 6.26 | Osprey nest constructed on pole with plastic owl intended to haze birds | 128 |
| 6.27 | Osprey nest on pole with plastic spikes | 128 |
| 6.28 | Red-tailed hawk expelling streamer | 132 |
| 6.29 | Burn marks on transmission structure associated with streamer-caused flashover | 133 |
| 7.1 | Utility crew installing raptor nest platform | 137 |
| 7.2 | Reframing a crossarm to prevent avian electrocutions | 138 |
| 7.3 | Volunteers and utility personnel work together to create nesting platforms | 139 |



BLM_0003618

# TABLES

| TABLE | | PAGE |
|---|---|---|
| 4.1 | Wrist-to-wrist, wingspan, and height measurements for selected birds | 38 |
| 4.2 | Percent of juvenile golden eagles in electrocution studies | 44 |
| 5.1 | Voltage ranges of different power line classes | 52 |
| 5.2 | Summary of figures and pages for problem configurations and suggested solutions | 59 |
| 5.3 | Recommended conductor separation for transmission lines >60 kV | 99 |
| 6.1 | Accounts of raptor species nesting on transmission structures, distribution poles. and substations | 109 |
| 6.2 | Examples of non-raptor species nesting on power line structures | 116 |



# ABSTRACT

## PURPOSE AND USE OF THE PUBLICATION

In the early 1970s, an investigation of reported shootings and poisonings of eagles in Wyoming and other western states led to evidence that eagles were also being electrocuted on power lines. Since then, the utility industry, wildlife resource agencies, conservation groups, and manufacturers of avian protection products have worked together to understand the causes of raptor electrocution and to develop and implement solutions to the problem. Those efforts have improved our understanding of the biological factors that attract raptors and other birds to power lines, and the circumstances that lead to avian electrocutions.

This publication, *Suggested Practices for Avian Protection on Power Lines: The State of the Art in 2006*, summarizes the history and success of over three decades of work. It springs from three previous editions of *Suggested Practices for Raptor Protection on Power Lines*, and has been expanded and updated to assist those concerned with complying with federal laws, protecting and enhancing avian populations, and maintaining the reliability of electric power networks.

## THE ISSUE

Discoveries of large numbers of electrocuted raptors in the early 1970s prompted utilities and government agencies to initiate efforts to identify the causes of and develop solutions to this problem. Literature from the 1980s and 1990s continued to document electrocutions of raptors throughout the world. Now, reports of electrocutions of birds other than raptors are appearing in the literature and the impacts of avian interactions on power reliability are becoming more evident.

## REGULATIONS AND COMPLIANCE

Three federal laws in the United States protect almost all native avian species and prohibit "taking," or killing, them. The Migratory Bird Treat Act protects over 800 species of native, North American migratory birds. The Bald and Golden Eagle Protection Act provides additional protection to both bald and golden eagles. The Endangered Species Act applies to species that are federally listed as threatened or endangered. Utilities should work with the U.S. Fish and Wildlife Service and their state resource agency(ies) to identify permits and procedures that may be required for nest management, carcass salvage, or other bird management purposes.

## BIOLOGICAL ASPECTS OF AVIAN ELECTROCUTION

Bird electrocutions on power lines result from three interacting elements: biology, environment, and engineering. The biological and environmental components that influence electrocution risk include body size, habitat, prey, behavior, age, season, and weather.

Of the 31 species of diurnal raptors and 19 species of owls that regularly breed in North America, 29 have been reported as electrocution victims. Electrocutions have also been reported in over 30 non-raptor North American species, including crows, ravens, magpies, jays, storks, herons, pelicans, gulls, woodpeckers, sparrows, kingbirds, thrushes, starlings, pigeons, and others.

## SUGGESTED PRACTICES: POWER LINE DESIGN AND AVIAN SAFETY

Avian electrocutions typically occur on power lines with voltages less than 60 kilovolts (kV). Electrocution can occur when a bird simultaneously contacts electrical equipment either phase-to-phase or phase-to-ground. The separation between energized and/or grounded parts influences the electrocution risk of a structure. Electrocution can occur where horizontal separation is less than the wrist-to-wrist (flesh-to-flesh) distance of a bird's wingspan or where vertical separation is less than a bird's length from head-to-foot (flesh-to-flesh). In this document, 150 cm



BLM_0003620

x | *Abstract*

# ABSTRACT

(60 in) of horizontal separation and 100 cm (40 in) of vertical separation are recommended for eagles. Utilities may choose to adopt these recommendations or modify their design standards based on the species and conditions at issue.

Single-phase, two-phase, or three-phase configurations constructed of wood, concrete, metal, fiberglass, or other materials can pose avian electrocution risks if avian-safe separation is lacking. In particular, structures with transformers or other exposed, energized equipment account for a disproportionate number of avian electrocutions.

Both avian-safe new construction and retro-fitted existing structures should be used to reduce avian electrocution risk. The principles of *isolation* and *insulation* should be considered when designing or retrofitting structures. *Isolation* refers to providing adequate separation to accommodate avian use of structures and should be employed where new construction warrants avian-safe design. *Insulation* refers to covering exposed energized or grounded parts to prevent avian contacts. Although equipment that is covered with specifically-designed avian protection materials can prevent bird mortality, it should not be considered insulation for human protection.

## PERCHING, ROOSTING, AND NESTING OF BIRDS ON POWER LINE STRUCTURES

In habitats where natural nest substrates are scarce, utility structures can provide nesting sites for raptors and other birds. Likewise, many birds use power poles and lines for perching, roosting, or hunting.

Bird nests on utility structures can reduce power reliability. Nest management, including the design and installation of platforms on or near power structures, can enhance nesting while minimizing the risk of electrocution, equipment damage, and loss of service. Utilities are encouraged to collect data on bird-related outages to quantify the impacts of birds on power systems, and to develop measures for preventing bird mortalities and their associated outages.

## DEVELOPING AN AVIAN PROTECTION PLAN

In 2005, the Avian Power Line Interaction Committee and the U.S. Fish and Wildlife Service announced their jointly developed Avian Protection Plan Guidelines (Guidelines) that are intended to help utilities craft their own avian protection plans (APPs) for managing avian/power line issues. An APP should provide the framework necessary for implementing a program to reduce bird mortalities, document utility actions, and improve service reliability. It may include the following elements: corporate policy, training, permit compliance, construction design standards, nest management, avian reporting system, risk assessment methodology, mortality reduction measures, avian enhancement options, quality control, public awareness, and key resources. The Guidelines present a comprehensive overview of these elements. Although each utility's APP will be different, the overall goal of reducing avian mortality is the same. An APP should be a "living document" that is modified over time to improve its effectiveness.




# FOREWORD

Avian interactions with power lines—including electrocutions, collisions, and nest construction—have been documented since the early 1900s when electric utilities began constructing power lines in rural areas. However, it was not until the early 1970s that biologists, engineers, resource agencies, and conservationists began to identify the extent of the problem and address it. Those early researchers and authors are to be commended for tackling a contentious issue and building a foundation of credibility and cooperation that continues today.

The U.S. Fish and Wildlife Service (USFWS) and the Avian Power Line Interaction Committee (APLIC) have a long history of working together on avian/power line issues. These efforts began in 1983 with an ad-hoc group that addressed whooping crane collisions with power lines in the Rocky Mountains. They continued with the release of *Avian Protection Plan Guidelines (Guidelines)* in April 2005, and have now produced this 2006 edition of *Suggested Practices*.

In 1975, the first edition of *Suggested Practices for Raptor Protection on Power Lines* had 2½ pages of text and 15 exhibit drawings. It summarized, "…studies conducted in the western United States document electrocution losses of egrets, herons, crows, ravens, wild turkeys and raptors, with 90% of the electrocution victims being golden eagles." The document concluded, "this loss of eagles is significant, but pesticide contamination, loss of habitat and illegal shooting remain the most threatening problems to raptors in general." The theme of reducing raptor electrocutions on power lines with an emphasis on "eagle-safe" designs was followed through the 1975, 1981 and 1996 editions.

Electric utilities have recognized that the interactions of migratory birds with electrical facilities may create operational risks, health and safety concerns, and avian injuries or mortalities. The USFWS understands these issues and is also responsible for conserving and protecting North American trust resources[1] under laws and regulations that include the Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, and Endangered Species Act. In the 2006 edition of *Suggested Practices*, APLIC and the USFWS have expanded the focus of avian/power line issues from raptors to include other protected



**Signing of Avian Protection Plan Guidelines, April 2005. Pictured left to right: top – Jim Burruss (PacifiCorp), John Holt (National Rural Electric Cooperative Association), Quin Shea (Edison Electric Institute); bottom – Jim Lindsay (Florida Power and Light), Paul Schmidt (U.S. Fish and Wildlife Service).**

© EDISON ELECTRIC INSTITUTE

---

[1] Trust resources are wildlife, such as migratory birds, that are held in the public trust and managed and protected by federal and state agencies.




# FOREWORD

migratory birds such as waterbirds, songbirds, and ravens and crows (corvids).

With this edition of *Suggested Practices* and the voluntary Guidelines, utilities have a "tool box" of the latest technology and science for tailoring an Avian Protection Plan (APP) that meets specific utility needs while conserving migratory birds. The 2006 edition of *Suggested Practices* represents a significant update from the 1996 edition.

APLIC and the USFWS hope you will use this edition of *Suggested Practices* along with the Guidelines to help utilities improve system reliability, implement APPs, and conserve migratory birds.

Paul Schmidt
*USFWS, Assistant Director*
*Migratory Bird Programs*

Jim Burruss
*APLIC, Immediate Past Chairman*

Jim Lindsay
*APLIC, Chairman*

 

BLM_0003623

# ACKNOWLEDGEMENTS

APLIC recognizes those who have pioneered avian/power line research and those whose contributions have made previous editions of *Suggested Practices* possible: Allan Ansell, Erwin Boeker, Monte Garrett, Robert Lehman, Dean Miller, Morley Nelson, Richard "Butch" Olendorff, and Dick Thorsell.

The 2006 edition of *Suggested Practices* was made possible through the contributions of many individuals:

*John Acklen* (PNM) prepared the section on bird streamers and line faults. *George Bagnall* (RUS) contributed to Chapter 5. *Mike Best* (PG&E) contributed to the discussion of bird-related outages in Chapter 6. *Dave Bouchard* (AEP) provided editorial and technical review for the entire document. *John Bridges* (WAPA) contributed to Chapter 7. *Carl Brittain* (APS) contributed to Chapter 5. *Jim Burruss* (PacifiCorp) provided technical review for the document and served on the steering group. *Larry Claxton* (Excel Energy) provided the original 1996 CAD drawings. *Chris Damianakes* (PG&E) contributed to Chapter 5. *Dawn Gable* (California Energy Commission) provided administrative support and oversight. *Kevin Garlick* and *Marty Hernandez* (USFWS) prepared Chapter 3. *Rick Harness* (EDM) compiled information on international electrocution issues and prepared sections on steel/concrete poles. *Karen Hill* (Pandion Systems, Inc.) assisted with editing and literature searches for Chapter 6. *W. Alan Holloman* (Georgia Power Co.) provided photos of kestrel nesting tubes. *Jim Kaiser* (USGS) contributed to Chapter 6 and provided photographs. *Rob Knutson* (PG&E) provided information on developing an APP for Chapter 7. *Bob Lehman* (USGS) provided technical peer review of the document. *Jerry Liguori* assisted with the literature review, contributed to Chapter 6, provided technical review of the document, and provided photographs. *Sherry Liguori* (PacifiCorp) compiled current literature, prepared sections on electrocution issues in North America, prepared biological aspects of electrocutions for avian species, contributed to Chapter 5, prepared sections on nesting and outages, provided photographs, served on the steering group, and reviewed the document. *Jim Lindsay* (FP&L) provided information on monk parakeets and eastern species, provided photographs, and served on the steering group. *Rick Loughery* (EEI) served on the steering group and provided administrative support. *Brad Loveless* (Westar Energy) provided information on developing an APP for Chapter 7 and served on the steering group. *Al Manville* (USFWS) provided technical review of the document. *Jerry McMullan* (FP&L) contributed to Chapter 5. *Jim Newman* (Pandion Systems, Inc.) provided information on monk parakeets, contributed to the literature review for Chapter 6, and prepared sections on nesting. *Dan Pearson* (SCE) served on the steering group. *John Parrish* (Georgia Southern University) provided information on kestrel nest tubes. *John Pavek* (RUS) contributed to Chapter 5. *Mike Pehosh* (NRECA) contributed to Chapter 5, served on the steering group, and reviewed the document. *Dennis Rankin* (RUS) contributed to Chapter 5. *Hector Riojas* (APS) contributed to Chapter 5 and prepared the CAD drawings. *Jerry Roberts* (Entergy Corp.) provided information on corvid and wading bird electrocutions. *Linda Spiegel* (California Energy Commission) reviewed the document and provided administrative support and oversight. *Kari Spire* (APS) contributed to Chapter 5 and assisted with the CAD drawings. *Mark Stalmaster* (Stalmaster and Associates) contributed to the literature review for




BLM_0003624

# ACKNOWLEDGEMENTS

Chapter 6. *Chris van Rooyen* (EWT) provided technical peer review of the document and provided data on international issues. *Mel Walters* (PSE) contributed to Chapter 5. *Brian Walton* (California Energy Commission) provided administrative support and oversight. *Shaun Whitey* (APS) contributed to Chapter 5 and assisted with the CAD drawings. *Mark Wilson* (California Energy Commission) provided editorial review of the document.

Unpublished avian electrocution data were provided by Florida Power and Light. Idaho Power Company, PacifiCorp, the U.S. Fish and Wildlife Service (Alaska and Nebraska), and Chris van Rooyen (Endangered Wildlife Trust). Bird measurement data were provided by City of Lawrence (KS) Prairie Park Nature Center, HawkWatch International, Kansas Department of Wildlife and Parks Milford Nature Center, Operation Wildlife, Inc., Oregon Zoo, PacifiCorp, Rocky Mountain Raptor Program, Stone Nature Center, and Utah Wildlife Rehabilitation.

Peer review of this manual was provided by APLIC-member utilities, U.S. Fish and Wildlife Service, and technical experts including: John Acklen (PNM), George Bagnall (RUS), Mike Best (PG&E), Dave Bouchard (AEP), John Bridges (WAPA), Jim Burruss (PacifiCorp), Jim Candler (Georgia Power Co.), Amy Dierolf (Progress Energy), Bret Estep (Georgia Power Co.), Marcelle Fiedler (PNM), Kevin Garlick (USFWS), Marty Hernandez (USFWS), Peggy Jelen (APS), Carl Keller (BPA), Rob Knutson (PG&E), Jerry Liguori, Sherry Liguori (PacifiCorp), Jim Lindsay (FP&L), Brad Loveless (Westar Energy), Al Manville (USFWS), Sam Milodragovich (NorthWestern Energy), Jim Newman (Pandion Systems, Inc.), Dan Pearson (Southern California Edison), Rocky Plettner (NPPD), Dennis Rankin (RUS), Jerry Roberts (Entergy Corp.), Mel Walters (Puget Sound Energy), and Joe Werner (Kansas City Power and Light Co.).

This publication was funded by the California Energy Commission and APLIC.



BLM_0003625

THIS PUBLICATION IS DEDICATED TO THE MEMORY OF

# Morley Nelson

(1917 – 2005)



*"A man born with the heart and soul of an eagle"*

**M**orley Nelson devoted his life to promoting raptor conservation and educating the public about their importance. He accomplished this through his personal zeal for working with raptors and his cinematography skills. Morley's achievements include: award-winning films on raptors, the establishment of the Snake River Birds of Prey National Conservation Area, raptor rehabilitation, public lectures that helped educate Americans about the importance of raptors, and research that formed the foundation of recommendations made to the electric utility industry for reducing raptor electrocutions.

A master falconer, Nelson raised public awareness about birds of prey through dozens of movies and TV specials starring his eagles, hawks and falcons—including seven films for Disney. His love of raptors began when he was a boy growing up on a farm in North Dakota. Moving to Boise after serving in World War II, he began his raptor conservation efforts along with rehabilitating and training birds.

Morley's raptor/power line research became the focus for cooperation among conservation groups, resource agencies and electric utility companies. His legacy of pooling knowledge and resources for raptor conservation is reflected in this document.

To foster the memory of Morley, APLIC will periodically present its *Morley Nelson Award* to an individual who makes significant contributions to raptor conservation. The individual must demonstrate a long-term commitment to natural resources, a consistent history of investigating or managing the natural resource issues faced by the electric utility industry, and success in developing innovative solutions.



BLM_0003626

THIS PAGE INTENTIONALLY LEFT BLANK



BLM_0003627



# CHAPTER I

# Introduction

**IN THIS CHAPTER**    ● Purpose and Scope          ● Organization of this Document

This book presents engineers, biologists, utility planners, and the public with a comprehensive resource for addressing avian electrocutions at electric power facilities.[2] It outlines the importance of the issue, describes methods for avoiding or mitigating electrocution problems, and highlights management options and cooperative partnerships.

**PURPOSE AND SCOPE**

In the early 1970s, an investigation of reported shootings and poisonings of eagles in Wyoming and other western states led to evidence that eagles were also being electrocuted on power lines (Olendorff et al. 1981). Since then, the utility industry, wildlife resource agencies, conservation groups, and manufacturers of avian protection products have worked together to understand the causes of raptor electrocutions and to develop ways of preventing them. Those efforts have improved our understanding of the biological reasons why raptors and other birds can be attracted to power lines, and the power line configurations that lead to avian electrocutions.

This publication, *Suggested Practices for Avian Protection on Power Lines: The State of the Art in 2006*, summarizes the history and achievements of over three decades of work. It

succeeds three previous editions and has been expanded and updated to assist those concerned with complying with federal laws, protecting and enhancing avian populations, and maintaining the reliability of electric power networks.

Early attempts to understand the engineering aspects of raptor electrocution led to the first edition of *Suggested Practices* (Miller et al. 1975). The 1975 edition was followed by the 1981 edition (Olendorff et al. 1981), which explored the biological and electrical aspects of electrocution, provided guidance for reducing bird mortalities, and contained a comprehensive annotated bibliography. The 1996 edition (APLIC 1996) expanded and refined recommendations for power line structure designs and modifications for protecting raptors, included updated research

---

2   This book focuses on avian electrocutions, not collisions. Readers seeking information about the collision of birds with power lines may consult *Mitigating Bird Collisions with Power Lines: The State of the Art in 1994* (Avian Power Line Interaction Committee [APLIC] 1994) or the current edition of this manual.




BLM_0003628

results, and illustrated the effectiveness of cooperative efforts.

Although raptors remain a focal point of electrocution issues, utilities have found that many other birds also interact with electrical structures, and can reduce power reliability. Accordingly, this 2006 edition of *Suggested Practices* expands upon prior editions by addressing additional avian species. This edition also reflects utility efforts to improve configuration designs and to evaluate the effectiveness of various retrofitting options. The 2006 edition includes the following additions or updates:

• A new chapter on regulations and permits related to migratory birds,
• Biological perspectives and information on electrocution risks for non-raptor avian species, including wading birds, corvids,[3] and songbirds,
• Consideration of the National Electric Safety Code (NESC) relative to suggested practices,
• An overview of electrocution risks and mitigation measures associated with steel and concrete poles,
• Updated recommendations for post-mounted configurations,
• A discussion of perch discouragers and their proper use,
• An overview of new avian protection devices as well as their uses and installation,[4]
• A review of bird-related outages,
• An updated bibliography and literature review (Appendix A),
• An appendix containing the voluntary Avian Protection Plan Guidelines (Guidelines) developed by APLIC and the United States Fish and Wildlife Service (USFWS) in 2005, as well as suggestions for developing and implementing an Avian Protection Plan (APP).

## ORGANIZATION OF THIS DOCUMENT



This book is intended for use by electric utilities, resource agencies and scientists worldwide. International literature is included, but it is primarily focused on North America. A brief synopsis of each chapter is listed below.

**Chapter 2: The Issue**
Defines the avian electrocution problem, traces its history, and reviews the latest research on avian electrocutions and their prevention.

**Chapter 3: Regulations and Compliance**
Reviews the major federal laws related to migratory birds and identifies potential permit requirements.

**Chapter 4: Biological Aspects of Avian Electrocution**
Describes the range of avian/power line interactions and discusses the biological and environmental factors that influence avian electrocution risk.

**Chapter 5: Suggested Practices: Power Line Design and Avian Safety**
Presents the reader with the background necessary to understand avian electrocutions from an engineering perspective, i.e., the design and construction of power facilities. Suggests ways to retrofit existing facilities and design new facilities to prevent or minimize avian electrocution risk.

---

[3]  The corvid family includes crows, ravens, magpies, and jays.

