Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 1 of 101

or between phase and ground where all hardware is bonded (as shown in Figure 5.11):

- Install covers over the insulator and conductor on the center phase and remove bonding down to the neutral (Figure 5.12, Solution 1). For further information on the use of cover-up products, see Precautions (page 102).
- If bonds are not removed, install phase covers over all three insulators and conductors (Figure 5.12, Solution 2).
- For pole-top pin construction, the crossarm can be lowered and/or replaced with a longer crossarm (Figure 5.13).[28] A 2.4-m (8-ft) crossarm should be lowered 104 cm (41 in) to achieve 150-cm (60-in) conductor separation. A 3-m (10-ft)

**FIGURE 5.12: Solutions for three-phase crossarm designs with and without grounded hardware.**

[28] Provided that NESC requirements can be met.

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 2 of 101

crossarm could be mounted 55 cm (21.5 in) below the top of the pole to provide 150 cm (60 in) of conductor separation between the center and outer phase conductors. In addition, the bond wire must be lowered to the neutral position. This lowered arm configuration can also be used for avian-safe new construction.

On three-phase crossarm construction where there is no grounding conductor above the neutral, and the center phase is on the crossarm, a perch discourager may be installed to deter perching between closely separated phase conductors (Figure 5.14). If there is less than a 150-cm (60-in) spacing between the center and outer phases (opposite the perch discourager), a phase cover should be installed on the center phase instead of using a perch discourager. Design consideration must be given to meet minimum NESC clearances on the supporting structure (pole, crossarm, insulator and perch discourager).[29] Proper distance between the perch discourager and the phase conductor is required and increases as the system voltage increases. In addition, to prevent birds from perching between the discourager and phase conductor, no more than a 12.7-cm (5-in) space should be allowed between a perch discourager and the insulator skirt. When these two parameters conflict, the perch discourager

**FIGURE 5.13: Avian-safe three-phase construction for different length crossarms.**

[29] NESC Rule 235E, Table 235-6.



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 3 of 101

**FIGURE 5.14: Solution for three-phase crossarm using perch discourager.**

is not an acceptable mitigation tool. For example, on system voltages exceeding 18.7 kV phase to phase, electrical clearance will require greater than 12.7 cm (5 in), which exceeds the maximum avian-safe physical spacing and would not be effective. If spacing and system voltage are not compatible with a perch discourager, a phase cover should be used instead. See page 17 for a discussion of appropriate uses of perch discouragers for deterring birds.

Dead-end distribution structures accommodate directional changes, line terminations, and lateral taps. These structures handle greater loads, usually use anchor and guy wire assemblies, and have energized jumper wires.

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 4 of 101

These characteristics can pose electrocution risks to birds. Figure 5.15 depicts a three-phase, double dead-end pole in which jumper wires extend over the crossarm. On such a configuration, a bird can be electrocuted by simultaneously touching two of the phase jumpers. To reduce this risk, use dead-end covers on both sides of the center conductor

**FIGURE 5.15: Problem three-phase double dead-end with exposed jumper wires.**




Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 5 of 101

and cover the center phase jumper wire with a material designed for the purpose. A covered conductor can also be used (Figure 5.16), as can insulated links or insulators that move the energized conductor 91 cm (36 in) from the center of the pole.

**FIGURE 5.16: Solution for three-phase double dead-end with exposed jumper wires.**

BLM_0003698

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 6 of 101

### Compact Designs

The three-phase compact design shown in Figure 5.17 was not originally considered a high-risk configuration (Olendorff et al. 1981; APLIC 1996). However, raptors and other large birds may be electrocuted when flying in to perch on the short fiberglass arms that support the phase conductors. Interestingly, this configuration presented a significant eagle electrocution problem on a line in southern Utah, while a nearby line of the same construction did not electrocute any eagles (PacifiCorp, unpubl. data). Overall, streamline poles comprised 10% of poles surveyed in Utah and Wyoming from 2001 to 2002 ($n$=74,020) and accounted for 13%

91.4 cm
(36 in)
PHASE
CONDUCTOR
76.2 cm
(30 in)
NEUTRAL
CONDUCTOR
100 cm
(40 in)
GROUNDING
CONDUCTOR
PROBLEM:
ELECTROCUTION HAZARD WHEN
LARGE BIRD APPROACHES
ARM TO PERCH AND CONTACTS
PHASE TO PHASE SIMULTANEOUSLY.
Energized
Grounded

**FIGURE 5.17: Problem compact three-phase design.**

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 7 of 101

of avian mortality ($n$=547) (Liguori and Burruss 2003).

Solutions for the problem compact design shown in Figure 5.17 include the following:

- Install phase covers over the lower, outer phase conductors (Figure 5.18). Note that phase covers may not fit on compact designs with side-tied conductors or angled insulators.
- Replace the existing epoxy bracket with a longer bracket and lower it to achieve a 150-cm (60-in) phase separation (see Figure 5.19, Solution 3).

In addition, there are several avian-safe design options for new construction that may

**FIGURE 5.18: Solution for compact three-phase design.**



74 | CHAPTER 5

PHASE CONDUCTOR
PHASE COVER
91.4 cm (36 in)
76.2 cm (30 in)
NEUTRAL CONDUCTOR
100 cm (40 in)
GROUNDING CONDUCTOR
SOLUTION 1
PHASE CONDUCTOR
PHASE COVER
91.4 cm (36 in)
91.4 cm (36 in)
100 cm (40 in)
GROUNDING CONDUCTOR
NEUTRAL CONDUCTOR
SOLUTION 2
150 cm (60 in)
PHASE CONDUCTOR
150 cm (60 in) MINIMUM
140 cm (55 in)
NEUTRAL CONDUCTOR
100 cm (40 in)
GROUNDING CONDUCTOR
SOLUTION 3
SOLUTIONS:
1. COVER CENTER PHASE CONDUCTOR WITH MANUFACTURED COVER. COVER ALL THREE PHASES WHEN HARDWARE IS BONDED. A COVERING SHOULD BE USED THAT DOES NOT REDUCE THE BIL OF THE INSULATOR.
2. COVER CENTER PHASE CONDUCTOR WITH MANUFACTURED COVER. A COVERING SHOULD BE USED THAT DOES NOT REDUCE THE BIL OF THE INSULATOR. REMOVE ALL GROUNDS TO NEUTRAL LEVEL.
3. DESIGN USING EPOXY BRACKET THAT WILL PROVIDE 150cm (60 in) SEPARATION BETWEEN PHASE CONDUCTORS. KEEP ALL GROUNDS TO NEUTRAL LEVEL.
Energized
Grounded

**FIGURE 5.19: Avian-safe compact three-phase designs for new construction.**

be used where ROW restrictions require compact configurations in areas that attract large birds (Figure 5.19). Inventories of avian populations, food sources, locations preferred by birds, alternative configurations, electrical reliability requirements, and other data should be obtained before determining the final design.

The armless configuration, in which conductors are mounted on horizontal post insulators, can be used for distribution lines (Figure 5.20). In utility service areas subject to high lightning levels, lightning protection on such lines may include an overhead conductor that must be grounded. On some installations with wood poles, utilities, particularly in salt

BLM_0003701

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 9 of 101

spray or other contaminated areas, may bond the bases of the post insulators to the pole-grounding conductor to prevent pole fires. A bird perched on the insulator can be electrocuted if it comes in contact with the energized conductor and either the grounded insulator base or the bonding conductor. Solutions for avian-safe horizontal post designs are provided in Figure 5.21. Solution options include:

- Covering the vertical grounding conductor from the overhead grounding conductor clamp to 30 cm (12 in) below the lowest phase and disconnecting insulator bracket bonds (Figure 5.21, Solution 1);

**FIGURE 5.20: Problem distribution horizontal post insulator designs.**

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 10 of 101






**FIGURE 5.21: Solutions for distribution horizontal post insulator designs.**

- Removing all bonds and the grounding conductor to the neutral (Figure 5.21, Solution 2); or
- Installing phase covers on all three phases if hardware is bonded and grounding conductor is uncovered.

### Corner Poles 

Poles designed to accommodate directional changes in power lines (Figure 5.22) can create hazards for birds. On these poles, uncovered jumper wires are normally used to complete electrical connections and connect the phase

conductors. In this case, the typical 110-cm (42-in) or less horizontal separation between conductors is insufficient to protect large birds. If grounded metal crossarm braces, grounded guying attachments, and uncovered grounding conductors are present, the avian electrocution risk may be further increased.

On corner poles, the center phase conductor can be attached to the top set of crossarms with additional insulators or

**FIGURE 5.22: Problem three-phase distribution corner configuration.**

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 12 of 101

with a non-conducting extension link to prevent contact by birds. An alternative to using an extension link may be to install a phase cover on the center phase (Figure 5.23). The extension link or phase cover should extend 91 cm (36 in) from the pole to the conductor. Bare jumper wires should be covered with a material designed for the purpose or replaced with covered conductors. In addition, all down guy-wires should have guy strain

**FIGURE 5.23: Solution for three-phase distribution corner configuration.**




insulators to prevent them from acting as grounds.

For new structures, corner poles can be constructed with lowered crossarms (i.e. 104 cm [41 in] from the pole top if using 2.4-m [8-ft] arms) that provide 150 cm (60 in) of phase-to-phase separation. Conventional corner poles can be constructed in the manner depicted in Figure 5.23. Other alternatives are the vertical designs shown in Figures 5.24



**FIGURE 5.24: Three-phase vertical corner configuration—overhead grounding conductor on pole top.**

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 14 of 101

and 5.25, which prevent simultaneous contact by birds. In Figure 24, the grounding conductor should be covered with a material appropriate for avian protection. Taller poles are usually required, but vertical avian-safe corner designs eliminate crossarms and unwieldy jumper wire arrangements. They can also accommodate overhead grounding conductors.

**FIGURE 5.25: Three-phase vertical corner configuration—neutral below phases.**



## STEEL/CONCRETE POLES

### Steel/Concrete Pole Construction Worldwide

Most distribution power poles in the United States are made of wood, a nonconductive material.[30] In contrast, steel and concrete poles are commonly used in distribution line construction in Europe and other parts of the world. In Western Europe, it is estimated over 90% of the distribution poles are metal with grounded metal crossarms (Janss and Ferrer 1999). On such configurations, electrocutions can occur from phase conductor to pole or phase conductor to metal crossarm, placing both large and small birds at risk (Bayle 1999; Negro 1999; Janss and Ferrer 1999). Accordingly, European electrocution mitigation methods differ from those of the United States because measures effective on wooden power poles have not solved electrocution problems on conductive poles (Janss and Ferrer 1999). However, covering conductors with a dielectric material appropriate for avian protection is typically more effective in preventing electrocutions than is perch management, regardless of whether the pole is wooden, steel, or concrete (Negro 1999). Covering conductors is the preferred method on new or retrofitted steel and concrete poles in Europe (Janss and Ferrer 1999).

Concrete poles, with their internal metal rebar support structure, pose similar electrocution risks to metal poles. Concrete poles also provide a pathway to ground, further increasing their electrocution risk, especially when wet or when fitted with conductive crossarms. The largest remaining black-tailed prairie dog (*Cynomys ludovicianus*) colony complex in North America is in northwestern Chihuahua, Mexico (Ceballos et al. 1993). This complex supports a high density of raptors and nearby power lines are constructed with reinforced concrete poles with steel crossarms. In 2000, 1,826 power poles were surveyed and 49 electrocuted birds were found, including Chihuahuan ravens (*Corvus cryptoleucus*), ferruginous hawks (*Buteo regalis*), red-tailed hawks (*B. jamaicensis*), prairie falcons (*Falco mexicanus*), American kestrels (*F. sparverius*), and golden eagles. The number of electrocutions led researchers to conclude that these poles represent a serious risk for wintering raptors (Cartron et al. 2000). The subsequent replacement of steel crossarms with wooden arms on over 200 poles in this area significantly reduced the electrocution risk of these structures (Cartron et al. 2005).

### Steel/Concrete Pole Construction in the United States

Historically, utilities in the United States have primarily used wood for distribution poles and crossarms. Accordingly, many avian retrofitting techniques today are designed for use on wood structures. Fiberglass, concrete, and steel poles are now being used more in distribution line construction for a variety of reasons. Sometimes non-wood poles are used because they are not susceptible to damage by woodpeckers. In some regions of the United States, woodpecker damage is the most significant cause of pole deterioration (Abbey et al. 1997). Steel poles and concrete poles are harder for animals such as squirrels, raccoons, and cats to climb. By keeping these animals off structures, utilities can help reduce outages. Non-wood poles may also be used because they are not susceptible to fungal, bacterial, or insect damage.

Distribution power lines constructed with steel or concrete poles using standard utility configurations can significantly reduce phase-to-ground separations. Fiberglass poles have a higher insulation resistance than steel, concrete, and wood poles.

Single-phase lines are usually constructed without crossarms and support a single energized phase conductor on a pole-top insulator.

---

[30] The insulation value of wood poles and crossarms is variable based on age, condition, contamination, and wetness.

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 16 of 101

Wood or fiberglass distribution structures, without pole-top grounds or pole-mounted equipment, generally provide adequate separation for birds (Figure 5.26).

When steel or concrete poles are used (Figure 5.27), a bird perched on the pole top can touch its body to the conductor while simultaneously contacting the grounded pole

**FIGURE 5.26. Typical single-phase distribution configuration on a wood or fiberglass pole.**

PHASE CONDUCTOR
22.9 cm (9 in)
INSULATOR PIN
NEUTRAL CONDUCTOR
GROUNDING CONDUCTOR
STEEL OR CONCRETE POLE
PROBLEM:
1. ELECTROCUTION HAZARD WHEN BIRD TOUCHES PHASE CONDUCTOR AND GROUNDED POLE OR HARDWARE SIMULTANEOUSLY.
Energized
Grounded

**FIGURE 5.27: Problem single-phase configuration on a steel or reinforced concrete pole.**

top or hardware with its feet, resulting in electrocution. One solution to this problem is to install a phase cover (Figure 5.28, Solution 1). Another solution is a two-step process: (1) place the phase conductor on an insulator installed on an extended fiberglass-reinforced pole-top pin to increase the separation between the phase conductor and the pole top, (2) install a pole cap to deter birds from perching on top of the pole (Figure 5.28, Solution 2). In tests with captive raptors at the Rocky Mountain Raptor Program, a pole cap's slick surface discouraged birds from perching (Harness 1998).

**FIGURE 5.28: Solutions for single-phase configuration on a steel or reinforced concrete pole.**

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 18 of 101

When steel or concrete poles are used for multi-phase structures, the critical separations for birds are both the phase-to-phase and the phase-to-pole (i.e., phase-to-ground) separation (Figure 5.29). Although the phase-to-phase issues are the same as encountered on wood poles, the phase-to-pole issue is not.

As on the single-phase structure (Figure 5.28, Solution 2), additional separation should be provided for the center pole-top phase conductor by placing it on an extended fiberglass reinforced pole-top pin and adding a pole cap to discourage perching. Additionally, wood or fiberglass crossarms should be used. Steel crossarms mounted on steel poles should be avoided because their minimal phase-to-ground separations make them extremely hazardous. Birds landing on grounded steel arms become grounded and need only touch one energized conductor or piece of hardware to be electrocuted.

The reduced phase-to-ground separations found on existing steel or concrete poles can be mitigated in several ways. One method is

**FIGURE 5.29: Problem three-phase configuration on a steel or reinforced concrete pole.**

to cover the pole from the crossarm to the pole top with a material designed for this purpose (Figure 5.30). This can be achieved by wrapping a band of 40-mil thermoplastic polymer membrane backed with a pressure-sensitive adhesive around the pole from the crossarm up to and including the top of the pole, or by spraying the same area with a protective coating that has sufficient dielectric strength. A utility performed a dielectric test of a thermoplastic wrap, and determined that a 46 x 167-cm (18 x 66-in) piece allows no appreciable current leakage at 35 kV for a three-minute duration. The thermoplastic wrap also can effectively increase phase-to-ground separations on narrow profile configurations.

As an alternative to wrapping the pole top, perch discouragers can be mounted on the crossarm to deter birds from perching on the crossarm (Figure 5.31). Crossarms fitted with perch discouragers are effective in reducing

**FIGURE 5.30: Solution for three-phase configuration on a steel or reinforced concrete pole using thermoplastic wrap.**



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 20 of 101

**FIGURE 5.31: Solution for three-phase configuration on a steel or reinforced concrete pole using perch discouragers.**

some but may not eliminate all avian mortality (Harness and Garrett 1999). Perch discouragers also may shift birds to other nearby poles that might not be any safer. For guidance on the use of perch discouragers from both biological and engineering perspectives, see page 17 and page 68.

Another suitable method for reducing avian electrocution risk is covering the outer two phase conductors to prevent phase-to-pole (i.e., phase-to-ground) contacts (Figure 5.32). On the center phase, a phase cover or a pole cap with extension pin should also be installed.

Another option is to suspend two of the energized conductors from the crossarm, instead of supporting them on the arm (Figure 5.33). Suspending the conductors allows birds to perch on the crossarm without con-

tacting energized conductors. A pole cap and extended fiberglass reinforced insulator pin should still be used to discourage perching on the pole top to prevent contact with the center phase. Suspending the insulators and conductors will also allow utilities to achieve 150-cm (60-in) separation with 1.8 or 2.4-m (6 or 8-ft) crossarms (as shown in Figure 5.33). If vertical construction is used with steel or reinforced concrete poles, phase covers should be installed on all three conductors.

Avian-safe separation can be achieved on steel and reinforced concrete dead-end or corner poles by installing fiberglass extension links or adding additional insulators between the primary dead-end suspension insulators and the pole. This solution is similar to those recommended for three-phase distribution dead-end and corner configurations using wooden poles and crossarms (Figures 5.16 and 5.23). Bare jumper wires are commonly used to connect incoming conductors to the



**FIGURE 5.32: Solution for three-phase configuration on a steel or reinforced concrete pole using phase covers.**








Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 22 of 101

**FIGURE 5.33: Three-phase configuration on a steel or reinforced concrete pole with suspended insulators.**

outgoing conductors, making the line turn or tapping off the main circuit. Covering the jumper wires with a material suitable for avian protection or replacing them with covered conductor will reduce electrocution risk.

### Problem Transmission Designs

Although transmission lines rarely electrocute birds, there are a few exceptions, particularly on lower voltage transmission lines (i.e., 60 kV or 69 kV).[31] The armless configuration, in which conductors are mounted on horizontal post insulators, commonly used for distribution lines (see Figures 5.20 and 5.21), may also be used for some transmission lines below 115 kV (Figure 5.34). In areas subject to high lightning levels, lightning protection may include an overhead static wire that must be grounded. On installations with wood poles, utilities, particularly in salt spray or other contaminated areas, may bond the bases of the post insulators to the grounding conductor to prevent pole fires. A bird perched on the insulator can be electrocuted if it comes in

[31] If distribution underbuild is present on a transmission structure, the recommendations shown previously for distribution configurations should be used to make the underbuild avian-safe.

contact with the energized conductor and either the grounded insulator base or the bonding conductor. From 1991 through 1993, more than 30 golden eagles were electrocuted along approximately 32 km (20 mi) of a 69-kV line with this configuration in central Wyoming (PacifiCorp, unpubl. data).

This configuration was once thought to be avian-safe because it was anticipated that birds would perch on the pole top rather than on the insulators. The 1996 edition of *Suggested Practices* recommended installing perch discouragers on the insulators to prevent electrocutions. However, because birds were still able to fit between the perch discourager and the conductor, the use of perch discouragers alone has been determined ineffective (PacifiCorp, unpubl. data).

**FIGURE 5.34: Problem 69-kV horizontal post insulator design.**

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 24 of 101

Utilities are testing different options (Figure 5.35) for reducing electrocution risk on horizontal post construction. These options include:

- Covering the insulator bases and bolts with cover-up material designed for this purpose.

Installing an insulated pole grounding conductor or covering the pole grounding conductor with appropriate cover-up material, or wood or plastic moldings. The grounding conductor should be covered at least 30.5 cm (12 in) below the lowest energized conductor.

**FIGURE 5.35. Solutions for 69-kV horizontal post insulator design.**

- Replacing 60-kV or 69-kV post insulators with longer insulators (i.e., 115 or 138 kV) to provide the necessary 150-cm (60-in) separation. Although this may be a costly retrofit option, it can be used for new construction.

The wishbone configuration (Figure 5.36) is commonly used for 34-kV to 69-kV lines. The distance from the top phase to the lower arm can be less than 1 m (3.3 ft), which presents an electrocution hazard when large birds such as eagles or waders touch their heads to the energized conductor while

**FIGURE 5.36: Problem wishbone design.**

perched on the grounding conductor or bonded hardware on the crossarm.

To prevent phase-to-ground contact on the wishbone design, the grounding conductor and bonded hardware should be covered. This can be accomplished by:

- installing a dielectric cover on the lower crossarm (Figure 5.37), and
- covering the grounding conductor with plastic or wood molding or plastic tubing. A covered ground wire may also be used. The grounding conductor should be



**FIGURE 5.37: Solution for the wishbone design.**




Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 27 of 101

covered at least 30.5 cm (12 in) below the lowest energized conductor. Bonded hardware on the lower crossarm should also be covered with a material appropriate for avian protection.

For new construction, a wishbone design that provides adequate separation for large birds can be used (Figure 5.38). An avian-safe suspension configuration (Figure 5.39) can also be used for new construction as an

**FIGURE 5.38: Avian-safe wishbone construction.**

BLM_0003720

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 28 of 101

alternative to the wishbone or horizontal post designs. This suspension configuration provides adequate separation between phases and accommodates perching on the davit arms. The ridge pin overhead-grounding conductor attachment may also be replaced with a side-mounted suspension arrangement so the pole top is also available for perching. Although this construction can reduce electrocutions, it may contribute to streamer problems from

FIGURE 5.39: Avian-safe suspension configuration.

birds perching on a davit arm and defecating on the conductor or insulator below.

Figure 5.40 depicts a 69-kV design with a steel bayonet added as a lightning rod. This rod is grounded and significantly reduces separation between energized hardware and itself. This configuration can pose a phase-to-ground electrocution risk for birds that attempt to land or perch on the crossarms. In one year, 69 raptor carcasses were recovered from under a line of this configuration in southern Idaho (Idaho Power Co., unpubl. data). If



**FIGURE 5.40: Problem design with grounded steel bayonet.**

 



**FIGURE 5.41: Solutions for design with grounded steel bayonet.**

this configuration is used for a distribution line, phase covers can be installed on all three phases to prevent electrocutions (Figure 5.41). If mitigating a transmission line of this configuration, the bayonet should be covered with a dielectric cover within 150 cm

(60 in) of the phase conductors. The grounding conductor should also be covered.

On the corner structure shown in Figure 5.42 (Problem 1), large birds may be electrocuted by making simultaneous contact with uncovered phase jumpers and the grounded




structure. A solution to this problem is to install horizontal post insulators to move the phase jumpers further from ground (Figure 5.43, Solution 1).

Raptor mortalities have occurred on double-circuit transmission tower designs with insufficient clearance for perching raptors from the grounded center crossarm brace (also called grounded tension member or wind brace) to the top phase (E. Colson, Colson and Associates, pers. comm. in APLIC 1996) (Figure 5.42, Problem 2). Electrocutions on this configuration may be remedied by covering grounded tension members with dielectric material (Figure 5.43, Solution 2). It may also be possible to replace the tension

**FIGURE 5.42: Problem transmission designs.**

member with a non-conducting material (e.g., fiberglass) that meets structural requirements.

