general methodological problems in dating and reconstructing the spatial extent of past low-severity surface fires (Baker and Ehle, 2001). Published observations of recent low-severity surface fires in piñon–juniper woodlands are few—we found only three, but only one was a natural ignition. The South Canyon fire, in western Colorado, that led to the death of 14 firefighters, began as a naturally ignited surface fire that backed down a hill from a ridge-top ignition point, reaching about 50 ha on the surface before becoming a high-severity fire (Butler et al., 1998). Two accidental ignitions burned as low-severity surface fires in savanna areas in the southwest (Johnson et al., 1962; Dwyer and Pieper, 1967).

Early historical observations of low-severity surface fires inside piñon–juniper woodlands, or summaries that suggest observations were made, lack detail, and so are rated "low quality" (Table 4). Phillips and Mulford (1912, p. 9), describing a piñon–juniper area near the Grand Canyon in Arizona, wrote only that: "Surface fires are the most common, but crown fires sometimes occur." Hoffman (1921, p. 538), describing piñon–juniper woodlands on the northwest edge of the Uncompahgre Plateau in western Colorado, wrote: "Crown fires have occurred that have totally destroyed many acres of trees and countless ground fires have run in past years that destroyed reproduction and injured the larger trees, allowing fungous diseases to get a hold and spread with great rapidity," but provides no other information. This statement is puzzling to us, as in the Summer of 2003, we specifically sought evidence of low-severity surface fires in the form of fire scars at 60 random sites scattered across the Uncompahgre Plateau, including the area Hoffman describes. A preliminary analysis suggests that fire scars or the injuries that Hoffman describes are rare or absent, even where trees several hundred years old are still present.

Reconstructions of pre-EuroAmerican fires in piñon–juniper woodlands are hampered by two problems. First, the minimum evidence needed to firmly establish that a low-severity surface fire burned through a piñon–juniper woodland (or other forest) is substantial: a reliable date (i.e., cross-dated fire scars) for the fire at two separate points combined with age data or other evidence that the fire did not kill most overstory trees between the two points (Ehle and Baker, in press). The second problem is that getting

reliable fire dates from piñons and junipers is difficult—we could find no studies that report much success. Without cross-dating, a procedure whereby tree-ring growth fluctuations are matched with a reliable master chronology, it is impossible to be certain of fire dates and thus to establish that a particular fire burned across an area of woodland (Kipfmueller and Swetnam, 2001).

Cross-dated fires are presently limited to sites with nearby ponderosa pine trees, whose scars can usually be cross-dated. This occurs only in the upper ecotone, where piñon–juniper woodlands meet ponderosa pine (Allen, 1989; Baisan and Swetnam, 1997; Wilkinson, 1997) or in the lower ecotone where young or scattered older junipers in sagebrush communities are sometimes found along with stringers or clusters of ponderosa pine (Miller and Rose, 1999). The bulk of the piñon–juniper zone, away from these ecotones, presently lacks cross-dated fire information.

Two studies with cross-dated fires in the upper ecotone (Table 4) lack age structure or other evidence that intervening trees pre-date (and thus survived) the spreading fire, but make inferences that fires spread on the surface. Allen (1989) argues that low-severity surface fires likely spread through piñon–juniper woodlands he studied, since nearby ponderosa pine areas with coincident (and cross-dated) fires spatially bracketed these woodlands, and there are no topographic barriers. Allen (1989) found 13 fires between 1725 and 1883 A.D. that spatially bracket the piñon–juniper woodland. Many of these likely were spreading low-severity surface fires, although without age structure evidence to the contrary, a particular fire could have been high-severity or mixed-severity in the piñon–juniper area. Baisan and Swetnam (1997) have evidence of five or more cross-dated fires that spread among sampling sites a few kilometers apart, but no intervening age-structure data were collected. A third study with cross-dated fires in the upper ecotone (Despain and Mosley, 1990) we think has evidence of mixed-severity fire, not surface fire (see Section 3.7).

In the lower ecotone, the only study with both cross-dated fires and age-structure data offers compelling evidence that fires periodically spread through parts of sagebrush communities across about a 15 km area. These fires likely killed young junipers, except for a few surviving trees on rocky sites (Miller and Rose,

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 1 of 435

BLM_0004104

Table 4

Data relevant to questions 2 and 3. MFI values are reported values for pre-EuroAmerican settlement only and are rounded to the nearest integer (e.g., 11.2 is reported as 11). Quality criteria and the questions are in Table 1

| Author(s) | State | Elevation (m) | Quality for surface fires | Fire-history reconstructions[a] | | | | Observations | | | Type of setting | | | | Quality for MFI | MFI (years) | MFI type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Cross-dated fires | Age structure | No. of scarred trees | No. of spreading surface fires | No. of spreading surface fires | General interpretation | Historical summary | Savanna | Lower ecotone | Closed woodland | Upper ecotone | | | |
| Allen (1989) | N NM | 2016–2048 | Medium | Y | N | 9 | 13[b] | | | | | | | X | Low | 16 | CR[e] |
| Baisan and Swetnam (1997) | N NM | 2225–2380 | Medium | Y | N | 21 | M | | | | | | | X | Low | 6–11 | C |
| Burkhardt and Tisdale (1976) | SW ID | 1580–2073 | Low | N[d] | N | M | S | U | | | | X | X | | Low | 13–32[e] | C |
| Butler et al. (1998) | W CO | 1830–2070 | High | | | | | 1 | | | | | X | | – | – |
| Despain and Mosley (1990) | N AZ | 2050 | Low | Y | Est | 0 | U | | | | | | X | | – | – |
| Floyd et al. (2000), Romme et al. (2003) | SW CO | 2060–2485 | High | N | Est | 0 | 0 | 0 | | | | | X | X | – | – |
| Gruell (1997) | E CA | 1920–2347 | Low | N | N | 22 | S | | | | X | | X | X | L | 8 | C |
| Gruell et al. (1994) | E NV | 2036–2377 | Low | N | Y | 26 | | | | | | | X | | Low | | |
| North-facing | | | | | | | | | | | | | | | | 20 | C |
| South- and west-facing | | | | | | | | | | | | | | | | ≥50–100 | C |
| Hoffman (1921) | W CO | – | Low | | | | | | X | | | | | | | – | – |
| Leopold (1924) | S AZ | – | Low | N | N | M | U | | | | X | | | | Low | 10 | I[f] |
| Miller and Rose (1999) | E OR | 1450–1875 | High | Y | Y | 10 | 7 | | | | | X | | | Low | 12–27 | C |
| Minnich (1991) | S CA | – | Low | | | | | | X | | | | X | | – | – |
| Phillips and Mulford (1912) | N AZ | – | Low | | | | | | | X | | | | | – | – |
| Rowlands and Brian (2001) | N AZ | 1769–1867 | High | N | N | 0 | 0 | | | | | | X | | – | – |
| Wangler and Minnich (1996) | S CA | 1300–2700 | Medium | | | | | 0 | | | | | X | | – | – |
| Wilkinson (1997), Brown et al. (2001) | S NM | 2400–2440 | Low | N | N | 8 | U | | | | | | X | X | | 28 | I |
| Young and Evans (1981) | N CA | 1350–1430 | Low | N | Y | 28 | U | | | | | | X | | | | |

[a] Abbreviations are: Y, yes; N, no; M, many; S, some; U, unknown; Est, estimated from diameter data.

[b] Calculated from data in Allen (1989, Table 4.3).

[c] MFI types are: I, individual-tree; C, full composite; CR, restricted composite of fires that scar ≥25% of recorder trees.

[d] Burkhardt and Tisdale refer to "cross-dating" but do not mention a master chronology or present dates of individual fires to single years. We interpret their dating to be a process of comparing dates among trees, but not a formal cross-dating procedure using a master chronology.

[e] Calculated from data in Burkhardt and Tisdale (1976, Table 1).

[f] Leopold cites "a decade" based on an estimate from a single large juniper and functional arguments about the rate of recovery from fire.

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 3 of 435

1999). It appears to us that these fires were effectively high-severity fires, since they apparently killed a high percentage of junipers, leaving survivors only in rocky areas. Low-severity surface fires imply high rates of survival of overstory trees throughout the burn area.

In true savannas (see definition in Section 3.1), where fire scars are often found, it is remarkable that no studies provide reliable fire dates or compelling direct evidence of low-severity surface fire spread prior to EuroAmerican settlement. Instead, most studies conjecture that if fire scars are abundant, then fires were frequent and these frequent fires were low-severity spreading surface fires. This conjecture, for example, underlies Aldo Leopold's early suggestion (1924) that since fire scars were observed to be common in the southern Arizona foothills, these fires likely were frequent spreading fires that kept the brush down. Newspaper accounts suggest that large fires did burn in these juniper–oak communities between 1859 and 1890 A.D. (Bahre, 1985), but it is not clear that these were low-severity surface fires, as destruction of trees is mentioned. Moreover, Johnsen (1962, p. 204) wrote that: "The presence of fire scars on these older trees is questionable evidence of grass fires since grass fires seldom are hot enough to damage the larger junipers and many of these scars could be from lightning striking the individual trees, a common occurrence even now." This is not a trivial concern—Baker and Ehle (2001) found that about 50% of fires reported in fire-history studies of ponderosa pine forests were documented by scars on only 1–2 trees, suggesting many fires could be small and potentially insignificant. We suspect that spreading low-severity surface fires did occur in savannas even though direct evidence of spread is presently lacking.

In closed woodlands, there is also no direct evidence of spreading low-severity surface fires from cross-dated fires, but the same conjecture that fires did spread is made nonetheless in studies by Burkhardt and Tisdale (1976), Young and Evans (1981), Gruell et al. (1994), Gruell (1997), Wilkinson (1997), and Brown et al. (2001) that lack cross-dating of piñons and junipers. Evidence from available dates for fires in these studies does not support this conjecture. For example, Gruell et al. (1994, Table 2) shows that 25 fire years were found, but only three (that might actually be spreading fires) are documented by more than one scarred tree. However, in the absence of

successful cross-dating, it is impossible to tell whether more of these fire years would line up, suggesting spreading fires, or if these fire scars may simply represent isolated, small fires that did not spread substantially.

Would naturally patchy fuels in piñon–juniper woodlands, due to rockiness and low productivity, lead to patchy low-severity surface fires that spread, but seldom or never over large areas? This idea is consistent with evidence from one study area with cross-dated fire scars (Baisan and Swetnam, 1997; Wilkinson, 1997), observations of modern fires in another (Burkhardt and Tisdale, 1976), and inferences from a study without cross-dated fires in another (Gruell et al., 1994). Gottfried et al. (1995) report that even in rocky areas of the Los Pinos Mountains in central New Mexico, fire scars suggest that occasional large, spreading fires occurred, but it is unclear whether this conclusion is based on cross-dated fire scars.

Evidence that spreading low-severity surface fires did *not* occur in some areas comes from studies that searched systematically for fire scars but did not find them. Two studies with high-quality evidence (Floyd et al., 2000; Rowlands and Brian, 2001) searched known areas and found little or no fire evidence at all (e.g., fire scars, charred wood), suggesting that low-severity surface fires had not occurred. Aerial photographic analysis of burn patches also has been used to argue that low-severity surface fires were uncommon (Wangler and Minnich, 1996), but no evidence is presented that surface fires could be detected, if they had occurred, using aerial photographs. A functional argument has also been made, that low-severity surface fires would have been uncommon in piñon–juniper woodlands because the dominant piñons would fare poorly with frequent low-severity surface fires (Minnich, 1991). However, this argument does not rely upon direct evidence that low-severity surface fires were absent. Studies with moderately reliable evidence, reviewed above, suggest that some low-severity surface fires did burn through some piñon–juniper woodlands, at least in the upper ecotone.

In summary, in piñon–juniper woodlands of the 11 western states, at least three modes of surface-fire occurrence and behavior are supported by moderately or highly reliable evidence: (1) spreading low-severity surface fires, only documented in some upper ecotones with ponderosa pine (Allen, 1989) or in lower

BLM_0004106

ecotones with sagebrush (Miller and Rose, 1999), although these latter fires were likely high-severity, (2) patchy low-severity surface fires of generally small extent (Baisan and Swetnam, 1997; Wilkinson, 1997), and (3) an absence or near absence of spreading low-severity surface fires (Floyd et al., 2000; Romme et al., 2003). It is not presently known how much of the piñon–juniper woodland in the 11 western states was dominated by each mode. However, reliable evidence of spreading low-severity surface fires is presently lacking for most of the piñon–juniper zone in the West, suggesting low-severity surface fires were likely not a common type of fire in these woodlands.

### 3.3. What is the mean fire interval (MFI) for low-severity surface fires in piñon–juniper woodlands?

Even where low-severity surface fires are documented, in the upper ecotone, no reliable estimates of MFI are available for these fires (Table 4, Question 3). Available evidence is rated low quality because evidence that fires were low-severity surface fires is lacking (Section 3.2), cross-dating was not or could not be used, a statistically valid sample was not collected, or sample size is small. These are problems for studies of low-severity surface fires in general (Baker and Ehle, 2001).

No MFI estimate is rated moderately or highly reliable, but different types of MFI estimate (Table 4) also should not be directly compared (Baker and Ehle, 2001). Composite estimates come from pooling of all fires recorded on trees in an area before calculating intervals, implying that each fire burned the whole stand. Individual-tree estimates come from averaging among intervals on single trees, which assumes that fires did not burn more than the tree recording the fire. This likely underestimates the amount of fire. However, composite estimates likely overestimate the amount of fire, so some authors counteract this by restricting composite estimates to fires that scar a certain percentage of trees (e.g., >25%) in a sampling area. Unrestricted composite estimates (Table 4) range from 8 years (Gruell, 1997) to 50–100 years (Gruell et al., 1994), while one restricted composite estimate is 16 years (Allen, 1989), and the individual-tree estimate of Wilkinson (1997) and Brown et al. (2001) is 28 years. The actual MFI might

lie between these estimates, if sampling biases are not considered. However, researchers bias MFI estimates by purposely seeking trees that contain multiple fire scars, which likely overestimate the amount of fire (Baker and Ehle, 2001). MFI estimates for ecotonal areas, that have been studied, cannot presently be corrected for this and other sampling problems. Cross-dated, low-severity surface-fire data and reliable MFI estimates are thus not available for any of the piñon–juniper zone in the West.

### 3.4. Did spreading low-severity surface fires maintain a savanna woodland structure or maintain low tree density in woodlands or limit tree invasion into sagebrush and grasslands?

Juniper savannas (usually lacking piñons), are characterized by a low density of trees in a continuous grassland matrix, and cover about 10 million ha of land, mostly in the southwestern United States and northern Mexico (McPherson, 1997). While arid soils and climate may play a role in savanna development, fire is widely thought to be a key factor in maintaining savannas (McPherson, 1997).

It seems logical that fires did spread in juniper savannas, but data to support this idea are surprisingly meager. Only two studies report observations of the effects of low-severity surface fires (accidental, not natural ignitions) in savannas (Johnson et al., 1962; Dwyer and Pieper, 1967), and another study reports observations from two prescribed fires and a wildfire in grasslands invaded by a low density of junipers (Jameson, 1962; Arnold et al., 1964). Prescribed fires may have different effects than do natural fires, as prescribed fires often are ignited when weather conditions are mild. Nonetheless, these fires killed a high percentage of small trees in savannas and grasslands invaded by small trees (Table 5). Some authors (Miller and Rose, 1999; Miller and Tausch, 2001) conjecture that a fire every 45–90 years would be sufficient to maintain a low-density woodland structure, based on the time it takes for a tree to reach a height (e.g., >3 m) where survival is high (Table 5). As explained in Section 3.2, however, there are no reliable data on low-severity surface fire frequency in juniper savannas, and thus no direct evidence for a conclusion that fire frequency was high in juniper savannas or has changed since EuroAmerican settlement.

BLM_0004107

Table 5
Data relevant to question 4. Quality criteria and the question are in Table 1[a]

| Author(s) | State | Elevation (m) | Quality | No. of prescribed fires | No. of wildfires | Trees/hectare | | Percent mortality and other observations |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Before | After | |
| **Grassland with low pj** | | | | | | | | |
| Arnold et al. (1964), Jameson (1962) | N AZ | 1800 | High | 2 | 1 | ca. 150 | | |
| January and March (prescribed), June (wildfire) | | | | | | | | 70–100% of trees <1.2 m tall |
| January and March (prescribed), June (wildfire) | | | | | | | | 30–40% of trees 1–5–1.8 m tall |
| March (prescribed), June (wildfire) | | | | | | | | 60–90% of trees >2.1 m tall |
| Dwyer and Pieper (1967) | S NM | 1830 1980 | High | | 1 | | | |
| *Juniperus monosperma* (69.8% of stand) | | | | | | | | 100% of trees <1.2 m tall |
| *Juniperus monosperma* (69.8% of stand) | | | | | | | | 24.2% of all trees |
| *Pinus edulis* (30.2% of stand) | | | | | | | | 13.5% of all trees |
| Johnson et al. (1962) | S AZ | 1525 | High | | 1 | | | |
| *Juniperus deppeana* | | | | | | | | 32% of 1–3 in. diameter trees |
| *Juniperus deppeana* | | | | | | | | 23% of 4–6 in. diameter trees |
| *Juniperus deppeana* | | | | | | | | 22% of 7–9 in. diameter trees |
| *Juniperus deppeana* | | | | | | | | 28% of all trees |
| *Juniperus monosperma* | | | | | | | | 79% of 1–3 in. diameter trees |
| *Juniperus monosperma* | | | | | | | | 73% of 4–6 in. diameter trees |
| *Juniperus monosperma* | | | | | | | | 77% of 7–9 in. diameter trees |
| *Juniperus monosperma* | | | | | | | | 76% of all trees |
| **Sagebrush with low pj** | | | | | | | | |
| Ward (1977) | E NV | – | High | 1 | | 215 | 0 | |
| **Grassland with moderate pj** | | | | | | | | |
| Alderete (1996) | S NM | 1940 | High | 1 | | | | |
| *Pinus edulis* | | | | | | 67 | 1 | |
| *Juniperus deppeana* and *Juniperus monosperma* | | | | | | 2427 | 2340 | |
| **Sagebrush with moderate pj** | | | | | | | | |
| Bruner and Klebenow (1979) | C NV | – | Low | 30 | | – | – | 12 of 20 burns successful |
| Burkhardt and Tisdale (1976) | E OR | 1400–2100 | Low | | U | | | Most trees <50 years killed |
| Martin (1978) | E OR | – | | | U | – | – | |
| *Juniperus occidentalis* backing fire (moderate conditions) | | | High | | | | | Most trees >1.8 m survived |
| *Juniperus occidentalis* backing fire (higher temperature and winds) | | | High | | | | | Most trees >4.0 m survived |
| *Juniperus occidentalis* head fire (modest conditions) | | | High | | | | | All trees <1.5 m killed;  73% survival for trees >6.3 m |
| *Juniperus occidentalis* head fire (extreme conditions) | | | High | | | | | All trees <4.5 m killed;  37% survival for trees >4.8 m |
| *Juniperus occidentalis* wildfires | | | Low | | U | | | <30% survival in most fires |

W.L. Baker, D.J. Shinneman / Forest Ecology and Management 189 (2004) 1–21

BLM_0004108

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quinscy (1984) | E OR | – | High | | | | | |
| Xeric burns | | 730–866 | | 2 | 1 | | | All trees killed |
| Mesic burns | | 1085–1207 | | 2 | | | | 5 of 6 young trees killed on one, 5 of 20 killed on the other |
| Ward (1977) | E NV | – | High | 4 | | 680 | 0 | All trees killed |
| Closed pj woodland | | | | | | | | |
| Alderete (1996) | S NM | 1940 | High | 1 | | | | |
| *Pinus edulis* | | | | | | 460 | 227 | Notes poor fire spread |
| *Juniperus deppeana* and *Juniperus monosperma* | | | | | | 1080 | 833 | Notes poor fire spread |
| Arnold et al. (1964) | N AZ | – | Low | | 16 | – | – | 100% except unburned islands |
| Aro (1971) | CO, UT | – | Low | 1 | 2 | – | – | High |
| Bruner and Klebenow (1979) | C NV | – | Low | 10 | | – | – | All burns unsuccessful |
| Despain (1987) | NW AZ | – | Low | 9 | | – | – | ca. 22,000 acres burned |
| Erskine and Goodrich (1999) | NE UT | – | Low | 7 | | | | Near 100% on ca. 3000 acres burned |
| Goodrich and Barber (1999) | NE UT | – | Low | | 3 | – | – | Nearly all trees killed |
| Tausch and West (1988) | SW UT | 2000 | High | | 1 | – | – | 38% of juniper and 0.6% of piñon survived |
| Weise (1990) | S CA | 1463, 2133 | High | | 2 | – | – | 10 and 36% survival |

[a] In this table, "low **pj**" means low-density piñon–juniper, "moderate pj" means moderate-density mature piñon–juniper or high-density young piñon–juniper.

BLM_0004109

Moderately dense woodlands with a grassy understory are not true savannas, as savannas have a low density of trees in a matrix of grass (McPherson, 1997). Moderately dense mature piñons and junipers with a grassy understory have been burned in prescribed surface fires in one case (Table 5). Most piñons were killed, while junipers were hardly reduced, possibly due in part to moist burning conditions (Alderete, 1996). This study does not suggest that tree density will be maintained at a low level by periodic low-severity surface fires in these grassy woodlands. As in savannas, there is no direct evidence of the frequency of past surface fires in these woodlands with grassy understories (Section 3.2).

Low- or moderate-density piñon–juniper woodlands with a sagebrush or shrubby understory are also not true savannas (McPherson, 1997), and fires in these woodlands have quite variable effects (Table 5), probably because of variable fuel loads and burning conditions. For instance, some prescribed fires were difficult to start, and fires may be limited to moderate to severe weather conditions (Bruner and Klebenow, 1979). Some successfully ignited fires killed trees of all sizes (Ward, 1977), particularly on xeric sites (Quinsey, 1984). On more mesic sites (Quinsey, 1984) and under modest burning conditions (Martin, 1978), larger trees may survive (Table 5). Even under extreme conditions, large trees may survive in some cases (Martin, 1978). In sagebrush with a low density of trees, complete mortality of trees in one case (Ward, 1977) is consistent with evidence that periodic fires that burn sagebrush stands in the ecotone with piñon–juniper woodlands can kill invading trees (Miller and Rose, 1999). Absence of fire between 1655 and 1750 A.D., however, did not lead to tree invasion into big sagebrush in one study area, suggesting that fire is not the sole limitation on tree invasion (Young and Evans, 1981). Natural fires in these woodlands, if they behaved as demonstrated in these prescribed fires, would not have maintained low tree density or increased mean tree size, as is expected in true savannas. These fires, instead, likely failed to spread in some cases and caused partial or complete mortality of trees in other cases (Table 5).

In the densest, closed woodlands (where tree canopies nearly touch), many authors have remarked about the difficulty of intentionally igniting fires, except under extreme burning conditions (Aro, 1971; Bruner and Klebenow, 1979; Despain, 1987).

When prescribed ignitions have been successful, all or nearly all trees were killed, and some of these fires burned thousands of hectares (Table 5). Wildfires that burned in closed woodlands often also led to complete tree mortality.

Together these studies suggest that fire certainly can kill young trees, particularly in grassy areas, but when understories include shrubs or when trees are denser, fire behavior and tree mortality are more variable. High-severity fires can certainly limit woodland extent, but evidence indicates that low-severity fires, outside true savannas, do not consistently thin these woodlands.

### 3.5. Did high-severity fires occur in piñon–juniper woodlands?

Since EuroAmerican settlement, 126 observed or reconstructed wildfires in piñon–juniper woodlands have been reported in the literature for the 11 western states (Tables 5 and 6). Of these, 2 were low-severity surface fires (Dwyer and Pieper, 1967; Johnson et al., 1962, Table 5), 3 were possibly mixed severity (Section 3.7), and 121 were high severity (Table 6). Most likely, 6 of the post-settlement high-severity fires occurred before woodlands were significantly modified by land uses (i.e., 1865–1885 A.D.; Arnold et al., 1964; Wangler and Minnich, 1996), and thus also represent natural fires. Many high-severity fires kill all trees, but unburned islands are sometimes left on rocky outcrops and ridges, on topographic breaks, and in otherwise rough terrain (Arnold et al., 1964; Despain, 1987; Wangler and Minnich, 1996; Goodrich and Barber, 1999; Miller and Rose, 1999).

Prior to EuroAmerican settlement, $\geq 16$ fires are documented to have had a high-severity component (Table 6). Four of these 16 were possibly mixed severity (see Section 3.7) and 12 or more were likely entirely high severity. There is no accurate count of the number of low-severity surface fires prior to Euro-American settlement in these woodlands for comparison (see Section 3.2). High-severity fires in the pre-EuroAmerican period are documented from five areas: Mesa Verde National Park in southwestern Colorado, the San Bernardino Mountains in southern California, the Stansbury Mountains in northwestern Utah, the Sheeprock Mountains in central Utah, and the Sacramento Mountains in southern New Mexico (Table 6).

BLM_0004110

Table 6

Data relevant to questions 5–7[a]. Quality criteria and the questions are in Table 1

| Author(s) | State | Elevation (m) | Quality | Reconstructed | Observed | Pre-EuroAmerican | Post-EuroAmerican | High severity | Unburned islands | Mixed severity | Quality (rotation) | Fire rotation (years) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arnold et al. (1964) | N AZ | 1800 | High | 16 | | | 16 | X | Yes | No | – | – |
| Aro (1971) | NW CO NE UT | – | High | | 2 | | 2 | X | – | – | – | – |
| Barney and Frischknecht (1974) | C UT | 1775–2375 | High | 28 | | ≤5 | ≥23 | X | No | No | – | – |
| Butler et al. (1998) | C CO | 1775–2100 | High | | 1 | | 1 | X | – | – | – | – |
| Despain and Mosley (1990) | N AZ | 1890–2075 | High | 4 | | 3 | 1 | | – | X | – | – |
| Erdman (1970) | SW CO | 2060–2485 | High | 1 | 2 | 1 | 2 | X | No | No | – | – |
| Floyd et al. (2000), Romme et al. (2003) | SW CO | 2060–2485 | High | 2 | 6 | 2 | 6 | X | No | No | High | ca. 400 |
| Goodrich and Barber (1999) | NE UT | – | High | 1 | 2 | | 3 | X | Yes | – | – | – |
| Gruell (1997) | E CA | 1920–2347 | High | 1 | | | 1 | X | – | – | – | – |
| Hester (1952) | W CO | – | High | | 1 | | 1 | X | – | – | – | – |
| Hoffman (1921) | W CO | – | Low | | U | | U | X | – | – | – | – |
| Koniak (1985) | NV, CA | 1665–2230 | High | | 21 | | 21 | X | No | No | – | – |
| McCulloch (1969) | N AZ | 1950–2133 | High | | 1 | | 1 | X | No | No | – | – |
| Minnich (1991) | S CA | – | Low | U | | U | U | X | – | – | Low | "Centuries" |
| Ott et al. (2001) | W UT | 1620–1980 | High | | 4 | | 4 | X | No | No | – | – |
| Phillips and Mulford (1912) | C AZ | – | Low | U | | U | U | X | – | – | – | – |
| Pratt (2001) | C UT | 1875–1950 | High | | 1 | | 1 | X | Yes | No | – | – |
| Quinsey (1984) | E OR | 730–866 | High | | 1 | | 1 | X | No | No | – | – |
| Rogers (1982) | NW UT | 1743 | High | | 1 | 1 | | X | Yes | No | – | – |
| Tausch and West (1988) | SW UT | 2000 | High | 1 | | | 1 | | | X | – | – |
| Wangler and Minnich (1996) | S CA | 1300–2700 | High | | 38 | 2 | 36 | X | Yes | No | High | 480 |
| Weise (1990) | S CA | 1463, 2133 | High | | 2 | | 2 | | | X | – | – |
| Wilkinson (1997), Brown et al. (2001) | S NM | 2400–2420 | Medium | 1 | | 1 | | X | – | – | – | – |

[a] U, unknown, and – means that no information was provided. The column labeled "Observed" means only that someone, not necessarily the author, observed the fire or recorded its occurrence. Prescribed fires are excluded from this analysis as are high-severity fires that kill invading piñons and junipers in sagebrush communities (Miller and Rose, 1999).

Documentation includes early photographs and age- or size-structure analysis. It can be argued that fires that burned through sagebrush communities in the ecotone with juniper in the Pacific Northwest were effectively high-severity fires, since few trees apparently survived except in rocky areas where fire did not carry (Miller and Rose, 1999). Early post-settlement high-severity fires are also documented in northern Arizona (Arnold et al., 1964).

There are significant methodological problems in documenting the occurrence or absence of pre-Euro-American high-severity fires in piñon–juniper woodlands. Cross-dating is problematic for these fires, just as for low-severity surface fires. Trees may not reinvade high-severity burns for several decades, but the lag can vary (Miller and Tausch, 2001). Tree-ring dating may thus be inconclusive even if a cross-dated fire scar is available, as it is difficult to convincingly associate an episode of tree establishment with a fire-scar date decades earlier. A close agreement of a fire-scar date and dates of tree mortality or subsequent tree origins has been the prime signal for high-severity fires in fire-history reconstructions in other ecosystems (Ehle and Baker, in press). Without this agreement, agents other than fire (e.g., insects, drought) cannot be excluded as the cause of an episode of mortality or tree regeneration. Dating the approximate year of death of charred, standing trees (Despain and Mosley, 1990) might be possible for high-severity fires in the last century or two. In piñon–juniper woodlands, early photographs, in some cases, may provide strong evidence that high-severity fires did or did not occur, but do not provide estimates of fire rotation, and images are limited to the late 1800s and early 1900s after photography became common.

Have high-severity fires increased in these woodlands since EuroAmerican settlement, possibly because fires, that formerly would have been low-severity surface fires, now burn as high-severity fires? Available data reveal that high-severity fires have been common and almost no low-severity surface fires have occurred in piñon–juniper woodlands since EuroAmerican settlement (Table 6). But, without information about pre-EuroAmerican fires, this information tells us nothing about whether high-severity fires have or have not increased. High-severity fires are, in fact, documented prior to EuroAmerican settlement in at least five areas scattered around the West (Table 6).

Only in the San Bernardino Mountains of southern California and Mesa Verde National Park, Colorado, where there is evidence of high-severity fires prior to EuroAmerican settlement and analysis of high-severity fires after settlement, is there a basis for determining whether high-severity fires have or have not increased. In these two areas, the authors conclude that high-severity fires have not increased. In most of the 11 western states, there is no basis for concluding that high-severity fires have or have not increased in piñon–juniper woodlands since EuroAmerican settlement, since there are no data on the abundance of high-severity fires prior to EuroAmerican settlement.

### 3.6. What is the fire rotation for high-severity fires in piñon–juniper woodlands?

The fire rotation, which is defined as the time required to burn over an area, equal to that of a particular landscape, one time (Baker and Ehle, 2001), has been determined for only two locations in piñon–juniper woodlands, where it is estimated to be about 400 years in one case and 480 years in the other (Table 6). In both cases, the rotation is derived from observations of area burned by high-severity fires since EuroAmerican settlement, but the argument is made that fire suppression has not affected these rates, so that the estimate is essentially an estimate of the natural fire rotation.

### 3.7. Did mixed-severity fires occur in piñon–juniper woodlands?

No authors report mixed-severity fires in piñon–juniper woodlands—it is entirely our interpretation of reported data. Mixed-severity fires are characterized by patches of high severity, evidenced by overstory mortality, contiguous with areas of low-severity surface fire with high overstory survival. Several fires studied by Despain and Mosley (1990) in northern Arizona, a small fire studied by Tausch and West (1988) in southwestern Utah, and two fires studied by Weise (1990) in southern California might have been mixed in severity. However, an alternative explanation of the pattern of patchy overstory mortality is spotting from high-severity fire without spread on the surface among the patches. Since no one has reported observing modern mixed-severity fire in piñon–juniper

BLM_0004112

woodlands, we simply suggest the possibility of this type of fire, which has been documented in other ecosystems.

### 3.8. Conclusions

Fire history and the effects of fire in piñon–juniper woodlands remain poorly known and understood, as suggested by previous reviewers and authors (Gottfried et al., 1995; West, 1999; Miller and Tausch, 2001). We have more explicitly identified areas of disagreement and uncertainty. For low-severity surface fires, there is substantial uncertainty about the reliability and representativeness of the available fire-scar evidence. Limited success in cross-dating fire scars on piñons and junipers means that most of the piñon–juniper zone in the West lacks reliable evidence of the occurrence and frequency of low-severity surface fires.

There is some reliable evidence that low-severity surface fires may have occurred in the upper ecotone. Yet, while low-severity surface fire regimes remain plausible for other areas, there are almost no direct fire data supporting the notion of frequent low-severity surface fires maintaining savannas or most woodlands. No reliable data suggest that low-severity surface fires occurred in or would have consistently lowered the density of trees in moderate-density woodlands with a sagebrush or grassy understory. The closed woodland zone in much of the West, moreover, has virtually no evidence for spreading low-severity surface fires.

In fact, at least on a regional basis, some woodlands did not experience low-severity surface fires, but, rather, were naturally subject to long-rotation high-severity fires. Thus, arguments that piñon–juniper woodlands have become more dense due to fire suppression in these areas seem unlikely. Consequently, fire suppression is not clearly a cause of modern high-severity fires; in some places these high-severity fires are natural, and in much of the rest of the West their occurrence prior to EuroAmerican settlement is unknown. Fires, that are effectively high-severity fires, since they may kill stands consisting primarily of small trees, are well-documented in one case to have been able to prevent tree invasion into sagebrush and grasslands prior to EuroAmerican settlement. However, absence of these fires in another pre-EuroAmerican case did not lead to tree invasion. Thus, the role of fire as a general mechanism maintaining the ecotone

and the role of fire suppression in encouraging tree invasions remain poorly supported and uncertain. Variability in the abundance of fire scars and in reports of pre-EuroAmerican high-severity fires and low-severity surface fires suggest that regional and even possibly within-site variation in fire regimes could be substantial. But more specific knowledge of fire regimes is lacking or uncertain for most of the piñon–juniper woodland area in the West.

In spite of these uncertainties, the fire regime of piñon–juniper woodlands has been classified by researchers and used by land managers to assess woodland condition and ecosystem health. These classifications and assessments are not supported by the scientific literature we reviewed. In creating maps of fire regimes, Frost (1998) uses Leopold (1924), apparently as the sole source, to place piñon–juniper woodlands into a "13–25 years" fire- frequency class, even though our review suggests there are many other sources that do not support this classification. Brown (2000) maps piñon–juniper as "Mixed-severity fires 0–34 years." Our review shows that reliable evidence of individual fires of mixed severity is lacking, and fires of higher severity are likely much less frequent than 0–34 years (Section 3.6).

Hardy et al. (2000) is the basis for rating piñon–juniper woodland condition across the West relative to the effects of fire suppression. Hardy et al., based on the expertise of local fire managers, classify the piñon–juniper fire regime as "0–35 yr frequency, low severity," a classification not supported by the scientific evidence we review here. Since these authors place piñon–juniper woodlands mostly within a low-severity, frequent-fire class, these woodlands are considered to have missed two or three fires in the last century. However, our review suggests that, while uncertain, low-severity surface fire was most likely not a common type of fire in piñon–juniper woodlands in the western United States. In some parts of the West, the natural fire regime of piñon–juniper woodlands was clearly dominated by high-severity fires. The condition assessment or Hardy et al. (2000) is thus definitely erroneous for these areas of woodland, likely is in error for much of the rest of the West, and is at best premature given the uncertainty our review identifies. At the present time, our review suggests there is insufficient scientific basis for a national program that rates woodland condition and then applies uniform fire and structural

restoration treatments in piñon–juniper woodlands across the West.

If restoration of fire in piñon–juniper woodlands is to be based on sound science, significant methodological hurdles (i.e., modern calibration, cross-dating) must first be addressed and resolved. Only then can fire scientists focus on systematic collection and analysis of the key evidence that can distinguish and quantify the types of fires that occurred in the past. If a network of such studies were available, then a science-based national restoration program could probably be effectively created.

Until this is possible, we suggest a more cautious, research-based local restoration strategy. Localized or site-specific scientific studies are always needed before restoration prescriptions are formulated (Romme et al., 2003), but this is particularly true now, given the uncertain state of the science. We suggest that before undertaking restoration treatments on a particular site, managers or scientists date some of the largest trees on the site. If these trees pre-date EuroAmerican settlement, removing or thinning them is inappropriate if restoration is the goal. Trees that pre-date EuroAmerican settlement represent woodland structure before the impacts of our land uses, and thus need to be preserved during restoration as is true in other ecosystems (e.g., Friederici, 2003). Moreover, old-growth piñon–juniper woodlands have many ecological values that have been under-appreciated (Waichler et al., 2001).

If larger trees on a site post-date EuroAmerican settlement, the stand could represent either (1) piñon–juniper invasion into vegetation that was not previously woodland or (2) natural re-establishment of piñon–juniper following a fire in a former woodland. Natural re-establishment of trees after fire can be quite slow in these woodlands, requiring decades, so that post-fire stands may superficially appear to represent tree invasion. However, post-fire stands can often be identified by the presence of some standing or down charred wood from the fire. Burned woodlands with slowly re-establishing trees do not warrant treatment if the goal is restoration. Invading post-settlement stands and post-settlement trees inside old stands require further research to determine whether restoration is needed, and, if so, what needs to be done. Invasion may be natural (e.g., climatic fluctuations) or human-caused (fire suppression, livestock grazing,

increased carbon dioxide). Unless the specific natural or human causes can be distinguished for a site, restoration is likely to be ineffective or possibly mis-directed. The first step in effective restoration is to identify and then modify the cause of degradation (Hobbs and Norton, 1996). If our land uses are found to be responsible for tree invasions or density increases, and if restoration is to have lasting value, it is essential to change the land uses that led to the need for restoration.

## Acknowledgements

We thank George Gruell for providing copies of unpublished fire-history studies. Comments by Karen Eisenhart, R.F. Miller, Dan Manier, George Gruell, and anonymous reviewers significantly improved the manuscript. This study was supported in part by the Bureau of Land Management under Agreement No. ESA020016.

## References

Agee, J.K., 1993. Fire Ecology of Pacific Northwest Forests. Island Press, Washington, DC, 493 pp.

Alderete, J.A., 1996. Vegetation changes following a prescribed burn on piñon–juniper stands in south-central New Mexico. MS Thesis. New Mexico State University, Las Cruces, 63 pp.

Aldon, E.F., Springfield, H.W., 1973. The southwestern pinyon-juniper ecosystem: a bibliography. USDA Forest Service General Technical Report RM-4, Rocky Mountain Forest and Range Experiment Station, Fort Collins, 20 pp.

Allen, C.D., 1989. Changes in the landscape of the Jemez Mountains, New Mexico. Ph.D. Dissertation. University of California, Berkeley, 346 pp.

Arnold, J.F., Jameson, D.A., Reid, E.H., 1964. The pinyon-juniper type of Arizona: effects of grazing, fire, and tree control. USDA Forest Service Production Research Report No. 84. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, 28 pp.

Aro, R.S., 1971. Evaluation of pinyon-juniper conversion to grassland. J. Range Manage. 24, 188–197.

Bahre, C.J., 1985. Wildfire in southeastern Arizona between 1859 and 1890. Desert Plants 7, 190–194.

Baisan, C.H., Swetnam, T.W., 1997. Interactions of fire regimes and land use in the central Rio Grande Valley. USDA Forest Service Research Paper RM-RP-330. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, 20 pp.

Baker, W.L., Ehle, D., 2001. Uncertainty in surface-fire history: the case of ponderosa pine forests in the western United States. Can. J. For. Res. 31, 1205–1226.

BLM_0004114

Barber, M.J., Josephson, W.R., 1987. Wildfire patterns and vegetation response in east-central Nevada. In: Everett, R.L. (Ed.), Proceedings of the Pinyon-juniper Conference. USDA Forest Service General Technical Report INT-215. Intermountain Forest and Range Experiment Station, Ogden, UT, pp. 158–160.

Barney, M.A., Frischknecht, N.C., 1974. Vegetation changes following fire in the pinyon-juniper type of west-central Utah. J. Range Manage. 27, 91–96.

Bender, D.J., Contreras, T.A., Fahrig, L., 1998. Habitat loss and population decline: a meta-analysis of the patch size effect. Ecology 79, 517–533.

Blackburn, W.H., Bruner, A.D., 1975. Use of fire in manipulation of the pinyon-juniper ecosystem. In: Gifford, G.F., Busby, F.E. (Eds.), The Pinyon-juniper ecosystem: a symposium. College of Natural Resources, Utah State University, Logan, pp. 91–96.

Bledsoe, F.N., Fowler, J.M., 1992. Economic evaluation of the forage-fiber response to pinyon-juniper thinning. New Mexico State University Agricultural Experiment Station Bulletin No. 753. Las Cruces, New Mexico.

Brockway, D.G., Gatewood, R.G., Paris, R.B., 2002. Restoring grassland savannas from degraded pinyon-juniper woodlands: effects of mechanical overstory reduction and slash treatment alternatives. J. Environ. Manage. 64, 179–197.

Brown, J.K., 2000. Introduction and fire regimes. In: Brown, J.K., Smith, J.K. (Eds.), Wildland Fire in Ecosystems: Effects of Fire on Flora. USDA Forest Service General Technical Report RMRS-GTR-42, vol. 2. Rocky Mountain Research Station, Fort Collins, CO, pp. 1–7.

Brown, P.M., Kaye, M.W., Huckaby, L.S., Baisan, C.H., 2001. Fire history along environmental gradients in the Sacramento Mountains, New Mexico: influences of local patterns and regional processes. Ecoscience 8, 115–126.

Bruner, A.D., Klebenow, D.A., 1979. Predicting success of prescribed fires in pinyon-juniper woodland in Nevada. USDA Forest Service Research Paper INT-219, Intermountain Forest and Range Experiment Station, Ogden, UT, 11 pp.

Bunting, S.C., 1987. Use of prescribed burning in juniper and pinyon-juniper woodlands. In: Everett, R.L. (Ed.), Proceedings of the Pinyon-juniper Conference, Reno, NV-January 13–16, 1986. USDA Forest Service General Technical Report INT-215. Intermountain Research Station, Ogden, UT, pp. 141–144.

Burkhardt, J.W., Tisdale, E.W., 1976. Causes of juniper invasion in southwestern Idaho. Ecology 57, 472–484.

Butler, B.W., Bartlette, R.A., Bradshaw, L.S., Cohen, J.D., Andrews, P.L., Putnam, T., Mangan, R.J., 1998. Fire behavior associated with the 1994 South Canyon fire on Storm King Mountain, CO. USDA Forest Service Research Paper RMRS-RP-9. Rocky Mountain Research Station, Fort Collins, CO, 82 pp.

Chappell, L., 1997. A fire history study conducted on the Monroe Mountain demonstration area. Unpublished Report to the Richfield District, Fishlake National Forest and Bureau of Land Management, Richfield, UT, 24 pp.

Despain, D.W., 1987. History and results of prescribed burning of pinyon-juniper woodland on the Hualapai Indian Reservation in Arizona. In: Everett, R.L. (Ed.), Proceedings of the Pinyon-juniper Conference, Reno, NV, January 13–16, 1986. USDA Forest Service General Technical Report INT-215. Intermountain Research Station, Ogden, UT, pp. 145–151.

Despain, D.W., Mosley, J.C., 1990. Fire history and stand structure of a pinyon-juniper woodland at Walnut Canyon National Monument, Arizona. USDI National Park Service Technical Report No. 34. Cooperative National Park Resources Studies Unit, University of Arizona, Tucson, AZ.

Dwyer, D.D., Pieper, R.D., 1967. Fire effects on blue grama-pinyon-juniper rangeland in New Mexico. J. Range Manage. 20, 359–362.

Egger, M., Davey Smith, G., Altman, D.G. (Eds.), 2001. Systematic Reviews in Health Care: Meta-Analysis in Context. BMJ Books, London.

Ehle, D.S., Baker, W.L., in press. Disturbance and stand dynamics in ponderosa pine forests in Rocky Mountain National Park, USA. Ecological Monographs.

Englund, G., Sarnelle, O., Cooper, S.D., 1999. The importance of data-selection criteria: meta-analyses of stream predation experiments. Ecology 80, 1132–1141.

Erdman, J.A., 1970. Pinyon-juniper succession after natural fires on residual soils of Mesa Verde, Colorado. Brigham Young University Science Bulletin Biological Series XI, pp. 1–26.

Erskine, I., Goodrich, S., 1999. Applying fire to pinyon-juniper communities of the Green River corridor, Daggett County, Utah. In: Monsen, S.B., Stevens, R. (Eds.), Proceedings of the Ecology and Management of Pinyon-juniper Communities Within the Interior West. USDA Forest Service Proceedings RMRS-P-9. Rocky Mountain Research Station, Fort Collins, CO, pp. 315–316.

Evans, R.L., 1988. Management of pinyon-juniper woodlands. USDA Forest Service General Technical Report INT-249. Intermountain Research Station, Ogden, UT.

Everett, R.L., Clary, W., 1985. Fire effects and revegetation on juniper-pinyon woodlands. In: Sanders, K., Durham, J. (Eds.), Rangeland Fire Effects: A Symposium. USDI Bureau of Land Management, Idaho State Office, Boise, ID, pp. 33–37.

Everett, R.L., Ward, K., 1984. Early plant succession on pinyon-juniper controlled burns. Northwest Sci. 58, 57–68.

Floyd, M.L., Romme, W.H., Hanna, D.D., 2000. Fire history and vegetation pattern in Mesa Verde National Park, Colorado, USA. Ecol. Appl. 10, 1666–1680.

Friederici, P. (Ed.), 2003. Ecological Restoration of Southwestern Ponderosa Pine Forests. Island Press, Washington, DC, 561 pp.

Frost, C.C., 1998. Presettlement fire frequency regimes of the United States: a first approximation. In: Proceedings of the Tall Timbers Fire Ecology Conference, vol. 20, pp. 70–81.

Gates, S., 2002. Review of methodology of quantitative reviews using meta-analysis in ecology. J. Anim. Ecol. 71, 547–557.

Goodrich, S., Barber, B., 1999. Return interval for pinyon-juniper following fire in the Green River corridor, near Dutch John, Utah. In: Monsen, S.B., Stevens, R. (Eds.), Proceedings of the Ecology and Management of Pinyon-juniper Communities Within the Interior West. USDA Forest Service Proceedings RMRS-P-9. Rocky Mountain Research Station, Fort Collins, CO, pp. 391–393.

Gottfried, G.J., Swetnam, T.W., Allen, C.D., Betancourt, J.L., Chung-MacCoubrey, A.L., 1995. Pinyon-juniper woodlands. In: Finch, D.M., Tainter, J.A. (Eds.), Ecology, Diversity, and Sustainability of the Middle Rio Grande Basin. USDA Forest Service General Technical Report RM-268. Rocky Mountain Research Station, Fort Collins, CO, pp. 95–132.

Gruell, G.E., 1995. Historic role of fire on Hart Mountain National Antelope Refuge, Oregon, and Sheldon National Wildlife Refuge, Nevada. Unpublished Report to USDI Fish and Wildlife Service. Sheldon-Hart Mountain Refuge Complex, Lakeview, OR.

Gruell, G.E., 1996. Influence of fire on Great Basin wildlife habitats. Trans. Western Sec. Wildl. Soc. 32, 55–61.

Gruell, G.E., 1997. Historical role of fire in pinyon-juniper woodlands, Walker River watershed project, Bridgeport Ranger District. Unpublished Report to USDA. Humboldt-Toiyabe National Forest, Bridgeport Ranger District, Bridgeport, CA.

Gruell, G.E., 1999. Historical and modern roles of fire in pinyon-juniper. In: Monsen, S.B., Stevens, R. (Eds.), Proceedings of the Ecology and Management of Pinyon-juniper Communities Within the Interior West. USDA Forest Service Proceedings RMRS-P-9. Rocky Mountain Research Station, Fort Collins, CO, pp. 24–28.

Gruell, G.E., Eddleman, L.E., Jaindl, R., 1994. Fire history of the pinyon-juniper woodlands of Great Basin National Park. USDI National Park Service Technical Report NPS/PNROSU/NRTR-94/01 by Oregon State University to the National Park Service. Pacific Northwest Region, Seattle, Washington, 27 pp.

Hardy, C.C., Bunnell, D.L., Menakis, J.P., Schmidt, K.M., Long, D.G., Simmerman, D.G., Johnston, C.M., 2000. Coarse-scale spatial data for wildland fire and fuel management. USDA Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory. http://www.fs.fed.us/fire/fuelman.

Hartley, M.J., Hunter Jr., M.L., 1998. A meta-analysis of forest cover, edge effects, and artificial nest predation rates. Conserv. Biol. 12, 465–469.

Hester, D.A., 1952. The piñon–juniper fuel type can really burn. Fire Control Notes 13. USDA Forest Service, pp. 26–29.

Hobbs, R.J., Norton, D.A., 1996. Towards a conceptual framework for restoration ecology. Restor. Ecol. 4, 93–110.

Hoffman, A.F., 1921. The piñon–juniper land problem. I. Plan for handling the pinon-juniper type. J. For. 19, 537–541.

Jacobs, B.F., Gatewood, R.G., 1999. Restoration studies in degraded pinyon-juniper woodlands of north-central New Mexico. In: Monsen, S.B., Stevens, R. (Eds.), Proceedings of the Ecology and Management of Pinyon-juniper Communities Within the Interior West. USDA Forest Service Proceedings RMRS-P-9. Rocky Mountain Research Station, Fort Collins, CO, pp. 294–298.

Jameson, D.A., 1962. Effects of burning on a galleta-black grama range invaded by juniper. Ecology 43, 760–763.

Jameson, D.A., 1966. Juniper control by individual tree burning. USDA Forest Service Research Note RM-71. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO.

Johnsen Jr., T.N., 1962. One-seed juniper invasion of northern Arizona grasslands. Ecol. Monogr. 32, 187–207.

Johnson, A.H., Smathers, G.A., 1976. Fire history and ecology, Lava Beds National Monument. In: Proceedings of the Tall Timbers Fire Ecology Conference, vol. 15, pp. 103–115.

Johnson, D.E., Mukhtar, H.A.M., Mapston, R., Humphrey, R.R., 1962. The mortality of oak-juniper woodland species following a wild fire. J. Range Manage. 15, 201–205.

Kipfmueller, K.F., Swetnam, T.W., 2001. Using dendrochronology to reconstruct the history of forest and woodland ecosystems. In: Egan, D., Howell, E.A. (Eds.). The Historical Ecology Handbook. Island Press, Washington, DC, pp. 199–228.

Koniak, S., 1985. Succession in pinyon-juniper woodlands following wildfire in the Great Basin. Great Basin Natur. 45, 556–566.

Lanner, R.M., 1977. The eradication of pinyon-juniper woodland: has the program a legitimate purpose? Western Wildl. 3, 12–17.

Leopold, A., 1924. Grass, brush, timber, and fire in southern Arizona. J. For. 22, 1–10.

Martin, R.E., 1978. Fire manipulation and effects in western juniper (*Juniperus ocidentalis* Hook.). In: Martin, R.E., Dealy, J.E., Caraher, D.L. (Eds.), Proceedings of the Western Juniper Ecology and Management Workshop. USDA Forest Service General Technical Report PNW-74. Pacific Northwest Forest and Range Experiment Station, Portland, OR, pp. 121–136.

McCulloch, C.Y., 1969. Some effects of wildfire on deer habitat in pinyon-juniper woodland. J. Wildl. Manage. 33, 778–784.

McPherson, G.R., 1997. Ecology and Management of North American Savannas. University of Arizona Press, Tucson, 208 pp.

Miller, M.E., 1999. Use of historic aerial photography to study vegetation change in the Negrito Creek watershed, southwestern New Mexico. Southwestern Natur. 44, 121–137.

Miller, R.F., Rose, J.A., 1999. Fire history and western juniper encroachment in sagebrush steppe. J. Range Manage. 52, 550–559.

Miller, R.F., Tausch, R.J., 2001. The role of fire in juniper and pinyon woodlands: a descriptive analysis. In: Galley, K.F.M., Wilson, T.P. (Eds.), Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species. Tall Timbers Research Station Miscellaneous Publication No. 11, Tallahassee, FL, pp. 15–30.

Minnich, R.A., 1991. Conifer forest fire dynamics and distribution in the mountains of southern California: a landscape steady-state approach, Part II. Crossosoma 17 (2), 1–10.

Mitchell, J.E., Roberts Jr., T.C., 1999. Distribution of pinyon-juniper in the western United States. In: Monsen, S.B., Stevens, R. (Eds.), Proceedings of the Ecology and Management of Pinyon-juniper Communities Within the Interior West. USDA Forest Service Proceedings RMRS-P-9. Rocky Mountain Research Station, Fort Collins, CO, pp. 146–154.

Moir, W.H., 1982. A fire history of the high Chisos, Big Bend National Park, Texas. Southwestern Natur. 27, 87–98.

Ott, J.E., McArthur, E.D., Sanderson, S.C., 2001. Plant community dynamics of burned and unburned sagebrush and pinyon-juniper vegetation in west-central Utah. In: McArthur, E.D., Fairbanks, D.J. (Eds.), Shrubland Ecosystem Genetics and Biodiversity. USDA Forest Service Proceedings RMRS-P-21. Rocky Mountain Research Station, Fort Collins, CO, pp. 177–191.

Paysen, T.E., Ansley, R.J., Brown, J.K., Gottfried, G.J., Haase, S.M., Harrington, M.G., Narog, M.G., Sackett, S.S., Wilson, R.C., 2000. Fire in western shrubland, woodland, and grassland ecosystems. In: Brown, J.K., Smith, J.K. (Eds.), Wildland Fire in Ecosystems: Effects of Fire on Flora. USDA Forest Service General Technical Report RMRS-GTR-42, vol. 2. Rocky Mountain Research Station, Fort Collins, CO, pp. 121–159.

Phillips, F.J., Mulford, W., 1912. Utah juniper in central Arizona. USDA Forest Service Circular 197. US Government Printing Office, Washington, DC, 19 pp.

Pieper, R.D., Wittie, R.D., 1990. Fire effects in southwestern chaparral and pinyon-juniper vegetation. In: Krammes, J.S. (Ed.), Proceedings of the Symposium on Effect of Fire Management of Southwestern Natural Resources. USDA Forest Service General Technical Report RM-191. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, pp. 87–93.

Pieper, R.D., Tanaka, J., Harp, A.J., Rimbey, N., Bartlett, E.T., 2002. Juniper and piñon–juniper woodlands in the West: Can the system support biomass removal for energy production? Unpublished Report. Policy Analysis Center for Western Public Lands, University of Idaho, Caldwell, ID, 33 pp.

Pratt, T.A., 2001. Predicting pinyon-juniper woodland fire intensity using Landsat thematic mapper. MS Thesis. University of Utah, Salt Lake City, 71 pp.

Quinsey, S.D., 1984. Fire and grazing effects in western juniper woodlands of central Oregon. MS Thesis. University of Washington, Seattle.

Rogers, G.F., 1982. Then & Now: A Photographic History of Vegetation Change in the Central Great Basin Desert. University of Utah Press, Salt Lake City, 152 pp.

Romme, W.H., Floyd-Hanna, L., Hanna, D.D., 2003. Ancient piñon–juniper forests of Mesa Verde and the West: a cautionary note for forest restoration programs. In: Omi, P.N., Joyce, L.A. (Eds.), Proceedings of the Conference on Fire, Fuel Treatments, and Ecological Restoration. USDA Forest Service Proceedings RMRS-P-29. Rocky Mountain Research Station, Fort Collins, CO, pp. 335–350.

Rowlands, P.G., Brian, N.J., 2001. Fishtail Mesa: a vegetation resurvey of a relict area in Grand Canyon National Park, Arizona. Western N. Am. Natur. 61, 150–181.

Segura, G., Snook, L.C., 1992. Stand dynamics and regeneration patterns of a pinyon pine forest in east central Mexico. For. Ecol. Manage. 47, 175–194.

Swetnam, T.W., 1983. Fire history of the Gila Wilderness, New Mexico. MS Thesis. University of Arizona, Tucson, 140 pp.

Tausch, R.J., West, N.E., 1988. Differential establishment of pinyon and juniper following fire. Am. Midland Natur. 119, 174–184.

Waichler, W.S., Miller, R.F., Doescher, P.S., 2001. Community characteristics of old-growth western juniper woodlands. J. Range Manage. 54, 518–527.

Wangler, M.J., Minnich, R.A., 1996. Fire and succession in pinyon-juniper woodlands of the San Bernardino Mountains, California. Madroño 43, 493–514.

Ward, K.V., 1977. Two-year vegetation response and successional trends for spring burns in the pinyon-juniper woodland. MS Thesis. University of Nevada, Reno, Nevada.

Weise, D.R., 1990. Survival of damaged singleleaf pinyon one year after wildfire. In: Krammes, J.S. (Ed.), Proceedings of the Symposium on Effect of Fire Management of Southwestern Natural Resources. USDA Forest Service General Technical Report RM-191. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, pp. 229–231.

West, N.E., 1999. Juniper-pinyon savannas and woodlands of western North America. In: Anderson, R.C., Fralish, J.S., Baskin, J.C. (Eds.), Savannas, Barrens, and Rock Outcrop Plant Communities of North America. Cambridge University Press, Cambridge, pp. 288–308.

West, N.E., Young, J.A., 2000. Intermountain valleys and lower mountain slopes. In: Barbour, M.G., Billings, W.D. (Eds.), North American Terrestrial Vegetation, 2nd ed. Cambridge University Press, Cambridge, pp. 255–284.

Wilkinson, M.C., 1997. Reconstruction of historical fire regimes along an elevation and vegetation gradient in the Sacramento Mountains, New Mexico. MS Thesis. University of Arizona, Tucson.

Wink, R.L., Wright, H.A., 1973. Effects of fire on an Ashe juniper community. J. Range Manage. 26, 326–329.

Wittie, R.D., McDaniel, K.C., 1990. Effects of tebuthiuron and fire on pinyon-juniper woodlands in southcentral New Mexico. In: Krammes, J.S. (Ed.), Proceedings of the Symposium on Effect of Fire Management of Southwestern Natural Resources. USDA Forest Service General Technical Report RM-191. Rocky Mountain Forest and Range Experiment Station, Fort Collins, CO, pp. 87–93.

Wright, H.A., Neuenschwander, L.F., Britton, C.M., 1979. The role and use of fire in sagebrush-grass and pinyon-juniper plant communities: a state-of-the-art review. USDA Forest Service General Technical Report INT-58. Intermountain Forest and Range Experiment Station, Ogden, UT, 48 pp.

Young, J.A., Evans, R.A., 1981. Demography and fire history of a western juniper stand. J. Range Manage. 34, 501–506.

Young, R.P., 1983. Fire as a vegetation management tool in rangelands of the intermountain region. In: Monsen, S.B., Shaw, N. (Eds.), Managing Intermountain Rangelands—Improvement of Range and Wildlife Habitats Proceedings. USDA Forest Service General Technical Report INT-157. Intermountain Forest and Range Experiment Station, Ogden, UT, pp. 18–31.

Zarn, M., 1977. Ecological characteristics of pinyon-juniper woodlands on the Colorado Plateau: a literature survey. USDI Bureau of Land Management Technical Note No. 310. BLM, Denver Service Center, Denver, CO, 183 pp.

**Review**



# The costs of chronic noise exposure for terrestrial organisms

## Jesse R. Barber[1], Kevin R. Crooks[1] and Kurt M. Fristrup[2]

[1] Department of Fish, Wildlife and Conservation Biology, Colorado State University, Fort Collins, CO 80523, USA
[2] National Park Service, Natural Sounds Program, Fort Collins, CO 80525, USA

**Growth in transportation networks, resource extraction, motorized recreation and urban development is responsible for chronic noise exposure in most terrestrial areas, including remote wilderness sites. Increased noise levels reduce the distance and area over which acoustic signals can be perceived by animals. Here, we review a broad range of findings that indicate the potential severity of this threat to diverse taxa, and recent studies that document substantial changes in foraging and anti-predator behavior, reproductive success, density and community structure in response to noise. Effective management of protected areas must include noise assessment, and research is needed to further quantify the ecological consequences of chronic noise exposure in terrestrial environments.**

## Anthropogenic noise and acoustic masking

Habitat destruction and fragmentation are collectively the major cause of species extinctions [1,2]. Many current threats to ecological integrity and biodiversity transcend political and land management boundaries; climate change, altered atmospheric and hydrologic regimes and invasive species are prominent examples. Noise also knows no boundaries, and terrestrial environments are subject to substantial and largely uncontrolled degradation of opportunities to perceive natural sounds. Noise management is an emergent issue for protected lands, and a potential opportunity to improve the resilience of these areas to climate change and other forces less susceptible to immediate remediation.

Why is chronic noise exposure a significant threat to the integrity of terrestrial ecosystems? Noise inhibits perception of sounds, an effect called masking (see Glossary) [3]. Birds, primates, cetaceans and a sciurid rodent have been observed to shift their vocalizations to reduce the masking effects of noise [4–7]. However, compromised hearing affects more than acoustical communication. Comparative evolutionary patterns attest to the alerting function of hearing: (i) auditory organs evolved before the capacity to produce sounds intentionally [8], (ii) species commonly hear a broader range of sounds than they are capable of producing [9], (iii) vocal activity does not predict hearing performance across taxa [9,10], (iv) hearing continues to function in sleeping [11] and hibernating [12] animals; and (v) secondary loss of vision is more common than is loss of hearing [13].

Masking is a significant problem for the perception of adventitious sounds, such as footfalls and other byproducts of motion. These sounds are not intentionally produced and natural selection will typically favor individuals that minimize their production. The prevalence and characteristics of adventitious sounds have not been widely studied [14–16], although their role in interactions

---

### Glossary

**Alerting distance:** the maximum distance at which a signal can be perceived. Alerting distance is pertinent in biological contexts where sounds are monitored to detect potential threats.
**Atmospheric absorption:** the part of transmission loss caused by conversion of acoustic energy into other forms of energy. Absorption coefficients increase with increasing frequency, and range from a few dB to hundreds of dB per kilometer within the spectrum of human audibility.
**Audible:** a signal that is perceptible to an attentive listener.
**A-weighting:** A method of summing sound energy across the frequency spectrum of sounds audible to humans. A-weighting approximates the inverse of a curve representing sound intensities that are perceived as equally loud (the 40 phon contour). It is a broadband index of loudness in humans in units of dB(A) or dBA. A-weighting also approximates the shapes of hearing threshold curves in birds [20].
**Decibel (dB):** a logarithmic measure of acoustic intensity, calculated by 10 $\log_{10}$(sound intensity/reference sound intensity). 0 dB approximates the lowest threshold of healthy human hearing, corresponding to an intensity of $10^{-12}$ $Wm^{-2}$. Example sound intensities: −20 dB, sound just audible to a bat, owl or fox; 10 dB, leaves rustling, quiet respiration; 60 dB, average human speaking voice; 80 dB, motorcycle at 15 m.
**Frequency (Hz and kHz):** for a periodic signal, the maximum number of times per second that a segment of the signal is duplicated. For a sinusoidal signal, the number of cycles (the number of pressure peaks) in one second (Hz). Frequency equals the speed of sound (~340 $ms^{-1}$) divided by wavelength.
**Ground attenuation:** the part of transmission loss caused by interaction of the propagating sound with the ground.
**Listening area:** the area of a circle whose radius is the alerting distance. Listening area is the same as the 'active space' of a vocalization, with a listener replacing the signaler as the focus, and is pertinent for organisms that are searching for sounds.
**Masking:** the amount or the process by which the threshold of detection for a sound is increased by the presence of the aggregate of other sounds.
**Noticeable:** a signal that attracts the attention of an organism whose focus is elsewhere.
**Scattering loss:** the part of transmission loss resulting from irregular reflection, diffraction and refraction of sound caused by physical inhomogeneities along the signal path.
**Spectrum, power spectrum and spectral profile:** the distribution of acoustic energy in relation to frequency. In graphical presentations, the spectrum is often plotted as sound intensity against sound frequency (Figure 1, main text).
**1/3 octave spectrum:** acoustic intensity measurements in a sequence of spectral bands that span 1/3 octave. The International Standards Organization defines 1/3rd octave bands used by most sound level meters (ISO 266, 1975). 1/3rd octave frequency bands approximate the auditory filter widths of the human peripheral auditory system.
**Spreading loss:** more rigorously termed divergence loss. The portion of transmission loss attributed to the divergence of sound energy, in accordance with the geometry of environmental sound propagation. Spherical spreading losses in dB equal 20*$\log_{10}$(R/$R_0$), and result when the surface of the acoustic wavefront increases with the square of distance from the source.
**White noise:** noise with equal energy across the frequency spectrum.

---

*Corresponding author:* Barber, J.R. (barber.jesse@gmail.com).

 0169-5347/$ – see front matter © 2009 Elsevier Ltd. All rights reserved. doi:10.1016/j.tree.2009.08.002 Available online 15 September 2009

BLM_0004118

**Box 1. Geographic extent of transportation noise in the USA**

Transportation noise is a near ubiquitous component of the modern acoustical landscape. The method used here to estimate the geographic extent of airway (Figure Ia,b), railway (Figure Ic) and roadway (Figure Id) noise in the continental USA is calculated using the average human 'noticeability' of noise. Noise was deemed noticeable when the modeled noise intensity from transportation [in dB(A)] exceeded the expected noise intensity as predicted from population density [also dB(A)]. Although noticeability is a conservative metric of the geographic extent of transportation noise, this analysis only indicates the potential scope of the problem. How anthropogenic noise changes the temporal and spectral properties of naturally-occurring noise (Figure 1, main text) and the life histories of individual species will be crucial components of a more thorough analysis.

The maps in Figure I reflect the following calculations: (i) noise calculations are county-by-county for a typical daytime hour; (ii)

county population density is transformed into background sound level using an EPA empirical formula (see Ref. [84]); higher density implies higher background sound levels; (iii) the geographic extent of transportation noise is determined by calculating the distance from the vehicle track at which the transportation noise falls below the background sound level, multiplying twice that distance by the length of the transportation corridor in the county (giving a noticeability area), and comparing that area with the total area in the county to compute the percentage land area affected. A low percentage noticeability can result if either the population density is high or the number of transportation segments is low in the county. This analysis indicates that transportation noise is audible above the background of other anthropogenic noise created by local communities in most counties in continental USA. See Ref. [84] for more details.



**Figure I.** Percent of US county areas in which transportation noise is noticeable. **(a)** Jet departures that occurred between 3 and 4 pm on Oct. 17, 2000, tracked to first destination. **(b)** Data from **(a)** were used to estimate the geographic extent of high altitude airway noise in the USA. The geographic extent of noise from railway and highway networks is depicted in **(c)** and **(d)**, respectively. The color-coded divisions (see legend; divisions increase in size as the percent increases) were chosen assuming that, as noticeability increases, so do estimate errors due to noticeability area overlap from different transportation segments. Adapted with permission from Ref. [84].

among predators and prey is unquestionable. In animal communication systems, both the sender and receiver can adapt to noise masking, but for adventitious sounds the burden falls on listeners.

Anthropogenic disturbance is known to alter animal behavioral patterns and lead to population declines [17,18]. However, animal responses probably depend upon the intensity of perceived threats rather than on the intensity of noise [19]. Deleterious physiological responses to noise exposure in humans and other animals include hearing loss [20], elevated stress hormone levels [21] and hypertension [22]. These responses begin to appear at exposure levels of 55–60 dB(A), levels that are restricted to relatively small areas close to noise sources [20].

**The scale of potential impact**

The most spatially extensive source of anthropogenic noise is transportation networks. Growth in transportation is increasing faster than is the human population. Between 1970 and 2007, the US population increased by approximately one third (http://www.census.gov/compendia/statab). Traffic on US roads nearly tripled, to almost 5 trillion vehicle kilometers per year (http://www.fhwa.dot.gov/ohim/tvtw/tvtpage.cfm). Several measures of aircraft traffic grew by a factor of three or more between 1981 and 2007 (http://www.bts.gov/programs/airline_information/air_carrier_traffic_statistics/airtraffic/annual/1981_present.html). Recent reviews of the effects of noise on marine mammals have identified similar trends in shipping noise (e.g. Refs [23,24]). In addition to transportation,

BLM_0004119

**Review**

*Trends in Ecology and Evolution*  Vol.25  No.3

resource extraction and motorized recreation are spatially extensive sources of noise on public lands.

Systematic monitoring by the Natural Sounds Program of the US National Park Service (http://www.nature.nps.gov/naturalsounds) confirms the extent of noise intrusions. Noise is audible more than 25% of the hours between 7am and 10pm at more than half of the 55 sites in 14 National Parks that have been studied to date; more than a dozen sites have hourly noise audibility percentages exceeding 50% (NPS, unpublished). Remote wilderness areas are not immune, because air transportation noise is widespread, and high traffic corridors generate substantial noise increases on the ground (Box 1). For example, anthropogenic sound is audible at the Snow Flats site in Yosemite National Park nearly 70% of the time during peak traffic hours. Figure 1 shows that typical noise levels exceed natural ambient sound levels by an order of magnitude or more.

Roads are another pervasive source of noise: 83% of the land area of the continental US is within 1061 m of a road [25]. At this distance an average automobile [having a noise source level of 68 dB(A) measured at 15 m] will project a noise level of 20 dB(A). This exceeds the median natural levels of low frequency sound in most environments. Trucks and motorcycles will project substantially more noise: up to 40 dB(A) at 1 km. Box 2 provides a physical model of the reduced listening area that can be imposed by these louder background sound levels.

### Acoustical ecology

Intentional communication, such as song, is the best studied component of the acoustical world, and these signals are often processed by multiple receivers. These communication networks enable female and male songbirds, for example, to assess multiple individuals simultaneously for mate choice, extra-pair copulations and rival assessment [26]. Acoustic masking resulting from increasing background sound levels will reduce the number of individuals that comprise these communication networks and have unknown consequences for reproductive processes [27].

Reproductive and territorial messages are not the only forms of acoustical communication that operate in a network. Social groups benefit by producing alarm calls to warn of approaching predators [28] and contact calls to maintain group cohesion [29]. A reduction in signal transmission distance created by anthropogenic noise might decrease the effectiveness of these social networks. The inability to hear just one of the alarm calling individuals can result in animals underestimating the urgency of their response [30].



**Figure 1.** 24-hour spectrograms of Indian Pass in Lake Mead National Recreation Area **(a)**, Madison Junction in Yellowstone National Park **(b)**, Trail Ridge Road in Rocky Mountain National Park **(c)**, and Snow Flats in Yosemite National Park **(d)**. Each panel displays 1/3 octave spectrum sound pressure levels, with two hours represented horizontally in each of 12 rows. The first three rows in each panel represent the quietest hours of each day, from midnight to 6 am. Frequency is shown on the y axis as a logarithmic scale extending from 12.5 Hz to 20 kHz, with the vertical midpoint in each row corresponding to 500 Hz. The z axis (color) describes sound pressure levels in dB (unweighted); the color scaling used for all four panels is indicated by the color bar on the right hand edge. The lowest 1/3 octave levels are below 0 dB, the nominal threshold of human hearing. White dots at the upper edge of some rows in the panels on the right side denote missing seconds of data. Low-frequency, broadband signatures from high altitude jets are present in all four panels. Distinct examples are present just before 6 am in (a), near 12:45 am in (b) and (c), and between midnight and 12:30 am in (d). Fixed wing aircraft signatures (tonal contours with descending pitch) are present in (a) and (d), with a good example at 1:15 am in (d). Broadband signatures with very low frequency tonal components in (a) are due to low-altitude helicopters, that are prominent from ~7 am until 8 pm. Another prominent helicopter signature is at 11:30 am in (d). (b) illustrates snowmobile and snowcoach sounds recorded ~30 m from the West Entrance Road in Yellowstone. (c) illustrates traffic noise recorded 15 m from Trail Ridge Road in Rocky Mountain National Park, during a weekend event featuring high levels of motorcycle traffic. Background sound levels at the Rocky Mountain site were elevated by sounds from the nearby river.

BLM_0004120

### Box 2. Physical model of reduced listening area in noise

The maximum detection distance of a signal decreases when noise elevates the masked hearing threshold. The masked detection distance: original detection distance ratio will be the same for all signals in the affected frequency band whose detection range is primarily limited by spreading losses. For an increase of N dB in background sound level, the detection distance ratio is: $k = 10^{-N/20}$. The corresponding fraction of original listening area is: $k = 10^{-N/10}$. A 1-dB increase in background sound level results in 89% of the original detection distance, and 79% of the original listening area. These formulae will overestimate the effects of noise on alerting distance and listening area for signals that travel far enough to incur significant absorptive and scattering losses. More detailed formulae would include terms that depend upon the original maximum range of detection.

Figure I illustrates the expected noise field of a road treated as a line source (equal energy generated per 10 m segment). An animal track is marked by ten circular features, that depict the listening area of a signal whose received level (expressed as a grey-scaled value for each possible source location) decreases with the inverse square of distance from the listener. The apparent shrinkage of the circles is due to masking by the increasingly dark background of sound projected from the road, just as noise would shrink the listening area. The circles span 9 dB in road noise level, in 1-dB steps from the quietest location (upper right) to the noisiest (at the crossing).

Masking effects are reduced with increasing spectral separation between noise and signal. The model presumes that the original conditions imposed masked hearing thresholds, so organisms that are limited by their hearing thresholds will not be as affected by masking. A diffuse noise source is illustrated, but the same results would be obtained if some spatial release from masking were possible, so long as the original conditions implied masked hearing thresholds (see Ref. [85] for a review of release strategies).

These measures of lost listening opportunity are most pertinent for chronic exposures. They imply substantial losses in auditory awareness for seemingly modest increases in noise exposure. Analyses of

transportation noise impacts based on perceived loudness often assert that increases of up to three dB have negligible effects; this corresponds to a 50% loss of listening area.



**Figure I.** A physical model of reduced listening area as an animal approaches a road.

Many vertebrate and invertebrate species are known to listen across species' boundaries to one another's sexual (e.g. Ref. [31]), alarm (e.g. Ref. [32]) and other vocalizations. Recent examples include gray squirrels, *Sciurus carolinensis*, listening in on the communication calls of blue jays, *Cyanocitta cristata*, to assess site-specific risks of cache pilfering [33]; and nocturnally migrating songbirds [34] and newts (Ref. [35] and Refs therein) using heterospecific calls to make habitat decisions. Reduced listening area imposed by increased sound levels is perhaps more likely to affect acoustical eavesdropping than to interfere with deliberate communication. The signaler is under no selective pressure to ensure successful communication to eavesdroppers and any masking compensation behaviors will be directed at the auditory system and position of the intended receiver rather than of the eavesdropper.

Acoustical communication and eavesdropping comprise most of the work in bioacoustics, but the parsimonious scenario for the evolution of hearing involves selection for auditory surveillance of the acoustical environment, with intentional communication evolving later [8]. Adventitious sounds are inadequately studied, in spite of their documented role in ecological interactions. Robins can use sound as the only cue to find buried worms [36]; a functional group of bats that capture prey off surfaces, gleaners, relies on prey-generated noises to localize their next meal [37]; barn owls (*Tyto alba*; [38]), marsh hawks (*Circus cyaneus*; [39]), and grey mouse

lemurs (*Microcebus murinus*; [15] have been shown to use prey rustling sounds to detect and localize prey; big brown bats, *Eptesicus fuscus*, have the ability to use low-frequency insect flight sounds to identify insects and avoid protected prey [40]. In addition to prey localization, spectrally unstructured movement sounds are also used to detect predators. White-browed scrubwren (*Sericornis frontalis*) nestlings become silent when they hear the playback of footsteps of pied currawong, *Strepera graculina*, their major predator [41]; and tungara frogs, *Physalaemus pustulosus* avoid the wingbeat sounds of an approaching frog-eating bat, *Trachops cirrhosus* [42]. We are aware of only one study that has examined the role of adventitious sounds other than movement noises; African reed frogs, *Hyperolius nitidulus* flee from the sound of fire [43]. It is likely that other ecological sounds are functionally important to animals.

It is clear that the acoustical environment is not a collection of private conversations between signaler and receiver but an interconnected landscape of information networks and adventitious sounds; a landscape that we see as more connected with each year of investigation. It is for these reasons that the masking imposed by anthropogenic noise could have volatile and unpredictable consequences.

### Separating anthropogenic disturbance from noise impacts

Recent research has reinforced decades of work [44,45] showing that human activities associated with high levels

BLM_0004121

of anthropogenic noise modify animal ecology: for example, the species richness of nocturnal primates, small ungulates and carnivores is significantly reduced within ∼ 30 m of roads in Africa [46]; anuran species richness in Ottawa, Canada is negatively correlated with traffic density [47]; aircraft overflights disturb behavior and alter time budgets in harlequin ducks (*Histrionicus histrionicus*; [48]) and mountain goats (*Oreamnos americanus*; [49]); snowmobiles and off-road vehicles change ungulate vigilance behavior and space use, although no evidence yet links these responses to population consequences [50,51]; songbirds show greater nest desertion and abandonment, but reduced predation, within 100 m of off-road vehicle trails [52]; and both greater sage-grouse (*Centrocercus urophasianus*; [53]) and mule deer (*Odocoileus hemionus*; [54]) are significantly more likely to select habitat away from noise-producing oil and gas developments. Thus, based on these studies alone, it seems clear that activities associated with high levels of anthropogenic noise can re-structure animal communities; but, because none of these studies, nor the disturbance literature in general, isolates noise from other possible forces, the independent contribution of anthropogenic noise to these effects is ambiguous.

Other evidence also implicates quiet, human-powered activities, such as hiking and skiing, in habitat degradation. For example, a paired comparison of 28 land preserves in northern California that varied substantially in the number of non-motorized recreationists showed a five-fold decline in the density of native carnivores in heavily used sites [55]. Further evidence from the Alps indicates that outdoor winter sports reduce alpine black grouse, *Tetrao tetrix* populations [17] and data from the UK link primarily quiet, non-motorized recreation to reduced woodlark, *Lullula arborea* populations [18]. A recent meta-analysis of ungulate flight responses to human disturbance showed that humans on foot produced stronger behavioral reactions than did motorized disturbance [45]. These studies strengthen a detailed foundational literature suggesting that anthropogenic disturbance events are perceived by animals as predation risk, regardless of the associated noise levels. Disturbance evokes anti-predator behaviors, interferes with other activities that enhance fitness and, as the studies above illustrate, can lead to population decline [44]. Although increased levels of noise associated with the same disturbance type appear to accentuate some animal responses (e.g. Refs [44,48]), it is difficult to distinguish reactions that reflect increasingly compromised sensory awareness from reactions that treat greater noise intensity as an indicator of greater risk.

To understand the functional importance of intact acoustical environments for animals, experimental and statistical designs must control for the influence of other stimuli. Numerous studies implicating noise as a problem for animals have reported reduced bird densities near roadways (reviewed in Ref. [56]). An extensive study conducted in the Netherlands found that 26 of 43 (60%) woodland bird species showed reduced numbers near roads [57]. This research, similar to most road ecology work, could not isolate noise from other possible factors associated with transportation corridors (e.g. road mortality, visual disturbance, chemical pollution, habitat fragmentation,

increased predation and invasive species along edges). However, these effects extended for over a mile into the forest, implicating noise as one of the most potent forces driving road effects [58]. Later work, with a smaller sample size, confirmed these results and contributed a significant finding: birds with higher frequency calls were less likely to avoid roadways than birds with lower frequency calls [59]. Coupled with the mounting evidence that several animals shift their call frequencies in anthropogenic noise [4–7], these data are suggestive of a masking mechanism.

A good first step towards disentangling disturbance from noise effects is exemplified by small mammal translocation work performed across roadways that varied greatly in traffic amount. The densities of white-footed mice, *Peromyscus leucopus* and eastern chipmunks *Tamias striatus* were not lower near roads and both species were significantly less likely to cross a road than cover the same distance away from roads, but traffic volume (and noise level) had no influence on this finding [60]. Thus, for these species, the influence of the road surface itself appears to outweigh the independent contributions of direct mortality and noise.

### Recent findings on the effects of anthropogenic noise

Two research groups have used oil and gas fields as 'natural experiments' to isolate the effects of noise from other confounding variables. Researchers in Canada's boreal forest studied songbirds near noisy compressor stations [75–90 dB(A) at the source, 24 hrs a day, 365 days a year] and nearly identical (and much quieter) well pads. Both of these installations were situated in two to four ha clearings with dirt access roads that were rarely used. This design allowed for control of edge effects and other confounding factors that hinder interpretation of road impact studies. The findings from this system include reduced pairing success and significantly more first time breeders near loud compressor stations in ovenbirds (*Seiurus aurocapilla*; [61]), and a one-third reduction in overall passerine bird density [62]. Low territory quality in loud sites might explain the age structuring of this ovenbird population and, if so, implicates background sound level as an important habitat characteristic. In addition to the field data above, weakened avian pair preference in high levels of noise has been shown experimentally in the lab [63]. These data suggest masking of communication calls as a possible underlying mechanism; however the reduced effectiveness of territorial defense songs, reduced auditory awareness of approaching predators (see Box 3 for a discussion of the foraging/vigilance tradeoff in noise), or reduced capacity to detect acoustic cues in foraging, cannot be excluded as explanations of the results.

A second research group, working within natural gas fields in north-west New Mexico, US, used pinyon, *Pinus edulis*-juniper, *Juniperus osteosperma* woodlands adjacent to compressor stations as treatment sites and woodlands adjacent to gas wells lacking noise-producing compressors as quiet control sites [64]. The researchers were able to turn off the loud compressor stations to perform bird counts, relieving the need to adjust for detection differences in noise [62]. This group found reduced nesting species richness but in contrast to Ref.

BLM_0004122

**Box 3. Do rising background sound levels alter vigilance behavior?**



Predation risk and human disturbance increase vigilance behaviors (e.g. Refs [50,86]), at a cost to foraging efficiency [87,88]. Habitat features that influence predator detection, such as vegetation height, predict predation risk [88]. If background sound level interferes with the ability of an animal to detect predators, risk can increase. Do animals perceive background sound level as a habitat characteristic that predicts predation risk? Two recent studies document increased vigilance behaviors in high levels of noise (Figure I). It seems probable that these increased anti-predator behaviors are the result of attempted visual compensation for lost auditory awareness. Evidence from ungulates near roads suggests this is the case (Figure II); however, the distinct contributions of traffic as perceived threat and traffic noise as a sensory obstacle are confounded in road studies. Experimental research with birds and mammals suggests that lost visual awareness owing to habitat obstruction reduces food-searching bouts and increases vigilance (reviewed in Ref. [89]). Although no evidence exists (but see Ref. [64]), if noise shifts the spatial distribution of foraging effort, then plant growth and seed dispersal could also be altered.



**Figure I.** Examples of increased vigilance behavior in noise. **(a)** When predator-elicited alarm calls are played back to California ground squirrels (*Spermophilus beecheyi*), adults show a greater increase in vigilance behavior at a site heavily impacted by anthropogenic noise, under power-generating wind turbines, than in a quiet control site [67]. **(b)** Further work on vigilance behaviors in noise comes from controlled, laboratory work with foraging chaffinches (*Fringilla coelebs*). In noise these birds decrease the interval between head-up scanning bouts, which results in fewer pecks and, thus, reduced food intake [90]. Dots depict the mean head-down period for each individual with and without noise playback. Points below the dashed line (slope = 1) document individuals who increased scanning effort in noise. The solid regression line shows that the general trend was a more dramatic response from individuals with the lowest scanning effort. (a) adapted and (b) reproduced, with permission from Refs [67] and [90], respectively.

**Figure II.** An example of the foraging-vigilance tradeoff. Pronghorn (*Antilocapra Americana*) spend more time being vigilant (squares) and less time foraging (diamonds) within 300 meters of a road [86]. Future experiments should attempt to separate the roles of traffic as perceived threat and lost auditory awareness on these tradeoffs. Reproduced, with permission, from Ref. [86].

[62], no reduction in overall nesting density. Unexpectedly, nest success was higher and predation levels lower in loud sites (also see Ref. [52]). The change in bird communities between loud and quiet sites appears to be driven by site preference; the response to noise ranged from positive to negative, with most responses being negative (e.g. three species nested only in loud sites and 14 species nested only in quiet, control sites). However, given the change in community structure, habitat selection based on background sound level is not the only interpretation of these data, as birds might be using cues of reduced competition pressure or predation risk to make habitat decisions [64]. The major nest predator in the study area, the western scrub jay, *Aphelocoma califor-*

*nica*, was significantly more likely to occupy quiet sites, which might explain the nest predation data [64]. It is probable that nest predators rely heavily on acoustic cues to find their prey. The study also found that the two bird species most strongly associated with control sites produce low-frequency communication calls. These observations suggest masking as an explanatory factor for these observed patterns. This work highlights the potential complexity of the relationship between noise exposure and the structure and function of ecological systems.

Adjusting temporal, spectral, intensity and redundancy characteristics of acoustic signals to reduce masking by noise has been demonstrated in six vertebrate orders [4–7,65]. These shifts have been documented in a variety

BLM_0004123

of signal types: begging calls of bird chicks [66], alarm signals in ground squirrels [67], contact calls of primates [68], echolocation cries of bats [65] and sexual communication signals in birds, cetaceans and anurans [4–7,69]. Vocal adjustment probably comes at a cost to both energy balance and information transfer; however, no study has addressed receivers.

Masking also affects the ability of animals to use sound for spatial orientation. When traffic noise is played back to grey treefrog, *Hyla chrysoscelis* females as they attempt to localize male calls, they take longer to do so and are significantly less successful in correctly orienting to the male signal [70]. Similar studies with the European tree frog, *Hyla arborea* show decreased calling activity in played back traffic noise [71]. *H. arborea* individuals appear to be unable to adjust the frequency or duration of their calls to increase signal transmission, even at very high noise intensities (88 dB(A), [71]); although other frogs have been shown to slightly shift call frequencies upward in response to anthropogenic noise [69]. These are particularly salient points. It is likely that some species are unable to adjust the structure of their sounds to cope with noise even within

the same group of organisms. These differences in vocal adaptability could partially explain why some species do well in loud environments and others do poorly [5,7,72].

Under many conditions, animals will minimize their movement sounds. For example, mice preferentially select quieter substrates on which to move [73]. Adventitious sounds of insects contain appreciable energy at higher frequencies (main energy ~3–30 kHz [16]) and are thus unlikely to be fully masked by most anthropogenic noise (<2 kHz [4–7]) but the spectral profile near many noise sources contains significant energy at higher frequencies (e.g. Ref [74]). Foundational work with owls and bats has shown that frequencies between approximately three and eight kHz are crucial for passive sound localization accuracy [38,75]. In fact, a recent laboratory study demonstrated that gleaning bats avoided hunting in areas with played back road noise that contained energy within this spectral band ([74]; Box 4).

### Adapting to a louder world

Animals have been under constant selective pressure to distinguish pertinent sounds from background noise. Two

---

**Box 4. Effects of acoustic masking on acoustically specialized predators**

Laboratory work has demonstrated that gleaning bats (who use prey-generated sounds to capture terrestrial prey; Figure Ia) avoid noise when foraging (Figure Ib). Interestingly, treefrogs, a favorite prey of some neotropical gleaning bats, tend to call from sites with high ambient noise levels (primarily from waterfalls) and bats prefer frog calls played back in quieter locations [91]. Extinction risk in bats correlates with low wing aspect ratios (a high cost and low wing-loading morphology), a trait that all gleaning bats share [92]. A recent analysis indicates that urbanization most strongly impacts bats with these wing shapes [93]. However, low wing aspect ratio is also correlated with habitat specialization, edge intolerance and low mobility [92,93], obscuring the links between a gleaning lifestyle, louder background sound levels and extinction risk as urbanization reduces available habitat, fragments landscapes and generates noise concomitantly.

A radio-tag study showed that a gleaning bat, *Myotis bechsteinii*, was less likely to cross a roadway (three of 34 individuals) than was a sympatric open-space foraging bat, *Barbastella barbastellus* (five out of six individuals; [94]), implicating noise as a fragmenting agent for some bats. The latter species hunts flying insects using echolocation (an auditory behavior that uses ultrasonic signals above the spectrum of anthropogenic noise) [94]. Similar findings suggest acoustically mediated foragers are at risk: terrestrial insectivores were the only avian ecological guild to avoid road construction in the Amazon [95] and human-altered landscapes limited provisioning rates of saw-whet owls [96]. That these animals plausibly rely on sound for hunting might not be coincidental.





**Figure I.** Gleaning bats avoid hunting in noise. The pallid bat, *Antrozous pallidus* (a), relies upon prey-generated movement sounds to localize its terrestrial prey. Recent work demonstrates that another gleaning bat, the greater mouse-eared bat, *Myotis myotis*, avoids foraging in noise [74]. **(b)** A laboratory two-compartment choice experiment showed that this bat preferred to forage in the compartment with played-back silence versus the compartment with played-back traffic, wind-blown vegetation or white noise. This pattern held true whether the percentage of flight time, compartment entering events, the first 25 captures per session or overall capture percentage were compared across silent and noise playback compartments. Asterisks indicate the results of post repeated-measure ANOVA, paired t-tests (**$P < 0.01$, *$P < 0.05$, N=7 bats). The differences between noise types (traffic, vegetation and white noise) probably reflect increased spectral overlap between prey-generated movement sounds and the spectral profile of the noise. Reproduced with permission from Scott Altenbach (a) and Ref. [74] (b).

BLM_0004124

---

**Box 5. Outstanding questions**

- Multiple studies with birds have demonstrated signal shifts in anthropogenic noise that does not substantially overlap in frequency with the birds' song [4–7,72]. To what extent does low-frequency anthropogenic noise inhibit perception of higher frequency signals? Mammals appear more prone to the 'upward spread' of masking than do birds [85,97]. Noise commonly elevates low frequency ambient sound levels by 40 dB or more, so small amounts of spectral 'leakage' can be significant. Laboratory studies should be complimented by field studies that can identify the potential for informational or attentional effects [98]. This work should use anthropogenic noise profiles and not rely on artificial white noise as a surrogate. Furthermore, we suggest that future studies measure or model sound levels (both signal and background) at the position of the animal receiver (*sensu* Ref. [23]).

- What roles do behavioral and cognitive masking release mechanisms [85] have in modifying the capacity of free-ranging animals to detect and identify significant sounds? Only one study has examined the masked hearing thresholds of natural vocal signals in anthropogenic noise [97]. This work found that thresholds for discrimination between calls of the same bird species were consistently higher than were detection thresholds for the same calls [97]. This highlights the lack of knowledge concerning top-

- down cognitive constraints on signal processing in noise. Can noise divide attention and reduce task accuracy by forcing the processing of multiple streams of auditory information simultaneously [99]?

- Do animals exploit the temporal patterning of anthropogenic noise pollution (see Ref. [4])? Alternatively, what constitutes a chronic exposure and how does this vary in relation to diel activity schedules?

- Does noise amplify the barrier effects of fragmenting agents, such as roads [94,100]?

- What routes (exaptation, behavioral compensation, phenotypic plasticity and/or contemporary evolution) lead to successful tolerance of loud environments?

- What role does audition have in vigilance behaviors? Are visually mediated predators at an advantage in loud environments when prey animals rely upon acoustical predator detection?

- Do animals directly perceive background sound level as a habitat characteristic related to predation risk? A noise increase of 3 dB(A) is often identified as 'just perceptible' for humans, and an increase of 10 dB(A) as a doubling of perceived loudness. These correspond to 30% and 90% reductions in alerting distance, respectively. Do organisms assess reduced alerting distance by monitoring other acoustical signals?

---

examples include penguin communication systems being shaped by wind and colony noise [76] and frog systems driven to ultrasonic frequencies by stream noise [77]. A meta-analysis of the acoustic adaptation hypothesis for birdsong (the idea that signals are adapted to maximize propagation through the local habitat) found only weak evidence for this claim [78]. Physiological constraints and selective forces from eavesdropping could explain this weak relationship [78], in addition to variation of noise profiles across nominally similar habitat types (e.g. insect noise, [79]).

Phenotypic plasticity enables one adaptation to anthropogenic noise. The open-ended song learning documented in great tits, *Parus major* helps explain the consistent song shifts observed in all ten comparisons between urban and rural populations [72]. Contemporary evolution (fewer than a few hundred generations) has now been quantified in several systems [80] and we might anticipate similar microevolutionary changes in many species with rapid generation times that consistently experience acoustical environments dominated by noise, particularly in increasingly fragmented landscapes.

Perhaps the greatest predictors of the ability of a given species to succeed in a louder world will be the degree of temporal and spectral overlap of biologically crucial signals with anthropogenic noise (Figure 1), and their flexibility to compensate with other sensory modalities (e.g. vision) when auditory cues are masked. Given known sensory biases in learning [81], many animals will be constrained in their ability to shift from acoustical inputs to other sensory cues for dynamic control of complex behavioral sequences.

**Conclusions and recommendations**

The constraints on signal reception imposed by background sound level have a long history of being researched in bioacoustics, and it is increasingly clear that these constraints underlie crucial issues for conservation biology. Questions have been raised about the value of behavioral studies for conservation practice (for a review

see Ref [82]), but ethological studies of auditory awareness and the consequences of degraded listening opportunities are essential to understanding the mechanisms underlying ecological responses to anthropogenic noise (Box 5). These studies are more challenging to execute than observation of salient behavioral responses to acute noise events, but they offer opportunities to explore fundamental questions regarding auditory perception in natural and disturbed contexts.

Chronic noise exposure is widespread. Taken individually, many of the papers cited here offer suggestive but inconclusive evidence that masking is substantially altering many ecosystems. Taken collectively, the preponderance of evidence argues for immediate action to manage noise in protected natural areas. Advances in instrumentation and methods are needed to expand research and monitoring capabilities. Explicit experimental manipulations should become an integral part of future adaptive management plans to decisively identify the most effective and efficient methods that reconcile human activities with resource management objectives [83].

The costs of noise must be understood in relation to other anthropogenic forces, to ensure effective mitigation and efficient realization of environmental goals. Noise pollution exacerbates the problems posed by habitat fragmentation and wildlife responses to human presence; therefore, highly fragmented or heavily visited locations are priority candidates for noise management. Noise management might also offer a relatively rapid tool to improve the resilience of protected lands to some of the stresses imposed by climate change. Shuttle buses and other specialized mass transit systems, such as those used at Zion and Denali National Parks, offer promising alternatives for visitor access that enable resource managers to exert better control over the timing, spatial distribution, and intensity of both noise and human disturbance. Quieting protected areas is a prudent precaution in the face of sweeping environmental changes, and a powerful affirmation of the wilderness values that inspired their creation.

BLM_0004125

## Acknowledgements
We thank colleagues in the Natural Sounds Program and the NPS personnel who support monitoring projects and foster the development of acoustical resource management. We thank Lisa Angeloni, Casey Brown, Amanda Hardy, Chris Burdett and Olivier Devineau for productive discussion; Charlotte Formichella, Damon Joyce and Emma Lynch for assistance in creating figures; Shan Burson for Yellowstone monitoring data and Jessie Rinella for Lake Mead monitoring data; the researchers who shared their data and three anonymous reviewers who improved this review. The preparation of this manuscript was supported by a Postdoctoral Fellowship to J.R.B. from the National Park Service/ Natural Sounds Program and Colorado State University.

## References
1 Wilcove, D.S. *et al.* (1998) Quantifying threats to imperiled species in the United States. *Bioscience* 48, 607–615
2 Crooks, K.R. and Sanjayan, M., eds (2006) *Connectivity Conservation*, Cambridge University Press
3 Klump, G.M. (1996) Bird communication in a noisy world. In *Ecology and Evolution of Acoustic Communication in Birds* (Kroodsma, D.E. and Miller, E.H., eds), pp. 321–328, Cornell University Press
4 Brumm, H. and Slabbekoorn, H. (2005) Acoustic communication in noise. *Adv. Stud. Behav.* 35, 151–209
5 Patricelli, G.L. and Blickley, J.L. (2006) Avian communication in urban noise: causes and consequences of vocal adjustment. *Auk* 123, 639–649
6 Warren, P.S. *et al.* (2006) Urban bioacoustics: it's not just noise. *Anim. Behav.* 71, 491–502
7 Slabbekoorn, H. and Ripmeester, E.A. (2008) Birdsong and anthropogenic noise: implications and applications for conservation. *Mol. Ecol.* 17, 72–83
8 Fay, R.R. and Popper, A.N. (2000) Evolution of hearing in vertebrates: inner ears and processing. *Hearing Res.* 149, 1–10
9 Fay, R.R. (1988) *Hearing in Vertebrates: A Psychophysics Databook*, Hill-Fay Associates
10 Bradbury, J.W. and Vehrencamp, S.L. (1998) *Principles of Acoustic Communication*, Sinauer
11 Rabat, A. (2007) Extra-auditory effects of noise in laboratory animals: the relationship between noise and sleep. *J. Am. Assoc. Lab. Anim. Sci.* 46, 35–41
12 Lyman, C.P. and Chatfield, P.O. (1955) Physiology of hibernation in mammals. *Physiol. Rev.* 35, 403–425
13 Fong, D.W. *et al.* (1995) Vestigialization and loss of nonfunctional characters. *Annu. Rev. Ecol. Syst.* 26, 249–268
14 Siemers, B.M. and Güttinger, R. (2006) Prey conspicuousness can explain apparent prey selectivity. *Curr. Biol.* 16, R157–R159
15 Goerlitz, H.R. and Siemers, B.M. (2007) Sensory ecology of prey rustling sounds: acoustical features and their classification by wild grey mouse lemurs. *Funct. Ecol.* 21, 143–153
16 Goerlitz, H.R. *et al.* (2008) Cues for acoustic detection of prey: insect rustling sounds and the influence of walking substrate. *J. Exp. Biol.* 211, 2799–2806
17 Patthey, P. *et al.* (2008) Impact of outdoor winter sports on the abundance of a key indicator species of alpine ecosystems. *J. Appl. Ecol.* 10, 2–8
18 Mallord, J.W. *et al.* (2007) Linking recreational disturbance to population size in a ground-nesting passerine. *J. Appl. Ecol.* 44, 185–195
19 Bowles, A.E. (1995) Responses of wildlife to noise. In *Wildlife and Recreationists: Coexistence through Management and Research* (Knight, R.L. and Gutzwiller, J., eds), pp. 109–156, Island Press
20 Dooling, R.J. and Popper, A.N. (2007) The effects of highway noise on birds. Report to California Department of Transportation, contract 43A0139. (http://www.dot.ca.gov/hq/env/bio/avian_bioacoustics.htm)
21 Babisch, W. (2003) Stress hormones in the research on cardiovascular effects of noise. *Noise Health* 5, 1–11
22 Jarup, L. *et al.* (2008) Hypertension and exposure to noise near airports: the HYENA study. *Environ. Health Persp.* 116, 329–333
23 Nowacek, D.P. *et al.* (2007) Responses of cetaceans to anthropogenic noise. *Mammal Rev.* 37, 81–115
24 Weilgart, L.S. (2007) The impacts of anthropogenic noise on cetaceans and implications for management. *Can. J. Zool.* 85, 1091–1116
25 Ritters, K.H. and Wickham, J.D. (2003) How far to the nearest road? *Front. Ecol. Environ.* 1, 125–129

26 McGregor, P. (ed.) (2005) *Animal Communication Networks*, Cambridge University Press
27 Hansen, I.J.K. *et al.* (2005) Communication breakdown? Habitat influences on black-capped chickadee dawn choruses. *Acta Ethol.* 8, 111–120
28 Caro, T. (2005) *Antipredator Defenses in Birds and Mammals*, The University of Chicago Press
29 Marler, P. (2004) Bird calls: a cornucopia for communication. In *Nature's Music: The Science of Birdsong* (Marler, P. and Slabbekoorn, H., eds), pp. 132–176, Elsevier
30 Sloan, J.L. and Hare, J.F. (2008) The more the scarier: adult Richardson's ground squirrels (*Spermophilus richardsonii*) assess response urgency via the number of alarm signalers. *Ethology* 114, 436–443
31 Zuk, M. and Kolluru, G.R. (1998) Exploitation of sexual signals by predators and parasitoids. *Q. Rev. Biol.* 73, 415–438
32 Ridley, A.R. *et al.* (2007) Interspecific audience effects on the alarm-calling behavior of a kleptoparasitic bird. *Biol. Lett.* 3, 589–591
33 Schmidt, K.A. and Ostefeld, R.S. (2008) Eavesdropping squirrels reduce their future value of food under the perceived presence of cache robbers. *Am. Nat.* 171, 388–393
34 Mukhin, A. *et al.* (2008) Acoustic information as a distant cue for habitat recognition by nocturnally migrating passerines during landfall. *Behav. Ecol.* 19, 716–723
35 Slabbekoorn, H. and Bouton, N. (2008) Soundscape orientation: a new field in need of a sound investigation. *Anim. Behav.* 76, e5–e8
36 Montgomerie, R. and Weatherhead, P.J. (1997) How robins find worms. *Anim. Behav.* 54, 143–151
37 Neuweiler, G. (1989) Foraging ecology and audition in echolocating bats. *Trends Ecol. Evo.* 4, 160–166
38 Knudsen, E.I. and Konishi, M. (1979) Mechanisms of sound localization in the barn owl (*Tyto alba*). *J. Comp. Physiol. A* 133, 13–21
39 Rice, W.R. (1982) Acoustical location of prey by the marsh hawk: adaptation to concealed prey. *Auk* 99, 403–413
40 Hamr, J. and Bailey, E.D. (1985) Detection and discrimination of insect flight sounds by big brown bats (*Eptesicus fuscus*). *Biol. Behav.* 10, 105–121
41 Magrath, R.D. *et al.* (2007) How to be fed but not eaten: nestling response to parental food calls and the sound of a predator's footsteps. *Anim. Behav.* 74, 1117–1129
42 Bernal, X.E. *et al.* (2007) Sexual differences in the behavioral response of túngara frogs, *Physalaemus pustulosus*, to cues associated with increased predation risk. *Behaviour* 755–763
43 Grafe, T.U. *et al.* (2002) Frogs flee from the sound of fire. *Proc. R. Soc. Lond. B* 269, 999–1003
44 Frid, A. and Dill, L. (2002) Human-caused disturbance stimuli as a form of predation risk. *Conserv. Ecol.* 6: In: http://www.ecologyandsociety.org/vol6/iss1/art11/main.html
45 Stankowich, T. (2008) Ungulate flight responses to human disturbance: a review and meta-analysis. *Biol. Conserv.* 141, 2159–2173
46 Laurance, W.F. *et al.* (2008) Impacts of roads, hunting, and habitat alteration of nocturnal mammals in African rainforests. *Conserv. Biol.* 22, 721–732
47 Eigenbrod, F. *et al.* (2008) The relative effects of road traffic and forest cover on anuran populations. *Biol. Conserv.* 141, 35–46
48 Goudie, R.I. (2006) Multivariate behavioural response of harlequin ducks to aircraft disturbance in Labrador. *Environ. Conserv.* 33, 28–35
49 Goldstein, M.I. *et al.* (2005) Mountain goat response to helicopter overflights in Alaska. *Wildlife Soc. B.* 33, 688–699
50 Borkowski, J.J. *et al.* (2006) Behavioral responses of bison and elk in Yellowstone to snowmobiles and snow coaches. *Ecol. Appl.* 16, 1911–1925
51 Preisler, H.K. *et al.* (2006) Statistical methods for analyzing responses of wildlife to human disturbance. *J. Appl. Ecol.* 43, 164–172
52 Barton, D.C. and Holmes, A.L. (2007) Off-highway vehicle trail impacts on breeding songbirds in northeastern California. *J. Wildl. Manage.* 71, 1617–1620
53 Doherty, K.E. *et al.* (2008) Greater sage-grouse winter habitat selection and energy development. *J. Wildl. Manage.* 72, 187–195

54 Sawyer, H. *et al.* (2006) Winter habitat selection of mule deer before and during development of a natural gas field. *J. Wildl. Manage.* 70, 396–403

55 Reed, S.E. and Merenlender, A.M. (2008) Quiet, nonconsumptive recreation reduces protected area effectiveness. *Conserv. Lett.* 1, 146–154

56 Reijnen, R. and Foppen, R. (2006) Impact of road traffic on breeding bird populations. In *The Ecology of Transportation: Managing Mobility for the Environment* (Davenport, J. and Davenport, J.L., eds), pp. 255–274, Springer

57 Reijnen, R. *et al.* (1995) The effects of car traffic on breeding bird populations in Woodland. III. Reduction of density in relation to the proximity of main roads. *J. Appl. Ecol.* 32, 187–202

58 Forman, R.T.T. and Alexander, L.E. (1998) Roads and their major ecological effects. *Ann. Rev. Ecol. Syst.* 29, 207–231

59 Rheindt, F.E. (2003) The impacts of roads on birds: Does song frequency play a role in determining susceptibility to noise pollution? *J. Ornithol.* 144, 295–306

60 McGregor, R.L. *et al.* (2007) Do small mammals avoid roads because of the traffic? *J. Appl. Ecol.* 45, 117–123

61 Habib, L. *et al.* (2007) Chronic industrial noise affects pairing success and age structure of ovenbirds *Seiurus aurocapilla*. *J. Appl. Ecol.* 44, 176–184

62 Bayne, E.M. *et al.* (2008) Impacts of chronic anthropogenic noise from energy-sector activity on abundance of songbirds in the boreal forest. *Conserv. Biol.* 22, 1186–1193

63 Swaddle, J.P. and Page, L.C. (2007) High levels of environmental noise erode pair preferences in zebra finches: implications for noise pollution. *Anim. Behav.* 74, 363–368

64 Francis, C.D. *et al.* (2009) Noise pollution changes avian communities and species interactions. *Curr. Biol.* 19, 1415–1419

65 Gillam, E.H. and McCracken, G.F. (2007) Variability in the echolocation of *Tadarida brasiliensis*: effects of geography and local acoustic environment. *Anim. Behav.* 74, 277–286

66 Leonard, M.L. and Horn, A.G. (2008) Does ambient noise affect growth and begging call structure in nestling birds? *Behav. Ecol.* 19, 502–507

67 Rabin, L.A. *et al.* (2006) The effects of wind turbines on antipredator behavior in California ground squirrels (*Spermophilus beecheyi*). *Biol. Conserv.* 131, 410–420

68 Egnor, S.E.R. *et al.* (2007) Tracking silence: adjusting vocal production to avoid acoustic interference. *J. Comp. Physiol. A* 193, 477–483

69 Parris, K.M. *et al.* (2009) Frogs call at a higher pitch in traffic noise. *Ecol. Soc.* 14, 25 In: http://www.ecologyandsociety.org/vol14/iss1/art25

70 Bee, M.A. and Swanson, E.M. (2007) Auditory masking of anuran advertisement calls by road traffic noise. *Anim. Behav.* 74, 1765–1776

71 Lengagne, T. (2008) Traffic noise affects communication behaviour in a breeding anuran, *Hyla arborea*. *Biol. Conserv.* 141, 2023–2031

72 Slabbekoorn, H. and den Boer-Visser, A. (2006) Cities change the songs of birds. *Curr. Biol.* 16, 2326–2331

73 Roche, B.E. *et al.* (1998) Route choice by deer mice (*Peromyscus maniculatus*): reducing the risk of auditory detection by predators. *Am. Midl. Nat.* 142, 194–197

74 Schaub, A. *et al.* (2008) Foraging bats avoid noise. *J. Exp. Biol.* 211, 3174–3180

75 Fuzessery, Z.M. *et al.* (1993) Passive sound localization of prey by the pallid bat (*Antrozous p. pallidus*). *J. Comp. Physiol. A* 171, 7667–7777

76 Aubin, T. and Jouventin, P. (2002) How to vocally identify kin in a crowd: the penguin model. *Adv. Stud. Behav.* 31, 243–277

77 Arch, V.S. and Narins, P.M. (2008) 'Silent' signals: selective forces acting on ultrasonic communication systems in terrestrial vertebrates. *Anim. Behav.* 76, 1423–1428

78 Boncoraglio, G. and Saino, N. (2007) Habitat structure and the evolution of bird song: a meta-analysis of the evidence for the acoustic adaptation hypothesis. *Funct. Ecol.* 21, 134–142

79 Kirschel, A.N.G. *et al.* (2009) Birdsong tuned to the environment: green hylia song varies with elevation, tree cover, and noise. *Behav. Ecol.* Published online July 14, 2009

80 Stockwell, C.A. *et al.* (2003) Contemporary evolution meets conservation biology. *Trends Ecol. Evol.* 18, 94–100

81 Garcia, J. (1974) Behavioral regulation of the milieu interne in man and rat. *Science* 185, 824–831

82 Angeloni, L. *et al.* (2008) A reassessment of the interface between conservation and behavior. *Anim. Behav.* 75, 731–737

83 Blickley J.L. and Patricelli, G.L., Impacts of anthropogenic noise on wildlife: Research priorities for the development of standards and mitigation. *J Int. Wildlife Law Policy.* (in press)

84 Miller, N.P. (2003) Transportation Noise and Recreational Lands. *Noise/News International* 11(1), 1-20, International Institute of Noise Control Engineering, (http://www.hmmh.com/presentations-papers.html)

85 Moore, B.C.J. (2003) *An Introduction to the Psychology of Hearing*, (5th edn), Academic Press

86 Gavin, S.D. and Komers, P.E. (2006) Do pronghorn (*Antilocapra Americana*) perceive roads as predation risk? *Can. J. Zool.* 84, 1775–1780

87 Fortin, D. *et al.* (2004) Foraging costs of vigilance in large mammalian herbivores. *Oikos* 107, 172–180

88 Verdolin, J.L. (2006) Meta-analysis of foraging and predation risk trade-offs in terrestrial systems. *Behav. Ecol. Sociobiol.* 60, 457–464

89 Bednekoff, P.A. and Blumstein, D.T. (2009) Peripheral obstructions influence marmot vigilance: integrating observational and experimental results. Behav. Ecol. Published online July 16, 2009

90 Quinn, J.L. *et al.* (2006) Noise, predation risk compensation and vigilance in the chaffinch *Fringilla coelebs*. *J. Avian Biol.* 37, 601–608

91 Tuttle, M.D. and Ryan, M.J. (1982) The role of synchronized calling, ambient light, and ambient noise, in anti-bat-predator behavior of a treefrog. *Behav. Ecol. Sociobiol.* 11, 125–131

92 Jones, K.E. *et al.* (2003) Biological correlates of extinction risk in bats. *Am. Nat.* 161, 601–614

93 Duchamp, J.E. and Swihart, R.K. (2008) Shifts in bat community structure related to evolved traits and features of human-altered landscapes. *Landsc. Ecol.* 23, 849–860

94 Kerth, G. and Melber, M. (2009) Species-specific barrier effects of a motorway on the habitat use of two threatened forest-living species. *Biol. Conserv.* 142, 270–279

95 Canaday, C. and Rivadeneyra, J. (2001) Initial effects of petroleum operation on Amazonian birds: terrestrial insectivores retreat. *Biodiv. Conserv.* 10, 567–595

96 Hinam, H.L. and St. Clair, C.C. (2008) High levels of habitat loss and fragmentation limit reproductive success by reducing home range size and provisioning rates of Northern saw-whet owls. *Biol. Conserv.* 141, 524–535

97 Lohr, B. *et al.* (2003) Detection and discrimination of natural calls in masking noise by birds: estimation of the active space of a signal. *Anim. Behav.* 65, 763–777

98 Gutschalk, A. *et al.* (2008) Neural correlates of auditory perceptual awareness under informational masking. *PLoS Biol* 6, 1156–1165

99 Barber, J.R. *et al.* (2003) Can two streams of auditory information be processed simultaneously? Evidence from the gleaning bat *Antrozous pallidus. J. Comp. Physiol. A* 189, 843–855

100 St. Clair, C.C. (2003) Comparative permeability of roads, rivers, and meadows to songbirds in Banff National Park. *Conserv. Biol.* 17, 1151–1160

BLM_0004127

# COMMUNICATIONS

*Ecological Applications*, 16(2), 2006, pp. 433–439
© 2006 by the Ecological Society of America

# HINDCASTING NITROGEN DEPOSITION TO DETERMINE AN ECOLOGICAL CRITICAL LOAD

JILL S. BARON[1]

*U.S. Geological Survey, Natural Resource Ecology Laboratory, Colorado State University, Fort Collins, Colorado 80523-1499 USA*

*Abstract.* Using an estimated background nitrogen (N) deposition value of 0.5 kg $N \cdot ha^{-1} \cdot yr^{-1}$ in 1900, and a 19-year record of measured values from Loch Vale (Colorado, USA; NADP site CO98), I reconstructed an N-deposition history using exponential equations that correlated well with EPA-reported $NO_x$ emissions from Colorado and from the sum of emissions of 11 western states. The mean wet N-deposition values for the period 1950–1964 was ~1.5 kg $N \cdot ha^{-1} \cdot yr^{-1}$, corresponding to the reported time of alteration of diatom assemblages attributed to N deposition in alpine lakes in Rocky Mountain National Park (USA). This value becomes the critical load defining the threshold for ecological change from eutrophication. Thus if an N-deposition threshold for ecological change can be identified, and the date at which that threshold was crossed is known, hindcasting can derive the amount of atmospheric deposition at the time of change, at least for alpine lakes. Independent support for the technique and the deposition amount comes from experimental studies, ecosystem modeling, and paleolimnological records from northern Wyoming (USA).

*Key words: alpine lakes; atmospheric nitrogen deposition; critical load; ecological-change threshold; hindcasting; Loch Vale, Colorado, USA; Rocky Mountain National Park, USA.*

## INTRODUCTION

Wet and dry deposition of nitrogen (N) species have been measured for 25 years or less in the United States, making it impossible to know with certainty atmospheric deposition amounts from earlier in the 20th century. The post-1950 increase in emissions of reactive nitrogen to the atmosphere, specifically ammonia and nitrogen oxides, is a major disruption of the global nitrogen cycle (Galloway et al. 1995). Ecological ramifications, including increased forest and grassland productivity, eutrophication and acidification of freshwaters, hypoxia, and loss of biodiversity, have been documented in terrestrial, freshwater, and coastal ecosystems worldwide (Vitousek et al. 1997). Premeasurement deposition values have interest for scientists attempting to understand nutrient-cycling processes and ecological response, and also for policy makers who strive to protect ecosystems from undesirable environmental change. An estimate of the amount of N deposition at the time of environmental change could be used to define an ecological threshold, or critical load, beyond which ecosystem properties or characteristics

Manuscript received 28 April 2005; revised 25 July 2005; accepted 30 August 2005. Corresponding Editor: B. A. Hungate.

[1] E-mail: jill_baron@usgs.gov

differ from before (Porter et al. 2005). Such empirical knowledge of cause and effect could be used to predict future condition in regions where N deposition is still low, or used as a target for ecological restoration.

In the western United States pre-industrial, or background, inorganic-N deposition has been estimated at between 0.4 and 0.7 $kg \cdot ha^{-1} \cdot yr^{-1}$ (Holland et al. 1999). Current western inorganic-N deposition values are spatially heterogeneous, and range widely from 1.0–4.0 kg N ($NO_3$-N plus $NH_4$-N)$\cdot ha^{-1} \cdot yr^{-1}$ over much of the region to as high as 30.0–90.0 kg $N \cdot ha^{-1} \cdot yr^{-1}$ in heavily populated southern California (Fenn et al. 2003b). High inorganic-N deposition occurs at sites proximal to large sources of N emissions, such as highly urbanized or agricultural regions, and at high elevations, where orographic conditions contribute increased amounts of precipitation (Marner and Harrison 2004, NADP 2004). Current values in the western United States are at least an order of magnitude greater than background deposition values.

In the Colorado Front Range mountains observations of increased foliar and soil N, alpine plant-community changes, heightened rates of microbial mineralization and nitrification, elevated surface-water $NO_3$ concentrations, and changes in lake algal species assemblages have all been attributed to atmospheric N deposition (Baron et al. 2000, Korb and Ranker 2001, Nydick et al.

BLM_0004108

Ecological Applications
Vol. 16, No. 2



COMMUNICATIONS



FIG. 1.   Regression of Colorado population with Colorado NO$_x$ emissions, in thousands of short tons (SI conversion: 1 short ton = 907.1847 kg).

2004). Further, sediment records from four alpine lakes in Rocky Mountain National Park within a 30-km radius reflect abrupt changes in algal diatom communities between 1950 and 1964 from typical undisturbed oligotrophic alpine lake flora to taxa associated with increases in inorganic-N availability (Wolfe et al. 2003).

The critical-load concept is used in many countries to integrate the effects of air pollution on ecosystems by quantifying an ecological threshold (Porter et al. 2005). A "critical load" can be defined as the amount of one or more pollutants that an ecosystem can safely absorb before there is a change in ecosystem state and/or in a particular ecosystem function. Williams and Tonnessen (2000) selected a critical load related to surface-water acidification for the Colorado Front Range of 4.0 kg N·ha$^{-1}$·yr$^{-1}$ based on alpine lake chemical responses to snowmelt. Nutrient enrichment, however, or eutrophication, is a fundamentally different type of environmental response, and occurs before acidification and at lower N-deposition amounts in nutrient poor environments (Fenn et al. 2003a). Protection from eutrophication requires establishment of a lower critical load. Since algae respond quickly to changes in their chemical environment (Charles and Whitehead 1986), the amount of atmospheric N deposition in the 1950s and 1960s that occurred in the Colorado Front Range might reflect the threshold, or critical load, above which ecological change occurred.

In this paper I present a simple method for hindcasting deposition trends in order to derive the critical load. On the premise that what goes up must come down, deposition patterns should mimic emissions patterns, allowing a back-calculation based on the relationship between post-1980 emissions and deposition (Howarth et al. 2002, Butler et al. 2003). However, the link between N emissions and deposition is not direct. Local climate variability, variation over time in the heights and mixture of reactive N compounds emitted or transported, and changes in vegetation type or landscape fragmentation can alter site-specific rates and amounts

of deposition (Weathers et al. 2000, Butler et al. 2003, Marner and Harrison 2004). Further, there are sources of error and uncertainty in the emissions-inventory process (Majeed 2001). Methods for estimating reactive N emissions issued to the states by the U.S. Environmental Protection Agency (EPA) are not only complex, and thus subject to error, they have changed over time, with the most recent change in methods in 1997 (EPA 1997a, b). When comparing emissions to deposition, therefore, there may be sizeable uncertainty in values from both ends. Nevertheless, both emissions and deposition have increased over time (Galloway and Cowling 2002).

Nitrogen oxide (NO$_x$) emissions increased exponentially in Colorado and the western United States from 1900 to the late 1980s, and have been approximately stable since then (EPA National Emissions Inventory 2004).[2] The emissions increase has been concurrent with rapid population growth, and the linear correspondence of population increases with both western NO$_x$ emissions and Colorado NO$_x$ emissions is quite strong (Fig. 1; $R^2 = 0.91$). Similar relations between population and emissions worldwide have been noted by others (Galloway et al. 1995, Vitousek et al. 1997).

Ammonia emissions trends have not been estimated back to 1900 by EPA, and the accuracy of the NH$_3$ inventory is highly uncertain (Fenn et al. 2003b). Ammonia comes primarily from crop agriculture and livestock; irrigated agriculture and industrial animal-feeding operations have increased sharply along the Colorado Front Range since 1950 (Baron et al. 2000). Ammonium in wet atmospheric deposition has increased at 65% of western National Atmospheric Deposition Program sites since 1985 (Clow et al. 2003).

METHODS

The Loch Vale National Atmospheric Deposition Program (NADP) site, CO98, is located at 3159 m in a subalpine forest clearing in Rocky Mountain National

_____

[2] ⟨http://www.epa.gov/air/data/⟩

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 27 of 435

Park (USA). Annual inorganic wet nitrogen concentrations (in milligrams of N per liter) of $NO_3$ and $NH_4$ were obtained from NADP.[3] Loch Vale data from calendar year 1988 were excluded due to four months of missing data. Annual inorganic wet N deposition was calculated by multiplying measured $NO_3$-N and $NH_4$-N concentrations with measured precipitation from NADP. Premeasurement $NO_3$-N and $NH_4$-N concentrations were extrapolated from measured concentrations using both linear and exponential functions with least-squares regressions (Microsoft Excel 2002). Premeasurement $NO_3$-N and $NH_4$-N depositions were calculated by multiplying both the linearly and exponentially estimated concentrations with two methods of estimating past precipitation: the mean annual 1984–2002 annual precipitation (1055 mm); and VEMAP-derived precipitation for 1900–1983, described below (Kittel et al. 1996). A preindustrial "anchor" deposition value of 0.5 kg $N \cdot ha^{-1} \cdot yr^{-1}$ was set for 1900 (Holland et al. 1999). Of that, 80% was assigned as $NO_3$-N, and 20% was assigned as $NH_4$-N, after Holland et al. (1999). VEMAP (Vegetation/Ecosystem Modeling and Analysis Project) data include a high-resolution topographically adjusted climate history of the United States from 1895 to 1993 on a 0.5° grid. The mean (and SD) for VEMAP precipitation for the Estes Park grid cell (covering Loch Vale) was computed for years 1900–1993. For each year,

$$\text{VEMAP}_i - \text{VEMAP}_M / \text{VEMAP}_{SD}$$
$$= \text{standard deviation fraction}_i \quad (1)$$

where $\text{VEMAP}_i$ is the annual precipitation for year $i$, $i =$ 1900–1993, and $\text{VEMAP}_M$ and $\text{VEMAP}_{SD}$ are the mean and standard deviation VEMAP precipitation, respectively. The precipitation sequence was adjusted for Loch Vale, for each year:

$$\text{SITE}_i = \text{SITE}_M$$
$$+ (\text{SITE}_{SD})(\text{standard deviation fraction}_i) \quad (2)$$

where $\text{SITE}_i$ is the annual precipitation for Loch Vale, $i - 1900–1993$. Each VEMAP standard-deviation fraction was multiplied by the Loch Vale NADP standard deviation ($\text{SITE}_{SD}$), and added to the site's mean precipitation ($\text{SITE}_M$). All calculations were extrapolated backward from the beginning of 1984, the first full year of recorded measurements.

Dry-deposition flux data (1995–2002) were obtained from Clean Air Status and Trends Network (CAST-NET)[4] site ROM406, located at 2743 m in Rocky Mountain National Park, 10 km from the Loch Vale NADP site.

Deposition time series were compared with EPA emissions estimates for 11 western states (Washington, Oregon, California, Idaho, Nevada, Utah, Arizona,

[3] ⟨http://nadp.sws.uiuc.edu/⟩
[4] ⟨http://www.epa.gov/castnet/⟩

TABLE 1. Loch Vale (Rocky Mountain National Park, Colorado, USA) precipitation characteristics, measured at the National Atmospheric Deposition Program site CO98.

| Characteristic | Loch Vale (CO98) |
|---|---|
| Years of measured wet deposition | 1984–2003 |
| Site elevation | 3159 m |
| Annual precipitation† | 1054.8 ± 180.9 mm |
| Wet $NO_3$-N† | 0.17 ± 0.02 mg/L |
| Wet $NH_4$-N† | 0.11 ± 0.03 mg/L |
| Mean $NH_4$:$NO_3$ | 0.65 |
| $NH_4$:$NO_3$ trend line | $y = 0.011x + 0.494$ |
| Wet N deposition (kg/ha)† | 2.94 ± 0.45 kg/ha |
| Annual dry N deposition†,‡ | 0.94 ± 0.26 kg/ha |

† Data are means ± SD.
‡ Data from CASTNET (Clean Air Status and Trends Network) site ROM 406 ($n = 8$ years).

Montana, Wyoming, Colorado, and New Mexico). National and individual state 1900–1970 $NO_x$ emissions trends were estimated by EPA (EPA 1998).[5] Post-1970 estimates were from EPA National Emissions Inventories (EPA NEI 2004; see footnote 2). With 1991–1995 EPA emissions data and 1988 NADP data missing, there were only 12 pairs of emissions and deposition values.

## RESULTS

### Examination of measured N

Mean annual wet $NO_3$-N and $NH_4$-N concentrations were 0.17 mg/L, and 0.11 mg/L$^{-1}$, respectively, at Loch Vale (Colorado, USA) for the period 1984–2002 (Table 1). The $NH_4$:$NO_3$ ratio increased from 1984 at a rate of 0.01 $yr^{-1}$, with a range of 0.46–0.88, and mean of 0.65. The NADP mean wet inorganic deposition was 2.94 ± 0.45 kg $N \cdot ha^{-1} \cdot yr^{-1}$ (Table 1, Fig. 2A). Dry N deposition (sum of $NH_3$-N, $NO_3$-N, and $NH_4$-N) was 20–50% of total wet N deposition, but annual wet and dry deposition values from the ROM406 CASTNET site correlated poorly ($R^2 < 0.1$; Fig. 2A). Because of dissimilarity in wet and dry inorganic-N deposition trends, and the different locations of dry and wet sampling sites, dry deposition values were not considered further.

Wet precipitation inorganic-nitrogen ($NH_4$-N plus $NO_3$-N) concentrations increased by 0.01 mg $N \cdot L^{-1} \cdot yr^{-1}$ between 1984 and 2002 (Fig. 2B). Year-to-year variability caused both linear ($R^2 = 0.36$) and exponential ($R^2 = 0.34$) equations to have poor goodness of fit. Whereas N concentrations increased steadily over time, the pattern for wet N deposition was more complex. High wet N-deposition years generally corresponded with years of higher precipitation, but not always. Wet N deposition during 1999–2001 was greater than 3 kg $N \cdot ha^{-1} \cdot yr^{-1}$ even though precipitation was less than 1000 mm/yr (Fig. 2A).

[5] ⟨http://www.epa.gov/ttn/chief/trends/procedures/trends_procedures_old.pdf⟩

COMMUNICATIONS

BLM_0004130

COMMUNICATIONS



FIG. 2.   N deposition data and concentrations (Colorado, USA), 1984–2002. (A) Annual deposition of wet inorganic N, wet NO$_3$-N, wet NH$_4$-N, and dry N (sum of NH$_3$-N, NO$_3$-N, and NH$_4$-N). Deposition data are from NADP site Loch Vale (CO98) and CASTNET site ROM406 in Rocky Mountain National Park. (B) Annual volume-weighted mean concentrations of wet inorganic N, wet NO$_3$-N, and wet NH$_4$-N (from Loch Vale). Data from 1988 were incomplete. The slopes of the trendlines are 0.005, 0.002, and 0.003 for N, NO$_3$-N, and NH$_4$-N, respectively.

### Hindcasting deposition

All equations, by having a fixed endpoint in the year 1900, gave similar deposition hindcast curves (Fig. 3). Linear hindcasts of measured deposition gave the highest estimates of wet N-deposition values mid-century relative to the other methods, deviating from VEMAP-generated wet N-deposition values by up to 1.0 kg N·ha$^{-1}$·yr$^{-1}$ (Fig. 3A). Exponential hindcasts using mean precipitation were a smoothed version of VEMAP-generated deposition. Exponential hindcasts of measured deposition were identical to those calculated with mean precipitation. VEMAP-generated wet N deposition showed less interannual variability (<1.0 kg N·ha$^{-1}$·yr$^{-1}$) than post-1984 measured deposition variability, which ranged up to 1.4 kg N·ha$^{-1}$·yr$^{-1}$. The VEMAP-generated hindcast gives a conservative estimate of the range of deposition that could have occurred due to variability in precipitation.

The linear, exponential, and VEMAP-generated curves for wet NO$_3$-N deposition were similar to those for total wet N (Fig. 3B). Ammonium-deposition hindcasts depicted very low amounts early in the century, increasing to make up nearly 40% of total inorganic wet N deposition by 1982 (Fig. 3C).

### Relation between deposition and NO$_x$ emissions

There was no significant relationship between measured concentrations, measured deposition, or emissions at Loch Vale; $R^2$ values ranged from 0.05 to 0.14. Correlations among these variables improved markedly when 100 years of emissions estimates were compared with back-calculated wet depositions (Table 2). The $R^2$ values for total inorganic wet N deposition and wet NO$_3$-N deposition with emissions had a range of 0.77–0.91, with higher correlations of wet deposition with emissions from all western states than from CO emissions alone.

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 29 of 435



FIG. 3. Wet N-deposition trends, hindcast to 1900, of (A) wet N, (B) wet NO$_3$-N, and (C) wet NH$_4$-N. The broken lines indicate the linear extrapolation of annual volume-weighted mean (VWM) concentrations and 1984–2003 mean precipitation; smooth solid lines indicate the exponential equation of annual VWM concentrations and 1984–2003 mean precipitation; and variable solid lines indicate the exponential equation of VEMAP-generated precipitation and VWM concentrations. Actual 1984–2003 depositions are shown. The 1950–1964 period during which lake trophic state changed is shaded gray. In (A) the horizontal line at 1.5 kg N/ha is the mean 1950–1964 N deposition calculated from exponential VWM and VEMAP-generated hindcasts.

NO$_x$ emissions were not correlated with wet NH$_4$-N deposition values. The $R^2$ values for total inorganic wet N, NO$_3$-N, and NH$_4$-N deposition with Colorado population ranged from 0.85 to 0.97. The correlations of hindcasts with population trends from all 11 western states were even greater (0.91–0.98).

## DISCUSSION

Measured wet N concentrations increased since the 1980s, and the exponential trajectories created by hindcasting were very similar to historical emissions trends and population growth numbers. The exponential hindcast equations can logically be used to estimate a range of possible deposition values. Paleolimnological proxies of the onset of ecological change indicate diatom assemblages switched from ultra-oligotrophic to meso-trophic between 1950 and 1964 in four Rocky Mountain National Park lakes located within 30 km of the Loch Vale (Colorado, USA) NADP (National Acid Deposition Program) site (Wolfe et al. 2003). Wet N depositions between 1950 and 1964 were $1.51 \pm 0.12$ and $1.49 \pm 0.32$ kg N·ha$^{-1}$·yr$^{-1}$ (mean $\pm$ SD) for exponential and VEMAP equations, respectively (Table 3, Fig. 3A). The critical load for eutrophication, therefore, falls around 1.5 kg wet N·ha$^{-1}$·yr$^{-1}$.

The link between deposition and aquatic ecological effects, which is important to establishing a critical load, must be site specific, since watershed characteristics influence how much of the wet N that is deposited makes its way to the lake. In the Rocky Mountains, lake N concentrations are inversely related to the amount of upstream soil cover (Sickman et al. 2003). For alpine headwater lakes where there is little surrounding vegetation the hindcasting method may provide a reasonable method for linking deposition to environmental change. There are several lines of evidence suggesting a critical load of 1.5 kg wet N·ha$^{-1}$·yr$^{-1}$ may be appropriate.

Mesocosm studies that raised N concentrations to 1.0 mg N/L brought about shifts in phytoplankton composition in nutrient-poor Wyoming (USA) lakes (Nydick et al. 2004), similar to other studies (Cottingham et al.

TABLE 2. Correlations ($R^2$) between hindcasts of wet inorganic-N, wet NO$_3$-N, and wet NH$_4$-N deposition at Loch Vale (Colorado, USA) with estimated NO$_x$ emissions and population from 1900 to 2000, for Colorado and for 11 total western states.

| Regression models | NO$_x$ emissions | | Population | |
|---|---|---|---|---|
| | Colorado | Western states | Colorado | Western states |
| N | | | | |
| Linear | 0.80 | 0.90 | 0.89 | 0.95 |
| Exponential | 0.89 | 0.90 | 0.94 | 0.97 |
| VEMAP | 0.80 | 0.81 | 0.94 | 0.95 |
| NO$_3$-N | | | | |
| Linear | 0.80 | 0.90 | 0.85 | 0.91 |
| Exponential | 0.88 | 0.91 | 0.90 | 0.94 |
| VEMAP | 0.77 | 0.80 | 0.89 | 0.92 |
| NH$_4$-N | | | | |
| Linear | n.a. | n.a. | 0.94 | 0.98 |
| Exponential | n.a. | n.a. | 0.97 | 0.97 |
| VEMAP | n.a. | n.a. | 0.96 | 0.95 |

*Note:* VEMAP = Vegetation/Ecosystem Modeling and Analysis Project; n.a. = not applicable.

COMMUNICATIONS

JILL S. BARON

Ecological Applications
Vol. 16, No. 2

TABLE 3. Wet atmospheric inorganic-N, $NO_3$-N, and $NH_4$-N concentrations and deposition at Loch Vale (Colorado, USA) from hindcasts, 1950–1964.

| N source | Range | Mean (SD) |
|---|---|---|
| Inorganic N | | |
| Concentration (mg/L) | | |
| Linear | 0.17–0.21 | 0.19 (0.01) |
| Exponential | 0.13–0.16 | 0.14 (0.01) |
| Deposition (kg/ha) | | |
| Linear | 1.78–2.18 | 1.98 (0.13) |
| Exponential | 1.32–1.71 | 1.51 (0.12) |
| VEMAP | 1.08–2.13 | 1.49 (0.32) |
| $NO_3$-N | | |
| Concentration (mg/L) | | |
| Linear | 0.11–0.13 | 0.12 (0.01) |
| Exponential | 0.09–0.11 | 0.10 (0.01) |
| Deposition (kg/ha) | | |
| Linear | 1.13–1.33 | 1.23 (0.07) |
| Exponential | 0.93–1.14 | 1.03 (0.07) |
| VEMAP | 0.75–1.45 | 1.20 (0.25) |
| $NH_4$-N | | |
| Concentration (mg/L) | | |
| Linear | 0.06–0.07 | 0.07 (0.01) |
| Exponential | 0.04–0.05 | 0.04 (0.00) |
| Deposition (kg/ha) | | |
| Linear | 0.60–0.78 | 0.69 (0.06) |
| Exponential | 0.38–0.54 | 0.45 (0.05) |
| VEMAP | 0.32–0.65 | 0.44 (0.10) |

Note: VEMAP = Vegetation/Ecosystem Modeling and Analysis Project ⟨http://www.cgd.ucar.edu/vemap⟩

1998, Interlandi and Kilham 1998). The experiments confirm that a slight N enrichment affects algal assemblages, but does not relate directly to atmospheric-deposition amounts. As with studies evaluating thresholds of organismal response to acidity and acid rain, experimental studies on organisms must be coupled with models of ecosystem biogeochemical dynamics (Baker and Christensen 1991). Biogeochemical models that identify and track N pools and fluxes through terrestrial ecosystems are necessary to relate atmospheric N deposition to soil and plant dynamics and leaching losses of N to surface waters. An ecosystem model that simulated stream responses to N deposition suggested alpine-stream N concentrations responded at 2.0 kg $N \cdot ha^{-1} \cdot yr^{-1}$, or slightly higher than hindcast estimates (Baron et al. 1994).

A paleolimnological reconstruction of diatom assemblages from four lakes in Wyoming revealed a shift in community structure similar to that observed in Colorado lakes (Saros et al. 2003). The onset of change began in the early 1990s. Atmospheric N deposition to the Beartooth Mountains in Wyoming had a range of <1.5 kg $NO_3$-$N \cdot ha^{-1} \cdot yr^{-1}$ for 1992–1999 (Nanus et al. 2003). Both $NO_3$-N and $NH_4$-N have increased significantly at Yellowstone National Park (WY08), the nearest NADP site, since 1985 (Nilles and Conley 2001). These data offer independent evidence that diatom community changes in alpine headwater lakes occurred in the range of 1.5 kg $N \cdot ha^{-1} \cdot yr^{-1}$. Directional changes in climate have also occurred in the Beartooth

Mountains, however, complicating interpretation of why diatom changes occurred (Saros et al. 2003).

Difficulties arise from extrapolating deposition values backward in time. The lack of correspondence between dry and wet deposition values leads to de facto underestimates of total N deposition. Estimates based on the ROM406 CASTNET deposition-monitoring station suggest dry deposition adds 20–50% above wet deposition, but separate locations of CASTNET and NADP collectors hamper interpretations of total N deposition to Loch Vale. Dry N deposition was estimated at 40–50% of total wet inorganic-N deposition from co-located wet and dry collectors at Niwot Saddle (Sievering 2001). But the wet:dry ratio is not fixed, and will change as a result of changing emissions sources and nitrogen compounds. The wet deposition values used in this paper must therefore be viewed as minima, with no legitimate way to estimate a more realistic total N deposition.

There is a disappointingly poor relation between reported $NO_x$ emissions and measured wet N or $NO_3$-N deposition. While some of this may be due to the few data pairs and uncertainty in reported emissions and deposition values, Butler et al. (2003) describe additional reasons for the difficulty in establishing quantifiable relations. Interannual variability in wet N deposition can be due to the inability of highly reactive $NO_x$ to behave conservatively in the atmosphere. Since $NH_4$-N currently comprises nearly half of total inorganic wet N deposition, a poor correlation is to be expected. Mountainous terrain further influences site-specific deposition by creating turbulent winds and funneling emissions up one canyon but not another (Sievering 2001).

Even considering these caveats, experiments that show shifts in algal species assemblages, independent ecosystem model results, and Wyoming lake paleolimnological reconstructions support the hindcasting wet deposition estimate of 1.5 kg $N \cdot ha^{-1} \cdot yr^{-1}$ for the critical load. While there are complications from uncertainties in emissions, deposition, and confounding causes of environmental change, it appears hindcasting, particularly using equations that mimic population growth and $NO_x$ emissions, is a reasonable method to derive a critical load if the dates for environmental change are known.

ACKNOWLEDGMENTS

T. Blett, W. Bowman, M. Hartman, J. Hicke, D. Ojima, L. Pardo, H. Rueth, and K. Weathers improved early drafts of the manuscript. M. Hartman provided the VEMAP precipitation reconstructions. Supported by National Park Service CA 1200-00-009 CSU-60, and the USGS Western Mountain Initiative.

LITERATURE CITED

Baker, J. P., and S. W. Christensen. 1991. Effects of acidification on biological communities in aquatic ecosystems. Pages 83–106 in D. F. Charles, editor. Acidic deposition and aquatic ecosystems. Springer-Verlag, New York, New York, USA.

Baron, J. S., D. S. Ojima, E. A. Holland, and W. J. Parton. 1994. Analysis of nitrogen saturation potential in Rocky

COMMUNICATIONS

Mountain tundra and forest: implications for aquatic systems. Biogeochemistry **27**:61–82.

Baron, J. S., H. M. Rueth, A. M. Wolfe, K. R. Nydick, E. J. Allstott, J. T. Minear, and B. Moraska. 2000. Ecosystem responses to nitrogen deposition in the Colorado Front Range. Ecosystems **3**:352–368.

Butler, T. J., G. E. Likens, F. M. Vermeylen, and B. J. B. Stunder. 2003. The relation between $NO_x$ emissions and precipitation $NO_3^-$ in the eastern USA. Atmospheric Environment **37**:2093–2104.

Charles, D. F., and D. R. Whitehead. 1986. The PIRLA project: paleoecological investigation of recent lake acidification. Hydrobiologia **143**:13–20.

Clow, D. W., J. O. Sickman, R. G. Striegl, D. P. Krabbenhoft, J. G. Elliot, M. Dornblaser, D. A. Roth, and D. H. Campbell. 2003. Changes in the chemistry of lakes and precipitation in high elevation national parks in the Western United States, 1985–1999. Water Resources Research **39**: 1171 [doi:10.1029/2002WR001533].

Cottingham, K. L., S. R. Carpenter, and A. L. St. Amand. 1998. Responses of epilimnetic phytoplankton to experimental nutrient enrichment in three small seepage lakes. Journal of Plankton Research **20**:1889–1914.

EPA. 1997a. Emissions inventory improvement program (EIIP). Volume II. Point sources, preferred and alternative methods. Office of Air Quality Planning Standards, U.S. EPA, Research Triangle Park, North Carolina, USA.

EPA. 1997b. Emissions inventory improvement program (EIIP). Volume III. Area sources, preferred and alternative methods. Office of Air Quality Planning Standards, U.S. EPA, Research Triangle Park, North Carolina, USA.

Fenn, M. E., J. S. Baron, E. B. Allen, H. M. Rueth, K. R. Nydick, L. Geiser, W. D. Bowman, J. O. Sickman, T. Meixner, and D. W. Johnson. 2003a. Ecological effects of nitrogen deposition in the Western United States. BioScience **53**:404–420.

Fenn, M. E., R. Haeuber, G. S. Tonnesen, J. S. Baron, S. Grossman-Clarke, D. Hope, S. Jaffe, S. Copeland, L. Geiser, H. M. Rueth, and J. O. Sickman. 2003b. Nitrogen emissions, deposition and monitoring in the Western United States. BioScience **53**:391–403.

Galloway, J. N., and E. B. Cowling. 2002. Reactive nitrogen and the world: two hundred years of change. Ambio **31**:64–71.

Galloway, J. N., W. H. Schlesinger, H. Levy, II, A. Michaels, and J. L. Schnoor. 1995. Nitrogen fixation: anthropogenic enhancement, environmental response. Global Biogeochemical Cycles **9**:235–252.

Holland, E. A., F. J. Dentener, B. H. Braswell, and J. M. Sulzman. 1999. Contemporary and pre-industrial global reactive nitrogen budgets. Biogeochemistry **46**:7–43.

Howarth, R.W., E. W. Boyer, W. J. Pabich, and J. N. Galloway. 2002. Nitrogen use in the United States from 1991–2000 and potential future trends. Ambio **31**:88–96.

Interlandi, S. J., and S. S. Kilham. 1998. Assessing the effects of nitrogen deposition on mountain waters: a study of phytoplankton community dynamics. Water, Science and Technology **38**:139–146.

Kittel, T. G. F, N. A. Rosenbloom, T. H. Painter, D. S. Schimel, H. H. Fisher, A. Grimsdell, VEMAP participants, C. Daly, and E. R. Hunt, Jr. 1996. The VEMAP Phase I database: an integrated input dataset for ecosystem and vegetation modeling for the conterminous United States. ⟨http://www.cgd.ucar.edu/vemap/⟩

Korb, J. E., and T. A. Ranker. 2001. Changes in stand composition and structure between 1981 and 1996 in four Front Range plant communities in Colorado. Plant Ecology **157**:1–11.

Majeed, M. A. 2001. Methodologies for estimating emissions for the U.S. EPA's $NO_x$ SIP call, CER rule, and other complexities. Environmental Science and Technology **35**: 4408–4413.

Marner, B. B., and R. M. Harrison. 2004. A spatially refined monitoring based study of atmospheric nitrogen deposition. Atmospheric Environment **38**:5045–5056.

Microsoft Excel. 2002. Microsoft Corporation 1985–2001, Seattle, Washington, USA.

NADP [National Acid Deposition Program]. 2004. ⟨http://nadp.sws.uiuc.edu/⟩

Nanus, L, D. H. Campbell, G. P. Ingersoll, D. W. Clow, and M. A. Mast. 2003. Atmospheric deposition maps for the Rocky Mountains. Atmospheric Environment **37**:4881–4892.

Nydick, K. R., B. M. Lafrancois, J. S. Baron, and B. M. Johnson. 2004. Nitrogen regulation of algal biomass, productivity, and composition in shallow mountain lakes, Snowy Range, Wyoming, USA. Canadian Journal of Fisheries and Aquatic Sciences **61**:1256–1268.

Porter, E., T. Blett, D. U. Potter, and C. Huber. 2005. Protecting resources on federal lands: implications of critical loads for atmospheric deposition of nitrogen and sulfur. BioScience **55**:603–612.

Saros, J. E., S. J. Interlandi, A. P. Wolfe, and D. R. Engstrom. 2003. Recent changes in the diatom community structure of lakes in the Beartooth Mountain range, USA. Arctic, Antarctic, and Alpine Research **35**:18–23.

Sickman, J. O., J. M. Melack, and J. S. Stoddard. 2002. Regional analysis of inorganic nitrogen yield and retention in high-elevation ecosystems of the Sierra Nevada and Rocky Mountains. Biogeochemistry **57**:341–374.

Sievering, H. 2001. Atmospheric chemistry and deposition. Pages 32–44 in W. D. Bowman and T. R. Seastedt, editors. Structure and function of an alpine ecosystem: Niwot Ridge, Colorado. Oxford University Press, New York, New York, USA.

Vitousek, P. M., R.W. Howarth, G. E. Likens, P. A. Matson, D. Schindler, W. H. Schlesinger, and G. D. Tilman. 1997. Human alteration of the global nitrogen cycle: sources and consequences. Ecological Applications **7**:737–750.

Weathers, K. C., G. M. Lovett, G. E. Likens, and R. Lathrop. 2000. The effect of landscape features on deposition to Hunter Mountain, Catskill Mountains, New York. Ecological Applications **10**:528–540.

Williams, M. W., and K. A. Tonnessen. 2000. Critical loads for inorganic nitrogen deposition in the Colorado Front Range, USA. Ecological Applications **10**:1648–1665.

Wolfe, A. P., A. C. Van Gorp, and J. S. Baron. 2003. Recent ecological and biogeochemical changes in alpine lakes of Rocky Mountain National Park (Colorado, U.S.A.): a response to anthropogenic nitrogen deposition. Geobiology **1**:153–168.

COMMUNICATIONS

BLM_0004134

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 32 of 435

## ERRATA

In the recent paper by Jill S. Baron (2006), "Hindcasting nitrogen deposition to determine an ecological critical load," *Ecological Applications* **16**(2):433–439, there is an error in Fig. 1 (p. 434). The numbers in the scale for the *y*-axis are all too large by a factor of 10. That is, the values for $NO_x$ emissions should range from 50 thousand to 500 thousand short tons.

———————————————

In the paper by Deborah Lawrence, V. Suma, and Johanis P. Mogea (2005), "Change in species composition with repeated shifting cultivation: limited role of soil nutrients," *Ecological Applications* **15**(6):1952–1967, the units for the *y*-axes are incorrect in Figs. 5 and 6. (p. 1959). The values plotted for the stocks of P, N, and C (Fig. 5) and for the stocks of Ca, Mg, and K (Fig. 6) in the top 15 cm of soil are in $g/m^2$ (not kg/ha).

BLM_0004135

*Transactions of the American Fisheries Society* 121:437–443, 1992
© Copyright by the American Fisheries Society 1992

# Turbidity-Induced Changes in Reactive Distance of Rainbow Trout

JEFFREY C. BARRETT[1]

*School of Forest Resources and Institute of Ecology*
*University of Georgia, Athens, Georgia 30602, USA*

GARY D. GROSSMAN[2] AND J. ROSENFELD

*School of Forest Resources, University of Georgia*

*Abstract.*—We used artificial stream channels to conduct feeding trials with wild rainbow trout *Oncorhynchus mykiss* at three levels of suspended sediment. To examine the effects of turbidity on reactive distance and pursuit speed, we fed rainbow trout (87–185 mm standard length) pieces of mealworms *Tenebrio* sp. as test prey. A video camera system was used to record the pursuit speed and reactive distance of fish during foraging bouts. Turbidity had a consistent and negative effect on reactive distance (analysis of variance, $P < 0.05$). On average, reactive distances in the 15- and 30-NTU (nephelometric turbidity units) treatments were only 80% and 45%, respectively, of those observed at ambient turbidities (4–6 NTUs). By contrast, turbidity did not significantly affect pursuit speed. Pursuit speed varied greatly among individuals but was similar for each fish across turbidity levels. These results indicate that sediment-producing activities, such as logging and road building, could reduce foraging success within trout populations.

Fisheries managers in the southeastern USA are hampered by incomplete knowledge of the variables that determine the structure of stream fish assemblages. In particular, uncertainty over the relative importance of biotic and abiotic factors to the organization of assemblages makes the development of management strategies difficult. One poorly studied but potentially important abiotic variable is suspended sediment. Suspended sediment is of special concern because many watersheds are subject to anthropogenic disturbances (e.g., timber harvesting) that can produce substantial inputs of sediments to stream ecosystems (e.g., Tebo 1955; Brown and Krygier 1971; Murphy and Hall 1981; Everest et al. 1987; Yount and Niemi 1990). The coarser fractions of these sediments are suspended during high flows but more typically are part of the stream bed load (Everest et al. 1987). Nonsuspended sediments can affect fish and invertebrate populations by altering substrate characteristics or subsurface flows in stream reaches (Tebo 1955; Hynes 1970; Everest et al. 1987). Suspended sediments, by contrast, typically exert their effects on organisms by reducing illumination and visual clarity (Noggle 1978). Ac-

cordingly, an optical measurement, turbidity, is typically used by biologists who examine effects of suspended sediment on fishes.

Turbidity is a measure of the quantity of light absorbed or scattered by a sample of water (Duchrow and Everhart 1971; McCluney 1975). Although relatively large sediment inputs may be required to affect stream bed loads, even small quantities of suspended sediment may markedly affect turbidity (Duchrow and Everhart 1971). Consequently, in many systems, turbidity may be a more important influence on fishes than other sediment-related effects.

The existing literature on effects of turbidity is contradictory and limited in scope. Some studies have shown that increases in turbidity can reduce feeding rates and growth of fishes (Sykora et al. 1972; Gardner 1981; Sigler et al. 1984; Redding et al. 1987), but other workers have reached different conclusions (Swenson and Matson 1976; Boehlert and Morgan 1985; Breitburg 1988). Other turbidity-related effects on fishes include increased emigration rates (Bisson and Bilby 1982; Sigler et al. 1984), changes in foraging behavior (Vinyard and O'Brien 1976; Noggle 1978; Berg and Northcote 1985) and increased activity (Gradall and Swenson 1982). Documented negative effects often have been associated with turbidity much higher than is encountered in all but the most disturbed streams (e.g., Redding et al. 1987). We undertook the following study to assess the

[1] Present address: EA Engineering, Science and Technology, 8520 154th Avenue NE, Redmond, Washington 98052, USA.

[2] To whom correspondence should be addressed.

437

438                                                   BARRETT ET AL.



FIGURE 1.—Overhead view of one of the experimental streams showing the observation area and the sediment delivery system. The observation area is 2 m long and covered by a wire grid.

effects of turbidity on foraging by wild rainbow trout *Oncorhynchus mykiss* in a southern Appalachian stream. Specifically, we investigated the relationships between turbidity, reactive distance, and prey pursuit speed during active foraging by rainbow trout. In addition, we assessed whether water temperature and fish size influence reactive distance at particular turbidities.

## Study Site

All studies were conducted in artificial stream channels within an abandoned weir on Henson Creek, at the Coweeta Hydrologic Laboratory of the U.S. Forest Service, Otto, North Carolina. Henson Creek is a third-order stream in the south-

ern Appalachian Mountains. It drains a forested watershed of approximately 203 hectares. The watershed contains a mixed hardwood forest including tulip poplar *Liriodendron tulipifera* and various species of oaks *Quercus* spp., hickories *Carya* spp., and rhododendron *Rhododendron* spp. Water in Henson Creek is generally clear with ambient turbidities of 4–6 nephelometric turbidity units (NTUs). Water temperatures range from 2 to 18°C annually (mean, 12°C), and the stream is completely shaded by overstory.

## Methods

Three artificial stream channels (approximately 5 m long × 1.3 m wide × 0.6 m high × 0.25 m deep) were installed in Henson Creek for a previous study (Barrett 1989). We modified these channels to allow the observation and measurement of rainbow trout foraging behavior at various turbidities. Water flowing into the upstream end of each channel was constricted by gravel bars lining the sides of the channel and by baffles extending into the flow (Figure 1). The resulting turbulent flow assured the complete mixing of any sediment added to the system. Downstream, a series of plexiglass walls guided the flow into a diamond-shaped observation area approximately 2 m long × 0.75 m wide. This observation area was covered by a grid of wire mesh that divided the observation area into 5-cm$^2$ rectangles that allowed accurate measurement of fish movements by either an observer or a video camera perched in an overhead blind. A concrete block at the head of the observation area obstructed flows, creating an eddy of slower water in which trout could feed. This obstruction did not visually affect turbidity in the stream. Upstream and downstream screens prevented fish from leaving the observation area.

Turbidity was manipulated by adding controlled quantities of sediment to the water flowing into each channel. The sediment was collected from an abandoned weir within the Coweeta Hydrologic Laboratory, approximately 8 km from Henson Creek. The weir collected sand, silt, and fine organic material derived from natural erosional processes within the watershed. Consequently, these sediments were representative of the material typically contributing to stream turbidity within geologically similar areas of the Blue Ridge Province of the Appalachian Mountains. After some of the coarsest material (sands) was removed, sediments were suspended in water with an electric trolling motor and piped to a 208-L drum adjacent to the artificial stream channels.

BLM_0004137

We used individual pipes to distribute the sediment mixture to each channel. Valves on the distribution pipelines allowed control of the flow running to each channel. Turbidity was measured every 5–10 min with an electronic turbidometer that reported values to the nearest NTU.

Rainbow trout were captured as needed from streams at the Coweeta Laboratory with DC electrofishing equipment. Rainbow trout populations in these streams are self-sustaining and are not subject to additions of hatchery fish. After fish were weighed and measured (range, 87–185 mm standard length, SL), one was introduced into each channel. Supplemental fish from each collection, if any, were stored in a streamside holding tank until needed. The holding tank received fresh water, approximately 8 L/min, from the adjacent stream. Fish introduced into the channels were allowed a minimum of 12 h to acclimate before feeding trials began.

Feeding trials were conducted three times per day: in the morning (0700–0900 hours Eastern Standard Time), around noon (1200–1300 hours), and in the evening (1700–1900 hours). Initially, three to eight mealworm pieces (each 4–7 mm long) were offered to rainbow trout under ambient conditions to determine whether individual fish would feed. Frequently fish did not feed. These individuals were subsequently ignored until the next feeding period. Fish that did feed were further examined in a feeding trial. We sequentially tested these individuals at three turbidity levels: ambient (4–6 NTUs), low (14–16 NTUs), and high (29–31 NTUs). Approximately 1 h was required to conduct a feeding trial. Initially the sequence of turbidity levels used for each fish was randomly determined. Subsequent analyses indicated that the order of treatment presentation did not affect foraging response (analysis of variance [ANOVA]: $F = 1.65$; df = 3, 5; $P > 0.29$). Behavioral observations also indicated that satiation was not affecting foraging measurements. Thereafter, treatments were presented in ascending order (ambient first, 15 NTUs second, and 30 NTUs last) to ease sampling logistics. At each turbidity level, mealworm pieces (4–7 mm) were introduced into the upstream end of the observation chamber. Because most (>85%) of the mealworms floated, it was possible to accurately follow a prey item once it was introduced into a channel.

Rainbow trout used in our experiments generally did not alter their behavior during turbidity changes. The total time necessary to change turbidity levels was typically about 5 min. During these changes, fish generally remained in their holding positions. Distinct fright responses (e.g., high-speed swimming, high ventilation rates) were rare.

Foraging behavior was documented in two ways. We made visual observations by looking down onto the observation area from an overhead blind. For each foraging event, the observer recorded the number of grid squares between the original holding position of the fish and the location where the prey was taken. We also installed a Panasonic video camera (model AG 1900) in the overhead observation area to record feeding trials. Tapes from the video recorder were later analyzed to determine the distance moved in the pursuit and capture of individual prey items. The camera, however, frequently lacked sufficient contrast to display the fish clearly, particularly during the highest turbidity treatment. Accordingly, visual observations, either alone or in tandem with video recordings, made up the majority of the data collected.

We defined reactive distance as the distance moved by the fish from its holding position to the point where it took the prey. Water depth was kept constant (approximately 0.25 m) throughout the observation area and across all turbidity levels of a given trial. In addition, fish did not change their location in the water column as turbidity levels were varied. Consequently, we ignored depth-related changes in position in our analyses of reactive distance.

On occasion, the prey moved between the first movement by the fish and the time the prey was actually consumed, which may have biased our measurements. Prey movement was typically small, however, because fish pursued prey rapidly, typically catching it within 1 s; water velocities below the concrete block obstruction were not rapid, and eddying currents tended to move the prey in small circles rather than unidirectionally. Our experimental design also minimized the possibility of bias because multiple measurements (4–10) were made of each individual at each turbidity level.

The swimming speed of trout pursuing prey, referred to in our analyses as pursuit speed, was measured by advancing through foraging video tapes frame by frame and recording the distance moved by the fish per unit time, as indicated by an on-screen timer. The on-screen timer was accurate to 0.1 s, which allowed precise measurement of elapsed time during each prey pursuit.

Measures of turbidity vary among studies (Jack-

BLM_0004138

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 36 of 435

son turbidity units, mg/L, etc.) and they are not readily interconvertible (McCluney 1975). Because many results are reported gravimetrically, we calculated a conversion factor for the relationship between turbidity (NTUs) and sediment concentration (mg/L). One of the experimental channels was set up for a regular observation. At each of the three turbidities, we collected four 2-L water samples from the overflow at the end of the channel. These samples were later filtered through oven-dried, preweighed, 5-$\mu$m-pore filter papers. We then oven-dried and weighed these filters and their associated sediment. Linear regression analysis was used to relate turbidity to sediment concentration.

We used several methods to analyze our results. For fish providing measurements at all three turbidities (i.e., complete observations), a repeated-measures ANOVA was used to test whether reactive distance or pursuit speed was significantly reduced by increases of turbidity. If a significant result was found, we examined pairwise differences with Scheffe's $F$-test. A level of $P \leq 0.05$ was used to determine significance of these and all subsequent statistical tests.

Regression analysis was used on all observations (including those for which measurements were not available at all three turbidity levels) to determine the relationship between turbidity and reactive distance or pursuit speed at each turbidity level. We also quantified reductions in reactive distance as percentages of the distance observed at ambient turbidity. For this analysis, the reactive distance measured at ambient turbidity was assumed to be 100% of the maximum for each fish, and the reactive distances at 15 and 30 NTUs were expressed as a percentage of this maximum. This approach had two advantages: it standardized observations for the effects of variables such as temperature and fish size, and it enabled us to quantitatively assess the level of feeding impairment induced by increasing turbidities. Finally, we regressed average reactive distance at each turbidity against fish size and water temperature to determine whether these variables significantly affected reactive distance.

## Results

We examined the behavior of over 150 rainbow trout during the study. Approximately half of all fish failed to take prey within 3–4 d of introduction into the channels and were released. We obtained measurements on reactive distance at all three turbidity levels for 28 fish. In other cases, either individuals did not feed at all turbidities or

the number of feeding observations at one or more turbidity levels was too low for inclusion into statistical analyses.

Turbidity had a strong effect on reactive distance (ANOVA: $F = 159.0$; df = 2, 54; $P < 0.0001$). Comparisons of reactive distance among individuals, however, were not significant ($F = 0.38$; df = 27, 56; $P = 0.99$). Hence, increasing turbidity levels significantly reduced reactive distance of individual fish, but individuals did not differ significantly from one another in their reactive distances across treatments.

Multiple comparisons with Scheffe's $F$-test were significant in all cases, indicating that reactive distance at each turbidity was statistically different from that at the other two turbidities. Hence, even a 9–11-NTU increase in turbidity (from ambient to 15 NTUs) was sufficient to significantly reduce reactive distance of rainbow trout. Reactive distance differed more between 15 and 30 NTUs than between ambient and 15 NTUs, suggesting a nonlinear effect of turbidity on reactive distance. Nevertheless, the linear regression of reactive distance versus turbidity was highly significant ($P < 0.001$) and fit the data well despite scatter ($r^2 = 0.71$; Figure 2). These results were obtained even though the centroids for reactive distance at each turbidity overlapped (Figure 2). Hence, the significant results obtained here and with the repeated-measures ANOVA are due to a consistent reduction in reactive distance as turbidity increased.

The regression of percent ambient reactive distance versus turbidity was also highly significant ($P < 0.001$). The regression fit the percentage data better than the raw data ($r^2 = 0.83$; Figure 3). Although the percent reduction varied among fish, in general an increase in turbidity from ambient to 15 NTUs (a 10-NTU increase) reduced reactive distance approximately 20%, or about a 2% reduction for each 1 NTU increase in turbidity. Similarly, reactive distances at 30 NTUs were reduced approximately 55% from values at ambient turbidity, or a 2.2% reduction per unit increase in turbidity. From 15 to 30 NTUs, reactive distance declined approximately 35% or 2.33% per NTU. Hence, per-unit decreases in reactive distance increased slightly as turbidity increased.

Fish size and water temperature were not significantly correlated with reactive distance at any turbidity level (all $P$s > 0.05). However, the total variation in size we investigated was less than 100 mm SL. Although we conducted feeding trials at water temperatures ranging from 8 to 18°C, most observations were made at temperatures above

BLM_0004139



FIGURE 2.—Regression of average reactive distance ($y$) of rainbow trout versus turbidity ($x$, nephelometric turbidity units, NTUs). Each point represents the mean reactive distance of an individual trout in a single feeding trial.



FIGURE 3.—Regression of percent reactive distance ($y$) of rainbow trout, relative to the distance at ambient turbidity, versus turbidity ($x$, nephelometric turbidity units, NTUs). Each point represents the mean percentage for an individual trout in a single feeding trial.

12°C, perhaps limiting our ability to detect temperature-induced changes in reactive distance.

Turbidity did not have a significant effect on pursuit speed (ANOVA: $F = 1.24$; df = 2, 14; $P = 0.32$). At each turbidity, pursuit speed varied significantly among individuals ($F = 2.75$; df = 7, 16; $P = 0.04$), but the regression of pursuit speed on turbidity was not significantly different from zero ($P = 0.13$). Mean (SD) pursuit speeds were 32.2 (12.2) cm/s at ambient turbidity, 30.1 (12.1) cm/s at 15 NTUs, and 28.8 (11.0) cm/s at 30 NTUs.

The regression of sediment concentration ($y$, mg/L) versus turbidity ($x$, NTU) was highly significant ($P < 0.001$) and yielded good fit ($r^2 = 0.944$). The equation $y = 3.399x - 5.603$ can therefore be used to convert our optical measurements of turbidity to sediment concentrations.

## Discussion

Increased turbidity significantly reduced the reactive distance of rainbow trout. There was substantial variation, however, in both the reactive distance of individual fish and in the amount of reduction produced by turbidity treatments. We believe that this variation reflected individual abilities to see prey under turbid conditions and was not due to differences in hunger or motivation. Upon viewing prey, most rainbow trout rapidly accelerated toward the item and then immediately consumed it. The intensity and speed of this behavior suggested that these foraging bouts represented maximal efforts by the fish. If this type

of response was not evident during a feeding trial, we excluded the results for that effort from all analyses.

We observed reductions in reactive distance over a relatively narrow range of turbidities, which suggests that rainbow trout in the Coweeta drainage may be especially sensitive to increases in suspended sediment concentrations. Differences in sediment types and turbidity measures make it difficult to compare our results to other studies. Berg and Northcote (1985) found that an increase in turbidity from 0 to 20 NTUs reduced reactive distance of coho salmon *Oncorhynchus kisutch* approximately 52%; an increase from 0 to 30 NTUs resulted in a 62% reduction. Although these reductions are greater than those we observed, Berg and Northcote used brine shrimp *Artemia* sp. as prey in their trials. The mealworm pieces we used were lighter in color than brine shrimp and floated, which could have increased the ability of our fish to detect these prey. Vinyard and O'Brien (1976) reported that an increase in turbidity from 6.25 to 30 JTUs (Jackson turbidity units) resulted in a 60–70% reduction in reactive distance of bluegills *Lepomis macrochirus*. Although JTUs and NTUs are similar units of measure, Vinyard and O'Brien's description indicates that their 30-JTU suspension was muddier than our 30-NTU treatment.

Increases in turbidity in our trials appeared to affect more than just reactive distance; we noted a decline in foraging strikes and in feeding behavior in general at the highest turbidity level. This

reduction was apparently independent of reactive distance, because even prey within the visual field were often ignored by rainbow trout that showed active feeding at lower turbidities. At 30 NTUs, many fish remained relatively stationary, swimming to maintain position against the current but otherwise showing no movement. Although the possibility that fish were affected by the suddenness of the turbidity changes cannot be discounted, we did not observe fright reactions such as those of coho salmon recorded by Berg and Northcote (1985) upon introduction of sediments to their system. In addition, at least three other studies with salmonids showed that moderate turbidity levels enhanced, or at least did not depress, feeding activities (Noggle 1978; Bisson and Bilby 1982; Gradall and Swenson 1982).

We also observed few fright reactions by fish that never fed during any observation. Typically, nonfeeders maintained position in the water column but did leave their holding location. Stress related to capture in general, and to electrofishing in particular, could have caused this reaction. However, nonfeeding trout left to acclimate in the channels for a week or more often did not begin feeding. Eventually, we retained new captives for only 3–4 d before replacing them if feeding had not begun. This rapid replacement of fish, some of which might have eventually fed, probably accounts in part for the large number of nonfeeders in our experiment.

Turbidity did not affect the swimming speed of fish in pursuit of prey. We had hypothesized that under low turbidity conditions, a greater likelihood of not losing sight of a prey item would lower pursuit speeds. Instead, we found that individual fish tended to show similar pursuit speeds at all turbidities, although pursuit speeds varied widely among fish. We were unable to attribute individual differences in pursuit speed to any one variable such as light level, fish size, or water temperature. Neither did we note any consistent decrease in pursuit speed as foraging bouts progressed, as might be expected if hunger level were the primary determinant of this variable.

Fish size and water temperature showed no relationship to reactive distance of our fish and apparently did not affect the ability of fish to see and identify prey. The limited range of fish sizes (87–185 mm SL) and temperatures (8–18°C) investigated may have limited our ability to detect the effects of these variables, however.

A significant, linear relationship was established between optical and gravimetric measurements of turbidity. The sediments in our work were grey–brown silty muds with some fine organic material. Relatively little of this material was required to increase turbidity levels. The ambient, 15-NTU, and 30-NTU treatments had average sediment concentrations of 8.3, 44.8, and 96.6 mg/L, respectively. Duchrow and Everhart (1971) found that regressions of turbidity on suspended sediment varied among sediment types. This suggests that the level of visual impairment, if any, from a given quantity of suspended sediment is likely to vary from system to system.

The reductions in reactive distance and feeding behavior that we observed as turbidity increased may be biologically relevant. Rainbow trout are primarily visual feeders that search some volume of water to locate prey. If turbidity limits the volume of water that trout can effectively scan for prey, it will reduce food consumption rates (Noggle 1978). Several authors have noted decreases (19–42%) in capture success and prey consumption rates at turbidities of 30–60 NTUs (Noggle 1978; Gardner 1981; Berg and Northcote 1985). Their studies indicate that reductions in reactive distance can affect foraging success. We often noted that more prey passed through our channels without apparent detection at 15 and (especially) 30 NTUs than at ambient turbidity. Some of these prey may have been detected but ignored by the fish. Our inability to distinguish between unseen and ignored prey makes our data inappropriate for a statistical analysis of foraging success.

Our results indicate that wild rainbow trout exposed to increasing levels of suspended sediments experienced significant reductions in their ability to detect prey (i.e., in their reactive distances). In stream environments, such reductions would likely reduce prey capture rates and thus lower growth and fitness of the fish. This may be particularly likely in systems where few prey are available for rainbow trout, such as in the southern Appalachians (Hill 1989). These factors should be taken into consideration when plans for logging, road building, and other projects likely to increase suspended sediment loads in streams are evaluated.

## Acknowledgments

We thank the following individuals for providing logistical and moral support during our study: L. Barrett, V. Boulé, M. Crawford, A. Dolloff, M. Freeman, B. Mullen, R. Ratacjzak, D. Stouder, W. Swank, and the staff of Coweeta Hydrologic laboratory. Special thanks go to J. Popkin, who was an integral part of these experiments for sev-

eral months and provided invaluable assistance during a critical phase of the project. The manuscript was improved by the comments of P. Flebbe and M. Van den Avyle and was typed by L. Edwards. This research was supported by a cooperative agreement (supplement 118 to contract 12-11-008-876) between the U.S. Department of Agriculture Forest Service, Southeastern Forest Experiment Station, and G. D. Grossman (University of Georgia). Additional financial and logistical support was provided by the Institute of Ecology and the School of Forest Resources, University of Georgia.

## References

Barrett, J. C. 1989. The effects of competition and resource availability on the behavior, microhabitat use and diet of the mottled sculpin (*Cottus bairdi*). Doctoral dissertation. University of Georgia, Athens.

Berg, L., and T. G. Northcote. 1985. Changes in territorial, gill-flaring and feeding behavior in juvenile coho salmon (*Oncorhynchus kisutch*) following short-term pulses of suspended sediment. Canadian Journal of Fisheries and Aquatic Sciences 42:1410–1417.

Bisson, P. A., and R. E. Bilby. 1982. Avoidance of suspended sediment by juvenile coho salmon. North American Journal of Fisheries Management 2:371–374.

Boehlert, G. W., and J. B. Morgan. 1985. Turbidity enhances feeding abilities of larval Pacific herring, *Clupea harengus pallasi*. Hydrobiologia 123:161–170.

Breitburg, D. L. 1988. Effects of turbidity on prey consumption by striped bass larvae. Transactions of the American Fisheries Society 117:72–77.

Brown, G. W., and J. T. Krygier. 1971. Clear-cut logging and sediment production in the Oregon Coast Range. Water Resources Research 7:1189–1198.

Duchrow, R. M., and W. H. Everhart. 1971. Turbidity measurement. Transactions of the American Fisheries Society 100:682–690.

Everest, F. H., R. L. Beschta, J. C. Scrivener, K. V. Koski, J. R. Sedell, and C. J. Cederholm. 1987. Fine sediment and salmonid production: a paradox. Pages 98–142 *in* E. O. Salo and T. W. Cundy, editors. Streamside management: forestry and fisheries interactions. University of Washington, Institute of Forest Resources, Contribution 57, Seattle.

Gardner, M. B. 1981. Effects of turbidity on feeding rates and selectivity of bluegills. Transactions of the American Fisheries Society 110:446–450.

Gradall, K. S., and W. A. Swenson. 1982. Responses of brook trout and creek chubs to turbidity. Transactions of the American Fisheries Society 111:392–395.

Hill, J. 1989. The energetic significance of microhabitat use in two stream fishes. Doctoral dissertation. University of Georgia, Athens.

Hynes, H. B. N. 1970. The ecology of running waters. University of Toronto Press, Toronto.

McCluney, W. R. 1975. Radiometry of water turbidity measurements. Journal of the Water Pollution Control Federation 47:252–266.

Murphy, M. L., and J. D. Hall. 1981. Varied effects of clear-cut logging on predators and their habitat in small streams of the Cascade Mountains, Oregon. Canadian Journal of Fisheries and Aquatic Sciences 38:137–145.

Noggle, C. C. 1978. Behavioral, physiological and lethal effects of suspended sediment on juvenile salmonids. Master's thesis. University of Washington, Seattle.

Redding, J. M., C. B. Schreck, and G. H. Everest. 1987. Physiological effects on coho salmon and steelhead of exposure to suspended solids. Transactions of the American Fisheries Society 116:737–744.

Sigler, J. W., T. C. Bjornn, and F. H. Everest. 1984. Effects of chronic turbidity on density and growth of steelheads and coho salmon. Transactions of the American Fisheries Society 113:142–150.

Swenson, W. A., and M. L. Matson. 1976. Influence of turbidity on survival, growth, and distribution of larval lake herring (*Coregonus artedii*). Transactions of the American Fisheries Society 105:541–545.

Sykora, J. L., E. J. Smith, and M. Synak. 1972. Effect of lime neutralized iron hydroxide suspensions on juvenile brook trout (*Salvelinus fontinalis* Mitchell). Water Research 6:935–950.

Tebo, L. B. 1955. Effects of siltation resulting from improper logging on the bottom fauna of a small trout stream in the southern Appalachians. Progressive Fish-Culturist 17:64–70.

Vinyard, G. L., and W. J. O'Brien. 1976. Effects of light and turbidity on the reactive distance of bluegill (*Lepomis macrochirus*). Journal of the Fisheries Research Board of Canada 33:2845–2849.

Yount, J. D., and G. J. Niemi. 1990. Recovery of lotic communities from disturbance—a narrative review of case studies. Environmental Management 14:547–569.

Received May 9, 1991
Accepted December 14, 1991

*Transactions of the American Fisheries Society* 121:444-455, 1992

# Spiny Dogfish Predation on Chinook and Coho Salmon and the Potential Effects on Hatchery-Produced Salmon

Richard J. Beamish, Barbara L. Thomson, and Gordon A. McFarlane

*Department of Fisheries and Oceans, Biological Sciences Branch*
*Pacific Biological Station, Nanaimo, British Columbia V9R 5K6, Canada*

*Abstract.*—Large numbers of spiny dogfish *Squalus acanthias* moved into the area near the mouth of the Big Qualicum River, British Columbia, at the time hatchery-reared smolts of chinook salmon *Oncorhynchus tshawytscha* and coho salmon *O. kisutch* were leaving the river in 1988 and 1989. A small percentage of the spiny dogfish preyed on the smolts, but the resulting smolt mortality is believed to have been large because of the large numbers of spiny dogfish in this area. Spiny dogfish also fed on adult salmon in the fall. The long-term decline in survival of chinook salmon produced at the Big Qualicum Hatchery was similar to the pattern of survival of other hatchery-produced salmon. We propose that this long-term decline in survival results from predation.

Spiny dogfish *Squalus acanthias* are abundant in the Strait of Georgia. The biomass of the population is about 60,000 tonnes (Fargo and Tyler 1989), representing 35 million spiny dogfish (based on an average weight of 1.7 kg). This small shark is an omnivorous, opportunistic feeder (Ketchen 1986), but its predation on Pacific salmon has rarely been observed. In the most comprehensive published study of feeding habits of spiny dogfish, 27 stomachs containing Pacific salmon were identified from 9,466 examined (Jones and Geen 1977). In three other studies that examined the possibility that spiny dogfish might be important predators of Pacific salmon in the Strait of Georgia (Chatwin and Forrester 1953; Godfrey 1968; Robinson et al. 1982), only one spiny dogfish was found to have fed on salmon (Chatwin and Forrester 1953). This inability to demonstrate substantial predation on young or adult salmon has resulted in the belief that spiny dogfish are not important predators of salmon (Jones and Geen 1977; Ketchen 1986).

In this study we reexamined the role of spiny dogfish as predators of Pacific salmon, particularly hatchery-produced chinook salmon *Oncorhynchus tshawytscha* and coho salmon *O. kisutch.* We examined the diet of spiny dogfish for 2 years in the Strait of Georgia to determine if spiny dogfish fed on salmon smolts, and we examined production from a hatchery near the spiny dogfish population we sampled as well as other hatcheries in the Strait of Georgia to determine if the pattern of survival could be related to predation.

## Methods

*Abundance of spiny dogfish.*—A swept-area abundance estimate of spiny dogfish in the study area (Figure 1) was made by towing a bottom trawl net at 3.5–5.5 km/h. Surveys were conducted from July 11 to July 17 in 1988 (44 tows) and from July 24 to 28 in 1989 (40 tows). Abundance of spiny dogfish was estimated by dividing the survey area (Figure 1) by the total area fished and multiplying by the total catch of spiny dogfish. Area fished was determined by multiplying the distance swept by the net by the width of the net; the width of the net for each tow was determined according to procedures used by Saunders et al. (1984). The net was assumed to catch all spiny dogfish in its path. Confidence intervals (95%) for the estimate of spiny dogfish abundance, mean length of spiny dogfish, and mean length of ingested salmon smolts were determined after the procedures described by Cochran (1977). Trawl surveys were not conducted during the period of greatest predation on salmon smolts to avoid altering the feeding behavior of spiny dogfish. However, gillnetting was conducted during both the trawl survey and the period of dogfish predation. Spiny dogfish abundance during the period of salmon smolt predation (May and June) was estimated by calculating the average daily catch per standardized gill-net set (catch per unit of gill-net effort or CPUE) during the period of smolt predation, dividing by the gill-net CPUE during the abundance survey and multiplying by the estimated spiny dogfish abundance during the trawl survey. Gill-net CPUE was also used directly as an index of abundance.

*Predation study.*—Chinook and coho salmon from the Big Qualicum Hatchery are released into the Big Qualicum River, British Columbia, approximately 1.5 km from the Strait of Georgia (Figure 1). The estuary of the river is small, less than 600 m by 450 m, and salmon smolts move

BLM_0004143

# N AMERICAN MUSEUM
# Novitates

PUBLISHED BY THE AMERICAN MUSEUM OF NATURAL HISTORY
CENTRAL PARK WEST AT 79TH STREET, NEW YORK, N.Y. 10024
Number 2864, pp. 1–33, figs. 1–56                       December 16, 1986

## Early Triassic Gastropods from the Sinbad Member of the Moenkopi Formation, San Rafael Swell, Utah

ROGER L. BATTEN[1] AND WM. LEE STOKES[2]

### ABSTRACT

The Sinbad gastropod fauna is important because it is the most diverse Early Triassic fauna known, with 16 genera and 26 species, 22 of which are new. It is not a typical offshore marine fauna like those found in the post-Scythian. It consists of enormous numbers of embryonic shells and small-size species in coquinal limestones. Pelecypods are equally abundant but are poorly preserved and show even less diversity. Ammonoids, important as index fossils, are present but rare. Sponges, echinoderms, algae, and conodonts are also represented by scattered individuals. All other rocks of Scythian age have yielded just a few species representing conservative, long ranging genera such as *Worthenia, Coelostylina, Naticopsis,* or *Omphaloptychia* also found in the Sinbad. In addition, the Sinbad fauna contains the trochids *Boutillieria, Natiria,* and *Chartronella*; the neritids *Vernelia* and *Neritaria*; the loxonematids *Zygopleura, Kittliconcha,* and *Anoptychia*; the cerithid *Promathilda*; the subulitid *Strobeus,* and the opisthobranch *Cylindrobullina.* Sedimentary evidence suggests that the Sinbad fauna was distributed in a subtidal lagoonal environment in an arid climate.

### INTRODUCTION

The gastropod fauna of the Sinbad Limestone consists of enormous numbers of embryonic shells and small-size species of mostly unrecognizable taxa in coquinas. In a few localities there are some well-preserved specimens of both large and small-size species. This study is of one such locality, near Windowblind Butte (AMNH Locality #3026).

Pelecypods are also present in substantial numbers but the diversity is less than that of the gastropods. Ammonites, important index fossils, are represented by scattered individuals. Sponges and echinoderms (crinoid stems and echinoid spines and plates) are present, but uncommon. Conodonts are fairly abundant, but have not been studied.

[1] Curator, Department of Invertebrates, American Museum of Natural History.
[2] Emeritus Professor of Geology, University of Utah, Salt Lake City, Utah.

Copyright © American Museum of Natural History 1986            ISSN 0003-0082 / Price $3.70

## STRATIGRAPHY AND DEPOSITIONAL ENVIRONMENT

The most detailed study of the Sinbad Limestone member of the Moenkopi Formation of the San Rafael Swell is that of Blakey (1974). He named, for the first time, the underlying Black Dragon Member and the overlying Torrey Member. Within the Sinbad Member Blakey recognized three facies: a basal skeletal calcarenite (the fossil-bearing unit from which our collection was made), a middle silty, peloidal calcilutite, and an upper dolomitized calcarenite. There is much interfingering of the lower and upper boundaries, which decreases the thickness from 100 ft to about 50 ft west to east across the San Rafael Swell (Blakey, 1974, pp. 23–25). Fossil-bearing Sinbad has been identified as far east as the Salt Valley anticline in Grand County. The Sinbad obviously represents the most extensive transgression of the Early Triassic seas into central Utah.

Blakey's conclusions regarding the depositional environment of the skeletal calcarenite follows:

> The dolomitized calcarenite facies was deposited in a variety of shoreline and nearshore environments. In the Island in the Sky area (about 35 miles southeast of the San Rafael Swell) stromatolite heads, oncholites, and laminated mats of algal origin are common. These features are composed of intraclasts, pellets and oolites with subordinate terrigenous material and gypsum in veins and pockets. According to Logan *et al.* (1964), flat to crinkly-laminated algal mats are suggestive of the supratidal of high intertidal zone, while discrete "cabbage heads" like those in the Sinbad suggest an intertidal environment with a substantial tidal range, and algal balls or oncholites suggest low intertidal or subtidal zones with more constant agitation. The small amount of sand and silt is attributed to low relief and absence of a nearby terrigenous source and distributing agents (rivers) in an arid climate. The above characteristics suggest marine carbonate shoreline sedimentation in an arid climate (Blakey, 1974, p. 55).

Dean (1981) subdivided the Sinbad Limestone into five lithofacies units representing subtidal to supratidal deposits in the Capitol Reef area of south-central Utah. The section in the Windowblind Butte area is about 100 ft thick and contains most of the facies described by Dean. The snails are from the lower five ft of a dark weathering oolitic packstone unit that is about 20 ft thick in the middle portion of the section. This unit is lithofacies B of Dean, representing a subtidal lagoonal environment of an encroaching sea.

## AMMONOIDS AND CORRELATION

Ammonoid shells constitute a small but significant fraction of the Sinbad Limestone coquinas. Mostly, these show preburial breakage, as do other fossils, but a few are preserved well enough for identification. Stewart et al. (1972) summarized all reported finds from the Sinbad prior to 1972. They listed *Meekoceras gracilitatis*(?), *Meekoceras*(?) sp., *Parannites* sp., *Anasiberites* sp., *Xenocelites* sp., and *Hemiprionites* sp. J. S. Dean (1981), from observations of the Sinbad Limestone of the Teasdale Dome, about 50 miles south of the San Rafael Swell collecting site, reports as follows: "Collections (of ammonoids) are dominated by *Meekoceras* sp., probably *M. gracilitatis,* followed by *Wyomingites* sp. Part of a coarsely ribbed conch similar to *Wasatchites* sp. was also recovered." Blakey's (1974) collection contains *Wyomingites* cf. *W. whiteanus, Dienoceras knechi, D. spathi,* and *Arctoceras tuberculatum.* A small collection made by Stokes from AMNH Locality 3026 contains *Meekoceras gracilitatis* and *Arctoceras mushbackanum* (Bernard Kummel, personal commun.).

Zonation of Triassic ammonoids has been discussed by Tozer (1971). He shows all known Sinbad taxa clustered in or near the Smithian Substage of the Nammalian Stage of the Early Triassic. The evidence is coherent; *Anasiberites,* characteristic of the Smithian, is found in the Sinbad, as is *Wasatchites*; these are worldwide guides to the same interval. In terms of the recently proposed Decade of North American Geological Time Scale (Palmer, 1984), the Smithian, near the middle Scythian, is dated at approximately 242–244 million years.

## THE GASTROPODS

The Sinbad Limestone is a correlative of the Siusi Member of the Werfen Formation of northern Italy (Broglio et al., 1983) which is also an oolitic packstone containing a di-

verse microgastropod fauna of *Worthenia, Coelostylina, Naticopsis, Bellerophon, Omphaloptychia,* and "*Holopella.*" Beds below the Siusi Member contain brachiopods and other groups that are mixed Triassic and Permian.

There is no other comparable gastropod fauna known except in the Triassic Anisian beds of Guizhou Province, China, and in the Virgin Limestone member of the Moenkopi. The Virgin Limestone thus far has not yielded the diversity seen in the Sinbad. Most other lower Triassic gastropods are reported as isolated species in faunal lists. Larson's (1966) study of the Virgin Limestone of Nevada does report 3 brachiopod species, 12 clam species, and 9 gastropod species. In addition to his species, we are describing *Omphaloptychia laevisphaera,* n. sp., *O. homolirata,* n. sp., *Coelostylina costata,* n. sp., *Naticopsis (Naticopsis) virginensis,* n. sp., and *Anoptychia eotriassica,* n. sp., which are found in both the Sinbad and Virgin Limestones. There are distinct differences between these gastropod faunas. The most common forms in the Sinbad are the immature specimens of several *Naticopsis* species along with *Anoptychia* and *Cylindrobullina;* these are absent or very rare in the Virgin. The commonest forms in the Virgin appears to be a species of *Coelostylina* (called *Omphaloptychia* by Larson) and a species of *Trachynerita.*

The Anisian fauna (which is younger than the Sinbad) of Guizhou Province of China (Yin and Yochelson, 1983a) is the earliest Triassic fauna which appears to have most elements of a normal marine fauna, but even it lacks some of the predominant Paleozoic genera that occur in the Ladinian or higher stages of the Triassic. It is interesting that in the Guizhou fauna most species are represented by one or several specimens and no species has astronomical numbers of individuals—in sharp contrast to the Sinbad.

The Sinbad and the Guizhou faunas are interesting because of what they do not contain. The Sinbad fauna lacks the diverse pleurotomarians and euomphalids seen in the Guizhou or the higher Ladinian. They both lack the mesogastropods and neogastropods (such as the mathildids, purpurinids, or aporrhaids) so common to the later faunas. We suspect that the Sinbad lacks these important

elements because of the ecological conditions (high-energy environment) of the San Rafael Swell region. The pleurotomarians and euomphalids, in particular, are found in low-energy, offshore sediments in the late Paleozoic.

The Guizhou fauna, like the Sinbad, is dominated by small-size species (the average less than 0.75 cm high). Although the Guizhou fauna lacks a number of groups that are dominant in the Ladinian, since it does contain a diverse pleurotomarian and euomphalid fraction of the fauna, we feel it is deficient owing to a preservation phenomenon. Both faunas are decidedly Paleozoic rather than Mesozoic in appearance (Yin and Yochelson, 1983c, p. 1101). The Scythian of China (Pan, 1980) from the Guizhou Province and Tibet also has a Paleozoic aspect containing bellerophontids and trochids similar to those seen in the Northeastern Asia Lower Triassic, but it lacks diversity.

## MATERIALS AND METHODS

All Sinbad Limestone specimens were collected at locality AMNH 3026 in the lower 5 ft of a dark weathering oolitic limestone unit (containing bands of sandstone 20 ft thick) which is about 50 ft up from the base of the Sinbad. The Sinbad is about 100 ft thick at this locality. The section is on the road at top of the main Dry Canyon just below a limestone bench capping the canyon. It is 4½ miles south-southeast of Window-blind Butte (1 mile northeast of the center of T21S, R11E), Stinking Spring Quadrangle, northeast Utah (see index map).

The preservation of the fossils is quite variable. Many of the pectinid clams have fine elements of the shell structure preserved, while other clam and snail shells are recrystallized or dissolved completely so that only internal molds are left. Most of the fossil shells are preserved as calcitic pseudomorphs after aragonite. In most cases, the specimens can be freed from the matrix by needles, but in many specimens either the outer shell layer or the entire shell is feathered in so that the shell layers remain locked into the matrix when the rest of the shell is freed. In those cases the ornament and growth lines, necessary for recognition of the genera and species,

BLM_0004146



**INDEX MAP**
FROM THE U.S. GEOLOGICAL SURVEY NW¼
WICKOP QUADRANGLE, UTAH - EMERY CO.

are not available for study. This further reduces the opportunity to observe the real diversity of the fauna.

### ACKNOWLEDGMENTS

We would like to thank Ms. Lauren Duffy for assisting us in producing SEM micrographs that were used in this study. Mr. Peter Harries and Amy Adelson photographed specimens illustrated in this paper. We also thank Drs. Richard D. Hoare and Harold B. Rollins for reviewing the manuscript.

### ABBREVIATIONS

AMNH, American Museum of Natural History
H, shell height
W, shell width
SPANG, spiral angle
SD, subsequent designation

### SYNOPTIC CLASSIFICATION

Class Gastropoda
    Suborder Pleurotomariina
        Family Lophospiridae Wenz, 1938
            *Worthenia windowblindensis,*
                new species (97)*
            *Worthenia* cf. *canalifera* (Münster), 1841 (2)
    Suborder Trochina
        Family Turbinidae Rafinesque, 1815
        Subfamily Homalopomatinae Keen, 1960
            *Boutillieria sinbadensis,* new species (5)
        Subfamily Colloniinae Cossmann, 1916
            *Natiria striatocostata* (Münster), 1841 (1)

* The figures in parentheses are sample sizes.

*Natiria aequicostata,* new species (4)

Family Paraturbinidae Cossmann, 1916
   *Chartronella unicostata,* new species (3)
   *Chartronella,* species (1)
   ? *Chartronella pagina,* new species (1)

Suborder Neritopsina
  Family Naticopsidae Gray, 1847
    *Naticopsis depresispirus,* new species (93)
    *Naticopsis utahensis,* new species (56)
  Family Neritidae Rafinesque, 1815
    Subfamily Neritinae Rafinesque, 1815
     *Neritaria costata,* new species (4)
     *Vernelia fenestravella,* new species (14)

Order Mesogastropoda
  Superfamily Loxonematacea Koken, 1889
   Family Zygopleuridae Wenz, 1938
    *Zygopleura haasi,* new species (66)
    *Zygopleura rugosa,* new species (10)
    *Kittliconcha sciaphostera,* new species (25)
    *Anoptychia eotriassica,* new species (273)
   Family Coelostylinidae Cossmann, 1909
    *Coelostylina costata,* new species (4)
    *Coelostylina virginensis,* new species (13)
    *Coelostylina* cf. *angulifera* (White), 1877 (1)
    *Coelostylina* species a (7)
    *Coelostylina* species b (4)
    *Omphaloptychia hormolira,* new species (55)
    *Omphaloptychia laevisphaera,* new species (25)
  Superfamily Cerithiacea
   Family Mathildidae Wenz, 1938
    *Promathilda spirocostata,* new species (6)

Superfamily Subulitacea Lindström, 1884
  Family Subulitidae Lindström, 1884
   Subfamily Subulitinae Lindström, 1884
    *Strobeus* cf. *paludinaeformis* (Hall), 1869 (187)

Class Opisthobranchia Milne Edwards, 1848
  Superfamily Acteonacea d'Orbigny, 1842
   Family Acteonidae d'Orbigny, 1842
    *Cylindrobullina convexa,* new species (132)

## SYSTEMATIC DESCRIPTIONS

### SUBCLASS PROSOBRANCHIA

### ORDER ARCHEOGASTROPODA

### SUBORDER PLEUROTOMARIINA

### SUPERFAMILY PLEUROTOMARIACEA

### FAMILY LOPHOSPIRIDAE WENZ, 1938

### SUBFAMILY RUEDEMANNIINAE KNIGHT, 1956

### *Worthenia* deKoninck, 1883

TYPE SPECIES: *Turbo tabulatus* Conrad, 1835, p. 267.

DISCUSSION: *Worthenia* is a fairly conservative genus which originated during the Mississippian. It is represented by eight species: five in Europe, two in North America, and one that is cosmopolitan during the Carboniferous. It tends to be high-spired or tabulate with both spiral and collabral ornament present in various combinations. The two American species, *W. tabulata* and *W. speciosa,* are widely distributed and fairly common in Mississippian and Pennsylvanian faunas. The fairly conservative morphological patterns parallel that of *Glabrocingulum* Thomas, 1940, and *Ananias* Knight, 1945, during the upper Paleozoic and show some degree of homeomorphy (Eldredge, 1968).

In the Permian these genera underwent rapid diversification, which is most evident in shell shapes, height of spires, whorl profiles, and ornament patterns. Some 16 species of *Worthenia* are recognized (Batten, MS). Many of the morphotypes represented by these species persist into the Triassic in Europe and Asia (Zardini, 1978; Yin and Yoch-

elson, 1983a). In North America only four Triassic species have been recognized, two in the Norian of Idaho and two in the Lower Triassic. The two Lower Triassic species *W. klamathensis* Smith, 1927, and *W. windowblindensis,* new species, are clearly derived from conservative tabulate stock found in the Permian.

There are two conditions of the selenizone which may have an important taxonomic significance. In one type, the medial lira of the selenizone is the exact edge of the periphery or shoulder (the upper and lower lira are the upper and lower margins of the selenizone). On either side of this medial lira the selenizone surfaces are concave. A number of species possess this type of morphology, *W. schirjaevensis* Stuckenberg, 1905, *W. tuberculifera* Koken, 1900, and *W. conica* Assmann, 1937. In the other type the selenizone surface is uniformly convex and usually forms the periphery or shoulder and spiral ornament may develop along with reinforced lunulae. This can be observed on *W. tabulata* Conrad or *W. windowblindensis,* new species, and many others.

Yin and Yochelson (1983a, p. 164) have subdivided *Worthenia* into several subgenera partly based on these different selenizone conditions and partly on height of the spire. For example, *Humiliworthenia* Yin and Yochelson (1983) is high spired with a flat to concave bisected selenizone.

### *Worthenia windowblindensis,* new species
### Figures 1–3

DIAGNOSIS: Tabulate shells with dominant spiral ornament and flat to concave outer whorl face.

DESCRIPTION: Upper whorl face is slightly concave with well-developed cord adjacent to the suture. Sutures are deeply incised. One or two spiral threads on upper whorl face equidistant from the sutural cord. Keel forms the periphery with selenizone bisecting the shoulder. Selenizone margins are weakly formed threads and no lunulae were observed because of lack of collabral ornament. Outer whorl face is flattened or somewhat concave with prominent medial spiral cord. Base is marked by spiral cord less well developed than medial cord. Spiral threads between each of these cords. Base is flatly rounded with 10 or so spiral cords and minutely phanerom-

phalus to cryptomphalus depending on degree of columellar lip reflection; see figure 3.

DISCUSSION: All species of *Worthenia* described to date have both spiral and collabral ornament developed to one degree or another. In the fullest development both spiral and collabral ornament are equally developed forming reticulation as seen in the type species, *W. tabulata.* In the weaker phases of development, only interference nodes may be present. *W. windowblindensis* is unique in lacking collabral ornament of any type.

Most Triassic species are tabulate and *W. beaumonti* (Klipstein) is closest in shape to *W. windowblindensis. Worthenia beaumonti* has four or more spiral cords on the upper whorl surface, four spiral cords on the outer whorl face, and an evenly developed collabral ornament forming distinct lunulae on the selenizone. It is moderately widely phaneromphalus, thus differing from *W. windowblindensis* which is the first described species from the Lower Triassic of North America.

SPECIMENS: Ninety-seven.

MEASUREMENTS: Holotype AMNH 42961, H 4.8 mm, W 4.8 mm, SPANG 67°. Paratype AMNH 42962, H 6.0 mm, W 5.3 mm, SPANG 67°. Paratype AMNH 42963, H 4.5 mm, W 3.1 mm, SPANG 63°.

ETYMOLOGY: Named for Windowblind Butte, Utah.

### *Worthenia* cf. *canalifera* Münster, 1843
### Figure 4

*Worthenia canalifera* Münster, 1843.

DESCRIPTION: Low-spired shells with an alveozone just above the periphery. Sutures are sharply impressed and whorls embrace just beneath the selenizone. Upper whorl surface is concave with well-developed spiral cord adjacent to suture forming a narrow sutural trough. Selenizone forms a large shoulder cord and appears to have faint spiral threads. Outer whorl face is evenly to unevenly rounded. Alveozone is relatively narrow and concave with spiral cord just beneath the middle. Lower margin of the alveozone is marked by large spiral cord. Beneath this marginal cord is another equally developed spiral cord which also forms periphery of the whorl. Just beneath peripheral cord is another cord that marks the upper border of outer whorl face and the third of the larger spiral cords on the



Figs. 1–4. 1–3. *Worthenia windowblindensis*, new species. **1.** Holotype, AMNH 42961, oblique side view, ×6. **2.** Paratype, AMNH 42962, side view; note stronger development of upper whorl face ornament, ×6. **3.** Paratype, AMNH 42963, oblique basal view, note hemiomphalus condition due to partial columellar lip reflection, ×11. **4.** *Worthenia* cf. *canalifera* Münster, AMNH 42964, oblique side view, ×25.

outer whorl face marks margin of base. At least eight spiral threads are on rounded base; they decrease in intensity toward columellar lip.

DISCUSSION: The three fragments in hand are so well preserved that there can be no ambiguities in interpreting the morphology. They probably represent a new species but we are unwilling to describe a new species based on fragments. They resemble ?*Worthenia, new species No. 2* of Haas (1953, pl. 1, figs. 8, 9) but that illustration shows a shell that has a rapid whorl expansion rate so that the last whorl is quite large in proportion to earlier whorls and the base is more tapered than in the two fragments from the Sinbad. Also, the whole shell is more turriculate in the Haas illustration. Most of the specimens of *Worthenia* from Guizhou, China, are higher spired. Zardini's illustration (1978, pl. 5, fig. 1a–d) of *W. canalifera* Münster is similar to these fragments in the concave upper whorl surface, the spiral cord adjacent to the suture, with a cord marking the lower margin of the alveozone and a cord marking the border of the base. The Zardini illustration differs from our fragments in having a somewhat flatter base and a narrower outer whorl face which gives the shell a more tabulate appearance. Also the basal spiral threads are finer and more numerous.

SPECIMENS: Three.

MEASUREMENTS: Ill. Spec. AMNH 42964, H 2.1 mm, W 2.1 mm, SPANG 108°.

SUPERFAMILY TROCHACEA

FAMILY TURBINIDAE RAFINESQUE, 1815

SUBFAMILY HOMALOPOMATINAE COSSMANN, 1888

GENUS *BOUTILLIERIA* DESHAYES, 1863

TYPE SPECIES: *Turbo eugeni* Deshayes, 1863.

DESCRIPTION: Small shells with spiral sculpture. Well-developed, narrow umbili-

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 48 of 435

cus. Adult shell has a grossly expanded aperture. Whorl profile is inflated but upper whorl face has strong ornament. Columellar lip is reflexed slightly and thickened. Hemiomphalus to cryptomphalus.

DISCUSSION: Cox (1949) placed this genus as a subgenus of *Homalopoma* Carpenter, 1864, and this was adapted by Haas (1953, p. 104). *Boutillieria* consistently displays unevenly developed spiral ornament particularly on the upper whorl surface which causes a tabulate shell shape. *Homalopoma,* on the other hand, has evenly developed spiral ornament over the entire globose shell, and lacks an umbilicus. We believe these features are sufficiently different to define separate genera. Most species are from the Cretaceous except for *B. subcinctum* (d'Orbigny) and *B.* sp., identified by Haas (1953) in the Triassic of Peru. This is the first report of the genus in the Triassic of North America.

### *Boutillieria sinbadensis,* new species
Figure 5

DIAGNOSIS: Trochiform shells with unevenly spaced spiral ornament on the upper whorl surface and with inflated whorls.

DESCRIPTION: Globose shells with deeply incised sutures. Horizontal (flat) sutural ramp is present when adjacent spiral cord is fully developed. In shells where sutural spiral element is a thread, the convex upper whorl surface terminates at suture with no ramp evident. One or two spiral cords just below the sutural cord. Upper whorl face terminates at a shoulder formed by spiral cord. The upper whorl face is concave between these cords. Periphery is rounded and marked by a spiral cord. Rounded base is bordered by basal spiral cord and has 8–11 spiral cords. Broad, weakly developed collabral elements on whorl surface. Growth lines (hence the outline of the aperture) form a broad sinus with its deepest portion at periphery. Whorls embrace on basal spiral cord. Minutely phaneromphalus.

DISCUSSION: There is a moderate amount of variability between the five specimens available for study. The gap between the two closely spaced cords on the upper whorl surface and the shoulder is concave and may be shallow and wide or narrow and deep causing

a steplike upper whorl profile. The cord on the periphery may be weak so that the area between the shoulder and the basal spiral cord (the outer whorl face) may be flat or convex. The spiral ornament may be weak or sharply defined. In one specimen the whorls embrace lower on the whorl, below the basal spiral cord, causing a higher spired shell.

This species differs from *B. subcinctum* (d'Orbigny) Haas, 1953, in lacking the well-developed collabral elements that form interference nodes with spiral ornament in that species. It differs from *B. eugeni* Deshayes, 1863, in being more tabulate and having more unevenly formed spiral ornament, but is similar in having the shoulder and basal spiral cords more fully developed than other spiral elements.

SPECIMENS: Five.

MEASUREMENTS: Holotype AMNH 42965, H 7.3 mm, W 6.4 mm, SPANG 64°; paratype AMNH 42966, H 4.5 mm, W 4.3 mm, SPANG 66°; paratype AMNH 42967, H 5.5 mm, W 4.2 mm, SPANG 55°.

ETYMOLOGY: Named for Sinbad member of the Moenkopi Formation.

SUBFAMILY COLLONIINAE COSSMANN, 1916

GENUS *NATIRIA* DEKONINCK, 1881

TYPE SPECIES: *Natica lirata* Phillips, 1836.

DISCUSSION: Yin and Yochelson (1983b, p. 530) were of the opinion that *Natiria,* placed by Knight et al. (1960) in the heterogeneous Craspedostomatidae, should be considered a turbinid along with *Eucycloscala* Cossmann, 1895, and *Liotina* Fischer, 1885. The latter two genera are in the subfamily Liotiinae which includes genera with strongly developed spiral and collabral ornament and with apertures that are grossly thickened. There is much variation in shell shape within this group, ranging from high-spired forms (*Microcheilus*) Kittl to sinistral planispiral forms (*Pseudoliotina*) Cossmann. We would suggest that *Natiria* is more closely associated with genera such as *Collonia* Gray, which is turbiniform with collabral ornament or with *Otomphalus* Cossmann, which is loosely coiled. We provisionally place *Natiria* in this group, the subfamily Colloniinae.

As noted by Yin and Yochelson (1983b, p. 515), the superfamily Trochacea previously

BLM_0004151



Figs. 5–7. **5.** *Boutillieria sinbadensis,* new species, holotype, AMNH 42965, side view, ×5.5. **6.** *Natiria striatocostata* (Münster), AMNH 42968, side view, ×25. **7.** *Natiria aequicostata,* new species, holotype, AMNH 42969, oblique side view, ×13.

had not been recognized in Paleozoic faunas. *Natiria* was previously considered a craspedostomatid (which does occur in the Paleozoic), but is now considered a trochacean. They identified *N. striatocostata* Münster, originally described as a species of *Naticella* from the Triassic of Europe, from the Triassic of China.

The presence of a shallow siphonal trough in *N. striatocostata* from the Sinbad seems anomalous because all trochids, along with most archeogastropods, are considered holostomous. However, recently Batten (1985) reported a siphonal notch in *Eucycloscala asiatica* Batten, 1985. *Eucycloscala* is believed by Yin and Yochelson (p. 523) to be related to *Natiria.*

The most important feature of the genus is the persistent development of collabral cords across the whorl and a reflexed columellar lip which may be thickened. It is phaneromphalus, hemiomphalus, or cryptomphalus depending on the relative development of the columellar lip.

*Natiria striatocostata* (Münster)
Figure 6

DESCRIPTION: Moderately high-spired, very small trochiform shells with large axial cords. Whorl profile is evenly rounded. Sutures sharply defined and wavy, reflecting development of cord and intercord areas adjacent to suture. Axial cords are almost vertical and more fully developed on outer whorl surface and disappear on base. There are 14 cords on final whorl. Whorls embrace just below a medial, poorly defined periphery. Spiral threads are evenly distributed across whorls and base. Columellar lip is slightly thickened and inner lip is formed into a siphonal trough at the junction of columellar lip. Anomphalus.

DISCUSSION: This single, but well-preserved specimen is almost identical to that illustrated as *Naticella striatocostata* in Zardini (1978, pl. 20, fig. 7a, b). His illustration is that of a somewhat lower-spired shell, with whorls embracing on the periphery. In all other features the two are inseparable, including what appears to be a shallow siphonal trough on his specimen.

Yin and Yochelson (1983b) have identified a shell from Guizhou which is similar but has fewer, larger cords which extend onto the base of the whorls. Whorls embrace at the periphery so that the Chinese specimen is lower spired and somewhat more globose appearing compared to the Sinbad specimen. Also the authors do not report any spiral ornament. Perhaps these differences are large enough to constitute a separate species, but more specimens are needed.

SPECIMENS: One.

MEASUREMENTS: AMNH 42968, H 2.3 mm, W 1.4 mm, SPANG 63°.



Figs. 8–10.   **8.** *Chartronella unicostata,* new species, holotype, AMNH 42971, apertural view, ×11. **9.** *Chartronella* species, AMNH 42973, oblique side view, ×11. **10.** ?*Chartronella pagina,* new species, holotype, AMNH 42974, side view, ×7.

### *Natiria aequicostata,* new species
#### Figure 7

DIAGNOSIS: Naticiform shells with closely spaced, evenly developed collabral cords, whorls embrace on, or just below, the periphery.

DESCRIPTION: Small, globose shells with evenly formed whorl profiles with a broad periphery at mid-whorl. Sutures deeply incised and wavy, reflecting the collabral ornament which terminates at the suture. Whorls embrace at or just below periphery. Collabral cords evenly developed, numerous, and closely packed. Cords are opisthocline. Ornament developed only on the last two adult whorls; early whorls are smooth. Ornament fully developed on the outer portion of the base and abruptly disappears at umbilicus. Columellar lip reflexed and somewhat thickened, forming a depressed callus. Narrowly phaneromphalus or hemiomphalus.

DISCUSSION: The collabral cords of this species are very different from other species of the genus in being closely spaced and with no other ornament other than faint collabral threads between the cords which may, in fact, be growth lines. In various illustrations of *N. striatocostata* the cords are widely spaced with either spiral or collabral secondary ornament (or both) between the cords. Most species have opisthocline cords sweeping backward and

down, except for *N. striatocostata,* illustrated in this study, where the cords are nearly vertical. The cords of *N. aequicostata* are similar to those of *N. sublineata* Münster, 1841, which are finer, but the whorls are more rounded and embrace higher, above the periphery. The depression on the callus of the columellar lip suggests that there might have been an operculum.

SPECIMENS: Four.

MEASUREMENTS: Holotype AMNH 42969, H 3.3 mm, W 3.6 mm, SPANG 82°. Paratype AMNH 42970, H 2.2 mm, W 2.5 mm, SPANG 74°.

ETYMOLOGY: *Aequalis,* Latin for same; *costa,* Latin for rib.

### FAMILY PARATURBINIDAE COSSMANN, 1916

### GENUS *CHARTRONELLA* COSSMANN, 1916

TYPE SPECIES: *Chartronella digoniata* Cossmann, 1902.

DISCUSSION: Cossmann placed the genus in this family because of the thick shell, a feature also mentioned by Haas (1953, p. 80). However, the shells from the Sinbad are fairly thin and comparable to that illustrated by Haas (in spite of his statement that the shells are thick). In any event, *Chartronella* does not have a shell nearly as thick as other genera of the family, nor is it as gross. In other features, such as the turbiniform shell shape and

BLM_0004153

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 51 of 435

the dominant spiral ornament, the genus would better fit into the group which includes *Boutillieria* (the Homalopomatinae).

### *Chartronella unicostata,* new species
Figure 8

DIAGNOSIS: Tabulate shells with a spiral cord forming the periphery at mid-whorl and with a weak basal spiral cord.

DESCRIPTION: Sutures deeply impressed and narrow sutural ramp inclined downward to suture. Upper whorl face is convexoconcave with convex portion adjacent to well-developed spiral cord that forms keel or periphery at mid-whorl. Faint spiral thread in middle of outer whorl face, marking boundary between concave and convex portions. Lower whorl face is convex and merges with flatly rounded base. Faint, but wide, spiral cord in middle of rather narrow lower whorl face. Growth lines moderately opisthocline on the upper whorl face and prosocline on lower whorl face forming a V-shaped shallow sinus. Collabral ornament consists of evenly formed and spaced threads over whorl surface. Hemiomphalus. Columellar lip thickened into a callus with medial groove suggesting an operculum.

DISCUSSION: *C. unicostata* is quite similar to the St. Cassian species *C. subcarinatus* (Münster) which has a well-developed shoulder but the basal spiral cord is relatively weak compared to the Sinbad species. This is in contrast to most post-Triassic species which usually have both cords equally well developed. *C. unicostata* differs from *C. subcarinatus* by having a very weakly formed basal spiral thread and dominant collabral ornament, while that species has cancellate ornament. *C. subcarinatus* has a well-developed convex alveozone which is nearly vertical, while the Sinbad species has a poorly defined alveozone which slopes into the base because of the weakly developed basal thread. Whorls embrace on this basal thread. The columellar lip is strongly reflexed so that there is a cryptomphalus condition in *C. subcarinatus*. In *C. unicostata* the columellar lip is thickened into a callus which only partially obscures the umbilicus.

SPECIMENS: Three.

MEASUREMENTS: Holotype AMNH 42971,

H 3.6 mm, W 3.6 mm, SPANG 61°. Paratype AMNH 42972, 4.2 mm, W 3.5 mm.

ETYMOLOGY: *Unus,* Latin for one, *costa,* Latin for rib.

### *Chartronella* sp.
Figure 9

DESCRIPTION: Tabulate shell with a sutural cord, a keel, and a basal spiral cord. A narrow, concave sutural ramp is separated from upper whorl face by well-developed spiral cord. Upper whorl face relatively narrow and concave, terminating at keel with well-developed spiral cord. Lower whorl is concave and separated from flatly rounded base by basal spiral cord, somewhat less developed than peripheral cord. Whorls embrace just below this basal cord.

DISCUSSION: This species is quite distinct by virtue of the strong development of the peripheral cord. It differs from *C. unicostata* in the more pagodaform shell shape, the strong development of the peripheral cord, and the presence of a strong basal spiral cord. The whorls embrace lower on the whorl giving this species a higher spired shell. It differs from the type species *C. digoniata* in the differentially developed sutural and basal cords. Unfortunately, only a single fragmented specimen was found with only a small portion of each of two adjacent whorls intact.

SPECIMENS: One.

MEASUREMENTS: AMNH 42973 H 3.8 mm, W 3.0 mm, SPANG 48°.

### ?*Chartronella pagina,* new species
Figure 10

DIAGNOSIS: Trochiform shells with a periphery high on the whorl, with a well-developed spiral cord and a broad whorl face; the collabral ornament is lamellose.

DESCRIPTION: Sutures are sharply incised with a flat, ill-defined sutural ramp with collabral ornament. Upper whorl surface is convex, sloping toward periphery. A spiral cord is located in center of upper whorl face. Outer whorl face is nearly vertical, flattened, and somewhat wider than upper whorl face. Two well-developed and evenly spaced spiral cords present on outer whorl face. Basal spiral cord is more strongly formed than two outer whorl cords. Whorls embrace just below basal cord.

BLM_0004154

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 52 of 435

Rounded base has 10 or more spiral threads. Collabral ornament consists of evenly spaced and asymmetrical ribs with a raised concave leaflike flange with the gentle slope away from aperture. Collabral ornament is more strongly developed on upper whorl face and gradually becomes weaker toward base where it is only faintly visible as threads. Columellar lip is slightly reflexed. Aperture is holostomous. Anomphalus.

SPECIMENS: One.

MEASUREMENTS: Holotype AMNH 42974, H 6.0 mm, W 5.4 mm, SPANG 56°.

ETYMOLOGY: *Pagina,* Latin for page.

### SUBORDER NERITOPSINAE
COX AND KNIGHT, 1960

### SUPERFAMILY NERITACEA
RAFINESQUE, 1815

### FAMILY NERITOPSIDAE GRAY, 1847

DISCUSSION: The most commonly encountered snails in both the Sinbad and the Virgin members of the Moenkopi Formation are two species of *Naticopsis* M'Coy, occurring in astronomical numbers. In addition to *Naticopsis,* two other genera belonging to this family are found, *Neritaria* Koken, 1892, and *Vernelia* Böhm, 1895. Yin and Yochelson, 1983b, also noted the prevalence and diversity of this family in the Middle Triassic of China.

In the Upper Paleozoic and Lower Mesozoic there are naticiform genera that have been described from the Alpine region of Europe during the latter part of the 19th century. These include *Naticopsis, Pachyomphalus* Böhm, 1895; *Fedaiella* Kittl, 1894; *Hologyra* Koken, 1892; *Vernelia* Böhm, 1895; *Planispirina* Kittl, 1899; *Damesia* Holzapfel, 1888; *Dicosmos* Canavari, 1890; and *Marmolatella* Kittl, 1894. Some of these are recognized on the basis of shell shape (involving multiple characters such as whorl expansion rate, axial translation rate, and whorl profile changes). For example, *Marmolatella* has a high whorl expansion rate and a low translation rate with a flattened upper whorl surface. However, the most important generic features are the inductural deposits (callus developments such as teeth, ornament, and funicles), type of columellar lip, presence of an umbilicus, and the

nature of the inner lip. A large number of species have been described from the Middle Triassic deposits of central and eastern Europe and, seemingly, have been haphazardly, almost senselessly, placed in these genera (Yin and Yochelson, 1983b, pp. 515–518).

The problem is that the character combinations in some of the species do not match those of any one genus. For example, in the new species *Vernelia fenestravella,* there is no parietal inductura (found in all other genera and species) but there is a circumbilical ridge characteristic of *Vernelia,* which Yin and Yochelson (1983, p. 517) believe to be the most diagnostic feature.

### GENUS *NATICOPSIS* M'COY, 1844
### SUBGENUS *NATICOPSIS* (*NATICOPSIS*)
M'COY, 1844

DISCUSSION: The two species newly described herein, *N.* (*N.*) *depresispirus* and *N.* (*N.*) *utahensis,* are the two most abundant species in the Sinbad and Virgin limestones. They occur in astronomical numbers and are found as small shells about 2 mm in width. The sample size listed under each of the species represents the specimens selected at random to represent the hypodigm.

Both of the species fall within the range of morphotypes found in the Upper Paleozoic (Batten, 1979, p. 12, for a discussion of naticopsid morphotypes); *N.* (*N.*) *utahensis,* for example, belongs to the *N.* (*N.*) *worthenia* Knight, 1933, morphotype. Each of the Sinbad species are clearly distinct as discussed below and their numerical distribution makes it unlikely that they represent a sexual dimorphism.

### *N.* (*Naticopsis*) *depresispirus,*
new species
Figures 11–13

DIAGNOSIS: Naticiform shells with a flattened upper whorl surface, with whorls embracing above the periphery; only a small portion of the earlier whorls are exposed.

DESCRIPTION: Inflated whorls have a periphery high on whorl and a moderately high whorl expansion rate. Upper whorl surface is flattened. Sutures are sharply defined and impressed. Outer whorl face varies from slightly angulate to rounded. Base is rounded. An-

BLM_0004155

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 53 of 435



Figs. 11–13.  *Naticopsis* (*Naticopsis*) *depresisipirus*, new species. **11.** Holotype, AMNH 42975, oblique top view, ×2.5. **12.** Paratype, AMNH 42976, apertural view, ×3.8. **13.** Paratype, AMNH 42977, side view, ×30.

omphalus. Columellar lip is reflexed with a thickened, smooth callus limited to a narrow band.

DISCUSSION: There is much variation in the shape of the whorls from a flattened upper whorl face and an almost angulate periphery high on the whorl with a somewhat flattened angulate base to an almost evenly globose whorl profile with a periphery more nearly at mid-whorl and with a rapid whorl expansion rate. Whorls embrace very high on the whorl in the angulate specimens and somewhat lower on the more globose specimens. In globose specimens the callus is less well developed and more diffused over the parietal surface.

This species comes closest to *Neritaria dicosmoides* Haas, 1953, in the rate of whorl expansion and the sharply defined callus. That species is consistently more globose with the periphery consistently lower on the whorl and with the whorls embracing lower on the whorl. *N. (N.) depresisipirus* is similar to *N. (N.) mandelslohi* (Klipstein) in whorl expansion rate but the whorls embrace much lower and the periphery is lower on the whorls. The columellar lip consists of an upper callus, a funicle plugging the umbilicus, and a lower reflexed grooved lip.

Most specimens in the Sinbad fauna are obviously immature (having two or three whorls) and all fall within the range of 1–2

mm in width. A single specimen from the Virgin Limestone at Blue Diamond Mine, Nevada, serves as the holotype since it is the only known adult.

SPECIMENS: Ninety-three.

MEASUREMENTS: Holotype AMNH 42975, H 6.0 mm, W 6.8 mm, SPANG 87°. Paratype AMNH 42976, H 1.4 mm, W 1.4 mm, SPANG 120°.

ETYMOLOGY: *Depressus,* Latin for low; *spiralis,* Latin for coil.

### *N. (N.) utahensis,* new species
Figures 14–16

DIAGNOSIS: Globose shells with evenly rounded whorls, periphery at mid-whorl, whorls embrace just above the periphery.

DESCRIPTION: Sutures shallow and sharply defined. Whorls evenly inflated with a rounded, somewhat flattened upper whorl surface. Whorl expansion rate moderate for the genus. Outer whorl face rounded to slightly flattened and base rounded. Broad collabral cords with sharply defined intercord areas may be present. Whorl embracement just above periphery.

DISCUSSION: The main variation observed in this species involves the shape of the whorl profile which varies from a broad rectangular outline with a slightly flattened outer whorl

BLM_0004156

Figs. 14–16. *Naticopsis (Naticopsis) utahensis,* new species. **14.** Holotype, AMNH 42978, side view, ×6.5. **15.** Paratype, AMNH 42979, apertural view, ×8. **16.** Paratype, AMNH 42980, oblique side view showing collabral ornament, ×20.

face to an evenly rounded profile. A relatively low whorl embracement causes a higher spired shell than seen in *N. (N.) depresispirus.* It is similar to *N. (N.) praealta* Wanner, 1922, in the whorl profile, rate of whorl expansion, and height of spire, but the periphery is higher in that species. Unfortunately, the aperture is not preserved on any specimen, but from observing a portion of the base that is preserved on a single specimen, it is probable that the columellar lip does not have a heavy callus.

SPECIMENS: Fifty-six.

MEASUREMENTS: Holotype AMNH 42978, H 4.5 mm, W 5.0 mm, SPANG 108°. Paratype AMNH 42979, H 2.4 mm, W 2.7 mm, SPANG 99°. Paratype AMNH 42980, H 2.3 mm, W 1.8 mm, SPANG 110°.

ETYMOLOGY: Named for Utah, a western state.

GENUS *VERNELIA* BÖHM, 1895

TYPE SPECIES: *Natica fastigiata* Stoppani, 1858 (= *N. excelsa* Hauer, 1851); SD B. B. Wordward, 1896.

DISCUSSION: Yin and Yochelson (1983b, p. 530) have defined *Vernelia* as being naticiform with a narrow umbilical gap bordered by an umbilical keel with a flattened inner lip covered by a callus and without parietal tubercles. Several of the neritopsid genera found in the Middle Triassic are defined on the basis of the callus deposits—*Hologyra* Koken, 1892, has a tubercle on the inner lip and a circumbilical carina. *Fedaiella* Kittl,

1894, has two teeth on the inner lip plus the circumbilical ridge or carina. *Vernelia,* besides having the circumbilical ridge, has a narrow, but shallow, trough adjacent to the suture on the upper whorl face. This is the first report of the genus in the Western Hemisphere.

*Vernelia fenestravella,* new species
Figures 17, 18

DIAGNOSIS: Neritiform shells with a shallow umbilicus and a narrow sutural trough with a carina.

DESCRIPTION: Whorl profile varies from evenly rounded to a more flattened upper whorl face. If whorl profile is rounded, periphery is mid-whorl, if flattened, periphery is higher on the whorl. Sutures are sharply defined. Sutural cord on upper whorl surface separates a narrow shallow trough on upper whorl face from an even more narrow trough adjacent to suture. Whorls evenly rounded and outer lip is elliptical. Whorls embrace at or just below periphery, so that shell will appear relatively high-spired in specimens with evenly rounded whorl profiles, such as the holotype. Columellar lip apparently has no parietal inductura. Poorly developed circumbilical ridge fades away toward inner lip. Narrowly phaneromphalus to cryptomphalus.

DISCUSSION: This species differs from all other species, such as *V. subimpressa* Yin and Yochelson, 1983b, in lacking a parietal callus or inductura. It does have the characteristic circumbilical ridge. The Chinese species has



Figs. 17–19.   17a, b, 18. *Vernelia fenestravella,* new species. **17.** Holotype, AMNH 42981; a. oblique side view, ×9; b. apertural view, ×7.5. **18.** Paratype, AMNH 42982, apertural view, ×20. **19.** *Pachyomphalus americus,* new species, holotype, AMNH 42983, side view, ×21.

delicate spiral and collabral ornament, missing in the Sinbad species, and a narrow sutural trough not set off by a cord like *V. fenestravella.* The type species, *V. fastigiata* Stoppani, 1858, is higher spired with a much lower whorl expansion rate.

SPECIMENS: Fourteen.

MEASUREMENTS: Holotype AMNH 42981, H 4.8 mm, W 4.8 mm, SPANG 70°. Paratype AMNH 42982, H 2.8 mm, W 3.0 mm, SPANG 84°. Paratype AMNH 42982a, H 3.2 mm, W 3.6 mm, SPANG 78°.

ETYMOLOGY: *Fenestra,* Latin for window; *velum,* Latin for curtain.

### GENUS *PACHYOMPHALUS* BÖHM, 1895

TYPE SPECIES: *Pachyomphalus concinnus* Böhm, 1895.

DISCUSSION: This genus was recognized by the relatively high-spired shell with an elongated whorl, which is extreme for the family. The shell is relatively thin and the type has a narrow inductura on a reflexed columellar lip. The other species placed by Böhm in this genus is *P. rectelabiata* Kittl, 1894, which has an even, less well developed inductura confined to the slightly reflexed columellar lip.

### *Pachyomphalus americanus,* new species
Figure 19

DIAGNOSIS: Tiny, littoriniform shells with a broad, flattened periphery.

DESCRIPTION: Sutures are shallow, but sharply set off. Whorls are evenly inflated with broad, flattened outer whorl face and ill-defined peripheral region with a mid-whorl center. Whorls embrace progressively lower on upper margin of outer whorl face. A flattening of upper whorl face adjacent to suture forms a narrow, ill-defined sutural ramp. Or-

nament is lacking. Growth lines very gently sinuous, opisthocline at the suture, becoming prosocline at mid-whorl, and sweeping backward on rounded base. Aperture is ovoid. Columellar lip is slightly reflexed and thickened.

DISCUSSION: There is some variation among the three specimens. The whorl expansion rate is lower in two of the paratypes giving the shells a more robust appearance, similar to *P. rectelabiata* Kittl, 1894. The sutural ramp is similar to that seen in the Kittl species and the whorls embrace at the same position, but the periphery is lower on that species and the base flattened. Other Triassic European species assigned to this genus are more globose with rounded bases and with the sutural ramp more obvious. The aperture of *P. americanus* is not completely preserved but a small section of the columellar lip shows that it is reflexed and there is no evidence of parietal deposits which would indicate a *Naticopsis* affinity.

SPECIMENS: Three.

MEASUREMENTS: Holotype AMNH 42983, H 2.2 mm, W 1.4 mm, SPANG 76°. Paratype AMNH 42984, H 2.0 mm, W 1.5 mm, SPANG 62°.

ETYMOLOGY: Named for the North American continent.

FAMILY NERITIDAE RAFINESQUE, 1815

SUBFAMILY NERITINAE RAFINESQUE, 1815

GENUS *NERITARIA* KOKEN, 1892

TYPE SPECIES: *Natica plicatilis* Klipstein, 1843 (= *Protonerita* Kittl, 1894).

*Neritaria costata,* new species
Figures 20, 21

DIAGNOSIS: Naticiform shells with sinuous costae fully developed from suture to base.

DESCRIPTION: Shells with an evenly globose whorl profile and a periphery high on the whorl. Sutures are sharply defined and depressed. Whorls embrace on periphery, and whorl expansion rate is high. Collabral ornament consists of sinuous costae somewhat more strongly developed on upper and outer whorl faces. Inner lip and columellar lip are thickened, with funicle in mid-columellar lip region, covering umbilicus.

DISCUSSION: This species most closely resembles *N. plicatilis* (Klipstein). However, the type species, from the St. Cassian beds of Italy, has a periphery low on the whorl, costae more fully developed and stronger on the upper whorl face, and the inner lip is not as thickened. This new species is quite similar to *N. hologyroides* Haas, 1953, but the columellar lip has a fully formed callus. All specimens of the new species appear to be juveniles.

SPECIMENS: Four.

MEASUREMENTS: Holotype AMNH 42985, H 1.0 mm, W 0.9 mm.

ETYMOLOGY: *Costa,* Latin for rib.

SUPERFAMILY LOXONEMATACEA
KOKEN, 1889

FAMILY ZYGOPLEURIDAE WENZ, 1938

DISCUSSION: The relation of the Pseudozygopleuridae and the Zygopleuridae has been much discussed (Knight et al., 1960, pp. 312–313; Batten, 1985, pp. 11–12). We believe that the species assigned to *Zygopleura* Koken, 1892, *Kittliconcha* Bonarelli, 1927, and others are related to those described in the Upper Paleozoic as pseudozygopleurids. There is a dual classification of Upper Paleozoic genera in which those having a smooth embryonic shell are recognized as separate genera from those having a pseudozygopleurid embryonic shell. For example, Hoare and Sturgeon, 1981, observed that the type species of *Hemizyga, H. elegans* Girty, 1915, has a smooth embryonic shell and hence cannot be a pseudozygopleurid. They segregated those species of *Hemizyga* which have pseudozygopleurid embryonic shells into a new genus, *Gamizyga* Hoare and Sturgeon, 1981, now considered as a subgenus of *Plocezyga* Hoare, 1980.

Fortunately, *Zygopleura* has priority over the Pseudozygopleuridae so that the Mesozoic taxa will not suffer nomenclatural changes but certainly the Paleozoic names should be changed since the Mesozoic names have priority. This is true for a number of genera which are found in both the Paleozoic and Mesozoic; for example, *Glabrocingulum* Thomas, 1940, has been used for a common group of species in the Upper Paleozoic and it clearly is the same as *Rhaphistomella* Kittl,

BLM_0004159



Figs. 20, 21.  *Neritaria costata,* new species. **20.** Holotype, AMNH 42985, apertural view, ×38. **21.** Paratype, AMNH 42986, side view, ×10.

1891, described from the Middle Triassic of Europe. Such dual classifications have obscured the interpretation of the Permo-Triassic extinction event.

In any event, all post-Paleozoic zygopleurids and the Recent abyssochrysids have smooth embryonic whorls. Only *Anoptychia* Koken, 1892, has a complex early shell similar to the pseudozygopleurids but, even so, the first several whorls are smooth. The main evolutionary pattern in the Mesozoic is away from the *Zygopleura-Pseudozyglopleura* bauplan of dominant collabral cords on inflated whorls. Thus, recognizing the Zygopleuridae as separate from most of the pseudozygopleurids has some merit and we will conditionally adopt this separation since it will not affect Triassic nomenclature.

GENUS *ZYGOPLEURA* KOKEN, 1892

TYPE SPECIES: *Turritella hybrida* Münster, 1841, SD Cossmann, 1909.

DISCUSSION: Most of the species currently assigned to this genus have smooth, nonpseudozygopleurid embryonic whorls which gradually develop ornament, usually collabral, which continues into the adult whorls. Many specimens and illustrations do not show the early whorls preserved so that they cannot be evaluated, but none that are present in the Sinbad fauna show anything but smooth embryonic whorls. In all other respects, the morphotypes seen in the Triassic species duplicate those of the Upper Paleozoic. Since the species are distinct, and the species names

have priority over the Paleozoic species of *Pseudozygopleura,* we will continue to use the valid Triassic species designations.

### *Zygopleura haasi,* new species
Figures 22, 23

DIAGNOSIS: High-spired shells with whorls embracing on the base; whorl profile evenly inflated with orthocline collabral cords strongest on outer whorl face.

DESCRIPTION: Orthoconoid shells with a relatively rapid axial translation rate and whorls embracing on the base. Whorls vary from evenly inflated with a broad, centrally located periphery to somewhat more flattened upper and lower whorl faces and slightly angular periphery which may be somewhat below mid-whorl. Sutures are sharply defined but wavy, reflecting collabral ornament which terminates at suture. Some shells have sutural depression of upper whorl surface which lacks ornament. Collabral cords evenly developed over the surface of the whorl, tapering to threads adjacent to suture. Cords mostly orthocline and vertical. Whorl surface between cords shows reinforced growth lines. Collabral cords become threads on base. Columellar lip is straight; insipient siphonal notch at junction of lower lip, see figure 23. Aperture holostomous. Anomphalus.

DISCUSSION: The shape of the whorl is somewhat variable as is the degree of collabral cord development ranging from sharp and steep-sided with relatively broad intercord areas to gentle-sided and occupying most

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 58 of 435



Figs. 22–25.   22, 23. *Zygopleura haasi,* new species. **22.** Holotype, AMNH 42987, side view, ×6.5. **23.** Paratype, AMNH 42988, apertural view, note loss of ornament on adult whorl and insipient siphonal notch, ×3.5. 24, 25. *Zygopleura rugosa,* new species. **24.** Holotype, AMNH 42991, side view, ×9. **25.** Paratype, AMNH 42993, side view, ×19.

of the whorl surface. Most specimens show orthocline cords, but some show slightly arcuate cords forming a broad sinus. A few specimens have smooth adult whorls or the adult whorls have greatly reduced ornament, a very common condition in this superfamily.

This species resembles *P.* (*Pseudozygopleura*) *croneisi* Knight, 1930, in the development of the collabral cords, the shape of the whorls, and centrally located periphery. It differs in the whorl embracement which is much lower on the whorl than in the Knight species and has less intercord area exposed. It is quite similar to *Z. obliquecostata* (Münster) in the position of whorl embracement, development of the collabral cords, height of shell, and reduced ornament on the adult whorls. It differs in having a slower whorl expansion rate causing a higher appearing shell and having the periphery slightly higher on the whorl with finer, more numerous collabral cords.

SPECIMENS: Sixty-six.

MEASUREMENTS: Holotype AMNH 42987, H 7.0 mm, W 3.0 mm, SPANG 21°. Paratype AMNH 42988, H 9.1 mm, W 3.8 mm,

SPANG 16°. Paratype AMNH 42989, H 18.8 mm, W 8.6 mm, SPANG 15°.

ETYMOLOGY: Named for Otto Haas.

### *Zygopleura rugosa,* new species
#### Figures 24, 25

DIAGNOSIS: Turritelliform shells with irregular, sinuous collabral ornament which becomes progressively weaker during ontogeny.

DESCRIPTION: Whorl profile changes from pendant-shaped concavoconvex with a periphery low on the whorl to evenly convex profile with a broad, centrally located periphery. Whorls embrace well below periphery giving shell a high-spired appearance. Whorl expansion rate is rather low. Collabral cords in early whorls are large, flattened, and sinuous. Growth lines are opisthocline from suture to periphery and prosocline from periphery to base forming a sinus. Collabral cords are separated by narrow intercord area which is a groove. Later whorls have more widely spaced intercord areas since collabral cords are less well developed and formed into threads separated by slightly more developed

BLM_0004161

cords. Final two whorls have numerous collabral threads of varying intensity, covering the base as well.

DISCUSSION: The most striking feature of this species is the very irregular development of the collabral ornament in mid to late ontogeny. There are only a few loxonematids that show this; *P. (Pseudozygopleura) nigra,* Knight, 1930, and *P. (P.) williamsi* Knight, 1930, have reduced ornament but show smooth adult whorls; neither has irregular development of the ornament. *Zygopleura walmstedti* (Klipstein), 1843, as illustrated by Zardini (1978, pl. 24, fig. 12), has reduced, irregular ornament in later stages of ontogeny but early growth lines are prosocline, becoming vertical in adult whorls. The whorl profile is flattened with the whorl embracement at the juncture of the outer whorl face and the base. *Z. rugosa* is a distinctive species at the far end of a narrow spectrum of collabral ornament variant patterns.

SPECIMENS: Ten.

MEASUREMENTS: Holotype AMNH 42991, H 5.2 mm, W 2.8 mm, SPANG 23°. Paratype AMNH 42992, H 2.5 mm, W 1.3 mm, SPANG 27°.

ETYMOLOGY: *Ruga,* Latin for wrinkle.

GENUS *KITTLICONCHA* BONARELLI, 1927

TYPE SPECIES: *Loxonema walmstedti* Kittl, 1894 (non Klipstein, 1843).

DISCUSSION: Haas (1953, pp. 116–117) has fully discussed the relationship of *Kittliconcha* Bonarelli, 1927, *Katosira* Koken, 1892, and *Anoptychia* Koken, 1892. Basically the differences involve ornament variation. *Anoptychia* has secondary ornament only on the early whorls; *Katosira* has primary collabral cords with secondary spiral and collabral ornament which forms a cancellate network between the primary collabral cords. *Kittliconcha* has primary collabral cords with secondary spiral surface between them which become reduced to absent on the adult whorl and with an unornamented base.

There are other differences. *Katosira* is high-spired with flattened, elongated whorl profiles giving a more turritellid shell shape and the base has very heavy spiral ornament. *Kittliconcha* has a higher whorl expansion rate and a lower-appearing spire with globose or inflated whorls.

The Sinbad species, *K. sciaphostera,* new species, comes closest to the type species in ornament, whorl profile, and apertural features. It would be placed in the subgenus *Hemizyga* (or using the Hoare and Sturgeon concept, in *(Plocezyga) (Gamizyga)* Knight, 1930) if it were found in the Paleozoic. One specimen of our Sinbad species has a smooth embryonic whorl; thus their definition would make it a member of the genus *Hemizyga.* To invoke the "rules," all *Plocezyga* species of the Paleozoic belong to the genus *Kittliconcha.*

### *Kittliconcha sciaphostera,* new species
Figures 26–28

DIAGNOSIS: Moderately high-spired shells with smooth embryonic whorls and inflated later whorls with collabral cords which become weaker in adult stages. Intercord areas with spiral threads.

DESCRIPTION: First three embryonic whorls slightly swollen, evenly inflated, and smooth. Next four to six whorls with strongly developed spiral threads mostly evenly spaced across whorl face. Collabral cords strongly opisthocline near suture, becoming vertical over the flatly rounded whorl profile and terminating at lower margin of outer whorl face. Base is flatly rounded with spiral threads gradually becoming weaker toward columella. Faint collabral threads on outer whorl face may form a cancellate pattern with spiral threads on intercord areas. Final three whorls with primary and secondary collabral ornament only. Holostomous. Anomphalus.

DISCUSSION: There is some variation in the rate of whorl expansion affecting the relative height of spire. There is considerable variation in the development of the spiral threads which may bunch closely together near the suture and then spread unevenly across the whorl surface, or be restricted to the upper and lower portion of the whorl face particularly in the last whorl. The spiral ornament ends abruptly at the 11th whorl.

This species resembles the type species *K. walmstedti* in the development of the ornament, but differs in having a more inflated whorl profile and vertical collabral cords. It differs from *K. obliquecostata* (Bronn) *(in* Zardini, 1978), in having a broad periphery

BLM_0004162

Case No. 1:20-cv-02484-MSK Document 27-1 filed 04/27/21 USDC Colorado pg 60 of 435



Figs. 26–28. *Kittliconcha sciaphostera*, new species. **26**. Holotype, AMNH 42994, side view, ×8. **27**. Paratype, AMNH 42995, side view, ×6. **28**. Paratype, AMNH 42996, oblique side view showing smooth nuclear whorls, ×60.

in mid-whorl and with the spiral ornament terminating in the adult, rather than throughout the shell. It resembles *K. doelloi* Bonarelli, 1927, but that species has finer and more numerous collabral cords that are prosocline.

SPECIMENS: Twenty-five.

MEASUREMENTS: Holotype AMNH 42994, H 5.5 mm, W 2.9 mm, SPANG 28°. Paratype AMNH 42995, H 7.6 mm, W 4.6 mm, SPANG 22°. Paratype AMNH 42996, H 4.0 mm, W 2.7 mm, SPANG 37°.

ETYMOLOGY: *Scia,* Greek for shade or blind; *phoster,* Greek for window.

### GENUS *ANOPTYCHIA* KOKEN, 1892

TYPE SPECIES: *Melania supraplecta* Münster, 1841, SD Kittl, 1894, non Cossmann, 1909.

DISCUSSION: There was some early confusion over whether the type species was *Melania superplecta* Münster or *Turritella superplecta* Münster; see Haas (1953, pp. 122–123) for detailed discussion. In any event, the genus is a well-established zygopleurid characterized by having well-developed spiral and collabral ornament confined to the early whorls of the shell and with smooth, inflated whorls in the adult forms. The base, in some species, may have spiral ornament in the adult. The broad sinus is usually located on the upper whorl surface, but many species (such as *A. canalifera* Münster or *A. multitorquata* Münster) have shallow mid-whorl sinuses. The early embryonic whorls may have one or two spiral ribs or a sharp mid-whorl periphery with strong collabral cords on the outer whorl face, or collabral cords only. There is much variation in this ornament which may be confined to just a few of the early whorls or extend down to the penultimate whorl as in *A. eotriassica,* new species. The presence of a mid-whorl angular periphery and collabral cords in the later shell is similar to that of the adult shell of the type species *Goniospira armata* Münster, 1841. The base of most species is phaneromphalus with a reflexed columellar lip and the aperture is holostomous. It is widely reported in the European Triassic and by Haas from the Peruvian Triassic and is found in the Middle Triassic of Idaho.

BLM_0004163



Figs. 29–32. *Anoptychia eotriassica,* new species. **29.** Holotype, AMNH 42997, side view, ×5. **30.** Paratype, AMNH 42999, side view showing rounded adult whorls, ×2.5. **31.** Paratype, AMNH 43000, side view showing angulate early whorls and rounded ornamented embryonic whorl, ×25. **32.** Paratype, AMNH 43001, oblique top view showing heterostrophic nucleus, ×60.

### *Anoptychia eotriassica,* new species
### Figures 29–32

DIAGNOSIS: High-spired, turritelliform shells with a smooth protoconch, collabral ornament on next three whorls, a mid-whorl periphery, and collabral ornament on the next nine whorls; the final adult whorl is evenly globose without ornament.

DESCRIPTION: Single whorl of planktotrophic larval shell is smooth and unornamented; the next 1½ whorls are evenly inflated with nearly vertical evenly developed and spaced collabral cords. Third whorl has angular periphery, fourth whorl has spiral cord on periphery forming a keel and collabral cords are reduced to numerous threads. Slightly concave upper whorl surface with broad sinus and concave alveozone under keel. Whorls embrace on lower margin of alveozone; base is flatly rounded. On final whorls (12–14), keel becomes broader and less prominent, migrating to just above periphery. Whorl becomes more globose and sinus migrates downward to a mid-whorl position and collabral threads disappear leaving growth line alone to indicate the position of sinus. Whorls in final phase embrace well below periphery and final whorl is evenly globose with no ornament. Narrowly phaneromphalus.

DISCUSSION: The above description is generalized and based on observations of the holotype and a number of paratypes. No specimen is complete but there are sufficient overlaps of the various stages to reconstruct the ontogenetic sequence.

Most of the species from central Europe tend to be lower spired with flatter whorls and base. The early whorls have collabral costae which are zygopleurid-like. *Anoptychia janus* Kittl, 1894, has two spiral ribs which dominate the early whorls. *A. janus* and *Anoptychia multitorquata* Münster are high spired with inflated whorls but lack the highly developed keel of the Sinbad species. *A. multitorquata* has parietal inductura that covers the umbilicus. Haas' species, such as *A. ninacacana,* are lower spired with less inflated whorls and with whorls embracing low on the outer whorl face.

SPECIMENS: Two hundred seventy-three.

MEASUREMENTS: Holotype AMNH 42997, H 10.0 mm, W 3.0 mm, SPANG 13°. Paratype AMNH 42998, H 15.3 mm, W 3.5 mm, SPANG 13°. Paratype AMNH 42999, W 12.5 mm.

ETYMOLOGY: *Eos,* Greek for early, and Triassic, a geological system.

### FAMILY COELOSTYLINIDAE
### COSSMANN, 1909

DISCUSSION: Wenz (1938, pp. 390–397) has placed a number of genera in this family; all are high spired, some without ornament, but



Figs. 33, 34. *Coelostylina costata,* new species. **33.** Holotype, AMNH 43002, side view, ×20. **34.** Paratype, AMNH 43003, oblique side view, ×10.

most have collabral ornament patterns. Nine genera are siphonate and 11 are holostomous. There are certain problems with this arrangement, particularly with *Omphaloptychia* von Ammon, 1893, and *Coelostylina* Kittl, 1894, because species have been placed in these genera which are far removed from the type characteristics; this has caused a great deal of confusion regarding what each genus represents.

Cossmann (1909) was the first to erect the superfamily Loxonematacea for families that have turriculate genera with holostomous apertures and with a sinuous outer lip. This definition, even from the beginning, was incorrect because of the large number of genera which clearly are siphonate, and were recognized as such in Cossmann's own work. Nonetheless, the Coelostylinidae, as constructed by Wenz, should remain in this superfamily.

GENUS *COELOSTYLINA* KITTL, 1894

Type Species: *C. conica* Münster, 1841.

Discussion: To our knowledge, this is the earliest report of the genus. The previous report of an early occurrence is from the Anisian of China (Yin and Yochelson, 1983b). The only other report of the genus in the Western Hemisphere is by Haas (1953) and Bonarelli (1927) from the Late Triassic of Peru and Argentina.

Morphological relationships to *Ompha-*

*loptychia* are discussed under that genus. In brief, we are assigning species to this genus that tend to be high spired (with whorl embracing well under the periphery) with a low rate of whorl expansion, resulting in a smaller body whorl and with a sutural ramp. There usually is some collabral ornament, particularly on the early whorls in some species such as *C. crassa* Münster or *C. speciosa* (Haas), 1953. On the whole, ornament is typically faint to absent in both genera.

### *Coelostylina costata,* new species
Figures 33, 34

Diagnosis: Trochiform shells with a wide, ornamented sutural ramp and inflated, ornamented whorls.

Description: Embryonic whorls are smooth and relatively high-spired. Sutures are deeply incised and sharply defined. Flat, relatively wide sutural ramp has irregularly developed collabral cords becoming less intense toward suture. Whorl profile is evenly inflated with a broad ill-defined mid-whorl periphery. Outer whorl face has irregularly developed collabral cords separated by fine collabral threads. Ornament becomes quite irregular on final whorl and cords may broaden, occupying most of whorl surface and separated by very narrow grooves. Whorls embrace below periphery on lower whorl face. Base is rounded with collabral cords or threads



Figs. 35–37. *Coelostylina virginensis*, new species. **35.** Holotype, AMNH 43004, apertural view, ×10. **36.** Paratype, AMNH 43005, side view of high-spired variant, ×9. **37.** Paratype, AMNH 43006, side view of low-spired variant, ×10.

becoming weak near columella. Base is hemi-omphalus. Columellar lip is reflexed and has a callus. Aperture is holostomous.

DISCUSSION: Well-developed but irregular collabral ornament makes this a highly unusual species. Only one other species, *C. crassa* (Münster), has ornament which is also somewhat irregular, but finer, and the shell is more gradate because the sutural ramp is narrower and sharply declined toward the suture. The whorl profile is concavoconvex and flattened. It is phaneromphalus. The Sinbad species is similar in shape to *C. cochlea* (Münster) but that species is without ornament and is widely phaneromphalus and somewhat lower spired.

There is some variation in whorl embracement; some specimens embrace on the base, others near or on the periphery. Some specimens have a more rapid whorl expansion rate so that they appear lower spired (see fig. 34). Some specimens have more evenly developed and spaced collabral cords in the ornament.

SPECIMENS: Four.

MEASUREMENTS: Holotype AMNH 43002, H 4.4 mm, W 3.8 mm, SPANG 47°. Paratype AMNH 43003, H 3.8 mm, W 4.1 mm, SPANG 59°.

ETYMOLOGY: *Costa*, Latin for rib.

### *Coelostylina virginensis*, new species
#### Figures 35–37

DIAGNOSIS: Moderately high-spired conical shells with flattened whorl profiles and a flat base.

DESCRIPTION: Adult shells have about 10 whorls. Conical shells with a broad, sloping outer whorl face that culminates at angular to subangular periphery low on whorl. Sutures are sharp with narrow sutural ramp. Whorls embrace below periphery on base. Base is flatly rounded. Narrowly phaneromphalus. Columellar lip is reflexed.

DISCUSSION: These distinctive shells are restricted to the Virgin Limestone. They differ from all other species in having flattened whorls giving a smoothly conical shape. Most variation is seen in the whorl expansion rate so that some specimens seem lower spired than others. They resemble *C. conica* (Kittl) as illustrated by Zardini, 1978 (pl. 29, fig. 1a, b) but those illustrated are much more rounded and whorl expansion rate makes the shells appear lower spired. They are similar to *C. waageni* (Kittl) but that species is more fusiform with more rounded whorls and with whorl embracement at the periphery.

SPECIMENS: Thirteen.

MEASUREMENTS: Holotype AMNH 43004,

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 64 of 435



Figs. 38–40.   **38.** *Coelostylina* cf. *angulifera* (White), illustrated specimen, AMNH 43007, side view, ×4.5. **39.** *Coelostylina* species a. Illustrated specimen, AMNH 43008, oblique basal view, ×19. **40.** *Coelostylina* species b. Illustrated specimen, AMNH 43009, side view, ×2.

H 5.4 mm, W 3.5 mm, SPANG 50°. Paratype AMNH 43005, H 6.1 mm, W 3.4 mm, SPANG 32°. Paratype AMNH 43006, H 5.7 mm, W 3.7 mm, SPANG 52°.

ETYMOLOGY: Named for the Virgin Limestone member of the Moenkopi Formation.

### *Coelostylina* cf. *angulifera* (White), 1874
#### Figure 38

*Macrocheilus anguliferous* White, 1874.

DISCUSSION: A single specimen, a steinkern with a small section of the shell preserved, belongs to this species. This species was first reported from the Virgin Limestone member of the Moenkopi Formation by Larson (1966, p. 143, pl. 8, figs. 1–5) as *Omphaloptychia anguliferous*. On the basis of our definition of the two genera we believe that this species should be placed in *Coelostylina*.

The Sinbad specimen has a rapid whorl expansion rate and hence is relatively low spired. The sutures are deeply incised and the upper whorl face is narrow, nearly horizontal, and convexoconcave with a sutural ramp that slopes downward to the suture. It is congruent with the convex portion of the whorl face. The shoulder has a keel formed by a spiral cord and serves also as the periphery. The narrow outer whorl face is flat to slightly convex and is equivalent to an alveozone in the archeogastropods. The lower whorl face is evenly inflated and grades into the rounded base. Apertural details are unknown but the parietal surface is devoid of any parietal thickening.

This specimen differs from those illustrated by Larson in having a wide and flatter upper whorl face, a shoulder with a spiral cord, and a more gradate whorl profile. Larson's figure 5 shows a somewhat wider upper whorl face than his other illustrations, but still not as wide as the Sinbad specimen.

SPECIMENS: One.

MEASUREMENTS: AMNH 43007, H 13.9 mm, W 10.3 mm, SPANG 64°.

### *Coelostylina* species a
#### Figure 39

DESCRIPTION: Small turbiniform shells with narrow sutural ramp sloping sharply to suture. Whorls are flatly rounded. Angular periphery is low on the whorl. Whorls embrace

BLM_0004167

on or slightly below periphery. Base is flatly rounded. No details of aperture are known.

DISCUSSION: Several tiny immature specimens are sharply different from other species of the genus. The flattened whorl profiles and narrow sutural ramp cause a smooth almost *Melania*-like shell shape unlike *C. angulifera* (White) with its stepped outline. It differs from *C. costata* in lacking ornament and by having a much narrower sutural ramp. Many individuals were observed in the fauna that probably belong to this group but they are not sufficiently preserved to be sure. The specimens in the sample are those that were highly distinctive and well preserved.

SPECIMENS: Seven.

MEASUREMENTS: Ill. Spec. AMNH 43008, H 2.0 mm, W 1.5 mm, SPANG 52°.

*Coelostylina* species b
Figure 40

DESCRIPTION: High-spired turriculate shells with moderate whorl expansion rates; whorls rounded. Early whorls have periphery low on whorl and somewhat flattened upper whorl faces. Later whorls are evenly inflated with centrally located peripheries. Whorls embrace just below periphery on outer margin of base; base is evenly rounded.

DISCUSSION: These specimens are, unfortunately, steinkerns but the shapes are distinctive enough to warrant placement in this genus. They are similar to *C. solida* Böhm, as illustrated by Zardini (1978, p. 31, fig. 14a, b).

SPECIMENS: Four.

MEASUREMENT: Ill. Spec. AMNH 43009, H 8.5 mm, W 4.2 mm, SPANG 30°.

GENUS *OMPHALOPTYCHIA*
VON AMMON, 1893

TYPE SPECIES: *O. nota* von Ammon, 1893.

DISCUSSION: Haas (1953) has exhaustively discussed the relationship and recognition problems of *Coelostylina* Kittl, 1894, and *Omphaloptychia*. Both genera are overlapping and contain a large number of species. The basic problem is that they are relatively featureless, hence recognition of valid species is difficult, much as for *Naticopsis*. End member species appear to have shared derived

characters and these validate the genera. We will retain Haas' modus operandi in relegating high-spired species to *Coelostylina* and lower-spired species to *Omphaloptychia*.

The type species of *Coelostylina* is *C. conica* (Münster), 1841, which has whorls embracing just below an ill-defined medial periphery giving the shell a slightly turriculate shape. There is a flat sutural ramp and the lower apertural lip is extended, possibly forming a shallow siphonal trough; the type specimen is broken at a critical point so that this cannot be substantiated. However, Zardini (1978) illustrated five specimens attributed to this species from the type locality, two of which show a shallow siphonal trough at the juncture of the lower and columellar lips (pl. 29, figs. 1 and 3). But the other specimens (pl. 28, fig. 14; pl. 29, fig. 2) clearly show a holostomous aperture with the lower lip and columellar lip forming a continuum.

The illustrations (in von Ammon) of the type species *O. nota* is of an evenly inflated shell with a holostomous aperture. It was described from the uppermost Triassic. Haas (1953, pl. 8) illustrates four species of the genus. Most specimens show a holostomous aperture, but several identified as *O. jaworskii* Haas, 1953, clearly show a shallow, but well-defined siphonal trough, so that the definition of the genus should include siphonate species.

Kittl (1899, pp. 108–140) reported over 35 species and subspecies of this genus, many of them very large. For example, *O. aldrovandii* (Stoppani), 1858 (on pl. 17, fig. 1) is 160 mm high. In current taxonomic practice many of these would be placed in other genera and even different families. *Omphaloptychia aldrovandii* is the type species of *Gigantogonia* Cossmann, 1909. As with *Coelostylina*, species assigned to this genus are variable. Some have siphonal troughs; others are holostomous. In the present study, no species having sutural ramps are recognized as belonging to this genus.

We recognized species belonging to *Coelostylina* that are relatively high spired, with sutural ramps, with or without collabral ornament and sutural troughs. Species assigned to *Omphaloptychia* are lower spired, without sutural ramps, with or without collabral ornament and sutural troughs.

BLM_0004168

Case No. 1:20-cv-02484-MSK    Document 27-1    filed 04/27/21    USDC Colorado    pg 66 of 435

  

Figs. 41–43. *Omphaloptychia homolirata*, new species. **41.** Holotype, AMNH 43010, apertural view, ×4. **42.** Paratype, AMNH 43011, side view, note collabral ornament on the early whorls, ×4. **43.** Paratype, AMNH 43012, side view, ×6.

### *Omphaloptychia hormolira,* new species
#### Figures 41–43

DIAGNOSIS: Subulitiform shells with collabral cords on early whorls and an angular periphery in mid-whorl.

DESCRIPTION: Moderately high-spired shell with shallow, but well-defined sutures. Upper whorl face somewhat flattened to concave; outer whorl face strongly convex with broad but angular periphery at mid-whorl. Whorl expansion rate is moderate so that body whorl is larger in proportion to earlier whorls. Well-developed collabral cords confined to first four to five whorls. Adult whorls without ornament. Base is elongate, rounded, and aperture is holostomous. Columellar lip is thickened but not reflexed.

DISCUSSION: Well-developed collabral ornament is uncommon within this genus and family. When it is developed, as in *Coelostylina crassa* (Münster), it is ill-defined and uneven. An angular periphery is equally uncommon. *C. waageni* (Kittl) is one example that has an angular periphery, but it is low on the whorl with whorls embracing on or just below it, giving a more turriculate appearing shell. No other species seems related.

SPECIMENS: Fifty-five.

MEASUREMENTS: Holotype 43010, H 8.3 mm, W 5.0 mm, SPANG 55°. Paratype AMNH 43011, H 9.03 mm, W 5.0 mm, SPANG 56°.

ETYMOLOGY: *Hormos,* Greek for chain, *lira,* Greek for bold.

### *Omphaloptychia laevisphaera,* new species
#### Figures 44, 45

DIAGNOSIS: Globose, relatively low-spired shells with a smooth whorl surface and rapid whorl expansion.

DESCRIPTION: Very evenly inflated and rounded whorls with broad ill-defined periphery at mid-whorl. Sutures sharply defined, but shallow. Whorls embrace just above periphery or higher, giving a low, naticiform appearance. Growth lines are nearly vertical so that aperture is a flat plane. Base is evenly rounded, phaneromphalus to cryptomphalus. No parietal thickening. Circumbilical ridge is low and rounded, columellar lip is a shovel-like depression. Inner lip and columellar lip are continuous, forming an arc.

DISCUSSION: There is subtle variation noted in the shape of the whorl which may be somewhat elongated and the profile less globose with whorls embracing lower on the periphery in some specimens causing a slightly higher-spired shell. Without having the columellar lip preserved, this species could easily be confused with *Naticopsis utahensis,* new species, which has almost the same shape. That species has the typical naticopsid apertural features including a thickened, flat parietal inductura on the columellar surface, with a callus extending the length of the lip and with prosocline growth lines. There are countless thousands of immature or small specimens with the same whorl shape and shell appearance as these two species (*O. lae-*

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 67 of 435



Figs. 44, 45. *Omphaloptychia laevisphaera,* new species. **44.** Holotype, AMNH 43013; a. oblique side view, ×10; b. apertural view, ×10. **45.** Paratype, AMNH 43014, side view showing a variant with a more globose whorl profile, ×18.

*visphaera* and *N.* (*N.*) *utahensis*) in the Sinbad Limestone. To identify these requires careful preparation with needles of each apertural region; therefore, the proportion of each species in the fauna remains unknown.

All of the species of *Coelostylina* and *Omphaloptychia* are higher spired than *O. laevisphaera*; *Omphaloptychia jaworskii* Haas, 1953 has evenly rounded whorls but they embrace at or well below the periphery, and it has a sutural ramp and lacks a circumbilical ridge.

SPECIMENS: Twenty-five with known apertural features.

MEASUREMENTS: Holotype AMNH 43013, H 4.9 mm, W 4.3 mm, SPANG 85°. Paratype AMNH 43014, H 6.2 mm, W 7.2 mm, SPANG 78°. Paratype AMNH 43015, H 3.7 mm, W 3.6 mm, SPANG 71°.

ETYMOLOGY: *Laevis,* Latin for smooth, *sphaerus,* Latin for round.

### SUPERFAMILY CERITHIACEA FLEMING, 1822

### FAMILY MATHILDIDAE WENZ, 1938

### *PROMATHILDA* ANDREAE, 1887

TYPE SPECIES: *Cerithium biserta* Münster, 1846.

DISCUSSION: This genus includes a large number of small-size Triassic and Jurassic species widely distributed primarily in the Tethyan faunal realm. Most species are relatively high-spired and turriculate shells with a dominance of spiral ornament. One of the distinctive features is the presence of heterostrophic nuclear whorls in most, but not all, species. Heterostrophic nuclear whorls are found in several unrelated gastropod groups such as the pyramidellids which are also high spired with spiral ornament, but living representatives clearly show that they are opisthobranchs. Within the Cerithiacea the architectonids have hyperstrophic nuclear whorls.

Another feature mentioned by Haas (1953, p. 185) that is peculiar to *Promathilda* is the curved growth lines that form a sinus, usually at mid-whorl. However, many species also show nearly vertical growth lines without forming a sinus, such as *P. margaritifera* (Münster) and *P. subcrenata* (Münster). *Promathilda* is the only genus of this family that is high spired in the Triassic.

### *Promathilda spirocostata,* new species
### Figures 46–48

DIAGNOSIS: Loxonematiform shells with spiral cords and threads unevenly developed and spaced over the whorls.

DESCRIPTION: Nuclear whorls unknown. Whorl profile evenly inflated and globose. Sutures shallow and not well defined. Broad periphery at mid-whorl has spiral rib which marks keel. Whorls embrace on base well below periphery. Upper whorl surface has a spi-

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 68 of 435

  

Figs. 46–48. *Promathilda spirocostata,* new species. **46.** Holotype, AMNH 43015, side view, ×19. **47.** Paratype, AMNH 43016, side view, ×17.5. **48.** Paratype, AMNH 43017, apertural view showing reflexed columellar lip, ×17.

ral thread or cord adjacent to suture and another midway between suture and periphery. Two prominent spiral ribs bracket periphery. Spiral cords and threads on base become weaker near umbilical region. Phaneromphalus or hemiomphalus. Columellar lip is slightly reflexed and thickened with slight depression near lower lip. Aperture is holostomous.

DISCUSSION: Several specimens differ from the holotype in preservation; the whorl surfaces have been modified so that the three larger spiral cords are represented by narrow, deep grooves (see fig. 47). The most obvious variation is the development of the two spiral threads on the upper whorl surface. The upper thread may be more or less formed than the medial cord. The lower cord also varies in development. In the less well preserved specimens there is no evidence of an upper sutural thread or cord.

Most species tend to have a low periphery and a concave outer whorl surface forming a turritelliform shell. *Promathilda spirocostata* comes closest to *P. intermittens* (Kittl) which has a much faster whorl expansion rate, with strong cords on the base; but it lacks a sutural thread or cord. *P. stuoresensis* (Kittl) has a very low periphery with the strongest cord forming a keel. The spiral ornament is less well developed than in this new species.

SPECIMENS: Six.

MEASUREMENTS: Holotype AMNH 43016, H 2.5 mm, W 1.4 mm, SPANG 21°. Paratype AMNH 43017, H 2.2 mm, W 1.1 mm, SPANG 19°.

ETYMOLOGY: *Spiralis,* Latin for coil, *costa,* Latin for rib.

SUPERFAMILY SUBULITACEA

FAMILY SUBULITIDAE

SUBFAMILY SOLENESCINAE

*STROBEUS* DEKONINCK, 1881

TYPE SPECIES: *Strobeus ventricosus* De-Koninck, 1881, SD Cossmann, 1909.

DISCUSSION: This is a rather conservative genus known from some 12 or 13 species in the Carboniferous and 4 in the Permian. The presence of a columellar fold is the most critical feature. In all other respects the new species described below would be placed as a member of *Omphaloptychia.* This is the first report of *Strobeus* in the Triassic and *S.* cf. *paludinaeformis* is one of the few species

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 69 of 435

  

Figs. 49–51.   *Strobeus* cf. *paludinaeformis* (Hall). **49.** Illustrated specimen, AMNH 43018, apertural view showing the columellar fold, ×4. **50.** Illustrated specimen, AMNH 43019, side view, ×3. **51.** Illustrated specimen, AMNH 43020, side view, ×4.

that crosses the era boundary. It is possible that this group of specimens is not *S. paludinaeformis* (Hall), 1858, but we cannot find any morphological feature suggesting that they belong to any other species. This is one of the more common species in the Sinbad and the large sample indicates variation identical to that in the Paleozoic. Still, this genus and species lacks ornament and other features to aid in securing a taxonomic assignment.

### *Strobeus* cf. *paludinaeformis* (Hall)
Figures 49–51

*Macrocheilus paludinaeformis* Hall, 1858.

DIAGNOSIS: Moderately high-spired fusiform shells with flatly rounded whorls that embrace at or just below the mid-whorl periphery.

DESCRIPTION: Shells variable in whorl profile and whorl embracement. A coeloconoid, moderately high-spired shell. Sutures sharply impressed but shallow. No shoulder or ramp. Whorl profile is evenly inflated and the very broad periphery is mid-whorl. Whorl expansion rate is variable, tending to be rapid so that final whorl is greater in proportion to earlier whorls. In shells having a more rapid expansion rate, whorls embrace at periphery. Whorls embrace slightly lower on whorl, shell is more fusiform, and whorls are less inflated in shells having a slower expansion rate. Aperture is oblique and extends over half shell height. Inner lip is arcuate and joins columellar lip without a siphonal reentrant. Columellar fold is low on columellar lip and slightly thickened by parietal inductura.

DISCUSSION: All of the morphology within this sample of 187 specimens falls well within the concept of *S. paludinaeformis*. However, we must add the disclaimer that there are relatively few characters that the species is based on and there is a distinct possibility that these features in the Sinbad population may reflect homeomorphy.

There is considerable variation in the morphology of this species—a statement remarkable in that there are so few characters to describe and deal with. The principal variation is in the whorl profile which, while evenly inflated, may be almost globose to a flattened profile giving the shell a more elongate and high-spired appearance. The whorl embracement is quite variable and seems to be related to the shape of the whorl. When the whorl is more globose, the whorls tend to embrace at the periphery; if the whorl is more elongate the whorls embrace below the periphery. The shell is fairly thick and most shells do not have the outer shell layer preserved. We are unsure if this is due to the nature of the wall itself (perhaps a coarse prismatic layer) or to

the type of preservation involving feathering of the calcitic matrix. In any event, most specimens do not display the outer surface. Those specimens that are well preserved show nearly vertical growth lines.

*S. paludinaeformis* is one of the more common gastropods in the Pennsylvanian, reviewed by Harper (1981, p. 181), where the problem of the name of the genus was discussed. Judging from published illustrations, and from examining relatively large samples of the species in the AMNH collections, there appears to be less variation in the Pennsylvanian populations which are of the more globose, slightly lower-spired, fusiform type. Looking over the Permian collections at the U.S. National Museum, the AMNH, and the Timor collections at the University of Amsterdam and Delft, we believe that *S. paludinaeformis* is present in the Permian; for example, it has been described as *S. girtyina* Erwin, 1986, from the Permian of Texas.

SPECIMENS: One hundred eighty-seven.

MEASUREMENTS: AMNH 43019, H 9.7 mm, W 5.8 mm, SPANG 59°; AMNH 43020, H 9.8 mm, W 4.7 mm, SPANG 40°.

GENUS *CYLINDROBULLINA*
VON AMMON, 1878

TYPE SPECIES: *Acteonina fragilis* Dunker, 1848, SD Cossmann, 1895.

DISCUSSION: There are two groups of species that have different names applied to them in the Upper Paleozoic and Mesozoic, *Acteonina* and *Cylindrobullina*; again, as in *Omphaloptychia* and *Coelostylina*, they have been applied in a seemingly haphazard fashion. Unfortunately, the subsequently designated type species of both genera appear to be of the same group of species. Basically, the two groups can be separated on several features; the most obvious is the heterostrophic nucleus in one group versus an orthostrophic nucleus in the other. All species are very small in absolute size so that, unlike the pseudozygopleurids, the nuclear whorls are usually preserved. Thus *Acteonina carbonaria* de-Koninck, 1843, has an orthostrophic nucleus as does *Cylindrobullina fragilis*. Other overlapping features include the teardrop-shaped aperture, an anal notch, columellar folds, a parietal inductura, and spiral ornament. (See Haas, 1953, pp. 256–278; Cossmann, 1895, p. 62; Knight, 1932, for extensive discussions.) Perhaps the problem can be resolved by precedence of past usage. Batten (1966) assigned specimens from the Carboniferous of Great Britain to *Acteonina carbonaria* that possessed orthostrophic nuclear whorls. Haas (1953) described over ten species to *Cylindrobullina*, all having heterostrophic nuclei. However, Yochelson and Saunders (1967) transferred all orthostrophic nuclear species to *Girtyspira*, except those also having spiral ornament. The Sinbad species differs from all others assigned to *Cylindrobullina* in having a thick shell, as is the case of *Acteonina*.

*Cylindrobullina convexa*, new species
Figures 52–56

DIAGNOSIS: Small, fusiform, thick-walled shells with a wide sutural ramp and evenly inflated whorls.

DESCRIPTION: Axis of first two whorls and protoconch varies between 90 and 120° to adult whorl. First two whorls are globose with nearly vertical growth lines. Sutural ramp (upper whorl face) is concave or flat and either horizontal or slightly inclined toward suture. Sutures are sharply defined. Keel at edge of ramp has raised and flattened collar, separated from outer whorl face by sharply defined groove. Whorl profile is evenly inflated, slightly convex, with broad periphery at midwhorl. Whorls embrace at or just below periphery. Base is rounded, phaneromphalus. Growth lines form anal notch on the keel; become broadly sinuous across outer whorl face. Aperture is holostomous. Columellar lip and lower lip are thickened by callus; parietal inductura extends beyond plane of aperture. No columellar folds.

DISCUSSION: This species occurs in astronomical numbers in the Sinbad; only the immature shells of the naticopsids are more numerous. It is quite a variable species. The axis of the nuclear whorls varies between 90 and 120° with most specimens closer to 90°. The sutural ramp is relatively narrow and concave in most specimens with a sharp keel marking its outer boundary. In some specimens the sutural ramp is wide and flat and may slope outward and downward (see fig.

BLM_0004173



Figs. 52–56.  *Cylindrobullina convexa,* new species. **52.** Holotype, AMNH 43021, side view, note groove just beneath the keel, ×63. **53.** Paratype, AMNH 43002, apertural view, ×57. **54.** Paratype, AMNH 43023, oblique side view, note that the nuclear whorl is "overturned" 120°, ×100. **55.** Paratype AMNH 43024, top view showing nuclear whorls 90° to the adult axis, ×80. **56.** Paratype, AMNH 43025, side view of high-spired variant, ×45.

55). The whorl profile is usually evenly inflated, but again, in the specimens with a wide ramp, the outer whorl face is much more flattened and the whorls embrace low on the whorl near or on the basal margin, giving the shell a steplike outline. The collar around the keel can be quite wide and elevated or flat and depressed. The steinkern of one specimen shows that some specimens may be hemiomphalus or cryptomphalus. The columellar lip may be either reflexed or just thickened with a callus.

*Cylindrobullina convexa* is similar to *C. scalaris* (Münster) in general shell shape, the presence of a collar, whorl profile, and details of the aperture (a columellar lip with a thickened callus). It differs in lacking spiral ornament, in having a flat or concave sutural ramp rather than a convex one, and having a flat collar as opposed to a rounded one. None of Haas' Peruvian species are similar; most have the whorl embracement high on the whorl and spiral ornament. *C. convexa* comes closest to *C. peruviana* Haas, 1953, in whorl profile, with a flat sutural ramp with a terminal collar on the keel, but the nuclear whorls are at less than a 90° axis to adult whorls; whorls embrace high on the whorl, and it has basal spiral ornament.

SPECIMENS: One hundred thirty-two.

MEASUREMENTS: Holotype AMNH 43021, H 0.9 mm, W 0.6 mm, SPANG 42°. Paratype AMNH 43022, H 1.0 mm, W 0.6 mm, SPANG 35°. Paratype AMNH 43024, H 1.0 mm, W 0.5 mm, SPANG 45°.

ETYMOLOGY: *Convexa,* Latin for curved.

BLM_0004174

LITERATURE CITED

Assmann, P.
1924.   Die Gastropoden der oberschlesischen Trias. Jahrb. preus. Geol. Lands., vol. 44 (1923), pp. 1–50.

Batten, R. L.
1966.   The Lower Carboniferous Gastropods from the Hotwells Limestone of Compton Martin, Somerset. Paleontogr. Soc., publ. #509, 513, 109 pp., 10 pls.
1973.   The vicissitudes of the gastropods during the interval of Guadalupian-Ladinian time. In A. Logan and L. Y. Hills (eds.), The Permian and Triassic systems and their material boundaries, pp. 596–607. Canadian Society of Petroleum Geologists, Mem. 2, 766 pp.
1979.   Permian Gastropods from Perak, Malaysia. Part 2. The trochids, patellids, and neritids. Amer. Mus. Novitates, no. 2685, pp. 1–26, 33 figs.
1985.   The Permian gastropods from Perak, Malaysia. Part 3. The loxonematids, orthonematids, and subulitids. Amer. Mus. Novitates, no. 2829, pp. 1–40, figs. 1–62.

Blakey, R. C.
1974.   Stratigraphic and depositional analysis of the Moenkopi Formation, southeast Utah. Utah Geol. Min. Surv., Bull. 104, 81 pp.

Böhm, J.
1895.   Die Gastropoden des Marmolatakalkes. Palaeontogr., vol. 42, pp. 211–308.

Bonarelli, G.
1927.   Fósiles de la Formación petrolifera o "Systema de Salta." Bol. Acad. Nac. Cien. Argentina, vol. 30, pp. 51–115, 6 pls.

Broglio, L., D. Maseeti, and C. Neri
1983.   La Formazione de Werfen (Scitico) delle Dolomiti occidentali. Riv. Ital. Paleont., vol. 88, no. 4, pp. 501–598, 27 figs.

Canavari, M.
1890.   Noti di Malacalogia fossili. Bol. Malac. Ital., vol. 15, pp. 214–219.

Cossmann, M.
1925.   Essais de Paléoconchologié comparée; Liv. 1 (Liv. 4, 1902, Liv. 5, 1909, Liv. 8, 1916, Liv. 10, 1925, Liv. 13, 1925).

Cox, L. R.
1949.   Moluscos del Triasico Superior del Peru. Instit. Geol. Peru, Bol. 12, 50 pp., 2 pls.

Dean, J. S.
1981.   Carbonate petrology and depositional environments of the Sinbad Limestone member of the Moenkopi Formation in the Teasdale Dome area, Utah. Brigham Young Univ. Geol. Series, vol. 28, pt. 3, pp. 19–51.

Eldredge, R. N.
1968.   Convergence between two Pennsylvanian gastropod species; a mathematical multivariate approach. Jour. Paleont., vol. 42, no. 1, pp. 186–196.

Gray, M. E.
1850.   Figures of molluscous animals, vol. 2. London, pp. 1–77, 5 vols.

Haas, O.
1953.   Mesozoic invertebrate faunas of Peru. Part 1. Late Triassic gastropods from Central Peru. Bull. Amer. Mus. Nat. Hist., vol. 101, 328 pp., 18 pls.

Harper, J.
1981.   The use-misuse of Ianthinopsis Meek and Worthen, 1866 (Mollusca: Gastropoda). Jour. Paleont., vol. 59, pp. 180–185.

Hoare, R. D., and M. T. Sturgeon
1981.   Pennsylvanian pseudozygopleurid gastropods from the Appalachian Basin. Jour. Paleont., vol. 55, no. 3, pp. 571–585, pls. 1–3.

Holzapfel, E.
1888.   Die Mollusken der Aachen Kreide. Palaeontogr., vol. 34, pp. 29–80, pls. 4–20.

Kittl, E.
1891.   Die Gastropoden der Schichten von St. Cassian der südalpinen Trias, Part 3. der K.-K. Natur. Hofmus., Vienna, vol. 6, pp. 166–262.
1894.   Die Gastropoden der Schichten von St. Cassian der südalpinen Trias, Part 3. Ibid., vol. 9, pp. 143–277.
1899.   Die Gastropoden der Marmolata und verwandten Fundstellen in den Weissen Riffkalke Südtirol. Jahrb. K.-K. Geol. Reichsanst., vol. 4 (1894), pp. 99–182, pls. 1–6.

Klipstein, A. V.
1843.   Beiträge zur geologischen Kenntniss der stlichen Alpen. Volume 1 of Mitteilungen aus dem Gebiete der Geologie und Palaeontologie. Giessen, Heyer, 311 pp.

Knight, J. B.
1930.   The gastropods of the St. Louis, Missouri Pennsylvanian outlier: the Pseudozygopleurinae. Jour Paleont., vol. 4 (Suppl. 1), 89 pp., 5 pls.
1932.   The gastropods of the St. Louis, Missouri Pennsylvanian outlier: the Pseudomelaniidae. Jour. Paleont., vol. 6, pp. 187–202, pls. 27–28.

BLM_0004175

Knight, J. B., R. L. Batten, and E. L. Yochelson
 1960. Paleozoic Gastropoda, Mollusca I. *In* R. C. Moore (ed.), Treatise on invertebrate paleontology. Univ. Kansas Press, pp. I169–I332.

Koken, E.
 1892. Ueber die Gastropoden der Rothen Schlernschichten nebst Bemerkungen verbreitung herkunst einiger Triassischen gattungen. Nue. Jahr. Min., Geol., Paleo. Suppl. 6, pp. 305–484, pl. 10–14.
 1900. Ueber Triassische versteinerungen aus China. Nue. Jahr. Min., Geol., Paleo., pp. 186–215.

Larson, A. R.
 1966. Stratigraphy and paleontology of the Moenkopi Formation of southern Nevada. Ph.D. diss., Univ. of California (Los Angeles), 267 pp., 8 pls.

Logan, B. W., R. Rezak, and R. N. Ginsburg
 1964. Classification and environmental significance of algal stromatolites. Jour. Geol., vol. 12, pp. 68–83.

Münster, G. G.
 1841. zu. Beschreibung und Abbildung der schichten von St. Cassian, Beiträge zur Petrifacten-Kunde, Heft 4. Bayreuth, Buchner, pp. 25–152.

Palmer, A. R.
 1984. The decade of North American geology, 1983 geologic time scale. Geology, vol. 11, pp. 503–504.

Pan, Hua-zong
 1980. Sequence and distribution of the Triassic gastropod fauna of China. Rivista Ital. di Paleont. E Strat., vol. 85, pp. 1197–1206.

Smith, J. P.
 1927. Upper Triassic marine invertebrate faunas of North America. U.S. Geol. Surv., Prof. Pap. 141.

Stewart, J. H., F. B. Poole, and R. F. Wilson
 1972. Stratigraphy and origin of the Triassic Moenkopi Formation and related strata in the Colorado Plateau region. U.S. Geol. Surv., Prof. Pap. 961, 195 pp.

Tichy, G.
 1979. Gastropoden und Scaphopoden aus der Raibler Gruppe (Karn) von Italien. Verhand. Geol. Bundesan. A, pp. 443–461.

Tozer, E. T.
 1971. Triassic time and ammonoids: problems and proposals. Can. Jour. Earth Sci., vol. 8, no. 8, pp. 989–1031.

Wenz, W.
 1938. Gastropoda. *In* O. Schindewolf (ed.), Handbuch der Paläozoologie, vol. 5, pt. 2. Berlin, pp. 241–480.

Yin, Hong-Fu, and E. L. Yochelson
 1983a. Middle Triassic Gastropoda from Qingyan, Guizhou Province, China, pt. 1. Jour. Paleont., vol. 57, pp. 162–187.
 1983b. Middle Triassic Gastropoda from Qingyan, Guizhou Province, China, pt. 2. Jour. Paleont., vol. 57, pp. 515–538.
 1983c. Middle Triassic Gastropoda from Quinyan, Guizhou Province, China, pt. 3. Jour. Paleont., vol. 57, pp. 1098–1127.

Yochelson, E. L., and B. W. Saunders
 1967. A bibliographic index of North American Late Paleozoic Hyolitha, Amphineura, Scaphopoda, and Gastropoda. U.S. Geol. Surv., Bull. 1210, 271 pp.

Zardini, R.
 1978. Rossili Cassiani (Trias Medio-superiore) Atlanti dei gastropodi della Formazione de S. Cassiano Raccolti della Regione Dolomitica Attorno a Cortina d'Ampezzo, pp. 1–58.

BLM_0004176

BLM_0004177

BLM_0004178

Recent issues of the *Novitates* may be purchased from the Museum. Lists of back issues of the *Novitates, Bulletin,* and *Anthropological Papers* published during the last five years are available free of charge. Address orders to: American Museum of Natural History Library, Department D, Central Park West at 79th St., New York, New York 10024.

BLM_0004179




Influences of Livestock Grazing on Sage Grouse Habitat
Author(s): Jeffrey L. Beck and Dean L. Mitchell
Source: *Wildlife Society Bulletin*, Vol. 28, No. 4 (Winter, 2000), pp. 993-1002
Published by: Wiley on behalf of the Wildlife Society
Stable URL: http://www.jstor.org/stable/3783858
Accessed: 29/04/2014 13:49

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Wiley* and *Wildlife Society* are collaborating with JSTOR to digitize, preserve and extend access to *Wildlife
Society Bulletin.*

http://www.jstor.org

BLM_0004180

# Influences of livestock grazing on sage grouse habitat

## Jeffrey L. Beck and Dean L. Mitchell

**Abstract**  Livestock grazing has been identified as one factor associated with the widespread decline and degradation of sage grouse (*Centrocercus urophasianus*) habitat. We identified $n=17$ positive and negative impacts of livestock on sage grouse and habitat. Little information is currently available concerning the directs impacts of livestock grazing on sage grouse habitat. Indirect impacts are better understood than direct impacts. Chemical and mechanical treatments intended to provide increased quantities of grass forage for livestock have indirectly reduced the acceptability of sagebrush (*Artemisia* spp.) rangelands for sage grouse. Our paper examines: 1) potential mechanisms whereby livestock grazing in big sagebrush (*A. tridentata*) communities can modify sage grouse habitat and 2) the indirect influences of livestock production on sage grouse habitat. Overall, livestock grazing appears to most affect productivity of sage grouse populations. Residual grass cover following grazing is essential to conceal sage grouse nests from predators. Future research needs are identified and management implications related to livestock grazing in sage grouse habitats are included.

**Key words**  *Artemisia tridentata*, *Centrocercus urophasianus*, livestock grazing, sagebrush habitat, sage grouse

Sage grouse (*Centrocercus urophasianus*) were found originally in Alberta, Arizona, British Columbia, California, Colorado, Idaho, Kansas, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, Saskatchewan, South Dakota, Utah, Washington, and Wyoming (Aldrich 1963, Johnsgard 1983, Johnson and Braun 1999). Sage grouse have been extirpated in Arizona, British Columbia, Kansas, Nebraska, New Mexico, and Oklahoma (Johnson and Braun 1999). Breeding populations in 9 other states and Alberta declined 17–47% ($33.4 \pm 2.6\%$ [$\bar{x} \pm$ SE]) from 1985 to 1994 from long-term averages through 1984 (Connelly and Braun 1997).

The decline of sage grouse has been so great that recently a population viability analysis, a procedure oriented toward managing rare and threatened species (Akçakaya et al. 1999), was performed to evaluate population viability on the largest popula-

tion of hunted sage grouse in Colorado (Johnson and Braun 1999). Recent behavioral and morphological research indicates phenotypic divergence between sage grouse populations (Hupp and Braun 1991, Young et al. 1994, Braun and Young 1995). These findings suggest that a distinct species of sage grouse (*C. minimus*, the Gunnison sage grouse) resides in southwestern Colorado and southeastern Utah, further increasing the complexities of conservation.

Biologists have recognized that long-term conservation of sage grouse populations depends on protecting large, continuous blocks of viable sagebrush (*Artemisia* spp.) habitat (Braun et al. 1977). Prior to large-scale eradication and degradation of sagebrush habitat, sage grouse occurrence was predictably wherever big sagebrush (*A. tridentata*) occurred (Aldrich 1963, Dalke et al. 1963, Johnsgard 1983). Vegetation treatments known to decrease

Address for Jeffrey L. Beck: Department of Fish and Wildlife Resources, University of Idaho, Moscow, ID 83844-1136, USA; e-mail: beck2784@uidaho.edu. Address for Dean L. Mitchell: Utah Division of Wildlife Resources, 1594 West North Temple, Suite 2110, Box 146301, Salt Lake City, UT 84114-6301, USA.

Wildlife Society Bulletin 2000, 28(4):993–1002                                                              Peer edited

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004181

**994**  *Wildlife Society Bulletin* 2000, 28(4):993–1002

the amount and acceptability of sagebrush habitat for grouse include plowing (Swenson et al. 1987), herbicides (Autenrieth 1969, Klebenow 1970, Martin 1970), mechanical removal (Wallestad 1975), surface mining (Eng et al. 1979), and fire (Fischer et al. 1996). In particular, broad-leafed herbicide treatments (primarily aerial spraying of 2,4-D (2,4-dichlorophenoxy)acetic acid)) have caused substantial loss, fragmentation, and deterioration of sage grouse habitat (Klebenow 1970, Wallestad 1975, Braun and Beck 1996). Sturges (1993) and Braun and Beck (1996) reported that sagebrush ranges sprayed with 2,4-D initially experience loss of sagebrush, suppression of forbs, and increases in grasses.

Following World War II and through the 1970s, large expanses of sagebrush habitat in the western United States were burned or chemically or mechanically treated and often reseeded to increase production of grass forage for livestock consumption (Schneegas 1967, Shown et al. 1969, Vale 1974, Branson 1985). Vale (1974) reported

about 10–12% of 40 million ha of sagebrush rangeland in North America had been treated to increase grass production for livestock forage by 1974. Schneegas (1967) estimated 2.0–2.4 million ha of western sagebrush range were altered in this manner in a 30-year period.

According to Guthery (1996), direct impacts of livestock herbivory on sage grouse habitat are contextual; effects can be positive, negative, or neutral, depending on habitat application. Empirical evidence supporting direct effects of livestock herbivory on sage grouse habitat is limited (Table 1). However, Connelly and Braun (1997) implicated livestock grazing as one of 3 range-wide factors (fire and weather patterns also were listed) associated with widespread declines of sage grouse through habitat deterioration, loss, and fragmentation. A synthesis of livestock grazing mechanisms associated with changes in sage grouse habitat is lacking. Objectives of our paper are to: 1) review current literature to evaluate impacts, 2) propose hypotheses that should be tested in future research to predict

Table 1. Review of literature implicating livestock grazing with direct and indirect impacts on sage grouse and habitat.

| Location[a] | Impact | Expert opinion | Empirical Evidence |
|---|---|---|---|
| | *Direct Positive* | | |
| NV | Light or moderate cattle grazing in dense, grassy meadows induced sage grouse use. | | 6 |
| NV | Cattle grazing stimulated growth of grouse food forbs in upland meadows. | | 2 |
| NV | Light cattle grazing made food forbs more available. | | 9 |
| NV | Rest-rotation cattle grazing promoted recovery of grouse food forbs in rested units. | | 9 |
| | *Direct Negative* | | |
| UT | Sheep bed grounds on ridges destroyed sagebrush used by sage grouse in heavy snows. | 11 | |
| NV | Overgrazing leads to deteriorated wet meadow hydrology; reduces grouse habitat. | | 7, 10 |
| UT | Sheep and cattle trampling destroyed eggs. | | 11 |
| UT | Sheep and cattle caused nest desertions. | | 11 |
| NV | Heavily grazed meadows in poor condition avoided by sage grouse. | | 6 |
| CO | Densities of nest-depredating ground squirrels likely increased following heavy grazing. | 4 | |
| | *Indirect Positive* | | |
| ID | Sage grouse created new leks on domestic sheep salting grounds. | | 3 |
| RW | Reducing dense sagebrush cover should improve herbaceous plants used by sage grouse in summer. | 12 | |
| | *Indirect Negative* | | |
| RW | Reduction in habitat through conversion of sagebrush to livestock grass forage. | | 1 |
| GB | Livestock grazing can promote introductions of alien weeds. | | 13 |
| RW | Winter sagebrush cover lost through sagebrush conversion to grassland. | | 12 |
| MT | Sprayed sagebrush strips contained lower abundances of sage grouse food forbs. | | 8 |
| ID | Sage grouse quit nesting in areas treated with herbicides to increase grass forage. | | 5 |

[a] Locations are: CO = Colorado, GB = Great Basin, ID = Idaho, MT = Montana, NV = Nevada, RW = range-wide, UT = Utah.
[b] (1) Braun et al. 1977, (2) Evans 1986, (3) Hulet 1983, (4) Giesen 1995, (5) Klebenow 1970, (6) Klebenow 1982, (7) Klebenow 1985, (8) Martin 1970, (9) Neel 1980, (10) Oakleaf 1971, (11) Rasmussen and Griner 1938, (12) Vale 1974, (13) Young and Longland 1996.

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004182

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 80 of 435

influences of livestock grazing on sage grouse and their habitat, and 3) provide implications for management to enhance sage grouse habitat in areas grazed by livestock.

## Influences of livestock grazing on sagebrush communities

### Livestock grazing effects on distribution, density, and cover of sagebrush

Miller et al. (1994) lists intensive season-long grazing as one cause (reduced fire frequency and climate change are also listed) of increases in woody vegetation during the late 1800s and early 1900s on western sagebrush ranges. High levels of livestock grazing can reduce competition between grasses and sagebrush and trigger increases in sagebrush density (Vallentine 1989). In particular, Laycock (1979) noted that high levels of spring grazing by cattle and domestic sheep reduce vigor and production of herbaceous species, leading to increases in sagebrush. Peterson (1995) reported that scientific and historical evidence does not support increases in sagebrush distribution by livestock grazing. Vale (1975) suggested sagebrush was a common shrub across most of the Intermountain West prior to settlement and grazing only increased brush densities in local areas.

Brotherson and Brotherson (1981) compared vegetative cover in grazed and ungrazed (not grazed for 35–40 yr) big sagebrush communities surrounding Utah Lake in central Utah. They found an average increase of 12.9% for big sagebrush cover in grazed communities. However, a 54% increase in big sagebrush canopy cover occurred in southeastern Idaho following cessation of grazing for 25 years (Anderson and Holte 1981). It is important to note that sagebrush–grass associations can appear to be stable over a wide range of brush-to-grass compositions (West et al. 1984), so increases in sagebrush cover following periods of grazing should be related to nearby ungrazed community compositions.

Trampling by livestock can kill sagebrush, particularly smaller plants. Owens and Norton (1990) reported cattle grazing caused great mortality of juvenile (<50-cm$^2$ canopy) and lesser mortality of adult (>50-cm$^2$ canopy) basin big sagebrush (*A. t. tridentata*) under short-duration and continuous season-long grazing. When subjected to trampling by cattle and domestic sheep, basin big sagebrush seedlings sheltered by mature plants exhibited

greater survivability than those in unsheltered interspaces (Owens and Norton 1992).

Domestic sheep and goats have been used as biological agents to reduce brush (Riggs and Urness 1989, Sharrow et al. 1989) and have been suggested to control big sagebrush (Laycock 1979). Sheep browsing in fall and winter can reduce density and vigor of sagebrush (Laycock 1967, 1979), especially where sagebrush densities are low (Frischknecht and Harris 1973). In some instances, high levels of browsing by concentrations of wintering big game have severely reduced cover and density of big sagebrush (McArthur et al. 1988, Wambolt and Sherwood 1999). However, under most normal conditions, browsing by wild ungulates should not dramatically affect density and cover of big sagebrush.

### Livestock grazing effects on herbaceous composition of sagebrush communities

Understory herbaceous productivity may not increase in depleted sagebrush ranges following release from grazing (Holechek and Stephenson 1983, West et al. 1984). Laycock (1991) suggested grazing can move sagebrush–grass communities into lower successional stable states dominated by sagebrush with little herbaceous understory. Changes in grazing practices may not be adequate to move new sagebrush-dominated communities across a threshold toward a grass–sagebrush state; additional management inputs are often needed to reverse these lower successional stable states.

West et al. (1984) reported no increases in total herbaceous standing crop on a native big sagebrush rangeland in west-central Utah following 13 years



Grazing probably most affects nesting success of sage grouse. Nests in sagebrush areas with greater residual cover of herbaceous plants have a greater likelihood of success. Pictured is a successful sage grouse nest under good cover components.

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004183

**996** *Wildlife Society Bulletin* 2000, 28(4):993–1002

of no livestock grazing. A study in the more mesic sagebrush steppe of southeastern Idaho indicated basal cover of perennial grasses increased from about 0.3% to 5.8% following 25 years of grazing exclusion (Anderson and Holte 1981). Herbaceous plant basal cover is considered more adequate for range trend comparisons than canopy cover because basal cover is not as sensitive to climatic fluctuations (Bureau of Land Management 1996). This point suggests that range condition on this Idaho sagebrush range improved following elimination of grazing.

A knowledge of grazing histories in various sagebrush rangelands is vital to provide insights into current botanical compositions. Cattle selectively graze grasses, whereas domestic sheep prefer forbs (Vallentine 1990). Ellison (1954) suggested intensive long-term grazing can shift herbaceous community composition to comprise those species which are less acceptable to classes of livestock (e.g., forbs on cattle ranges and grasses on sheep ranges; Figure 1). Holechek and Stephenson (1983) attributed historic domestic sheep grazing with a near absence of forbs in grazed areas and areas protected following grazing in a big sagebrush rangeland in north-central New Mexico.

Season of use is another factor contributing to changes in sagebrush community composition. Bork et al. (1998) related that long-term fall grazing by domestic sheep at the United States Sheep Experiment Station in southeastern Idaho resulted in more perennial grass and forb cover and less shrub cover. Spring grazing resulted in less perennial forb cover and increases in cover of shrubs and grazing-tolerant perennial grasses.



Figure 1. A knowledge of grazing histories can lend insight to current sagebrush understory compositions. Over time, sheep grazing can shift ranges toward grass dominance, whereas cattle grazing can cause rangeland to be composed of more forbs.

Van Poolen and Lacey (1979) compiled results from 18 western grazing system studies and found adjustments in livestock numbers caused herbage production to increase $35 \pm 14\%$ ($\bar{x} \pm SE$) and $28 \pm 13\%$ when grazing use levels were reduced from high (heavy, 60–80%) to moderate (40–60%) and moderate to light (20–40%), respectively. Mean herbage production increased $13 \pm 8\%$ when grazing systems were implemented at moderate use levels. These authors concluded stocking intensity was more important than implementing grazing systems to improve herbage production. Hart et al. (1988) compared herbage production, botanical composition, and basal cover in continuous (season-long), deferred-rotation (4-pasture), and short-duration (8-pasture) grazing systems in southeastern Wyoming. They reported no differences in peak standing crop due to stocking rate or grazing system in any year. Differences in production among years were affected only by amount and timing of precipitation. Yearly fluctuations in precipitation may account for large differences in annual forage productivity (Vallentine 1990), which can mask effects of grazing observed during normal weather years.

## Influence of livestock production on modifications to sagebrush communities

Vale (1974) reported that herbicide spraying projects through the early 1970s were more common in sagebrush areas with good grass understories (e.g., Wyoming) than in areas with limited grass understories (e.g., Nevada). Wambolt and Payne (1986) found 2,4-D-sprayed and burned Wyoming big sagebrush (*A. t. wyomingensis*) in southwestern Montana yielded similar production (kg/ha) of bluebunch wheatgrass (*Pseudoroegnaria spicata*), the dominant forage species, and perennial forb and grass classes 18 years post-treatment. Crested wheatgrass (*Agropyron cristatum*) has been seeded as a monoculture in many areas with poor grass understories to facilitate increases in forage production (Shown et al. 1969, Ritchie et al. 1994). Crested wheatgrass seedings provide extremely poor habitat structure and diversity, causing declines of sage grouse and other sagebrush-obligate birds (Reynolds and Trost 1980).

Johnson et al. (1996) reported thinning big sagebrush in Wyoming with tebuthiuron ($N$-[5-(1,1-dimethyl)-1,3,4-thiadiazol-2-yl]-$N$-$N$-dimethylurea)

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004184

produced greatest herbaceous production (dry g/m$^2$ of forbs, graminoids, or both) when sagebrush cover had been reduced to about 11–17%. Furthermore, they suggested production of sage grouse food forbs may be enhanced by thinning big sagebrush to about 15% cover.

Fire has been used to suppress big sagebrush because it does not resprout following fire (Pechanec et al. 1965). Burning may suppress sagebrush cover for long time periods (Wambolt and Payne 1986). In some areas sagebrush cover returns relatively soon following burns. For example, Harniss and Murray (1973) reported mean density of sagebrush (no. plants/30.5 m$^2$) was 34.3 and 41.0 in burned and unburned sagebrush habitat, respectively, following a 30-year-old burning treatment in southeastern Idaho.

Sagebrush rangelands disturbed by livestock overgrazing and other factors have promoted establishment of the annual, cheatgrass (*Bromus tectorum*), in the Great Basin and the Northwest (Branson 1985). Fine, dense fuels provided by cured annual grasses increase probability of fire ignition and rate of spread. This mechanism reverses normal rangeland fire renewal processes toward native sagebrush and bunchgrass to exotic annual grass-dominated communities (Young and Longland 1996). Grazing can reduce fine fuels necessary to carry fires (Miller et al. 1994). Hobbs (1996) indicated cycling of nutrients via ungulate urine and feces conserves nutrients otherwise volatilized through burning biomass.

## Discussion

Positive and negative effects have been observed and documented for direct and indirect impacts of livestock grazing on sage grouse and their habitat (Table 1). Ten of 17 (58.8%) relationships detailed in Table 1 imply direct impacts of livestock grazing on sage grouse and their habitat. However, it appears that indirect impacts of livestock grazing have adversely affected sage grouse habitat more than direct impacts have. Large-scale rangeland treatments intended to increase grass forage for livestock have reduced critical sagebrush components essential to sage grouse (Braun et al. 1977). Impacts should be considered in the context of their scale. For example, a sage grouse population in southeastern Idaho may have benefitted indirectly from presence of livestock when they established strutting grounds on sheep salting areas

(Hulet 1983), whereas weed infestations induced by livestock grazing in the Great Basin (Young and Longland 1996) may reduce quality of habitat for sage grouse populations across this vast region.

Three studies (Neel 1980, Klebenow 1982, Evans 1986) have demonstrated that cattle grazing can be used to stimulate forbs important as sage grouse food. These studies were conducted in Nevada and focused on livestock use of mesic upland meadows frequented by sage grouse. These relationships may not have as wide applicability to areas where summer forb abundances are not as tied to localized wet meadow areas as they are in Nevada.

Fagerstone and Ramey (1996) indicated certain species of ground squirrels (*Spermophilus* spp.) may be favored by high levels of grazing. Secondary succession promoted by elevated grazing disturbances can encourage weedy plants preferred by ground squirrels, thereby increasing squirrel numbers (Sampson 1952). Giesen (1995) reported that depredation, primarily by Richardson's ground squirrels (*S. richardsonii*), accounted for most sage grouse nest losses in 2 years in northern Colorado following a period of high grazing levels precipitated by drought conditions. Giesen suggested ground squirrel densities coupled with reduced cover for sage grouse nests may have increased ground squirrel depredation.

Stocking intensity can profoundly affect residual vegetation following grazing (Van Poolen and Lacey 1979). Daddy et al. (1988) reported that a big sagebrush site moderately grazed (2 ha/AUM) by cattle in northwestern New Mexico had greater total herbaceous cover and biomass than either a site protected from grazing for 21 years or a site grazed at high use levels. Timing of use coupled with stocking intensity may have the greatest impact on value of sagebrush habitat to sage grouse. In particular, grazing during the late spring nesting period may reduce herbaceous cover components essential in concealing nests from avian and mammalian predators (Gregg et al. 1994, DeLong et al. 1995). Giesen (1995:32) related that "while predation may be the proximate cause of sage grouse nest loss, habitat at the nest site may be the ultimate factor determining nesting success."

Connelly and Braun (1997) acknowledged that there is little direct evidence associating sage grouse population levels with grazing practices. However, evidence can be derived from productivity of sage grouse in regions where grazing has influenced botanical composition and productivity

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004185

of sagebrush rangelands. Studies suggest that sage grouse nesting and brooding success corresponds with grazing practices (Gregg et al. 1994, DeLong et al. 1995, Sveum et al. 1998).

Crawford and Lutz (1985) concluded that long-term declines in Oregon sage grouse populations were only from changes in productivity; survival indices showed no consistent trends. Likewise, Klebenow (1985) reported long-term declines in sage grouse in portions of Nevada were related to low reproduction (no. chicks/100 hens). Crawford and Lutz (1985) recommended studying factors related to sage grouse nesting and brooding success.

Gregg et al. (1994) found only 18 (14.5%) of 124 sage grouse nests located in 3 years in Oregon were not depredated. Tall grass cover was greater at successful nests than at random sites or depredated nests and, except in one case, tall grasses at nondepredated nests consisted of residual cover. DeLong et al. (1995) found odds of predation of simulated sage grouse nests in southeastern Oregon with 5% tall grass cover and 29% medium shrub cover (average cover for depredated nests [Gregg et al. 1994]) were 1.34 times greater than odds of predation of artificial nests with 18% tall grass cover and 41% medium shrub cover (average covers for nondepredated sage grouse nests). Sveum et al. (1998) concluded that sagebrush communities with abundant herbaceous cover appeared to have greatest probability of concealing sage grouse nests. They recommended increasing cover of native perennial forbs and grasses to enhance food and cover in sagebrush.

Drut et al.'s (1994) work on sage grouse chicks in southeastern Oregon suggests that chicks consume numerous plant and insect foods in concordance with long-term rangeland productivity estimates. Their results indicated sage grouse chick survival may be related to rangeland productivity of primary foods (forbs and insects). Barnett and Crawford's (1994) results indicated nutrient content of forbs increases the overall nutrition of composite hen sage grouse diets prior to egg laying. In addition, a year of decreased forb abundance in Barnett and Crawford's study area corresponded with decreased chicks/hen and average brood size the same year. These results suggested a reproductive response by sage grouse hens to forb availability.

Changes to sagebrush habitat intended to provide additional forage to grazing livestock have severely altered habitat for sage grouse across their range. Direct impacts of livestock grazing on sage grouse habitat point to reduced sage grouse fecundity. Livestock grazing is a long-standing use of western rangelands. These conditions suggest the need for further understanding effects of livestock herbivory on sagebrush habitat to evaluate responses of sage grouse populations.

## Future research needs

Replicated field experiments are needed to determine widespread, relative effects (Ratti and Garton 1994) of grazing treatments and stocking intensities on sage grouse nesting success and brood survival. Replicated field experiments also are needed to evaluate effects of grazing treatments, use levels, and stocking intensities on abundances of important grouse forbs and insects in brood-rearing habitat relative to grazing treatments. Kind and class of livestock, season of use, stocking intensity, and duration of grazing should be considered in treatment designs to assess the reaction of various types of sagebrush ranges to livestock grazing (Tisdale and Hironaka 1981).

Studies need to be conducted to assess sage grouse population responses to livestock grazing adjacent to control areas where grazing does not occur. Again, replications are needed in these designs to facilitate certainty (few alternate hypotheses likely) in hypotheses testing while providing large inferential ability to many areas (Ratti and Garton 1994).

## Management implications

Range and livestock management on sagebrush rangelands inhabited by sage grouse should be approached from the standpoint of adaptive management to improve specific habitat components for grouse. The following recommendations should be considered in sage grouse habitat management scenarios in areas grazed by livestock:

1) Sagebrush eradication treatments should not be practiced. However, herbicides (or mechanical treatments) could be used to thin dense sagebrush stands to about 15% cover in nesting and brooding areas to enhance herbaceous plants while maintaining sagebrush cover (Johnson et al. 1996). Small burns to enhance herbaceous mosaics in sagebrush brooding habitats may provide benefits in mountain big sagebrush (*A. t. vaseyana*) areas (Pyle and

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004186

Crawford 1996), but may be detrimental in xeric sagebrush (Wyoming big sagebrush and 3-tipped sagebrush [*A. tripartita*]) habitats (Fischer et al. 1996). Burns should be applied cautiously to improve sage grouse brood habitat as Pyle and Crawford (1996:323) reported "the proper pattern of interspersion and ideal size of burn sites for enhancement of chick foods remains unknown."

2) Rehabilitation work following disturbances such as wildfires should focus on immediate reestablishment of mixes of sagebrush and native herbs. Annual grassland establishment following fire is very detrimental to sagebrush habitat integrity (Young and Longland 1996). Grazing should not be allowed on seeded areas until plant recruitment (including sagebrush) has occurred. Seeded areas should not be grazed for at least 2 consecutive growing seasons after seeding or until seeded species are well established (Holechek et al. 1989). Work by Owens and Norton (1990, 1992) suggests longer periods of rest from grazing may be needed to ensure young sagebrush plants are not killed by livestock trampling.

3) Range seedings should focus on establishing forbs and subspecies of big sagebrush suited to various range sites. Native grasses that do not outcompete beneficial forbs and shrubs also should be included in seeding mixtures to provide additional cover. Seedings designed strictly to increase grass production are discouraged. Monoculture seedings of crested wheatgrass and other non-native grasses are especially discouraged. Soil type, elevation, and amount of precipitation should be considered when determining suitability of plant materials to various locations (Vallentine 1989).

State and federal resource agencies can often provide information on species adapted to local conditions. For example, Beck and Mitchell (1997) provided lists of herbaceous plants suitable for reseeding big sagebrush types in Utah to enhance sage grouse habitat.

4) Applying insecticides to sage grouse summer habitat is not recommended. Johnson and Boyce (1990) found that insects were essential for survival of captive sage grouse chicks up to 3 weeks of age and were required by chicks of all ages for normal development. Extra caution is suggested in spraying areas frequented by broods as Johnson and Boyce (1990) indicated densities and compositions of insects needed by sage grouse chicks to meet their requirements are not known. Furthermore, Blus et al. (1989) documented sage grouse die-offs



Figure 2. Grazing can be used as a tool to enhance sage grouse habitat. For example, livestock grazing could be used periodically inside meadow exclosures to reduce old vegetation, thereby exposing and rejuvenating succulent forbs used by sage grouse.

resulting from exposure to organophosphorus insecticides applied to cultivated crops adjacent to rangeland in southeastern Idaho.

5) Livestock use around water sources and wet meadows in brood-rearing areas should be regulated through fencing, grazing, or herding management to restrict overuse, thereby protecting vulnerable forbs and grasses. However, livestock grazing could be used periodically inside meadow exclosures to reduce old vegetation, thereby exposing and rejuvenating succulent forbs (Evans 1986; Figure 2).

6) In general, livestock grazing should be managed to allow optimum growth of forbs, grasses, and sagebrush. Management for a variety of sagebrush covers should exist with important use areas reflecting the general preference of sage grouse for sagebrush cover of 5–10% in summer or 20–35% in winter (Eng 1986). Grazing system, season of use, grazing duration, kind of livestock, and stocking



Prior to large-scale conversions of sagebrush habitat, sage grouse occurrence was predictably wherever big sagebrush was found.

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004187

**1000**   *Wildlife Society Bulletin* 2000, 28(4):993–1002

intensity should be adjusted to maximize desired vegetal effects for sage grouse on ranges on a case-by-case basis.

7) Managers should consider removing livestock from sage grouse nesting areas prior to peak standing-crop development to maintain residual grass growth essential for nest concealment (Gregg et al. 1994) and then delay grazing the same areas until after nesting.

*Acknowledgments.* We thank D. A. Klebenow and K. P. Reese for earlier reviews and K. L. Launchbaugh for helpful suggestions in manuscript preparation. The Utah Division of Wildlife Resources provided the funding to publish this review.

## Literature cited

AKÇAKAYA, H. R., M. A. BURGMAN, AND L. R. GINZBURG. 1999. Applied population ecology: principles and computer exercises using RAMAS® EcoLab 2.0. Second edition. Applied Biomathematics, Setauket, New York, USA.

ALDRICH, J. W. 1963. Geographic orientation of American Tetraonidae. Journal of Wildlife Management 27:529–545.

ANDERSON, J. E., AND K. E. HOLTE. 1981. Vegetation development over 25 years without grazing on sagebrush-dominated rangeland in southeastern Idaho. Journal of Range Management 34:25–29.

AUTENRIETH, R. E. 1969. Impact of strip spray on vegetation and sage grouse use on summer habitat. Proceedings of the Biennial Western States Sage Grouse Workshop 6:147–157.

BARNETT, J. K., AND J. A. CRAWFORD. 1994. Pre-laying nutrition of sage grouse hens in Oregon. Journal of Range Management 47:114–118.

BECK, J. L., AND D. L. MITCHELL. 1997. Brief guidelines for maintaining and enhancing sage grouse habitat on private lands in Utah. Utah technical notes: UT190-7-3. United States Natural Resources Conservation Service, Salt Lake City, Utah, USA.

BLUS, L. J., C. S. STALEY, C. J. HENNY, G. W. PENDLETON, T. H. CRAIG, E. H. CRAIG, AND D. K. HALFORD. 1989. Effects of organophosphorus insecticides on sage grouse in southeastern Idaho. Journal of Wildlife Management 53:1139–1146.

BORK, E. W., N. E. WEST, AND J. W. WALKER. 1998. Cover components on long-term seasonal sheep grazing treatments in three-tip sagebrush steppe. Journal of Range Management 51:293–300.

BRANSON, F. A. 1985. Vegetation changes on western ranges. The Society for Range Management (Range Monograph Number 2). Denver, Colorado, USA.

BRAUN, C. E., AND T. D. I. BECK. 1996. Effect of research on sage grouse management. Transactions of the North American Wildlife and Natural Resources Conference 61:429–436.

BRAUN, C. E., T. BRITT, AND R. O. WALLESTAD. 1977. Guidelines for maintenance of sage grouse habitats. Wildlife Society Bulletin 5:99–106.

BRAUN, C. E., AND J. R. YOUNG. 1995. A new species of sage grouse from Colorado. Joint meeting of the Wilson Ornithological Society and the Virginia Society of Ornithology, 4–7 May 1995, Williamsburg, Virginia, USA.

BROTHERSON, J. D., AND W. T. BROTHERSON. 1981. Grazing impacts on the sagebrush communities of central Utah. Great Basin Naturalist 41:335–340.

BUREAU OF LAND MANAGEMENT. 1996. Sampling vegetation attributes. United States Department of the Interior, Bureau of Land Management, National Applied Resource Sciences Center, Interagency Technical Reference BLM/ST-96/002+1730, Denver, Colorado, USA.

CONNELLY, J. W., AND C. E. BRAUN. 1997. Long-term changes in sage grouse (*Centrocercus urophasianus*) populations in western North America. Wildlife Biology 3:229–234.

CRAWFORD, J. A., AND R. S. LUTZ. 1985. Sage grouse population trends in Oregon, 1941–1983. Murrelet 66:69–74.

DADDY, F., M. J. TRLICA, AND C. D. BONHAM. 1988. Vegetation and soil water differences among big sagebrush communities with different grazing histories. The Southwestern Naturalist 33:413–424.

DALKE, P. D., D. B. PYRAH, D. C. STANTON, J. E. CRAWFORD, AND E. F. SCHLATTERER. 1963. Ecology, productivity, and management of sage grouse in Idaho. Journal of Wildlife Management 27:811–841.

DELONG, A. K., J. A. CRAWFORD, AND D. C. DELONG, JR. 1995. Relationships between vegetational structure and predation of artificial sage grouse nests. Journal of Wildlife Management 59:88–92.

DRUT, M. S., W. H. PYLE, AND J. A. CRAWFORD. 1994. Technical note: diets and food selection of sage grouse chicks in Oregon. Journal of Range Management 47:90–93.

ELLISON, L. 1954. Subalpine vegetation of the Wasatch Plateau, Utah. Ecological Monographs 24:89–184.

ENG, R. L. 1986. Upland game birds. Pages 407–428 *in* A. Y. Cooperrider, R. J. Boyd, and H. R. Stuart, editors. Inventory and monitoring of wildlife habitat. United States Department of the Interior Bureau of Land Management, Service Center, Denver, Colorado, USA.

ENG, R. L., E. J. PITCHER, S. J. SCOTT, AND R. J. GREENE. 1979. Minimizing the effect of surface coal mining on a sage grouse population by a directed shift of breeding activities. Pages 464–468 *in* The Mitigation Symposium. 16–20 July 1979, United States Forest Service, General Technical Report RM-65, Colorado State University, Fort Collins, USA.

EVANS, C. C. 1986. The relationship of cattle grazing to sage grouse use of meadow habitat on the Sheldon National Wildlife Refuge. Thesis, University of Nevada, Reno, USA.

FAGERSTONE, K. A., AND C. A. RAMEY. 1996. Rodents and lagamorphs. Pages 83–132 *in* P. R. Krausman, editor. Rangeland Wildlife. The Society for Range Management, Denver, Colorado, USA.

FISCHER, R. A., K. P. REESE, AND J. W. CONNELLY. 1996. An investigation on fire effects within xeric sage grouse brood habitat. Journal of Range Management 49:194–198.

FRISCHKNECHT, N. C., AND L. E. HARRIS. 1968. Sheep can control sagebrush on seeded range if... Utah Science 34:27–30.

GIESEN, K. M. 1995. Evaluation of livestock grazing and residual herbaceous cover on sage grouse nest success. Job Final Report, Project W-167-R, Colorado Division of Wildlife, Denver, USA.

GREGG, M. A., J. A. CRAWFORD, M. S. DRUT, AND A. K. DELONG. 1994. Vegetational cover and predation of sage grouse nests in Oregon. Journal of Wildlife Management 58:162–166.

GUTHERY, F. S. 1996. Upland gamebirds. Pages 59–69 *in* P. R. Krausman, editor. Rangeland wildlife. The Society for Range Management, Denver, Colorado, USA.

HARNISS, R. O., AND R. B. MURRAY. 1973. 30 years of vegetal change

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004188

following burning of sagebrush-grass range. Journal of Range Management 26:322–325.

→ HART, R. H., M. J. SAMUEL, P. S. TEST, AND M. A. SMITH. 1988. Cattle, vegetation, and economic responses to grazing systems and grazing pressure. Journal of Range Management 41:282–286 →

→ HOBBS, N. T. 1996. Modification of ecosystems by ungulates. Journal of Wildlife Management 60:695–713.

HOLECHEK, J. L., R. D. PIEPER, AND C. H. HERBEL. 1989. Range management: principles and practices. Regents-Prentice Hall, Englewood Cliffs, New Jersey, USA.

→ HOLECHEK, J. L., AND T. STEPHENSON. 1983. Comparison of big sagebrush vegetation in north-central New Mexico under moderately grazed and grazing excluded conditions. Journal of Range Management 36:455–456.

HULET, B. V. 1983. Selected responses of sage grouse to prescribed fire, predation and grazing by domestic sheep in southeastern Idaho. Thesis, Brigham Young University, Provo, Utah, USA.

HUPP, J. W., AND C. E. BRAUN. 1991. Geographic variation among sage grouse in Colorado. Wilson Bulletin 103:255–261.

JOHNSGARD, P. A. 1983. The grouse of the world. University of Nebraska, Lincoln, USA.

→ JOHNSON, G. D. AND M. S. BOYCE. 1990. Feeding trials with insects in the diet of sage grouse chicks. Journal of Wildlife Management 54:89–91.

→ JOHNSON, K. H., AND C. E. BRAUN. 1999. Viability and conservation of an exploited sage grouse population. Conservation Biology 13:77–84.

JOHNSON, K. H., R. A. OLSON, AND T. D. WHITSON. 1996. Composition and diversity of plant and small mammal communities in tebuthiuron-treated big sagebrush (*Artemisia tridentata*). Weed Technology 10:404–416.

→ KLEBENOW, D. A. 1970. Sage grouse versus sagebrush control in Idaho. Journal of Range Management 23:396–400.

KLEBENOW, D. A. 1982. Livestock grazing interactions with sage grouse. Pages 113–123 *in* J. M. Peek and P. D. Dalke, editors. Proceedings of the Wildlife–Livestock Relationships Symposium, 20–22 April 1981, Coeur d'Alene, Idaho. Proceeding 10, University of Idaho Forestry, Wildlife, and Range Experiment Station, Moscow, USA.

KLEBENOW, D. A. 1985. Habitat management of sage grouse in Nevada. World Pheasant Association Journal 10:34–46.

→ LAYCOCK, W. A. 1967. How heavy grazing and protection affect sagebrush-grass ranges. Journal of Range Management 20:206–213.

LAYCOCK, W. A. 1979. Management of sagebrush. Rangelands 1:207–210.

→ LAYCOCK, W. A. 1991. Stable states and thresholds of range condition on North American rangelands: a viewpoint. Journal of Range Management 44:427–433.

→ MARTIN, N. S. 1970. Sagebrush control related to habitat and sage grouse occurrence. Journal of Wildlife Management 34:313–320.

→ MCARTHUR, E. D., A. C. BLAUER, AND S. C. SANDERSON. 1988. Mule deer-induced mortality of mountain big sagebrush. Journal of Range Management 41:114–117.

MILLER, R. F., T. J. SVEJCAR, AND N. E. WEST. 1994. Implications of livestock grazing in the Intermountain sagebrush region: plant composition. Pages 101–146 *in* M. Vavra, W. A. Laycock, and R. D. Pieper, editors. Ecological implications of livestock herbivory in the West. Society for Range Management, Denver, Colorado, USA.

NEEL, L. A. 1980. Sage grouse response to grazing management

in Nevada. Thesis, University of Nevada, Reno, USA.

OAKLEAF, R. J. 1971. The relationship of sage grouse to upland meadows in Nevada. Thesis, University of Nevada, Reno, USA.

→ OWENS, M. K., AND B. E. NORTON. 1990. Survival of juvenile basin big sagebrush under different grazing regimes. Journal of Range Management 43:132–135.

OWENS, M. K., AND B. E. NORTON. 1992. Interactions of grazing and plant protection on basin big sagebrush (*Artemisia tridentata* spp. *tridentata*) seedling survival. Journal of Range Management 45:257–262.

PECHANEC, J. F. A. P. PLUMMER, J. H. ROBERTSON, AND A. C. HULL. 1965. Sagebrush control on rangelands. United States Department of Agriculture, Handbook Number 277, Washington, D.C., USA.

PETERSON, J. G. 1995. Ecological implications of sagebrush manipulation: a literature review. Montana Fish, Wildlife and Parks, Helena, USA.

→ PYLE, W. H., AND J. A. CRAWFORD. 1996. Availability of foods of sage grouse chicks following prescribed fire in sagebrush-bitterbrush. Journal of Range Management 49:320–324.

RASMUSSEN, D. L., AND L. A. GRINER. 1938. Life history and management studies of the sage grouse in Utah, with special reference to nesting and feeding habits. Transactions of the North American Wildlife Conference 3:852–864.

RATTI, J. T., AND E. O. GARTON. 1994. Research and experimental design. Pages 1–23 *in* T. A. Bookhout, editor. Research and management techniques for wildlife and habitats. Fifth edition. The Wildlife Society, Bethesda, Maryland, USA.

→ REYNOLDS, T. D., AND C. H. TROST. 1980. The response of native vertebrate populations to crested wheatgrass planting and grazing by sheep. Journal of Range Management 33:122–125.

RIGGS, R. A., AND P. J. URNESS. 1989. Effects of goat browsing on gambel oak communities in northern Utah. Journal of Range Management 42:354–360.

RITCHIE, M. E., M. L. WOLFE, AND R. DANVIR. 1994. Predation of artificial sage grouse nests in treated and untreated sagebrush. Great Basin Naturalist 54:122–129.

SAMPSON, A. W. 1952. Range management, principles and practices. John Wiley and Sons, New York, New York, USA.

SCHNEEGAS, E. R. 1967. Sage grouse and sagebrush control. Transactions of the North American Wildlife Conference 32:270–274.

SHARROW, S. H., W. C. LENINGER, AND B. RHODES. 1989. Sheep grazing as a silvicultural tool to suppress brush. Journal of Range Management 42:2–4.

SHOWN, L. M., R. F. MILLER, AND F. A. BRANSON. 1969. Sagebrush conversion to grassland as affected by precipitation, soil, and cultural practices. Journal of Range Management 22:303–311.

STURGES, D. L. 1993. Soil-water vegetation dynamics through 20 years after big sagebrush control. Journal of Range Management 416:161–169.

SVEUM, C. M., W. D. EDGE, AND J. A. CRAWFORD. 1998. Nesting habitat selection by sage grouse in south-central Washington. Journal of Range Management 51:265–269.

SWENSON, J. E. C. A. SIMMONS, AND C. D. EUSTACE. 1987. Decrease of sage grouse *Centrocercus urophasianus* after ploughing sagebrush steppe. Biological Conservation 41:125–132.

TISDALE, E. W., AND M. HIRONAKA. 1981. The sagebrush-grass region: a review of the ecological literature. Bulletin 33, University of Idaho Forestry, Wildlife, and Range Experiment Station, Moscow, USA.

VALE, T. R. 1974. Sagebrush conversion projects: an element of

This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004189

**1002**   *Wildlife Society Bulletin* 2000, 28(4):993–1002

contemporary environmental change in the western United States. Biological Conservation 6:274–284.

→ VALE, T. R. 1975. Presettlement vegetation in the sagebrush-grass area of the Intermountain West. Journal of Range Management 28:32–36.

VALLENTINE, J. F. 1989. Range developments and improvements. Third edition. Academic, San Diego, California, USA.

VALLENTINE, J. F. 1990. Grazing management. Academic, San Diego, California, USA.

VAN POOLEN, H. W., AND J. R. LACEY. 1979. Herbage response to grazing systems and stocking intensities. Journal of Range Management 32:250–253.

→ WAMBOLT, C. L., AND G. F. PAYNE. 1986. An 18-year comparison of control methods for Wyoming big sagebrush in southwestern Montana. Journal of Range Management 39:314–319.

→ WAMBOLT, C. L., AND H. W. SHERWOOD. 1999. Sagebrush response to ungulate browsing in Yellowstone. Journal of Range Management 52:363–369.

→ WALLESTAD, R. 1975. Male sage grouse responses to sagebrush treatment. Journal of Wildlife Management 39:482–484.

→ WEST, N. E., F. D. PROVENZA, P. S. JOHNSON, AND M. K. OWENS. 1984. Vegetation changes after 13 years of livestock grazing exclusion on sagebrush semidesert in west central Utah. Journal of Range Management 37:262–264.

→ YOUNG, J. A., AND W. S. LONGLAND. 1996. Impact of alien plants on Great Basin rangelands. Weed Technology 10:384–391.

YOUNG, J. R., J. W. HUPP, J. W. BRADBURY, AND C. E. BRAUN. 1994. Phenotypic divergence of secondary sexual traits among sage grouse, *Centrocercus urophasianus*, populations. Animal Behavior 47:1353–1362.

*Jeffrey L. Beck* (right) is a Ph.D. student in forestry, wildlife, and range sciences at the University of Idaho. Jeff was lands (habitat) biologist for the Utah Division of Wildlife Resources (UDWR) in southeastern Utah from 1996 to 1997. He earned



B.S. and M.S. degrees in wildlife and range resources from Brigham Young University. Jeff is certified by The Wildlife Society (TWS) as an Associate Wildlife Biologist. His doctoral research concerns estimating elk summer range carrying capacity in the Jarbidge Mountains of northeastern Nevada. *Dean L. Mitchell* (left) is the upland game program coordinator for the UDWR. He has been employed by UDWR since 1988 and has served as a regional wildlife information and education specialist, special-functions conservation officer, and upland game staff biologist. Dean received his B.S. in fisheries and wildlife management from Utah State University (USU). He is a TWS Certified Wildlife Biologist. Dean recently served as president (1998–1999) of the Utah chapter TWS and was president of the USU student chapter TWS (1986–1987). Dean's professional interests include all aspects of upland game ecology and management.



This content downloaded from 158.68.66.254 on Tue, 29 Apr 2014 13:49:10 PM
All use subject to JSTOR Terms and Conditions

BLM_0004190

*Peer Reviewed*

# Movements and Survival of Juvenile Greater Sage-Grouse in Southeastern Idaho

**JEFFREY L. BECK,**[1,2] *Department of Fish and Wildlife Resources, University of Idaho, Moscow, ID 83844, USA*

**KERRY P. REESE,** *Department of Fish and Wildlife Resources, University of Idaho, Moscow, ID 83844, USA*

**JOHN W. CONNELLY,** *Idaho Department of Fish and Game, Department of Biological Sciences, Idaho State University, Pocatello, ID 83209, USA*

**MATTHEW B. LUCIA,**[3] *Department of Fish and Wildlife Resources, University of Idaho, Moscow, ID 83844, USA*

## Abstract

*Low recruitment has been suggested as a primary factor contributing to declines in greater sage-grouse (Centrocercus urophasianus) populations. We evaluated movements and survival of 58 radiomarked juvenile greater sage-grouse from 1 September (≥10 weeks of age) to 29 March (≥40 weeks of age) during 1997–1998 and 1998–1999 in lowland and mountain valley study areas in southeastern Idaho, USA. Juvenile sage-grouse captured in the mountain valley area moved an average of 2.2 km (20%) farther ($\bar{x}$ = 13.0 km, SE = 1.2 km) from autumn to winter ranges than juvenile grouse captured in the lowland area ($\bar{x}$ = 10.8 km, SE = 1.2 km). Ten of 11 deaths occurred from September to December. Fifty percent of deaths in the lowland population were attributable to human-related mortality including power-line collisions and legal harvest, while 33% and 17% of deaths were attributable to mammalian predators and unknown causes, respectively. All deaths in the mountain valley population were attributed to avian or mammalian predators. Survival was relatively high for birds from both populations, but was higher across years in the lowland ($\hat{S}$ = 0.86, SE = 0.06, n = 43) than in the mountain valley population ($\hat{S}$ = 0.64, SE = 0.13, n = 14). In our study juvenile sage-grouse that moved farther distances to seasonal ranges experienced lower survival than juveniles from a more sedentary population. Moreover, high juvenile survival in our study suggests that if low recruitment occurs in sage-grouse populations it may be due to other factors, especially poor nesting success or low early chick survival. (WILDLIFE SOCIETY BULLETIN 34(4):1070–1078; 2006)*

## Key words

*Centrocercus urophasianus, greater sage-grouse, Idaho, juvenile survival, power-line collisions, predation, seasonal movements.*

Greater sage-grouse (*Centrocercus urophasianus*) historically occupied sagebrush (*Artemisia* spp.) rangelands in at least 13 states and 3 Canadian provinces and now occur in 11 states and 2 provinces (Schroeder et al. 2004). Range-wide, populations declined 3.5% per year from 1965 to 1985, and 0.4% per year from 1986 to 2003 (Connelly et al. 2004). These declines are attributed to loss, degradation, and fragmentation of sagebrush–steppe habitat resulting from long-term impacts, including agricultural expansion (Swenson et al. 1987), drought (Connelly and Braun 1997), fire (Connelly et al. 2000b, 2004), invasive species (Connelly et al. 2004), and livestock-related activities (Beck and Mitchell 2000, Crawford et al. 2004). Continuing changes to sage-grouse habitats include communication towers, mining and energy developments, roads, power lines, fences, reservoirs, and urbanization (Braun 1987, 1998, Connelly et al. 2004). These changes have affected brood-rearing habitats, potentially driving population declines through low survival of juveniles (Connelly and Braun 1997, Beck et al. 2003, Crawford et al. 2004).

Estimates of sage-grouse chick (0–10 weeks of age) and juvenile (10–40 weeks of age) survival are limited and have

not been based on standardized time periods, thus making comparisons difficult. Crawford et al. (2004) averaged partial estimates from 3 studies to compute a mean survival rate of 10% for juvenile sage-grouse from hatching to the first potential breeding season. Survival of juveniles from hatching to autumn was 38% in Wyoming, USA (June 1963). Chick survival between hatching date and 50 days after hatching (7 weeks of age) was estimated to be 33% in Washington, USA (Schroeder 1997) and 18% in Alberta, Canada (Aldridge and Brigham 2001). In contrast, survival rates for chicks from all North American grouse species range from 50% to 60% from hatching to autumn (Bergerud 1988).

Sage-grouse populations inhabiting mountain valley and lowland habitats experience differences in topography and precipitation (Connelly et al. 1988, 2003a), and these differences may correspond to greater distances moved between seasonal ranges for certain age and sex classes (Connelly et al. 1988). For example, in southeastern Idaho, USA, movements of male sage-grouse from a mountain valley population from winter to summer range were greater than for females from the mountain valley population or females or males from lowland populations (Connelly et al. 1988). In addition, risk of predation may increase as offspring move away from natal areas (Larsen and Boutin 1994). Therefore, we hypothesized that juvenile sage-grouse moving further distances from summer brood-rearing areas

[1] E-mail: jl_beck@yahoo.com
[2] Present address: Colorado Division of Wildlife, Grand Junction, CO 81505, USA
[3] Present address: Teton Regional Land Trust, Driggs, ID 83422, USA

BLM_0004191



**Figure 1.** Juvenile greater sage-grouse study areas and range of all locations, southeastern Idaho, USA, 1997–1999. Medicine Lodge and Table Butte study area boundaries based on minimum convex polygons placed around 88% and 90% of juvenile sage-grouse locations, respectively, in these areas from 1 Sep–29 Mar, 1997–1998 and 1998–1999. Range of all locations was delineated with a 100% minimum convex polygon around all juvenile sage-grouse locations from 1 Sep–29 Mar, 1997–1998 and 1998–1999.

to winter ranges may experience higher mortality than those juveniles remaining closer to brood-rearing areas in winter. To address these questions, we investigated movements and survival rates of juvenile sage-grouse occupying mountain valley and lowland habitats (Connelly et al. 1988, 2003a) to better understand survival of different age classes of greater sage-grouse in southeastern Idaho.

We defined juveniles as birds from 10 weeks of age until entering their first breeding season in March (approx. 40 weeks of age). We based our definition on the fact that young males outweigh young and adult females by 10–12 weeks after hatching and weights of young female and adult female sage-grouse are nearly equal by October (Patterson 1952, Dalke et al. 1963). Our objectives were to 1) assess space use and seasonal movements of juvenile greater sage-grouse in mountain valley and lowland populations, 2) document mortality patterns for juvenile greater sage-grouse in mountain valley and lowland populations, 3) estimate survival rates of juvenile greater sage-grouse in mountain valley and lowland populations, and 4) evaluate relationships

between seasonal movements and survival rates of juvenile sage-grouse.

## Study Areas

Medicine Lodge, the mountain valley study area (Fig. 1), consisted of 157 km$^2$ in Clark County, Idaho (44°18′N, 112°27′W). Approximately 50% of the area was privately owned, 46% was managed by the Bureau of Land Management, and 4% by the state of Idaho. Elevations range from 1,664 to 2,282 m above mean sea level with topography of moderate to high relief. Main topographical features include creek drainages, basalt outcroppings, mountain ridges, and peaks. Livestock ponds, wet meadows, springs, seeps, and creeks were common. Vegetation was dominated by mountain big sagebrush (*Artemisia tridentata vaseyana*) at higher elevations in the north, xeric sagebrush composed of Wyoming big sagebrush (*A. t. wyomingensis*) and basin big sagebrush (*A. t. tridentata*) on deeper soils in the south, and little sagebrush (*A. arbuscula*) on ridgetops with underlying shallow soils throughout Medicine Lodge. Douglas-fir (*Pseudotsuga menziesii*) and lodgepole pine (*Pinus*

BLM_0004192

**Table 1.** Area and patch metrics for cover types important to greater sage-grouse, Medicine Lodge and Table Butte, southeastern Idaho, USA, 1997–1999.

| Location | Area (%) | Patch metric | | |
| --- | --- | --- | --- | --- |
| | | Mean area (km²) | Density (No./km²) | Perimeter: area ratio |
| **Medicine Lodge** | | | | |
| Agriculture | 6 | 1.78 | 3 | 100 |
| Grassland | 1 | 0.05 | 22 | 448 |
| Little sagebrush | 15 | 0.18 | 84 | 418 |
| Mountain big sagebrush | 33 | 0.92 | 36 | 424 |
| Xeric big sagebrush[a] | 43 | 1.28 | 34 | 476 |
| Total (%) | 98[b] | | | |
| **Table Butte** | | | | |
| Agriculture | 28 | 14.05 | 2 | 58 |
| Grassland | 23 | 0.39 | 6 | 378 |
| Xeric big sagebrush[a] | 48 | 1.81 | 27 | 448 |
| Total (%) | 99[c] | | | |

[a] Basin and Wyoming big sagebrush as well as threetip sagebrush in Table Butte.

[b] Remaining cover (2%) composed of forest, riparian, and other shrubs.

[c] Remaining cover (1%) composed of low-intensity urban, riparian, and other shrubs.

*contorta*) stands occurred at higher elevations (Table 1). Portions of the area were previously strip-sprayed to remove sagebrush and planted with crested wheatgrass (*Agropyron cristatum*). Predominant land use was livestock grazing.

Table Butte, the lowland study area (Fig. 1), consisted of 451 km² in Clark (77%) and Jefferson (23%) counties, Idaho (44°06′N, 112°24′W). These lands were owned and managed by the Bureau of Land Management (57%), private landowners (39%), and the state of Idaho (4%). Elevations range from 1,463 to 1,812 m, and topography is of low relief with outcrops of basalt scattered throughout the landscape. Free water was scarce. The surrounding private land was predominately crop agriculture dominated by alfalfa and potato production. A xeric sagebrush community composed of Wyoming big sagebrush, basin big sagebrush, and some threetip sagebrush (*A. tripartita*) covered most of the unfragmented rangelands (Table 1). A portion of the area burned in the early 1990s and was dominated by seeded crested wheatgrass. Conservation Reserve Program lands bordered alfalfa fields in the northeastern portion of Table Butte. Livestock grazing and cropland agriculture were the dominant land uses.

The climate of both study areas was continental, characterized by cold winters and hot summers. We obtained climatic data from a weather station at the United States Sheep Experiment Station in Dubois, Idaho (1,664 m; 44°15′N, 112°12′W; Fig. 1; Western Regional Climate Center 2005). Average monthly temperatures from September to March were 1.3°C in 1997–1998 and 1998–1999, similar to the 30-year (1971–2000) average of 0.1°C. September–March cumulative precipitation was 13 cm during 1997–1998 and 14 cm during 1997–1998, slightly drier than the 16-cm, 30-year average.

Coyotes (*Canis latrans*), red fox (*Vulpes vulpes*), common

ravens (*Corvus corvax*), golden eagles (*Aquila chrysaetos*), soaring hawks (*Buteo* spp.), and weasels (*Mustela* spp.) were common predators of sage-grouse in both study areas and are recognized as primary predators of sage-grouse elsewhere (Schroeder and Baydack 2001). There was much less cropland, no low-lying power lines, and relatively few pasture fences in Medicine Lodge compared to Table Butte. Grouse in Table Butte were more likely to be exposed to agricultural hazards such as agrochemicals (Blus et al. 1989), farm machinery, fences, power lines, and vehicles, as well as domestic dogs and cats.

## Methods

### Capturing and Marking

We captured and radiomarked 11 yearling and 14 adult female greater sage-grouse in March and April on 7 leks in and adjacent to both study areas to facilitate capturing of juveniles during summers 1997 and 1998. Females breeding on these leks commingled, but separated following nesting to rear broods. We captured and marked juveniles from the first week of August through the first week of October, but we did not capture during full moons or the 1-week mid-September hunting season. While capturing and handling birds, we followed animal welfare protocols of Gaunt and Oring (1997) and the University of Idaho Animal Care and Use Committee (protocol No. 5039).

We used a spotlighting technique (Giesen et al. 1982, Wakkinen et al. 1992, Connelly et al. 2003b) to trap sage-grouse. We used roosting locations of radiomarked yearling and adult females as well as observations of sage-grouse broods in evening hours to locate juveniles during the trapping period. We restrained all captured grouse in burlap sacks to reduce stress. To reduce hen-brood separation, we held all captured birds in partitioned cardboard boxes or burlap sacks and released birds together at the point of capture.

We assigned captured sage-grouse to age and gender categories based on mass (Dalke et al. 1963), plumage characteristics (Bihrle 1993), and length of primary feathers (Beck et al. 1975, Idaho Department of Fish and Game 1989). We weighed each juvenile and, depending on mass, fitted individuals with 15- or 18-g necklace-mounted, battery-powered radiotransmitters with built-in mortality sensors (Advanced Telemetry Systems, Inc., Isanti, Minnesota) and an Idaho Department of Fish and Game numbered aluminum leg band. Radiotransmitters were ≤3% of the body mass of each juvenile grouse.

### Monitoring

We located radiomarked grouse by radiotelemetry and visual observations of the birds or by circling the estimated location indicated by the loudest signal strength (Springer 1979). We also made relocations from a fixed-wing aircraft twice each year to find marked birds that could not be located from the ground. Birds that were found during aerial flights were also relocated by ground searches. We recorded the Universal Transverse Mercator (UTM) coordinates (datum, NAD27; projection, UTM Zone 12) at each

BLM_0004193

location with a Global Positioning System unit or by examining United States Geological Survey 7.5-minute topographical maps. We documented fate (alive or dead) for each bird based on pulse signals. When pulse signals indicated mortality, we collected forensic evidence to identify cause of death (Thirgood et al. 1998).

### Space Use and Movements

We conducted home-range analyses in ArcView 3.3 (Environmental Systems Research Institute, Inc., Redlands, California, 1992–2002) to delineate study area boundaries. We assigned juvenile sage-grouse to study areas based on their location at the time of capture and grouped all locations following capture into respective study areas. We used the Home Range extension for ArcView (Rodgers and Carr 2002) to select 90% of all sage-grouse diurnal locations from 1 September to 29 March, 1997–1998 and 1998–1999 in each study area with the harmonic mean method (Dixon and Chapman 1980) and then placed a minimum convex polygon (Mohr 1947) around those locations using the Animal Movements Program extension for ArcView (Hooge and Eichenlaub 1997). We used a 100% minimum convex polygon to delineate the area all grouse used from 1 September to 29 March, 1997–1998 and 1998–1999.

We clipped 30-m-resolution vegetation coverage grids from Idaho Gap Analysis Program (Scott et al. 2002) to the 90% minimum convex polygon for each study area. We reclassified the vegetation in each study area as agriculture, forest, grassland, low-intensity urban, little sagebrush, mountain big sagebrush, riparian, other shrubs, and xeric big sagebrush (basin and Wyoming) cover types. The subsets of cover types we selected were important for sage-grouse relative to space use in the study areas. We used Frag Stats 3.3 (McGarigal and Marks 1995) to evaluate fragmentation metrics at the cover-type scale, including patch density, mean patch area, and perimeter-to-area ratio of patches for agriculture, grassland, little sagebrush, mountain big sagebrush, and xeric big sagebrush.

We designated seasons as summer (Jun–Aug), autumn (Sep–Nov), winter (Dec–Feb), and spring (Mar–May; Leonard et al. 2000). We did not include capture locations or locations where dead grouse were located in our movement analyses and only considered birds with at least 2 locations in each season. To evaluate movement distances, we used ArcView 3.3 to create polygons around locations for birds with $\geq 3$ seasonal locations, or lines joining locations for birds with 2 seasonal locations in autumn or winter and then computed centroids for each polygon or line to represent the average of seasonal locations for each grouse. We computed linear distances (km) grouse moved between autumn and winter ranges with UTM coordinates for each seasonal centroid. We located Medicine Lodge birds monitored for movement an average of 3.2 times on autumn ranges (range = 3–4) and twice each on winter ranges. We located Table Butte birds an average of 7.5 times on autumn ranges (range = 3–12) and 2.7 times on winter ranges (range = 2–4).

We used analysis of variance (ANOVA) to model 6 alternative hypotheses related to grouse movements from autumn to winter ranges (Proc GLM; SAS Institute 2001). Explanatory variables supporting our hypotheses included gender, year, study area, and the gender × year interaction. Prior to modeling, we assessed normality and equal variance in the seasonal-movement response data with appropriate plots and found these data met the assumptions of ANOVA (Proc UNIVARIATE and Proc GLM; SAS Institute 2001).

We evaluated the strength of evidence for each ANOVA model with Akaike's Information Criterion for small samples (AIC$_c$; Hurvich and Tsai 1989). We computed maximized log-likelihood values for each model as

$$\log_e\left[L(\hat{\theta})\right] = -\frac{n}{2}\log_e\left(\hat{\sigma}^2\right)$$

where $\hat{\sigma}^2$ is the sum of the squared residuals/$n$ (Burnham and Anderson 2002:63). Differences between AIC$_c$ for each model and the best model ($\Delta$AIC$_c$) provided a ranking of our models, and Akaike weights ($w_i$) allowed us to assess the weight of evidence in favor of each model. We ranked the relative importance of variables using methods described by Burnham and Anderson (2002:167–169).

### Survival

We evaluated juvenile sage-grouse survival for the 30-week period extending from 1 September to 29 March in 1997–1998 and 1998–1999. On average, we monitored grouse from the Table Butte study area 6.3 times (range = 1–15) and grouse from the Medicine Lodge study area 3.5 times (range = 1–7) during the 30-week period over each year. We censored grouse (Hosmer and Lemeshow 1999) if their radiotransmitters were lost or quit functioning and we right-censored them if they survived past 29 March. Each year survival of right-censored birds was confirmed with aerial flights conducted shortly after 29 March.

We evaluated survival by year (1997 and 1998), gender (male and female), and study area. We estimated survival with the Kaplan–Meier product-limit estimator (Kaplan and Meier 1958) modified for staggered entry (Pollock et al. 1989). We computed the variance for survival estimates following Greenwood (1926) and compared survival rates between groups with a log-rank test (Cox and Oakes 1984:105).

## Results

### Capturing and Marking

We captured and radiomarked 58 juveniles during 1997 and 1998. Twenty-six juveniles were radiomarked in 1997 (14 M and 12 F) and 32 (16 M and 16 F) in 1998. Of the radiomarked juveniles, we captured 15 (26%) in Medicine Lodge (3 in 1997 and 12 in 1998) and captured 43 (74%) in Table Butte (23 in 1997 and 20 in 1998).

### Space Use and Movements

Xeric big sagebrush was the dominant cover type in each study area (Table 1). Patches of agricultural cover were nearly 8 times larger on average in Table Butte than in Medicine Lodge (Table 1). Patch density was highest for

BLM_0004194

**Table 2.** Summary of model fit statistics from ANOVA modeling to select the best approximating model explaining autumn to winter movements (km) of 24 greater sage-grouse (Medicine Lodge, $n = 5$; Table Butte, $n = 19$) in southeastern Idaho, USA, 1997–1998. Models are listed according to the model that best fit the data and ranked by $\Delta AIC_c$, the difference between the model with the lowest Akaike's Information Criterion for small samples ($AIC_c$) and the $AIC_c$ for the current model. The number of parameters ($K$), estimated residual variance ($\hat{\sigma}^2$), value of the maximized log-likelihood function (log($L$)), and Akaike weights ($w_i$) for each model are also presented.

| Model | $K^a$ | $\hat{\sigma}^{2b}$ | log($L$)$^c$ | $\Delta AIC_c$ | $w_i$ |
|---|---|---|---|---|---|
| Null$^d$ | 2 | 21.05 | −36.56 | 0.000 | 0.378 |
| Gender | 3 | 19.13 | −35.42 | 0.337 | 0.320 |
| Study area | 3 | 20.26 | −36.11 | 1.715 | 0.161 |
| Year | 3 | 21.04 | −36.55 | 2.611 | 0.103 |
| Gender + Year + Gender × Year | 5 | 18.08 | −34.74 | 5.111 | 0.029 |
| Global$^e$ | 6 | 17.11 | −34.08 | 7.400 | 0.009 |

$^a$ Estimable parameters include the intercept and estimated residual variance $\hat{\sigma}^2$.
$^b$ $\hat{\sigma}^2$ = residual sum of squares/$n$.
$^c$ log($L$) = $-n/2 \times \log_e(\hat{\sigma}^2)$.
$^d$ The null model is the model without explanatory variables.
$^e$ Global model = Gender + Study Area + Year + Gender × Year.

little sagebrush in Medicine Lodge and for xeric sagebrush in Table Butte. Xeric big sagebrush provided patches of cover with more complex or elongated boundary shapes than other cover types in both study areas based on largest perimeter-to-area ratios (Table 1).

We delineated a 100% minimum convex polygon for the area used by all sage-grouse from 1 September to 31 March, 1997–1998 and 1998–1999, based on 317 diurnal locations of grouse following capture and located through aerial and ground monitoring (Fig. 1). Of these locations 50 were from 13 birds in Medicine Lodge and 267 were from 40 birds in Table Butte. We delineated the Medicine Lodge study area boundaries from 44 of 50 locations (88%) from 13 birds (Fig. 1). This delineation reflects removal of 1 outlier location for a male that made a long-distance movement between 17 November and 11 December 1998 only to return with 6 days (17 Dec) to associate with 3 other radiomarked grouse and remain on winter range. We delineated the Table Butte study area with 241 of 267 locations (90%) from 40 birds (Fig. 1). Movement analyses were based on 234 locations in autumn and 74 locations in winter, which corresponds to 97% of all locations from August to March. Three grouse captured in Table Butte (2 F and 1 M) crossed Interstate 15 to access habitat in Fremont and eastern Clark counties. We located these birds at 11 times (4% of all Table Butte locations) from 1 November to 22 December in 1997 and 1998 (Fig. 1).

We modeled distances moved from autumn to winter ranges for 5 grouse (2 F and 3 M) captured in Medicine Lodge and 19 grouse (9 F and 10 M) captured in Table Butte. The best-supported models explaining juvenile sage-grouse movements from autumn to winter ranges were the gender, null, and study area models (Table 2). Relative importance of explanatory variables supporting our seasonal movement model was gender (0.358), study area (0.170), and year (0.141). While on average juvenile males ($\bar{x} = 12.6$



**Figure 2.** Mortality by cause and month for juvenile greater sage-grouse, Medicine Lodge and Table Butte, southeastern Idaho, USA. Mortalities are monthly totals from Sep–Mar, 1997–1998 and 1998–1999.

km, SE = 1.1, $n = 13$) moved 2.8 km farther from autumn ranges to winter ranges than juvenile females ($\bar{x} = 9.8$ km, SE = 1.6, $n = 11$), ranges in distances of male and female movements from autumn to winter ranges were 3.3–19.4 km and 2.3–18.9 km, respectively. Juvenile sage-grouse captured in Medicine Lodge moved an average of 2.2 km farther ($\bar{x} = 13.0$ km, SE = 1.2, $n = 5$) from autumn to winter ranges than juvenile grouse captured in Table Butte ($\bar{x} = 10.8$ km, SE = 1.2, $n = 19$). The difference in movement distances between study areas is meaningful even though ranges of movements at the 2 study areas overlapped. Movement distances of birds at Medicine Lodge ranged from 9.2 to 16.7 km and at Table Butte ranged from 2.3 to 19.4 km, but 32% (6/19) of movements of Table Butte birds were less than the minimum movement distance of birds at Medicine Lodge. Movement distances from autumn to winter ranges were similar between 1997 ($\bar{x} = 11.3$ km, SE = 1.1, $n = 19$) and 1998 ($\bar{x} = 11.0$ km, SE = 2.4, $n = 5$).

## Mortality and Survival

One female from Medicine Lodge died within 1 day of capture in 1997; following a necropsy, we determined this

BLM_0004195

bird died from capture-related stress and was thus not considered in survival analyses. One male captured in Table Butte in 1998 lost his radiocollar 6 weeks after he entered the study on 1 September and was censored. Of the remaining 56 birds, 11 (20%) died from 1 September to 31 March, 1997–1998 and 1998–1999 (Fig. 2). The remaining 45 birds (Medicine Lodge = 9; Table Butte = 36) survived and became subadult sage-grouse. Mortality by study area was 5 of 14 (36%) in Medicine Lodge and 6 of 43 (14%) in Table Butte. Two deaths occurred in September (18%), 5 in October (46%), 2 in November (9%), 2 in December (18%), and 1 in March (9%; Fig. 2). All mortalities in Medicine Lodge were attributed to natural predators (avian = 80%; mammal = 20%), while mortality associated with human activities (legal harvest = 17%; power-line collisions = 33%) accounted for 50% of mortalities in Table Butte. All mortalities associated with human activities in Table Butte occurred during September and October (Fig. 2). The remaining deaths in Table Butte were attributable to mammalian predation (33%) and unknown cause (17%; Fig. 2). Of total mortalities avian predation was the cause of death for 36% of grouse, followed by mammal predation (27%), power-line collisions (18%), legal harvest (9%), and unknown cause (9%; Fig. 2).

We did not have a sufficient sample of birds to test for differences in survival between years at Medicine Lodge. However, we found no difference in survival between years at Table Butte ($\chi_1^2 = 0.03$, $P = 0.862$); we used this evidence to pool data within study areas across years. We found no difference ($\chi_1^2 = 0.15$, $P = 0.699$) in survival between female ($\hat{S} = 0.78$, SE = 0.08, $n = 27$) and male ($\hat{S} = 0.82$, SE = 0.07, $n = 30$) juvenile sage-grouse. Survival was lower ($\chi_1^2 = 3.12$, $P = 0.077$) at Medicine Lodge ($\hat{S} = 0.64$, SE = 0.13, $n = 14$) than at Table Butte ($\hat{S} = 0.86$, SE = 0.06, $n = 43$; Fig. 3).

## Discussion

Once young sage-grouse reached 10 weeks of age, they experienced low to moderate mortality (14–36%) through March. Mortality in both study areas was concentrated in autumn with only 3 deaths occurring from December to March. Our estimates of juvenile sage-grouse survival are higher than estimates of survival for chicks from hatching to 7 weeks (Schroeder 1997, Aldridge and Brigham 2001), hatching through autumn ( June 1963), and hatching until birds enter the breeding season (Crawford et al. 2004). A comparison of our results with previous estimates suggests high mortality of sage-grouse chicks (0–10 weeks of age) may have most influenced previous estimates of juvenile survival.

Population viability analysis for sage-grouse in North Park, Colorado, incorporating sensitivity and elasticity analyses of vital rates, indicated that adult and juvenile survival followed by adult and juvenile fecundity most limited population growth ( Johnson and Braun 1999). Poor recruitment in prairie grouse may reflect low juvenile survival rates or reproductive potential (clutch size, nest



**Figure 3.** Kaplan–Meier product-limit survival curves with 95% confidence limits (dashed lines) for juvenile greater sage-grouse in Medicine Lodge and Table Butte, southeastern Idaho, USA. Survival rates are from 1 Sep (week 10) to 29 Mar (week 40), 1997–1998 and 1998–1999.

success, nest initiation rates, and renesting rates) for adult females.

Clutch sizes for sage-grouse average 6.6–9.1 eggs (Schroeder et al. 1999), reflecting a relationship between low adult mortality rates and low clutch size among North American grouse (Bergerud 1988). Average nest success (nests hatching ≥1 egg) for sage-grouse ranges from 15% to 86% (Schroeder et al. 1999). In southeastern Idaho percentage of females known to initiate nesting was 55% for yearlings and 78% for adults, nest success between age classes averaged 52%, and renesting rate for unsuccessful first nesters was 15% (Connelly et al. 1993). Renesting rates in areas with smaller populations were 36% in Alberta (Aldridge and Brigham 2001), and 82% for yearling females and 88% for adult females in Washington (Schroeder 1997). Likelihood of nest initiation averaged 80% (range = 63–100%) from 11 studies in Alberta, Canada; and Colorado, Idaho, Montana, Oregon, Utah, Washington, and Wyoming, USA, while likelihood of renesting averaged 29% (range = 9–87%) from 9 studies in Alberta, Colorado, Idaho, Oregon, and Washington (Connelly et al. 2004). These findings suggest reproductive success among female

BLM_0004196

sage-grouse is highly variable. Thus, nesting success or survival of chick sage-grouse may be the factors most limiting recruitment in sage-grouse populations and needs further study because it is clear that losses in productivity occur from nest initiation to 10 weeks of age. We did not investigate nest success or survival of chicks; therefore, we do not know whether recruitment was higher or lower for sage-grouse inhabiting the 2 study areas.

Adult sage-grouse have low overwinter natural mortality, with most mortality occurring in spring and summer (Connelly et al. 2000a). We likewise found low overwinter mortality of juvenile sage-grouse. Therefore, specific causes of mortality during spring and summer potentially could be influencing population declines of sage-grouse. Identification of these factors may provide managers with information to develop recommendations and strategies for increasing numbers of sage-grouse.

Exposure to wet and cold weather after hatching can limit survival of sage-grouse chicks (Patterson 1952), linking yearly survival to annual climate cycles. Predation, including that on nests, juveniles, and adults is the largest direct cause of prairie grouse mortality (Schroeder and Baydack 2001). Other factors responsible for juvenile mortality include accidents, hunting, disease, and parasites. Half of the deaths in the lowland population were attributable to human activities during September and October. In contrast, all deaths in the mountain valley population were related to predators from October to December when birds were moving to winter habitats. Sage-grouse in Medicine Lodge had lower survival and moved 20% farther from autumn ranges to winter ranges than birds in Table Butte, suggesting that mortality of juvenile sage-grouse in autumn may increase as distances moved between seasonal ranges increase, thereby increasing exposure to predators.

To our knowledge no other investigators have examined the relationship between survival and distance of seasonal movements in sage-grouse. Although our sample sizes are not large, our results are consistent with similar studies. Caizergues and Ellison (1997) indicated that early spring generally is a period of high mortality in tetraonids at least in part because of high mobility of juveniles during this period. Male willow ptarmigan (*Lagopus lagopus*) experience a period of increased mortality in early spring when they move from winter habitat back to their breeding territories and subsequently must move to more protected areas during periods of inclement weather (Hannon et al. 2003). Other studies have reported on relationships of distance moved to other vital rates in grouse. Female greater sage-grouse subject to disturbance moved further and had a lower nesting propensity than birds in less disturbed habitats (Lyon and Anderson 2003). In contrast, Popham and Gutiérrez (2003) reported that successful nesting female sage-grouse in California, USA, nested farther from leks than unsuccessful females. In Colorado mean brood size and chick survival were lower for Columbian sharp-tailed grouse (*Tympanuchus phasianellus columbianus*) occupying an area where broods moved an average of 1.3 km from nest sites compared to a second study area where broods moved an average of 0.5 km from nest sites (Collins 2004).

## Management Implications

Low productivity and chick survival rates suggest recruitment is of great importance in maintaining sage-grouse populations (Connelly and Braun 1997, Crawford et al. 2004). We argue that understanding survival and mortality patterns of juvenile sage-grouse is critical because recruitment has the greatest effect on growth of sage-grouse populations. Managers and researchers should focus efforts on factors that influence sage-grouse production to include chick and juvenile survival. A common way production is indexed in sage-grouse populations is through ratios of juveniles to adult (including yearling) females obtained from the wings of hunter-harvested birds in autumn (Connelly and Braun 1997, Connelly et al. 2000c, Beck et al. 2003). These ratios have, at times, indicated stable to increasing populations when populations were declining, likely reflecting disproportionate harvest of adult females and juveniles near mesic areas (Beck et al. 2003). Additional work on evaluating production should complement our understanding of recruitment, which appears to be low in sage-grouse populations (Dunn and Braun 1985). Particular importance should be placed on studies evaluating chick and juvenile survival.

Both sage-grouse populations we studied were migratory, moving >10 km from autumn to winter ranges (Connelly et al. 2000c). Juveniles in a population that migrated longer distances to winter ranges experienced higher mortality rates than juveniles in a more sedentary population. Birds that migrate longer distances may have increased exposure risks to predation and other hazards (Caizergues and Ellison 1997). These risks can be mitigated by conserving and enhancing movement corridors and large unfragmented habitat patches. We believe our research suggests that implementation of this strategy is critical to promoting high survival among juvenile sage-grouse from migratory populations. Additional research to verify the relationship between migratory distance and juvenile survival across the range of the species is warranted.

## Acknowledgments

We thank the Bureau of Land Management for funding. We thank N. A. Burkepile, S. C. Gardner, J. R. Hickey, M. W. McDonald, and T. J. Sachtleben for field assistance. N. F. Johnson, J. S. Rachael, H. M. Miyasaki, A. T. Ogden, and P. A. Wik provided insight and encouragement. We also thank volunteers from the Southeast and Upper Snake regions of the Idaho Department of Fish and Game for assistance in trapping. D. R. Anderson provided statistical advice. C. E. Braun provided a helpful review of an earlier manuscript. This paper is contribution 1007 of the University of Idaho Forest, Wildlife and Range Experiment Station and Idaho Federal Aid in Wildlife Restoration Project W-160-R.

BLM_0004197

## Literature Cited

Aldridge, C. L., and R. M. Brigham. 2001. Nesting and reproductive activities of greater sage-grouse in a declining northern fringe population. Condor 103:537–543.

Beck, J. L., and D. L. Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildlife Society Bulletin 28:993–1002.

Beck, J. L., D. L. Mitchell, and B. D. Maxfield. 2003. Changes in the distribution and status of sage-grouse in Utah. Western North American Naturalist 63:203–214.

Beck, T. D. I., R. B. Gill, and C. E. Braun. 1975. Sex and age determination of sage grouse from wing characteristics. Colorado Division of Game, Fish and Parks, Outdoor Facts, Game Information Leaflet 49 (revised), Denver, USA.

Bergerud, A. T. 1988. Population ecology of North American grouse. Pages 578–685 in A. T. Bergerud and M. W. Gratson, editors. Adaptive strategies and population ecology of northern grouse. Volume II. Theory and synthesis. University of Minnesota, Minneapolis, USA.

Bihrle, C. 1993. Upland game identification: a basic guide for aging and sexing the bird in your hand. North Dakota Outdoors 56(3):9–23.

Blus, L. J., C. S. Staley, C. J. Henny, G. W. Pendleton, T. H. Craig, E. H. Craig, and D. K. Halford. 1989. Effects of organophosphorus insecticides on sage grouse in southeastern Idaho. Journal of Wildlife Management 53:1139–1146.

Braun, C. E. 1987. Current issues in sage grouse management. Proceedings of the Western Association of Fish and Wildlife Agencies 67:134–144.

Braun, C. E. 1998. Sage grouse declines in western North America: what are the problems? Proceedings of the Western Association of Fish and Wildlife Agencies 78:139–156.

Burnham, K. P., and D. R. Anderson. 2002. Model selection and multi-model inference: a practical information–theoretic approach. Second edition. Springer-Verlag, New York, New York, USA.

Caizergues, A., and L. N. Ellison. 1997. Survival of black grouse Tetrao tetrix in the French Alps. Wildlife Biology 3:177–186.

Collins, C. P. 2004. Ecology of Columbian sharp-tailed grouse breeding in coal mine reclamation and native upland cover types in northwestern Colorado. Thesis, University of Idaho, Moscow, USA.

Connelly, J. W., A. D. Apa, R. B. Smith, and K. P. Reese. 2000a. Effects of predation and hunting on adult sage grouse Centrocercus urophasianus in Idaho. Wildlife Biology 6:227–232.

Connelly, J. W., and C. E. Braun. 1997. Long-term changes in sage grouse Centrocercus urophasianus populations in western North America. Wildlife Biology 3:229–234.

Connelly, J. W., H. W. Browers, and R. J. Gates. 1988. Seasonal movements of sage grouse in southeastern Idaho. Journal of Wildlife Management 52:116–122.

Connelly, J. W., R. A. Fischer, A. D. Apa, K. P. Reese, and W. L. Wakkinen. 1993. Re-nesting by sage grouse in southeastern Idaho. Condor 95:1041–1043.

Connelly, J. W., S. T. Knick, M. A. Schroeder, and S. J. Stiver. 2004. Conservation assessment of greater sage-grouse and sagebrush habitats. Unpublished report. Western Association of Fish and Wildlife Agencies, Cheyenne, Wyoming, USA.

Connelly, J. W., K. P. Reese, R. A. Fischer, and W. L. Wakkinen. 2000b. Response of a sage grouse breeding population to fire in southeastern Idaho. Wildlife Society Bulletin 28:90–96.

Connelly, J. W., K. P. Reese, E. O. Garton, and M. L. Commons-Kemner. 2003a. Response of greater sage-grouse Centrocercus urophasianus populations to different levels of exploitation in Idaho, USA. Wildlife Biology 9:335–340.

Connelly, J. W., K. P. Reese, and M. A. Schroeder. 2003b. Monitoring of greater sage-grouse habitats and populations. Idaho Forest, Wildlife and Range Experiment Station Bulletin 80, College of Natural Resources, University of Idaho, Moscow, USA.

Connelly, J. W., M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000c. Guidelines to manage sage grouse populations and their habitats. Wildlife Society Bulletin 28:967–985.

Cox, D. R., and D. Oakes. 1984. Analysis of survival data. Chapman and Hall, New York, New York, USA.

Crawford, J. A., R. A. Olson, N. E. West, J. C. Mosley, M. A. Schroeder,

T. D. Whitson, R. F. Miller, M. A. Gregg, and C. S. Boyd. 2004. Ecology and management of sage-grouse and sage-grouse habitat. Journal of Range Management 57:2–19.

Dalke, P. D., D. B. Pyrah, D. C. Stanton, J. E. Crawford, and E. F. Schlatterer. 1963. Ecology, productivity, and management of sage grouse in Idaho. Journal of Wildlife Management 27:811–841.

Dixon, K. R., and J. A. Chapman. 1980. Harmonic mean measure of animal activity areas. Ecology 61:1040–1044.

Dunn, P. O., and C. E. Braun. 1985. Natal dispersal and lek fidelity of sage grouse. Auk 102:621–627.

Gaunt, A. S., and L. W. Oring, editors. 1997. Guidelines to the use of wild birds in research. Special publication. The Ornithological Council, Washington, D.C., USA.

Giesen, K. M., T. J. Schoenberg, and C. E. Braun. 1982. Methods for trapping sage grouse in Colorado. Wildlife Society Bulletin 10:224–231.

Greenwood, M. 1926. The natural duration of cancer. Pages 1–26 in Reports on public health and medical subjects 33. His Majesty's Stationery Office, London, United Kingdom.

Hannon, S. J., R. C. Gruys, and J. O. Schieck. 2003. Differential seasonal mortality of the sexes in willow ptarmigan Lagopus lagopus in northern British Columbia, Canada. Wildlife Biology 9:317–326.

Hooge, P. N., and B. Eichenlaub. 1997. Animal movements extension to ArcView: version 1.1. U.S. Geological Survey, Alaska Biological Science Center, Anchorage, USA.

Hosmer, D. W., Jr., and S. Lemeshow. 1999. Applied survival analysis: regression modeling of time to event data. John Wiley and Sons, New York, New York, USA.

Hurvich, C. M., and C.-L. Tsai. 1989. Regression and time series model selection in small samples. Biometrika 76:297–307.

Idaho Department of Fish and Game. 1989. Sexing and aging sage grouse wings by measuring the 10th primary. Unpublished report. Idaho Department of Fish and Game, Boise, USA.

Johnson, K. H., and C. E. Braun. 1999. Viability and conservation of an exploited sage grouse population. Conservation Biology 13:77–84.

June, J. W. 1963. Wyoming sage grouse population measurement. Proceedings of the Western Association of State Game and Fish Commissioners 43:206–211.

Kaplan, E. L., and P. Meier. 1958. Nonparametric estimation from incomplete observations. Journal of the American Statistical Association 53:457–481.

Larsen, K. W., and S. Boutin. 1994. Movements, survival, and settlement of red squirrel (Tamiasciurus hudsonicus) offspring. Ecology 75:214–223.

Leonard, K. M., K. P. Reese, and J. W. Connelly. 2000. Distribution, movements and habitats of sage grouse Centrocercus urophasianus on the Upper Snake River Plain of Idaho: changes from the 1950s to the 1990s. Wildlife Biology 6:265–270.

Lyon, A. G., and S. H. Anderson. 2003. Potential gas development impacts on sage grouse nest initiation and movement. Wildlife Society Bulletin 31:486–491.

McGarigal, K., and B. J. Marks. 1995. FRAGSTATS: spatial pattern analysis program for quantifying landscape structure. U.S. Forest Service General Technical Report PNW-GTR-351, Pacific Northwest Research Station, Portland, Oregon, USA.

Mohr, C. O. 1947. Table of equivalent populations of North American small mammals. American Midland Naturalist 37:223–249.

Patterson, R. L. 1952. The sage grouse in Wyoming. Sage, Denver, Colorado, USA.

Pollock, K. H., S. R. Winterstein, C. M. Bunck, and P. D. Curtis. 1989. Survival analysis in telemetry studies: the staggered entry design. Journal of Wildlife Management 53:7–15.

Popham, G. P., and R. J. Gutiérrez. 2003. Greater sage-grouse Centrocercus urophasianus nesting success and habitat use in northeastern California. Wildlife Biology 9:327–334.

Rodgers, A. R., and A. P. Carr. 2002. Home range extension for ArcView®GIS, version 1.1 C. Ontario Ministry of Natural Resources, Centre for Northern Forest Ecosystem Research, Thunder Bay, Canada.

BLM_0004198

SAS Institute. 2001. SAS/STAT user's guide, release 8.2. SAS Institute, Cary, North Carolina, USA.

Schroeder, M. A. 1997. Unusually high reproductive effort by sage grouse in a fragmented habitat in north-central Washington. Condor 99:933–941.

Schroeder, M. A., C. L. Aldridge, A. D. Apa, J. R. Bohne, C. E. Braun, S. D. Bunnell, J. W. Connelly, P. A. Delbert, S. C. Gardner, M. A. Hilliard, G. D. Kobriger, S. M. McAdam, C. W. McCarthy, J. J. McCarthy, D. L. Mitchell, E. V. Rickerson, and S. J. Stiver. 2004. Distribution of sage-grouse in North America. Condor 106:363–376.

Schroeder, M. A., and R. K. Baydack. 2001. Predation and the management of prairie grouse. Wildlife Society Bulletin 29:24–32.

Schroeder, M. A., J. R. Young, and C. E. Braun. 1999. Sage grouse (*Centrocercus urophasianus*). Account 425 *in* A. Poole and F. Gill, editors. The birds of North America. The Academy of Natural Sciences, Philadelphia, Pennsylvania, and The American Ornithologists' Union, Washington, D.C., USA.

Scott, J. M., C. R. Peterson, J. W. Karl, E. Strand, L. K. Svancara, and N. M. Wright. 2002. A Gap analysis of Idaho: final report. Idaho Cooperative Fish and Wildlife Research Unit, Moscow, USA.

Springer, J. T. 1979. Some sources of bias and sampling error in radio triangulation. Journal of Wildlife Management 43:926–935.

Swenson, J. E., C. A. Simmons, and C. D. Eustace. 1987. Decrease of sage grouse *Centrocercus urophasianus* after ploughing of sagebrush steppe. Biological Conservation 41:125–132.

Thirgood, S. J., S. M. Redpath, P. J. Hudson, and E. Donnelly. 1998. Estimating the cause and rate of mortality in red grouse *Lagopus lagopus scoticus*. Wildlife Biology 4:65–71.

Wakkinen, W. L., K. P. Reese, J. W. Connelly, and R. A. Fischer. 1992. An improved spotlighting technique for capturing sage grouse. Wildlife Society Bulletin 20:425–426.

Western Regional Climate Center. 2005. Idaho climate summaries. Desert Research Institute, Reno, Nevada, USA. <www.wrcc.dri.edu/summary/climsmid>. Accessed 2005 Nov 14.



**Jeffrey L. Beck** (photo) is the sagebrush steppe wildlife research scientist for the Colorado Division of Wildlife. He earned B.S. and M.S. degrees in Wildlife and Range Resources from Brigham Young University and a Ph.D. in Forestry, Wildlife, and Range Sciences from the University of Idaho. His doctoral work focused on modeling nutritional carrying capacity for elk in the Jarbidge Mountains of northeastern Nevada. He was a habitat biologist for the Utah Division of Wildlife in southeastern Utah from 1996 to 1997. He completed postdoctoral work at the University of Idaho, where his work focused on evaluating habitat conditions and population parameters for greater sage-grouse and mountain quail populations in Idaho. He also completed a postdoctoral appointment at the University of Wyoming, where his work centered on developing and assisting in improving the rigor of monitoring protcols for management indicator species in the Rocky Mountain Region of the United States Forest Service. He is a certified wildlife biologist and has been a member of The Wildlife Society (TWS) since 1992. His research interests include prairie grouse ecology and conservation, ungulate ecology and conservation, and monitoring wildlife populations. **Kerry P. Reese** is a professor of wildlife resources and head of the Department of Fish and Wildlife Resources at the University of Idaho. He received his B.S. degree in biology from Indiana University of Pennsylvania, M.S. in wildlife biology from Clemson University, and Ph.D. in wildlife science from Utah State University. A member of TWS since 1974, he is a past-president of the Idaho Chapter of TWS. His major research interests focus on avian ecology and management, especially of upland game birds. **John W. (Jack) Connelly** has been a principal wildlife research biologist with the Idaho Department of Fish and Game for the last 20 years. He recently completed a temporary assignment for the Western Association of Fish and Wildlife Agencies, where he served as Chief Scientist on the Range-Wide Greater Sage-Grouse Conservation Assessment. He received his B.S. in wildlife resources from the University of Idaho and M.S. in wildlife biology and Ph.D. in zoology from Washington State University. He has been a member of TWS for 30 years, serving as president of the Idaho Chapter and Northwest Section. His professional interests include avian population ecology, harvest management, and pretty much anything related to grouse. **Matthew B. Lucia** is a land protection specialist and wildlife biologist for Teton Regional Land Trust in Driggs, Idaho. He received his B.S. degree from Utah State University. His career and research interests focus on habitat conservation and restoration, with a particular interest in riparian corridors and the shrub–steppe uplands of southeastern Idaho. He has been involved with TWS since 1993.

*Associate Editor: Mason.*

BLM_0004199

ROUTLEDGE REVIVALS

# Energy Development in the Southwest

**Problems of Water, Fish, and Wildlife in the Upper Colorado River Basin**

Volume Two

*Edited by*
**Walter O. Jr. Spofford,
Alfred L. Parker and
Allen V. Kneese**

RFF PRESS
RESOURCES FOR THE FUTURE

ROUTLEDGE REVIVALS

BLM_0004200

*Routledge Revivals*

---

# Energy Development in the Southwest

First published in 1980, the second volume of *Energy Development in the Southwest* analyses water conditions and habitat life in the Upper Colorado River Basin, based on alternative national energy scenarios and attempts to assess some of the economic, demographic, and environmental impacts of each development scenario. The energy development scenarios considered in this book involve coal development and use, oil share production, and uranium mining and milling. This title will be of particular interest to students of Environmental Science.

BLM_0004201

*This page intentionally left blank*

BLM_0004202

# Energy Development in the Southwest

Problems of Water, Fish and Wildlife in the Upper Colorado River Basin
Volume Two

**Edited by
Walter O. Spofford, Jr., Alfred L. Parker, and
Allen V. Kneese**



RESOURCES FOR THE FUTURE

BLM_0004203

First published in 1980
by Resources for the Future, Inc.

This edition first published in 2016 by Routledge
2 Park Square, Milton Park, Abingdon, Oxon, OX14 4RN
and by Routledge
711 Third Avenue, New York, NY 10017

*Routledge is an imprint of the Taylor & Francis Group, an informa business*

© 1980, Resources for the Future, Inc.

All rights reserved. No part of this book may be reprinted or reproduced or utilised in any form or by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying and recording, or in any information storage or retrieval system, without permission in writing from the publishers.

**Publisher's Note**
The publisher has gone to great lengths to ensure the quality of this reprint but points out that some imperfections in the original copies may be apparent.

**Disclaimer**
The publisher has made every effort to trace copyright holders and welcomes correspondence from those they have been unable to contact.

A Library of Congress record exists under LC control number: 80008020

ISBN 13: 978-1-138-99889-6 (hbk)
ISBN 13: 978-1-315-65847-6 (ebk)

# Energy development in the Southwest

*Problems of Water, Fish and Wildlife in the Upper Colorado River Basin*

**Volume Two**

**WALTER O. SPOFFORD, JR., ALFRED L. PARKER, and ALLEN V. KNEESE, editors**

**RESEARCH PAPER R-18**

**RESOURCES FOR THE FUTURE  /  WASHINGTON, D.C.**

BLM_0004205

RESOURCES FOR THE FUTURE, INC.
1755 Massachusetts Avenue, N.W., Washington, D.C. 20036

DIRECTORS: M. Gordon Wolman, *Chairman,* Charles E. Bishop, Harrison Brown, Roberto de O. Campos, Anne P. Carter, Emery N. Castle, William T. Coleman, Jr., William T. Creson, F. Kenneth Hare, Franklin A. Lindsay, Charles F. Luce, George C. McGhee, Vincent E. McKelvey, Richard W. Manderbach, Laurence I. Moss, Mrs. Oscar M. Ruebhausen, Janez Stanovnik, Charles B. Stauffacher, Russell E. Train, Franklin H. Williams. *Honorary Directors:* Horace M. Albright, Erwin D. Canham, Edward J. Cleary, Hugh L. Keenleyside, Edward S. Mason, William S. Paley, John W Vanderwilt.

OFFICERS: Emery N. Castle, *President;* Edward F. Hand, *Secretary-Treasurer.*

Resources for the Future is a nonprofit organization for research and education in the development, conservation, and use of natural resources and the improvement of the quality of the environment. It was established in 1952 with the cooperation of the Ford Foundation. Grants for research are accepted from government and private sources only if they meet the conditions of a policy established by the Board of Directors of Resources for the Future. The policy states that RFF shall be solely responsible for the conduct of the research and free to make the research results available to the public. Part of the work of Resources for the Future is carried out by its resident staff; part is supported by grants to universities and other nonprofit organizations. Unless otherwise stated, interpretations and conclusions in RFF publications are those of the authors; the organization takes responsibility for the selection of significant subjects for study, the competence of the researchers, and their freedom of inquiry.

Research Papers are studies and conference reports published by Resources for the Future from the authors' typescripts. The accuracy of the material is the responsibility of the authors and the material is not given the usual editorial review by RFF. The Research Paper series is intended to provide inexpensive and prompt distribution of research that is likely to have a shorter shelf life or to reach a smaller audience than RFF books.

This is volume two of a two-volume work.

Library of Congress Catalog Card Number 80-8020

ISBN 0-8018-2495-8

Copyright © 1980 by Resources for the Future, Inc.

Distributed by The Johns Hopkins University Press, Baltimore, Maryland 21218

Manufactured in the United States of America

Published September 1980. $25.00 per set.

BLM_0004206

Contents of Volume II

Page

PART II.   IMPACTS ON WATER QUALITY, FISH, AND WILDLIFE

    7.  THE INFLUENCE OF REDUCED STREAMFLOWS ON WATER QUALITY

        James R. Gosz

| | |
|---|---|
| Introduction | 3 |
| Reduced Stream Discharge | 10 |
| Stream Dewatering Location | 17 |
|   Precipitation-Evapotranspiration-Runoff | 19 |
|   Biological Community | 21 |
|   Geology | 23 |
| Organic Quality Parameters | 25 |
| Biological Indices | 32 |
| Research Needs | 40 |

    DISCUSSION:  Gene E. Likens

| | |
|---|---|
| Some General Characteristics of Forested Landscapes in the North Temperate Zone | 50 |
| Disturbance from Long Range | 53 |
| Disturbance from Within | 59 |
| Some Summary Thoughts | 65 |

    DISCUSSION:  Lee Ischinger | 69

iii

BLM_0004207

| | Page |
|---|---|
| 8.  POTENTIAL IMPACTS OF ALTERATIONS IN STREAMFLOW AND WATER QUALITY ON FISH AND MACROINVERTEBRATES IN THE UPPER COLORADO RIVER BASIN | |
| Richard S. Wydoski | |
| Introduction | 77 |
| Fish Fauna of the Upper Colorado River Basin | 81 |
| Changes Caused by Impoundments | 83 |
| Problems with Supply and Demand for Sport Fishing | 86 |
| Ecology of Fish and Instream Flows | 93 |
| Salmonids | 94 |
| Other Fish | 98 |
| Responses of Macroinvertebrates to Streamflow | 101 |
| Stream Channelization | 112 |
| Water Quality | 114 |
| Recommendations for Streamflows | 122 |
| Recommendations for Research | 131 |
| Summary | 135 |
| DISCUSSION:  Donald L. Tennant | 148 |
| DISCUSSION:  Carl B. Schreck | 155 |
| 9.  THE IMPACTS OF HABITAT ALTERATIONS AND INTRODUCED SPECIES ON THE NATIVE FISHES OF THE UPPER COLORADO RIVER BASIN | |
| Manuel Molles | |
| Introduction | 163 |
| Native Fish Fauna | 163 |
| Fish Community of the Lower Basin | 165 |
| The Fishes of Champaign County, Illinois | 168 |
| The Colorado River as an Insular System | 169 |
| Competition with Introduced Fishes | 170 |
| Predation | 173 |
| Habitat Alteration | 173 |
| Extinction Theory | 176 |
| Priorities for the Upper Colorado River Basin | 178 |
| DISCUSSION:  John P. Hubbard | 182 |
| DISCUSSION:  Robert F. Raleigh | 193 |

BLM_0004208

                                                                    Page

10.  THE IMPACTS OF HABITAT ALTERATIONS ON THE
     ENDANGERED AND THREATENED FISHES OF THE
     UPPER COLORADO RIVER BASIN

     Robert J. Behnke

          Introduction                                              204
          The Environment and the Fishes                            204
               The Razorback Sucker                                 209
               The Squawfish                                        210
               The Bonytail Chub                                    211
               The Humpback Chub                                    211
               Cutthroat Trout                                      212
          Energy Development, Coexistence, and
               Realities                                            212


DISCUSSION:  Paul B. Holden                                         217


DISCUSSION:  James E. Johnson                                       224


11.  THE ECOLOGY OF COLORADO RIVER RESERVOIR SHORELINES

     Loren D. Potter

          Introduction                                              236
          River and Reservoir Setting                               238
               Geology and Physiography of the
                    Lake Powell Area                                238
               Climate                                              241
               Regional Vegetation                                  242
               From a River to a Lake                               243
          Shoreline Surface Materials                               244
               Shoreline Mapping                                    245
               Description                                          246
               Extent of Shoreline Types                            247
          Shoreline Succession                                      247
               Biomass Studies                                      247
               Riparian Succession of the Colorado
                    River                                           250
               Lakeshore Succession of Lake Powell                  251
          Submergence Effects                                       257
               Breakdown and Decomposition of
                    Flooded Vegetation                              257
               Impact of Submergence on Tamarisk
                    Seedlings                                       260
          Shoreline Predictions and Water Level
               Management                                           263

v

BLM_0004209

|  |  | Page |
|---|---|---|
| DISCUSSION: Robert D. Ohmart |  | 273 |
| DISCUSSION: Robert D. Curtis |  | 279 |

12.  THE IMPACTS OF ENERGY DEVELOPMENT ON BIG GAME
       IN NORTHWESTERN COLORADO

   Bertram D. Baker, Robert L. Elderkin,
   Donald R. Dietz

| | Page |
|---|---|
| Introduction | 294 |
| Big Game | 296 |
| Mule Deer | 296 |
| Elk | 299 |
| Antelope | 300 |
| Bighorn or Mountain Sheep | 303 |
| Bear | 304 |
| Mountain Lion | 304 |
| Development Impact Assessment Problems | 305 |
| Research Needs | 307 |

DISCUSSION: Duane A. Asherin                315

DISCUSSION: Jack Howerton                322

PART III.  FISH AND WILDLIFE MANAGEMENT IN THE UPPER COLORADO
       RIVER BASIN:  PLANNING AND EVALUATION CONSIDERATIONS
       AND PROCEDURES

13.  THE POTENTIAL IMPACTS OF ENERGY DEVELOPMENT ON
       WATER RESOURCES IN THE YAMPA RIVER BASIN

   Thomas Maddock III, N. C. Matelas

| | Page |
|---|---|
| Introduction | 331 |
| Coal Development Scenarios | 332 |
| Coal Development Operations | 336 |
| Residuals Generation | 340 |
| Water Availability in the Yampa River Basin and Its Use | 343 |
| Storage Estimates | 350 |
| Summary and Conclusions | 352 |

BLM_0004210

|  | Page |
|---|---|

DISCUSSION: Myron B. Fiering

Introduction ................................................... 355
Principal Shortcomings of the Proposed
  Approach ..................................................... 355
How to Structure a More Comprehensive
  Water Allocation Model ....................................... 357
Conclusions ................................................... 370

DISCUSSION: Timothy Doak Steele

Introduction ................................................... 373
The Yampa River Basin Assessment Project ...................... 373
Summary ....................................................... 389

14. PREDICTING THE IMPACTS OF SURFACE COAL MINING ON
    TROUT POPULATIONS IN THE YAMPA RIVER BASIN

    Richard A. Smith

Introduction ................................................... 395
Methods ....................................................... 400
    Stream Sediment Model ..................................... 400
    Trout Response Model ...................................... 406
    The Leslie Matrix and Hunt Creek Trout .................... 407
    Effects of Suspended Solids on Trout
      Survival ................................................ 412
    Simulation of Population Response ......................... 416
    Joint Operation of the Trout and
      Sediment Models ......................................... 421
Results, Discussion, and Research Needs ....................... 424
    Results ................................................... 424
    Discussion and Research Needs ............................ 431

DISCUSSION: Gordon C. Jacoby, Jr. .............................. 438

Consumptive Use and Streamflow ................................ 440
Reclamation Threshold Levels .................................. 443
Broader Implications for the Colorado
  River Basin ................................................. 444

DISCUSSION: Thomas H. Yorke ................................... 449

Introduction ................................................... 449
Background .................................................... 450
Indirect Effects of Suspended Sediments ....................... 452
Effects of Bedload ............................................ 453
Summary ....................................................... 455

BLM_0004211

<u>Page</u>

15. HABITAT EVALUATION PROCEDURES (HEP)

    James M. Lutey

        Introduction                                    458
        Background                                       459
        Habitat Evaluation Procedures                   462
        Research Needs                                  470

    DISCUSSION:  Ralph C. d'Arge                        472

    DISCUSSION:  Clarence Daniel                        478

PART IV.  POLITICAL AND LEGAL INSTITUTIONS AFFECTING THE USES OF
      THE LANDS AND WATERS IN THE UPPER COLORADO RIVER BASIN

16. INSTITUTIONAL ASPECTS OF WATER ALLOCATION IN THE
    UPPER COLORADO RIVER BASIN:  IMPLICATIONS FOR
    FISH AND WILDLIFE

    William B. Lord

        Introduction                                    487
        Western Water Law                               489
        Political and Administrative Aspects             496
        Research Needs                                  506

    DISCUSSION:  Henry P. Caulfield, Jr.                515

        Introduction                                    515
        Economics and Politics                          516
        Application of Political Science Concepts to
           Natural Resources/Environmental Problems     520
        Application in Combination of Distributive,
           Regulative, and Redistributive Politics      522
        Political Strategy for Enhancing Fish and
           Wildlife Values Generally                    526

    DISCUSSION:  Harvey R. Doerksen                     532

        Introduction                                    532
        Western Water Law                               532
        Political and Administrative Aspects             536

BLM_0004212

List of Tables

| Table number | | Page |
|---|---|---|
| Chapter 7. | James R. Gosz | |
| 1. | Characteristics of the Tesuque Watersheds in the Sangre de Cristo Mountains of New Mexico (1974-75 water year) | 5 |
| 2. | Weighted (by flow volume) Average Annual Concentrations of Ions in Streams of the Tesuque Watersheds (1974-75 water year) | 7 |
| 3. | Stream Output of Soluble Ions from the Tesuque Watersheds in the Sangre de Cristo Mountains of New Mexico During Three Water Years--1972-73, 1973-74, and 1974-75 | 20 |
| Chapter 8. | Richard S. Wydoski | |
| 1. | Average Monthly Water Temperature ($^{\circ}$F) of the Green River Below Flaming Gorge Dam at Greendale, Utah, Before and After Impoundment | 85 |
| 2. | Projected Demand for Fishing and Hunting in the Upper Colorado River Basin | 87 |
| 3. | Types of Waters Fished Most Often by Freshwater Anglers Twelve Years Old and Older in the United States in 1970 | 89 |
| 4. | Fluctuating Reservoirs in the Mountain Region of the Western United States with Wild Trout Fisheries | 90 |
| 5. | Area of Water Surface in the Mountain States | 92 |
| 6. | Water Velocity, Substrate Size, and Temperature Preferred for Spawning by Resident Trout | 97 |
| 7. | Water Depth and Velocity Used for Spawning by Warm-Water and Cool-Water Fish | 100 |
| 8. | Numbers of Bottom Organisms Per Square Foot Collected at Different Water Velocities in Stream Riffles | 102 |
| 9. | Percentage of Total Volume Contributed by Different Bottom Organisms in Four Categories of Stream Habitat of the North Fork of the White River, Colorado, 1963 | 104 |
| 10. | Relative Numbers and Volumes of Emerging Insects from Various Substrates in Algonquin Park, Ontario, Canada | 105 |
| 11. | The pH of Animas River Water After the Addition of Different Quantities of Effluent from Uranium-Vanadium Mining | 121 |
| 12. | Instream Flow Regimens for Fish, Wildlife, Recreation, and Related Environmental Resources | 126 |

ix

BLM_0004213

| Table number | | Page |
|---|---|---|
| 13. | Initial and Follow-Up Requests for Streamflow in the Rocky Mountain Region, by State | 128 |
| 14. | Actual Effects of Various Flows on Fish and Wildlife in the Rocky Mountain Region, by State | 129 |

Chapter 9.   Manuel Molles

| 1. | Native Fishes of the Colorado River | 164 |
| 2. | Native Mainstream Fishes of the Upper Colorado River Basin | 166 |
| 3. | Introduced Mainstream Fishes of the Upper Colorado River Basin | 171 |

DISCUSSION:   John P. Hubbard

| 1. | Native, Nonmarine Fishes of the Colorado River Basin | 184 |

DISCUSSION:   Robert F. Raleigh

| 1. | Native and Introduced Fishes of the Upper Colorado River and Tributaries | 195 |

Chapter 10.

DISCUSSION:   James E. Johnson

| 1. | Stream Reaches in the Colorado River Basin Recommended as Critical Habitat for the Colorado Squawfish (Ptychocheilus lucius) | 229 |

Chapter 11.   Loren D. Potter

| 1. | Percent Distance of Shoreline Surface Types and Total Mileage at Four Contour Levels of Lake Powell | 248 |

Chapter 13.   Thomas Maddock III, N. C. Matalas

| 1. | Coal Development Scenarios for the Yampa River Basin (1990) | 334 |
| 2. | William Fork Coal Quality | 337 |
| 3. | Residuals Generation | 341 |

x

| Table number | | Page |
|---|---|---|
| 4. | Water Intake for Coal Conversion Processes for the Year 1990 | 345 |
| 5. | Water Circulation for Coal Conversion Processes for the Year 1990 | 346 |
| 6. | Minimum and Maximum Water Intakes for the Coal Conversion Processes for the Year 1990 | 348 |
| 7. | Storage Capacities (Mean and Standard Deviation) | 351 |

DISCUSSION:  Timothy Doak Steele

| 1. | Proposed Major Surface Water Impoundments | 377 |
|---|---|---|
| 2. | Water Use and Residuals Projections for the Yampa River Basin, Colorado, 1990 | 386 |

Chapter 14.  Richard A. Smith

| 1. | Sediment Yields from, and Costs of, the Four Land Reclamation Levels | 403 |
|---|---|---|
| 2. | Values of Age-Specific Survival and Fecundity for Hunt Creek Trout | 410 |
| 3. | Stable Population Distribution Generated from Equation 3 and Observed Mean Hunt Creek Population | 413 |
| 4. | Estimated Frequency of Population (Mean Annual Adult) Decline Below 50 Percent of Pre-Mining Size (Number of Occurrences in 100 Years) | 432 |

Chapter 15.  James M. Lutey

| 1. | Existing Habitat Values:  An Illustration | 467 |
|---|---|---|
| 2. | Impact Analysis of Alternative Project Plan:  An Illustration | 467 |
| 3. | Compensation Determination:  An Illustration | 469 |

xi

Figure
number                                                                          Page

Chapter 7.   James R. Gosz

   1.   Stream Water Concentrations of Mg$^{++}$ (mg/1) in the
        Mainstream and Tributaries of the Santa Fe River
        on 3 June 1972                                                            8
   2.   Temporal Variation in Dissolved Solids in the
        San Juan River at Shiprock, New Mexico                                    9
   3.   Weighted (by area) Annual Precipitation and
        Peak Discharge Rate for the Tesuque Watershed
        During the 1973-74 Water Year                                            24
   4.   Potential Roles of Organic Compounds in an
        Aquatic Ecosystem                                                        27

DISCUSSION:   Gene E. Likens

   1.   Diagrammatic Model of the Functional Linkages
        Between Terrestrial and Aquatic Ecosystems                               52
   2.   The pH of Precipitation over the United States
        During June 1966                                                         55
   3.   Calculated pH of Precipitation over the Eastern
        United States During the Period 1955-1956                                56
   4.   Observed pH of Precipitation over the Eastern
        United States During the Period 1972-1973                                57
   5.   Average Annual Nitrate and Ammonium Concentrations
        in Precipitation for Ithaca and Geneva, New York                         60
   6.   Average Annual Nitrate Concentrations in
        Precipitation for Nine U.S. Geological Survey
        Stations in New York State and Pennsylvania                              61
   7.   A Summary of Some of the Ecological Effects of
        Deforestation of Watershed 2 in the Hubbard
        Brook Experimental Forest                                                63
   8.   General Relationships Between the Concentration of
        Dissolved Substances and Particulate Matter and
        Stream Discharge in a Northern Hardwood Forest
        Ecosystem                                                                64

Chapter 8.   Richard S. Wydoski

   1.   Comparison of the Densities of _Baetis_ sp. I
        Nymphs with Simuliidae larvae on the Bottom and
        in the Drift at Carr Ranch, Green River, 1965                           106
   2.   Comparison of the Densities of _Baetis_ sp. I
        Nymphs with Simuliidae larvae on the Bottom and
        in the Drift at Little Hole, Green River, 1965                          107

xii

BLM_0004216

Figure
number                                                                  Page

        3.      Drift Rates of Chironomidae and Other Aquatic
                Invertebrates During a 1-1/2 ft. Drop and Rise
                in Water Level, Island Park, Green River,
                7-9 September 1964                                        109
        4.      Increased Drift Rates of Chironomidae larvae
                after a Sudden Increase in Flow, Little Hole,
                Green River, 11 June 1965                                 111
        5.      Sediment Deposits in Lake Mead from the Colorado
                River Between 1935 and 1948                               116
        6.      Number of Species and Density of Bottom Fauna
                Above and Below a Uranium-Vanadium Mill on the
                Animas River, Colorado, in 1958                           119
        7.      Relation Between the Percentage of Bare Soil and
                Average Annual Runoff for Seventeen Watersheds            123
        8.      Type of Habitat Under Four Streamflows at One
                Station in the North Channel of the White River          124


Chapter 10.

DISCUSSION:   James E. Johnson

        1.      Map of the Colorado River Basin Showing the Original
                Range of the Colorado Squawfish (Ptychocheilus
                lucius) and the Reaches of the Four Streams
                Recommended for Critical Habitat                         228


Chapter 11.   Loren D  Potter

        1.      Map of Lake Powell Showing Principal Features            239
        2.      The Number of Tamarisk Seedlings of the
                Drawdown Zone Correlated to Time of Beach
                Exposure and Contour Level                               256
        3.      The Effect on Tamarisk Seedlings of Submergence
                Under Natural Conditions in Lake Powell,
                26 September-20 October 1975                             261


Chapter 12.   Bertram D. Baker, Robert L. Elderkin,
              Donald R. Dietz

        1.      Map of Northwestern Colorado                             295
        2.      Big Game Management Units in Northwestern
                Colorado                                                 298
        3.      Antelope Management Units (Al-A5, A83, A84)
                and Bighorn Sheep Management Units (S8, S14)
                in Northwestern Colorado                                 301

xiii

BLM_0004217

| Figure number | | Page |
|---|---|---|

Chapter 13.   Thomas Maddock III, N. C. Matalas

| 1. | Probability Distribution:  September Flows, Yampa River Near Maybell, Colorado | 344 |
| 2. | Schematic Water Use Pattern for a Coal Conversion Process | 347 |

DISCUSSION:   Timothy Doak Steele

| 1. | The Yampa River Basin, Colorado and Wyoming | 374 |
| 2. | Population and Projections, Yampa River Basin, 1930-2020 | 383 |
| 3. | Estimated Downstream Effects of Selected Reservoir Development on Streamflow and Dissolved Solids Concentration of the Yampa River at Echo Park, Dinosaur National Monument, Colorado | 390 |

Chapter 14.   Richard A. Smith

| 1. | Location of Strippable Coal Deposits in the Yampa River Basin | 397 |
| 2. | Regression of Suspended Sediment Concentrations in Five Streams in the Yampa River Basin on the Flow in the Yampa River at Maybell, Colorado | 401 |
| 3. | Probability of Survival of Zero-Age Trout as a Function of Size of That Year Class | 411 |
| 4. | Fractional Trout Mortality as a Function of Sediment Concentration | 415 |
| 5. | Simulated Effect of One-Year Exposure to 300 ppm Suspended Sediment Concentration on Trout Population Dynamics | 417 |
| 6. | Comparison of the Effects of Different Suspended Sediment Concentrations on Trout Population Dynamics | 418 |
| 7. | Effect of Varying Exposure Time on Simulated Trout Population Dynamics | 419 |
| 8. | Stable Population of Trout Under Continuous Exposure | 422 |
| 9. | One-Hundred-Year Simulation of the Trout Population Response to Stochastic Variation in Suspended Sediment Yields in a Basin Experiencing Surface Mining Activity --Natural Sediment Level | 425 |
| 10. | One-Hundred-Year Simulation of the Trout Population Response to Stochastic Variation in Suspended Sediment Yields in a Basin Experiencing Surface Mining Activity --No Reclamation of Strip-Mined Land | 426 |

BLM_0004218

Figure
number                                                                              Page

  11.       One-Hundred Year Simulation of the Trout
            Population Response to Stochastic Variation
            in Suspended Sediment Yields in a Basin
            Experiencing Surface Mining Activity
            --Reclamation Level A                                                    427
  12.       One-Hundred-Year Simulation of the Trout
            Population Response to Stochastic Variation
            in Suspended Sediment Yields in a Basin
            Experiencing Surface Mining Activity
            --Reclamation Level B                                                    428
  13.       One-Hundred-Year Simulation of the Trout
            Population Response to Stochastic Variation
            in Suspended Sediment Yields in a Basin
            Experiencing Surface Mining Activity
            --Reclamation Level C                                                    429


Chapter 15.   James M. Lutey

   1.       Fish and Wildlife Habitat Field Evaluation Sheet          464

xv

BLM_0004219

*This page intentionally left blank*

BLM_0004220

PART II.   IMPACTS ON WATER QUALITY, FISH, AND WILDLIFE

BLM_0004221

*This page intentionally left blank*

BLM_0004222

3

## Chapter 7

### THE INFLUENCE OF REDUCED STREAMFLOWS ON WATER QUALITY

James R. Gosz*

### Introduction

Since the quantity of water in any river system is finite, and since the quality of water is a function of the quantity, then any consumptive use of water can be expected to affect the quality of the remaining water. While this conclusion seems logical, the relationship is not straightforward or simple because of the myriad of chemical and biological processes that are involved. It is the purpose of this paper to discuss some of the complexities involved in the relationship between reduced streamflow and water quality, and to identify research priorities.

I would like to approach the discussion of the effects of dewatering on water quality and stream organisms from two positions: (1) the influence of reduced stream volume and velocity; and (2) the influence of the location in the stream system at which dewatering takes place.

The first of these deals primarily with physical and chemical factors associated with reduced stream velocity, while the second is a result of land-water and within-stream interactions--physical, chemical, and biological.

Before discussing the influences of dewatering, it is important to review briefly the temporal relationship between water quantity and quality

*Associate Professor, Department of Biology, University of New Mexico, Albuquerque, New Mexico.

BLM_0004223

4

under natural conditions. A river or stream system is a drainage system
for a definable land area occupying an elevational gradient. This eleva-
tional gradient causes significant changes to occur in all of the envi-
ronmental factors, most notably in atmospheric temperature, precipitation,
and evapotranspiration. These in turn greatly affect vegetative cover,
organic matter accumulation, and soil development. Since the conditions
at a particular point in a stream are greatly influenced by the watershed
above that point, no two sections of a stream are precisely the same.
In addition, throughout the elevational gradient of the stream the various
environmental and biological factors will change in terms of their rela-
tive importance in affecting stream conditions. This must be kept in
mind when discussing the effect of modifying any one factor controlling
water quality.

A common feature of the Southwest is the logarithmic increase in
precipitation with increasing elevation. Studies in the Sangre de Cristo
Mountains of New Mexico, for example, show that annual precipitation
approximately doubles with each 1,000-meter increase in elevation (table
1). In the Colorado River region, annual precipitation varies from less
than 15 cm (6 inches) in desert areas to over 127 cm (50 inches) in the
high-elevation headwaters (Utah State University, 1975).

It is clear from this that in the Southwest, a very small portion of
a river basin, the headwater region, contributes the vast majority of the
stream volume in the drainage system. This region must also greatly in-
fluence the water quality throughout the drainage system. As a result of
the hard rock geology and high volume of streamflow commonly found at
high elevations, the total dissolved solids are low and water quality

BLM_0004224

Table 1.  Characteristics of the Tesuque Watersheds in the Sangre de Cristo Mountains of New Mexico (1974-75 water year)

| | Watershed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | P-J | 2 | 4 | 5 | 6 | 7 | AW-1 | 8 | 15 |
| **Elevation (m)** | | | | | | | | | |
| Maximum | 2,560 | 2,850 | 3,383 | 3,444 | 3,520 | 3,490 | 3,231 | 3,648 | 3,734 |
| Minimum | 2,365 | 2,423 | 2,621 | 2,804 | 2,972 | 2,987 | 3,109 | 2,941 | 3,231 |
| **Vegetation (ha)** | | | | | | | | | |
| Piñon-juniper | 17 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pine | 0 | 106 | 0 | 11 | 0 | 0 | 0 | 0 | 0 |
| Mixed Conifer | 0 | 0 | 100 | 18 | 0 | 0 | 0 | 0 | 0 |
| Aspen | 0 | 0 | 0 | 23 | 19 | 13 | 3.4 | 203 | 0 |
| Spruce-fir | 0 | 0 | 80 | 112 | 103 | 64 | 0 | 45 | 123 |
| Non-timbered | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 166 | 40 |
| Total | 17 | 116 | 180 | 164 | 122 | 100 | 3.4 | 414 | 163 |
| **Precipitation (cm)** | 55.0 | 62.8 | 80.5 | 87.3 | 93.0 | 97.2 | 88.4 | 98.0 | 111.4 |
| **Runoff (cm)** | 1.1 | 2.5 | 9.9 | 13.3 | 28.1 | 41.5 | 50.4 | 42.3 | 58.0 |
| **Evapotranspiration (cm)** | 53.9 | 60.3 | 70.6 | 74.0 | 64.9 | 55.7 | 38.0 | 55.7 | 53.4 |
| Percent | 98 | 96 | 88 | 85 | 70 | 57 | 43 | 57 | 48 |

Notes:  Watersheds: P-J--Pinon-Juniper; 2--Little Tesuque Creek Tributary #2; 4--Little Tesuque Creek Tributary #4; 5--Little Tesuque Creek Tributary #5; 6--South Fork Tesuque Creek; 7--Middle Fork Tesuque Creek; AW-1--Aspen; 8--North Fork Tesuque Creek; 15--Rio en Medio.
   m--meters; ha--hectares; cm--centimeters

Source:  Data on elevation, precipitation, runoff, and evapotranspiration generated by the author. Data on vegetation from J. O. Carleton, J. M. Gass, and H. R. Martinez, "Soils Report for Tesuque Watersheds, Santa Fe National Forest" (Santa Fe, N.M., U.S. Department of Agriculture, Forest Service, Southwestern Region, 1972).

BLM_0004225

6

is high.  Tables 1 and 2 show the relationship between precipitation, run-off, and several dissolved ions in streams over an elevational gradient in the Sangre de Cristo Mountains of New Mexico.  Since the geology of these watersheds is similar, the variation in dissolved salts is primarily a result of differences in the environmental and biological factors among watersheds (e.g., evapotranspiration, soil development).

Figure 1 shows how the concentration of a dissolved ion varies when all of the elevational zones shown in table 1 are integrated into a single drainage system, in this case, the Santa Fe Municipal Watershed.  While the lower elevations show increased concentrations of a dissolved nutrient, the concentration in the mainstream remains low compared to the tributaries because of the influence of discharge from higher elevations, the well known dilution effect.  This helps to explain the commonly observed inverse relationship between total dissolved solids and discharge rates in most stream systems.  Data for the San Juan River in New Mexico demonstrate this relationship clearly (figure 2).

The highest discharge and lowest total dissolved solids concentrations occur during the spring months, as a result of snowmelt at the higher elevations.  During the low flow conditions of the summer months, ion concentrations normally rise for a given stream area, which suggests an evaporation-concentration effect; however, quite high concentrations can also occur during the initial increase in stream discharge following a summer storm.  This causes a great deal of variability in water quality during the snow-free months, as can be seen in figure 2.  A particular nutrient may demonstrate a significant negative correlation with the discharge rate on an annual basis, and both significant positive and negative correlations

BLM_0004226

Table 2.  Weighted (by flow volume) Average Annual Concentrations of Ions in Streams
of the Tesuque Watersheds
(1974-75 water year)
(mg/1)

|  | Watershed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | P-J | 2 | 4 | 5 | 6 | 7 | AW-1 | 8 | 15 |
| $Ca^{++}$ | 78.70 | 22.87 | 5.61 | 3.81 | 2.97 | 2.97 | 2.78 | 2.40 | 2.65 |
| $Mg^{++}$ | 38.22 | 9.20 | 2.80 | 1.63 | 1.16 | 1.01 | 0.91 | 0.79 | 0.60 |
| $Na^{+}$ | 17.57 | 9.88 | 4.35 | 3.04 | 2.49 | 2.07 | 2.21 | 2.02 | 1.69 |
| $K^{+}$ | 1.70 | 0.95 | 1.22 | 0.92 | 0.62 | 0.89 | 0.64 | 0.62 | 0.51 |
| $NH_4^{+}$ | 0.16 | 0.12 | 0.12 | 0.09 | 0.09 | 0.09 | 0.07 | 0.07 | 0.07 |
| $NO_3^{-}$ | 0.37 | 0.02 | 0.07 | 0.04 | 0.03 | 0.06 | 0.03 | 0.03 | 0.09 |

Notes:  For characteristics and names of the watersheds, see table 1.

Source:  Data generated by the author.

7

BLM_0004227

<u>Note</u>: The portion of the river shown covers an elevational range of 2,377 to 2,536 meters and forest communities from pinon-juniper to spruce-fir.

Figure 1. Stream Water Concentrations of $Mg^{++}$ (mg/l) in the Mainstream and Tributaries of the Santa Fe River on 3 June 1972



Figure 2.  Temporal Variation in Dissolved Solids in the
San Juan River at Shiprock, New Mexico

Source:  J. W. Hernandez, Proposed Water Quality Standards for the San Juan River, LaPlata River, and Animas River in New Mexico (Reston, Va., U.S. Geological Survey; Santa Fe, N.M., New Mexico Department of Public Health, 1967).

9

BLM_0004229

10

with discharge during different time intervals following a rain storm.
The variability of stream water quality parameters during short periods
(i.e., summer months) is often a result of the local watershed environ-
mental and biological factors.  Larger streams tend to show less short-
term variability, since they integrate the effects of a large land area
and are less affected by local occurrences.

It is tempting to use the temporal variations in discharge rate and
water quality to predict the effects of a dewatering operation; however,
reduced stream volume by a diversion operation or by reduced precipition
at higher elevations (or on some small area of a large watershed) repre-
sent distinctly different cases and must be evaluated separately.

### Reduced Stream Discharge

Any reduction in stream discharge will cause a reduction in stream
velocity, since velocity and discharge are mathematically related (Hynes,
1970; Leopold and coauthors, 1964).  The effect of velocity is primarily a
physical one, and a change in stream velocity can be expected to affect tem-
perature, properties of water, sediment-transport capacity, erosion potential,
streambed characteristics, and the composition of the stream community.

The influence on stream temperature is reasonably straightforward in
that any dewatering causes an increase in temperature below the de-
watering point.  This is a result of two interacting factors:  (1) a de-
crease in the volume of cooler water from higher elevations; and (2) de-
creasing the depth, velocity and volume of water allowing it to warm more
rapidly.  An increase in the temperature regime of a stream will cause
predictable changes in the physical properties of the water itself.

11

Increasing water temperature causes a decrease in density, surface tension, coefficient of friction, viscosity, heat of vaporization, specific heat, and an increase in thermal conductivity (Hynes, 1970; Slatyer, 1967). Thus, although the overall water velocity will decrease after the dewatering point, the subsequent warming of the remaining water will cause it to begin to flow faster (0.5 percent faster for each $1^{\circ}$ C rise between $4^{\circ}$ C and $20^{\circ}$ C). The decreasing viscosity at warmer temperatures also reduces the silt-carrying capacity of the water, causing an unusual situation in which a given volume of water can increase in velocity but decrease its silt-carrying capacity. Warmer water also will produce a thinner boundary layer on the bottom (Ruttner, 1963), evaporate more easily, heat more rapidly, and distribute that heat more rapidly in the water body. The variable properties of water have seldom been considered in biological studies in either terrestrial or aquatic ecosystems, thus the significance of these changes is difficult to assess.

A major effect of a dewatering operation would be a significant decrease in the suspended solids load below the dewatering point because of the reduction in discharge. It can be shown that the suspended solids load, which is an indicator of the erosive power of the river, varies as some power (usually between 2 and 3) of the discharge. This decrease in discharge may cause some alteration of the streambed below the dewatering point, as both stream depth and width are mathematically related to discharge (Leopold and coauthors, 1964). It can be expected that the streambed will be reduced in size because of the deposition of sediment and the invasion of rooted vegetation in the shallower and slower stream areas, which further enhances the trapping and accumulation of silt.

BLM_0004231

12

Whether the reduction of the streambed becomes permanent depends upon the efficiency of the dewatering operation at high discharge, since it seems that the form of a channel is determined and maintained by discharges that would just about fill it (Hynes, 1970). In many rivers and streams this discharge is reached about every one and one-half years on the average (Leopold and coauthors, 1964).

All of the above discussion is rather qualitative because of the variations which can occur as a result of specific site factors. The size and location of the stream channel, the magnitude of the dewatering operation, and the quality and quantity of water in the natural stream at specific times of the year, all will influence the actual changes that follow dewatering. For example, Baxter (1961) found that most of the beds of Scottish salmon rivers were still covered by water at even one-eighth of the mean annual discharge. However, small, stony streams began to contract at one-half of mean discharge, and at one-eighth, only one-third of the bed remained wet. These differences between large and small streams can be expected to have important biological consequences.

The physical factors associated with a dewatering operation are expected to produce significant changes in the stream biota. The effects will be as varied as the combinations of physical factors themselves and at this point we can only identify trends.

Velocity is the most significant characteristic of running water and it is not surprising that organisms demonstrate strong adaptations to it as well as to its indirect effects. Decreasing velocity following dewatering is expected to influence organisms through a combination of:

13

1. decreased concentrations of dissolved gas

2. increased temperature

3. more pools, fewer riffles

4. finer textured substrate

5. decreased nutrient availability

6. decreased turbidity

Decreased concentrations of gases (particularly oxygen and carbon dioxide) occur primarily as a result of decreased turbulence at lower discharge, increased temperature which lowers the solubility of these gases in water (Crockford and Knight, 1959), increased physiological requirement for oxygen at warmer temperatures (Hynes, 1970), and increased oxidation of detritus in the additional pools formed as a result of lower discharge and warmer temperatures.

These factors are likely to be most severe for species such as trout in which the rate of metabolism rises rapidly with temperature. Any conditions which even slightly decrease oxygen tensions in warm water are deleterious for these species, quite apart from their intolerance of warm temperatures. Many other cold-water headstream species are probably limited in this way (Hynes, 1970). A great many stream animals are stenothermic (that is, restricted to a narrow, or in this case cold, temperature range). Pomeisl (1961), for example, states that most species of stonefly in Austria are confined to waters where the summer temperature does not exceed $15^{\circ}$ C, and very few occur in waters which regularly exceed $25^{\circ}$ C. It seems probable, however, that the intolerance of higher

BLM_0004233

14

temperatures is at least as much concerned with respiration and the lower availability of oxygen as it is with temperature itself.

A similar relationship holds for bryophytes, particularly mosses, and their need for dissolved $CO_2$. In addition to their need for a firm unsilted object to which to attach themselves (a result of relatively high discharge), mosses are unable to photosynthesize bicarbonate ions (Ruttner, 1963). In contrast to most algae and the flowering plants, they are confined to turbulent water where there is an adequate supply of carbon dioxide. This means they are favored in spring areas (water emerging from the ground is normally rich in $CO_2$) and "white water" areas of rapids and falls because this increases the absorption of atmospheric carbon dioxide to a saturated or supersaturated condition. When water becomes less turbulent, carbon dioxide is lost to the atmosphere and other plants and algae take over.

The reduced flow which accompanies a dewatering operation further exacerbates the inability of organisms to get sufficient levels of dissolved $O_2$ or $CO_2$. The concentration of oxygen which limits a given stream organism is inversely related to the flow rate. At low flow rates, the density of dissolved oxygen molecules must be relatively high in order for the organism to obtain a sufficient quantity. Flow makes water "physiologically richer" because of its constant renewal of materials in solution near the surfaces of organisms (Hynes, 1970; Ruttner, 1963). This may well be the explanation for the demand for flow by many species or for the demand for increased flow in warm weather when dissolved gases are low. This is no doubt true for other essential nutrients as well since flow increases the effective physiological concentration in the water, and running water is a richer environment for animals, as well as plants, than still water of the same

BLM_0004234

15

chemical concentration. A most difficult aspect is quantifying the nutrients or dissolved gases which come in contact with stream organisms, since measured stream velocities are those of the main mass of water and not the velocities that many bottom invertebrates are exposed to. Many invertebrates are sheltered under stones, in moss, or in the boundary layer on the bottom where water velocities are very low. The effect on availability of nutrients following a reduction in the boundary layer (by increasing water temperature) is not known.

A great deal of literature is available on the change in stream species from riffles (clean, stony runs) to pools. There is an innate flow demand in some species (plants, invertebrates, and fish), and different species become dominant at different velocities. This not only causes community differences from location to location in a stream, but also at one location as discharge varies throughout the year.

One feature of the ecology of algae which makes them difficult to study is their rapid change. During periods of low flow and clear water, considerable populations are built up and every solid object in the water may become thickly covered with a brown carpet of diatoms and trailing streamers of filamentous green algae. In a natural stream these populations rise and fall in relation to the occurrence of summer storms. A dewatering operation can be expected to reduce the flow in the stream which would favor the development of low-flow communities. It can also be expected to reduce the frequency and intensity of flushes from summer storms which would tend to remove these communities. The overall effect would probably be a decrease in the number of species in the stream community since, in general, the fauna of riffles is richer than that of

BLM_0004235

16

silty reaches and pools both in number of species and in total biomass
(Hynes, 1970). Holden and Stalnaker (1975) reported that fish species
diversity was found to be greater in the more heterogeneous, high gra-
dient, rocky bottom habitats than in low gradient, sandy bottom areas of
the Colorado River. In one sense a dewatering operation which reduces
discharge fluctuation may be of benefit since the instability of the flow
regime in many rivers makes them difficult habitats for some species of
fish (e.g., trout). On the other hand, many species inhabiting large
rivers depend upon high discharge periods for spawning. Johnson (1963)
reported that the bigmouth buffalo (Ictiobus cyprinellus) spawns success-
fully only at times of high discharge and is definitely controlled by the
lack of high flows in some years.

Another important aspect of fluctuating discharge is the occasional
or annual drying out of streams, leaving isolated pools or, perhaps, no
surface water at all. A dewatering operation is expected to increase the
severity and/or frequency of this phenomenon. Although numerous studies
have been made on the biota which survive these drying spells under natu-
ral conditions (or leave and reinvade when water levels increase), little
information is available on changes in community composition as a result
of more frequent or more severe drying periods following dewatering. It
would appear that the species most affected would be those that are in-
tolerant to the higher temperatures and lower oxygen concentrations of
stagnant pools, especially if large amounts of organic matter enter the
stream (leaf fall) before normal flows are restored. Hynes (1970) re-
ports that the ability to withstand drought is by no means universal
among stream invertebrates, and that many take few steps to avoid its

BLM_0004236

17

consequences. The exceptions are those species which endure drought, even in an active phase, by moving down into the hyporheic habitat (streambed) where they find sufficient moisture to survive, e.g., flatworms, oligochaetes, Elminthidae and their larvae, some chironomid larvae, and Hydracarina (Hynes, 1970). Mann (1959) reports that a few species, such as the leech, Dina lineata, are found only in places which dry up more or less regularly. It is possible that only in such places can they compete with species which do not have the ability to avoid the consequences of drought.

Although the major controlling factor in the distribution of invertebrates is often cited as the nature of the river bed (Hynes, 1960), it must be remembered that many factors are correlated with the type of substrate. A high velocity, or eroding stream condition, will be associated with a gravelly or rocky substrate, as well as a high oxygen content and low temperature. These streams tend to be at the headwaters of river basins or near springs, and they also tend to be low in dissolved salts. The decreased velocities found at lower elevations are conditions favoring the deposition of material (fine textured substrate), warmer temperatures, higher concentrations of dissolved salts, and at times oxygen deficiencies.

### Stream Dewatering Location

The material discussed so far, as well as a great deal of additional literature, document the longitudinal variation that occurs in the stream of any drainage basin. Since no two stream sections along the longitudinal gradient are the same, it follows that the location of a dewatering operation will make a difference in the water quality parameters below

18

that point.  Referring again to figure 1, it can be seen that a water quality parameter in the Santa Fe River, in this case $Mg^{++}$ concentration, changes continuously from within-stream factors and differences among the tributaries, which are the result of the land-water interaction.  The relatively large volume of water from high elevations reduces the effect (concentration) of the tributaries and it should be apparent that a dewatering operation on the main stream will increase the ability of the tributaries to modify stream chemistry below that point.  The magnitude of the modification caused by the lower elevation tributaries is dependent on the location of the dewatering operation on the main stream.

It is now appropriate to discuss the factors that influence the variation in chemical parameters of a stream and its tributaries in more detail, since this is the type of information which may play a role in the decision for the location of a dewatering operation.  The various factors can be discussed in terms of reactions within the stream, reactions within the terrestrial portion of the watershed, and the interaction between the aquatic and terrestrial portions of the watershed (via land-water linkages).  The land-water interactions are the least understood of these three categories.  This is unfortunate since the available literature demonstrates that water quality is greatly affected by these interactions (Likens and Bormann, 1974, 1975).  The geologic output of water, particulate matter, dissolved nutrients, and other chemicals from terrestrial systems, often represents the major output for these systems and, at the same time, represents the major input for most aquatic systems.  This relationship has been used to an advantage by using changes in stream chemistry to quantify the effects of land management activities.

BLM_0004238

19

The results of these studies have shown that undisturbed or natural ter-
restrial ecosystems minimize the geologic output of inorganic material
(Likens and Bormann, 1972, 1974; Hobbie and Likens, 1973; Cooper, 1969;
Gosz, 1975) and that different types of natural ecosystems differ in
their ability to minimize outputs (i.e., minimize inputs to streams
(Gosz, 1975)).

Table 3 demonstrates this pattern for the geologic output of soluble
$Ca^{++}$ and $Mg^{++}$ from terrestrial ecosystems in New Mexico ranging from pinon-
juniper to spruce-fir and alpine tundra. While there may be large dif-
ferences from year to year as a result of different precipitation and
stream discharge quantities, the pattern of ability to minimize geologi-
cal output remains the same among the different communities. It is of
value to discuss the factors which may be responsible for these patterns,
since they should hold for similar communities throughout the Upper Colo-
rado River Basin.

Precipitation-Evapotranspiration-Runoff

The change in the hydrologic regime over the environmental gradient
is of obvious importance. It has already been mentioned that annual pre-
cipitation approximately doubles for a 1,000-meter increase in elevation
in northern New Mexico. Annual stream volumes, however, increase between
twenty and thirty times for a 1,000-meter increase in elevation. This
difference is primarily the result of the influence of temperature on
evapotranspiration. High elevations accumulate significant quantities
of winter precipitation in the snowpack which runs off largely during
spring snowmelt. The warmer winter temperatures at low elevations allow
much more evaporation of winter precipitation, or more frequent melting

BLM_0004239

Table 3.  Stream Output of Soluble Ions from the Tesuque Watersheds in the Sangre de Cristo
Mountains of New Mexico During Three Water Years--1972-73, 1973-74, and 1974-75

(kg/ha)

| | | | | | Watershed | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | P-J | 2 | 4 | 5 | 6 | 7 | AW-1 | 8 | 15 |
| $Ca^{++}$ | | | | | | | | | |
| 1972-73 | 54.8 | 17.8 | 17.3 | 14.3 | 14.5 | 24.0 | - | 19.6 | 24.5 |
| 1973-74 | 3.4 | 2.4 | 1.5 | 2.2 | 3.8 | 4.6 | 5.6 | 4.9 | 8.0 |
| 1974-75 | 8.7 | 5.7 | 5.6 | 5.1 | 8.3 | 12.3 | 13.6 | 10.2 | 15.4 |
| $Mg^{++}$ | | | | | | | | | |
| 1972-73 | 26.7 | 6.8 | 7.3 | 5.3 | 5.3 | 8.2 | - | 5.9 | 5.0 |
| 1973-74 | 1.5 | 0.9 | 0.7 | 0.9 | 1.5 | 1.5 | 2.0 | 1.6 | 1.9 |
| 1974-75 | 4.2 | 2.3 | 2.6 | 2.2 | 3.3 | 4.2 | 4.6 | 3.4 | 3.5 |

Note:  For characteristics and names of the watersheds, see table 1.

Source:  Data generated by the author.

20

BLM_0004240

21

conditions, which permit water movement into the soil where it is subject
to transpiration by plants, even during the winter months (Swanson, 1967).
Summer precipitation is also more subject to evapotranspiration at lower
elevations because of warmer temperatures and dryer soil conditions which
can hold a greater proportion of the precipitation for subsequent evapo-
transpiration. Soils at higher elevations (under forest vegetation) typi-
cally have a higher average moisture content, and a larger proportion of
summer precipitation ends up in the drainage system.

These patterns explain the decrease in the percentage of annual precipi-
tation which is evaporated with increasing elevation (table 1). When evapo-
transpiration is expressed in centimeters of water, however, an interesting
pattern develops, showing the greatest evaporation occurring on watersheds
at intermediate elevations and lower amounts occurring on watersheds at both
high and low elevations. This pattern is inversely related to the pattern of
output of soluble ions from the watersheds and is consistent year after year
in spite of large variations in annual precipitation and seasonal distributions
(see tables 1 and 3). It is a result of a complex of factors including tem-
perature, precipitation, and the resulting biological community (table 1).

Biological Community

The greatest evaporation should occur at elevations with the most
favorable combination of temperature and moisture. High elevations have
abundant moisture but low temperatures and low elevations in the semiarid
Southwest have a scarcity of moisture. The most favorable combination of
temperature and moisture can also be expected to produce the greatest
amount of plant growth. Not only are temperature and moisture important
in the physiology of plants but the ability to transpire water

BLM_0004241

22

(evapotranspiration) also has been identified as important for normal growth. Factors which inhibit transpiration also inhibit growth (Kramer and Kozlowski, 1960; Odum and Pigeon, 1970) and the net primary production of a variety of communities is significantly correlated with actual evapotranspiration (Rosenzweig, 1968). The primary productivity of a community is a tremendously important factor in determining the organic biomass, both living and dead, the diversity of species, soil formation and depth, assimilative capacity (for toxins and pollutants), and nutrient uptake and retention properties (Odum, 1971).

Of all the communities along the elevational gradient, the mixed conifer association at the intermediate elevations demonstrates the greatest development of these characteristics which no doubt explains the ability of this community to minimize geological outputs of inorganic material (tables 1 and 3). The large output of dissolved nutrients at high elevations is a function of the very high precipitation and discharge volumes at those elevations; however, the large output of dissolved material at low elevations is a function of low organic biomass, both living and dead, which is important in intercepting and evaporating water and reducing erosional loss (Reynolds and Knight, 1973); of thin soils (low storage capacity); and of salt accumulations in the soil (caliche).

The effect of a large organic biomass and evapotranspiration ability on resultant stream water quality can best be shown by looking at their influence on peak stream discharge. High discharges, especially those following summer storm activity, are responsible for high sediment yields (Bormann and coauthors, 1969), high nitrogen concentrations (Gosz, 1978), increased organic levels (Gosz and Barr, 1974), and high

BLM_0004242

23

total outputs of dissolved nutrients (Likens and Bormann, 1972).  Figure 3
shows peak instantaneous discharge rates and precipitation for watershed
communities along an elevational gradient.  It is readily apparent that the
communities of the intermediate elevations greatly dampen peak discharge
which helps to explain the low total losses of inorganic material.  This
does not necessarily hold for soluble organic matter (Gosz and Barr, 1974).

Geology

One other major factor which can influence stream water quality is
the geology of the area.  The results presented so far are for communities
on a similar bedrock which allows us to see the differences caused by the
separate communities.  Where the geology changes significantly, such as
from the igneous rock of high elevations to sedimentary rock or alluvium
at low elevations, inorganic water quality differences would be dominated by
those geological differences (Hem, 1970), and the effects of individual com-
munities would be difficult to observe.  In Montana, the influence of geology
(sedimentary vs. igneous) on some aspects of inorganic water quality has
been shown to be greater than the clearcutting of forests (Forcier, per-
sonal communication).[1]  The geology of the Upper Colorado River Basin is
very complicated and variable, ranging from hard, igneous rock to easily
erodible, salt-yielding shales.  This spatial variability can cause
significant changes in the water quality indicators in relatively short
distances (Williams, 1975).  Over half of the total salt load in the
Colorado River is contributed by the natural land and water system (Utah
State University, 1975).

---

[1]Personal communication with Larry Forcier, School of Forestry, Univer-
sity of Montana, December 1974.

BLM_0004243

24



Note:  Increased interception and evapotranspiration at the inter-
mediate elevations causes a reduction in the peak discharge rate.

Figure 3.  Weighted (by area) Annual Precipitation and Peak
Discharge Rate for the Tesuque Watershed During
the 1973-74 Water Year

BLM_0004244

25

## Organic Quality Parameters

The organic aspects of water quality is a subject that has been treated only superficially in relation to its potential significance. The tremendous variety of organic compounds which may be present, their normally low concentrations, the difficulty and expense of analysis, and the lack of good procedures all have contributed to a paucity of basic knowledge about this water quality parameter. Even less is known about the organic requirements of aquatic organisms or the regulatory role of these compounds. Adams and coauthors (1975) report that more than 300 naturally occurring organic compounds have been identified so far from natural water systems including antibiotics, vitamins, common metabolites, and cellular compounds. Many of these are known to produce effects in laboratory bioassays; however, little is known of their effects in a natural aquatic environment. McGauhey (1968) reports, for example, that the lethal dose of phenol for rainbow trout is 6 mg/l with an exposure time of three hours. What are the effects of more natural levels (0.005 to 5 mg/l, depending on the type of compound and analysis) on trout or any other aquatic organism (Gosz and Barr, 1974)? Some fish, for example, are able to detect natural substances at concentrations as low as $1 \times 10^{-11}$ mg/l (Warren, 1971). An eel, by conditioned response training, was able to detect B-phenylethyl alcohol in concentrations of $3 \times 10^{-18}$ parts (Hasler, 1970). Are there levels at which certain organic compounds are stimulatory or even required? At what levels are there behavioral changes or changes in community composition resulting from species moving out or in?

BLM_0004245

26

A number of reports are available demonstrating that fish utilize very low levels of organic substances to guide themselves in low visibility water, to home in on spawning grounds, for predator avoidance, in sex, and in care of young (Hasler, 1970). What other organic or inorganic compounds react with a particular organic compound to cause synergistic or antagonistic effects? How different is the effect of one type of phenol from another? How do reactions within terrestrial communities, streams, and land-water interactions alter the levels and types of organic compounds and how will the location of a dewatering operation change those conditions? As a result of the soils and vegetation, a drainage basin lends a fragrance to water which is distinctive for every stream (Hasler, 1970). A stream can be expected to change in fragrance over an elevational gradient because of the changing vegetation and soils. How important are these compounds in the normal activity of aquatic organisms? Answers to these questions represent a tremendous amount of research yet to be performed.

Adams and coauthors (1975) illustrate some possible ecosystem roles and interactions of organic compounds which are influenced by or which control populations of microorganisms. A modification of their scheme is shown in figure 4. The figure identifies with the fact that all aquatic organisms release organic compounds into their surroundings. The release of organics by algae is well known, releasing perhaps as much as 10 percent of the total carbon fixed as organic carbon. The release may be a complex toxin, a waste product, an internally used compound that leaks out of the cell, or the loss of cell coatings or other extracellular compounds. These organic compounds may affect ecosystem function,

BLM_0004246

27



Note:  Organic compounds serve as toxins, vitamins, food sources, and chelators.  These organic compounds may inhibit or stimulate growth or attract or repel other organisms as interchange arrows indicate. The source may be the terrestrial ecosystem or the aquatic organisms themselves.

Figure 4.  Potential Roles of Organic Compounds
in an Aquatic Ecosystem

BLM_0004247

28

community composition or succession, and at times make an entire lake useless for many beneficial uses of society (Adams and coauthors, 1975). For example, toxins of the blue-green algae have been known to cause the death of higher life forms including fish, birds, cattle, and sheep (Fitch and coauthors, 1934; Gorham, 1960; Ingram and Prescott, 1954). They are also known to affect simpler life forms, such as bacteria, by producing antibiotic substances (Nielsen, 1955).

Figure 4 shows that organic compounds, either from the surrounding watershed or produced by aquatic organisms, may affect other organisms by inhibiting or stimulating growth acting as a toxin, vitamin, food source, or transporting chelator. Chelators may act to transport needed metals into the cells or lower the concentration of metals around the organism to nonlethal levels. That these organics are a natural and necessary part of the aquatic environment is evidenced by the history of development of artificial sea water media for dinoflagellates (Martin and Martin, 1973). Few dinoflagellates can be grown in completely inorganic media and most seem to require some organic growth factors. Initially, soil extracts were used, and these had growth-promoting actions that were ascribed to the chelating action of the humus component, presumably through a reduction in toxicity or enhancement of the availability of trace elements. Soil extracts, however, should also be a source of vitamins, auxins, growth hormones, etc. River water also was used as an additive to provide growth enhancement and these were eventually and effectively replaced by vitamins, iron, and a chelating agent.

Additional evidence for the significant influence of organic compounds comes from studies of red tide outbreaks. Prakash and Rashid (1968)

BLM_0004248

29

noted, for example, that substantial amounts of humic substances enter the Bay of Fundy (where blooms of _Gonyaulax tamerensis_ are prominent) just before the onset of dinoflagellate maximum. Ingle (1965) suggested the involvement of organic substances (tannic and humic acids) in out-breaks of _Gymnodinium breve_ in Florida coastal waters. These materials were presumed to aid transport of iron from bogs and swamps to potential outbreak areas, and rivers have been shown to have increased iron concen-trations following periods of heavy rainfall (Martin and Martin, 1973). Carr and Whitton (1973) report that fulvic acid, a natural chelator in soils, caused a marked increase in cell numbers for a number of freshwater plankton. The nature of the organic compound also is important as evidenced by the fact that some plankton did not show a similar increase when either Ethylenedi-nitrilotetraacetate (EDTA) or citric acid were used as the chelating agent.

The organics in freshwater systems also have been shown to play a significant role in the transport of heavy metals, their solubility, sorp-tion on suspended and bottom sediments, oxidation states (thus affecting their toxicity) and uptake by biota. Naturally occurring organics like fulvic acid can complex heavy metals and concentrate at the air-water in-terface where they have been shown to enrich the concentrations of such trace elements as lead, iron, copper, and nickel (Duce and coauthors, 1972). Organic compounds in water and soil-water systems can affect the oxidation state of trace elements, thereby exerting a strong influence on their be-havior, such as their solubility and ability to be absorbed and ion-exchanged. For example, the reducing environment created by organic pol-lution (natural or man-caused) may cause the reduction of chromium-VI to chromium-III, thereby affecting its transport in water since sediments and

30

biomass have different capacities for adsorbing or absorbing these two species (Gloyna and coauthors, 1971).

The variability of concentrations of trace elements in natural fresh waters is great, both on a macro- and micro-geographic scale, as well as with time at a given location. In most instances their concentrations do not correlate with such characteristics as streamflow, inorganic ion concentrations, or lithologic environment. Knowledge is limited and adequate models for the movement of trace elements into and through these waters have yet to be developed (Andelman, 1973). No doubt some of the difficulty in modeling trace elements results from the variability of organic compounds in terrestrial and aquatic systems. Not only do quantities vary between and at given locations but the properties of the organics differ as a function of their environment. Humic acids of lake sediments may be unlike those in soils because of the difference in source material and the microorganisms involved in decomposition (Andelman, 1973). Rashid and coauthors (1972) compared humic acids of terrestrial and marine origin and found that, compared to their properties in soils, humic acids in ocean sediments have higher molecular weight, lower cation exchange capacity, conspicuously low phenolic hydroxyl or high carbonyl and quinone content, lower metal-holding capacity, and similar concentrations of amino groups.

Consider now the variation that occurs along the elevational gradient of a stream: temperature, quantity, and type of bottom sediments; quantity and chemical composition of organic detritus (e.g., aspen leaves vs. pine or spruce needles); oxygen content; and changes in organisms (including microorganisms). With this knowledge, we could predict differences

BLM_0004250

31

in stream organics throughout the course of the stream; that is, differences in the toxins, vitamins, food sources, and chelators, as well as their functional importance. At this time, however, that is about all we can predict. We do not have information to predict what the magnitude of the change will be, when it will occur, or what it will do.

The same haunting questions occur concerning the effects of a dewatering operation. Are there particular terrestrial vegetational communities which yield specific organic compounds required by downstream organisms (i.e., vitamins, or precursors of vitamins)? If so, the location of a dewatering operation is critical. If a certain terrestrial community produces toxic material, for example, the high levels of phenols associated with aspen vegetation (Gosz and Barr, 1974; Dormaar, 1971), the location of a dewatering operation may be used to an advantage. This requires that we know not only the types and quantities of compounds coming from terrestrial ecosystems, but also the subsequent changes which occur in the stream. For organics this is virtually unknown. Changes in the inorganic nutrient status of the stream have been studied and the results show that the concentrations of some nutrients (e.g., $Ca^{++}$, $Mg^{++}$) tend to increase in amount, while others decrease (e.g., $NO_3^-$, $PO_4^=$). The controlling factors are:

1. Increased concentrations of nutrients coming from lower elevation tributaries (see figure 1). As a result of higher evapotranspiration on lower elevation land areas, the drainage water has higher salt concentrations. The reduced plant biomass at the lower and drier elevations also allows more erosional loss during storms.

2. Increased evaporation from the stream. As a typical stream or

BLM_0004251

32

river drops in elevation, it slows (less steep gradient), widens, warms, and becomes more illuminated. This can cause more evaporation and an increased salt concentration.

3. Uptake by stream biota. In a uniform reach of stream with no additions along its length, ions, such as nitrate and phosphate, may decline in amount. This is undoubtedly due to uptake by plants (Neel, 1951) and/or conversion to other compounds by microorganisms followed by uptake (e.g., $NO_3^-$ to $NH_4^+$) (Adams and coauthors, 1975). The concentration factors of evapotranspiration are also acting on these nutrients; however, the requirements of stream organisms dominate the pattern. Whether a particular nutrient increases or decreases depends on the biological demand in relation to the abundance. Although there is a requirement for $Ca^{++}$ and $Mg^{++}$, it is small in relation to the amount normally present, and concentration factors dominate.

These same factors should be important for organic compounds with the addition of the significant changes that can occur by photooxidation (Owen, 1971; Rosen, 1971) and the production of additional organic compounds by stream organisms (Hynes, 1970).

## Biological Indices

The above discussions clearly identify the fact that changes occur continuously in stream systems both through space and time. It is clear that changes in land or stream use practices will cause additional changes in water quality parameters which will be reflected by the biota. One of the important questions then becomes, "what is a significant change in water quality parameters in terms of their impact on stream biota?" Secondly, what significant water quality changes represent natural types of changes versus

BLM_0004252

33

unnatural? That is, a change from one natural water quality condition to another natural water quality condition must be evaluated differently from a change to a new aquatic environment which organisms have not yet experienced. Finally, there is the question of indicator species. What types of species, if any, best reflect those changes in community composition to be expected from a change in the stream environment?

In a regional assessment study of the Colorado River prepared for the National Commission on Water Quality, it was reported that salinity is the major water quality factor in the basin and it has interactions which outweigh all other considerations except the availability of the water resource (Utah State University, 1975). The study also reports that it was not possible to demonstrate deleterious effects of salinity on aquatic organisms for the 100-1,000 mg/l range of total dissolved solids typically found in the river proper. Changes in the aquatic community obviously have occurred; however, it was not possible to relate the disappearance of species, productivity changes, etc., to salinity increases because of confounding by instabilities in flow and substrate, sedimentation effects, flow pattern changes, time lag in biological response, and introduced species. These statements do not mean that salinity changes do not have an effect, only that in most situations the natural ecosystem is too complex to be able to show a clear, direct relationship with any one parameter.

Only when the level of a given parameter reaches extreme conditions (e.g., high toxin levels, deoxygenation, siltation) may it dominate the myriad of chemical, physical, and biological interactions and demonstrate a clear effect. Typically, this is the kind of situation reported in studies of how an

34

organism responds to changes in a particular water quality parameter. The more subtle effects are often masked by antagonistic or synergistic reactions with other components, plus behavioral (e.g., migration), competitive, or predator-prey patterns.

A rather simple example reported in Hynes (1970) illustrates this. Increased levels of carbon dioxide are known to increase the susceptibility of fishes to low levels of dissolved oxygen, and low levels of oxygen increase the toxicity of ammonia. Increasing the level of carbon dioxide, however, reduces the toxicity of ammonia by lowering the pH causing the formation of ammonium ions which are much less toxic. While increasing the carbon dioxide level increases the protection against ammonia poisoning, the higher level of carbon dioxide may be toxic in itself. Here, then, is an example of three water quality parameters which could act in either a synergistic or antagonistic way. The effect of a particular combination of these three factors on an organism can be expected to be influenced by many of the other parameters in an increasingly complex way.

There are other examples of interest, too, especially those dealing with heavy metal toxicity. Rarely is a river system affected by just one potential toxin, and a number of studies have shown that a combination of toxins may increase or decrease the toxic effect of a single toxin (see Hynes, 1960). For example, the presence of a small concentration of lead nitrate reduces the toxicity of copper nitrate but when more lead is added to the solution the toxicity of the mixture increases above the level attributed to copper alone. These interactions may also act in complex ways involving the sensory perception of organisms and their ability to avoid toxic levels

35

of a substance. The ten-spined stickleback avoids copper sulphate only when the salt is fairly concentrated. However, relatively low concentrations of this salt destroy the organism's sensitivity to alcohol, chloroform, formalin, mercuric chloride, and unknown others which it normally avoids (Hynes, 1960).

Fish have been studied in the greatest detail concerning their ability to avoid natural and man-introduced substances in streams (see Jones, 1964; Höglund, 1961). This ability is often modified under laboratory conditions, sometimes to the point where they will not avoid conditions that could prove rapidly fatal to them. Unfortunately, most of our knowledge of fish behavior or avoidance patterns is largely based on laboratory findings. There are significant problems in trying to extrapolate these types of data to a natural aquatic ecosystem. Most of the heavy metal studies are laboratory studies using simple metal salt solutions; however, it is highly improbable that any organism would be subject to free heavy metal ions in solution in a natural aquatic environment. A high proportion of the heavy metal content of stream water is a component of the particulate load (Andelman, 1973; Gosz, 1977). Even for the ions in the filtrate, the vast majority, if not all, of the heavy metal ions are complexed by soluble organics (Morel and coauthors, 1973). Because the complexing or precipitating organics (ligands) are usually in large excess of the heavy metal ions in natural stream systems, organics play a major role by complexing trace metal ions, keeping them in solution, and mediating interactions among them. Most studies of heavy metal toxicity have not considered the role of organics; therefore, the majority of the literature on this subject would seem to be of questionable value for use in setting water quality standards for aquatic organisms.

36

During the evolutionary process, the problems faced by all species in surviving (reproducing, growing, and moving) have been solved in a variety of ways. Each species now, however, can be successful only within a limited range of environmental conditions. As a result of a species' morphology, physiology, and behavior, it is sensitively adapted to the environment in which it has evolved. The stream environment has been shown to be quite variable in space and time; therefore, the physiology and behavior of stream organisms have come to be sufficiently plastic to permit their success. If a change in environmental conditions is much beyond the range within which a species has evolved, individuals of that species may fail to adapt and their population may not persist. Within the overall range of conditions in which a species can exist, there may be a number of different ranges for various behavioral responses (territorial, reproductive, feeding, migratory, avoidance) and physiological responses. The presence of a very low level of a given toxic substance could quite conceivably change only one aspect of a species' behavior and thereby decrease its survival chances and lead to the loss of the population. Even though behavior is as much a part of animals and as important to their persistence as are their morphological structures, the study of behavior has been largely neglected (Warren, 1971).

Since it has been asserted that it is difficult to predict the effects of a given alteration of water quality on a species, it also follows that it is extremely difficult to say whether that alteration results in an unnatural water quality condition. A point that needs to be stressed is that although an aquatic community may be altered drastically following a change, for example, after the introduction of organic pollution, none of the animals found in the polluted water are confined to it (Hynes, 1960). All may be normal inhabitants

BLM_0004256

37

of natural habitats such as river muds and ponds, and they merely happen to be favored by the conditions associated with organic pollution. Even natural streams experience various degrees of what would be identified as pollution. In the densely forested headwater regions, autumn leaf-fall may add so much organic matter to water that fish are asphyxiated (Schneller, 1955). The water may be murky or discolored, foul smelling, and have decaying organic matter covered with fungi. These conditions near a human establishment would be cited as gross negligence. It is indeed fortunate that "naturally" polluted situations have occurred and continue to occur for they allowed the evolution and maintenance of a biota which can survive and, indeed, aid in cleaning up human-caused organic pollution.

One may wish to consider an increase in the level of potentially toxic compounds (i.e., those which can be lethal at relatively low concentrations), such as heavy metals and some organic compounds, as an indication of an unnatural water quality condition. With the possible exception of the synthetic biocides, however, most potentially toxic compounds exist in the natural aquatic environment at varying levels, and we can expect aquatic organisms to be tolerant of them to some degree. This feature also may cause laboratory experiments to be misleading. An animal's recent experience with a lethal factor is often particularly important in determining its tolerance. Previous exposure to a toxic substance that did not kill the animal but caused some stress usually increases the tolerance for that factor (Warren, 1971). Under stress conditions, adaptive responses usually occur rendering the animal more tolerant not only of those conditions but also of more critical ones. This is the process of acclimation. Fish and most animals can acclimate to a wide variety of factors and conditions in

BLM_0004257

38

their environments.  While the information is rather sparse, fish have been shown to acclimate to phenol, synthetic detergents, excessive hydrogen ions (low pH), ammonia, cyanide, zinc, and other toxic substances (Warren, 1971).

These discussions do not present a very favorable picture for predicting or recognizing water quality changes which will begin to affect the success of a certain population.  Laboratory studies have been shown to both overestimate and underestimate the effect of a certain water quality parameter while in situ studies have difficulty because of the complexity of a natural ecosystem.  This is not to say that we cannot predict the effect of a gross insult to an environment which results in a rapid change (e.g., oil spill, sewage effluent), but it does not appear that we can predict slow and creeping changes arising from modest changes in water quality.  These modest changes in water quality are probably the types of change to be expected from a dewatering operation, a change from one natural water quality condition to another.  No new noxious or toxic materials are anticipated from dewatering, only a change in concentrations of dissolved or suspended material and a change in the physical characteristics of the stream.

If a survey were made of chemists, biologists, and ecologists concerning useful indices of stream change, each would identify his specialty as very valuable.  This should not be surprising since a change in the stream environment should be reflected in all of the physical, chemical, and biological features.  Biological indicators should provide good sensitivity to change because they respond to an integration of relatively minor changes.  That benefit, however, has a weakness in that biologists are seldom able to demonstrate that indicators are specific for a change in a

BLM_0004258

39

certain parameter (Hooper, 1969). Fish (Larkin and Northcote, 1969),
zooplankton (Brooks, 1969), bottom fauna (Jónasson, 1969), phytoplankton
(Lund, 1969), and bacteria (McCoy and Sarles, 1969) all have been identi-
fied as useful indices of eutrophication; however, each group also demon-
strates some disadvantages. For example, fish being at the top of the
production pyramid are the last affected. Having growth and survival
rates that fluctuate widely, being flexible in their food habits and able
to exploit alternatives, and being associated with other species in a com-
plex interaction on food organisms, they pose a degree of variability
which is difficult to correlate with minor changes. Still, we know more
about fish than any other aquatic group and they can be of use.

Bottom dwellers are among the most common of freshwater animals and
can be greatly influenced by stream changes. The techniques for sampling,
sieving, and sorting, however, are defective and inefficient, and the
number of bottom fauna is usually underestimated (Jónasson, 1969).

Bacteria are prominent and important members of the aquatic community
but it is difficult to describe the bacterial population. Our understanding
of the equilibrium determining the numbers and kinds is imperfect because
of the limitation of the counting methods, lack of identification of the
types of bacteria, and lack of knowledge of the ecological relations (McCoy
and Sarles, 1969).

In spite of the arguments in favor of a wide variety of groups of or-
ganisms, the list of sensitive indicator organisms is small. For an indi-
vidual species to be useful as an indicator organism, it must have a rather
narrow range of suitable environmental conditions that are known. Few are
the species that satisfy these qualifications, and those that do are likely

40

to be rare in their numbers of individuals for these very reasons, hardly
an ideal condition.

### Research Needs

In any listing of suggested future research on aquatic ecosystems,
it would be difficult to leave out anything. There are areas of knowledge
that are relatively weak compared to others, however, and these would be
logical candidates for increased emphasis.

The physical and inorganic chemical aspects of lotic environments
are perhaps the best understood parameters while their influence on stream
biota is at best poorly understood. The influence of stream parameters on
population dynamics needs a great amount of attention. There are abundant
studies of tolerance limits under laboratory conditions; however, in the
author's opinion many of these studies only "muddy the waters" with respect
to our understanding of natural systems. There is a need for tolerance
level studies but they must be performed under real-world conditions; that
is, they must be performed under the influence of behavioral changes (terri-
torial, feeding, migratory, avoidance), natural competition, and trophic level
interactions, and they must be measured in terms of the success of the popu-
lation. Difficult? Exceedingly so, and it will take a great deal of in-
genuity, not only on the part of the biologists, but perhaps also of sociol-
ogists, psychologists, and economists. The methodology developed in a
number of other disciplines may provide the answers or breakthroughs which
we need. It is not enough to simply use information from other disciplines
(multidisciplinary approach); these disciplines must be encouraged to join

BLM_0004260

41

with biologists to design experiments and interpret results (interdisciplinary approach).

Along the same lines, the vast majority of biologists are not able to handle the data they are capable of gathering. As a result of the use of statistics, researchers can be described as "operating on a 95 percent confidence interval." This means nearly all of the variation must be accounted for before a statistically valid conclusion can be generated. It would seem that only in relatively few situations when one, or at most several, factors dominate the natural environment could we hope to explain nearly all of the variation. This is exactly why biologists have reverted to laboratory studies where all of the factors except those of interest are fixed, allowing them to satisfactorily explain the variation. It seems like a case of letting the tail wag the dog. In order to be able to explain the variation in natural communities, much more sophisticated data analysis procedures must be used. The procedures available currently may be inadequate, which means we need to attract the interest of more mathematicians and statisticians in order to develop sophisticated multivariate analyses which will work for the type of data collected. A good example of the interaction needed is the International Symposium on Statistical Ecology which brings together ecologists who use mathematical and statistical methods, and statisticians whose work has ecological applications (Patil and coauthors, 1971).

A great deal of interest and expertise has appeared in recent years in mathematical modeling (e.g., Patton, 1971, 1972, 1975). This discipline can be of tremendous value in helping to understand the complexity of ecosystems. The formulation of mathematical models of real-world phenomena requires one to operationally define the important variables and state the

BLM_0004261

42

hypothetical relationships among those variables. The model then simulates
a real-world condition and represents a complex hypothesis which can gener-
ate predictions. To be accepted, however, the model and its predictions
must be tested against additional real-world measurements (Kowal, 1971).
This requires the statistical analysis of those measurements as well as a
statistical comparison with the predictions of the model. The statis-
tical tests, which use an arbitrary confidence level, may show that several
different models may be accepted as explaining the same set of real-world
data. This does not reflect a philosophical conflict since a model is an
abstract concept arbitrarily identified with the real world (Kowal, 1971);
however, it does reinforce a previous point--the development of additional
or more refined statistical analyses.

Finally, there is one aspect of water quality which is very poorly
understood--the levels and influence of natural organics. Largely as a
result of the difficulty and expense of analysis, we do not have a knowl-
edge of the quality, quantity, and variability of the tremendous array of
organic compounds which exist in the natural environment. We have even less
knowledge of their regulatory role on the behavior, competition, and repro-
ductive success of a population. It seems again as though we need the help
of outside disciplines (e.g., organic chemists, electrical engineers) to
develop the methodology and equipment required for our needs. This is a
common thread which runs through all of the above discussions, and it does
not appear as though significant progress can be made until a number of
disciplines can be infused into our studies of the biological world. This
conclusion should be obvious if one thinks of the number of disciplines
required to understand the human population.

43

## References

Adams, V. D., R. R. Renk, P. A. Cowan, and D. B. Porcella. 1975. Naturally Occurring Organic Compounds and Algal Growth in an Eutrophic Lake (Logan, Ut., Utah State University, Utah Water Research Laboratory, PRWG 137-1).

Andelman, J. B. 1973. "Incidence, Variability and Controlling Factors for Trace Elements in Natural, Fresh Waters," in P. C. Singer, ed., Trace Metals and Metal-Organic Interactions in Natural Waters (Ann Arbor, Mich., Ann Arbor Science Publications, Inc.).

Baxter, G. 1961. "River Utilisation and the Preservation of Migratory Fish Life," Minutes of the Proceedings of the Institution of Civil Engineers vol. 18, pp. 225-244.

Bormann, F. H., G. E. Likens, and J. S. Eaton. 1969. "Biotic Regulation of Particulate and Solution Losses from a Forest Ecosystem," BioScience vol. 19, pp. 600-610.

Brooks, J. L. 1969. "Eutrophication and Changes in the Composition of the Zooplankton," in National Academy of Sciences, Eutrophication: Causes, Consequences, Correctives (Washington, D.C., NAS).

Carr, N. G., and B. A. Whitton. 1973. The Biology of Blue-Green Algae, Botanical Monographs, Vol. 9 (Berkeley, Calif., University of California Press).

Cooper, C. F. 1969. "Nutrient Output from Managed Forests," in National Academy of Sciences, Eutrophication: Causes, Consequences, Correctives (Washington, D.C., NAS).

Crockford, H. D., and S. B. Knight. 1959. Fundamentals of Physical Chemistry (New York, John Wiley & Sons).

Dormaar, J. F. 1971. "Prolonged Leaching of Orthic Black Ah Material with Water and Aqueous Extracts of Populus tremuloides and P. balsamifera Leaves," Journal of Soil Science vol. 22, pp. 350-358.

Duce, R. A., J. G. Quinn, C. E. Olney, S. R. Piotrowicz, B. J. Ray, and T. L. Wade. 1972. "Enrichment of Heavy Metals and Organic Compounds in the Surface Microlayer of Narragansett Bay, Rhode Island," Science vol. 176, p. 161.

Fitch, C. P., L. M. Bishop, and W. L. Boyd. 1934. "Water Bloom as a Cause of Poisoning in Domestic Animals," Cornell Veterinarian vol. 24, p. 30.

Gloyna, E. F., Y. A. Yousef, and T. J. Padden. 1971. "Nonequilibrium Systems in Natural Water Chemistry," Advances in Chemistry Series vol. 106 (Washington, D.C., American Chemical Society).

44

Gorham, P. J. 1960. "Toxic Waterblooms of Blue-Green Algae," The Canadian Veterinary Journal vol. 1, pp. 235-245.

Gosz, J. R. 1975. "Nutrient Budgets for Undisturbed Ecosystems Along an Elevational Gradient in New Mexico," in F. G. Howell, J. B. Gentry, and M. H. Smith, eds., Mineral Cycling in Southeastern Ecosystems, ERDA Symposium Series CONF-740513 (Washington, D.C., U.S. Energy Research and Development Administration).

_____. 1977. Influence of Road Salting on the Nutrient and Heavy Metal Levels in Stream Water (Las Cruces, N.M., New Mexico Water Resources Research Institute, Technical Completion Report Project No. 3109-68, December).

_____. 1978. "Nitrogen Inputs to Stream Water from Forests Along an Elevational Gradient in New Mexico," Water Research (in press).

Gosz, J. R., and M. L. Barr. 1974. Stream Organics to Evaluate Land Management (Las Cruces, N.M., New Mexico Water Resources Research Institute, Technical Completion Report Project No. 3109-146, December).

Hasler, A. D. 1970. "Chemical Ecology of Fish," in E. Sondheimer and J. B. Simeone, eds., Chemical Ecology (New York, Academic Press).

Hem, J. D. 1970. Study and Interpretation of the Chemical Characteristics of Natural Water, Geological Survey Water-Supply Paper 1473 (2nd ed., Reston, Va., U.S. Geological Survey).

Hernandez, J. W. 1967. Proposed Water Quality Standards for the San Juan River, La Plata River, and Animas River in New Mexico (Reston, Va., U.S. Geological Survey; Santa Fe, N.M., New Mexico Department of Public Health).

Hobbie, J. E., and G. E. Likens. 1973. "The Output of Phosphorus, Dissolved Organic Carbon and Fine Particulate Carbon from Hubbard Brook Watersheds," Limnology and Oceanography vol. 18, pp. 734-742.

Höglund, L. B. 1961. The Reactions of Fish in Concentration Gradients (Drottningholm, Fishery Board of Sweden, Institute of Fresh-Water Research Report 43).

Holden, P. B., and C. B. Stalnaker. 1975. "Distribution and Abundance of Mainstream Fishes of the Middle and Upper Colorado River Basins, 1967-1973," Transactions of the American Fisheries Society vol. 104, pp. 217-231.

Hooper, F. F. 1969. "Eutrophication Indices and Their Relation to Other Indices of Ecosystem Change," in National Academy of Sciences, Eutrophication: Causes, Consequences, Correctives (Washington, D.C. NAS).

BLM_0004264

45

Hynes, H. B. N.  1960.  The Biology of Polluted Waters (Liverpool, Liverpool
    University Press).

_____ .  1970.  The Ecology of Running Waters (Toronto, University
    of Toronto Press).

Ingle, R. M.  1965.  "Red-Tide Research at the Florida State Laboratory,"
    in J. E. Sykes, ed., Bureau of Commercial Fisheries Symposium on
    Red Tide, Special Science Report, Fisheries No. 521 (Washington,
    D.C., U.S. Department of Commerce, National Marine Fisheries Service).

Ingram, W. M., and G. W. Prescott.  1954.  "Toxic Fresh-Water Algae,"
    The American Midland Naturalist vol. 52, no. 1.

Johnson, R. P.  1963.  "Studies on the Life History and Ecology of the
    Bigmouth Buffalo Ictiobus cyprinellus (Valenciennes)," Journal of
    the Fisheries Research Board of Canada vol. 20, pp. 1397-1429.

Jónasson, P. M.  1969.  "Bottom Fauna and Eutrophication," in National
    Academy of Sciences, Eutrophication: Causes, Consequences, Correctives
    (Washington, D.C., NAS).

Jones, J. R. E.  1964.  Fish and River Pollution (London, Butterworth).

Kowal, N. E.  1971.  "A Rationale for Modeling Dynamic Ecological Systems,"
    in B. C. Patten, ed., Systems Analysis and Simulation in Ecology
    Vol. I (New York, Academic Press) pp. 123-194.

Kramer, P. J., and T. T. Kozlowski.  1960.  Physiology of Trees (New York,
    McGraw-Hill).

Larkin, P. A., and T. G. Northcote.  1969.  "Fish as Indices of Eutrophication,"
    in National Academy of Sciences, Eutrophication: Causes, Consequences,
    Correctives (Washington, D.C., NAS).

Leopold, L. B., M. G. Wolman, and J. P. Miller.  1964.  Fluvial Processes in
    Geomorphology (San Francisco, W. H. Freeman).

Likens, G. E., and F. H. Bormann.  1972.  "Nutrient Cycling in Ecosystems,"
    in J. Weins, ed., Ecosystems:  Structure and Function (Corvallis, Oreg.,
    Oregon State University Press).

_____ .  1974.  "Linkages Between Terrestrial and Aquatic Ecosystems,"
BioScience vol. 24, pp. 447-456.

_____ .  1975.  "Nutrient-Hydrologic Interactions," in A. Hasler, ed.,
Coupling of Land and Water Systems, Ecological Studies, Analysis and Synthesis,
Vol. 10 (New York, Springer-Verlag).

BLM_0004265

46

Lund, J. W. G.  1969.  "Phytoplankton," in National Academy of Sciences, Eutrophication:  Causes, Consequences, Correctives (Washington, D.C., NAS).

Mann, K. H.  1959.  "On Trocheta bykowskii Gedroyc, 1913, A Leech New to the British Fauna, with Notes on the Taxonomy and Ecology of Other Erpobdellidae," Proceedings of the Zoological Society of London vol. 132, pp. 369-379.

Martin, D. F., and B. B. Martin.  1973.  "Implications of Metal-Organic Compounds in Red Tide Outbreaks," in P. C. Singer, ed. Trace Metals and Metal-Organic Interactions in Natural Waters (Ann Arbor, Mich., Ann Arbor Science Publications, Inc.).

McCoy, E., and W. B. Sarles.  1969.  "Bacteria in Lakes:  Populations and Functional Relations," in National Academy of Sciences, Eutrophication:  Causes, Consequences, Correctives (Washington, D.C., NAS).

McGauhey, P. H.  1968.  Engineering Management of Water Quality (New York, McGraw-Hill).

Morel, F., R. E. McDuff, and J. J. Morgan.  1973.  "Interactions and Chemostasis in Aquatic Chemical Systems:  Role of pH, pE, Solubility, and Complexation," in P. C. Singer, ed., Trace Metals and Metal-Organic Interactions in Natural Waters (Ann Arbor, Mich., Ann Arbor Science Publications, Inc.).

Neel, J. K.  1951.  "Interrelations of Certain Physical and Chemical Features in a Head-Water Limestone Stream," Ecologist vol. 32, pp. 368-391.

Nielsen, E. S.  1955.  "An Effect of Antibiotics Produced by Plankton Algae," Nature vol. 176.

Odum, E. P.  1971.  Fundamentals of Ecology (3rd ed., Philadelphia, W. B. Saunders).

Odum, H. T., and R. F. Pigeon, eds.  1970.  A Tropical Rain Forest: A Study of Irradiation and Ecology at El Verde, Puerto Rico (Washington, D.C., U.S. Atomic Energy Commission).

Owen, E. D.  1971.  "Principles of Photochemical Reactions in Aqueous Solution," in S. J. Faust and J. V. Hunter, eds., Organic Compounds in Aquatic Environments (New York, Marcel Dekker).

Patil, G. P., E. C. Pielou, and W. E. Waters.  1971.  Statistical Ecology (University Park, Pa., Pennsylvania State University Press).

Patten, B. C.  1971.  Systems Analysis and Simulation in Ecology Vol. I (New York, Academic Press).

BLM_0004266

47

_____. 1972. Systems Analysis and Simulation in Ecology Vol. II (New York, Academic Press).

_____. 1975. Systems Analysis and Simulation in Ecology Vol. III (New York, Academic Press).

Pomeisl, E. 1961. Okologische-biologische Untersuchungen an Plecopteren in Gebiet der niederosterreichischen Kalkalpen und des diesem vor-gelagerten Flyschgebietes ("Ecological-Biological Studies of Plecoptera in the Vicinity of the Lower Austrian Limestone Alps and the Flanking Flysch Zone") Verhandlungen der Internationalen Vereinigung fur Theoretische und Angewandte Limnologie (Transactions of the Society for Theoretical and Applied Limnology) vol. 14, pp. 351-354.

Prakash, A., and M. A. Rashid. 1968. "Influence of Humic Substances on the Growth of Marine Phytoplankton, Dinoflagellates," Limnology and Oceanography vol. 13, p. 598.

Rashid, M. A., D. E. Buckley, and K. R. Robertson. 1972. "Interactions of a Marine Humic Acid with Clay Minerals and a Natural Sediment," Geoderma vol. 8, pp. 11-27.

Reynolds, J. F., and D. H. Knight. 1973. "The Magnitude of Snowmelt and Rainfall Interception by Litter in Lodgepole Pine and Spruce-Fir Forests in Wyoming," Northwest Scientist, vol. 47, pp. 50-60.

Rosen, J. D. 1971. "Photodecomposition of Organic Pesticides," in S. J. Faust and J. V. Hunter, eds. Organic Compounds in Aquatic Environments (New York, Marcel Dekker).

Rosenzweig, M. L. 1968. "Net Primary Productivity of Terrestrial Communities: Prediction from Climatological Data," The American Naturalist, vol. 102, pp. 67-74.

Ruttner, F. 1963. Fundamentals of Limnology. Translated by D. G. Frey and F. E. J. Fry (Toronto, University of Toronto Press).

Schneller, M. V. 1955. "Oxygen Depletion in Salt Creek, Indiana," Investi-gations of Indiana Lakes and Streams vol. 4, pp. 163-175.

Slatyer, R. O. 1967. Plant-Water Relationships (New York, Academic Press).

Swanson, R. H. 1967. "Seasonal Course of Transpiration of Lodgepole Pine and Engelmann Spruce," in W. E. Sopper and H. W. Lull, eds., Forest Hydrology (Elmsford, N.Y., Pergamon Press).

Utah State University. 1975. Colorado River Regional Assessment Study. Part Three: Area-Specific Water Quality Analysis and Environmental Assessment (Logan, Ut., Utah State University, Utah Water Research Laboratory).

48

Warren, C. E.  1971.  <u>Biology and Water Pollution Control</u> (Philadelphia, W. B. Saunders).

Williams, J. S.  1975.  <u>The Natural Salinity of the Colorado River</u> (Logan, Ut., Utah State University, Utah Water Research Laboratory Occasional Paper 7).

BLM_0004268

49

# THE INFLUENCE OF REDUCED STREAMFLOWS ON WATER QUALITY: A DISCUSSION

Gene E. Likens*

I believe that James Gosz has done an excellent job of outlining and discussing some of the major problems associated with the interactions between land use, streamflow, and water quality. These are critical relationships for management of landscapes, and the problem of reduced streamflow in the Southwestern United States is of particular importance. Dr. Gosz has carefully documented the complexities that are involved in these ecological relationships, and has shown the importance of understanding the role of the terrestrial ecosystem in evaluating and predicting changes in streamflow and water quality. Data such as those presented for the Tesuque Watersheds of New Mexico are of fundamental importance in the development of sound land management proposals. In my discussion of Dr. Gosz's paper, I would like to reemphasize some of the points he made, provide some elaboration on the importance of an in-depth understanding of the linkages between aquatic and terrestrial ecosystems, and briefly touch on the costs associated with this type of ecosystem research.

It is frequently stated that "a stream reflects its surroundings." A stream is an especially open ecosystem. As such, it may be thought that a stream has very little structure of its own because its characteristics appear to be ephemeral; its obvious features are transient and always changing. You cannot go back to the same spot in a flowing stream and

*Professor of Ecology, Division of Biological Sciences, Section of Ecology and Systematics, Cornell University, Ithaca, New York.

BLM_0004269

50

find the same parcel of water--it's gone! Therefore, it may be argued that the entire drainage area or landscape is the functional unit, with the aquatic ecosystem (the stream) only reflecting these surroundings. This may be particularly so in headwater streams. For example, it is here that the basic chemical characteristics of the entire stream are established, largely by amount of precipitation and geologic substrate. These chemical characteristics persist with relatively little modification (within an order of magnitude, or so) all the way to the mouth unless man intervenes. For example, Gibbs (1967) found that about 85 percent of the total amount of dissolved salts and suspended solids carried by the Amazon River originated from the Andean headwaters. Thus, a stream ecosystem indeed cannot be separated from its drainage area in attempting to understand its structure, its functions and, particularly, its management. This should be an axiom. On the other hand, a stream is a legitimate ecosystem in its own right. It has definite and definable biotic and abiotic components that interact and exchange both energy and nutrients. As such, it functions as an ecosystem and modifies, regulates, and processes the outputs from the terrestrial drainage area that flow through it.

Some General Characteristics of Forested
Landscapes in the North Temperate Zone

The quantity and quality of rainwater and snowmelt water are altered as the water passes through a forested ecosystem. Chemicals obtained in precipitation or released by weathering are cycled by living vegetation, animals, and microbes accumulated in living and dead organic matter and the soil, and are then lost in drainage waters. However, outputs from undisturbed forested ecosystems are generally highly regulated. For example, the outputs of water as streamflow are controlled in both amount and

BLM_0004270

51

timing by the high infiltration capacity and storage of the soil in undis-
turbed forest ecosystems, and most importantly, by evapotranspiration of
water vapor.  With evapotranspiration, liquid water is converted to water
vapor, and dissolved substances are concentrated or precipitated in plant
tissues and soils.  Water lost by evapotranspiration cannot transport dis-
solved substances or particulate matter out of the ecosystem in streamflow.
This is probably the most important way in which an undisturbed forested
ecosystem regulates the potential degrading effects of moving water in the
landscape.  As a result, losses of dissolved substances, erosion, and
losses of particulate matter are relatively small and controlled.  Thus,
the undisturbed forested ecosystem has a very strong control over the
amount and types of materials that enter the drainage streams (potentially
available for loss in drainage waters from the watershed).

Terrestrial outputs are the inputs for stream ecosystems that drain
them (figure 1).  Stream ecosystems alter, store, and process the dissolved
substances and particulate matter that pass through.  In contrast to terres-
trial ecosystems, there have been very few material balance studies for
stream ecosystems.  In my opinion, this subject deserves careful attention
and much could be learned from comparative studies of such balances in
stream ecosystems for elements like carbon, nitrogen, phosphorus, and po-
tassium in particular.  From the few studies that have been done in head-
water streams, it can be shown that streams do operate as functional eco-
systems.

Within the Hubbard Brook Experimental Forest in New Hampshire, we have
done some studies of material balance for the Bear Brook ecosystem.  Bear
Brook is a small, headwater stream which drains a portion of the deciduous

52



NUTRIENT LINKAGES BETWEEN
TERRESTRIAL AND AQUATIC ECOSYTEMS

Note:  Vectors may be meteorologic, geologic, or biologic components
moving nutrients or energy along the pathway shown.

Figure 1.  Diagrammatic Model of the Functional
           Linkages Between Terrestrial and
           Aquatic Ecosystems

Source:  G. E. Likens and F. H. Bormann, "Linkages Between Terrestrial
and Aquatic Ecosystems," BioScience vol. 24, no. 8, 1974.

forest.  It is densely shaded and more than 99 percent of the energy, as
organic carbon, originates from allochthonous sources (Fisher and Likens,
1973).  Thirty-four percent of these organic carbon inputs are respired to
$CO_2$ and 66 percent are exported.  Moreover, the ratio of dissolved-to-
particulate organic matter entering Bear Brook from all sources was 0.86,
whereas the ratio in export was 2.3.  The stream ecosystem degraded about
63 percent (by weight) of the incoming particulate organic matter to dis-
solved organic matter or to $CO_2$.  Thus, the stream ecosystem functioned as
an efficient decomposer.

One of my graduate students, Judy Meyer, is doing a similar study on
phosphorus in Bear Brook.  She finds that losses nearly balance inputs for
the stream ecosystem but much processing occurs; for example, large partic-
ulate organic matter is converted to fine particulate organic matter.  The
major export of phosphorus occurs as fine particulate organic matter, again
showing the functional role of the stream ecosystem (Meyer, 1976).

Disturbance from Long Range

Man can alter these linkages between terrestrial and associated stream
ecosystems from within drainage areas as well as from great distances.  Air-
borne substances may be transported throughout air sheds spanning vast areas,
and affect a variety of terrestrial and aquatic ecosystems within those areas.
A good example is the problem of acid precipitation in the northeastern
United States.  It is thought that acid precipitation falling on remote
areas of northern New England stems from airborne pollutants which were
emitted from industrial and urbanized regions to the west and south of
these areas.  The strong acids (sulfuric and nitric) which are produced
from gaseous by-products in the combustion of fossil fuels have lowered

54

the average annual pH of precipitation to between 4.0 and 4.5 over much
of the eastern United States (figure 2).  During the last two decades, the
distribution of this acid precipitation has intensified and increased in
geographic extent, particularly in the northeastern United States (figures
3 and 4).  Cragin, Herron, and Langway (1975) have shown that concentrations
of lead and sulfur in deposits of snow in Greenland after 1955 have in-
creased, relative to pre-1840 values, by about ten- and five-fold, respec-
tively.  This is attributed to the increased combustion of fossil fuels
and smelting following the industrial revolution in the Northern Hemi-
sphere.  Therefore, long-range transport of air pollutants within air sheds
is affecting widespread terrestrial and aquatic ecosystems, including remote
areas.

The effects of acid precipitation and other airborne pollutants on
organisms is often very severe.  The serious decline or extinction of fish
populations in widespread aquatic habitats as a consequence of acid precipi-
tation has been documented in Sweden, Norway, the United States, and Canada
(Bolin, 1971; Dickson, 1975; Braekke, 1976; Beamish and Harvey, 1972;
Schofield, 1976a, 1976b).  Serious ecological disruptions have been observed
at all levels of the food web in acidified lakes and streams, and ecosystem
function has been seriously impaired (Braekke, 1976).  Aquatic ecosystems
on granitic substrates are most sensitive to acid precipitation, since their
buffering capacity is low.  Effects on natural forest vegetation are equiv-
ocal at present, but laboratory and field studies show that serious damage
can occur to vegetation in the pH range frequently observed (pH < 3.5) dur-
ing the summertime in the northeastern United States (see Likens, 1976).

As shown in figure 2, rain and snow in the southwestern United States are
currently not acid (pH < 5.6) although there are few data.  However, with the

Figure 2.  The pH of Precipitation over the United States During June 1966

Source:  Data courtesy of the National Center for Atmospheric Research, Boulder, Colorado (A. L. Lazrus, personal communication).

55

BLM_0004275

56



Figure 3.  Calculated pH of Precipitation over the Eastern
United States During the Period 1955-1956

Source:  C. V. Cogbill and G. E. Likens, "Acid Precipitation in the
Northeastern United States," Water Resources Research vol. 10, no. 6, 1974.

BLM_0004276

57



Figure 4.  Observed pH of Precipitation over the Eastern
           United States During the Period 1972-1973

Source:  Modified from G. E. Likens, "Acid Precipitation,"
         Chemical and Engineering News (November 1976).

BLM_0004277

58

increased development and use of power plants and smelters burning fossil fuels and emitting oxides of sulfur, nitrogen, heavy metals, etc., the potential for deterioration of air quality and for the production of acid precipitation in this area is a distinct possibility in the next decade or so. In my opinion, it is critical to set up monitoring stations now, particularly in forested headwater areas, so that trends in precipitation chemistry can be evaluated in the future and control measures applied intelligently.

A special problem in headwater streams of mountainous regions where snow accumulates is in the quality of meltwater from the snowpack.  In this case, pollutants accumulated in a snowpack over the entire winter may flush through streams and lakes at high concentrations.  Because of the ion separation that occurs when snow or ice freezes and melts, the first part of the meltwater may be appreciably elevated in acidity, heavy metals, pesticides, and so forth (Oden and Ahl, 1970; Braekke, 1976; Hagen and Langeland, 1973).  This problem of episodic impacts has been shown to have serious consequences on the aquatic ecosystems in Sweden and Norway (Braekke, 1976) and deserves very careful study.  Because of the large orographic influence on the amount of precipitation in the southwestern United States, one would expect that headwater streams in this area might be most vulnerable, and the potential for acidic episodes following snowmelt is a distinct possibility.  At lower elevations, acidic aerosols might adversely affect vegetation and thus indirectly influence streamflow quantity and quality through effects on the terrestrial ecosystem.

Analysis of precipitation chemistry in the eastern United States indicates clearly that concentrations of nitrate in precipitation have

BLM_0004278

59

increased dramatically during the past ten years or so (figures 5 and 6). Presumably this increase is related to increased air pollution. Nitrogen, along with phosphorus, is a critical nutrient for aquatic ecosystems, and the effect of this increased input on cultural (man-induced) eutrophication and long-term productivity is essentially unknown at present. In aquatic eco- systems within remote forested areas, the majority of the nitrogen and phos- phorus input comes from precipitation falling directly on the lake's surface (Likens and Bormann, 1974). Therefore, any increase in nitrate (or phos- phorus) in rain and snow takes on added ecological and management signifi- cance. The potential for stimulation of biological growth from nutrient inputs in precipitation may offset or mask the toxic effects of airborne pollutants transported long distances. These long-term impacts of simulta- neously "good and bad" inputs from precipitation deserve careful attention.

A forested ecosystem serves as an important "filter" for airborne or waterborne pollutants, at least up to a point. These ecosystems normally produce high-quality air and water, in spite of the various insults to which they may have been subjected. As such, undisturbed forested eco- systems produce high-quality air and stream water "for free." When the watershed is disturbed, man has to replace these natural functions of the ecosystem with air conditioners, water treatment plants, flood control dams, etc., all at high cost. These benefits (or costs) are usually ig- nored in economic analyses of environmental impacts.

Disturbance from Within

Man's alteration of terrestrial ecosystems from within, such as de- forestation, road building, urbanization, and so forth, can have a major destabilizing influence on those characteristic functions of the

BLM_0004279

60



Figure 5.  Average Annual Nitrate and Ammonium Concentrations
          in Precipitation for Ithaca and Geneva, New York


        Source:  Modified from G. E. Likens and F. H. Bormann,
"Acid Rain:  A Serious Regional Environmental Problem," Science
vol. 184, no. 4142, 1974.

BLM_0004280

61



BLM_0004281

Note:   The vertical bars represent one standard
error of the mean.

Figure 6.   Average Annual Nitrate Concentrations in
Precipitation for Nine U.S. Geological
Survey Stations in New York State and
Pennsylvania

62

undisturbed forested ecosystem, such as regulation of discharge, control of erosion, filtration of air and water, and regulation of nutrient loss. Disturbance of normal ecosystem function affects both quality and quantity of water draining from the system. These effects on streams are varied and important. As Dr. Gosz mentioned, in our studies in New Hampshire when forest ecosystems are clearcut, a variety of complex ecosystem effects were observed (figure 7). Some of these results were expected, many were not. Detailed studies of entire ecosystems, often over long periods of time (more than 10 years), are required to fully evaluate the ecological impact of disturbance in natural ecosystems.

Finally, there are differences in the quality of the outputs from headwater ecosystems in relation to changes in the hydrologic cycle. In New Hampshire watersheds, we found that concentrations of dissolved substances were generally independent of discharge, whereas concentrations of particulate matter increased exponentially with increased discharge (figure 8). This is a particularly important consideration in evaluating the loss for a nutrient like phosphorus, which is exported from streams primarily in fine particulate matter. Since disturbance of forested ecosystems usually results in elevated discharges of water, management of disturbed ecosystems must consider such relationships.

Unfortunately, ecosystem research is usually complex, long-term and expensive (see Battelle Columbus Laboratories, 1975). More than forty scientists were engaged and approximately two million dollars were allocated for interdisciplinary research on effects of acid precipitation on forests and fish in Norway during 1976. As Dr. Gosz pointed out, many disciplines are required but most environmental studies to date have been multidisciplinary rather than interdisciplinary. We need much better

BLM_0004282



Note:  Based upon data obtained during 1966-1968.


Figure 7.  A Summary of Some of the Ecological Effects of Deforestation
of Watershed 2 in the Hubbard Brook Experimental Forest


Source:  G. E. Likens and F. H. Bormann, "Biogeochemical Cycles," The Science Teacher
vol. 39, no. 4, 1972.

BLM_0004283

64



Figure 8.   General Relationships Between the Concentration
            of Dissolved Substances and Particulate Matter
            and Stream Discharge in a Northern Hardwood Forest
            Ecosystem

Source:  After F. H. Bormann, G. E. Likens, and J. S. Eaton, "Biotic
Regulation of Particulate and Solution Losses from a Forest Ecosystem,"
BioScience vol. 19, no. 7, 1969.

65

interaction and communication between individuals and between disciplines in such studies. The end result in terms of management and protection of our natural resources would be well worth the effort and money.

Some Summary Thoughts

1. Streams reflect their surroundings, but are indeed ecosystems in their own right. They receive, alter, and respond to the effluents from terrestrial systems. The alteration of these effluents, within the stream ecosystem, then determines overall what the outputs from the entire drainage system will be.

2. Stream ecosystems are highly dependent upon events. A flood that occurs on a 1-in-100-year frequency may produce more erosion and transport of particulate matter than the total of all of the smaller events during the intervening years. This flooding, although often considered by man to be harmful, is in many ways the critical maintenance factor for stream ecosystems. For example, flooding is one of the few ways that nutrients are returned "uphill" from the aquatic system to the terrestrial system. A good example of this is the fertile agricultural areas that depend upon this type of nutrient replenishment in floodplains. Also, nutrient-rich, flooded areas along stream channels are vital nursery grounds for fish and invertebrates that man depends upon in a variety of ways, as was pointed out by Dr. Gosz.

3. The structure and function of stream ecosystems reflect the successional state and condition, that is, disturbance, of the entire drainage area. Both will change with time.

4. Stream ecosystems may be affected by man's activities from long range (via airsheds) and from disturbance within the watershed.

BLM_0004285

66

5.  Headwater ecosystems (terrestrial and aquatic) should be protected from disturbance to ensure a supply of high-quality water.

6.  Management proposals that consider streams in isolation from their drainage basins are sheer folly.

BLM_0004286

67

# References

Battelle Columbus Laboratories. 1975. Evaluation of Three of the Biome Studies Programs. Final report to the National Science Foundation, International Biological Program (IBP), Contract NSF-C879; Research Report (Columbus, Ohio).

Beamish, R. J., and H. H. Harvey. 1972. "Acidification of the La Cloche Mountain Lakes, Ontario, and Resulting Fish Mortalities," Journal of Fisheries Research Board of Canada vol. 29, no. 8, pp. 1131-1143.

Bolin, B., ed. 1971. Air Pollution Across National Boundaries: The Impact on the Environment of Sulfur in Air and Precipitation. Report of the Swedish Preparatory Committee for the U.S. Conference on Human Environment (Stockholm, Kungl. Boktryckeriet P.A. Norstedt et Soner).

Braekke, F. H., ed. 1976. Impact of Acid Precipitation on Forest and Freshwater Ecosystems in Norway (Oslo, Sur nedbørs virkning på skog og fisk (SNSF) Project, Research Report FR 6/76).

Cragin, J. H., M. Herron, and C. C. Langway, Jr. 1975. The Chemistry of 700 Years of Precipitation at Dye-3, Greenland (Hanover, N.H., U.S. Army Cold Regions Research and Engineering Laboratory, Research Report 341).

Dickson, W. 1975. The Acidification of Swedish Lakes (Stockholm, Fisheries Board of Sweden, Institute of Freshwater Research, Report No. 54).

Fisher, S. G., and G. E. Likens. 1973. "Energy Flow in Bear Brook, New Hampshire: An Integrative Approach to Stream Ecosystem Metabolism," Ecological Monographs vol. 43, no. 4, pp 421-439.

Gibbs, R. J. 1967. "Amazon River: Environmental Factors that Control Its Dissolved and Suspended Load," Science vol. 156, pp. 1734-1737.

Hagen, A., and A. Langeland. 1973. "Polluted Snow in Southern Norway and Its Effects of Meltwater on Freshwater and Aquatic Organisms," Environmental Pollution vol. 5, pp. 45-57.

Likens, G. E., and F. H. Bormann. 1974. "Linkages Between Terrestrial and Aquatic Ecosystems," BioScience vol. 24, no. 8, pp. 447-456.

Meyer, J. 1976. "Phosphorus Dynamics in a Forest Stream Ecosystem: A Mass Balance Approach," Abstract for the 39th Annual Meeting of the American Society of Limnology and Oceanography (Savannah, Ga.).

Oden, S., and T. Ahl. 1970. Summary: The Acidification of Scandinavian Lakes and Rivers (Uppsala, Sweden, Särtryck ur Ymer, Årsbok) pp. 103-122.

68

Schofield, C. L.  1976a.  "Lake Acidification in the Adirondack Mountains
    of New York:  Causes and Consequences," in L. S. Dochinger and T. G.
    Siccama, eds., Proceedings of the First International Symposium on
    Acid Precipitation and the Forest Ecosystem (Columbus, Ohio, U.S.
    Department of Agriculture, Forest Service).

_____.  1976b.  "Acid Precipitation:  Effects on Fish," Ambio
    vol. 5, no. 5-6, pp. 228-230.

BLM_0004288

69

THE INFLUENCE OF REDUCED STREAMFLOWS
ON WATER QUALITY:  A DISCUSSION

Lee Ischinger*

I would like to compliment Dr. Gosz on his valiant attempt at summarizing a very difficult and complex topic.  However, I am hopeful that the picture he has created regarding the scientific community's ability to determine the influence of reduced streamflows on water quality is not quite as dismal as he has suggested.

The author initiated his discussion of the subject with a lengthy and rather elementary presentation of the physical, geologic, and hydrological events typically associated with stream dewatering in western environs and some of the more classical effects on water quality and aquatic biota.  The discussion proceeded in textbook fashion and, as such, contains many sweeping generalizations, e.g., "any consumptive use of water can be expected to affect the quality of the remaining water"; poorly defined terms, e.g., "water quality is high"; and esoteric jargon, e.g., "effective physiological concentration."

The discussion of the location in the watershed of stream dewatering structures brought together the climatic, hydrologic, and biological elements of the stream ecosystem and described the mechanism by which

*Aquatic Ecologist, U.S. Fish and Wildlife Service, Fort Collins, Colorado.

BLM_0004289

70

these elements interact and affect downstream quality. The section pro-
vided some positive insight for resource managers with reference to the
importance and ecological implications of diversion structure location
and the associated biological and chemical effects on the watershed.

I was disappointed, however, by the absence of any discussion of
water quality effects on the riparian habitat in the various vegetative
life zones. Water quality changes brought about by stream dewatering,
particularly increased total dissolved solids concentrations, may pro-
duce significant long-term successional changes in riparian vegetation
in the Upper and Lower Sonoran life zones. The successional change in
riparian vegetation resulting from invasion by hypersaline-tolerant spe-
cies, such as Salt Cedar, and the resulting effect on wildlife habitat
is a significant factor in the Lower Colorado River and its tributaries.
It is one which is worthy of considerably more recognition and research
effort similar to studies conducted by Omart at Arizona State University.

In his discussion of organic quality parameters, the author placed
major emphasis on a myriad of poorly known "natural" organic substances
such as antibiotics, vitamins, common metabolites, etc., and their direct
and indirect effects on water quality and aquatic biota. The author
pointed out that many of these poorly understood organic compounds may
play an important role in affecting an organism's ability to withstand,
adapt, or avoid deteriorations in water quality or toxic materials, or
that they may serve as chemical chelating agents and thereby eliminate,
reduce, or change the toxicity of certain water quality constituents,
e.g., heavy metals. Since many of these organic compounds are terres-
trial in origin, and arise from particular types of terrestrial vegeta-
tive communities, the author suggested that the location of a dewatering

BLM_0004290

71

structure in the watershed may have significant ramifications with refer-
ence to the stream's ability to assimilate waste products or toxic mate-
rials. I would concur with the author that many of these trace organic
compounds may play a significant role in the aquatic ecosystem's ability
to assimilate toxins. However, I must hasten to point out that the re-
lationship between the location of a dewatering structure, the input of
trace organic compounds, and significant changes in water quality or the
biological community is not well documented in the literature. If, as
the author suggested, these changes in natural organic constituents have
significant impact on water quality and aquatic life, they should be
measurable. If the changes are too subtle or long-term to be measurable
with present methodologies and approaches, I would challenge the author
to develop new and more useful approaches and techniques to accomplish
this task.

In the discussion of biological indicators of water quality, the
author indicated as a major stumbling block the difficulty in defining
what constitutes a significant change. He posed the question, "What is
a significant change in water quality parameters in terms of stream biota?"
I feel that, given the current status of technology, a significant change in
water quality would have to be one which elicits a measurable response from
the stream biota. That is to say, in order for a water quality change to be
significant to the aquatic biota, it must be related to some measurable change
in order to be detected. Furthermore, in the real world, it may be signifi-
cant only to the degree that it affects a change in some segment of the biota
or the water quality itself that is considered valuable, such as a partic-
ularly desirable fishery or drinking water supply. Similarly, the author's
second question dealing with the distinction between natural changes vs.
unnatural or man-made changes in water quality may be significant from the

72

standpoint of a regulatory agency, but is moot from the standpoint of the resource itself. That is to say, if a valuable resource is threatened with destruction, it is immaterial whether it is from a natural or man-induced source. At this point the question becomes one of advocacy and value judgments made within existing socio-economic and legal/institutional frameworks which will be discussed at length by others at this Forum.

The question here is whether subtle changes in water quality produce an effect which can be measured by means of biological indicators. The author presented a litany of well-known pitfalls and shortcomings of many of the more traditional approaches to the biological assessment of water quality, but failed to offer any positive substitutes other than some ill-defined, massive modeling effort. To my mind this is a "head in the sand" approach. Biologists in the resource management field cannot afford to wait for a "mathematical messiah" to come down the road with all the answers. In this regard, a recent study by the National Science Foundation (Fromm and coauthors, 1974) of federally supported mathematical models clearly indicated that "up to two-thirds of the models failed to meet their avowed purposes...." I believe that mathematical modeling of complex ecosystems may provide many of the answers we need at some point in the future. However, in the interim, resource managers are forced to make decisions within the confines of existing data and analytical methodology.

The problems of assessing or predicting subtle changes in water quality and the resulting ecosystem effects is by no means unique to stream dewatering. Identical problems are encountered universally in the governmental and private sectors as a result of the National Environmental Policy Act of 1969 and the Water Pollution Control Act Amendments of 1972.

BLM_0004292

73

These two pieces of federal legislation have articulated public policy with reference to environmental quality in a manner that places great emphasis on the capabilities of the scientific communities, particularly of ecologists, to assess or predict the impacts of various types of resource development or exploitation. In most cases, the bottom line of environmental impact assessments speaks to the biological changes or perturbations that are likely to occur as a result of man's activities. The net result of the above-mentioned legislation has been the production of countless volumes of largely uninterpreted and often unintelligible biological data variously titled as environmental impact statements, environmental assessment reports, detailed development plans, etc. These data-gathering exercises probably account for from 50 percent to 80 percent of the time, money, and manpower commitments of some federal and state agencies. In the private sector, these two pieces of legislation have come to be known as the National Environmental Consultants' Welfare Acts.

The point here is that the Congress, in drafting these pieces of legislation, may have overestimated the scientific communities' capability to assess or predict subtle environmental changes. Judging from what one sees in the typical environmental impact statement, this point can be easily argued. It seems that ecologists have a penchant for looking at trees without ever really seeing the forest, and tend to become rather irate when someone suggests that their particular or favorite tree may not be meaningful or relevant to what happens to the forest. The ecologist's typical reaction to this type of criticism is to double his efforts by devising all sorts of ingenious and innovative approaches and techniques to further refine his ability to describe his particular tree, only to find out that his tree and the rest of the forest has been clearcut. The point of this

BLM_0004293

74

discussion is to emphasize that more of the same old traditional data collecting will not suffice to meet the environmental challenges of today and the future.

In terms of biological indicators of water quality, we need to move away from the component-level approach summarized by Dr. Gosz to an eco-systems approach. Instead of measuring dissolved oxygen, we should look at diurnal oxygen metabolism. Instead of compiling long lists of species, it may be more productive to determine indices of species diversity. That is, only through an understanding of those elements that measure cumulative ecosystems interaction will we be in a position to assess or predict effects of subtle changes in water quality such as those associated with a stream dewatering. In a paper presented at a Symposium on Environmental Impact Assessment, Odum and Cooley (1976) suggested several relatively simple and straightforward approaches to systems ecology. The systems approach to environmental assessment does not so much embody new methodology as it does a different focus or level of resolution on the same ecosystems components. In my view, a simplified systems approach offers one of the few viable alternatives in the short term for meaningful assessment of subtle water quality changes.

Changing land-use practices attendant to stream dewatering, and the associated effects on water quality, is another significant topic which should have warranted discussion in this paper. Rapid changes in land use associated with urban development, energy and mineral exploitation, electric power production, and more intensive agricultural uses of water will probably play the major role in reducing water quality and quantity in the western states.

BLM_0004294

75

Increasing demands on limited water supplies is probably the most pressing problem facing federal, state, and local resource managers and planners. It seems that the environmental costs of a continued high rate of development and exploitation will soon outstrip the economic benefits derived from that activity. It would seem the clear mission of this Forum to come to grips with these questions in an atmosphere of reason. Regulatory and resource management agencies need clear and positive recommendations of measures that could be taken to ameliorate the influence of stream dewatering on water quality. We are in need of innovative approaches to upgrade our technical capabilities and of sound economic descriptions of what the environmental costs of development really are. Until resource managers are able to successfully argue their case in the marketplace with other competitors for the limited resource, the actuarial prospectus for sustaining high water quality and the associated high fish and wildlife values is quite dismal.

In conclusion, I felt that Dr. Gosz's presentation was largely reiterative of a recent work by Stalnaker and Arnette (1976), lacked an in-depth perception of the problem, and proposed little in the way of meaningful recommendations for new or innovative approaches that could be utilized by resource managers.

BLM_0004295

76

## References

Fromm, Gary, William L. Hamilton, and Diane E. Hamilton, 1974.  _Federally Supported Mathematical Models:  Survey and Analysis_ (Washington, D.C., National Science Foundation, RANN Division, June).

Odum, Eugene, and James Cooley.  1976.  "Ecosystem Profile Analysis and Performance Curves as Tools for Assessing Environmental Impact," in Council on Environmental Quality, _A Symposium on Environmental Impact Assessment_ (Washington, D.C.).

Stalnaker, C. B., and J. L. Arnette, eds. 1976.  _Methodologies for the Determination of Stream Resource Flow Requirements:  An Assessment_ (Washington, D.C., U.S. Department of the Interior, Fish and Wildlife Service, Office of Biological Services, Western Water Allocation).

BLM_0004296

# References

## 7 7. THE INFLUENCE OF REDUCED STREAMFLOWS ON WATER QUALITY

_____. 1972. Systems Analysis and Simulation in Ecology Vol. II (New York, Academic Press).

_____ . 1975. Systems Analysis and Simulation in Ecology Vol. Ill (New York, Academic Press). * Pomeisl, E. 1961. Okologische-biologische Untersuchungen an Plecopteren in Gebiet der niederosterreichischen Kalkalpen und des diesem vor- gelagerten Flyschgebietes (''Ecological-Biological Studies of Plecoptera in the Vicinity of the Lower Austrian Limestone Alps and the Flanking Flysch Zone1') Verhandlungen der Internationalen Vereinigung fur Theoretische und Angewandte Limnologie (Transactions of the Society for Theoretical and Applied Limnology) vol. 14, pp. 351-354, Prakash, A., and M. A. Rashid. 1968. "Influence of Humic Substances on the Growth of Marine Phytoplankton, Dinoflagellates," Limnology and Oceanography vol. 13, p. 598.

Rashid, M. A., D. E. Buckley, and K. R. Robertson. 1972. "Interactions of a Marine Humic Acid with Clay Minerals and a Natural Sediment," Geoderma vol. 8, pp. 11-27.

Reynolds, J. F., and D. H. Knight. 1973. ''The Magnitude of Snowmelt and Rainfall Interception by Litter in Lodgepole Pine and Spruce-Fir Forests in Wyoming," Northwest Scientist, vol. 47, pp. 50-60.

Rosen, J. D. 1971. "Photodecomposition of Organic Pesticides," in S. J. Faust and J. V. Hunter, eds. Organic Compounds in Aquatic Environments (New York, Marcel Dekker).

Rosenzweig, M. L. 1968. "Net Primary Productivity of Terrestrial Communities: Prediction from Climatological Data," The American Naturalist, vol. 102, pp. 67-74.

Ruttner, F. 1963. Fundamentals of Limnology* Translated by D. G. Frey and F. E. J. Fry (Toronto, University of Toronto Press). Schneller, M. V. 1955. "Oxygen Depletion in Salt Creek, Indiana," Investi gations of Indiana Lakes and Streams vol. 4, pp. 163-175. Slatyer, R. 0. 1967. Plant-Water Relationships (New York, Academic Press). Swanson, R. H. 1967. "Seasonal Course of Transpiration of Lodgepole Pine and Engelmann Spruce," in W. E. Sopper and H. W. Lull, eds., Forest Hydrology (Elmsford, N.Y.,

BLM_0004297

Pergamon Press). Utah State University. 1975. Colorado River Regional Assessment Study. Part Three: Area-Specific Water Quality Analysis and Environmental Assessment (Logan, Ut., Utah State University, Utah Water Research Laboratory). Warren, C W. B Williams, Utah E. 1971. Biology and Water Pollution Control (Philadelphia, Saunders). J. S. 1975. The Natural Salinity of the Colorado River (Logan, Ut., State University, Utah Water Research Laboratory Occasional Paper 7). THE INFLUENCE OF REDUCED STREAMFLOWS ON WATER QUALITY: A DISCUSSION Gene E. Likens* I believe that James Gosz has done an excellent job of outlining and discussing some of the major problems associated with the interactions be tween land use, streamflow, and water quality. These are critical rela tionships for management of landscapes, and the problem of reduced stream flow in the Southwestern United States is of particular importance. Dr. Gosz has carefully documented the complexities that are involved in these ecological relationships, and has shown the importance of understanding the role of the terrestrial ecosystem in evaluating and predicting changes in streamflow and water quality. Data such as those presented for the Tesuque Watersheds of New Mexico are of fundamental importance in the development of sound land management proposals. In my discussion of Dr. Gosz's paper, I would like to reemphasize some of the points he made, provide some elaboration on the importance of an in-depth understand ing of the linkages between aquatic and terrestrial ecosystems, and briefly touch on the costs associated with this type of ecosystem research. It is frequently stated that "a stream reflects its surroundings." A stream is an especially open ecosystem. As such, it may be thought that a stream has very little structure of its own because its characteristics appear to be ephemeral; its obvious features are transient and always changing. You cannot go back to the same spot in a flowing stream and * Professor of Ecology, Division of Biological Sciences, Section of Ecology and Systematics, Cornell University, Ithaca, New York. find the same parcel of water--it's gone! Therefore, it may be argued that the entire drainage area or landscape is the functional unit, with the aquatic ecosystem (the stream) only reflecting these surroundings. This may be particularly so in headwater streams. For example, it is here that the basic chemical characteristics of the entire stream are established, largely by amount of precipitation and geologic substrate. These chemical charac teristics persist with relatively little modification (within an order of magnitude, or so) all the way to the mouth unless man intervenes. For ex ample, Gibbs (1967) found that about 85 percent of the

BLM_0004298

total amount of dissolved salts and suspended solids carried by the Amazon River originated from the Andean headwaters. Thus, a stream ecosystem indeed cannot be separated from its drainage area in attempting to understand its structure, its functions and, particularly, its management. This should be an axiom. On the other hand, a stream is a legitimate ecosystem in its own right. It has definite and definable biotic and abiotic components that interact and exchange both energy and nutrients. As such, it functions as an ecosystem and modifies, regulates, and processes the outputs from the terrestrial drainage area that flowthrough it. Some General Characteristics of Forested Landscapes in the North Temperate Zone The quantity and quality of rainwater and snowmelt water are altered as the water passes through a forested ecosystem. Chemicals obtained in precipitation or released by weathering are cycled by living vegetation, animals, and microbes accumulated in living and dead organic matter and the soil, and are then lost in drainage waters. However, outputs from undisturbed forested ecosystems are generally highly regulated. For example, the outputs of water as streamflow are controlled in both amount and timing by the high infiltration capacity and storage of the soil in undisturbed forest ecosystems, and most importantly, by evapotranspiration of water vapor. With evapotranspiration, liquid water is converted to water vapor, and dissolved substances are concentrated or precipitated in plant tissues and soils. Water lost by evapotranspiration cannot transport dissolved substances or particulate matter out of the ecosystem in streamflow. This is probably the most important way in which an undisturbed forested ecosystem regulates the potential degrading effects of moving water in the landscape. As a result, losses of dissolved substances, erosion, and losses of particulate matter are relatively small and controlled. Thus, the undisturbed forested ecosystem has a very strong control over the amount and types of materials that enter the drainage streams (potentially available for loss in drainage waters from the watershed). Terrestrial outputs are the inputs for stream ecosystems that drain them (figure 1). Stream ecosystems alter, store, and process the dissolved substances and particulate matter that pass through. In contrast to terrestrial ecosystems, there have been very few material balance studies for stream ecosystems. In my opinion, this subject deserves careful attention and much could be learned from comparative studies of such balances in stream ecosystems for elements like carbon, nitrogen, phosphorus, and potassium in particular. From the few studies that have been done in headwater streams, it can be shown that streams

do operate as functional eco systems . Within the Hubbard Brook Experimental Forest in New Hampshire, we have done some studies of material balance for the Bear Brook ecosystem. Bear Brook is a small, headwater stream which drains a portion of the deciduous NU TR IENT LINKAGES BETWEEN TERRESTRIAL AND AQUATIC ECOSYSTEMS Note: Vectors may be meteorologic, geologic, or biologic components moving nutrients or energy along the pathway shown. Figure 1. Diagrammatic Model of the Functional Linkages Between Terrestrial and Aquatic Ecosystems Source: G. E. Likens and F. H. Bormann, "Linkages Between Terrestrial and Aquatic Ecosystems," BioScience vol. 24, no, 8, 1974, — (3 O _l ao r CE O L lI UJ o o o _l o LU o o> o -I o mf T E R R E S T R I A L ECOSYSTEM c e: c _i o oc o LU hUJ 2 o e> o _j o LU e? o e> o _j o m AQUATIC ECOSYSTEM M E T E 0 R 0 L 0 6 I C GEOLOGIC BI OLOGI C forest. It is densely shaded and more than 99 percent of the energy, as organic carbon, originates from allochthonous sources (Fisher and Likens, 1973). Thirty-four percent of these organic carbon inputs are respired to CC>2 and 66 percent are exported. Moreover, the ratio of dissolved-to- particulate organic matter entering Bear Brook from all sources was 0.86, whereas the ratio in export was 2.3. The stream ecosystem degraded about 63 percent (by weight) of the incoming particulate organic matter to dis solved organic matter or to C02. Thus, the stream ecosystem functioned as an efficient decomposer. One of my graduate students, Judy Meyer, is doing a similar study on phosphorus in Bear Brook. She finds that losses nearly balance inputs for the stream ecosystem but much processing occurs; for example, large partic ulate organic matter is converted to fine particulate organic matter. The major export of phosphorus occurs as fine particulate organic matter, again showing the functional role of the stream ecosystem (Meyer, 1976). Disturbance from Long Range Man can alter these linkages between terrestrial and associated stream

ecosystems from within drainage areas as well as from great distances. Air

borne substances may be transported throughout air sheds spanning vast areas,

and affect a variety of terrestrial and aquatic ecosystems within those areas. A good example is the problem of acid precipitation in the northeastern United States. It is thought that acid precipitation falling on remote areas of northern New England stems from airborne pollutants which were emitted from industrial and urbanized regions to the west and south of these areas. The strong acids (sulfuric

BLM_0004300

and nitric) which are produced from gaseous by-products in the combustion of fossil fuels have lowered 54 the average annual pH of precipitation to between 4.0 and 4.5 over much of the eastern United States (figure 2). During the last two decades, the distribution of this acid precipitation has intensified and increased in geographic extent, particularly in the northeastern United States (figures 3 and 4). Cragin, Herron, and Langway (1975) have shown that concentrations of lead and sulfur in deposits of snow in Greenland after 1955 have increased, relative to pre-1840 values, by about ten- and five-fold, respectively. This is attributed to the increased combustion of fossil fuels and smelting following the industrial revolution in the Northern Hemisphere. Therefore, long-range transport of air pollutants within air sheds is affecting widespread terrestrial and aquatic ecosystems, including remote areas. The effects of acid precipitation and other airborne pollutants on organisms is often very severe. The serious decline or extinction of fish populations in widespread aquatic habitats as a consequence of acid precipitation has been documented in Sweden, Norway, the United States, and Canada (Bolin, 1971; Dickson, 1975; Braekke, 1976; Beamish and Harvey, 1972; Schofield, 1976a, 1976b). Serious ecological disruptions have been observed at all levels of the food web in acidified lakes and streams, and ecosystem function has been seriously impaired (Braekke, 1976). Aquatic ecosystems on granitic substrates are most sensitive to acid precipitation, since their buffering capacity is low. Effects on natural forest vegetation are equivocal at present, but laboratory and field studies show that serious damage can occur to vegetation in the pH range frequently observed (pH < 3.5) during the summertime in the northeastern United States (see Likens, 1976). As shown in figure 2, rain and snow in the southwestern United States are currently not acid (pH < 5.6) although there are few data. However, with the m m 7 : 5 9 : p H J u n e 1 9 6 6 7 5 4 • « J K 4 & , 9 Q 7 . 2 2 ' F i g u r e 2 . T h e p H o f P r e c i p i t a t i o n o v e r t h e U n i t e d S t a t e s D u r i n g J u n e 1 9 6 6 S o u r c e : D a t a c o u r t e s y o f t h e N a t i o n a l C e n t e r f o r A t m o s p h e r i c R e s e a r c h , B o u l d e r , C o l o r a d o ( A . L . L a z r u s , p e r s o n a l c o m m u n i c a t i o n ) . ■ a 7 1 : 7 : 4 8 : : : 7 : 7 8 : 7 . 3 0 6 . 3 4 6 3 9 * 6 . 2 9 6 . 7 8 6 . 5 3 S j 6 4 4 k s m e , 7 3 ' Figure 3. Calculated pH of Precipitation over the Eastern United States During the Period 1955-1956 Source: C. V. Cogbill and G. E. Likens, "Acid Precipitation in the Northeastern United States," Water Resources Research vol. 10, no. 6, 1974. 1955-1956 "5.60 •5.94 •W5 5.76 5.81 . 1 445 4.42 4.63 vr<4& 4.94*

BLM_0004301

'4.43! ^.5.42 '5.60 ^ | 5.00 470 \Jt,Ay 5.73 ^ 25^5^.96
*5.61 1972-1973 Figure 4. Observed pH of Precipitation over
the Eastern United States During the Period 1972-1973
Source: Modified from G. E. Likens, "Acid Precipitation,"
Chemical and Engineering News (November 1976). 7.60 6.33
6J2 5.60' ~|4.72 476» i4^9 ,4.53 4.76y .46a/ -£4.50 6.24
5.004.70 4.40 [^ .35 j 4.52 4.30 4.56 I 5.00 A KK 0 100 300
441/. 4.52 f4.l3 4.2 13^ # 4 4 3 I ^ ^ 4 .0 7 h T x ; w ?
__—^v*V4.42 62 186 Km Miles increased development and use
of power plants and smelters burning fossil fuels and
emitting oxides of sulfur, nitrogen, heavy metals, etc.,
the po* tential for deterioration of air quality and for
the production of acid pre cipitation in this area is a
distinct possibility in the next decade or so. In my
opinion, it is critical to set up monitoring stations now,
particu larly in forested headwater areas, so that trends
in precipitation chemis try can be evaluated in the future
and control measures applied intelli gently. A special
problem in headwater streams of mountainous regions where
snow accumulates is in the quality of meltwater from the
snowpack. In this case, pollutants aeeumulated in a
snowpack over the entire winter may flush through streams
and lakes at high concentrations. Because of the ion sepa
ration that occurs when snow or ice freezes and melts, the
first part of the meltwater may be appreciably elevated in
acidity, heavy metals, pesti cides, and so forth (Oden and
Ahl, 1970; Braekke, 1976; Hagen and Langeland, 1973). This
problem of episodic impacts has been shown to have serious
consequences on the aquatic ecosystems in Sweden and Norway
(Braekke, 1976) and deserves very careful study. Because
of the large orographic influence on the amount of
precipitation in the southwestern United States, one would
expect that headwater streams in this area might be most
vulnerable, and the potential for acidic episodes
following snowmelt is a distinct possi bility. At lower
elevations, acidic aerosols might adversely affect vege
tation and thus indirectly influence streamflow quantity
and quality through effects on the terrestrial ecosystem.
Analysis of precipitation chemistry in the eastern United
States indi cates clearly that concentrations of nitrate
in precipitation have increased dramatically during the
past ten years or so (figures 5 and 6). Presumably this
increase is related to increased air pollution. Nitrogen,
along with phosphorus, is a critical nutrient for aquatic
ecosystems, and the effect of this increased input on
cultural (man-induced) eutrophication and long-term
productivity is essentially unknown at present. In aquatic
eco* systems within remote forested areas, the majority of
the nitrogen and phos phorus input comes from
precipitation falling directly on the lake's surface

BLM_0004302

(Likens and Bormann, 1974). Therefore, any increase in
nitrate (or phos phorus) in rain and snow takes on added
ecological and management signifi cance. The potential for
stimulation of biological growth from nutrient inputs in
precipitation may offset or mask the toxic effects of
airborne pollutants transported long distances. These
long-term impacts of simulta neously ''good and bad"
inputs from precipitation deserve careful attention. A
forested ecosystem serves as an important "filter" for
airborne or waterborne pollutants, at least up to a point.
These ecosystems normally produce high-quality air and
water, in spite of the various insults to which they may
have been subjected. As such, undisturbed forested eco
systems produce high-quality air and stream water "for
free." When the watershed is disturbed, man has to replace
these natural functions of the ecosystem with air
conditioners, water treatment plants, flood control dams,
etc., all at high cost. These benefits (or costs) are
usually ig nored in economic analyses of environmental
impacts. Disturbance from Within Man's alteration of
terrestrial ecosystems from within, such as de
forestation, road building, urbanization, and so forth, can
have a major destabilizing influence on those
characteristic functions of the M e a n A n n u a l N i t r
a t e C o n c e n t r a t i o n s i n P r e c i p i t a t i
o n \ o> E C7» E ITHACA, N.Y. 8 7 6 5 U 3 2 1 0
1915 1920 1925 1930 1935 1940 1945 1950 1955 1960 1965
Year 1970 Figure 5. Average Annual Nitrate and Ammonium
Concentrations in Precipitation for Ithaca and Geneva, New
York Source: Modified from G. E. Likens and F. H. Bormann,
"Acid Rain: A Serious Regional Environmental problem,1'
Science vol. 184, no. 4142, 1974. GENEVA, N.Y. 7r 6 5U -
3 2 1 ^N0~ ' ' o — N03 NH^_____ 1966 1967 1968 1969
1970 1971 1972 1973 Year Note: The vertical bars represent
one standard error of the mean. Figure 6. Average Annual
Nitrate Concentrations in Precipitation for Nine U.S.
Geological Survey Stations in New York State and
Pennsylvania — 321 ■ \ o> 2.8E c ' o p 2* CL _ O 0) £
20c _ c ^ 1.6o 1_ . c Q) . „ o .2c o o 1 CO § 08O H o c
c (Ui < C o <D 2 oundisturbed forested ecosystem, such as
regulation of discharge, control of erosion, filtration of
air and water, and regulation of nutrient loss.
Disturbance of normal ecosystem function affects both
quality and quantity of water draining from the system.
These effects on streams are varied and important. As Dr.
Gosz mentioned, in our studies in New Hampshire when
forest ecosystems are clearcut, a variety of complex
ecosystem ef fects were observed (figure 7). Some of these
results were expected, many were not. Detailed studies of
entire ecosystems, often over long periods of time (more

BLM_0004303

than 10 years), are required to fully evaluate the ecologi
cal impact of disturbance in natural ecosystems. Finally,
there are differences in the quality of the outputs from
headwater ecosystems in relation to changes in the
hydrologic cycle., In New Hampshire watersheds, we found
that concentrations of dissolved sub stances were
generally independent of discharge, whereas concentrations
of particulate matter increased exponentially with
increased discharge (figure 8). This is a particularly
important consideration in evaluating the loss for a
nutrient like phosphorus, which is exported from streams
primarily in fine particulate matter. Since disturbance of
forested eco systems usually results in elevated
discharges of water, management of disturbed ecosystems
must consider such relationships. Unfortunately, ecosystem
research is usually complex, long-term and expensive (see
Battelle Columbus Laboratories, 1975). More than forty
scientists were engaged and approximately two million
dollars were allo cated for interdisciplinary research on
effects of acid precipitation on forests and fish in
Norway during 1976. As Dr. Gosz pointed out, many
disciplines are required but most environmental studies to
date have been multidisciplinary rather than
interdisciplinary. We need much better v o l . » H y d r o
l o g i c E v a p o t r a n s p i r a t i o n R e d u c e d
7 0 P e r c e n t S t r e a m V e l o c i t y u p , V i s c
o s i t y D o w n i n S u m m e r S t r e a m F l o w u p 1
. 4 t i m e s , M o s t l y i n S u m m e r

I m

p a

c t

o f

D

e f

o r

e s

t a

t i o

n

1

9

6

6

1

9

6

BLM_0004305

8 8. POTENTIAL IMPACTS OF ALTERATIONS IN STREAMFLOW AND WATER QUALITY ON FISH AND MACROINVERTEBRATES IN THE UPPER COLORADO RIVER BASIN

Allen, K. R. 1969. "Distinctive Aspects of the Ecology of Stream Fishes: A Review," Journal of Fisheries Research Board of Canada vol. 26, no. 6, pp. 1429-1438.

Bagley, M. D., C. A. Kroll, and K. Clark. 1973. Aesthetics in Environ mental Planning, U.S. Environmental Protection Agency, Socioeconomic Environmental Study Series, EPA-600/5-73-009 (Washington, D.C. , EPA).

Baldes, R. J., and R. E. Vincent. 1969. "Physical Parameters of Micro Habitats Occupied by Brown Trout in an Experimental Flume," Trans actions of the American Fisheries Society vol. 98, no. 2, pp. 230-238.

Banks, R. L., J. W. Mullan, R. W. Wiley, and D. J. Dufek. 1974. The Fontenelle Green River Trout Fisheries - Considerations in Its Enhance ment and Perpetuation Including Test Flow Studies of 1973 (Salt Lake City, Ut., U.S. Department of the Interior, Fish and Wildlife Service).

Beattie, B. R_, E. N. Castle, W. G. Brown, and W. Griffin. 1971. Economic Consequences of Interbasin Water Transfer, Technical Bulletin 116 (Corvallis, Oreg., Oregon State University, Agricultural Experiment Station).

Bessler, M. B. 1975. "Salinity Impacts of Energy Development in Utah," Proceedings, American Water Resources Association, Utah Section, 3rd Annual Conference (Logan, Ut., Utah Water Research Laboratory, Utah State University).

Binns, N. A. 1972. "An Inventory and Evaluation of the Game and Fish Resources of the Upper Green River in Relation to Current and Pro posed Water Development Program" (Ph.D dissertation, University of Wyoming, Laramie).

Bishop, A. A. 1971. "Conflicts in Water Management," 42nd Honor Lecture, The Faculty Association (Logan, Ut., Utah State University).

Bishop, A. B., M. D. Chambers, W. O. Mace, and D. W. Mills. 1975. Water as a Factor in Energy Resources Development (Logan, Ut., Utah Water Research Laboratory, Utah State University, PRJER 028-1).

BLM_0004306

Biswas, A. K., and R. W. Durie. 1971. "Sociological Aspects of Water Development," Water Resources Bulletin vol. 7, no. 6, pp. 1137-1143.

Boccardy, J. A., and W. M. Spaulding. 1968. Effects of Surface Mining on Fish and Wildlife in Appalachia, Bureau of Sport Fisheries and Wildlife, Resource Publication 65 (Washington, D.C., U.S. Department of the Interior).

Bovee, K. D. 1974. The Determination, Assessment and Design of "In-Stream Value" Studies for the Northern Great Plains Region. Final Report, EPA Contract No. 68-01-2413 (Missoula, Mont., University of Montana).

Branson, F. A., and J. E. Owen. 1970. ''Plant Cover, Runoff, and Sediment Yield Relationships on Mancos Shale in Western Colorado," Water Resources Research vol. 6, no. 3, pp. 783-790.

Brittan, M. R., L. W. Crow, M. E. Garnsey, P. R. Julian, R. A. Schleusener, and V. M. Yeodjevish. 1961. Past and Probable Future Variations in Stream Flow of the Upper Colorado River (Boulder, Colo., Bureau of Economic Research, University of Colorado).

Chapman, D. W. 1966. "Food and Space as Regulators of Salmonid Popula tions in Streams," American Naturalist vol. 100, pp. 345-357.

Ciccetti, C. J., R. K. Davis, S. H. Hanke, and R. H. Haveman. 1973. "Evaluating Federal Water Projects: A Critique of Proposed Standards," Science vol. 181, no. 4101, pp. 723-728.

Crandall, D. L. 1974. "Management Objectives in the Colorado River Basin: The Problem of Establishing Priorities and Achieving Cooperation," in A. B. Crawford and D. F. Peterson, eds., Environmental Management of the Colorado River Basin (Logan, Ut., Utah State University Press).

Crawford, A. B., and D. F. Peterson, eds. 1974. Environmental Management of the Colorado River Basin (Logan, Ut., Utah State University Press).

Deacon, J. E., and W. G. Bradley. 1972. "Ecological Distribution of Fishes of Moapa (Muddy) River in Clark County, Nevada," Transactions of the American Fisheries Society vol. 101, no. 3, pp. 408-419.

BLM_0004307

Dendy, F. E. 1968. "Sedimentation in the Nation's Reservoirs," Soil Water Conservation vol. 23, no. 4, pp. 135-137.

Dewsnup, R. L. 1971. Legal Protection of Instream Water Values (Washington, D.C., U.S. National Water Commission, Report NWC-L-71-023).

Dingell, J. D. 1972. "Political Aspects of Multiple Use," in R. T. Oglesby, C. A. Carlson, and J. A. McCann, eds., River Ecology and Man (New York, Academic Press).

Edmundson, E., F. E. Everest, and D. W. Chapman. 1968. "Permanence of Station in Juvenile Chinook Salmon and Steelhead Trout," Journal of Fisheries Research Board of Canada vol. 25, no. 7, pp. 1453-1464.

Ellis, W. H. 1966. "Watercourses— Recreational Uses for Water Under Prior Appropriation Law," Natural Resources Journal vol. 6, no. 2, pp. 181-185.

Elser, A. A. 1968. "Fish Populations of a Trout Stream in Relation to Major Habitat Zones and Channel Alterations," Transactions of the American Fisheries Society vol. 97, no. 4, pp. 389-397.

Endangered Species Act. 1973. Public Law No. 93-205, 87 U.S. Stat. 884.

Energy Policy Project. 1974. Exploring Energy Choices (Washington, D.C., Energy Policy Project of the Ford Foundation).

Enviro Control, Inc. 1976. Assessment of Effects of Altered Stream Flow Characteristics on Fish and Wildlife. Final Report, U.S. Fish and Wildlife Service Contract No. 14-16-0008-956 (Rockville, Md.).

Etnier, D. A. 1972. "The Effect of Annual Rechanneling on a Stream Fish Population," Transactions of the American Fisheries Society vol. 101, no. 1, pp. 372-375.

Everett, A. G. 1970. "Comprehensive Water Resources Management: The Past and Future," Water Resources Bulletin vol. 7, no. 1, pp. 185-188.

Fitzsimmons, S. J., and O. A. Salama. 1973. A Social Report— Man and Water (Cambridge, Mass., Abt Associates, Inc.).

Funk, W. H., and A. R. Gaufin. 1971. "Phytoplankton Productivity in a Wyoming Cooling-Water Reservoir," in G. E. Hall, ed., Reservoir Fisheries and Limnology (Washington, D.C., American Fisheries Society, Special Publication No. 8).

Gaufin, A. R. 1973. Water Quality Requirements of Aquatic Insects (Washington, D.C., U.S. Environmental Protection Agency, Ecological Research Series EPA-660/B-73-004).

Gebhards, S. 1975. "Wild Trout: Not by a Damsite," in W. King, ed., Wild Trout Management (Denver, Colo., Trout Unlimited, Inc.).

Giger, R. D. 1973. Streamflow Requirements of Salmonids. Final Report, Anadromous Fish Project AFS-62-1 (Portland, Oreg., Oregon Wildlife Commission).

Goldman, C. R. 1973. "Environmental Impact and Water Development," in C. R. Goldman, J. McEvoy, III, and P. J. Richerson, eds., Environmental Quality and Water Development (San Francisco, W. H. Freeman).

Gould, H. R. 1954. Sedimentology. Lake Mead Comprehensive Survey, 1948-49 (Reston, Va., U.S. Geological Survey) pp. 211-265.

Gunderson, D. R. 1968. "Floodplain Use Related to Stream Morphology and Fish Populations," Journal of Wildlife Management vol. 32, no. 3, pp. 507-514.

Hall, J. D., and R. L. Lantz. 1969. "Effects of Logging on the Habitat of Coho Salmon and Cutthroat Trout in Coastal Streams," in T. G. Northcote, ed., Symposium on Salmon and Trout in Streams, H. R. Macmillan Lectures on Fish (Vancouver, University of British Columbia).

Hansen, E. A., and G. R. Alexander. 1976. "Effect of Artificially Increased Sand Bedload in Stream Morphology and Its Implications on Fish Habitat," Proceedings of the Third Federal Inter-Agency Sedimentation Conference, 1976 (Washington, D.C., U.S. Water Resources Council, Sedimentation Committee) part 3, pp. 65-76.

Heimstra, N. W., D. K. Kamkot, and N. G. Benson. 1969. Some Effects of Silt Turbidity on Behavior of Juvenile Largemouth Bass and Green Sunfish, Bureau of Sport Fisheries and Wildlife, Technical Paper No. 20 (Washington, D.C., U.S. Department of the Interior).

BLM_0004309

Hickman, G. L. 1975. "Incorporating the Environmental Quality Dimension in Planning River Management," Transactions of the North American Wildlife Natural Resources Conference vol. 40, pp. 264-272.

Hill, R. R. 1965. White River Survey (Denver, Colo., Colorado Department of Game, Fish, and Parks, Fisheries Research Division, Federal Aid Report F-26-R-2, Job 2).

Hoar, W. S., and D. J. Randall, eds. 1969. Fish Physiology. Vol. I. Excretion, Ionic Regulation, and Metabolism (New York, Academic Press).

_____. 1970. Fish Physiology. Vol. IV. The Nervous System, Circulation, and Respiration (New York, Academic Press).

Holden, P. B., and C. B. Stalnaker. 1975. "Distribution and Abundance of Mainstream Fishes of the Middle and Upper Colorado River Basins, 1967-1973," Transactions of the American Fisheries Society vol. 104, no. 2, pp. 217-231.

Hooper, D. R. 1973. Evaluation of the Effects of Flows on Trout Stream Ecology (Emeryville, Calif., Pacific Gas and Electric Co., Department of Engineering Research).

Hoopes, R. L. 1975. "Flooding as a Result of Hurricane Agnes and Its Effect on a Native Brook Trout Population in an Infertile Headwater Stream in Central Pennsylvania," Transactions of the American Fisheries Society vol. 104, no. 1, pp. 96-99.

Hynes, H. N. 1970. The Ecology of Running Waters (Toronto, University of Toronto Press).

Jensen, D. W, 1976. "Administrative Strategies for Satisfying Instream Flow Needs," in J. F. Orsborn and C. H. Allman, eds., Proceedings» Symposium and Speciality Conference, Instream Flow Needs, Vol. 1 (Washington, D.C., American Fisheries Society).

Joint Committee on Atomic Energy. 1973. Understanding the National Energy Dilemma (Washington, D.C., The Center for Strategic and International Studies, Georgetown University).

Kennedy, H. D. 1967. Seasonal Abundance of Aquatic Invertebrates and Their Utilization by Hatchery-Reared Rainbow Trout, Bureau of Sport Fisheries and Wildlife,

BLM_0004310

Technical Paper 12 (Washington, D.C. U.S. Department of the Interior).

Kindswater, C. E., ed. 1964. Organization and Methodology for River Basin Planning (Atlanta, Ga., Water Resources Center, Georgia Institute of Technology).

Knight, A. W. 1965. ''Studies on the Stoneflies (Plecoptera) of the Gunnison River Drainage in Colorado'1 (Ph.D. dissertation, University of Utah, Salt Lake City).

Krutilla, J. V., and A. Fisher. 1975. The Economics of Natural Environ ments: Studies in the Valuation of Commodity and Amenity Resources (Baltimore, Johns Hopkins University Press for Resources for the Future).

Lawrence, K. 1974. "The Political and Legal Aspects of Streamflows in Colorado" (Boulder, Colo., Western Interstate Commission for Higher Education). Multilith.

Lewis, S. L. 1969. "Physical Factors Influencing Fish Populations in Pools of a Trout Stream," Transactions of the American Fisheries Society vol. 98, no. 1, pp. 14-19.

Lord, W. B., S. R. Tubbering, and C. Althen. 1975. Fish and Wildlife Implications of Upper Missouri Basin Water Allocation, Program on Technology, Environment, and Man, Monograph No. 22 (Boulder, Colo., Institute of Behavioral Science, University of Colorado).

Luce, C. F. 1973. Water Policies for the Future (Port Washington, N.Y., Water Information Center, Inc.).

Lusby, G. C. 1970. "Hydrologic and Biotic Effects of Grazing vs. Non Grazing Near Grand Junction, Colorado," Journal of Range Management vol. 23, no. 4, pp. 256-260.

McCloskey, M. 1973. "Alternatives in Water Project Planning: Ecological and Environmental Considerations," in C. R. Goldman, J. McEvoy, III, and P. J. Richerson, eds., Environmental Quality and Water Develop ment (San Francisco, W. H. Freeman).

McKell, C. M. 1972a. Intermountain Universities1 Conference on Policy Formulation in the Development of Energy Resources: Proceedings (Logan, Ut., Utah State University, Environment and Man Program).

_____. 1972b. Intermountain Universities1 Conference on Policy Formulation in the Development of Energy

BLM_0004311

Resources: Research Needs Statements (Logan, Ut., Utah
State University, Environment and Man Program).

McKim, J. M., D. A. Benoit, K. E. Biesinger, W. A. Brungs,
and R. E. Siefert. 1975. "Effects of Pollution on
Freshwater Fish," Journal of Water Pollution Control
Federation vol. 47, no. 6, pp. 1711-1768.

Mihursky, J. A., and L. E. Cronin. 1973. "Balancing Needs
of Fisheries and Energy Production," Transactions of the
North American Wildlife Natural Resources Conference vol.
38, pp. 459-476.

Miller, R. R. 1959. "Origin and Affinities of the
Freshwater Fish Fauna of Western North America," in C. L.
Hubbs, ed., Zoogeography (Washington, D.C., American
Association for the Advancement of Science, Publication
41).

Minckley, W. L., and J. E. Deacon. 1968. "Southwestern
Fishes and the Enigma of 'Endangered Species,'"* Science
vol. 159, pp. 1424-1432.

Mullan, J. W. 1974. "Impoundments and Their Effects on
Aquatic Resources," Proceedings of the Annual Conference
of the Western Association of State Game and Fish
Commission vol. 56, pp. 367-380. Copies can be obtained
from Secretary, Western Association of State Game and Fish
Commissioners, 600 South Walnut Street, Box 25, Boise,
Idaho 83707.

National Research Council. 1968. Water and Choice in the
Colorado River Basin (Washington, D.C., National Academy
of Sciences).

Neel, J. K. 1963. "Impact of Reservoirs," in D. G. Frey,
ed., Limnology in North America (Madison, Wise.,
University of Wisconsin Press).

Neuhold, J. M., D. E. Herrick, and D. I. Patten, eds. 1975.
Rocky Mountain Environmental Research— Problems and
Research Priorities in the Rocky Mountain Region. Final
Report to the National Science Foundation (RANN), U.S.
Forest Service, U.S. Environmental Protection Agency, and
Ecology Center, Utah State University (Logan Ut., Utah
State University).

Nichols, S. R., G. V. Skogerboe, and R. C. Ward. 1972.
Water Quality Management Decisions in Colorado (Fort
Collins, Colo., Colorado State University, Environmental

Resources Center, AER 7I-725RN-GVS-RCW8).

Ohmart, R. D. , W. 0. Deason, and S. J. Freeland. 1975. "Dynamics of Marsh Land Formation and Succession Along the Lower Colorado River and Their Importance and Management Problems as Related to Wildlife in the Arid Southwest," Transactions of the North American Wildlife Natural Resources Conference vol. 40, pp. 240-251.

Orsborn, J. F., and C. H. Allman, eds. 1976. Proceedings of the Symposium and Speciality Conference on Instream Flow Needs (Washington, D.C., American Fisheries Society).

Pacific Northwest River Basins Commission. 1972. Instream Flow Requirement Workshop. A Transcript of Proceedings (Vancouver, Wash.).

Pearson, L. S., K. R. Conover, and R. E. Sams. 1970. "Factors Affecting the Natural Rearing of Juvenile Coho Salmon During the Summer Low Flow Season" (Portland, Oreg., Fish Commission of Oregon). Unpublished manuscript.

Pearson, W. D. 1967. "Distribution of Macro-Invertebrates in the Green River Below Flaming Gorge Dam, 1963-1965" (M.S. thesis, Utah State University, Logan).

Pearson, W. D., and D. R. Franklin. 1968. "Some Factors Affecting Drift Rates of Baetis and Simuliidae in a Large River," Ecology vol. 49, no. 1, pp. 75-81.

Pearson, W. D., R. H. Kramer, and D. R. Franklin. 1968. ,lMacroinvertebrates in the Green River Below Flaming Gorge Dam, 1964-65 and 1967," Utah Academy of Sciences, Arts and Letters, Proceedings vol. 45, pp. 148-167.

Peters, J. C., and W. Alvord. 1964. "Man-Made Channel Alterations in Thirteen Montana Streams and Rivers," Transactions of the North American Wildlife and Natural Resources Conference vol. 29, pp. 93-102.

Pierce, J. C. 1976. "Participation and Representation in Water Resources Politics," in J. F. Orsborn and C. H. Allman, eds., Proceedings, Symposium and Speciality Conference, Instream Flow Needs, Vol. 1 (Washington, D.C., American Fisheries Society).

Platts, W. S. 1958. "The Natural Reproduction of the Cutthroat Trout, Salmo clarki Richardson, in Strawberry Reservoir, Utah" (M.S. thesis, Utah State University, Logan).

BLM_0004313

Platts, W. S., and W. F. Megahan. 1975. "Time Trends in Riverbed and Sediment Composition in Salmon and Steelhead Spawning Areas: South Fork Salmon River, Idaho," Transactions of the North American Wildlife Natural Resources Conference vol. 40, pp. 229-289.

Powell, G. C. 1958. "Evaluation of the Effects of a Power Dam Water Release Pattern Upon the Downstream Fishery" (M.S. thesis, Colorado State University, Fort Collins).

Reynolds, P. J., and A. K. Biswas. 1969. "Socio-Economic Simulation for Water Resource System Planning," Congress of the International Association of Hydraulics Research, Proceedings vol. 13, pp. 75-82.

Rhinehart, C. G. 1975. Minimum Stream Flows and Lake Levels in Colorado (Fort Collins, Colo., Colorado State University, Environmental Resources Center, Information Series No. 18).

Richardson, W. M. 1976. "Technical Committee Minutes" (Las Vegas, Nev., Colorado River Wildlife Council) pp. 12-18.

Seegrist, D. W., and R. Gard. 1972. "Effects of Floods on Trout In Sagehen Creek, California," Transactions of the American Fisheries Society vol. 101, no. 3, pp. 478-482.

Shira, D. L. 1976. "Water Resource Planning and Instream Flow Needs— A Reclamation Viewpoint," in J. F. Orsborn and C. H. Allman, eds., Proceedings, Symposium and Speciality Conference, Instream Flow Needs, Vol. 1 (Washington, D.C., American Fisheries Society).

Sigler, W. F., W. T. Helm, J. W. Angelovic, D. W. Linn, and S. S. Martin. 1966. The Effects of Uranium Mill Wastes on Stream Biota, Utah Agricultural Experiment Station Bulletin 462 (Logan, Ut., Utah State University).

Simons, D. B. 1976. "Management of River Systems," in J. F. Orsborn and C. H. Allman, eds., Proceedings, Symposium and Speciality Conference, Instream Flow Needs, Vol. 1 (Washington, D.C.ˆ American Fisheries Society).

Smith, A. K. 1973. "Development and Application of Spawning Velocity and Depth Criteria for Oregon Salmonids," Transactions of the American Fisheries Society vol. 102, no. 2, pp. 312-316.

Smith, M. H., H. 0. Hillestead, M. V, Manlove, and R. L.

Marchinton. 1976. "Use of Population Genetics Data for the Management of Fish and Wildlife Populations," Transactions of the North American Wildlife and Natural Resources Conference vol. 41, pp. 119-133.

Sprules, W. M. 1947. An Ecological Investigation of Stream Insects in Algonquin Park, Ontario (Toronto, University of Toronto, Biology Series No. 56).

Stalnaker, C. B., and J. L. Arnette. 1976. Methodologies for the Determina tion of Stream Resource Flow Requirements: An Assessment (Washington, D.C., U.S. Department of the Interior, Fish and Wildlife Service, Office of Biological Services).

Surber, E. W. 1951. "Bottom Fauna and Temperature Conditions in Relation to Trout Management in St. Mary's River, Augusta County, Virginia," Virginia Journal of Science vol. 2, pp. 190-202. 145

Symons, J. M., S. R. Weibel, and G. G. Robeck. 1964. Influence of Impound ments on Water Quality: A Review of Literature and Statement of Research Needs, Public Health Service Publication No. 999-WP-1B (Washington, D.C., U.S. Department of Health, Education, and Welfare).

Tennant, D. L. 1976. "Instream Flow Regimens for Fish, Wildlife, Recreation, and Related Environmental Resources," Fisheries. Bulletin of the American Fisheries Society vol. 1, no. 4, pp. 6-10.

Thorne, D. W. 1973. ''The Development and Environmental Protection of the Colorado River Basin," in A. B. Crawford and D. F. Peterson, eds., Environmental Management of the Colorado River Basin (Logan, Ut., Utah State University).

Trelease, F. J. 1976. "The Legal Basis for Instream Flows," in J. F. Orsborn and C. H. Allman, eds., Proceedings. Symposium and Speciality Conference, Instream Flow Needs, Vol. 2 (Washington, D.C., American Fisheries Society).

Tsivoglov, E. C., S. D. Schearer, R. M. Shaw, Jr., J. D. Jones, J. B. Anderson, C. E. Sponagles, and D. A. Clark. 1959. Survey of Interstate Pollution of the Animas River, Colorado-New Mexico (Cincinnati, U.S. Department of Health, Education, and Welfare, Public Health Service, Robert A. Taft Engineering Center).

U.S. Department of the Interior, Bureau of Reclamation. 1975a. Westwide Study Report on Critical Water Problems

BLM_0004315

Facing the Eleven Western States (Washington, D.C.). .
1975b. Environmental Assessment of Proposed Penstock Intake
Modifications, Flaming Gorge Dam, Utah (Salt Lake City,
Ut., Bureau of Reclamation, Upper Colorado Region).

U.S. Department of the Interior, Bureau of Sport Fisheries
and Wildlife. 1972. 1970 National Survey of Fishing and
Hunting, Resource Publica tion 95. (Washington, D.C.).

U.S. Department of the Interior, Fish and Wildlife Service.
1976. "Endangered and Threatened Wildlife and Plants,"
Federal Register vol. 41, no. 191 (Thursday, 30 September)
pp. 43341-43358.

U.S. Department of the Interior, Water for Energy
Management Team. 1974. Water for Energy in the Upper
Colorado River Basin (Washington, D.C.).

U.S. Environmental Protection Agency. 1971. The Mineral
Quality Problem in the Colorado River (Washington, D.C.).

U.S. Water Resources Council. 1968. The Nations Water
Resources (Washington, D.C.).

U.S. Water Resources Council, Upper Colorado Region
State-Federal Inter-Agency Group/Pacific Southwest
Inter-Agency Committee. 1971. Upper Colorado Region
Comprehensive Framework Study, Main Report (Washington,
D.C.).

Utah Water Research Laboratory. 1975. Colorado River
Regional Assessment Study. Report to the National
Committee on Water Quality (Logan, Ut. , Utah State
University).

Utah Water Research Laboratory and Utah Division of Water
Resources. 1975. "Impacts of Energy Development on Utah
Water Resources," Proceedings of Third Annual Conference
(Logan Ut., American Water Resources Associa tion, Utah
Section).

Vanicek, C. D., and R. H. Kramer. 1969. "Life History of
the Colorado Squawfish, Ptychocheilus lucius, and the
Colorado Chub, Gila robusta, in Dinosaur National
Monument, 1964-1966," Transactions of the American
Fisheries Society vol. 98, no. 2, pp. 193-208.

Vanicek, C. D., R. H. Kramer, and D. R. Franklin. 1970.
"Distribution of Green River Fishes in Utah and Colorado
Following Closure of Flaming Gorge Dam," Southwestern

BLM_0004316

Naturalist vol. 14, no. 3, pp. 297-315.

Varley, J. D., A. F. Regenthal, and R. W. Wiley. 1971. "Growth of Rainbow Trout in Flaming Gorge Reservoir During the First Six Years of Im poundment," in G. E. Hall, ed., Reservoir Fisheries and Limnology (Washington, D.C., American Fisheries Society, Special Publication No. 8)

Ward, J. V. 1976. "Effects of Flow Patterns Below Large Dams on Stream Benthos: A Review," in J. F. Orsborn and C. H. Allman, eds., Proceedings, Symposium and Speciality Conference, Instream Flow Needs, Vol. 2 (Washington, D.C., American Fisheries Society).

Waters, T. F. 1969. "Invertebrate Drift-Ecology and Significance to Stream Fishes," in T. G. Northcote, ed., Symposium on Salmon and Trout Streams, H. R. MacMillan Lectures on Fish (Vancouver, University of British Columbia).

Weatherford, G. D., and G. C. Jacoby. 1975. "Impact of Energy Development on the Law of the Colorado River," Natural Resources Journal vol. 15, no. 1, pp. 171-213.

Weber, D. T. 1959. "Effects of Reduced Stream Flows on the Trout Fishery Below Granby Dam, Colorado" (M.S. thesis, Colorado State University, Fort Collins).

Wesche, T. A. 1973. Parametric Determination of Minimum Stream Flow for Trout (Laramie, Wyo., Water Resources Research Institute, University of Wyoming).

Whittlesay, N. K. 1976. "Irrigation: The Competition with Instream Uses of Water," in J. F. Orsborn and C. H. Allman, eds., Proceedings, Sym posium and Speciality Conference, Instream Flow Needs, Vol. 1 (Washington, D.C., American Fisheries Society).

Wiley, R. W., and J. W. Mullan. 1975. "Philosophy and Management of the Fontenelle Green River Tailwater Trout Fishery," in W. King, ed., Wild Trout Management (Denver, Colo., Trout Unlimited, Inc.).

Williams, J. S. 1975. The Natural Salinity of the Colorado River (Logan, Ut., Utah Water Research Laboratory, Utah State University).

Workman, J. P., and J. E. Keith. 1974. "Economic Aspects of Erosion Control Practices in the Upper Colorado River Basin," Proceedings, Utah Academy of Sciences, Arts, and

Letters vol. 51, part 1, pp. 102-108.

published information on streamflows as they relate to invertebrates,

fishes, and other environmental resources in the Colorado River Basin,

and particularly in the upper basin. Perhaps I could best comment by

saying ''Amen и and sitting down. But in the interest of adding some light

to, and maybe even generating some heat from, this subject, I offer the

following observations and comments. The Western U.S. Water Plan was cited as one of the broad general

streamflow planning efforts (U.S. Department of the Interior, Bureau of

Reclamation, 1975). The Westwide Study Report contained the following

statement: иIn the absence of detailed study, a low flow approaching

the historic low flow of record has sometimes been considered as a suit

able minimum flow for fishery and related purposes'' (U.S. Department of

the Interior, 1973; U.S. Department of the Interior, Bureau of Reclama

tion, 1975). Other studies, especially those supported by the Federal

Water Pollution Control Administration (FWPCA) and the U.S. Environmental

Protection Agency (EPA), suggest minimum flows equal to the three- or

seven-day low flow of record (Missouri Basin Inter-Agency Committee, 1971a,

1971b). To me these recommendations are all unthinkable and well down in

the range of severe degradation for most elements of our aquatic environ

ments. In my opinion, this is akin to presenting a personal all-time *U.S. Fish and Wildlife Service, Billings, Montana.

worst health condition as a recommended level for a portion of one's

future well-being. This represents one of the real dangers that can

result from broad, comprehensive or Level B-type studies.* Richard Wydoski cites many drastic effects that impounding reservoirs

and streamflows released through the outlets of dams have on our natural

riverine environments. Again and again he stressed the need for definitive

data to assess the direct impacts on aquatic life forms of the resulting

physical, chemical, and biological changes. I agree with Dr. Wydoski that

this is our cardinal need. We must be able to tie the plethora of infor

mation we already have, and are continuing to collect, on streamflow qual

ity and quantity directly to the needs of living organisms. This is a

very difficult and monumental task. Perhaps computers can assist us here.

By storing, sorting, correlating, and retrieving this kind of information,

computers may be our biggest aid and turn a near-impossible task into

BLM_0004319

reality. Computers will not solve all our problems, but they may handle

our data in an efficient and expedient manner so that the answers we seek

may become apparent. We should not rely solely on computer technology to understand the

relationship between streamflows and fish populations. Desirable stream

flows for fish can be determined by examining various flow regimens in

segments of stream channels for different periods of time, and by monitor

ing the effects of different streamflows on various aquatic organisms as

well as the environment. The data may not tell us how or why the organisms A Level B-type study is defined as a reconnaissance type study of

a region or large area that may include many individual water development

projects.

died or thrived, but the critters themselves will reveal how well they did,

which may be most important. Sometimes we get caught up with the fascina

tion of wanting to know why, and we are often reluctant to accept and use

results that do not answer this most difficult of all questions. I suggest,

especially for management purposes, that we first assess and calibrate

streamflow methodologies whenever and however we can, and then spend the

time necessary to answer the specific questions regarding why these rela

BLM_0004320

tionships and techniques are good or bad for various organisms. Several problems of sampling large rivers were mentioned by Wydoski.

But this situation is improving rapidly. Continued developments in elec

tro-fishing gear, and the recent use of drift nets has added greatly to

knowledge about species from trout to sturgeon in Montana's larger streams. Much attention has been focused on the problems of low flows* But

the literature I have read on flood flows also alludes to some very damaging

or degrading effects to the aquatic environment. Some of the worst damage

I have ever seen in lotic environments was caused by too much water. I

recall the cemented substrate of the Delaware River in the vicinity of the

Tocks Island Dam after a big hurricane hit the east coast in the mid-

1950s; the flushed out stream channels all along the east slope of the

Rockies in north-central Montana after the storms of both 1964 and 1975;

the gouged up substrate of the upper Yellowstone River after flood waters

combined with ice jams had ploughed the channel; and finally the tightly

cemented bottom of the Bighorn River below the newly erected Yellowtail Dam

after the 1967 flood. It took natural processes five to ten years' time to

loosen up, or uncement, the substrates of both the Delaware and Bighorn

BLM_0004321

rivers. I believe these areas were restored to productivity primarily 151

through the burrowing of benthic invertebrates rather than as a result of

additional flood flows. We need to know for sure to what extent flood or

flushing flows are necessary, because they also require a lot of water.

A one-month flushing flow equal to twice the average annual flow requires

enough water to provide a good base flow equal to 25 percent of the average 2 flow, for eight months. Many of the chalk streams of England, limestone

creeks of eastern North America, the sandhill-flinthill streams of the

Midwest, and the spring creeks here in the West do not experience annual

floods of several times their average flows. Yet they are some of our most

productive and classic trout streams. Large releases of water from a dam

often result in accelerated erosion due to the ability clear water has for

cutting streambanks and transporting sediment and bedload. Hatchery and

spawning channel managers never run a big flushing flow through the race

ways to enhance production. It appears that flushing flows are damaging

to aquatic wildlife and we need to learn a lot more about them. Peaking power operations and other types of regulation at dams that

result in quick, drastic changes in the amount and stage of the streamflow

BLM_0004322

downstream often cause catastrophic losses to aquatic fauna. In one of

our flow studies on the Missouri River below Holter Dam in Montana, we

found dead and dying organisms ranging from invertebrates to adult carp

in windrows. From this and previous similar experiences, we concluded that

releases from dams should not exceed river stage changes of 6 inches in 6

hours. 2 A one-month flow equal to twice the average annual flow is required

for flushing. So much attention is being given to the problem of stream channeliza

tion that it warrants a brief comment. Currently, we receive about a dozen

Section 10 and Section 404 permit requests each week through the U.S. Army

Corps of Engineers program for channelization, rip-rap, dikes, levees and

other work on the stream channels in Montana and Wyoming. We expect these

requests to increase significantly with Phase II of the 404 program now

being implemented. The cumulative effects of this type work may drasti

of heavy metals and salinity. We have also experienced these problems in

Montana. On a water development project in the Boulder River watershed,

the presence of fines and bedload material containing high concentrations

of heavy metals caused substantial concern. These

BLM_0004323

contaminants were

finding their way into the main Boulder River from several old mining

operations in the basin. Nobody seems to know just if, or how, this

material may further degrade the aquatic ecosystem along with the altered

streamflows that will occur if and when the project is constructed. The

same concerns are associated with irrigation projects, when return flows

are likely to have a much higher salinity concentration than the receiving

stream. In summary, a good, practical, systems approach to stream management

needs to be developed that will consider all the problems that Richard

Wydoski and I have discussed. We especially need to be able to predict

the impact of incremental, physical and chemical changes in the riverine

environment on the standing crops or annual production of the organisms 153

living in the lotic environment. Given this information, we are in a

better position to make sound specific recommendations regarding changes

Missouri Basin Inter-Agency Committee. 1971a. "Fish and Wildlife Tenta tive Needs and Problems: Yellowstone River Basin," Comprehensive Framework Study, Missouri River Basin (Washington, D.C., U.S. Depart ment of the Interior).

_____. 1971b. "Fish and Wildlife Tentative Needs and Problems: Upper Missouri River Tributaries Sub-basin," Comprehensive Framework Study, Missouri River Basin (Washington, D.C., U.S. Department of the Interior).

BLM_0004324

U.S. Department of the Interior, 1973. Western United States Water Plan. Reports of the state study teams for Montana and Wyoming (Washington, D.C.).

U.S. Department of the Interior, Bureau of Reclamation. 1975. Westwide Study Report on Critical Water Problems Facing the Eleven Western States (Washington, D.C.). POTENTIAL IMPACT OF ALTERATIONS IN "STREAMFLOW AND WATER QUALITY ON FISH AND MACROINVERTEBRATES IN THE UPPER COLORADO RIVER BASIN: A DISCUSSION Carl B. Schreck* Richard Wydoski has broadly outlined the potential impacts of altera

tions of streamflows and water quality on fish and macroinvertebrates in

the Upper Colorado River Basin, He stated the basic management problem

as one of balancing social and economic needs with the maintenance of a

''quality'' environment. A variety of factors that affect consideration of fish, macroinverte

brates, and the fisheries of the upper basin were mentioned. These

include: (1) the existence of rare and endangered species; (2) direct and

indirect competition of exotic (introduced) fish with the endemic (native)

forms; (3) creation of reservoirs which alter thermal regimes, create new

habitat, alter streamflows, and change siltation and turbidity patterns;

(4) channelization; (5) shifts in food chains; (6) alterations in water

quality; and (7) creation of different types of fisheries, and the impact

on traditional fisheries in the upper basin. The habitat of both fish and macroinvertebrates can be altered

BLM_0004325

through habitat destruction and changes in water quality. Wydoski dis

cussed potential effects on fish and macroinvertebrates of sedimentation,

water loss, increased concentrations of heavy metals, decreased pH, re

lease of radioactive materials, increased or decreased temperature and *Oregon Cooperative Fishery Research Unit, Department of Fisheries

and Wildlife, Oregon State University, Corvallis, Oregon.

its subsequent impacts on diurnal rhythms, reduced dissolved oxygen levels,

and finally, elevated salinity levels which he considered to be of para

mount importance. The paper further pointed out that habitat factors can

be modified. In addition, the author notes that instream flows are most

often managed for preservation or maintenance, but that minimum flow re

quirements for endemic fishes have not yet been established. The impacts

on fish and macroinvertebrates of the natural flushing action of peak

flows, and more generally, the hydraulics of river systems, are also often

not considered in water resources planning. Comprehensive land use plan

ning is necessary if society*s economic and social goals, on the one hand,

are to be balanced with a "quality11 environment, on the other. Several recommendations for research were made at the end of the

paper. These included changes in, and improvement of, laws

BLM_0004326

concerning

western water, and determination of how these laws affect
decision making

and social outcomes. Models need to be developed that can
predict the

impacts of channelization, altered flows, and minimum
instream flows on

fish and macroinvertebrates. The effects of increased
salinity on en

demic fishes need to be determined. Current land management
practices

should be evaluated, and their effects on the aquatic
system--primarily

via sedimentation--elucidated. Means for manipulating fish
populations

for fisheries management purposes need to be established.
If the paper has a shortcoming, it would be in the lack of
analyt

ical structure for organizing the information and
demonstration of how

this information can be used to better manage the fish and
wildlife re

sources of the upper basin. In my opinion, one of the prime
problems

facing fish and wildlife managers is the maintenance of
habitat and water

quality so that fitness, in the broad sense, of endemic
fish populations

will not be reduced either directly or indirectly through
shifts in macro

invertebrate production. Prevention of this problem entails
the estab

lishment of reasonable and attainable goals and objectives.
To help give both the needs of society and the biota their

BLM_0004327

proper

consideration and priorities, tactical planning (Phenicie
and Lyons, 1973)

should be used to aid in the formulation of management and
research strat

egies. Such planning should involve development of
step-down plans to

clearly establish (1) the goals and objectives for which
the Colorado River

system should be managed, and (2) the information needed
for management de

cisions on alternatives directed toward attainment of these
goals and ob

jectives. It is meaningless to outline specific areas of
research before

overall management goals and objectives concerning the fish
and fisheries

of the Colorado River system are established. Implied in
this is the es

tablishment of standards for many attributes of the system
such as water

quality and flow, and human use. I am not criticizing
Wydoskifs paper,

for his is an overview of what is known already. But I
wonder if this

information is known in the context of meeting the
management objectives.

That is, specifically how is this information going to help
the river basin

"manager1'? What is the value to the river basin "manager"
of the infor

mation presented by the studies that Wydoski reviewed? For
directing thinking toward the ordering of research
objectives

BLM_0004328

the "Step-down Plan on Stream Alteration--Channelization,"
developed in

1974 by the Division of Population Ecology Research and
others in the Divi

sion of Ecological Services of the U.S. Fish and Wildlife
Service, coordi

nated by Dr. J. F. Watson, could be of value. The goal of
this plan is to

"develop methods and/or models to predict the impact of a
proposed stream

alteration project upon a watershed ecosystem and its
associated fish and

wildlife resources." Once the research objectives have been
established, with their priori

ties, sensitivity analyses need to be undertaken. These
analyses should

not only be used to increase the predictive power of
models, but also to

assist in developing sound experimental design. Sensitivity
analyses

should ensure that data collection leads to more accurate
information for

management purposes, within necessary confidence limits, so
that sound

decisions can be made. Richard Wydoski has addressed
several key issues. Elaboration on a

few of these may be of value to the reader. First, it would
continue to

be a useful exercise to try to develop a common denominator
for the value

to be attached to different habitats and species; to the
energy produced;

to the water stored; and to recreation. To assess these

BLM_0004329

different uses of

the same resource, management needs some sort of workable accounting system.

Such a system would, as a minimum, keep open communication among resource

scientists, engineers, and social scientists. Consideration of water quality should not neglect potential syner-

gisms between various environmental factors. The relationship between

hardness and the toxicity of a variety of compounds has been well estab

lished, but the role of temperature, pH, and dissolved gases needs further

evaluation for their part in affecting the toxicity of other toxicants.

Pesticides also should not be neglected as a potential problem. The qual

ity of groundwater needs to be considered as well as that of surface waters.

The lowering of the water table has obvious impacts, but contamination of

subterranean water with toxicants such as pesticides, radioactive mate

rials, and heavy metals could have far-reaching consequences. Preservation of endemic genotypes is one of the more important issues

addressed by Wydoski. Impacts on gene pools can be more subtle than ex

tinction of a species. It might be of interest to note that many stream-

inhabiting species are migratory or have both mobile and sedentary com

ponents to their populations (Funk, 1955; Gunning and Shoop, 1964).

BLM_0004330

Creation of dams, impoundments, unnatural thermal conditions, and silta-

tion could disrupt this natural phenomenon and perhaps serve as a selec

tive agent for either mobile or sedentary individuals. Maintenance of genotypes implies maintenance of the heterozygosity

(variability) of a species. Altered thermal regimes could be a selective

factor in species with variable forms of the same protein-type (poly

morphic biochemical genotypes). The desert sucker (Catostomus clarki) in

the lower Colorado River system has various forms of serum esterase pro

tein. The frequency and activity of one allele (one form of a gene) neces

sary to produce one type of esterase, increases in southern populations

with warmer water. The other form of the gene for esterase is more fre

quent in northern populations and has elevated activity in colder waters

(Koehn and Rasmussen, 1967; Koehn, 1969). Changes in temperature could

perhaps alter the gene frequencies of a species, reduce heterozygosity,

and by definition reduce fitness. Maintenance of a diversity of fish and macroinvertebrate habitats

would provide more stability to the system. One must know in a general

sense how a river is trophleally structured before one can predict how

BLM_0004331

the biota may respond to an alteration; for instance, is the river

primarily autotrophic or heterotrophic? General thermal conditions,

changes in diurnal temperature regimes, and sedimentation are all ex

tremely important to trophic ecology. The stability of the substrate is

also extremely important. For management purposes, it is important to view the Colorado River

system as a continuum in the sense of Vannote (1977); that is, alterations

may not only directly affect the impacted area, but may also affect tro

phic relationships many miles downstream. Fluvial geomorphology, terres

trial ecology, and aquatic trophic structure all need to be taken into

account when studying aquatic ecosystems and particularly when drawing

comparisons between systems. The management of rivers should take into

account the interactions between the river continuum and the natural or

perturbed terrestrial ecosystems. Studies should include all orders of

streams from small heterotrophic streams where production (P) is less

than respiration (R) to larger autotrophic streams where the P/R ratio is

greater than one, to even larger streams where the P/R ratio may be less

than one again. The ecology of various running waters can be vastly

different, and stability and energy dynamics of these lotic
ecosystems

can vary with stream order and geomorphology (Cummins,
1975). A predic

tive model of a stream under consideration must be based on
data from

that stream or other streams similar in bottom-type,
gradient, and energy

inputs. Fish and wildlife resources should be given full
consideration in

decision making, and data should be made available to allow
proposal of

reasonable mitigation. Because of the relatively short time
periods under

which decision makers usually must operate, it might be
worthwhile to de

termine if, and how well, a biologist could predict the
impact of a project

given the data currently available. In other words, without
undertaking

a thorough ten- to twenty-year study of a proposed project,
how well can

a biologist predict the outcome of the project with respect
to impact on

fish and the fishery given the current state-of-the-art of
stream biology. In conclusion, Wydoski has outlined in
general the potential impacts

of alterations of streamflows and water quality on fish and
macroinverte

brates in the Upper Colorado River Basin. He also reviewed
a number of

studies that consider the various factors that could affect
the biota and

BLM_0004333

fisheries of the upper basin. I believe the establishment of well-founded

goals and objectives for management of the river system by resource custo

dians is a prerequisite to focusing on the kinds of information outlined

by Wydoski for assisting in management decisions. Once these goals and

objectives have been established, the availability of information neces

sary for making these management decisions can be established, and new

studies can be undertaken to provide the lacking information. In this

way, only the information that is essential for making management decisions

Cummins, K. W. 1975. "The Ecology of Running Waters; Theory and Practice,11 in D. B. Baker, W. B. Jackson, and B. L. Prater, eds., Proceedings of the Sandusky River Symposium (Tiffin, Ohio, Heidelberg College).

Funk, J. L. 1955. "Movement of Stream Fishes in Missouri," Transactions of the American Fisheries Society vol. 85, pp. 39-57.

Gunning, G. E., and C. R. Shoop. 1964. "Stability in a Headwater Stream Population of the Sharpfin Chubsucker," Progressive Fish-Culturist vol. 26, pp. 76-79.

Koehn, R. K. 1969. "Esterase Heterogeneity: Dynamics of a Polymorphism," Science vol. 163, pp. 943-944.

Koehn, R. K., and D. I. Rasmussen. 1967. "Polymorphic and Monomorphic Serum Esterase Heterogeneity in Catostomid Fish Populations," Biochemical Genetics vol. 1, pp. 131-144.

Phenlcie, C. K., and J. R. Lyons. 1973. Tactical Planning in Fish and Wildlife Management and Research, Bureau of Sport Fisheries and Wildllfe, Research Publication 123 (Washlngton, D.C., U.S. Department of the Interior).

BLM_0004334

Vannote, R. L. 1977. "The River Continuum: A Theoretical
Construct for Analysis of River Ecosystems," BioScience. In
press.

BLM_0004335

## 9 9. THE IMPACTS OF HABITAT ALTERATIONS AND INTRODUCED SPECIES ON THE NATIVE FISHES OF THE UPPER COLORADO RIVER BASIN

Hynes, H. B. N. 1970. The Ecology of Running Waters (Toronto, University of Toronto Press). Larimore, R. W., and P. W. Smith. 1963. "The Fishes of Champaign County, Illinois, as Affected by 60 Years of Stream Changes," Illinois Natural History Survey Bulletin vol. 28, pp. 299-382.

MacArthur, R. H. 1972. Geographical Ecology (New York, Harper and Row).

MacArthur, R. H., and E. 0. Wilson. 1967. Theory of Island Biogeography (Princeton, N.J., Princeton University Press).

Maguire, B., Jr. 1971. "Phytotelmata: Biota and Community Structure Determination in Plant-Held Waters," Annual Review of Ecological Systems vol. 2, pp. 439-464.

Miller, R. R. 1959. "Origin and Affinities of the Freshwater Fish Fauna of Western North America," in C. L. Hubbs, ed., Zoogeography (Washington, D.C., American Association for the Advancement of Science No. 41).

_____ . 1972. "Threatened Freshwater Fishes of the United States," Transactions of the American Fisheries Society vol. 101, pp. 239-252.

Minckley, W. L., and J. E. Deacon. 1968. "Southwestern Fishes and the Enigma of 'Endangered Species,'" Science vol. 159, pp. 1424-1432. Pianka, E. R. 1970. "On r- and K-Selection," American Naturalist vol. 104. pp. 592-597. — —. • 1972. "r- and K- Selection or b and d Selection?" American Naturalist vol. 106, pp. 581-588. Simberloff, D. S. 1974. "Equilibrium Theory of Island Biogeography and Ecology," Annual Review of Ecological Systems vol. 5, pp. 161-182. . . . . • 1976. "Experimental Zoogeography of Islands: Effects of Island Size," Ecology vol. 57, pp. 629-648. Taft, A. C., and G. I. Murphy. 1950. "The Life History of the Sacramento Squawfish (Ptychocheilus grandis)," California Fish and Game vol. 36, pp. 147-164. Terborgh, J. W. 1974. "Preservation of Natural Diversity: The Problem of Extinction Prone Species," BioScience vol. 24, pp. 715-722. Thompson, D. H., and F. D. Hunt. 1930. "The Fishes of Champaign County: A Study of the Distribution and Abundance of Fishes in Small Streams," Illinois Natural History Survey Bulletin vol. 19, pp.

BLM_0004336

1-101. U.S. Department of the Interior, Fish and Wildlife Service. 1977. Federal Register vol. 42, no. 135 (Thursday, 14 July). Vanicek, C. D., R. H. Kramer, and D. R. Franklin. 1970. "Distribution of Green River Fishes in Utah and Colorado Following Closure of Flaming Gorge Dam," Southwestern Naturalist vol. 14, pp. 297-315. Wilson, E. 0., and E. 0. Willis. 1975. "Applied Biogeography," in M. L. Cody and J. M. Diamond, eds., Ecology and Evolution of Communities (Cambridge, Mass., Harvard University Press). Zaret, T. M., and R.-T. Paine. 1973. "Species Introduction in a Tropical Lake," Science vol. 182, pp. 449-455. THE IMPACTS OF HABITAT ALTERATIONS AND INTRODUCED SPECIES ON THE NATIVE FISHES OF THE UPPER COLORADO RIVER BASIN: A DISCUSSION John P. Hubbard* Theories are the skeletons that give reason to facts, allowing a complex body of data to be fleshed into some definitive and usable form. Recent interest in facts about the biotas of islands has given rise to much theory and has stimulated a great deal of thought. At times, the facts involving insular biotas are merely aggregations of numbers, or at best, rude categorizations of some aspects of niches; thus, theories de rived from such "facts" may be open to question. In view of the high stakes--i.e., survival or extinction--involving the ichthyofauna of the Colorado River Basin, a careful review of facts as well as theories is clearly in order. The first question is, what if the ichthyofauna of the Colorado River Basin? Dr. Molles cites Miller (1959) as the source for such data, to the effect that some eleven families, twenty-two genera, and thirty-five species comprise that fauna. Of the species, 74 percent are deemed to be endemic to the system, the highest level of any major drainage in North America. I have reexamined data on the native fishes of the Colo rado Basin, and in the light of more modern treatment and after elimi nating marine or brackish water forms, I find that the fauna consists of thirty species, eighteen genera, and six families of native, freshwater New Mexico Department of Game and Fish, Santa Fe, New Mexico. fishes (table 1). Endemism is still high, at 73 percent of the species and 39 percent of the genera. The genus Agosia is a near-endemic, as is the species Poeciliopsis occidentalis; if these are considered as autochthonous, then the levels of endemism rise to 80 percent of the species and 44 percent of the genera. Also endemic to the basin is the minnow subfamily, Plagoterini, composed of six species in three genera. Such a high degree of endemism carries with it several evolution ary implications, two being that the basin has been (1) well isolated from other drainages, and (2) isolated for a considerable period of time. These conclusions are supported by the facts that even the non

BLM_0004337

endemics tend to be represented by distinct subspecies (e.g., in Salmo clarki, Rhinichthys, Cottus bairdi) or may be the result of rather re cent stream captures (e.g., Catostomus platyrhynchus), or both. The implications of strict isolation for a long period of time may con

vey overtones of the existence of a certain evolutionary senility or vulner ability in a fauna. A fauna evolving in such a situation, especially from a limited stable of ancestors, might logically be expected to be less fit to compete than a fauna derived from a more open situation or a more diverse ancestry, or both. Indeed, the Colorado Basin must have been rather an evolutionary vacuum, and the stable of ancestors comprised only six surviving families--two , the Cyprinidae (minnows) and the Catostomidae (suckers), encompassing 67 percent of all the species and genera in the fauna. Given the above scenario, the tentative conclusion arises that the fauna might be highly vulnerable to such things as the

T a

b l

e

1 .

N a

t i

v e

,

N o

n m

a r

i n

e

F i

s h

e s

o

f

t h

e

C o

l o

r a

d o

R

i v

e r

B

a s

in Subbasins of the Colorado Draina
ge Green River Colorado River junct
ion northward San Juan River to junc
tion of Green River Colorado River L
ake Mead to junction of San Juan Rive
r Little Colorado River Lake Mead to
White River, Nevada Lake Mead to Yum
a, Arizona Gila River, Arizona and N
ew Mexico Salmonidae Salmo clarki X
? X Salmo * gilae X X Salmo * apache X Pr
osopium williamsoni X 7 Catostomid
ae * X vrauchentexanus X X X ? X X X Pant
osteus * discobolus X X X X Pantosteu
s platyrhynchus X Pantosteus * clar
ki X X Catostomus * insignis X Catost
omus * latipinnis X X X X X X Cyprinid
ae Rhinichthysosculus X X X X X X X * Ti
arogacobitis X Agosia chrysogaste
r X X * Moapacorlacea X Ptychocheilu
s * lucius X X X ? X X X Gila * robusta X X X
X X X X Gila * elegans X X X ? X X X Gila * cy
pha X X X ? X ?

Table 1. (continued)

) Subbasins of the Colorado drainage Green River Colorado River junction northward San Juan River to junction of Green River Colorado River Lake Mead to junction of San Juan River Little Colorado River Lake Mead to White River, Nevada Lake Mead to Yuma, Arizona Gila River, Arizona and New Mexico Cyprinidae (continued) *Lepidomeda vittata X *Lepidomeda mollispinis X X *Lepidomeda albivallis X *Lepidomeda altivelis X *Plagopterus argentissimus X? X X X *Meda fulgida X Cyprinodontidae *Crenichthys baileyi X *Crenichthys nevadae X Cyprinodon *macularius X Poeciliidae Poeciliopsis occidentalis X Cottidae Cottus bairdi X X Cottus *annae X Species totals (30 possible) 139 (11?) 106 (10?) 163 (9?) 16 Genera totals (18 possible) 97 (9?) 86 (10?) 117 13 *indicates genus and species or species is endemic to the area(s) indicated, x indicates species has occurred. ? indicates status questionable. introduction of exotics, particularly as the latter confront native species that might be regarded as overly specialized, such as a minnow (Ptychocheilus) that is a large predator. On the face of it, a scenario of isolation-depauperateness-vulner ability seems made to order for the Colorado Basin ichthyofauna.

BLM_0004340

Further more, severe declines in the populations of some
of the species, plus the extinction of at least one
(Lepidomeda altivelis), seem to show that the scenario is,
in fact, at work. A good correlation exists between the
declines and the increasing number and diversity of exotics
in the Colo rado ecosystem. However, as mentioned at the
outset, mere numbers may not be a sufficient or
satisfactory basis for theorizing in a case such as this;
consequently, let us look beyond. One thing that treating a
fauna as mere numbers does do is to convey a connotation
of that assemblage as a monolith. The fact is that the
fauna of the Colorado Basin are not a monolith, e.g., only
a few species attain even relatively wide distributions in
the system; these are mainly fishes that can successfully
confront "big water" situations of the main streams. Only
20 percent of the fauna achieve this status, these being
Xyrauchen, Catostomus latipinnis, Rhinichthys,
Ptychocheilus, and Gila spp. Even when one includes the
moderately widespread species and those that are
geographic replacement members of species complexes, at
most half of the fauna can be regarded as wide-ranging.
Conversely, many of the Coloradan species have narrow
ranges in the system, and in any given subbasin an average
of only 11 species (37 percent) and 8.5 genera (47
percent) occur. The maxima are in the Lake Mead to White
River (includes the Moapa and Virgin drainages) and the
Gila subbasins, both of which also feature several examples
of very narrow endemism (table 1). Each subbasin hosts 53
percent of the species: the former also hosts 61 percent
of the genera, plus five endemic species and two genera,
while the Gila hosts 72 percent of the genera, plus four
endemic species and two genera. Other subbasins harboring
narrow endemics are the Little Colorado (one species) and
the Upper Colorado (one species); all other endemics
(twelve species, three genera) are more widespread. In
total, taxa that are confined to a single subbasin comprise
37 percent of the endemic species and 22 percent of the
endemic genera. What do the distributional data tell us
about the fishes of the Colo rado Basin and their
evolution? For one thing, the facts that many spe cies are
not widespread and that high degrees of endemism exist in
single subbasins suggest that, even in what has until
rather recent time been one continuous ecosystem, factors
may be at work that cause a marked parti tioning in ranges
of fishes in the system. Among these factors may be
barriers to dispersal, such as the "big waters" of main
streams; however, it is inconceivable that at some time
during recent millenia such barriers would not have
moderated to the point of allowing dispersal to occur. It
is my opinion that the marked partitioning in the ranges of

fishes in the Colorado Basin reflects something more complicated than the presence of physical barriers to dispersal. In fact, it is even likely that disper sal opportunities have probably been frequent, at least through early his toric time. Given that dispersal, then, is not a major problem, the ques tion arises as to what other factors are at work to produce the observed partitioning. I believe that a major factor may be in the ecological limita tions in the system itself, i.e., a dearth of niches. It may be that, even following successful dispersal, niches are simply not abundant enough to allow distribution or diversity, or both, to increase beyond a moderate level. This is perhaps to be expected, as the Colorado Basin seems to have severe limitations on fish habitat, with its dearth of aquatic vegeta tion, highly variable flows, and seemingly low productivity. If the above hypothesis is accurate, the Colorado Basin may be viewed as a depauperate environment for fishes, with the result that even with limited faunal diversity, the native fauna can obtain neither a univer sally wide range in the basin nor maximal diversity in any one area. Of course, one would not expect that all species could become widespread nor that any single site could host all species; however, when both aspects remain so far from fulfillment, and assuming that barriers to dispersal are less than fully effectual, one may well conclude that a reduced carry ing capacity is involved. If this is true, then far from being regarded as senescent and vulnerable, the ichthyofauna of the Colorado drainage is more likely a well-adapted assemblage of species functioning well until recent time in a less-than-outstanding environment for most fishes. Fur ther, it is likely that this relationship would have persisted indefinitely had conditions remained the same or shifted only slowly, as the fauna may well have had a sufficient degree of internal diversity and adaptability to exploit most of the available array of niches. Unfortunately for the fauna, conditions have neither remained the same nor shifted slowly; rather, they have been altered rapidly and drastically, thereby stressing the fauna and bringing it to the point of decline. In my opinion, the major detrimental shift in conditions for the na tive ichthyofauna of the Colorado Basin has been the drastic physical alter ation of the environment. In particular, the construction of reservoirs would appear a (or the) major problem, producing an important habitat type that was lacking before. Reservoirs call for adaptations to a lacustrine life, and while some native species have been able to make the transition, many others have not. The creation of reservoirs has been closely fol lowed by large scale, successful introductions

BLM_0004342

of exotic fishes, the major ity of which are
lacustrine-adapted. In many (most?) cases in reservoirs,
the exotics appear to out-compete native species, and
consequently the former group has shown a marked tendency
to expand and increase--frequently at the expense of
natives. As exotics have come to dominate reservoirs, they
are also able to expand into adjacent, more primeval
habitats that harbor native species. In time, the
populations of exotics build up to levels that severely
impact on native species, aided and abetted by, but not
confined to, reservoirs. Reservoirs also negatively impact
on native species in other ways, especially through
cold-water discharge downstream, or prevention or cur
tailment of migration past the damsites. These additional
impacts couple with competition from exotics to stress
native species even further. Repro ductive success is a
particular area of sensitivity for natives, which may fail
to spawn in the cold waters in and below reservoirs, or
which may have their young preyed upon by exotics. Exotics
have the advantage, too, of being augmented by hatchery
plantings, so that artificially high numbers are attained,
further compounding the negative impacts on native species.
It is my contention that drastic habitat change, especially
reservoir construction, has been the prelude to the
decline of the native ichthyo fauna of the Colorado Basin.
The mechanisms by which reservoirs negatively impact on
the native fishes are both biological (e.g., introduction
of exotics) and physical (e.g., lower water temperatures).
However, without such drastic habitat changes, it seems
unlikely that the native fauna would be so severely
impacted. Certainly, it is unlikely that exotics would be
the threat they are at present, for most do not appear to
be superior com petitors outside areas influenced by
environmental alteration. This is not to say that some
exotics might not out-compete natives in some more or less
natural habitats, e.g., Gambusia affinis vs. Poeciliopsis
occidentalis, and Salmo trutta vs. gilae/apache/clarki;
however, even these cases may have their roots in a
preluding habitat change. In summation, a more detailed
examination of the distribution of the native fishes of
the Colorado drainage provides some insight into the valid
ity of applying concepts of insular biogeography to this
system and its declining ichthyofauna. One cannot quarrel
with the probability that exotic fishes have been a major
element in the decline of native species, but the success
of the former has probably been rooted in drastic habitat
changes, rather than in real or imagined shortcomings in
the native fauna-- especially those resulting from its
insularity. With the persistence of prehistoric habitats,
the native fauna could probably cope with most exotics.

BLM_0004343

Even in the face of gradual changes in habitats, a
sufficient adaptability and diversity may exist in the
native fauna to allow it to exploit new niches and compete
successfully with exotics. I believe that it is likely
that, until recent times, the diversity of fishes in the
Colorado Basin was geared to habitat availability. While
there were relatively fewer species per unit area than in,
say, Champaign County, Illinois, the former nevertheless
may well have been sufficiently diverse to achieve an
ecological saturation of the Colorado drainage. How
efficiently Coloradan species exploited their habitats,
compared to Illinoisan species, is quite unknown, but
there is no reason to assume 191

that it was less efficient in either case. A comparison
that may reflect

on this question is with regard to the native fish fauna of
the Rio Grande

drainage of New Mexico, a system that bears more than a
passing ecological

similarity to the Colorado drainage. In the Colorado
drainage, the minnow

and sucker families, respectively, constitute 26 percent
and 21 percent

of the genera, and 7.5 percent and 10 percent of the
species that occur

in the United States. In the Rio Grande drainage, the
respective figures

are 26 percent and 43 percent for genera, and 9.5 percent
and 10 percent

for species--percentages that show the two drainages to be
rather similar

in the diversity of the two families. This is interesting
because the Rio

Grande drainage is far closer and more accessible to the
very rich ichthyo- faunas of the southeastern United
States, and a far greater diversity would seem possible.
Could it be that in the upper Rio Grande, niche saturation

has also been reached— and at a similar level to that of

the Colorado (and

notably below its seeming potential)? In closing, let me say that any differences in my interpretations and those of Dr. Molles are mainly ones of philosophy rather than substance.

My main concern is that we not slander the native fishes of the Colorado system by downgrading them evolutionarily or ecologically, for there are those who would seize on the opportunity to give up on them. The root of the problems for these fishes is not their shortcomings, but rather it is those of mankind. Realistically, we cannot undo all of the damage that

we have done to the native fishes of the Colorado system, but a good start

would increase, competition would increase, the available niches in the system would be more fully utilized, and a more highly specialized, com

petitive species complex would result. Thus, as shown by Dr. Molles, species introductions in central states aquatic systems apparently met

with great resistance. In the few cases where introduced species were successful, the native species were not merely displaced, as apparently

happened earlier in the less species diverse Colorado system, but they

were eventually competitively replaced. The total species numbers of the central states aquatic systems re

mained relatively stable over the years. In the case of Colorado River fishes, however, the total species numbers increased as exotics were

introduced. At first the native fishes of the Colorado system were simply

displaced by introduced fishes. More recently, however, as available

niches were taken up and man-made habitat changes further reduced suit

able habitat, native species have tended to either

BLM_0004345

disappear or become

endangered or threatened. Mortalities induced on a fish population either by competition or

by environmental stress usually have a selective effect on the gene pool

of that population. Let me illustrate. Salmon hatcheries normally re

ceive their egg stocks from spawning runs of salmon that home to individ

ual hatcheries. In most years, while some hatcheries receive more eggs

than they can accommodate, other hatcheries may not receive an

adequate egg supply. This situation has been rectified by transferring

eggs from one hatchery to another. Two observations were made by hatchery

managers: (1) salmon embryos originating from a foreign hatchery stock

often suffered higher hatching and adult return mortality than native hatch

ery stocks; and (2) in instances where there is survival of transplanted . 2 stocks, survival success increased rapidly from generation to generation. In my opinion, this adjustment took place because the less adaptive genotypes in the gene pool of the transferred stocks were virtually elimi

nated within the first few generations. And further, the more harsh the stress upon a population, the larger the segment of the gene pool that

will be lost. Man-made habitat changes and fish introductions along the Upper Colorado River are beginning to severely stress the native fish stocks. The reduction in native Colorado River fishes that we are cur rently observing is more than just a quantitative reduction in numbers of o Personal communication with Fred C. Cleaver, Project Coordinator,

BLM_0004347

## 10 10. THE IMPACTS OF HABITAT ALTERATIONS ON THE ENDANGERED AND THREATENED FISHES OF THE UPPER COLORADO RIVER BASIN

Bailey, C., and R. Alberti, 1952. "Fish Population Inventory," in Colorado Game and Fish Department, Lower Yampa River and Tributaries Study, Federal Aid Project F-3-R-1 (Denver, Colo.).

Banks, J. L. 1963. "Fish Species Distribution in Dinosaur National Monument During 1961-1962" (M.S. thesis, Colorado State University, Fort Collins).

Bosley, C. E. 1960. Pre-Impoundment Study of the Flaming Gorge Reservoir, Fish Technical Report No. 9 (Cheyenne, Wyo., Wyoming Game Fish Commission).

Endangered Species Act. 1973. Public Law No. 93-205, 87 U.S. Statute 884.

Holden, P. B. 1973. "Distribution, Abundance and Life History of the Fishes of the Upper Colorado River Basin" (Ph.D. dissertation, Utah State University, Logan).

Holden, P. B., and C. B. Stalnaker. 1975. "Distribution and Abundance of Mainstream Fishes of the Middle and Upper Colorado River Basins, 1967-1973," Transactions of the American Fisheries Society vol. 104, no. 2, pp. 217-231.

Hubbs, C. L., and R. R. Miller. 1953. Hybridization in Nature Between the Genera Catostomus and Xyrauchen (Ann Arbor, Mich., Michigan Academy of Science, Arts, and Letters, Paper 38) pp. 207-233.

McKee, E. D., R. F. Wilson, W. J. Breed, and C. S. Breed, eds. 1967. "Evolution of the Colorado River in Arizona," Bulletin of the Museum of Northern Arizona vol. 44.

Miller, R. R. 1946. "The Need for Ichthyological Surveys for the Major Rivers of Western North America," Science vol. 104, no. 2710, pp. 517-519.

——————. 1959. "Origin and Affinities of the Freshwater Fish Fauna of Western North America," in C. L. Hubbs, ed., Zoogeography (Washington, D.C., American Association for the Advancement of Science, Publication 41),

——————. 1961. Man and the Changing Fish Fauna of the American South west (Ann Arbor, Mich., Michigan Academy of

Science, Arts, and Letters, Paper 46) pp. 365-404.

Prewitt, C. G. , D. E. Snyder, E. J. Wick, C. A. Carlson, L. Ames, and W. D. Fronk. 1976. Baseline Survey of Aquatic Macroinvertebrates and Fishes of the Yampa and White Rivers, Colorado Annual Report to the Bureau of Land Management (Denver, Colo., Colorado Department of Game, Fish, and Parks).

Smith, G. R. 1960. ''Annotated List of Fishes of the Flaming Gorge Reservior Basin 1959," in C. E. Dibble, ed., Ecological Studies of the Flora and Fauna of Flaming Gorge Reservoir Basin, Utah and Wyoming (Salt Lake City, Ut,, University of Utah Anthropological Papers 48) pp. 163-168*
THE IMPACTS OF HABITAT ALTERATIONS ON THE ENDANGERED AND THREATENED FISHES OF THE UPPER COLORADO RIVER BASIN: A DISCUSSION Paul B. Holden* It is often difficult for most of us to critically judge the position

of another scientist in an area where we know very little. We often look

for faults in their reasoning, but seldom know enough about the data under

lying their position to adequately critique it. Occasionally, we hear or

read a paper in our field and can evaluate not only the logic, but also the

underlying data. For many of us in specialized fields, where information

is constantly being added and is poorly circulated, it is common to find a

position that logically sounds good, but is predicated on erroneous infor

mation. This situation often establishes an opinion as fact rather than as

a testable hypothesis. It is rather important that this type of situation be avoided in the

Upper Colorado River Basin. The endemic fish fauna has suffered great de

clines and is in danger of extinction. Considerable energy

development is

planned for the upper basin and, if initiated on incorrect information,

could cause the Colorado River Basin ecosystem to be lost. Therefore,

decision makers must have in hand all the facts necessary to develop energy

resources without losing the rare fishes. My comments are directed at

Robert Behnke's basic data and are an attempt to provide the reader with

an evaluation of the available data. Dr. Behnke's analysis of the evolution of the river and recent altera

tions and their effects on native fishes is accurate. The larger tributaries *Aquatic Section Manager, BIO/WEST, Incorporated, Logan, Utah.

and main channels of the Colorado River system are geologically old. The

San Juan, Yampa, Gunnison, and White rivers were old, meandering rivers be

fore the uplift of the Colorado Plateau. This geologically recent uplift

increased their gradient substantially, yet the rapid cutting action of the

rivers maintained their meandering configuration. These rivers are by and

large entrenched in canyons and do not have the opportunity to cut extensive

new channels or to create oxbows of quiet backwater habitat. These habitats

occurred naturally in limited portions of the basin. One such area in the

upper basin is the Grand Valley near Gifand Junction. In this area, the

BLM_0004350

Colorado River may have been channelized to allow agricultural development

of the bottomland. However, recent aerial photographs indicate little such

activity. Several other relatively flat areas exist, such as the Green

River in the Uinta Basin. I have personally floated these areas many times

and flown over them and have yet to see an oxbow. The available evidence

rather conclusively shows that natural, large backwaters, or oxbows, were not

common in the upper basin. Natural backwaters in the river system covered relatively small areas,

usually mouths of washes flooded during high flows, and deeper, high-water

channels during low flows. They lasted only short periods of time and con

stantly changed locations. These areas still exist in much of the upper

basin, especially along the Green River, and are used extensively by Colorado

squawfish and razorback suckers as feeding areas. Dr. Behnke's inference that large, artificial backwaters near Grand

Junction are good for rare fishes is erroneous. He infers that these spec

ies spawn there by mentioning "the appearance of young." Kidd (1977) has

worked extensively in this section of river and mentions nothing about

young-of-the-year, or juvenile rare fish, in these areas; nor does he men

tion anything about spawning in these areas. McAda and
Seethaler (1975)

noted razorback suckers spawning in the Walker Wildlife
Area, but could

find no young after repeated sampling efforts. They also
noted razorbacks

spawning on cobble riffles in the Yampa and Colorado
rivers. Several in

vestigators have noted razorback suckers spawning near the
shores of lower

basin reservoirs (Minckley, 1973). Young have not been
found in these

areas either. It appears that razorbacks, trapped in ponded
areas, spawn

near shores where wave action causes some current, but
success is very poor.

Jordan (1891) and others in early reports suggested that
razorbacks and

squawfish migrated upstream to spawn. No reference in any
of the litera

ture to date suggests anything other than spawning in
running water. Areas

where Vanicek (1967) and Holden (1973) found
young-of-the-year squawfish

did not contain large backwaters. The Walker Wildlife Area
and the adjacent Colorado River have extremely

abundant green sunfish and largemouth bass populations
(Kidd, 1977). This

is the only area in an upper basin main channel where these
exotic piscivores

are abundant. The large, permanent backwaters that warm
considerably in the

summer are ideal spawning and rearing areas for these fish.
The natural back

BLM_0004352

waters of the river system are too ephemeral for these species, hence they

do poorly in most natural areas. It appears very likely that the large num

bers of exotic fishes play a major role in the reduced population recruit

ment of rare native fishes. Carl Seethaler and Chuck McAda^ have both mentioned the high incidence

of parasitism in the Walker Wildlife Area. They believe, as I do, that the

high temperatures and stagnant water are centers for disease and parasites

that the native fishes are not adapted to, but which the introduced species

probably evolved with. All the evidence suggests that large backwaters such as the Walker Wild

life Area are not used as spawning or rearing areas for rare fish. They are

used by adult or subadult squawfish and razorback suckers as feeding areas.

Some of these fish apparently become trapped and end up trying to spawn

there. Parasitism, disease, and predation are high in these backwaters and

they therefore exert a strong negative influence on the native fish popu

lations of the adjacent river. Dr. Behnke has singled out the redside shiner as a serious problem for

squawfish reproduction in the Green and Yampa rivers. The redside was found

in the Little Snake River, a tributary of the Yampa River, in the late 1950s

(Wyoming Game and Fish Department, 1958). It was abundant

BLM_0004353

in the Green

River of Dinosaur National Monument in the mid-1960s when Vanicek (1967)

found abundant reproduction of Colorado squawfish and bonytail chubs. Holden

and Stalnaker (1975) considered the redside shiner abundant in the Yampa

River during studies in 1971. Just when this species became abundant in the

Yampa is questionable. Differences in collecting techniques may bias indi

vidual collector's assessments of true abundance. It appears that the red

side has been in the Yampa drainage for over twenty years and, even when

abundant, it has not affected the success of squawfish reproduction in the 1 Utah Cooperative Fishery Unit, Utah State University, Logan (personal

communication, 1976).

Green River. Colorado squawfish were reproducing in the Green River of Dino

saur National Monument below the mouth of the Yampa River until 1968 (Holden

and Stalnaker, 1975b). Tailwaters of Flaming Gorge Dam became colder in about

1967 when the reservoir became filled to near capacity. This colder water

apparently caused the loss of squawfish reproduction in the Green River below

the mouth of the Yampa River in 1968, and no young squawfish have been found

there since. The problem of cold water and its effects on native fishes is best shown

by Vanicek, Kramer, and Franklin (1970). The problem I am addressing here is

the delayed effect of the tailwaters getting colder and colder as the reser

voir fills and the intakes for the tailwaters become deeper and deeper. I

discussed this as a hypothesis in earlier research (Holden, 1973). Since

that time, this problem has become well documented and I will be initiating

a project to evaluate the effect of penstock modifications of Flaming Gorge

Dam (which will warm up the tailwaters) on native fishes and invertebrates in

the Green River. Based on the data available to us at present, much additional information

is needed in order to protect the rare fishes. Fortunately, there is suf

ficient time to collect and analyze the necessary data if we start now and

do not delay any longer. There is no need to become a doomsday advocate yet,

except perhaps for the bonytail chub. More intense searches for bonytails

may yet find reproducing populations. Hopefully, my discussion has provided a look at the other side of the

coin. A considerable amount of information is known about the upper basin

fishes and the reasons for their declines. Unfortunately, only a very few

people are familiar with this information. Public policy makers must be

aware of all the data available and must have all interpretations of the data

BLM_0004355

before deciding on a course of action. Several instances have already occurred where plans were made concerning

fisheries in the UppeE Colorado Basin based upon inaccurate information. It

costs time and money to rectify these situations--situations that need not

have occurred. Considering the status of the fishes in the upper basin, it

is imperative that future decisions regarding development be based upon

accurate interpretations of the available biological information. Information

currently available strongly suggests that instream flows, and their effects

on habitat, may be the single most important factor in the survival of native

fishes in the upper basin. I recommend that we stop wasting money on large

backwaters and water chemistry-bioassay studies. We should place the major

effort into habitat changes occurring because of reduced flows. In addition,

studies on sites and factors necessary for adequate spawning are needed.

These are the areas that most future developments will be impacting and,

therefore, need to be studied now. Finally, competent researchers, familiar

with the Colorado basin and its fishes, should do the work or much time and

money will be wasted. My major difference with Dr. Behnke is that I believe we can save the

remaining native fish populations in the upper basin and

actually increase

their size and range in the future. There is no need to talk of having these

Holden, P. B. 1973. "Distribution, Abundance and Life History of the Fishes of the Upper Colorado River Basin" (Ph.D. dissertation, Utah State Uni versity, Logan).

Holden, P. B., and C. B. Stalnaker. 1975. "Distribution of Fishes in the Dolores and Yampa River Systems of the Upper Colorado Basin," South western Naturalist vol. 19, no. 4, pp. 403-412.

_____. 1975b. "Distribution and Abundance of Mainstream Fishes of Middle and Upper Colorado River Basins, 1967-1973," Transactions of the American Fisheries Society vol. 104, no. 2, pp. 217-231.

Jordan, D. S. 1891. "Report of Explorations in Colorado and Utah During the Summer of 1889 with an Account of the Fishes Found in Each of the River Basins Examined," Bulletin of the U.S. Fisheries Commission vol. 9, pp. 1-40.

Kidd, G. 1977. An Investigation of Endangered and Threatened Fish Species in the Upper Colorado River as Related to Bureau of Reclamation Projects. Final Report to the U.S. Bureau of Reclamation, Grand Junction, Colo.

McAda, C., and K. Seethaler. 1975. Investigations of the Movements and Ecological Requirements of the Colorado Squawfish and Humpback Sucker in the Yampa and Green Rivers. Progress Report to the Fish and Wildlife Service, Salt Lake City, Utah (Logan, Ut., Utah Cooperative Fishery Unit, Utah State University).

Minckley, W. L. 1973. Fishes of Arizona (Phoenix, Az., Arizona Game and Fish Department).

Vanicek, C. D. 1967. "Ecological Studies of Native Green River Fishes Below Flaming Gorge Dam, 1964-1966" (Ph.D. dissertation, Utah State University, Logan).

Vanicek, C. D., R. H. Kramer, and D. R. Franklin. 1970. "Distribution of Green River Fishes in Utah and Colorado Following Closure of Flaming Gorge Dam," Southwestern Naturalist vol. 14, pp. 297-315.

Wyoming Game and Fish Department. 1958. A Fisheries Survey

of Streams in the Little Snake River Drainage. Fisheries
Technical Report No. 6 (Cheyenne, Wyo.). THE IMPACTS OF
HABITAT ALTERATIONS ON THE ENDANGERED AND THREATENED
FISHES OF THE UPPER COLORADO RIVER BASIN: A DISCUSSION
James E. Johnson* At present, a diverse assemblage of
groups and agencies is evaluating

the waters of the Upper Colorado River Basin for a variety
of uses. This

variety is possible because, to date, water developers in
the upper basin

have selected only the most valuable, available and easily
exploited resources.

This has resulted in only scattered irrigation, energy
development, and flood

control projects. But now the best damsites and most easily
irrigated fields

are in use, and demand for the remaining water is rapidly
increasing. Plan

ners are looking to the Upper Colorado River Basin for the
water needed to

develop future energy supplies of coal, shale oil, and
hydroelectric power.

A growing population needs water to drink and water to grow
food; reservoir

recreation is becoming very popular; and native, endangered
fish need habitat.

Potential uses for the remaining upper basin waters are
highly competitive

because of these expanding needs, and the demand is rapidly
approaching and

perhaps even exceeding the supply. All uses alter the
resource, some of

course more than others, and all changes place limitations
on future options.

When water is used for one purpose, its potential use is

limited for others.

The use itself changes the nature of the resource. Recognizing that the demand for upper basin waters is increasing,

potential users of the Colorado River attempt to justify their proposals by

asserting the many secondary benefits that will be derived from the develop *Endangered Species Biologist, U.S. Fish and Wildlife Service, Albu

querque, New Mexico.

ment. This game of multiple use is interesting but unrealistic. The waters

of the upper basin of the Colorado River are a valuable resource and they are

becoming more valuable daily; they should be put to their most beneficial uses,

assuming that they can be determined, and these uses alone should justify the

alteration of the resource. Thus, we come to the first problem I would like to address--how should

priorities for the uses of the upper basin waters be determined? Is it possi

ble to assess impartially a proposed water development project while at the

same time considering the value of the resource as habitat for endangered

species like the Colorado squawfish (Ptychocheilus lucius) and the humpback

chub (Gila cypha)? It is difficult not to begin comparing renewable and non

renewable resources directly at this point, but the totally different outlook

on their utilization appears to make this difficult, if not impossible. Non

BLM_0004359

renewable resources are, by definition, finite in quantity and their utili

zation apparently is regulated by a combination of supply, demand, and con

servation towards an endpoint of total exploitation. Renewable resources

have a nearly infinite potential if managed properly. However, without

management and under the control of supply and demand, renewable resources

can also be rapidly exploited to the endpoint of extinction, eliminating all

of their future potentials, the majority of which are probably yet to be

determined. It therefore seems more realistic not to compare these two types

of resources directly, but to keep in mind the advantages of both the poten

tial of the renewable resource and the immediate satisfaction of the nonrenew

able resource. Using Colorado River water as a finite resource, two scenarios are

likely in assessing the benefits of an economic water development project

and conservation of endangered fish species. If the policy decision is made

to protect the resource as a natural habitat for endangered species, the

results are just that the area is not developed, the nonrenewable resources

are exploited at a slower rate than they would have been otherwise, and

society is forced to either find alternative sources, lower

their demands

and perhaps their standards of living too, or even to do
without. In addition,

several resources, including the endangered species, are
conserved for the

future. If the decision goes the other way and the area is
developed, imme

diate material gains are realized, the demand for more of
the same resource

increases, and the use alters the resource. The habitat is
destroyed for the

endangered species and the potential of the renewable
resource eliminated,

not directly by exploitation, but incidentally as the
habitat is changed.

Note that a third scenario is not suggested, one that
allows both the devel

opment of the water resource and continuation of the
endangered fish species.

Of course, this is dependent upon the type and extent of
the development, but

past experience in the lower basin of the Colorado River
indicates a mutual

exclusion of major water developments and endangered
species of fish. I suggest the question of the priority use
of Colorado River water is

not as simple as some make it out to be. One of the first
questions usually

asked in determining priorities is, "Which is more
important, people or fish?"

Of course, this is not the real question. It would better
be phrased, "Which

is more important, a better way of life for me or the very
survival of

BLM_0004361

several unique and little understood species of fish and perhaps even an

entire ecosystem?" I cannot argue that most people would like an increased

lifestyle, but a realistic estimation of the costs of that increase must be

carefully considered. Native fish are a renewable resource and, with proper

management, the supply will last forever. What may be looked upon as having

little value to us today may be extremely important 100 or 1,000 years from

now. In my opinion we cannot afford to fortuitously destroy any renewable

resource, no matter how unimportant it may seem in light of our present needs,

and eliminate it from future options. I believe that even the most ardent conservationists agree that we must

continue to exploit our nonrenewable resources, even though there may be

impacts on our renewable resources as well. But only the most essential

developments should be permitted to cause the extinction of a renewable

resource, such as fishes, and then only with forewarned knowledge of the out

come and the best possible estimate of benefits and losses, and to whom they

accrue. The most acceptable method of developing any resource is to minimize the

impact on the surrounding resources. In part, this is what the Endangered

Species Act (1973) hopes to accomplish. For example, a

BLM_0004362

recommendation went

into Washington early in 1976 nominating 623 miles of the Green, Yampa, Colo

rado, and Gunnison rivers in Colorado and Utah as critical habitat for the

Colorado squawfish (figure 1 and table 1). It is the belief of most biolo

gists working with the remnant Colorado River fish fauna that if these

remaining river reaches are protected from the massive alterations that

destroyed the lower basin habitats, the native fish may survive. If these

reaches are not protected, the species will surely disappear. If the Secre

tary of the Interior accepts the recommendations of critical habitat for the

Colorado squawfish, it does not mean that those 623 miles of rivers will be

closed to development, or even fully protected against major alterations. But what it does mean is that any project that is funded, authorized, L E G E N D ^ w O R I G I N A L RANGE 7 # j# ^ C R lT IC A L HABITAT Figure 1. Map of the Colorado River Basin Showing the Original Range of the Colorado Squawfish (Ptychocheilus lucius) and the Reaches of the Four Streams Recommended for Critical Habitat W Y O M I N G C O L O R A D O N E W MEXICC A R I Z O N A : ALI F O RN I A

N E V A D A U T A H

Table 1. Stream Reaches in the Colorado River Basin Recommended as Critical Habitat for the Colorado Squawfish (Ptychocheilus lucius)

Stream Location Stream miles

Colorado River From its junction with Plateau Creek in Colorado to the high water level of Lake Mead, Utah 225

Green River From its junction with the Yampa River in Dinosaur National Monument, Colorado, to its confluence with the Colorado River in Utah 294

Yampa River From its junction with Milk Creek in Colorado to its confluence with the Green River in Dinosaur National Monument, Colorado 92

Gunnison River From the State Highway 141 bridge crossing in Colorado to its con fluence with the Colorado River at Grand Junction, Colorado 12 Total 623

or carried out by a federal agency will not be allowed to jeopardize the

squawfish or destroy its critical habitat. According to the act, any group,

private or federal, is free to develop the resources of a region as long as

the project does not negatively impact the endangered species or their criti

cal habitat. For example, the Bureau of Land Management (BLM) in Colorado

is initiating coal leasing in the Yampa River Basin. In the stipulations to

private firms bidding on these leases, BIH must carefully state that mining,

cleaning, and shipping of the coal must not negatively impact the critical

habitat portion of the Yampa River. The private firms must then take these

stipulations into account when estimating their bids for the development of

the resource. This brings up the next topic I would like to discuss, the economics of

preserving parts of the Upper Colorado River Basin as critical habitat for

endangered species of fish. The economic system in the United States seems

built upon the necessity for growth, development, and an unlimited supply of

natural, nonrenewable resources. In the past, we have been able to ignore sus

talned yield and concentrate on exploitation because of the vast quantities

of resources available relative to the demand. But now some nonrenewable

resources are dwindling, and new sources are becoming more difficult to

locate. As supplies continue to decrease, prices will rise, making it prof

itable to dig deeper holes and build larger dams, further exploiting the

nonrenewable resources and increasing the chances of destroying the nearby

renewable resources. In the past, we have been willing to set aside small tracts of public

land as wilderness, primitive areas, and national parks as long as economic

progress was not impeded. Nearly all of these areas, by definition, were

undeveloped before they were reserved, indicating that at the time it was

unprofitable to develop them. This is not the case with western water, and

especially Colorado River water. This is a resource everyone agrees we cannot

afford to waste. Economic growth is straining this resource. Thus* we are

starting to face another problem--what are the limits of this finite resource?

There are already reports that Colorado River water is

BLM_0004365

overallocated; in

essence, the fish there are already living in someone else's water. We must

address the fact that Colorado River water, like any other finite resource,

has limits. How many people, projects, developments, acres, etc. can this

finite resource support? Developers refer to the abundance of barren land in

the drainage, the number of open damsites, the coal deposits, and the unirri

gated fields, and point out that they are not being utilized; that there

are still resources available and there is still room for development. The

limiting factor in any development in the Upper Colorado River Basin will

not be land, minerals, manpower, energy, or money--it will be water. Water

has always been the limiting factor in this basin, and there are many indica

tions that those limits have already been reached. If we continue to develop

water-using projects in this area, the long-term losses will begin to out

weigh the near-term benefits. At present, I believe that there is still

enough natural habitat left in the upper basin to support remnant populations

of the endemic fauna, using the water allocated to lower basin states. If

development in the upper basin continues uncontrolled, the native fauna of

BLM_0004366

the entire drainage will be destroyed and the projects will be appropriating

water from downstream users. A more satisfactory agreement among the uses of

the Colorado River waters must be reached, one that takes into account both

the finite limits of the water and the infinite potentials of the native fish. The legal mandate to provide for representation of the native fishes has

already been created in the Endangered Species Act. It is now the law of the

land that we protect those species faced with possible extinction, and pre

serve habitat critical to their survival. In this case, the least altered

reaches of the Upper Colorado River Basin will be protected by reducing the

impacts of some federal projects and by the total ban of other federal pro

jects with histories of significant negative impacts. I have two specific criticisms of the proposal Dr. Behnke presents in

his paper. These concerns lead me to a totally different conclusion from

the one Dr. Behnke reaches. However, I do believe his ideas are new and

creative, and should be presented to the scientific community for review

and comment. 1. I question the statement that the Colorado River and its major trib

utaries ''according to predictable channel development dictated by the

principles of fluvial geomorphology...would continually cut new channels and

BLM_0004367

create oxbows of quiet backwater habitat separated from the new main channels."

The Colorado River and its major tributaries are generally described as

classic examples of youthful watercourses, expending energy by downcutting and

vertical erosion rather than lateral erosion and deposition that cause low

gradient river systems to form oxbows. The canyons of this region are legend

ary (e.g., Grand Canyon, Desolation Canyon, Black Canyon of the Gunnison),

and backwater areas are usually limited to a few stream mouths and connecting

arroyos. It seems unlikely that oxbows and extensive backwaters were vital

parts of a habitat in which the endemic Colorado River fishes evolved. 2. I agree that young squawfish and chubs do not normally inhabit

mainstream channels and torrential runs, but rather seek quieter waters

behind spits and bars, and even backwaters when available. However, I cannot

believe that a lack of these areas is now causing the decline of Colorado

squawfish, humpback chubs, and bonytail chubs (Gila elegans). The endemic

Colorado River fishes evolved under a low competitive pressure, partially

because the environment was so extreme as to drastically limit the available

niches, and because the extremes quickly eliminated rather than propagated

most genetic diversity. The few species that did evolve in

BLM_0004368

the Colorado River

Basin were uniquely adapted to its harshness. Today most of
the Colorado River and its tributaries have been changed.

In the lower basin, many backwaters (called mainstream
reservoirs) have been

formed. But the squawfish and chubs have not profited from
these backwaters;

in fact, they have been totally and unquestionably
eliminated from the entire

lower basin. Only in the upper basin, where backwater areas
and exotic spe

cies are still scarce, do the native species remain. I
therefore find it

difficult to understand the suggestion that backwater areas
planned in con

junction with dam building in the upper basin might be the
only salvation for

the native Colorado River fish species. Instead, I would
suggest backwater

areas in the upper basin would be far more suitable to the
many exotic fish

species that now totally prevail in the lower basin and are
slowly encroach

ing upon the upper basin. I further suggest that giving
these exotic fish

species a haven in areas now more suitable to native
species might result

in just the opposite effect than the one desired, by
increasing competition.

Perhaps the 623 miles of Green, Colorado, Yampa, and
Gunnison rivers are not

ideally suited for the endemic fish species, but they are
still less suitable

BLM_0004369

for the exotic species. The conclusion I draw as to the future of the endangered Colorado River

fish species is in opposition to Dr. Behnke's. Healthy reproducing popula

tions of Colorado squawfish still exist in the Green River between the Yampa

River and the Colorado River, and perhaps in the Colorado River itself below

the Green River. The same is true for humpback chubs in the Colorado River

in at least three separate localities. Adult squawfish are found throughout

the areas recommended for their critical habitat, as are razorback suckers

(Xyrauchen texanus), The Endangered Species Act (1973) and associated newly-

awakening state interests in these native species can protect this habitat.

Given this protection and the natural tendency of this drainage to exclude

poorly-adapted species, I believe the native fish species can survive and

even expand their present range and numbers. But if we give up on them now,

and fail to give existing legislation and natural selection a chance, we

Endangered Species Act. 1973. Public Law No. 93-205, 87 U.S. Statute 884.

## 11 11. THE ECOLOGY OF COLORADO RIVER RESERVOIR SHORELINES

Campbell, C. J. 1966. Periodic Mowings Suppress Tamarisk
Growth, Increas ing Forage for Browsing (Washington, D.C.
, U.S. Department of Agricul ture, Forest Service Research
Note RM-76).

Cooley, M. E. 1958. "Physiography of the Glen-San Juan
Canyon Area," Plateau vol. 31, no. 2, pp. 21-33.

_____. 1959a. "Physiography of the Glen-San Juan
Canyon Area, Part II: Physiography of San Juan Canyon,"
Plateau vol. 31, no. 3, pp. 49-56.

_____. 1959b. "Physiography of the Glen-San Juan
Canyon Area, Part III: Physiography of Glen and Cataract
Canyons," Plateau vol. 31, no. 4, pp. 75-79.

Decker, J. P., W. G. Gaylor, and F. D. Cole. 1962.
"Measuring Transpiration of Undisturbed Tamarisk Shrubs,"
Plant Physiology vol. 37, no. 3, pp. 393-397.

Dolan, R., A. Howard, and A. Gallenson. 1974. "Man's Impact
on the Colorado River in the Grand Canyon," American
Scientist vol. 62, pp. 392-401.

Gatewood, J. S., T. W. Robinson, B. R. Colby, J. B. Hem,
and L. C. Halpenny. 1^50. Use of Water by Bottom-Land
Vegetation in Lower Safford Valley, Arizona (Reston, Va.,
U.S. Geological Survey Water-Supply Paper 1103).

Hansmann, E. W. , D, E. Kidd, and E. Gilbert. 1974. "Man's
Impact on a Newly Formed Reservoir," Hydrobiologia vol.
45, pp. 185-197.

Horton, J. S. 1964. Notes on the Introduction of Deciduous
Tamarisk (Washington, D.C., U.S. Department of Agriculture,
Forest Service Re search Note RM-16).

Hughes, E. E. 1966. "Single and Combination Mowing and
Spraying Treatments for Control of Saltcedar (Tamarix
pentandra Pall.)," Weeds vol. 14, pp. 276-278.

Jennings, J. D. 1966. Glen Canyon: A summary. University of
Utah Anthro pology Papers, No. 81, Glen Canyon Series, No.
31 (Salt Lake City, University of Utah).

Kidd, D . E . 1976. Bacterial Contamination of Lake Powell
Waters: An Assess ment of the Problem, Lake Powell Research

BLM_0004371

Project Bulletin No. 16, National Science Foundation. (Copies obtainable from: Institute of Geophysics and Planetary Physics, University of California, Los Angeles, California 90024).

Kuchler, A. W. 1964. The Potential Natural Vegetation of the Coterminous United States (New York, American Geographic Society, Special Research Publication No. 36).

Potter, L. D., and Natalie Pattison. 1976. Shoreline Ecology of Lake Powell, Lake Powell Research Project Bulletin No. 29, National Science Foundation. (Copies obtainable from: Institute of Geophysics and Planetary Physics, University of California, Los Angeles, California 90024).

Potter, L. D., D. Kidd, and D. Standiford. 1975. "Mercury Levels in Lake Powell-Bioamplification of Mercury in a Man-Made Desert Reservoir," Environmental Science and Technology vol. 9, pp. 41-46.

Reynolds, R. C. , Jr., and N. M. Johnson. 1974. Major Element Geochemistry of Lake Powell, Lake Powell Research Project Bulletin No. 5, National Science Foundation. (Copies obtainable from: Institute of Geophysics and Planetary Physics, University of California, Los Angeles, California 90024).

Turner, S. F., and L. C. Halpenny. 1941. Ground-Water Inventory in the Upper Gila River Valley, New Mexico and Arizona: Scope of Investigation and Methods Used. Transactions of the American Geophysical Union vol. 22, pp. 738-744.

Van Hylckama, T. E. A. 1970. "Water Use by Salt Cedar," Water Resources Research vol. 6, no. 3, pp. 728-735.

Woodbury, A. M., S. D. Durrant, and S. Flowers. 1959. A Survey of Vegetation in Glen Canyon Reservoir Basin. University of Utah Anthropology Papers, No. 36, Glen Canyon Series, No. 5 (Salt Lake City, University of Utah).
THE ECOLOGY OF COLORADO RIVER RESERVOIR SHORELINES: A DISCUSSION Robert D, Ohmart* As one of the discussants at this Forum, my task is to evaluate the

completeness and adequacy of the paper presented by Dr. Loren Potter,

'*The Ecology of Colorado River Reservoir Shorelines." The following

comments and discussion are based on the assumption that
the term "shore

line ecology,11 as submitted in the original title, is
synonymous with

riparian ecology which encompasses the biotic and abiotic
components of

the alluvial floodplain adjacent to the Upper Colorado
River and its

tributaries above Compact Point at Lee Ferry. As Dr. Potter
clearly points out in his introduction, the paper deals

with a small portion of the ecology of the upper basin;
specifically with

the shoreline of Lake Powell from a substrate,
vegetational, and aesthetic

viewpoint. Lake Powell is used as an example to illustrate
some of the

interactions of the physical and biological environment.
The paper does

not attempt to provide an overview of the state of the
knowledge of

riparian communities in the upper basin or what types of
data are needed

to adequately understand the system for management
purposes. To do this, it would be necessary to review and
summarize the pub

lished data on the ecology of the upper basin plus
applicable data from

other systems, and to assess the present state of
knowledge. It would ^Associate Professor, Department of
Zoology, Arizona State University>

Tempe, Arizona.

then be necessary to treat the subject of future research
directions and

BLM_0004373

needs to ensure an adequate data base and tools of analysis for manage

ment decisions. Time and work load have not allowed me to compile the published data

on the upper basin, but a paper by Hayward, Beck, and Tanner (1958) yields

a good overview of ecological conditions in the upper basin. Geographic provinces of the Upper Colorado River Basin (adapted from

Hayward, Beck, and Tanner, 1958): I. Green River Basin A. 30,000 sq. mi., chiefly in southwestern Wyoming but encompasses portions of northeastern Utah and northwestern Colorado. B. Topography is rolling hills or flat, gentle slopes trenched by broad river valleys. C. The parent material is mainly sedimentary of Tertiary age. II. Uinta Mountain A. 14,000 sq. mi. in Utah and Colorado. B. Topographically it is a long syncline. C. Parent material is of Tertiary age. III. Colorado Plateau A. 130,000 sq. mi. B. Steep slopes and sheer canyon walls formed by period of deposition, uplift and erosion. C. Sandstone, limestone and shale were deposited during the Paleozoic and Mesozoic. Horizontal uplifts with much localized folding and warping occurred near the Cretaceous; erosion followed and deposition in the Tertiary with another uplift resulting in increased rainfall and intensified stream erosion. Biotic communities (Hayward, Beck, and Tanner, 1958): I. Cottonwood - willow - tamarisk II. Northern desert shrub III. Pinyon-Juniper woodland IV. Hanging gardens To my knowledge, this is the only attempt to examine the entire basin;

other studies of a more limited scope have been conducted at various

localities in the area, but these are scattered and have no continuity. Because the area is so poorly known from an ecological consideration,

I have established levels and types of data that are needed to eventually

build an adequate data base for proper assessment and management of the

Upper Colorado River system. Level I--Amalgamate all relevant literature and assess for future

BLM_0004374

data needs. In-depth quantitative data are needed for each major plant

community type and the wildlife use values therein. If such data are not

available from at least a two-year data base, then subsequent levels of

effort would have to be undertaken. Level II--Prepare a vegetation type map of the entire upper basin

from existing aerial photographs. Terrestrial communities of 10 hectares

(24.7 acres) or more should be defined by major vegetation type. Resolution

of emergent plant communities would have to be more detailed. Areal extent

and distribution of major communities would then be available to assess

potential modifications. Ground truths should follow to ensure map

accuracy. Level III--Quantify an adequate number of communities of each major

vegetation type. Install permanent line intercepts for species composi

tion and ground cover data, measure foliage profiles and determine

foliage volumes to characterize vegetative structure, conduct tree counts

for density and species composition estimates. Gather information on

phenology, health of communities (age classes represented) and extent of

invasion of the introduced salt cedar (Tamarix chinensis). Data on seed,

leaf, and stem are highly desirable for plant species whose

BLM_0004375

parts are

important food resources (e.g., mesquite) for wildlife. Level IV--Examine seasonal abundance of insects in each major

community type. These primary consumers and their abundance will dictate

diversity and abundance of secondary consumers. Level V--Determine avian, mammalian, reptilian, and amphibian

densities and diversities for each major community type on a seasonal

basis. Adequate sampling on a north-south gradient will give insight

into ecological parameters limiting distribution and abundance of each

species. Level VI--Examine food habits of major vertebrate species (common)

in each dominant community type to determine the relationship of the

secondary and tertiary consumers with primary consumers and autotrophs.

In avian species, data such as foraging rates in one season versus another

may be an excellent index to primary consumer abundance as well as energy

requirements and major avenues of energy flow. Monthly data resulting from wildlife density data over three or more

years will give seasonal wildlife densities around means which can be

correlated with climate, phenology, primary consumers, etc., to show how

these variables affect wildlife densities. These types of baseline data

are presently not available on the upper basin, but are essential for

proper management as well as for assessment and evaluation of impacts of

proposed modifications. Evaluation of proposed enhancement or modification

is not possible without a data base of this nature. Methodologies, modes of data storage, and programs for data analysis

are currently in existence and being used on the Lower Colorado River

Basin (Ohmart and Anderson, 1974; Anderson and Ohmart, 1975, 1976a, 1976b,

1976c) in studies being financed by the regional office of the Bureau of

Reclamation in Boulder City, Nevada. A recent paper by Anderson and

coauthors (1977) outlines the methodologies used on the Lower Colorado

River and discusses data applicability for management, operational enhance

Anderson, B. W. , R. W. Engel-Wilson, D. Wells, and R. D. Ohmart. 1977. "Ecological Study of Southwestern Riparian Habitats: Techniques and Data Applicability," in U.S. Department of Agriculture, Importance, Preservation and Management of Riparian Habitat (Washington, D.C., U.S. Department of Agriculture, Forest Service General Technical Report Rm-43) pp. 146-155.

Anderson, B. W., and Robert D. Ohmart. 1975. Annual Report (1975): Vegetation Management Studies (Boulder City, Nev., U.S. Bureau of Reclamation, Contract No. 4-10-01-01-310).

Anderson, B. W., and Robert D. Ohmart. 1976a. Annual Report (1976): Vegetation Management Studies (Boulder City, Nev., U.S. Bureau of Reclamation, Contract No. 14-06-300-2415).

Anderson, B. W., and Robert D. Ohmart. 1976b. Wildlife Use and Densities Report (1976) (Boulder City, Nev., U.S. Bureau of Reclamation, Contract No. 14-06-300-2531).

Anderson, B. W., and Robert D. Ohmart. 1976c. Vegetative

BLM_0004377

Type Maps of the Lower Colorado River (Boulder City, Nev., U.S. Bureau of Reclamation, Contract No. 14-06-300-2415).

Hayward, C. Lynn, D. Elden Beck, and Wilmer W. Tanner. 1958. Zoology of the Upper Colorado River Basin (Provo, Ut., Brigham Young University Science Bulletin).

Ohmart, Robert D., and B. W. Anderson. 1974. Vegetation Management Annual Annual Report (1974) (Boulder City, Nev., U.S. Bureau of Reclamation Contract No. 4-10-01-01-310). THE ECOLOGY OF COLORADO RIVER RESERVOIR SHORELINES: A DISCUSSION Robert D. Curtis* When I was invited to participate in this Forum, I was asked to dis

cuss a paper by Dr. Loren D. Potter then entitled "Shoreline Ecology of

the Upper Colorado River Basin." lisras specifically requested to cover

elements of the subject which were neglected in the paper. Since that

time, the title of Dr. Potter's paper has been changed to nThe Ecology

of Colorado River Reservoir Shorelines.11 Because Dr. Potter's paper was limited in scope to the Lake Powell area

of the Upper Colorado River Basin, I was shocked into the realization that

I would have to cover those elements of the subject not covered by Dr. Pot*

ter: the remainder of the upper basin above Lake Powell. Since the re

mainder of the upper basin occupies in excess of 107,000 square miles as

compared to 300 square miles of Lake Powell and vicinity, I realized that

I had some homework to do. To acquaint myself with a subject as vast as the 244,000 square mile

watershed of the Colorado River, I reviewed a 1946 publication entitled

BLM_0004378

The Colorado River (U.S. Department of the Interior, 1946).
From this

publication, I learned that the Colorado River rises in the
Rocky Mountains

on Mt. Richthofen near Granby, Colorado, and flows
generally southwest for

about 1,440 miles to the Gulf of California in Mexico.
However, due to *Chief of Wildlife Planning and Development
Division, Arizona Game

and Fish Department, Phoenix, Arizona.

man*s manipulation of the river during the last seventy
years, water from

the Rockies seldom reaches the Gulf of California. The main
tributary of the Colorado is the Green River which drains

some 45,000 square miles of watershed after spawning itself
near Gannet

Peak (13,785 feet above mean sea level (MSL) in the Wind
River Mountains

of Wyoming. The Green meanders 750 miles southward to empty
into the Colo

rado in northeastern Utah at elevation 3,876 MSL. The other
major tributary, draining some 39,000 square miles of
water

shed, is the San Juan River which starts in the lofty peaks
of the Conti

nental Divide of southwestern Colorado and northwestern New
Mexico and then

drops nearly 9,000 feet to join the Colorado in majestic
Glen Canyon, some

140 miles south of the confluence of the Green River with
the Colorado. Here is a vast area of this nation that in
the last fifty or so years

has received widespread attention because of power
potential, flood con

BLM_0004379

trol, and irrigation dams and reservoirs along the Colorado and its tribu

taries. Here is an area that contains additional energy sources in uranium

ore, natural gas, oil shale, coal, and uintaite. Here is an area of mag

nificent scenery and natural wonders and which has become attractive to a

large number of visitors. Here is an area that attracted early explorers

such as Escalante in 1776; Jim Bridger, William Ashley, Jedediah Smith,

Etienne Provost and Antoine Robidoux in the 1820s and 1830s; J. C. Freemont

in 1842; J. W. Gunnison in 1853; and J. W. Powell in 1859-72. Here is an area so majestic, magnificent and complex with diverse

geology, topography, ecology, fauna and flora that it cannot justifiably

be discussed in fifteen minutes or fifteen hours. Consequently, since the subject of discussion is ecology, I remembered

my University of Indiana ecology professor's definition of a quarter of a

century ago: ecology is the scientific study of the relation of organisms

or groups of organisms to their environment (Allee and coauthors, 1949).

Odum (1953) defined ecology as the study of the structure and temporal pro

cesses of populations, communities, and other ecological systems and of the

interrelations of individuals composing these units. A more recent defini

BLM_0004380

tion by Dasmann (1968) states that "ecology is the study of ecosystems to

determine their status and the ways in which they function." An ecosystem

is the combination of biotic communities with their physical environment.

A biotic community is an assemblage of species of plants and animals in a

given area and having impacts on one another. In my opinion Dr. Potter's

paper would have been more acceptable if he would have confined his

subject to the ecological relationships, ecosystems and biotic communities

of Lake Powell. In any paper on ecology, one would expect to see a discussion of eco

systems, biotic communities, biological productivity, biomass, energy trans

fer, physical and chemical requirements, biotic pyramids, food chains, food

webs, biotic succession, limiting factors, and the interrelation and inter

action within the ecosystems. Consequently, before I comment on Dr. Potter's

paper and to ensure against the possibility of misconceptions, it should be

made clear that I do not profess to be an expert in any special field of bio

logical science. The views and comments expressed are those of a former wild

life research biologist and river basin supervisor. Currently, and for the

past thirteen years, I have been a wildlife administrator employed by the

BLM_0004381

Arizona Game and Fish Department to coordinate department responsibilities

in federal land and water project evaluations, wildlife planning and de

velopment, and environmental studies of any activity having an impact on

wildlife resources. Upon receipt of Dr. Potter*s paper, I read the abstract, reviewed the

table of contents, and then read the paper in its entirety. Frankly, I was

disappointed. It is most difficult for me, as a biologist and a profes

sional wildlife administrator, to accept Dr. Potter*s paper as a paper

on ecology. Clearly, the paper has value since it does discuss geology,

physiography, climate, vegetation, shorelines, shoreline mapping, shoreline

vegetation biomass studies, shoreline succession, shoreline submergency,

shoreline recreation, and water level management of Lake Powell. But the

paper does not discuss ecosystems, total biotic communities, biological

productivity, and the multitude of intricate and integrated reactions that

take place within ecosystems. Consequently, the paper lacks the scientific

ingredients that are necessary in a study of ecology. The overall subject of this Forum is timely since western water and

energy development are on a collision course with environmental and eco

BLM_0004382

logical considerations. One of the reasons we are here is to discuss the

ecological data deficiencies for analyzing and managing the multiple uses

of the vast Upper Colorado River region. From a wildlife biologist*s view

point, I see the need for additional data on (1) instream requirements, both

quantity and quality; (2) shoreline ecosystems; (3) agency and environ

mentalist reactions to impacts of extensive development of energy resources;

(4) riparian and wetland area requirements for wildlife; and (5) protection

of threatened and endangered fish and wildlife species. The study on Critical Water Problems Facing the Eleven Western States

by the U.S. Department of the Interior, Bureau of Reclamation (1975), in

Chapter IV, Westwide Problem No. 5, concludes that "1. Generally, environ

mental information...on many water and related land use problems is lacking,

incomplete or inconclusive..., 2. ...environmental data necessary for

reasonable choices are...basic data on: flows required to maintain...

fishery habitat... riparian habitat adjacent to stream channels... to support

...wildlife; wetland habitat requirements...critical factors necessary to

maintaln...outstanding natural, and terminal lake ecosystems; and habitat

required to support big game populations during winter

BLM_0004383

conditions." These

problems apply to Lake Powell too and there is a need for continued studies.

Earlier studies by Woodbury and Russell (1945), Woodbury (1958), and Hayward,

Beck, and Tanner (1958) all provide a basis for the faunal aspect of an

ecological study of the shoreline of Lake Powell. Since we are generally confining our remarks to the shoreline of Lake

Powell and its ecology, it is necessary to define shoreline. Shoreline is

the demarcation between land and water; it could also be defined as that

area of land between the high and low water marks. The amount of marginal

slope determines the degree of definiteness of the shore margin of the reser

voir. Since Lake Powell is a relatively young body of water, the configura

tion of the shoreline is in the form of sharp peninsulas, deep angular bays

and sinuosities of several kinds, each offering resistance to free move

ment of water under the influence of wind and gravity. As the reservoir

ages, the original shoreline will be modified by shore cutting and shore

building and will become more regular and simplified with reduced shoreline

length. Obviously, as physical forces change the shoreline, the ecosystem

will change. It is a well known limnological fact that, with the reduction

BLM_0004384

of shoreline, other things being equal, the biological productivity of

the reservoir will decline. Currently, since Lake Powell is young with

an extensive shoreline of 1,800 miles and high nutrient inflow, the

biological productivity is high. The phenomenon of Lake Powell is that

it has characteristics of a reservoir with the recycling of nutrients

and also the characteristics of a river with the continual introduction

of fresh nutrients: dissolved, suspended, and organismal, entering

from upstream. Lake Powell illustrates a favorable, but erratic, con

dition with a high level of biological productivity. The high biological

productivity of the reservoir contributes to the productivity of the

shoreline. With high biological productivity, the shoreline and flood

plain ecosystems of Lake Powell are the most productive inland wildlife

habitat in this nation; diversity and relative abundance of species are

high. Prior to the construction of Glen Canyon Dam, the reservoir area

behind the current dam site supported a rather limited biotic community.

Low rainfall, dry and saline soils, and sparse vegetation of the Great

Basin desert scrub type generally created harsh conditions

(Brown and

Lowe, 1974a and 1974b). Due to these limiting factors, the number of

animal species was small except for those that lived in the muddy waters

of the Colorado or were able to cling to a fragile existence on the sparse

vegetation among the rocks and cliffs. With the development of Lake Powell, and the efforts of the federal

government and the states of Arizona and Utah, the lake has become a mecca

for fishermen and other recreationists. More important thafi recreation,

as far as the ecology of the area is concerned, are the new habitats

created with resultant diverse biotic communities. These new habitats

have attracted birds, mammals, reptiles, amphibians, and a thousand

less known or less studied species to the area. The vastness of the

Lake Powell area, with new chemical and physical features attracting

new biotic communities, should be a treasure of scientific information

for the serious student of ecology. Universities with their academic

communities should be delighted and enthused with the almost unlimited

areas for scientific research and study. Post impoundment investigations of Glen Canyon Reservoir have been con

ducted by the states of Utah and Arizona under funds provided in part by

BLM_0004386

section 8 of Public Law 84-485, the Colorado River Storage Act of 1956 (U.S.

Congress, 1956). Under section 8 of this act, the Secretary of the Interior

is directed in connection with the project "...to investigate, plan, con

struct, operate, anl maintain (1) public recreational facilities...to con

serve the scenery, the natural, historic, and archaeologic objects, and the

wildlife on said lands...and (2) facilities to mitigate losses of, and im

prove conditions for, the propagation of fish and wildlife." Under the program developed by the two states, the Utah Department of

Fish and Game was responsible for the investigation of chemical and physical

regimens and fishery development in Lake Powell, while the Arizona Game and

Fish Department was responsible for estimation of fishing pressure and har

vest, and the measurement of plankton. The post-impoundment investigations-lunder section 8 of PL 84-485 began

on Lake Powell in July 1963 and terminated over eight years later, in January

1972. Since 1972, the investigations have continued under state funding

and the Federal Aid to Fishery Restoration Act of 1950 programs. Chemical and physical collection stations were operated by Utah in four

teen locations from Glen Canyon Dam upstream to the vicinity of Hite (Utah)

near Dirty Devil River (Stone and Miller, 1965). Stations were sampled in

March, June, September, and November to gather information prior to spring

runoff, during spring runoff, in the summer, and in late fall. Samples were

taken from zones of production, the thermocline, the hypolimnion, and the

bottom. Physical and chemical analyses were conducted in accordance with

standard techniques employed in the fisheries field. Results of all studies

appeared in Glen Canyon Reservoir, Post-Impoundment Investigation Progress

Reports (Utah State Department of Fish and Game, 1964). Creel census and plankton studies were conducted by Arizona from 1964

to 1972 and are reported in reports of the Arizona Game and Fish Department

on reservoir fisheries investigations. The most abundant species of fish

that were creeled from Lake Powell in 1971 were black crappie (Pomoxis nigro-

maculatus) , largemouth bass (micropterus salmoides), bluegill sunfish

(Lepomis macrochirus) , channel catfish (Ictalurus punctatus) , and rainbow

trout (Salmo gairdneri) (Stone, 1972). Plankton studies were initiated in July 1964 with samples collected

from a series of thirteen sampling stations arranged throughout the reser

voir to provide representative coverage from Glen Canyon Dam upriver to Hite.

Standard sampling techniques as described by Welch (1952) and normally used

in the fisheries field were employed. The genera of

phytoplankton most

prevalent were the Diatoms: Fragilaria and Synedra; the Desmids: Gonatozygon,

Closterium, and Staurastrum; the blue-green algae (Anacystis) and the green

algae (Pediastrum). The genera of zooplankton most commonly found were

crustacea: Daphia, Cyclops, and Diaptomus; rotifers; and protozoa: Ceratium

(Stone, 1966). Earlier, I mentioned the value of Dr. Potter's paper with regard to

vegetation and shoreline characteristics. It is a known ecological premise,

at least from the point of view of a wildlife biologist, that in defining

and describing the biotic communities of Lake Powell, the vegetation probably

affords the best basis for comparison, since the nature of plant cover gives

us a clue to the physical forces that are important to animal life. The role

of vegetation in the occurrence and habits of animals is difficult to evalu

ate, but there are correlations between the distribution of flora and fauna

in biotic communities. Of the several ecological factors (food, water, cover,

and space) that are of importance to the general well-being of animals, cover

is of utmost importance. Potter, in his paper, describes the vegetation of the shoreline at Lake

Powell as being dominated by willow (Salix sg».) , tamarisk or salt cedar

BLM_0004389

(Tamarix pentandra), Emory baccharis (Baccharis emoryi), and arrowed pluchea

(Pluchea sericea). On the higher terraces and talus> groves of Gambel oak

(Quercus gambellii), netleaf hackberry (Celtis reticulata), and Fremont Cot

tonwood (Populus fremontii) are found. In the marshy areas, a variety of species of grasses, saltgrass (Distichies) ,

muhly (Muhlenbergia) , common reed (Phragmites communis), and witch grass

(Panicum) , along with horsetail (Equisetum), flat sedge (Cyperus) , sedge (Carex),

and rush (Juncus) form the saline meadows. According to Hayward, Beck, and Tanner (1958), various species of amphib

ians, such as the Great Basin spadefoot (Scaphiopus hammondi), red-spotted

toad (Bufo punctatus), Rocky Mountain toad (Bufo voodhousei), canyon

treefrog (Hyla arenicolor), and western leopard frog (Rana pipiens),

are expected to be found in these shoreline habitats. Reptiles expected

include leopard lizard (Crotaphytus wislizeni), western chuckwalla (Sauromalus

obesus) , northern whiptail (Cnemidophorus tigris), and several species of

garter snakes (Thamnophis spp.). These habitats support a wide variety and high populations of bird spe

cies: hawks, owls, nighthawks, hummingbirds, woodpeckers, kingbirds and

other flycatchers, swallows, crows and ravens, wrens, mockingbirds and thrash

ers, thrushes, vireos and warblers, meadowlarks and

blackbirds, tanagers and

grosbeaks, towhees and sparrows, Gambel's quail (Lophortyx gambelli) and

mourning dove (Zenaidura macroura). The latter two are game birds with the

mourning dove probably the most common species in these habitats. Woodbury

and Russell (1945) provide a good checklist of birds of the Glen Canyon area. Mammals of the shoreline, according to Hayward, Beck, and Tanner (1958).

would include, but not be limited to, desert cottontail (Sylvilagus audubonii),

blacktailed jack rabbit (Lepus californicus), Colorado chipmunk (Eutamias

quadrivittatus), Botta's pocket gopher (Thomomys bottae), Ord's Kangaroo rat

(Dipodomys ordii), beaver (Castor canadensis), western harvest mouse

(Reithrodontomys megalotis), deer mouse (Peromyscus maniculatus), northern

grasshopper mouse (Onychomys leucogaster), coyote (Canos latrans), gray fox

(Urocyon cinereoargenteus), western spotted skunk (Spilogale gracilis), river

otter (Lutra canadensis), bobcat (Lynx rufus), and mule deer (Odocoileus

hemionus). These species were reported seen in 1958 in the shoreline areas of the

Colorado River in the Glen Canyon area. Lake Powell started filling in

1963 and the shorelines of the 1950s are now deep beneath the lake. An

interesting comparison could be made between 1958 and today with regard to

species composition and relative abundance of each. With
the creation of new

vegetative habitats, as described by Potter, new species
would be expected,

particularly mobile species such as birds. In addition, the
reservoir would

attract deep-water birds such as loons, grebes, pelicans,
cormorants, ducks,

geese, and swans; marsh birds and shore birds would be
attracted to new habi

tats also. During the review of Dr. Potter's paper, I
became increasingly aware

of Dr. Potter's concern with the invasion of tamerisk, or
salt cedar, to

the newly created shorelines of Lake Powell. Dr. Potter
spent a considerable

amount of time describing the evils of this species and how
it interferes

with recreational pursuits and how it may be eliminated or
reduced by con

trol methods. As a wildlife administrator and biologist, I
would take strong ex

ception to the elimination of wildlife habitat. Maintenance
of wildlife

habitat is perhaps the most important tool in wildlife
management today.

The continuation of wildlife habitat and its protection
allows wildlife

resources to be classified as renewable. Take away the
habitat and you

take away the wildlife. During the last two decades, I have
opposed with vigor those develop

ers and agencies that planned to destroy, by removal,

wildlife habitat, par

ticularly the riparian habitat. I am disturbed that a
biologist would advo

cate removal programs for salt cedar or any riparian
habitat without thorough

study and evaluation of its impacts, and without
consideration of other re

sources, particularly wildlife resources. Campbell (1970)
stated ''Ideally,

only riparian vegetation unnecessary for fish and wildlife
habitats, con

trol of streambank erosion, or aesthetics should be
treated." Campbell

went on to say "The ecology of riparian vegetation,
particularly in the

Southwest, and the significance of these plant communities
to the expanding

human population, agriculture, and industry is only
partially understood." I do applaud Dr. Potter for his
suggestions that "both cottonwood

and Russion-olive (Elaeagnus angustifolia)...be
transplanted along selected

shorelines of deep sand when the reservoir reaches maximum
level." This

type of management, if successful, would benefit wildlife.
But as a wild

life biologist, I feel that wildlife needs more than one
vegetative type

since the transition area from one vegetation type to
another is highly

attractive to wildlife. Leopold (1933) formulated a law of
dispersion

which theorized that the potential density of resident game
would be pro

BLM_0004393

portional to the sum of the vegetative type boundaries. In short, more

edge means more game; this concept applies to most species of wildlife--

anywhere. Lake Powell is just one of many energy development projects in the

West. It is just one of many projects on the Colorado River, but it is

important not only as a storage and hydroelectric reservoir, but as a

biological entity. As biologists, ecologists, or environmentalists, we

must train and educate ourselves as riparian water watchers so that necessary

fact-finding can be undertaken. We must make certain that adequate environ

mental forecasting is a part of all energy development projects. We must

try to assess the second- and third-order consequences of river modifications,

and we can do this by adequate ??tudy of all ecological factors. Since this Forum is concerned with western water systems, a useful

reference should be River Ecology and Man (Oglesby, Carlson, and McCann,

1972). This reference is a series of reports written by scientists,

engineers, and social scientists on rivers, and man's interactions with

them. This reference should prove valuable to fishery biologists, aquatic

ecologists, limnologists, sanitary engineers, hydrologists, economists,

political scientists, and administrators concerned with the study and

management of freshwater systems. Following review of River Ecology and

Man, my faith in the accomplishments of the academic and scientific com

Allee, W. C., A. E. Emerson, 0. Park, T. Park, and K. P. Schmidt. 1949. Principles of Animal Ecology (Philadelphia, W. B. Saunders).

Brown, David E., and Charles H. Lowe. 1974a. A Digitized Computer-Compatible Classification for Natural and Potential Vegetation in the Southwest with Particular Reference to Arizona (Phoenix, Arizona Academy of Science, Vol. 9, Supplement 2, May).

_____. 1974b. The Arizona System for Natural and Potential Vegetation (Phoenix, Arizona Academy of Science, Vol. 9, Supplement 3, November).

Campbell, C. J. 1970. ''Ecological Implications of Riparian Vegetation Management," Journal of Soil and Water Conservation vol. 25, no. 2 (March-April).

Dasmann, Raymond F. 1968. Environmental Conservation (New York, John Wiley and Sons).

Hayward, C. Lynn, D. Elden Beck, and Wilmer W. Tanner. 1958. "Zoology of the Upper Colorado River Basin--1. The Biotic Communities," Science Bulletin Biological Services vol. 1, no. 3 (Provo, Ut., Brigham Young University).

Leopold, A. 1933. Game Management (New York, Chas. Scribner's Sons).

Odum, Eugene P. 1953. Fundamentals of Ecology (Philadelphia, W. B. Saunders).

Oglesby, Ray T., C. C. Carlson, and J. A. McCann. 1972. River Ecology and Man: Proceedings of an International Symposium on River Ecology and the Impact on Man (New York, Academic Press).

Stone, Joseph L. 1966. Glen Canyon Unit - Colorado River Storage Project, Reservoir Fisheries Investigations, Creel Census and Plankton Studies, February 1, 1965 to January 31, 1966 (Phoenix, Arizona Game and Fish Department).

BLM_0004395

_____. 1972. Glen Canyon Unit - Colorado River Storage Project, Reservoir Fisheries Investigations, Creek Census and Plankton Studies, February 1, 1971 to January 31, 1972 (Phoenix, Arizona Game and Fish Department).

Stone, Roderick, and Kent Miller. 1965. Glen Canyon Reservoir Post Impoundment Investigation. Progress Report No. 3 (Salt Lake City, Utah State Department of Fish and Game).

U.S. Congress. 1956. Public Law 84-485. 84 Cong. 2 sess.

U.S. Department of the Interior. 1946. The Colorado River (Washington, D.C.).

U.S. Department of the Interior, Bureau of Reclamation. 1975. Westvide Study Report on Critical Water Problems Facing the Eleven Western States (Washington, D.C.).

Utah State Department of Fish and Game. 1964-1972. Glen Canyon Reservoir, Post-Impoundment Investigation Progress Report, Nos. 1-9 (Salt Lake City, Ut.).

Welch, Paul S. 1952. Limnology (New York, McGraw-Hill).

Woodbury, A. M., and H. N. Russell, Jr. 1945. "Birds of the Navajo Country," Biological Series vol. 9, no. 1 (Provo, Ut., University of Utah). _____ . 1958. "Preliminary Report on Biological Resources of the Glen Canyon Reservoir," Anthropological Papers, No. 31, Glen Canyon Series, No. 2 (Provo, Ut., University of Utah).

## 12 12. THE IMPACTS OF ENERGY DEVELOPMENT ON BIG GAME IN NORTHWESTERN COLORADO

Baker, D. B., R. J. Boyd, J. F. Lipscomb, and T. M. Pojar. 1974. "Deer and Elk Management Study" (Fort Collins, Colo., Colorado Division of Wild life, Federal Aid Report W-38-R-28, Work Plan 18, Job 1, Job Progress Report, Game Research Report, July).

Bartmann, R. M. 1976. "Piceance Deer Study--Population Density and Structure" (Fort Collins, Colo., Colorado Division of Wildlife, Federal Aid Report W-38-R-31, Work Plan 16, Job 2, Job Progress Report, Game Research Report, July).

Bear, G. D., and G. W. Jones, 1973. "History and Distribution of Bighorn Sheep in Colorado" (Fort Collins, Colo., Colorado Division of Wildlife, Federal Aid Report W-41-R-22, Work Plan 1, Job 12, Job Final Report, January).

Boyd, R. J. 1970. Elk of the White River Plateau, Colorado, Colorado Divi sion of Game, Fish, and Parks Technical Publication No. 25 (Denver, Colo., Colorado Department of Natural Resources, Division of Game, Fish, and Parks, Big Game Investigations, Project W-38-R, GFP-R-T-25).

Colorado Department of Natural Resources. 1975. Division of Wildlife and Division of Parks and Outdoor Recreation Laws, Reprint of Title 33 of Colorado Revenue Statutes as Amended, DOW-M-I-14-*75 (Fort Collins, Colo.).

Costello, D. 1954. "Vegetation Zones in Colorado," in H, D. Harrington, Manual of the Plants of Colorado (Denver, Colo., Sage Books).

Denney, R. N., H. D. Riffel, and R. J. Tully. 1976. 1975 Colorado Big Game Harvest, (Denver, Colo., Wildlife Management Section, Colorado Division of Wildlife).

Feltner, G. 1972. A Look Back. A 75 Year History of the Colorado Game, Fish and Parks Division (Denver, Colo., Colorado Department of Natural Resources. Division of Game, Fish and Parks, GFP-G-I-14).

Gross, J. E., J. E. Roelle, and G. E. Williams. 1973. "Program ONEPOP and Information Processor: A System Modeling and Communication Project," Progress Report, Colorado Coop Wildlife Research Unit (Fort Collins, Colo., Colorado State University).

Murray, D. K. 1976. Energy Resource Development Map of Colorado. 1:500,000 Scale. (Denver, Colo., Colorado Geological Survey).

Phillips, C. M., and W. A. Berg. 1976. Establishment of Native Shrubs on Disturbed Lands in the Mountain Shrub Vegetation Type, Agronomy Report, Colorado State University, and Colorado University Experiment Station (Fort Collins, Colo.).

Rio Blanco Oil Shale Project. 1976. ''Detailed Development Plan, Tract C-a,'' in Vol. 4: Sect. 10 Environmental Assessment, Chapter 5, Terrestrial Ecology (Denver, Colo., Gulf Oil Corp-Standard Oil Co. (Ind.), March) p. 10-5-38.

U. S. Department of the Interior, Bureau of Land Management. 1976. Northwest Colorado Coal: Draft Environmental Impact Statement (Denver, Colo., Bureau of Land Management, Colorado State Office).
THE IMPACTS OF ENERGY DEVELOPMENT ON BIG GAME IN NORTHWESTERN COLORADO: A DISCUSSION Duane A. Asherin* I will begin by confessing that I have no personal knowledge of the

flora and fauna in the geographic area this paper addresses, namely the

Upper Colorado River Basin in northwestern Colorado, However, I do have

some appreciation of the energy development assessment problems and research

needs from work we have conducted on hydroelectric projects in the Columbia

River Basin, and from knowledge of assessment problems associated with the

phosphate mining industry in southeast Idaho. Phosphate mining in this

region is of the open-pit type and, therefore, poses assessment problems

similar to those of coal and oil shale development. The authors of this paper are to be complimented in dealing with the

major objective of the Forum--to identify specific

wildlife-related prob

lems and research needs associated with the development of western energy

resources. This paper identifies, in depth, the research needs and priori

ties which three natural resource agencies— the Colorado Division of Wild

life, the U.S. Fish and Wildlife Service, and the U.S. Geological Survey—

deem necessary to properly assess the impacts on terrestrial wildlife

species of coal and shale oil developments in northwestern Colorado. In

pursuing this objective, however, I believe that pertinent information has

been inadvertently omitted. This information would have been beneficial *Wildlife Data Analyst, Western Energy and Land Use Team, U.S. Fish

and Wildlife Service, Fort Collins, Colorado. At the time this paper was presented, the author was Research Wild

life Biologist, Idaho Cooperative Wildlife Research Unit, College of

Forestry, Wildlife and Range Sciences, University of Idaho, Moscow, Idaho.

to the reader in evaluating the energy development assessment problems and

research needs that the authors delineated. Those unfamiliar with the wildlife resources of northwestern Colorado

should find beneficial the presentation of background information on the

wildlife, coal, and oil shale resources located in this region. A more

in-depth review of pertinent or applicable research and

BLM_0004399

management knowl

edge available for this region concerning the various habitats and their

associated wildlife species would have been extremely helpful. In addition,

a time frame or schedule concerning the development of these oil shale and

coal resources should have been included. This time schedule should have

been worked into the priorities established for the research needs since

those areas scheduled for earliest development would require the more im

mediate research emphasis and baseline data collection efforts. Some of

the potential impacts, I suspect, will be site- and species-specific (e.g.,

on a particular wildlife species or group of species in a given location),

while other impacts will probably be of a more region-wide nature (e.g.,

on particular, widespread plant communities). Apparently, full-scale development of these oil shale resources will

be some time in the future, if at all, while an expansion of coal mining

activities appears more immediate. I agree with the authors when they

point out that available time should be used judiciously. Representative

areas containing representative habitats and wildlife populations should

be selected or identified, and baseline field studies performed on these

sites prior to the initiation of mining so that a true assessment of impacts

is possible. A rather unique opportunity still appears to exist here--to

collect data on the quantity and quality of vegetation and wildlife before

they are affected by exploratory and pre-mining activities, for example,

road building and over-burden removal. Too often in impact assessment

analyses we are forced to use control data collected on already impacted

resources which generally are not useful for comparison purposes. These

baseline studies should then be followed up with studies of the mining

and post-mining phases. In this way, we will begin to understand the

total extent of the impacts associated with large-scale natural resources

developments such as coal and shale oil. The authors have identified those wildlife species which they feel

should receive highest priority regarding the research needs they listed--

namely, big game and more specifically mule deer, elk, and mountain lion.

They recognize that other species are also important, but state they should

receive subordinate effort. Game species have traditionally recieved this

high priority in the establishment and funding of research programs because

these are the wildlife species that have provided the operating budgets

BLM_0004401

for state fish and game agencies. I believe the data needs described are

relevant for all wildlife. We are all aware of the national trend and

public demand for consideration of those other wildlife species. I contend

that the energy development assessment problems and research needs in north

western Colorado, and elsewhere, are just as important (perhaps more important,

because so little work has been done on them) for these other wildlife species

or vertebrate groups. I am aware that the manpower, time, and money do not

exist for collecting the missing data on all the hundreds of other wildlife

species which have been neglected in the past. However, our impact assess

ments will remain incomplete until we begin to include these species in

our baseline, monitoring, and research studies. Perhaps some of the earlier

comments at this Forum concerning the need to identify critical river

reaches and species in the aquatic environment should be expanded to in

clude representative species of the terrestrial wildlife groups as well.

Impact assessments of any kind will only begin to approach completeness

when we do. I am not going to quibble or argue here over the specific research

needs identified under the major categories the authors

have outlined.

These needs have apparently already been encountered by the authors in

their impact assessment work with energy development in northwest Colorado.

The wildlife impact assessment needs described by the authors under all

five major categories should be considered when designing the impact assess

ment study. Specific information needs will vary with the area to be im

pacted, but with this type of preplanning, many of the answers to informa

tion needs can be obtained during the collection of baseline data; others

will have to await the evaluation of follow-up data, when available. Certain research needs will require more effort than others; some,

intensive research efforts. One example of the latter, as indicated under

item 4 in the paper, is the need for refinements in wildlife census tech

niques to yield more accurate estimates of all wildlife populations.

Numerous comments have been made during this Forum concerning the need for

more complete and accurate data from baseline studies and not simply more

data. This problem has plagued us in the past and will continue to plague

us in the future, especially when we attempt to evaluate impacts on wild

life other than game species. We must place more research emphasis on

BLM_0004403

developing sound census methodologies. Certainly, the need exists for more in-depth data on specific life

requirements of all terrestrial wildlife species, as outlined by the

authors under item 1. Without data identifying habitat requirements,

impact assessments will continue to be largely speculative. One item of

importance within this major research needs category, which I also believe

is very important, is the effect of human-caused stress factors on habitat

carrying capacity. Other papers have indicated that we are going to witness

an increase in the (human) population of the region due to energy develop

ment there, and coupled with this, a substantial increase in recreational

demand. (See the paper by Parker in this volume.) Assessment of the im

pacts of various human-caused stress factors present a real challenge to

the researcher. Just the addition of increased road traffic, much less all

of the off-road recreational uses and their combined effects, presents

potential for tremendous wildlife impacts, and a challenging area for im

pact quantification. In addition to the specific information needs described by the authors

under item 2, the general need to document the value of mitigation efforts

for particular wildlife species, I would add that the

BLM_0004404

economic value of the

various wildlife species and their habitats is a question that remains un

settled and certainly in need of better documentation, as well. The econo

mist's and political scientist's roles in these needed evaluations are

essential. Under item 3, the authors express a need for identifying in

dicator species of both flora and fauna that can provide an early warning

of the potential damages caused by airborne and aquatic pollutants from

energy developments. A summary of the known biological effects of gas

and particulate emissions from coal-fired power plants is presented by

Gordon (1975) for the ecosystems of southeastern Montana, This article

discusses specific impacts on those plant species which have been used as

biological indicators of phytotoxic gases, acidic rains, and acidic solu

tions of coal-fired power plant emissions. This article may have appli

Gordon, C. 1975. "Biological Feasibility of Siting Coal-Fired Power Plants at Colstrip, Montana,11 Western Wildlands vol. 2, no. 4, pp. 28-40. THE IMPACTS OF ENERGY DEVELOPMENT ON BIG GAME IN NORTHWESTERN COLORADO: A DISCUSSION Jack Howerton* Energy development in the Upper Colorado River Basin differs somewhat

from that of the state of Washington; however, as we will see, the environ

mental problems associated with such development are similar. Major energy developments in Washington State are

hydroelectric and

nuclear. There are also several sites along the Cascade Mountain range

within the state that have potential for geothermal development. And we

are faced with the real possibility of supertankers transporting oil on

Puget Sound. We already have refineries on the sound, and proximity to

Alaskan oil fields increases the possibility of further petrochemical

development. As one can see, we are attempting to deal with many kinds of energy

development on very different kinds of terrain, in vegetation types from

rain forest to upper sonoran desert and including marine and fresh-water

ecosystems. Each project is unique; consequently, we must design studies

to fit each project. Before we get to the point of assessing impacts, however, there are

other obstacles that must be overcome. First, we must convince project

initiators and sponsors, public decision makers, and the public that im

pacts will occur and sponsors must be willing to accept responsibility for

damages to wildlife caused by their projects. The Bureau of Reclamation, *Wildlife Biologist, Washington State Department of Game, Olympia,

Washington.

the Corps of Engineers, and three public utility districts have an agree

ment regarding the operation of Columbia River dams to maximize power pro

duction, but they make no effort to determine how these coordinated opera

tions affect wildlife. Closer coordination and cooperation are also needed among state re

source agencies. In Washington, various agencies have responsibilities

that relate to the environment: the Department of Natural Resources ad

ministers the Surface Mine Reclamation Act of 1971; the Department of

Ecology has responsibility in the areas of air and water quality; and the

Washington Game Department is responsible for preserving, protecting, and

perpetuating wildlife. But unfortunately, there is little cooperation

among these agencies. Economics is another problem that must be addressed. No one has yet

devised an acceptable means of determining the values of wildlife. Econo

mists tell us that gross expenditures by recreationists for wildlife-

oriented recreation are not acceptable. They tell us that the net economic

value based on a demand curve, assuming that it can be determined, is the

route to go. Yet, we find that wildlife does not fit the traditional sup

ply and demand curves. Methods must be devised to obtain the information

we need regarding the social value of wildlife. We must have values in

order to compute cost-benefit ratios, and for use by our legislators and

other decision makers. Wildlife and development agencies and biologists must begin to deal

with total impacts of development projects. I believe few biologists today

realize the full impact on wildlife of an energy development project. Tra

ditionally, we have studied the direct and initial impacts of energy

development on game species, and we have provided this to some development

agencies. When we attempt to include other wildlife in our assessments,

we often receive negative responses. We must begin to consider the total ecosystem rather than selecting,

out of context, segments of that ecosystem for isolated study. Granted,

this will be difficult, especially when too often we do not even understand

the relationships of game species to their habitat well enough to accurately

determine impacts. Let me give an example. On Wells Hydroelectric Project

on the Columbia River in eastern Washington, Oliver and Barnett (1966) con

ducted pre-project studies and estimated 13,860 units of game would be lost

through inundation of 4,680 acres of land. After the project was completed,

Oliver conducted post-project studies and found actual losses of more than

200,000 units of wildlife.*' This did not include wildlife

BLM_0004408

other than game

species. Let me take another example. Two years ago, most biologists in east

ern Washington considered bitterbrush the major food plant of good mule

deer range. A recent study, however, showed that nutrient content de

termined the use of plants. Nutrient levels in plants change throughout

the year (McArthur, 1975). Researchers on that study found that mule deer

browsing followed nutrient peaks. Deer selected plants which provided the

highest food value to the animal. Clearly, we need to learn more about

the relationships of wildlife to habitat. Food, water, and cover are no

longer enough to consider--wildlife need places to feed, breed, brood, loaf, H Jendell H. Oliver, Washington Department of Game, Olympia (personal

communication).

sleep, hide, keep warm or cool, and play, and must have unrestricted move

ment between these areas. Let us take a closer look at hydroelectric projects. Hydroelectric

projects in Washington have inundated nearly one-half million acres. If

we extrapolate figures from other areas, we estimate that one-half million

acres would support annual fall populations of 3,000 elk, 15,000 deer,

250,000 pheasant, 750,000 quail, 50,000 chukar, and 30,000 grouse (Oliver,

1966). I wonder how many waterfowl, fur animals, songbirds, shore birds,

raptors, reptiles, and amphibians were affected. We have lost more than

one million game animals of those species for which calculations were done,

and we have not considered the secondary and tertiary development impacts,

such as those discussed in an earlier paper at this Forum (see Parker's

paper). Who is responsible for these impacts? Impacts on recreation, and

present and future impacts on management programs of wildlife agencies have

also been ignored. Problems associated with hydroelectric projects at

times seem insurmountable. They do not necessarily end with construction of

the projects and flooding of riparian habitats. Additional powerhouses may

be constructed. Operations may be changed to meet peak power demands, which

result in vastly different water level fluctuations than those experienced

before the construction. At Grand Coulee Dam, a third powerhouse was added.

With power peaking, we expect 28-foot fluctuations in tailwater. These

developments are further complicated by irrigation withdrawals and other

water uses. We do have laws and regulations which provide for compensation of wild

life losses caused by hydroelectric projects. Nuclear, coal, geothermal,

BLM_0004410

and petrochemical development must meet the requirements of the National

Environmental Policy Act and the State Environmental Policy Act, but nothing

says developers of these energy developments must compensate for wildlife

losses. Changes in laws and regulations could help in this area. In conclusion, I am sure there are problems and needs we have not

considered here, but if we resolve the major problems which were discussed,

we will have come a long way. We have a long way to go, and for every hour

McArthur, M. B. 1975. Food Habits of Deer and Elk on Colockum Wildlife Recreation Area (Olympia, Wash., Washington Department of Game).

Oliver, W. H. 1966. "The Effects of River Basins Development on Wildlife." Paper presented at the Washington Chapter Meeting of the Wildlife Society. [Copies can be obtained from the author, P. 0. Box 187, Bueno, Washington 98921.]

Oliver, W. H., and D. C. Barnett. 1966. Wildlife Studies in the Wells Hydroelectric Project Area, Federal Power Commission License No. 2149, Columbia River--Washington (Olympia, Wash., Washington Department of Game). This page intentionally left blank

BLM_0004411

# 13 13. THE POTENTIAL IMPACTS OF ENERGY DEVELOPMENT ON WATER RESOURCES IN THE YAMPA RIVER BASIN

Delson, J. K., and R. J. Frankel. 1972. "Residuals Management in the Coal-Electric Industry." Incomplete draft manuscript, Resources for the Future, Washington, D.C.

Fiering, M. B. 1967. Streamflow Synthesis (Cambridge, Mass., Harvard University Press).

Forney, A. J., and J. P. McGee. 1972. "The Synthane Process--Research Results and Prototype Plant Design," Proceedings of the 4th Synthane Pipeline Gas Symposium (Chicago, 111., October) pp. 51-71.

James, I. C. II, E. D. Attanasi, Thomas Maddock III, S. H. Chiang, B. T. Bower, and N. C. Matalas. 1977. "Water and Energy Use in Coal Conversion," U.S. Geological Survey Open-File Report (in draft) (Rescon, Va., U.S. Geological Survey, Water Resources Division).

Landis, E. R., and G. C. Cone. 1971. "Coal Reserves of Colorado Tabu lated by Bed," U.S. Geological Survey Open-File Report (Reston, Va., U.S. Geological Survey).

Matalas, N. C. 1967. "Mathematical Assessment of Synthetic Hydrology," Water Resources Research vol. 3, no. 4.

Speltz, Charles N. 1974. "Strippable Coal Resources of Colorado," U.S. Bureau of Mines Preliminary Report 195 (Washington, D.C., U.S. Department of the Interior).

U.S. Department of the Interior, Bureau of Land Management. 1975. Environmental Statement, Northwest Colorado Coal (Washington, D.C.).
THE POTENTIAL IMPACTS OF ENERGY DEVELOPMENT ON WATER RESOURCES IN THE YAMPA RIVER BASIN: A DISCUSSION Myron B. Fiering*

Introduction The paper by Maddock and Matalas can be divided into two major sections:

the first specifies water requirements imposed by various coal mining and

gasification scenarios, and the second examines the adequacy of water avail

ability to meet such requirements in the Yampa River Basin

and the storage

requirements for overcoming potential deficits. Their hydrologic analysis

shows, for a highly simplified case, shortfalls which might be expected and

the storage capacity needed to meet these deficits at a prescribed level of

reliability. This discussion focuses on the second portion of their study,

and in particular suggests the form and extent of the analysis that would

have to be undertaken to promote their storage study from a simple didactic

model to a working tool suitable for implementation by agencies or in

stitutions interested in monitoring and managing water supply and quality.

This discussion is not intended as a criticism of the analysis suggested

by Maddock and Matalas because it is understood that their work is merely

illustrative of the form which a complete analysis should take.

Principal Shortcomings of the Proposed Approach The sequent peak algorithm is featured in the Maddock-Matalas paper

as a method for calculating the storage required to meet a set of target ^Gordon McKay Professor of Engineering and Applied Mathematics,

Harvard University, Cambridge, Massachusetts.

flows at a given level of reliability. It should be noted that this al

gorithm gives the same storage requirement as the much older Rippl, or

BLM_0004413

mass curve, analysis; its principal value lies in the fact that it can

be shown to produce an optimal strategy for releasing (wasting) water under

any demand pattern. The sequent peak algorithm was never intended to sup

plant the mass curve analysis for calculating storages. The concept of reliability requires further elaboration because there

are many ways of utilizing synthetic streamflows to estimate reliability of

system performance. For example, it might be sufficient simply to count

the number of failure periods (where a failure occurs whenever the target

is not met) and to calculate the ratio of the niamber of failures to the

total number of time periods in a hydrologic simulation run; this ratio

subtracted from 1.0 gives a measure of system reliability, but it should

be noted in using this method that small deficits penalize system per

formance just as heavily as large ones. Another measure of system reliability assumes a linear loss (or penal

ty) function, accumulates the deficits for all time periods in which the

target is not met, and then divides the sum by the nominal target over all

time periods; this produces a failure ratio which represents the extent

of all failures and which could easily be modified to represent the average

failure. More elaborate transformations, such as quadratic

BLM_0004414

or piecewise

linear, of the physical deficit could be utilized to penalize the system

more heavily, or more gently, to include the proximity in time of one

failure to another (that is, by incorporating a measure of persistence

among failures), and so forth. Perhaps the most important shortcoming of the Maddock-Matalas

analysis, and it is well recognized by the authors, is its reliance

on September flows alone for establishing the cumulative flow deficit

to be met by releases from storage. The storage requirements are based

on a sequence of flows drawn only from the most critical month of the

year so the reservoir cannot refill during periods of high flow. The

study also ignores other actual and potential uses of water in the Yampa

River Basin, other than for coal production and energy development, so

the required storage is reduced because no other uses are incorpor

ated.

How to Structure a More Comprehensive Water Allocation Model A more comprehensive and satisfactory model from which to develop

and assess water policy options for a given river basin, including the

storage requirements, would contain at least seven important compon

ents : (i) a statistically valid representation of basin hydrology, with appropriate temporal and spatial correlations calcu lated for inclusion in a stochastic model for generating "seasonal" flows; (ii) a realistic set of demands (price-quantity relationships) for water diversion and use; (iii) an unambiguous operating policy under which the proposed storage configuration would be operated; (iv) an algorithm for assessing the costs (in terms of the oppor tunity costs) associated with failure to meet the several water demands placed on the system; (v) a set of environmental standards whereby the conflicting interests can admit or reject the various policy options; (vi) an administrative structure for identifying the conflicting interests, for articulating the several objectives and po tential negotiating positions, and for introducing proposed solutions and compromises; and (vii) institutions for implementing compromise solutions along the negotiating frontier (the locus of Pareto-optimal strategies).

These components are discussed in turn below. (i) Basin Hydrology When selecting a model for synthetic streamflow generation, it is

tempting to use a stochastic process for which the parameter estimates are

reasonably stable. For example, it has been difficult to object to the

use of a normal density function because we know that the sampling errors

of its first two moments are manageably small. However, it is probably

more appropriate in studies of water shortage to be less concerned about

the moments and other measures of central tendency than about quantiles*

because it is at the tails of the flow distribution, in periods of pro

tracted low flow, that the system tends to fail. Preservation of the lower

moments of the probability distribution is not sufficient in studies which

BLM_0004416

turn on extrema. Therefore, it is more appropriate to select distribu

tions and fitting techniques which give rise to robust estimates of quantile

flows near the tails and to deemphasize stability of the parameters them

selves. Recent work by Thomas and Houghton which is summarized in Houghton

(1977), Matalas and Wallis (1978), and others suggests that the Wakeby

distribution, particularly when suitable parameter estimating techniques

such as "probability-weighted moments" are used, produces remarkably stable

estimates of extreme quantile-flows even though the parameters themselves

are highly variable. The reason for this robustness of the tails might inhere

in the fact that the Wakeby's five parameters provide enough flexibility,

that is, enough overlap between high and low values (or right-hand and

left-hand tails), to force a functional form for which estimates well be

yond the limit of observations are very robust. Whether the Wakeby or some other distribution is imposed, it is clear

that traditional reliance on lower moments alone, as Maddock and Matalas

did in their paper, should be replaced by techniques which are robust in

their extrema, and that suitable temporal and spatial dependence should

be built into generating algorithms for extreme flows.

BLM_0004417

Currently available

multisite flow generators do not use the Wakeby or similar (Tukey-type)

distributions; work is now underway to produce such generators. (ii) Incorporation of Water Demands To save computer time, it is appropriate to divide the year into

seasons of unequal length so that high-flow periods, during which there is

presumably no problem in meeting demands imposed by energy, and other

natural resource, development projects can be represented by coarse time

steps, while low-flow periods can be represented by months, weeks, or days

to obtain a resolution appropriate to the problem. This discussion does not deal with demand patterns for several com

peting uses of a water resource; however, if these demands were defined

and ranked in terms of priority, they could be used as inputs to the simu

lation program whose operating policy treats them in order. (iii) The Operating Policy There have been many efforts to use programming techniques to identify

optimal operating policies, but according to Loucks* these methods cannot *Daniel P. Loucks, Professor of Water Resources Engineering, Cornell

University (personal communication, April 1977).

readily handle multiple-reservoir systems. Thus, the work of Young (1967),

Buras (1965), and Jacoby and Loucks (1972) is not generally applicable to

large, multi-reservoir storage systems unless it can be modified to ac

BLM_0004418

commodate multiple storage sites. An algorithm developed
recently by

Fiering and Loucks (1977) is a fast approximation to the
Space Rule de

veloped earlier in the Harvard Water Program (Hufschmidt
and Fiering, 1966).

This rule allocates storage, rather than releases, so as to
equalize the

probability of spill among all reservoirs in the system;
the new algorithm

shows promise of being widely adopted in simulation
studies. The identification of an optimal storage policy
cannot proceed inde

pendently of the calculation of costs and benefits (or
penalties). That

is, an optimal policy purports to promote beneficial uses
or to reduce

nonbeneficial uses; without a clear statement as to what
constitutes such

uses and how multiple uses are to be evaluated and
compared, it is impos

sible to promulgate an optimal policy. But it is
mathematically awkward to

include realistic benefit and loss functions in most
operating policy

formulations; the resulting dynamic programming techniques
have been applied

to significant planning problems of this sort but they
characteristically

consume so much computer time and storage that on balance
their utility is

suspect. The burden of obtaining optimal solutions
essentially precludes

the use of the technique for all but large water resource

systems in which

it is anticipated that even modest improvements in system operations would

justify the incremental expense of the analysis. (iv) Alternative Analyses of Reservoir Storage-Yield A computer simulation program for storage design operates in one of

two modes. If a storage-yield (using a sequent peak or Rippl curve)

analysis is to be made, the synthetic hydrologic sequences are divided into

N specified lengths or design periods of length T for each of which a stor

age -yield analysis produces a requisite storage capability for the entire

system. These N storage values are then arrayed and averaged over all

design periods of equal length T. The distribution and moments can be

assessed with respect to cost, risk, and so on. By changing the water

demands, design period, operating policy, and the like, a range of requisite

storages (or their distributions) can be calculated, as Maddock and Matalas

have done in their study. This form of analysis is not properly a

simulation because the analysis produces a solution; a true simulation

makes a design choice and asks: ''What are the consequences of this de

cision?'' The alternative form of analysis utilizes a very long synthetic se

quence under a presumed system design and system operating policy, and

from the calculated indexes of system performance a plot is made on a

contour map of the index of system reliability (note the several definitions

given above) as a function of the design decisions (including system tar

gets or demands). In the simple one-reservoir case, this is analogous to a

storage-yield function, or input-output curve. However, the input-output

curve is not a deterministic locus, but a family of curves or contours

relating storage (input), "firm" yield (output), and the associated level

of reliability which is tantamount to defining just how "firm" the "firm

yield" really is. When dealing with more than one storage facility, the analysis is

slightly more complicated because many combinations of storage could pro

duce the same yield and reliability levels, which complicates the

definition of the abscissa. For management purposes, the quantity to plot

is the least-cost combination of storages which produce the given yield

and reliability; this is similar to the so-called equivalent storage or

cheapest single downstream storage whose performance characteristics are

identical to some upstream combination (the work of Moen (1977) has been

important in this regard). (v) The Use of Standards for

Reducing the Policy Options Assume we have before us a simulation model which is driven by a

reasonably comprehensive operating policy, subject to appropriately selected

historical, or to generated synthetic records, or both, and augmented by a

set of functions for calculating benefits and costs of the water resource

system. The assessment of these economic outcomes has historically been

taken to be derived directly from some set of functions and values which

are appropriate and applicable to all the parties interested in the project.

It should be noted that almost all important projects, and certainly those

that produce undesirable and controversial side effects such as water pol

lution, destruction of wild and scenic regions, upstream-downstream con

troversies with regard to flood control, and the like, engender powerful

interest groups whose perceptions of the value of specified physical out

comes vary enormously. It is naive to believe that conflicting interests

will place the same values on the outcomes of a given project. Further, it

is naive to believe that any set of criteria or standards will be uniformly

acceptable, given our institutional arrangements, to all the parties who

profess vested interests in the project. There are several alternatives

BLM_0004422

to the inevitable chaos, including administrative fiat which establishes

an objective function by executive action (as might occur in the private

sector) ; some form of plebiscite or referendum under which the various

interests are given a range of weights; and some set of guidelines for

reducing the potential chaos by compressing the total number of options to

an irreducible minimum which might then be sorted and ranked through a

variety of negotiating and political processes. Most decision makers would agree that executive order is the least

complicated because there is no appeal, no disagreement, and no conflict.

But given the realities of our political and institutional infrastructure,

it seems clear that some limited negotiation must take place, that in

centives or side payments must be arranged, and that interest groups must

be offered compromises for resolving the conflict. In order to reduce the number of options for consideration at the

final stages of planning and negotiation, it is useful to establish con

straints which then dictate that certain combinations or alternatives are

not feasible; we call these constraints standards. While it is conceptually

attractive to develop such limitations to the technologically possible al

BLM_0004423

ternatives, it is operationally a difficult task. For example, if environ

mental standards are to be based on toxicological evidence concerning long

term cumulative effects of pollutants, the statistical evidence often leads

to contradictory judgments concerning allowable levels of exposure. Even

more basic, the notion of exposure is ill-defined because duration, fre

quency, and intensity are all intimately involved in calculating the cumu

lative insult. Is long-term, but slight, violation of some toxicological

standard equally as dangerous as periodic violations which produce the same

total pollutant flux in the environment? Is either of these equally as

dangerous as an infrequent or short-term exposure to a greater intensity?

If a standard is written in terms of the seven-day, ten-year return period

level (for example, low flows or pollutant concentrations), how do we ac

count for a protracted period, say fourteen days, which is in violation?

Is that to be counted as one violation or more than one? Thus, the establishment of standards that deal with extreme events

becomes a particularly slippery statistical matter, whereupon it becomes

essential in establishing such standards further to suggest the use of

probability estimating procedures which are robust with

respect to their

ability to estimate the tails of the distributions of violations. It has

previously been noted in this discussion that the Wakeby distribution, a

member of the generalized Tukey family of X-densities, is particularly

resilient and robust with respect to the tails. This remarkable property

of the Wakeby, owing in part to the richness and flexibility imparted by

its five parameters, allows for adjustments and adaptations to small-scale

sampling fluctuations, and even to some outliers, so that important ad

vances in the establishment of standards can be made through the use of

similar densities. By application of such standards, and by careful defi

nition of the vectorial aspects of a "violation," a substantial number of

options can be excluded from consideration because they do not meet the

conditions for further consideration. (vi) The Analysis of Policy Options: the Negotiation Frontier Utilization of the Yampa River for process water in the Maddock-

Matalas coal development model poses potential conflicts between proponents

of the scheme and those who support competitive uses of the water resource.

Such conflict is typical rather than rare because it only infrequently

happens that all the parties impacted by a proposed development can agree

on the need for, and assessment of, a resource project. The relationships

among users are not necessarily symmetrical; upstream withdrawals are made

at the expense of downstream users, but there is little that the down

stream users can do physically to alter the upstream supply. However,

there may be institutional arrangements and incentives which might allow

the laws of economics and political science somehow to drive the disparate

interests toward a compromise. For purposes of illustration, we assume that the interests of the

various parties are not antagonistic; that is, no party desires the im

poverishment of the others. Note that this differs from the usual zero-

sum game in which losses to one player represent gains to another so that

the players compete against each other for those assets which change hands.

In the application here, and in the model used symbolically to represent

it, interests of the opposing parties may conveniently be thought of as

being independent (in mathematical terms, orthogonal). Consider only two

interest groups, A and B. Group A does not care if Group B does very well

so long as it does not cost them anything, and conversely. The best al

ternative (in that neither group can do any better without

harming the

other) is not necessarily the same as that which optimizes a benefit/cost

or net benefit criterion function, unless side payments and other compen

sations are allowed. Optimization of a single criterion function is more

appropriate in the private sector, in the military services, and in a

setting in which the objective function can be established by decreei

whereas the negotiated or compromise optimum, known by economists as the

Pareto-optimal solution, is more appropriate in the public sector and in

those resource allocation problems whose solutions must ultimately

serve several vested interests whose objectives are not mutually con

gruent . A graphic way to display Pareto-optimality is to consider a decision

which impacts two groups, A and B, whose interests are independent. Limi

tation to two groups is suggested because it requires only simple graphi

cal techniques to demonstrate the arguments. In the general case, any

number of groups or vested interests can be represented, but the dimension

ality of the space required to visualize the process increases with the

number of such groups. Each group is asked to consider a set of decisions or alternatives.

BLM_0004427

In fact, there are an infinite number of such alternatives because design

decisions are generally make along a continuum. But in practice it is

reasonable to reduce this to a set of decisions on a discrete domain so

that the total number of options is manageable. It should be emphasized

that the art of resource-system design is contained in generating and

sorting a sufficiently small number of alternatives to allow systematic

evaluation by simulation or other form of analysis. This is not a trivial

task and involves intuition, judicious application of standards and criteria

which preclude as infeasible large portions of the decision space, con

sultation with clearly identified interest groups, articulation of ob

jectives and objections for each, and so on. The participants are asked

to rank or to evaluate (without communication with one another) the options.

Groups A and B derive their benefits and calculate their costs using dif

ferent algorithms. In any event, the point $(A\hat{},B\hat{})$ can be plotted on

Cartesian coordinates for which $A\hat{}$ is the benefit perceived by Player A

for the i*''*1 project and $B\hat{}$ is the benefit perceived by Player B for the

alternative. Clearly if there were more players, the point would have to

BLM_0004428

be plotted in n-dimensional hyperspace and would have coordinates

$(A\hat{}, B\hat{}, C\hat{}, \ldots)$. Under our assumed rules of behavior, any solution point which lies to

the north or east of point i is said to dominate it because at least one

party is made better off and no party is penalized. Similarly, any point

which lies to the south or west is said to be dominated by point i, for

which all players do at least as well and at least one player does better. Thus, the northeastern boundary of all points can be thought of as

dividing the (A,B)-plane into three portions: the dominated solutions

which lie to the south and west of some other point(s)\ the infeasible

zone which lies to the north and east of the undominated solutions and

represents that portion of the plane which cannot be reached because of

technological or institutional limits, and the boundary which separates

these regions. This boundary is called the negotiation frontier. If Pareto-optimality is to be achieved, the solution must lie along

this frontier. Identification of the alternatives which define the

frontier is an extremely useful task because it reduces the number of solu

tions which remain as serious competitors in the process and because it

hints at side payments or incentives which might be proposed if the indi

BLM_0004429

viduals agree to some solution. It is also interesting to consider the

effects of having one player or another change his evaluation function with

out changing the ranking; that is, of making a monotonic transformation of

the response frontier. Consider, for example, that the analysis is plotted

on an elastic sheet rather than a piece of graph paper and that the sheet

is stretched differentially in each of the coordinate directions. While

the slope of the negotiation locus will change, indicating different levels

of incentives required to promote movement between alternatives, the un

dominated strategies remain unchanged. Thus, each group does not have to

inquire, and should not even care, how the other group evaluates the out

comes; it is essential only that the evaluation function produce a mono

tonic or transitive ranking which is based on multi-dimensional preference

expressed for each of the alternatives. (vii) The Role of Public Institutions in Public Policy Decisions Having identified the (hopefully) small undominated set of strategies

for final negotiation, it remains to implement the necessary incentive

programs and to provide for transfer of articulated benefits and costs so

that the interest groups can move toward a compromise solution with appro

BLM_0004430

priate guidelines from the program administrator. It would be naive to

think that every conflict could be so peacefully resolved, that every dif

ference could be reduced to monetary terms, or that we could rapidly become

adept at arranging side payments--a mechanism which we in the United States

are historically loathe to adopt and which our institutions are not well

designed to accomplish. But the alternatives to accommodating such pay

ments are not attractive. One is to do nothing, to continue the debate by

authorizing additional studies and restudies which promise to be no more

illuminating or convergent than their predecessors. Another alternative is

to initiate a series of lawsuits and legal actions which force the de

cision-making process into the judicial system--perhaps the worst possible

place for it to be, with all of its rigidity and bias. A final alternative

is to throw the whole matter to the executive or legislative branch in the

hope that there will emerge a politically acceptable decision by which all

parties would have to abide. Compared to these alternatives, Paretian analysis is benign. Experi

ence dictates that incrementally negotiated decisions will be made, that

small improvements will be initiated, and that as this

BLM_0004431

approach to resolv

ing conflicts grows in popularity and acceptance, more
substantial problems

might be solved through its application. The proper role of
the administration or government concerns identifi

cation of the parties with vested interests, generation and
validation of

the data bases on which the several parties establish their
technological

and economic responses, provision of a forum within which
the parties can

whereby the vector of physical responses is assessed, and,
finally, pre

sentation of the multi-dimensional scoresheet or plot from
which the vari

ous trade-offs and negotiations can be assessed and
compared and from which

the parties can be encouraged to move toward a
Pareto-optimal resolution.

Thus, government's role is to facilitate, and to provide
the basic data

for, negotiations along the negotiation frontier. This is
not a customary

role for American bureaucracy which is more accustomed to
developing, inter

preting, and executing federal regulations and to
constructing the actual

systems. The role of government as a mediator rather than
as a participatory

agent represents an important shift in emphasis and
involvement which

should be encouraged. The important point is that decisions
under uni

formly agreeable objective functions reducible to monetary terms are virtu

ally never made in the public sector except under emergency conditions. In

the absence of these conditions, some form of negotiation must be under

taken, and this can best be done in an atmosphere which encourages articu

lation of the various objectives, values, and criterion functions.

Conelusions An appropriate systems analysis of a water resource problem has com

ponents which deal with the following issues: (1) statistical description

of the hydrologic inputs with particular reference to distribution of ex

trema and classification of the stochastic meteorological processes (par

ticularly precipitation and streamflow) in the area; (2) an analytical or

numerical model for calculating the (physical) criterion function, which

model would include a system operating policy, a vector of system targets,

and a set of system constraints; (3) rules for identifying the various

interest groups and for assessing the system performance and system costs

for each; (4) an algorithm for identifying the Pareto-optimal solution or

for conducting an appropriately thorough search of the multi-dimensional

response space to be comfortable with the solution; and (5) a formalism

BLM_0004433

for recognizing that the best solution represents a consensus or compromise

among conflicting interests and for encouraging the institutions to recog

nize that most water resources decisions are made under conditions of

conflict of interest. Maddock and Matalas deal with only a small portion of this list; their

objective was not to describe the details of a comprehensive reservoir

simulation and storage study but rather to show, by excising a small piece

of the total package, how different levels of demand for water supply to

serve a coal gasification project exact a wide range of storage requirements

on a typical river system. The more complete type of study described in

Baras, Nathan. 1965. ''The Optimization of Large Scale Water Resource Systems: Operational Aspects.'' Unpublished memorandum (Los Angeles, Calif., University of California, Department of Engineering, September).

Fiering, Myron B., and Daniel P. Loucks. 1977. Unpublished memorandum on work in progress as reported to the U.S. Department of the Interior, Office of Water Research and Technology (Cambridge, Mass., Harvard University, Division of Applied Sciences, 30 June).

Houghton, John. 1977. "Robust Estimation of the Frequency of Extreme Events in a Flood Frequency Context" (Ph.D. dissertation, Harvard University, Division of Applied Sciences, Cambridge, Mass.).

Hufschmidt, Maynard, and Myron B. Fiering. 1966. Simulation Techniques for Design of Water Resource Systems (Cambridge, Mass., Harvard University Press) .

Jacoby, Henry D., and Daniel P. Loucks. 1972. "Combined Use of Optimiza tion and Simulation Models in River Basin

Planning," Water Resources Research vol. 8, no. 6
(December) pp. 1401-1414.

Matalas, N. C., and James Wallis. 1978. Unpublished
memorandum on work in progress as reported to the
Environmental Systems Program, Harvard University (Reston,
Va., U.S. Geological Survey, Water Resources Division, 27
April).

Moen, Terje. 1977. ''Development of Mathematical Models for
Preliminary Screening in Water Resources Design" (Ph.D.
dissertation, Harvard University, Division of Applied
Sciences, Cambridge, Mass.).

Young, George K., Jr. 1967. "Finding Reservoir Operating
Rules," American Society of Civil Engineers, Journal of
Hydraulics Division HY6.
THE POTENTIAL IMPACTS OF ENERGY
DEVELOPMENT ON WATER RESOURCES IN THE YAMPA RIVER BASIN: A
DISCUSSION Timothy Doak Steele*

Introduction The analyses presented in the paper by Thomas
Maddock III and N. C.

Matalas describe possible direct effects on the flow and
quality of the Yampa

River of mining and conversion of coal, based upon two
assumed development

alternatives, each with two levels of environmental
controls. The purpose

of this discussion is to supplement the material contained
in the Maddock-

Matalas paper with a brief overview of several recent
assessment studies of

the Yampa River Basin. These assessments and studies were
supported and

undertaken by the U.S. Geological Survey's Colorado
district office in Denver

by a project known as the Yampa River Basin Assessment
(Steele and coauthors,

1976a; 1976b).

The Yampa River Basin Assessment Project The Yampa River

BLM_0004435

Basin Assessment is a three-year project supported by

the U.S. Geological Survey designed to evaluate the water resources related

implications of the region's economic development which is rapidly increasing

due to increased mining, conversion, and transport of coal. For purposes of

the basin assessment analyses, the entire Yampa River Basin east of Dinosaur

National Monument (figure 1) was included which encompasses an area of *Hydrologist, U.S. Geological Survey, Lakewood, Colorado. F i g u r e 1 . T h e Y a m p a R i v e r B a s i n , C o l o r a d o a n d W y o m i n g S o u r c e : S e e f o l l o w i n g p a g e . E X P L A N A T I O N M I N E P O W E R P L A N T E X I S T I N G R E S E R V O I R P R O P O S E D R E S E R V O I R S W E E T W A T E R I L I T T L E S N A K E R I V E R S U / B B A S I N * C A R B O N B O U N D A R Y T 0 8 ° W Y O M I N G S t u d y \ \ a r e a ^ ^ ^ C O L O R A D O < ? / I h J V ) > . D e n v e r W Y O M I N G c o ' l o r a d o " M O F F A T Y A M P A R I V E R s U B B A S I i S t e a m h o a t R O U T T < P r d b o s e d r i / O a k / C ' r e e k B e a r \ S t e a m b o a t S p r i n g s / D i n o s a u r N a t i o n a l M o n u m e n t B a s e f r o m U . S . G e o l o g i c a l S u r v e y 1 : 5 0 0 , 0 0 0 S t a t e b a s e m a p , 1 9 6 9 0 1 0 2 0 3 0 M I L E S 1 1 1 - i r 1 1 0 1 0 2 0 3 0 K I L O M E T E R S R T O O B L A N C q ) \ F a m p a • • ' ■ ' * > 3 ^ ^ / f Y a m c o l o 2 : < 1 f - j ¤ B a g g s J J f S l a t e r / _ _ _ 1 0 7 ° C r a i g T r P j l a y d e y r * m ( U n d e r ] l c o n s t r u c t i o n ) 3 ^ $ 4 ? ■ / V V . 1 i a n s l l ° S T J u n i p e r L _ _ _ j E c h o * [ y a m P A \ I P a r k

F i

g u

r e

1

.

( c

o n

t i

n u

e d

) Source: I. C. James II and T. D. Steele, "Applications of Residuals Management Techniques for Assessing the Impacts of Alternative Coal Development Plans on Regional Water Resources," Proceedings, Third International Symposium in Hydrology (Fort Collins, Colo., Colorado State University, 1977).

approximately 8,080 square miles (21,900 km ) in northwestern Colorado and

south-central Wyoming drained by the Little Snake and Yampa rivers. Several

physical based models and qualitative analyses conducted as part of the basin

assessment project have been coordinated with regional residuals-environmen

tal quality management and water-use studies conducted by a systems analysis

group of the U.S. Geological Survey in Reston, Virginia. These joint under

takings are discussed in James and Steele (1977). As noted in the Maddock-Matalas paper, projections of water consumed

and residuals generated by coal resource development alternatives provide

information for evaluating the water-related environmental consequences of

each alternative. Projected water requirements for various scenarios are

compared with estimates of water availability in both a physical and legal

BLM_0004437

sense (Knudsen and Danielson, 1977). As a consequence of coal resource and

associated economic development, major surface water impoundments have been

proposed in the basin (Steele and coauthors, 1977; Steele, 1978). A total

of thirty-five reservoirs have been proposed under nineteen projects by

the U.S. Geological Survey (table 1). At least two planned transbasin

diversions exporting water from tributary streams of the Yampa and Little

Snake rivers indicate additional competition for uses of available surface

waters in the basin (Steele and coauthors, in press). These are the Hog Park

diversion of tributary stream waters of the Little Snake River to the city

of Cheyenne, Wyoming, and the Vidler Tunnel diversion of headwater tributary

streams of the Yampa River, as well as other west-slope waters, to the city

of Golden, Colorado. Both planned diversions are for municipal and industrial

uses. Two small existing diversions have a negligible effect on downstream

flow conditions. 2

T a

b l

e

1 .

Proposed Major Surface Water Impoundment

s River Total Project Reservoir or creek capacity (acre feet) a Project purpose Remarks Carbon County, Wyoming Savery Savery (19,000) SPI Alternative to Sandstone site (USBR EIS) * Sandstone Savery 15,500 SPI Moffat County, Colorado Pothook Slater 60,000 SPI Water rights application of 73,580 acre feet. Juniper Yampa 1,079,990 LY, JCI, P Original wate

BLM_0004439

r r i g h t o f 8 4 4 , 2 9 0 a c r e f e e t p l u s e n l
a r g e m e n t o f 2 3 5 , 7 0 0 a c r e f e e t . C r o s
s M o u n t a i n Y a m p a 1 4 2 , 0 0 0 L Y , J C I , P J
u b b J u b b 2 , 2 5 0 L Y I A p p l i c a t i o n f o r w
a t e r r i g h t s n o t f o u n d . T h o r n b u r g M i
l k 3 6 , 0 0 0 Y J I W a t e r r i g h t s a p p l i c a t
i o n o f 3 1 , 8 1 0 a c r e f e e t . C r a i g Y a m p a
4 4 , 4 9 0 U I N , D R a m p a r t F o r t i f i c a t i o
n 1 2 , 3 3 0 L Y , G N I

T a

b l

e

1 .

( c

o n

t i

n u

e d

) R i v e r T o t a l P r o j e c t R e s e r v o i r o r c
r e e k c a p a c i t y ( a c r e f e e t ) a P r o j e c t
p u r p o s e R e m a r k s R o u t t C o u n t y , C o i o
r a d o C a l i f o r n i a P a r k E l k h e a d 3 6 , 5 4
0 ! L Y , G N I H a y d e n ( M e s a ) S a g e 8 , 6 2 0 j
C U I » D T r o u t T r o u t 2 3 , 3 4 0 i P M I , N , D C
h i l d r e s s T r o u t 2 4 , 1 6 0 0 C P M , N , D U p p
e r M i d d l e M i d d l e 1 0 2 , 2 0 0 O C P P , N W a t
e r r i g h t s a p p l i c a t i o n o f 1 7 , 0 0 0 a c r
e f e e t . L o w e r M i d d l e M i d d l e 2 5 , 1 5 0 O
C P P , N W a t e r r i g h t s a p p l i c a t i o n o f 1
7 , 0 0 0 a c r e f e e t . T w e n t y M i l e F i s h 1 5
, 3 0 0 J E L I D u n c k l e y F i s h 5 7 , 0 9 0 i U Y ,
H M I , D , S H i n m a n P a r k E l k 4 4 , 0 4 0 P S C P
B i g C r e e k B i g 6 , 9 0 0 b b G r o u s e M o u n t a
i n W i l l o w 7 9 , 2 6 0 b b P l e a s a n t V a l l e y
Y a m p a ( 4 3 , 2 2 0 ) C R W C D I W o o d c h u c k Y a
m p a ( 4 0 , 0 0 0 ) C R W C D I

T a

b i

e

1 .

( c

o n

t i

n u

e d

) River Total Project Reservoir or c
reek capacity (acre feet) Project p
urpose Remarks Routt County, Color
ado Lake Catamount Yampa 7,400 PVIR
, M Yampa Yampa (151,120) OCPP Water
rights conditional decrees; not i
ncluded in Oak Creek Water & Power Pr
oject, Blacktail Yampa 229,250 YGC
PL ower Green Green 99,600 YGCb Wate
r rights application of 45,000 acre
feet. Main Green Green (103,230) YG
Cb Water rights conditional decre
es; not included in Oak Creek Water &
Power Project. Yampa Yampa (32,500
) VTWX Overlapping sites, Blacktai
l Reservoir. Morrison Morrison (12
,500) VTWX Service Service (22,000
) YGCb Water rights conditional de
crees; not included in Oak Creek Wat
er & Power Project, Wren Fish 2,160 b
I,R,D Allen Basin Middle Hunt 2,250
b I,D

T a

b l

e

1 .

( c

o n

ti

nu

ed

) Reservoir River or creek Total cap aclty (acre feet) | Project Project | purpose i Remarks Routt County, Colorado Bear Yampa 11,610 UY, WI Bear Yampa (30,000) CUN Yamcolo Bear 9,000 UY, TL, N, D Water rights application of 6,530 acre feet. Total 2,176,430 Project codes: CRWCD, Colorado River Water Conservation District SP, Savery Pothook Project (USBR) CU, Colorado Ute Association T, Toponas Project (CRWCD) GN, Great Northern Project (CRWCD) UI, Utah International, Inc. HM, Hayden Mesa Project (CRWCD) USBR, U.S. Bureau of Reclamation JC, Juniper Cross Mountain Project UY, Upper Yampa Projects (CRWCD) JEL, J.E. Lutrell VTW, Vldler Tunnel Water Company LY, Lower Yampa Project (CRWCD) (Sheephorn Project) OCP, Oak Creek Power Company w, Wessels Project (CRWCD) PM, Plttsburg & Midway Coal Company YGC, Yampa Green Corporation PSC, Public Service Company of Colorado YJ, Yellow Jacket Project (USBR) PVI, Pleasant Valley Investment Corporation Project purposes: D, Domestic; I, Irrigation; M, Municipal; N, Industrial; 0, Other; P, Power; R, Recreation; S, Stock supply; X, Export (transba s diversions)

Ta

bl

e

1.

(c

on

BLM_0004442

t i

n u

e d

) S o u r c e : T . D . S t e e l e , D , P . B a u e r , D
. A . W e n t z , a n d J . W . W a r n e r , " T h e Y a m
p a B a s i n , C o l o r a d o a n d W y o m i n g A P r e
v i e w t o E x p a n d e d C o a l R e s o u r c e D e v e
l o p m e n t a n d I t s I m p a c t s o n R e g i o n a l
W a t e r R e s o u r c e s , " Y a m p a R i v e r B a s i
n A s s e s s m e n t P r o j e c t R e p o r t , i n r e v
i e w ( D e n v e r , C o l o . , U . S . G e o l o g i c a
l S u r v e y , i n p r e s s ) . C a p a c i t i e s i n p
a r e n t h e s e s i n d i c a t e r e s e r v o i r s c o
m p e t i n g f o r t h e s a m e s i t e s . b I n f o r m
a t i o n n o t a v a i l a b l e . For purposes of
evaluating water resources related implications of coal

development in the Yampa River Basin, uncertainties in the
projections of

coal production and in the forms of utilization of future
mined coal have

been considered (Udis and coauthors, 1977; Steele and
coauthors, in press).

In 1975, only one coal-fired power plant operated in the
basin, near Hayden,

Colorado (figure 1); the bulk of the mined coal was
transported out of the

basin by unit train to markets in the Front Range of
Colorado and in midwestern

states. An additional coal-fired power plant currently is
under construction

near Craig, Colorado (figure 1). Proposed are at least one
more power plant as

well as possibly a coal gasification plant and a coal
slurry pipeline. For the

same amount of mined coal, various considerations of these
facilities would

BLM_0004443

have a range of implications in terms of water use and
discharged residuals. Effects of these uncertainties are
transferred when projecting popula

tion growth due primarily to the anticipated increase in
coal production as

shown in figure 2. The population growth projections made
by the Bureau of

Reclamation in its environmental statement on northwest
Colorado coal (U.S.

Department of the Interior, 1976) considered primarily
effects associated

with mining of coal on federally controlled leases. The
range of population

projections made as part of the Yampa River Basin
Assessment (Udis and co

authors, 1977) considered a range of in-basin utilization
of coal mined in

Moffat and Routt counties in Colorado (figure 1). In both
cases, a baseline

growth trend is assumed to occur in spite of projections of
mined coal. The

"alternative 5" projection is a "rapid growth" option
assuming heavy in-basin

conversion of coal to electricity. Y E A R F i g u r e 2 .
P o p u l a t i o n a n d P r o j e c t i o n s , Y a m p a
R i v e r B a s i n , 1 9 3 0 2 0 2 0 S o u r c e : S e e f
o l l o w i n g p a g e . 6 0 5 0 C / 3 Q 4 0 Z < C / 3 D 0
I K Z 3 0 z o 1 < _ l D Q . 0 2 0 0 1 0 0 1 9 3 0 1 L . . .
L . 1 - I 1 1 _ 1 1 9 4 0 1 9 5 0 1 9 6 0 1 9 7 0 1 9 8 0 1
9 9 0 2 0 0 0 2 0 1 0 2 0 2 0 C o l o r a d o W a t e r C o
n s e r v a t i o n B o a r d a n d U . S . D e p a r t m e
n t o f A g r i c u l t u r e ( 1 9 6 9 ) ( t a b l e 2 5 )
U . S . D e p a r t m e n t o f t h e I n t e r i o r ( 1 9
7 6 ) ( t a b l e s R I I - 2 8 , R I I 3 7 , a n d R l 1 1
- 2 2 , a d j u s t e d ) U d i s a n d H e s s ( 1 9 7 6 )
( t a b l e 2 7 ) , U d i s , A d a m s , H e s s , a n d O
r r ( 1 9 7 7 ) ( t a b l e s 2 8 a n d 5 0 , a d j u s t e
d ) I L 0 I S i £ / I ' £ i 7 / . / / / f < ? £ / / 8 t ' '

BLM_0004444

' & / / / / /

F i

g u

r e

2

.

( c

o n

t i

n u

e d

) Source: T. D. Steele, D. P. Bauer, D
. A. Wentz, and J. W. Warner, "The Yam
pa River Basin, Colorado and Wyomi
ng—A Preview to Expanded Coal Resou
rce Development and Its Impacts on R
egional Water Resources," Yampa Ri
ver Basin Assessment Project Repor
t, in review (Denver, Colo., U.S*, G
eological Survey, in press). Color
ado Water Conservation Board and U.
S. Department of Agriculture, Wate
r and Related Land Resources, Yampa
River Basin, Colorado and Wyoming (
Denver, Colo., 1969) Table 25. U.S.
Department of the Interior, Northw
est Colorado Coal Environmental St
atement (Denver, Coloc, Bureau of R
eclamation, December 1976) Tables
R1128, R1137, and R11122, adjusted
. Bernard Udis and R. C. Hess, Input O
utput Structure of the Economy of th
at Part of the Yampa River Basin in Co
lorado 1975. Final Report for the U.
S. Geological Survey contract P.O.
12166 (Boulder, Colo., December 19
76); and Bernard Udis, T. H. Adams, R
. C. Hess, and D. V. Orr, Coal Energy D
evelopment in Moffat and Routt Coun

t i e s o f t h e Y a m p a R i v e r B a s i n i n C o l o
r a d o P r o j e c t e d P r i m a r y a n d S e c o n d a
r y E c o n o m i c I m p a c t s R e s u l t i n g f r o m
S e v e r a l C o a l D e v e l o p m e n t F u t u r e s .
F i n a l R e p o r t f o r U . S . G e o l o g i c a l S u
r v e y c o n t r a c t P . O . 1 2 1 8 5 ( B o u l d e r ,
C o l o . , J u n e 1 9 7 7 ) . As noted in the
Maddock-Matalas paper, the indirect (population-related

and support services) effects of regional economic
development, as well as

those of agricultural and recreational activities, need to
be considered

along with the direct effects of coal mining, conversion,
and transport on

regional estimates of water use and residuals discharges.
Using plant pro

cess and surface mining models, the preliminary analyses
undertaken by

Maddock and Matalas considered only the direct effects. For
several resid

uals, such as dissolved solids and nutrients, the effects
of indirect and

other sources may exceed those associated with coal
development. Based upon

a set of seven coal resource development scenarios assumed
for the Yampa

River Basin (Udis and coauthors, 1977; Steele and
coauthors, in press), the

projected water uses and residuals discharges shown in
table 2 provide a range

of possible conditions for 1990. Both direct and indirect
effects (Hirsch and

coauthors, in press) are considered in the results
tabulated in this table. Projections of population, water
use, and residuals discharges serve as

input data to several modeling and assessment techniques

BLM_0004446

for evaluating the

environmental consequences of the anticipated development under study (Steele,

1978; Bauer and coauthors, 1978). Tabular summaries of these modeling and

assessment techniques are provided in project planning reports (Steele and co

authors, 1976a; 1976b). In the Yampa River Basin assessment studies, one

alternative included possible export of coal by slurry pipeline (Palmer and co

authors, 1977); estimates of consumptive water use by this alternative range

from one-fifth to one-fourth of the water consumed by alternatives considered

in the Maddock-Matalas analysis, which are predominantly cooling-water uses.

T a

b l

e

2 .

W a

t e

r

U s

e

a n

d

R e

BLM_0004447

siduals

Projections for the Yampa River Basin, Col

BLM_0004448

or

ad

o,

1

99

0 Coal resource development alternative 1975 Base Slow growth Moderate growth Rapid growth 7 1 2 3 4 5 6 Water use (acre feet per year): Withdrawal 406,785 420,135 425,960 453,490 442,493 449,906 536,965 506,639 Consumption 142,267 154,804 159,486 185,612 175,818 183,183 267,979 237,489 Total employment 8,709 10,281 12,021 15,776 12,576 12,688 17,437 17,814 Total population 17,897 21,128 24,703 32,419 25,844 26,075 35,834 36,607 Residuals discharged (tons per year): Ash 73,926 214,331 214,331 863,441 436,024 436,024 1,618,383 1,351,750 ther solids 12,601 36,535 36,535 182,065 74,325 74,325 275,870 247,862 Total suspended particulates (TSP) 122,225 126,077 133,076 132,546 134,448 133,218 150,856 145,425 Hydrocarbons (HC) 5,682 6,103 6,311 6,983 6,813 6,765 9,785 8,715 Nitrogen oxides (HO,) 22,193 48,915 49,224 74,562 91,182 91,108 315,393 216,075 Sulfur oxides (SO)X 11,635 20,992 21,167 26,936 35,834 35,765 114,334 78,022 Table 2. (continued) Coal resource development alternative 1975 Base Slow growth Moderate growth Rapid growth 7 1 2 3 4 5 6 Carbon monoxide (CO) 7,790 8,926 9,147 10,361 10,804 10,729 19,969 16,068 Biochemical oxygen demand (BOD) 2,152 2,169 2,188 2,228 2,194 2,195 2,245 2,250 Chemical oxygen demand (COD) 7,145 7,149 7,155 7,166 7,156 7,157 7,170 7,171 Nitrogen (N) 130 136 145 162 147 148 169 171 Phosphorus (P) 199 201 204 210 205 205 213 214 Suspended solids (SS) 13,276

20,636 36,661 36,712 36,668 36,670 54,016 54,021 Dissolved solids (DS) 62,790 74,991 89,604 89,949 89,655 89,655 105,708 105,744 Note: No baseline growth trend is assumed. Alternative code designation and composition of alternative is given in Bernard Udis; T. H. Adams, R. C. Hess, and D. V. Orr, Coal Energy Development in Moffat and Routt Counties of the Yampa River Basin in Colorado Projected Primary and Secondary Economic Impacts Resulting from Several Coal Development Futures. Final report for U.S. Geological Survey contract P.O. 12185 (Boulder, Colo., June 1977). Slow growth, 10 million tons per year; moderate growth, 20 million tons per year; rapid growth, 30.8 million tons per year. 387 Source: Adapted from water use and residuals discharge projections made by J*E. Schefter and R. M. Hirsch of the U.S. Geological Survey Systems Analysis Group. The method used is described in R. M. Hirsch, I. C. James II, and J. E. Schefter, "Residuals Management A Tool in River Quality Assessment Applied to Coal Development in the Yampa River Basin, Colorado," Symposium on River Quality Assessment, Proceedings (Minneapolis, Minn., American Water Resources Association, in press). Table 2. (continued) 388 If additional water demands for energy development as well as other

industrial and municipal purposes are superimposed on the traditional seasonal

use of surface water for irrigation, additional impoundment of surface water

will be required in the basin. As many as thirty-five major reservoirs pro

posed under nineteen projects in the Yampa River Basin (table 1) may attempt

to impound an estimated 141 percent of the long-term

BLM_0004450

mean-annual streamflow

discharge from the basin at the Dinosaur National Monument (figure 1) (Steele

and coauthors, 1977), The downstream effects of one possible configuration of four reservoirs

in the Yampa River Basin (figure 1) on the monthly patterns of streamflow and

dissolved solids concentrations are depicted in figure 3. This and other

reservoir configurations are currently being evaluated in some detail (Aiams

and coauthors, 1978).

Summary The analyses reported in the paper by Maddock and Matalas indicate some

of the direct surface water related effects of coal resource development in

the Yampa River Basin for four hypothetical coal mining and conversion alter

natives, Several environmental assessment studies recently have been com

pleted which evaluate in greater detail the water resources related conse

quences of projected development. The Maddock-Matalas paper considered a

fixed amount of mined coal, used either for conversion to electricity or gas

products in the basin. In contrast, the U.S. Geological Survey's Yampa River

Basin assessment studies consider some uncertainty in the coal mining level

projected for 1990 (table 2), and in the mixes of the utilization of coal

for conversion to other energy forms in the basin or for

BLM_0004451

transport to out-of

basin markets (Udis and coauthors, 1977). S T R E A M D I S
C H A R G E . I N M I L L I O N S O F C U B I C M E T E R S
P E R M O N T H Figure 3. Estimated Downstream Effects of
Selected Reservoir Development on Streamflow and Dissolved
Solids Concentration of the Yampa River at Echo Park,
Dinosaur National Monument, Colorado Source: See following
page. 600 i i r i I I I I I 500 400 300 200 136 m illion
cubic meters / \ ]u ' V 1 \ f \ 1 \ _l
Mean-monthly^Unregulated 126 m illion cubic meters / J
flows \ Regulated x V < x\ 100 Regulated 0 ( Unregulated
I I I i _ \ _ / / / / ) N D J F M A M J J A S 400 I I I " I
I ' I I I " I ' I / z o \ _____ / A \ 4 Unregulated I I k
I ! \ S t LU _1 300 — 309 milligrams per liter \ \ \
Mean—annual ^ / if I® 2 uj O QU C/3 / x \
concentrations \ \ Regulated f& ,fcc C/5 | Q < 200 — 185
milligrams per liteiy' l L — cc o 2 x > — 0 5 S s _i o in
<n 100 a o I I I I I i i c ) N D J F M A M J J A S

Figure 3. (continued) Source: T. D. Steele, ''Assessment
Techniques for Modeling Water Quality

in a River Basin Affected by Coal-Resource Development,1'
Proceedings, Inter

national Symposium on Modelling the Water Quality of the
Hydrological Cycle

(Baden, Austria, International Association of Hydrological
Sciences, in

press); D. B. Adams, R. H. Dale, D. P. Bauer, and T. D.
Steele, 'Reservoir

and Salinity Modeling in the Yampa River Basin, Colorado
and Wyoming," Yampa

River Basin Assessment Project Report, in review (Denver,
Colo., U.S. Geolog

ical Survey, 1978). 392 Environmental consequences depend
in part on siting assumptions. Un

fortunately, the Yampa River Basin assessment studies did
not progress as

far as initially intended in linking projected residuals
loadings with various

BLM_0004452

environmental models. Particularly in the water quality area, several link

ages are not available in an operational sense, and data on ambient levels

are lacking in necessary detail. Effects of upstream water withdrawals and

consumptive use on downstream flows depend upon assumed configurations of

impoundments and upon what specified senior (mostly irrigation) water rights

are preserved under the appropriative doctrine (Knudsen and Danielson, 1977).

Assuming certain hypothetical residuals loadings, some site-specific effects

are being evaluated (Bauer and coauthors, 1978; Andrews, in press; Warner

and Dale, 1978). Richard A. Smith s analysis (see Smith paper in this volume)

has looked at possible effects on fish and wildlife, and Andrews' (in press)

regional sediment appraisal could lead to an extension of Smith's work. On

going cooperative studies between the U.S. Geological Survey and the U.S. Fish

and Wildlife Service (Region 6 and Instream Flow Group) involve assessing

travel-time and flow-regime changes caused by proposed reservoir development

in the Yampa River Basin. Other potential environmental changes, and assess

ment possible changes, remain topics of future follow-up studies. The additional information provided by these studies should assist

environmental and water resource planners and managers both

BLM_0004453

in anticipating

and in dealing with a range of potential environmental changes resulting

from such development. Regional "post-audit" studies (Langbein, 1974)

would enable further evaluation of the relevance and adequacy of the

Adams, D. B. , R. H. Dale, D. P. Bauer, and T. D. Steele. 1978. "Reservoir and Salinity Modeling in the Yampa River Basin, Colorado and Wyoming" (Denver, Colo,, U.S. Geological Survey Water-Resources Investigations, in review).

Andrews, E. D. In press. "Present and Potential Sediment Yields in the Yampa River Basin, Colorado and Wyoming' (Denver, Colo., U.S. Geo logical Survey Water-Resources Investigations 78-105).

Bauer, D. P., T. D. Steele, and R. D. Anderson. 1978. "Analysis of Waste Load Assimilative Capacity of the Yampa River, Steamboat Springs to Hayden, Routt County, Colorado" (Denver, Colo., U.S. Geological Survey Water-Resources Investigations 77-119).

Hlrsch, R. M., I. C. James II, and J. E. Schefter. In press. "Residuals Management--A Tool in River Quality Assessment Applied to Coal Develop ment in the Yampa River Basin, Colorado," Symposium on River Quality Assessment, Proceedings (Minneapolis, Minn. American Water Resources Association).

James, I. C. II, and T. D. Steele. 1977. "Applications of Residuals Manage ment Techniques for Assessing the Impacts of Alternative Coal-Develop- ment Plans on Regional Water Resources,,[ Proceedings, Third Interna tional Symposium in Hydrology (Fort Collins, Colo., Colorado State University).

Knudsen, W. I., Jr., and J. A. Danielson. 1977. A Discussion of Legal and Institutional Constraints on Energy-Related Water Development in the Yampa River Basin, Northwestern Colorado. Final report for U.S. Geo logical Survey contract no. 14-08-0001-15075 (Denver, Colo., U.S. Geological Survey, December).

Langbein, W. B. 1974. "The Case for Case Histories,"

BLM_0004454

Memorandum to Chief Hydrologist, U.S. Geological Survey (5 July 1974).

Palmer, R. N., I. C. James II, and R. M. Hirsch. 1977. ''Comparative Assess ment of Water Use and Environmental Implications of Coal Slurry Pipe lines," Symposium on Critical Water Problems and Slurry Pipelines, U.S. Geological Survey OpjenaFile Report 77-698 (Reston, Va., U.S. Geological Survey).

Steele, T. D. 1978. "Assessment Techniques for Modeling Water Quality in a River Basin Affected by Coal-Resource Development," Proceedings, International Symposium on Modelling the Water Quality of the Hydrolog ical Cycle (Baden, Austria, International Association of Hydrologica Sciences» Publication No. 125) p. 322-332.

Steele, T. D. , D. P. Bauer, D. A. Wentz, and J. W. Warner. 1976a. "An En vironmental Assessment of Impacts of Coal Development on the Water Re sources of the Yampa River Basin, Colorado and Wyoming--Phase I Work Plan," U.S. Geological Survey Open-File Report 76-367 (Lakewood, Colo., U.S. Geological Survey).

_____. In press. 'The Yampa Basin, Colorado and Wyoming-A Preview to Expanded Coal-Resource Development and its Impact on Regional Water-Resources11 (Denver, Colo., U.S. Geological Survey Water-Resource Investigations 78-126).

Steele, T. D., R. H. Dale, D. B. Adams, and D. P. Bauer. 1977. "Flow and Salinity Modeling of Proposed Reservoirs in the Yampa River Basin, Colo rado and Wyoming" (abstract), Symposium on Lake Water Quality and Quan tity Management, Transactions of the American Geophysical Union vol. 58, no. 12 (December) p. 1132.

Steele, T. D., I. C. James II, D. P. Bauer, and Others.. 1976b. "An Environmental Assessment of Impacts of Coal Development on the Water Resources of the Yampa River Basin, Colorado and Wyoming--Phase II Work Plan," U.S. Geological Survey Open-File Report 76-368 (Lakewood, Colo., U.S. Geolog ical Survey).

Udis, Bernard, T. H. Adams, R. C. Hess, and D. V. Orr. 1977. Coal Energy Development in Moffat and Routt Counties of the Yampa River Basin in Colorado--Projected Primary and Secondary Economic Impacts Resulting from Several Coal-Development Futures. Final report for U.S. Geological Survey contract P.O. 12185 (Boulder, Colo., June). (Copies

BLM_0004455

can be obtained from the Bureau of Economic Research,
University of Colorado, Boulder, Colo.).

Udis, Bernard, and R. C. Hess. 1976. Input-Output Structure
of the Economy o_f that Part of the Yampa River Basin in
Colorado--1975. Final report for U.S. Geological Survey
contract P. 0. 12166 (Boulder, Colo., December). (Copies
can be obtained from the Bureau of Economic Research,
University of Colorado, Boulder, Colo.).

U.S. Department of the Interior. 1976. Northwest Colorado
Coal--Environ mental Statement (Denver, Colo., Bureau of
Reclamation, December).

Warner, J. W., and R. H. Dale. 1978. "Digital-Transport
Model Study of Probable Effects of Coal-Resource
Development on the Ground-Water System in the Yampa River
Subbasin, Moffat and Routt Counties, Colo rado" (Denver,
Colo., U.S. Geological Survey Water-Resources Investiga
tions, in review).

BLM_0004456

## 14 14. PREDICTING THE IMPACTS OF SURFACE COAL MINING ON TROUT POPULATIONS IN THE YAMPA RIVER BASIN

Alabaster, J. S. 1972. "Suspended Solids and Fisheries," Proceedings of the Royal Society, London vol. 180, pp. 407-419.

Benson, Norman G. 1954. "Seasonal Fluctuations in the Feeding of Brook Trout in the Pigeon River, Michigan," Transactions of the American Fisheries Society vol. 83, pp. 76-83.

Colorado Open Mining Land Reclamation Act. 1973. (Copies available from the Colorado Division of Mines, 1845 Sherman Street, Denver, Colorado 80203.)

Cooper, Edwin L. 1953. "Periodicity of Growth and Change of Condition of Brook Trout (Salvelinus fontinalis) in Three Michigan Trout Streams," Copeia vol. 2, pp. 107-114.

Cordone, Alma J., and Don W. Kelley. 1961. "The Influences of Inorganic Sediment on the Aquatic Life of Streams," California Fish and Game vol. 47, no. 2, pp. 187-228.

Environmental Studies Board. 1974. Rehabilitation Potential of Western Coal Lands: National Academy of Sciences, Study Committee on the Potential for Rehabilitating Lands Surface Mined for Coal in the Western United States (Cambridge, Mass., Ballinger).

Griffin, L. E. 1938. "Experiments on the Tolerance of Young Trout and Salmon for Suspended Sediment in Water," in Henry Baldwin Ward, Placer Mining on the Rogue River, Oregon, in its Relation to the Fish and Fishing in that Stream (Salem, Oreg., Oregon Department of Geology and Mineral Industries, Bulletin 10) Appendix B, pp. 28-31.

Herbert, D. W. M., and J. C. Merkins. 1961. "The Effect of Suspended Mineral Solids on the Survival of Trout," International Journal of Air and Water Pollution vol. 5, no. 1, pp. 46-55.

Iorns, W. V., C. H. Hembree, D. A. Phoenix, and G. I. Oakland. 1964. "Water Resources of the Upper Colorado River Basin— Basic Data," U.S. Geological Survey Professional Paper 442 (Reston, Va., U.S. Geological Survey).

James, I. C. II, E. D. Attanasi, Thomas Maddock III, S. H.

BLM_0004457

Chiang, B. T. Bower, and N. C. Matalas. 1977. "Water and Energy Use in Coal Conversion," U.S. Geological Survey Open-File Report (in draft) (Reston, Va., U.S. Geological Survey, Water Resources Division).

Jensen, A. L. 1971. "The Effect of Increased Mortality on the Young in a Population of Brook Trout, A Theoretical Analysis," Transactions of the American Fisheries Society vol. 3, p. 456-459. 436

Landis, E. R., and G. C. Cone. 1971. nCoal Reserves of Colorado Tabulated by Bed," U.S. Geological Survey Open-File Report (Reston, Va., U.S. Geological Survey).

Leslie, P. H. 1945. "On the Use of Matrices in Certain Population Mathe matics," Biometrika vol 33, part III, pp. 183-212.

Matalas, N. C. 1967. 1 Mathematical Assessment of Synthetic Hydrology," Water Resources Research vol. 3, no. 4, pp. 937-945.

McFadden, James T., Gaylord R. Alexander, and David S. Shetter. 1967. "Numerical Changes and Population Regulation in Brook Trout Salvelinus fontinalis," Journal of Fisheries Research Board of Canada vol. 24, pp. 1425-1445.

Peters, John C. 1962. "The Effects of Stream Sedimentation on Trout Embryo Survival," in U.S. Public Health Service, Biological Problems in Water Pollution (Washington, D.C., U.S. Department of Health, Education, and Welfare, Public Health Service Publication No. 999-WP-25) pp. 275-279.

Powell, Guy C. 1958. "Evaluation of the Effects of a Power Dam Water Release Pattern Upon the Downstream Fishery," Quarterly Report vol. 4 (Denver, Colo., Colorado Cooperative Fish Research Unit) pp. 31-37.

Ricker, W. E. 1954. "Stock and Recruitment," Journal of Fisheries Research Board of Canada vol. 11, pp. 559-586; 609-623.

Saunders, J. W., and M. W. Smith. 1964. "Changes in a Stream Population of Trout Associated with Increased Silt," Journal of Fisheries Research Board of Canada vol. 22, pp. 395-404.

Speltz, Charles N. 1974. "Strippable Coal Resources of Colorado," U.S. Bureau of Mines Preliminary Report 195

BLM_0004458

(Washington, D.C., U.S. Department of the Interior).

Steele, Timothy Doak, Ivan C. James II, Daniel P. Bauer.
1976. "An Environmental Assessment of Impacts of Coal
Development on the Water Resources of the Yampa River
Basin, Colorado and Wyoming, Phase II Work Plan," U.S.
Geological Survey Open-File Report 76-368 (Reston, Va.,
U.S. Geological Survey).

Trimble, Stanley W. 1975. "Denudation Studies: Can We
Assume Stream Steady State?" Science vol 189, no. 4194, pp.
1207-1208.

U.S. Department of Agriculture. 1961. "A Universal Equation
for Pre dicting Rainfall-Erosion Losses," Agricultural
Research Service Special Report, Soil and Water
Conservation Division (Washington, D.C.) .

U.S. Department of the Interior, Bureau of Land Management.
1976. Final Environmental Statement: Northwest Colorado
Coal (Washington, D.C.).

U.S. Geological Survey. 1952-58. ''Streamflow Records for
Colorado,1* Water Supply Papers (Reston, Va.).

Wallen, Eugene I. 1951. ''The Direct Effect of Turbidity on
Fishes," Bi&logy Series vol. 48, no. 2 (Oklahoma
Agricultural and Mechan ical College, Arts and Sciences
Studies).
PREDICTING THE IMPACTS OF SURFACE COAL MINING ON
TROUT POPULATIONS IN THE YAMPA RIVER BASIN: A DISCUSSION
Gordon C. Jacoby, Jr.* This discussion consists of two
parts. The first portion reviews

the paper by Richard A. Smith which is a study of one small
area within

the Upper Colorado River Basin. The second portion consists
of general

comments based on considerations of the Yampa River and how
they may be

extrapolated to cover certain other problems of the basin
as a whole. The paper by Smith analyzes the impact of an
aspect of energy develop

ment, specifically surface coal mining, on the water
quality and trout

populations of the Yampa River Basin. The author correctly

identifies an

increase in the amount of suspended sediments as one of the serious future

problems that may affect the trout fishery in the Yampa River. The paper

is a fusion of suspended sediment analyses and the effect of suspended

sediment on trout populations. The combining of these two types of models

serves to produce better insights into one of the effects of surface mining

in this area. Four surface mine reclamation scenarios are described in the paper.

One of these scenarios is no reclamation at all. This is included to

establish base values for the three other reclamation levels. The first

level of reclamation (level A) assumes that the mine operators will abide

by the Colorado Open Mining Land Reclamation Act of 1973. It is reason

able to assume that the operators will do so; therefore, this could be *Research Associate, Lamont-Doherty Geological Observatory of

Columbia University, Palisades, New York. This work was supported by the RANN Division of the National Science

Foundation, Grant No. ENV 76 16691. Lamont-Doherty Geological Observatory

Contribution No. 2634. 439

considered a most likely level of land reclamation. The most extensive

level (level C) consists of mulching the ground, fertilizing it, and

BLM_0004460

irrigating for three years. This treatment would produce a very low level

of additional waterborne sediments as opposed to the high level of water

borne sediments that could still occur under the first level of reclama

tion. However, it is unlikely that the mine operators will undertake this

level of land reclamation unless they are urged or coerced into doing so

because of one of the environmental laws, such as the Federal Water Pollu

tion Control Act and Amendments of 1948 and 1972, respectively, the En

dangered Species Act of 1973, or the Wild and Scenic Rivers Act of 1968.

For example, if it is shown that there are endangered species in the Yampa

River and that the strip mining could adversely affect them, then mine

operators could be required by law to engage in extensive land reclamation

procedures. Outside of some situation such as this, I do not think it is

reasonable to assume that the operators will engage in this level of land

reclamation. Therefore, although the author states that his results should be

"used to illuminate data needs rather than to make predictions," based

on his current assumptions and analysis, the mine operators could comply

with the Colorado Open Mining Land Reclamation Act of 1973 and still des

troy the trout fishery. This situation should lead to modification of the

act or an urgent need for more data and analysis, or both. The author has used stochastic modeling techniques to generate

1,000 years of synthetic monthly streamflows and then divided these into

ten 100^year time series. These ten time series were then used to gener

ate monthly base-line stream sediment concentrations. This is an appealing

technique in that it enables one to review likely stream sediment concen

trations for various sequences of monthly streamflow. However, the author

is remiss in just using historical streamflow data and not considering

potential depletions in flow quantities themselves.

Consumptive Use and Streamflow The Bureau of Land Management uses a production figure of 24 million

tons of coal per year from surface mining in the Yampa Basin (U.S. Depart

ment of the Interior, Bureau of Land Management, 1976). The current ten

dency is to build power plants near the coal source. Based on the ratio

of water use to coal use in energy developments in other areas of the

Colorado River Basin, approximately 6 tons of water are totally consumed

for every ton of coal consumed. Assuming this ratio to continue into the

future, this production rate would mean that over 100,000

BLM_0004462

acre-feet of

water per year will be used in converting the strip-mined coal to electri

cal energy. Current consumptive uses of water in this area include irrigation

waters diverted for 66,000 acres (U.S. Geological Survey, 1970). During

the years of 1965 and 1966, approximately 300,000 acre**feet per year were

diverted from the Yampa River for these irrigated acres (Hyatt and co

authors, 1970). Nineteen sixty-five was a high-flow year and based on the

"run of the river" method of estimating irrigation diversion, perhaps this

amount of water is unusually high, particularly for 1965. But this figure

serves as an approximation of the relative magnitude of water diverted for

irrigation. The Four County Diversion Project which is proposed to divert water

from the Yampa River to the Cheyenne-Laramie areas would divert 40,000

acre-feet per year out of the Yampa Basin (U.S. Department of the Interior,

1975), Thus, there is currently or planned a total consumptive use of over

400,000 acre-feet per year in this area (irrigation, export, and energy

production combined). The primary gaging station on the Yampa River in this region is at

Maybell, Colorado. The average measured flow at this gaging station from

BLM_0004463

1916 to 1965, inclusive, is 1,125,000 acre-feet per year
(U.S. Geological

Survey, 1970). This can be used as an estimate of the
surface water supply

for this basin. However, this figure could be slightly high
in that

moisture-sensitive trees in the area have a mean
standardized growth index

(dimensionless) of approximately 1.4 during this time
period in comparison

to a long-term average growth index of 1. The only
conclusion that should be

drawn from these tree-ring data is that perhaps the
measured flow produces

a slightly high long-term mean. However, no definitive
study has been

made as yet of the Yampa River using tree-ring methods.
When all the depletions in the basin come into operation,
they could

total about one-third of the current surface water supply
in the Yampa

River at Maybell. It is important, therefore, to consider
these depletions

in estimating future streamflows in the basin. The sum
total of these

consumptive uses will certainly have a great impact on the
flow in the

lower main stem of the Yampa River, and could also have a
sizable impact

on the upper main stem and on some of the tributaries to
the Yampa depend

ing upon where the water is withdrawn. In considering the
consumptive use collectively, the average di*

version could be as much as about 33,000 acre-feet per

BLM_0004464

month, or 1,100

acre-feet per day. This approaches the monthly total flow for certain

low-flow months. Therefore, in addition to considering the additional

sediment load added to the river, one should also consider the scheduling

of this consumptive use. In the paper by Walter Spofford in this volume,

the author discusses the concept of critical periods with regard to the

consumptive use of water and its effects on streamflow. This concept is

particularly important in the Yampa River study in that it is the critical

low-flow periods that are of most concern. There also may be critical

reaches within the stream itself where volume and depth of flow could be

detrimental to fish even though the flow and the depth may be quite adequate

at certain gaging stations. The suspended-sediment model constructed by Smith may not represent

the realities of future streamflows and sediment concentrations in the

Yampa River Basin at all since he has neglected to consider the depletion

in streamflows which will result from the various developments both cur

rently under construction in, and planned for, the Yampa River Basin.

The author has developed a model which is very appealing and which appears

to yield certain worthwhile results. However, by excluding some of the

other realities of the river system being studied, the output of the model

may not be as reliable as it might be. The author states in one of his closing paragraphs that the purpose

of the paper is to present a modeling technique for estimating the sensi

tivity of a fishery to hypothetical mining and reclamation scenarios. He

has indeed presented a worthwhile technique, but it loses some of its

value in not considering broader aspects. One of the problems with many

of the environmental impact statements and analyses of the Colorado River

Basin, and many other areas as well, is that analysts tend to focus on a

single aspect or project that they are concerned with and not to consider

this aspect or project within the broader context of development on a

regional basis.

Reclamation Threshold Levels One of the more positive aspects of this paper is that in comparing

several of the plots of sediment concentration and adult population of

trout, there appears to be a definite threshold level at which the popu

lation can continue at a quasi-equilibrium level. This threshold concept

indicates that land reclamation to the most comprehensive level mentioned

BLM_0004466

in this paper may not be needed, at least to protect the fisheries. Ac

cording to the results, the biggest difference between impacts on the fishery

is between reclamation levels A and B. Level B crosses some sort of threshold

with regard to sediment yield per acre and if this threshold is surpassed in

the reclamation procedures, the sediment yield is kept to an acceptable level

and the trout population continues to flourish. Level B is expensive but

there must be some less expensive level that could preserve the fishery. Pos

sibly one year of irrigation added to level A would sufficiently control the

sediment yield. This concept is worthy of more consideration and analysis in

that reclamation level B is not reached by the Colorado Reclamation Act of

1973, One might envision laws being modified and some sort of monitoring

system set up whereby reclamation is brought to the point where there is no

appreciable damage to the fishery, and where reclamation does not become over

ly expensive and thus reach a point of diminishing returns. As the author

states, this study points out the need for more data. I suggest that more

research and data collection be undertaken to study the kinds of threshold

effects presented by the author. This should be done to determine if these

BLM_0004467

effects can be more rigorously defined in the context of expected streamflows

rather than based on theoretical models built on historic streamflows with

out taking into consideration current and planned diversions and depletions. Along with the development of surface coal mining in the Yampa River

Basin will be an influx of people into the area and these people will be

interested in preserving the same fish and wildlife values that their job-

providing endeavours are in the process of depleting or destroying* This

makes further study of the protection of fish and wildlife values in these

areas even more important since the demands for these resources will in

crease at the very time that most of the damage is likely to occur.

Broader Implications for the Colorado River Basin Potential problems in the Yampa River Basin are illustrative of some

of the same problems that pervade the entire Colorado River Basin. There

are plans for coal mining and other energy development activities which

will consumptively use water and could contribute contaminants to both the

surface and groundwater systems. There also will be increases in local

population and, with the increase in the population nationwide, increased

demands for fish and wildlife recreational values. The Colorado River Basin, as many have observed, is a storehouse of

fossil fuels and other substances that can be used for energy generation.

It is also part of the so-called ''sunbelt11 of the United States where

populations are increasing rapidly. This region is also part of the most

water-deficient area in the United States. Thus, there are finite limits

upon the renewable water resources of this area and certain proposed

development plans could lead to approaching these finite limits in the

not-too-distant future. 445 It has been stated by some of the other authors and discussants at

this Forum that it is risky to make projections and predictions because of

certain changes and innovations that may occur. This is true; however,

there is a concept that is used in wagering on dog races called the prin

ciple of ''last time out." This means that although there are unpredictable

events that will occur in the future, the best method of evaluation is to

use the performance the last time out. As previously noted, the existing

power plants built in the Upper Colorado River Basin during the past few

years use approximately 6 tons of water for every ton of coal. This water

is consumptively used and does not return to the surface water system

within the basin in any identifiable amount. There have

been many new

power plants proposed for the upper basin and, although there have been

many postponements and even cancellations, some of these and other energy-

related facilities are still proposed. And until new decisions are made,

one should at least review the possibility of what might occur if these

plans were to come to fruition. There are also new technologies, such as

hybrid cooling towers, that can be used to conserve water. It is to be

hoped that these new technologies will be employed in all future develop

ments in the basin. However, until they are built and found to be eco

nomically feasible and reliably functional in their operation, one must

work with the state of the art as it is now and has been the "last time

out." In an analysis of the available surface water supply of the Upper

Colorado River Basin, the virgin flow was reconstructed for over 400 years

(Stockton and Jacoby, 1976). This reconstruction helped place the measured

flow data in a better historical context and revealed that the flow might

be significantly lower than it was imagined to be during the early days of

water resource development in the Colorado River Basin. These results

BLM_0004470

support some of the figures used in the supportive documents for the Colo

rado River Basin Project Act of 1968 (House Report, 1968). Thus, there is

a convergence of information leading to the possibility that water supplies

will be somewhat limited or lower than originally envisioned. In considering the overall picture, one can compare the estimated

supply and the projected demand. It is to be emphasized that there are

uncertainties in both of these estimates. Certain levels of demand were

projected in the report Water for Energy in the Upper Colorado River Basin

(U.S. Department of the Interior, Water for Energy Management Team, 1974).

These projections included development of oil shale and the Kaiparowits

generation station, as well as many other projected power plants. The

Kaiparowits plant has been cancelled and the development of oil shale now

appears to be farther in the future than estimated in this study. Other

projections of use were made by a member of the Colorado River Board of

California (Valentine, 1974). These may turn out to be more accurate in

the final analysis. However, both these levels of projected use will, by

the end of the century, reach the level of estimated renewable surface

water supply. With this potential meeting in the near

BLM_0004471

future of the supply

of surface water and the demand for consumptive use in the Upper Colorado

River Basin development of comprehensive water management plans for the

region should be undertaken at this time. This is needed so that water

can be allocated to its most beneficial consumptive uses. During the

formation of^such a management plan, it is necessary for those interested

in, and responsible for, fish and wildlife values in this region to make

House Report No. 1312. 1968. 90 Cong. 2 sess., p. 24.

Hyatt, M. L., J. P. Riley, M. L. McKee, and E. K. Israelsen. 1970. Computer Simulation of the Hydrologic-Salinity Flow System Within the Upper Colorado River Basin (Logan, Ut., Utah State University) p. E-3.

Stockton, C. W., and G. C. Jacoby. 1976. Long-Term Surface Water Supply and Streamflow Trends in the Upper Colorado River Basin, Lake Powell Research Project Bulletin, No. 18, National Science Foundation. (Copies obtainable from: Institute of Geophysics and Planetary Physics, University of California, Los Angeles, California 90024.)

U.S. Department of the Interior. 1975. Quality of Water, Colorado River Basin Progress Report, No. 7 (Washington, D.C.) p. 56.

U.S. Department of the Interior, Bureau of Land Management. 1976. Final Environmental Statement--Northwest Colorado Coal (Washington, D.C.).

U.S. Department of the Interior, Water for Energy Management Team. 1974. Water for Energy in the Upper Colorado River Basin (Washington, D.C.).

U.S. Geological Survey. 1970. Surface Water Supply of the United States, 1961-1965, Part 9, Colorado River Basin, Vol. 1, Colorado River Basin Above Green River, U.S. Geological Survey Water-Supply Paper 1924 (Reston, Va.) p.

BLM_0004472

175.

Valentine, V. E. 1974. "Impacts of Colorado River
Salinity," Journal of the Irrigation and Drainage Division,
American Society of Civil Engineers, vol. 100, no. IR 4,
pp. 495-510. PREDICTING THE IMPACTS OF SURFACE COAL MINING
ON TROUT POPULATIONS IN THE YAMPA RIVER BASIN: A DISCUSSION
Thomas H. Yorke*

Introduction Richard Smith's paper on the potential impacts
of surface coal mining

on trout populations in the Yampa River Basin presents an
interesting ap

proach for assessing the impact of coal mining on fishery
resources. The

models assembled by the author use a combination of
sediment data for the

Yampa River Basin and laboratory and field studies of
suspended sediment

and trout survival studies to predict trout population
following the initia

tion of coal mining activities. They are an excellent first
step for

assessing the total impact of sedimentation that will
result from the

extensive coal mining proposed for the western states. The
models provide a framework for evaluating the primary
impact of

increased suspended sediments, but they do not account for
the secondary

impacts of suspended sediments. The trout population model
generates

long-term populations based on egg and juvenile survival
following pro

longed exposure to high sediment concentrations. The
impacts of high

sediment concentrations on food sources and cover are not

considered.

More important, the model analyzes only suspended-sediment discharges and

not bedload discharges. This discussion will concentrate on the impact

of bedload and the secondary impact of suspended sediments to illustrate *U.S. Fish and Wildlife Service, Columbia, Missouri. 450

the total impact on the fishery resource of surface mining for coal in the

Upper Colorado River Basin.

Background Since the Yampa River and its tributaries are some of the few clear

water streams supporting trout populations in the Upper Colorado River Basin,

a review of the physical setting and the sediment characteristics of the

basin is appropriate. This will ensure that discussions of surface mining

and the resultant sedimentation will be viewed from the proper perspective

--its impact on a valuable and limited fishery resource. The Yampa River is a tributary of the Green River and drains about

8,000 square miles in northwestern Colorado and south-central Wyoming. It

flows westward from the west slope of the Rocky Mountains across rolling

hills comprising the Yampa Plateau. Its course is marked by incised me

anders and rugged canyons (Stokes, 1955). The headwater areas are under

lain by precambrium granites and associated metamorphic rocks. The central

part of the basin is underlain by sedimentary rocks of the Cretaceous and

Tertiary Age. These include interbedded shales, sandstones, and limestones,

and extensive coal deposits (U.S. Department of the Interior, Bureau of

Reclamation, 1946). The Yampa Basin is typical of all river basins in arid and semiarid

regions. There is a delicate balance between vegetal cover and surface

materials which is created by factors such as low precipitation, immature

soils, and the relatively steep topography resulting from the diverse geo

logic formations. The low precipitation (10 to 20 inches per year) re

stricts the type and density of vegetal material. The immature soils and

steep topography hold the basin on the threshold between stable surface 451

conditions with low sediment yields and extensive erosion and gulleying with

very high sediment yields. Sediment yields in the Yampa River Basin are low compared to many of

the other tributaries of the Green River. The average annual sediment 2 yield near Maybell, Colorado, is 90 t/mi (tons per square mile). The

yield of the Little Snake River near Lilly, Colorado, the basin immediately 2 north of the Yampa, is 295 t/mi . Yields of other basins range from 131 2 2 t/mi for the White River at Buford, Colorado, to 2,600 t/mi for the Price

River at Woodside, Utah (Iorns and coauthors, 1965). Since the Yampa

River Basin has a relatively high water yield compared to its sediment

yield (the basin contributes 12 percent of the total streamflow and 1.5

percent of the total suspended-sediment discharge of the Upper Colorado

River Basin), the differences between average suspended-sediment concen

trations are even more dramatic. The average concentration for the Yampa

River near Maybell is 196 mg/1 (milligrams per litre) while the average

concentrations for the Little Snake River and Price River are 1,790 and

34,000 mg/1 , respectively. The relatively low sediment yield of the Yampa River Basin in com

parison to other basins in the Upper Colorado is not completely understood.

However, because of similarities between the geology soils and the climate

of the Yampa and other basins, any change in the vegetal cover or dis

ruption of the surface materials will cause an increase in erosion and a

sediment yield that will approach those of the other basins. Surface

mining for coal will certainly provide the mechanism for increased erosion,

particularly when the removal of 50 feet of overburden is required.

Increases in sediment discharges to the magnitude of adjacent basins will

seriously alter the quality trout streams of the Yampa Basin*

BLM_0004476

Indirect Effects of Suspended Sediments The author has illustrated the direct effects of increases in sediment

concentration on trout survival. The discussion in this section will con

centrate on the indirect effect of suspended-sediment increases associated

with mining, principally the effect on food sources and cover. The direct mortality of fish due to high suspended-sediment concen

trations may significantly alter fish populations; however, suspended

sediment and turbidity are usually more harmful to the nutritive richness

of the water than directly to fish (Huet, 1965). Algae, a basic component

of the food chain, are indicators of productivity. Sediment affects algae

by physical settling, smothering attached algae, and reducing illumination

necessary for photosynthesis. A study of a Georgia stream affected by

silt pollution found only 126 plankton algal cells per ml (milliliter),

representing two genera. Another stream unaffected by silt pollution

had ten times as many cells and five times as many genera (Mackenthun,

1969). Cordone and Pennoyer (1960) also found that algae concentrations

were destroyed by sediment in the Truckee River, California. Benthic organisms, the principal food source for trout, are probably

affected most by increases in suspended sediments. Attached algae and

aquatic invertebrates thrive in the shelter and substrate provided by

gravel and rubble. Sediments that cover this substrate and fill the

interspaces can reduce benthos populations significantly. Cordone and

Pennoyer (1960) found that silt from a gravel washing plant on Cold Creek,

California, resulted In a 90 percent reduction in bottom organisms

immediately below the outfall and a 75 percent reduction 10 miles down

stream. Cordone and Kelley (1961) reported that silt from a molybdenum

mining operation polluted Moore Creek in California. A total of 432 bottom

organisms were found in the clear water compared to thiry-two in the silted

area. Another indirect impact of increases in suspended sediments is the

reduction in cover for fish, particularly the juvenile fish. Without the

cover of aquatic vegetation or the interspaces in gravel and rubble beds,

juvenile fish will be subjected to extensive predation. Sediments prevent

germination and retard growth of aquatics by reducing light penetration or

by directly smothering young plants. Fine sediment and sand also fill the

interspaces of gravel beds and completely bury other sources of cover in

streambeds. Trout and other salmonids can survive losses in

food sources and

cover; they can migrate to an unaffected section of stream. However,

the loss of food and cover represents a direct loss of quality habitat.

This type of habitat is already at a premium in the Upper Colorado River

Basin.

Effects of Bedload Increases in bedload may have the most significant long-term effect

on trout populations in the Yampa River Basin. Sediments transported

from the mine sites to the stream channels may transform sections of the

Yampa River and its tributaries into sand bed streams. The shallow

residual soil and interbedded layers of shales and sandstones that lie

above the coal seams will provide a ready source of sand during mining

operations. These larger particles may not be eroded from the mining

sites during normal runoff events, but one large flood could introduce

enough coarse sand into the channel system to provide a bedload source for

many years, A comparison of bed material samples in the Yampa River Basin and

adjacent basins illustrates that a conversion to a sand bed stream is

possible. Data presented by Iorns and coauthors (1964) show that the

Yampa River and its tributaries have largely gravel and

cobble beds while

other tributaries have a high percentage of sand in the beds. The Yampa

River near Oak Creek, the Yampa River at Steamboat Springs, and Williams

Fork at Hamilton have bed material greater than 4.0 mm (millimeters). Only

Fortification Creek in the Yampa Basin has bed material as fine as 0*250 mm.

In comparison, Black Fork has fine sand (0.62 mm) in its bed, and the Price

and San Rafael rivers have 20 to 40 percent of their bed material finer

than sand (less than 0.062 mm). It is conceivable that the distribution of

bed material of the Yampa River tributaries also could be dominated by

smaller particle sizes if extensive erosion and sediment transport from

the mine sites occur. Large quantities of sand in the channels of the Yampa Basin will

eliminate the spawning potential, food source, and desirable cover for

trout and other fish. Sand will cover gravel bars or fill redds in the

gravel beds before eggs have a chance to hatch. The shifting nature of

sand beds will limit the ability of benthic organisms to survive in the

channels, thereby eliminating a major component of a trout's diet. Gaufin

and Tarzwell (1956) ranked substrates according to their ability to support

macroinvertebrates, using a scale from one to 456. Shifting sand, which

supported the fewest numbers, was ranked one, and gravel and rubble was

ranked over 400. Sand deposits will also eliminate most of the cover avail

able in the stream channels. Sand will fill the pools and small interspaces

in the bed, and the shifting nature and abrasive action of the sand will

limit the growth of aquatic plants. The increase in bedload that can be expected because of mining activ

ities in the Yampa River Basin may eliminate the affected channel reaches

as trout habitat for many years. Large quantities of sediment will be

eroded from mining sites during storms between the time the overburden is

removed and the time the area is restabilized by various reclamation ef

forts. Intense summer storms will transport much of the sediment to the

stream system. Most of the finer particles (clay and silt) associated

with the shales will be transported through the entire Yampa system. In

contrast, the heavier particles associated with sandstones probably will

be deposited on the slopes between the mine and the channels or in the

channels near the source. Subsequent storms will transport more fine

particles downstream, also lifting sand particles and redepositing them

BLM_0004481

further downstream. This process will continue adding more and more sedi

ment to the stream channels until the mining sites are stabilized. Even

after stabilization, the sands and gravels deposited in the basin will

gradually move downstream during each spring thaw and summer thunderstorm,

resulting in unstable streambeds and poor trout habitat. These comments were intended to highlight the impact on trout habitat

in the Yampa River Basin and the Upper Colorado River Basin of sedimenta

tion resulting from strip mining. The author has shown that trout popu

lations will not be directly affected by high suspended-sediment

Summary

concentrations if very strict reclamation efforts are employed to control

sediment discharge from mine sites. My point is that the major impact of

mining on trout will be the loss of food sources and cover, and not direct

mortality from suspended sediment. My comments only reinforce the author's

statement that the results of his modeling efforts are "to be used to

Cordone, A. J., and D. W. Kelley* 1961. "The Influences of Inorganic Sediment on the Aquatic Life of Streams," California Fish and Game vol. 47, no. 2, pp. 189-228.

Cordone, A, J., and S. Pennoyer. 1960. ffNotes on Silt Pollution in the Truckee River Drainage, Nevada and Placer Counties," (Sacramento, Calif., Department of Fish and

BLM_0004482

Game, Inland Fisheries Administration Report 60-14).

Gaufin, A. R., and C. M. Tarzwell. 1956. "Aquatic Macroinvertebrate Communities as Indicators of Organic Pollution in Lytle Creek," Sewage and Industrial Wastes vol. 28, no. 7, pp. 906-924.

Huet, M. 1965, "Water Quality Criteria for Fish Life," in C. Tarzwell, ed., Biological Problems in Water Pollution (Washington, D.C., U.S. Department of Health, Education, and Welfare, Public Health Service Publication 999-WP-25) pp. 160-167.

Iorns, W. V., C. H. Hembree, and G. L. Oakland. 1965. ,fWater Resources of the Upper Colorado River Basin--Technical Report," U.S. Geo logical Survey Professional Paper 441 (Reston, Va., U.S. Geological Survey).

Iorns, W. V., C. H. Hembree, D. A. Phoenix, and G. L. Oakland. 1964. "Water Resources of the Upper Colorado River Basin— Basic Data," U.S. Geological Survey Professional Paper 442 (Reston, Va., U.S. Geological Survey).

Mackenthun, K. M. 1969. "Silts," in U.S. Department of the Interior, Federal Water Pollution Control Administration, The Practice of Water Pollution Biology (Washington, D.C., U.S. Department of the Interior) pp. 96-108.

Stokes, W. L. 1955. "Geomorphology of Northwestern Colorado," in Rocky Mountain Association of Geologists and Intermountain Association of Petroleum Geologists, Guidebook to the Geology of Northwest Colorado (Denver, Colo., and Salt Lake City, Ut.) pp. 56-59.

U.S. Department of the Interior, Bureau of Reclamation. 1946. The Colorado River--A Natural Menace Becomes a National Resource (Washington, D.C.)*

BLM_0004483

## 15 15. HABITAT EVALUATION PROCEDURES (HEP)

U.S. Water Resources Council. 1973. "Principles and Standards for Plan ning Water and Related Land Resources" (Washington, D.C., October). HABITAT EVALUATION PROCEDURES (HEP): A DISCUSSION Ralph C. d'Arge* There is perhaps no more important issue in the Rocky Mountain

states today than the direct and indirect impacts of energy development

on native ecosystems. Disturbance to flora and fauna from extraction,

processing, and transportation activities may be local and regional in

extent, but some of the more obvious direct impacts can be partially or

even completely ameliorated through land use planning and statutory re

quirements.* The indirect or "people" related effects due to demands

for outdoor experiences, low-density housing, convenient transportation,

and other "necessities" by a rapidly increasing and mobile population may

be much more severe, and ultimately more harmful. In order to assess

these effects, some type of predictive approach must be developed which

will allow, at minimum, reasonable assessment of whether substantial

negative impacts on species of an ecosystem will occur as a result of 2 energy construction and operation. There are enough Alternative loca

tions for energy development, at least in the near future, that some sites

will be precluded from development because of potentially adverse eco

BLM_0004484

system effects. In addition to siting alternatives, there is the related

issue of controls and management at the site to minimize environmental *John S. Bugas Professor of Economics, University of Wyoming,

Laramie, Wyoming. ■^An example is the Wyoming Environmental Quality Act of 1973. Predictive estimates are required in environmental impact state

ments although in practice, because of a lack of numerical models for

most species, these estimates are often nothing more than guesses.

disruption. There will undoubtedly be some important decisions on pres

ervation or development decided by the perceived magnitude of both direct

and indirect effects. Therefore, rational evaluation tools need to be

developed and refined to assess effects and provide insight into relevant

trade-offs. A traditional tool for such assessments has been benefit-cost analy

sis; that is, the imputation of monetary values for each type of effect

and a summing of these values to evaluate the efficiency gains or losses 3 associated with a particular alternative. While many difficulties have

been identified with benefit-cost analysis, this tool does allow direct

efficiency comparisons of various sites, and attributes of these sites.

Its major shortcoming is in not being able to value nonmarket aspects of

wildlife and ecosystems, most significantly values

associated with exis

tence, culture, heritage, and non-man oriented or innate values of ecosys

_ 4 terns. 3 Traditional benefit-cost analysis defines a particular weighting

system for the various categories of benefits and costs. The weight pro

vided within time intervals equals 1 and the weight across time intervals

is 1 . That is, benefits or costs accruing within a given time interval 1+r

are weighted the same while benefits (costs) in time interval t+1 are worth

1 what they are worth in time interval t, where r, a constant, denotes

1+r

the societal rate of interest. ^Recently, a number of economists have attempted to conceptualize

more clearly and to measure aesthetically and recreationally linked non

market values. See Krutilla, 1967; Krutilla and Fisher, 1975; and

Brookshire, Ives, and Schulze, 1976. The new technique described in this paper, called "Habitat Evaluation

Procedures" or HEP, is one attempt to design an alternative evaluation

system which would overcome some of the current nonmarket related defi

ciencies of benefit-cost analysis. The emphasis was to "refine, establish

and implement a system of habitat evaluation, based on nonmonetary measures

of habitat values." The U.S. Fish and Wildlife Service

BLM_0004486

system, if I may

simplify, proceeds as follows: 1. Selection of area to be impacted by the proposed project, and the subareas (sample sites) within this area. 2. Selection of ten "important" species. 3. Rank subarea habitats on a scale of 1 to 10 as to "quality" (using professional judgment) for each of the ten species. 4. Sum numerical scores over subareas and species. 5. Divide by number of subareas, or sample sites, to obtain ,fhabitat type unit value" (HTUV). 6. Subtract HTUV from 100 to obtain maximum possible "management potential unit value." 7. Multiply the habitat type unit value (HTUV) by the total number of acres to equal a total number of habitat units. 8. By some arbitrary procedure, the loss (or gain) in number of habitat units is calculated given a project (I suspect in prac tice this loss is simply the number of acres taken up by the project) , and these losses per year are summed over some arbitrary time period, say 100 years. 9. The amount of compensation for habitat losses is estimated, assum ing that land "of like management potential would be provided." Again, the calculation appears to be in acres. In my opinion, there are several fundamental problems with this "sys

tem" of evaluation that make it of little value for management purposes and

perhaps even dangerous. First, all species' habitats are given equal

weight! The quality of the habitat for moose or white tailed deer is

assumed to be no more important than the quality of habitat for rodents or

reptiles. A very low quality of habitat for any species, therefore, can be

"compensated" for by a high value for any other species and the HTUV will

not be affected. To take this point to its extreme, the ecosystem appears

to be viewed as a homogeneous whole where all parts, regardless of relative

importance for stability, resiliency, or nutrient flows, are valued equally.

This is sort of a democratic rule gone mad or extreme "animalism" applied

to ecosystems. Second, because of the arbitrary 1 to 10 scaling of habitat "quality"

and the selection of species, the HTUV cannot be compared across diverse

ecological systems, i.e., how valuable is moose habitat compared with ante

lope habitat. Third, there appears to be no way of interpreting the resulting cal

culations. What is meant by 11,000 HTUVs? How can it be compared with

another site with only 9,000 HTUVs? Is the first site a better habitat on

the average? This cannot be known without further information of a much

more detailed type. The U.S. Fish and Wildlife Service has created a new

unit of measurement; but, unlike Fahrenheit or Joule, they have not pro

vided a qualitative or quantitative basis for comparison or understanding.

Also, there is no reason to suspect that experience in its use (being hot

or cold) will provide such an understanding. Fourth, a rather subjective calculation is made of alternative lands

to see whether they, if managed at a high level of intensity, would exactly,

or nearly, substitute for the loss in "quality" of habitat due to the energy

development or water resources project. Because the compensated average

estimate is based on the previously calculated management

BLM_0004488

unit potential

value, however, even though it is in acres, there is no way of assessing

where the acreage might come from or what characteristics the new land must

have. I would urge that HEP be abolished (or greatly modified), at least

in its present form of development, and that a more general and intuitive

approach to wildlife and ecosystem valuation be undertaken, at least until

ecosystem modeling reaches a plateau of synthesis and application. To

achieve the objectives of HEP as to compensated acreage, each project could

be examined as to its reduction in a general type of habitat. A least cost

substitute habitat could be identified where cost is defined and estimated

for increased management requirements or for withdrawing land from other

developments 5 or both. The measure of habitat loss could then be in terms

of dollars, a convenient numeraire for comparative purposes. Note the

least cost for replacing unique habitats with irreversible effects from de

velopment could approach infinity, an intuitively desirable result. In

addition, sites of relatively high habitat value that are scarce could be

expensive to compensate for, while sites that have relatively low habitat

BLM_0004489

value and are easily substituted for will be cheap. Mr.
Lutey should be congratulated for a most topical and
interesting

presentation of HEP. Unfortunately, I cannot agree with his
conclusion that

HEP is superior to any approach without suggesting that it
may have an equal

Krutilla, John V. 1967. "Conservation Reconsidered,"
American Economic Review vol. LVII, no. 4.

_____, and A. Fisher. 1975. Economics of Natural
Environments (Baltimore, Johns Hopkins University Press for
Resources for the Future). HABITAT EVALUATION PROCEDURES
(HEP): A DISCUSSION Clarence Daniel* The basis of the
system presented by James Lutey of the U.S. Fish

and Wildlife Service is that all land has some value to
wildlife, with

or without a water resource project. The system, based upon
the profes

sional evaluation of wildlife habitat, offers a rapid means
of reducing

complex environmental factors to simple numbers that can be
used to

compare development alternatives. Two major advantages of
this system

are the rapidity and ease of application, and a numerical
estimate of

environmental values. The tendency in the past was to be
concerned primarily with numbers

of fish and wildlife, and then only with those species
important to fish

ermen and hunters. Senate Document 97 (U.S. Senate, 1962)
used the "man-

use-day11 concept as a basis for evaluating the effects of
water resource

projects. Excerpts from a congressional report to the House

BLM_0004490

Subcommittee on

Fisheries and Wildlife Conservation and the Environment, and to the House

Committee on Merchant Marine and Fisheries, entitled "Improved Federal

Efforts Needed to Equally Consider Wildlife Conservation with Other Fea

tures of Water Resource Developments," compiled by the U.S. Comptroller

General's Office, dated 8 March 1974, clearly establishes previous *Land Acquisition and Federal Liaison Supervisor, Wildlife Division,

Missouri Department of Conservation, Jefferson City, Missouri.

problems with evaluating the effects of water resource projects on fish

eries and wildlife solely from an economic viewpoint. The report covered

a review of twenty-eight water resource developments typical of those

which have had a major impact on wildlife in three geographic regions:

the Atchafalaya River Basin in Louisiana, the Cape Fear and adjoining

Neuse River Basins in North Carolina, and the Columbia River Basin in

the Pacific Northwest. Chapter 2, page 8, of the report states that "generally, wildlife

conservation had not been considered equally with other features of the

28 water resource developments we reviewed, and the need for equal consid

eration was demonstrated in each of the three river basins covered in our

BLM_0004491

review." Again on page 31, the report reads, "It is of
primary importance

according to BSF&W [U.S. Fish and Wildlife Service]
officials, to recog

nize that the value of having a quality environment extends
beyond the

value presently qualified in dollars, and that no dollar
evaluation now

in use or in sight provides a reliable guide for deciding
to destroy or

damage any given environment. They maintain that decisions
to damage

any given habitat must not and cannot be made on the basis
of only the

value of hunting and fishing use generated by that area."
The "Principles

and Standards for Planning Water and Related Land
Resources" (U.S. Water

Resources Council, 1973) that became effective in October
1973 attempt

to rectify past mistakes in the use of man-use-day figures
for evaluating

water resource developments. In Mr. Lutey's justification
for a nonmonetary method for evaluating

projects, he states that "obviously, project evaluations
based only on re

source use do not include all the impacts of a project on
fish and wildlife

and their habitat/' The evaluation system presented by Mr.
Lutey is

based on habitat values and has several advantages over an
evaluation

system based solely on the dollar value of man-days of use.

1. Habitat value represents an evaluation of the total resource.

A balanced, diverse habitat providing food, cover, and water produces

optimum populations of wildlife. Therefore, an evaluation of the habitat

is actually an evaluation of the entire wildlife resource and not solely

the part used by man. 2. Habitat values provide a numerical quantification of the fish or

wildlife resource based on existing conditions within the boundaries of

the project area. 3. The evaluation is derived through cooperative input from repre

sentatives of construction agencies and state and federal wildlife agen

cies. 4. Habitat values offer a means of assessing wildlife resource

values with and without the project. With the numerical values, one can

show: (a) the value of the resource without the project; (b) the losses

within project by project segments (conservation pool, flood pool, and

above flood pool); (c) the residual value (remaining value after deduction

of losses) within the project by project segments; and (d) project bene

fits. 5. Habitat values offer a basis for determining when mitigation has

been satisfied. Habitat units lost must be replaced with an equal number

of habitat units. 6. Habitat values provide an approach for linking mitigation costs 481

BLM_0004493

to total project expense. It is the feeling of most states that the

state should not have to bear the cost of development and maintenance of

mitigation lands. Lands offered in mitigation have an existing value

which cannot be used to offset losses because this value exists with or

without a project. Compensation, therefore, can be achieved only through

increasing the wildlife carrying capacity. This requires development,

maintenance and management of the lands offered for mitigation. Since

mitigation is not achieved until habitat development has taken place, the

cost of development and maintenance should be included in the costs of the

project. 7. The system also allows for recognition of project benefits.

Project benefits are expressed in the same units of measure as project

losses. The difference between habitat units of project benefits and

project loss equals the mitigation needs. Much of the criticism of the habitat evaluation system presented by

Mr. Lutey has been aimed at the conversion of subjective values to a numer

ical index. As indicated in the last paragraph of Mr. Lutey*s paper,

there exists a need for "key criteria" handbooks. This author is directly

involved with a research project financed by the U.S. Fish

and Wildlife

Service, and conducted by the Wildlife Unit of Missouri
University, to

develop a prototype handbook that can be adapted
nationwide. I believe

this handbook will remove some of the current criticism of
HEP. Success or failure of our nation to judge fairly and
display

accurately the effects of water resource developments on
our natural

resources will depend greatly on the acceptance of the
professionalism

of those involved in evaluations. The wildlife problems we
now face, and

will continue to face in the future, are too important for
those of us who

U.S. Congress, Senate. 1962. Policies, Standards, and
Procedures in the Formulation, Evaluation, and Review of
Plans for Use and Development of Water and Related Land
Resources, Senate Document 97 (Washington, D.C.).

U.S. Water Resources Council. 1973. "Principles and
Standards for Planning Water and Related Land Resources"
(Washington, D.C., October). This page intentionally left
blank

BLM_0004495

# 16 16. INSTITUTIONAL ASPECTS OF WATER ALLOCATION IN THE UPPER COLORADO RIVER BASIN: IMPLICATIONS FOR FISH AND WILDLIFE

Bentley, Arthur F. 1935. The Process of Government: A Study of Social Pressures (Evanston, Ill., Principia Press of Illinois).

Caulfield, Henry P., Jr. 1975r "The Politics of Multiple Objective Planning." Paper delivered at the Multiple Objective Planning and Decision-Making Conference of the Water Resources Research Institute (Boise, Idaho, University of Idaho).

Dewsnut, Richard L., Dallin W. Jensen, and Robert W. Swenson, eds. 1973. A Summary - Digest of State Water Laws (Arlington, Va., National Water Commission).

Fox, Irving K. 1965. "Policy Problems in the Field of Water Resources," in Allen V. Kneese and Stephen C. Smith, eds., Water Research (Baltimore, Johns Hopkins University Press).

Hart, Henry C. 1957. The Dark Missouri (Madison, Wis., University of Wisconsin).

Ingram, Helen. 1971. "Patterns of Politics in Water Resources Development," Natural Resources Journal vol. 11, No. 1, pp. 102-118.

_____. 1972. "The Changing Decision Rules in the Politics of Water Development," Water Resources Bulletin vol. 8, pp. 1177-1188.

Kneese, Allen V. 1965. "Introduction: New Directions in Water Resources Research," in Allen V. Kneese and Stephen C. Smith, eds., Water Research (Baltimore, Johns Hopkins University Press).

Krutilla, John V. 1972. Natural Environments: Studies in Theoretical and Applied Analysis (Baltimore, Johns Hopkins University Press).

Lord, Wm. B., Susan K. Tubbesing, and Craig Althen. 1975. Fish and Wild life Implications of Upper Missouri Basin Water Allocation (Boulder, Colo., University of Colorado Institute of Behavioral Science).

Lowi, Theodore J. 1972. "Four Systems of Policy, Politics, and Choice," Public Administration Review vol. 32, p. 298.

BLM_0004496

Maass, Arthur B. 1951. Muddy Waters: The Army Engineers and the Nation's Rivers (Cambridge, Mass., Harvard University Press).

Mann, Dean E. 1974. "Political Incentives in U.S. Water Policy: Relationships Between Distributive and Regulatory Politics," in Matthew Holden, Jr. and Dennis L. Dresang, eds., What Government Does. Vol. 1, Sage Yearbooks on Politics and Public Policy (Beverly Hills, Calif., Sage Publications).

Mann, Dean E. , Gary D. Weatherford, and Phillip Nichols. 1974. LegalPolitical History of Water Resource Development in the Upper Colorado River Basin. Lake Powell Research Bulletin, No. 4, National Science Foundation. Copies obtainable from: Institute of Geophysics and Planetary Physics, University of California, Los Angeles, California 90024.

_____. 1975, "Politics in the United States and the Salinity Problem of the Colorado River," Natural Resources Journal vol. 15, pp. 113-128.

Marshall, Hubert. 1965. "Politics and Efficiency in Water Development," in Allen V. Kneese and Stephen C. Smith, eds., Water Research (Baltimore, Johns Hopkins University Press).

Nienaber, Jeanne, Helen Ingram, and Daniel McCool. 1976. "'The Rich Get Richer1 Phenomenon: Comparing Innovation in Six Federal Agencies." Paper presented at the 1976 Annual Meeting of the Mid-West Political Science Association, Chicago, Illinois.

Ostrom, Vincent. 1971. Institutional Arrangements for Water Resource Development (Arlington, Va., National Water Commission).

Smith, Stephen C. 1965. "Major Research Problems in the Social Sciences," in Allen V. Kneese and Stephen C. Smith, eds. , Water Research (Baltimore, Johns Hopkins University Press).

Truman, David B. 1951. The Government Process: Political Interests and Public Opinion (New York, Knopf). ~ "
INSTITUTIONAL ASPECTS OF WATER ALLOCATION IN THE UPPER COLORADO RIVER BASIN-- IMPLICATIONS FOR FISH AND WILDLIFE: A DISCUSSION Henry P. Caulfield, Jr.* Introduction The major objective of the Forum, which included the paper by

BLM_0004497

William

Lord under discussion here, was to identify specific fish- and wildlife-

related problems and to delineate research needs. The identification of

problems and delineation of research needs was not to advance science

per se, but to apply science to a cause: the betterment of the nation's

fish and wildlife in the interests of those concerned. Lord's paper is a good general overview of his subject, leading to

statement of research proposals which certainly are worthy of further defi

nition and consideration. One could raise and discuss specific questions

about his analysis of western water law, political and administrative be

havior, and research needs. Instead, I choose to discuss certain general

matters that I see involved in the predicament of fish and wildlife in our

society. I believe that this clarification of approach is essential to

looking more clearly at problems of fish and wildlife in the institutional

setting set forth by Lord. Hopefully, it will provide useful analytical

understanding of the process of policy change and implementation, and a

guide to needed research. ^Professor, Department of Political Science, Colorado State University,

Fort Collins, Colorado. In what follows, I will discuss: (a) economics and politics generally;

BLM_0004498

(b) Lord's application of political science concepts to natural resources

environmental problems; (c) application in combination of distributive,

regulative and redistributive politics; and (d) a suggested political strat

egy for enhancing fish and wildlife values generally and for guiding selec

tion of applied research projects. Economics and Politics Both economics and politics deal with the allocation of value in a

like or dislike of fishing, hiking, or spinach). But both are concerned

with the allocation of resources in a society in terms of value. Economics as an academic and professional discipline is both positive

(i.e., scientific) and normative. Its normative paradigm of welfare eco

nomics is taken to be a norm of what ought to occur in the allocation of

resources (Pigou, 1920). Individual decisions within self-regulating mar

kets result in an allocation of resources that is taken to be optimum.

Individual decisions bringing about this good result are collectively viewed

as "consumer sovereignty," which is taken to be a fundamental good (Krutilla

and Eckstein, 1958). Lord is right when he asserts that economic analysis, both positive

and normative, as applied to problems of natural resources/environment is

overdone compared to analysis from the perspectives of other disciplines

BLM_0004499

that are involved or could become so. Without disparaging the need for

research by these other disciplines (or for true, rigorous interdisciplinary

research), I choose to confine my perspective here to the discipline of

political science. "Politics," for the purpose of this analysis, can best be defined as the

process by which a society makes authoritative decisions about the allocation

of values (Easton, 1965a). It is a "process" that is structured and occurs

over time; it is "societal" in that it is a collective process in which indi

vidual decisions play a role; and It is "authoritative" in the sense that out

puts of the process are generally accepted and have the force of law. The study of politics (although now generally labeled "political

science") has always had positive and normative approaches, and admixtures

thereof. In the last twenty-five years or so, the positive approach calling

for strict use of scientific method in studying political behavior has been

emphasized. There appears to be little concensus on a normative paradigm,

except in the gross sense of a preference for "democracy" over "totalitar

ianism." Certainly, there is little concensus as compared to that among

economists. The output of politics can be said to be "policy" plus the value-

BLM_0004500

significant results of its application by decision makers responsible for

implementing policy. "Policy," in the abstract, can be said to be the

criteria by which a decision maker decides what to do or what not to do

in a given situation (Friedrich, I960).* More concretely, policy is the

criteria contained in constitutions, laws and legislative history, judi

cial interpretations, regulations and executive orders, and so on, fol

lowed by decision makers in the implementation process. The process by which political outputs occur can be viewed as involv

ing public problem identification, solution formulation, solution ^Somewhat similarly, policy is defined by David Easton (1965b) as

"decision rules adopted by authorities as a guide to behavior....'1

legitimation, implementation, evaluation and feedback. This process once

through involves incremental policy change. It can be viewed as cyclical

within a longer time frame (Jones, 1970). The foregoing brief conceptual framework from political science can

be viewed as an appropriate context (particularly the parts dealing with

''formulation" and "legitimation" in both the legislative and executive

branches) within which to discuss the types and processes of decision

identified by Theodore Lowi (1972) and discussed by Lord: 2 Type of decision Basic process of decision 3 1. Distributive vote trading 2. Regulative bargaining,

resulting in compromise 3. Redistributive ideological adherence Among these three types of decision, welfare economics is redistribu- 4 tive. Its process of decision involves ideological adherence to a norma

tive paradigm. In effect, the private economy is taken to be the appro

priate norm for public decision making: prices (including discount rate)

used in calculating benefits and costs largely simulate the private economy 2 Lowi's fourth type of decision, "constituent," is not discussed here

because it is not immediately relevant. This writer's perception and use

of Lowi's concepts does not necessarily coincide with that of Lowi.

Probably there are some important, but now undefined, differences. 3 Popularly termed within this country, the politics of "pork barrel"

and "logrolling," particularly as applied to water resource development

projects. 4 Welfare economics, in essence, comes today under other academic labels:

modern political economy, public choice theory and the rational comprehensive

approach. Its practical manifestations in government are benefit cost analysis

and the major analytical components of the former PPBS system and the current

zero-based budgeting system. 519

and are taken to be objective expressions of value. That alternate proposed

action having maximum net benefits is accepted as being most efficient, the

right decision."* Welfare economics and its derivative ideologies have contemporary

BLM_0004502

relevance in political decision making in this country. However, they

should not be viewed as having such normative power as to rightfully pre

empt the field. Welfare economics is not some "super truth" before which

all else should give way. Certain normative ecological principles are now being viewed by many

environmentalists as "super truths." Their implementation is viewed as

necessary to establish a sustainable relationship for man in nature for the

longest possible time. The basic presuppositions of the Water Pollution

Control Act Amendments of 1972 (PL 92-500) might be said largely to re

flect such normative ecological principles. The Principles and ^ Standards of the Water Resources Council, however,

accord only equal status to National Economic Development (NED) and Environ

mental Quality (EQ) (Federal Register, 1973). They presuppose superordinate

ideological status of neither of these objectives. Trade-offs in practical

terms between these two ideological positions, NED and EQ, as well as others,

no doubt, will continue for some time to come. ^The author recognizes, of course, that economists have long recognized

"external" benefits and costs, other market failures and their inability to

value all relevant values in monetary terms (i.e., in commensurable terms).

To present to the world at large the normatively "right

BLM_0004503

answers," economists

appear to be desperately attempting to overcome certain of those difficulties,

particularly to commensurate the incommensurable. Application of Political Science Concepts to Natural Resources/Environmental Problems Lord recognizes that distributive politics is a fact, but he considers

it bad. He derisively refers to "congeries of local interests putting

together a 'Christmas tree' package" of water resource development proj

ects for passage through the Congress, with the "lion's share" of the costs

of the package to be borne by the general taxpayer. "Any consideration of

broad national objectives," he says "...constitutes a potential threat and

is to be avoided...." Lord finds western water law "remarkably congruent with the distribu

tive mode of political decision making." He mentions the trend in western

water law to enable action providing minimum low flows for fish. He fails

to mention that this development fosters conflict in water use, bargaining

and compromise--an example of increasing use of regulative politics. Lord chides federal and state fish and wildlife agencies for their

"repeated acquiescence to environmentally damaging water projects." The

bargaining, in the process of going along with the project, to achieve

mitigation of damage (or, since 1958, he could have mentioned "enhancement"

BLM_0004504

features of a project) he views as essentially distributive politics. This

bargaining and compromise, of course, represent regulative politics, not

"vote trading." Finally, to clinch his argument against distributive politics, Lord

states: "One thing is clear; social scientists differ greatly on many

water resource issues but they stand united in condemning the distributive

political process...." Lord notes, apparently approvingly, that regulative politics is making

some inroads on distributive politics. By implication, in referring to my

efforts when in government to foster regulative politics, he has in mind

that a political decision for action within the context of multiple objec

tive planning involves bargaining and compromise. Thus, it is a manifes

tation of regulative politics (Caulfield, 1975). The great ideological support for public participation in water re

source planning in recent years might also be viewed as supportive of

regulatory politics. What is being sought is public conflict between

groups having widely differing values. In the past, there has been well

organized public participation (i.e., by local groups affiliated with the

old Rivers and Harbors Congress and the National Reclamation Association),

but this participation involved people who were largely like-minded and

BLM_0004505

intensely interested. However, today, with wider public interests and

their participation, a sufficient incentive does not seem to exist to

bargain and compromise by either developmentalists or environmentalists

(Caulfield, 1975, 1976a). And, if and when a bargain is struck, there is

not the continuing organization of the coalition of interests involved in

the bargain to see that action eventually materializes.^ Redistributive politics, Lowi's third decision concept, is not men

tioned by Lord. Normatively, Lowi would appear to rank his three types of I am indebted to J. F. Mangan, Planning Officer, Regional Office,

Bureau of Reclamation, Boise, Idaho, for this critically important

observation.

politics, as follows (Lowi, 1972): 7 Distributive politics bad Regulative politics better Redistributive politics good

Normatively, Lord proceeds in the same direction. Possibly, in his effort

to get intellectually outside the discipline of economics, he is unwilling

to endorse welfare economics; but, as yet, he has not found a satisfactory

substitute paradigm applicable to water resource development and fish and

wildlife. Normative stances are important to maintenance of individual integrity

as well as to social and political well-being. But, to the extent they in

BLM_0004506

terfere with clear understanding of reality (which to some degree they do),

they tend to be a disservice both to the individual and to society. Politi

cal reality, I will argue here, usually involves application in combination

of distributive, regulative, and redistributive politics. The longstanding revulsion of eastern intellectuals against water

resource development projects as pork barrel and the product of logrolling, My ranking is perceived as implicit in Lowi's discussion; it is not

explicit. He sees distributive politics as aimed at achieving private ends

by public means, by implication, wrong. Bargaining between different inter

ests in regulative politics is better in terms of the public interest.

Redistributive politics he sees as approaching the public interest, because

he sees all citizens as affected by it. Application in Combination of Distributive Regulative, and Redistributive Politics

and the spread of this sentiment among intellectuals and others across the g

country, is clear. Lowi's first example of distributive politics is federal

water resource development projects. He cites a case study of passage of the

Rivers and Harbors Act of 1952 as his evidence (Bailey and Samuel, 1952). On the basis of the political reality revealed by that case, Lowi's

conclusion appears correct. However, if one were to refer to the ideologic

cal origins for political support of navigation projects in

BLM_0004507

Henry Clay's

proposed "American system" for national economic
development (i.e., protective

tariffs for eastern manufacturers and financing of federal
navigation projects

east of the Mississippi River), one can see that
redistributive politics has

been involved too in political decisions on federal water
development projects.

This political position was later adopted in the founding
platform (1856) of

the Republican Party (Porter and Johnson, 1970). It was
refortified by

ideology of the Conservation Movement led by Theodore
Roosevelt and Gifford

Pinchot. And further analysis would reveal the major role
that redistributive

politics has played in development of policy over many
years (e.g., benefit-cost

analysis) that has constrained the acceptability of the
projects which find

their way by distributive politics into annual authorizing
or appropriation

acts, such as the Rivers and Harbors Act of 1952. Lowi's
perspective on the application of his three concepts leads
him to

see each act of the Congress as largely determined by only
one of his types

of politics. On the other hand, my research as well as my
experience in the g I seem to recall from research some
twenty years ago that Albert Bush-

nell Hart, professor of history at Harvard University, in
the latter 19th

century was the writer who first utilized the words "pork

BLM_0004508

barrel" and "log

rolling" to express antipathy for navigation projects of the Army Corps of

Engineers.

processes of policy formulation and legitimation have led me to the conclu

sion that all three types of politics are usually, if not always, involved 9 in the policy-making process. The Wild and Scenic River Act of 1968 is a good case in point. The

idea of a federally authorized and administered wild river stems, as far as

I am aware, from the report of the Comprehensive Inter-Agency Study of the

Arkansas-White-Red River Basins, Inter-Agency River Basins Committee (1955)

and inclusion of this proposal was largely due to the professional leader

ship of Irving Fox supported by planners in the National Park Service.

However, the genesis of the idea of wild rivers, per se, apparently stems

from the writings of the revered environmentalist, Aldo Leopold. By the

late 1950s, the ideas of the Arkansas-White-Red River Basins study mater

ialized within the National Park Service as the Ozark National Rivers bill.

Efforts to gain political support for it by the National Park Service were

underway when the Kennedy Administration began. Early in his tenure, Secretary of the Interior Udall, reflecting upon

the Ozark bill and his experience as a congressman, generated the idea that

BLM_0004509

what was needed was a bill authorizing a ''national wild
river system." The

bill should provide, as he envisioned it, that certain
rivers would be

"instantly" authorized and others would be authorized for
intensive study.

A joint Forest Service-Bureau of Outdoor Recreation study
was then under

taken to review rivers, or river segments, that might
qualify under certain 9 The author was assistant director
and then director, Resources Program

Staff, Office of the Secretary, Department of the Interior,
February 1961 to

April 1966; and executive director, U.S. Water Resources
Council, 1966-1969.

He was closely associated with Secretary of the Interior
Stewart L. Udall when

he provided the high level political leadership that
initiated the environmental

movement in the 1960s that continues today.

criteria as worthy of being national wild rivers. The list
of worthy candi

dates, well spread out geographically, served as a basis
for initial recom

mendation and later adjustment of those which should be
authorized by Congress

instantly and which should be authorized for further study.
The conscious

political strategy throughout the formulation and
legitimation process of

what came to be the Wild and Scenic River Act of 1968 was
to include only

political ''sure things'1 in the instant authorization list

BLM_0004510

and less sure, but

politically viable for study, rivers in the study list. During the process

of majority building, rivers shifted from the former to the latter category

and were added to and dropped from the bill, depending upon the political

attitudes of the senators and congressmen most concerned. The act as passed

contained eight "instant rivers" and twenty-seven "study rivers." Clearly, distributive politics was important to legislative success.

But regulative politics was involved, too. The idea of only "wild rivers"

had to be compromised so that "scenic rivers" and "recreational rivers"

(i.e., rivers touched in varying degrees by the hand of man) could also be

included in the national system. The original idea of administration only

by the National Park Service or the Forest Service had to be compromised to

permit state administration within the national system. And, for certain

important legislators, the most critical compromise of all was this: that

the act require that reports to Congress, recommending future rivers or seg

ments for inclusion in the system, should inform the Congress, in effect, of

the developmental benefits that would be foregone. The Congress could then

weigh the two alternatives. Lastly, and maybe most importantly, redistributive politics was involved.

BLM_0004511

By 1960 the environmental movement, to which Secretary Udall provided 526

ideological leadership (especially as regards aesthetic and ethical concerns

and the beginning of normative ecological ideas) was well advanced. In 1963

he published a widely-read book, The Quiet Crisis, to promote ideological

adherence (Udall, 1963). By 1968 the movement had already been highly pro

ductive of much environmental legislation (Caulfield, 1976b). Somewhat similar analyses, using all three of Lowi's concepts in combi

nation, could be made for the Wilderness Act of 1964 and the Land and Water

Conservation Fund Act of 1965, as well as the Fish and Wildlife Service autho

rizations that long predate the 1960s; for example, the Duck Stamp and Wet

lands purchase programs to provide nesting and resting areas for ducks and

geese. Similar analyses, but largely within the ideological context of the

traditional conservation movement of the turn of the century, could be made

for the Water Resources Research Act of 1964 and the Water Resources Planning

Act of 1965. Political Strategy for Enhancing Fish and Wildlife Values Generally Application in combination of Lowi's three concepts will now be taken

as an empirically established practical political approach to policy change.

But this empirical analysis does not argue its normative propriety, particu

BLM_0004512

larly inclusion of distributive politics. Many people today would boggle at

attaching the epithets of pork barrel and logrolling to political decisions

on wild and scenic rivers. Nevertheless, they could properly be so attached.

Vote trading clearly was involved in building the majority in favor of the

Wild and Scenic River Act. Can the problem of normatively justifying vote trading be solved within

an acceptable ideological context of democratic government? This problem is 527

important and intriguing, and a good problem for basic political research.

Its solution cannot be attempted here. Instead, it will be assumed that

this normative problem can be acceptably solved. The following strategy

for enhancing fish and wildlife values is taken to be justifiable, both

positively and normatively. When public problems with respect to fish and wildlife are identified,

the fullest possible range of alternative technically-feasible solutions

should be formulated. Their political efficacy should then be appraised

in terms of the three types of decisions that potentially could be involved. Distributive Politics. Does the policy proposal call for or imply a

number of geographically widespread local projects, with local benefits

greater than local costs? Can it be modified to provide this local interest?

BLM_0004513

If this is done, means should be sought to apprise local interests of this

potentiality with the expectation of their active political support. Estab

lished national fish and wildlife and environmental interest groups can pro

vide this service. Historically, the fish and wildlife program has utilized

distributive politics very effectively. The Pittman-Robinson (1937) and

Dingell-Johnson (1950) acts which provide for the collection of federal

taxes on guns, ammunition and fishing tackle, and the distribution of the

proceeds by formula to all states (which, of course, strongly support these

federal taxes) are major examples. Regulative Politics. As fish and wildlife concerns developed, conflict

with other public and private activities occurred. The present Fish and

Wildlife Coordination Act, the first version of which was enacted in 1934,

is aimed at providing a confrontation between water resource development

interests and fish and wildlife interests, involving mitigation of damage

to fish and wildlife (e.g., fish ladders in the Columbia River) as well as

their enhancement (e.g., variable release of water from dams to establish

and maintain downstream cold-water fishery) within water resource develop

ment projects. The Water Resources Planning Act of 1965 also encourages

such confrontation. Its passage was strongly supported by leaders of the

Fish and Wildlife Service, but only reluctantly supported by water resources

development interests. Solution of new public problems will increasingly involve confronta

tion and conflict. Bargaining and compromise (trade-offs) will necessarily

be involved. Fish, wildlife and other ecological values are not seen politi

cally, as yet at least, as superordinate. Political planning to get the

best possible compromise should be the name of the game. Widespread support,

beyond support from those gaining directly from the proposed policy, should

be sought. If possible, such support should be so great and evident that the

other side in confrontation will "blink first." Redistributive Politics. Widespread support comes from ideological

adherence. Today, the cutting edge of ideology relevant here is normative

ecology, backed up by scientific ecology. Aesthetic and ethical ideological

concerns, however, should not be neglected. Fish and wildlife policies

should be capable of being rationalized as supportive of these ideologies.

To make them so may well involve policy changes within the fish and wildlife

area itself; for example, reconciliation of policy differences between the

BLM_0004515

fishermen and hunters on the one hand and Audubon Society
members and general

ecological ideologists on the other.^ ■^For a brief, but
more substantive, fish and wildlife policy critique,

(with suggestion of policy directions for the future), see
Caulfield (1971). Looking at alternative technically
feasible policy proposals in terms

of these three types of decisions will not just require
good off-the-top-

of-the-head political judgment. Careful planning and
studies based upon

the existing state of knowledge will be highly desirable.
But improving

the knowledge base through applied research could also
prove very helpful.

Specific topics could be deduced from consideration
generally of the polit

ical strategy suggested here as well as induced from
experience in utilizing

Arkansas-White-Red River Basins Inter-Agency River Basins
Committee. 1955. "Arkansas-White-Red River Basins--A
Report on the Conservation and Development of the Water
and Land Resources." Mimeographed. (Wash ington, D.C.,
U.S. Water Resources Council) Part I, pp. 217-218; Part II,
pp. 175-176.

Bailey, Stephen K., and Howard Samuel. 1952. Congress at
Work (New York, Hold).

Caulfield, Henry P., Jr. 1971. "Political Considerations,"
in Richard D. Teague, ed., A Manual of Wildlife
Conservation (Washington, D.C., The Wildlife Society) pp.
9, 10.

_____. 1975. "Politics of Multiple Objective
Planning," in E. L. Michalson, E. A. Englebert, and W.
Andrews, eds., Multiple Objective Planning Water Resources
Vol. 2 (Moscow, Idaho, Idaho Research Founda tion, Inc.)
pp. 82-94.

_____. 1976a. "Let's Dismantle (Largely but not

BLM_0004516

Fully) the Federal

Water Resource Development Establishment, or The Apostasy of a Longstanding

Water Development Federalist," Denver Journal of International Law and

Policy vol. 6 (Special Issue) pp. 395-402. ~

_____. 1976b. "Perspectives on Instream Flow Needs," in J. F. Orsborn and C. H. Allman, eds., Instream Flow Needs (Washington, D.C., American Fisheries Society) pp. 8-14.

Easton, David. 1965a. A Framework for Political Analysis (Englewood Cliffs, N.J., Prentice-Hall) pp. 50, 96, 97.

_____• 1965b. A Systems Analysis of Political Life (New York, John Wiley and Sons) p. 358.

Federal Register. 1973. Vol. 38, no. 174 (10 September) Part III.

Friedrich, Carl J. 1960. Constitutional Government and Democracy (Boston, Ginn and Co.) p. 362.

Jones, Charles. 1970. An Introduction to the Study of Public Policy (Belmont, Calif., Wadsworth Publishing Co.).

Krutilla, John V., and Otto Eckstein. 1958. Multiple Purpose River Develop ment --Studies in Applied Economic Analysis (Baltimore, Johns Hopkins University Press for Resources for the Future) pp. 18, 43, 91, 92.

Lowi, Theodore J. 1972. "Four Systems of Policy, Politics and Choice," Public Administration Review vol. 32 (July-August) pp. 298-310.

Pigou, Arthur Cecil. 1920. The Economics of Welfare (London, McMillan).

Porter, Kirk H., and Donald B. Johnson, comp. 1970. National Party Platforms, 1840-1968 (Urbana, 111., University of Illinois Press) p. 28.

Udall, Stewart L. 1963. The Quiet Crisis (New York, Holt, Rinehart and Winston). INSTITUTIONAL ASPECTS OF WATER ALLOCATION IN THE UPPER COLORADO RIVER BASIN-- IMPLICATIONS FOR FISH AND WILDLIFE: A DISCUSSION Harvey R.

BLM_0004517

Doerksen* Introduction A common assumption expressed by practitioners in fish and wildlife

agencies goes something like this: "When we get the data, we can prove we

are right." Raleigh (1977) has observed that, by contrast to political

decision makers, biologists as a profession tend to adhere to the belief

that there is an ultimate truth, knowledge of which is obtainable through

the acquisition of objective facts. Further, biologists tend to feel

threatened by conflict, for, in an arena of ultimate truth, conflict can

only mean that someone is wrong. In placing such faith in objective, biological data, the biological

community often has neglected the assertion made by Bill Lord that "the

social or institutional aspects...are the most strategic parts of the sys

tem from the point of view of controlling its behavior." Fish and wildlife

biologists have not had overwhelming success in competing for limited resources

due in part to the lack of attention paid to the decision-making processes. Western Water Law The author presents a reasonable overview of western water law. However,

I have some concerns about certain conclusions and future directions stated ^Research Manager, Western Water Allocation Project, Western Energy

and Land Use Team, U.S. Fish and Wildlife Service, Fort Collins, Colorado. 533

in the paper. First, the author asserts that state water right permit sys

BLM_0004518

tems may open the way to gradually recognizing fish and wildlife. While a

number of western states have long had available the mechanism for denying

permits as a means of preserving flows, this mechanism has not been used with

great frequency. In many western states, in fact, a permit is granted almost

automatically for any purpose recognized by the state constitution as benefi

cial. Use of the permit system would require only a change in decision maker

behavior and not a change in the law. Even if such a behavioral change is

made, it has distinct disadvantages from the standpoint of fish and wildlife

resources. The most crucial problem is that discretionary denial of permits

is not the same as recognition that fish and wildlife maintenance constitutes

a beneficial use and, more importantly, it does not positively assert a water

right for fish and wildlife purposes with a priority date. Time is the criti

cal element in western water allocation. While use of permit systems for

occasional denial "evolves," all permits not denied would constitute water

demands with a higher claim than fish and wildlife, since fish and wildlife

rights would never be positively established. Another avenue of change would be in the law itself, and in most cases,

BLM_0004519

in the state constitution. Such a change has been made in
Colorado and in at

least three other western states. Yet even where a
constitutional amendment

provides that water uses for fish and wildlife are
beneficial, the priority

date still remains a significant problem. According to the
author, the "obvious solution" to continued exploita

tion of existing water rights is condemnation of existing
rights in order to

protect and restore natural environments. Certainly,
condemnation of pri

vate property for public uses has considerable precedent.
In the area of

water resources, it would appear especially likely that
this mechanism

could be used, because western waters are considered to be
a public good

appropriated to private uses by the states. Return to
public good status

would seem to follow. There are other mechanisms which also
seem obvious. These include

condemning portions of all existing water rights rather
than the totality

of certain water rights. Under the present system, the
state can continue

to grant appropriations far in excess of existing water
supplies simply

because the mechanism exists to protect prior rights. Some
kind of propor

tional reduction of the rights of all users for such
reasons as seasonally

low flows or establishment of flow reservations for fish
and wildlife pur

BLM_0004520

poses may, among other things, result in pressures placed on the state by

present users to limit future appropriations. This mechanism, combined

with the public interest doctrine and selective condemnation, could create

the flexibility necessary to recognize changing social demands. Such modifi

cations also would create bloodshed of no small measure. Another possible solution involves incentives for water conservation.

State water allocation laws generally discourage conservative use because

maintenance of a water right generally requires active exercising of that

right. Some form of water conservation could be implemented through (a)

requiring rigid documentation of water needs in support of permit applica

tions; (b) initiating positive and negative incentives; and (c) monitoring

water use. Another mechanism for providing flexibility in water allocation systems

to be responsive to changing public demands might be the issuance of term

permits. For example, the state of Washington is attempting to initiate a

system whereby the large water permits (e.g., for irrigating large, corporate

farms) are issued for a period of fifty years after which time the water is

available for reallocation by the state. The federal reserved rights doctrine may, as the author suggests, provide

BLM_0004521

the opportunity to reserve flows for fish and wildlife
purposes. Certainly, the

recent court decision on the desert pupfish in Nevada,
which placed a limit on

the pumping of groundwater in the vicinity, gives promise
to this argument

(Cappaert vs. United States, 1976). On the other hand, the
recent decision by

Sandy White, referee in the "Eagle County Case" in Colorado
(United States vs.

District Court, 1971), tends to refute the author's
statement that dates of

reservation on federal lands are generally early enough to
make them senior to

most private water rights. White placed the priority data
for fish and wildlife

purposes at 1960, when the multiple use concept was
recognized in national law.1

In Colorado, and in many other western states, 1960 is not
a very desirable

priority date. Whether or not the Forest Service obtains an
early priority date, it

still can effectively use its authority to grant easements
for diversion

ditches and other rights-of-way. Judicious use of this
authority may ^President Truman specifically reserved
Devil's Hole National Monument

for the desert pupfish by Presidential Proclamation in
1952. Thus, there

was a federal reserved right as of that date which
precluded irrigation

rights which were perfected later. With regard to the
Forest Service, the

BLM_0004522

act creating the national forests specified the purposes of watershet manage

ment and tree propagation. Therefore, these purposes have priority coinci

dent with establishment of the forest. Other uses were given a priority

date of 1960.

result in the maintenance of flow reservations at least within the forest

boundaries. The Eastern example of establishing forests under the Weeks Act to

maintain downstream flows for transportation under the commerce clause may

not apply directly to the West. In the West, water navigation simply is

not an important water resource consideration. A more promising assertion

of federal rights for preserving minimum streamflows would be related to

federal hydroelectric power dams. Hydroelectric power is a nonconsumptive

use of water, but hydroelectric power dams require large amounts of water to

be delivered at a particular location. Whether or not a legal right to such

water for delivery at that point is obtained from the state, the existence

of the dam and its attendant benefits is, in itself, a strong argument for

the provision of adequate flows from upstream areas. Political and Administrative Aspects The argument is adequately supported that water use decision making fol

lows Lowi*s (1966) concept of distributive politics. Further, the extent to

BLM_0004523

which this decision arena will continue to reflect distributive politics,

as opposed to the regulatory model, is highly uncertain. As is pointed out by the author, a number of people have attempted to

make water resources politics more responsive to the broader public interest,

as those observers perceive the public interest. More than one President

has taken a hard look, for example, at the relative independence of the Corps

of Engineers, contemplated some form of reorganization, and finally concluded

that, in political terms, "life's too short." While Helen Ingram (1972) is un

doubtedly correct in observing changes in the decision rules, partially out of

disruption of tradition by the environmental movement, I tend to adopt the

stance taken by Dean Mann (1974). It is my belief that the "system1" dis

played a certain amount of adaptive behavior by including a broader set of

interests into the distributive mode with a subsequent retreat into tra

dition when the pressure was off. I am less convinced than the author that fish and wildlife agencies

have joined the game of distributive politics. I think it is more accurate

to say that these agencies have been involved in the game, but they have

been playing by the wrong rules! As described by the author, distributive politics exhibits certain

characteristics. In distributive politics, there is a "Christmas tree" full

of goodies. However, fish and wildlife agencies know only what they don't

want. In distributive politics, there is something for everyone. However,

fish and wildlife agencies perceive every change as a loss. In distributive

politics, the cost is borne by the federal taxpayer. However, fish and wild

life agencies assume the loss to be theirs. In distributive politics, there

is support of the entire program by all participants. However, fish and wild

life agencies more often oppose the entire program. The few instances in which the fish and wildlife agencies have played

the game reasonably well should serve as guides for future behavior. One

example is Topock Marsh in the Havasu National Wildlife Refuge on the Colo

rado River in Arizona. The Bureau of Reclamation participated with the

Fish and Wildlife Service to dredge and dike a portion of the marsh boundary

in order to stabilize water levels, to more effectively use the water allot

ment, and to improve water circulation. If this kind of cooperative effort 538

were the rule rather than the exception, it could clearly be said that fish

and wildlife agencies have joined the game. If the assumption is correct that water politics in the near term will

more closely approximate distributive politics than
regulatory politics,

then fish and wildlife agencies should articulate ways in
which the tradi

tional water development agencies can create Christmas
packages for them as

well. In the past, fish and wildlife agencies knew
precisely what they did

not want, but did not know what they did want. Distributive
politics re

quires articulation of packages to be placed under the
Christmas tree, and

opposition to all of the other agencies1 packages cannot
itself be easily

packaged. Now, more than any previous time, construction
agencies are responsive

to positive habitat improvement suggestions. For example,
one regional

director of the Bureau of Reclamation recently invited fish
and wildlife

agencies to submit a list of projects they would like to
have constructed.

While this offer was made in the mode of classical
distributive politics,

it requires fish and wildlife agencies to break with their
own traditions

in order to benefit fish and wildlife resources. I agree
with the author that the post-authorization phase of water
de

velopment project planning, which offers substantial
opportunities for inputs

by fish and wildlife agencies, is an important one. The
point is well made

that opponents of projects (generally including fish and

wildlife agencies)

lose interest toward the end of the project development process. Followup

studies and monitoring activities to identify fish and wildlife values in

existing projects are almost nonexistent. Yet, it appears to me that

active advocacy of fish and wildlife projects at the planning stage,

coalition-building in the authorization process, informal bargaining at the

post-authorization stage, and operation monitoring following project comple

tion could also yield substantial payoffs for fish and wildlife agencies. I disagree with the author in his preference for moving to a regulatory

mode. In the foreseeable future, substantially more could be gained for

fish and wildlife resources if the advocate agencies learned to play the

distributive game by the correct rules. There is no assurance that fish and wildlife interests would be better

represented under a regulatory decision-making mode. The same cast of

characters would still be present and the same inequities of budget, per

sonnel, and political support would still exist. It is still highly likely

that the agencies presently strong would continue to get the lion's share

of the benefits. The fact remains that the societal "best" typically has

been based on economic criteria and there is no assurance that noneconomic

criteria will be any more important under regulatory
politics than they are

presently. Further, it is a common observation that
regulatory agencies

follow the "regulatory ideal" only for a brief time after
which they mature

as bureaucracies and begin to serve the constituencies that
they were ere*

ated to regulate. From this standpoint, I am impatient with
some of the

research needs suggested by the author which are oriented
to finding ways

in which we can move from a distributive system to a
regulatory system. I suggest the following research
opportunities, some of which are

articulated by the author: 1. Information gathering about
fish and wildlife resources in the

natural evironments upon which they depend should, and
will, continue into

the future. However, I would go further and recommend that
the stress be

equally divided between development of biological data on
the one hand,

and development of appropriate information formats and
timing on the other,

so as to be maximally useful to other agencies
participating in the dis

tributive game. In other words, we should identify ways in
which biologi

cal data can be related to the political process. 2. An
area of research alluded to indirectly by the author would

relate to ways in which traditional development agencies
could be uti

BLM_0004528

lized to provide benefits for fish and wildlife agencies.
Such research

would be intended to change the traditional way of thinking
from opposi

tion in the context of open warfare, to positive advocacy
of fish and

wildlife resource development. 3. An evaluation should be
made of the experience of those western

states which have enacted minimum flow laws. Such
evaluations could be

useful to other states considering such laws. 4. Attention
should be given to how fish and wildlife resource de

velopment components can be introduced at the
post-authorization stages

Cappaert et al. vs. United States et al., 7 June 1976.

Ingram, Helen, 1972. "The Changing Decision Rules in the
Politics of Water Development,1' Water Resources Bulletin
vol. 8, pp. 1177-1188.

Lowi, Theodore J. 1966. "Distribution, Regulation,
Redistribution: The Functions of Government," in R. Ripley,
ed., Public Policies and Their Politics (New York,
Norton).

Mann, Dean E. 1974. "Political Incentives in U.S. Water
Policy: Relation ships Between Distributive and Regulatory
Politics," in Matthew Holden, Jr. and Dennis L. Dresang,
eds., What Government Does vol. 1, Sage Yearbooks on
Politics and Public Policy (Beverly Hills, Calif., Sage
Publications).

Raleigh, Robert, 1977. "Western Energy Scenario," Fisheries
(January- February).

United States vs. District Court, County of Eagle,
Colorado, 401 U.S. 520, 91 S. Ct. 998 (1971).

BLM_0004529



Review

Reviewed Work(s): Native Trout of Western North America by R. L. Behnke
Review by: John N. Rinne
Source: *Copeia*, Vol. 1994, No. 1 (Feb. 1, 1994), pp. 251-253
Published by: American Society of Ichthyologists and Herpetologists (ASIH)
Stable URL: http://www.jstor.org/stable/1446698
Accessed: 13-03-2017 23:39 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted

digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about

JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at

http://about.jstor.org/terms



*American Society of Ichthyologists and Herpetologists (ASIH)* is collaborating with JSTOR to
digitize, preserve and extend access to *Copeia*

BLM_0004530

cartilages used in the percomorph volume, but the emphasis of the dictionary is on osteology.

Other omissions are striking: for all of the attention that it has attracted for at least the past decade, there is no mention of the uncinate process of the first epibranchial and of the interarcual cartilage; Baudelot's ligament is sometimes ossified but is not in the dictionary; also absent are hypurostegy, occiput, hypertrophy, hyperostosis, suborbital or infraorbital stay, spina occipitalis, procurrent spur, heteracanthy, and vacant interneural space, whereas principal caudal rays are mentioned but not defined. Although simplistic arithmetic dental and fin-ray formulas are discussed, the dictionary is silent on the frequently used formulas for predorsal elements, the placement of dorsal spines and their basal pterygiophores relative to neural spines, and caudal skeleton elements. Supraneurals are only mentioned in one sentence, under Pterygiophores, and are defined as "the vestigial pterygiophores present in some fishes in front of the dorsal fin," and there is no mention of the term predorsal bone; the information in the literature since 1988 on these elements is not evident in the dictionary. The above are serious deficiencies.

Some entries are confusing. For example, the half-page discussion of standard length leads one to believe that there are three different ways that this length presently is being measured by various groups of people dealing with fishes, namely from the tip of the snout variously to the anterior end of the urostylar ($PU_1$) vertebra; the posterior end of the hypural plate of the urostylar vertebra; and the end of the caudal musculature. The only clue given as to which of these might be preferred is that fishery biologists are said to take it "up to the end of the vertebral column, i.e., to the base of the central caudal rays."

Some of the entries fly in the face of contemporary usage without adequate explanation of rationale and ramifications. For example, branchicteniae is the "official" name for gill rakers; metaxymiosts is "official" for intermuscular bones; asterisk is "official" for asteriscus otolith; myodome is "official" for a bone of the ethmoid cartilage of some primitive salmoniforms rather than for the anterior or posterior cavities for eye muscles that the name implies; etc. I doubt that the ichthyological community will rise to bait like this or to the idea of an official list (for which no mechanism is proposed).

Yet the dictionary is mostly conservative, if not to say old fashioned, as exemplified by the higher fish groups recognized. It recommends, for example, official status for epiotic (not epioccipital), ceratohyal (not anterior or proximal or ventral ceratohyal), epihyal (not posterior, etc., ceratohyal), and pharyngobranchial (not infrapharyngobranchial). This reflects the author's view that specialists have had a "tendency to give new names on the principle of homology. Although sound in principle, this approach is tainted by subjective interpretation. . . . Interpretation of bone features based on embryological, evolutionary, and physiological evidence are [sic] valid, but do not need to be incorporated in the nomenclature."

The dictionary contains a number of grandiose statements in the introductory sections, such as the explanation for the ontogenetic and phylogenetic diversity of bony structures in fishes: "The whole process is canalized into two opposing tendencies: specialization and degeneration that lead to dead evolutionary ends." Surely it is more complex than that; there are other alternatives.

The book is flawed not only by its omissions and errors but also by pervasive poor grammar, misused punctuation, missing literature citations, typographicals, and clumsy English. These mistakes are too numerous to cite; even the advertising flyer has a glaring misspelling. All of this is enormously distracting and makes the book seem amateurish. English is not the first language of the author, and he has been poorly served by his editors and language advisors. But the author himself is responsible for not having more carefully looked at the galleys of his book to catch the mistakes that would be obvious whatever the language.

The intent of this book, to define and help standardize the names used for fish bones, is laudable, and the dictionary does have much utility despite its scientific deficiencies and naivety, if one can get through the underbrush of linguistic error and editorial sloppiness. However, this book is not a highly professional and definitive treatment of the topic.—JAMES C. TYLER, *National Museum of Natural History, Smithsonian Institution, Washington, D.C. 20560.*

----

NATIVE TROUT OF WESTERN NORTH AMERICA. R. L. Behnke. American Fisheries Society, Bethesda, Maryland. ISBN 0-91235-78-4. 275 p., $33.00 (softcover).—The native trouts of western North America have sustained themselves in the face of extensive geologic, hydrologic, and climatic change. Their evolutionary and taxonomic history is complex and variously

This content downloaded from 204.124.92.254 on Mon, 13 Mar 2017 23:39:14 UTC
All use subject to http://about.jstor.org/terms

BLM_0004531

Case No. 1:20-cv-02484-MSK   Document 27-1   filed 04/27/21   USDC Colorado   pg 429 of 435

interpreted. Immigration to and settlement and development of the West by Europeans brought new forces to bear on this group of native fishes. Greatest among these were (1) changes in habitat through land management activities, damming and diversion of aquatic systems for power generation, and a multiplicity of agricultural and municipal uses; and (2) widespread and extensive propagation and introduction of the rainbow trout (*Oncorhynchus mykiss*) and introduction of nonnative salmonids such as brown (*Salmo trutta*) and brook (*Salvelinus fontinalis*) into waters inhabited by these natives. As a result, many native trouts have declined drastically in range and numbers and presently are listed as threatened and endangered species or special status.

The American Fisheries Society monograph *Native Trout of Western North America*, by Robert (Bob) Behnke, results from almost four decades of research and practical experience with this group of fishes. It is the first monographic work that both addresses the evolution, taxonomy, and present distributions of members of this group of fishes and provides a proposed conservation or management strategy/philosophy to sustain them for perpetuity.

As is often the case with specialists in respective fields, I was cursorily aware of Behnke and his work with trouts in the southwest while a graduate student in Arizona in the late 1960s and early 1970s. I became more intimately involved and familiar with both the group and Behnke's activities relative to it when I became employed as a research biologist with the United States Forest Service in 1976. At that time, the Rocky Mountain Forest and Range Experiment Station had just published an inhouse, coauthored document on the biology and management of threatened and endangered trouts (GTR-RM-28). Contained within the paper were some unpalatable (to the Forest Service) statements about "overgrazing" and its negative influence on two of the native southwestern trouts (the Gila and Apache), both the focus of my research at that time. This outspoken, "professional opinion" is the very essence of Behnke's zealous approach to conserving and managing for the welfare of native western trouts.

In the course of my ensuing research, and combing the literature necessary for publication and presentation of its results, I became more familiar with Behnke's contribution to understanding the taxonomy, classification, and management philosophy of this group of fishes. This monograph is an excellent comprehensive (geographical, geological, chronological, and managerial) summary for the three native species groups of western trouts.

The work is well written, easy to read, well organized, and well structured and should be required overview reading for anyone either personally or professionally interested in native western trout history and management. It will, indeed, raise one's level of awareness and appreciation for the group. The introductory chapters on classification, origin, distribution, biology, and management very effectively set the stage for discourse on respective taxa of the three major species groups of western trout: cutthroat, rainbow, and southwestern. Although some are probably present, I could find no glaring or consistent grammatical or typographical errors. The illustrations are excellent, and the bibliography is current and comprehensive. The reader must, however, be aware, when viewing the drafted photos, of the tremendous variability in color and spotting of this group of fishes across the landscape.

The only other recent work with which to compare the monograph is the recent multiauthored Stackpole publication *Trout* (Stoltz and Schnell, 1991). This book was designed to cover a larger geographic area and to integrate the fields of trout biology, habitat, and their management as a resource. *Trout* is a coedited work with contributions by over 30 authors and has the dual goals of both educating the public through more extensive text on biology, habitat, and many color illustrations and yet providing the professional with extensive technical and bibliographical information on all trouts in North America. Indeed, you will note who penned the first two sections of *Trout*.

By comparison, one of the major goals stated by Behnke in the preface of the monograph is to "accelerate the preservation and enhancement of the biodiversity of western trouts." I agree fully with this objective but somewhat disagree with the proposed strategy to achieve it. Behnke suggests that "professional opinion" is the most feasible means of reliably managing, conserving, and/or preserving western trouts. Both past and current extensive positive management activities by state and federal agencies for the native trouts are not given due credit. The professional opinion approach to western trout management could easily lead to "management by consultancy." That is, if a suggested approach works in a given management situation, it is great. If not, then the land managers (and the public) are the owners of the results of the advice of the consultant—the consultant owns the compensation for the advice and not

This content downloaded from 204.124.92.254 on Mon, 13 Mar 2017 23:39:14 UTC
All use subject to http://about.jstor.org/terms

BLM_0004532

the failure of the respective project. Indeed, there is a place for professionalism and professional advice in the management of this valuable natural resource. However, the role of Behnke and other professionals should be to infuse that necessary component into the agency through education of students and through their experiences on the ground (as stated or implied in the epilogue). Both Behnke's years in academia and now this monograph are the means to that end.

The hypothetical phylogeny is in close agreement and verified by a recent comprehensive, osteological study of the phylogeny of western salmonidae by Stearly and Smith (1993). The epilogue is on target in suggesting that we proceed to manage the forms or taxa of native trouts and their relative purity (e.g., A, B, or C) and not wait on conclusive scientific study before initiating and implementing management activities. Relegating the two native southwestern trouts (for the first time in print) to subspecific status is bold evidence of practicing what you preach. Behnke may well one day be shown through scientific evidence to be correct in this professional opinion. After all, as he points out, "What's in a name—if the form is a form is a form?" This monograph is and will continue to be a valuable reference volume for students, fishery managers, and scientists alike.

### LITERATURE CITED

STEARLY, R. F., AND G. R. SMITH. 1993. Phylogeny of the Pacific trouts and salmons (*Oncorhynchus*) and genera of the Family Salmonidae. Transactions of the American Fisheries Society 122:1–33.

STOLTZ, J., AND J. SCHNELL. 1991. Trout. Stackpole Books, Harrisburg, Pennsylvania.

JOHN N. RINNE, *USDA Forest Service, Rocky Mountain Station, Southwest Forest Science Complex, 2500 South Pine Knoll Drive, Flagstaff, Arizona 86001.*

---

**FISHES OF THE BAHAMAS AND ADJACENT TROPICAL WATERS. 2nd ed.** James E. Böhlke and Charles C. G. Chaplin. Nomenclatural changes and additions prepared by Eugenia B. Böhlke and William F. Smith-Vaniz. 1993. University of Texas Press, Austin. ISBN 0-292-70792-4. 850 p., $100.00 (hardcover).—An old friend has returned and will be welcomed with open arms by all those who are seriously interested in West Indian fishes. Since 1968, the first edition of *Fishes of the Bahamas* has been the primary reference for the identification of West Indian fishes even though the authors warned that it was intended chiefly for the Bahamas and advised caution when using it in other areas. *Fishes of the Bahamas* also set standards for regional fish books that have been rarely matched and never surpassed. The book was elegantly written, beautifully illustrated, exquisitely designed, and its scholarship was superb.

The second edition includes an exact reprint of the original right down to the page numbers except that the plates have been assembled at the beginning of the book instead of dispersed throughout, and seven of the color photographs had to be replaced with photos by Patrick Colin. In some cases, it takes a close look to see the differences in the colors of the plates, but all are adequate for identification. There is a new dedication for the second edition by Gordon W. Chaplin, son of the second author, which confirms the authors' devotion to their subject as well as a foreword to the second edition by Eugenia B. Böhlke. Future historians will treasure their insights.

Sixteen pages of nomenclatural changes and additions, with references, compiled by E. Böhlke and W. Smith-Vaniz bring the book up to date. Fifty-eight species have been added to the Bahamian fauna, of which 33 have been described since the first edition was completed. Anyone using the book will be well advised to post a reminder to check these additions each time the book is used because the unaltered index will not be helpful. The user will also have to consult the primary literature for distinguishing characters of the new fishes and, indeed, for any information beyond the Bahamian records and in some cases the known range of the species. Ideally, of course, this would have been integrated into a revision, but support for such a revision was not forthcoming.

The reprinting of the *Fishes of the Bahamas* in its original form raises the question of how much we have learned about West Indian fishes in the past 25 years. The addition to the known fauna is substantial, more than 10%, but even this hardly reflects the enormous amount of effort that has been applied to the study of these fishes since 1968. In retrospect, the publication of the first edition coincided with a shift in the kinds of studies that attracted ichthyologists to the field. With the descriptive work under control (although far from finished), it was possible to concentrate on problems of species interactions

This content downloaded from 204.124.92.254 on Mon, 13 Mar 2017 23:39:14 UTC
All use subject to http://about.jstor.org/terms

BLM_0004533

# 21  Influence of Biological Soil Crusts on Soil Environments and Vascular Plants

J. Belnap, R. Prasse, and K.T. Harper

## 21.1  Introduction

The presence of biological soil crusts can significantly change the physical and chemical soil environment. Such alterations can affect the germination, survival, and nutritional status of vascular plants. Some landscape surveys have found a negative relationship between biological soil crusts and vascular plant cover (West 1990; Johansen 1993; Eldridge 1993). Based on this, some authors have concluded that crust organisms limit vascular plant cover (Savory 1988). However, it is also possible that soil crusts merely occupy all soil surfaces not first covered by vascular plants. In support of this, numerous authors have reported that vascular plant cover either shows no correlation with crust cover (Anderson et al. 1982; Beymer and Klopatek 1992; Jeffries and Klopatek 1987; Kleiner and Harper 1972, 1977) or that there is a positive correlation between vascular plant and crust cover (Carleton 1990; Dadlich et al. 1969; Graetz and Tongway 1986; Ladyman and Muldavin 1994; Lesica and Shelley 1992; Mücher et al. 1988).

Many studies have addressed aspects of the relationship between crusts and vascular plants. These studies have been done at sites with different soil textures, physical and chemical crusting, soil surface roughness and stability, climate regimes, species composition of the biological crusts, and vascular plant species (each with different strategies for germination and survival). It is essential that all these differences be accounted for when generalizing about the relationship between soil crusts and vascular plants. In this chapter, we will discuss how crusts modify soils in ways that can affect vascular plants. We will then address the effects of biological soil crusts on seed dispersal and germination, and how crusts affect vascular plant survival and nutritional status in different climate regimes. Finally, we will discuss the overall effects of crusts on plant community structure.

Ecological Studies, Vol. 150
J. Belnap and O.L. Lange (eds.) Biological Soil
Crusts: Structure, Function, and Management
© Springer-Verlag Berlin Heidelberg 2001

BLM_0004534

## 21.2 Modification of the Soil Environment by Biological Soil Crusts

The presence of biological soil crusts modifies soils in ways that can affect germination, emergence, and survival of vascular plants. Crust-caused soil alterations include changes in soil surface roughness, soil texture, thermal conditions, availability of nutrients, organic matter, and water. A large body of literature, cited below, shows that manipulation of each of these factors can influence vascular plants. As few experiments have directly linked crusts and vascular plant performance, it is hoped that the following discussion will help stimulate future research on this relationship.

### 21.2.1 Surface Roughness

Biological soil crusts influence the microtopography of soil surfaces (Chap. 1, Photos 30, 32, 48, 50; Chaps. 15, 16). In hot deserts that lack soil-freezing, changes in surface roughness are relatively small. Cyanobacterial crusts can smooth soil surfaces, while lichens and mosses growing above the soil surface increase roughness slightly. In contrast, soil surfaces in cool and cold deserts show large increases in soil-surface roughness due to frost-heaving and the differential erosion of crusted soils. Resulting soil pedicels can be up to 15 cm high (Belnap and Gardner 1993). These relatively large microtopographic features act to trap wind- and water-borne seeds, organic matter, soil fines, and water (Harper 1977; Harper and St. Clair 1985; Eckert et al. 1986; J. Belnap, unpubl. data).

### 21.2.2 Soil Texture and Chemistry

Crusted soil surfaces often have a greater silt/clay fraction than underlying soils, or adjacent uncrusted soil surfaces. Fine clay particles stick to the mucilaginous sheath material, especially when wet (Belnap and Gardner 1993; Verrecchia et al. 1995; see Chap.15). These negatively charged clay particles bind positively charged plant macronutrients, thus increasing soil fertility (Black 1968). The presence of biological crusts can significantly alter soil pH and the amounts and availability of plant-essential nutrients and organic matter. Studies in cool deserts and laboratory settings show that crusts enhance the content of most bioessential elements including N, K, Ca, Mg, P, Fe, Mn, Cl, and S (Harper and Pendleton 1993; Mitchell and Fullen 1994; Belnap and Harper 1995; Harper and Belnap 2000).

*Nitrogen.* Up to 70 % of the nitrogen fixed by cyanobacteria and cyanolichens is released immediately into the surrounding soil environment, and is available to associated organisms including vascular plants, mosses, fungi, and other microbes (see Chap. 16). This has specifically been shown for *Collema*, *Microcoleus*, and *Nostoc–Microcoleus* soil crusts from SE Utah (F. Garcia-Pichel and J. Belnap, unpubl. data). Multiple studies have reported that the presence of soil crusts increases surrounding soil N by up to 200 % (Shields and Durrell 1964; Rogers and Burns 1994; DeFalco 1995; Harper and Belnap 2000). In addition, stable isotopes show that soil crusts can be the dominant source of N for desert soils and plants (Evans and Ehleringer 1993; Evans and Belnap 1999; Chap. 19, 20).

*Carbon, C:N Ratios, and Organic Matter.* All crust components secrete extracellular carbon (C) within minutes to a few days of C acquisition. In cyanobacteria, these secretions can represent up to 50 % of total fixed carbon (Fogg 1966; Lewin 1956). As a result, presence of soil-crust organisms increases soil polysaccharides and total carbon by up to 300 % (Rao and Burns 1990; Rogers and Burns 1994), benefiting heterotrophic microbes, which are often carbon-limited. In addition, the presence of crusts can lower soil C:N ratios. This increases decomposition rates, making nutrients available faster to associated organisms (Kleiner and Harper 1972). Increases in soil organic matter are also well known to ameliorate compaction, reduce inorganic soil crusting, reduce nutrient leaching losses, and increase soil moisture retention (Tongway and Ludwig 1990; Evans and Young 1994).

*Nutrient Binding.* Microbial exopolymers not only add carbon to soils, they also modulate metal-ion concentrations at the microbial cell surface. The lipid, protein, and carbohydrate components combine to create a mosaic of many polyfunctional metal-binding sites that differ in affinity and specificity. Both cations and anions can be bound (Greene and Darnall 1990). Under natural conditions, most of the polymers act as polyanions that prevent excess quantities of highly charged molecules (such as heavy metals) from approaching the cell surface, while concentrating growth-promoting nutrients present at low concentrations in the surrounding environment (such as Na, K, Mg, Ca, Mn, Fe, Ni, Cu, and Zn) (Lange 1976; Geesey and Jang 1990). This binding occurs within minutes, and is largely a passive electrostatic interaction between cationic metals and anionic cell surface groups. Therefore, the organisms do not need to be alive or active (Gadd 1990a).

Binding capacity and affinity for one cation over another is determined by a variety of factors, including the microbial species, pH, temperature, cell densities, cell size, ion densities, and ion size. Different microbial species secrete polymers with different binding affinities, and selectivity coefficients

J. Belnap et al.

may also be different depending on whether polysaccharides are in gel or solution. Small-celled organisms with larger surface areas adsorb more than large filamentous species with less surface area (Geesey and Jang 1990).

External soil factors also influence the binding properties of microbial exopolymers. In soils above pH 7 (e.g., most desert soils), cation exchange capacity increases significantly for all microbial species. Binding of metal ions cause polymers to condense into gels, altering cation binding affinities. Polysaccharide production is stimulated by Mg, K, and Ca, which then results in greater binding of these nutrients. Affinities also fluctuate depending on concentrations of other cations present. Initial binding may also be followed by inorganic deposition of an increased amount of metal. Particulate material can bind to crustal organisms (e.g., sulfides of copper, Zn, Pb, zinc dust, magnesic oxide, and ferric hydroxide; Lange 1974; Gadd 1990a,b; McLean and Beveridge 1990; Pirszel et al. 1995). Most adsorbed metals stay on or within the extracellular sheath, and are not absorbed by the cells, thus remaining available to plants (Geesey and Jang 1990).

*Metal Chelation.* Cyanobacteria (including the common soil genera *Anabaena*, *Anacystis*, *Lyngbya*, and *Nostoc*) green algae, fungi, lichens, and bacteria also secrete powerful metal chelators such as siderochromes (Lange 1974; McLean and Beveridge 1990; Schelske et al. 1962). Chelating agents are organic compounds that form complexes with ions of polyvalent metals. Their presence maintains metals that would otherwise be precipitated in solution. They are effective in sequestering essential trace metals at exceedingly low ambient concentrations (Paerl 1988). This is especially important in soils with high pH (such as found in many deserts), as some elements form insoluble oxides or hydroxides at or above pH 7. Cyanobacteria also secrete peptide nitrogen and riboflavin. Together with siderochromes, these substances form complexes with tricalcium phosphate, Cu, Zn, Ni, and ferric iron, keeping them plant-available. These secreted chelators are water-soluble, and capable of being translocated in soil and water. Consequently, chelated compounds are made available to associated, nonchelating plants or microbes. Binding and chelation may be especially important for nitrogen fixers, as they require high amounts of otherwise unavailable Fe (Bose et al. 1971; Lange 1974; Geesey and Jang 1990; Gadd 1990a).

*Other Plant Nutrients and Plant Factors.* Cyanobacteria also secrete other compounds that can influence vascular plant growth. Glycollate is a common extracellular product. Secretion of glycollate is increased at low cyanobacterial cell density (as in soils) and when cyanobacteria go from low to high light intensities, as on a partly cloudy day. Glycollate stimulates uptake of phosphate in cyanobacteria (Fogg 1966). Cyanobacteria also secrete various vitamins (e.g., $B_{12}$), auxin-like substances, and other substances that promote

growth and cell division in plant and animal tissue (Fogg 1966; Venkataraman and Neelakantan 1967).

*Vesicular-Arbuscular Mycorrhizae.* There is a strong positive correlation between mycorrhizal infections of some seed plants and crusted surfaces (Harper and Pendleton 1993; Pendleton and Warren 1995). In addition, consistent increases of biogenic mineral elements in crusted soils and associated plants that do not form complexes with chelating compounds suggest that the increased mycorrhizal fungi associated with crusts are also involved in increasing nutrient availability to plants (Harper and Pendleton 1993; Belnap and Harper 1995; Harper and Belnap 2000).

*pH.* The presence of photosynthetic crustal organisms significantly increases the pH of surrounding medium (see Chap. 16). Crustal organisms from SE Utah raise the soil pH from 8 to 10.5 (Garcia-Pichel and Belnap 1996). Endolithic cyanobacteria in Venezuela and South Africa raised the pH of surrounding solutions in rocks from about 8 to 10 as well (Büdel 2000). As seen above in the discussion on chelation, increases in pH decreases availability of some nutrients (e.g., P, Fe), $CO_2$ dissolution rates, carbonate formation rates, and solubilization of soil minerals (e.g., Si; Nobel 1991).

### 21.2.3  Thermal and Water Relations

The presence of biological soil crusts can increase soil surface temperatures by up to 14 °C relative to adjacent uncrusted soils in both temperate and polar deserts. This is expected to influence seed germination, plant growth, and nutrient uptake rates (Harper and Pendleton 1993; Belnap 1995; Gold and Bliss 1995).

Cyanobacteria and gelatinous lichens can absorb ten times or more their volume in water (Campbell 1979). While increased biomass of these organisms may increase the surface water-holding capacity of soils, this could be offset by increased loss of soil surface moisture due to higher surface temperatures in crusted than uncrusted soils (see Chap. 27). However, it has also been repeatedly observed in a cool desert setting that darker, more well-developed crusts retain surface moisture longer after rain events than bare sand or thin cyanobacterial crusts, regardless of air temperatures or insolation levels (J. Belnap, pers. obs.). While this may not affect germination of seeds lying on the crust surface, it may influence moisture status of seeds embedded in the crust. In hot deserts, surfaces dry very quickly when air temperatures are high; this increase in surface moisture may not influence seed germination during hot periods. It is not known what effect crusts have on subsurface soil moisture. Three studies have directly addressed this question. Two studies