[4]  See the APLIC website (www.aplic.org) for a current list of avian protection product manufacturers.

 

BLM_0003629

**Chapter 6:** Perching, Roosting, and Nesting of Birds on Power Line Structures

Explores the benefits of power lines to raptors and other birds and proposes strategies for relocating nests or providing alternative nesting sites that minimize electrocution risk while maintaining safe and reliable electrical service. Discusses the use of devices intended to discourage perching versus modifying structures to be avian-safe. Provides an overview of bird-related outages and their impacts on reliability and operating costs.

**Chapter 7:** Developing an Avian Protection Plan

Presents the elements of an APP and provides guidance for APP implementation.

For literature citations from the text and additional useful references, see the Appendix A Literature Cited and Bibliography section. Appendix B contains a history of early agency actions that addressed the electrocution issue; Appendix C Avian Protection Plan Guidelines; Appendix D a glossary; and Appendix E a list of acronyms.




BLM_0003630

THIS PAGE INTENTIONALLY LEFT BLANK



BLM_0003631

Case No. 1:20-cv-02484-MSK   Document 26-14   filed 04/27/21   USDC Colorado   pg 34 of 95



# CHAPTER 2

# The Issue 

**IN THIS CHAPTER**

- Early Reports
- Suggested Practices: 1975, 1981, and 1996
- Electrocution Issues to Date
- The Outlook

This chapter defines the avian electrocution issue, traces its history, reviews the literature, introduces the latest research, and discusses approaches to solving the problem. Particular emphasis is placed on studies completed since the previous edition of *Suggested Practices* (1996). This chapter also includes an overview of the avian electrocution issue in other countries.

Raptors (birds of prey) are ecologically important and sensitive to toxic substances, habitat alteration and destruction, and persecution by humans. Inadvertent harm to raptors can occur where humans and raptors interact. The biological importance and environmental sensitivity of raptors have led to substantial academic and public interest in these birds and to the problem of electrocution. This has resulted in better protection and management for raptors and their habitats.

The electrocution issue began with raptors because their size, hunting strategy, and nesting preferences make them particularly vulnerable. However, decades of research have found that other species also incorporate utility structures into their lifecycles. The interactions caused by perching, roosting, loafing, and nesting birds can result in electrocutions or power outages, each of which is receiving more attention from utilities, wildlife resource agencies, and the public.

In the United States, the federal government provides protection for migratory birds through several laws (see Chapter 3). Prominent among these are the Bald and Golden Eagle Protection Act (BGEPA) (16 U.S.C. 668–668C), the Migratory Bird Treaty Act (MBTA) (16 U.S.C. 703–712), and the Endangered Species Act (ESA) (16 U.S.C. 1531–1543). *Taking*[5] a bird protected by these laws can result in fines and/or imprisonment. Because electrocutions of protected birds on power lines are considered *takes* under the law, many utilities have acted

---

[5]  In 50 CFR 10.12, *take* means "to pursue, hunt, shoot, wound, kill, trap, capture, or collect or attempt to pursue, hunt, shoot, wound, kill, trap, capture or collect."

 

BLM_0003632

voluntarily and a few under duress to reduce electrocution mortality.

Another major impetus for action is the impact on the electric power network. Bird-caused outages reduce power reliability and increase power delivery costs (See Bird-Related Outages, Chapter 6). Some outages may impact only a few customers temporarily, yet they can still affect a utility's service reliability and customer guarantees. Larger outages can have dramatic consequences. For example, in 2004, several bird-related incidents resulted in power outages at the Los Angeles International Airport, which caused flight delays and threatened airport security. Wildlife-related outages in California alone are estimated to cost from millions to billions of dollars each year (Hunting 2002; Singer 2002; Energy and Environmental Economics, Inc. 2005). In a culture that depends upon electronic devices, power outages can cause inconveniences to residential customers, mortal risks to those who need electricity for heat or life-support systems, and major production losses for industrial and commercial customers.

The impact of electrocution on raptor populations, and avian populations in general, is poorly understood. Newton (1979:212) summarized the difficulties of addressing population impacts on raptors:

*The importance of different mortality causes is also poorly understood, partly because it is hard to find a sample that is representative of the whole population, and partly because of the operation of pre-disposing causes. Starvation, predation and disease are all recorded as causing deaths of raptors, as are various accidents and collisions, electrocution, shooting, trapping*

*and poisoning. The [banding] recoveries and post-mortem analyses which provide most information are inevitably biased towards deaths that occur from human action or around human habitation.*

Both direct and indirect mortality factors must be considered when studying raptor population dynamics. In addition to electro-cution, Postivit and Postivit (1987) identified eight other human activities that affect birds of prey: (1) persecution,[6] (2) pesticide use and pollution, (3) agricultural development, (4) logging, (5) dam construction and water management, (6) energy and mineral develop-ment, (7) urbanization, and (8) recreation. Kochert and Steenhof (2002) identified the greatest threats to golden eagles *(Aquila chrysaetos)* in the United States and Canada as the adverse impacts of human activity, including collisions, electrocutions, shooting, and poisoning from lead or agricultural pesticides. Other human-related sources of mortality that impact birds in general include window and motor vehicle collisions, preda-tion by domestic and feral cats, and collisions with power lines, communication towers, and wind generation facilities (National Wind Coordinating Committee [NWCC] 2001). Estimates of avian mortality due to these causes run in the millions annually, far greater than the estimated number of birds killed by electrocution (Figure 2.1).[7] Habitat destruc-tion is thought to cause greater reductions in bird and other wildlife populations than any other factor, and is still the most serious long-term threat (Newton 1979; Wilcove et al. 1998; USFWS 2002).

---

6   The term *persecution* was used by Postivit and Postivit (1987) to mean shooting. Persecution could also include poisoning and direct trapping.

7   Figure 2.1 was generated using estimates of avian mortality from NWCC 2001, Curry and Kerlinger LLC: What Kills Birds? (http://www.currykerlinger.com/birds.htm), and the U.S. Fish and Wildlife Service: Migratory Bird Mortality (http://www.fws.gov/birds/). Avian mortality rates associated with electrocution are presented for various species in Chapter 4. The numbers provided in Figure 2.1 are gross estimates collected using different techniques and levels of accuracy, therefore this graph is intended only to provide a relative perspective of various sources of avian mortality.






**FIGURE 2.1: Comparison of human-caused avian mortality.**

Nevertheless, electrocution on power facilities remains a legitimate concern and a source of mortality that can be reduced. Electrocutions can be minimized through a variety of mitigation measures that include applying "avian-safe"[8] designs to new construction, and retrofitting existing lines that pose an electrocution risk. It is in the interest of utility planners, biologists, and engineers to familiarize themselves with the issue and its dimensions, and to plan for and implement measures that identify and rectify existing and potential electrocution problems.

**EARLY REPORTS**



Before the 1970s, raptor electrocutions had been noted by several researchers (Hallinan 1922; Marshall 1940; Dickinson 1957; Benton and Dickinson 1966; Edwards 1969; Coon et al. 1970), although the extent of the problem was not known. Surveys in Wyoming and Colorado during the 1970s found nearly 1,200 eagle mortalities that were due to poisoning, shooting from aircraft, and electrocution. Although most of these eagles had been shot, others had been electrocuted by contact with lines not designed with eagle protection in mind. In northeastern Colorado, 17 golden eagles, 1 red-tailed hawk *(Buteo jamaicensis)*, and 1 great horned owl *(Bubo virginianus)* were found dead—all probably electrocuted, along 5.6 kilometers (km) (3.5 miles [mi]) of line (Olendorff 1972a). Five golden eagles and 4 bald eagles *(Haliaeetus leucocephalus)* were found dead under a power line in Tooele County, Utah, and another 47 electrocuted eagles were found along a line in Beaver County, Utah (Richardson 1972; Smith and Murphy 1972). Of 60 autopsied golden eagles in Idaho, 55% had been electrocuted (M. Kochert, pers. comm. in Snow 1973). In June of 1974, 37 golden eagles and 1 short-eared owl *(Asio flammeus)* were found dead under a line southwest of Delta, Utah (Benson 1977, 1981). In a review of bald eagle mortality data from 1960 to 1974, 4% of the eagle deaths were attributed to electrocution (total sample size not given) (Meyer 1980). Similar electrocution problems were also noted in

---

8    The term *raptor-safe* has been used in previous editions of *Suggested Practices* to identify power poles that are designed or retrofitted to prevent raptor electrocutions. Because this edition of *Suggested Practices* encompasses many avian species, the term *avian-safe* is used.

 

New Mexico (Denver Post 1974), Oregon (White 1974), Nevada (U.S. Fish and Wildlife Service 1975a), Louisiana (Pendleton 1978), and Idaho (Peacock 1980).

Much of the information from the early 1970s was summarized by Boeker and Nickerson (1975). This 1971 summary documented 37 golden eagle deaths along a power line of just 88 poles in Moffat County, Colorado. Carcasses and skeletons of 416 raptors were found along 24 different 8 km

(5 mi) sections of power lines in six western states (Benson 1981). In Utah, U.S. Fish and Wildlife Service (USFWS) employees found the remains of 594 raptors (some dead up to five years) under 36 different distribution lines (spanning approximately 400 km [250 mi]). Of these carcasses, 64 were fresh enough to determine the cause of death: 87.5% had been electrocuted (R. Joseph, pers. comm. in Avian Power Line Interaction Committee [APLIC] 1996).

**SUGGESTED PRACTICES: 1975, 1981, AND 1996**



The eagle deaths documented in the western United States during the 1970s raised serious concern about raptors and electric power facilities. Industry, government, and conservation organizations began to work together to identify and solve the problem of raptor electrocution.[9] Agencies involved included the Rural Electrification Administration (REA; now the Rural Utilities Service [RUS]), U.S. Forest Service (USFS), Bureau of Land Management (BLM), USFWS, National Park Service (NPS), and Bureau of Indian Affairs (BIA). The USFWS began searching for lethal lines, while the REA began developing line modification methods to minimize eagle electrocutions. The National Audubon Society and the Edison Electric Institute (EEI) initiated workshops, sought utility participation, raised funds, and began to develop ways to address the problem. In 1972, the REA published a bulletin describing causes of raptor electrocution resulting from certain grounding practices and conductor spacing. This bulletin (61-10) was revised in 1975 and again in 1979 to incorporate research conducted since each earlier edition, including revised inter-phase clearances (Figure 2.2) (U.S. REA 1979).[10] In the 1970s, the

USFWS also initiated a raptor mortality data bank to track electrocutions.

As data were gathered on the magnitude of raptor electrocution numbers during the early 1970s, regional meetings were held to familiarize industry and agency personnel with the problem. Several electric companies, most notably Idaho Power Company, had retained Morley Nelson[11] of Boise, Idaho, to begin testing the safety of new power line designs and to propose modifications of existing lines. These tests were instrumental in forming the basis for the first definitive work on the subject: *Suggested Practices for Raptor Protection on Power Lines* (Miller et al. 1975). This publication was widely circulated and used by both industry and government (Damon 1975; EEI 1975). For example, the BLM and other agencies began requiring "raptor-safe" construction as a condition of rights-of-way permits on federal land and explicitly stipulated that such actions be consistent with *Suggested Practices* (Olendorff and Kochert 1977).

Field tests of the recommendations contained in the 1975 edition of *Suggested Practices* led to a need for further documentation and evaluation, as some of the recommended dimensions were found inadequate. For

---

[9] Appendix B presents a history of individual and agency contributions.

[10] REA Bulletin 61-10 was the precursor to the *Suggested Practices* series.

[11] Morley was a cinematographer and pioneer in North American falconry. He filmed trained eagles, hawks, and falcons to study and demonstrate their behavior on a variety of utility pole configurations.




BLM_0003635

instance, the suggested 61 centimeters (cm) (24 inches [in]) height of the overhead perch was too high, and needed to be reduced to 41 cm (16 in) to keep birds from landing beneath the perch. New cover-up materials and conductor support schemes were also developed. In the 1981 edition of *Suggested Practices* (Olendorff et al. 1981), earlier recommendations were corrected and updated, and a complete literature review and annotated



**FIGURE 2.2: Golden eagle landing on avian-safe pole. Early research on avian electrocutions and pole modifications focused largely on golden eagles.**

bibliography were provided. This edition of *Suggested Practices* was adopted (incorporated by reference at 7 CFR 1724.52(a)) by the REA as their standard for raptor protection. *Suggested Practices* continues to be used by the RUS as a resource for mitigating problems in areas where birds are a concern.

By the mid-1990s, continued progress was being made in reducing raptor electrocution risks. Many utilities had adopted or participated in raptor enhancement or protection programs (Blue 1996). However, despite these efforts, electrocutions continued in North America and concerns remained over electrocution problems internationally (Lehman 2001). The 1996 edition of *Suggested Practices* refined recommendations from the previous editions, updated the literature review, offered suggestions for cooperative actions among agencies and utilities, and began to identify avian electrocution issues outside of North America.

In the past decade, great strides have been made in preventing avian electrocutions. Many utilities consider avian safety in new construction and continue to retrofit existing

poles that pose electrocution risks. There is a growing variety of products and materials manufactured for avian protection (see www.aplic.org). Increased awareness within utilities has improved electrocution reporting and corrective actions. In 2005, APLIC-member utilities were surveyed to obtain information on utility programs, electrocution rates, bird-related outages, and progresses made in avian protection efforts. Of survey respondents ($n$=13), most utilities had either an avian protection plan (69%) or policy (77%) (APLIC 2005). Survey respondents were asked to compare their utility's current avian protection efforts to those of 10 and 20 years ago. All utilities surveyed currently retrofit poles for avian protection, however, two decades ago only 31% retrofitted poles for birds. Likewise, the amount of money spent on avian protection efforts has increased substantially. Twenty years ago, half of the utilities surveyed did not have a budget for avian protection; whereas currently all utilities surveyed spend money on avian protection. In addition to expanding their avian protection efforts, many utilities noted that they have



experienced improved relationships with resource agencies. Communication with agencies was considered to be fair by the majority of utilities (45%) 20 years ago, while 58% considered communication good 10 years ago, and 58% reported that they currently have excellent communication with wildlife resource agencies.

## ELECTROCUTION ISSUES TO DATE



### ELECTROCUTION ISSUES AND PROGRESS IN NORTH AMERICA

Recent literature indicates that electrocution continues to be a cause of mortality for various raptors in North America—particularly eagles and some hawks and owls. Because of increased awareness, non-raptor electrocutions are also being documented. The small number of comprehensive field surveys, however, limits the extent of our knowledge of electrocution mortality. Differences in the scope of electrocution studies and the type of data collected make it difficult to compare historic and current information. Additionally, little data exist that quantify the risk of electrocutions relative to other sources of avian mortality. Assessments that use data subsets or incidental reports for extrapolating results based on an estimated number of poles are inaccurate because electrocution risk is not uniformly distributed. Though quite difficult, systematic surveys over large areas can provide more accurate electrocution rate estimates.

Several recent studies have quantified avian electrocution rates. In a survey of over 70,000 poles in Utah and Wyoming in 2001 and 2002, 547 avian mortalities were found —32% of which were common ravens (*Corvus corax*), 21% buteos, 19% eagles, 6% passerines/small birds, 4% owls, 2% falcons, 2% waterbirds, and 14% unidentified (Liguori and Burruss 2003). In a survey of 3,120 poles in Colorado, 68 carcasses were discovered, including eagles (53%), hawks (23%), and corvids (7%) (Harness 2001). In a study of 4,090 poles in Montana, golden eagle electrocutions were documented at 4.4% of poles, 20 of which had electrocuted more than one eagle (Schomburg 2003). In Chihuahua, Mexico, studies in 2000 and

2001 documented an average annual electrocution rate of 1 bird per 6.5 concrete poles in non-urban areas (Cartron et al. 2005). In northern California and southern Oregon, confirmed and suspected avian electrocutions were documented at 0.9% of poles surveyed ($n$=11,869) in 2004 and 2005 (PacifiCorp, unpubl. data). Of these mortalities, 48% were buteos, 27% owls, 11% eagles, 5% corvids, 5% unidentified raptors, 2% vultures, 1% harriers, and 1% herons.

Studies that have documented electrocutions through incident reports without systematic pole surveys provide conservative estimates of electrocution rates. Harness and Wilson (2001) documented 1,428 raptor electrocutions in a review of mortality records from utilities in the rural western United States from 1986 to 1996. From 1988 to 2003, 210 raptor electrocutions were documented in Nebraska (USFWS/Nebraska, unpubl. data). In Montana, 32 golden eagle mortalities were confirmed from 1980 to 1985 (O'Neil 1988). From 1978 to 2004, nearly 800 electrocutions were reported by Alaska utilities to the USFWS (USFWS/Alaska, unpubl. data). Prior to 2000, most electrocutions reported in this database were of bald eagles, which accounted for 83% of reports from 1978 to early 2005. Other birds reported in Alaska include ravens, magpies, crows, owls, gulls, ospreys (*Pandion haliaetus*), and great blue herons (*Ardea herodias*).

Bald and golden eagles continue to be a focus of electrocution research in North America, with electrocution accounting for <1% to 25% of eagle deaths in various studies. The U.S. Geological Survey's (USGS)




National Wildlife Health Laboratory (1985) reported that 9.1% of 1,429 dead bald eagles examined from 1963 to 1984 were electrocuted. In a summary of eagle mortalities from the early 1960s to the mid-1990s, electrocution accounted for 25% of golden eagle and 12% of bald eagle deaths (Franson et al. 1995). Electrocution accounted for 0.5% of deaths in a study of raptor mortality ($n$=409) in California from 1983 to 1994 (Morishita et al. 1998). Of bald eagles banded in the Yellowstone area ($n$=49), 20% died from electrocution or collision with power lines (Harmata et al. 1999). In Florida, 17% of bald eagle mortalities ($n$=309) from 1963 to 1994 were due to electrocution (Forrester and Spalding 2003). Electrocution also accounted for 6% of eagle mortalities ($n$=274) from a rehabilitation database in Florida from 1988 to 1994 (Forrester and Spalding 2003). Electrocution was the cause of death for 11.5% of bald and golden eagles evaluated ($n$=546) from 1986 to 1998 in western Canada (Wayland et al. 2003). Of 61 eagles killed in the Diablo Range of the Altamont Pass Wind Resource Area, California, from 1994 to 1997, 16% were electrocuted (Hunt et al. 1999). Of birds admitted to the Michigan Department of Natural Resources' (MDNR) Wildlife Disease Laboratory, the number electrocuted was low compared to other causes of death, and most often involved bald eagles, ospreys, and great horned owls (MDNR 2004; T. Cooley, pers. comm.).

The frequency of electrocutions and associated outages has been dramatically reduced in areas where concerted efforts have been made to retrofit or replace hazardous poles. The Klamath Basin of southern Oregon and northern California attracts one of the largest concentrations of wintering raptors in the lower 48 states. In the Butte Valley, an area of the Klamath Basin used extensively by raptors, 90 electrocuted eagles were found between 1986 and 1992 (PacifiCorp, unpubl.

data). During the 1990s, extensive pole retrofitting, using recommendations from previous editions of *Suggested Practices*, was completed in this area. Subsequently, in a comprehensive survey of poles in Butte Valley in 2004, only 4 eagle carcasses were found (PacifiCorp, unpubl. data). Likewise, following extensive retrofitting efforts in Worland, Wyoming, the number of eagle electrocutions fell from 49 birds in three years to 1 bird in three years (PacifiCorp, unpubl. data). In the Queen Charlotte Islands of Canada where bird protection was installed on a large proportion of poles, the number of bird-related outages fell from 41 to 16 in two years (BC Hydro 1999). Similarly, in one year following the installation of protective devices on problem circuits in Vermont, animal- and bird-caused outages declined by 56% (Central Vermont Public Service 2002). Electrocution rates of Harris' hawks (*Parabuteo unicinctus*) near nests in Tucson, Arizona, fell from 1.4 electrocutions per nest in 2003 to 0.2 in 2004 (Dwyer 2004).

Mortalities of other raptors, particularly buteos, continue to occur in North America. The majority of APLIC-member utilities surveyed in 2005 cited red-tailed hawks as



**FIGURE 2.3: Rough-legged hawk perched on insulator.**

© SHERRY AND JERRY LISCUM

 

one of their most commonly electrocuted species (APLIC 2005). Southern California Edison records indicate that red-tailed hawks constitute about 75% of electrocuted raptors found along their distribution lines (D. Pearson, pers. comm.). Buteos accounted for 21.4% of electrocuted raptors found in Utah and Wyoming (*n*=547), and included red-tailed hawks (7.5%), Swainson's hawks (5.9%) (*Buteo swainsoni*), ferruginous hawks (1.6%) (*B. regalis*), rough-legged hawks (0.2%) (*B. lagopus*), and unidentified buteos (6.2%) (Liguori and Burruss 2003) (Figure 2.3). In a 2004 survey of poles in the Butte Valley of California, buteos accounted for 50% of suspected electrocutions (*n*=18), 5 of which were red-tailed hawks (PacifiCorp, unpubl. data).