Transmission lines may produce arcing, where current jumps, or arcs, from a conductor to a bird on the structure. Though the conductor separation on higher voltage lines is sufficient to avoid this, it can occur on the more closely spaced lower voltage transmission lines. To prevent bird-induced arcing on more closely spaced transmission lines, conductor separation should be increased from 152 cm (60 in) by 0.5 cm (0.2 in) for each kV over 60 kV (see Table 5.3).

**FIGURE 5.43: Solutions for transmission designs.**



**TABLE 5.3: Recommended conductor separation for transmission lines >60 kV.**

| kV | Horizontal Spacing | Vertical Spacing |
|---|---|---|
| 69 kV | 157 cm (62 in) | 106 cm (42 in) |
| 115 kV | 180 cm (71 in) | 130 cm (51 in) |
| 138 kV | 192 cm (76 in) | 141 cm (56 in) |

### Equipment Poles

## TRANSFORMERS AND OTHER EQUIPMENT

Equipment poles are poles that have transformers, capacitor banks, reclosers, regulators, disconnect switches, cutouts, arresters, or overhead-to-underground transitions (often referred to as *riser poles*). Equipment poles pose increased electrocution risks to birds of all sizes because of close separations between both phase-to-phase and phase-to-ground (Figures 5.44, 5.45).

**FIGURE 5.44: Problem three-phase transformer bank.**





Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 34 of 101

100 | CHAPTER 5

15 cm
(6 in)
PHASE
CONDUCTOR
BARE
JUMPERS
LIGHTNING
ARRESTER
FUSED
CUTOUT
EXPOSED
BUSHING
SINGLE-PHASE
TRANSFORMER
NEUTRAL
CONDUCTOR
GROUNDING
CONDUCTOR
PROBLEM:
ELECTROCUTION HAZARD WHEN BIRD
TOUCHES ENERGIZED JUMPERS OR
EQUIPMENT AND GROUNDED HARDWARE
OR GROUNDING CONDUCTOR
SIMULTANEOUSLY.
Energized
Grounded

**FIGURE 5.45: Problem single-phase transformer bank.**

If a line is located in an area of high lightning activity, some utilities may install an overhead (grounded) static wire, requiring the installation of a grounding conductor all the way to the top of some or all structures. To assure the safety of line personnel and the general public, the NESC requires that all electrical equipment such as transformers, switches, lightning arresters, etc., must also be grounded. This grounding usually reduces the separation between energized and grounded parts of the system.

In a review of raptor electrocutions from 58 utilities in the western United States between 1986 and 1996, more than half were associated with transformers (Harness and Wilson 2001). Fifty-three percent of confirmed electrocutions (*n*=421) were associated with transformers, yet only one-quarter of the poles in these areas were transformer poles. Single or three-phase transformer banks were associated with 41% of eagle mortalities (*n*=748), 59% of hawk mortalities (*n*=278), and 52% of owl mortalities (*n*=344). In Utah and Wyoming, poles with exposed equipment accounted for only 32% of all structures surveyed (*n*=74,020), yet 53% of poles with mortalities (*n*=457) had exposed equipment (Liguori and Burruss 2003). In particular, transformers were present on 16% of structures surveyed, yet were found on 36% of poles with mortalities. Small birds (including starlings, magpies, and songbirds), ravens, and owls were more frequently electrocuted at poles with transformers or other equipment than at poles without equipment.

Utilities should be sure to address electrocution risk on the entire pole when retrofitting or designing equipment poles. Electrocution risk on new or retrofitted equipment poles can be reduced by using a variety of cover-up materials including covered conductors, moldings, covered jumper wires, arrester covers, bushing covers, cutout covers, phase covers, and other covers to prevent birds from making simultaneous contact between grounded and energized conductors or hardware (Figures 5.46, 5.47). See the *Precautions* section (below) for a discussion of cover-up materials. When lightning arresters are installed on a wooden crossarm in combination with fused cutouts, the arrester ground wire is normally attached beneath the arm connecting the base

BLM_0003727

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 35 of 101

Suggested Practices: Power Line Design and Avian Safety | 101

of the arresters to ground without bonding or contacting the arrester brackets.

The use of perch discouragers alone on or near equipment poles is not recommended, as perch discouragers may deter birds from landing on the crossarm, leaving equipment arms or transformers as perching alternatives. However, perch discouragers may be used if an alternative perch is provided and exposed equipment is covered with appropriate avian protection devices.

PHASE CONDUCTOR
ADD INSULATED EXTENSION LINK
2.4 m (8 ft) CROSSARM
20.3 cm (8 in)
COVERED JUMPER
COVERED LIGHTNING ARRESTER
120 cm (48 in)
LIGHTNING ARRESTER
FUSED CUTOUT
COVERED JUMPERS
ARRESTER GROUND ATTACHED BENEATH CROSSARM
COVERED FUSED CUTOUT
BUSHING COVERS
LOW VOLTAGE
LOW VOLTAGE
THREE–PHASE TRANSFORMER BANK
NEUTRAL CONDUCTOR
GROUNDING CONDUCTOR COVER
GROUNDING CONDUCTOR
SOLUTIONS:
1. COVER ENERGIZED JUMPERS, EQUIPMENT BUSHINGS, CUTOUTS AND ARRESTERS.
2. COVER GROUNDING CONDUCTOR FROM HIGHEST ENERGIZED PHASE TO 30.5 cm (12 in) BELOW LOWEST ENERGIZED EQUIPMENT.
3. ADD INSULATED EXTENSION LINKS (FOR DEAD–ENDS)
Energized
Grounded

**FIGURE 5.46: Solution for three-phase transformer bank.**

BLM_0003728



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 36 of 101

PHASE CONDUCTOR
15 cm (6 in)
COVERED JUMPERS
FUSED CUTOUT COVER
ARRESTER COVER
COVERED JUMPERS
FIBERGLASS BRACKET
BUSHING COVER
SINGLE-PHASE TRANSFORMER
GROUNDING CONDUCTOR COVER
NEUTRAL CONDUCTOR
GROUNDING CONDUCTOR
SOLUTIONS:
1. COVER ENERGIZED JUMPERS, EQUIPMENT BUSHING, CUTOUT AND ARRESTER.
2. COVER GROUNDING CONDUCTOR FROM HIGHEST ENERGIZED PHASE TO 30.5 CM (12 IN) BELOW LOWEST ENERGIZED EQUIPMENT.
3. A FIBERGLASS BRACKET IS SHOWN BUT OTHER BRACKETS (WOOD OR STEEL) COULD BE USED PROVIDED THAT THERE IS NOT A RISK OF PHASE-TO-GROUND CONTACT BY BIRDS. BONDING AND GROUNDING OF BRACKET WILL VARY WITH UTILITY.
Energized
Grounded

**FIGURE 5.47: Solution for single-phase transformer bank.**

## PRECAUTIONS 

When using cover-up products on equipment, a utility should be aware of several important points. First, these products are intended only for wildlife protection; **they are not intended for human protection**. Second, there are currently no standard protocols for testing such products (see page 51 for further information on testing). Utilities are advised to evaluate the products that they select for durability, effectiveness, ease of installation, etc. Finally, wildlife protection products may not be effective or can cause problems if installed improperly. Bushing covers and arrester covers should fit between the first and second skirts of the bushing or arrester. Likewise, phase covers should sit on the top skirt of the insulator and not extend to the crossarm. If covers are pushed down too far, they can cause tracking, outages, or fires. Cutout covers should also be evaluated to ensure that they will not interfere with the operation of the cutouts or the use of a load-break tool. Coverings on jumper wires should cover the entire jumper, because exposed gaps can pose an electrocution risk. See the APLIC website (www.aplic.org) for a current list of avian protection product manufacturers.

## SWITCHES

Many types of switches are used to isolate circuits or redirect current for the operation and maintenance of a distribution system. Several examples are shown in Figures 5.48, 5.49, and 5.50. Because of the close separation, it may be difficult to mitigate electrocutions on switch poles. Efforts can be made to either provide birds with safe perch sites on adjacent poles or to make switch poles less hazardous to birds. The installation of unprotected switch poles is discouraged in raptor use areas due to the electrocution risk and difficulty of making these poles avian-safe. Where switches are installed, offset or staggered vertical switch configurations with an



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 37 of 101

**FIGURE 5.48: Pole-mounted switches.**

alternate perch above the top switch may provide a safer perching site (see Figure 5.49). Separation is key to making these structures safer for birds. Coverings designed for the purpose should be used on as many of the energized components as possible. Using fiberglass arms for switches may also help reduce electrocutions.



104 | CHAPTER 5

OVERHEAD GROUNDING CONDUCTOR
1.8 m
(6 ft) MIN
91 cm
(36 in)
61 cm
(24 in)
130 cm
(50 in)
SWITCHES
91 cm
(36 in)
120 cm
(48 in)
150 cm
(60 in)
3 m (10 ft)
CROSSARM
100 cm
(40 in)
GROUNDING CONDUCTOR
BIRD PERCH
SWITCHES
15 cm
(6 in)
15 cm
(6 in)
13 cm
(5 in)
110 cm
(42 in)
110 cm
(42 in)
48 cm
(19 in)
120 cm
(48 in)
100 cm
(40 in)
15 cm
(6 in)
STAGGERED CONFIGURATIONS
Energized
Grounded

**FIGURE 5.49: Pole-mounted switches.**

BLM_0003731

**FIGURE 5.50: Pole-mounted switches.**

## SUBSTATION MODIFICATION AND DESIGN

Substations are transitional points in the transmission and distribution system. While raptor electrocutions at substations are uncommon, smaller birds such as songbirds and corvids may perch, roost, or nest in substations, causing electrocution and outage risks. Numerous bird species have caused substation outages, including great horned owl (*Bubo virginianus*), American kestrel, black-billed magpie (*Pica hudsonia*), European starling

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 40 of 101

(*Sturnus vulgaris*), golden eagle, and monk parakeet (*Myiopsitta monachus*) (PacifiCorp, unpubl. data; Florida Power and Light, unpubl. data). Over an 18-month period, 18 bird-caused outages were documented in substations in six western states, which affected over 50,000 customers (PacifiCorp, unpubl. data).

Over the years, numerous techniques have been used to prevent bird and animal contacts in substations. Such techniques include habitat modification, physical barriers, auditory, visual, olfactory, and pyrotechnic discouragers, and physically removing animals. Many of these practices have had limited success, or are cost-prohibitive or impractical. The most effective method for preventing bird contacts in substations employs the practices used for distribution and transmission structures, "insulate" or isolate (see page 59). For new substations, a combination of framing and covering can prevent contacts by birds and other animals. For existing substations, cover-up materials designed for the purpose can be installed to make substations avian-safe.

## SUMMARY

Power line structures can present electrocution hazards to birds when less than adequate separation exists between energized conductors or between energized conductors/hardware and grounded conductors/hardware. This document recommends 150-cm (60-in) separation for eagles. Other separations may be used based upon the species impacted. Avian-safe facilities can be provided by one or more of the following:

- increasing separations to achieve adequate separation for the species involved
- covering energized parts and/or covering grounded parts with materials appropriate for providing incidental contact protection to birds
- applying perch management techniques.

A utility's Avian Protection Plan (see Chapter 7) should identify new construction designs, retrofitting options, approved avian protection devices, proper installation techniques, and other procedures related to avian protection.

CHAPTER 6

# Perching, Roosting, and Nesting of Birds on Power Line Structures

**IN THIS CHAPTER**

 Avian Use of Power Lines  Nest Management  Reliability Concerns

This chapter examines how birds use power line structures. It considers the advantages and disadvantages that utility structures present to birds as well as the effects birds have on power reliability.

Power line structures provide perching, roosting, and nesting substrates for some avian species. This is particularly true of raptors that inhabit open areas where natural substrates are limited. Nest management, including platforms installed on or near power structures, can provide nesting sites for several protected species while minimizing the risks of electrocution, equipment damage, or outages. Nest management might also include the control of the monk parakeet (*Myiopsitta monachus*), a species introduced from South America, which constructs large, communal nests, often on power line structures, causing significant reliability problems.

## AVIAN USE OF POWER LINES

### RAPTORS

#### Perching

Power line structures in relatively treeless areas have made millions of kilometers of suitable habitat available to perch-hunting raptors (Olendoff et al. 1980). Power poles offer raptors an expansive view of the surrounding terrain while they inconspicuously watch for prey below (see Figure 4.9). Perch-hunting also allows raptors to conserve energy by minimizing flight activity (Figure 6.1). Ospreys (*Pandion haliaetus*) readily perch-hunt from power poles that have been placed near treeless wetlands or other water bodies.

**FIGURE 6.1: Peregrine falcon with prey on distribution pole.**

© SHERRY AND JERRY LIGUORI

There is a strong association between raptor activity and utility rights-of-way (Williams and Colson 1989). Following the 1974 construction of a 230-kV transmission line in Colorado, raptor density near the line increased from 4 to 13 raptors per square kilometer ($km^2$) (10 to 34 per square mile [$mi^2$]) to 21 to 32 raptors/$km^2$ (54 to 83/$mi^2$) after construction (Stahlecker 1978).

Although transmission towers comprised only 1.5% of available perches in this area, 81% of raptors seen during surveys used them as perches. Rough-legged hawks (*Buteo lagopus*), golden eagles (*Aquila chrysaetos*), and prairie falcons (*Falco mexicanus*) used towers more than any of the other available perches (e.g., distribution poles, fence posts, trees, windmills, etc.). Craig (1978) noted that almost 78% of all raptors perched along a 187-km (116-mi) survey route in Idaho were perched on power poles or wires. During a three-year study in southern New Mexico, Kimsey and Conley (1988) found that open terrain traversed by transmission towers received more use by raptors than similar areas without towers. In Wyoming, golden eagles and other raptors perched on distribution poles during winter to exploit a locally abundant food source (Harness and Garrett 1999).

### Roosting

Raptors also use power line structures for roosting. Roosts may be selected for protection from predators and inclement weather, or for their proximity to food sources. Raptors that nest on utility structures often use those nests as nocturnal roosts as well. They can roost singly (e.g., osprey or buteos), or communally (e.g., Harris' hawks [*Parabuteo unicinctus*] or wintering bald eagles [*Haliaeetus leucocephalus*]). When perched side-by-side, birds can span the distance between phases or phase and ground, which increases the risk of an electrocution as well as an outage. Excrement from multiple birds can also create outage risks by contaminating equipment.

Craig and Craig (1984) found that golden eagles wintering in Idaho often roosted communally on several types of power line structures. These structures allowed eagles to exploit local populations of jackrabbits, and provided shelter from inclement weather. Eagles and hawks may use the lower portions of transmission towers, which provide some degree of cover for night roosting in barren areas (Smith 1985). In Spain, transmission substations serve as summer roost sites for congregations of lesser kestrels (*Falco naumanni*). These sites may play an important role in the conservation of this declining species (Arevalo et al. 2004).

### Nesting

Casual observation attests, and many studies have documented, that raptors nest on distribution and transmission structures (see Table 6.1). Although most species that nest on power line structures inhabit open, arid areas, one notable exception is the osprey (Figure 6.2). Ospreys use utility structures for nesting more than any other North American raptor. They typically select poles that are located near or over waters where fish are abundant. To protect ospreys and the power system, nest platforms have been installed on or near transmission towers and distribution poles so nest material and excrement will not contaminate lines. In addition, power poles that are left standing when lines are decommissioned can provide both nest and perch sites. During an 11-year period in Michigan, an average of 55% of the osprey platforms available were occupied (Postupalsky 1978). On Lake Huron in Canada, 82% of artificial platforms were occupied within one year of installation (Ewins 1996). In 1995, nearly 46% of osprey nests studied in Finland ($n$=951) were located on artificial structures and, in southern Finland, up to 90% of occupied nests ($n$=79) were on artificial platforms (Saurola 1997).

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 43 of 101

**TABLE 6.1: Accounts of raptor species nesting on transmission structures (T), distribution poles (D), and substations (S).***

| Species | Reference |
|---|---|
| African hawk-eagle *(Hieraaetus faciatus)* | Tarboton and Allan 1984 (T); Allan 1988 (T) |
| American kestrel *(Falco sparverius)* | Illinois Power Company 1972 (T); Blue 1996 (P); Georgia Power Company, unpubl. data (T) |
| Aplomado falcon *(Falco femoralis)* | The Peregrine Fund 1995 (T); D. Bouchard, pers. comm. (T) |
| Bald eagle *(Haliaeetus leucocephalus)* | Keran 1986 (T); Bohm 1988 (T); Hanson 1988 (T); Marion et al. 1992 (T); J. Swan, pers. comm. (T) |
| Black-breasted snake eagle *(Circaetus gallicus)* | Brown and Lawson 1989 (T) |
| Black eagle *(Aquila verreauxii)* | Boshoff and Fabricus 1986 (T); Ledger et al. 1987 (T); Jenkins et al. 2005 (T) |
| Brown snake eagle *(Circaetus cinereus)* | Brown and Lawson 1989 (T) |
| Crested caracara *(Caracara cheriway)* | J. Lindsay, pers. comm. (S) |
| Eurasian kestrel *(Falco tinnunculus)* | Boshoff et al. 1983 (T) |
| Ferruginous hawk *(Buteo regalis)* | Nelson and Nelson 1976 (T); Gilbertson 1982 (T); Gilmer and Stewart 1983 (T); Gaines 1985 (T); Bridges and McConnon 1987 (T); Electric Power Research Institute 1988 (T); Fitzner and Newell 1989 (T); Steenhof et al. 1993 (T); Olendorff 1993a (T); Bechard and Schmutz 1995 (P); Blue 1996 (T); Erickson et al. 2004 (T) |
| Golden eagle *(Aquila chrysaetos)* | Anderson 1975 (T); Nelson and Nelson 1976 (T); Herron et al. 1980 (T); Electric Power Research Institute 1988 (T); Steenhof et al. 1993 (T); Blue 1996 (P); Kochert et al. 2002 (T); PacifiCorp, unpubl. data (S, T) |
| Great horned owl *(Bubo virginianus)* | Gilmer and Wiehe 1977 (T); Steenhof et al. 1993 (T); Blue 1996 (P); PacifiCorp, unpubl. data (D, S) |
| Greater kestrel *(Falco rupicoloides)* | Kemp 1984 (T); Hartley et al. 1996 (P) |
| Harris' hawk *(Parabuteo unicinctus)* | Ellis et al. 1978 (D); Whaley 1986 (T); Bednarz 1995 (T); Blue 1996 (P) |
| Lanner falcon *(Falco biarmicus)* | Tarboton and Allan 1984 (T); Hartley et al. 1996 (P) |
| Martial eagle *(Polemaetus bellicosus)* | Dean 1975 (T); Boshoff and Fabricus 1986 (T); Hobbs and Ledger 1986 (T); Boshoff 1993 (T); Jenkins et al. 2005 (T) |
| Mountain caracara *(Phalcoboenus megalopterus)* | White and Boyce 1987 (P) |

* *Note that some studies refer only to nesting on power line structures (P).*

*Continued*

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 44 of 101

**TABLE 6.1: Accounts of raptor species nesting on transmission structures (T), distribution poles (D), and substations (S).* (cont.)**

| Species | Reference |
|---|---|
| Osprey *(Pandion haliaetus)* | Melquist 1974 (D); Detrich 1978 (T); Henny et al. 1978 (T, D); Prevost et al. 1978 (T); Henny and Anderson 1979 (D); van Daele et al. 1980 (D); Jamieson et al. 1982 (D); Austin-Smith and Rhodenizer 1983 (T); Fulton 1984 (T); Keran 1986 (T); Hanson 1988 (T); Vanderburgh 1993 (D); Blue 1996 (P); Ewins 1996 (T, D); Henny and Kaiser 1996 (T, D); Meyburg et al. 1996 (P); Poole et al. 2002 (P); Henny et al. 2003 (T, D); Henny and Anderson 2004 (D) |
| Pale chanting goshawk *(Melierax canorus)* | Brown and Lawson 1989 (T) |
| Peregrine falcon *(Falco peregrinus)* | Bunnell et al. 1997 (T); White et al. 2002 (T); PacifiCorp, unpubl. data (T) |
| Prairie falcon *(Falco mexicanus)* | Roppe et al. 1989 (T); Blue 1996 (P); Bunnell et al. 1997 (T) |
| Red-tailed hawk *(Buteo jamaicensis)* | Nelson and Nelson 1976 (T); Ellis et al. 1978 (T); Fitzner 1980a (T); Gilbertson 1982 (T); Brett 1987 (T); Electric Power Research Institute 1988 (T); Fitzner and Newell 1989 (T); Steenhof et al. 1993 (T); Knight and Kawashima 1993 (P); Blue 1996 (T); Stout et al. 1996 (D); Brubaker et al. 2003 (P) |
| Rough-legged hawk *(Buteo lagopus)* | Bechard and Swen 2002 (P) |
| Swainson's hawk *(Buteo swainsoni)* | Olendorff and Stoddart 1974 (D); Fitzner 1978 (D); Fitzner and Newell 1989 (T); Blue 1996 (P); England et al. 1997 (P, T) |
| Tawny eagle *(Aquila rapax)* | Dean 1975 (T); Tarboton and Allan 1984 (T); Jenkins et al. 2005 (T) |
| White-backed vulture *(Gyps africanus)* | Ledger and Hobbs 1985 (T) |
| Zone-tailed hawk *(Buteo albonotatus)* | Blue 1996 (P) |

** Note that some studies refer only to nesting on power line structures (P).*

Nest location on a power structure can vary by species and structure type. On natural substrates, ospreys typically nest on the flat tops of dead trees and broken tops of live trees. Likewise, on power structures, ospreys prefer the upper portions of transmission towers or the tops of distribution poles. Red-tailed, Swainson's (*Buteo swainsoni*), and ferruginous hawks (*B. regalis*) generally prefer nest heights that are relatively high, moderate, and low, respectively. Tower sections where steel latticework is relatively dense are generally preferred, as this provides more support for nests (Figure 6.3). The configuration of two poles supporting four paired sets of crossarms was most often used by raptors in New Mexico (Brubaker et al. 2003). Double dead-end and dead-end distribution poles (see Figures 5.15, 5.16, 6.2, 6.23, 6.24, 6.25, and 6.26 for examples) are the distribution configurations most commonly used by osprey and some other raptors throughout North America.

Steenhof et al. (1993) reported an 89% success rate for ferruginous hawk nests on



FIGURE 6.2: Osprey nest on double crossarm of non-energized pole.

© PACIFICORP

FIGURE 6.3: Red-tailed hawk nest on steel lattice transmission tower.

© SHERRY AND JERRY LIGUORI

platforms ($n$=19), which was higher than nesting success on cliffs (58%, $n$=38) or other natural substrates (20%, $n$=5). Likewise, ferruginous hawk nesting success was higher on artificial platforms in Wyoming than on natural substrates (Tigner et al. 1996). Bechard and Schmutz (1995) stated that nesting platforms could be beneficial for ferruginous hawks, especially in previously occupied habitats where the number of natural nest sites is in decline. They recommend spacing nest platforms out-of-sight of other buteo nests.