Osprey, a species that the 1996 edition of *Suggested Practices* considered "surprisingly rare" in electrocution records, has greatly increased in population over the past few decades (Sauer et al. 2004). Although records of osprey electrocutions remain infrequent, ospreys are nesting on power poles in growing numbers (USGS 2003; Wisconsin Department of Natural Resources 2003). Consequently, many utilities throughout North America are spending considerable effort on osprey nest management (see Chapter 6).

Pelicans and wading birds, such as herons, egrets, ibises, and storks, have received increased attention from utilities, particularly in the southeastern United States. The lengthy wingspans and heights of these birds put them at risk of electrocution. Like other large birds, they may be electrocuted if they fly into lines mid-span and bridge two conductors. Although waterbirds occur in large concentrations in the southeastern United States and along the Gulf Coast, common and widely distributed species, such as the great blue heron, may be encountered throughout North America.

Although raptor electrocutions typically occur in remote or rural areas, there is a growing awareness of avian electrocutions and outages in urban and suburban locations. In many cases, these interactions involve species that are not protected by the MBTA, i.e., European starlings (*Sturnus vulgaris*), house (English) sparrows (*Passer domesticus*), or rock doves (feral pigeons, *Columba livia*) (Figure 2.4). Regardless of their status, outages caused by these species can result in substantial costs to utilities and their customers. Other protected species—such as jays, crows, ravens, magpies, kingbirds, and woodpeckers—may be common in developed areas and can interact with power lines. In suburban Tucson, Arizona, populations of Harris' hawks have increased and family groups of birds perch or nest on or near power poles. The monk parakeet (*Myiopsitta monachus*), introduced from South America, has presented an increasing problem for utilities in the United



**FIGURE 2.4. Flock of European starlings on power lines.**

© SHERRI AND JERRY LIGUORI

 

BLM_0003639

States within the last decade. Their large communal nests can cause electrocutions, outages, and fires (see Chapter 6).

Increased awareness of avian electrocutions has led to improved reporting of all birds protected by the MBTA. Of APLIC-member utilities surveyed in 2005 ($n$=13), 77% currently track electrocutions of all protected species (APLIC 2005). In contrast, ten years ago, most of these utilities only documented electrocutions of eagles, raptors, or other large birds, with only 25% reporting electrocutions of all protected species. Regardless of the species, conducting proactive remedial measures can provide the benefits of reduced mortality and improved reliability.

Since the 1996 edition of *Suggested Practices*, researchers have begun to identify electrocution risk and to quantify electrocution rates in parts of Mexico (Cartron et al. 2000, 2005, in press; Manzano-Fischer 2004). After numerous electrocuted ravens and raptors were detected under newly constructed distribution lines in northern Mexico in 1999, efforts to address this issue began. Surveys were conducted to assess the scope of the problem and to evaluate possible solutions along lines in northwestern Chihuahua, where the largest black-tailed prairie dog *(Cynomys ludovicianus)* town complex in North America remains (Cartron et al. 2000, 2005). The use of steel-reinforced concrete poles with steel crossarms in this area, coupled with raptor and raven populations attracted to the prairie dog town, increased the electrocution risk. Because the poles and steel crossarms are grounded, birds that perch on them can be electrocuted by touching one conductor (see Chapter 5). In addition, the voltage of distribution lines in Mexico is greater than in the United States, which may create an electrocution risk through arcing. Double dead-end poles pose a particular risk when energized jumper wires are mounted over the crossarms. The problem for raptors

such as red-tailed hawks, ferruginous hawks, and golden eagles is greatest during fall and winter and in areas with large prairie dog colonies (Cartron et al. 2005). For the Chihuahuan raven *(Corvus cryptoleucus)*, the species most frequently electrocuted in this area, electrocutions occur throughout the year and peak during nesting and after fledging (J-L. Cartron, pers. comm.).

With the added incentive of reducing power outages, Mexico's Federal Utility Company (Comisión Federal de Electricidad; [CFE]) began to replace conductive steel crossarms with wooden crossarms on concrete poles located within the prairie dog town. No dead birds were found at retrofitted concrete poles in a subsequent survey of this area (Cartron et al., in press). In 2002, non-governmental organizations (NGOs), academic institutions, government agencies, and the CFE took part in a workshop, *Avian Electrocutions on Power Lines in Mexico, 1st Workshop,* to address the electrocution problem in Mexico and develop solutions (INE-SEMARNAT 2002). The workshop was the first meeting of its kind in Mexico, and identified bird electrocutions on distribution lines, collisions with transmission lines, nest construction, and fecal contamination of power lines and optic fiber cable as the main avian-related problems.

Although retrofitting of hazardous lines in Chihuahua and Sonora has been implemented, electrocutions still continue along other lines and the extent of the electrocution problem has yet to be determined in other parts of the country (Cartron et al., in press; Manzano-Fischer et al., in press). Agrupación Dodo is currently developing a training manual for CFE maintenance crews. From this they expect to improve data collection on electrocuted birds. All future information will be collected in a national database to help identify problem areas and poles, to support more efficient remedial action.

 

BLM_0003640

The CFE has also begun installing bird flight diverters on some transmission lines in coastal areas to minimize bird collisions, and has installed devices on transmission towers to prevent fecal contamination of insulators by roosting vultures.

In Canada, utilities have documented avian electrocutions and typically retrofit high-risk poles as needed. Manitoba Hydro has surveyed power lines and poles to document bird use and to estimate electrocution and collision mortality rates (C.M. Platt, pers. comm.). ATCO Electric helped fund an electrocution study with the University of Alberta (Platt 2005). The goals of this study were to quantify raptor electrocution rates, determine the species affected, and identify pole configurations that present the greatest risk.

Since the 1996 edition of *Suggested Practices*, several landmarks regarding avian electrocution have occurred: (1) an electric utility has been prosecuted for avian electrocutions, (2) settlement agreements over avian electrocutions have been reached between utilities and USFWS, (3) Avian Protection Plan Guidelines were collaboratively developed by utilities and USFWS, and (4) the focus of electrocution issues broadened to include non-raptor species. In 1999, the USFWS prosecuted Moon Lake Electric Association (MLEA) for violations of the MBTA and BGEPA. For the electrocutions of 12 eagles, 4 hawks and 1 owl in Colorado, MLEA was sentenced to three years probation for six violations of the MBTA and seven violations of the BGEPA. In addition, MLEA paid a $50,000 fine, donated $50,000 to raptor conservation efforts, entered into a Memorandum of Understanding (MOU) with the USFWS, and developed a plan to reduce raptor electrocution risk on its facilities. The MLEA case brought heightened attention to raptor electrocution issues from both utilities and agencies. Prior to the MLEA case, fines had been levied against two electric

utilities, one in 1993 and the other in 1998, for violations of the MBTA and BGEPA.

In 2005, APLIC and the USFWS published the voluntary Avian Protection Plan Guidelines (Guidelines) to aid utilities in developing programs, policies, and procedures to reduce bird mortality on power lines while enhancing service reliability (see Chapter 7 and Appendix C). Just as the Guidelines were developed in a cooperative manner, the creation of Avian Protection Plans (APPs) by individual utilities is intended to be voluntary but open to collaboration with the USFWS and other agencies.

## INTERNATIONAL EFFORTS
### Workshops
Avian interactions with power lines are global issues. In recent years, awareness of these issues has increased and several international avian conferences have dedicated special sessions to avian/power line interactions. In 1996, the Raptor Research Foundation organized the *2nd International Conference on Raptors* in Urbino, Italy. This conference was unique because it included a symposium on energy development with presentations on avian electrocutions from South Africa, Spain, Australia, Russia, and Italy. Papers were also presented on wind energy, bird collisions, and electric and magnetic fields.

In 1998, the *5th World Conference on Birds of Prey and Owls* was held in South Africa and included a session on the impacts of electrical utility structures on raptors. In 2001, the *4th Eurasian Congress on Raptors* was held in Seville, Spain, also with a special session on avian electrocutions. Presentations identified electrocution issues in Mexico, Russia, and Spain. Positive influences from nesting on utility structures were reported in Mongolia and Spain. A field trip was conducted to Doñana National Park where power lines have been retrofitted to prevent electrocutions of Spanish imperial eagles *(Aquila adalberti)*. In



BLM_0003641

2003, the *6th World Conference on Birds of Prey and Owls* was held in Hungary where papers on avian electrocutions were presented from the Slovak Republic, Bulgaria, and Hungary.

### Addressing the Issue

The challenges faced outside the United States are often disparate. International distribution line construction often includes the use of grounded metal/concrete poles with metal crossarms that present a high electrocution risk to birds and can be difficult to retrofit. Additionally, some countries lack the resources to build power lines that minimize electrocution risks to birds, resulting in increased animal contacts and power outages. Like the United States, many countries have programs that range from being reactive to proactive, designed to address electrocutions.

A model program addressing avian electrocutions on power lines exists in South Africa, with a partnership between Eskom, the national electricity supplier, and the Endangered Wildlife Trust (EWT) (C.S. van Rooyen, pers. comm.). The partnership deals specifically with bird collisions, electrocutions, bird pollution and streamers, and nesting-caused electrical outages. The EWT acts as a consultant to the utility, focusing on reducing negative interactions between wildlife and electrical structures by systematically managing avian interaction problems. Eskom staff acts on the EWT's advice to address problems encountered in the course of everyday utility duties. A comprehensive research program is also supported that includes raptor electrocution risk assessments of existing power lines, investigations of faulting mechanisms, and the impacts of power lines on sensitive bird species. Several million dollars are invested annually into Eskom's combined research and mitigation programs. The partnership has also initiated programs in other parts of Africa that assist with impact assessments of new lines in Namibia and Botswana. Environmental personnel from other electrical utilities in the Southern African Development Community are being trained to establish other cooperative management initiatives in Africa.

Retrofitting power lines in Doñana National Park to prevent electrocutions of Spanish imperial eagles is one of Spain's conservation success stories. Between 1991 and 1999, high-risk power line towers were modified, considerably reducing the number of raptor electrocutions. The Spanish Government (Ministry for the Environment) is currently preparing a Royal Decree to establish protective measures to prevent bird collisions (A.C. Cardenal, pers. comm.). There are 17 local governments in Spain and most have cooperative agreements with their electric companies for reducing the impact of power lines on birds. Recovery plans for endangered species, such as Bonelli's eagle *(Hieraaetus fasciatus)* and bearded vulture *(Gypaetus barbatus)* include measures to mitigate interactions with power lines. Nearby, in the early 1990s, Portugal embarked on a program to deal with large numbers of white storks *(Ciconia ciconia)* on transmission towers by preventing nesting in dangerous areas and encouraging nesting on platforms carefully located on the towers (J. Amarante, pers. comm.).

In 2002, Germany responded to bird electrocutions by passing a Federal Nature Conservation Act to provide avian protection (D.G. Haas, pers. comm.). This regulation states, *"all newly erected power poles and technical structures in the medium voltage range have to be designed to protect birds. Power poles and technical hardware in the medium voltage range that are already in use and pose a high risk to birds are to be retrofitted to exclude electrocution as a threat within the next 10 years."* Raptor-friendly construction standards also have been published by NABU-German Society for Nature Conservation in *Suggested Practices for Bird Protection on Power Lines* (NABU 2002).

 

BLM_0003642

The brochure contains the technical standards necessary for avian-safe construction as well as mitigation measures for medium voltages. Although electrocutions do occur in the United Kingdom (J. Parry-Jones, pers. comm.) and northern Europe (K. Bevanger, pers. com.), less is known about their mitigation efforts.

Eastern European countries are also addressing avian electrocution risks. The State Nature Conservancy of the Slovak Republic is partnering with the three Slovakian energy companies to improve mitigation strategies and develop avian-safe configuration standards for new construction (M. Adamec, pers. comm.). The State Nature Conservancy also monitors power lines to help identify areas in need of proactive retrofitting, and is preparing a long-term strategy for Eastern Slovakia to retrofit all medium-voltage structures over the next 10 years. In Hungary, MME BirdLife-Hungary is working with utilities to identify and mitigate problems and to design safer utility configurations (I. Demeter, pers. comm.). Avian electrocution also is acknowledged as a serious problem in Bulgaria, with 50% of the country's poles posing a risk to raptors (S. Stoychev, pers. comm.). The Bulgarian Society for the Protection of Birds/BirdLife Bulgaria (BSPB) is addressing the issue. The BSPB is working with some of the Bulgarian electric companies, providing information on rare species' breeding and foraging grounds, migration routes, and possible solutions to reducing electrocution problems. Protective devices are being deployed as part of a pilot project to determine their effectiveness in reducing mortality and associated power outages. In 2004, the BSPB also implemented an electrocution

study in several "Important Bird Areas" (IBAs).

Less is known about avian electrocution issues in Russia and Asia. In Russia, it has been reported that high-risk power lines exist and eagles have been electrocuted, especially in the Kazakhstan steppes and deserts. One report estimates that 10% of the USSR population of steppe eagles (*Aquila nipalensis*), primarily juvenile or subadult birds, is electrocuted each year in the northern Caspian areas (V. Moseikin, pers. comm.). Given these reports, it is vital to determine the scope of the problem and develop cooperative strategies with the local power companies. Avian interactions with power lines have also been reported in Australia (B. Brown. pers. comm.) and New Zealand. Although Tasmania Hydro participated in the production of the *Raptors at Risk* electrocution video, little is known about the scope of the problem in Australia.

Except for Israel, the extent of avian electrocutions is relatively unknown in the Middle East. The Israel Birds of Prey Research and Conservation Project, the Israel Electric Corporation, the Israel Nature Reserves and Parks Authority, and the Society for the Protection of Nature in Israel work closely together to address electrocution issues (O. Bahat, pers. comm.). Through their efforts, electrocution "hot spots" have been identified and retrofitted, significantly reducing bird electrocutions while improving service reliability. Presently they are developing a Geographic Information System (GIS)-based program to avoid siting future lines in IBAs.

Little information is available about retrofitting efforts in Central and South America, although avian interactions with power lines have been documented in Brazil (P. Américo, pers. comm.).

## THE OUTLOOK



Since the first edition of *Suggested Practices* in 1975, there has been considerable progress in identifying electrocution hazards and developing solutions. In the decade since the 1996

edition, utilities and resource agencies have made significant strides in communicating and collaborating on avian/power line issues. A product of this collaboration was the

 

BLM_0003643



development of Avian Protection Plan Guidelines by APLIC and the USFWS in 2005 (Appendix C). The Guidelines, which are intended to help utilities develop their own APPs, focus on reducing bird mortality and improving power system reliability by identifying the key policies and practices to achieve these goals. Voluntary cooperation among electric utilities and agencies has improved communication and will benefit participants through reduced avian risk and enhanced power reliability.

As in 1996, avian mortality, particularly raptor mortality, continues to play an important role in federal land management decisions. Avian protection measures are often mandated as part of permitting and licensing requirements by most federal agencies in the United States, including the BLM, USFS, and USFWS. In addition, the Federal Energy Regulatory Commission (FERC) routinely includes special articles mandating raptor protection on power lines in licenses for hydroelectric projects (FERC 1992).

Although utilities have worked for several decades to make lines on federal lands safe for raptor use, they now face an interesting challenge in areas with sage-grouse (*Centrocercus spp.*), prairie chickens (*Tympanuchus spp.*), mountain plovers (*Charadrius montanus*), Utah prairie dogs (*Cynomys parvidens*), and desert tortoises (*Gopherus agassizii*). In some cases, land management agencies have requested that raptors and corvids be prevented from perching on power lines where these rare or endangered species are found (Figure 2.5). The goal of such efforts is to reduce predation, although the actual impact of raptors hunting from poles on populations of these species has not been adequately studied, quantified, or verified. Utilities that attempt to discourage raptors from using portions of a power line, as well as agencies requiring such actions, should be aware of several important points: (1) perch discouragers are intended to move birds from an unsafe location to a safe location and do not *prevent* perching, (2) predation can occur regardless of the presence of a power line, (3) raptors and corvids prey upon mammalian predators of sage-grouse and prairie chickens, and (4) electrocution risk may be increased if perch discouragers are installed on long consecutive spans without providing alternative perch



**FIGURE 2.5: Perch discouragers have been installed on utility poles to prevent raptors or corvids from preying upon sensitive species. However, this is not recommended, as perch discouragers are intended to manage where birds perch, not to entirely prevent perching.**

© SHERRY AND JERRY LIU/TRH

 

sites (because this may cause birds to perch on exposed pole-mounted equipment). Utilities and agencies should work together to identify predation risk to sensitive species that results from raptor and corvid use of poles; determine retrofitting methods that are appropriate, effective, and commensurate with the level of risk; and develop best management practices or guidelines.

As the human population grows and energy demands increase, new power lines will inevitably be built. Since overhead power lines will continue to be built in avian habitat, and because perching on power line structures involves some degree of risk, electrocutions will occur in the future. In addition, increasing populations of some avian species in North America, such as bald eagles, ospreys, monk parakeets, and some corvids, present utilities with a growing need to manage avian electrocutions or nests on power poles. Electrocution problems may be most severe on those continents that contain large, expanding human populations (Africa, South America, and Asia) (Bevanger 1994a). Raising global awareness of avian electrocution problems and solutions remains a priority and a challenge for conservation organizations. For utilities, the use of avian-safe designs and construction techniques (see Chapter 5) for distribution systems will help reduce future electrocution problems. Much retrofitting work also remains for existing high-risk lines worldwide.

This 2006 edition of *Suggested Practices* contains a new section on steel and concrete poles. These poles can pose serious electrocution hazards and are increasingly being used worldwide. In addition, a Spanish translation of *Suggested Practices* is intended to provide this resource to those in Spanish-speaking countries. The authors hope that *Suggested Practices* will continue to promote an awareness of avian interactions with power facilities and provide a range of electrocution prevention solutions that can be used throughout the world.



BLM_0003645

Case No. 1:20-cv-02484-MSK   Document 26-14   filed 04/27/21   USDC Colorado   pg 48 of 95



CHAPTER 3

# Regulations and Compliance 

**IN THIS CHAPTER**    Overview of Existing Laws       Permits

Three federal laws in the United States protect almost all native avian species and prohibit "taking," or killing, them. The Migratory Bird Treaty Act (MBTA) protects over 800 species of native, North American migratory birds. The Bald and Golden Eagle Protection Act (BGEPA) provides additional protection to both bald and golden eagles. The Endangered Species Act (ESA) applies to species that are federally listed as threatened or endangered. This chapter provides an overview of each of these laws and the permits that may be required for nest management, carcass salvage, or other bird management purposes.

**OVERVIEW OF EXISTING LAWS**

The **Migratory Bird Treaty Act** of 1918 (MBTA) (16 U.S.C. 703–712), which is administered by United States Fish and Wildlife Service (USFWS), is the legal cornerstone of migratory bird conservation and protection in the United States. The MBTA implements four treaties that provide international protection for migratory birds. It is a strict liability statute meaning that proof of intent is not required in the prosecution of a "taking"[12] violation. Most actions that result in *taking* or possessing (permanently or temporarily) a protected species can be violations.

The MBTA states: "Unless and except as permitted by regulations … it shall be unlawful at any time, by any means, or in any manner to pursue, hunt, take, capture, kill … possess, offer for sale, sell … purchase … ship, export, import … transport or cause to be transported … any migratory bird, any part, nest, or eggs of any such bird, or any product … composed in whole or in part, of any such bird or any part, nest, or egg thereof…"

A 1972 amendment to the MBTA provided legal protection to birds of prey (e.g., eagles, hawks, falcons, owls) and corvids (e.g., crows, ravens). The MBTA currently protects 836 migratory bird species, including waterfowl, shorebirds, seabirds, wading birds, raptors, and songbirds. Generally speaking, the MBTA protects all birds native to North America, and excludes house (English) sparrows *(Passer domesticus)*, European starlings

---

[12] "Take" in this context means to pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to pursue, hunt, shoot, wound, kill, trap, capture, or collect.

 

BLM_0003646

(*Sturnus vulgaris*), rock doves (or common/feral pigeons, *Columba livia*), monk parakeets (*Myiopsitta monachus*), any other species published in the Federal Register, and non-migratory upland game birds. The list of migratory bird species protected under the MBTA appears in Title 50 of the Code of Federal Regulations part 10.13 (50 CFR 10.13) and is available online at www.access.gpo.gov/nara/cfr/waisidx_03/50cfr10_03.html.