Nest platforms for bald eagles provide support for weak or collapsed nests, attract birds searching for a breeding site, encourage the reuse of historic sites, and support nests moved from areas of pending human activity or development (Postupalsky 1978; Hunter et al. 1997). In Florida an increased number of bald eagle nests on man-made structures has been reported. In 2003, there were 24 bald eagle nests on man-made structures with

46% on transmission towers (J. Swan, pers. comm.). In 2004 and 2005, the number of nests on towers increased due to the loss of nesting trees to hurricanes in 2004 (S. Nesbitt, pers. comm.).

## ADVANTAGES TO RAPTORS NESTING ON UTILITY STRUCTURES

Utility structures can provide nesting substrates in habitats where natural sites are scarce, facilitate the range expansion of some species, increase the local density of some species, and offer some protection from the elements. In addition, some raptors have increased their nest success and productivity on power line structures.

In New Mexico, decommissioned telephone poles and energized electrical poles were used by nesting raptors (Brubaker et al. 2003). Thirty-two of 338 poles were used by nesting raptors, including 27 pairs of Swainson's hawks, 3 pairs of red-tailed hawks, and 2 pairs of great horned owls (*Bubo virginianus*). In Wisconsin, red-tailed hawks nested on artificial structures, including transmission towers, as the availability of natural nest sites declined in human-altered landscapes (Stout et al. 1996). New 230-kV and 500-kV lines on the Hanford Reservation in Washington were monitored between 1979 and 1988 (Fitzner and Newell 1989). After construction of the lines in 1979, only one red-tailed hawk nest appeared on these structures. By 1988, 19 Swainson's, ferruginous, and red-tailed hawks' nests were found on the structures. Red-tailed hawks and common ravens (*Corvus corax*) in southern California nested on utility structures in greater numbers than expected based on the availability of potential nest substrates (Knight and Kawashima 1993). In 1980 and 1981, the PacifiCorp Malin-to-Midpoint 500-kV transmission line was constructed across eastern Oregon and southern Idaho (Steenhof et al. 1993). In cooperation with the BLM, PacifiCorp installed 37 nesting platforms designed by Morley Nelson (Figure 6.4) (Nelson and Nelson 1976; Olendorff et al. 1981; Nelson 1982). Within one year, raptors and ravens began nesting on these platforms. Although only 2% of the towers had platforms, 72% ($n$=29) of the golden eagle and 48% ($n$=52) of the ferruginous hawk nesting attempts were made on the artificial platforms. Nineteen (51%) of the platforms were used at least once. Steenhof et al. (1993) suggested that the needs of nesting raptors should be considered and assistance encouraged during the construction of transmission lines, especially when the line traverses treeless habitat and the disturbance of a sensitive prey species is not an issue.

The construction of artificial nesting platforms, including those on power poles, has contributed to the ospreys' population growth and range expansion in North America (Houston and Scott 2001; Henny and Anderson 2004). Although the number of ospreys nesting on natural substrates remained constant in the Willamette Valley, Oregon, from the 1970s to 1990s, the number of active nests on power line structures increased from 1 in 1977 to 66 in 1993 (Henny and Kaiser 1996). In 2001, 234 osprey pairs were nesting in this area, with 74% of the nests located on power poles or platforms erected by electric utilities (Henny et al. 2003).

Power line structures may also help local raptor populations increase (Olendorff et al. 1981). Within ten years after construction of a 500-kV transmission line across eastern Oregon and southern Idaho, 53 pairs of raptors and ravens nested on line structures while their nesting densities on nearby natural substrates remained at pre-construction levels (Steenhof et al. 1993). In South Africa as well, raptor nests are not removed unless they pose a threat to the power supply. Consequently, many raptor species regularly nest on transmission towers (Ledger et al. 1993).



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 47 of 101

**FIGURE 6.4: The Morley Nelson raptor nest platform.**

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 48 of 101

Transmission towers may afford nesting raptors some protection from the elements. Beams and cross-braces provide shade and windbreaks for nesting birds (Anderson 1975). Compared to cliffs, towers allow more air circulation and lower heat absorption. Raptors nesting on transmission towers are also more protected from range fires (Steenhof et al. 1993).

Some studies have documented greater nest productivity on artificial nesting substrates than on natural substrates (van Daele et al. 1980; Gaines 1985; Olendorff 1993a). Martial eagles *(Polemaetus bellicosus)* in southern Africa had higher breeding success on electrical transmission towers than elsewhere (Boshoff 1993). Ospreys using artificial sites in Germany produced more young than those nesting in trees (Meyburg et al. 1996). Similar rates of raptor nest success have been found between natural and man-made substrates in the Canadian Great Basin and in southern Wisconsin (Ewins 1996; Stout et al. 1996). Improved productivity on poles, towers and other artificial structures can usually be attributed to nest stability and protection from mammalian predators.

## DISADVANTAGES TO RAPTORS NESTING ON UTILITY STRUCTURES

Raptors that nest on power poles face disadvantages that include: increased risk of electrocution and collision, susceptibility to nest damage from wind and weather, disturbance from line maintenance or construction, and vulnerability to shooting. Raptors nesting on power line structures may also impact some prey species and can reduce power reliability by contaminating equipment with excrement or nesting material (see Reliability Concerns). Another possible disadvantage is that raptors, specifically ospreys, reared from power pole nests may only select power poles as nest substrates when they nest as adults (Henny and Kaiser 1996).

Raptors nesting on utility structures have an increased electrocution risk if nearby poles are not avian-safe (see Chapter 5). Entanglement in wires and other utility hardware can also occur (Olendorff et al. 1981). In the United States, raptor collisions with power lines do occur, but not as frequently as electrocutions (Oldendorff and Lehman 1986; Kochert and Olendorff 1999). Although raptors may become familiar with power lines in their breeding territory, repeated flights across power lines increases the risk of collision, especially in bad weather or in the pursuit of prey (Manosa and Real 2001). In Europe, transmission lines near nests were associated with high turnover rates of breeding Bonelli's eagles *(Hieraaetus fasciatus)*. Collisions with power lines were the suspected cause (Manosa and Real 2001).

The dense latticework of transmission towers offer some protection from the elements, but relatively open distribution poles do not. Consequently, nests on distribution poles are more often damaged or destroyed by strong winds (Gilmer and Wiehe 1977; Postovit and Postovit 1987). Raised edges on nesting platforms can help stabilize and protect nests during high winds. Destruction of nests by wind was a common cause of nest failures (14%) on transmission towers in Idaho. Poles with artificial platforms afforded more protection from wind than poles without platforms (Steenhof et al. 1993). A bald eagle nest on an H-frame structure in Florida repeatedly fell during windstorms until an artificial platform was erected to support it (Marion et al. 1992).

Although short-lived, the activity and alteration of surrounding habitat that occurs during power-line construction can disturb raptors. Maintenance operations may also temporarily disrupt normal bird nesting, hunting and roosting behavior (Williams and Colson 1989).

Indiscriminate shooting of raptors may

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 49 of 101

be higher along power lines than at natural nest sites because poles are often highly visible and close to access roads (Williams and Colson 1989).

The addition of artificial raptor nests can have negative impacts on others animals (Fitzner 1980a). For example, burrowing owls *(Athene cunicularia)*, which are preyed upon by larger raptors, can be more susceptible to predation if nest platforms are erected in their territories. The introduction of great horned owls into an area via nest platforms can threaten nestlings of diurnal raptors.

## OTHER BIRDS

### Perching

Many other bird species use distribution poles, transmission towers, and conductors for perching, particularly where suitable foraging or nesting habitat is nearby (e.g., Yahner et al. 2002). As they do for raptors, power line structures provide a view of the surroundings, and facilitate hunting. From these perches, kingfishers pursue fish in lakes or streams and shrikes seek their prey along power line corridors (Figure 6.5). Utility structures, especially conductors, are commonly used as perches by flocking birds, such as blackbirds, swallows, and European starlings *(Sturnus vulgaris)*.

### Roosting

Species such as cormorants, vultures, ravens, and crows use power line structures for roosting. Poorly adapted to cold environments, vultures often seek roosts that are protected from harsh weather. Cape Griffons, or Cape vultures *(Gyps coprotheres)* and, to a lesser extent, white-backed vultures *(Gyps africanus)*, roost in large numbers on transmission towers in southern Africa (Ledger and Hobbs 1999). Likewise, turkey vultures *(Cathartes aura)* and black vultures *(Coragyps atratus)* use transmission towers for roosting in North America.

**FIGURE 6.5: Loggerhead shrike *(Lanius ludovicianus)* perched on conductor.**

© SHERRY AND JERRY LIGUORI

Some corvid species roost communally or congregate on power line structures. Engel et al. (1992b) documented the largest known communal roost of common ravens in the world. There were as many as 2,103 ravens on adjoining 500-kV transmission towers in southwestern Idaho. The towers appeared to present an attractive alternative to natural roost sites by offering increased safety from predators and close proximity to food sources.

### Nesting

A number of non-raptor species also nest on utility structures. Transmission tower latticework can provide suitable nesting substrate for ravens, herons, cormorants and other large birds. Distribution poles are used by smaller birds that build their nests on support brackets, transformers, or capacitors. Table 6.2 presents a list of non-raptor species that have nested on power line structures. This list is not comprehensive, but it illustrates the variety of species attracted to utility structures.

Birds that build stick nests may find areas on transmission and distribution structures suitable for nesting sites. In Europe, the white stork *(Ciconia ciconia)* commonly nests on distribution and transmission towers (Janss 1998). Double-crested cormorants *(Phalacrocorax auritus)* and great blue herons *(Ardea herodias)* nest on steel-lattice transmission towers along the Great Salt Lake in Utah (PacifiCorp,

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 50 of 101

**TABLE 6.2: Examples of non-raptor species nesting on power line structures.***

| Species | Source |
|---|---|
| Double-crested cormorant *(Phalacrocorax auritus)* | PacifiCorp (unpubl. data) |
| Great blue heron *(Ardea herodias)* | PacifiCorp (unpubl. data) |
| Hadeda ibis *(Bostrychia hagedash)* | C.S. van Rooyen (pers. comm.) |
| White stork *(Ciconia ciconia)* | Janss 1998 |
| Egyptian goose *(Alopochen aegyptiaca)* | C.S. van Rooyen (pers. comm.) |
| Canada goose *(Branta canadensis)* | J. Burruss (pers. comm.) |
| Monk parakeet *(Myiopsitta monachus)* | J. Lindsay (pers. comm.) |
| Eastern kingbird *(Tyrannus tyrannus)* | The Maryland Ornithological Society (http://www.mdbirds.org/atlas/spnotes.html) |
| Western kingbird *(T. verticalis)* | M. Fiedler (pers. comm.); PacifiCorp (unpubl. data) |
| Scissor-tailed flycatcher *(T. forficatus)* | Georgia Ornithological Society (http://www.gos.org/rbas/ga2000/2000-05.html) |
| Pied crow *(Corvus albus)* | C.S. van Rooyen (pers. comm.) |
| Cape crow *(C. capensis)* | C.S. van Rooyen (pers. comm.) |
| Common raven *(C. corax)* | Knight and Kawashima 1993; Steenhof et al. 1993 |
| Chihuahuan raven *(C. cryptoleucus)* | Bednarz and Raitt 2002; Brubaker et al. 2003 |
| Sociable weaver *(Philetairus socius)* | C.S. van Rooyen (pers. comm.) |

* *This table includes species that have constructed nests or used existing nests on poles, not those which may nest in cavities within poles, i.e. woodpeckers, chickadees, etc.*

unpubl. data). In the western United States, Canada geese *(Branta canadensis)* have nested on platforms erected for raptors (J. Burruss, pers. comm.).

Common ravens often nest on utility structures (Figure 6.6). Within ten years of the construction of a 500-kV transmission line across Oregon and Idaho, 81 pairs of common ravens nested on the transmission structures (Steenhof et al. 1993). Their success was similar to or greater than nest success in natural substrates. In New Mexico, ravens preferred to nest on the configuration with two poles supporting four paired sets of crossarms (Brubaker et al. 2003).

**FIGURE 6.6: Common raven nest on distribution underbuild of transmission structure.**

© SHERRY AND JERRY LIGUORI

**FIGURE 6.7: Western kingbird nest (see highlighted area) on transformer.**

© SHERRY AND JERRY LIGUORI

Throughout a 45,000-km$^2$ (17,375-mi$^2$) area of the Mojave Desert in southern California, 26 pairs of common ravens used power line structures for nesting. There were more nests than expected based on the availability of natural nest substrates




Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 51 of 101

(Knight and Kawashima 1993).

Some species exhibit preferences for nest location on a structure. For example, 98% of raven nests ($n$=408) were found on the uppermost portion of towers (Steenhof et al. 1993). Western kingbirds often nest on transformer brackets, riser poles, switches, and transmission structures (Figure 6.7) (M. Fiedler, pers. comm.; PacifiCorp, unpubl. data).

The use of non-raptor nests by raptors on power line structures has been reported. For example, prairie falcons have been documented using common raven nests (DeLong and Steenhof 2004), and a pair of peregrine falcons (*Falco peregrinus*) occupied a common raven nest on a transmission tower along the Great Salt Lake, Utah (J. Burruss, pers. comm.). In south Texas, a pair of aplomado falcons (*Falco femoralis*) used a common raven nest on an H-frame, 138-kV tower (D. Bouchard, pers. obs.). Although the nest was destroyed by wind, a platform was installed in the same place and was also successful.

## MONK PARAKEETS

Though native to South America, monk parakeets were brought to the United States in the late 1960s as pets. Escaped birds have adapted well and established populations from Florida to New York, Texas to Oregon, and in parts of southern Canada. Populations in some states have grown exponentially in the last 10 to 15 years (Pruett-Jones et al. 2005). Monk parakeets build bulky stick nests on trees, power poles, and substations (Spreyer and Bucher 1998; Newman et al. 2004). The number of nests can range from several on distribution or transmission poles to more than 50 in a single substation (Figures 6.8, 6.9). Since monk parakeets are colonial breeders, the size

**FIGURE 6.8: Monk parakeet nests on transmission tower.**

© FLORIDA POWER AND LIGHT

**FIGURE 6.9: Monk parakeet nest on distribution pole.**

© J M NEWMAN

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 52 of 101

of their nests can increase each year and may reach several meters in diameter. Examination of the monk parakeet's annual nesting patterns in south Florida suggests an increasing preference for both power line structures and substations (Newman et al., in press).

Monk parakeet nest site selection on power line structures in Florida is quite predictable, and they show similar behavior in other states as well (Newman et al. 2004). In south Florida, 82% of nests occurred on distribution poles with transformers and capacitor banks. Most of these nests were built on the brackets that attach the equipment to poles. On the transmission towers surveyed, most nests were located on the secondary arms, followed by the primary arms (Newman et al., in press). A commonality between nests on substations and transmission lines is the parakeets' apparent preference for nesting on 45°-angled braces. On transmission towers, 93% of nests occurred on 45°-angle braces. In substations 44% of nesting occurred on 45°-angle crossbeams, followed by switches (18%) and vertical supports (18%) (Newman et al., in press). The remaining 20% were on 90° primary supports, insulator/switches, and substation support structures.

Monk parakeet nests have caused power reliability, fire, and safety problems, especially when they contact energized portions of a utility structure. This problem is compounded when one structure supports multiple nests. Safety concerns related to monk parakeet nests include loss of power to critical care facilities, risk of injury to maintenance crews, and risk of electrocution to trespassers attempting to capture wild birds. In service areas such as New York City, some distribution poles have signs indicating that continuous power is necessary for a resident on life-support. Nests on these poles or nearby distribution feeders pose a serious risk to these residents.

Psitticosis is a rare disease that can be transmitted from psitticine birds (parrots) to humans. Thus, nest removal activities associated with colonial psitticines can present a risk to utility workers. Utility crews should also protect themselves from nest materials that may contain mites and insects that can cause discomfort.

## MONK PARAKEET NEST MANAGEMENT

The significant increase in monk parakeet population and associated power reliability problems, management costs, and safety concerns warrant short- and long-term nest management strategies. Short-term objectives include removing high-risk nests from utility structures and preventing birds from re-nesting on them. Long-term objectives include reducing population size and growth, and enacting legislation to aid in the control of this species. Because of structural and operational differences between transmission lines, distribution lines, and substations, specific nest management and control strategies need to be developed for each (Newman et al. 2004). Much of what is known about monk parakeet management has been developed through field-testing in Florida where the species has been a challenge for utilities for over a decade (J. Lindsay, pers. comm.; Newman et al. 2004). Monk parakeets are not protected by the Migratory Bird Treaty Act, however removal of nests and birds can be received negatively by the public.

Short-term control of monk parakeets by nest removal alone is ineffective and can actually increase the number of new nests. Often, multiple pairs of monk parakeets occupy a single nest. When a nest is destroyed, the pair that started the nest will not rejoin its neighbors. Instead, it will build a separate nest on the same or nearby structure. Simultaneously removing the parakeets and the nest has proven successful in reducing the number of high-risk nests and in preventing re-nesting in the short-term. Birds are removed from the nests at night and the nests are removed later.

Nets have been designed for trapping monk parakeets on distribution poles, but because monk parakeets are vigilant and astute, the trapping efficiency per nest is approximately 50% (Tillman et al. 2004). Trapping and nest removal are labor intensive and also have public acceptance issues. Trapping may be effective as a long-term strategy for reducing populations if these efforts are continued until all nesting ceases at a particular location (Newman et al. 2004). Passive trapping with a cage is somewhat effective for substations.

Trapping techniques for transmission towers have not been developed.

Florida Power & Light has investigated a wide range of other strategies including physical, behavioral, chemical and biological controls. Presently, only one potential long-term control has been identified. In the laboratory, Diazacon, a chemical sterilant, has been effective in reducing the number of eggs laid. However, additional research is needed to determine if its use is practical and effective in the field.

## NEST MANAGEMENT



### ENCOURAGING BIRDS TO NEST IN DESIRED AREAS
#### Distribution Poles

Installing nest platforms in safe areas on or near utility structures is effective for both nest management and line maintenance. Of 88 utilities that responded to a survey regarding raptors nesting on their utility structures, 66% had raptor nest enhancement projects (Blue 1996). Artificial nest platforms were most commonly used ($n$=40) and 95% of these companies erected platforms for ospreys. Generally, there is a greater need for nest platforms on distribution poles than on transmission structures because the closer separation between distribution conductors increases the risk of electrocutions and outages.

An osprey nest structure erected above a power pole should have a well-supported platform with some nest material added to entice the birds to the new site (Figure 6.10). A perch, situated above the nest (Figure 6.11) or extending from the platform (Figures 6.12



**FIGURE 6.10: Osprey nest platform design developed by Portland General Electric. The platform is constructed from the end of a 1.5-meter (m) (5-foot [ft]) diameter wooden cable spool with coated cable along the edge to contain nest material. Utilities should ensure energized parts and equipment below the nest are covered to prevent electrocution of birds or outages from nest material. Consumer's Power, Inc. retrofitted this pole to their avian-safe standards.**

© JIM KAISER, USGS



**FIGURE 6.11: A nest platform built atop a pole using crossarms to extend the platform above the conductors. This design also includes an optional elevated perch to attract ospreys. The perch should be perpendicular to the prevailing wind.**

© JIM KAISER, USGS

 



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 54 of 101

**Figure 6.12: Osprey nest platform details (Idaho Power Company, PacifiCorp).**

BLM_0003747






Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 55 of 101

© PACIFICORP

**FIGURE 6.13: Photo of nest platform depicted in Figure 6.12.**

© JIM KAISER, USGS

**FIGURE 6.14: A simple and cost-effective offset nesting platform built for ospreys in Washington. Pallets can be used as platforms, providing ospreys with a flat nesting area.**

and 6.13) may increase its desirability. Perches should be perpendicular to the prevailing wind. Care should be taken to arrange sticks and other nest materials so they mimic the size and form of a natural nest. Various nest platform designs are used by utility companies throughout the United States, Canada, and Europe (van Daele et al. 1980; Ewins 1994).

Platforms made from discarded wooden cable spools have been used by nesting ospreys (Austin-Smith and Rhodenizer 1983) (see Figure 6.10). The offset-pallet-platform design developed in Ontario (Ewins 1994:13) is simple and cost-effective (Figure 6.14). Figure 6.15 depicts another nest platform design that may be used for some buteos and ospreys. Grubb (1995) provides a guide for eagle nest designs.

Osprey nest management may include building alternate nest platforms above power lines, installing a nearby taller non-energized pole with a nest platform, or leaving the nest intact but retrofitting the pole (Henny et al. 2003).[32] However, utilities should be aware that installing a nest platform above lines or leaving a nest on a crossarm may result in outages from nesting material, excrement, or

[32] See Chapter 5 for retrofitting recommendations.






**FIGURE 6.15: Raptor nest platform used by ospreys and some buteos (PacifiCorp). This design is recommended when a new nest pole cannot be erected.**

prey remains dropping onto conductors or energized equipment (Figure 6.16). Installing a platform on a nearby non-energized pole reduces these risks.

### Transmission Structures

The greater separation between conductors on transmission towers generally allows raptors and other birds room to nest without causing problems for electric operations (e.g., Hobbs and Ledger 1986). The latticework of some steel transmission towers provides adequate support for nests without the aid of platforms (Figure 6.17). However, a nest situated above insulator strings may cause equipment failures due to contamination with excrement, prey remains, or nest materials.

In Spain, 12 nesting platforms were placed on transmission towers, where they would not interfere with electrical operations, to draw white storks away from sites elsewhere on the towers (Janss 1998). The storks accepted the platforms, but the original nests remained in use as well.

The location of a nest platform can also influence roosting behavior, and either increase or decrease the risk of streamer-caused faults (C.S. van Rooyen, pers. comm.). In South Africa, outages caused by streamers from roosting martial eagles (*Polemaetus bellicosus*), tawny eagles (*Aquila rapax*), and Verreaux's eagles (*A. verreauxii*) were concentrated within a ten-transmission tower radius of active nests. These outages occurred on configurations that were both preferred for nesting and susceptible to streamer contamination (Jenkins et al. 2005). Conversely, eagles with nests located below phase conductors also roosted below conductors, reducing the outage incidence and risk.

Progress Energy reduced its osprey nest problem on double-crossarm structures by installing fiberglass nest platforms above the conductors (D. Voights, pers. comm.) (Figure 6.18).

**FIGURE 6.16: Osprey nest in Wyoming atop double dead-end pole. Nesting material that may drop onto the conductors or equipment poses fire, outage, and equipment damage risks.**

© SHERRY AND JERRY LIGUORI

**FIGURE 6.17: Golden eagle nest on transmission tower.**

© SHERRY AND JERRY LIGUORI






Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 58 of 101

9 DRAIN HOLES
7.6 cm (3 in)
IN DIAMETER
FIBERGLASS
1.6 m (5.3 ft)
DIAMETER
12.7 cm (5 in)
4-1.9 cm X 71.1 cm BOLTS
(0.75 in X 28 in)
55.9 cm - 61.0 cm
(22 in - 24 in)
MOUNTED ON TWO
HALF-SIZE CROSSARMS
NOTE:
RAISING PLATFORM ABOVE ENERGIZED CONDUCTORS PREVENTS INJURIES TO OSPREYS AND ALSO REDUCES OUTAGES AND EQUIPMENT DAMAGE. PLATFORM SHOULD BE LARGE ENOUGH TO COVER ANY ENERGIZED EQUIPMENT AND PREVENT CONTACT WITH NEST MATERIALS.

FIGURE 6.18: Osprey nest platform (Progress Energy).