An individual who violates the MBTA by taking a migratory bird may be fined up to $15,000 and/or imprisoned for up to six months for a misdemeanor[13] violation. An individual who knowingly takes any migratory bird with the intent to sell, offer to sell, barter, or offer to barter such bird or who knowingly sells, offers for sale, barters, or offers to barter any migratory bird is subject to a felony violation with fines of up to $250,000 and/or imprisonment for up to two years.

Under the authority of the **Bald and Golden Eagle Protection Act** of 1940 (BGEPA) (16 U.S.C. 668–668d), bald (*Haliaeetus leucocephalus*) and golden (*Aquila chrysaetos*) eagles are given additional legal protection. *Take* under the BGEPA is defined as "to pursue, shoot, shoot at, poison, wound, kill, capture, trap, collect, molest or disturb." Violators of the Act's *take* provision may be fined up to $100,000 and/or imprisoned for up to one year. The BGEPA has additional provisions where, in the case of a second or subsequent conviction, penalties of up to $250,000 and/or two years imprisonment may be imposed.

The **Endangered Species Act** (ESA) (16 U.S.C. 1531–1544) was passed by Congress in 1973 to protect our nation's native plants and animals that were in danger of becoming extinct and to conserve their habitats. Federal agencies are directed to use their authority to conserve listed species, as well as "candidate"[14] species, and to ensure that their actions do not jeopardize the existence of these species. The law is administered by two agencies, (1) the USFWS and (2) the Commerce Department's National Marine Fisheries Service (NMFS). The USFWS has primary responsibility for terrestrial and freshwater organisms, while the NMFS has primary responsibility for marine life. These two agencies work with other agencies to plan or modify federal projects to minimize impacts on listed species and their habitats. Protection is also achieved through partnerships with the states, with federal financial assistance, and a system of incentives that encourage state participation. The USFWS also works with private landowners by providing financial and technical land management assistance for the benefit of listed and other protected species. To obtain a list of all federally listed (threatened and endangered) birds, or all federally listed animals and plants, consult 50 CFR parts 17.11 and 17.12. This list is available online at www.fws.gov/endangered/wildlife.html.

Section 9 of the ESA makes it unlawful for a person to *take* a listed species. *Take* under the ESA is defined as "...to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect or attempt to engage in any such conduct." The regulations define the term "harm" as "an act that actually kills or injures wildlife by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering." Unlike the MBTA and the BGEPA, the ESA authorizes the USFWS to issue permits for "incidental take" (*take* that results from an otherwise legal activity).

Section 10 of the ESA allows for "Habitat

---

[13] A *misdemeanor* is a crime that is punishable by less than one year imprisonment. A *felony* is a serious crime punishable by incarceration for more than a year.

[14] *Candidate* species are those which may be added to the list of threatened and endangered species in the near future.

 

BLM_0003647

Conservation Plans" for endangered species on private lands or for the maintenance of facilities on private lands. This provision helps private landowners incorporate conservation measures for listed species into their land and/or water development plans. Private landowners who develop and implement approved habitat conservation plans can receive incidental take permits that allow their development to proceed.

In addition to federal regulations, individual states may also have bird-protection regulations. A utility should consult with its respective state resource agency(ies) to determine what regulations apply and if permits are required.

Although the MBTA and BGEPA have no provision for allowing *take*, the USFWS realizes that some birds will be killed even if all reasonable measures to avoid it are used. The USFWS Office of Law Enforcement carries out its mission to protect migratory birds through investigations and enforcement, as well as by fostering relationships with individuals, companies, and industries that have programs to minimize their impacts on migratory birds. Since a *take* cannot be authorized, it is not possible to absolve individuals, companies, or agencies from liability even if they implement avian mortality avoidance or similar conservation measures. However, the Office of Law Enforcement does have enforcement discretion and focuses on those individuals, companies, or agencies that *take* migratory birds without regard for their actions and the law, especially when conservation measures had been developed but had not been implemented.

## PERMITS



Federal and/or state permits may be required for activities related to species protected by the MBTA, BGEPA, ESA, or state laws. A utility should consult with resource agencies to determine if permits are required for operational activities that may impact protected avian species. Special Purpose or related permits are required for activities such as nest relocation, temporary possession, depredation, salvage/disposal, and scientific collection. Utilities are encouraged to contact their regional USFWS Migratory Bird Permit Office to identify permit requirements and obtain permit applications (See Avian Protection Plan Guidelines, Appendix C, for contact information). In addition, utilities should obtain information regarding state-required permits from their state's resource agency.

### MIGRATORY BIRD PERMITS
USFWS regional offices administer permits for the following types of activities: falconry, raptor propagation, scientific collecting, rehabilitation, conservation education, migratory game bird propagation, salvage, take of depredating birds, taxidermy, and waterfowl sale and disposal. These offices also administer the permits authorized by the BGEPA.

The Division of Migratory Bird Management develops migratory bird permit policy and the permits themselves are issued by the Regional Migratory Bird Permit Offices. The regulations governing migratory bird permits can be found in 50 CFR part 13, General Permit Procedures (www.access.gpo.gov/nara/cfr/waisidx_03/50cfr13_03.html), and 50 CFR part 21, Migratory Bird Permits (www.access.gpo.gov/nara/cfr/waisidx_03/50cfr21_03.html).

In 2003, the USFWS released a memorandum regarding the destruction of nests of species protected under the MBTA (see Appendix C or www.fws.gov/permits/mbpermits/PoliciesHandbooks/MBPM-2.nest.pdf). The memo clarified that the definition of *take* under the MBTA applies to active nests (containing eggs or young). The collection, possession, and transfer of possession of




BLM_0003648

inactive bird nests are also illegal under the MBTA; however, the destruction of nests that do not contain eggs or birds is not illegal. This, however, **does not** apply to eagles or species listed under ESA, whose active and inactive nests may not be destroyed. The memo also stated that the USFWS may issue permits for the removal of occupied nests when public safety is at risk.

### EAGLE PERMITS

Under the BGEPA, the USFWS issues permits to *take*, possess, and transport bald and golden eagles for scientific, educational, Native American religious purposes, depredation, and falconry (golden eagles). No permit authorizes the sale, purchase, barter, trade, importation, or exportation of eagles, eagle feathers, or any of their parts, nests, or eggs. The regulations governing eagle permits can be found in 50 CFR part 13, General Permit Procedures (www.access.gpo.gov/nara/cfr/waisidx_03/50cfr13_03.html) and 50 CFR part 22, Eagle Permits (www.access.gpo.gov/nara/cfr/waisidx_03/50cfr22_03.html).

### ESA CONSULTATIONS/ HABITAT CONSERVATION PLANS

When power companies propose to construct power generation or transmission facilities, or related equipment on federal lands, they must first consult with the USFWS through Section 7 of the ESA. Before initiating an action, the federal agency owning the land or its non-federal permit applicant (e.g., a power company), must ask the USFWS to provide a list of threatened, endangered, proposed, and candidate species and designated critical habitats that may be present in the project area. The USFWS has developed a handbook describing the consultation process in detail, which is available at www.fws.gov/endangered/consultations.

When non-federal activities (activities not on federal lands and/or lacking a federal nexus such as federal funding or a federal permit) will *take* threatened or endangered species, an Incidental Take Permit (ITP) is required under Section 10 of the ESA. Some states may also have regulations that require permits or conservation plans. Approval of an ITP issued in conjunction with a Habitat Conservation Plan (HCP) requires the Secretary of Interior to find, after an opportunity for public comment, that among other things, the *taking* of ESA protected species will be incidental and that the applicant will, to the maximum extent practicable, minimize and mitigate the impacts of such *taking*. An HCP must accompany the application for an ITP. The HCP associated with the permit is to ensure that conservation measures are adequate for avoiding jeopardy to the species. Information about consultations and HCPs can be obtained from the nearest USFWS Ecological Services Field Office, generally located in each state. A list of those offices and their phone numbers can be accessed at www.fws.gov/info/pocketguide.




BLM_0003649

Case No. 1:20-cv-02484-MSK    Document 26-14    filed 04/27/21    USDC Colorado    pg 52 of 95



CHAPTER 4

# Biological Aspects of Avian Electrocution 

**IN THIS CHAPTER**

- Susceptibility of Different Birds to Electrocution
- Factors Influencing Electrocution Risk
- Identifying Evidence of Electrocution
- Scavenging Rates of Carcasses

Minimizing avian electrocutions requires an understanding of the biological, engineering, and environmental factors that influence risk. This chapter identifies the causes of bird electrocutions and focuses on the factors that predispose raptors to electrocution.

Bird electrocutions on power lines result from three interacting elements: biology, environment, and engineering. The biological and environmental components that influence electrocution risk include body size, habitat, prey, behavior, age, season, and weather.

- Body size is one of the most important characteristics that make certain species susceptible to electrocution. Outstretched wings or other body parts that span the distance between energized conductors make electrocution risk much greater for large birds; however, small birds can be electrocuted on closely spaced energized equipment such as transformers.
- Habitat is a key factor influencing avian use of poles. In open areas lacking natural perches, power poles provide sites for hunting, feeding, resting, roosting, or nesting.

- Habitats with abundant prey may also attract predatory birds.
- Territorial, nesting, and other behavioral characteristics may bring multiple birds to a pole, increasing electrocution risk.
- Young birds may be more susceptible to electrocution because they are inexperienced and less agile at taking off and landing on poles.
- Local changes in species distribution and abundance during breeding, migration, or wintering can result in a seasonal variation in electrocution rates.
- Wet weather can increase electrocution risk, as wet feathers are electrically more conductive than dry feathers.
- Finally, configurations with closely spaced energized phase conductors and grounded wires are more readily bridged by birds, causing electrocutions (see Chapter 5).

 

BLM_0003650

Of the 31 species of diurnal raptors and 19 species of owls that regularly breed in North America, 29 have been reported as electrocution victims. Electrocutions have also been reported in over 30 non-raptor North American species, including crows, ravens, magpies, jays, storks, herons, pelicans, gulls, woodpeckers, sparrows, kingbirds, thrushes, starlings, pigeons, and others.

## SUSCEPTIBILITY OF DIFFERENT BIRDS TO ELECTROCUTION



### RAPTORS

#### Accipiters

The three North American accipiters—sharp-shinned hawk *(Accipiter striatus)*, Cooper's hawk *(A. cooperii)*, and northern goshawk *(A. gentilis)*—typically inhabit forested areas. Because natural perches are abundant in these habitats, accipiters are more likely to perch in trees than on the exposed perches provided by electric transmission and distribution facilities. Consequently, forested habitats generally have fewer reported raptor electrocutions than do open habitats (Switzer 1977; Benson 1981). In a survey of over 70,000 power poles in various habitats throughout Utah and Wyoming, no electrocutions were found on the 2,500 poles surveyed in forested areas (PacifiCorp, unpubl. data.).

Of 2,711 combined electrocution records from six studies (O'Neil 1988; Harness 1996; Idaho Power Co., unpubl. data; Harness and Wilson 2001; Dwyer 2004; USFWS/Nebraska, unpubl. data), 4 electrocutions were northern goshawks and 4 were Cooper's hawks. Of 40 radio-tagged Cooper's hawks in Arizona, 1 (a male) was electrocuted (Mannan et al. 2004). Northern goshawks accounted for <5% of raptor mortality in both Germany ($n$=567) and France ($n$=686) (Bayle 1999). In Spain, goshawks accounted for <10% of electrocutions in several studies: 0.4% of electrocutions documented by Ferrer et al. (1991) ($n$=233), 1.1% of electrocutions documented by Janss (2000) ($n$=467), and between 5% and 10% of electrocutions documented by Bayle (1999) ($n$=1,282).

#### Buteos

Buteos comprise the largest non-eagle group of raptors that is electrocuted on power lines. In particular, red-tailed *(Buteo jamaicensis)*, ferruginous *(B. regalis)*, Swainson's *(B. swainsoni)*, and rough-legged *(B. lagopus)* hawks occur in open habitats and commonly perch on power poles and towers (Figure 4.1). Combined electrocution mortality of these four hawks has ranged between 8% and 48% of reported electrocutions in a number of studies (e.g., Ansell and Smith 1980; Peacock 1980; Benson 1981; O'Neil 1988; PacifiCorp, unpubl. data; USFWS/Nebraska, unpubl. data). In





**FIGURE 4.1: Ferruginous hawk taking off from a distribution pole.**




Utah and Wyoming, buteo electrocutions exceeded eagle electrocutions (21% vs. 19%; $n=547$) (Liguori and Burruss 2003). Red-tailed hawks were the most commonly electrocuted buteo in this study (7.5%), followed by Swainson's hawks (5.9%), ferruginous hawks (1.6%), and rough-legged hawks (0.2%). In Nebraska, red-tailed hawks accounted for 11% of electrocutions ($n=199$) from 1988 to 2003 (USFWS/Nebraska, unpubl. data). In addition, rough-legged hawks comprised 0.5% of electrocutions in this dataset. Red-tailed hawks comprised 37% of avian mortalities ($n=103$) in northern California and southern Oregon from 2004 and 2005 (PacifiCorp, unpubl. data). In Chihuahua, Mexico, the red-tailed hawk was the second most frequently electrocuted species (after Chihuahuan raven *[Corvus cryptoleucus]*), accounting for 15% of mortalities ($n=178$) (Cartron et al. 2005).

Although these four buteos comprise a large proportion of electrocuted birds, their mortality rate due to electrocution is low compared to other causes of death, and has ranged from 3% to 13% in a number of studies. For example, in an analysis of 163 red-tailed hawk carcasses, 4% died from electrocution (Franson et al. 1996). Electrocution was the cause of death for 13% of rough-legged hawks ($n=8$), 11% of ferruginous hawks ($n=9$), 3% of Swainson's hawks ($n=37$), and no red-tailed hawks ($n=31$) that were admitted to the Colorado State University Veterinary Teaching Hospital (Wendell et al. 2002). The low overall electrocution rate (3%) of birds in this study ($n=409$) was attributed to two factors: electrocuted birds are unlikely to survive, be detected, and brought to a rehabilitation facility; and, the frequency of electrocutions may be declining due to modification of power poles.

Electrocution records for other buteos are uncommon. Red-shouldered hawk *(Buteo lineatus)* electrocutions have been documented in Florida (J. Lindsay, pers. comm.) and California (M. Best, pers. comm.). Although documented, electrocution of the common black-hawk *(Buteogallus anthracinus)* is rare (Schnell 1980, 1994). The Harris' hawk *(Parabuteo unicinctus)* is a uniquely social raptor that resides in family groups of multiple individuals and commonly uses power poles (Bednarz 1995). Eight cases of electrocution were reported by Whaley (1986) in the Sonoran Desert of southern Arizona, but the author thought that additional electrocutions probably went unreported. In and near Tucson, Arizona, between 1991 and 1994, 63% of Harris' hawk mortalities with known causes ($n=177$) were due to electrocution (Dawson and Mannan 1994). Electrocution was suspected as the cause of death for an additional 44 carcasses. In 2003 and 2004, 75 electrocuted Harris' hawks were found in the metropolitan Tucson area, 29 of which were within 300 meters (m) (1,000 feet [ft]) of a nest (Dwyer 2004). Following the retrofitting of hazardous poles in this area, the electrocution rate per nest fell from 1.4 in 2003 to 0.2 in 2004.

### Other Diurnal Raptors

Small diurnal raptors (e.g., American kestrel *(Falco sparverius)*, merlin *(F. columbarius)*, and most kites) with wingspans less than 102 centimeters (cm) (40 inches [in]) generally cannot span the distance between two electric conductors (see Figures 4.11, 4.12 and Table 4.1 for an illustration of avian wingspans). However, electrocution of smaller raptors may be underestimated since they are less noticeable than large birds and because scavengers may consume or remove them before they are found. Small raptors are probably more at risk on poles with transformers or other equipment where only inches of spacing exist between energized and grounded parts. Although uncommon, records of electrocutions do exist for smaller raptors, including Ameri-




BLM_0003652

can kestrels (Figure 4.2) (Ellis et al. 1978; Harness and Wilson 2001; Smallwood and Bird 2002; Wendell et al. 2002; Cartron et al. 2005; Idaho Power Co., unpubl. data; USFWS/Nebraska, unpubl. data; PacifiCorp, unpubl. data) and merlins (Bayle 1999). Of avian electrocutions identified by species in the western United States from 1986 to 1996 ($n$=555), 6 were American kestrels (Harness and Wilson 2001). Likewise, kestrels comprised 1.1% of mortalities in Utah and Wyoming from 2001 to 2002 ($n$=547) (Liguori and Burruss 2003). Merlins accounted for <5% of raptor mortalities in France ($n$=686) (Bayle 1999).

Few electrocution records are available for the large falcons. Despite their size and frequent use of power poles, electrocutions of peregrine *(F. peregrinus)* and prairie falcons *(F. mexicanus)* are rare. Three prairie falcons were documented out of 547 electrocutions in Utah and Wyoming from 2001 to 2002 (Liguori and Burruss 2003). Prior to this, very few prairie falcon electrocutions had been documented (Benson 1981; Harmata 1991; Harness and Wilson 2001; Idaho Power Company, unpubl. data). Electrocutions of peregrine falcons have been reported by Cade and Dague (1977), Burnham (1982), Cade (1985), McDonnell and Levesque (1987), Powell et al. (2002), White et al. (2002), and the State of Michigan (2005). Of avian electrocutions in the western United States from 1986 to 1996 ($n$=555), only 6 were peregrine falcons (Harness and Wilson 2001). Peregrine electrocutions have also occurred in low numbers in other countries, such as France, where <5% of raptor electrocutions ($n$=686) were peregrines (Bayle 1999) and South Africa, where peregrines accounted for 1.4% of electrocutions ($n$=147) from 1996 to 1998 (Kruger 2001a). Likewise, in Spain, peregrines have accounted for 0.4%, 0.9%, and <5% of electrocutions ($n$=233), ($n$=467)



**FIGURE 4.2: American kestrel with prey on wire.**

© SHERRY AND JERRY LIGUORI

and ($n$=1,282) in studies conducted by Ferrer et al. (1991), Janss (2000), and Bayle (1999). An electrocution of a fledgling crested caracara *(Caracara cheriway)* from a nest in a substation was documented in Florida (J. Lindsay, pers. comm.). Although aplomado falcons *(F. femoralis)* may nest on power poles, electrocutions in the United States have not been documented. There is one record of a suspected aplomado falcon electrocution in Mexico (A. Montoya, pers. comm.). Records of electrocuted gyrfalcons *(F. rusticolus)* are rare and typically include cases of falconry birds rather than wild birds (Chindgren 1980; Harness and Wilson 2001; USFWS/Nebraska, unpubl. data).

Northern harriers *(Circus cyaneus)* are electrocuted infrequently as they rarely perch on poles, but some records exist (Williams and Colson 1989; APLIC 1996). In Germany, the hen harrier *(C. cyaneus)* accounted for <5% of raptor electrocutions ($n$=567) (Bayle 1999).

Although ospreys *(Pandion haliaetus)* commonly nest on power poles (see Chapter 6), electrocutions of this species are uncommon (Figure 4.3). Of Avian Power Line Interaction Committee (APLIC)-member utilities surveyed




in 2005, several in the northwest and southeast noted osprey issues, particularly in regard to nest management (APLIC 2005). Poole and Agler (1987) reported that <4% of banded ospreys (*n*=451) recovered between 1972 and 1984 died from electrocution, collisions with power lines and TV/radio towers, and entanglements with fishing equipment. Of ospreys admitted to wildlife rehabilitation centers in Florida from 1988 to 1995, 9% (*n*=284) were electrocuted (Forrester and Spaulding 2003). Additional osprey electrocution mortalities have been documented by Dunstan (1967, 1968), Yager (1978), Fulton (1984), Williams and Colson (1989), Munoz-Pulido (1990), Harness (1996), Poole et al. (2002), State of Michigan (2005), and the Idaho Power Company (unpubl. data). In the western United States, 11 electrocutions identified to species (*n*=555) from 1986 to 1996 were ospreys (Harness and Wilson 2001). In France, ospreys accounted for <5% of raptor mortalities (*n*=686) (Bayle 1999).

Osprey populations have increased in parts of their North American range over the past few decades (Sauer et al. 2004). Growing osprey populations in Canada have been attributed to the provision of artificial nest platforms, increased survey efforts, and the ban of DDT (Kirk and Hyslop 1997). In the Willamette Valley of Oregon, where the number of nesting ospreys has more than doubled in six years from the late 1990s to the early 2000s, most nests are located on distribution poles or adjacent nest platforms (Henny et al. 2003; USGS 2003). Osprey populations in the Chesapeake Bay area more than doubled from the 1970s to the mid-1990s as the use of man-made nesting substrates, particularly navigational markers, had also increased (Watts et al. 2004). In this region, 68% of osprey nests were located on man-made structures during the 1970s, as compared to 93% in the 1990s. Types of man-made structures used during the 1990s included navigational aids (53.5%), nesting platforms (12.1%), duck blinds (9.7%), and other man-made structures (17.6%; including boat houses, chimneys, docks, ships, electrical power poles, bridges, cell phone towers, and pilings). In New Jersey, the number of osprey pairs increased from 68 in 1975 to over 200 in the mid-1980s to 340 in 2001 (Liguori 2003). Many of these nests are located on platforms in coastal marshes.