BLM_0003751




Georgia Southern University and Georgia Power Company have erected nest boxes and tubes on transmission structures in Georgia for American kestrels (J. Parrish, pers. comm.). The nesting tubes were constructed of 30.5-cm (12-in) diameter, UV-resistant PVC pipe cut at lengths of either 46 or 91 cm (18 or 36 in). All tubes were drilled with drain holes in the bottom and vents on the sides, and lined with several inches of pine straw. The entrance of each nest tube was positioned to face east or south. The 91-cm (36-in) long tube included 30.5-cm (12-in) end caps with a 7.6-cm (3-in) hole cut in the middle of one of them (Figure 6.19). In 2003 and 2004, two of these tubes were mounted horizontally on transmission towers at a height of 30.5 m (100 ft). The tube mounted in 2003 was used in 2004, and both were used by nesting kestrels in 2005. The 46-cm (18-in) tube, which can be mounted either horizontally or vertically, includes a 7.6-cm (3-in) hole in either the end or the top of the tube (Figure 6.20). These tubes were installed both vertically and horizontally at a height of 4.5 m (15 ft). Kestrels used one of the four vertically mounted tubes in 2005, but did not use either of the horizontally mounted tubes that year.

**FIGURE 6.19: Kestrel nesting tube (91-cm [36-in] length) installed on transmission tower in Georgia.**

© W. ALAN HOLLOMAN

**FIGURE 6.20 Kestrel nesting tube (46-cm [18-in] length) installed on transmission tower in Georgia.**

© W. ALAN HOLLOMAN



30.5 cm TO 45.5 cm (12 in TO 18 in) PVC PIPE OR CORRUGATED DRAIN PIPE CUT IN HALF LENGTHWISE. WIDTH OF PIPE SHOULD BE AT LEAST AS WIDE AS BOTH CROSSARMS. PIPE CAN BE BOLTED OR STRAPPED TO CROSSARMS. IF STRAPPED, STAINLESS STEEL BANDING MATERIALS SHOULD BE USED.
30.5 cm (12 in) PVC PIPE OR CORRUGATED DRAIN PIPE CUT IN HALF LENGTHWISE
FRONT VIEW
SIDE VIEW
Energized
Grounded

**FIGURE 6.21: Nesting discourager (PacifiCorp).**






FIGURE 6.22: This osprey nest was originally located on the crossarms above the center conductor where contamination from fallen nest material and excrement accumulated. It was relocated to the platform shown. A halved, corrugated pipe was installed to prevent re-nesting on the crossarms. Relocating a problem nest to a nest platform on an adjacent non-energized pole is preferred. However, if pole cost, rights-of-way restrictions, or limited access prevent installation of a new structure, it is best to install a safe nest platform on the existing structure.

© JIM KAISER, USGS

© JIM KAISER, USGS

FIGURE 6.23: A segment of plastic pipe was installed on a dead-end pole in Oregon to discourage osprey nesting. However, the osprey pair continued nest construction after the pipe was installed.

## DISCOURAGING NEST CONSTRUCTION

Nesting should sometimes be discouraged due to the risks to people, nesting birds, or the power system. PVC pipe or corrugated drain pipe banded to the crossarms can prevent birds from nesting on "H" frame transmission structures (Figure 6.21). A nest platform can then be placed above the arm and away from the insulators (Figure 6.22) or on a nearby non-energized pole. To discourage nest rebuilding on distribution poles where nests have been removed, a large plastic pipe can be installed above the crossarm (van Daele et al. 1980). In Montana, this has been effective in deterring nesting ospreys (S. Milodragovich, pers. comm.). However, in other areas, this nest discourager has been ineffective (Figure 6.23). Poles with conductors and insulators above the crossarms require a more complicated design. A PVC tube positioned above and extending the length of the crossarm with diagonal tubes extending toward the crossarms can deter nesting (Figure 6.24) (Henny et al. 2003). Such nest

FIGURE 6.24: A pipe mounted above the conductors can be used as a nest discourager on distribution poles with insulators mounted on the crossarm. The use of triangles is cautioned against, as they may aid in the accumulation of nesting material. This design may pose an electrocution risk if exposed equipment and conductors are not covered or adequately spaced.

© JIM KAISER, USGS




discouragers should be installed close enough to the crossarm to prevent birds from nesting under them. They should be mounted securely on the arm, and should be installed so they do not reduce the BIL of the design.

Triangles, plastic owls, and small spikes have also been used to discourage nesting on power poles. However, these devices are often unsuccessful. For example, birds may nest in open spaces adjacent to triangles (Figure 6.25), birds may initially react to plastic owls, but over time they can become habituated to them (Figure 6.26), and plastic spikes may aid in the accumulation of nest material (Figure 6.27). As discussed in Chapter 5, materials placed on poles to discourage birds from perching or nesting degrade over time, particularly in areas with extreme weather conditions. Utilities should consult with their standards and engineering personnel to identify company-approved devices prior to installation.

© PACIFICORP

**FIGURE 6.25: Red-tailed hawk nest on pole with triangle perch discouragers.**

### RECOMMENDATIONS FOR DESIGNING AND INSTALLING NEST PLATFORMS

When designing and installing nest platforms, biologists, engineers, and line workers should consider the following:

- Platforms should be placed where conductors and energized equipment will not be fouled by dropped nest material, prey remains, or excrement.
- To prevent electrocutions, avian-safe designs and retrofitting materials and methods (see Chapter 5) should be applied to poles with or near nest platforms. However, the use of perch discouragers should be avoided near nests. If a nest fails, the pair may attempt to nest on a nearby

© PACIFICORP

**FIGURE 6.26: Osprey nest constructed on pole with plastic owl intended to haze birds.**

© PACIFICORP

**FIGURE 6.27: Osprey nest on pole with plastic spikes.**




pole, possibly selecting a pole with perch discouragers because it more easily accumulates sticks (S. Milodragovich, pers. comm.).

- Platforms should be located in areas with adequate habitat and prey for the target species.
- Discretion should be used when placing nest platforms near sites with sensitive wildlife such as sage grouse, prairie chickens, or prairie dogs that may fall prey to nesting raptors.
- Nest platforms may not be needed on all types of transmission towers. For example, the metal latticework of certain steel towers and the double crossarms of H-frame construction typically provide adequate nest substrates (Lee 1980; Steenhof et al. 1993).
- If possible and appropriate, nesting platforms can be installed on decommissioned poles to draw nesting activity away from energized structures.
- For ospreys, a 1.2-m (4-ft) square or 1.5-m (5-ft) diameter platform (see Figure 6.18) can be more effective than a 0.9-m (3-ft) square platform (see Figures 6.12 and 6.15) in preventing nest material from sloughing off (J. Kaiser, pers. comm.). A lip or pegs along the edge several inches high also helps prevent nest sticks from falling off the platform. Carriage bolts, which may already be carried on line-trucks, can be used as alternative to a lip or pegs. The addition of sticks to a newly-constructed platform may help entice nesting birds. Birds may also be more likely to use a new nest platform if it is higher than adjacent substrates or a reasonable distance away from other alternative(s).
- The weight of a nest platform under wet or snowy conditions should be considered. If it is too heavy for an existing pole, the platform should be installed on a nearby, suitable pole.

- Federal and/or state permits are required for managing active nests of protected species (see Chapter 3). No active nests (nests with eggs or young) may be altered, moved, or destroyed without proper authorization from appropriate agencies. Nests of eagles and endangered species cannot be altered, moved, or destroyed at any time without proper authorization from appropriate agencies. Because of the biological/behavioral characteristics of some birds (e.g., colonial- and ground-nesting birds), destruction of an inactive nest could also result in a take (USFWS 2003).
- If platforms are used to relocate problem nests, relocation distances should not be excessive; success is directly related to proximity. Distances between 20 and 100 m (66 and 328 ft) are most common for ospreys (J. Kaiser, pers. comm.). Golden eagle nests have been successfully moved as far as 2.6 km (1.6 mi), but in incremental steps (Phillips and Beske 1982). The new location should be in line-of-sight to the old location. A biologist should be consulted to provide guidance, and appropriate permits must be obtained.
- On poles with platform nests, predator guards can be used to prevent raccoons and other predators from climbing to the nests. A commonly used device is a 1.5-m (5-ft) length of sheet metal wrapped completely and tightly around the pole at about 1 to 1.5 m (3 to 5 ft) above the ground. However, predator guards should not be used on poles that utility personnel are required to climb.
- Maintenance of platforms and platform supports will extend the life of the structures and will minimize future conflicts with utility operations. Maintenance activities should take place before the breeding season to avoid disturbing nest building efforts, eggs, or nestlings.




## RELIABILITY CONCERNS

Unfortunately, despite the benefits utility structures provide nesting birds, there are some negative effects as well. For example, nesting material, electrocuted birds, streamers, or prey debris can cause interruptions and outages. During the nest building process, birds may drop sticks onto conductors causing flashovers (Ledger and Hobbs 1999). Likewise, nests located over exposed, energized equipment can cause flashovers or nest fires during wet conditions. Osprey nests in agricultural areas may contain bailing wire or twine that could cause power outages or entangle nestlings (Blem et al. 2002; PacifiCorp, unpubl. data). Dangling or falling prey can also contact energized wires (EDM International 2004).

Utility companies have dealt with bird-caused power reliability problems in a number of ways. One management concept is to maintain nests when they are in desirable locations (Henny et al. 2003; J. Kaiser, pers. comm.). Nest material can be trimmed away from conductors (Hobbs and Ledger 1986; Toner and Bancroft 1986). Occupied nests are well maintained by raptors, but abandoned nests may partially or completely collapse, thereby threatening electrical equipment (Ledger and Hobbs 1999). The use of perch or nest discouragers alone may not be effective in preventing nesting. In Florida, monk parakeets began using raptor perch discouragers as nest substrates in areas where they had not previously nested (J. Lindsay, pers. comm.). In the western United States, red-tailed hawks, ospreys, and common ravens have built nests around perch discouragers that were installed to discourage nesting on equipment or double dead-end poles (J. Burruss, pers. comm.) (see Figures 6.23, and 6.25 through 6.27).

Suspending a vulture carcass or decoy by its feet in a tower was an effective means of ridding the structure of communally roosting black and turkey vultures for many months (Avery et al. 2002). However, before using a carcass for this, a utility must consult with federal and state wildlife resource agencies regarding permits, and should closely evaluate the public response. Shields attached below the latticework on transmission towers with roosting ravens have been used to prevent the accumulation of excrement on insulators (Engel et al. 1992a). In South Africa, high-density polyethylene (HDPE) welded rod bird guards have been effective in reducing line faults (Vosloo and van Rooyen 2001; van Rooyen et al. 2003).

### BIRD-RELATED OUTAGES

Bird-related outages are a concern for many utilities. Although outages may occur as the result of an electrocution or collision, there are several other causes that do not result in avian mortality, for example:

- Nest material contact,
- Conductor-to-conductor contact caused by the line gallop started by a large flock of birds flushing,
- Prey falling on energized conductors or equipment,
- Bird streamers or contamination of equipment from accumulated bird feces, and
- Bird collisions with conductors that cause outages but do not kill the birds.

Bird electrocutions do not necessarily result in outages. Of eagle electrocutions in the western United States with known mortality dates ($n$=612), only 16% were associated with an outage (Harness and Wilson 2001). Likewise, only 16% of known bald eagle mortalities in western Washington from 2000 to 2005 ($n$=62) caused outages (M. Walters, pers. comm.). Less than 10% of raptor electrocutions documented in Arizona were associated with outages (Dwyer 2004). However, higher proportions of mortalities have been




Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 65 of 101

associated with outages in other areas of the western United States. For example, 55% of bird electrocutions ($n$=327) resulted in outages in Utah, Wyoming, Idaho, California, Oregon, and Washington (PacifiCorp, unpubl. data).

Momentary short circuits, which do not cause outages, can cause disruptions for customers with high power quality requirements, and can also result in electrocutions. During these disturbances, the cause of the fault is cleared from the circuit before circuit protection devices trip the line, making it difficult to identify the cause. Some utilities have begun tracking this class of disruption, which might yield important bird mortality information.

### Collection of Outage Data

Two key aspects of quantifying bird-caused outages are tracking and verification. Utilities should collect data to quantify outage numbers and causes. These data may include outage location, duration, cause, associated equipment, and pole type. Outage data can help identify outage locations, quantify the impact of birds on system reliability, identify the species associated with outages, and guide retrofitting and new construction efforts for preventing outages.

To accurately address an outage, its cause(s) must be verified. Local regulations require some utilities to list the causes of all outages. In some cases, birds are just speculatively recorded as the cause. In others, their carcasses are not discovered for various reasons: scavengers or people removed them, the victim fell into dense vegetation, or a systematic search was not conducted. Identifying the causes of outages is critical to developing corrective plans. Utilities should recognize that the number of bird-caused outages reported may increase after a tracking or verification program is implemented simply because the causes of more outages are properly identified. On the other hand, the total number of bird-related outages on record may decrease when erroneous reports are corrected.

Although the causes of bird-related outages are well documented, few studies quantify bird-related outage rates. The National Rural Electric Cooperative Association (NRECA) listed animals as the third leading cause of power outages nationwide (Southern Engineering Company 1996). Of Avian Power Line Interaction Committee (APLIC) utility members surveyed in 2005 ($n$=12), 58% tracked bird-caused outages (APLIC 2005). Of utilities that provided data, bird-caused outages ranged from <1 to <10% of their total outages. Half of these utility respondents reported major outages due to birds. In California, wildlife-related incidents accounted for 10 to 25% of all outages (Energy and Environmental Economics, Inc. 2005). Wildlife was considered a contributing cause in up to 20% of outages in Wisconsin during 2003 (Kysely 2004). Birds accounted for 23.5% of substation outages for a Canadian utility in 2002–2003 (BC Hydro 2004). In an assessment of 2,174 bird-related outages documented in the western United States, 60% were caused by federally unprotected species (i.e. starlings or pigeons), 21% were associated with protected bird deaths, 12% were suspected as bird-caused although no carcasses were found (e.g., flocks flushing from lines), and 7% were due to bird nests not associated with a mortality (PacifiCorp, unpubl. data). Within this study, seasonal outage trends were also documented, and revealed that outages peaked during summer and fall (likely due to nesting activity and fall migration).

### Costs of Outages

Costs associated with bird-related outages include those related to:

- Lost revenue,
- Power restoration,

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 66 of 101

- Equipment repair,
- Nest removal and other animal damage-control measures,
- Administrative and managerial time,
- Lost service to customers and negative public perception, and
- Reduced electrical system reliability.

Stocek (1981) estimated that the annual cost of bird-related damage to Canadian utilities was $374,600. Recent data from a Canadian utility estimated that wildlife outages (*n*=2,500 to 3,500) cost $2 million annually (BC Hydro 1999). Wildlife-related outages are estimated to cost up to $3 billion each year in California (Hunting 2002; Singer 2002; Energy and Environmental Economics, Inc. 2005). One utility documented that bird-related outages cost them $2 million annually (APLIC 2005). During a five-month period in 2001 in south Florida, 198 outages affecting over 10,000 customers were related to monk parakeets. Lost revenue from electric power sales due to these outages was $24,000 (Florida Power & Light, unpubl. data). Outage repair was a much more significant cost, estimated at $221,000 annually. The total estimated cost associated with the 198 outages in this small part of the service area was $245,000.

FIGURE 6.28: Red-tailed hawk expelling streamer.

© SHERRY AND JERRY LIGUORI

## BIRD STREAMERS

Large raptors, vultures, and herons can expel long streams of excrement (Figure 6.28). These "streamers" can cause flashovers and short-outs when they span energized conductors and other line structures. Flashovers are faults that originate on live hardware and travel through the streamer to the structure. Although bird streamers were first thought to be a cause of unexplained transmission line faults in the 1920s (Michener 1924), this hypothesis has been difficult to verify because flashovers are rarely witnessed, and the resulting evidence is difficult to find. Yet, Burnham (1995) estimated that bird streamers might cause as many transmission outages in Florida as lightning, dust, fecal, or industrial contamination. Recent studies in South Africa have emphasized the role of bird streamers as a cause of line faults (van Rooyen et al. 2003).

Evaluating streamer-related faults has often relied upon indirect evidence. Studies conducted by Burnham (1994), van Rooyen and Taylor (2001), Vosloo and van Rooyen (2001), Vosloo et al. (2002), and Acklen et al. (2003) documented patterns that are indicative of streamer-related transmission faults and described methods for preventing outages of this kind. There are several indicators of streamer-caused faults; e.g., the presence of large birds along transmission lines that are subject to faulting (Burnham 1995; van Rooyen et al. 2003; van Rooyen and Smallie 2004). Streamer-related faults are not normally lethal to birds, as streamers are often released as a bird departs from a structure. However, in some cases flashover mortalities do occur. Streamer-related faults occur most frequently




© HEIN VOSLOO

**FIGURE 6.29: Burn marks on transmission structure associated with streamer-caused flashover.**

on horizontally configured, steel transmission structures that provide perching space above the conductors. Structures with small windows and shorter air-gaps are especially fault-prone (van Rooyen et al. 2003), although faults can also occur on wooden or concrete structures (Burnham 1995). Faults are most prevalent on the highest phase of the tower, or the phase closest to a preferred perching space on a tower. Such faults are less frequent on vertically configured structures that generally provide little perching space above the conductors. Streamer-related flashovers have been simulated in the laboratory and flash marks on structures and insulators were recognizable (West et al. 1971; Burger and Sardurksi 1995).

Flashovers are generally indicated by burn marks on the insulator string, or the corona ring and tower top. Burn marks may occur as pitting. They are shiny on aluminum structures and black on steel structures (Figure 6.29). Streamer-caused faults typically occur during the late evening and early morning. A late night peak, usually around 11 p.m., occurs as birds finish digesting their last meal. Likewise, an early morning peak occurs when birds leave their roosts (Burnham 1995; van Rooyen et al. 2003). Faults often occur in clusters, indicating that concentrations of large birds have been attracted by a favorable prey base or suitable habitat, or that there is a seasonal population increase.

Devices designed to prevent excrement build-up on insulator strings have had limited success because they fail to prevent the air-gap breakdown caused by streamers. The most successful devices create a barrier that keeps birds from roosting over the conductors. Examples of such devices include welded-rod bird guards and cones. The most comprehensive application of bird-guarding devices for preventing streamer-related faults is practiced in South Africa by Eskom Transmission Group through its National Bird Guard Project. Eskom has installed thousands of HDPE welded-rod bird guards, which have dramatically reduced faults (Vosloo and van Rooyen 2001; van Rooyen et al. 2003). In addition, perch discouragers installed over insulators on lines in Florida have been effective in reducing streamer-related faults (Burnham 1995).



THIS PAGE INTENTIONALLY LEFT BLANK

 

BLM_0003761

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 69 of 101

CHAPTER 7

# Developing an Avian Protection Plan

**IN THIS CHAPTER**

- Choosing the Right Tool—MOUs and APPs
- Components of an APP
- Implementing an Avian Protection Plan

In 2005, the Avian Power Line Interaction Committee (APLIC) and the U.S. Fish and Wildlife Service (USFWS) announced their jointly developed Avian Protection Plan Guidelines (Guidelines) that are intended to help utilities manage their avian/power line issues. The Guidelines offer resources for developing avian protection plans (APPs). An APP should provide the framework necessary for implementing a program to reduce bird mortalities, document utility actions, and improve service reliability. The components that a utility may wish to include in its APP are summarized in this chapter.

The 1996 edition of *Suggested Practices* included a final chapter, "Cooperative Management of the Electrocution Issue," that focused on relationships among utilities and agencies and offered recommendations for mortality reporting, training, and prioritizing remedial actions. Since 1996, utilities and agencies have continued to advance the understanding of avian electrocutions. Efforts between the Avian Power Line Interaction Committee (APLIC) and the U.S. Fish and Wildlife Service (USFWS) have culminated in the Avian Protection Plan Guidelines (Guidelines) (see Appendix C). The Guidelines are a "toolbox" from which utilities may select and tailor components to fit their needs. In this chapter, an overview of the Guidelines is presented, along with recommendations for developing and implementing an Avian Protection Plan (APP). There is an abbreviated version of the Guidelines in Appendix C. The complete version can be obtained from either the APLIC (www.aplic.org) or USFWS (www.fws.gov) website.

## CHOOSING THE RIGHT TOOL—MOUs AND APPs

When developing a bird protection program, two tools, the Memorandum of Understanding (MOU) and the APP, have been used effectively. Historically, MOUs have been initiated by the USFWS when it finds a utility has violated bird protection laws and has not implemented or abided by the law or an APP. MOUs are signed by both the utility

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 70 of 101

and the USFWS and establish the program's requirements. They generally include a statement of purpose, the contract's duration, definitions, a requirement to develop an APP, and requirements for permitting, possessing, retrieving, salvaging, reporting, and record keeping.

Although APPs are typically a component of MOUs, they may be initiated voluntarily and signed only by the utility. This can allow for greater flexibility in developing timetables and enables a utility to tailor components to match its specific needs.

Because an APP represents a utility's commitment to reducing its avian impacts and is shared with the USFWS, it is understood to be binding. Since they emanate from the utility, APPs are more easily modified for addressing newly developing problems and unforeseen needs. Despite the fact that APPs are generally initiated by utilities, a cooperative dialog between the utility and the USFWS during development is strongly encouraged. This sets the tenor for those conversations that will inevitably follow, as the APP is implemented and refined over time.

A utility that implements the principles contained in the Guidelines will greatly reduce avian electrocution risk. Developing and implementing an APP makes good business sense because animal- and bird-caused outages can be costly. A utility that creates an APP to address its specific avian issues can benefit through reduced regulatory risk, reliability improvements, cost savings, and positive recognition from regulators, employees, and customers.

## COMPONENTS OF AN APP

An APP is a utility-specific program to reduce the operational and avian risks that result from avian interactions with electric utility facilities. Although each utility's APP will be different, the overall goal of reducing avian mortality is the same. The Guidelines provide a framework along with principles and examples to help a utility craft is own APP to best fit its needs while furthering avian conservation and improving reliability and customer service. Because of utility-specific circumstances, some of the elements of the Guidelines may not be applicable. The Guidelines present a comprehensive overview of the elements that should be considered when a utility develops its own APP. An APP should also be a "living document" that is modified over time to improve its effectiveness. The following are the principles of an APP:

- Corporate policy
- Training
- Permit compliance
- Construction design standards
- Nest management
- Avian reporting system
- Risk assessment methodology
- Mortality reduction measures
- Avian enhancement options
- Quality control
- Public awareness
- Key resources

### CORPORATE POLICY

An APP typically includes a statement that balances the company's commitment to minimizing its impact on migratory birds and complying with bird-protection regulations with its goal of providing reliable, cost-effective electrical service. To do this, it will comply with all necessary permits, monitor avian mortality incidents, and make reasonable efforts to construct and alter infrastructure to reduce the incidence of avian mortality.

### TRAINING

Training is an important element of an APP. All appropriate utility personnel, including managers, supervisors, line crews, engineering, dispatch, and design personnel, should be

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 71 of 101

properly trained in avian issues. This training should encompass the reasons, needs, and methods for reporting avian mortalities, following nest management protocols, disposing of carcasses, and complying with applicable regulations, and understanding the potential consequences of non-compliance. Supplemental training also may be appropriate when there are changes in regulations, permit conditions, or internal policies. APLIC-sponsored short-courses on avian electrocution, collision, and nest issues are conducted annually at locations throughout the United States. In addition, a two-hour overview presentation of avian issues that can be used for internal company training is available from APLIC (see www.aplic.org).