### Eagles

The proportion of golden eagles (*Aquila chrysaetos*) electrocuted has ranged dramatically among various studies conducted over the past three decades (Figure 4.4). Electrocution research from the 1970s focused on causes of eagle mortality, which may account for high proportions of golden eagles documented in these studies. For example, golden eagles comprised between 89% and 93% of electrocutions documented by Olendorff (1972a), Smith and Murphy (1972), and Boeker and Nickerson (1975). Recent electrocution studies have documented much smaller proportions of golden eagles. Golden eagles comprised 17% of electrocutions in Utah and Wyoming (*n*=547) and 5% of electrocutions in Oregon



**FIGURE 4.3: Osprey.**

© SHERRY LIGUORI AND JERRY LIGUORI






**FIGURE 4.4: Golden eagle perched on pole top.**

© SHERRY AND JERRY LIGUORI

and California ($n$=103) discovered during systematic line surveys that investigated electrocutions of all avian species (Liguori and Burruss 2003; PacifiCorp, unpubl. data). Data gathered from utilities in the western United States from 1986 to 1996 documented 748 eagles out of 1,428 electrocution records (Harness and Wilson 2001). Of these eagles, 36% were golden eagles, 16% were bald eagles (*Haliaeetus leucocephalus*), and 48% were unidentified eagles.

Bald eagle electrocutions are less common than golden eagle electrocutions. In Idaho, bald eagles comprised 2% ($n$=91) and 5% ($n$=133) of electrocutions (Ansell and Smith 1980; Peacock 1980). In Colorado, 5% of electrocutions ($n$=300) were bald eagles (Boeker 1972). Likewise, bald eagles comprised 5% of all avian electrocutions ($n$=103) documented in Oregon and California in 2004 and 2005 (PacifiCorp, unpubl. data). In Utah and Wyoming, <1% of electrocutions ($n$=547) were bald eagles (Liguori and Burruss 2003). Of bald eagles admitted to wildlife rehabilitation centers in Florida from 1988 to 1994, 6% ($n$=274) were electrocuted (Forrester and Spaulding 2003).

Although electrocution has been documented as a cause of mortality for golden eagles for several decades, the frequency of eagle electrocutions may be declining, likely due to utilities' efforts to prevent electrocutions. From 1980 to 1984, 80% of golden eagles found along power lines in the western United States with known causes of death ($n$=375) died from electrocution (Phillips 1986). From the early 1960s to the mid-1990s, electrocution accounted for 25% of golden eagle deaths in North America (Kochert and Steenhof 2002). More recently, electrocution was documented as the cause of death in 16% of golden eagles radio-tagged and recovered ($n$=61) from 1994 to 1997 in California (Predatory Bird Research Group 1999). Despite increased detection efforts, the number of eagle electrocutions documented by PacifiCorp (unpubl. data) in western states has declined by 22% from the early 1990s to the early 2000s. Of APLIC-member utilities surveyed in 2005 ($n$=13), only 38% cited eagles as species at issue in their area (APLIC 2005).

## Owls

The great horned owl (*Bubo virginianus*) is the most commonly electrocuted owl in North America (Figure 4.5). In the western United States, 95% of electrocuted owl species identified ($n$=91) from 1986 to 1996 were great horned owls (Harness and Wilson 2001). Likewise, great horned owls accounted for 90% of owl electrocutions ($n$=20) in Utah and Wyoming in 2001 and 2002 (Liguori and Burruss 2003). Although great horned owls comprise the majority of owl electrocutions, mortalities of this species are often low in comparison to many diurnal species. Low numbers of great horned owls in electrocution records were reported by Stewart (1969), Houston (1978), Benson (1981), and Harmata (1991). Great horned owls accounted for 4% of mortalities ($n$=113) in




Idaho between 1972 and 1979 (Ansell and Smith 1980). Some studies have documented higher percentages of great horned owls in electrocution records. For example, of the species identified, great horned owls accounted for 15% of avian electrocutions ($n$=555) in the western United States from 1986 to 1996 (Harness and Wilson 2001), 20% of electrocutions ($n$=61) in Montana from 1980 to 1985 (O'Neil 1988), and 33% of electrocutions ($n$=210) in Nebraska from 1988 to 2003 (USFWS/Nebraska unpubl. data). Of APLIC-member utilities surveyed ($n$=13), 69% noted electrocutions of owls, with 54% specifically listing great horned owls as one of the species most frequently electrocuted in their areas (APLIC 2005). Electrocution was the cause of death in <1% of great horned owl mortalities ($n$=207) in Saskatchewan (Gillard 1977). Likewise, 2% of great horned owls admitted to wildlife rehabilitation centers in Florida from 1988 to 1995 ($n$=174) were electrocuted (Forrester and Spaulding 2003). Electrocution accounted for 6% to 7% of great horned owl mortalities evaluated in Colorado from 1995 to 1998 ($n$=85) (Wendell et al. 2002) and by the National Wildlife Health Center from 1975 to 1993 ($n$=132) (Franson and Little 1996).

In North America, the barn owl *(Tyto alba)* is the second most frequently electrocuted owl. Barn owls accounted for 10% of owl electrocutions ($n$=20) in Utah and Wyoming from 2001 to 2002 (Liguori and Burruss 2003). Barn owl electrocutions have also been documented by Williams and Colson (1989), Harness and Wilson (2001), and USFWS/Nebraska (unpubl. data). In an assessment of barn owls in the northeastern United States, electrocution was noted as a



**FIGURE 4.5: Great horned owl nest on transformer bank.**

© SHERRY AND JERRY LIGUORI

cause of mortality, yet was not considered a population limiting factor (Blodget 1989). In Hawaii, 1% of barn owls evaluated for cause of death from 1992 to 1994 ($n$=81) was killed by electrocution (Work and Hale 1996). Of barn owls admitted to wildlife rehabilitation centers in Florida from 1988 to 1995, 5% ($n$=63) were electrocuted (Forrester and Spaulding 2003).

Barn owl electrocutions are not limited to North America. Of marked and recovered barn owls ($n$=171) in England, 5.8% died of electrocution (Meek et al. 2003). In a study of barn owl carcasses ($n$=627) in Britain from 1963 to 1989, electrocution was documented as the cause of death in <1% of birds (Newton et al. 1991). Barn owls comprised <5% of raptor electrocutions in Germany ($n$=567) and between 5% and 10% of mortalities in France ($n$=686) (Bayle 1999). In Spain, barn owls comprised 3% of electrocutions ($n$=233) documented by Ferrer et al. (1991) and <5% of raptor electrocutions ($n$=1,282) documented by Bayle (1999). In South Africa, barn owls accounted for 6% of electrocutions ($n$=147) documented from 1996 to 1998 (Kruger 2001a).




BLM_0003656

Electrocution records of other North American owls are rare. Much like accipiters, many owl species inhabit forested areas and infrequently perch on power poles. No records were found for spotted owl *(Strix occidentalis)*. Barred owl *(S. varia)* electrocutions have been documented on transformer poles in Washington (M. Walters, pers. comm.). In Florida, 1.2% of barred owls admitted to wildlife rehabilitation centers from 1988 to 1995 (*n*=330) were electrocuted (Forrester and Spaulding 2003). Bull and Duncan (1993) cite electrocution as a cause of mortality for a great gray owl *(S. nebulosa)*. Electrocutions of this species are probably uncommon, as <1% of electrocution records (*n*=301) reported for four western states were great gray owls (Harness 1996). Records of other forest owls are also rare, although electrocution has been documented in the eastern screech-owl *(Otus asio)* (APLIC 1996, 2005), western screech-owl *(O. kennicottii)* (Harness 1996; Harness and Wilson 2001; APLIC 2005), and long-eared owl *(Asio otus)* (APLIC 1996). Harness and Wilson (2001) documented 3 western screech-owls among avian species electrocuted (*n*=555) in the western United States from 1986 to 1996. Of eastern screech-owls admitted to wildlife rehabilitation centers in Florida from 1988 to 1995 (*n*=1,319), <1% was electrocuted (Forrester and Spaulding 2003). In Germany (*n*=567) and France (*n*=686), <5% of raptor electrocutions were long-eared owls (Bayle 1999). Electrocution records for snowy owls *(Nyctea scandiaca)* are also uncommon (Parmalee 1972; Gillard 1977; Williams and Colson 1989; Parmalee 1992). Smith and Ellis (1989) list electrocution as a cause of death for snowy owls, yet do not quantify electrocution rates for this species. Snowy owls are found primarily in arctic regions lacking utility structures, yet birds that winter in less remote areas of the northern United States and southern Canada may encounter power lines. Electrocution was the cause of death in 5.6% of snowy owls (*n*=71) wintering in Alberta, Canada (Kerlinger and Lein 1988).

Like the snowy owl, the burrowing owl *(Athene cunicularia)* and short-eared owl *(Asio flammeus)* nest and perch on the ground and, consequently, are unlikely to be electrocuted. There are no known electrocution records for the burrowing owl. Electrocution records of short-eared owls are uncommon (Williams and Colson 1989; APLIC 1996; Harness 1997; Harness and Wilson 2001; Cartron et al. 2005). In France, <5% of raptor electrocutions (*n*=686) were short-eared owls (Bayle 1999).

## VULTURES/CONDOR

Despite their large size, electrocution records for North American vultures and California condors *(Gymnogyps californianus)* are not as common as buteo and eagle electrocutions. As of 2005, 6% of California condors (*n*=144) that have been released into the wild since 1992 were killed by electrocution (Energy and Environmental Economics, Inc. 2005). Power line collisions have been a greater threat to California condors than electrocutions. Prior to the release of hacked condors, the birds undergo power pole aversion training where they are offered natural snags and simulated power poles (Snyder and Schmitt 2002). If they perch on a simulated power pole, they receive a mild shock.

Electrocutions of vultures are also uncommon, with turkey vultures *(Cathartes aura)* accounting for only 2% of electrocutions (*n*=210) in Nebraska from 1988 to 2003 (USFWS/Nebraska, unpubl. data), 2% of electrocutions (*n*=113) in Arizona from 2003 to 2004 (Dwyer 2004), and 2% of electrocutions (*n*=51) in northern California from 2001 to 2004 (PacifiCorp, unpubl. data). In the western United States, vultures accounted for 1% of electrocutions (*n*=1,428) from 1986 to 1996 (Harness and Wilson

 

BLM_0003657

2001). Hallinan (1922) described turkey vulture electrocutions on three-phase, 13-kV lines with metal crossarms in Florida. In southern Florida, 14 confirmed electrocutions of both turkey and black *(Coragyps atratus)* vultures were documented over a six-year period (J. Lindsay, pers. comm.). Electrocutions of turkey vultures have also been reported in Chihuahua, Mexico (Cartron et al. 2005). Turkey vulture/power line interactions, including electrocutions, were noted by Williams and Colson (1989). Both black and turkey vulture electrocutions were documented in Texas (Harness 1997).

Electrocutions of Old World vultures are much more common. In South Africa, 42% of avian electrocution records from April 1996 to November 2005 (*n*=1,018) were vultures (C.S. van Rooyen, unpubl. data). The large wingspans (up to 2.7 m [8.9 ft]) of these species, coupled with their behavior of perching together on a pole, accounts for this elevated electrocution risk (C.S. van Rooyen, pers. comm.).

### WATERBIRDS
Electrocutions of waterbirds, such as storks, egrets, herons, ibises, pelicans, and gulls, may occur in areas where such birds perch on poles that do not provide sufficient spacing to accommodate their relatively large wingspans and/or heights (see Figures 4.12, 4.13 and Table 4.1). Although avian-safe construction and retrofitting can protect most waterbird species, increased vertical separation may be needed to accommodate their taller heights. Like other birds, waterbirds may be electrocuted as they fly into lines mid-span and touch two conductors (Lano 1927; Pomeroy 1978; PacifiCorp, unpubl. data).

Storks have large wingspans (approx. 1.5 m [5 ft]) and measure approximately 102 cm (40 in) from head to foot. The wood stork *(Mycteria americana)* occurs in the southeastern United States and is currently (2006) listed

as endangered under the Endangered Species Act. Wood stork electrocutions may result from power line collisions or from contacts on power poles (Forrester and Spaulding 2003; J. Newman, pers. comm.). Electrocutions of other storks have been documented outside of North America (Pomeroy 1978; Haas 1980; Bevanger 1998; Janss 2000). In Spain, the white stork *(Ciconia ciconia)* was the second most commonly electrocuted species, accounting for 13.3% of mortalities (*n*=279) (Janss and Ferrer 1999). White storks also accounted for 6% of avian electrocutions (*n*=100) in southeastern France (Bayle 1999).

The great blue heron *(Ardea herodias)*, which is commonly found throughout much of sub-arctic North America, has been documented in electrocution records from numerous states (Lano 1927; O'Neil 1988; Harness 1997; Forrester and Spaulding 2003; PacifiCorp, unpubl. data). Great blue herons accounted for 3% of electrocutions (*n*=61) in Montana from 1980 to 1985 (O'Neil 1988). Roseate spoonbill *(Ajaia ajaja)* electrocutions, likely associated with power line collisions, have been identified (Forrester and Spaulding 2003; J. Roberts, pers. comm.). Electrocutions of egrets and herons have been documented outside of North America (Pomeroy 1978). Ciconiiformes, including white stork and cattle egret *(Bubulcus ibis)* accounted for nearly 10% of avian electrocutions (*n*=600) in southwestern Spain from 1990 to 1994 (Janss and Ferrer 2001).

Line investigations and avian surveys near Port Arthur, Texas, revealed that a variety of wading and shoreline birds were killed by electrocution and/or line strikes (J. Roberts, pers. comm.). Roseate spoonbills were impacted more severely than other waterbirds, with over 40 individuals killed in two years. Other birds killed or injured by lines in this area include cattle egrets, snowy egrets *(Egretta thula)*, and neotropic cormorants *(Phalacrocorax brasilianus)*. Preliminary results from an



BLM_0003658

ongoing study suggest that many of the apparent collision deaths or injuries were juvenile birds with poor flight ability. However, carcass examination has indicated that some of the birds were electrocuted.

Gull electrocutions are uncommon but have been documented (Bevanger 1998). Harness (1997) reported electrocutions of 4 Franklin's gulls (*Larus pipixcan*) in a survey of electrocutions in the western United States from 1986 to 1996. In Alaska. gulls represented 3.4% of mortality records (*n*=264) from 2000 to 2004 (USFWS/Alaska, unpubl. data). PacifiCorp (unpubl. data) has documented gull electrocutions on poles with transformers in the western United States. Dickinson (1957) noted electrocutions of gulls at a landfill in North Carolina. In southeast France, 3% of avian electrocutions (*n*=100) were gulls and terns (Bayle 1999). In addition, of both electrocutions and collisions in this same region, 16% were gulls and terns. 43% were herons, and 4% were greater flamingos (*Phoenicopterus ruber*).

Electrocutions have been reported for both sandhill cranes (*Grus canadensis*) (Harness 1997; Forrester and Spaulding 2003) and whooping cranes (*G. americana*) (Forrester and Spaulding 2003), although these are likely to have occurred as a result of mid-span collisions. Of 115 radio-tagged whooping cranes that died or disappeared between 1993 and 1999. 4.3% were electrocuted as a result of power line collisions (Forrester and Spaulding 2003). Although the North American cranes are not likely to perch on utility structures, grey crowned cranes (*Balearica regulorum*) in South Africa do perch on poles and have been electrocuted (C.S. van Rooyen, pers. comm.).

Electrocutions of brown pelicans (*Pelecanus occidentalis*) have been documented in the United States (Harness 1997; Forrester and Spaulding 2003; APLIC 2005; J. Roberts,

pers. comm.). Along the Gulf Coast where large concentrations of brown pelicans occur, numerous electrocutions have been documented (J. Roberts, pers. comm.). These electrocutions occurred when young birds congregated on power lines near fish camps and caused the line to sag, allowing the birds to contact the neutral wire. The neutral wire was removed and there have not been any electrocutions since. In Georgia, an American coot (*Fulica americana*) was found inside a substation, where it was suspected to have been electrocuted as a result of contact with equipment (B. Estep, pers. comm.).

## CORVIDS 

Not long ago, crows, ravens, and magpies were considered pests for which some states offered bounties. The Migratory Bird Treaty Act (MBTA) of 1918 did not offer protection to corvids and birds of prey until amended in 1972. In recent years, there has been an increasing awareness that corvids are protected under the MBTA, and that they can have considerable impacts on power reliability, particularly in agricultural or suburban areas where their populations are increasing. Corvid electrocutions have received less attention than raptor electrocutions, therefore, less is known about corvid electrocution rates. Because of their large size and frequent use of power poles, ravens are likely electrocuted more often than currently documented. Although corvid mortality is unlikely to have population impacts. their electrocutions and nests can affect power reliability (Figure 4.6).

Corvid electrocutions were reported in 1921, when electrocutions of crows were documented in Florida (Hallinan 1922). Dickinson (1957) noted that crows nested on poles in North Dakota, causing faults on the line. particularly during wet weather.[15] In Montana, common ravens (*Corvus corax*)

---

[15] Carvings of kingbirds were mounted on the power line to deter the crows from nesting. The discouragers were considered effective, as the crows stopped building nests on the poles.




accounted for 2% of electrocution records ($n$=61) (O'Neil 1988).

Recent studies show an increased number of corvids in electrocution records, possibly due to enhanced reporting, increasing numbers of utility structures and/or increasing populations of some corvid species. Bridges and Lopez (1995), Harness (1997), and Boarman and Heinrich (1999) cite electrocution as a cause of death for the common raven. Common ravens were the most frequently electrocuted species in Utah and Wyoming, occurring in greater numbers than eagles and buteos and accounting for 32% of mortality ($n$=547) (Liguori and Burruss 2003). American (black-billed) magpies *(Pica hudsonia)* also accounted for 2% of electrocutions documented in this study. Likewise, 2% of mortalities in northern California and southern Oregon from 2004 to 2005 ($n$=103) were magpies (PacifiCorp, unpubl. data). In a survey of 3,120 poles in Colorado, corvids accounted for 7% of mortality (Harness 2001). Of 156 electrocutions in Arizona, 4% were common ravens (Dwyer 2004). Ravens accounted for approximately 40% of electrocution records for one Arizona utility (P. Jelen, pers. comm.). In Chihuahua, Mexico, the Chihuahuan raven was the most frequently electrocuted species, accounting for 69% of mortalities ($n$=178) (Cartron et al. 2005). In Arkansas and Louisiana, reports of American crow *(C. brachyrhynchos)* electrocutions have been rare, although dead crows have been observed in substations on four occasions (J. Roberts, pers. comm.). The deceased crows were found in groups of two to five and the circumstances of the electrocutions have not been determined. Although uncommon, electrocutions of jays have also been documented (PacifiCorp, unpubl. data). Of APLIC-member utilities surveyed that report mortalities of all protected species ($n$=10), 50% listed corvids as birds of issue in their area, and 30% cited crows and ravens



**FIGURE 4.6: Common raven nest on wishbone configuration.**

as the birds most frequently electrocuted in their area (APLIC 2005).

Corvid electrocutions are not limited to North America (Bevanger 1998). In Spain, common ravens comprised 10% to 25% of electrocutions ($n$=279, Janss and Ferrer 1999; $n$=467, Janss 2000). Common raven and jackdaw *(C. monedula)* together accounted for approximately one-quarter (16% and 10.2%, respectively) of avian mortalities ($n$=600) found in southwestern Spain from 1990 to 1994 (Janss and Ferrer 2001). In southeast France, corvids accounted for 45% of avian electrocutions ($n$=100) (Bayle 1999). Corvid electrocutions are considered fairly common in South Africa (C.S. van Rooyen, pers. comm.).

## SONGBIRDS AND OTHER SMALL BIRDS

Although often overlooked, electrocutions of passerines (songbirds) have been documented throughout the 1900s. Electrocution of purple martins *(Progne subis)* flocking on power lines was noted during the early twentieth century (Anderson 1933). Loggerhead shrikes *(Lanius ludovicianus)* were electrocuted in Florida when they attempted to impale prey on tie




wires (Hallinan 1922). An electrocuted Baltimore oriole (*Icterus galbula*) was reported in Ohio during the 1950s (Dexter 1953). In India, rose-ringed parakeets (*Psittacula krameri*) were electrocuted when they bridged two closely spaced conductors (Dilger 1954). Their habit of climbing poles by clinging to different wires with their feet and bills made them more vulnerable to electrocution than are other small birds. Interestingly, Dilger also noted that large fruit bats, *Pteropus*, were killed on these poles as well.