### PERMIT COMPLIANCE

An APP can describe the process through which a company will obtain and comply with all necessary avian-related permits. The activities that may require permits include, but are not limited to, nest relocation, temporary possession, depredation, salvage/disposal, and scientific collection.

© PACIFICORP

**FIGURE 7.1: Utility crew installing raptor nest platform.**

### CONSTRUCTION DESIGN STANDARDS

Avian interactions with electrical facilities can cause outages and reduce system reliability. To improve system reliability, avian interactions should be considered when designing and siting new facilities, as well as when operating and maintaining existing facilities. For those reasons, inclusion of accepted standards for both new construction and retrofitting techniques should be included in an APP. Companies can either rely upon construction standards recommended in this document or may develop their own standards that meet or exceed these guidelines. These standards may be used in areas where new construction should be avian-safe, and where existing infrastructure should be retrofitted for avian safety.

### NEST MANAGEMENT

An APP may include procedures for managing nests on utility structures (Figure 7.1). This could include procedures for problem nests (ones that need to be relocated or removed) as well as for safe nest sites. These procedures should be explained to company employees during training to ensure consistent treatment of avian nest issues and compliance with regulations or permits related to nest management.

### AVIAN REPORTING SYSTEM

Although avian mortality reports may be required as a condition of federal or state permits, a utility may also voluntarily monitor relevant avian interactions, including mortalities, by developing an internal reporting system. A well-implemented system can help pinpoint the locations of mortalities and the extent to which they are occurring. These data can be limited to avian mortalities or injuries,




or could be expanded to track avian nest problems, problem poles or line configurations, and the remedial actions taken. All data should be regularly entered into a searchable database compatible for use in additional analyses (see Risk Assessment Methodology below). Some companies have developed their own bird interaction reporting systems, and the USFWS has created an online bird electrocution reporting system for utilities (see Appendix C, Avian Reporting System).

## RISK ASSESSMENT METHODOLOGY

A utility can cost-effectively reduce avian mortalities by focusing its efforts on the areas of greatest risk to migratory birds. Therefore, an APP should include a method for evaluating the specific risks a company poses to migratory birds. A risk assessment will often begin with a review of available data that address areas of high avian use, avian mortality, problem nests, established flyways, preferred habitats, prey populations, perch availability, effectiveness of existing procedures, remedial actions, and other factors that can increase avian interactions with utility facilities. The avian reporting system discussed in the previous section is an integral component of this risk assessment, as is the use of avian experts, birders, and biologists who can provide additional information on avian distribution. A risk assessment can be used to develop models that will enable a company to use biological and electrical design information to prioritize poles most in need of modification. A risk assessment may also provide data about the various causes of avian mortality as well as the benefits that birds receive from utility structures.

**FIGURE 7.2: Reframing a crossarm to prevent avian electrocutions.**

© PACIFICORP

## MORTALITY REDUCTION MEASURES

After completing a risk assessment, a company can focus its efforts on areas of concern, ensure that its responses are not out of proportion to the risks presented to migratory birds, and determine whether avian mortality reduction plans need to be implemented (Figure 7.2). Risk reduction measures may be implemented through the APP by using risk assessment results to direct monitoring and retrofitting activity in the existing system, and to direct attention to avian issues encountered during new construction projects. If a utility finds that avian protection measures are appropriate, it also may choose to develop an implementation schedule for these measures.

## AVIAN ENHANCEMENT OPTIONS

In addition to reducing avian mortality risk, an APP also may include opportunities for a utility to enhance avian populations and/or habitat. This may include installing nest platforms, managing habitats to benefit migratory birds, or working with agencies or organizations in these efforts (Figure 7.3).






Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 73 of 101

© PACIFICORP

**FIGURE 7.3: Volunteers and utility personnel work together to create nesting platforms.**

Where feasible, new ideas and methods for protecting migratory birds should be encouraged and explored.

### QUALITY CONTROL

An APP also may include a mechanism for reviewing existing practices and ensuring their efficiency and effectiveness. For instance, a utility may examine its reporting system's performance, or evaluate the techniques and technologies it uses for preventing collisions, electrocutions and problem nests.

### PUBLIC AWARENESS

An APP may include a method for educating the public about the avian electrocution issue, the company's avian protection program, and its successes in avian protection.

### KEY RESOURCES

An APP should identify key resources that address avian protection issues including a list of experts who may be called upon when resolving avian-related problems. Experts could include company specialists, consultants, state and federal resource agents, university faculty, or other conservationists. Engineers may find that company personnel such as environmental specialists can help find creative solutions to avian interaction problems, and that members of external organizations like APLIC can also serve as helpful resources through workshops, materials, and contacts. An understanding of avian behavior can influence how and when avian protection should be provided. An APP that connects biologists with utility decision-makers may reduce bird mortality and improve system reliability.

## IMPLEMENTING AN AVIAN PROTECTION PLAN

Integrating an APP into an electric utility's operations will help the utility meet demands for reliable, cost-efficient, and environmentally compatible power delivery. A utility that creates and manages an APP will quickly become familiar with avian-related science, engineering, law, and politics. It will also need to establish a program that satisfies the law, utility employees, utility customers, investors, and other interests.

The ease of implementing an APP will depend on the size of a utility's transmission and distribution system, the range of avian species in the service area, and the frequency of bird/power line interactions. The extent of bird/power line interactions may not be realized until several years into a fully implemented reporting program. Thus, APP implementation and operation is a long-term commitment and a process of continual evaluation and improvement.

An APP may be the first species-oriented environmental compliance initiative to which utility employees are exposed. Depending on the company's culture, the rate of adoption may vary. High-profile endorsements by corporate officers and managers can facilitate a program's adoption. Some larger utilities have effectively linked APP compliance with financial incentives, similar to more common budget, schedule, and safety goal incentives. Compliance with an APP will reduce utility costs in the long term through improved reliability and reduced regulatory risk.

BLM_0003766



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 74 of 101

Management support is critical for a successful program. However, even with management support, successful implementation is unlikely unless all the affected organizations within the utility also support it. An effective way to build a broad consensus during APP preparation is to form a team within the utility that includes representatives from standards, engineering, environmental services, vegetation management, construction and maintenance, public relations, customer service, and other departments that will be impacted by the APP. Considerable input and assistance from team members are needed to understand how APP implementation will best fit the operations of each department. Solutions to reducing avian mortality can be developed that are responsive to the work requirements of each functional unit. In this manner, individuals from each department will feel invested in the mortality reduction solutions they helped develop and will have an interest in assuring APP effectiveness.

Beyond developing and communicating a corporate APP policy, the most important component of an APP is a consistent and mandatory reporting process. An electronic or paper form of documenting bird-power line conflicts (e.g., time, place, equipment) becomes the foundation for appropriate corrective action—both to correct unsafe situations and to build a dataset to guide future engineering/construction needs. Managing data for these purposes, as well as for meeting any state and federal agency reporting requirements is an important function of APP administration. Using Geographic Information System (GIS) technology to track and report bird mortalities, remedial actions, outages, and avian risks enables a utility to identify problems and to track the effectiveness of its APP.

Use of existing processes and systems (e.g., outage reporting, environmental review, asset management, and accounting) will help control costs of developing and implementing an APP. Whether an APP is driven by an environmental, engineering, or operations department, cooperation will be necessary across all departmental lines to reduce actual and potential avian-power line conflicts. As with any project, better planning yields better results. The ultimate goals of an APP are a measurable decrease in avian-power line fatalities, and an increase in electric service reliability.

A utility's APP will represent the continuation of a long-term proactive conservation partnership between the utility industry, the conservation community, and the USFWS. These voluntary plans will provide utilities with a framework for addressing electrocution hazards, evaluating the risk their power lines pose to birds, and working with the USFWS to conserve federally protected migratory birds.



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 75 of 101

APPENDIX A

# Literature Cited and Bibliography

*Abbey, M., A. Stewart, and J. Morrell. 1997. Existing strategies for control/remediation of woodpecker damage. Proc. Workshop on the Mitigation of Woodpecker Damage to Utility Lines. Electric Power Research Institute.

*Acklen, J.C., Z. Bates, and D. Campbell. 2003. The BB line: evaluating the role of birds in line faults. PNM Environmental Services Dept., Albuquerque, NM.

*Adamec, M. 2005. Pers. comm. State Nature Conservancy of Slovak Republic.

Alfiya, H. and R. Be'er. 1994. The Israel Electric Corporation (IEC)—a unique example of cooperation between progress and nature protection. Torgos 24:11-13, 90.

*Allan, D.G. 1988. Raptors nesting on transmission pylons. African Wildl. 42:325-327.

Allen, B.A. 1979. Determination of status and management of the golden eagle. New York Department of Environmental Conservation. Div. of Fish and Wildl. Unpubl. rep. Albany, NY. 4pp.

*Amarante, J. 2005. Pers. comm. Rede Electrica Nacional, Portugal.

*Américo, P. 2005. Pers. comm. Enersul, Brazil.

*Anderson, A.H. 1933. Electrocution of purple martins. Condor 35:204.

Anderson, H.P., and D. Bloch. 1973. Birds killed by overhead wires on some locations in Denmark. (In Danish with English summary). Dan. Ornithol. Foren. Tidsskr. 67:15-23.

Anderson, M.D. 2000. Raptor conservation in the Northern Cape Province, South Africa. Ostrich 71:25-32.

*Anderson, W.W. 1975. Pole changes keep eagles flying. Transmission Distribution. November 1975. Pages 28-31.

*Ansell, A., and W.E. Smith. 1980. Raptor protection activities of the Idaho Power Company. Pages 56-70 *in* R.P. Howard and J.F. Gore, eds. Proc. Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID.

Anthony, R.G., R.W. Frenzel, F.B. Issacs, and M.G. Garrett. 1994. Probable causes of nesting failures in Oregon's bald eagle populations. Wildl. Soc. Bull. 22:576-582.

* Indicates references that have been cited in the text.

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 76 of 101

*Arevalo, J., J. Roig, M. Gil, E. Ursua, J.L. Tella, D. Serrano, M.G. Forero, and K. Hobson. 2004. Use of power transmission substations of Red Electrica by the lesser kestrel *(Falco naumanni)* in Navarra and Aragon (Spain): The importance thereof for the conservation of the species at a state level. Abstract, Environmental Concerns in Rights-of-way Management, 8th International Symp., 12-16 Sept. 2004. Saratoga Springs, NY.

*Arizona Game and Fish Department. 1976. Wildlife surveys and investigations [raptors]. Spec. Performance Rep. Proj. No. W-53-R-26. 77pp.

*Austin-Smith, P.J., and G. Rhodenizer. 1983. Osprey *(Pandion haliaetus)* relocate nests from power poles to substitute sites. Can. Field Nat. 97:35-319.

*Avery, M. L., J. S. Humphrey, E. A. Tillman, K. O. Phares, J. E. Hatcher. 2002. Dispersing vulture roosts on communication towers. J. Raptor Res. 36:45-50.

*Avian Power Line Interaction Committee (APLIC). 1994. Mitigating bird collisions with power lines: the state of the art in 1994. Edison Electric Institute, Washington, D.C. 78pp.

*_____. 1996. Suggested practices for raptor protection on power lines: the state of the art in 1996. Edison Electric Institute, Washington, D.C. 125pp.

*_____. 2005. Avian electrocution issues and utility efforts: a survey of APLIC-member utilities. Edison Electric Institute, Washington, D.C. 13pp.

*Avian Power Line Interaction Committee (APLIC) and U.S. Fish and Wildlife Service (USFWS). 2005. Avian Protection Plan (APP) Guidelines. April 2005. Washington, D.C. 88pp.

Baglien, J.W. 1975. Biology and habitat requirements of the nesting golden eagle in southwestern Montana. Master's Thesis. Montana State Univ., Bozeman. 53pp.

Bagnall, G.B. 1996. Raptor electrocutions on electric utility distribution overhead structures. Pages 19-22 *in* Summary of Items of Engineering Interest. USDA-Rural Utility Service, Washington, D.C. August 1996.

*Bahat, O. 2005. Pers. comm. Israel Nature and Parks Authority, Society for the Protection of Nature in Israel.

Bak, J.M., K.G. Boykin, B.C. Thompson, and D.L. Daniel. 2001. Distribution of wintering ferruginous hawks *(Buteo regalis)* in relation to black-tailed prairie dog *(Cynomys ludovicianus)* colonies in southern New Mexico and northern Chihuahua. J. Raptor Res. 35:124-129.

Baldridge, F.A. 1977. Raptor nesting survey of southern San Diego County, Spring 1977; with an analysis of impacts of power-lines. U.S. Bur. Land Manage. Unpubl. rep. Riverside, CA. 29pp.

Barber, J.F. 1995. Raptor electrocutions and how to help prevent them. Colorado Field Ornithol. 29:76.

*Bayle, P. 1999. Preventing birds of prey problems at transmission lines in western Europe. J. Raptor Res. 33:43-48.

*BC Hydro. 1999. 1999 BC Hydro Annual Report. British Columbia, Canada. 81pp.

*_____. 2004. BC Hydro revenue requirement hearing. Transcript Reference Vol. 18, Pg. 3110. June 7, 2004.

 

Bechard, M.J., R.L. Knight, D.G. Smith, and R.E. Fitzner. 1990. Nest sites and habitats of sympatric hawks (*Buteo* spp.) in Washington. J. Field Ornithol. 61:159-170.

*Bechard, M.J. and J.K. Schmutz. 1995. Ferruginous hawk (*Buteo regalis*). *In* The Birds of North America, No. 172 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

*Bechard, M.J. and T.R. Swem. 2002. Rough-legged hawk (*Buteo lagopus*). *In* The Birds of North America, No. 641 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

*Bednarz, J.C. 1995. Harris' hawk (*Parabuteo unicinctus*). *In* The Birds of North America, No. 146 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

*_____ and R.J. Raitt. 2002. Chihuahuan raven (*Corvus cryptoleucus*). *In* The Birds of North America, No. 606 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Beecham, J.J., Jr. 1970. Nesting ecology of the golden eagle in southwestern Idaho. Master's Thesis. Univ. of Idaho, Moscow. 48pp.

_____ and M.N. Kochert. 1975. Breeding biology of the golden eagle in southwestern Idaho. Wilson Bull. 87:506-513.

Belisle, A.A., W.L. Reichel, L.N. Locke, T.G. Lamont, B.M. Mulhern, R.M. Prouty, R.B. DeWolf, and E. Cromartie. 1972. Residues of organochlorine pesticides, polychlorinated biphenyls, and mercury and autopsy data for bald eagles, 1969 and 1970. Pestic. Monit. J. 6:133-138.

*Benson, P.C. 1977. Study of powerline utilization and electrocution of large raptors in four western states. Research proposal submitted to the National Audubon Soc. Brigham Young Univ., Provo, UT. 7pp.

_____. 1980a. Abstract: Large raptor electrocution and power pole utilization: a study in six western states. J. Raptor Res. 14:125-126.

_____. 1980b. Study of large raptor electrocution and power pole utilization in six western states. Pages 34-40 *in* R.P. Howard and J.F. Gore, eds. Proc. of a Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID.

*_____. 1981. Large raptor electrocution and power pole utilization: a study in six western states. Ph.D. dissertation. Brigham Young Univ., Provo, UT. 98pp.

_____. 1982. Prevention of golden eagle electrocution. Electric Power Research Institute Rep. Ea-2680. Palo Alto, CA. 84pp.

Bent, A. C. 1937. Life history of North American birds of prey. U.S. Natl. Mus. Bull. 167.

Benton, A.H. 1954. Relationship of birds to power and communication lines. Kingbird 4:65-66.

*_____, and L.E. Dickenson. 1966. Wires, poles, and birds. Pages 390-395 *in* R.P. Howard and J.F. Gore, eds. Birds in Our Lives. U.S. Bur. Of Sport Fisheries and Wildl., Washington, D.C.

*Best, M. 2006. Pers. comm. Pacific Gas and Electric.

*Bevanger, K. 1994a. Bird interactions with utility structures: collision and electrocution, causes and mitigating measures. Ibis 136:412-425.




_____. 1994b. Three questions on energy transmission and avian mortality. Fauna Norv. Ser. 17:107-114.

*_____. 1998. Biological and conservation aspects of bird mortality caused by electricity power lines: a review. Biol. Cons. 86:67-76.

*_____. 2005. Pers. comm. Norwegian Institute for Nature Research.

_____ and K. Overskaug. 1995. Utility structures as a mortality factor for raptors and owls in Norway. Pages 381-392 *in* R.D. Chancellor, B.U. Meyburg, and J.J. Ferrero, eds. Holarctic Birds of Prey: Proc. Internatl. Conf. Badajoz, Spain. 17-22 April 1995. Berlin, Germany.

Bijleveld, M.F.I.J., and P. Goeldlin. 1976. Electrocution d'un couple de Buses *Buteo buteo* a Jongny (VD). Nos Oiseaux 33: 280-281.

*Birchell, J. 2005. Pers. comm. U.S. Fish and Wildlife Service.

Bird, D.M., D.E. Varland, and J.J. Negro, eds. 1996. Raptors in Human Landscapes: Adaptations to Built and Cultivated Environments. Academic Press, Inc. San Diego, CA.

Bisson, I.A., M. Ferrer, and D.M. Bird. 2002. Factors influencing nest-site selection by Spanish imperial eagles. J. Field Ornithol. 73:298-302.

*Blem, C.R., L.B. Blem, and P.J. Harmata. 2002. Twine causes significant mortality in nestling ospreys. Wilson Bull. 114: 528-529.

*Blodget, B.G. 1989. Common barn-owl. Pages 81-87 *in* Proc. Northeast Raptor Management Symposium and Workshop. Natl. Wildl. Fed., Washington, D.C.

*Blue, R. 1996. Documentation of raptor nests on electric utility facilities through a mail survey. Pages 87-95 *in* D.M. Bird, D.E. Varland, and J.J. Negro, eds. Raptors in Human Landscapes: Adaptations to Built and Cultivated Environments. Academic Press, Inc. San Diego, CA.

*Boarman, W.I. and B. Heinrich. 1999. Common Raven (*Corvus corax*). *In* The Birds of North America, No. 476 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

*Boeker, E.K. 1972. Powerlines and bird electrocution. U.S. Fish and Wildl. Serv. Unpubl. rep. Denver Wildl. Research Center, Denver Colo. 8pp.

_____. 1974. Status of golden eagle surveys in the western states. Wildl. Soc. Bull. 3:79-81.

*_____ and P.R. Nickerson. 1975. Raptor electrocutions. Wildl. Soc. Bull. 3:79-81.

Boeker, E.K. and T.D. Ray. 1971. Golden eagle population studies in the southwest. Condor 73:463-467.

Bogener, D.J. 1979. Osprey inventory and management study for Shasta Lake Ranger District (1979). U.S. For. Serv. Unpubl. rep. Redding, CA. 13pp.

*Bohm, R.T. 1988. Three bald eagle nests on a Minnesota transmission line. J. Raptor Res. 22:34.

Bologna, F.F., A.C. Britten, and H.F. Vosloo. 2001. Current research into the reduction of the number of transmission line faults on the Eskom MTS. 2nd South African Electric Power Research Conference. South Africa, June 13, 2001.




Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 79 of 101

*Boshoff. A. F. 1993. Density, breeding performance and stability of Martial eagles *Polemaetus belicosus* breeding on electricity pylons in the Nama-Karoo, South Africa. Proc. VIII Pan-Afr. Orn. Cong. 95-104.

____ and B. Basson. 1993. Large raptor fatalities caused by powerlines in the Karoo, South Africa. Gabar 8:10-13.

*Boshoff, A.F. and C. Fabricus. 1986. Black eagles nesting on man-made structures. Bokmakierie 38:67-70.

*Boshoff, A.F., C.J. Vernon, and R.K. Brooke. 1983. Historic atlas of the diurnal raptors of the Cape Province *(Aves: Falconiformes)*. Ann. Cape Prov. Mus. 14:173-297.

*Bouchard, D. 2006. Pers. comm. American Electric Power.

*Brady, A. 1969. Electrocuted great horned owl. Cassinia 51:57.

*Brett, J. 1987. Regional reports—Northeast region. Eyas 10:18-22. National Wildl. Fed., Raptor Information Center, Washington, D.C.

Bridges, J.M. 1980. Raptor nesting platforms and the need for further studies. Pages 113-116 *in* R.P. Howard and J.F. Gore, eds. Proc. Of a Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID.

____. 2001. Never say always. Pages 269-275 *in* R.G. Carlton, ed. Avian interactions with utility and communication structures: Proceedings of a workshop held in Charleston, South Carolina, December 2-3, 1999. Electric Power Research Institute. Palo Alto, CA.

*____ and R. Lopez. 1995. Reducing large bird electrocutions on a 12.5-kV distribution line originally designed to minimize electrocutions. Pages 263-265 *in* G.J. Doucet, C. Seguin, and M. Giguere, eds. 5th International Symposium on Environmental Concerns in Rights-of-way Management. Hydro-Quebec, Montreal, CA. 558pp.

*Bridges, J.M. and D. McConnon. 1987. Use of raptor nesting platforms in a central North Dakota high voltage transmission line. Pages 46-49 *in* W.R. Byrnes and H.A. Holt, eds. Fourth Symp. on Environmental Concerns in Rights-of-way Mgmt. Purdue Univ., West Lafayette, IN. 595pp.

Bromby, R. 1981. Killer lines in Colorado present an electrocution hazard to raptors. Wildl. News 6:2-3. (Colorado Division of Wildl. Denver.)

*Brown, B. 2005. Pers. comm. Government Threatened Species Section, Tasmania.

*Brown, C.J., and J.L. Lawson. 1989. Birds and electric transmission lines in South West Africa/Namibia. Madoqua 16:59-67.

*Brown, C.R. 1997. Purple martin *(Progne subis)*. *In* The Birds of North America, No. 287 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Brown, L., and D. Amadon. 1968. Eagles, hawks, and falcons of the world. Country Lide Books, London. 945pp.

*Brubaker, D.L., K. L. Brubaker, and B.C. Thompson. 2003. Raptor and Chihuahuan raven nesting on decommissioned telephone-line poles in the northern Chihuahuan desert. J. Raptor Research 37:135-146.

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 80 of 101

Buckley, N. J. 1998. Interspecific competition between vultures for preferred roost positions. Wilson Bulletin 110:122-125.

Buehler, D.A. 2000. Bald eagle *(Haliaeetus leucocephalus)*. *In* The Birds of North America, No. 506 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

_____, J.D. Fraser, J.K.D. Seegar, G.D. Therres, and M.A. Byrd. 1991. Survival rates and population dynamics of bald eagles on Chesapeake Bay. J. Wildl. Manage. 55:608-613.

*Bull, E.L. and J.R. Duncan. 1993. Great gray owl *(Strix nebulosa)*. *In* The Birds of North America, No. 41 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

*Bunnell, S. T., C. M. White, D. Paul, and S. D. Bunnell. 1997. Stick nests on a building and transmission towers used for nesting by large falcons in Utah. Great Basin Naturalist 57:263-267.

*Burger, A.A. and K.J. Sadurski. 1995. Experimental investigation of bird initiated AC flashover mechanisms. CIGRE SC 33-95 (WG07).

Burke, H.F., S.F. Swaim, and T. Amalsadvala. 2002. Review of wound management in raptors. J. Avian Medicine and Surgery 16:180-191.