Reports of songbird electrocutions are becoming more common as utilities, agencies, and the public become increasingly aware of the interactions of small birds with power lines. Records of such electrocutions, often associated with power outages, involve species such as starlings, woodpeckers, jays (mentioned with Corvids), robins, pigeons, doves, kingbirds, thrushes, shrikes, sparrows, swallows, orioles, and blackbirds (Bevanger 1998; Michigan Dept. Natural Resources 2004; APLIC 2005; PacifiCorp, unpubl. data) (Figure 4.7). Although infrequent, some outages result from domestic species or pets not protected by the MBTA (PacifiCorp, unpubl. data).

In some circumstances, songbirds can cause outages when large flocks take off at once, causing lines to gallop or slap together. In Mexico, roosts of purple martins can be so large that they break electrical wires (Brown 1997). Perched flocks of small birds may span from phase to phase or ground, causing an electrical current to pass through multiple individuals. This can result in outages and electrocutions. Individual small birds may not be at risk of conductor-to-conductor contact, yet can be vulnerable to electrocution on transformers or other exposed equipment where separations between energized and grounded hardware are considerably less. On poles where protective coverings have been installed on transformer bushings, arresters, or insulators, insectivorous birds may attempt to glean insects from inside the covers.

## MONK PARAKEET

Monk parakeets (*Myiopsitta monachus*) were brought to the United States from South America beginning in the late 1960s to be sold as pets. Escaped birds have since established populations throughout much of the United States and their numbers continue to grow (Pruett-Jones et al. 2005). Monk parakeets build nests in urban and suburban areas in trees and on electric utility structures (Figure 4.8; also see Chapter 6). Fires and outages can occur when monk parakeet



**FIGURE 4.7: Western kingbird perched on power line.**



**FIGURE 4.8: Monk parakeets.**




nesting material comes in contact with energized parts, or from the nesting activity of the birds themselves. Monk parakeets continually maintain their nests and, consequently, individuals have been electrocuted when attempting to weave nesting material (i.e. twigs) into

the nest (J. Lindsay, pers. comm.). In addition to posing outage and fire risks, monk parakeet nests on utility structures attract predators and trespassing pet-trade trappers, potentially resulting in electrocutions of both birds and humans (Newman et al. 2004).

## FACTORS INFLUENCING ELECTROCUTION RISK



### AVIAN USE OF POLES

Raptors, waterbirds and small birds use power poles for hunting, resting, roosting and nesting—particularly in habitats where trees, cliffs, or other natural substrates are scarce (Figure 4.9). For waterbirds, power poles and lines can provide sites to perch while drying their feathers. Eagles and other raptors tend to use "preferred poles" that facilitate hunting success. Still-hunting conserves energy, provided suitable habitat for prey is within view. Preferred poles typically provide elevation above the surrounding terrain, a wide field of view, and easy take-off (Boeker 1972; Boeker and Nickerson 1975; Nelson and Nelson 1976, 1977; Benson 1981). When the design of a preferred pole is not avian-safe, multiple electrocutions can occur. Researchers have

found up to a dozen eagle carcasses or skeletons under a single pole (Dickinson 1957; Benton and Dickinson 1966; Edwards 1969; Olendorff 1972a; Nelson and Nelson 1976, 1977; Manosa 2001).

Benson (1981) confirmed that the height of a perch above the surrounding terrain was important to the frequency of eagle electrocutions. Since pole height generally varies only 1.2 to 3 m (4 to 10 ft), there was no significant difference in the heights of poles with or without electrocuted eagles. However, poles that provided the greatest height above the surrounding terrain, e.g., those on bluffs and knolls, had a higher probability of causing electrocutions.

Habitat diversity plays an important part in pole preference. In one study (Pearson 1979), raptors used poles in heterogeneous environments more often than those in homogeneous environments. In fact, increased habitat diversity is only an indirect cause of increased use. A more direct cause is the increase in prey types and density of prey typical of greater habitat diversity. Eagles and other raptors spend more time hunting in areas that offer a greater chance of a successful capture. It is reasonable to expect that one pole will receive no more use than the next in uniform habitats, other factors notwithstanding (Ansell and Smith 1980). The "preferred pole" concept, therefore, may not apply when addressing an electrocution problem in homogeneous habitats or "preferred areas."

Choice of prey can also influence electrocution risk. Benson (1981) found highly significant differences both in eagle use and



© SHERRY AND JERRY LIGUORI

**FIGURE 4.9: In open habitats with few natural alternatives, power poles can provide perching, nesting, hunting, or roosting sites for raptors and other birds.**

 

eagle mortalities along electric distribution lines in agricultural versus non-agricultural areas in six western states. More use and mortality occurred in native shrublands, primarily because of variations in rabbit distribution and availability. In particular, more golden eagles were electrocuted where cottontails (*Sylvilagus* spp.) occurred than where only jackrabbits (*Lepus* spp.) occurred. In jackrabbit habitat, about 14% of poles had raptor carcasses under them, compared to nearly 37% in cottontail habitat. Where both cottontails and jackrabbits were present, about 22% of poles had raptor carcasses under them. The most lethal 25% of lines studied were in sagebrush-dominated areas where both types of rabbits occurred in large numbers. No correlation was found in this study between rodent population densities and the incidence of raptor electrocutions.

Other studies have also documented a correlation between prey populations and raptor electrocution risk. The attraction of eagles to areas with high rabbit populations and increased electrocution risk was noted by Olendorff (1972a) near the Pawnee National Grassland in Colorado. Kochert (1980) concluded that the incidence of eagle electrocutions in the Snake River Birds of Prey Area in southwestern Idaho was a function of mid-winter eagle density that was, in turn, strongly related to the density of jackrabbits. The highest densities of jackrabbits in southwestern Idaho occur in native shrublands (Smith and Nydegger 1985); accordingly, more eagles were electrocuted in such habitats.

In the Butte Valley of northern California, irrigated agricultural fields support ground squirrels and other small mammals that, in turn, attract large numbers of raptors. In these habitats, particularly on dead-end poles with transformers lacking avian protection, raptors are at risk of electrocution. Prior to extensive retrofitting efforts in this region, numerous eagles, hawks, and owls had been electrocuted (PacifiCorp, unpubl. data).

Concentrations of wintering raptors, including ferruginous hawks and golden eagles, are attracted to the continent's largest prairie dog complex in Chihuahua, Mexico, where numerous birds had been electrocuted prior to retrofitting efforts (Manzano-Fischer 2004; Cartron et al. 2005).

In Alaska, an abundance of food sources from municipal waste facilities, canneries, and fish cleaning stations attract bald eagles that have been electrocuted on nearby power poles (Harness 2004).

Research on the proximity of nesting bald eagles to human activity in Florida suggest that fledging eagles from "suburban" nest sites have a higher risk of mortality from human activities, including electrocution, than do their "rural" counterparts (Millsap et al. 2004).

Agricultural areas attract pigeons, blackbirds, and starlings. Large flocks of these birds perching on wires can weigh down conductors, causing lines to gallop when they flush. As with raptors, these smaller species are vulnerable to electrocution on transformer poles, and related outages can disrupt farming activities.

### SIZE 

Birds with large wingspans, such as eagles, may bridge the distance between conductors on horizontal crossarms, while tall birds, such as herons or storks, may simultaneously contact different conductors on poles with vertical construction. Golden eagles have large wingspans, ranging from 1.8 to 2.3 m (6 to 7.5 ft) (Figure 4.10, Table 4.1). The height of a golden eagle ranges from 46 to 66 cm (18 to 26 in) from head to foot. Bald eagles are similar in size to golden eagles, with wingspans ranging from 1.7 to 2.4 m (5.5 to 8 ft) and heights ranging from 46 to 71 cm (18 to 28 in). As with most other raptors, female eagles are larger than males.

Because dry feathers provide insulation, birds must typically contact electrical




equipment with conductive fleshy parts for electrocution to occur. Fleshy parts include the feet, mouth, bill, and the wrists from which the primary feathers originate. For a large golden eagle with a 2.3-m (7.5-ft) wingspan, the distance from the fleshy tip of one wrist to the tip of the other can measure 107 cm (42 in). These distances are important when considering phase-to-phase or phase-to-ground separations of power lines and the susceptibility of eagles to electrocution (see Chapter 5).

The 150-cm (60-in) standard of separation between energized and/or grounded parts is intended to allow sufficient clearance for an eagle's wrist-to-wrist span (APLIC 1996; see Chapter 5). Applying this standard will also protect birds with wingspans smaller than eagles, (see Table 4.1 and Figures 4.10, 4.11, 4.12). In areas where eagles do not occur, a standard of 102 cm (40 in) may provide adequate separation for raptors other than eagles. In areas with condors, a 150-cm (60-in) separation may not be adequate. The wingspans of California condors range from 2.5 to 3 m (8.2 to 9.8 ft)[16] and condors measure 120 to 130 cm (46 to 53 in) in height (Snyder and Schmitt 2002; Wheeler 2003). Utilities in areas with condors should consider the large size of this endangered species when designing or retrofitting power lines.

## "60 inches"…Where Did It Come From?

The 1981 edition of *Suggested Practices* recommended 150 cm (60 in) of separation to provide adequate space for a large eagle with a wrist-to-wrist distance of 140 cm (54 in). This measurement was calculated by subtracting the lengths of the outer primary feathers (estimated at 46 cm [18 in] each) from the total wingspan of a large, female golden eagle measuring 230 cm (90 in).

In the preparation of the 2006 edition of *Suggested Practices*, the dimensions of numerous bird species were obtained from the literature and from measurements of live birds. This research has raised some interesting questions and has identified the need for further investigation. Measurements of live birds have shown that subtracting primary feather length from total wingspan is not an accurate measure of wrist-to-wrist distance (APLIC, unpubl. data). Although sample sizes are small, the wrist-to-wrist measurements of golden eagles obtained from live birds were much shorter than the 140-cm (54-in) distance identified in previous editions of *Suggested Practices*. Even on birds with wingspans of 200 cm (80 in) or more, wrist-to-wrist measurements were less than 110 cm (43 in). Wrist-to-wrist measurements were much smaller on bald eagles; although bald eagles may have larger wingspans than golden eagles, their primary feathers are longer and account for a greater proportion of the wingspan.

APLIC continues to recommend 150 cm (60 in) horizontal separation for eagle protection in this edition of *Suggested Practices*. This edition also recommends 100 cm (40 in) vertical separation for eagles. However, utilities may choose to implement design standards using different separations based on the species or conditions at issue. To improve avian protection on power lines, APLIC encourages researchers to collect vertical and horizontal flesh-to-flesh separation measurements of large birds. This information will help utilities tailor their avian protection efforts. For example, in areas without eagles or in urban locations, a utility could design power lines to protect large birds such as red-tailed hawks and great horned owls; in areas with California condors, utilities could design structures to accommodate these large birds; and in coastal areas, utilities could consider the tall heights of wading birds when designing lines.

---

[16] Wrist-to-wrist measurements could not be documented for California condor.

 

BLM_0003664

For tall species, vertical distance can play a role as important as horizontal distance. Because the height (head to foot) can reach up to 66 cm (26 in) for a golden eagle and 71 cm (28 in) for a bald eagle, vertical separation sufficient to accommodate perching eagles is recommended in areas with these species. Long-legged wading birds, such as herons, egrets, ibises, and storks, may also be electrocuted on poles where there is insufficient vertical separation between conductors or conductor and ground. In areas where such species are at risk, vertical separation of 120 cm (48 in) or more may be needed to accommodate the heights of some species.[17] The heights of selected species are provided in Table 4.1 and Figure 4.13.



| Species | Wrist-to-wrist cm (in) [sample size][†] | Wingspan cm (in) | Height cm (in) [sample size][§] |
|---|---|---|---|
| **TABLE 4.1: Wrist-to-wrist, wingspan, and height measurements for selected birds.**[*] | | | |
| Turkey Vulture | 58–61 (23–24) [$n=2$] | 165–178 (65–70) | 36–53 (14–21) [$n=3$] |
| Black Vulture | | 137–160 (54–63) | |
| California Condor | | 249–300 (98–118) | 120–130 (46–53) |
| Osprey | | 150–180 (59–71) | |
| Bald Eagle | 79–86 (31–34) [$n=4$] | 168–244 (66–96) | 46–71 (18–28) [$n=5$] |
| Harris' Hawk | 43 (17) [$n=1$] | 103–119 (41–47) | 28–43 (11–17) [$n=2$] |
| Swainson's Hawk | 41–58 (16–23) [$n=2$] | 112–137 (44–54) | 33–41 (13–16) [$n=2$] |
| Red-tailed Hawk | 36–58 (14–23) [$n=10$] | 107–142 (42–56) | 34–56 (13.5–22) [$n=9$] |
| Ferruginous Hawk | 56 (22) [$n=1$] | 135–152 (53–60) | 48 (19) [$n=1$] |
| Rough-legged Hawk | | 122–142 (48–56) | |
| Golden Eagle | 79–107 (31–42) [$n=10$] | 183–229 (72–90) | 46–66 (18–26) [$n=11$] |
| American Kestrel | 20–25 (8–10) [$n=4$] | 51–61 (20–24) | 15–20 (6–8) [$n=4$] |
| Merlin | | 53–69 (21–27) | |
| Peregrine Falcon | 33–51 (13–20) [$n=2$] | 94–117 (37–46) | 28–38 (11–15) [$n=3$] |
| Prairie Falcon | 41 (16) [$n=1$] | 91–112 (36–44) | 33 (13) [$n=1$] |
| Barn Owl | 38–51 (15–20) [$n=4$] | 104–117 (41–46 ) | 25–38 (10–15) [$n=4$] |
| Great Horned Owl | 43–64 (17–25) [$n=8$] | 114–130 (45–51) | 31–41 (12–16) [$n=8$] |

*Continued*

---

[17] This distance is based on the height of a great blue heron, approximately 1.2 m (46 in).

 

BLM_0003665



**TABLE 4.1: Wrist-to-wrist, wingspan, and height measurements for selected birds.[*] (cont.)**

| Species | Wrist-to-wrist cm (in) [sample size][†] | Wingspan cm (in) | Height cm (in) [sample size][§] |
|---|---|---|---|
| Roseate Spoonbill | | 127 (50) | 81 (32) |
| Wood Stork | | 155 (61) | 102 (40) |
| White Pelican | | 244–290 (96–114) | 157 (62) |
| Brown Pelican | | 203 (80) | 130 (51) |
| Egrets | | 91–130 (36–51) | 51–100 (20–39) |
| Great Blue Heron | | 183 (72) | 117 (46) |
| Other Herons | | 66–112 (26–44) | 46–66 (18–26) |
| Ibis | | 91–97 (36–38) | 58–64 (23–25) |
| Cormorants | | 132–160 (52–63) | |
| Common Raven | | 135 (53) | 41 (16) [$n=1$] |
| Chihuahuan Raven | | 112 (44) | |
| American Crow | | 99 (39) | |
| Magpies | | 64 (25) | |
| Jays | | 48 (19) | |
| Woodpeckers | | 31–53 (12–21) | |
| Blackbirds | | 28–58 (11–23) | |

[*] Sources: Johnsgard 1988, 1990; Sibley 2000; Wheeler 2003; *Birds of North America* species accounts; City of Lawrence (KS) Prairie Park Nature Center (unpubl. data); HawkWatch International (unpubl. data); Kansas Department of Wildlife and Parks Milford Nature Center (unpubl. data); Operation WildLife, Inc. (unpubl. data); Oregon Zoo (unpubl. data); PacifiCorp (unpubl. data); Rocky Mountain Raptor Program (unpubl. data); Stone Nature Center (unpubl. data); and Utah Wildlife Rehabilitation (unpubl. data).

[†] Because wrist-to-wrist and head-to-foot measurements of most species are not typically available in the literature, measurements were obtained from wildlife rehabilitators and handlers as well as from deceased birds. Sample sizes are given for birds that were measured and blanks in this field indicate that these data are currently unavailable. Avian researchers are encouraged to record these measurements when collecting other morphometric data.

[§] Height given is from the top of the head to the feet. See also footnote †, above.




BLM_0003666



**FIGURE 4.10: Critical dimensions of a golden eagle.**



168–244 cm (66–96 in)
EAGLES

137–178 cm (54–70 in)
VULTURES

150–180 cm (59–71 in)
OSPREY

86–152 cm (34–60 in)
BUTEOS

51–124 cm (20–49 in)
FALCONS

**FIGURE 4.11: Wingspan comparisons of selected raptors.**

© SHERRY AND JERRY LIGUORI





203–290 cm (80–114 in)
PELICANS

66–183 cm
(26–72 in)
WADERS

51–135 cm
(39–53 in)
CROWS/RAVENS

30–132 cm
(12–52 in)
OWLS

64 cm
(25 in)
MAGPIES

28–58 cm
(11–23 in)
PASSERINES/OTHER
SMALL BIRDS

**FIGURE 4.12: Wingspan comparisons of selected birds.**






FIGURE 4.13: Height comparisons of perched birds.[18]

[18] Height ranges shown are from various sources and may include both head-to-foot and head-to-tail measurements. See Table 4.1 for additional information on height measurements.

 

**TABLE 4.2: Percent of juvenile golden eagles in electrocution studies.**

| Study | Percent juvenile | Sample size |
|---|---|---|
| Benson (1981) | 94.2% | 52 |
| Boeker and Nickerson (1975) | 90.0% | 419 |
| Schomburg (2003) | 87.9% | 132 |
| Harness and Wilson (2001) | 66% | 90 |
| USFWS/Nebraska (unpubl. data) | 63% | 27 |

### AGE

Research on golden eagles suggests that juvenile birds may be more susceptible to electrocution than adults (Table 4.2). Birds that nest on power poles may be electrocuted, particularly if the combined wingspans and simultaneous flapping behavior of several young birds cause them to bridge energized phase conductors and/or bridge between a conductor and grounded equipment. Post-fledging, juvenile birds may continue to experience increased risk compared to adults because they are less agile at landing on and taking off from poles. Regardless of an electrocuted bird's age, corrective actions to prevent electrocutions remain the same.

Susceptibility of juvenile golden eagles to electrocution involves several factors, but none seems more important than experience. Inexperienced birds may be less adept at landing and taking off, which increases their risk. Inexperience may also affect how juvenile birds hunt. Juvenile birds may learn to fly and hunt from a perch, particularly in flat country, where updrafts are less common. Learning to fly involves frequent short flights from perch to perch. The first attempts to hunt involve frequent changes of perches following unsuccessful chases. One juvenile golden eagle was observed making over 20 unsuccessful hunting sorties after cottontails from a distribution pole (Benson 1981). Had the line been unsafe for eagles and weather conditions been poor, the likelihood of electrocution would have been high.

Hundreds of hours of actual observations and analyses of slow-motion, 16-mm movies made by Nelson in the early 1970s demonstrated that juvenile eagles are less adept at maneuvering than adults, especially when landing and taking off (Nelson 1979b, 1980b; Nelson and Nelson 1976, 1977). Trained golden eagles were filmed landing on un-energized, mockup power poles of various configurations in both calm and inclement weather. The eagles did not perch on wires (conductors) and seldom perched on pole-top porcelain insulators that tended to be too small, smooth, or slick for comfortable gripping. Instead, they used pole tops and crossarms that offered firmer footing. When an adult eagle approached a three-wire power pole crossarm, for instance, the bird typically swooped in under the outside wire, swung up between wires with wings folded, and stalled onto the perch. The landing, when made into a headwind, was skilled and graceful, with very little flapping.

Juvenile birds, by contrast, often tried to settle onto a crossarm from above, using out-stretched wings to slow their descent. They sometimes approached diagonally, flew to the highest point—perhaps an insulator—and tried to land. The birds often slipped off the insulator or tried in mid-flight to change to the crossarm—maneuvers accomplished by much wing flapping that increased their electrocution risk. Sometimes, juvenile birds began corrective action at a distance from the poles, particularly when the approach was too swift or at an improper angle. If they approached parallel to the lines, they often settled down across two conductors or tried to fly up between the conductors, increasing their electrocution risk (Figure 4.14). During landings, juvenile birds contacted the wires of the dummy poles making skin-to-skin contact near the wrists. Occasionally, contact also occurred on downward wing beats during





**FIGURE 4.14: Juvenile golden eagle about to land on a distribution pole that is not avian-safe.**

take-offs. On energized lines, simultaneously touching differing phase wires or a phase and a ground with fleshy parts of the body or with wet feathers can result in electrocution.