*Burnham, J.T. 1994. Bird streamer flashovers on FPL transmission lines. Florida Power and Light, Juno Beach, FL.

*_____. 1995. Bird streamer flashovers on FPL transmission lines. IEEE Trans. Power Delivery 10:970-977.

*Burnham, W.A. 1982. Peregrine Fund's Rocky Mountain Program operation report, 1982. The Peregrine Fund, Inc. Unpubl. rep. Fort Collins, CO. 152pp.

*Burruss, J. 2005. Pers. comm. PacifiCorp.

_____, K. Garlick, and A. Manville. 2003. Joint electric utility – conservation group effort is for the birds. Electric Energy T&D Magazine. Nov./Dec. 2003: pg. 8.

Butler, C. 2003. Species status review: monk parakeets in Oregon. Oregon Birds 29:97-100.

*Cade, T.J. 1985. Peregrine recovery in the United States. Pages 331-342 *in* Newton, I. and R.D. Chancellor, eds. Conservation studies on raptors. ICBP Tech. Publ. No. 5. California Bald Eagle Working Team. 1985. [Minutes of June 5, 1985, Working Team Meeting.]. Sacramento, CA. 4pp.

*_____ and P.R. Dague. 1977. The Peregrine Fund Newsletter No 5. 12pp.

California Department of Fish and Game. 1987. Recovery of a banded bald eagle in Siskiyou County, California, on June 23, 1987. Agency Memorandum from the Wildl. Biol., Nongame Bird and Mammal Section, to the Files, dated 1 December 1987. Sacramento, CA. 3pp.

California Energy Commission. 1992. Final Report. Wind turbine effects on avian activity, habitat use, and mortality in Altamont Pass and Solano County wind resource areas. 1989-1991.

_____. 1995. Avian collision and electrocution: an annotated bibliography.




Call. M. 1979. Habitat management guides for birds of prey. U.S. Bureau of Land Manage. Tech. Note No. T/N-338. Denver, CO. 70pp.

*Cardenal, A.C. 2005. Pers. comm. Biological consultant to the local governments of La Rioja and Valencia, Spain.

*Cartron, J-L.E. 2005. Pers. comm. University of New Mexico. Albuquerque, NM.

*Cartron, J-L.E., G.L. Garber, C. Finley, C. Rustay, R. Kellermueller, M.P. Day, P. Manzano-Fisher, and S.H. Stoleson. 2000. Power pole casualties among raptors and ravens in northwestern Chihuahua, Mexico. Western Birds 31:255-257.

*Cartron, J-L.E., R. Harness, R. Rogers, and P. Manzano-Fischer. 2005. Impact of concrete power poles on raptors and ravens in northwestern Chihuahua, Mexico. Pages 357-369 *in* Cartron, J-L.E., G. Cebbalos, and R.S. Felger, eds. Biodiversity, Ecosystems, and Conservation in Northern Mexico. Oxford Univ. Press: New York.

*Cartron, J.-L.E., R. Rodriguez-Estrella, R.C. Rogers, L.B. Rivera, and B. Granados. In press. Raptor and raven electrocutions in northwestern Mexico: a preliminary regional assessment of the impact of concrete power poles. *In* R. Rodriguez-Estrella, ed. Current Raptor Studies in Mexico. CIBNOR, La Paz, Mexico.

*Ceballos, G., E. Mellink, and L.R. Hanebury. 1993. Distribution and conservation of prairie dogs *Cynomys mexicanus* and *Cynomys ludovicianus* in Mexico. Biol. Cons. 63:105-112.

*Central Vermont Public Service. 2002. News release: CVPS 'bird guards' save animal lives, reduce outages. Sept. 18, 2002.

Chancellor, R.D.(ed). 1977. World conference on birds of prey, report of proceedings. Intern. Counc. For Bird Preserv. Vienna, Austria. 442pp.

_____ and B.U. Meyburg, eds. 2000. Raptors at Risk: Proc. V World Conf. on Birds of Prey and Owls. Midrand, Johannesburg, South Africa. 4-11 August 1998. Hancock House. Berlin, Germany.

_____ and _____ . 2004. Raptors Worldwide: Proc. VI World Conference on Birds of Prey and Owls. Budapest, Hungary. 18-23 May 2003. World Working Group on Birds of Prey and Owls, MME/BirdLife. Hungary, Berlin, Budapest.

*Chindgren, S.R. 1980. Mixing it up. Hawk Chalk 19:50-53.

_____. 1981a. Raptor electrocution. Hawk Chalk 20:36-40.

_____. 1981b. Trained raptor electrocution—a request for information. Hawk Chalk 20:59.

Colson, E.W. 1993. The electric utility industry approach to bird interactions with powerlines- a historical perspective. Pages 3-1 – 3-6 *in* J.W. Huckabee, ed. Proc.: Avian Interactions with Utility Structures—International Workshop. Electric Power Res. Inst. Tech. Rep. 103269, Palo Alto, CA.

Conn. Dep. Of Env. Prot. Wildl. Bur. 1987. Connecticut osprey update. Wildl. Bur. Nongame Ser. No. Ng-3. Burlington. 6pp.

Conover, A. 1999. To save a falcon. Smithsonian 29:102-116.

Conservation News. 1973. Eagle electrocution study undertaken. 38:10-11. 15 May 1973.

_____. 1976. Power line electrocution-hazards made safer. 41:8-10. 15 November 1976.

Consumers Power Company. 1972. Construction awaits birth of eagles at utility line project. News release dated 27 April 1972. Jackson, MI. 1p.

*Cooley, T. 2005. Pers. comm. Michigan Dept. of Natural Resources Wildlife Disease Laboratory.

*Coon, N.C., L.N. Locke, E. Cromartie, and W.L. Reichel. 1970. Causes of bald eagle mortality, 1960-1965. J. Wild. Dis. 6:72-76.

*Craig, T.H. 1978. Car survey of raptors in southeastern Idaho, 1974-1976. Raptor Res. 12:40-45.

*_____ and E. H. Craig. 1984. A large concentration of roosting golden eagles in southwestern Idaho. Auk 101:610-613.

Crawford, J.E., and L.A. Dunkeson. 1974. Power line standards to reduce raptor losses on the National Resource Lands. (Abstract only.) Page 2:124 *in* F.N. Hamerstrom, Jr., B.E. Harrell, and R.R. Olendorff, eds. Management of Raptors. Raptor Res. Rep. No. 2:124.

Crawford, R.L. and R.T. Engstrom. 2001. Characteristics of avian mortality at a north Florida television tower: a 29-year study. J. Field Ornithol. 72:380-388.

Cromartie, E., W.L. Reichel, L.N. Locke, A.A. Belisle, T.E. Kaiser, T.G. Lamont, B.M. Mulhern, R.M. Prouty, and D.M. Swineford. 1975. Residues of organochlorine pesticides and polychlorinated biphenyls and autopsy data for bald eagles, 1971-72. Pestic. Monit. J. 9:11-14.

Csermely, D. and C.V. Corona. 1994. Behavior and activity of rehabilitated buzzards (*Buteo buteo*) released in northern Italy. J. Raptor Res. 28:100-107.

Curtis, C. 1997. Birds and transmission lines. Blue Jay 55:43-47.

*Damon, J.D. 1975. Report suggests ways to protect eagles perched on power lines. News release dated 20 August 1975. Edison Electric Institute, New York, NY. 3pp.

*Dawson, J.W., and R.W. Mannan. 1994. The ecology of Harris' hawks in urban environments. Report submitted to Arizona Game and Fish Dept. Agreement G20058-A. 56 pp.

_____ and _____. 1995. Abstract: electrocution as a mortality factor in an urban population of Harris' hawks. J. Raptor Res. 29:55.

*Dean, W.R.J. 1975. Martial eagles nesting on high tension pylons. Ostrich 46:116-117.

Dedon, M. 1999. Reducing wildlife interactions with electrical distribution facilities. PIER, California Energy Commission, San Francisco, CA.

Deem, S.L. 1999. Raptor medicine: basic principles and noninfectious conditions. Compendium on Continuing Education for the Practicing Veterinarian 21:205-214.

*Dell, D. A. and P. J. Zwank. 1986. Impact of a high-voltage transmission line on a nesting pair of southern bald eagles in southeast Louisiana. J. Raptor Research 20:117-119.

*DeLong , J.P. and K. Steenhof. 2004. Effects of Management Practices on Grassland Birds: Prairie Falcon. Northern Prairie Wildlife Research Center, Jamestown, ND. 25 pp.



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 83 of 101

*Demeter, I. 2005. Pers. comm. MME BirdLife, Hungary.

Dennis, J.V. 1964. Woodpecker damage to utility poles: with special reference to the role of territory and resonance. Bird-Banding 35:225-253.

Denver Audubon Society Newsletter. 1971. Action taken on eagle electrocutions. 3:1

*Denver Post. 1974. Power lines menacing eagles. Newspaper article. 24 March 1974.

*Detrich, P.J. 1978. Osprey inventory and management study for Shasta Lake Ranger District. U.S. For. Serv. Unpubl. rep. Redding, CA. 17pp.

_____. 1989. Management recommendations for bald eagles at Lake Cachuma County Park. Unpubl. rep. prepared for the Santa Barbara [California] County Park Department. Ecos, Inc. Sacramento, CA. 17pp.

*Dexter, R.W. 1953. Electrocution of a Baltimore oriole. J. Field Ornithol. 24:109.

Dickerman, R.W. 2003. Talon-locking in the red-tailed hawk. J. Raptor Res. 37:176.

*Dickinson, L.E. 1957. Utilities and birds. Audubon 59:54-55, 86-87.

*Dilger, W.C. 1954. Electrocution of parakeets at Agra, India. Condor 56:102-3.

DIN VDE 0210/12.85. 1991. Vogelshutz an Starkstrom-Freileitungen mit Nennspannugen uber 1-kV (Bird protection on above ground power lines with power over 1-kV).

Dodge, G. 1975. Engineers' forum: protection against problems of wildlife. Elec. World, 1 April 1975. Page 48.

Donazar, J.A., C.J. Palacios, L. Gangoso, O. Ceballos, M.J. Gonzalez, and F. Hiraldo. 2002. Conservation status and limiting factors in the endangered population of Egyptian vulture *(Neophron percnopterus)* in the Canary Islands. Biol. Cons. 107:89-97.

Dos Santos, J.A. 2004. Storks and transmission finding a middle ground. Transmission and Distribution World. June, 2004.

Doumitt, T.A., M. Szczypinski, and J.K. Gardner. 2000. Reproductive success and nesting chronology of ferruginous hawks in northwestern Utah from 1997-1999. U.S. Dept. Interior, Bureau Land Mgmt., Salt Lake City, UT. 45 pp.

*Dunstan, T.C. 1967. Study of osprey in Itasca County, Minnesota. Master's Thesis. Univ. of South Dakota, Vermillion. 66pp.

*_____. 1968. Breeding success of osprey in Minnesota from 1963-1968. Loon 40:109-112.

_____, J.H. Harper, and K.B. Phipps. 1978. Habitat used and hunting strategies of prairie falcons, red-tailed hawks, and golden eagles. U.S. Bur. Of Land Manage., Denver, CO, and Boise, ID. 177pp.

*Dwyer, J.F. 2004. Investigating and mitigating raptor electrocution in an urban environment. M.S. Thesis, Univ. of Arizona. 71pp.

Edison Electric Institute (EEI). 1973. [Raptor electrocutions.] Letter to the Associate Director of the Bur. of Land Manage. Dated 16 July 1973. 3pp.

*_____. 1975. [Distribution of *Suggested Practices for Raptor Protection on Powerlines.*] Letter from the Institute to the Assistant Secretary of the Interior for Fish and Wildl. and Parks. Dated 24 September 1975. 2pp.

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 84 of 101

______. 1980a Compatibility of fish, wildlife, and floral resources with electric power facilities and lands: an industry survey analysis. Urban Wildl. Res. Cent., Ellicot City, MD. 130pp.

______. 1980b [Silver Wires, Golden Wings.] News release dated 17 June 1980. Edison Electric Institute, Washington, D.C. 2pp.

______. 1980c. Studies/management for raptors. Unpubl. rep. Washington, D.C. 9pp.

_____. 1993. EEI Statistical Yearbook 1993. Edison Electric Institute, Washington, D.C. 9pp.

*EDM International, Inc. 2004. Guide to raptor remains: a photographic guide for identifying the remains of selected species of California raptors. Ft. Collins, CO. 118pp.

*Edwards, C.C. 1969. Winter behavior and population dynamics of American eagles in Utah. Ph.D. Dissertation, Brigham Young Univ., Provo, UT. 142pp.

Electric Meter. 1949. Pampered bird. March 1949. p. 3.

______. 1951. Homeless hawk happy with rebuilt roost. May 1951. p.1.

*______. 1953. South Jersey Nemesis. November 1953.

Electric Power Research Institute (EPRI). 1978. Compact Line Design 115-138-kV. Palo Alto, CA. 177pp.

*______. 1988. A joint utility investigation of unexplained transmission line outages. Final Rep. EL-5735. Palo Alto, CA. 76pp.

Electric Reporter. 1946. Short circuit is isolated. October 1946.

Electric World. 1981. 500k-V towers are for the birds. July 1981.

Electricity Supply Commission of South Africa. 1980. Plea to save Africa's birds from electrocution. Megawatt 63:11-13.

*Ellis, D.H., J.G. Goodwin, Jr., and J.R. Hunt. 1978. Wildlife and electric power transmission. Pages 81-104 *in* J.L. Fletcher and R.G. Busnel, eds. Effects of Noise on Wildlife. Academic Press, Inc. New York, NY.

*Ellis, D.H., D.G. Smith, and J.R. Murphy. 1969. Studies on raptor mortality in western Utah. Great Basin Nat. 29:165-167.

*Energy and Environmental Economics, Inc. 2005. The cost of wildlife-caused power outages to California's economy. California Energy Commission, PIER Energy-Related Environmental Research. CEC-500-2005-030.

*Engel, K.A., L.S. Young, J.A. Roppe, C.P. Wright, and M. Mulrooney. 1992a. Controlling raven fecal contamination of transmission line insulators. Ebasco Environmental. Unpubl. rep. Bellevue, WA. 19pp.

*Engel, K.A., L.S. Young, K. Steenhof, J.A. Roppe, and M.N. Kochert. 1992b. Communal roosting of common ravens in southwestern Idaho. Wilson Bull. 104:105-121.

*England, A.S., M.J. Bechard, and C.S. Houston. 1997. Swainson's hawk (*Buteo swainsoni*). *In* The Birds of North America, No. 265 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Erickson, W.A., R.E. Marsh, and T.P. Salmon. 1992. High frequency sound devices lack efficacy in repelling birds. Pages 103-104 in J.E. Borrecco and R.E. March, eds. Proc. 15th Vertebr. Pest Conf. Univ. of California, Davis.



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 85 of 101

*Erickson, W., J. Watson, and B. Hubbard. 2004. Cooperative efforts by the Bonneville Power Administration to promote ferruginous hawk nesting on the Department of Energy's Hanford Reservation in Washington State Bonneville Power. Abstract, Environmental Concerns in Rights-of-Way Management, 8th International Symp., 12-16 Sept. 2004, Saratoga Springs, NY.

*Estep, B. 2005. Pers. comm. Georgia Power Company.

Estep, J.A. 1989. Avian mortality at large wind energy facilities in California: identification of a problem. California Energy Commission. Unpubl. rep. Sacramento, CA. 30pp.

*Ewins, P. J. 1994. Artificial nest structures for ospreys: A construction manual. Environment Canada. Canadian Wildlife Service, Downsview, Ontario, Canada.

*_____. 1996. The use of artificial nest sites by an increasing population of ospreys in the Canadian Great Lakes Basin. Pages 109-123 *in* D.M. Bird, D.E. Varland, and J.J. Negro, eds. Raptors in Human Landscapes: Adaptations to Built and Cultivated Environments. Academic Press, Inc. San Diego, CA.

Fajardo, I. G. Babiloni, and Y. Miranda. 2000. Rehabilitated and wild barn owls (*Tyto alba*): dispersal, life expectancy and mortality in Spain. Biol. Cons. 94:287-295.

Farquhar, C.C. 1992. White-tailed hawk (*Buteo albicaudatus*). *In* The Birds of North America, No. 30 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

*Federal Energy Regulatory Commission (FERC). 1992. Manual of standard special articles prepared by Edward A. Abrams and James Haimes, Div. Of Proj. Rev., Office of Hydropower Licensing, Paper No. DPR-4. Washington, D.C.

Fernandez, C., and J.A. Insausti. 1990. Golden eagles take up territories abandoned by Bonelli's eagles in northern Spain. J. Raptor Res. 24: 125-125.

Fernie, K. J., D. M. Bird, R. D. Dawson, P. C. Lague. 2000. Effects of electromagnetic fields on the reproductive success of American kestrels. Physiological and Biochemical Zoology 73:60-65.

Ferrer, M., and M. de La Riva. 1987. [Impact of power lines on the population of birds of prey in the Donana National Park and its environments]. Ricerhe di biologia della Selvaggina 12, 97-98.

*_____, _____, and J. Castroviejo. 1991. Electrocution of raptors on power lines in southwestern Spain. J. Field Ornithol. 62:181-190.

Ferrer, M. and M. Harte. 1997. Habitat selection by immature Spanish imperial eagles during the dispersal period. J. Appl. Ecol. 34:1359-1364.

Ferrer, M. and F. Hiraldo. 1991. Evaluation of management techniques for the Spanish Imperial eagle. Wildl. Soc. Bull. 19:436-442.

______, and _____. 1992. Man-induced sex-biased mortality in the Spanish imperial eagle. Biol. Conserv. 60:57-60.

Ferrer, M. and G.F.E. Janss, eds. 1999. Birds and power lines: collision, electrocution, and breeding. Quercus. Madrid, Spain.

*Fiedler, M. 2005. Pers. comm. Public Service Company of New Mexico.

BLM_0003778




Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 86 of 101

Fishcer, D.L., K.L. Ellis, and R.J. Meese. 1984. Winter habitat selection of diurnal raptors in central Utah. J. Raptor Res. 18:98-102.

Fitzner, R.E. 1975. Owl mortality on fences and utility lines. J. Raptor Res. 9:55-57.

*_____. 1978. Behavioral ecology of the Swainson's hawk (*Buteo swainsoni*) in south-eastern Washington. Ph.D. Dissertation. Washington State Univ., Pullman. 194pp.

*_____. 1980a. Impacts of a nuclear energy facility on raptorial birds. Pages 9-33 *in* R.P. Howard and J.F. Gore, eds. Proc. Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID.

_____. 1980b. Behavioral ecology of the Swainson's hawk in southeastern Washington. Battelle Pacific Northwest Lab. Tech. Rep. No. PNL-2754. Richland, WA. 65pp.

*_____, and R.L. Newell. 1989. Ferruginous hawk nesting on the U.S. DOE Hanford site: a recent invasion following introduction of transmission lines. Pages 125-132 *in* Issues and Technology in the Management of Impacted Wildlife. Pacific Northwest Lab., Richland, WA.

Fitzner, R.E., W.H. Richard, L.L. Caldwell, and L.E. Rogers. 1981. Raptors of the Hanford Site and nearby areas of south-central Washington. Battelle Pacific Northwest Lab., Richland, WA.

Fix, A.S. and S.Z. Barrows. 1990. Raptors rehabilitated in Iowa during 1986 and 1987: a retrospective study. J. Wildl. Diseases 26:18-21.

*Florida Power and Light. 2005. Unpubl. data.

*Forrester, D.J. and M.G. Spaulding. 2003. Parasites and Diseases in Wild Birds in Florida. University of Florida Press, Gainesville, FL. 1152pp.

*Franson, J.C., and S.E. Little. 1996. Diagnostic findings in 132 great horned owls. J. Raptor Res. 30:1-6.

*Franson, J.C., L. Sileo, and N.J. Thomas. 1995. Causes of eagle deaths. Page 68 *in* LaRoe, E.T., G.S. Farris, C.E. Puckett, P.D. Doran, and M.J. Mac, eds. Our living resources: a report to the nation on the distribution, abundance, and health of U.S. plants, animals, and ecosystems. U.S. Dept. Interior, Natl. Biol. Service, Washington, D.C. 530pp.

*Franson, J.C., N.J. Thomas, M.R. Smith, A.H. Robbins, S. Newman, and P.C. McCarton. 1996. A retrospective study of postmortem findings in red-tailed hawks. J. Raptor Res. 30:7-14.

Freeman, A. 2003. Two wild endangered birds die. Greenwire, Feb. 21, 2003.

Frenzel, R.W. 1984. Environmental contaminants and ecology of bald eagles in south central Oregon. Ph.D. Dissertation. Oregon State Univ., Corvallis, OR. 151pp.

Friend, M., J.C. Franson, and USGS-BRD, eds. 1999. Field manual of wildlife diseases: general field procedures and diseases of birds. USGS-BRD. Washington, D.C.

Frier, J.A. 1977. Research and management of endangered birds in New Jersey (Ospreys). New Jersey Department of Environmental Protection, Division of Fish, Game, and Wildl. Unpubl. rep. Trenton, NJ. 13pp.

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 87 of 101

_____. 1978. Research and management of endangered birds in New Jersey (Ospreys). New Jersey Dep. Environmental Protection, Division of Fish, Game, and Wildl. Unpubl. Rep. Trenton, NJ. 14pp.

*Fulton, J.R. 1984. Ospreys nest at John H. Kerr Reservoir. Raven 54:14.

Fyfe, R.W., and R.R. Olendorff. 1976. Minimizing the dangers of nesting studies to raptors and other sensitive species. Can. Wildl. Service, Occas. Paper No.23. 17pp.

*Gaines, R.C. 1985. Nest site selection, habitat utilization, and breeding biology of the ferruginous hawk in central North Dakota. Master's Thesis. North Dakota State Univ., Fargo. 32pp.

Garber, D.P. 1972. Osprey study, Lassen and Plumas Counties, California, 1970-1971. California Department of Fish and Game, Wildl. Management Branch Admin. Rep. No. 72-1, Sacramento. 33pp.

Garrett, M.G. 1993. PacifiCorp program for managing birds on power lines, a case study. Pages 18-1 – 18-5 *in* J.W. Huckabee, ed. Proc.: Avian Interactions With Utility Structures—International Workshop, Electric Power Res. Inst. Tech. Rep. 103269, Palo Alto, CA.

Garzon, J. 1977. Birds of prey in Spain, the present situation. Pages 159-170 *in* R.D. Chancellor (ed.). World Conference on birds of prey, Report of Proceedings. Intern. Counc. For Bird Preserv. Vienna, Austria.

Gauthreaux, S.A. 1993. Avian interactions with utility structures, background and milestones. Pages 1-1 – 1-6 *in* J.W. Huckabee, ed. Proc.: Avian Interactions with Utility Structures—International workshop. Electric Power Res. Inst. Tech. Rep. 103269, Palo Alto, CA.

*Georgia Power Company. 2005. Unpubl. data.

*Gilbertson, B. 1982. Minnkota Power Co-op and the hawks. Hawk Chalk 21:51-54.

*Gillard, R. 1977. Unnecessary electrocution of owls. Blue Jay 35:259.

Gilliland, J. 1975. Eagle-safe poles praised. Newspaper article. Idaho Statesman, Boise, ID. 22 October 1975.