Juvenile eagles may rely on poles as hunting perches more than adults. Benson (1981) attributed differences in electrocution risk of adult and juvenile birds to the fact that aerial hunting (as opposed to still-hunting from a perch) was the principal tactic used by adult golden eagles to capture jackrabbits. Catching jackrabbits with any consistency requires experience and tenacity in long, in-flight chases. Young birds find more success in pouncing on cottontails or other prey from stationary perches such as power poles. This increases their exposure to electrocution risk.

Florida has the largest breeding bald eagle population in the lower 48 states, with over 1,000 known nesting pairs (Nesbitt 2003). From 1963 to 1994, 16% of known bald eagle deaths in Florida ($n$=309) were due to electrocution. Contrary to previously mentioned data for golden eagles, these electrocutions were nearly evenly distributed between adult (55%) and juvenile (45%)

birds. Likewise, 45% of known age bald eagle electrocutions in Nebraska ($n$=22) were juvenile birds (USFWS/Nebraska. unpubl. data).

Overall mortality rates (considering all causes of death) are greater for juvenile birds than for adults. Recoveries of banded golden eagles showed mortality in 50% of the population by an age of 31 months (Harmata 2002). Although age-related differences in electrocution risk are typically poorly understood for species other than eagles, it is likely that juvenile individuals of other species may be at greater risk than adults due to inexperience and overall higher mortality rates. For example, juveniles accounted for 61% of Harris' hawk electrocutions ($n$=75) in Tucson, Arizona (Dwyer 2004).

### SEASONAL PATTERNS

Electrocution risk can vary with season. Many golden eagle mortalities along power lines (nearly 80% in the Benson 1981 study) occur during the winter. Of eagle electrocutions in the western United States with known mortality dates ($n$=96), 39% occurred from January to March; of eagle




Case No. 1:20-cv-02484-MSK Document 26-14 filed 04/27/21 USDC Colorado pg 75 of 95





© SHERRY AND JERRY LIGUORI

**FIGURE 4.15: Numerous birds perched on a pole can increase electrocution risk. Pictured: common ravens during breeding season.**

carcasses discovered for which the date of mortality was unknown (*n*=516), 55% were found from January to April (Harness and Wilson 2001). Likewise, the majority (65%) of eagle mortalities reported during routine utility activities from 2001 to 2004 in the western United States by PacifiCorp (unpubl. data) occurred from December to April. The increased frequency of eagle electrocutions during the winter may be attributed to greater concentrations of these birds in open areas with power lines during the winter months. Likewise, eagles may be attracted to high seasonal prey concentrations that may, coincidentally, occur near non-avian-safe lines. In addition, eagles probably hunt from perches more during the winter than at other times of the year. In Florida, where bald eagles occur year-round, electrocutions occurred during every month of the year (Forrester and Spaulding 2003). However, most occurred from October through April, the period that encompasses the breeding season when eagle abundance is greatest in Florida and when dispersal and migration occur.

Electrocution rates of other species may also increase seasonally due to breeding behavior and the presence of young. Increased raptor electrocutions, particularly of Harris' hawks, corresponded with nesting activity in Tucson, Arizona (Dwyer 2004). Of known electrocution dates for hawks (*n*=119) in the western United States from 1986 to 1996, 57% occurred from July to September (Harness and Wilson 2001). In Chihuahua, Mexico, red-tailed hawk mortality peaked from September to November (Cartron et al. 2005). Similarly, electrocutions of hawks in the western United States from 2001 to 2004 were greatest from July to November, with 16% of annual mortalities occurring in both July and August, 14% in September, 11% in October, and 7% in November (PacifiCorp, unpubl. data). These seasonal peaks likely correspond with increases in hawk populations due to dispersal of fledglings during the breeding season and influxes of birds during fall migration. This dataset also showed a slight increase in hawk electrocution mortality during March and April (each with 8% of annual mortality), probably correlated with spring staging.

As with hawks, mortalities of owls in the western United States were greatest in late summer, particularly August and September (Harness and Wilson 2001). Likewise, electrocutions of eagle owls (*Bubo bubo*) in the Italian Alps were greatest during the period of juvenile dispersal in September (Rubolini et al. 2001). In the western United States, owl electrocutions from 2001 to 2004 were greatest during summer and early fall, with June, July, August, and September accounting for 26%, 24%, 7%, and 12%, respectively, of annual mortality (PacifiCorp, unpubl. data).

Electrocutions of other species also exhibit seasonal patterns. Records of corvid electrocutions in the western United States from 2001 to 2004 were greatest from April to August, with highest numbers in June (16%), July (22%), and August (15%) (PacifiCorp, unpubl. data). These months correlated with the local breeding season of these species, particularly the times when nestlings and/or fledglings are present (Figure 4.15). Raven

electrocutions also peaked in August and September in Chihuahua, Mexico (Cartron et al. 2005). Electrocutions of songbirds in the western United States were correlated with the summer months, as 69% of electrocutions occurred from June to August (PacifiCorp, unpubl. data). The APLIC-member utilities surveyed documented seasonal differences in electrocution rates and noted overall increases during nesting and fall migration (APLIC 2005). In addition, species-specific seasonality was noted for eagles (winter) and passerines (spring).

## BEHAVIOR

Nesting, courtship, and territorial behavior can make raptors and other birds susceptible to electrocution (Figure 4.16; also see Chapter 6). The gregarious social behavior of some birds, such as Harris' hawks or vultures, can also increase electrocution risk as multiple birds perch together on a pole.

Benson (1981) found that nearly 46% of red-tailed hawk electrocutions occurred during courtship and nesting. Most of these birds were adults. Benson also noted that nearly 30% of the hawks electrocuted during the late spring and early summer were fledglings.



**FIGURE 4.16: Swainson's hawk pair perched on distribution pole.**

Dawson and Mannon (1994) reported that 37% of 112 electrocuted Harris' hawks in southern Arizona were birds that had recently fledged. Likewise, Dwyer (2004) found that 63% of electrocuted juvenile Harris' hawks ($n=46$) were killed within three weeks of fledging. Of raptor and raven electrocutions in Tucson, 79% were within 300 m (1,000 ft) of a nest ($n=56$) (Dwyer 2004). A young Swainson's hawk was found electrocuted in south-central Washington soon after it fledged (Fitzner 1978), and 2 fledgling great horned owls were found electrocuted near nests in Saskatchewan (Gillard 1977). Groups of 2 to 3 common ravens have been electrocuted in Utah and Wyoming, likely due to multiple birds simultaneously spanning conductors (PacifiCorp, unpubl. data).

Several instances of electrocution of birds carrying prey or nest material have been reported. A dangling prey item or stick can help span the gap between phase conductors or between an energized conductor and a grounded conductor, electrocuting a bird returning to the nest (Switzer 1977; Fitzner 1978). A young great horned owl was found electrocuted with a freshly killed snowshoe hare *(Lepus americanus)* lying nearby (Gillard 1977). Similar incidents were noted by Brady (1969) and Hardy (1970). In Utah, an electrocuted great horned owl was discovered with four nestling western kingbirds *(Tyrannus verticalis)* in its talons, likely retrieved from a kingbird nest behind the transformer that killed the owl (S. Liguori, pers. obs.). Golden eagles carrying large prey have been electrocuted on otherwise avian-safe poles in Wyoming (PacifiCorp, unpubl. data). Two adult red-tailed hawks were electrocuted at separate nests in Wyoming, possibly while carrying nesting material (Benson 1981). A pair of electrocuted red-tails was found below a pole in Utah, both birds with nesting material in their talons (S. Liguori, pers. obs.). Ospreys have been electrocuted when carrying seaweed *(New York Times* 1951) and barbed wire

© SHERRY AND JERRY LIGUORI




(Electric Meter 1953) to their nests. Nests and nestlings can also be destroyed if nesting material lies across conductors, resulting in a flashover and fire (Vanderburgh 1993).

During the nesting period, birds often engage in courtship and territorial defense. In such displays, raptors often lock talons, greatly increasing their effective wingspans. If these activities take place near a power line, the birds can be electrocuted. For example, in Montana, the electrocution of a subadult golden eagle was witnessed during an aggressive encounter with an adult eagle (Schomburg 2003). Benson (1981) documented a pair of electrocuted eagles below a pole, the talons of each bird imbedded in the breast of the other. In Oregon, two electrocuted red-tailed hawks were found below a pole, with the foot of the adult imbedded in the chest of the juvenile (S. Liguori, pers. obs.). Aggression between species may also have similar results, e.g., in Wyoming the foot of a great horned owl was found grasping the body of a red-tailed hawk (S. Liguori, pers. obs.). Likewise, in Arizona, a Harris' hawk and red-tailed hawk were electrocuted together during an aggressive encounter (Dawson and Mannan 1994). In areas of Montana

where large concentrations of eagles winter, aggressive interactions between birds have led to the electrocution of two birds at once (S. Milodragovich, pers. comm.). In the Northern Cape Province of South Africa, vultures were electrocuted on vertically configured poles when aggressive interactions caused birds to slip off the insulators and fall onto conductors (Kruger et al. 2003).

Raptors and other birds may use power poles to provide protection from the elements. During hot weather in open, arid environments, birds seeking shade may perch on lower crossarms or perch close to the pole (Figure 4.17). Birds may also use the lower portions of power poles during rain or snow. Although power poles do not appear to offer much protection from the elements, they can provide some cover, particularly in habitats lacking natural shelter.

## WEATHER AND THE INFLUENCE OF WET FEATHERS

Inclement weather (particularly rain, snow, and wind) increases the susceptibility of birds to electrocution. Wet feathers increase conductivity, and birds have greater difficulty landing on power poles in high winds. Because dry feathers provide insulation, most electrocutions are caused by simultaneous skin-to-skin, foot-to-skin, or bill-to-skin contact with two energized conductors or a conductor and a ground.

Nelson (1979b, 1980b) conducted experiments to determine the conductivity of a live eagle by attaching electrodes to the skin of the wings and to the toes. Although lethal voltages and currents were not determined, these experiments demonstrated that, at 280 volts (V) and a current of 6.3 milliamperes (mA), the eagle's respiration increased. At 400 to 500 V and a current range of 9 to 12 mA, the eagle convulsed. Wet feathers burned at 5,000 to 7,000 V, but there was no measurable current through a dry feather at 70,000 V. Skin-to-skin contacts were on the order of ten times more dangerous than contacts



© SHERRY AND JERRY LIGUORI

**FIGURE 4.17: Swainson's hawk using power pole for shade.**




between a wet eagle and two conductors, and about 100 times more dangerous than contacts between conductors and dry feathers. A dry feather is almost as good an insulator as air, but a wet feather has demonstrably greater conductivity. Major conclusions from Nelson (1979b, 1980b) were as follows:

- For voltages of up to 70,000 V and with electrodes at least 17.8 cm (7 in), apart, there is no measurable current flow (no conductivity) through a dry feather.
- There is little or no possibility of electrocution of dry eagles from wingtip contacts with two electric conductors.
- Wet feathers conduct current more readily than dry ones, and become capable of conducting amperages dangerous to eagles starting at about 5,000 V.
- The hazard to wet birds is much greater than that to dry ones, and is increased even more so when wet birds lose some flight capability and control.

The amount of current conducted through wet feathers also depends on the concentration of salts and minerals in the water. Increased electrolyte content results in increased conductivity. Feather wetting further posed a risk because it elicited wing-spreading behavior in the birds studied (Nelson 1979b), presumably to dry the feathers. Although this research was conducted on eagles, it has implications for other species. Birds that spend much of their time in or near water, such as herons, egrets, ibises, storks, pelicans, cormorants, and ospreys, may be at increased risk of electrocution. In addition, wing-spreading behavior commonly exhibited by cormorants or vultures may increase electrocution risk. A utility's Avian Protection Plan (APP) should include design standards appropriate for the species and conditions at issue. However, electrocutions will never be eliminated during wet conditions because feathers and wood can be conductive when wet, potentially causing electrocutions on normally benign poles.

Finally, the direction of the prevailing wind relative to the crossarm can also influence electrocution risk. Poles with crossarms perpendicular to the prevailing wind produced fewer eagle mortalities (Boeker 1972; Nelson and Nelson 1976, 1977). About half as many birds were found below poles with crossarms perpendicular to the wind, when compared to poles with crossarms diagonal or parallel to the wind (Benson 1981). This difference was probably related to the effect of wind on the ability of juvenile eagles to land on poles without touching energized parts.

**IDENTIFYING EVIDENCE OF ELECTROCUTION**



Because not all dead birds below power lines may have died from electrocution, it is important to accurately determine the cause of death so that appropriate action can be taken. In winter surveys of raptor mortality in Montana, Olson (2001) found 126 carcasses along roadsides, 88 of which were submitted for necropsy. Of these birds, only 9% were electrocuted, while the majority (84%) had been shot. The majority of birds found along roadsides that were directly below power poles were also shot, with only 15% electrocuted (Olson 2001).

Evidence of electrocution can include burn marks on the feathers, feet, talons, flesh, or bill. Such burns may be obvious and extensive, or inconspicuous and not visible to the naked eye. Electrocuted birds may also exhibit deformed or damaged talons that appear broken, curled, or incinerated (Olson 2001). In some cases, the feet, toes, or talons are broken off during electrocution (PacifiCorp, unpubl. data). Although most victims of electrocution die, some individuals survive. Of 89 live Harris' hawks that were captured in Arizona, 9% exhibited injuries evident of




electrical shock (Dwyer 2004). Likewise, 20% of Harris' hawk electrocutions documented in Arizona ($n$=112) were injuries rather than mortalities (Dawson and Mannan 1994).

Evidence of shooting differs from that of electrocution. Birds that have been shot exhibit sheared flight feathers rather than singed feathers (EDM International, Inc. 2004). Other signs of shooting include shattered bones, contusions, hematomas, sprayed or spattered blood, and bullet wounds (Olson 2001).

## SCAVENGING RATES OF CARCASSES



Because there have been few large-scale studies that quantify avian electrocution rates, existing data have been used in some cases to extrapolate electrocution rates over large areas. Extrapolation is strongly discouraged, as electrocution risk is not uniformly distributed among all poles in all geographic areas. Carcass scavenging rates obtained from studies of non-raptors have also been used to extrapolate removal rates of electrocuted raptor carcasses. Again, caution should be used as carcass removal rates vary greatly among studies and can be influenced by scavenger populations, habitat, season, observer bias, and carcass species. In particular, raptor carcasses are less likely to be removed by scavengers than carcasses of other species. In a carcass removal study in Colorado and Wyoming, small carcasses were removed within 24 to 48 hours (Kerlinger et al. 2000). In contrast, large birds (i.e. ferruginous hawks, great horned owls, and rough-legged hawks) remained for over two months. Orloff and Flannery (1993) found no scavenging of raptor carcasses ($n$=14) during a single trial of seven days. Also, Howell and Noone (1992) found that carcasses of larger raptors remained longer than those of smaller raptors. Janss and Ferrer (2001) assumed the scavenging rate of eagles to be considerably lower than that of rabbits. Ellis et al. (1969) noted that, of raptor carcasses found along power lines in Utah (shooting was the primary cause of death), most carcasses had remained intact and were seldom scattered by scavengers. Olson (2001) also found little evidence of scavenging on raptor carcasses below power lines in Montana. Along a power line in Wyoming in 1992, carcasses of electrocuted eagles were removed by researchers, yet there was not a thorough effort to remove all bones and feathers (Harness and Garrett 1999). During a subsequent survey of the line in 1997, scattered, old, bleached bones of 24 carcasses were discovered and assumed to be the remains of the eagles killed several years earlier (Harness and Garrett 1999).[19] Likewise, nearly half of the carcasses found in Utah and Wyoming were old bleached bones or desiccated carcasses, many of which appeared to have been undisturbed (PacifiCorp, unpubl. data). In addition, specific cases of individual carcasses that were not retrieved or buried upon initial discovery were found again at the same poles several years later. In the urban area of Tucson, Arizona, most carcasses that were removed were taken by people, rather than scavengers (Dwyer 2004). In a study of carcass removal rates in Chihuahua, Mexico, 25% of raven carcasses ($n$=72) were removed within one month of their discovery (Cartron et al. 2005). In contrast, 95% of non-raven (raptor) carcasses ($n$=21) were present after one month, but only 63% remained after two months.

---

[19] A guide for identifying the remains of various raptor species (EDM International, Inc. 2004) can be obtained at www.energy.ca.gov/pier/final_project_reports/CEC-500-2005-001.html.




BLM_0003677



# CHAPTER 5

# Suggested Practices: Power Line Design and Avian Safety

**IN THIS CHAPTER**

- Introduction to Electrical Systems
- Avian Electrocutions and Power Line Design
- Suggested Practices
- Summary

This chapter address avian electrocution concerns from the engineering perspectives of design, construction, operations, and maintenance. It describes ways of designing new facilities and retrofitting existing facilities to be "avian-safe."

As communities grow, their demand for electricity increases. Additional power lines must be built to supply the additional power. The more miles of power lines there are, the greater the potential for birds to interact with electrical facilities and their inherent hazards.

Biologists and planners must have a basic understanding of power systems, power line designs, and related terminology to identify and implement successful solutions to bird electrocutions. This chapter discusses North American power lines, and the designs and configurations that present avian electrocution risks. For further reference, a glossary of terms is provided in Appendix D.

This 2006 edition of *Suggested Practices* supersedes the recommendations incorporated in the 1996 edition and includes updates based on growing field experience and product performance testing. Despite efforts to present "state-of-the-art" recommendations, users of this manual should be aware that many wildlife protection products have not been tested or rated from an engineering perspective.[20] An IEEE Working Group under project P1656 is writing a guide entitled *Guide for Testing the Electrical, Mechanical, and Durability Performance of Wildlife Protective Devices Installed on Overhead Power Distribution Systems Rated up to 38 kV.* The guide will provide technical guidance for testing wildlife guards and should be available in 2006. Utilities are encouraged to share or publish information regarding avian-safe power line construction and retrofitting experience that can be used to refine future editions of *Suggested Practices.*

---

[20] However, the recommendations provided in this manual have been field tested by utilities and some results have been published in scientific and engineering journals.

 

BLM_0003678

**INTRODUCTION TO ELECTRICAL SYSTEMS**



## DISTINCTIONS BETWEEN TRANSMISSION AND DISTRIBUTION LINES

Power lines are rated and categorized, in part, by the voltage levels to which they are energized. Because the magnitudes of voltage used by the power industry are large, voltage is often specified with the unit of kilovolt (kV) where 1 kV is equal to 1,000 volts (v). Generally, from the point of origin to the end of an electric system, line voltage is used to designate four classes or types of power line (Table 5.1).

In addition to the voltage level, power line classification is dependent on the purpose the line serves (as shown in Figure 5.1). This publication is concerned with electrocution hazards that electric distribution and transmission lines may pose to birds. In this manual, lines that are energized at voltages ≥60 kV are considered transmission lines, and lines energized at voltages <60 kV are considered distribution lines, however, this may vary with different utilities. Performance experience indicates that low voltage (secondary) lines— also called *utilization facilities* (≤600 v)—are not often involved in avian electrocutions.

## DIRECT CURRENT AND ALTERNATING CURRENT SYSTEMS

Although there are some direct current (DC) power systems where current flows in system conductors in only one direction, most commercial power systems in the United States use alternating current (AC). In AC systems, current flows in system conductors in one direction for 1/120th of a second,

**TABLE 5.1: Voltage ranges of different power line classes.**

| Designation | Voltage Range |
|---|---|
| Generation plant | 12 V to 22 kV |
| Transmission | 60 kV to 700 | kV |
| Distribution | 2.4 kV to 60 kV |
| Utilization | 120 V to 600 V |



**FIGURE 5.1: Schematic of power system from generation to customer.**

going from zero amperes to a peak ampere value and back to zero amperes. It then reverses direction and, for another 1/120th of second, flows in the opposite direction in system conductors, again going from zero amperes to a peak magnitude and back to zero amperes. It then changes direction again and the cycle repeats. If projected on a graph, the current would appear as a sinusoidal curve as depicted in Figure 5.2, that shows at least two complete cycles of current flow on phases A, B, and C of a three-phase circuit. In the United States, there are 60 such cycles each second (also referred to as 60 hertz). There are more AC systems than DC systems because utilities can transmit large amounts of power over long distances on high voltage transmission lines and can take advantage of the alternating magnetic fields associated with AC systems.