*Gilmer, D.S., and R.E. Stewart. 1983. Ferruginous hawk populations and habitat use in North Dakota. J. Wild. Manage. 47:146-157.

*Gilmer, D.S. and J.M. Wiehe. 1977. Nesting by ferruginous hawks and other raptors on high voltage power line towers. Prairie Natur. 9:1-10.

Graham, F., Jr. 2000. The day of the condor. Audubon, Jan/Feb 2000: 46-53.

Gray, L.D. 1988. California Energy Commission informational workshop on wind turbine effects on avian activity and habitat use. Alameda County Planning Department. Unpubl. rep. Hayward, CA. 20pp.

Grazhdankin, A.V., and V.I. Perverva. 1982. [Causes of mortality of steppe eagles (*Aquila nipalensis*) on the transmission line supports and the ways of their removal.] Mosuva 1982:3-10. [English summary]

Gretz, D.I. 1981. Power line entanglement hazard to raptors. U.S. Fish and Wildl. Serv. Unpubl. rep. Denver, CO. 9pp.

*Grubb, T. G. 1995. Constructing bald eagle nests with natural materials. USDA Forest Service Research Note RM-RN-535. 8pp.

 

Guzman, J. and J.P. Castano. 1998. Raptor mortality by electrocution in power lines in eastern Sierra Morena and Campo del Montiel (Spain). Ardeola 45:161-169.

*Haas, D. 1980. Endangerment of our large birds by electrocution—a documentation. Pages 7-57 *in* Okolgie der vogel [Ecology of birds]. Vol. 2. Deutscher bund fur Vogelschutz, Stuttgart. (German with English summary).

_____. 1993. Clinical signs and treatment of large birds injured by electrocution. Pages 180-183 *in* P.T. Redig, J.E. Cooper, J.D. Remple, D.B. Hunter, and T. Hahan, eds. Raptor Biomedicine. Univ. of Minnesota Press. Minneapolis.

*_____. 2005. Pers. comm. German Nature Conservation Association.

Hall, T.R., W.E. Howard, and R.E. Marsh. 1981. Raptor use of artificial perches. Wildl. Soc. Bull. 9:296-298.

*Hallinan, T. 1922. Bird interference on high tension electric transmission lines. Auk 39: 573.

Hannum, G., W. Anderson, and M. [W.] Nelson. 1974. Power lines and birds of prey. Report presented to Northwest Electric Light and Power Assoc., Yakima, WA, 22 April 1974. 23pp.

*Hanson, K.E. 1988. Managing transmission lines for wildlife enhancement. J. Arboricult. 14:302-304.

*Hardy, N. 1970. Fatal dinner. Thunder Bay Field Natur. Club Newsletter 24:11.

Harlow, D.L., and P.H. Bloom. 1989. Buteos and the golden eagle. Pages 102-110 *in* B.G. Pendleton, ed. Proc. Western Raptor Manage. Symp. And Workshop. Nat. Wildl. Fed. Sci. and Tech. Series No. 12.

*Harmata, A.R. 1991. Impacts of oil and gas development on raptors associated with Kevin Rim, Montana. Kevin Rim Raptor Study Group. Unpubl. rep. Biol. Dep. Montana State Univ., Bozeman. Prepared for the U.S. Bur. Of Land Manage., Great Falls Resource Area, MT. 98pp.

*_____. 2002. Encounters of golden eagles banded in the Rocky Mountain West. J. Field Ornithol. 73:23-32.

*_____, G.J. Montopoli, B. Oakleaf, P.J. Harmata, and M. Restani. 1999. Movements and survival of bald eagles banded in the Greater Yellowstone ecosystem. J. Wildl. Manage. 63:781-793.

Harmata, A.R., M. Restani, G.J. Montopoli, J.R. Zelenak, J.T. Ensign, and P.J. Harmata. 2001. Movements and mortality of ferruginous hawks banded in Montana. J. Field Ornithol. 72:389-398.

*Harness, R.E. 1996. Raptor electrocutions on electric utility distribution overhead structures. Pages B4-1 – B-4-7 *in* Proc. Of the 1996 Rural Electric Power Conference. Inst. Electr. and Electronic Engineers, New York, NY.

*_____. 1997. Raptor electrocutions caused by rural electric distribution powerlines. MS Thesis, Colorado State University, Fort Collins, CO. 54pp.

*_____. 1998. Steel distribution poles—environmental implications. Pages D1-1 through D1-5 in Proc. Rural Electric Power Conference. Institute of Electrical and Electronics Engineers. New York, NY.



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 89 of 101

_____. 1999. Monk parakeets (*Myiopsitta monachus*) nesting in Colorado. J. Colorado Field Ornithol. 33:225.

_____. 2000. Raptor electrocutions and distribution pole types. North Amer. Wood Pole Coalition Tech. Bull. October 2000: 1-19.

*_____. 2001. Reduce raptor mortality by retrofitting power lines. IEEE Industry Applications Magazine. Nov./Dec. 2001: 50-55.

_____. 2002. Raptors: test to protect. Transmission and Distribution World. March, 2002.

*_____. 2004. Artificial food sources and bald eagle (*Haliaeetus leucocephalus*) electrocutions in Alaska. Abstract, Environmental Concerns in Rights-of-Way Management, 8th International Symp., 12-16 Sept. 2004, Saratoga Springs, NY.

_____. 2005. Pers. comm. EDM International.

*_____ and M. Garrett. 1999. Effectiveness of perch guards to prevent raptor electrocutions. J. Colorado Field Ornithol. 33:215-220.

*Harness, R.E., and K.R. Wilson. 2001. Electric-utility structures associated with raptor electrocutions in rural areas. Wildl. Soc. Bull. 29:612-623.

_____ and _____. 1998a. Raptor electrocutions. IEEE Industry Applications Magazine 4:25-31.

_____ and _____. 1998b. Review of falconers' electrocution data. Hawk Chalk 37:79-81.

Harris, R.D. 1988. Report of a golden eagle mortality. Memorandum from the Project Manager, LSA Associated, to R.M. Jurek, D.A. Anderson, D.L. Harlow, and R.R. Olendorff, dated 21 December 1988. Richmond, CA. 2pp.

Harrison, J. 1962. Heavy mortality of mute swans from electrocution. Wildfowl Trust Annual Report 14:164-165.

Harshbarger, R.M. S.W. Platt, and N.E. Hargis. 1994. Mitigation planning for raptors during mining in southwestern Wyoming. Thorne Ecological Institute: 67-75.

*Hartley, R.R., K. Hustler, and P.J. Mundy. 1996. The impact of man on raptors in Zimbabwe. Pages 337-353 *in* D.M. Bird, D.E. Varland, and J.J. Negro, eds. Raptors in Human Landscapes: Adaptations to Built and Cultivated Environments. Academic Press, Inc. San Diego, CA.

Henderson, C. 1988. Regional reports—midwest. Eyas 11:8-10. National Wildl. Fed., Raptor Information Center, Washington D.C.

*Henny, C.J., and D.W. Anderson. 1979. Osprey distribution, and abundance and status in western North America: III. The Baja California and Gulf of California population. Bull. So. Calif. Acad. Sci. 78:89-106.

*_____ and _____. 2004. Status of nesting ospreys in coastal Baja California, Sonora and Sinaloa, Mexico, 1977 and 1992-1993. Bulletin Southern California Academy Science 103:95-114.

*Henny, C.J., D.J. Dunaway, R.D. Mallette, and J.R. Koplin. 1978. Osprey distribution, abundance, and status in western North America: I. The northern California population. Northwest Sci. 52:261-271.

*Henny, C.J. and J.L. Kaiser. 1996. Osprey population increase along the Willamette River Oregon, and the role of utility structures, 1976-1993. Pages 97-108 *in* D.M. Bird, D.E. Varland, and J.J. Negro, eds. Raptors in Human Landscapes. Academic Press, London.

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 90 of 101

*_____, _____, and R. A. Grove. 2003. Ospreys in Oregon and the Pacific Northwest. U.S.D. I. Geological Survey Fact Sheet 153-02 (rev. 2003), Corvallis, OR. 4pp.

Herren, H. 1969. Status of the peregrine falcon in Switzerland. Pages 231-238 *in* J.J. Hickey, ed. Peregrine Falcon Populations: their Biology and Decline. Univ. of Wisconsin Press, Madison.

*Herron, G.B., S.J. Stiver, and R. Turner. 1980. Population surveys, species distribution and key habitats of selected nongame species. Nevada Dept. Wildl. Unpubl. rep. Reno. 21pp.

Hjortsberg, W. 1979. Morlan Nelson among the raptors. Rocky Mountain Mag. May, 1979. Pages 58-67.

Hlavac, V. 1998. Current results of the program aimed at saving the peregrine falcon (*Falco peregrinus*) and the saker falcon (*Falco cherrug*) in the Czech Republic. Buteo 10:125-130.

*Hobbs, J.C., and J.A. Ledger. 1986. Powerlines, bird-life and the golden mean. Fauna and Flora 44:23-27.

*Houston, C.S. 1978. Recoveries of Saskatchewan-banded great horned owls. Can. Field-Nat. 92:61-66.

_____. 1982. Artificial nesting platforms for ferruginous hawks. Blue Jay 40:208-213.

_____. 1998a. Ferruginous hawk banding in Saskatchewan. Blue Jay 56:92-94.

_____. 1998b. Great horned owl (*Bubo virginianus*). *In* The Birds of North America, No. 372 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

*_____ and F. Scott. 2001. Power poles assist range expansion of ospreys in Saskatchewan. Blue Jay 59:182-188.

Houston, D.C. 1996. The effect of altered environments on vultures. Pages 327-335 *in* D.M. Bird, D.E. Varland, and J.J. Negro, eds. Raptors in Human Landscapes: Adaptations to Built and Cultivated Environments. Academic Press, Inc. San Diego, CA.

Howard, R.P. 1975. Breeding ecology of the ferruginous hawk in northern Utah and southern Idaho. Master's Thesis. Utah State Univ., Logan. 59pp.

_____. 1980. Artificial nest structures and grassland raptors. Pages 117-123 *in* R.P. Howards and J.F. Gore, eds. Proc. of a Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID.

_____, and M.Hilliard. 1980. Artificial nest structures and grassland raptors. Raptor Res. 14:41-45.

Howard, R.R., and J.F. Gore (eds). 1980. Proc. of a Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID. 125pp.

*Howell, J.A. and J. Noone. 1992. Examination of avian use and mortality at a U.S. Windpower, wind energy development site, Montezuma Hills, Solano County, California. Solano Co. Dept. Environmental Management. Fairfield, CA. 41 pp.

Huckabee, J. W., ed. 1993. Proceedings: Avian Interactions With Utility Structures —International Workshop. Electric Power Res. Inst. Tech. Rep. 103268, Palo Alto, CA. 3379pp.

 

*Hunt, W.G., R.E. Jackman, T.L. Brown, and L. Culp. 1999. A population study of golden eagles in the Altamont Pass Wind Resource Area: Population trend analysis 1994-1997. Report to National Renewable Energy Laboratory, Subcontracts XAT-5-15174-01, XAT-6-16459-01 to the Predatory Bird Research Group, University of California, Santa Cruz.

*Hunter, P., N. A. Mahony, P. J. Ewins, D. Baird, and M. Field. 1997. Artificial nesting platforms for bald eagles in southern Ontario, Canada. J. Raptor Research 31:321-326.

*Hunting, K. 2002. A roadmap for PIER research on avian power line electrocution in California. PIER Environmental Area. CEC Publication 500-02-072F. December 2002.

Hutchinson, E. 1973. "...where eagles dare to perch." Lines. March 1973. Pages 9-11. (Public Service Co. of Colorado.)

*Idaho Power Co. 1996. Unpubl. data.

*Illinois Power Company. 1972. IP helps maintain Sparrow Hawks. Hi-Lines, November, 1972:14.

*INE-SEMARNAT. 2002. Memorias del Primer Taller sobre electrocución de aves en lineas eléctricas de México: hacia un diagnostico y perspectives de solución. 6 y 7 de marzo 2002. INE-SEMARNAT.

Institute of Electrical and Electronics Engineers, Inc. (IEEE). 2002. National Electric Safety Code (NESC). http://standards.ieee.org/nesc/index.html.

IEEE Task Force on Reducing Bird Related Power Outages. 2004. Preventive measures to reduce bird-related power outages—Part I: Electrocution and collision. IEEE Transactions on Power Delivery 19:1843-1847.

*Investment Dealers' Digest. 1950. One for Ripley. June, 1950.

Ivanovsky, V.V. 1995. Current status and breeding ecology of the goshawk *Accipiter gentilis* in northern Belarus. Pages 111-116 *in* R.D. Chancellor, B.U. Meyburg, and J.J. Ferrero, eds. Holarctic Birds of Prey. Proc. Internatl. Conf. Badajoz, Spain. 17-22 April 1995. Berlin, Germany.

*Jamieson, I., N. Seymour, and R.P. Bancroft. 1982. Time and activity budgets of ospreys nesting in northeastern Nova Scotia. Condor 84:439-441.

*Janss, G.F.E. 1998. Nests of white storks on electric utility towers. Wildlife Society Bulletin 26:274-278.

*_____. 2000. Avian mortality from power lines: a morphological approach of a species-specific mortality. Biol. Cons. 95:353-359.

*_____ and M. Ferrer. 1999. Mitigation of raptor electrocution on steel power poles. Wildlife Soc. Bull. 96:263-273.

*_____ and _____. 2001. Avian electrocution mortality in relation to pole design and adjacent habitat in Spain. Bird Conservation International 11:3-12.

Jarvis, M.J.F. 1974. High tension power lines as a hazard to large birds. Ostrich 45:262.

*Jelen, P. 2005. Pers. comm. Arizona Public Service Co.

Jenkins, A.R. 1998. Soaring into the future: a report on the structure and activities of raptor conservation group, with some ideas for the way ahead. J. African Raptor Biol. 13:2-9.




Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 92 of 101

*______, C.S. van Rooyen, J.A. DeGoede, and M.T. Matshikiza. 2005. Managing raptor interactions with powerlines in South Africa. Proc. 5th International Conference on Power and Energy Systems. Benalmadena, Spain.

*Johnsgard, P.A. 1988. North American owls: biology and natural history. Smithsonian Inst. Press, Washington, D.C. 295pp.

*_____. 1990. Hawks, eagles, and falcons of North America. Smithsonian Inst. Press, Washington, D.C. 403pp.

Jurek, R.M. 1988. Five-year status report—bald eagle. California Dep. of Fish and Game. Unpubl. rep. Sacramento. 15pp.

Juvvadi, P. 2005. Pers. comm. Wildlife biologist, India.

Kabouche, B., P. Bayle, and J.-L. Lucchesi. 1996. The short-toed eagle *Circaetus gallicus* mortality on electric wires in southeast France. Faune de Provence (C.E.E.P.) 17:101-103.

Kaiser, G. 1970. The buzzard as the cause of single-pole breakdowns in high-tension lines. Elektrotechnische Zeitschrift 91:313-331.

*Kaiser, J. 2005. Pers. comm. U.S. Geological Survey.

Karyakin, I.V., L.M. Novikova, and A.S. Pazhenkov. 2005. Electrocutions of birds of prey on power lines in the Aral Sea region, Kazakhstan. Raptor Cons. 2005:31-21.

*Keddy-Hector, D.P. 2000. Aplomado falcon (*Falco femoralis*). *In* The Birds of North America, No. 549 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Keister, G.P., Jr., R.G. Anthony, and E.J. O'Neill. 1987. Use of communal roosts and foraging areas by bald eagles wintering in the Klamath Basin. J. Wild. Manage. 51:415-420.

*Kemp, A.C. 1984. Preliminary description of the dynamics of a Greater Kestrel population. Pages 141-150 *in* J.M. Mendelsohn and C.W. Sapsford, eds. Proc. 2nd Symp. African Predatory Birds. Natal Bird Club. Durban, South Africa.

*Keran, D. 1986. Bald eagle nest on a power pole. Loon 58:142.

*Kerlinger, P., R. Curry, and R. Ryder. 2000. Ponnequin wind energy project: reference site avian study. National Renewable Energy Laboratory, Golden, CO. 25pp.

*Kerlinger, P. and M.R. Lein. 1988. Causes of mortality, fat condition, and weights of wintering snowy owls. J. Field Ornithol. 59:7-12.

*Kimsey, B. and M. R. Conley. 1988. Habitat use by raptors in south-central New Mexico. Pages 197-203 *in* R.L. Glinski, B. G. Pendleton, M. B. Moss, M. N. LeFranc, Jr., B. A. Millsap, and S. W. Hoffman, eds. Proceedings of the Southwest Raptor Management Symposium and Workshop. Nat. Wildl. Fed. Sci. Tech. Ser. No. 11. Washington, D.C.

Kingery, H.E. 1971. The spring migration: Great Basin-Central Rocky Mountain region. Amer. Birds 25:774-780.

*Kirk, D.A. and C. Hyslop. 1997. Population status and recent trends in Canadian raptors: a review. Biol. Cons. 83:91-118.

Kirk, D.A. and M.J. Mossman. 1998. Turkey vulture (*Cathartes aura*). *In* The Birds of North America, No. 339, A. Poole and F. Gill, eds. Washington, DC.

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 93 of 101

Klem, D., Jr., D.C. Keck, K.L. Marty, A.J. Miller Ball, E.E. Niciu, and C.T. Platt. 2004. Effects of window angling, feeder placement, and scavengers on avian mortality at plate glass. Wilson Bull. 116:69-73.

*Knight, R. L. and J. Y. Kawashima. 1993. Responses of ravens and red-tailed hawk populations to linear right-of-ways. J. Wildlife Management 57:266-271.

Kochert, M.N. 1972. Population status and chemical contamination in golden eagles in southwestern Idaho. Master's Thesis. Univ. of Idaho, Moscow. 102pp.

_____. 1973. Density, food habits, and reproductive performance of raptors in the Snake River Birds of Prey Natural area. Ann. Progress Rep. U.S. Bur. Land Manage., Boise, ID. 58pp.

*_____. 1980. Golden eagle reproduction and population changes in relation to jackrabbit cycles: implications to eagle electrocutions. Pages 71-86 *in* R.P. Howard and J.F. Gore, eds. Proc. of a Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID.

*_____, and R.R. Olendorff. 1999. Creating raptor benefits from powerline problems. J. Raptor Res. 33:39-42.

*Kochert, M.N., and K. Steenhof. 2002. Golden eagles in the U.S. and Canada: status, trends, and conservation challenges. J. Raptor Res. 36:32-40.

*Kochert, M.N., K. Steenhof, C.L. McIntyre, and E.H. Craig. 2002. Golden eagle (*Aquila chrysaetos*). *In* The Birds of North America, No. 684 (A. Poole and F. Gill, eds.). The Birds of North America, Inc., Philadelphia, PA.

Kostecke, R.M., G.M. Linz, and W.J. Bleier. 2001. Survival of avian carcasses and photographic evidence of predators and scavengers. J. Field Ornithol. 72:439-447.

Krone, O. 2000. Abstract: Causes of mortality in white-tailed sea eagles (*Haliaeetus albicilla*) from Germany. Page 18. Sea eagle, 2000. Bjorko, Sweden. 13-17 September 2000. Swedish Society for Nature Conservation.

_____, T. Langgemach, P. Sommer, and N. Kenntner. 2002. Diseases and causes of death in the white-tailed eagle (*Haliaeetus albicilla*) in Germany. Corax 19:102-108.

*Kroodsma, R.L. 1978. Evaluation of a proposed transmission line's impacts on waterfowl and eagles. Pages 69-76 *in* M.L. Avery, ed. Impacts of Transmission Lines on Birds in Flight. U.S. Fish and Wildl. Serv., Biol. Serv. Program, Washington, D.C.

Krueger, T.E., Jr. 1995. The use of electrical transmission pylons as nesting sites by the kestrel *Falco tinnunculus* in north-east Italy. Pages 141-148 *in* R.D. Chancellor, B.U. Meyburg, and J.J. Ferrero, eds. Holarctic Birds of Prey: Proc. Internatl. Conf. Badajoz, Spain. 17-22 April 1995. Berlin, Germany.

*Kruger, R. 2001a. Raptor electrocutions in South Africa: structures, species, and issues hampering the reporting of incidents and implementation of mitigation measures. Pages 71-82 *in* R.G. Carlton, ed. Avian interactions with utility and communication structures: Proceedings of a workshop held in Charleston, South Carolina, December 2-3, 1999. Electric Power Research Institute. Palo Alto, CA.

 

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 94 of 101

_____. 2001b. A risk based approach to the cost of implementing raptor mitigation measures on Eskom distribution networks in South Africa. Pages 229-246 *in* R.G. Carlton, ed. Avian interactions with utility and communication structures: Proceedings of a workshop held in Charleston, South Carolina, December 2-3, 1999. Electric Power Research Institute. Palo Alto, CA.

_____. 2005. Pers. comm. ESKOM, South Africa.

*_____, A. Maritz, and C. van Rooyen. 2003. Vulture electrocutions on vertically configured medium voltage structures in the Northern Cape Province, South Africa. Proc. 6th World Conference on Birds of Prey and Owls. Budapest, Hungary. 18-23 May 2003.

Kruger, R. and C.S. van Rooyen. 2000. Evaluating the risk existing powerlines pose to large raptors by utilizing risk assessment methodology: the Molopo Case Study. Pages 757-764 *in* R.D. Chancellor and B.U. Meyburg, eds. Raptors at Risk: Proc. V World Conference on Birds of Prey and Owls. Midrand, Johannesburg, South Africa. 4-11 August 1998. Hancock House. Berlin, Germany.

Kruger, R., C.S. van Rooyen, and A. Maritz. 2003. Abstract: the electrocution risk posed to vultures by vertically configured medium voltage designs. World Working Group on Birds of Prey and Owls. Germany.

*Kysely, J. 2004. WE Energies gets a one-two punch in outage control. Transmission and Distribution World. September 2004.

Lacoursiere, B. 2001. European pole-top configuration for raptor protection. Page 83 *in* R.G. Carlton, ed. Avian interactions with utility and communication structures: Proceedings of a workshop held in Charleston, South Carolina, December 2-3, 1999. Electric Power Research Institute. Palo Alto, CA.

*Lano, A. 1927. Great blue heron *(Ardea herodias)* electrocuted. Auk 44:246.

Lawson, A.B., and M.J. Wyndham. 1993. A system of monitoring wildlife interactions with electricity distribution installations in a supply region of the Cape Province in Southern Africa. Pages 5-1 – 5-10 *in* J.W. Huckabee, ed. Proc.: Avian Interactions with Utility Structures—International Workshop. EPRI Tech. Rep. TR-103268.

*Laycock, G. 1973. Saving western eagles from traps and zaps: bobcat baits and poles take heavy tolls. Audubon 75:133.

Ledger, J.A. 1980. Plea to save Africa's birds from electrocution—focus on ESCOM research committee's research. Megawatt 63:11-13.

_____. 1984. Engineering solutions to the problem of vulture electrocutions on electricity towers. Cert. Engineer 57:92-95.

_____. 1988. Eskom bird identification guide. Eskom, Johannesburg, South Africa. 26pp.

_____, and H.J. Annegarn. 1981. Electrocution hazards to the cape vulture *(Gyps coprotheres)* in South Africa. Biol. Conserv. 20:15024.

*Ledger, J.A. and J.C. Hobbs. 1985. First record of African white-backed vulture nesting on man-made structures. Bokmakierie 37:99-101.