 



**FIGURE 5.2: Three-phase current waveform.**

## OVERHEAD VERSUS UNDERGROUND

Utilities install facilities either overhead or underground, depending upon numerous factors and concerns. Some key factors include customer needs, terrain and environment restrictions, costs, and code requirements. Cost is a major concern as utilities have a responsibility to serve customers with high quality, reliable electric service at the most reasonable cost possible. Although facilities are installed underground in many areas throughout the country where utilities have found it technically and financially feasible to do so, there are many more areas where utilities have determined that installing facilities underground is not feasible, leaving lines to be installed overhead. If all lines could be installed underground, birds would have little exposure to electrocution hazards and there would be little need for this publication. However, it is neither practical nor feasible to install or convert all overhead lines to underground and it becomes less practical as the voltage of the line increases. The focus of this publication, therefore, is to provide overhead power line designs and modifications that minimize electrocution risk for birds.

 

BLM_0003680

### SINGLE, TWO, AND THREE-PHASE OVERHEAD SYSTEMS

Most AC commercial overhead power lines utilize some form of support structure from which insulators and electrical conductors are attached. Support structures may consist of preservative-treated wood poles, hollow or lattice steel structures, steel-reinforced concrete poles, or composite poles made from fiberglass or other materials. Insulators are made of porcelain or polymer materials that do not normally conduct electricity. Electrical conductors are usually manufactured from copper or aluminum.

The basic workhorse of the electric utility is the three-phase circuit that consists of structures, as described above, that support at least three electrical phase conductors with or without a neutral (or grounded) conductor. The separate phase conductors are energized at the same voltage level but are electrically 120° out of phase with one another (see Figure 5.3 for a diagram of the three phase voltages and their time relationships). Because of this electrical phase difference, the conductors are called phase conductors. In electrical engineering, the term "phase" has several significant meanings, however, for this publication, it is used to mean an energized electrical conductor with the electrical characteristics described above. Three-phase systems are used for both distribution and transmission lines. One of the primary benefits of three-phase systems is the ability to deliver large amounts of power over long distances. Most electric systems originate as three-phase facilities and,



**FIGURE 5.3: Three-phase voltage waveform.**

 

BLM_0003681

out on the power line route, change from three-phase to two-phase (i.e., V-phase) facilities or to single-phase facilities.

Because of limited rights-of-way (ROW) availability and the need to deliver significant amounts of power, some power line structures may carry several three-phase circuits. In some cases, the structure supports two or more three-phase transmission circuits high on the structure while the lower portion supports several three-phase distribution circuits. Structures could also support low voltage utilization circuits for street lighting or electric service to homes and businesses. Distribution circuits installed on the lower portion of a transmission structure are commonly referred to as "underbuilt" distribution.

Transmission line structures always support at least one three-phase circuit. They have three energized conductors (more if bundled), and may have one or two grounded conductors (usually referred to as *static wires*) installed above the phase conductors for lightning protection. Again, there may be more than one three-phase circuit supported on the same structures.

Distribution line structures may support a variety of conductor configurations. A distribution line could consist of three phase conductors only, or three separate phase conductors and a single neutral (grounded) conductor. The neutral conductor could be the top-most conductor on the supporting structure or it could be placed below or even with the phase conductors. Distribution lines could also consist of two phase conductors alone or two phase conductors and a neutral conductor, again with the neutral conductor being above, below, or even with the phase conductors. A distribution line may also have just a single phase conductor and a neutral conductor with the neutral being above, below, or even with the phase conductor. Most distribution lines throughout the United States have the neutral conductor placed below the phase conductors. The neutral conductor is used to complete the electrical circuit and serves as part of the conducting path for phase current flowing from the customer back to the substation where the circuit originates. The earth itself serves as the other part of the return current path.

## AVIAN ELECTROCUTIONS AND POWER LINE DESIGN



Birds can be electrocuted by simultaneously contacting energized and/or grounded structures, conductors, hardware, or equipment. Electrocutions may occur because of a combination of biological and electrical design factors. Biological factors are those that influence avian use of poles, such as habitat, prey, and avian species (see Chapter 4). The electrical design factor most crucial to avian electrocutions is the physical separation between energized and/or grounded structures, conductors, hardware, or equipment that can be bridged by birds to complete a circuit. As a general rule, electrocution can occur on structures with the following:

- Phase conductors separated by less than the wrist-to-wrist or head-to-foot (flesh-to-flesh) distance of a bird (see Chapter 4, Size)[21];
- Distance between grounded hardware (e.g., grounded wires, metal braces) and any energized phase conductor that is less than the wrist-to-wrist or head-to-foot (flesh-to-flesh) distance of a bird.

In the 1970s, Morley Nelson evaluated electrocution risk of eagles to identify configurations and voltages that could electrocute birds (Nelson 1979b, 1980b; Nelson and Nelson 1976, 1977; see Chapter 4).

---

[21] The wrist is the joint toward the middle of the leading edge of a bird's wing. The skin covering the wrist is the outermost fleshy part on the wing.

 

Because bird feathers provide insulation when dry, contact must typically be made with fleshy parts, such as the skin, feet, or bill. Nelson determined that 150-centimeter (cm) (60-inch [in]) spacing is necessary to accommodate the wrist-to-wrist distance of an eagle. As a result, a 150-cm (60-in) separation has been widely accepted as the standard for eagle protection since the 1975 edition of *Suggested Practices*. Although wing-spans can measure up to 2.3 meters (m) (7.5 feet [ft]) for golden eagles (*Aquila chrysaetos*) and 2.4 m (8 ft) for bald eagles (*Haliaeetus leucocephalus*), the distance between fleshy parts (wrist-to-wrist) is less than 150 cm (60 in) for both species (see Chapter 4, Size). There-fore, under dry conditions, a 150-cm (60-in) separation should provide adequate spacing for an eagle to safely perch. Larger birds such as condors or storks may warrant special consideration by utilities. Utilities in areas without eagle populations may choose to develop separate species-specific construction standards, as may utilities in regions with wet climates or increased air-borne contaminants. A utility's Avian Protection Plan (APP) should identify protected species within the utility's operations area and include design standards appropriate for the species and conditions at issue (see Chapter 7). An APP should also identify circumstances where avian-safe construction is to be used (i.e., in bird use areas, as part of ROW permit conditions, etc.).

Although avian-safe construction mini-mizes electrocution risk, electrocutions can never be completely eliminated. Because wet feathers and wet wood are conductive, birds can be electrocuted during wet weather on normally benign poles.

With an understanding of how birds can be electrocuted on power lines, utilities can select designs that are avian-safe and help to avoid and/or mitigate electrical hazards to birds. Voltage, conductor separation, and grounding practices are a particular concern when designing avian-safe structures, however, public safety, governed throughout the United States by the current National Electric Safety Code (NESC), is the primary design consid-eration. State and local governments also may have codes that govern power line design and construction.[22]

## SEPARATIONS

The NESC and the codes of some local jurisdictions dictate power line phase-to-phase separations and the clearances of line components above ground. In accordance with the NESC, both the distance between phase conductors and the distance that conductors are hung above ground is based on the line voltage and the activity that does and could take place in the area of the power line. These code requirements are considered the minimum distances and separations needed to be certain that the facilities will not be harmful to the general public or the line crews that have to operate and maintain them. The code requirements are not in-tended to provide safety to birds and other animals that come into contact with assemblies at the top of electrical structures.

Distribution lines are built with smaller separations between energized conductors and between energized conductors/hardware and grounded line components than are transmission lines. Consequently, avian elec-trocution risk is greater on distribution lines.

*Transmission conductors* are generally spaced 1 to 9.1 m (3 to 30 ft) apart, and are sup-ported on poles or towers that range from 15.2 to 36.6 m (50 to 120 ft) in height. A single transmission tower can accommodate more than one circuit. See Figure 5.4 for examples of transmission structures.

---

[22] For example, California Public Utility Commission (CPUC) General Order 95 establishes the rules for overhead line construction in California.

 



**FIGURE 5.4: Examples of transmission structures.**




BLM_0003684

*Distribution line* conductors are generally spaced 0.6 to 1.8 m (2 to 6 ft) apart, and are supported on wood, steel, composite or concrete poles that range from 9.1 to 19.8 m (30 to 65 ft) in height (Figure 5.5). As with transmission poles and towers, distribution poles can accommodate more than one circuit (Figure 5.5). The addition of jumper wires, transformers, switches, and electrical protective devices (fuses, reclosers, and other circuit sectionalizing equipment), as well as grounded hardware included on pole-top assemblies, increase the potential for avian electrocutions due to close separation of energized and grounded parts.

## BONDING AND GROUNDING

Bonding electrically interconnects all metal or metal-reinforced supporting structures—including lamp posts, metal conduits and raceways, cable sheaths, messengers, metal frames, cases, equipment hangers or brackets,



**FIGURE 5.5: Examples of typical distribution configurations.**

SINGLE-PHASE SINGLE-CIRCUIT

CROSSARM CONSTRUCTION
THREE-PHASE SINGLE-CIRCUIT

THREE-PHASE SINGLE-CIRCUIT

UNDERBUILD CONSTRUCTION

THREE-PHASE SINGLE-CIRCUIT

THREE-PHASE DOUBLE-CIRCUIT




*Suggested Practices: Power Line Design and Avian Safety* | 59

and metal switch handles and operating rods. In most cases these bonded hardware items are grounded in accordance with NESC Rule 215 C1.[23] The NESC requires the grounding of these metallic items to help keep the metal at the same voltage as the earth to which it is grounded. Bonding is particularly necessary in areas (industrial, agricultural, or coastal locations with salt, particulates, or other matter in the air) where excessive leakage currents may cause burning around metal items in the presence of moisture. On multi-grounded neutral power systems, the neutral is grounded by connecting it to a grounding electrode (ground rod) installed in the earth at the base of a pole at least four times in each mile of line. For birds, bonding and grounding provide pathways for contacts from energized conductors or energized hardware to metal items that are grounded.

The position of the neutral depends on the area's isokeraunic level and/or the practices of the utility. For some utilities, the neutral serves as an overhead ground wire (static wire) for lightning protection. If this type of construction is used, the designer should provide avian-safe separation and ensure that appropriate coverings are used on the grounding conductors and bonded hardware.

**SUGGESTED PRACTICES**



The remainder of this chapter presents configurations that can pose avian electrocution risks and suggested practices for modifying those problem configurations (Table 5.2). Recommendations are based on providing 150-cm (60-in) separation for eagle protection. Other avian species may require more or less separation, depending on the size and behavior of the bird (see Chapter 4, Size). Recommendations are provided for avian-safe modifications of existing facilities, and avian-safe designs for new facilities. These practices either provide birds with a safer place to land or attempt to discourage birds from perching on parts of the structure where optimal separation cannot be provided.

Two basic principles should be considered when attempting to make a structure avian-safe: *isolation* and *insulation*. The term *isolation* refers to providing a minimum separation of 150 cm (60 in) between phase conductors or a phase conductor and grounded hardware/

**TABLE 5.2: Summary of figures and pages for problem configurations and suggested solutions.**

| Configuration | Problem Figure | Solution Figure | Pages |
|---|---|---|---|
| Single-phase | Figures 5.6, 5.8 | Figures 5.7, 5.9, 5.10 | 61–66 |
| Three-phase | Figures 5.11, 5.15, 5.17, 5.20 | Figures 5.12, 5.13, 5.14, 5.16, 5.18, 5.19, 5.21 | 66–76 |
| Corner poles | Figure 5.22 | Figures 5.23, 5.24, 5.25 | 76–80 |
| Steel/concrete distribution poles | Figures 5.27, 5.29 | Figures 5.28, 5.30, 5.31, 5.32, 5.33 | 81–88 |
| Problem transmission designs | Figures 5.34, 5.36, 5.40, 5.42 | Figures 5.35, 5.37, 5.38, 5.39, 5.41, 5.43 | 88–99 |
| Transformers and other equipment | Figures 5.44, 5.45 | Figures 5.46, 5.47 | 99–102 |

23 In some jurisdictions, bond wires are not grounded if the facilities comply with the exceptions of NESC Rule 215 C1.

 

BLM_0003686

conductor.[24] Using the principle of isolation may be most applicable for new or rebuilt structures in areas where avian electrocution risk is a concern. The term *insulation* refers to covering phases or grounds where adequate separation is not feasible. Although equipment that is covered with specifically designed avian protection materials can prevent bird mortality, it should not be considered insulation for human protection. Examples of such coverings are phase covers, bushing covers, arrester covers, cutout covers, jumper wire hoses, and covered conductors. In addition, perch discouragers may be used to deter birds from landing on hazardous (to birds) pole locations where isolation, covers, or other insulating techniques cannot be used. Many equipment poles necessitate using a combination of techniques to achieve avian safety.

Both avian-safe modifications of existing structures and avian-safe new construction should be employed if circumstances indicate they are necessary. In areas with known populations of raptors or other birds of concern, new lines should be designed with adequate separations for birds. Given the diversity of line designs and voltages used by power companies, across-the-board standards and guidelines are not possible. It is not realistic to expect to eliminate all hazards to birds. However, it is feasible to reduce known and potential hazards.

## MODIFICATION OF EXISTING FACILITIES

In recommending remedial actions for a particular problem, the following generalizations can be made:

- In areas with vulnerable avian populations, power lines built to past construction standards may present serious threats to birds.

Such lines are characterized by closely separated, energized components including bare conductors, equipment bushings, primary transition terminations, arresters, and cutout tops. In addition, all of these energized sources may be close to grounded steel brackets, metal crossarm braces, conductors, or guy wires.

- The phase-to-phase and phase-to-ground separation of most transmission lines is typically greater than 150 cm (60 in) and, therefore, the likelihood of electrocutions occurring at voltages greater than 60 kV is low.
- Priority should be given to poles preferred by raptors or other birds that have a high electrocution risk.
- Raptors may use any pole located in homogenous areas of suitable habitat. In these areas, poles of like configuration may pose similar electrocution risks. These areas can be assessed to prioritize structures for corrective actions.
- Electrocutions that have occurred on distribution lines with crossarm construction should be evaluated closely. Although remedial actions should be made at structures with avian mortalities, modifications of entire line sections are generally not recommended in response to an electrocution, which may be an isolated event. Risk assessments should be conducted to determine the likelihood of multiple electrocutions on a given section of line and to identify the poles that pose that risk. Criteria could include electrocuted birds found near a pole, prey availability, proximity to active nests, terrain advantage, and/or consistent use of preferred poles for perching or still-hunting.
- Poles supporting additional electrical equipment (e.g., transformers and switches)

---

[24] The drawings and text in this chapter refer to providing 150-cm (60-in) separation for eagle protection. Dimensions can be modified for other species (see Table 4.1 for measurements of other avian species). A utility's APP may include approved construction standards for avian protection; this may be particularly necessary for designs that do not provide 150-cm (60-in) separation.




BLM_0003687

in avian use areas are more likely to cause electrocution (Olendorff et al. 1981; APLIC 1996; Harness and Wilson 2001; Liguori and Burruss 2003; Idaho Power Co., unpubl. data). Retrofitting these structures can reduce avian electrocution risk and improve power reliability.



PROBLEM:
ELECTROCUTION HAZARD WHEN
BIRD TOUCHES PHASE CONDUCTOR
AND GROUNDED HARDWARE SIMULTANEOUSLY.

Energized ———
Grounded ———

**FIGURE 5.6: Problem single-phase with grounded pole-top pin.**

## AVIAN-SAFE DESIGN OF NEW FACILITIES

Concepts used to modify existing power lines also apply to new construction. Again, two basic considerations are conductor separation and grounding procedures. As with retrofitting, the objective is to provide a 150-cm (60-in) separation between energized conductors or energized hardware and grounded conductors/hardware. If enough separation is not possible, appropriate covers can be used to prevent simultaneous contact between energized and/or grounded facilities.

When planning the construction of new power lines, it is important to consider the safety of the public and utility personnel, biological aspects, ROW permit requirements, service reliability, and other economic and political factors. Although biological significance cannot be overlooked, it may not be possible to site lines outside high-quality bird habitat. In many instances, ROW permits will require avian-safe construction on federal lands. Biologists and engineers should cooperatively consider all factors when developing recommendations for preventing avian mortality problems.

## SPECIFIC DESIGN PROBLEMS AND SOLUTIONS

### Distribution
#### WOODEN POLES 
#### Single-Phase Lines

Figure 5.6 shows a typical single-phase line with the phase conductor mounted on the top and the neutral mounted on the side of the pole.[25] In this example, the pole bond (grounding conductor) extends up to the top of the pole to ground the metal bracket. With this configuration, the feet of a large bird perched on the pole top could touch the grounding conductor or grounded insulator pin, while its breast or other body parts contact the phase conductor. In 1971, 17 dead

---

[25] Note that in this and subsequent figures, grounded conductors and hardware are shown in green and energized conductors and hardware in red. The designs presented in this section apply to poles of a non-conducting nature (i.e. wood or fiberglass). See Steel/Concrete Poles for avian-safe designs of steel/concrete poles.

 

BLM_0003688



**FIGURE 5.7: Solutions for single-phase with grounded pole-top pin.**

eagles were found below poles of this configuration in the Pawnee National Grasslands and adjacent areas in Colorado, where habitat and prey attracted wintering eagles (Olendorff 1972a). One retrofitting option for this configuration is to place a cover manufactured for this purpose over the phase conductor to help prevent simultaneous phase-to-ground contact (Figure 5.7, Solution 1). For further information on the use of cover-up products see Precautions (page 102).

If the pole bond or grounding conductor does not extend above the neutral conductor and there is at least 100 cm (40 in) of vertical






**FIGURE 5.8: Problem single-phase configuration with crossarm and overhead neutral.**

separation between the phase and neutral conductors, then no further avian protection action should be needed (Figure 5.7, Solution 2).

Figure 5.8 shows another problem single-phase power line, where a pole-top neutral conductor was mounted 61 cm (24 in) above

an energized conductor that was supported on a 1.2-m (4-ft) crossarm. In 1992, 17 dead eagles were found below poles with such a configuration along a 24-kilometer (km) (15-mile [mi]) stretch of distribution line in central Wyoming (PacifiCorp, unpubl. data). When the eagles tried to perch on the

 



**FIGURE 5.9: Solutions for single-phase configuration with crossarm and overhead neutral.**

conductor end of the crossarm where there was less than the wrist-to-wrist separation between the phase and neutral conductors. the birds were electrocuted. Surveys conducted in 2002 found that, although this configuration is now uncommon (only 3.9% of 10,946 poles surveyed), it accounted for a disproportionate number (6.4%) of raptor mortalities ($n$=94) (PacifiCorp. unpubl. data). For this single-phase crossarm configuration (Figure 5.8), the phase conductor can be covered to prevent avian electrocutions (Figure 5.9, Solution 1). Another option is to lower the crossarm and cover the grounding conductor




BLM_0003691



**FIGURE 5.10: Single-phase avian-safe new construction**.

for avian-safe phase-to-ground separation (Figure 5.9, Solution 2).

When constructing new armless single-phase lines in bird concentration areas, structures should be designed to prevent contact between energized phase conductors/hardware and grounded conductors/hardware (Figure 5.10). If the pole bond and grounding conductor do not extend above the neutral conductor and there is a 100-cm (40-in)




BLM_0003692

spacing between the phase conductor and the neutral conductor, then no further avian protection should be needed (Figure 5.10, Solution 1). Figure 5.10 (Solution 2) shows a single-phase configuration with the phase conductor mounted on the side of the pole. This provides the pole top as a perch.



### Three-Phase Lines

Crossarms of 1.8 or 2.4 m (6 or 8 ft) are typically used for most single-pole, three-phase configurations (Figure 5.11). For raptors, the crossarms can provide excellent perching opportunities between phases, but the phase conductor separation is often insufficient to safely accommodate wrist-

to-wrist distances of large birds. Utility use of grounded steel crossarm braces[26] may further reduce ground-to-phase separation, increasing the risk of avian electrocution. Although the Rural Electrification Administration (REA)[27] specifications were changed in 1972 to increase conductor separation and include the use of wooden crossarm braces (U.S. REA 1972; see Appendix B) many pre-1972 poles are still in use today. The center phase is supported either on a pin insulator on the crossarm (Figure 5.11, Problem 1) or with a pin insulator attached to the pole top (Figure 5.11, Problem 2).

Several remedial measures are available to achieve avian-safe separation between phases



PROBLEM:
ELECTROCUTION HAZARD WHEN BIRD TOUCHES TWO PHASE CONDUCTORS OR TOUCHES PHASE CONDUCTOR AND NEUTRAL OR GROUNDED HARDWARE SIMULTANEOUSLY.

**FIGURE 5.11: Problem three-phase crossarm designs with and without grounded hardware.**

[26] Grounded to prevent pole fires resulting from insulator leakage currents.

[27] REA, the predecessor to the Rural Utilities Service (RUS), provides financing assistance to rural electric utilities that agree to install facilities in accordance with the standards and specifications established by REA/RUS.




BLM_0003693