*_____ and _____. 1999. Raptor use and abuse of powerlines in southern Africa. J. Raptor Res. 33:49-52.

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 95 of 101

*Ledger, J.A., J.C. Hobbs, and T.V. Smith. 1993. Avian interactions with utility structures: South African experiences. Pages 4-1 – 4-11 *in* J.W. Huckabee, ed. Proc.: Avian Interactions With Utility Structures—International Workshop. Electric Power Res. Inst. Tech Rep. 103269, Palo Alto, CA.

*Ledger, J.A., J.C. Hobbs, and D. van Rensburg. 1987. First record of black eagles nesting on an electricity transmission tower. Afr. Wildl. 41:60-63, 65-66.

Lee, J.M., Jr. 1977. Transmission lines and their effects on wildlife: a status report of research on the BPA system. Paper presented at the annual meeting of the Oregon Chapter of the Wildl. Soc., 19-21 January, 1977. 25pp.

_____. 1978. A status report on the BPA Biological Studies Program. Bonneville Power Administration, Portland, OR. 9pp.

*_____. 1980. Raptors and the BPA transmission system. Pages 41-55 *in* R.P. Howard and J.F. Gore, eds. Proc. of Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID.

*Lehman, R.N. 2001. Raptor electrocution on power lines: current issues and outlook. Wildl. Soc. Bull. 29:804-813.

_____, A.R. Ansell, M.G. Garrett, A.D. Miller, and R.R. Olendorff. 1999. Suggested practices for raptor protection on power lines: the American story. Pages 125-144 *in* M. Ferrer and G.F.E. Janss, eds. Birds and power lines: collision, electrocution and breeding. Quercus, Madrid, Spain.

Lehman, R.N. and J.S. Barrett. 2000. Raptor electrocutions and associated fire hazards in the Snake River Birds of Prey National Conservation Area. U.S. Dept. Int., Bureau of Land Manage. Tech. Bull. No. 00-2. Boise, ID. 16pp.

_____ and _____. 2002. Raptor electrocutions and associated fire hazards in the Snake River Birds of Prey National Conservation Area. U.S. Dept. Int., Bureau of Land Manage. Tech. Bull. No. 02-7, Boise, ID. 21pp.

Leonardi, G. 2001. *Falco biarmicus* Lanner Falcon. Birds of the Western Palearctic Update 3:157-174.

Leshem, Y. 1985. Griffon vultures in Israel—electrocution and other reasons for a declining population. Vulture News 13:14-20.

Lewis, J.C., 1993. The U.S. Fish and Wildlife Service and bird-power line interactions. Pages 2-1 – 2-6 *in* J.W. Huckabee, ed. Proc.: Avian Interactions With Utility Structures—International Workshop. Electric Power Res. Inst. Tech. Rep. 103269, Palo Alto, CA.

Leyhe, J.E. and G. Ritchison. 2004. Perch sites and hunting behavior of red-tailed hawks (*Buteo jamaicensis*). J. Raptor Res. 38:19-25.

*Liguori, S. 2003. Osprey. Pages 80-86 *in* Beans, B.E. and L. Niles, eds. Endangered and Threatened Wildlife of New Jersey. Rutgers University Press. New Brunswick, NJ.

*_____. 2005. Pers. obs. PacifiCorp.

*_____ and J. Burruss. 2003. Raptor electrocution reduction program, 2001-2002 report. Prepared by HawkWatch International for PacifiCorp, Salt Lake City, UT. 35pp.

*Lindsay, J. 2005. Pers. comm. Florida Power and Light Co.

Love, O.P. and D.M. Bird. 1997. Raptors in urban landscapes: a review and future concerns. Pages 425-434 *in* R.D. Chancellor and B.U. Meyburg, eds. Raptors at Risk: Proc. V World Conference on Birds of Prey and Owls. Midrand, Johannesburg, South Africa. 4-11 August 1998. Hancock House. Berlin, Germany.

Lucid, V.J., and R.S. Slack. 1980. Handbook on bird management and control directorate of environmental planning. Air Force Engineering and Services Center. Tyndall Air Force Base, Port St. Joe, FL. 185pp.

MacCarter, D.L., and D.S. MacCarter. 19797. Ten-year nesting status of osprey at Flathead Lake, Montana. Murrelet 60:42-49.

Males, R. 1980. Effects of power lines and poles on birds. EPRI J. March 1980: 49-50. Electric Power Research Institute, Palo Alto, CA.

*Mannan, R.W., W.A. Estes, and W.J. Matter. 2004. Movements and survival of fledgling Cooper's hawks in an urban environment. J. Raptor Res. 38:26-34.

*Manosa, S. 2001. Strategies to identify dangerous electricity pylons for birds. Biodiversity and Conservation 10:1997-2012.

*_____ and J. Real. 2001. Potential negative effects of collisions with transmission lines on a Bonelli's eagle population. J. Raptor Research 35:247-252.

Manville, A.M., II. 2005. Bird strikes and electrocutions at power lines, communication towers, and wind turbines: state of the art and state of the science—next steps toward mitigation. *In* C.J. Ralph and T.D. Rich, eds. Proc. 3rd Internat. Partners in Flight Conf., 2002. USDA Forest Service GTR-PSW-191, Albany, CA.

*Manzano-Fischer, P. 2004. Raptor electrocutions in power lines in Mexico: a diagnosis and perspectives for solution. Abstract, Environmental Concerns in Rights-of-way Management, 8th International Symp., 12-16 Sept. 2004, Saratoga Springs, NY.

_____. 2005. Pers. comm. Project Wings, Mexico.

*_____, R. List, G. Ceballos, and J.-L.E. Cartron. In press. Avian diversity in a priority area for conservation in North America: the Janos—Casas Grandes prairie dog complex and adjacent habitats in northwestern Mexico. Biodiversity and Conservation.

*Marion, W.R., P.A. Quincy, C.G. Cutlip, Jr., and J.R. Wilcox. 1992. Bald eagles use artificial nest platform in Florida. J. Raptor Res. 26:266.

Marion, W.R. and R.A. Ryder. 1975. Perch-site preferences of four diurnal raptors in Northwestern Colorado. Condor 77:350-352.

Markus, M.B. 1972. Mortality of vultures caused by electrocution. Nature 238:228.

*Marshall, W. 1940. "Eagle guard" developed in Idaho. Condor 42:166.

Marti, C. 2002. Enhancing raptor populations: a techniques manual. The Peregrine Fund. Boise, ID.

Maser, C.J., J.W. Thomas, I.D. Luman, and R. Anderson. 1979. Wildlife habitat in managed rangelands—the Great Basin of southeastern Oregon. Manmade bird habitats. U.S. For. Serv., La Grande, OR. 40pp.

Maslowski, K., and S. Maslowski. 1974. Power firm acts to save birds from electrocution. Newspaper article. Cincinnati Enquirer. 13 October 1974.

Matsina, A.I. 2005. The estimation and prediction of killed raptors by electrocution on the power lines in the Nizhniy Novgorod district (forest and forest-steppe zones of the center of the European part of Russia). Raptors Cons. 2005:33-41.

*McDonnell, J., and H. Levesque. 1987. Peregrine falcon release project in Ottawa, summer, 1987. Trail and Landscape 21:104-110.

McGahan, J. 1965. Ecology of the golden eagle. Master's Thesis. Univ. of Montana, Missoula. 78pp.

Medzhidov, R.A., M.V. Pestov, and A.V. Saltykov. 2005. Birds of prey and powerlines —results of project in the Republic of Kalmykia, Russia. Raptors Cons. 2005:25-30.

*Meek, W.R., P.J. Burman, M. Nowakowski, T.H. Sparks, and N.J. Burman. 2003. Barn owl release in lowland southern England—a twenty-one year study. Biol. Cons. 109:271-282.

Meents, J.K., and M.C. Delesantro. 1979. Use of a 345-kV transmission line by raptors. Public Service Co. of New Mexico. Unpubl. rep. Albuquerque. 13pp.

Melcher, C., and L. Suazo. 1999. Raptor electrocutions: the unnecessary losses continue. J. Colorado Field Ornithol. 33:221-224.

*Melquist, W.E. 1974. Nesting success and chemical contamination in northern Idaho and northeastern Washington ospreys. Master's Thesis. Univ. of Idaho, Moscow, 105pp.

_____, and D.R. Johnson. 1975. Osprey population status in northern Washington—1972. Pages 121-123 *in* J.R. Murphey, C.M. White, and B.E. Harrell, eds. Population Status of Raptors. Raptor Res. Rep. No. 3.

Meretsky, V.J., N.F.R. Snyder, S.R. Beissinger, D.A. Clendenen, and J.W. Wiley. 2000. Demography of the California condor: implications for reestablishment. Cons. Biol. 14:957-967.

Meyburg, B.U. 1989. The Spanish imperial eagle (*Aquila [heliaca] adalberti*): its biology, status, and conservation. Pages 255-268 *in* B.U. Meyburg and R.D. Chancellor, eds. Raptors in the Modern World. World Working Group on Birds of Prey and Owls. Berlin, Germany.

*_____, O. Manowsky, and C. Meyburg. 1996. The osprey in Germany: Its adaptation to environments altered by man. Pages 125-135 *in* D. M Bird, D. E. Varland, and J. J. Negro, eds. Raptors in human landscapes, Academic Press, London, UK.

Meyer, J.R. 1979. Northwest Montana/North Idaho transmission corridor bald eagle study. Bonneville Power Administration, Portland, OR. 90pp.

*_____. 1980. Study of wintering bald eagles to assess potential impacts from a proposed 230-kV transmission line. Pages 87-103 *in* R.P. Howard and J.F. Gore, eds. Proc. Workshop on Raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise ID.

*Michener, H. 1924. Transmission at 220 kV on the Southern California Edison system. AIEE Vol. XLIII:1223-1235.

_____. 1928. Where engineer and ornithologist meet: transmission line troubles caused by birds. Condor 30:169-175.

*Michigan Dept. Natural Resources. 2004. 2003 Wildlife Disease Summary. MI DNR Wildlife Disease Laboratory. www.michigan.gov.



Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 98 of 101

Millar, J.G. 2002. The protection of eagles and the Bald and Golden Eagle Protection Act. J. Raptor Res. 36(1Supplement):29-31.

*Miller, A.D., E.L. Boeker, R.S. Thorsell, and R.R. Olendorff. 1975. Suggested practices for raptor protection on power lines. Edison Electric Institute, Washington, D.C., and Raptor Res. Found., Inc., Provo, UT. 21pp.

*Millsap, B., T. Breen, E. McConnell, T. Steffer, L. Phillips, N. Douglass, and S. Taylor. 2004. Comparative fecundity and survival of bald eagles fledged from suburban and rural natal areas in Florida. J. Wildlife Management 68:1018-1031.

*Milodragovich, S. Pers. comm. North Western Energy.

*Montoya, A. 2005. Pers. comm. The Peregrine Fund.

Mooney, N. 1997. Conservation of wedge-tailed eagles in Tasmania: the blunderbuss approach. Pages 99-107 *in* G. Czechura and S. Debus, eds. Australian Raptor Studies II. Birds Australia Monograph 3. Birds Australia, Melbourne, Australia.

Morishita, T.Y., P.P. Aye, and D.L. Brooks. 1997. A survey of diseases in raptorial birds. J. Avian Medicine and Surgery 11:77-92.

*Morishita, T.Y., A.T. Fullerton, L.J. Lowenstine, I.A. Gardner, and D.L. Brooks. 1998. Morbidity and mortality in free-living raptorial birds of northern California: a retrospective study, 1983-1994. J. Avian Medicine and Surgery 12:78-81.

Morrison, M. 2002. Searcher bias and scavenging rates in bird/wind energy studies. National Renewable Energy Laboratory, Golden, CO. 5pp.

Morrison, M.L. 1998. Avian risk and fatality protocol. National Renewable Energy Laboratory. Golden, CO.

*Moseikin, V. 2005. Pers. comm. Russian Bird Conservation Union.

Mulhern, B.M., W.L. Reichel, L.N. Locke, T.G. Lamont, A.A. Belisle, E.Cromartie, G.E. Bagley, and R.M. Prouty. 1970. Organo-chlorine residues and autopsy data from bald eagles 1966-68. Pestic. Monit. J. 4:141-144.

_____. 1978. Management considerations for some western hawks. Transactions of the 43rd North. Am. Wildl. and Nat. Resour. Conf. 43:241-251.

*Munoz-Pulido, R. 1990. Osprey killed by electrocution. British Birds 83:116-117.

*NABU. 2002. Caution: electrocution! Suggested practices for bird protection on power lines. Bonn, Germany.

*National Wildlife Health Laboratory. 1985. Bald eagle mortality from lead poisoning and other causes. USGS National Wildl. Health Lab. Unpubl. rep. Madison, WI. 48pp.

*National Wind Coordinating Committee (NWCC). 2001. Avian collisions with wind turbines: a summary of existing studies and comparisons to other sources of avian collision mortality in the United States. Western EcoSystems Technology, Inc.

*Negro, J.J. 1999. Past and future research on wildlife interaction with power lines. Pages 21-28 *in* M. Ferrer and G.F. Janss, eds. Birds and Power Lines: Collision, Electrocution, and Breeding. Quercus, Madrid, Spain.

_____. 2005. Pers. comm. Estacion Biologica de Donana, Spain.

Case No. 1:20-cv-02484-MSK Document 26-15 filed 04/27/21 USDC Colorado pg 99 of 101

____ and M. Ferrer. 1995. Mitigating measures to reduce electrocution of birds on power lines: a comment on Bevanger's review. Ibis 137:423-424.

Negro, J.J., M. Ferrer, C. Santos, and S. Regidor. 1989. Efficacy of two methods for preventing electrocutions on power lines. Ardeola 36:201-206.

Nelson, M.N. 1974. Eagle nest structure. Personal letter to Mr. Dave Luman (U.S. Bur. Land Manage., Portland, OR). Dated 20 December 1974. 3pp.

____. 1976. Constructing electric distribution lines for raptor protection. Proc. of the American Power Conference, Chicago, Illinois, 20-22 April, 1976. Illinois Inst. of Technol., Chicago, IL.

____. 1977. Preventing electrocution deaths and the use of nesting platforms on power poles. Hawk Trust Annual Rep. 8:30-33.

____. 1978. Preventing electrocution deaths and the use of nesting platforms over power poles. Pages 42-46, *in* T.A. Geer, ed. Bird of Prey Management Techniques. British Falconer's Club. Oxford, England.

____. 1979a. Impact of Pacific Power and Light Company's 500-kV line construction on raptors. Pacific Power and Light Co. unpubl. rep. Portland, OR. 14pp.

*____. 1979b. Power lines progress report on eagle protection research. Unpubl. rep. Boise, ID. 13pp.

____. 1980a. Location of nesting platforms on power lines. Unpubl. rep. Boise, ID. 4pp.

*____. 1980b. Update on eagle protection practices. Unpubl. rep. Boise, ID. 14pp.

____. 1980c. Historic overview of raptor-power line problems and raptor management priorities. Pages 6-8 *in* R.P. Howard and J.F. Gore, eds. Proc. Workshop on raptors and Energy Developments. Idaho Chapter, The Wildl. Soc., Boise, ID.

____. 1980d. Utah Power and Light Company—six hazardous structures to eagles. Unpubl. rep. Tundra Films, Boise, ID. 10pp.

*____. 1982. Human impacts on golden eagles: A positive outlook for the 1980s and 1990s. Raptor Res. 16:97-103.

*____, and P. Nelson. 1976. Power lines and birds of prey. Idaho. Wildl. Rev. 28:3-7.

*____and ____. 1977. Power lines and birds of prey. Pages 228-242 *in* R.D. Chancellor, ed. World Conference on Bird of Prey: Rep. Proceedings. Intern. Counc. For Bird Preserv. Vienna, Austria.

*Nesbitt, S.A. 2003. Bald Eagle Monitoring (Project 92912591000). Annual Study Progress Report, Bureau of Wildlife Diversity Conservation. Florida Fish and Wildlife Conservation Commission, Gainesville, FL. 5pp

*____. 2005. Pers. comm. Florida Fish and Wildlife Conservation Commission.

*Newman, J. 2005. Pers. comm. Pandion Systems, Inc.

*____, C. M. Newman, J. R. Lindsay, B. Merchant, M. L. Avery, and S. Pruett-Jones. 2004. Monk parakeets: an expanding problem on power lines and other electrical utility structures. The Environmental Concerns in Rights-Of-Way Management 8th International Symposium; Saratoga Springs, NY; September 2004.



*Newman, J. R., C. M. Newman, J. R. Lindsay, B. Merchant, M. L. Avery, and S. Pruett-Jones. In Press. Monk 8th International Symposium. Environmental Concerns in Rights-of-Way Management. Saratoga Springs, NY. September 2004.

*Newton, I. 1979. Population ecology of raptors. Buteo Books. Vermillion, SD. 399pp.

_____. 1991. Population limitation in birds of prey: a comparative approach. Pages 3-12 *in* C.M. Perrins, J.D. Lebreton, and G.J.M. Hirons, eds. Bird Populations Studies: Relevance to Conservation and Management. Oxford Univ. press, Oxford, UK.

_____, A.A. Bell, and I. Wyllie. 1982. Mortality of sparrowhawks and kestrels. British Birds 75:195-204.

*Newton, I., I. Wyllie, and A. Asher. 1991. Mortality causes in British Barn Owls *Tyto alba*, with a discussion of aldrin-dieldrin poisoning. Ibis 133: 162-169.

Newton, I., I. Wyllie, and L. Dale. 1999. Trends in the numbers and mortality patterns of sparrowhawks *(Accipiter nisus)* and kestrels *(Falco tinnunculus)* in Britain, as revealed by carcass analysis. J. Zool. London 248:139-147.

*New York Times. 1951. Ospreys flourish on Long Island after quitting nests in Scotland. Newspaper article. 16 August 1951.

_____. 1972. Hundreds of eagles are killed in west by electric lines. Newspaper article. 11 October 1972.

_____. 1976. Curb of danger to eagles noted. Newspaper article. 5 September 1976.

Nikolaus, G. 1984. Large numbers of birds killed by electric power line. Scopus 8:42.

Nobel, T.A. 1995a. Abstract: Salt River Project's avian protection program. J. Raptor Res. 29:64.

_____. 1995b. Birds and power lines: Selected interaction and management issues in the electric industry. Master's Thesis. Prescott College. Phoenix, AZ. 132pp.

*Olendorff, R.R. 1972a. Eagles, sheep and power lines. Colorado Outdoors 2:3-11.

_____. 1972b. Ecological impact of the electric industry in northern Colorado—a research proposal. Unpubl. proposal. The American Museum of Natural History, New York, NY. 8pp.

*_____. 1972c. Edison Electric Institute eagle workshop, 6 April 1972. The American Museum of Natural History. Unpubl. Rep. New York, NY. 4 pp. plus appendices.

_____. 1973. Raptorial birds of the U.S.A.E.C. Hanford Reservation, south-central Washington. Battelle Pacific Northwest Lab. Tech. Rep. No. BNWL-1790 VC-11. Richland, WA. 45pp.

_____. 1975. Population status of large raptors in northeastern Colorado, 1971-1972 *in* J.R. Murphy, C.M. White, and B.E. Harrel, eds. Population Status of Raptors. Raptor Res. Rep. No. 3. Pages 185-205.

*_____. 1993a. Status, biology, and management of ferruginous hawks: a review. Raptor Res. and Tech. Asst. Center, Spec. Rep. U.S. Dep. Inter., Bur. Land Manage., Boise, ID. 84pp.

_____. 1993b. Eagle electrocution. Pages 6-1 – 6-64 *in* J.W. Huckabee, ed. Proc.: Avian Interactions With Utility Structures—International Workshop. Electric Power Res. Inst. Tech. Rep. 103269, Palo Alto, CA.

_____, D.D. Biblies, M.T. Dean, J.R. Haugh, and M.N. Kochert. 1989. Raptor habitat management under the U.S. Bureau of Land Management multiple-use mandate. Raptor Res. Rep. 8:1-80.

*Olendorff, R.R. and M.N. Kochert. 1977. Land management for the conservation of birds of prey. Pages 294-307 *in* R.D. Chancellor, ed. World Conference on Birds of Prey, Report of Proceedings. Intern. Counc. For Bird Preserv. Vienna, Austria.

_____ and _____. 1992. Raptor habitat management. U.S. Bur. Land. Manage., Fish and Wildl. 2000 National Strategy Plan Series. Washington D.C. 46pp.

*Olendorff, R.R. and R.N. Lehman. 1986. Raptor collisions with utility lines: an analysis using subjective field observations. Pacific Gas and Electric Co., San Ramon, CA. 73pp.

*Olendorff, R.R., A.D. Miller, and R.N. Lehman. 1981. Suggested practices for raptor protection on power lines—the state-of-the-art in 1981. Raptor Res. Rep. No. 4 Raptor Res. Found., St. Paul, MN. 111pp.

*Olendorff, R.R., R.S. Motroni, and M.W. Call. 1980. Raptor Management: the State of the Art in 1980. U.S. Bur. Land Manage. Tech. Rep. No. T/N-345. Denver, CO. 56pp.

*Olendorff, R.R. and J.W. Stoddart, Jr. 1974. Potential for management of raptor populations in western grasslands. Pages 47-48 *in* F.N. Hamerstrom, Jr., B.E. Harrell, and R.R. Olendorff, eds. Management of Raptors. Raptor Res. Rep. No. 2.

Olsen, J.M and P. Olsen. 1980. Alleviating the impact of human disturbance on the breeding peregrine falcon. II. Public and recreational lands. Corella 4:54-57.

Olsen, V. 1958. Dispersal, migration, longevity, and death causes of *Strix aluco, Buteo buteo, Ardea cinerea, Larus argentatus.* Acta Vertebra. 1:91-189.

*Olson, C.V. 2001. Human-related causes of raptor mortality in western Montana: things are not always as they seem. Pages 299-322 *in* R.G. Carlton, ed. Avian interactions with utility and communication structures: Proceedings of a workshop held in Charleston, South Carolina, December 2-3, 1999. Electric Power Research Institute. Palo Alto, CA.

*O'Neil, T.A. 1988. Analysis of bird electrocutions in Montana. J. Raptor Res. 22: 27-28.

Ontario Hydro. 1980. Raptor nests on transmission structures—a review. Environ. Resour. Sect., Sep. Transmission Environm., Toronto.

Ontiveros, D. and J.M. Pleguezuelos. 2000. Influence of prey densities in the distribution and breeding success of Bonelli's eagle (*Hieraaetus fasciatus*): management implications. Biol. Cons. 93:19-25.

Oregon Wildlife. 1976. Osprey nest "unwires." 31:11.

*Orloff, S., and A. Flannery. 1993. Wind turbine effects on avian activity, habitat use, and mortality in the Altamont Pass and Solano County Wind Resource Areas. Pages 22-1 – 22-14 *in* J.W. Huckabee, ed. Proceedings: Avian Interactions with Utility Structures—International Workshop. Electric Power Res. Inst. Tech. Rep. 103268, Palo Alto, CA.

Osborn, R.G., K.F. Higgins, R.E. Usgaard, C.D. Dieter, and R.D. Neiger. 2000. Bird mortality associated with wind turbines at the Buffalo Ridge Wind Resource Area, Minnesota. Am. Midl. Nat. 143:41-52.