found that the presence of crusts increased soil moisture (Brotherson and Rushforth 1983; D. George et al., unpubl.); one study found that crusts reduced soil moisture (Harper and Marble 1988). D. George et al. noted that the type of soil crust (cyanobacterial vs. lichen crust) influenced study results.

The presence of crusts can also influence water distribution on a landscape scale. In hot deserts, plant interspaces are covered by smooth crusts that generally reduce water infiltration. The resultant increase in runoff from crusted plant interspaces potentially provides increased water availability for nearby vascular plants (Tongway and Ludwig 1990; Cornet et al. 1992; Zaady and Shachak 1994; Eldridge et al. 2000; Chap. 22). In cool and cold deserts, crusts enhance local water infiltration, thus reducing runoff on a landscape scale (Chap. 24).

## 21.3  Influence of Soil Crusts on Seed Dispersal and Germination

### 21.3.1  Seed Dispersal

Many factors influence movements of seeds once they are dispersed from the parent plant. As the establishment of perennial species is a fairly rare event, field studies concerning natural dispersal and emergence have generally addressed annual plant species. Regardless of seed size or shape, most seeds can be easily carried by wind or water across dry, smooth soil surfaces (Harper 1977). However, some seeds have mucilaginous coats or pappus hairs that can stick to wet soil surfaces, even when soil surfaces are smooth (Harper 1977; Gutterman 1994; Zaady et al. 1997). Smooth crust surfaces are most often found in hot deserts or soils recently colonized by cyanobacteria. Smooth surfaces are generally characterized by low plant litter, no frost-heaving, biological crusts heavily dominated by cyanobacteria, and some physical or chemical crusting. The effects of a smooth crustal surface on seed dispersal has been well illustrated by recent work at the Nizzana dunes in Israel. Using field experiments, Prasse (1999) showed that the probability of seed entrapment on these smooth cyanobacterial crusts is very low. Experimentally applied disturbances that roughened the smooth soil surface significantly increased seed entrapment. Seed-trapping was most effective when the disturbance was applied before main seed-dispersal times. Roughened plots that were covered to prevent seed input had no seedlings, indicating that no germinable seeds were available prior to surface roughening. This observation was supported by watering intact crusts in a greenhouse setting, where almost no germination was observed.

BLM_0004539

In contrast to these smooth soil surfaces found in hot deserts, surfaces in cool and cold deserts are characterized by lichen–moss crusts, plant litter, frost-heaved soils, and limited physical or chemical crusting. Many studies have shown these rough surfaces trap seeds. In addition, these surfaces trap organic matter, water and soil fines, thus increasing microsite fertility (Harper and St. Clair 1985; Eckert et al. 1986; Harper and Marble 1988; Mücher et al. 1988; Chap. 14). Using a portable wind tunnel to generate winds of known speed, J. Belnap (unpubl. data) showed that smoothing of crusted surfaces by disturbance results in less trapping of seeds and organic matter at all commonly occurring wind speeds.

## 21.3.2 Vascular Plant Seed Germination and Establishment

Few studies have specifically addressed the effect of soil crusts on seed germination and plant establishment, and results have been variable. Most studies have used experimental sowing of selected species into crusted and uncrusted soils; thus, it should be kept in mind that seed placement may not mimic that of naturally dispersed seeds. Other studies have used comparisons of species composition and/or density of vascular plants in adjacent crusted and uncrusted soils. Interpreting results from these studies necessitates understanding the reasons for crust cover differences and the influence these differences may have on vascular plant germination and/or establishment.

Biological soil crusts do not present a physical barrier to root penetration for any plant species or soil type tested (Belnap and Gardner 1993; R.L. Pendleton, unpubl. data). In contrast, physical and chemical crusting often inhibits root penetration (see Chap. 15; Chartres 1992). Combinations of physical and biological crusts are expected to have intermediate effects on root penetration, depending on the level and type of crust development.

*Biogeography.* In cool deserts, crusts generally enhance germination and establishment of vascular plants. St. Clair et al. (1984) showed large increases in germination and establishment in the lab for the perennial grasses *Agropyron elongatum* (fivefold increase) and *Elymus junceus* (11-fold increase) on crusted southeastern Utah soils when compared to uncrusted soils. In the Great Basin, Eckert et al. (1986) showed that seedling germination was higher in crusts under shrub canopies and in adjacent crusted soils compared to the uncrusted plant interspace soils. Most seedlings were found at the base of crust pedicels. Schlatterer and Tisdale (1969) showed no effect of moss cover on the number of perennial grass seeds that germinated (*Stipa thurberiana, Sitanion hystrix, Agropyron spicatum*) when compared to artificial litter, although time to germination was slower. When compared to bare surfaces, germination was inhibited. However, seeds were placed under 2 cm of moss,

BLM_0004540

rather than on top of the moss, as would occur in nature. In Idaho and southeastern Utah, Larsen (1995) and Howell (1998), respectively, showed that germination of native *Stipa* was not affected by biological soil crusts, while germination of the exotic annual grass *Bromus tectorum* was inhibited by intact crusts. *Bromus* germination was stimulated when crusts were broken but left in place. Thus, in cool deserts, seed germination is generally enhanced for perennial plants and decreased for exotic annual grasses.

In contrast with cool deserts, hot-desert species show a more ambivalent response to the presence of soil crusts. In Australia, Crisp (1975) found the same as Larsen (1995) did in cool deserts: germination and establishment of the native perennial grass *Stipa* was not inhibited on crusts, while germination and establishment of the annual exotic grass *Schismus* was inhibited. As with the annual *Bromus*, *Schismus* germination was stimulated when the crust was broken. In Arizona, McIlvanie (1942) found that two species of perennial warm-season grasses did not germinate on soils with 100% moss cover in southern Arizona. In the laboratory, Zaady et al. (1997) found that cyanobacterial crusts in Israel inhibited germination of the annual plants *Plantago* and *Reboudia*, while germination of the annual *Carrichtera* was enhanced. Hacker (1984) reported reduced germination on "crusted" soils for two shrubs in Australia; however, he makes no mention of biological crusts, and it is likely that these were physical crusts, as they increased with grazing. In 1987, Hacker found more adult plants, but fewer seedlings, of *Selenothamnus* (a chenopod shrub) on crusted soils. He speculated that crusts may reduce germination of this species; however, he did not directly test this hypothesis.

*Physical Influences on Seed Germination.* Seeds require varying amounts of moisture to germinate. In the dry air of deserts, many species require some soil or plant cover to maintain sufficient moisture for germination. While the cracks and crannies in the soil surface are often sufficient for small seeds (Gutterman 1994; Chartres and Mücher 1989), most larger-seeded plants require additional cover by soil or litter (Evans and Young 1984). In deserts where litter is often limited, native seeds generally accomplish this by burial mechanisms such as hygrochasic awns or through rodent caching. However, some plant species lack specialized penetration structures (Boeken and Shachak 1994). These species are often annuals that evolved in regions where soil-surface disturbance is relatively high. Consequently, germination of these species is generally inhibited in areas where litter is sparse, soil crusts stabilize soils, and surface disturbance is low. This has been demonstrated for several annual *Bromus* species in the US and Israel (Evans and Young 1984; Larsen 1995; Howell 1998; Kaltenecker et al. 1999; Prasse 1999), *Schismus* in both Australia and Israel (Crisp 1975; Zaady et al. 1997), *Plantago* and *Reboudia* in Israel (Zaady et al. 1997) and *Salsola* in Australia and the US (West 1990). Increased spatial and temporal frequency of surface disturbance generally

BLM_0004541

favors germination for these species. Unfortunately, this often results in exotic annual invasions of perennial plant-dominated cool desert communities (Larsen 1995). Increasing soil surface disturbance in ecosystems where annuals and disturbance are a significant component (e.g., Negev and Sonoran Deserts) leads to some increased plant productivity; however, seed availability and dispersal may quickly become limiting (Boeken et al. 1998).

Soil mobility is also an important control on seed germination. Seeds generally have optimal burial depths, and increased or decreased burial can prevent germination (Baskin and Baskin 1998). Because soil crusts enhance soil stability (see Part V), their presence or absence can differentially affect germination of seeds.

*Nutrient and pH Influence on Seed Germination.* Laboratory studies show that N additions can stimulate seed germination in some plant species (Baskin and Baskin 1998). Consequently, germination of some species may be stimulated with the presence of crusts; however, we are not aware of any experiments which directly test this hypothesis. Similarly, extreme soil pH affects seed germination (Baskin and Baskin 1998). Thus, the large increase in soil pH seen on crusted soil surfaces may influence seed germination of some plant species. Again, no experiments have been done to directly investigate this.

*Influence of Soil Crusts on Soil Thermal and Water Relations.* We found no work that specifically addresses how the thermal and moisture environments of soil crusts affect seed germination. Mücher et al. (1988) found higher seed germination on crusted surfaces in dry woodlands of Australia, and attributed this to the higher soil moisture found on crusted surfaces; however, this was not directly measured. Gold and Bliss (1995) speculated that increased seed germination and plant biomass on crusted surfaces was due to substantial increases in soil surface and subsurface temperatures, as well as subsurface moisture. Again, this was not directly tested.

## 21.4  Influence of Soil Crusts on Vascular Plant Survival, Biomass, Fecundity and Nutrition

### 21.4.1  Plant Survival

*Cool and Cold Deserts.* Studies from cool and cold deserts have spanned many plant species and life-forms, and have included both coarse- and fine-textured soils. All studies have found that biological soil crusts either in-

BLM_0004542

crease or do not affect vascular plant biomass and survival. Harper and St. Clair (1985) seeded two perennial grasses, two perennial forbs, two annual forbs, and one shrub in crusted and uncrusted plots at three cool desert sites around Utah (USA). Soils ranged from 33 to 66 % sand. After 1 year, crusted plots had 2.8 times as many seedlings as scalped plots, with all species enhanced except the two perennial grasses, which were not affected. After 3 years, crusted plots had 1.6 times as many seedlings. All the species that survived on both the crusted and uncrusted plots had enhanced survival on the crusted plots. In a separate study, St. Clair et al. (1984) reported that survival of three perennial grasses was enhanced on crusted soils relative to adjacent uncrusted soils in both the field (1.3–4 times) and the greenhouse (1.6–12-fold).

Lesica and Shelley (1992) found that while crusts had no effect on the survival of small *Arabis fecunda* individuals (a perennial forb), the presence of crusts enhanced the long-term survival of medium and larger individuals in Montana. Eckert et al. (1986) reported that crust removal by trampling decreased survival of perennial grass seedlings (*Poa sandbergii, Sitanion hystrix*) while increasing the emergence of the shrub *Artemisia tridentata* and of annual forbs. However, after long-term protection, crusted areas supported more of both the perennial grasses and the shrub. DeFalco (1995) reported a greater number of individuals of five annual grasses and forbs on crusted soils relative to adjacent uncrusted soils. Jeffries and Klopatek (1987) and Kleiner and Harper (1977) report that vascular plant species richness and cover was positively correlated with crusted soils, while Anderson et al. (1982) found no significant correlation between crusts and vascular plant cover. Meyer (1986) reported a positive correlation between vascular plant species richness and crust development on gypsiferous soils.

As with germination, Larsen (1995) showed that seedling density of native *Stipa* was not affected by biological soil crusts relative to uncrusted soils. However, in contrast to native annuals, density of the exotic annual grass *Bromus tectorum* was lower on intact crusts. *Bromus* density was greater on crusts that were broken, but left in place. Greater seedling success in crusted soils, when compared to uncrusted soils, has also been reported by Fritsch (1922), Booth (1941), Fletcher and Martin (1948), and Shields and Durrell (1964). The presence of a well-developed lichen-moss crust in arctic cold deserts supported a higher diversity of vascular plants. This was attributed to reduced cryoturbation and increased nutrient availability, organic matter, and soil temperature associated with the presence of soil crusts (Gold and Bliss 1995).

*Hot Deserts.* Eldridge and Greene (1994) found no relationship between Australian *Atriplex* shrub seedling establishment and crust cover. Graetz and Tongway (1986) found the cover of chenopod shrubs was positively corre-

BLM_0004543

lated with crust cover, citing increased moisture and nutrients in the upper 10 cm as responsible. Survival of the native grass *Stipa* in Australia was not affected by the presence of soil crusts, while survival of the exotic *Schismus* was reduced on crusted sufaces (Crisp (1975). The annual grasses *Bromus* and *Schismus* have been found to have higher densities on broken crust in the cool deserts of the US and hot deserts of Australia and Israel (Crisp 1975; Larsen 1995; Prasse 1999). Prasse (1999) also found higher densities of all annuals on crusts that were broken. He also noted no effect of crusts on plant mortality. Studies in Israel showed that vascular plant densities correlated with surface stability (Danin 1978; Kadmon and Leschner 1995; Tielbörger 1997), although a direct connection with biological soil crusts has not been established.

### 21.4.2  Plant Biomass

*Cool Deserts.* Pendleton and Warren (1995) reported that one annual grass (*Bromus tectorum*), one perennial grass (*Sitanion hystrix*), two perennial forbs (*Gaillardia pulchella*, *Sphaeralcea munroana*) and one shrub (*Coleogyne ramosissima*) all showed greater shoot and total plant weight in crusted soils than adjacent uncrusted surfaces. All species except *Coleogyne* had greater root weight. All species showed smaller root/shoot ratio in crusted soils, indicating greater soil nutrients were available in the crusted soils. Schlatterer and Tisdale (1969) showed that the height and biomass of *Sitanion hystrix* were significantly increased, and biomass and height of *Stipa thurberiana* and *Agropyron spicatum* were not affected by moss cover when compared to artificial litter. Generally, height and biomass were greater with moss cover than no litter for all three species.

DeFalco (1995) reported greater biomass in individuals of five annual grasses and forbs on crusted soils relative to adjacent uncrusted soils. In another study, biomass of the native annual grass *Festuca octoflora* was twice that on crusted soils compared to uncrusted soils (Belnap 1995). Similar results were obtained by other authors (Brotherson and Rushforth 1983; Shields and Durrell 1964). In the Arctic, crusted sites had higher plant diversity and biomass. These sites also had increased soil nutrients, organic matter, and temperature, as well as reduced soil cryoturbation, due to the presence of crusts (Gold and Bliss 1995).

*Hot deserts.* In southern Arizona, McIlvanie (1942) found the biomass of four species increased 45–300 % when grown on crusted surfaces relative to uncrusted surfaces. However, it should be noted that he was also comparing grazed and protected soils. In Israel, vascular plant biomass was correlated with surface stability (Danin 1978; Kadmon and Leschner 1995; Tielbörger

1997). However, the role of biological soil crusts in these findings has not been directly tested.

### 21.4.3 Vascular Plant Fecundity

Only two studies examined the effect of crusts on plant fecundity. Lesica and Shelley (1992) found that crusted soils had no effect on the fecundity of any size class of the perennial *Arabis fecunda* in Montana. In a hot desert (Israel) on a smooth cyanobacterial crust, Prasse (1999) found the annuals *Ifloga spicata* and *Senecio glaucus* had the same or higher capitules/plant where crusts were broken or removed compared to where crusts were left intact. Enhanced plant fecundity was attributed to greater water interception in areas where the crusts were broken.

### 21.4.4 Vascular Plant Nutrition

Alteration of soil-surface chemistry by biological soil crusts is significantly correlated with changes in the content of bioessential elements in the tissue of associated seed plants (Harper and Marble 1988; Belnap and Harper 1995; Harper and Pendleton 1993; Pendleton and Warren 1995; Harper and Belnap 2000). Findings from these studies are summarized for ten plant-essential elements in Table 21.1. All studies occurred with *Microcoleus-Nostoc-Collema* soil crusts on sandy, calcareous soils. Soil crusts enhanced N content of associated seed plants in all trials. In contrast, P in plant tissue from crusted areas was increased as often as reduced. The presence of soil crusts generally enhanced plant uptake of Mg, K, Cu, and Zn, while generally reducing Fe uptake. Ca and Mn in tissue of seed plants grown in crusted soils show no consistent differences from control plants.

Other researchers have found similar results. Schlatterer and Tisdale (1969) observed that N was higher in *Stipa thurberiana* (18 %), *Sitanion hystrix* (10 %), and *Agropyron spicatum* (19 %) under moss litter when compared to artificial litter. With no litter, only *Agropyron* had higher N (18 %). They found no difference in P among the treatments. DeFalco (1995) measured N and P in five annual forbs. Individual plants in crusted soils had lower concentrations of N; however, plant biomass was much higher on crusted soils. When plant concentrations were calculated on a m² basis, total N and P was much higher in combined plant tissue on the crusted soils. Individually, two of the species showed no difference between crusted and uncrusted soils (*Cryptantha pterocarya, Eriophyllum wallacei*). *Bromus rubens* and *Erodium cicutarium* showed higher N on crusted soils (sixfold and tenfold, respectively*)* and P (ninefold and tenfold, respectively). *Descurainia pinnata*, on the

BLM_0004545

**Table 21.1.** Elemental content of vascular plant tissue. (Harper and Belnap 2000)

| Element | Substrate | Shrub | | Forb | | | | Grass |
| | | *CORA* seedlings | *CORA* adults | *BRRA* adults | *LEMOJO* adults | *LEMOMO* adults | *STLO* adults | *STHY* adults |
|---|---|---|---|---|---|---|---|---|
| Ca, % | No Crust | 0.88 | 3.13 | 2.98 | 0.62 | 1.17 | 1.16 | 1.42 |
| | Crust | 0.86 | 3.19 | 2.44* | 0.64 | 1.41 | 1.80** | 1.00* |
| K, % | No Crust | 1.19 | 0.80 | 1.72 | 2.19 | 3.03 | 1.49 | 1.50 |
| | Crust | 0.86** | 0.78 | 1.43** | 2.26* | 4.15* | 2.06** | 2.01* |
| Mg, % | No Crust | 0.49 | 0.41 | 0.45 | 0.29 | 0.34 | 0.20 | 0.14 |
| | Crust | 0.46 | 0.43 | 0.34** | 0.26* | 0.43 | 0.25** | 0.14 |
| N, % | No Crust | 5.60 | 0.98 | NM | 1.29 | 1.42 | 1.44 | 1.99 |
| | Crust | 5.83 | 1.07 | 1.24 | 1.41* | 1.58 | 2.09** | 2.30** |
| P, % | No Crust | 0.55 | 0.11 | 0.35 | 0.07 | 0.25 | 0.28 | 0.24 |
| | Crust | 0.69* | 0.11 | 0.23** | 0.08* | 0.28 | 0.27 | 0.13** |
| Cu, ppm | No Crust | 13.80 | 4.00 | 4.80 | 8.60 | 3.08 | 5.80 | 8.60 |
| | Crust | 15.00* | 4.00 | 3.80 | 8.80 | 6.33* | 7.20* | 9.10 |
| Fe, ppm | No Crust | 765.40 | 138.60 | 66.60 | 29.70 | 474.10 | 419.20 | 130.40 |
| | Crust | 646.90 | 84.60** | 60.50 | 27.60 | 772.70 | 222.40* | 117.90 |
| Mn, ppm | No Crust | 0.49 | 0.41 | 119.10 | 49.50 | 52.50. | 28.80 | 24.20 |
| | Crust | 0.46 | 0.43 | 163.90** | 47.10* | 102.50 | 25.00 | 71.90** |
| Na, ppm | No Crust | 61.50 | 8.40 | 28.50 | 51.30 | 161.00 | NM | NM |
| | Crust | 69.80 | 9.20 | 22.50 | 50.70 | 281.00* | NM | NM |
| Zn, ppm | No Crust | 51.10 | 13.00 | 829.70 | 24.80 | 12.20 | 20.20 | 7.70 |
| | Crust | 74.10** | 11.20 | 917.10 | 23.90 | 15.20 | 19.80 | 12.60* |

*CORA=Coleogyne ramosissima, BRRA=Brassica rapa, LEMOJO=Lepidium montanum var. jonesii, LEMOMO=L. montanum var. montanum, STLO=Streptanthella longirostris, STHY=Stipa hymenoides.*
For adult *Coleogyne*, leaves and current year twigs were analyzed.
For *LEMOJO* and *STHY*, leaves were analyzed.
For *BRRA, LEMOMA,* and *STLO*, roots, stems and leaves were analyzed.
Crusted and uncrusted soils were separated by more than a 4.0 m linear distance. Sites were similar in soil type, aspect and vascular plant cover.
*=$P<0.05$, **=$P<0.01$. NM=not measured.

BLM_0004546

other hand, had lower N and P (3× and 10×, respectively). Cyanobacterial in-oculations have long been known to increase N in rice plants (Venkataraman and Neelakantan 1967) and vegetable crops (Dadlich et al. 1969).

The negative effects of crusts on plant P and Fe may be related to com-petition between the soil-crust organisms and the roots of seed plants for bioessential elements. P and plant-available Fe are often in short supply in the calcareous, sandy soils common to many deserts (Black 1968). Thus, crustal microorganisms may compete with vascular plant roots for these elements. This competitive effect is expected to be most severe for small, short-lived (especially annual) plants that root heavily at the soil surface, which is the area most influenced by the biological soil-crust organisms. We have observed that many plants, including shrubs, produce hair-like feeder roots in the sur-face 2 cm of soil, especially in seasons of unusually abundant rainfall (Belnap and Harper 1995; Harper and Belnap 2000). Such roots could scarcely escape competition for bioessential elements with organisms of the microbiotic sur-face crusts.

Biological crusts can exert positive influence on uptake of essential elements in a variety of ways. Crusted soils are enriched by cyanobacterially-fixed N, and uptake of this N by associated organisms has been documented (see Sect. 21.2.2 above; Chap. 19). Soil content of K, Mn, Ca, Mg, and P are consistently shown to be greater where biological crusts occur. Although Fe and Zn soil concentrations are generally lower in crusted areas, plant tissue concentrations of Zn and, occasionally, Fe are elevated (Belnap and Harper 1995; Harper and Belnap 2000; Harper and Pendleton 1993). Thus, the bio-logical crusts appear to somehow render those elements more available to plant roots. It is well known that both Zn and Fe, along with other elements such as Cu, Co, Mn, and Mo, can form stable complexes with chelating com-pounds (see Sect. 21.2.2).

Studies examining mycorrhizal infection rates show plants growing on biologically crusted surfaces consistently have higher infection rates than the same species growing on adjacent, uncrusted surfaces. This association may also partially explain higher nutrient concentrations in leaf tissue. Differ-ences may also be partially ascribable to a thermal effect. Dark crusts are warmer than lighter uncrusted soils; therefore, uptake of nutrients would occur at a higher rate (Harper and Pendleton 1993).

Herbivores and other consumers may benefit indirectly from the enhanced nutrient status of these ecosystems (Belnap and Harper 1995). Populations of microarthropods are also correlated with the presence of well-developed soil crusts (see Chap. 14). Subsequent enhancement of decomposition rates may also contribute to greater availability of nutrients to associated vascular plants. Secreted subsurface carbon compounds may also influence water availability to vascular plant seedlings.

BLM_0004547

## 21.5  Conclusions

The effect of soil crusts on final seed placement once seeds are dispersed from the parent plant is fairly well understood. Seed entrapment is low in areas where soil surfaces are smooth (cyanobacterial crusts in hot deserts or soils with significant physical or chemical crusting that lack frost heaving), while entrapment is high in regions where crusts significantly increase surface roughness (well-developed crusts and frost-heaving).

The effect of biological soil crusts on seed germination is more complex. Germination of annuals and seeds that lack burial mechanisms appear most affected by biological soil crusts, especially in areas with smooth soil surfaces or for plant seeds that lack structures that facilitate soil-seed contact. Consequently, crusts may significantly affect plant germination and initial establishment in ecosystems where annuals or plants without burial mechanisms contribute a significant amount of the primary productivity, and where soil surfaces are smooth. This combination of characteristics is most often found in hot deserts. In contrast, crusts probably have much less influence on plant germination and initial establishment in communities dominated by perennial plants and/or seeds with burial mechanisms, and in areas with roughened soil surfaces that facilitate seed-soil contact. These characteristics are most often found in cool and cold deserts. However, it should be kept in mind that the ultimate determinant of perennial vascular plant density or biomass in any desert is seldom seed dispersal or germination per se. Instead, water and nutrients are generally the limiting factors (Mabbutt and Fanning 1987; Tongway and Ludwig 1990; Dunkerley and Brown 1995). Introduced annual grasses that lack burial mechanisms have shown inhibited germination on all intact crust types in both hot and cold deserts. This may result from their evolution in livestock-disturbed areas.

Once plants have become established, the effect of biological soil crusts on survival and biomass appears universally positive or without effect in cool and cold deserts. No study has documented a negative relationship between plant survival or biomass and the presence of crusted soils in these habitats. In hot deserts, studies are much more limited, and thus few generalizations can be made. Biomass of the four perennial plants tested in one study showed biomass was higher, or not affected, by the presence of crusts. However, studies of annual plants show a highly variable response.

To fully understand the relationship between soil crusts and vascular plants, we need studies that specifically address the influence of biological soil crusts as separate from the influences of inorganic crusts, soil types, and climate regimes. We need data on how variation in crustal species composition affects seed dispersal and germination, as the influence of cyanobacterial crusts on soil factors may be very different from moss-lichen crusts

296                                                                              J. Belnap et al.

(West 1990). And lastly, we need a better understanding of how crust-caused modifications of the soil environment affect vascular plant communities.

*Acknowledgments.* The contributions of Michelle Schmid, Sue Philllips, Katja Tielbörger (Potsdam) and Otto L. Lange are gratefully acknowledged.

# References

Anderson DC, Harper KT, Holmgren RC (1982) Factors influencing development of cryptogamic soil crusts in Utah deserts. J Range Manage 35:180–185

Baskin CC, Baskin JM (1998) Seeds. Ecology, biogeography, and evolution of dormancy and germination. Academic Press, New York

Belnap J (1995) Surface disturbances: their role in accelerating desertification. Environ Mon Assess 37:39–57

Belnap J, Gardner JS (1993) Soil microstructure in soils of the Colorado Plateau: the role of the cyanobacterium *Microcoleus vaginatus*. Great Basin Nat 53:40–47

Belnap J, Harper KT (1995) Influence of cryptobiotic soil crusts on elemental content of tissue of two desert seed plants. Arid Soil Res Rehabil 9:107–115

Beymer RJ, Klopatek JM (1992) Effects of grazing on cryptogamic crusts in pinyon-juniper woodlands in Grand Canyon National Park. Am Midl Nat 127:139–148

Black CA (1968) Soil-plant relationships. John Wiley, New York

Boeken B, Shachak M (1994) Desert plant communities in human-made patches – implications for management. Ecol Appl 4:702–716

Boeken B, Lipchin C, Gutterman Y, van Rooyen N (1998) Annual plant community responses to density of small-scale soil disturbances in the Negev Desert of Israel. Oecologia 114:106–117

Booth WE (1941) Algae as pioneers in plant succession and their importance in erosion control. Ecology 22:38–46

Bose P, Nagpal US, Venkataraman GS, Goyal SK (1971) Solubilization of tricalcium phosphate by blue-green algae. Curr Sci 7:165–166

Brotherson JD, Rushforth SR (1983) Influence of cryptogamic crusts on moisture relationships of soils in Navajo National Monument, Arizona. Great Basin Nat 43:73–78

Büdel B (2000) Ecology and diversity of rock-inhabiting cyanobacteria in tropical regions. Europ J Phycol 34:361–370

Campbell SE (1979) Soil stabilization by a prokaryotic desert crust: implications for precambrian land biota. Origins Life 9:335–348

Carleton TJ (1990) Variation in terricolous bryophyte and macrolichen vegetation along primary gradients in Canadian boreal forests. J Veg Sci 1:585–594

Chartres CJ (1992) Soil crusting in Australia. In: Sumner ME, Stewart BA (eds) Soil crusting: chemical and physical processes. Lewis, Boca Raton, FL, pp 339–366

Chartres CJ, Mücher HJ (1989) The effects of fire on the surface properties and seed germination in two shallow monoliths from a rangeland soil subjected to simulated raindrop impact and water erosion. Earth Surf Proc Landforms 14:407–417

Cornet AF, Montana C, Delhoume JP, Lopez-Portillo J (1992) Water flows and the dynamics of desert vegetation stripes. In: Hansen AJ, di Castri F (eds) Landscape boundaries: consequences for biotic diversity and ecological flows. Springer, Berlin Heidelberg New York, pp 327–345

Crisp MD (1975) Long-term change in arid zone vegetation. Unpubl PhD University of Adelaide, Australia

Dadlich KS, Varma AK, Venkataraman GS (1969) The effect of *Calothrix* inoculation on vegetable crops. Plant Soil 31:377–379

Danin A (1976) Plant species diversity under desert conditions. I. Annual species diversity in the Dead Sea Valley. Oecologia 22:251–259

Danin A (1978) Plant species diversity and plant succession in a sandy area in the Northern Negev. Flora 167:409–422

DeFalco LA (1995) Influence of cryptobiotic crusts on winter annuals and foraging movements of the desert tortoise. Dept of Biol, Colorado State University, Fort Collins, CO

Dunkerley DL, Brown KJ (1995) Runoff and runon areas in a patterned chenopod shrubland, arid western New South Wales, Australia: characteristics and origin. J Arid Environ 30:41–55

Eckert RE, Peterson FF, Meurisse MS, Stephens JL (1986) Effects of soil-surface morphology on emergence and survival of seedlings in big sagebrush communities. J Range Manage 39:414–420

Eldridge DJ (1993) Cryptogams, vascular plants, and soil hydrological relations: some preliminary results from the semiarid woodlands of eastern Australia. Great Basin Nat 53:48–58

Eldridge DJ, Green RSB (1994) Microbiotic soil crusts: a review of their roles in soil and ecological processes in the rangelands of Australia. Aust J Soil Res 32:389–415

Eldridge DJ, Lepage M, Bryannah MA, Ouedraogo P (2000) Soil biota. In: Tongway DJ, d'Herb JM, Sergieri J (eds) Banded vegetation patterning in arid and semi-arid environments: ecological processes and consequences for management. Springer, Berlin Heidelberg New York (in press)

Evans RD, Belnap J (1999) Long-term consequences of disturbance on nitrogen dynamics in an arid ecosystem. Ecology 80:150–160

Evans RD, Ehleringer JR (1993) A break in the nitrogen cycle in arid lands? Evidence from [15]N of soils. Oecologia 94:314–317

Evans RA, Young JA (1984) Microsite requirements for downy brome (*Bromus tectorum*) infestation and control on sagebrush rangelands. Weed Sci 32:13–17

Fletcher JE, Martin WP (1948) Some effects of algae and molds in the rain-crust of desert soils. Ecology 29:95–100

Fogg GE (1966) The extracellular products of algae. Oceanogr Mar Biol Annu Rev 4: 195–212

Fritsch FE (1922) The moisture relations of terrestrial algae. Ann Bot 36:1–20

Gadd GM (1990a) Biosorption. Chem Ind 13:421–426

Gadd GM (1990b) Fungi and yeasts for metal accumulation. In: Ehrlich HL, Brierley CL (eds) Microbial mineral recovery. McGraw-Hill, New York, pp 249–275

Garcia-Pichel F, Belnap J (1996) Microenvironments and microscale productivity of cyanobacterial desert crusts. J Phycol 32:774–782

Geesey G, Jang L (1990) Extracellular polymers for metal binding. In: Ehrlich HL, Brierley CL (eds) Microbial mineral recovery. McGraw-Hill, New York, pp 223–247

Gold WG, Bliss LC (1995) Water limitations and plant community development in a polar desert. Ecology 76:1558–1568

Graetz RD, Tongway DJ (1986) Influence of grazing management on vegetation, soil structure and nutrient distribution and the infiltration of applied rainfall in a semi-arid chenopod shrubland. Aust J Ecol 11:347–360

Greene B, Darnall DW (1990) Microbial oxygenic photoautotrophs (cyanobacteria and algae) for metal–ion binding. In: Ehrlich HL, Brierley CL (eds) Microbial mineral recovery. McGraw-Hill, New York, pp 277–302

BLM_0004550

Gutterman Y (1994) Strategies of seed dispersal and germination in plants inhabiting deserts. Bot Rev 60:373–425

Hacker RB (1984) Vegetation dynamics in a grazed mulga shrubland community. I. The mid-storey shrubs. Aust J Bot 32:239–249

Harper JL (1977) Population biology of plants. Academic Press, New York

Harper KT, Belnap J (2000) The influence of biological soil crusts on mineral uptake by associated seed plants. J Arid Environ (in press)

Harper KT, Marble JR (1988) A role for nonvascular plants in management of arid and semiarid rangelands. In: Tueller PT (ed) Vegetation science applications for rangeland analysis and management. Kluwer Academic Publishers, Dordrecht, pp 136–169

Harper KT, Pendleton RL (1993) Cyanobacteria and cyanolichens: can they enhance availability of essential minerals for higher plants? Great Basin Nat 53:59–72

Harper KT, St. Clair LL (1985) Cryptogamic soil crusts on arid and semiarid rangelands in Utah: effects on seedling establishment and soil stability. Dept Botany Range Sci, Brigham Young University, Provo, Utah

Howell W (1998) Germination and establishment of *Bromus tectorum* L. in relation to cation exchange capacity, seedbed, litter, soil cover and water. Unpubl Thesis, Prescott College, AZ

Jeffries DL, Klopatek JM (1987) Effects of grazing on the vegetation of the blackbrush association. J Range Manage 40:390

Johansen JR (1993) Cryptogamic crusts of semiarid and arid lands of North America. J Phycol 29:140–147

Kadmon R, Leschner H (1995) Ecology of linear dunes: effect of surface stability on the distribution and abundance of annual plants. Adv Geoecol 28:125–143

Kaltenecker JH, Wicklow-Howard M, Pellant M (1999) Biological soil crusts: natural barriers to *Bromus tectorum* L. establishment in the northern Great Basin, USA. In: Eldridge D, Freudenberger D (eds) Proc VI Int Rangeland Congress, Aitkenvale, Queensland, Australia, pp 109–111

Kleiner EF, Harper KT (1972) Environment and community organization in grasslands of Canyonlands National Park. Ecology 53:229–309

Kleiner EF, Harper KT (1977) Soil properties in relation to cryptogamic groundcover in Canyonlands National Park. J Range Manage 30:202–205

Ladyman JAR, Muldavin E (1994) A study of the terricolous cryptogam and other ground cover in low disturbance pinyon–juniper woodlands in New Mexico. USDA Forest Service, Albuquerque, NM

Lange W (1974) Chelating agents and blue-green algae. Can J Microbiol 20:1311–1321

Lange W (1976) Speculations on a possible essential function of the gelatinous sheath of blue-green algae. Canad J Microbiol 22:1181–1185

Larsen KD (1995) Effects of microbiotic crusts on the germination and establishment of three range grasses. Unpubl Thesis. Boise State University, Boise, ID

Lesica P, Shelly JS (1992) Effects of cryptogamic soil crust on the population dynamics of *Arabis fecunda* (Brassicaceae). Am Midl Nat 128:53–60

Lewin RA (1956) Extracellular polysaccharides of green algae. Can J Microbiol 2:665–673

Mabbutt JA, Fanning PC (1987) Vegetation banding in arid western Australia. J Arid Environ 12:41–59

McIlvanie SK (1942) Grass seedling establishment, and productivity-overgrazed vs. protected range soils. Ecology 23:228–231

McLean RJC, Beveridge TJ (1990) Metal-binding capacity of bacterial surfaces and their ability to form mineralized aggregates. In: Ehrlich HL, Brierley CL (eds) Microbial mineral recovery. McGraw-Hill, New York, pp 185–222

BLM_0004551

Meyer SE (1986) The ecology of gypsophile endemism in the eastern Mojave Desert. Ecology 67:1303–1313

Mitchell DJ, Fullen MA (1994) Soil-forming processes on reclaimed desertified land in north-central China. In: Millington AC, Pye K (eds) Environmental change in drylands: biogeographical and geomorphological perspectives. John Wiley, New York, pp 394–412

Mücher HJ, Chartres CJ, Tongway DJ, Greene RSB (1988) Micromorphology and significance of the surface crusts of soils in rangelands near Cobar, Australia. Geoderma 42:227–244

Nobel PS (1991) Physicochemical and environmental plant physiology. Academic Press, San Diego, CA

Paerl HW (1988) Growth and reproductive strategies of freshwater blue-green algae (cyanobacteria). In: Sandgren CD (ed) Freshwater blue-green algal ecology. Cambridge Univ Press, Cambridge, pp 261–315

Pendleton RL, Warren SD (1995) Effects of cryptobiotic soil crusts and VA mycorrhizal inoculation on growth of five rangeland plant species. In: West NE (ed) 5th Int Range Congress. Society for Range Management, Salt Lake City, UT, pp 436–437

Pirszel J, Pawlik B, Skowronski T (1995) Cation-exchange capacity of algae and cyanobacteria: a parameter of their metal sorption abilities. J Ind Microbiol 14:319–322

Prasse R (1999) Experimentelle Untersuchungen an Gefäßpflanzenpopulationen auf verschiedenen Geländeoberflächen in einem Sandwüstengebiet (Experimental studies with populations of vascular plants on different soil surfaces in a sand desert area). Universitätsverlag Rasch, Osnabrück, Germany

Rao DLN, Burns RG (1990) Use of blue-green algae and bryophyte biomass as a source of nitrogen for oil-seed rape. Biol Fertil Soils 10:61–64

Rogers SL, Burns RG (1994) Changes in aggregate stability, nutrient status, indigenous microbial populations, and seedling emergence, following inoculation of soil with *Nostoc muscorum*. Biol Fertil Soils 18:209–215

Savory A (1988) Holistic resource management. Island Press, Covelo, California

Schelske CL, Hooper FF, Haertl EJ (1962) Responses of a marl lake to chelated iron and fertilizer. Ecology 43:646–653

Schlatterer EF, Tisdale EW (1969) Effects of litter of *Artemisia, Chrysothamnus* and *Tortula* on germination and growth of three perennial grasses. Ecology 50:869–873

Shields LM, Durrell LW (1964) Algae in relation to soil fertility. Bot Rev 30:92–128

St Clair LL, Webb BL, Johansen JR, Nebeker GT (1984) Cryptogamic soil crusts: enhancement of seedling establishment in disturbed and undisturbed areas. Reclam Res 3:129–136

Tielbörger K (1997) The vegetation of linear desert dunes in the north-western Negev, Israel. Flora 192:261–278

Tongway DJ, Ludwig JA (1990) Vegetation and soil patterning in semi-arid mulga lands of eastern Australia. Aust J Ecol 15:23–34

Venkataraman GS, Neelakantan S (1967) Effect of the cellular constituents of the nitrogen-fixing blue-green alga *Cylindrospermum muscicola* on the root growth of rice seedlings. J Gen Appl Microbiol 13:53–61

Verrecchia E, Yair A, Kidron GJ, Verrecchia K (1995) Physical properties of the psammophile cryptogamic crust and their consequences to the water regime of sandy soils, north-western Negev Desert, Israel. J Arid Environ 29:427–437

West NE (1990) Structure and function of microphytic soil crusts in wildland ecosystems of arid to semi-arid regions. Adv Ecol Res 20:179–223

Zaady E, Shachak M (1994) Microphytic soil crust and ecosystem leakage in the Negev Desert. Am J Bot 81:109

BLM_0004552

300                                                              J. Belnap et al.

Zaady E, Gutterman Y, Boeken B (1997) The germination of mucilaginous seeds of
*Plantago coronopus*, *Reboudia pinnata*, and *Carrichtera annua* on cyanobacterial soil
crust from the Negev Desert. Plant Soil 190:247–252

BLM_0004553

THESIS

THE IMPACT OF HYDRAULIC FRACTURING ON HOUSING VALUES

IN WELD COUNTY, COLORADO: A HEDONIC ANALYSIS

Submitted by

Ashley Bennett

Department of Agricultural and Resource Economics

In partial fulfillment of the requirements

For the Degree of Master of Science

Colorado State University

Fort Collins, Colorado

Summer 2013

Master's Committee:

    Advisor: John B. Loomis

    Marco Costanigro
    Robin Reich

BLM_0004554

Copyright by Ashley Bennett 2013

All Rights Reserved

BLM_0004555

ABSTRACT

THE IMPACT OF HYDRAULIC FRACTURING ON HOUSING VALUES

IN WELD COUNTY, COLORADO: A HEDONIC ANALYSIS

Oil and gas production using hydraulic fracturing has rapidly spread across the US and moved into suburban and urban neighborhoods.  Proximity to residential areas has generated significant concerns by homeowners about water pollution, air pollution, aesthetics, and hence property values.  However, the increase in drilling activity has generated sizable gains in local employment and a subsequent increase in demand for housing.  In spite of controversies, there is almost no research evaluating whether proximity and level of drilling activity affects house prices on net.  We apply the hedonic property method to a sample of 4035 housing transactions between 2009 and 2012 in Weld County, Colorado, the county at the forefront of oil and gas drilling activity in the state.

Results across both the semi-log OLS and semi-log spatial GLS model specifications are consistent.  While the count of wells being hydraulically fractured within a half mile of a house has a negative effect on houses in Greeley and other towns, rural households are statistically unaffected by the density of hydraulic fracturing in their immediate area. Employment in the oil and gas sector has a positive and significant effect on house prices in the full county and Greeley model specifications, but not in the rural model specifications.  The overall lack of negative effect of hydraulic fracturing on housing prices in Weld County may be a result of the increase in employment associated with drilling operations potentially offsetting some of the disamenity associated with oil and gas drilling.

BLM_0004556

ACKNOWLEDGEMENTS

First of all, I would like to thank my advisor, Dr. John Loomis, for supporting me in this research and throughout my time at CSU.  Working closely with Dr. Loomis on this master's thesis and on a survey design as research assistant have been great experiences, from which I have gained a lot of knowledge.  I would also like to thank Dr. Marco Costanigro and Dr. Robin Reich for their econometric and spatial statistic insights and serving on my committee.  I feel fortunate to have had a committee that was willing to help me with various steps on this unfunded project.

For funding me as a research assistant in my first year, I would like to thank Dr. John Loomis and Dr. Steve Davies; for funding me as a teaching assistant in my second year, I would like to thank the Department of Agricultural and Resource Economics.  Dr. Marshall Frasier and Dr. Joleen Hadrich also deserve to be thanked for being flexible and fun to serve under as a teaching assistant.

Finally, I would like to thank my family and friends for their support through these past two years.  My mom has always supported me emotionally in my academic and personal endeavors, and I am incredibly grateful for her involvement in my life.  I'm also very thankful for the great cohort of graduate students with whom I have spent the past two years in the classroom and grad lab as well as outside of school.  In particular, I am thankful Michelle Kibler for being such a great support and contact in Colorado.

BLM_0004557

TABLE OF CONTENTS

ACKNOWLEDGEMENTS ...................................................................................................................iii

TABLE OF CONTENTS.....................................................................................................................iv

LIST OF TABLES.................................................................................................................................v

LIST OF FIGURES ..............................................................................................................................vi

CHAPTER 1: INTRODUCTION ........................................................................................................ 1

1.1. Goals and Scope of the Study .................................................................................................... 6

1.2. Organization of the Study .......................................................................................................... 7

CHAPTER 2: LITERATURE REVIEW ............................................................................................. 8

2.1. Background information on Fracking and Colorado regulations........................................... 8

2.2. Hedonic Property Method ......................................................................................................... 12

2.3. Applications of HPMs to similar topics .................................................................................. 16

2.4 Summary....................................................................................................................................... 19

CHAPTER 3: EMPIRICAL MODEL ................................................................................................. 20

3.1. Variables of Interest .................................................................................................................. 20

3.2. Empirical Specification ............................................................................................................. 22

3.2.1. Linear specification................................................................................................................. 24

3.2.2. Semi-log specification............................................................................................................. 25

3.2.3. Log-log specification ............................................................................................................... 26

3.3. Spatial Model.............................................................................................................................. 27

3.4. Statement of Hypotheses........................................................................................................... 28

CHAPTER 4: DATA ............................................................................................................................ 31

4.1 Housing Sales Data ..................................................................................................................... 31

4.2 Demographic & Neighborhood Data ........................................................................................ 35

4.3 Well Data...................................................................................................................................... 37

CHAPTER 5: RESULTS ..................................................................................................................... 43

CHAPTER 6: CONCLUSION ............................................................................................................. 69

6.1. Findings of the Study ................................................................................................................. 69

6.2. Limitations of the Study............................................................................................................ 72

6.3. Suggestions for Further Research ............................................................................................ 73

LITERATURE CITED ......................................................................................................................... 75

APPENDIX ........................................................................................................................................... 78

BLM_0004558

## LIST OF TABLES

Table 3.1 List of variables with descriptions and expected relationship with the dependent variable......21
Table 4.1 Summary statistics for structural and property characteristics……………………….…....…….34
Table 4.2 Summary statistics for neighborhood and demographic variable……………………………….36
Table 4.3 Summary statistics for relevant oil and gas variables…………………………………………….38
Table 5.1 Cross-correlations of treatment variables.................................................................................42
Table 5.2 Results of the base and treatment models for the linear, semi-log, and double-log model........43
Table 5.3 Treatment variable implicit prices for statistically significant parameters...............................51
Table 5.4 Correlations between oil and gas sector employment and year dummy variables....................53
Table 5.5 Results of the base and treatment models for the linear, semi-log, and double-log models
   including Weld County oil and gas sector employment data.......................................................55
Table 5.6 Treatment variable implicit prices for statistically significant parameters...............................57
Table 5.7 Results of the linear, semi-log, and double-log models……………………………….…..…….58
Table 5.8 Results of the base and treatment models for the linear and semi-log models by rural vs. urban
   & Greeley vs. non-Greeley……………………………………………………..…………………60
Table 5.9 Treatment variable implicit prices for statistically significant parameters …………………….63
Table 5.10 Treatment variable implicit prices for statistically significant parameters ……………………64
Table 5.11 Results from the OLS and GLS spatial model regressions……………………………………..66
Table 1.A Eligible sample summary statistics for structural and property variables……………………….77
Table 2.A Summary statistics for neighborhood demographic variables……………………….…………..77
Table 3.A Summary statistics for relevant oil and gas variables…………………………….…….……….78
Table 4.A Summary statistics for all variables if there was a spud within 2 miles of house up to 60 days
   prior to the sale……………………………………………………………-------…………………79
Table 5.A Summary statistics for all variables if there was *no* spud within 2 miles of house up to 60 days
   prior to the sale..……………………………………………………………………………………80
Table 6.A Regression results for treatment models that included an interaction between a domestic-use
   water well (wellwater) and the distance to the nearest fracking site (distSPUD) from the
   property……..………………………………………………………………………………………81

BLM_0004559

# LIST OF FIGURES

Figure 1.1 Active Oil & Gas Wells in Colorado by County (COGCC, 2013) .............................................. 3

Figure 1.2 Drilling Permits in Colorado by County (COGCC, 2013) ......................................................... 3

Figure 1.3 All wells in production (grey) and permitted (blue) in Colorado (COGCC) ............................. 4

Figure 1.4 All wells in production (grey), permitted wells (blue), and property sales in Weld County (COGCC; Weld County Assessor's Office) ..................................................................................... 5

Figure 2.1 History of US natural gas production by type of gas (US EIA, 2012) ....................................... 8

Figure 2.2 Illustration of a horizontal well showing the water lifecycle in hydraulic fracturing (US EPA, 2011) ............................................................................................................................................ 9

Figure 2.3 Results of Cooley & Donnelly's survey on concerns related to the use of hydraulic fracturing (Cooley and Donnelly, 2012) ...................................................................................................... 11

Figure 2.4  The Hedonic Price Function (Taylor, 2003) .......................................................................... 14

Figure 4.1 All housing transactions in Weld County, 2009-2012 (Weld County Office of the Assessor). 32

Figure 4.2 Greeley housing transactions in Weld County, 2009-2012 (Weld County Office of the Assessor) ..................................................................................................................................... 33

Figure 5.1 Residuals obtained from the robust estimation of the linear control_model............................ 48

Figure 5.2 Residuals obtained from the robust estimation of the linear treatment model......................... 49

Figure 5.3 Residuals obtained from the robust estimation of the semi-log treatment model .................... 50

Figure 5.4 Distribution of residuals obtained from the robust estimation of the semi-log treatment model ................................................................................................................................................... 50

Figure 5.5 Residuals obtained from the robust estimation of the double-log treatment model................. 51

Figure 5.6 Distribution of residuals obtained from the robust estimation of the double-log treatment model ............................................................................................................................................ 52

Figure 5.7 Gaussian variogram of OLS residuals created in R................................................................. 66

BLM_0004560

# CHAPTER 1: INTRODUCTION

High energy prices in 2008 accentuated the potential risk of dependence on foreign energy suppliers, spiking interest in American energy independence.  The United States of America is making significant progress toward its goal of energy independence by the year 2040, at its current pace it is set to become a net exporter of natural gas by 2020 (Koch, 2012). Unconventional gas is a type of gas that is less economical or more difficult to extract (NaturalGas.org).  Exploration of unconventional gas – specifically shale exploration – in the United States is rapidly growing the domestic oil and natural gas sector due to technological advancement in the use of hydraulic fracturing, also commonly known as "fracking," and horizontal drilling to extract natural gas from far below the earth's surface.  Fracking is used to stimulate natural gas production after a well has been drilled by pumping fracking fluids – a mixture of water and chemicals – into the well at a high pressure to fracture the shale formation (EPA, 2011).  Given that the use of these techniques is still relatively new, existing literature on the costs and benefits of their implementation has been sparse.  Cooley and Donnelly (2012) found a shortage of peer-reviewed, scientific information on the use of hydraulic fracturing and its environmental impacts.  Weber (2012) studied the effects of the gas boom on employment and income in Colorado, Texas, and Wyoming, and found that the number of jobs created by increased natural gas production may be overstated. Despite the lack of peer-reviewed research on the subject, there has been a noteworthy amount of discourse about potential associated risks to public health and water sources taking place in the media - especially along Colorado's Front Range and western slope. In his article *Controversy over fracking runs deep*, Peter Marcus highlights issues on which industry and environmentalists disagree, focusing on the proposed 350-foot buffer to occupied buildings in urban areas (Marcus, 2012).  One issue that has been

1

brought up in the literature is whether the economic benefits of shale gas exploration (e.g. job creation, regional multiplier effects, rents paid to landowners) are actually greater than the costs to society (e.g. risk of water contamination, air pollution, visual issues) (Weber, 2012; US Energy Information Adminstration, 2012). Risks associated with hydraulic fracturing, including water quality and quantity issues and air and noise pollution, may be capitalized into housing prices of homes located near drilling sites[1]. A consensus as to whether shale exploration will help or harm the communities in which it is taking place has not yet been met, indicating that further research in on the topic is imperative in order to construct informed policy on the issue.

Lipscomb, Wang, and Kilpatrick (2012) discuss some major issues associated with unconventional shale gas development and potential real estate valuation issues. They assert that two major legal concerns related to property values and unconventional gas development are mortgageability and insurance. Mortgageability issues may arise due to the perceived risks of contamination associated with fracking, which could cause banks to choose not to grant mortgage loans for the property. If mortgageability issues should arise from fracking operations, sales of single-family residential properties with fracking operations on the property may become unsalable. The other legal concern is the lack of insurance coverage for fracking-related claim, because a limitation of homeowner's insurance may negatively affect a future homeowner's chance of buying a house. While Lipscomb et al. (2012) discusses potential issues related to fracking's impact on residential and potential analysis frameworks (hedonic pricing or contingent valuation), it lacks a quantitative analysis; at the same time, it suggests that there is a need for research about the appropriate distance a shale gas well should be located from a property or drinking water source (Lipscomb, Wang, & Kilpatrick, 2012).

---

[1] See section 2.1 for a more in depth discussion of these risks.

BLM_0004562

The Colorado Oil and Gas Conservation Commission (COGCC) reports weekly statistics on well production in the state; as of March 7th, 2013, there are approximately 50,000 active oil and gas wells. Weld County has the highest number of active oil and gas wells in the state of Colorado, with approximately 20,000 fractured wells currently in production. It also has the highest percentage of new permits issued for drilling with 48% of new permits issued in 2012.



Figure 1.1 Active Oil & Gas Wells in Colorado by County (COGCC, 2013)



Figure 1.2 Drilling Permits in Colorado by County (COGCC, 2013)

BLM_0004563

Figure 1.3, a map created in ArcGIS using geographically referenced oil and gas well data downloaded from the COGCC, shows all producing wells (grey points) and all permitted wells (blue points) in Colorado.  Note that the density of wells in Weld County is so high that county lines are not visible when looking at the entire state of Colorado, see Figure 1.4 for a closer view of Weld County.

Colorado Oil & Gas



**Figure 1.3 All wells in production (grey) and permitted (blue) in Colorado (COGCC)**

4

BLM_0004564

**Weld County Oil & Gas**



**Legend**
- PRODUCING WELLS
- PERMITTED WELL
- WELD COUNTY PROPERTY SALES

**Figure 1.4 All wells in production (grey), permitted wells (blue), and property sales in Weld County (COGCC; Weld County Assessor's Office)**

With the largest share of both active and permitted wells in the state (see Figures 1.1 and 1.2 for a detailed breakdown of drilling throughout the state), and given its mix between urban and rural areas and relatively high number of housing transactions, Weld County provides an interesting opportunity to look at the effects unconventional gas and shale exploration are having on those residing near the drilling sites. In July 2011, the Denver Post ran an article that provided details on some of the side effects of drilling that a Weld County couple living near a drill site had to endure while the fractured well is being drilled. The couple was surprised "…when Encana returned to drill and hydrofracture six wells, and the couple was plunged into six months of round-the-clock noise, lights, truck traffic and odors." Encana, a leading energy producer in North America, stated that each well took seven to ten days to drill, and that the drill rig ran 24 hours per day during that period. The City of Arlington Texas states that the fracking

5

process, where trucks are visiting the site and lights are on 24-hours per day, usually lasts (+/-) 30 days (City of Arlington, n.d.). Although the couple thought they were purchasing a dream home in a nice neighborhood, living next to an open space, they describe the supposed open space as now being an "industrial site" and say that the presence of the wells has decreased their property value too much for them to sell under current economic conditions (Jaffe, 2011). In the absence of empirical evidence, it is difficult to assert whether housing values have actually decreased due to proximity to hydraulically fractured wells.

Given the salience of this issue in Colorado, specifically Weld County, it is important that the effects hydraulic fracturing is having on the area be studied. A study was conducted by the Colorado School of Public Health looking at the risks posed to human health by drilling for unconventional gas (McKenzie et al., 2012). The National Science Foundation has awarded a $12 million grant to a team led by Professor Joseph Ryan of CU-Boulder's civil, environmental and architectural engineering department to study the effects of natural gas development. Colorado State University civil engineering professor Ken Carlson is currently working with Noble Energy to help the energy industry design water treatment plants to recycle waste water, or "flowback," from oil and gas well drilling and fracking (Magill, 2012). While there are on-going studies about the potential risks associated with hydraulic fracturing in Colorado, there has not yet been a study conducted on its effects on residential property values.

## 1.1. Goals and Scope of the Study

The goal of this study is to expand the literature on the effects hydraulic fracturing is having on property values in a hedonic analysis, as suggested by Lipscomb, Wang, and Kilpatrick (2012), specifically focusing on its effect on housing values in the leading Colorado

BLM_0004566

county for shale exploration.  The hedonic model lends itself well to answering this type of question by applying econometric regression analysis techniques to housing transactions to determine if fracking affects housing prices in a given area.  An analysis comparing the influx of drill sites to sale values of homes in the surrounding area is something that has the potential to be useful to various target groups including but not limited to policy makers, local government officials, and the general public.  The sample for this study is all single-family residential homes sold between 2009 and 2012 in Weld County, Colorado.   This study seeks to determine whether risk perceptions associated with hydraulic fracturing are capitalized into housing prices, and if there exists empirical evidence to support claims that it is negatively impacting neighboring communities.

## 1.2. Organization of the Study

This paper is comprised of six chapters, each with one or more sections.  Chapter 2 contains a review of literature related either to hydraulic fracturing or hedonic analysis, and literature related to both.  Discussion of the methodology and empirical specification of the model used in this study will be presented in Chapter 3.  An overview of the data and the sources from which the data were obtained will be described in Chapter 4.  The results of the analysis under different specifications will be provided in Chapter 5.  Finally, Chapter 6 will summarize the study and its limitations, provide policy implications of the results, and give suggestions for extensions and further research on the topic.

BLM_0004567

# CHAPTER 2: LITERATURE REVIEW

This section of the study will focus on reviewing literature relevant to the analysis. Topics that will be reviewed include: background information on fracking and its regulations and policies with a focus on those affecting Colorado, the underlying utility theory to the hedonic method, and the hedonic method as it has been applied to similar studies in existing literature.

## 2.1. Background information on Fracking and Colorado regulations

The prevalent use of horizontal drilling and hydraulic fracturing is the major difference between modern shale gas development and conventional natural gas drilling.  Figure 2.1 (below) shows the sharp increase in shale gas as a share of total production as well as the projected perpetuation of shale gas as a leading type of natural gas production.



*Source:* U.S. Energy Information Administration, *Annual Energy Outlook 2013 Early Release*

**Figure 2.1 History of US natural gas production by type of gas (US EIA, 2012)**

8

BLM_0004568

Much of the early growth in shale gas was fueled by the use of fracking and horizontal drilling of the Barnett shale in Texas.  Through 2008 production of conventional gas was decreasing while prices were rising, which paved the way for an increase in fracking and horizontal drilling in 2009 (Rogers, 2011).  Fracking is a drilling technique where fluids (water, chemicals, and sand) are pumped into the well, making it possible to unlock hydrocarbons from the shale and reach natural gas reserves between 6,000 and 10,000 feet below the ground. Horizontal drilling allows the bottom hole to run up to 1000 feet horizontally deep below the ground, which enhances the profitability of hydraulic as a method of natural gas extraction (FracFocus).  The main difference between horizontal and vertical drilling is that horizontal drilling allows the number of surface disturbances to be kept comparatively low. In the process of fracturing the shale, miniature earthquakes are created to cause the shale to fracture and release the oil and gas inside.  The following diagram provides an in depth look at the typical process of a hydraulic fracturing and horizontal drilling operation.



**Figure 2.2 Illustration of a horizontal well showing the water lifecycle in hydraulic fracturing (US EPA, 2011)**

9

Weld County encompasses the Niobrara shale, which covers parts of northeastern Colorado, northwestern Kansas, southwestern Nebraska, and southeastern Wyoming.  Despite the fact that the Niobrara had already produced an estimated 700 billion cubic feet of natural gas in spring 2011, the attention on the formation has shifted to oil production due to the believed large amount of it.  There is still some uncertainty about the amount of oil in the Niobrara formation, but even some of the first wells are producing more than the average oil producing well in the US[2] (Matthews, 2011).  In an email conversation with Thom Kerr of the COGCC on February 20th, 2013, he stated, "There are currently no oil and gas wells that are being drilled in Weld County that will produce without the aid of hydraulic fracturing (Kerr, 2013).  There are some wells that have been drilled in the past that were capable producers with stimulation, but that is not in recent history."  This indicates that it is fair to assume that any new well permitted or drilled is done with the use of hydraulic fracturing.

Potential fracking-related environmental impacts of major concern are the noise and air quality, land use, and potential risks to water sources - many of these are addressed in current policy.  The Pacific Institute interviewed 16 representatives of state and federal agencies, academia, industry, environmental groups, and community organizations to find the biggest concerns regarding the use of hydraulic fracturing.  They found spills/leaks to be the biggest concern, followed by wastewater, water withdrawals, air emissions, lack of information, and the definition of "fracking" (Cooley, H. & Donnelly, K., 2012).  Figure 2.3 shows the full results of Cooley and Donnelly's survey; it depicts graphically how many respondents answered "yes" on whether each relative category was of major concern to them related to the use of hydraulic fracturing.

---

[2] The first Niobrara horizontal well is still producing 2,500 barrels/month, much higher than the US average of 300 barrels/month.

BLM_0004570



**Figure 2.3 Results of Cooley & Donnelly's survey on concerns related to the use of hydraulic fracturing (Cooley and Donnelly, 2012)**

McKenzie et al. (2012) studied health effects resulting from air emissions generated in the process of unconventional natural gas development; they found that those living within a half-mile or less of unconventional natural gas development are at greater risk for negative health effects than are those living farther than a half-mile from it.

Rules and regulations for hydraulic fracturing vary by state. Resources for the Future released "A review of shale gas regulations by state" in October 2012, which details each state's regulations and restrictions concerning shale exploration. As this research will focus on Colorado's Weld County, it is important to understand some of the key regulations in Colorado. The main regulating body in Colorado is the Colorado Oil and Gas Conservation Commission.

11

BLM_0004571

Colorado requires a buffer of 350-foot buffer to occupied urban buildings and a 150-foot buffer to occupied rural buildings.  A permit is needed for all well-related water withdrawals, but pre-drill well water testing is only required in the Wattenberg Field, a large oil and gas field located primarily in Weld County.  Wastewater is to be disposed of in a pit with a liner no less than 24 mils thick, and flowback/wastewater disposal tracking recordkeeping is also required. A well can only be temporarily abandoned or left idle for up to 6 months, relatively short in comparison to states like Texas that allow idle time of up to 12 months and unlimited abandonment. Although Colorado ranks on the more conservative side in most regulation categories, it allows up to 24 hours for accident reporting and has one of the higher number of wells per inspector.  Local bans do exist in some places in Colorado (e.g. Fort Collins, Longmont), but no statewide bans exist right now (Krupnick et al., n.d.).  While the oil and gas industry is politically and increasingly economically important in Colorado, the state is not categorized as "energy dominant" like Texas, and there tends to be a more diverse opinion on the subject.  On the whole, Colorado's fracking regulations provide more environmental protection than many states, especially Texas (Davis, 2012).

## 2.2. Hedonic Property Method

Rosen (1974) first developed a theoretical framework for using non-market valuation to analyze connections between consumer preferences for characteristics of differentiated goods and the hedonic equilibrium price. Taylor (2003) describes the hedonic method as an indirect valuation method in which implicit prices are inferred from market observations in the absence of a direct value for a certain characteristic. Implicit prices computed in these studies may also be referred to as "hedonic" prices. The hedonic method is most often applied to housing – as it is

BLM_0004572

in this study – where the price of a house is determined by its characteristics, neighborhood attributes, and any environmental amenities or disamenities. Full hedonic analyses consist of both first-stage analysis, where the hedonic price function is estimated by regressing characteristics of a good on its price, generating information about implicit and marginal prices, and second-stage analysis in which the implicit prices found in the first-stage are used to estimate the demand functions for the commodity's characteristics. This study will apply the first-stage analysis as most research in this area only does the first-stage analysis (Taylor, 2003).

A basic overview of the utility theory underlying the hedonic model discussed by Rosen (1974) will be described in this paragraph. Let Z represent the differentiated good with the a bundle of attributes, $Z = z_1, z_2, z_3, \ldots z_n$. Hedonic models start with the assumption that a consumer j, with demographic characteristics $\alpha^j$, derives utility (U) from some combination of the differentiated good (Z) and the composite commodity (x) that symbolizes all other goods.

(2.1) $\qquad U_j(x, z_1, z_2, \ldots, z_n; \, \alpha^j)$

Assuming that a consumer purchases only one of the differentiated good, the corresponding budget is constraint is: $y^j = x + P(Z)$, where $P(Z)$ represents the hedonic price function, which relates changes in quantities of various attributes ($z_i$) to changes in the price of the differentiated good (Z) sold in a perfectly competitive market where many buyers and sellers determine an equilibrium price schedule. X is a composite commodity, with price set equal to one. The consumer maximizes utility by choosing the amounts of x and $z_i$ subject to his or her budget constraint -- the consumer is a price taker since market prices cannot be determined individually. Amounts of x and $z_i$ are chosen such that the marginal rate of substitution between any attribute, $z_i$, and x is equal to the implicit price ratio for $z_i$.

13

BLM_0004573

(2.2)
$$\frac{\partial U / \partial z_i}{\partial U / \partial x} \;=\; \frac{\partial P(Z)}{\partial z_i} \;=\; P(z_i)$$

The equilibrium marginal implicit price of any housing attribute, $z_i$, is given by taking the first-order condition (i.e. first partial derivative of the hedonic price function with respect to attribute, $z_i$) of the utility function for that attribute as displayed in equation (2.2). The bid function, $\theta(z_1, \dots z_n; u, y)$, indicates the way in which a consumer's optimal bid varies in response to changes in $z_i$ if utility $(u)$ and income $(y)$ are held constant. This is represented in the relationship:

(2.3)
$$U^j(y_0 - \theta, z_1, \dots z_n) \;=\; U_0,$$

where $U_0$ represents some initial level of utility. The marginal bid a consumer is willing to make for attribute $z_i$ $(\partial \theta / \partial z_i)$ will equal the marginal rate of substitution between $z_i$ and x. The consumer's optimal choice of $z_i$ in this utility maximization problem occurs when the marginal bid equals the marginal price for $z_i$. This relationship is presented graphically in Figure 8.



**Figure 2.4  The Hedonic Price Function (Taylor, 2003)**

14

BLM_0004574

As the hedonic method is most often applied to housing, it is important to understand the housing-specific version of the utility maximization problem laid out above.  The assumption is made that a person makes a decision to buy a house based on the bundle attributes of the house. Utility derived from housing is a function of the house's structural and property characteristics ($H_1 \dots H_h$), demographics and neighborhood characteristics($N_1 \dots N_n$), and location-based characteristics such as proximity to certain amenities or disamenities($L_1 \dots L_l$).  House prices are an increasing function of structural and property characteristics (i.e. $U_H > 0$), an increasing function of proximity to amenities $U_L > 0$, and a decreasing function of proximity to disamenities $U_L < 0$ (Loomis, 2004; Taylor, 2003). The hedonic price function in its general form:

$$(2.4) \qquad P_{House} = f(H_1 \dots H_h;\ N_1 \dots N_n;\ L_1 \dots L_l)$$

In a hedonic price regression analysis, the appropriate dependent variable is housing sales price as shown in equation (2.4), which represents the present value of all future rents.  The simplified linear function functional form is:

$$(2.5) \qquad P = \alpha_0 + \sum_{i=1}^{h} \beta_i H_i + \sum_{j=1}^{n} \beta_j N_j + \sum_{k=1}^{l} \beta_k L_k + \varepsilon$$

By regressing the attributes from the right-hand side of equation (2.5) on the dependent variable, sales price, the implicit prices for each attribute are obtained. The regression coefficients, $\beta_i$, yielded by running the regression with a linear functional form, measure the incremental change in housing sales price due to a change in one characteristic while holding all others constant. The first-order conditions described in the discussion of the underlying utility function for housing sales help guide the expected signs of the estimated regression coefficients. Motivation for the functional form chosen in this study and the empirical specification will be further discussed in Chapter 3.

15

BLM_0004575

## 2.3. Applications of HPMs to similar topics

Numerous previous studies exist that investigate the impact that local disamenities have on housing prices, such as forest fires (Loomis, 2004), hazardous waste sites (Michaels and Smith, 1990), hog operations (Palmquist et al. 1997), landfills (Hite et al. 2001), and nuclear power plants (Davis, 2011). While there is a vast body of literature on the effects of disamenities on housing prices, very few studies on the impact of proximity to oil and gas wells have been done (Boxall et al., 2005; Klaiber and Gopalkrishnan, 2012; Muehlenbachs et al., 2012). These three studies all find negative impacts on housing values across the different types of model specification and estimation techniques – these differing techniques will be discussed more in depth in this section.

Boxall et al. (2005) examined the impact of small and medium-sized oil and gas facilities on residential property values in rural areas of Alberta, Canada, employing spatial econometric techniques. They used relatively small sample of 532 residential property sales between January 1994 and March 2001 in a hedonic analysis using the prices and characteristics of the properties in the sample, including the property's proximity to different oil and gas facilities. Count variables for the number of wells (flaring oil batteries, sour, sweet, well pipelines) within 4 kilometers[3] of a property were used in addition to a continuous distance variable for the nearest sour gas plant to the house to explore whether proximity to oil and gas facilities affects housing values. They found the double log specification of their model had the best fit in part because it generated price elasticities helpful in interpreting implicit prices. Lagrange multiplier (LM) and robust LM tests were used to identify the existence spatial dependencies in the data. In order to explore the spatial nature of the data, a spatial weights matrix of inverse distances was generated.

---

[3] Boxall et al. used a range of 4 km as it "was predetermined by energy experts based on evidence regarding the probable maximum range for impacts that extend from typical facilities such as wells…"

BLM_0004576

Distance specifications (distance bands of a set number of kilometers) were preferred to lattice specifications (number of closest neighbors), and they ultimately chose a distance band of 4 kilometers. Results of the study suggest that the existence of an oil and gas facility near a home can have a negative impact on its value. Measures of hazard and disamenity were found to have statistically significant, negative effects on housing values, reducing the value by between 4 and 8 percent at the mean level of facilities within 4 kilometers.  Boxall et al. (2005) provided information that proximity to traditional oil and gas wells has a negative impact on residential property values.

Klaiber and Gopalkrishnan (2012) utilized a hedonic model to assess whether any potential negative externalities associated with shale exploration are capitalized into the values of surrounding residential properties. Their sample includes 3,464 housing sales between 2008 and 2010 in an area south of Pittsburgh, PA that experienced a large influx of horizontal wells in the Marcellus shale play in 2008. This study focused on specifically the permitting and drilling of horizontal wells, exploring potential negative effects of the visibility that occurs between the permit approval and actual drilling of the well. To analyze their data, Klaiber and Gopalkrishnan used a hedonic model with a semi-log specification (logged sales price as the dependent variable). Their independent variable of interest was the number of shale wells within one mile of a property, permitted and drilled up to six months prior to the sale of the house. Effects of horizontal drilling on housing values in rural/suburban areas were found to be important based on different land use categories specified by the researchers (residential, agricultural, forest, or industrial). Although the relationship between sale price and the number of wells near a house reliant on well water was explored, the number of shale wells became statistically insignificant under this model specification. A sensitivity analysis on the time frame and the spatial buffers

BLM_0004577

was performed by testing time windows of 3 and 12 months in addition to 6 months and spatial buffers of 0.75 miles, 1mile, and 2 miles. In this, they found that using a spatial buffer of 0.75 miles and a time window 3 months prior to sale had a very large and statistically significant effect on properties serviced by well water that persists on into the 6 month time window. As they increased the time window prior to sale and /or the spatial buffer, their results became progressively less significant. They indicated that the effect of drilling seemed to disappear if the drill site was 2 miles or farther from the house. Overall, their results show that housing values are negatively impacted in the short term, and that those dependent upon well water and surrounded by agricultural land are disproportionally negatively impacted by drilling.

Muehlenbachs et al. (2012) examined the negative externalities associated with shale gas development across different drinking water sources by using a triple-difference (DDD) estimator in a hedonic analysis. It focused on the interaction between groundwater and hydraulic fracturing, and the potential risks associated with this interaction. The sample included 19,055 housing transactions between 2005 and 2009. Three different specifications were estimated in this study: cross-sectional OLS, property fixed effects, and a triple-difference estimator that uses detailed geographical information. The two explanatory variables of interest in this study are the distance to the nearest well at the time of the sale, a continuous distance variable, and whether the house is a part of the Public Water Service Area (PWSA), a dummy variable. The DDD estimator uses two different treatment and control groups: one based on whether the house is located within 2000 meters of a shale gas well (treatment group) or outside 2000 meters (control group), and one based on whether a house is dependent on groundwater (treatment group) or not (control group) and is within 2 km of a shale gas well. This study found that the risk of groundwater contamination leads to a statistically significant and large reduction of 26.3 percent

18

BLM_0004578

in the price of a house, depending on what type of water source the house uses. The authors asserted that, based on their results, there may be an increase in the likelihood of foreclosures in areas that are experiencing rapid growth in hydraulic fracturing and shale exploration.

## 2.4 Summary

These three studies about the effects of oil and gas drilling on housing values found a negative effect of drilling on housing values. However, these negative values reflected a particular range of distance (e.g. 2 kilometers used by Muehlenbachs et al. 2012 or 4 kilometers used by Boxall et al. 2005), or a home that received its water from a domestic water well (Muehlenbachs et al. 2012). One of these studies looked at the effects of sour gas drilling on housing values in rural Alberta, Canada (Boxall et al., 2005) and two looked at Washington County, Pennsylvania (Klaiber and Gopalkrishnan, 2012; Muehlenbachs et al., 2012); none of these studies have involved Colorado or the relatively flat topography of eastern Colorado. Although Alberta has a fairly flat topography, it lacks the high population density of Weld County, Colorado, making a direct comparison difficult. This study will add to the results found by these three related studies by applying a similar type of model to a new study area, Weld County.

BLM_0004579

# CHAPTER 3: EMPIRICAL MODEL

## 3.1. Variables of Interest

Variables of interest in this study were determined based on hedonic method literature and the availability of the data. More information about the collection of and descriptive statistics for these data will be presented in Chapter 4. The appropriate dependent variable in a hedonic study is the sales price of the house, as suggested by Taylor (2003). There are many independent variables that can be used in this type of study due to the nature of the hedonic price function, an envelope function that connects the sales price of a house to its characteristics. Characteristics that are not thought to have an effect on price, even if they vary across by product type, are not included as regressors in the hedonic price regression. Similarly, characteristics of buyers and sellers of houses are excluded from the regression analysis (Taylor, 2003). There are three over-arching types of independent variables included in the hedonic price regression that align with those specified in the hedonic price function, derived through utility theory: structural and property characteristics variables, neighborhood and demographic variables, and location-based variables measuring proximity to (dis)amenities.

Table 3.1 provides a list of all potential variables of interest with the relative descriptions, expected relationship to the dependent variable (ln_sales or real_salep), the unit of measurement for the variable, and the source from which the data were obtained. The table is broken up into two categories: dependent variable and independent variables. Given the number of potential independent variables that are included in Table 3.1, these variables are further split into categories that better describe them.

BLM_0004580

**Table 3.1 List of variables with descriptions and expected relationship with the dependent variable**

| Variable Name | Description | Units | Expected Sign | Data Source |
|---|---|---|---|---|
| **Dependent Variable** | | | | |
| ln_salep | Logged real sale price of property (base = 2009) | USD $ | | Assessor's office[a] |
| real_salep | Real sale price of property (base = 2009) | USD $ | | Assessor's office |
| **Independent Variables** | | | | |
| *Structural & Property Characteristics* | | | | |
| lotsize | Size of the land associated with the residential structure | Acres | + | Assessor's office |
| bedrooms | Number of bedrooms | Count | + | Assessor's office |
| baths | Number of bathrooms | Count | + | Assessor's office |
| bldgs | Number of buildings on property | Count | + | Assessor's office |
| ressf | Area of residential structure | ft$^2$ | + | Assessor's office |
| age | Age of the residential structure at time of sale | Years | - | Assessor's office |
| outbuildingsf | Area of any outbuildings on the property | ft$^2$ | + | Assessor's office |
| porchsf | Area of porch | ft$^2$ | + | Assessor's office |
| fin_bsmnt | DV; =1 if house has a finished basement | 0/1 | + | Assessor's office |
| garage | DV; =1 if house has a garage | 0/1 | + | Assessor's office |
| remodel | DV; =1 if a house was remodeled | 0/1 | + | Assessor's office |
| waterwell | DV: =1 if water well on property | 0/1 | + | COGCC[b] |
| horzwell | DV: =1 if horizontal wellbore runs under property | 0/1 | - | COGCC |
| *Market timing* | | | | |
| y2010 | DV; =1 if house sold in 2010 | 0/1 | | Assessor's office |
| y2011 | DV; =1 if house sold in 2011 | 0/1 | | Assessor's office |
| y2012 | DV; =1 if house sold in 2012 | 0/1 | | Assessor's office |
| allemp | Total number of hours worked by employees in the oil and gas sector in Weld County | Thousands | + | BLS[c] |
| *Census tract demographics* | | | | |
| hh_inc | Mean income of census tract | USD $ | + | ACS[d] |
| pct_white | Percentage Caucasian in census tract | % | + | DOLA[e] |
| pct_hisp | Percentage Hispanic in census tract | % | - | DOLA |
| med_age | Median age | Years | | DOLA |
| pct_65plus | Percentage of population over 65 years old | % | - | DOLA |
| pct_bachlr | Percentage of 25+ population with college degree | % | + | DOLA |
| pct_HSgrad | Percentage of 25+ population with at least a high school education | % | + | DOLA |
| pct_own | Percentage of houses owned in census tract | % | + | DOLA |

21

| pct_vac | Percentage of houses vacant in census tract | % | - | DOLA |
|---------|---------------------------------------------|---|---|------|
| *Location characteristics* | | | | |
| RURAL | DV; =1 if house is located in no city or town | 0/1 | + | Assessor's office |
| GREELEY | DV; =1 if house is located in Greeley | 0/1 | - | Assessor's office |
| hwy_100yd | DV; =1 if nearest interstate is within 100 yards | 0/1 | - | Assessor's office |
| hwy_1mile | DV; =1 if nearest interstate is farther than 100 yards and less than 1 mile | 0/1 | + | Assessor's office |
| distSPUD | Distance to nearest well drilled within 2 miles and up to 60 days prior to the sale | Meters | + | COGCC |
| ln_spud | Natural log of distance to nearest spud (ln(distSPUD)) | ln(meters) | + | COGCC |
| spudcount | Number of wells being drilled within a half mile of a house within 60 days of sale | Count | - | COGCC |
| distPROD | Distance to closest producing well within a half mile at time of sale | Meters | + | COGCC |
| ln_prod | Natural log of distance to nearest spud (ln(distSPUD)) | ln(meters) | + | COGCC |
| num_producing | Number of wells in production within a half mile of a house at the time of sale | Count | - | COGCC |
| distPERM | Distance to closest permitted well within 2 miles and 60 days of sale | Meters | - | COGCC |
| permitcount | Number of permitted wells within a half mile of a house within 60 days of sale | Count | - | COGCC |

a = Weld County Office of the Assessor; b = Colorado Oil and Gas Conservation Commission; c = Bureau of Labor Statistics d = American Community Survey (5-year estimates); e = Colorado Department of Local Affairs

## 3.2. Empirical Specification

Hedonic price functions can take on a number of different functional forms such as linear, semi-log, double-log, or linear or quadratic Box-Cox. Cropper et al. (1988) begin their article, which uses simulation techniques to determine the accuracy of different functional form choices in a hedonic price function, with the following quote that captures the necessity of researcher judgment in specifying functional form in hedonic analyses.

> "The fact that economics theory places few restrictions on the form of the hedonic price function has led most researchers to use a goodness-of-fit criterion in choosing an appropriate form for the hedonic function. If, however, one's goal is to value product attributes, the form that should be used is the one that most accurately estimates marginal attribute prices." (Cropper et al., 1988, p.668)

Cropper et al. (1988) found an array of significant empirical results in their study. Multi-collinearity issues were most present in the linear, semi-log, and double-log specifications. They found the linear and quadratic Box-Cox functions consistently performed better than the other

BLM_0004582

specifications in the absence of omitted variable bias.  However, when certain variables are omitted from the regression (i.e. it is misspecified), the study found that the linear, semi-log, and double log produced smaller mean errors and less biased results (Cropper et al., 1988).  Lansford and Jones (1995) found that marginal values become more difficult to interpret and the calculation of them is challenging when a Box-Cox transformation is used (as cited in Loomis, 2004).

Based on the suggestions of functional form from Cropper et al., two functional forms will be explored in this study, a linear specification and a log-linear specification for the non-linear functional form.  Estimating both a linear and non-linear functional form allows for post-estimation testing of the sensitivity of coefficient estimates to different types of functional forms.  Linear hedonic price functions, for example, have the advantage that the coefficients yielded by running regression analyses provide the marginal willingness to pay for an incremental increase of one unit in that specific attribute.  This assumes that the marginal value of an additional unit of characteristic $z_i$ is constant across all values of $z_i$, which is likely not true for most characteristics.  As the marginal prices for most housing characteristics are likely non-constant, transformations of the dependent and/or independent variables may be necessary to capture non-linear relationships (Taylor, 2003).

This study explores three types of functional form as suggested by Taylor (2003) and Cropper et al. (1988): linear, log-linear, and double-log.  Box-Cox specifications are not explored based on the nature of secondary data and the potential for measurement error in variables and/or unobservable or missing data resulting in omitted variable bias.  Each of these specifications is set up as a base model, in which none of the drill-related variables are included

BLM_0004583

in the model, and as a treatment model that includes the drill-related variables[4]. Estimation of both a base and treatment model is carried out in order to capture changes in the coefficients from the base model when fracking variables enter the model. This is necessary as the regressions run that include any of the "spud" variables are conditional on the presence of a well being drilled within 2 miles, dating as far back as 60 days prior to the sale of the house. The method for calculating the implicit prices for each of these functional forms as well as their advantages and disadvantages are described in the following sub-sections 3.2.1, 3.2.2, and 3.2.3.

### 3.2.1. Linear specification

The linear specification of the hedonic price function is the simplest of the possible functional forms used to estimate it. The linear functional form has the simplest interpretation of marginal implicit prices ($\partial P/\partial z_i = \beta_i$); the regression coefficients are interpreted as the implicit housing price change of a one-unit increase in the given attribute (e.g. a one unit increase in the number of bathrooms would result in $\beta_3$ change in the sale price of house i). Since that marginal price is probably not constant across all values of certain attributes, the linear specification of the hedonic price function has the disadvantage of misrepresenting the marginal effects of certain characteristics. Equation 3.1 shows the linear specification that excludes well-activity variables and was estimated in STATA using ordinary least squares (OLS), and equation 3.2. displays the linear specification that included variables about wells in the process of being drilled.

---

[4] It is important to note that the degrees of freedom in the treatment model are almost 10,000 fewer.

BLM_0004584

(3.1) *Linear base specification*

$$
\begin{aligned}
salep\_real_i = \alpha_i &+ \beta_1 lotsize_i + \beta_2 lotsize2_i + \beta_3 baths_i + \beta_4 age_i + \beta_5 ressf_i + \beta_6 ressf2_i \\
&+ \beta_7 outbuildingsf_i + \beta_8 porchsf_i + \beta_9 remodel_i + \beta_{10} garage_i \\
&+ \beta_{11} finish\_bsmnt_i + \beta_{12} GREELEY_i + \beta_{13} RURAL_i + \beta_{14} y2010_i \\
&+ \beta_{15} y2011_i + \beta_{16} y2012_i + \beta_{17} hwy\_mile_i + \beta_{18} pct\_hisp_i + \beta_{19} pct\_own_i \\
&+ \beta_{20} hh\_inc_i + \beta_{21} pct\_bachlr_i + \varepsilon_i
\end{aligned}
$$

(3.2) *Linear treatment specification*

$$
\begin{aligned}
salep\_real_i = \alpha_i &+ \beta_1 lotsize_i + \beta_2 lotsize2_i + \beta_3 baths_i + \beta_4 age_i + \beta_5 ressf_i + \beta_6 ressf2_i \\
&+ \beta_7 outbuildingsf_i + \beta_8 porchsf_i + \beta_9 remodel_i + \beta_{10} garage_i \\
&+ \beta_{11} finish\_bsmnt_i + \beta_{12} GREELEY_i + \beta_{13} RURAL_i + \beta_{14} y2010_i \\
&+ \beta_{15} y2011_i + \beta_{16} y2012_i + \beta_{17} hwy\_mile_i + \beta_{18} pct\_hisp_i + \beta_{19} pct\_own_i \\
&+ \beta_{20} hh\_inc_i + \beta_{21} pct\_bachlr_i + \beta_{22} spudcount_i + \beta_{23} num\_producing_i \\
&+ \beta_{24} distSPUD_i + \varepsilon_i
\end{aligned}
$$

### 3.2.2. Semi-log specification

Existing literature on hedonic price functions and regression analyses tend to favor a semi-log (i.e. a log-linear) functional form for estimating the price function (Muehlenbachs et al., 2012; Loomis, 2004; Lewis & Acharya, 2006). The semi-log model involves the transformation of the dependent variable into logs, an act that scales the sales price of the house. This has the advantage of potentially capturing some of the non-linearities in the data and marginal prices for characteristics. Given that marginal prices for semi-log hedonic price functions are variable and depend on the price level, these implicit prices must be estimated at some price level of the housing sales price. For a semi-log specification, Taylor (2003) provides the calculation and intuition of the marginal implicit price, ($\partial P/\partial z_i = \beta_i \cdot P$), where $P$ represents a housing sales price level. Interpretation of dummy variable coefficients must be done with care in a semi-log model as it represents an approximate percentage change in the sale price of a house if the

25

characteristic is present (i.e. if that variable is set equal to one)[5]. Equation 3.3 displays the semi-log specification of the model that excludes well-activity variables, and equation 3.4 shows the linear specification that included variables about wells in the process of being drilled.

(3.3) *Semi-log base specification*

$$
\begin{aligned}
ln\_sales_i = {}& \alpha_i + \beta_1 lotsize_i + \beta_2 lotsize2_i + \beta_3 baths_i + \beta_4 age_i + \beta_5 ressf_i + \beta_6 ressf2_i \\
& + \beta_7 outbuildingsf_i + \beta_8 porchsf_i + \beta_9 remodel_i + \beta_{10} garage_i \\
& + \beta_{11} finish\_bsmnt_i + \beta_{12} GREELEY_i + \beta_{13} RURAL_i + \beta_{14} y2010_i \\
& + \beta_{15} y2011_i + \beta_{16} y2012_i + \beta_{17} hwy\_mile_i + \beta_{18} pct\_hisp_i + \beta_{19} pct\_own_i \\
& + \beta_{20} hh\_inc_i + \beta_{21} pct\_bachlr_i + \varepsilon_i
\end{aligned}
$$

(3.4) *Semi-log treatment specification*

$$
\begin{aligned}
ln\_sales_i = {}& \alpha_i + \beta_1 lotsize_i + \beta_2 lotsize2_i + \beta_3 baths_i + \beta_4 age_i + \beta_5 ressf_i + \beta_6 ressf2_i \\
& + \beta_7 outbuildingsf_i + \beta_8 porchsf_i + \beta_9 remodel_i + \beta_{10} garage_i \\
& + \beta_{11} finish\_bsmnt_i + \beta_{12} GREELEY_i + \beta_{13} RURAL_i + \beta_{14} y2010_i \\
& + \beta_{15} y2011_i + \beta_{16} y2012_i + \beta_{17} hwy\_mile_i + \beta_{18} pct\_hisp_i + \beta_{19} pct\_own_i \\
& + \beta_{20} hh\_inc_i + \beta_{21} pct\_bachlr_i + \beta_{22} spudcount_i + \beta_{23} num\_producing_i \\
& + \beta_{24} distSPUD_i + \varepsilon_i
\end{aligned}
$$

### 3.2.3. Log-log specification

The log-log specification is similar to the semi-log form in that it includes a log transformation of the dependent variable; however it differs from the semi-log by also transforming continuous right-hand side variables into logs[6]. Marginal implicit prices yielded by running double-log regressions are simple to interpret. These marginal prices are also measures of price elasticity to (i.e. for a one percentage change in attribute $z_i$, there is a resulting percentage change in the dependent variable by a magnitude of $\beta_i$). Due to the lack of houses sold that had an outbuilding on the property (i.e. outbuildingsf = 0 ), outbuildingsf was not logged because too many missing values were generated in the process. Equation 3.5 shows the

---

[5] Taylor (2003) asserts that as long as the coefficient estimate is relatively small, the error in interpretation is small.
[6] Discrete variables are not transformed into logs because the log of zero cannot be calculated, thus logging a discrete variable will result in an undefined value – this becomes a missing value in STATA and is then dropped from the regression analysis.

26

equation estimated under the double-log specification for the entire sample, and equation 3.6

shows the model estimated that contained the sample of houses with well-activity within 2 miles

of the house, up to 60 days prior to the sale.

(3.5) *Double-log base specification*
$$ln\_sales_i = \alpha_i + \beta_1 \ln\_lotsize_i + \beta_2 \ln\_ressf_i + \beta_3 baths_i + \beta_4 age_i + \beta_5 outbuildingsf_i \\ + \beta_6 \ln\_porchsf_i + \beta_9 garage_i + \beta_{10} finish\_bsmnt_i + \beta_{11} GREELEY_i \\ + \beta_{12} RURAL_i + \beta_{13} y2010_i + \beta_{14} y2011_i + \beta_{15} y2012_i + \beta_{16} hwy\_mile_i \\ + \beta_{17} pct\_hisp_i + \beta_{18} pct\_own_i + \beta_{19} hh\_inc_i + \beta_{20} pct\_bachlr_i + \varepsilon_i$$

(3.6) *Double-log treatment specification*
$$ln\_sales_i = \alpha_i + \beta_1 \ln\_lotsize_i + \beta_2 \ln\_ressf_i + \beta_3 baths_i + \beta_4 age_i + \beta_5 outbuildingsf_i \\ + \beta_6 \ln\_porchsf_i + \beta_9 garage_i + \beta_{10} finish\_bsmnt_i + \beta_{11} GREELEY_i \\ + \beta_{12} RURAL_i + \beta_{13} y2010_i + \beta_{14} y2011_i + \beta_{15} y2012_i + \beta_{16} hwy\_mile_i \\ + \beta_{17} pct\_hisp_i + \beta_{18} pct\_own_i + \beta_{19} hh\_inc_i + \beta_{20} pct\_bachlr_i \\ + \beta_{21} spudcount_i + \beta_{22} ln\_spud_i + \varepsilon_i$$

## 3.3. Spatial Model

Spatial econometrics, a subfield of econometrics that is becoming more widespread, is

used to incorporate the geography of the data analyzed in regression analysis.  Given the spatial

nature of housing transactions data, the data are tested for potential spatial dependencies, also

known as spatial autocorrelation (Anselin, 1988).  Spatial dependency refers to the positive or

negative correlation of observations based on proximity to other observations that suggest

process-generating patterns.  The Moran's I test statistic is used to determine whether data are

spatially autocorrelated.

There are many ways to model spatial dependencies in data; one of these ways is to use a

variogram to determine the covariance and generalized least squares (GLS).  Residuals are

obtained from the OLS model in order to fit a variogram, which describes the degree of spatial

dependence in the data.  The information from the variogram is then used to compute the

BLM_0004587

covariance matrix (C). By Cholesky decomposition, $C = LL^T$, from which L is taken and all of the regressors and regressands are multiplied by the inverse of L. The variable distSPUD is omitted from the spatial model because it is a continuous distance variable and causes issues. Interaction terms are created for all explanatory variables by GREELEY and by RURAL to capture those effects. Equation 3.7 lays out the general empirical specification of the spatial model.

(3.7) *Spatial specification*

$$L^{-1} \times \ln\_sales_i = \beta_i(L^{-1} \times X_i) + \beta_i(L^{-1} \times (GREELEY * X_i)) + \beta_i(L^{-1} \times (RURAL * X_i)) + (L^{-1} \times \varepsilon_i)$$

## 3.4. Statement of Hypotheses

Theory, the data, and the results of previous studies guide the hypotheses made about the relationships between each independent variable and the dependent variable. The expected sign of each candidate variable as it relates to the dependent variable is provided along with a description in Table 1 in section 3.1. Most structural characteristics are considered to have a positive effect on housing prices with the exclusion of age, because as the age of the house increases, sales prices are expected to decrease. Lot size and residential square footage are expected to have a non-linear relationship with price, because housing prices are thought to increase with these variables at a decreasing rate (Taylor, 2003). A house being located in Greeley, the county seat, is expected to have a negative price due to the relative poorness of the city to the rest of the county. Likewise, if a house is located in no town it takes on a value of one in the variable RURAL; it is expected to have a positive sign for many reasons including less air

28

BLM_0004588

and noise pollution and larger lot sizes.  Having a highway located within 100 yards of your home may cause some level of disutility due to traffic and negatively affect the price of your house; however it may be positive to have a highway located within a mile of your home for commuting purposes.

Discerning the expected relationship between well-activity variables and housing sales price is the focus of this study.  For all of the count variables – spudcount and num_producing – the expected relationship is negative.  As the density of wells or wells-to-be-drilled within a half mile of a home increases, it is expected that the house would lose value, suggesting a negative relationship.  The specifications of the model that include distance variables to the nearest spud (well-to-be-drilled) within two miles and the nearest producing well within a half mile are limited to the observations that are complete and contain housing transaction data and well-activity within those specified distance bands.  It is expected that having a well within that range has a negative impact on housing values, thus since Euclidean distance is used in the linear and semi-log specifications, the estimated coefficient should have a positive sign.  As distance to the nearest well being drilled within two miles increases, housing prices should theoretically increase. The same logic is applied to the distance to the nearest well in production, although the scope is smaller at one half-mile.  These expectations are guided primarily based on the results of Boxall et al. (2005) and Muehlenbachs et al. (2012), both of whom  found negative effects of drilling on housing values within a specified distance band, and also by the concerns that have been arising in the local and (inter)national news.

The significance of individual variables in each model is evaluated by calculating t-tests on every variable, while overall model significance is evaluated using an f-test to test for statistical significance of the whole model.  Since heteroskedasticity is always something to be

BLM_0004589

aware of when dealing with cross-sectional data, post-estimation testing of regression residuals is performed using the Breusch-Pagan test statistic for heteroskedasticity.  If the model is found to have heteroskedasticity, it will be corrected for using White's robust standard errors.  Correct model specification is tested using Ramsey's RESET test for omitted variables.  Additionally, consistency of coefficients estimates across the base and treatment model is analyzed to determine whether omitted biases may be present in the base specification of the model.

BLM_0004590

# CHAPTER 4: DATA

Several data sets were collected from a handful of sources and joined together to form a database comprised of housing sales date and price, housing characteristics, location, census tract demographics, and proximity to fracked wells. Data on housing sales and characteristics used in this study were obtained through the Weld County Office of the Assessor. GIS data containing geographical information as well as sale date and price were provided directly by the Office of the Assessor, while data on property characteristics were downloaded from the office of the assessor's website and merged with the GIS data based on the housing account number. Data on fractured wells, horizontal wells, permitted wells, and water wells were downloaded from the website of the Colorado Oil and Gas Conservation Commission (COGCC). The data on well production, which include various dates (spud date, status of well bore, and first date of production) in the drill process, were merged with GIS data containing information on the location of the well to complete the well data. Permitted well GIS data contained information on both location and the date the permit was granted, therefore these data could be extracted from the .dbf file associated with the shape file downloaded from COGCC.

## 4.1 Housing Sales Data

Information about all properties sold in Weld County, Colorado from 2009 to 2012 is provided in the housing data. The original housing transaction data set contains 23,117 observations available for sampling – these data were provided directly as a GIS layer by the Office of the Assessor. Figure 4.1, created using the data provided and ArcGIS, shows the locations of these housing transactions; since these are primarily concentrated in Greeley, Figure 4.2 shows a closer up version of Greeley.

31

BLM_0004591



**Figure 4.1 All housing transactions in Weld County, 2009-2012 (Weld County Office of the Assessor)**

32

BLM_0004592



**Figure 4.2 Greeley housing transactions in Weld County, 2009-2012 (Weld County Office of the Assessor)**

Sales price data are deflated[7] (2009 = 100) using the annual Housing Price Index for the

Denver-Boulder-Greeley area, which was obtained from the US Bureau of Labor Statistics using

the series id CUUSA433SAH (U.S. Bureau of Labor Statistics, n.d.). Since the UTM

---

[7] Deflated house prices generated using the following formula: salep_real = salep*(HPI$_{current}$/HPI$_{base}$)

BLM_0004593

coordinates identify the centroid of the property, it is understood that the house may be located at a different point on the parcel and that a slight measurement error may come as a result of this.

Upon merging this data set with the data sets containing housing characteristics in STATA, incomplete observations (i.e. those missing either sales date and price or housing characteristics such as lot size, residential square feet, number of bedrooms, etc.) were dropped from the data set. Property sales other than single-family residential housing such as commercial properties and apartment buildings were also dropped from the dataset in order to capture the effects of drilling only on residential housing sales. Any property with a lot size of zero acres or over 500 acres was considered an outlier and was removed from the dataset. Houses with under 400 residential square feet were dropped because it was unclear whether these were errors in the data entry. In order to create a data set of arm's length, single-residential housing transactions, houses that sold for under $50/ft$^2$ were removed from the data. A few housing sales present in the assessor's dataset were actually located outside of county boundaries based on GIS mapping; these were dropped when the GIS property sales centroid point data was spatially joined with the census tract shapefile downloaded from the Colorado Department of Local Affairs' (DOLA) website. Duplexes, manufactured homes, and townhouses were removed from the sample in order to capture the effects of drilling on only those with an occupancy code of "single-family residential" homes sold. The final eligible sample before removing duplexes, manufactured homes, and townhouses contained 14,222 observations, for which summary statistics are provided in Table 1A in the Appendix. Summary statistics for the final sample are provided in Table 4.1.

BLM_0004594

**Table 4.1 Summary statistics for structural and property characteristics**

| Variable | N | Mean | Std. Dev. | Min | Max | Connt |
|----------|-----|-----------|-----------|----------|---------|------|
| salep_real | 13531 | 215230.40 | 120543.6 | 30174.49 | 2413959 | |
| ln_sales | 13531 | 12.158 | 0.491219 | 10.31475 | 14.69678 | |
| lotsize | 13531 | 0.46 | 1.43663 | 0 | 40 | |
| baths | 13531 | 2.62 | 0.924454 | 0 | 23 | |
| age | 13531 | 16.56 | 20.00692 | 0 | 147 | |
| ressf | 13531 | 1708.25 | 646.5102 | 520 | 7774 | |
| outbuildingsf | 13531 | 88.20 | 582.6612 | 0 | 22092 | |
| porchsf | 13531 | 264.46 | 256.1646 | 0 | 4824 | |
| garage | 13531 | 0.95 | 0.210543 | 0 | 1 | |
| finish_bsmnt | 13531 | 0.39 | 0.487933 | 0 | 1 | |
| y2010 | | 0.23 | 0.423376 | 0 | 1 | 3166 |
| y2011 | | 0.24 | 0.426944 | 0 | 1 | 3244 |
| y2012 | | 0.30 | 0.456568 | 0 | 1 | 4007 |
| y2009   (omitted) | | | | | | 3114 |

In order to capture any effects on price associated with the year of a sale, the variables y2010, y2011, and y2012 were generated. Sales from the year 2009, the reference year, are omitted in order to avoid creating a dummy variable trap.  If a house was sold in 2010, the variable y2010 is set equal to one. If a house was sold in 2011, y2011 is set equal to one. If a house was sold in 2012, y2012 is set equal to one.  Remodel, garage, and finish_bsmnt were generated in STATA, and set equal to one if the house had that characteristic, zero if it did not.

## 4.2 Demographic & Neighborhood Data

Colorado's DOLA website has downloadable GIS shapefiles that contain data on demographics from the 2010 US Census by census block, census tract, county, place, school district, and zip code (Colorado Department of Local Affairs, n.d.).  These data contain various demographic characteristics of these population groupings. As past literature has suggested (Taylor, 2003) and implemented (Muehlenbachs et al., 2012; Lewis and Acharya, 2006; Klaiber and Gopalakrishnan, 2012), census tracts were chosen as the appropriate level to be used for

BLM_0004595

demographics data.  When the housing transactions centroid data were spatially joined to the census tract data in ArcGIS, the demographic characteristics specific to each house were added to the housing sales attribute table.  One key demographic was missing from the DOLA shapefile attributes - a measure of household income. Data on mean household income were obtained from the American Community Survey, specifically the 5-year mean household income over the past 12 months[8], and matched to each census tract by tract number.  Mean income was obtained to be used in accordance with Muehlenbachs et al. (2012), which utilized mean household income for the census tract.

Dummy variables were generated to control for a few location characteristics associated with the houses sold.  Using the logic that a house located within one mile of a major interstate may derive some benefit from this proximity but that being located within 100 yards of an interstate may impose a cost on those living in the home, two dummy variables were created using the buffer and intersect tools in ArcGIS to reflect these distances.  HWY_100yd is equal to one when a house falls within the 100 yard buffer around a major interstate.  HWY_1mile is equal to one when a house falls within the mile buffer but not within the 100 yard buffer around a major interstate; if HWY_1mile is equal to zero, the property is located farther than one mile from the nearest major highway in Weld County.  A dummy variable (GREELEY) is created to indicate whether the house was within Greeley city limits. In addition, for any house located outside of all city and town limits in the county, the dummy variable (RURAL) is set equal to one.  After consideration of potential effects of increased employment in the oil and gas sector on housing prices, data on total employment in the oil and gas sector were obtained from the Bureau of Labor Statistics using series id CES1021100001 (US Bureau of Labor Statistics, n.d.).

---

[8] 5-year estimates are used because they are recommended for this type of study under the ACS's "Guidance for Data Users" available on their site (http://www.census.gov/acs/www/guidance_for_data_users/estimates/)

BLM_0004596

Allemp is a variable collected on a monthly basis that captures the total number of employees (in thousands) currently working in the oil and gas sector.  These data were matched to housing sales data based on the date the house was sold, and range from approximately 156 to 192 thousand employees in the Weld County oil and gas sector between 2009 and 2012.  Table 4.2 provides the complete summary statistics for all neighborhood and demographic data.

**Table 4.2 Summary statistics for neighborhood and demographic variables**

| Variable | N | Mean | Std. Dev. | Min | Max |
|---|---|---|---|---|---|
| GREELEY | 13531 | 0.28 | 0.448044 | 0 | 1 |
| RURAL | 13531 | 0.09 | 0.283657 | 0 | 1 |
| hwy_mile | 13531 | 0.41 | 0.492723 | 0 | 1 |
| pct_hisp | 13531 | 0.22 | 0.156326 | 0.0658 | 0.8635 |
| pct_own | 13531 | 0.77 | 0.134501 | 0.0588 | 0.9563 |
| hh_inc | 13531 | 78940.46 | 21925.2 | 23052 | 157490 |
| pct_bachlr | 13531 | 0.29 | 0.122685 | 0.019064 | 0.6 |
| allemp | 13531 | 170.536 | 12.31295 | 156.1 | 191.7 |

## 4.3 Well Data

All data on hydraulically fractured wells, directional wells, permitted wells, and water wells were downloaded from the website of the Colorado Oil and Gas Conservation Commission (COGCC).  In order to capture the effects different stages in the drilling and natural gas extraction might have on housing prices, it is imperative to include data on permitted wells, wells in the process of being drilled, and wells in production.  GIS point data files, updated daily, were downloaded from the COGCC's maps "GIS downloads" section of the website.  Well completion data, including various dates in the progression of a well drill from spud date to current status date, were downloaded from the COGCC Library in the statistics section under the heading *Production and Prices*.  Although there are data sets for each year's well completions,

37

BLM_0004597

the newest data set (2012) contains all completions from prior years and the new 2012 completions; therefore that data set was used for information on all well completions between 2009 and 2012. The original data set contains 55,653 observations between 1911 and 2012. Wells with repeated API numbers are considered duplicate observations and removed from the data set in order to successfully merge geographical information to well completion information. The API number is defined by the COGCC as "A well identifier assigned as defined in API (American Petroleum Institute) Bulletin D12A, as amended. The API Well Numbers are assigned by the appropriate state or federal regulatory agency." Two data sets, one for producing wells and one for wells being drilled, are created by merging this completion data set with GIS files that include the geographical references of wells.

The data set including information on wells in the process of being drilled was created by merging the completion data with the GIS fractured well point data. Incomplete observations - observations missing either UTM coordinates or a spud date - are removed from the data set. Spud is defined by investopedia as "in the oil and gas industry, the process of beginning to drill a well" (Spud Definition | Investopedia). The spud date in the well completion data provides the date on which the drilling process for a given well began. The spud well data set had 4,035 observations after the repeated API numbers were removed from the data set.

Continuous distance variables (i.e. distSPUD) were calculated by spatially joining the spud well data with housing sales data using the point distance tool in ArcToolbox's analysis tools to calculate distances based on unique observation identifiers assigned by ArcGIS when the data are uploaded. Distances between houses and all spud wells within a two-mile radius around the housing sales centroid are calculated and then sorted so that the minimum distance can be kept. A two-mile radius was chosen as it kept the size of the data set manageable and fell

BLM_0004598

between the distance of two kilometers (1.24 miles) to the nearest shale well used by

Muehlenbachs et al. (2012) and the four-kilometer (2.49 miles) radius around a property used by

Boxall et al. (2005) to get a count of the number of wells within that distance to a house.  A

dummy variable was created to signify if the spud date fell within a 60 day window prior to the

sale of the house.  A time period of 60 days prior to the sale is chosen to capture activity that

may be taking place during the period of escrow.  As McKenzie et al. (2012) report that the

disturbance of a well is highest when it is within one half mile of a house, a count variable of the

number of wells being drilled within 60 days and a half mile radius of house was created in

ArcGIS, spudcount.  Dummy variables were generated and set equal to one for wells that were

drilled within one mile of a home (spud_1mileDV) and a half mile (spud_halfmileDV) in order

to examine whether significance changes as the distance band is decreased.  The spud data were

merged with the full housing sales data to identify which houses had a well drilled within two

miles (distSPUD) and how many wells were drilled within a half mile of the house in the 60 days

prior to the sale -- summary statistics are provided in Table 4.3.

Table 4.3 Summary statistics for relevant oil and gas variables

| Variable | Obs | Mean | Std. Dev. | Min | Max |
|---|---|---|---|---|---|
| spudcount | 13531 | 0.0723524 | 0.578895 | 0 | 11 |
| distSPUD | 4035 | 2029.046 | 777.3933 | 56.14307 | 3218.615 |
| ln_spud | 4035 | 7.513003 | 0.503907 | 4.027903 | 8.076706 |
| spud_halfDV | 13531 | 0.022393 | 0.147964 | 0 | 1 |
| spud_1mileDV | 13531 | 0.0936368 | 0.291334 | 0 | 1 |
| num_producing | 13531 | 4.856626 | 5.772465 | 0 | 41 |
| distPROD | 8802 | 361.4456 | 187.8114 | 6.940779 | 804.5902 |
| permitcount | 13531 | 0.024758 | 0.343959 | 0 | 9 |
| distPERM | 1739 | 2050.613 | 191.1916 | 3218.151 | 735.4974 |

BLM_0004599

To create the wells in production data set, a similar process to the wells in the process of being drilled was used, starting with merging the completion file with the GIS fractured well point data.  Observations that lack geographical UTM coordinates are dropped from data set, because the distance to the well from a house cannot be measured in the absence of location data. The formation status is used to determine whether a well is in production based on formation codes provided on the COGCC website.  Those with a status of abandoned well bore or completion, abandoned location, closed, dry and abandoned, plugged and abandoned, waiting on completion are dropped from the data set as they not considered producing wells. Although few wells were without a status code, these wells were also dropped from the data set due to uncertainty of whether the well is in production.  The final production data set, comprised of 18,481 producing wells, was uploaded into ArcGIS using the UTM X and UTM Y coordinates to geographically reference the wells on a map and to be able to match the wells up with housing sales data.  These data are spatially joined to housing sales data using the point distance tool in ArcGIS to calculate distances between points. Using the unique well and property identifiers, the data were then merged with the housing sales data to identify which properties had a producing well within half mile of the home at the time it was sold, and to get a count of the number of producing wells exist within one half mile at the time of sale.  Due to the volume of producing wells relative to wells being drilled and the perceived level of disturbance associated with a well in production compared to the drilling process[9], the distance to the nearest well in production within a half mile was calculated, unlike the spud and permitted wells with a two mile search radius, was chosen.  Summary statistics for the variables num_producing, a count variable generated in STATA to get a count of the number of producing wells within a half mile of any

---

[9] The level of truck traffic and the amount of visual disturbance decreases significantly once a well is finished being drilled and it is moved into production.

BLM_0004600

house at the time of sale, and distPROD, a variable measuring the distance to the nearest

producing well within a half mile at the time of sale, are provided in Table 4.3.

Data on permitted wells was downloaded from the COGCC website's GIS maps section.

Unfortunately, these data only date back to January 25th, 2011 and do not span over the entire

temporal range of this study. As the GIS database file contained both geographical and temporal

data, these data did not need to be merged as was necessary with the other well data.  With just

1,739 observations, the permitted well data set was much smaller than the other well data sets.

The permitted well data were spatially joined with housing sales data in the same manner in

which the spud and production data were. A count of wells permitted within a half mile of a

property and within 60 days of the sale as well as a minimum distance to the nearest permitted

well within a two miles and 60 days of sale were both variables generated using these and the

housing sales data. Summary statistics on these two variables, countpermit and distPERM, are

provided in Table 4.3 along with the statistics on other well data.

A dummy variable (waterwell) indicating whether there is a domestic-use water well on

the property was generated by spatially joining the property sales shape file with water well point

data in ArcGIS, where a distance of zero meters to the nearest water well signifies the presence

of one on the property.  Waterwell is activated and equal to one when there is a water well on the

property, and it is equal to zero if there exists no water well on the property.  This variable serves

as a proxy to indicate whether having a domestic-use water well has a relationship with the sale

price of a house. However, as these are secondary data, there is no certainty that the inhabitants

of the home are not also dependent upon municipal water. Data on whether a house is served by

a public water service district and uses municipal water were unfortunately not available[10]. This

variable was generated using GIS sales polygons.

---

[10] From an email correspondence with the Weld County office of the assessor from Feb. 17, 2013:

BLM_0004601

Summary statistics for the two separate groups, sorted by distSPUD, are also provided in the Appendix.  Table 4A provides summary statistics for the all variables with a well being drilled within 2 miles and within 60 days prior to the sale transaction date.  Table 5A provides summary statistics for all variables if there was not  a well being drilled within 2 miles, up to 60 days prior to the date of sale.  One key observation to be made in these tables is that the mean real sale price is within just under $5,000 dollars whether there was a well present ($212,560) or not ($ 216,365), with transactions that did not have a well being drilled on the higher end, and the minimum and maximum prices line up nearly identically as well.  These tables are provided in order to give an idea what differences in the data exist between the control versus treatment model specifications.

---

"Our office does not track what type of water properties use.  I believe the Division of Water Resources issues well permits, so they may have information on which properties use well water.  However, properties with wells often have municipal water as well. "

42

BLM_0004602

# CHAPTER 5: RESULTS

The six specifications of the model outlined in Chapter 3 were run and tested for overall model statistical significance, statistical significance of the individual parameter estimates, proper specification, and for disturbances in the error term using the hypothesis tests discussed in section 3.3. The parameter estimates, their standard errors, and level of significance are reported in Table 5.2. Results of the base and treatment specifications for the linear, semi-log, and double-log models are presented in that order in the table. The R-squared increased significantly from the linear to the semi-log specification, and then slightly from the semi-log to the double-log. This is to be expected, however, because the log transformation of the dependent variable compresses the scale of the dependent variable, which reduces the variability in it overall. Drill activity treatment variables were tested for cross-correlations between the variables to determine whether they might cause multicollinearity issues in the regression analysis. The cross-correlations – reported in Table 5.1 – between the three variables were low for the large sample size, therefore all of them were included in the treatment regressions.

**Table 5.1 Cross-correlations of treatment variables**

|  | spudcount | num_producing | distSPUD |
|---|---|---|---|
| spudcount | 1.0000 | | |
| num_producing | 0.1743 | 1.0000 | |
| distSPUD | -0.4478 | -0.1230 | 1.0000 |

BLM_0004603

**Table 5.2 Results of the base and treatment models for the linear, semi-log, and double-log models**

|  |  | Linear Base | Linear Treatment | Semi-log Base | Semi-log Treatment | Double-log Base | Double-log Treatment |
|---|---|---|---|---|---|---|---|
|  |  | salep_real | salep_real | ln_sales | ln_sales | ln_sales | ln_sales |
|  | lotsize | 18467.8*** | 14796.3*** | 0.0643*** | 0.0550*** |  |  |
|  |  | (1719.0) | (2636.5) | (0.0052) | (0.0052) |  |  |
|  | lotsize2 | -496.9*** | -336.7*** | -0.00181*** | -0.00133*** |  |  |
|  |  | (67.2) | (70.1) | (0.00023) | (0.00016) |  |  |
|  | baths | 3306.9* | 3972.3+ | 0.00997* | 0.00852 | 0.0158*** | 0.0112 |
|  |  | (1513.7) | (2385.7) | (0.0043) | (0.0059) | (0.0043) | (0.0071) |
|  | age | -802.8*** | -781.2*** | -0.00518*** | -0.00511*** | -0.00529*** | -0.00506*** |
|  |  | (46.6) | (93.0) | (0.00021) | (0.00025) | (0.00021) | (0.00038) |
|  | ressf | 45.71*** | 18.38 | 0.000590*** | 0.000574*** |  |  |
|  |  | (10.9) | (23.2) | (0.000019) | (0.000027) |  |  |
|  | ressf2 | 0.0110*** | 0.0175** | -5.30e-08*** | -5.01e-08*** |  |  |
|  |  | (0.0026) | (0.0057) | (4.1e-09) | (5.8e-09) |  |  |
| f | outbuildings | 6.980** | 7.866** | 0.0000523**  * | 0.0000554*** | 0.0000354*** | 0.0000324*** |
|  |  | (2.33) | (2.88) | (0.0000084) | (0.0000073) | (0.0000059) | (0.0000084) |
|  | porchsf | 41.75*** | 45.26*** | 0.000125*** | 0.000148*** |  |  |
|  |  | (5.25) | (9.79) | (0.000011) | (0.000015) |  |  |
|  | remodel | -3904.6* | -2354.8 | 0.00977 | 0.0175 | 0.00795 | 0.0135 |
|  |  | (1714.6) | (2806.4) | (0.0083) | (0.012) | (0.0083) | (0.014) |
|  | garage | 7689.9* | 12816.0** | 0.0869*** | 0.119*** | 0.0755*** | 0.110*** |
|  |  | (3246.7) | (4931.4) | (0.016) | (0.019) | (0.017) | (0.030) |
|  | finish_bsmnt | 30232.3*** | 30806.1*** | 0.140*** | 0.144*** | 0.124*** | 0.131*** |
|  |  | (1664.1) | (2606.7) | (0.0055) | (0.0088) | (0.0054) | (0.0093) |
|  | GREELEY | -25402.7*** | -25833.6*** | -0.0812*** | -0.102*** | -0.0854*** | -0.104*** |
|  |  | (1451.4) | (2560.7) | (0.0050) | (0.010) | (0.0049) | (0.0096) |
|  | RURAL | 2895.5 | 7637.8 | 0.0167 | 0.0115 | -0.0307** | -0.0470* |
|  |  | (3421.2) | (6438.3) | (0.012) | (0.016) | (0.011) | (0.020) |
|  | y2010 | 2947.0+ | 639.4 | 0.00684 | 0.00663 | 0.00611 | 0.00274 |
|  |  | (1726.7) | (2596.6) | (0.0056) | (0.010) | (0.0055) | (0.010) |

44

BLM_0004604

| | | | | | | |
|---|---|---|---|---|---|---|
| y2011 | 3241.4* | 3762.7 | 0.00184 | 0.00723 | 0.000366 | 0.00378 |
| | (1593.0) | (2718.7) | (0.0056) | (0.010) | (0.0055) | (0.0099) |
| y2012 | 19529.5*** | 15889.5*** | 0.0921*** | 0.0810*** | 0.0886*** | 0.0724*** |
| | (1659.7) | (2655.5) | (0.0054) | (0.0098) | (0.0053) | (0.0099) |
| hwy_mile | 1871.7 | 3959.4+ | -0.00274 | 0.00802 | 0.00199 | 0.0140+ |
| | (1467.9) | (2112.2) | (0.0043) | (0.0075) | (0.0043) | (0.0076) |
| pct_hisp | -31960.5*** | -62127.0*** | -0.567*** | -0.603*** | -0.490*** | -0.556*** |
| | (6852.6) | (10760.6) | (0.027) | (0.044) | (0.027) | (0.046) |
| pct_own | -58902.4*** | -48186.1*** | -0.138*** | -0.135** | -0.151*** | -0.113* |
| | (8552.9) | (11872.5) | (0.031) | (0.044) | (0.031) | (0.046) |
| hh_inc | 0.614*** | 0.467*** | 0.00000184*** | 0.00000129*** | 0.00000173*** | 0.00000102*** |
| | (0.044) | (0.072) | (0.00000015) | (0.00000027) | (0.00000015) | (0.00000025) |
| pct_bachlr | 119646.8*** | 104249.5*** | 0.365*** | 0.401*** | 0.427*** | 0.456*** |
| | (9464.0) | (12292.9) | (0.026) | (0.048) | (0.026) | (0.044) |
| spudcount | | -1910.9* | | -0.00619+ | | -0.00620 |
| | | (874.5) | | (0.0037) | | (0.0040) |
| distSPUD | | -2.739* | | -0.00000648 | | |
| | | (1.37) | | (0.0000050) | | |
| num_produc ing | | -131.4 | | 0.000398 | | 0.00103+ |
| | | (171.5) | | (0.00060) | | (0.00060) |
| ln_lotsize | | | | | | 0.115*** |
| | | | | | (0.0045) | (0.0081) |
| ln_ressf | | | | | 0.628*** | 0.624*** |
| | | | | | (0.011) | (0.020) |
| ln_porchsf | | | | | | 0.0221*** |
| | | | | | (0.0024) | (0.0044) |
| ln_spud | | | | | | -0.0114 |
| | | | | | | (0.0086) |
| Intercept | 35945.7** | 71924.9** | 11.16*** | 11.19*** | 7.468*** | 7.565*** |
| | (13175.0) | (25536.1) | (0.040) | (0.056) | (0.081) | (0.17) |

45

BLM_0004605

| | | | | | | |
|---|---|---|---|---|---|---|
| N | 13531 | 4035 | 13531 | 4035 | 13223 | 3940 |
| $R^2$ | 0.61 | 0.704 | 0.782 | 0.781 | 0.791 | 0.79 |
| adj. $R^2$ | 0.61 | 0.703 | 0.782 | 0.78 | 0.79 | 0.789 |
| F-statistic | 854 | 336.2 | 1955 | 595.8 | 2160.7 | 556.9 |

Robust standard errors in parentheses              $+ p < 0.10$, $* p < 0.05$, $** p < 0.01$, $*** p < 0.001$

46

BLM_0004606

The linear specification performs decently in both the control and treatment models. Parameter coefficient estimates align with the expected signs in Table 3.1 for all variables with the exception of percentage of homeowners. Pct_own is highly statistically significant at the 0.0001 level with negative coefficients of - $58,902 and - $48,186 for the base and treatment models respectively, meaning that a one percent increase in homeownership decreases real housing sales price by $58,902 in the absence of well activity and $48,186 with it, at the mean. The addition of the well-activity variables increases the adjusted R-squared from .61 to .70, indicating that the addition of the well-related variables improves the predictive power of the model due to the large increase in the R-squared.  Simply adding more explanatory variables to a model usually increases the R-squared even if the variables are not significant, which is the reason for the focus on the adjusted R-squared.  Spudcount, however, is statistically significant at the 95% confidence level, and has the expected [negative] sign despite being fairly small in magnitude.  The implicit price associated with spudcount is -$1,911, the estimate of $\beta_{22}$.  This indicates that, ceteris paribus, each additional well drilled within one half mile of a house up to 60 days prior to its sale decreases the sale price by $1,911, a 0.899 percent decrease in house prices at the mean. DistSPUD is also statistically significant in the linear model, but has a very low effect on housing prices and the wrong sign on the coefficient; for each meter farther from a house the well is drilled, the price decreases by $2.74.  The null hypothesis on the t-tests for significance on num_producing fails to be rejected, meaning it is not statistically different from zero.

The inclusion of these well-related variables leads to a better fit of the overall linear model, shown by an increase in the R-squared of .094.  However, graphical analysis of the residuals show a non-constant variance in them, exhibited in Figures 5.1 and 5.2.  The post-

47

estimation Breusch Pagan tests of both linear models also revealed heteroskedasticity as the null hypothesis of homoskedasticity could not be rejected at the 0.0001 confidence level. The regression results reported in Table 5.1 are those from the model run using White's robust standard errors, as are Figures 5.1 and 5.2, indicating that the robust standard errors do not provide a solution for the heteroskedasticity in the error term. The linear specifications are considered the worst of the three for this reason.

To determine whether multicollinearity presented an issue in the regression results, variance inflation factors (VIFs) were estimated post-regression. As a rule of thumb, a variable with a VIF of 5 or larger is considered highly multicollinear. Three variables had VIFs greater than 5 in both the base and treatment models: residential square feet, residential square feet squared, and lot size. These variables are important structural variables describing the property and are not removed from the regression as it is likely the correlation between the ressf (lotsize) and ressf$^2$ (lotsize$^2$) that is causing the VIF to be so high.



**Figure 5.1 Residuals obtained from the robust estimation of the linear control_model**

48



**Figure 5.2 Residuals obtained from the robust estimation of the linear treatment model**

The semi-log specifications provide an improvement over the linear specifications in terms of goodness-of-fit of the functional form to the data apparent in the increase in the R-squared. Parameter estimates maintain their levels of significance and signs as compared to the linear specifications except for the garage coefficient estimate, which becomes significant at a higher level of confidence than in the linear models. Spudcount drops from being significant at the 95% confidence level to just the 90% confidence level – specifically it is significant at a confidence level of 93%. Unlike in the linear specification, the R-squared between the semi-log base and treatment models actually decreases very slightly by 0.001 as shown in Table 5.2. While the variables of interest lose significance in this model, it provides a better fit to the data over the linear specification. The F-statistic obtained from the Ramsey RESET test run post-estimation of the semi-log treatment model of 1.99 provides statistical evidence to fail to reject the null hypothesis of no omitted variables. The residuals also do not appear to follow a heteroskedastistic pattern, as is shown in Figure 5.3, which are the residuals obtained from the

49

BLM_0004609

semi-log treatment estimated model.  Because the Breusch-Pagan test indicated heteroskedasticity, the regression was run using White's robust standard errors (these are the results reported in Table 5.2).  The errors obtained from the robust standard error semi-log regression are shown in Figure 5.4 and appear to be normally distributed.



**Figure 5.3 Residuals obtained from the robust estimation of the semi-log treatment model**



**Figure 5.4 Distribution of residuals obtained from the robust estimation of the semi-log treatment model**

BLM_0004610

The double log specifications produce results very similar to those of the semi-log specifications. Aside from the logged-independent variables that were transformed, the parameter estimates from the double-log model are nearly the same as the semi-log estimates for the two respective models, control and treatment. The distribution graph of the residuals and scatter plot of the residuals versus predicted values of logged sales prices look almost identical to their semi-log counterparts. This can be seen by comparing Figure 5.3 to Figure 5.5 and Figure 5.4 to Figure 5.6, although there appear to be longer tails in the distribution of the double-log model. The Ramsey RESET test indicates that there are omitted variables in both the base and treatment models, as it did in the other specifications. However, recall that Cropper et al. (1988) suggested that the double-log model performs better than many other specifications when there are missing or omitted variables. The long tail in the distribution of the disturbance term in the double log specification and the statistically significant result on the test for omitted variables give reason to favor the semi-log specification over the double-log specification, despite the lower R-squared measure.



**Figure 5.5 Residuals obtained from the robust estimation of the double-log treatment model**

51

BLM_0004611



**Figure 5.6 Distribution of residuals obtained from the robust estimation of the double-log treatment model**

**Table 5.3 Treatment variable implicit prices for statistically significant parameters[11]**

|  | Linear | Semi Log | Double Log |
|---|---|---|---|
| spudcount | - $1,911 | - $1,316 | N.S. |
| num_producing | N.S. | N.S. | $219 |
| distSPUD | -$2.74 | N.S. | -- |
| ln_spud | -- | -- | N.S. |
| Gain in $R^2$ with treatment | +.094 | -.001 | -.001 |

The implicit prices were calculated using the mean housing sale price ($212,560) for all transactions that had a well being drilled within 2 miles of the home up to 60 days prior to the sale of the home[12]. For the double log model, the implicit price must be calculated at a level of the variable, num_producing, for which the mean value of 6.6 wells producing within a half-mile of the house at the time of sale is used. The implicit price for the variable spudcount is interpreted as a decrease in the sale price of the house of $1,911 for the linear specification and

[11] N.S. is reported if the coefficient estimate was not statistically different from zero; -- is reported for variables not present in the specification.
[12] Full summary statistics for all variables based on this contingency are reported in Table 4A in the Appendix.

52

BLM_0004612

slightly less at $1,316 for the semi-log specification per new well being drilled within a half-mile of the house up to 60 days prior to the sale of the house. The interpretation of the implicit price for num_producing, the only statistically significant treatment variable in the double log model, is similar to the interpretation of the spudcount variable. However, num_producing is estimated to increase housing values by $219 per well in production within a half mile of the house at the time of the sale. distSPUD, significant only in the linear specification, has a somewhat confusing interpretation of the implicit price calculation. For each meter farther from a house the drilling occurs, up to a maximum of 2000 meters and up to 60 days prior to the sale date, the value of the house decreases by $2.74. While the implicit price on spudcount matches expectations and is negative, the implicit prices on distSPUD and num_producing are the opposite of their hypothesized effect on housing values. Due to the absence of data on mineral rights and royalty payments in this data set, however, this may be accurately capturing the relative effects on housing values if the landowners are receiving money for the drilling.

The results from the original empirical specifications of the model exhibited little change due to the inclusion of the oil and gas related variables, although the number of wells being drilled within 60 days of the sale and within a half-mile radius of the house was statistically significant with the expected negative sign in the linear and semi-log specifications. One potential reason for the general insignificance of the well-related variables is the increased workforce and subsequent demand for housing in the area, which may be driving housing values up as it has in areas of North Dakota (Platt, 2013). Alternate specifications, which included an oil and gas sector employment variable, to the six original model specifications described in Chapter 3 were tested to determine if the relationship between oil and gas employment and housing values held statistical significance. The only difference in these six specifications to the

BLM_0004613

original six is the addition of the variable allemp and the absence of the year dummy variables (y2010, 2011, and y2012), which were removed due to high correlation to allemp. Of the three year dummy variables, y2012 was the one that was consistently statistically significant across different model specifications, whereas allemp was statistically significant across all model specifications. These high correlation coefficients are reported in Table 5.4 below.

**Table 5.4 Correlations between oil and gas sector employment and year dummy variables**

|        | y2010   | y2011   | y2012  | allemp |
|--------|---------|---------|--------|--------|
| y2010  | 1.0000  |         |        |        |
| y2011  | -0.3104 | 1.0000  |        |        |
| y2012  | -0.3585 | -0.3642 | 1.0000 |        |
| allemp | -0.5319 | 0.0885  | 0.8647 | 1.0000 |

The regression results from the alternate specifications, including coefficient estimates and standard errors as well as the number of observations (N), R-squared, and F-statistic, are reported in Table 5.5. In comparing the results from the original six specifications (Table 5.2) to the alternate specifications (Table 5.5), one observes almost no difference in the overall model results or parameter estimates. The semi-log treatment model that included employment data, however, was the only model specification that did not test positive for omitted variable bias by the Ramsey RESET test. The null hypothesis that the model had no omitted variables failed to be rejected as the F-statistic for $F_{(3, 4009)}$ was 1.88. While the results from the models that included employment data were, overall, very similar to the original six specifications that included year dummy variable instead of employment data. Changes in treatment variable significance and R-squared for the alternate models, reported in Table 5.5, nearly mirror the results displayed in Table 5.2 for the original six models.

These models were also run with the inclusion of an interaction between wellwater, a dummy variable set equal to one if there was a domestic-use water well on the property, and

54

distSPUD.   Muehlenbachs et al. (2012) found a stronger negative effect on housing values if the house was served by well water than if it was served by the municipal water supply.   The results from these regressions were very similar to those run without the wellwater variable: there was zero change in the adjusted R-squared values for the linear, semi-log, and double log specifications with the addition of wellwater to the same models reported in Table 5.5. Waterspud was only statistically different from zero at the 90% confidence level in the double log model.  Full results from these regressions are reported in Table 6A in the Appendix instead of in this section due to the lack of change.  Interacting wellwater with spudcount resulted in too few non-zero observations and too little variation in the data to include in regression analysis.

BLM_0004615

**Table 5.5 Results of the base and treatment models for the linear, semi-log, and double-log models including Weld County Oil and Gas sector employment data**

| | Linear Base | Linear Treatment | Semi-log Base | Semi-log Treatment | Double-log Base | Double-log Treatment |
|---|---|---|---|---|---|---|
| Dep. Var. | salep_real | salep_real | ln_sales | ln_sales | ln_sales | ln_sales |
| lotsize | 18624.2*** | 14884.4*** | 0.0650*** | 0.0555*** | | |
| | (-1721.5) | (-2635.6) | (-0.0052) | (-0.008) | | |
| lotsize2 | -499.7*** | -337.5*** | -0.00182*** | -0.00134*** | | |
| | (-67.7) | (-70.1) | (-0.00023) | (-0.00025) | | |
| baths | 3399.6* | 4047.9+ | 0.0104* | 0.00902 | 0.0162*** | 0.0115 |
| | (-1511.8) | (-2395.2) | (-0.0043) | (-0.0067) | (-0.0043) | (-0.0071) |
| age | -801.0*** | -780.0*** | -0.00517*** | -0.00510*** | -0.00528*** | -0.00506*** |
| | (-46.6) | (-92.9) | (-0.00021) | (-0.00038) | (-0.00021) | (-0.00038) |
| ressf | 45.71*** | 18.42 | 0.000589*** | 0.000574*** | | |
| | (-10.9) | (-23.1) | (-1.9E-05) | (-4.3E-05) | | |
| ressf2 | 0.0109*** | 0.0175** | -5.29e-08*** | -5.01e-08*** | | |
| | (-0.0026) | (-0.0057) | (-4.10E-09) | (-9.80E-09) | | |
| outbuildingsf | 6.906** | 7.796** | 0.0000519*** | 0.0000548*** | 0.0000354*** | 0.0000323*** |
| | (-2.33) | (-2.89) | (-8.5E-06) | (-1.1E-05) | (-6E-06) | (-8.5E-06) |
| porchsf | 41.89*** | 45.41*** | 0.000126*** | 0.000149*** | | |
| | (-5.24) | (-9.78) | (-1.1E-05) | (-0.00002) | | |
| remodel | -4069.1* | -2453.4 | 0.00829 | 0.0171 | 0.00656 | 0.0132 |
| | (-1714.6) | (-2808.3) | (-0.0084) | (-0.014) | (-0.0083) | (-0.014) |
| garage | 7542.0* | 12853.2** | 0.0856*** | 0.118*** | 0.0745*** | 0.110*** |
| | (-3246.3) | (-4905.1) | (-0.016) | (-0.027) | (-0.017) | (-0.03) |
| finish_bsmnt | 30095.6*** | 30595.5*** | 0.140*** | 0.142*** | 0.124*** | 0.130*** |
| | (-1663.4) | (-2613.7) | (-0.0055) | (-0.0092) | (-0.0054) | (-0.0094) |
| GREELEY | -25484.4*** | -25837.1*** | -0.0815*** | -0.102*** | -0.0857*** | -0.104*** |
| | (-1452.3) | (-2568.1) | (-0.005) | (-0.0097) | (-0.005) | (-0.0097) |
| RURAL | 2398.5 | 7210.1 | 0.0139 | 0.00869 | -0.0334** | -0.0497* |
| | (-3425.6) | (-6439.5) | (-0.012) | (-0.022) | (-0.011) | (-0.02) |
| hwy_mile | 1982.4 | 4301.8* | -0.00207 | 0.0102 | 0.00255 | 0.0159* |

BLM_0004616

| | | | | | |
|---|---|---|---|---|---|
| | (-1471) | (-2120.8) | (-0.0044) | (-0.0078) | (-0.0043) | (-0.0076) |
| pct_hisp | -32309.7*** | -62408.5*** | -0.569*** | -0.604*** | -0.491*** | -0.557*** |
| | (-6850.2) | (-10835.6) | (-0.027) | (-0.046) | (-0.027) | (-0.046) |
| pct_own | -59038.5*** | -48621.0*** | -0.139*** | -0.138** | -0.153*** | -0.115* |
| | (-8543.1) | (-11815.6) | (-0.031) | (-0.047) | (-0.031) | (-0.046) |
| hh_inc | 0.616*** | 0.467*** | 0.00000185*** | 0.00000129*** | 0.00000174*** | 0.00000102*** |
| | (-0.044) | (-0.072) | (-1.5E-07) | (-2.6E-07) | (-1.5E-07) | (-2.5E-07) |
| pct_bachlr | 119547.0*** | 104763.3*** | 0.364*** | 0.405*** | 0.426*** | 0.461*** |
| | (-9459.7) | (-12311.2) | (-0.026) | (-0.044) | (-0.026) | (-0.044) |
| allemp | 582.2*** | 490.9*** | 0.00289*** | 0.00247*** | 0.00282*** | 0.00228*** |
| | (-53.4) | (-77.6) | (-0.00016) | (-0.00029) | (-0.00016) | (-0.00029) |
| spudcount | | -1856.0* | | -0.00571 | | -0.00563 |
| | | (-876.8) | | (-0.0038) | | (-0.004) |
| num_producing | | -151.9 | | 0.000236 | | 0.000876+ |
| | | (-170.7) | | (-0.00061) | | (-0.0006) |
| distSPUD | | -2.633+ | | -5.5E-06 | | |
| | | (-1.36) | | (-5E-06) | | |
| ln_lotsize | | | | | 0.116*** | 0.116*** |
| | | | | | (-0.0045) | (-0.0081) |
| ln_ressf | | | | | 0.628*** | 0.622*** |
| | | | | | (-0.011) | (-0.02) |
| ln_porchsf | | | | | 0.0222*** | 0.0265*** |
| | | | | | (-0.0024) | (-0.0044) |
| ln_spud | | | | | | -0.0099 |
| | | | | | | (-0.0086) |
| Intercept | -56140.1*** | -6073.9 | 10.70*** | 10.80*** | 7.018*** | 7.199*** |
| | (-14206.5) | (-29425) | (-0.048) | (-0.088) | (-0.084) | (-0.18) |
| N | 13531 | 4035 | 13531 | 4035 | 13223 | 3940 |
| $R^2$ | 0.61 | 0.704 | 0.781 | 0.779 | 0.789 | 0.789 |
| adj. $R^2$ | 0.609 | 0.702 | 0.78 | 0.778 | 0.789 | 0.788 |
| F-statistic | 903.7 | 365 | 2131.9 | 563.6 | 2388 | 606.3 |

Robust standard errors in parentheses     $+ p < 0.10$, $* p < 0.05$, $** p < 0.01$, $*** p < 0.001$

57

BLM_0004617

Table 5.6 Treatment variable implicit prices for statistically significant parameters[13]

|  | Linear | Semi Log | Double Log |
|---|---|---|---|
| allemp | $ 491 | $ 525 | $ 485 |
| spudcount | - $1,856 | - $1,214[14] | N.S. |
| num_producing | N.S. | N.S. | $186 |
| distSPUD | - $2.63 | N.S. | -- |
| ln_spud | -- | -- | N.S. |
| Gain in R² with treatment | +.094 | -.002 | No change |

Implicit prices, calculated using the mean housing sales price for the sample for the semi-log and double-log models as suggested by Taylor (2003), are reported for the statistically significant treatment variables from the alternate models in Table 5.6. The implicit prices reported in Table 5.6 are very similar to those from Table 5.3, however the implicit price has dropped slightly in each of the categories. Since allemp is also a treatment variable, implicit prices for it are also reported in Table 5.6. Allemp represents thousands of hours worked by all oil and gas sector employees in Weld County, and corresponds to each housing transaction based on that figure during the month of the sale. An increase of 1000 hours worked in the sector, a proxy for increased housing demand, increases the sale price of the home by around $500 for all specifications. Employment in the oil and gas sector appears to increase housing values only slightly, while an increase in the number of fracking sites around the home near the time of sale has a larger and negative effect.

Removing the continuous distance variable, distSPUD, increases the sample size from 4035 to the original 13531 observations available for sampling, in order to remove any biases imposed on the data due to sample selection. Running the same three functional forms (linear, semi-log, and double log) without distSPUD yields nearly identical results to those from the

---

[13] N.S. is reported if the coefficient estimate was not statistically different from zero; -- is reported for variables not present in the specification.
[14] While spudcount is not statistically significant in the semi log specification, it is very close to being significant (robust standard error p-value = 0.131).

BLM_0004618

models that include the distSPUD variable.  There is a slight increase in the R-squared value, but that can be attributed to the larger and different sample used in these regressions.  Results from these regressions are reported in Table 5.7.  Implicit prices for the variable spudcount align very closely with those from the regressions that included distSPUD and had a smaller sample size. The implicit price of an additional well being drilled within a half-mile of a house for the full sample obtained from the linear regression model was - $1,791, slightly smaller than in other specification at - $1,911.  Spudcount, while not quite statistically significant in the semi-log model with a p-value of 0.121, had an implicit price of - $1,117, again slightly less than the smaller sample for which the implicit price was - $1,214.  Using the full sample of single-family residential sales yields slightly lower implicit prices associated with spudcount but similar levels of statistical significance, indicating a lower impact on housing values throughout the county.

**Table 5.7 Results of the linear, semi-log, and double-log models**

|  | *Linear full sample* | *Semi-log full sample* | *Double log full sample* |
|---|---|---|---|
|  | **salep_real** | **ln_sales** | **ln_sales** |
| lotsize | 18634.8*** | 0.0651*** |  |
|  | (1720.9) | (0.0052) |  |
| lotsize2 | -499.8*** | -0.00182*** |  |
|  | (67.8) | (0.00023) |  |
| baths | 3355.7* | 0.0102* | 0.0160*** |
|  | (1514.7) | (0.0044) | (0.0043) |
| age | -802.2*** | -0.00518*** | -0.00530*** |
|  | (47.1) | (0.00021) | (0.00021) |
| ressf | 45.69*** | 0.000589*** |  |
|  | (10.9) | (0.000019) |  |
| ressf2 | 0.0110*** | -5.28e-08*** |  |
|  | (0.0026) | (4.1e-09) |  |
| outbuildingsf | 6.908** | 0.0000519*** | 0.0000352*** |
|  | (2.33) | (0.0000085) | (0.0000060) |
| porchsf | 41.92*** | 0.000126*** |  |
|  | (5.26) | (0.000011) |  |
| remodel | -4030.1* | 0.00841 | 0.00673 |
|  | (1715.8) | (0.0084) | (0.0083) |

BLM_0004619

| | | | |
|---|---|---|---|
| garage | 7561.6* | 0.0857*** | 0.0745*** |
| | (3247.5) | (0.016) | (0.017) |
| finish_bsmnt | 30162.0*** | 0.140*** | 0.124*** |
| | (1657.3) | (0.0055) | (0.0055) |
| GREELEY | -25466.9*** | -0.0809*** | -0.0839*** |
| | (1470.0) | (0.0050) | (0.0050) |
| RURAL | 2304.8 | 0.0134 | -0.0352** |
| | (3438.3) | (0.012) | (0.011) |
| hwy_mile | 1999.9 | -0.00192 | 0.00291 |
| | (1466.3) | (0.0044) | (0.0043) |
| pct_hisp | -32497.3*** | -0.571*** | -0.494*** |
| | (6991.8) | (0.027) | (0.027) |
| pct_own | -59405.4*** | -0.142*** | -0.158*** |
| | (8651.2) | (0.031) | (0.031) |
| hh_inc | 0.615*** | 0.00000185*** | 0.00000174*** |
| | (0.044) | (0.00000015) | (0.00000015) |
| pct_bachlr | 119449.0*** | 0.363*** | 0.425*** |
| | (9495.1) | (0.026) | (0.026) |
| allemp | 576.4*** | 0.00285*** | 0.00276*** |
| | (51.2) | (0.00016) | (0.00016) |
| spudcount | -1791.4* | -0.00519 | -0.00438 |
| | (789.0) | (0.0034) | (0.0033) |
| num_producing | 66.31 | 0.000498 | 0.00114** |
| | (137.0) | (0.00038) | (0.00038) |
| ln_lotsize | | | 0.116*** |
| | | | (0.0045) |
| ln_ressf | | | 0.627*** |
| | | | (0.011) |
| ln_porchsf | | | 0.0226*** |
| | | | (0.0024) |
| Intercept | -54870.1*** | 10.71*** | 7.032*** |
| | (14335.9) | (0.048) | (0.085) |
| N | 13531 | 13531 | 13223 |
| $R^2$ | 0.610 | 0.781 | 0.789 |
| Adj. $R^2$ | 0.609 | 0.780 | 0.789 |
| F | 828.3 | 1936.3 | 2148.3 |

Robust standard errors in parentheses    =" + p<0.10   * p<0.05   ** p<0.01   *** p<0.001"

BLM_0004620

**Table 5.8 Results of the treatment models for the linear and semi-log models by rural vs. urban & Greeley vs. non-Greeley**

| Dep. var | Urban semi log | Rural semi log | Urban linear | Rural linear | Greeley semi log | Non-Greeley semi log | Greeley linear | Non-Greeley linear |
|---|---|---|---|---|---|---|---|---|
| | ln_sales | ln_sales | salep_real | salep_real | ln_sales | ln_sales | salep_real | salep_real |
| lotsize | 0.295*** | 0.0462*** | 102757.7*** | 8694.3** | 0.548*** | 0.0559*** | 137411.6*** | 15313.9*** |
| | (0.022) | (0.0091) | (5515.2) | (2724.6) | (0.12) | (0.0047) | (24634.0) | (1292.3) |
| lotsize2 | -0.0396*** | -0.00109*** | -14353.0*** | -198.5* | -0.122 | -0.00133*** | -32936.5* | -344.9*** |
| | (0.0044) | (0.00026) | (1114.2) | (78.5) | (0.080) | (0.00015) | (16566.7) | (40.8) |
| baths | 0.00334 | 0.0747* | 2132.5 | 27889.5** | 0.0198 | 0.00725 | 10089.6*** | 3446.0+ |
| | (0.0057) | (0.029) | (1450.5) | (8618.6) | (0.013) | (0.0066) | (2738.7) | (1824.6) |
| age | -0.00612*** | -0.00146 | -1052.4*** | 62.28 | -0.00642*** | -0.00460*** | -990.9*** | -646.6*** |
| | (0.00025) | (0.00092) | (64.5) | (274.2) | (0.00047) | (0.00030) | (97.4) | (82.5) |
| ressf | 0.000463*** | 0.000963*** | -15.76* | 142.4*** | 0.000498*** | 0.000601*** | -11.07 | 31.93*** |
| | (0.000028) | (0.00011) | (7.00) | (32.0) | (0.000053) | (0.000032) | (11.0) | (8.89) |
| ressf2 | -3.05e-08*** | -.00000013*** | 0.0234*** | -0.00817 | -4.70e-08*** | -5.59e-08*** | 0.0189*** | 0.0148*** |
| | (5.9e-09) | (0.000000021) | (0.0015) | (0.0062) | (0.000000012) | (6.8e-09) | (0.0024) | (0.0019) |
| outbuildingsf | 0.0000443+ | 0.0000471*** | -13.43* | 9.295** | -0.0000210 | 0.0000535*** | -1.690 | 7.762*** |
| | (0.000025) | (0.000011) | (6.40) | (3.37) | (0.000069) | (0.0000075) | (14.3) | (2.09) |
| porchsf | 0.000117*** | 0.0000723 | 37.96*** | -1.535 | 0.000121*** | 0.000161*** | 26.99*** | 53.13*** |
| | (0.000016) | (0.000056) | (3.99) | (16.8) | (0.000027) | (0.000018) | (5.63) | (5.09) |
| remodel | -0.00235 | 0.0725+ | -5741.0+ | -3376.8 | 0.0453* | -0.0104 | 3925.2 | -9017.0* |
| | (0.012) | (0.043) | (3053.7) | (12962.7) | (0.018) | (0.015) | (3636.5) | (4291.3) |
| garage | 0.117*** | 0.0241 | 3690.2 | -1296.6 | 0.0928** | 0.119*** | 4053.0 | 11419.7+ |
| | (0.022) | (0.051) | (5526.0) | (15333.2) | (0.036) | (0.022) | (7402.1) | (6221.6) |
| finish_bsmnt | 0.111*** | 0.213*** | 20389.0*** | 49229.2*** | 0.139*** | 0.142*** | 17353.6*** | 34385.3*** |
| | (0.0085) | (0.043) | (2154.6) | (12991.6) | (0.017) | (0.010) | (3596.2) | (2831.1) |
| hwy_mile | -0.00232 | -0.000576 | 197.0 | 6015.7 | 0.00781 | 0.0102 | -460.1 | 4327.5+ |
| | (0.0072) | (0.038) | (1836.7) | (11488.8) | (0.014) | (0.0089) | (2899.0) | (2458.8) |
| pct_hisp | -0.773*** | 0.160 | -101544*** | 24069.4 | -0.763*** | -0.607*** | -64990.7*** | -86336.6*** |
| | (0.042) | (0.24) | (10639.8) | (70785.6) | (0.086) | (0.057) | (17860.9) | (15785.1) |
| pct_own | -0.0878* | 0.340 | -31140.9** | 46653.2 | -0.212*** | -0.132+ | -42988.2*** | -67757.5** |

61

BLM_0004621

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (0.041) | (0.34) | (10502.6) | (100779.0) | (0.062) | (0.074) | (12795.6) | (20600.9) |
| hh_inc | 0.00000103*** | 0.00000381* | 0.374*** | 0.803 | 0.00000140* | 0.00000112*** | 0.467*** | 0.432*** |
| | (0.00000026) | (0.0000017) | (0.067) | (0.51) | (0.00000059) | (0.00000032) | (0.12) | (0.088) |
| pct_bachlr | 0.264*** | 0.792* | 73146.5*** | 168969.5+ | 0.0654 | 0.480*** | 31500.0 | 120768.6*** |
| | (0.044) | (0.32) | (11189.7) | (94219.0) | (0.10) | (0.056) | (21395.6) | (15513.9) |
| allemp | 0.00274*** | 0.00139 | 545.4*** | 409.7 | 0.00255*** | 0.00250*** | 377.6*** | 492.8*** |
| | (0.00028) | (0.0015) | (70.9) | (435.5) | (0.00054) | (0.00034) | (112.5) | (94.2) |
| spudcount | -0.00650+ | 0.0110 | -1804.5+ | 3742.2 | -0.0146+ | -0.00299 | -2354.3 | -1557.2 |
| | (0.0036) | (0.018) | (924.6) | (5458.3) | (0.0080) | (0.0042) | (1656.1) | (1175.9) |
| num_producing | 0.00139* | -0.00137 | 244.8 | -1357.0 | -0.000743 | 0.000417 | 93.91 | -67.69 |
| | (0.00059) | (0.0030) | (149.8) | (883.4) | (0.0012) | (0.00071) | (259.0) | (197.2) |
| distSPUD | -0.0000126** | 0.0000475+ | -3.714** | 6.776 | -0.0000126 | -0.00000258 | -3.661+ | -2.153 |
| | (0.0000049) | (0.000025) | (1.23) | (7.35) | (0.0000091) | (0.0000059) | (1.88) | (1.64) |
| intercept | 10.93*** | 9.482*** | 35988.5+ | -306571.8* | 10.94*** | 10.74*** | 37964.4 | -4378.3 |
| | (0.075) | (0.42) | (19105.5) | (125115.1) | (0.13) | (0.10) | (27058.0) | (27960.6) |
| N | 3678 | 357 | 3678 | 357 | 933 | 3102 | 933 | 3102 |
| $R^2$ | 0.796 | 0.743 | 0.737 | 0.660 | 0.811 | 0.756 | 0.775 | 0.683 |
| adj. $R^2$ | 0.795 | 0.728 | 0.736 | 0.640 | 0.807 | 0.754 | 0.770 | 0.681 |
| F | 711.9 | 48.56 | 512.3 | 32.66 | 195.6 | 476.7 | 157.0 | 331.8 |

Robust standard errors in parentheses          $+ p < 0.10$, $* p < 0.05$, $** p < 0.01$, $*** p < 0.001$

BLM_0004622

To capture any discrepancies in the effects of hydraulic fracturing on rural versus urban households, two sets of linear and semi log contingency models were run based on either a) whether dummy variable RURAL equaled one or zero, or b) whether dummy variable GREELEY equaled one or zero.  Since Weld County is a diverse county that is comprised of a pseudo- urban area including Greeley and bedroom communities to Denver, and rural agricultural land, accounting for the differences in these areas provides further insight into the true effects of drilling on different parts of the county.  Greeley and its surrounds are growing rapidly; most of the single-family residential housing transactions between 2009 and 2012 occurred in or around Greeley.  The two dummy variables, GREELEY and RURAL, are not mutually exclusive (i.e. if a sale was not in Greeley, it was not necessarily considered rural and vice versa).  Full results from these regressions are reported in Table 5.8, where models reported with urban (RURAL = 0) in the headline are the counterpart to rural (RURAL = 1) and non-Greeley (GREELEY = 0) are the counterpart to Greeley (GREELEY = 1).

The results of these regressions show that fracking does appear to affect rural and non-Greeley residents in Weld County differently than those residing in Greeley and other urban and suburban areas.  357 houses sold were not incorporated in any township and considered rural, while 3678 houses sold were considered urban or suburban.  There were 933 housing sales in the city of Greeley and 3102 outside of Greeley (non-Greeley) over the 4-year time span.  In addition to very different overall model explanatory power, both statistical significance and coefficient magnitude varied across the rural and urban, and Greeley and non-Greeley transactions.

The biggest disparities in results were apparent between the rural and urban models, especially in the treatment variables.  Allemp was statistically significant at the $<0.001$ level in

BLM_0004623

the non-rural model and statistically insignificant in the rural model, under both the linear and semi-log specifications; however, allemp was highly statistically significant in the Greeley and non-Greeley models.  Parameter estimates for other treatment variables obtained in the urban linear and semi-log specifications matched up closely to the original parameter estimates from the full regression.  This is not true of the parameter estimates obtained from the rural models in which the sign on each of the drill variables switched from the full model. Of these variables, only distSPUD was estimated to be statistically different from zero, but finally with the hypothesized positive sign – indicating that for every meter farther away from a house the drilling occurs, the value increases by $ 12.21 – much larger in magnitude than in all other specifications.  Fracking operations located 1000 meters (1 km) away from a house increase the house's sale price by approximately 6%.  The adjusted R-squared values from the urban linear and semi-log models were 0.736 and 0.795; from the rural models they were lower at 0.640 and 0.728.  Implicit prices, evaluated at the relative real housing sale price mean for that subsection of the data, for all statistically significant oil and gas sector activity variables are reported in Table 5.9.

Table 5.9 Treatment variable implicit prices for statistically significant parameters[15]

|  | Rural Linear | Rural Semi Log | Urban Linear | Urban Semi Log |
|---|---|---|---|---|
| allemp | N.S. | N.S. | $545 | $ 571 |
| spudcount | N.S. | N.S. | - $1805 | - $ 1,354 |
| num_producing | N.S. | N.S. | N.S. | $ 289 |
| distSPUD | N.S. | $ 12.21 | - $3.71 | - $2.62 |

Fewer differences existed between the Greeley and non-Greeley models.  Parameter estimates for non-treatment variables were similar in both magnitude and statistical significance, with the exception of outbuildingsf.  Outbuildingsf was positive for non-Greeley housing sales

---

[15] N.S. is reported if the coefficient estimate was not statistically different from zero; -- is reported for variables not present in the specification.

BLM_0004624

and negative for those within Greeley city limits, likely a result of few housing transactions within Greeley having an outbuilding on the property.  In general, the drilling treatment variables in these models lacked explanatory power.  Spudcount was statistically significant at the 90% confidence level for the Greeley, semi-log specification, and distSPUD was statistically significant at the 90% confidence level for the Greeley, linear specification.  Allemp had a positive sign, was statistically significant at the 99.9% confidence level in all Greeley and non-Greeley specifications, and of similar magnitude.  The impact of an additional well being drilled within a half mile of a house in Greeley, up to 60 days prior to the sale data, is a decrease of $2,489 per well.  Implicit prices, evaluated at the relative real housing sale price mean for that subsection of the data, for all statistically significant treatment variables from the Greeley and non-Greeley specifications are reported in Table 5.10.

**Table 5.10 Treatment variable implicit prices for statistically significant parameters[16]**

|  | Non-Greeley Linear | Non-Greeley Semi Log | Greeley Linear | Greeley Semi Log |
|---|---|---|---|---|
| allemp | $ 493 | $ 563 | $378 | $ 435 |
| spudcount | N.S. | N.S. | N.S. | - $2,489 |
| num_producing | N.S. | N.S. | N.S. | N.S. |
| distSPUD | N.S. | N.S. | - $3.66 | N.S. |

Finally, the results of the spatial model are compared to an OLS model that contains interactions between RURAL and GREELEY with each explanatory variable.  Those that are not considered rural or are not in Greeley are the baseline category.  The OLS regression including these interactions was run as a stepwise OLS regression that iteratively removes and reintroduces combinations of explanatory variables minimize the AIC statistic.  If a variable is not included in the stepwise estimation of a model, it can be interpreted as the variable lacking statistical significance in the explanation of the dependent variable.  The results of the OLS regression

---

[16] N.S. is reported if the coefficient estimate was not statistically different from zero; -- is reported for variables not present in the specification.

BLM_0004625

show that neither spudcount nor num_producing are statistically significant, and they are dropped from the model.  Otherwise, results from the stepwise OLS regression align well with other semi-log specifications that were run.  Results from the OLS and GLS regressions are reported in Table 5.11.  The step-wise GLS regression provides further evidence that the number of wells being drilled within a half mile of a house at up to 60 negatively affects the sale price of a house, as spudcount is statistically significant and has a negative sign. By accounting for the negative spatial autocorrelation using GLS, spudcount becomes significant in the regression. Spudcount was negatively spatially autocorrelated, which causes variances to be higher and things that would have been statistically significant show up statistically insignificant in a t-test. The implicit price for spudcount, evaluated at the mean sale price, in the other category is - $212.55, however it is much higher for the Greeley category at - $212.55/- $4,166.  Accounting for the negative spatial autocorrelation in the data shows that there is larger effect on housing values in Greeley due increases in the number of wells being drilled within a half mile of the house.



**Figure 5.7 Gaussian variogram of OLS residuals created in R**

66

**Table 5.11 Results from OLS and GLS spatial model regressions**

| | OLS | GLS |
|---|---|---|
| Intercept | 10.8900*** | 11.0100*** |
| | (0.08) | (0.08) |
| lotsize | 0.2174*** | 0.2841*** |
| | (0.02) | (0.02) |
| GREELEY | -0.0835*** | -0.1699*** |
| | (0.01) | (0.04) |
| lotsize2 | -0.0195*** | -0.0385*** |
| | (0.00) | (0.00) |
| baths | 0.0033 | -0.0041 |
| | (0.01) | (0.01) |
| age | -0.0060*** | -0.0058*** |
| | (0.00) | (0.00) |
| rcssf | 0.0005*** | 0.0005*** |
| | (0.00) | (0.00) |
| rcssf2 | -0.00000004*** | -0.00000003*** |
| | (0.00) | (0.00) |
| outbuildingsf | 0.0001*** | 0.000045*** |
| | (0.00) | (0.00) |
| porchsf | 0.0001*** | 0.0001*** |
| | (0.00) | (0.00) |
| remodel | -0.0009 | -0.0453** |
| | (0.01) | (0.02) |
| garage | 0.1482*** | 0.1187*** |
| | (0.02) | (0.02) |
| finish_bsmnt | 0.1227*** | 0.1236*** |
| | (0.01) | (0.01) |
| pct_hisp | -0.6257*** | -0.7266 |
| | (0.06) | (0.04) |
| pct_own | -0.1619** | -0.1883*** |
| | (0.05) | (0.05) |
| hh_inc | 0.000001*** | 0.000001+ |
| | (0.00) | (0.00) |
| pct_bachlr | 0.3714*** | 0.4865*** |
| | (0.06) | (0.05) |
| allemp | 0.0026*** | 0.0025*** |
| | (0.00) | (0.00) |
| spudcount | | -0.0010 |
| | | (0.00) |
| RURAL | 0.0228 | -1.5770*** |
| | (0.02) | (0.22) |
| GREELEY:lotsize2 | 0.0122** | 0.2740* |
| | (0.00) | (0.12) |
| GREELEY:baths | 0.0234 | -0.1233. |
| | (0.02) | (0.07) |
| GREELEY:rcssf | -0.0002** | 0.0337** |
| | (0.00) | (0.01) |

67

| | | |
|---|---|---|
| GREELEY:ressf2 | 0.0000001** | |
| | (0.00) | |
| GREELEY:outbuildingsf | 0.0001* | -0.00000001* |
| | (0.00) | (0.00) |
| GREELEY:remodel | | 0.09*** |
| | | (0.02) |
| GREELEY:porchsf | 0.0001 | |
| | (0.00) | |
| GREELEY:hh_inc | | 0.000001* |
| | | (0.00) |
| GREELEY:pct_bachlr | | -0.43*** |
| | | (0.09) |
| GREELEY:allemp | | 0.0007+ |
| | | (0.00) |
| GREELEY:spudcount | | -0.0196+ |
| | | (0.01) |
| lotsize:RURAL | -0.1843*** | -0.2400*** |
| | (0.02) | (0.02) |
| lotsize2:RURAL | 0.0189*** | 0.0375*** |
| | (0.00) | (0.00) |
| baths:RURAL | 0.0819*** | 0.0793*** |
| | (0.02) | (0.02) |
| age:RURAL | 0.0041*** | 0.0041*** |
| | (0.00) | (0.00) |
| ressf:RURAL | 0.0003*** | 0.0005*** |
| | (0.00) | (0.00) |
| ressf2:RURAL | -0.0000001*** | 0.0000*** |
| | (0.00) | (0.00) |
| remodel:RURAL | 0.0608+ | 0.1170*** |
| | (0.03) | 0.03 |
| garage:RURAL | -0.1047* | -0.0980* |
| | (0.04) | (0.04) |
| finish_bsmnt:RURAL | 0.0820* | 0.0959** |
| | (0.03) | (0.03) |
| pct_hisp:RURAL | 0.4490** | 0.7863*** |
| | (0.16) | (0.14) |
| pct_own:RURAL | -0.3358+ | 0.5699* |
| | (0.18) | (0.23) |
| pct_bachlr:RURAL | 0.6331** | 0.000004** |
| | (0.24) | (0.00) |
| allemp:RURAL | -0.0030*** | |
| | (0.00) | |
| hh_inc:RURAL | | 0.000003578** |
| | | (0.00) |
| $R^2$ | 0.795 | 0.777 |
| N | 4035 | 4035 |
| AIC | -1075.4 | -1190.5 |

Robust standard errors in parentheses      $+ p < 0.10$, $* p < 0.05$, $** p < 0.01$, $*** p < 0.001$

68

BLM_0004628

# CHAPTER 6: CONCLUSION

Although the variables of interest, the well-activity variables, are consistently of low significance across the models, they still add to the R-squared and thus explanatory power of the regressors as a group.  These variables are essentially telling the story that there is not a relationship between housing transactions prices and the proximity to the nearest well being drilled up to 60 days prior to the sale.  One of the issues is that the data and regression analysis can only provide correlations between variables, not causation, which is often the concern expressed in the media concerning fracking.  Another issue may be that wells very close to houses may be receiving royalties for the drilling if they own the mineral rights, something on which there were no data available for this study.

## 6.1. Findings of the Study

In this study, the results show a low level of impact on housing values due to fracking related activities.  Including the three well-related variables on which there was adequate data, spudcount, num_producing, and distSPUD, did not have any impact on the R-squared in any of the semi-log and double-log treatment models, regardless of whether or not oil and gas employment was included.   The distance to the nearest well being drilled within 60 days and 2 miles of a property at the time of the sale consistently lacked statistical significance in the different models estimated.  Spudcount had the hypothesized, negative sign - indicating that an increase in the number of wells being drilled within 60 days and a half mile of a housing transaction has a negative effect on the sale price of the house - but while it was significant in the specifications with a logged dependent variable, it remained near the 10% significance level across the board.  The number of wells in production within a half mile of a house at the time of

69

BLM_0004629

the sale tested statistically insignificant in all specifications of the model. Residential square footage and the house's lot size were two of the most powerful explanatory variables in the housing price regression analysis.

Alternate specifications were tested that included a variable that captured oil and gas sector employment. The year dummy variables were not included in these specifications because of the high level of cross-correlation between these variables and employment. While the addition of a variable that captured employment did not improve overall regression results, indicative of nearly identical R-squared values across the board on the original and alternate specifications. The largest difference between the six original specifications, with year dummy variables, and the six alternate specifications, with oil and gas sector employment data to replace the year dummy variables, was that the sign on the employment variable was positive and significant, while the year dummy variables were not all statistically significant. The alternate specifications including employment data are preferred to the original specifications, due to the statistical significance of the employment variable.

To analyze overall model explanatory power, R-squared values obtained from these regressions are compared to those from similar studies. These model specifications – both those with year dummy variables and those with oil and gas sector employment – tend to perform quite well comparatively. Klaiber and Gopalkrishnan (2012) reported R-squared values from their regression analyses, with the log of sale price as the dependent variable, of around .69, while the R-squared values for the semi-log specifications in this study were consistently around .77 to .78. Boxall et al. (2005) reported a similar R-squared of .67 for the linear regression run in their study.

BLM_0004630

This study finds that hydraulic fracturing has different impacts on rural housing values than urban housing values in Weld County.  Breaking the data up based on whether the house sold was a in a rural location or located in Greeley had statistical implications that running a full regression including all areas of the county did not.  For rural housing values, the volume of drill sites within a half mile radius of the house did not have a statistically significant effect on housing values, while the an increase of a meter to nearest well being drilled increased values by about $12 per meter.  However, this is relatively small number considering that the mean sale price of rural Weld County houses between 2009 and 2012 was $257,085, indicating a low economic impact of fracking on housing values.  Single-family residential properties sold within the Greeley city limits were, while statistically unaffected by the distance to the nearest well being drilled, negatively impacted by an increase in the density of drill sites around the home within a half mile by $2,489 per drill site.  Considering that the mean housing sale price in Greeley was $ 170,499, this number is not trivial.  Rural property owners are affected by distance to drill sites, on the other hand, urban (Greeley) residential properties are impacted by the volume of drill sites near the home. These discrepancies between rural and urban have policy implications, specifically implications that policies are needed to target each group accordingly.  To protect home owners in Greeley, policies may be needed to regulate the maximum number of drill sites within a certain distance from another drill site.  Minimum distances from residential properties may need to be set and/or increased in rural areas.  Horizontal drilling techniques allow the number of well pads to be kept down while increasing the efficiency of extraction.  The use of more horizontal drilling in higher population density areas may help solve this issue.

Moran's I was used to determine whether spatial dependencies were present in the data. The residuals from the OLS model tested positive for spatial autocorrelation, violating the assumption that observations are independent.  In the presence of spatially autocorrelated

BLM_0004631

residuals, coefficient estimates often remain unbiased despite OLS being inefficient. Inefficiency is the result of incorrect variances, which can cause OLS estimators' standard errors to be underestimated.  Incorrect standard errors and variances can lead to type I or type II errors on t-tests for variable significance. Results from the GLS model accounting for spatial autocorrelation were consistent with those from the non-stepwise OLS models, both in terms of parameter estimates, significance, and overall model fit in terms of $R^2$.  The stepwise GLS model, where all variables are weighted by the covariance of the residuals, includes the fracking-related variable spudcount, while the stepwise OLS does not due to the inflated variance of the negative spatial autocorrelation (Anselin, 1988).

It is important for the reader of this study to understand that these results represent a specific geographic area.  While results show a slight negative impact of fracking on property values in Weld County – specifically in Greeley – these values relate only to housing sales in Weld County and may not apply to other areas of the state and/or country.  Property values and political views vary throughout the state of Colorado, and living in a specific county may already have implications of buyers' tastes and preferences.

## 6.2. Limitations of the Study

There are two main limitations of this study; one that relates to data availability and one that relates to modeling techniques employed.  While other studies analyzing the effects of fracking on housing values looked at the effects depending on the water source serving the house (Muehlenbachs et al., 2012), these data were not available for Weld County.   Since water issues are some of the most prevalent issues associated with fracking in Colorado, the absence of data on water supply may be part of the reason for the low-level of significance found in drilling

BLM_0004632

variables.  Given that a lot of people are concerned about the public health effects of fracking (i.e. from air pollution and water pollution), the lack of data available on these factors may be downplaying some of the perceived risks associated with fracking that were hypothesized would be capitalized into housing values.

On a similar note, the lack of data on whether the owner of the house also owns the mineral rights, thus receiving royalties from the oil and gas extraction, may be part of the cause of the positive sign on num_producing and negative sign on distSPUD, the opposite of the hypothesized sign, respectively.  If the owner is receiving royalties from the extraction of oil and gas, then it would be expected that the drilling would increase the value of the home should the mineral rights transfer over to the new owner.  The lack of data on this may be muddling results.

Due to the limited number of observations that had a permit for drilling issued up to 60 days prior to the sale and within 2 miles of a house sold, data on permitted wells were omitted from the regressions.  At the same time, it is hard to say whether there is an issue of asymmetric information with permitting data, and if people know about permitted wells and their proximity to the house.

### 6.3. Suggestions for Further Research

Many of the suggestions for future extensions of this research stem from the limitations of the study as specified in section 6.2.  If the data on what type of water is serving a household were available, including interaction terms between it and well-drilling variables in a regression might improve the results.  Similarly, if data on the mineral rights owners and whether these rights will transfer to the new owner were readily available, the use of this information may capture better results in analysis of the effects of fracking on housing values.

BLM_0004633

Collecting data that goes back to before the start of the fracking boom, around 2005, would increase the already large sample size and potentially capture more effects of the drilling influx. By increasing the time span or the search radius for fracking around the house from 2 miles to a higher distance of 5 miles, the analysis might be improved upon.  Instead of using continuous distance, one could use specific distance bands to test sensitivity to certain distances and potentially identify a distance at which drilling no longer matters to a homeowner. Additionally, testing to see if the number of wells in a specific neighborhood affects the prices of the houses in that neighborhood is another thing that could be done to look at the effect of drilling on residents.

BLM_0004634

# LITERATURE CITED

Anselin, L. (1988) *Spatial Econometrics: Methods and Models*. Dordrecht: Kluwer Academic Publishers.

Boxall, P. C., Chan, W. H., & McMillan, M. L. (2005). The impact of oil and natural gas facilitites on rural residential property values: a spatial hedonic analysis. *Resource and Energy Economics*, *27*, 248-269.

Brown, S. P.A., & Krupnick, A. J. (2010). Abundant Shale Gas Resources: Long-Term Implications For U.S. Natural Gas Markets. RFF DP 10-41. Resources For the Future, Washington DC.

City of Arlington, TX :: Government :: Community Development and Planning :: Gas Drilling and Production :: FAQs. (n.d.). City of Arlington, TX. Retrieved May 24, 2013, from http://www.arlingtontx.gov/planning/gas_drilling_FAQs.html#9

Colorado Department of Local Affairs - GIS Data. (n.d.). *Colorado.gov: The Official State Web Portal*. Retrieved April 9, 2013, from http://www.colorado.gov/cs/Satellite/DOLA-Main/CBON/1251595720248

Cooley, H. & Donnelly, K. (2012, June). *Hydraulic Fracturing and Water Resources: Separating the Frack from Fiction*. Oakland, CA: The Pacific Institute. Retrieved November 21, 2012, from http://www.pacinst.org/reports/fracking/index.htm

Cropper, M. L., Deck, L. B., & McConnell, K. E. (1988). On the Choice Functional Form for Hedonic Price Functions. *The Review of Economics and Statistics*, *70*(4), 668-675.

Davis, C. (2012). The Politics of "Fracking": Regulating Natural Gas Drilling Practices in Colorado and Texas. *Review of Policy Research*, *2*, 177-191.

Davis, L.W. (2011). The effect of power plants on local housing values and rents. *Review of Economics and Statistics*, 93(4), 1391-1402.

Hite, D., Chern, W., Hitzhusen, F., & Randall, A. (2001). Property-Value Impacts of an Environmental Disamenity: The Case of Landfills. *Journal of Real Estate Finance and Economics*, 22:2/3, 185-202.

Hydraulic Fracturing: The Process | FracFocus Chemical Disclosure Registry. (n.d.). *Home | FracFocus Chemical Disclosure Registry*. Retrieved October 13, 2012, from http://fracfocus.org/hydraulic-fracturing-how-it-works/hydraulic-fracturing-process

Klaiber, H. A., & Gopalakrishnan, S. (August, 2012). *The Impact of Shale Exploration on Housing Values in Pennsylvania*. Selected Paper prepared for presentation at the Agricultural & Applied Economics Association's 2012 AAEA Annual Meeting, Seattle, Washington.

BLM_0004635

Jaffe, M. (2011, January 17). Colorado suburban homeowners face invasion of oil and gas wells. *The Denver Post* . Retrieved October 26, 2012, from http://www.denverpost.com/commented/ci_18493742?source=commented-business

Kerr, T. (2013, February 20). Personal email communication.

Koch, W. (2012, December 5). U.S. forecasts rising energy independence. *USA Today*. Retrieved February 1, 2013, from http://www.usatoday.com/story/news/nation/2012/12/05/usa-energy-independence-renewable/1749073/

Krupnick, A et al. (n.d.). Shale Maps. *Resources for the Future - RFF.org* . Retrieved December 15, 2012, from http://www.rff.org/centers/energy_economics_and_policy/Pages/Shale_Maps.aspx

Lewis, L. Y., & Acharya, G. (2006). Environmental Quality and Housing Markets: Does Lot Size Matter?. *Marine Resource Economics*, *21*, 317-330.

Loomis, J. (2004). Do nearby forest fires cause a reduction in residential property values? *Journal of Forest Economics*, 10, 149-157.

Magill, B. (2012, November 8). Could fracking use less water? CSU wants to find out. *the Coloradoan*. Retrieved January 14, 2013, from http://www.coloradoan.com/article/20121108/NEWS01/311080036/Could-fracking-use-less-water-CSU-wants-find-out?gcheck=1

Marcus, P. (2012, December 14). Controversy over fracking in Colorado runs deep. *The Colorado Statesman*. Retrieved January 5, 2013, from http://www.coloradostatesman.com/content/993907-controversy-over-fracking-colorado-runs-deep

Matthews, V. (2011, Spring). Rock talk: Colorado's new oil boom - the Niobrara. Colorado. Geological Survey Newsletter, 13(1).

McKenzie, L.M., et al. (2012). Human Health Risk Assessment of Air Emissions From Development of Unconventional Natural Gas Resources. *The Science of the Total Environment*, May 1;424:79-87. doi: 10.1016/j.scitotenv.2012.02.018. Epub 2012 Mar 22.

Michaels, R.G., & Smith, V.K. (1990). Market Segmentation and Valuing Amenities Hedonic Models: The Case of Hazardous Waste Sites. *Journal of Urban Economics*, 28, 223-242.

Muehlenbachs, L., Spiller, E., & Timmins, C. (2012). Shale Gas Development and Property Values: Differences across Drinking Water Sources. RFF DP 12-40. Resources For the Future, Washington DC.

Mueller, J.M., & Loomis, J.B. (2008) Spatial Dependence in Hedonic Property Models:Do Different Corrections for Spatial Dependence Result in Economically Significant Differences in Estimated Implicit Prices? *Journal of Agricultural and Resource Economics*, 33(2):212-231

BLM_0004636

"NaturalGas.org." *NaturalGas.org*. N.p., n.d. Web. 4 Sept. 2012.
<http://www.naturalgas.org/overview/unconvent_ng_resource.asp>.

Palmquist, R. B., Roka, F. M., & Vukina, T. (1997). Hog operations, environmental effects, and residential property values. *Land Economics*, 73, 114-124.

Platt, J. (2013, May 9). Oil and fracking booms creating housing busts | MNN - Mother Nature Network. *Environmental News and Information | MNN - Mother Nature Network*. Retrieved May 16, 2013, from http://www.mnn.com/earth-matters/energy/stories/oil-and-fracking-booms-creating-housing-busts

Rogers, H. (2011). Shale gas--the unfolding story. *Oxford Review of Economic Policy*, 27(1), 117 - 143.

Rosen, S. (1974). Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition. *The Journal of Political Economy*, 82(1), 34-55.

Spud Definition | Investopedia. (n.d.). *Investopedia - Educating the world about finance*. Retrieved December 12, 2012, from http://www.investopedia.com/terms/s/spud.asp

Taylor, L.O. (2003) The hedonic method. In P.A. Champ, Boyle K.J., & Brown T.C. (Eds.), *A Primer on Nonmarket Valuation* (pp. 331-393). Norwell, MA: Kluwer Academic Publishers.

U.S. Bureau of Labor Statistics. (n.d.). *Consumer Price Index - All Urban Consumers*. Retrieved February 24, 2013, from http://data.bls.gov/cgi-bin/dsrv

U.S. Bureau of Labor Statistics. (n.d.). *Consumer Price Index - All Urban Consumers*. Retrieved April 11, 2013, from http://data.bls.gov/cgi-bin/dsrv

US Environmental Protection Agency. (2011, November). Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources (EPA/600/R-11/122). Washington DC: Office of Research and Development.

US Energy Information Administration. (2012, December 5). *Annual Energy Outlook 2013 Early Release* (DOE/EIA-0383ER(2013)). Washington, DC: U.S. Government Printing Office.

Weber, J. G. (2012). The effects of a natural gas boom on employment and income in Colorado, Texas, and Wyoming. *Energy Economics*, *34*, 1580-1588.

BLM_0004637

# APPENDIX

**Table 1.A Eligible sample summary statistics for structural and property variables**

| Variable | N | Mean | Min | Max | Std. Dev. | Variance |
|---|---|---|---|---|---|---|
| ln_sales | 14222 | 12.13731 | 10.31475 | 15.05109 | .4978698 | .2478743 |
| salep_real | 14222 | 211644.4 | 30174.49 | 3440356 | 122772.1 | 1.51e+10 |
| lotsize | 14222 | .484093 | 0 | 72.56 | 1.691441 | 2.860973 |
| age | 14222 | 16.5038 | 0 | 147 | 19.65888 | 386.4716 |
| ressf | 14222 | 1694.536 | 520 | 25337 | 669.3111 | 447977.4 |
| ressf2 | 14222 | 3319397 | 270400 | 6.42e+08 | 6040178 | 3.65e+13 |
| bedrooms | 14222 | 3.403741 | 0 | 8 | .9566852 | .9152465 |
| baths | 14222 | 2.601884 | 0 | 23 | .9190523 | .8446572 |
| bldgs | 14222 | 1.08297 | 1 | 16 | .4676509 | .2186974 |
| drywall | 14222 | .9874842 | 0 | 1 | .1111757 | .01236 |
| finish_bsmnt | 14222 | .3848966 | 0 | 1 | .486588 | .2367679 |
| outbld | 14222 | .0496414 | 0 | 1 | .2172106 | .0471804 |
| garage | 14222 | .9449445 | 0 | 1 | .2280967 | .0520281 |
| remodel | 14222 | .1158065 | 0 | 1 | .320004 | .1024026 |
| y2010 | 14222 | .2344255 | 0 | 1 | .4236541 | .1794828 |
| y2011 | 14222 | .2408241 | 0 | 1 | .4275988 | .1828407 |
| y2012 | 14222 | .2951062 | 0 | 1 | .4561065 | .2080331 |
| RURAL | 14222 | .0912671 | 0 | 1 | .2879986 | .0829432 |
| GREELEY | 14222 | .2779497 | 0 | 1 | .4480042 | .2007078 |
| hwy_mile | 14222 | .4156237 | 0 | 1 | .4928465 | .2428977 |
| hwy_100yd | 14222 | .0290395 | 0 | 1 | .1679232 | .0281982 |

**Table 2.A Summary statistics for neighborhood demographic variables**

| Variable | N | Mean | Min | Max | Std. Dev. | Variance |
|---|---|---|---|---|---|---|
| median_hhinc | 14222 | 66679.5 | 13906 | 184821 | 19489.8 | 3.80E+08 |
| pct_white | 14222 | 73.4707 | 11.99 | 91.37 | 15.4751 | 239.478 |
| pct_hisp | 14222 | 22.5485 | 6.58 | 86.35 | 15.5801 | 242.738 |
| pct_male | 14222 | 50.0007 | 45.12 | 56.86 | 1.88523 | 3.55409 |
| pct_65plus | 14222 | 9.38073 | 1.12 | 31.75 | 4.55592 | 20.7564 |
| pct_vac | 14222 | 6.4375 | 1.44 | 23.48 | 2.93256 | 8.59989 |
| pct_own | 14222 | 76.6978 | 5.88 | 95.63 | 13.4395 | 180.619 |
| pc_nonUScit | 14222 | 0.04693 | 0 | 0.2505 | 0.05013 | 0.00251 |
| pct_hsgrad | 14222 | 0.59771 | 0.36292 | 0.81 | 0.07737 | 0.00599 |
| pct_bachlr | 14222 | 0.28597 | 0.01906 | 0.6 | 0.12398 | 0.01537 |

BLM_0004638

**Table 3.A Summary statistics for relevant oil and gas variables**

| Variable | N | Mean | Min | Max | Std. Dev. | Variance |
|---|---|---|---|---|---|---|
| wellwater | 14222 | .0217972 | 0 | 1 | .146026 | .0213236 |
| horzwell | 14222 | .0287583 | 0 | 1 | .1671322 | .0279332 |
| distSPUD | 4250 | 2029.834 | 56.14307 | 3218.615 | 779.1168 | 607022.9 |
| ID_spud | 4250 | .0006459 | .0003107 | .0178116 | .0005806 | 3.37e-07 |
| spud2 | 4250 | 4727108 | 3152.044 | 1.04e+07 | 3020415 | 9.12e+12 |
| DS_halfmile | 319 | 557.1741 | 56.14307 | 801.9086 | 165.864 | 27510.87 |
| DS_1mile | 1334 | 1074.349 | 56.14307 | 1609.021 | 363.2971 | 131984.8 |
| spudcount | 14222 | .0709464 | 0 | 11 | .5689512 | .3237054 |
| distPROD | 9290 | 362.1434 | 1.340132 | 804.5902 | 188.512 | 35536.79 |
| ID_prod | 9290 | .0041021 | .0012429 | .7461951 | .0087901 | .0000773 |
| prod2 | 9290 | 166680.8 | 1.795954 | 647365.4 | 158748.1 | 2.52e+10 |
| num_producing | 14222 | 4.854591 | 0 | 41 | 5.77892 | 33.39591 |
| distPERM | 1739 | 2050.613 | 191.1916 | 3218.151 | 735.4974 | 540956.4 |
| ID_perm | 1739 | .000601 | .0003107 | .0052304 | .0003928 | 1.54e-07 |
| perm2 | 1739 | 4745658 | 36554.22 | 1.04e+07 | 2901289 | 8.42e+12 |
| permitcount | 14222 | .0240473 | 0 | 9 | .3370742 | .113619 |

BLM_0004639

**Table 4.A Summary statistics for all variables if there was a spud within 2 miles of a house up to 60 days prior to the sale**

| Variable | Obs | Mean | Std. Dev. | Min | Max |
|---|---|---|---|---|---|
| salep_real | 4035 | 212559.7 | 106775.9 | 30174.49 | 1542392 |
| ln_sales | 4035 | 12.15981 | 0.463643 | 10.31475 | 14.24885 |
| ln_lotsize | 4029 | -1.49592 | 0.833112 | -3.91202 | 3.688879 |
| lotsize | 4035 | 0.486798 | 1.769378 | 0 | 40 |
| lotsize2 | 4035 | 3.366896 | 51.70964 | 0 | 1600 |
| baths | 4035 | 2.628253 | 0.925106 | 0 | 23 |
| age | 4035 | 15.7482 | 19.48985 | 0 | 130 |
| ln_ressf | 4035 | 7.383626 | 0.347309 | 6.327937 | 8.646114 |
| ressf | 4035 | 1710.387 | 619.2882 | 560 | 5688 |
| ressf2 | 4035 | 3308848 | 2641167 | 313600 | 3.24E+07 |
| outbuildingsf | 4035 | 89.00397 | 627.9527 | 0 | 22092 |
| porchsf | 4035 | 258.5187 | 247.2978 | 0 | 4824 |
| remodel | 4035 | 0.119207 | 0.324072 | 0 | 1 |
| garage | 4035 | 0.957125 | 0.2026 | 0 | 1 |
| finish_bsmnt | 4035 | 0.372986 | 0.483659 | 0 | 1 |
| GREELEY | 4035 | 0.231227 | 0.421669 | 0 | 1 |
| RURAL | 4035 | 0.088476 | 0.284021 | 0 | 1 |
| y2010 | 4035 | 0.237423 | 0.425556 | 0 | 1 |
| y2011 | 4035 | 0.247088 | 0.431372 | 0 | 1 |
| y2012 | 4035 | 0.305081 | 0.460499 | 0 | 1 |
| hwy_mile | 4035 | 0.405205 | 0.490992 | 0 | 1 |
| pct_hisp | 4035 | 0.219681 | 0.144144 | 0.0658 | 0.8635 |
| pct_own | 4035 | 0.773565 | 0.126415 | 0.0588 | 0.9563 |
| hh_inc | 4035 | 79233.92 | 21476.25 | 23052 | 157490 |
| pct_bachlr | 4035 | 0.284447 | 0.119516 | 0.019064 | 0.6 |
| allemp | 4035 | 170.6813 | 12.07883 | 156.1 | 191.7 |
| spudcount | 4035 | 0.242627 | 1.040512 | 0 | 11 |
| distSPUD | 4035 | 2029.046 | 777.3933 | 56.14307 | 3218.615 |
| spud2 | 4035 | 4721216 | 3015524 | 3152.044 | 1.04E+07 |
| ln_spud | 4035 | 7.513003 | 0.503907 | 4.027903 | 8.076706 |
| spud_halfDV | 4035 | 0.075093 | 0.263574 | 0 | 1 |
| spud_1mileDV | 4035 | 0.314003 | 0.464175 | 0 | 1 |
| num_producing | 4035 | 6.60347 | 6.04416 | 0 | 39 |
| distPROD | 3256 | 348.563 | 183.0098 | 10.66153 | 804.5902 |
| prod2 | 3256 | 154978.5 | 151611.2 | 113.6683 | 647365.4 |
| permitcount | 4035 | 0.041884 | 0.440265 | 0 | 9 |

BLM_0004640

**Table 5.A Summary statistics for all variables if there was *no* spud within 2 miles of a house up to 60 days prior to the sale**

| Variable | Obs | Mean | Std. Dev. | Min | Max |
|---|---|---|---|---|---|
| salep_real | 9496 | 216365.3 | 125927.1 | 30476.24 | 2413959 |
| ln_sales | 9496 | 12.15725 | 0.5025 | 10.3247 | 14.69678 |
| ln_lotsize | 9487 | -1.47963 | 0.812097 | -3.91202 | 3.568969 |
| lotsize | 9496 | 0.44859 | 1.269037 | 0 | 35.48 |
| lotsize2 | 9496 | 1.811519 | 23.05669 | 0 | 1258.83 |
| baths | 9496 | 2.610678 | 0.924175 | 0 | 20 |
| age | 9496 | 16.90543 | 20.21376 | 0 | 147 |
| ln_ressf | 9496 | 7.374708 | 0.366603 | 6.253829 | 8.95854 |
| ressf | 9496 | 1707.344 | 657.766 | 520 | 7774 |
| ressf2 | 9496 | 3347635 | 2913002 | 270400 | 6.04E+07 |
| outbuildingsf | 9496 | 87.85689 | 562.3472 | 0 | 18672 |
| porchsf | 9496 | 266.9805 | 259.8123 | 0 | 3779 |
| remodel | 9496 | 0.120156 | 0.325161 | 0 | 1 |
| garage | 9496 | 0.95198 | 0.21382 | 0 | 1 |
| finish_bsmnt | 9496 | 0.398273 | 0.489568 | 0 | 1 |
| GREELEY | 9496 | 0.297915 | 0.457366 | 0 | 1 |
| RURAL | 9496 | 0.088142 | 0.283517 | 0 | 1 |
| y2010 | 9496 | 0.232519 | 0.42246 | 0 | 1 |
| y2011 | 9496 | 0.236626 | 0.425033 | 0 | 1 |
| y2012 | 9496 | 0.292334 | 0.454859 | 0 | 1 |
| hwy_mile | 9496 | 0.419019 | 0.493424 | 0 | 1 |
| pct_hisp | 9496 | 0.226866 | 0.161183 | 0.0658 | 0.8635 |
| pct_own | 9496 | 0.765669 | 0.137733 | 0.0588 | 0.9563 |
| hh_inc | 9496 | 78815.77 | 22114.16 | 23052 | 157490 |
| pct_bachlr | 9496 | 0.288355 | 0.123995 | 0.019064 | 0.6 |
| allemp | 9496 | 170.4742 | 12.41121 | 156.1 | 191.7 |
| spudcount | 9496 | 0 | 0 | 0 | 0 |
| distSPUD | 0 | | | | |
| spud2 | 0 | | | | |
| ln_spud | 0 | | | | |
| spud_halfDV | 9496 | 0 | 0 | 0 | 0 |
| spud_1mileDV | 9496 | 0 | 0 | 0 | 0 |
| num_producing | 9496 | 4.114364 | 5.48754 | 0 | 41 |
| distPROD | 5546 | 369.0089 | 190.1841 | 6.940779 | 804.4459 |
| prod2 | 5546 | 172331 | 161424.1 | 48.17442 | 647133.1 |
| permitcount | 9496 | 0.017481 | 0.293352 | 0 | 9 |

BLM_0004641

**Table 6.A Regression results for treatment models that included an interaction between a domestic-use water well (wellwater) and the distance to the nearest fracking site (distSPUD) from the property**

| | Linear | Semilog | Double log |
|---|---|---|---|
| | **salep_real** | **ln_sales** | **ln_sales** |
| lotsize | 15669.2*** | 0.0558*** | |
| | (-2823.1) | (-0.0084) | |
| lotsize2 | -352.7*** | -0.00134*** | |
| | (-73.5) | (-0.00026) | |
| baths | 4044.4+ | 0.00923 | 0.0115 |
| | (-2379.6) | (-0.0067) | (-0.0071) |
| age | -773.5*** | -0.00509*** | -0.00505*** |
| | (-92.4) | (-0.00038) | (-0.00038) |
| ressf | 18.32 | 0.000573*** | |
| | (-23.2) | (-0.000043) | |
| ressf2 | 0.0175** | -5.00e-08*** | |
| | (-0.0057) | (-9.80E-09) | |
| outbuildingsf | 8.249** | 0.0000549*** | 0.0000357*** |
| | (-2.94) | (-0.000011) | (-0.0000088) |
| porchsf | 45.32*** | 0.000149*** | |
| | (-9.82) | (-0.00002) | |
| remodel | -2582 | 0.0167 | 0.0129 |
| | (-2792.5) | (-0.014) | (-0.014) |
| garage | 12276.1* | 0.118*** | 0.108*** |
| | (-4915.8) | (-0.027) | (-0.03) |
| finish_bsmnt | 30633.5*** | 0.142*** | 0.129*** |
| | (-2603.2) | (-0.0092) | (-0.0093) |
| GREELEY | -26311.0*** | -0.102*** | -0.105*** |
| | (-2542.4) | (-0.0096) | (-0.0096) |
| RURAL | 7625.8 | 0.00875 | -0.0479* |
| | (-6456.8) | (-0.022) | (-0.02) |
| hwy_mile | 4071.5+ | 0.00982 | 0.0153* |
| | (-2105.7) | (-0.0077) | (-0.0076) |
| pct_hisp | -62426.0*** | -0.604*** | -0.558*** |
| | (-10847.3) | (-0.046) | (-0.046) |
| pct_own | -50062.6*** | -0.140** | -0.118* |
| | (-11705.9) | (-0.047) | (-0.046) |
| hh_inc | 0.467*** | 0.00000130*** | 0.00000102*** |
| | (-0.072) | (-0.00000026) | (-0.00000025) |
| pct_bachlr | 104001.3*** | 0.405*** | 0.459*** |
| | (-12318.1) | (-0.044) | (-0.044) |
| allemp | 489.9*** | 0.00248*** | 0.00229*** |
| | (-76.9) | (-0.00029) | (-0.00029) |
| spudcount30 | -1992.0+ | -0.00444 | -0.00357 |
| | (-1064.6) | (-0.005) | (-0.0046) |
| num_producing | -128.6 | 0.000215 | 0.000946 |
| | (-172.9) | (-0.00062) | (-0.00061) |
| waterspud | -6.355 | -0.00000157 | -0.0000309+ |
| | (-4.37) | (-0.000018) | (-0.000017) |
| ln_lotsize | | | 0.120*** |
| | | | (-0.0084) |
| ln_ressf | | | 0.620*** |
| | | | (-0.02) |
| ln_porchsf | | | 0.0265+ |
| | | | (-0.0044) |
| Intercept | -9506.7 | 10.79*** | 7.150*** |
| | (-29706.7) | (-0.088) | (-0.16) |

BLM_0004642

| | | | |
|---|---|---|---|
| N | 4035 | 4035 | 3940 |
| R-sq | 0.704 | 0.779 | 0.789 |
| adj. R-sq | 0.702 | 0.778 | 0.788 |
| F | 361.9 | 564.7 | 606.7 |

Robust standard errors in parentheses          "+ p<0.10 * p<0.05 ** p<0.01 *** p<0.001"

83

BLM_0004643

## WSU UPDATE

Cody Phillips

# CSI: Bighorn Sheep Pneumonia
## (Or How DNA Testing Can Aid Disease Investigations)

**by Tom Besser, DVM PhD**
Washington State University

We've all heard news stories about how DNA evidence has been used to prove the innocence of some convicted felons, as well as prove the guilt of others who might otherwise have remained on the loose. But you may not be aware of how DNA evidence has revolutionized investigations of infectious diseases. For bighorn sheep pneumonia specifically, DNA evidence was essential to discovering the fundamental cause of the disease and is now being used to track the transmission of the causative bacteria from its original hosts to bighorn sheep and its transmission from chronic carrier ewes to lambs for years afterwards.

Since bighorn sheep pneumonia outbreaks had been documented for a hundred years or more, why did it take so long to understand the cause of the disease? There are several reasons for this: 1) The causative bacteria is <u>very difficult to grow</u> and identify in the laboratory; 2) The causative bacteria works by blocking host defenses that normally prevent inhaled bacteria from causing lung infections; by the time the animals get noticeably sick, the causative bacteria is <u>greatly outnumbered</u> by many other species of bacteria; 3) The disease, while seemingly

appearing very suddenly, actually develops <u>very slowly</u> in individual sheep. In the rest of this article, I'll try to show how DNA testing has been instrumental to improving our understanding of bighorn sheep pneumonia.

## Culture independent identification of bacteria by DNA sequences

Routine laboratory methods for growing and then identifying bacteria work very well for some types of bacteria, but work poorly or not at all for many other types of bacteria (which are called 'fastidious' or 'unculturable'). These fastidious bacteria include some very important causes of pneumonia in animals and humans. The development of DNA-based, culture-independent methods to identify bacteria in infected tissues (that is, the ability

to identify bacteria without the need to grow them) is an exciting new approach that has changed the game, permitting routine detection and identification of fastidious and unculturable bacteria. Basically, bacterial DNA is harvested from the pneumonic lung tissues using methods that work equally well on culturable and unculturable bacteria. The DNA sequences (that is, the order of the A, T, G, and C bases) from individual bacteria are determined and compared to the sequences of all known bacterial species to determine the identity of the bacteria present. Below is an example of the output of a DNA sequencer, showing the complementary bases (colored peaks) in the two strands of a small fragment of DNA.

Using DNA sequences in this



BLM_0004644

way, the bacterial species that are predominant in the infected tissues can be determined without the need to grow the bacteria in the laboratory (culture-independent).

## Use of DNA sequences to identify bacteria involved in bighorn sheep pneumonia: Discovering the role of M. *ovipneumoniae*

We applied this method to lung tissues of bighorn adults and lambs with pneumonia (see chart top right). In the chart, each vertical bar represents the lungs of one bighorn sheep with pneumonia, and each different bacteria is represented by a different color. As you can see, most bighorn sheep with severe pneumonia ('clinical') had multiple types of bacteria present in its lungs, and the bacteria present generally differed from animal to animal. The exciting discovery resulted from the samples from the youngest lambs (the left-most group in the chart, representing the lambs in the earliest stage of pneumonia) where a single bacteria was predominant: *Mycoplasma ovipneumoniae* (in black). This DNA analysis was how the role of M. *ovipneumoniae* in bighorn sheep pneumonia was first discovered! Many subsequent studies have confirmed that infection with M. *ovipneumoniae* is the underlying cause of pneumonia outbreaks in bighorn sheep of all ages.

As we've since learned, the initial infection with M. *ovipneumoniae* interferes with the lung defense mechanism known as mucociliary clearance, the process by which bacteria that are inhaled are swept back out of the lungs. Lacking mucociliary clearance, inhaled bacteria set up lung infections, and it is these secondary infections that are represented by the rainbow of colors in the chart. These bacteria are not found in high numbers in the lungs of healthy animals, but are

among the most common bacteria in their throats and so are most likely to be inhaled. Interestingly, we have not found a stage of the disease when the Pasteurella-family bacteria (including *Mannheimia haemolytica*) are the predominant bacteria present. So the M. *ovipneumoniae* infection starts the process, allowing secondary infections (including M. *haemolytica* when present) to destroy lung tissues and all too often, kill the animals.

## Using DNA sequences to document M. *ovipneumoniae* transmission

While differences in the DNA sequences of certain chromosomal regions are most useful in



10 - 20d
Pre-clinical lambs    28 - 35d    36 - 70d
Clinical lambs



- □ *Pseudomonas sp.*
- ▨ Ruminococcus sp.
- ■ Acinetobacter sp.
- ■ CAR bacillus
- ▨ Bacteroides sp.
- □ Porphyromonas sp.
- □ Moraxella sp.
- □ Streptococcus sp.
- ▨ Prevotella sp.
- ■ Clostridium sp.
- ■ Pasteurella trehalosi
- ■ Pasteurella multocida
- ▨ Fusobacterium necrophorum
- ■ Mycoplasma ovipneumoniae

Clinical adults – 6 populations

BLM_0004645



discriminating between different bacterial species, the DNA sequence of other regions can identify individual strain types within a single species, a method often referred to as 'DNA fingerprinting'. DNA fingerprinting of M. *ovipneumoniae* can be used to demonstrate animal-to-animal transmission within a particular pneumonia outbreak, to demonstrate persistence of strains responsible for lamb pneumonia for years or decades, to document introduction of new strains, and to determine whether outbreaks

in multiple adjacent herds are independent or are due to herd-to-herd transmission (see chart on bottom right of previous page).

Similarities and differences in DNA sequences are usually shown in the form of 'trees' like the example at left. In this tree, each DNA sequence is identified by a code with two numbers. The left number of the code identifies a different sequence fingerprint and the right number identifies a different animal source, so, for example, 2-1 through 2-8 represent eight bighorn sheep with pneumonia that all shared a single identical M. *ovipneumoniae* fingerprint. All fingerprint 2-n strains came from pneumonic bighorn sheep from Hells Canyon. Similarly, fingerprints 3, 4, 5, and 7 all came from pneumonic bighorn sheep from the E. Fork Bitterroot MT, Bonner MT, E. Humboldt Mountains NV and Spring Creek SD, respectively. Fingerprint 6 is a bit different: three of these strains originated from Lower Rock Creek MT bighorn sheep and the other five originated from Anaconda MT bighorn sheep. Finding this identical fingerprint of M. *ovipneumoniae* in animals from these two adjacent populations strongly suggest that these outbreaks were not independent, but rather likely connected by movement of one or more infected bighorn sheep from one population to the other. We are in the process of expanding this M. *ovipneumoniae* fingerprinting study to additional bighorn sheep herds affected with pneumonia.

We have also used similar methods to demonstrate transmission of M. *ovipneumoniae* from bighorn sheep to mountain goats occupying the same range (and in at least some cases, causing similar pneumonia problems in both species.)

DNA fingerprinting can also be used to test possible sources of M. *ovipneumoniae* introduction into herds that were previously free from this pathogen. Since this bacterium only colonizes animals in the sheep and goat sub-family (Caprinae), these species are the only plausible sources of introduction. However, in contrast to M. *ovipneumoniae* infected bighorn sheep herds which generally harbor only one predominant or sole DNA fingerprint, domestic sheep and goat herds generally carry many different M. *ovipneumoniae* strains (as shown by their diverse DNA fingerprints), so to identify a domestic sheep or goat source of the pathogen may require extensive sampling and fingerprinting.

CSI: Bighorn Sheep Pneumonia is still in progress. Currently, we are working on using DNA sequencing to distinguish M. *ovipneumoniae* strains that originated in sheep versus goats, to identify strains that are associated with more or less severe disease following their transmission to bighorn sheep, and to investigate what happens when a new strain of M. *ovipneumoniae* is introduced into a bighorn sheep population already infected with a different strain type. Stay tuned!  WS

GLOBAL HUNTER'S Information Handbook
JOHN LOWERY

## The Global Hunter's Information Handbook

"If you are a serious outdoorsman - hunter, mountain climber, explorer, nature-photographer, or hiker - you need this book. *I absolutely guarantee there's information herein that will one day save your life or your health*," claims John Lowery.

It's not a far-fetched statement. Lowery provides a quick education on topics as diverse as how to make water potable, avoid venomous animals, and use an airplane's emergency signal equipment.

*Available from Amazon Books - $12.95*

BLM_0004646



Fall 2014

VOLUME 2 • ISSUE 3

# WILD SHEEP ™

the journal of the mountain hunter and committed conservationist

WILD SHEEP
Foundation ™

OFFICIAL SPONSOR

SITKA

JOURNAL OF CLINICAL MICROBIOLOGY, Feb. 2008, p. 423–430
0095-1137/08/$08.00+0   doi:10.1128/JCM.01931-07
Copyright © 2008, American Society for Microbiology. All Rights Reserved.

Vol. 46, No. 2

# Association of *Mycoplasma ovipneumoniae* Infection with Population-Limiting Respiratory Disease in Free-Ranging Rocky Mountain Bighorn Sheep (*Ovis canadensis canadensis*)[▽]

Thomas E. Besser,[1,2]* E. Frances Cassirer,[2,3] Kathleen A. Potter,[1,2] John VanderSchalie,[1] Allison Fischer,[2] Donald P. Knowles,[4] David R. Herndon,[4] Fred R. Rurangirwa,[2] Glen C. Weiser,[5] and Subramaniam Srikumaran[2]

*Washington Animal Disease Diagnostic Laboratory[1] and Department of Veterinary Microbiology and Pathology,[2] Washington State University, Pullman, Washington 99164-6610; Idaho Department of Fish and Game, 3316 16th St., Lewiston, Idaho 83501[3]; Animal Disease Research Unit, USDA Agricultural Research Service, Washington State University, Pullman, Washington 99164-6630[4]; and Caine Veterinary Teaching Center, University of Idaho, Caldwell, Idaho 83607[5]*

Received 30 September 2007/Returned for modification 26 October 2007/Accepted 9 November 2007

Bronchopneumonia is a population-limiting disease in bighorn sheep in much of western North America. Previous investigators have isolated diverse bacteria from the lungs of affected sheep, but no single bacterial species is consistently present, even within single epizootics. We obtained high-quality diagnostic specimens from nine pneumonic bighorn sheep in three populations and analyzed the bacterial populations present in bronchoalveolar lavage specimens of seven by using a culture-independent method (16S rRNA gene amplification and clone library analyses). *Mycoplasma ovipneumoniae* was detected as a predominant member of the pneumonic lung flora in lambs with early lesions of bronchopneumonia. Specific PCR tests then revealed the consistent presence of *M. ovipneumoniae* in the lungs of pneumonic bighorn sheep in this study, and *M. ovipneumoniae* was isolated from lung specimens of five of the animals. Retrospective application of *M. ovipneumoniae* PCR to DNA extracted from archived formalin-fixed, paraffin-embedded lung tissues of historical adult bighorn sheep necropsy specimens supported the association of this agent with bronchopneumonia (16/34 pneumonic versus 0/17 nonpneumonic sheep were PCR positive [$P < 0.001$]). Similarly, a very strong association was observed between the presence of one or more *M. ovipneumoniae* antibody-positive animals and the occurrence of current or recent historical bronchopneumonia problems (seropositive animals detected in 9/9 pneumonic and nonpneumonic populations, respectively [$P < 0.001$]). *M. ovipneumoniae* is strongly associated with bronchopneumonia in free-ranging bighorn sheep and is a candidate primary etiologic agent for this disease.

Pneumonia epizootics occur frequently among free-ranging bighorn sheep (*Ovis canadensis*), resulting in mortality due to both all-age pneumonia epizootics and enzootic pneumonia characterized by sporadic or persistent high rates of pneumonia affecting primarily lambs (7, 11, 21, 23). Bacteria most frequently associated with this syndrome include members of the genera *Mannheimia* and *Pasteurella* (22). Species within these genera differ in virulence, and the specific types involved with bighorn sheep pneumonia include *Mannheimia haemolytica* (formerly *Pasteurella haemolytica* serotype 2) (9), *Pasteurella trehalosi* serotype 10 (18), and *Pasteurella multocida* subsp. *multocida* (26, 27, 31).

A wide variety of bacteria belonging to the family *Pasteurellaceae* colonize the upper respiratory tracts of bighorn sheep (15, 25, 30, 32). Pathogenic strain types are isolated from the upper respiratory tract flora of apparently healthy bighorn sheep and yet are often absent from the lungs of affected bighorn sheep (2, 6). Frequently, no single pathogenic species is isolated from all or even most affected animals within single

epizootics, and instead diverse *Pasteurellaceae* may be isolated from different animals (27, 31). Therefore, bacteria of the family *Pasteurellaceae* may be secondary to one or more predisposing infectious agents or other stresses, as is the case with pasteurellosis of domestic ruminants (5).

Several factors may have limited the investigation of the etiology of bighorn sheep bronchopneumonia. The remoteness of the areas where the animals reside and the resulting inevitable delays in discovering the mortality and transporting specimens to the laboratory result in severe tissue autolysis, postmortem bacterial overgrowth, and otherwise poor specimen quality. More generally, conventional bacteriologic culture may offer poor sensitivity for the detection of fastidious agents, often failing to detect the majority of the diverse microbes present in biological samples (12, 13, 24, 28). Culture-independent techniques based on the amplification of small-subunit (16S) rRNA genes may circumvent some of these problems with conventional bacteriology.

In an attempt to clarify the etiology of bronchopneumonia in free-ranging bighorn sheep, we applied culture-independent (16S rRNA gene) and conventional diagnostic analyses to high-quality specimens from lambs collected early in the course of disease during epizootics of bronchopneumonia in the Hells Canyon region of Idaho, Oregon, and Washington.

---

* Corresponding author. Mailing address: P.O. Box 647040, Pullman, WA 99164-7040. Phone: (509) 335-6075. Fax: (509) 335-8529. E-mail: tbesser@vetmed.wsu.edu.
▽ Published ahead of print on 5 December 2007.

Downloaded from jcm.asm.org by on June 25, 2010

BLM_0004648

Downloaded from jcm.asm.org by on June 25, 2010

## MATERIALS AND METHODS

**Animals.** Epizootic lamb pneumonia was detected in three populations of bighorn sheep in Hells Canyon in 2006 based on observation of respiratory signs (coughing, nasal discharge) and recovery of dead lambs. Seven lambs exhibiting respiratory disease signs were euthanized and submitted to the Washington Animal Disease Diagnostic Laboratory (WADDL) for complete necropsy and ancillary testing. Also in 2006, a radio-collared adult bighorn ram observed with severe respiratory disease signs in the Sheep Mountain population died during sedation and was also submitted to WADDL. In 2007, two lambs were collected prior to the onset of pneumonic signs from a pneumonia-affected population. Finally, one lamb was collected in 2007 from a population in which no pneumonia had ever been detected. Additional specimens from these animals were submitted to the University of Idaho Caine Veterinary Teaching Center for bacteriologic cultures. All animal studies reported here were performed in compliance with all relevant federal guidelines and institutional policies.

**Specimens.** Formalin fixed, paraffin-embedded lung tissues from adult bighorn sheep were selected from WADDL records. These included 34 with gross and histologic lesions of bronchopneumonia and 17 without pneumonic lesions. In all selected cases, DNA was extracted from the tissues for subsequent PCR analyses.

Serum specimens were obtained from 18 free-ranging bighorn sheep populations, including 9 populations with a history of respiratory disease and 9 other populations in which respiratory disease had never been observed. In two of the pneumonic populations, sera were available from animals sampled in years both prior to and after the onset of observed pneumonia.

**Routine diagnostic procedures. (i) Necropsy.** Lambs were weighed, and postmortem condition and body condition were noted. The percentage of pneumonic lung was estimated for the left and right lung lobes. Tympanic bullae on both sides were examined for exudates. Tissue samples collected included bronchiolar-alveolar lavage fluids, normal and pneumonic lung samples on both the right and left sides, bronchial lymph nodes, tonsils, pharynx, trachea, spleen, liver, kidney, and swabs of tympanic bullae. Tissues fixed in 10% neutral buffered formalin included normal and pneumonic lung, trachea, bronchial lymph nodes, tonsil/pharynx, thymus, thyroid gland, spleen, heart, liver, and kidney. Postmortem blood was collected for serum extraction from large veins or the heart.

**(ii) Histopathologic evaluation.** For routine histopathology, formalin-fixed tissues were trimmed, dehydrated through a series of alcohol and xylene baths, and paraffin embedded. Sections (thickness, 6 μm) were cut, deparaffinized, stained with hematoxylin and eosin, and examined by light microscopy.

**(iii) Bacteriologic cultures.** Aerobic bacteriologic cultures were performed using Columbia blood agar, selective Columbia blood agar plates (14), and MacConkey agar plates (media sources were Hardy Diagnostics, Santa Maria, CA, and Becton Dickinson & Co., Sparks, MD) inoculated with bronchoalveolar lavage fluids, swabs of tympanic bullae exudates, and swabs of affected lung tissues and adjacent bronchial lymph nodes. Bacteria were isolated and identified using routine methods at WADDL and at the Caine Veterinary Teaching Center. *Mycoplasma* cultures were performed on bronchoalveolar lavage (BAL) fluid specimens, swabs of affected lung tissues, and swabs of tympanic bulla exudates using PPLO broth and selective agar plates (R88 and G04; Hardy Diagnostics) and mycoplasma broth and plates (1).

**16S rRNA gene analyses.** BAL fluids were obtained aseptically using 10-Fr sterile catheters introduced through tracheal incisions. The catheters were advanced until resistance was encountered, and 20 ml buffered sterile 0.9% NaCl in water was injected and reaspirated immediately afterwards. All chemical buffers were made by using purified water to minimize contamination with external DNA sources.

Bacterial populations of the BAL fluids were evaluated by analysis of 16S rRNA gene sequences, as described elsewhere (17). Briefly, BAL fluids (1.5-ml aliquots) were centrifuged (12,000 rpm for 15 min). DNA was extracted from the pellets (DNeasy tissue kit; Qiagen, Valencia, CA) and an informative ~917-nucleotide segment of the 16S rRNA gene was amplified, using primers 27F (5′-AGAGTTTGATCCTGGCTCAG-3′) and 805R (5′-CCGTCAATTCCTTT RAGTTT-3′), by PCR (50 μl, including 1 μl DNA template, 200 μM each deoxynucleoside triphosphate, 1.5 mM MgCl$_2$, 0.4 μM each primer, 4 μl of bovine serum albumin [10 mg/ml], and 5 U of AmpliTaq Gold [Applied Biosystems, Foster City, CA]). PCR amplification included 35 cycles of denaturing (94°C, 1 min), annealing (55°C, 45 s), and extension (72°C, 1.5 min). Amplification was preceded by an extended denaturing step (94°C, 2 min) and was followed by an extended extension step (72°C, 20 min). PCR products were cloned (TOPO TA cloning kit; Invitrogen Corp., Carlsbad, CA), and 96 clones were picked for each animal in the study. Clone inserts were PCR amplified using vector primers T7 (5′-CCCTATAGTGAGTCGTATTAC-3′) and M13 (5′-CA

GGAAACAGCTATGA-3′), and inserts were confirmed by electrophoresis on 1% agarose gels stained with ethidium bromide.

Products were analyzed by restriction fragment length polymorphism (RFLP) analysis following digestion with HinPlI and MspI (New England Biolabs, Ipswich, MA). The digests were examined on ethidium bromide-stained 3% agarose gels, and approximately 30 clones representing the predominant restriction digest patterns from each animal's library were selected for DNA sequencing. DNA from selected clones was isolated from 1.5 ml of LB culture using the PerfectPrep plasmid 96 VAC kit (5 Prime, Inc., Gaithersburg, MD) and was sequenced with vector primers T3 and M13 using BigDye (version 3.1) chemistry on an automated ABI Prism genetic analyzer (Applied Biosystems, Foster City, CA).

DNA sequences were analyzed by BLAST to identify homologous bacterial species, which, with RFLP patterns, were used to determine the predominant bacterial species present in the BAL specimens.

**PCR detection of *Mycoplasma ovipneumoniae*.** *Mycoplasma ovipneumoniae*-specific 16S rRNA gene sequences were identified by PCR using primers LMF1 (5′-TGAACGGAATATGTTAGCTT-3′) and LMR1 (5′-GACTTCATCCTGC ACTCTGT-3′) under amplification conditions described elsewhere (20). *Mycoplasma arginini*, *Mycoplasma bovis*, and *Acholeplasma laidlawii* were used as negative controls.

**Indirect hemagglutination serology for *M. ovipneumoniae*.** Indirect hemagglutination was performed as described elsewhere (4, 8). Antigen was prepared using *Mycoplasma ovipneumoniae* strain 06OR03, grown in Mycoplasma broth (Hardy Diagnostics; 37°C, 5% CO$_2$, 5 days). Serial twofold dilutions (50 μl; 1:20 through 1:2,540) of test sera were added to paired wells containing 50 μl sensitized and unsensitized erythrocytes, respectively, and were incubated at 25°C for 2 h. Titers were read as the highest dilution demonstrating agglutination of sensitized cells but not unsensitized cells.

**Experimental challenge with *Mycoplasma ovipneumoniae*.** Two bighorn sheep lambs were bottle-reared together in a single isolation room and challenged with *M. ovipneumoniae* strains 06OR03 and 06WA03 (5 ml containing ~10e7 CFU of each strain/ml per challenge dose). The lambs were scored for fever and for signs of respiratory tract disease daily; then they were euthanized and necropsied. Lamb 1 received intranasal challenges at the ages of 9, 29, 52, and 59 days and was euthanized and necropsied at 66 days. Lamb 2 received intranasal challenges at the ages of 10, 16, 39, and 46 days and an intratracheal challenge at 69 days and was euthanized and necropsied at 82 days.

**Statistical analyses.** Chi-square analysis was used to compare the frequency of detection of *M. ovipneumoniae* 16S rRNA gene sequences by PCR in DNA extracted from archived formalin-fixed, paraffin-embedded lung tissues from Hells Canyon bighorn sheep with and without bronchopneumonia. Distributions of antibody titers were compared between populations with and without a history of bronchopneumonia using the nonparametric Mann-Whitney rank sum test, since the F-test results indicated significant departures from normality. All statistical analyses were performed using a commercial software program (Sigma-Stat 2.03; SPSS Inc., Chicago, IL).

**Nucleotide sequence accession numbers.** Partial (1,457-nucleotide) 16S rRNA gene sequences from two *Mycoplasma ovipneumoniae* isolates obtained from bighorn sheep lambs, 06OR03 and 06WA03, are available in GenBank (accession numbers EU265779 and EU265780). All clone library 16S rRNA gene partial sequences obtained in this study are also available in GenBank (accession numbers EU289919 to EU290137).

## RESULTS

Nine lambs from three populations of bighorn sheep (Sheep Mountain [$n = 4$], Imnaha [$n = 2$], and Black Butte [$n = 3$]) were collected for necropsy and microbiologic examinations immediately prior to or during pneumonia outbreaks in June and July 2006 and May 2007, and an additional lamb was collected in July 2007 from a population (Asotin) with no history of pneumonia. In October 2006, an adult bighorn ram in the Sheep Mountain population observed with respiratory distress died after sedation for capture and was necropsied and sampled for microbiological testing. The origin, signalment, selected pathological findings, and serologic titers of these animals are presented in Table 1.

Nine animals demonstrated gross lesions of acute broncho-

BLM_0004649

TABLE 1. Origin, signalment, body condition, and observation of otitis media in bighorn sheep collected for necropsy and microbiologic workups in this study[a]

| Animal | Location | Estimated age | Sex | Wt (kg) | Body condition | Otitis media | *M. ovipneumoniae* titer |
|--------|----------|---------------|-----|---------|----------------|--------------|--------------------------|
| 06OR02 | Sheep Mountain | 30 days | F | NR | Good | NR | ND |
| 06OR03 | Sheep Mountain | 28 days | M | NR | Fair | NR | <1:20 |
| 06SM90 | Sheep Mountain | 9 yr | M | NR | Fair | No | 1:2,560 |
| 06OR04 | Imnaha | 10 days | M | 8.0 | Good | No | 1:640 |
| 06OR05 | Imnaha | 28 days | F | 9.0 | Good | Yes | <1:20 |
| 06WA03 | Black Butte | 35 days | F | 10.0 | Poor | Yes | <1:20 |
| 06WA06 | Black Butte | 44 days | F | 12.7 | Good | Yes | <1:20 |
| 06WA08 | Black Butte | 68 days | F | 10.9 | Poor | No | 1:80 |
| 07OR06 | Sheep Mountain | 17 days | M | 9.5 | Good | No | <1:20 |
| 07OR07 | Sheep Mountain | 4 days | M | 6.6 | Good | No | 1:2,560 |
| 07WA03 | Asotin | 28 days | F | 7.7 | Good | No | <1:20 |

[a] NR, not recorded; ND, not determined.

pneumonia, including all animals collected from pneumonic populations, except for animal 07OR07 (which was collected for necropsy at the age of 4 days). The estimated extent of the pneumonic area within the lungs differed among the affected animals, ranging from 15% to 50%. The most extensive lesions were generally in the right anterior lung lobes. Affected areas were dark red to purple and firm, and sections sank in 10% neutral buffered formalin (Fig. 1). In addition, purulent otitis media was detected in three lambs for which the necropsy included examination of the middle ears (Table 1). No other gross pathological lesions were detected. The lamb collected from the nonpneumonic population (07WA03) exhibited no gross lesions.

Histopathologic lesions varied with severity and chronicity. Two lambs with grossly normal respiratory tracts were free from detectable histopathologic lesions: 07OR07 (4 days old, from a pneumonic population) and 07WA03 (28 days old, from a nonpneumonic population). Early, mild lesions consisting of hyperplastic bronchiolar epithelia surrounded by lymphocytic infiltrates were observed in more acutely affected animals and in lung tissue adjacent to severely affected areas (Fig. 2a). Bronchial lumina contained neutrophils that also filled sur-



FIG. 1. Left lateral thorax of a pneumonia-affected lamb illustrating consolidation of the left ventral lung lobes.

rounding alveoli in more severely affected areas. In more chronic lesions, neutrophil accumulations coalesced into foci of necrosis associated with bacterial colonies (abscess formation). Sections of otitis media had characteristic neutrophil accumulation within the tympanic bullae with extension into the petrous temporal bone (osteomyelitis).

Routine aerobic cultures revealed diverse bacterial isolates from affected lung tissues (Table 2). The aerobic bacteriologic isolates from affected lung tissues, from BAL fluids, and from swab specimens of purulent middle ear exudates were generally concordant (data not shown). For the Sheep Mountain lambs, *Pasteurella multocida* was the predominant aerobic bacterial pulmonary pathogen identified in 2006 and *P. trehalosi* was dominant in 2007, while for Imnaha lambs, bacterial cultures were mixed and no consistent predominant growth was identified. Black Butte bighorn sheep also demonstrated mixed bacterial flora in the lungs, with *Pasteurella trehalosi* being the most frequently isolated respiratory pathogen. Initial mycoplasma cultures were uniformly negative when attempted on specimens from the study lambs in 2006. However, subsequent repeat culture attempts yielded *M. ovipneumoniae* from the lungs of three animals collected in 2006 and from both lambs collected from pneumonic populations in 2007.

Aseptically collected bronchoalveolar wash fluids from seven bighorn lambs and one adult were analyzed for bacterial populations by amplification, cloning, RFLP analysis, and sequencing of 16S rRNA gene variable regions using primers based on conserved flanking eubacterial or universal sequences. In several cases, these analyses detected the predominant bacterial species identified by aerobic cultures, but for most animals additional species were detected that were not identified by aerobic cultures, and for several animals these noncultured species predominated (Table 2). Of particular interest was the detection of *Mycoplasma ovipneumoniae* 16S rRNA gene sequences, which were greatly predominant in the lamb with the least advanced pneumonia and prominent in two additional lambs with moderately advanced pneumonia. In the lungs of the other animals affected with severe bronchopneumonia, diverse obligately anaerobic bacterial species predominated.

DNAs extracted from BAL fluids or affected lung tissue specimens from the 11 animals analyzed in this study were

Downloaded from jcm.asm.org by on June 25, 2010

BLM_0004650



FIG. 2. Hematoxylin-and-eosin-stained lung tissues illustrating bronchial hyperplasia and lymphocytic cuffing in a naturally affected lamb from Hells Canyon (a) and experimentally challenged lamb 1 (b).

tested for the presence of *Mycoplasma ovipneumoniae* rRNA gene sequences by PCR. All nine lambs and the adult ram from populations with pneumonia were positive for *M. ovipneumoniae* sequences by this test, while the single lamb (07WA03) from the nonpneumonic Asotin population was negative.

PCR to detect *M. ovipneumoniae*-specific 16S rRNA gene sequences was then applied to DNA extracted from archived formalin-fixed, paraffin-embedded lung tissues of 51 adult bighorn sheep originating from Hells Canyon populations with a history of pneumonia occurrence. Of 34 animals tested that had gross and histologic lesions of bronchopneumonia, 16 were PCR positive, while the 17 animals without bronchopneumonia were uniformly PCR negative ($\chi^2 = 9.18$, 1 df; $P = 0.02$).

With the detection of *M. ovipneumoniae*-specific DNA sequences in all pneumonic lambs collected in this study and in a significant proportion of adult bighorn sheep with bronchopneumonia, serology was then used to detect exposure to this agent in additional bighorn sheep populations. Banked serum samples were obtained from animals from 18 populations, including 8 Hells Canyon populations and 10 other bighorn sheep populations located in three Western states and two Canadian provinces (3 in California, 2 in Washington, 2 in Oregon, 2 in Alberta, 1 in British Columbia) outside the Hells Canyon region. The 18 populations included 9 populations that had experienced moderate to severe pneumonia losses and 9 populations in which pneumonia had never been observed. More than 60% of apparently healthy animals from pneumonic populations were seropositive for *M. ovipneumoniae* with indirect hemagglutination titers of 1:80 to 1:2,560, whereas no animals tested from nonpneumonic populations had titers of 1:80 or greater. Geometric mean titers from pneumonic and nonpneumonic populations differed significantly (Table 3) ($P < 0.001$ by the Mann-Whitney rank sum test).

In two pneumonic populations (Imnaha and Lostine), serum samples were available from bighorn sheep sampled both before and after the first observed occurrence of pneumonia. All sera collected from Imnaha or Lostine animals in the years prior to pneumonic disease were negative for *M. ovipneumoniae* antibodies.

**Experimental challenge with *Mycoplasma ovipneumoniae*.** Two bighorn sheep lambs were removed from their *M. ovipneumoniae*-negative captive dams between the ages of 12 and 24 h and were bottle-reared together in a single isolation room. The lambs were challenged with intranasal *M. ovipneumoniae* (two-strain mixture; ~10e7 CFU per challenge) approximately every 2 weeks beginning at the age of 5 to 7 days. Lamb 2 in addition received a single intratracheal challenge at the age of 69 days. Blood samples for serology were obtained prechallenge and at approximately 2-week intervals thereafter. Oropharyngeal swabs from both lambs became consistently culture positive for *M. ovipneumoniae* beginning at the age of 21 days (lamb 1) or 14 days (lamb 2). While both lambs were observed to occasionally exhibit coughs, nasal discharges, and fevers of >103.5°F, no sustained clinical illness was observed. Lamb 1 developed an *M. ovipneumoniae* titer of 1:320 at the age of 48 days, which increased to 1:2,560 at the age of 62 days. Lamb 2 remained consistently seronegative.

Lamb 1 was euthanized for necropsy at the age of 62 days. Gross lesions were limited to the right anterior lung lobe, which had small (<2-cm²) areas of consolidation. Histologically these areas (Fig. 2b) demonstrated bronchiolar hyperplasia and peribronchiolar lymphoid aggregates resembling those of pneumonic lambs from Hells Canyon. Lamb 2 had a few scattered bronchioles in the anterior lung lobe with small peribronchiolar lymphoid aggregates but no evidence of bronchiolitis or consolidation. *M. ovipneumoniae* isolation from middle ears, lung tissue, bronchial lymph node tissue, and BAL fluids from the experimentally challenged lambs was attempted; all these sites were culture negative for lamb 1 but culture positive for lamb 2.

Downloaded from jcm.asm.org by on June 25, 2010

TABLE 2. Results of conventional microbiology cultures and 16S rRNA gene library analyses on bighorn sheep BAL specimens

| Animal | Aerobic bacterial culture | | 16S rRNA gene library analysis | |
|---|---|---|---|---|
| | Species | Level | Species (% identity)[a] | Proportion[b] |
| 06OR02 | *Pasteurella multocida* | Very many | Uncultured bacterium (89–94) | 0.34 |
| | *Pasteurella trehalosi* | Many | *Fusobacterium necrophorum* (99) | 0.25 |
| | *Moraxella* sp. | Many | Uncultured *Firmicutes* (88–93) | 0.16 |
| | | | *Streptococcus* sp. (95–97) | 0.13 |
| | | | Cilium-associated respiratory bacterium (98) | 0.09 |
| | | | *Fusobacterium* sp. (96) | 0.03 |
| 06OR03 | *Pasteurella multocida* | Many | *Pasteurella multocida* (99) | 0.34 |
| | *Arcanobacterium pyogenes* | Few | *Mycoplasma ovipneumoniae* (99) | 0.31 |
| | Mixed bacterial growth | | *Moraxella* sp. (97) | 0.31 |
| | *Mycoplasma ovipneumoniae* (reculture) | Positive | *Pasteurella trehalosi* (98) | 0.03 |
| 06SM90 | *Pasteurella trehalosi* | Many | Uncultured rumen bacterium (93–99) | 0.81 |
| | *Pasteurella multocida* | Few | Uncultured bacterium (89–99) | 0.19 |
| | *Moraxella* sp. | Very many | | |
| | *Enterococcus* sp. | Very many | | |
| | *Arcanobacterium pyogenes* | Very many | | |
| | *Mycoplasma ovipneumoniae* (reculture) | Positive | | |
| 06OR04 | *Pasteurella trehalosi* | Moderate | *Mycoplasma ovipneumoniae* (99) | 1.00 |
| 06OR05 | *Mannheimia haemolytica* | Moderate | *Helcococcus* sp. (99) | 0.50 |
| | Possible *Aerococcus* sp. | Many | *Fusobacterium necrophorum* (99) | 0.33 |
| | *Streptococcus suis* | Few | Cilium-associated respiratory bacterium (98) | 0.17 |
| | *Pasteurella trehalosi* | Few | | |
| | Coliforms | Few | | |
| 06WA03 | *Pasteurella trehalosi* | Many | *Fusobacterium necrophorum* (96–99) | 0.28 |
| | *Streptococcus* sp., beta-hemolytic | Many | *Pasteurella trehalosi* (96–99) | 0.25 |
| | *Mycoplasma ovipneumoniae* (reculture) | Positive | *Mycoplasma ovipneumoniae* (99–100) | 0.22 |
| | | | Cilium-associated respiratory bacterium (97–98) | 0.09 |
| | | | Unidentified spp. | 0.09 |
| | | | *Streptococcus suis* (99) | 0.06 |
| 06WA06 | *Pasteurella trehalosi* | Very many | *Bacteroides pyogenes* (98–100) | 0.28 |
| | *Pasteurella multocida* | Few | Uncultured rumen bacterium (92–99) | 0.25 |
| | Mixed bacterial growth | | *Fusobacterium necrophorum* (99) | 0.17 |
| | | | Unidentified spp. (86) | 0.17 |
| | | | Miscellaneous spp. (98–99) | 0.14 |
| 06WA08 | *Pasteurella trehalosi* | Very many | Uncultured rumen bacterium (89–99) | 0.43 |
| | *Pseudomonas aeruginosa* | Very many | *Fusobacterium necrophorum* (99) | 0.23 |
| | *Streptococcus* sp., nonhemolytic | Very many | Unidentified. spp. (83–91) | 0.20 |
| | *Arcanobacterium pyogenes* | Many | *Prevotella* sp. (96%) | 0.11 |
| | *Bacillus* sp. | Low | Miscellaneous spp. (98–99) | 0.03 |
| | *Mycoplasma ovipneumoniae* (reculture) | Positive | | |
| 07OR06 | *Pasteurella trehalosi* | Many | Not determined | |
| | *Mycoplasma ovipneumoniae* | Positive | | |
| 07OR07 | *Pasteurella trehalosi* | Few | Not determined | |
| | Alpha-hemolytic *Streptococcus* sp. | Few | | |
| | *Mycoplasma ovipneumoniae* | Positive | | |
| 07WA03 | Coliform | Few | Not determined | |
| | *Staphylococcus* sp., coagulase negative | Few | | |

[a] Best BLAST matches with identities of >98% are reported to species level, and those with 95 to 98% identity are reported to genus level. Types representing <4% of the sequenced clones are reported as miscellaneous species.
[b] Proportion of clones identified as the corresponding species.

Downloaded from jcm.asm.org by on June 25, 2010

TABLE 3. Indirect hemagglutination serology for detection of antibodies to *Mycoplasma ovipneumoniae* in pneumonic and healthy bighorn sheep populations in western North America

| Population[a] | Sample date(s) | Status[b] | No. seropositive (total)[c] | GMT[d] (SD) |
|---|---|---|---|---|
| Asotin, WA (HC) | 2001, 2003, 2006 | Healthy | 0 (23) | 1.45 (0.96) |
| Cadomin, AB | 2000 | Healthy | 0 (15) | 1.00 (0) |
| Clemans Mt., WA | 2006 | Healthy | 0 (22) | 1.30 (0.79) |
| Coglan Butte, OR | 2002 | Healthy | 0 (19) | 1.64 (1.32) |
| Hall Mt., WA | 1987, 1989, 1996 | Healthy | 0 (12) | 1.00 (0) |
| Imnaha, OR (HC) | 2000 | Healthy | 0 (20) | 1.18 (0.56) |
| John Day, OR | 2002 | Healthy | 0 (20) | 1.30 (0.73) |
| Lostine, OR (HC) | 1982, 1983, 1986 | Healthy | 0 (31) | 1.32 (0.88) |
| Ram Mt., AB | 1999 | Healthy | 0 (20) | 1.00 (0) |
| Sierra Nevada, CA | 2005 | Healthy | 0 (17) | 1.16 (0.65) |
| Spence's Bridge, BC | 1997 | Healthy | 0 (24) | 1.00 (0) |
| Total, healthy populations | | | 0 (223) | 1.24 (0.79) |
| Black Butte, WA (HC) | 1995, 1997, 2000, 2003, 2006 | Pneumonia | 26 (39) | 5.78 (2.03) |
| Imnaha, OR (HC) | 2003, 2006, 2007 | Pneumonia | 6 (21) | 3.44 (1.67) |
| Lostine, OR (HC) | 1987, 2003, 2005, 2006 | Pneumonia | 26 (35) | 5.52 (2.44) |
| Muir Creek OR (HC) | 2003 | Pneumonia | 1 (1) | 7.85 |
| Peninsular, CA | 2005 | Pneumonia | 5 (6) | 6.46 (1.58) |
| Redbird, ID (HC) | 2003, 2006 | Pneumonia | 8 (19) | 3.50 (2.33) |
| Sheep Mountain, OR (HC) | 2006 | Pneumonia | 11 (12) | 6.15 (1.91) |
| Wenaha, OR (HC) | 2003, 2006 | Pneumonia | 8 (14) | 4.50 (2.66) |
| White Mountains, CA | 2005, 2006 | Pneumonia | 10 (11) | 6.27 (1.58) |
| Total, pneumonic populations | | | 101 (158) | 5.21 (2.35) |

[a] AB, Alberta; BC, British Columbia; HC, population located in the Hells Canyon region.
[b] Healthy, populations without documented or observed bronchopneumonia; pneumonia, populations with documented bronchopneumonia.
[c] No. seropositive, number of sera with indirect hemagglutination titers of >1:40; total, number of sera tested.
[d] GMT, geometric (log base 2) mean titers.

## DISCUSSION

The observations reported here strongly suggest an etiologic role for the bacterium *M. ovipneumoniae* in bronchopneumonia in bighorn sheep both in Hells Canyon and elsewhere in western North America. This agent was initially detected by 16S rRNA gene analysis of the bacterial population, and the association was further supported by gross necropsy findings and histopathologic studies, bacteriologic cultures, PCR analyses, and serologic studies. In Hells Canyon, the association includes respiratory disease at the individual animal level in both juvenile and adult bighorn sheep. In bighorn sheep populations outside of Hells Canyon, the association is at the population level based on serologic data obtained from adult bighorn sheep only. A previous study provided strong evidence of a role for *M. ovipneumoniae* in a pneumonia outbreak in a captive population of a closely related sheep species (Dall's sheep [*Ovis dalli*]), and the results of that study provided a valuable guide for this investigation (4).

Further work will be required to determine the specific role of *Mycoplasma ovipneumoniae* in bighorn sheep respiratory disease. *Mycoplasma* infections are frequently associated with middle ear infections (19), and *M. ovipneumoniae* may therefore also contribute to the etiology of the severe otitis media documented here in some of the study lambs and most (7 of 9) other lambs with pneumonia found dead or close to death during the study (data not shown). Our results also suggest that this agent may serve as a sole pneumonia pathogen in some bighorn lambs, as suggested by its predominance by 16S rRNA gene analysis in lamb 06OR04 (Table 2). However, in most animals, polymicrobial infections were present, and *M. ovipneumoniae* may more commonly act as a primary agent that increases the susceptibility of infected bighorn sheep to secondary bronchopneumonia.

Exposure to *M. ovipneumoniae* as detected serologically differed markedly among different bighorn sheep populations and roughly correlated with disease occurrence. For example, the recent seroprevalence in the Imnaha population was quite low, and this population lost less than half the lamb crop to pneumonia during 2006 and 2007 (data not shown). In contrast, seroprevalence was much higher in the Black Butte and Sheep Mountain populations, both of which lost nearly their entire lamb crops during the same period. These data from Imnaha suggest that *M. ovipneumoniae* transmission within populations is not necessarily fast or complete.

The experimental lamb challenge studies, though limited to two animals, clearly demonstrated that *M. ovipneumoniae* infection alone is insufficient to consistently cause fatal bronchopneumonia within the time course of the natural disease. For one lamb, intranasal challenges resulted in oropharyngeal colonization, lung infection, and seroconversion, and the lung lesion was histologically very similar to that seen in the natural disease in Hells Canyon. However, the extent of the bronchopneumonia was limited, and it is likely that the lamb would have recovered if not euthanized. For a second lamb, given both a series of intranasal challenges and a subsequent intratracheal challenge, the oropharynx became colonized but no lower respiratory tract disease or seroconversion was observed. At necropsy this lamb did have purulent otitis media, but no gross or microscopic signs of pneumonia were observed. Other experimental challenge studies of domestic sheep lambs with *M. ovipneumoniae* have reported difficulty in reproducing clinical disease, attributed to hypothesized strain variation in virulence or virulence attenuation in laboratory culture (10, 16).

*Mannheimia haemolytica*, demonstrated experimentally to cause fulminant lethal bronchopneumonia in bighorn sheep and long considered a major cause of pneumonia in wild bighorn sheep, was not detected here by the 16S rRNA gene studies and was isolated by conventional bacteriology from only a single animal in this study (9, 22). Moreover, the rather chronic pneumonia lesions observed in most of the study animals and the demonstration of advanced pneumonic lesions in lambs collected before or at the onset of clinical signs are inconsistent with the rapid course of experimental infection of bighorn sheep with *M. haemolytica* (9). While lamb mortality in Hells Canyon populations with pneumonia peaks at the age of 42 to 70 days (7), significant pneumonic lesions were already present in all nine lambs collected between the ages of 10 and 44 days, suggesting that the typical course of this disease is at least several weeks. Taken together, the molecular analyses, bacteriologic cultures, and epidemiological evidence gathered

Downloaded from jcm.asm.org by on June 25, 2010

in this study suggest that *Mannheimia haemolytica* does not play a major role in the etiology of bighorn lamb pneumonia in these Hells Canyon populations.

The results of the 16S rRNA gene studies were largely discordant with the results of aerobic bacterial cultures. The predominant aerobic bacterial growth was detected in the 16S rRNA gene library sequences of only two animals (06OR03 and 06WA03). In 06OR04, the lamb with the least severe pneumonia, the sole initial aerobic bacterial isolate was *P. trehalosi*, whereas the sole 16S rRNA gene sequence identified was that of *M. ovipneumoniae*. For the remaining animals, the 16S rRNA gene libraries detected only bacterial sequences absent from the aerobic culture results. The failure to isolate and identify *M. ovipneumoniae* in initial cultures was apparently due to the unfamiliarity of the laboratories with this species, its very low rate of growth on the media used, and its unusual colony morphology, which was not initially recognized as *Mycoplasma*.

The remaining discrepancies between 16S rRNA gene studies and conventional culture are largely explained by two factors. First, since the goal of the 16S rRNA gene studies was to identify the predominant bacterial species present in the lesions rather than to explore the full range of microbial flora present, we analyzed only approximately 30 clones per library. Therefore, we were unlikely to detect any species that composed <5% of the BAL flora. Second, since only aerobic bacteriologic studies were performed, the obligately anaerobic bacterial flora was not detected by culture. The combination of anaerobic flora in high numbers and the limited sensitivity of the 16S rRNA gene method as applied here resulted in the failure of many bacteria isolated in aerobic cultures to be represented among the 16S rRNA gene library clones analyzed. Additional limiting factors of conventional cultures included the presence of aerobically growing bacterial species not typically associated with respiratory disease, which may have been regarded as likely contaminants, and the presence of some genuinely nonculturable bacterial species.

One such bacterium that is nonculturable on conventional bacteriologic media is the cilium-associated respiratory bacillus (CAR bacillus), which was detected by 16S rRNA gene analyses in three lambs. CAR bacilli are nonclassified gliding bacteria that require cell culture or serum-supplemented cell culture medium for growth. They are reported to infect the tracheae and middle ear tissues of a number of mammalian species, including cervidae (3). These infections are asymptomatic in many hosts but produce chronic respiratory disease in laboratory rats, often in coinfections with *Mycoplasma pulmonis* (29). It is possible that CAR bacilli similarly contribute to the etiology of bighorn sheep respiratory disease, possibly in synergy with *M. ovipneumoniae*. However, CAR bacilli were not observed in silver-stained histologic sections of the airways of affected lung tissues of the animals in the present study, suggesting that it does not play a predominant role in the bighorn sheep pneumonic disease complex in Hells Canyon.

In summary, the findings reported here provide evidence of a strong association between exposure to *M. ovipneumoniae* and the occurrence of bronchopneumonia in free-ranging bighorn sheep. However, the limited transmission of this agent observed in some bighorn sheep populations and the results of the pilot experimental challenge study reported here indicate that further investigation is required to clarify the pathogenicity of this agent. Factors including virulence differences among *M. ovipneumoniae* strains, the presence of other bacterial or viral coinfections, mineral deficiencies that may compromise phagocyte function, environmental stressors including extremely hot or dry conditions, or other unknown factors may be critical to the virulence of *M. ovipneumoniae*. Nevertheless, the consistent lack of *M. ovipneumoniae* exposure for the healthy bighorn sheep populations from widely separated regions in western North America strongly suggests that this agent plays a necessary role in the development of this disease.

## ACKNOWLEDGMENTS

This work was supported by the Idaho Department of Fish and Game, the Oregon Department of Fish and Wildlife, the Washington Department of Fish and Wildlife, the Bureau of Land Management, the University of Idaho Caine Veterinary Teaching Center, Federal Aid in Wildlife Restoration Project W-160-R, and the Foundation for North American Wild Sheep (National, Eastern, Idaho, Oregon, and Washington chapters).

Additional bighorn sheep serum specimens were generously provided by W. J. Foreyt (Washington State University), B. J. Gonzales (California Department of Fish and Game), J. T. Jorgenson and J. Kneteman (Alberta Sustainable Resource Development), J. Bernatowicz and K. G. Mansfield (Washington Department of Fish and Wildlife), and H. Schwantje (British Columbia Ministry of Environment). Field support was provided by V. L. Coggins, P. Fowler, B. Frude, M. Hansen, K. Karash, N. Myatt, B. Ratliff, C. Strobl, R. Torland, M. Vekasy, P. Wik, and P. Zager.

## REFERENCES

1. **Atlas, R. M.** 1993. Handbook of microbiological media, p. 424. CRC Press, Boca Raton, FL.
2. **Aune, K. A., N. Anderson, D. Worley, L. Stackhouse, J. Henderson, and J. Daniel.** 1998. A comparison of population and health histories among seven Montana bighorn sheep populations. Bienn. Symp. North. Wild Sheep Goat Counc. 11:46–69.
3. **Bergottini, R., S. Mattiello, L. Crippa, and E. Scanziani.** 2005. Cilia-associated respiratory (CAR) bacillus infection in adult red deer, chamois, and roe deer. J. Wildl. Dis. 41:459–462.
4. **Black, S. R., I. K. Barker, K. G. Mehren, G. J. Crawshaw, S. Rosendal, L. Ruhnke, J. Thorsen, and P. S. Carman.** 1988. An epizootic of *Mycoplasma ovipneumoniae* infection in captive Dall's sheep (*Ovis dalli dalli*). J. Wildl. Dis. 24:627–635.
5. **Brogden, K. A., H. D. Lehmkuhl, and R. C. Cutlip.** 1998. *Pasteurella haemolytica* complicated respiratory infections in sheep and goats. Vet. Res. 29:233–254.
6. **Cassirer, E. F.** 2005. Ecology of disease in bighorn sheep in Hells Canyon, USA. Ph.D. dissertation. University of British Columbia, Vancouver, Canada.
7. **Cassirer, E. F., and A. R. E. Sinclair.** 2007. Dynamics of pneumonia in a bighorn sheep metapopulation. J. Wildl. Manag. 71:1080–1088.
8. **Cho, H. J., H. L. Ruhnke, and E. V. Langford.** 1976. The indirect hemagglutination test for the detection of antibodies in cattle naturally infected with mycoplasmas. Can. J. Comp. Med. 40:20–29.
9. **Foreyt, W. J., K. P. Snipes, and R. W. Kasten.** 1994. Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. J. Wildl. Dis. 30:137–145.
10. **Gilmour, J. S., G. E. Jones, and A. G. Rae.** 1979. Experimental studies of chronic pneumonia of sheep. Comp. Immunol. Microbiol. Infect. Dis. 1:285–293.
11. **Hobbs, N. T., and M. W. Miller.** 1992. Interactions between pathogens and hosts: simulation of pasteurellosis epidemics in bighorn sheep populations, p. 997–1007. *In* D. R. McCullough and R. H. Barrett (ed.), Wildlife 2001: populations. Elsevier Applied Science, Essex, England.
12. **Hugenholtz, P., and N. R. Pace.** 1996. Identifying microbial diversity in the natural environment: a molecular phylogenetic approach. Trends Biotechnol. 14:190–197.
13. **Hugenholtz, P., B. M. Goebel, and N. R. Pace.** 1998. Impact of culture-independent studies on the emerging phylogenetic view of bacterial diversity. J. Bacteriol. 180:4765–4774.
14. **Jaworski, M. D., A. C. S. Ward, D. L. Hunter, and I. V. Wesley.** 1993. Use of DNA analysis of *Pasteurella haemolytica* biotype T isolates to monitor transmission in bighorn sheep (*Ovis canadensis canadensis*). J. Clin. Microbiol. 31:831–835.

Downloaded from jcm.asm.org by on June 25, 2010

J. CLIN. MICROBIOL.

15. **Jaworski, M. D., D. L. Hunter, and A. C. S. Ward.** 1998. Biovariants of isolates of *Pasteurella* from domestic and wild ruminants. J. Vet. Diagn. Investig. **10:**49–55.

16. **Jones, G. E., J. S. Gilmour, and A. G. Rae.** 1982. The effects of different strains of *Mycoplasma ovipneumoniae* on specific pathogen-free and conventionally-reared lambs. J. Comp. Pathol. **92:**267–272.

17. **Kelley, S. T., U. Theisen, L. T. Angenent, A. St. Amand, and N. R. Pace.** 2004. Molecular analysis of shower curtain biofilm microbes. Appl. Environ. Microbiol. **70:**4187–4192.

18. **Kraabel, B. J., M. W. Miller, J. A. Conlon, and H. J. McNeil.** 1998. Evaluation of a multivalent *Pasteurella haemolytica* vaccine in bighorn sheep: protection from experimental challenge. J. Wildl. Dis. **34:**325–333.

19. **Maeda, T., T. Shibahara, K. Kimura, Y. Wada, K. Sato, Y. Imada, Y. Ishikawa, and K. Kadota.** 2003. *Mycoplasma bovis*-associated suppurative otitis media and pneumonia in bull calves. J. Comp. Pathol. **129:**100–110.

20. **McAuliffe, L., F. M. Hatchell, R. D. Ayling, A. I. King, and R. A. Nicholas.** 2003. Detection of *Mycoplasma ovipneumoniae* in *Pasteurella*-vaccinated sheep flocks with respiratory disease in England. Vet. Rec. **153:**687–688.

21. **McCarty, C. W., and M. W. Miller.** 1998. Modeling the population dynamics of bighorn sheep: a synthesis of literature. Colorado Division of Wildlife special report 73. Colorado Division of Wildlife, Denver, Colorado.

22. **Miller, M. W.** 2001. Pasteurellosis, p. 330–339. *In* E. S. Williams and I. K. Barker (ed.), Infectious diseases of wild mammals. Iowa State University Press, Ames.

23. **Monello, R. J., D. L. Murray, and E. F. Cassirer.** 2001. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Can. J. Zool. **79:**1423–1432.

24. **Pace, N. R.** 1997. A molecular view of microbial diversity and the biosphere. Science **276:**734–740.

25. **Queen, C., A. C. S. Ward, and D. L. Hunter.** 1994. Bacteria isolated from nasal and tonsillar samples of clinically healthy Rocky Mountain bighorn and domestic sheep. J. Wildl. Dis. **30:**1–7.

26. **Rudolph, K. M., D. L. Hunter, W. J. Foreyt, E. F. Cassirer, R. B. Rimler, and A. C. S. Ward.** 2003. Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. J. Wildl. Dis. **39:**897–903.

27. **Rudolph, K. M., D. L. Hunter, R. B. Rimler, E. F. Cassirer, W. J. Foreyt, W. J. deLong, G. C. Weiser, and A. C. S. Ward.** 2007. Microorganisms associated with a bighorn sheep pneumonia epizootic in Hells Canyon, USA. J. Zoo Wildl. Med. **38:**548–558.

28. **Safaee, S., G. C. Weiser, E. F. Cassirer, R. R. Ramey, and S. T. Kelley.** 2006. Molecular survey of host-associated microbial diversity in bighorn sheep. J. Wildl. Dis. **42:**545–555.

29. **Schoeb, T. R., M. K. Davidson, and J. K. Davis.** 1997. Pathogenicity of cilia-associated respiratory (CAR) bacillus isolates for F344, LEW, and SD rats. Vet. Pathol. **34:**263–270.

30. **Ward, A. C. S., D. L. Hunter, M. D. Jaworski, P. J. Benolkin, M. P. Dobel, J. B. Jeffress, and G. A. Tanner.** 1997. *Pasteurella* spp. in sympatric bighorn and domestic sheep. J. Wildl. Dis. **33:**544–557.

31. **Weiser, G. C., W. J. DeLong, J. L. Paz, B. Shafii, W. J. Price, and A. C. S. Ward.** 2003. Characterization of *Pasteurella multocida* associated with pneumonia in bighorn sheep. J. Wildl. Dis. **39:**536–544.

32. **Wild, M. A., and M. W. Miller.** 1991. Detecting nonhemolytic *Pasteurella haemolytica* infections in healthy Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*): influences of sample site and handling. J. Wildl. Dis. **27:**53–60.

Downloaded from jcm.asm.org by on June 25, 2010

BLM_0004655

**University of Nebraska - Lincoln**
# DigitalCommons@University of Nebraska - Lincoln

USDA National Wildlife Research Center - Staff Publications

Wildlife Damage Management, Internet Center for

3-1-2012

# Causes of Pneumonia Epizootics among Bighorn Sheep, Western United States, 2008–2010

Thomas E. Besser
*Washington State University, tbesser@vetmed.wsu.edu*

Margaret A. Highland
*Washington State University*

Katherine Baker
*Washington State University*

E. Frances Cassirer
*Idaho Department of Fish and Game, frances.cassirer@idfg.idaho.gov*

Neil J. Anderson
*Montana Fish, Wildlife and Parks*

**See next page for additional authors**

Follow this and additional works at: http://digitalcommons.unl.edu/icwdm_usdanwrc

Besser, Thomas E.; Highland, Margaret A.; Baker, Katherine; Cassirer, E. Frances; Anderson, Neil J.; Ramsey, Jennifer M.; Mansfield, Kristin; Bruning, Darren L.; Wolff, Peregrine; Smith, Joshua B.; and Jenks, Jonathan A., "Causes of Pneumonia Epizootics among Bighorn Sheep, Western United States, 2008–2010" (2012). *USDA National Wildlife Research Center - Staff Publications.* Paper 1101.
http://digitalcommons.unl.edu/icwdm_usdanwrc/1101

This Article is brought to you for free and open access by the Wildlife Damage Management, Internet Center for at DigitalCommons@University of Nebraska - Lincoln. It has been accepted for inclusion in USDA National Wildlife Research Center - Staff Publications by an authorized administrator of DigitalCommons@University of Nebraska - Lincoln.



**Authors**

Thomas E. Besser, Margaret A. Highland, Katherine Baker, E. Frances Cassirer, Neil J. Anderson, Jennifer M. Ramsey, Kristin Mansfield, Darren L. Bruning, Peregrine Wolff, Joshua B. Smith, and Jonathan A. Jenks



This article is available at DigitalCommons@University of Nebraska - Lincoln: http://digitalcommons.unl.edu/icwdm_usdanwrc/1101

RESEARCH

# Causes of Pneumonia Epizootics among Bighorn Sheep, Western United States, 2008–2010

Thomas E. Besser, Margaret A. Highland, Katherine Baker, E. Frances Cassirer,
Neil J. Anderson, Jennifer M. Ramsey, Kristin Mansfield, Darren L. Bruning, Peregrine Wolff,
Joshua B. Smith, and Jonathan A. Jenks

Epizootic pneumonia of bighorn sheep is a devastating disease of uncertain etiology. To help clarify the etiology, we used culture and culture-independent methods to compare the prevalence of the bacterial respiratory pathogens *Mannheimia haemolytica, Bibersteinia trehalosi, Pasteurella multocida,* and *Mycoplasma ovipneumoniae* in lung tissue from 44 bighorn sheep from herds affected by 8 outbreaks in the western United States. *M. ovipneumoniae,* the only agent detected at significantly higher prevalence in animals from outbreaks (95%) than in animals from unaffected healthy populations (0%), was the most consistently detected agent and the only agent that exhibited single strain types within each outbreak. The other respiratory pathogens were frequently but inconsistently detected, as were several obligate anaerobic bacterial species, all of which might represent secondary or opportunistic infections that could contribute to disease severity. These data provide evidence that *M. ovipneumoniae* plays a primary role in the etiology of epizootic pneumonia of bighorn sheep.

I n North America, epizootic pneumonia is a devastating, population-limiting disease of bighorn sheep (*Ovis*

Author affiliations: Washington State University, Pullman, Washington, USA (T.E. Besser, M.A. Highland, K. Baker); Washington Animal Disease Diagnostic Laboratory, Pullman (T.E. Besser); US Department of Agriculture Agricultural Research Service, Pullman (M.A. Highland); Idaho Department of Fish and Game, Lewiston, Idaho, USA (E.F. Cassirer); Montana Fish, Wildlife and Parks, Bozeman, Montana, USA (N.J. Anderson, J.M. Ramsey); Washington Department of Fish and Wildlife, Spokane Valley, Washington, USA (K. Mansfield); US Department of Agriculture Animal and Plant Health Inspection Service, Olympia, Washington, USA (D.L. Bruning); Nevada Department of Wildlife, Reno, Nevada, USA (P. Wolff); and South Dakota State University, Brookings, South Dakota, USA (J.B. Smith, J.A. Jenks)

DOI: http://dx.doi.org/10.3201/eid1803.111554

*canadensis*) (*1–5*). Anecdotal and experimental evidence suggests that in at least some instances, this disease may be introduced into bighorn sheep populations by contact with domestic sheep or goats (*5,6*). When the disease is first introduced, outbreaks affect animals of all ages (*1–3*). During subsequent years or decades, sporadic cases of pneumonia in adult sheep and annual epizootics of pneumonia in lambs may continue (*7–10*).

Considering the dramatic and severe character of epizootic bighorn sheep pneumonia, the etiology is surprisingly unclear. Findings of gross and histopathologic examinations of lung tissue strongly suggest bacterial etiology: anterior–ventral distribution, suppurative inflammation, and abundant bacterial colonies. In domestic ruminants, bacterial pneumonia frequently occurs secondary to viral infections or other pulmonary insults, but extensive efforts to detect such underlying factors for bighorn sheep pneumonia have generally been nonproductive. For example, although evidence of infection or exposure to respiratory viruses, especially respiratory syncytial virus and parainfluenza virus, is frequently found in healthy and pneumonia-affected populations, no consistent association between the disease and any virus has been found (*11–13*). As a result, most research attention has been directed toward bacterial respiratory pathogens that may act as primary infectious agents, particularly leukotoxin-expressing *Mannheimia haemolytica,* which is highly lethal to bighorn sheep after experimental challenge (*5,14*). Other *Pasteurellaceae,* particularly *Bibersteinia trehalosi* and *Pasteurella multocida,* have been more frequently isolated from pneumonia-affected animals during natural outbreaks than has *M. haemolytica* (*11,12,15*). Another candidate pathogen, *Mycoplasma ovipneumoniae,* has recently been isolated from pneumonia-affected bighorn sheep during 2 epizootics (*11,16,17*); antibodies against this agent were detected in bighorn sheep from 9 populations undergoing

This article is a U.S. government work, and is not subject to copyright in the United States.

BLM_0004658

pneumonia epizootics but were absent in 9 nonaffected populations (*17*). In experiments, *M. ovipneumoniae* has been shown to predispose bighorn sheep to *M. haemolytica* pneumonia (*18*). When *M. ovipneumoniae*–free domestic sheep were commingled with bighorn sheep, the bighorn sheep survived at unprecedented rates (*19*).

Development of effective methods for managing, preventing, or treating an infectious disease requires a clear understanding of its underlying etiology. However, clarifying the etiology can be difficult, particularly for primary infections (e.g., HIV) that are characteristically associated with multiple opportunistic infections that may be more lethal than the epidemic agent itself. During 2008–2010, epizootic pneumonia of bighorn sheep was detected in at least 5 western US states. These epizootics provided an opportunity to conduct a comparative study of the etiology of this disease (Table 1).

Conventional microbiological methods can fail to isolate agents because of their fastidious in vitro growth requirements or intermicrobial interactions; thus, for agent isolation, we used 2 culture-independent methods (agent-specific PCRs and 16S clone libraries) in addition to conventional bacterial cultures (*17,20–22*). We expected that primary etiologic agents could be differentiated from opportunistic agents by 1) their detection at high prevalence in affected animals, 2) the presence of single (clonal) strain types within each outbreak, and 3) their uncommon or lack of detection in animals from healthy populations (*11,22–24*). Therefore, to clarify the etiology of epizootic pneumonia, we applied these criteria to the bacterial respiratory pathogens detected in multiple bighorn sheep epizootics.

## Materials and Methods

### Bighorn Sheep Populations

The study sample consisted of 8 demographically independent bighorn sheep populations in 5 states (Montana, Nevada, Washington, Oregon, and South Dakota) that had been affected by epizootic pneumonia during 2008–2010 and for which lung tissue specimens from ≥4 affected animals were available (Table 1). In 6 of these populations, the disease affected bighorn sheep of all ages; in the other 2 populations, in which the disease had previously affected sheep of all ages, the disease was restricted to lambs. Convenience samples were selected among those available from each epizootic: the sample of pneumonia-affected animals consisted of the first 4–6 sheep for which pneumonia had been confirmed by gross or microscopic lesions. Sheep initially selected for analysis but later determined to have lacked gross or microscopic lesions characteristic of pneumonia were retained in the study but analyzed separately. Negative controls consisted of animals with no gross or histopathologic evidence of pneumonia that died or were culled from 2 closely observed healthy populations.

### Bacteriologic Cultures

Surfaces of affected lung tissue specimens were seared, and swab samples of deeper tissues were obtained and streaked onto Columbia blood agar plates (Hardy Diagnostics, Santa Maria, CA, USA). *Pasteurellaceae* were isolated and identified by using routine methods (*25*) and then stored at –80°C in 30% buffered glycerol in brain–heart infusion agar (Hardy Diagnostics).

### DNA Template Preparation

DNA was extracted from 1.0–1.5 mL of fluid collected from 1–2 g of fresh-frozen lung tissue macerated in 1 mL of phosphate buffered saline for 5 min by using a stomacher (Seward Stomacher 80 Laboratory Blender, Bohemia, NY, USA). DNA was extracted by using a QIAamp mini kit (QIAGEN, Valencia, CA, USA) according to the manufacturer's protocol.

### PCR Detection of Respiratory Pathogens and *lktA*

To detect *M. haemolytica, P. multocida, B. trehalosi, lktA*, and *M. ovipneumoniae*, we used previously published

Table 1. Bighorn sheep populations included in study of populations affected by epizootic pneumonia, western United States, 2008–2010*

| Population | Status† | Population size | % Dead or culled‡ |
|---|---|---|---|
| East Fork Bitterroot, MT | Pneumonic | 200–220 | 50 |
| Bonner, MT | Pneumonic | 160–180 | 68 |
| Lower Rock Creek, MT | Pneumonic | 200 | 43 |
| Anaconda, MT | Pneumonic | 300 | 50 |
| East Humboldt/Ruby Mountains, NV | Pneumonic | 160–180 | 80 |
| Yakima Canyon, WA | Pneumonic | 280 | 33 |
| Spring Creek, SD | Pneumonic | ≈40 lambs born | 95 lambs |
| Hells Canyon, OR and WA | Pneumonic | ≈170 lambs born | 77 lambs |
| Quilomene, WA | Healthy | 160 | 2 |
| Asotin Creek, WA | Healthy | 100 | 0 |

*MT, Montana; NV, Nevada; SD, South Dakota; WA, Washington; OR, Oregon.
†Pneumonic, populations with confirmed epizootic pneumonia restricted to lambs (Spring Creek and Hells Canyon) or not age restricted (all other pneumonic populations); healthy, populations with no evidence of epizootic pneumonia.
‡Estimated percentage of the population that died or was culled during the epizootic.

BLM_0004659

PCR protocols with minor modifications (Table 2). All reactions were conducted individually in 20-μL volumes containing 2 μL of DNA template (5–1,000 ng/μL), 10 μL of master mix (QIAGEN Hotstar mix for *P. multocida*, *M. ovipneumoniae*, and *lktA* and QIAGEN Multiplex PCR mix for *B. trehalosi* and *M. haemolytica*, and primers at 0.2 μmol (*P. multocida*, *M. haemolytica, and B. trehalosi*), 2 μmol (*M. ovipneumoniae*), or 0.5 μmol (*lktA*). Thermocycler conditions included an initial denaturation step at 95°C (15 min) for all agents and a final extension step at 72°C (5 min, except final extensions for *P. multocida* and *lktA* were 9 and 10 min, respectively). Cycling conditions were as follows: for *M. ovipneumoniae*, 30 cycles at 95°C for 30 s, at 58°C for 30 s, and at 72°C for 30 s; for *B. trehalosi* and *M. haemolytica*, 35 cycles at 95°C for 30 s, at 55°C for 30 s, and at 72°C for 30 s; and for *P. multocida* and *lktA*, 30 cycles at 95°C for 60 s, at 55°C for 60 s, and at 72°C for 60 s. Amplicons were examined in UV light after electrophoresis in 1.2% agarose gel containing 0.005% ethidium bromide in 0.5× Tris/borate/EDTA buffer at 7 V/cm.

## 16S Analyses

To detect predominant microbial populations in the pneumonic lung tissues, we used a culture-independent method (*17*). In brief, we aseptically collected two 1-g samples of lung tissue from sites at least 10 cm apart in grossly abnormal (consolidated) tissue from 16 pneumonia-affected animals, including 2 from each outbreak. Tissues were stomached and DNA was extracted (DNeasy Blood and Tissue Kit; QIAGEN) from 100-μg aliquots of each homogenate. Segments of 16S rDNA were PCR amplified and cloned. Insert DNA was sequenced (vector primers T3 and M13, BigDye version 3.1, ABI PRISM Genetic Analyzer, Applied Biosystems, Foster City, CA, USA) from 16 clones derived from each homogenate, resulting in 32 sequences from each animal. DNA sequences were assigned to species (≥99% identity) or genus (≥97% identity) according to BLASTN GenBank search results (*29*). Clone sequences may be accessed in GenBank under accession nos. JN857366–857894.

## Pulsed-Field Gel Electrophoresis for *Pasteurellaceae*

When available, *Pasteurellaceae* isolated from the study animals were obtained from the Washington Animal Disease Diagnostic Laboratory (Pullman, WA, USA). If such isolates were unavailable, we substituted banked isolates from other bighorn sheep involved in the same outbreaks. Isolates were subjected to pulsed-field gel electrophoresis (PFGE) performed on a CHEF-DRII PFGE apparatus (Bio-Rad, Hercules, CA, USA) in 1% agarose gel (Seakem Gold Agarose; FMC Bio Products, Rockland, MD, USA) in 0.5× Tris borate EDTA buffer at 14°C for 20 h at 6 V/cm and a linear ramp of 1.0–30.0 s for *ApaI* or 0.5–40.0 s for *SmaI*. *Salmonella* serovar Braenderup H9812, digested with *XbaI* for 3 h at 37°C, was used as a size standard on each gel. Gels were stained with ethidium bromide and photographed under UV transillumination. PFGE data were analyzed by using BioNumerics version 4.6 (www.applied-maths.com/bionumerics/bionumerics.htm) with Dice coefficients and the unpaired pair group method with arithmetic means for clustering; tolerance and optimization parameters were set at 1%.

## Intergenic Spacer Region Sequence typing for *M. ovipneumoniae*

In a preliminary study performed in our laboratory, ribosomal operon intergenic spacer (IGS) regions of *M. ovipneumoniae* from isolates from 6 bighorn sheep populations were amplified by using the method described by Kong et al. (*30*) and sequenced (Amplicon Express, Pullman, WA, USA). Sequences were aligned and clustered by using Lasergene software (DNASTAR, Inc., Madison WI, USA). Each isolate exhibited a different IGS sequence, demonstrating the utility of IGS sequences for identifying strain diversity (data not shown). We used Primer3 software (http://frodo.wi.mit.edu/primer3/) to develop primers flanking the variable IGS region, conserved among *M. ovipneumoniae* isolates, and divergent from IGS regions of the second most common sheep upper respiratory mycoplasma, *M. arginini* (Table 2). IGS PCR products were sequenced, and sequences were aligned and

| Table 2. PCR primers used to detect etiologic agents of pneumonia in bighorn sheep, western United States, 2008–2010 | | | |
|---|---|---|---|
| Species (gene target) | Primer | Primer sequence, 5′ → 3′ | Reference |
| *Mannheimia haemolytica, Bibersteinia trehalosi, M. haemolytica (gcp)* | Mhgcp | AGAGGCCAATCTGCAAACCTCG | (*21*) |
| | MhgcpR | GTTCGTATTGCCCAACGCCG | (*21*) |
| *Bibersteinia trehalosi (sodA)* | BtsodAF | GCCTGCGGACAAACGTGTTG | (*21*) |
| | BtsodAR | TTTCAACAGAACCAAAATCACGAATG | (*21*) |
| Leukotoxin (*lktA*) | F | TGTGGATGCGTTTGAAGAAGG | (*26*) |
| | R | ACTTGCTTTGAGGTGATCCG | (*26*) |
| *Pasteurella multocida (kmt1)* | KMT1T7 | ATCCGCTATTTACCCAGTGG | (*27*) |
| | KMT1SP6 | GCTGTAAACGAACTCGCCAC | (*27*) |
| *Mycoplasma ovipneumoniae* (16S) | LMF | TGAACGGAATATGTTAGCTT | (*28*) |
| | LMR | GACTTCATCCTGCACTCTGT | (*28*) |
| *M. ovipneumoniae* (16S–23S intergenic spacer) | MoIGSF | GGAACACCTCCTTTCTACGG | This study |
| | MoIGSR | CCAAGGCATCCACCAAATAC | This study |

BLM_0004660

clustered by using Lasergene software. IGS sequences can be accessed in GenBank under accession nos. JN857895–857934.

**Statistical Analyses**

To evaluate the agreement between results of bacteriologic cultures and PCR tests for detection of *P. multocida, M. haemolytica,* and *B. trehalosi*, we used Cohen κ coefficients (*31*). To assess overall differences in prevalence of specific bacterial respiratory pathogens, we used $\chi^2$ tests; for pairwise comparisons, we used the Marascuilo procedure (*32*) to control for multiple comparison problems, which might affect error rates. To assess associations between prevalence of different respiratory bacteria and mortality rates among different bighorn sheep populations, we used the Pearson correlation coefficient.

**Results**

We detected 4 previously reported bacterial respiratory pathogens of bighorn sheep. We detected *M. haemolytica, B. trehalosi,* and *P. multocida* by using aerobic culture and species-specific PCR and *M. ovipneumoniae* by using PCR alone (*20*) (Table 3; online Appendix Table, wwwnc. cdc.gov/EID/article/18/1/11-1554-TA1.htm). Agreement between detection by culture and PCR varied by agent, ranging from no agreement (*M. haemolytica,* κ −0.02), to fair agreement (*B. trehalosi,* κ 0.22), to good agreement (*P. multocida,* κ 0.76). For the purposes of the following analyses, animals for which any agent was detected by either method were considered positive for that agent. Among the targeted agents, 3 (*B. trehalosi, M. haemolytica,* and *M. ovipneumoniae*) were detected in ≥1 animals from all

8 outbreak-affected populations and 1 (*P. multocida*) was detected in animals from 5 outbreak-affected populations (Table 3).

Frequency of detecting *M. haemolytica, B. trehalosi, P. multocida,* and *M. ovipneumoniae* from pneumonia-affected animals differed significantly ($\chi^2$ 26.2, 3 df, p<0.0001). *M. ovipneumoniae* (n = 42, 95%) was detected significantly more often than any other agent except *B. trehalosi* (n = 35, 73%; Marascuilo procedure, p<0.05). Detection of *lktA*, a gene encoding the leukotoxin expressed by *B. trehalosi* and *M. haemolytica,* was then analyzed as a surrogate for virulent *M. haemolytica* and/or *B. trehalosi* because these species, if lacking *lktA,* would be considered to have greatly reduced or no virulence (*33*). Prevalence of *lktA* (n = 10, 22.7%) was significantly lower than that of *P. multocida* (n = 21, 47.7%, Marascuilo procedure, p<0.05).

Frequency of detecting *B. trehalosi* and *P. multocida* differed significantly among outbreaks (p = 0.002 and 0.001, respectively). Similarly, PCR-based detection of *lktA* differed among outbreaks (p = 0.003). Although such differences could potentially contribute to the significant differences in disease severity and mortality rates among the epizootics in this study ($\chi^2$184.7, 7 df, p<0.0001), the prevalence of *B. trehalosi, P. multocida,* or *lktA* did not correlate with estimated mortality rates in the 8 outbreaks included in this study (Tables 1, 3).

Strain typing to evaluate the genetic similarity of bacterial pathogens within and among outbreaks (*23*) detected only single IGS types of *M. ovipneumoniae* within each outbreak, whereas distinctly different IGS types were found for each epizootic with the exception of 2 populations in Montana (Figure). In contrast, the PFGE strain types of *Pasteurellaceae* isolated from within single outbreaks

| Population | No. tested | Bibersteinia trehalosi | Mannheimia haemolytica | Pasteurella multocida | lktA | Mycoplasma ovipneumoniae |
|---|---|---|---|---|---|---|
| Affected during epizootic | | | | | | |
| East Fork Bitterroot, MT | 5 | 3† | 1 | 4 | 2 | 4 |
| Anaconda, MT | 5 | 5 | 5 | 5 | 0 | 5 |
| Bonner, MT | 6 | 2 | 2 | 0 | 0 | 6 |
| Lower Rock Creek, MT | 4 | 3 | 3 | 3 | 0 | 3 |
| East Humboldt and Ruby Mountains, NV | 6 | 6 | 5 | 0 | 1 | 6 |
| Spring Creek, SD | 5 | 5 | 3 | 4 | 3 | 5 |
| Yakima Canyon, WA | 8 | 5 | 4 | 5 | 0 | 8 |
| Hells Canyon, OR and WA | 5 | 5 | 2 | 0 | 4 | 5 |
| Total | 44 | 34 (77.3) | 25 (56.8) | 21 (47.7) | 10 (22.7) | 42 (95.5) |
| Healthy during epizootic | | | | | | |
| Yakima Canyon, WA | 6 | 5 | 3 | 0 | 1 | 2 |
| Bonner, MT | 1 | 0 | 0 | 0 | 0 | 1 |
| Spring Creek, SD | 1 | 1 | 1 | 0 | 0 | 0 |
| Total | 8 | 6 (75.0) | 4 (50.0) | 0 | 1 (12.5) | 3 (37.5) |
| Healthy, no epizootic | | | | | | |
| Quilomene, WA | 3 | 1 | 3 | 0 | 0 | 0 |
| Hells Canyon (Asotin Creek), OR and WA | 2 | 2 | 1 | 1 | 0 | 0 |
| Total | 5 | 3 (60) | 4 (80) | 1 (20) | 0 | 0 |

Table 3. Prevalence of organisms in bighorn sheep, western United States, 2008–2010*

No. (%) detected

*Organisms detected by PCR and/or aerobic culture. MT, Montana; NV, Nevada; SD, South Dakota; WA, Washington; OR, Oregon.
†Number of bighorn sheep tested in which the given agent was detected by PCR and/or bacteriologic culture.

BLM_0004661

RESEARCH

ranged from 0 to 7, including 0–7 *B. trehalosi* strains and 0–2 *P. multocida* strains (Table 4; online Appendix Table). Assessment of strain type diversity of *M. haemolytica* within outbreaks was not possible because this species was isolated only 1 time.

Among the agents and genes tested, *M. ovipneumoniae* was the only agent or gene that was detected at different frequencies for animals from epizootic-affected compared with non–epizootic-affected populations (Table 3; p<0.001). The frequency of *M. ovipneumoniae* and *P. multocida* detection in non–pneumonia-affected animals culled from epizootic populations was intermediate, significantly lower than that in pneumonia-affected animals (p<0.01).



Figure. Neighbor-joining tree of ribosomal intergenic spacer region DNA sequences of *Mycoplasma ovipneumoniae* PCR-amplified from bighorn sheep lung tissues, western United States, 2008–2010. Isolate codes are those from Table 4 and the online Appendix Table (wwwnc.cdc.gov/EID/article/18/1/11-1554-TA1.htm). Scale bar indicates nucleotide substitutions per site.

Partial 16S ribosomal DNA sequences of 527 clones, including ≈30 clones from each of 2 animals from each epizootic, detected the targeted respiratory pathogens *P. multocida*, *M. ovipneumoniae*, *B. trehalosi*, and *M. haemolytica*, although the latter accounted for <1% of the identifications. Also predominant were several obligate anaerobic bacteria (*Fusobacterium necrophorum*, *Prevotella* spp., *Clostridium* spp., and *Bacteroides* spp.) (Table 5).

## Discussion

The results of this study support the hypothesis that *M. ovipneumoniae* is a primary agent in the etiology of epizootic bighorn sheep pneumonia in populations across the western United States and that it acts to induce secondary infection with opportunistic pathogens. *M. ovipneumoniae* was detected in the pneumonic lungs of >95% of study animals involved in the 8 discrete pneumonia epizootics, significantly more frequently than any of the other respiratory agents sought except the bighorn sheep commensal bacterium *B. trehalosi* (*34,35*). We identified identical ribosomal IGS strains of *M. ovipneumoniae* within the affected animals in each outbreak, consistent with epizootic spread (*24*); *M. ovipneumoniae* was not detected in the healthy populations sampled. Of note, the 2 populations in which identical IGS strains of *M. ovipneumoniae* were detected were separated by only ≈20 miles, suggesting the possibility that this strain was transmitted among these populations by movement of ≥1 *M. ovipneumoniae*–infected bighorn sheep.

The normal host range of *M. ovipneumoniae* (members of Old World *Caprinae*, including domestic sheep and mouflon, a closely related Eurasian sheep species) is consistent with many observations that epizootic bighorn sheep pneumonia frequently follows contact with these hosts (*5,19*). Previous experiments in which bighorn sheep were commingled with domestic sheep or mouflon each resulted in epizootic bighorn sheep pneumonia and, cumulatively, the death of 88 (98%) of 90 bighorn sheep; similar commingling experiments with other ungulates (deer, elk, llamas, horses, cattle, goats, mountain goats) resulted at most in sporadic deaths from bighorn sheep pneumonia (4 [7%] of 56) (*19*). In a recent study in which bighorn sheep were commingled with *M. ovipneumoniae*–free domestic sheep, the lack of epizootic bighorn sheep pneumonia was unprecedented (*19*). Together, these data support the hypothesis that bighorn sheep epizootic pneumonia results from cross-species transmission of *M. ovipneumoniae* from its normal host(s) to a naive, highly susceptible host: bighorn sheep.

Each of the other specific potential respiratory pathogens targeted failed to fulfill ≥1 expectations for a primary etiologic agent. *B. trehalosi* was detected in most animals regardless of their health status; exhibited

BLM_0004662

Table 4. Strain types identified in lung tissue from bighorn sheep, western United States, 2008–2010*

| Population | Pasteurellaceae (no. animals)† | Mycoplasma ovipneumoniae (no. animals)‡ |
|---|---|---|
| East Fork Bitterroot, MT | Btre21, Mhae5, Pmul5 (1 each); Pmul24 (5) | Movi3 (5) |
| Bonner, MT | No isolate available | Movi4 (6) |
| Lower Rock Creek. MT | Btre1 (1); Pmul22 (3) | Movi6 (3) |
| Anaconda, MT | Pmul24 (5) | Movi6 (5) |
| East Humboldt and Ruby Mountains, NV | Btre7 (2); Btre8 (3) | Movi5 (4) |
| Yakima Canyon, WA | Btre8, Pmul 22 (1 each); Pmul20 (3); Btre9, 13 (5 each) | Movi2 (7) |
| Spring Creek, SD | Btre10, 11, 12, 17, 19 (1 each); Pmul20 (2) | Movi7 (5) |
| Hells Canyon, OR and WA | Btre 1, 2, 3, 4, 14, 15, 16 (1 each) | Movi1 (4) |
| Quilomene, WA | Mhae23 (1); Btre8 (2) | None detected |
| Asotin, WA | No isolate available | None detected |

*MT, Montana; NV, Nevada; SD, South Dakota; WA, Washington; OR, Oregon.
†*Pasteurellaceae* cluster assignments based on *apal* pulsed-field gel electrophoresis profiles with Dice coefficients clustered by unpaired pair group method with arithmetic means (threshold, 90% identity).
‡*M. ovipneumoniae* strain types identified by ribosomal 16S–23S intergenic spacer region DNA sequences.

diverse strain types within epizootics; and in most instances was detected in the absence of *lktA*, consistent with the nontoxigenic strains widely distributed in healthy and pneumonic bighorn sheep (*36*). *M. haemolytica* was similarly detected in about half of the animals regardless of their health status and in the absence of *lktA*. *P. multocida* was not detected at all in animals involved in 3 of the epizootics, but in those outbreaks in which it was present, it was detected at high prevalence and somewhat more frequently in pneumonia-affected than in healthy bighorn sheep. Furthermore, multiple isolates from those epizootics in which it was detected shared a high degree of genetic similarity, consistent with epizootic transmission (*24*).

The frequencies with which *B. trehalosi*, *P. multocida*, and *lktA* were detected from animals in the different epizootics differed significantly, although this finding did not correlate with mortality rates (Table 1). This conclusion is limited, however, by the possible confounding effect of the extensive culling conducted in several areas of the epizootics examined in this study. More research into factors that affect the severity of bighorn sheep pneumonia epizootics is clearly needed.

The analysis of prevalence of bacterial respiratory pathogens in the lung tissues of healthy animals from unaffected populations was comparatively limited by the small number of control specimens available. To more clearly define the prevalence, infectivity, and virulence of *M. ovipneumoniae*, sampling of additional healthy bighorn sheep populations is needed. Although *M. ovipneumoniae* was not detected in the negative control animals examined in this study and although serologic evidence of exposure to *M. ovipneumoniae* is uncommon or rare in healthy bighorn sheep populations (*17*), several apparently healthy bighorn sheep populations with serologic and/or PCR evidence of exposure to *M. ovipneumoniae* have been identified (data not shown). This finding demonstrates that not all exposures to this agent result in epizootic bronchopneumonia or, perhaps, that unrecognized previous epizootics had occurred. To clarify these findings, more research, specifically including longitudinal observational studies and investigation of strain differences in virulence of *M. ovipneumoniae* (*37*,*38*), is needed.

Our universal eubacterial 16S rDNA approach used analysis of small clone libraries from each animal to detect those agents representing ≥10% of the 16S operons in lung tissue with high (>95%) confidence. The 3 most frequently detected aerobic bacterial agents detected by using this method were *P. multocida*, *M. ovipneumoniae*,

Table 5. Bacteria detected in lung tissue from bighorn sheep with pneumonia, western United States, 2008–2010*

| Bacterial species | Clone sequences, no. (%) | No. animals† | No. populations‡ |
|---|---|---|---|
| *Fusobacterium* spp. | 112 (21.3) | 8 | 5 |
| *Pasteurella multocida* | 67 (12.7) | 5 | 4 |
| *Prevotella* spp. | 57 (10.8) | 9 | 5 |
| *Mycoplasma ovipneumoniae* | 52 (9.9) | 5 | 4 |
| *Bibersteinia trehalosi* | 46 (8.7) | 4 | 3 |
| *Clostridium* spp. | 42 (8.0) | 10 | 7 |
| *Bacteroides* spp. | 16 (3.0) | 7 | 5 |
| *Acinetobacter* spp. | 14 (2.7) | 3 | 3 |
| *Streptococcus* spp. | 13 (2.5) | 1 | 1 |
| *Pseudomonas* spp. | 7 (1.3) | 2 | 2 |
| *Eubacterium* spp. | 6 (1.1) | 4 | 3 |
| *Pasteurellaceae* spp. | 6 (1.1) | 2 | 2 |
| *Ruminococcus* spp. | 6 (1.1) | 3 | 3 |

*rDNA sequence analysis was used. Only species identifications comprising >1% of sequences are reported.
†Number of animals in which the bacterial species was detected, total 16 animals (2 animals each from 8 populations).
‡Number of populations in which the bacterial species was detected, total 8 populations.

BLM_0004663

and *B. trehalosi*; detection of *M. haemolytica* was rare (0.19%) despite the high frequency of its detection by the more sensitive PCR. This finding is surprising because *M. haemolytica* has been regarded as the principal pneumonia pathogen of bighorn sheep (*5*). It has been argued that because *B. trehalosi* inhibits or kills *M. haemolytica* in coculture, the same effect in vivo may block detection of *M. haemolytica* in bighorn sheep lungs (*21*), but this argument cannot explain the dearth of *M. haemolytica* detected in this study because the proportion of lungs that were positive for *M. haemolytica* by PCR was actually lower in the absence of *B. trehalosi* (online Appendix Table). Furthermore, the lung tissues from animals affected by the 5 epizootics in Washington or Montana were obtained from bighorn sheep that were coughing and culled in an attempt to prevent further transmission of the disease; therefore, these specimens could represent animals at earlier stages of the disease when more consistent presence of causal agents would be expected.

Consistent with previous reports of bighorn sheep in Hells Canyon (*17*), the predominance of obligate anaerobes (*Fusobacterium*, *Prevotella*, *Clostridium*, and *Bacteroides* spp.) among the lung flora was consistent with decreased clearance of inhaled oral flora from the lower respiratory tract. Impaired clearance of inhaled flora is expected subsequent to infection by virulent *M. ovipneumoniae* (*38*) or by leukotoxin-expressing *Pasteurellaceae* (*39*), albeit by different mechanisms.

To our knowledge, only 1 other study of epizootic bighorn sheep pneumonia has reported comparative microbiological findings from pneumonia-affected animals involved in multiple discrete epizootics. Aune et al. (*12*) reported that *Pasteurellaceae* cultured from pneumonia-affected animals differed somewhat among 4 bighorn sheep pneumonia epizootics in Montana during 1991–1996. *P. multocida* was isolated from pneumonic lung tissues of ≥1 animals during all 4 epizootics, although prevalence exceeded 50% during only 1 epizootic. *Pasteurellaceae* biotypes corresponding to *B. trehalosi* were isolated from animals involved in 3 of the 4 outbreaks, and *Pasteurellaceae* biotypes corresponding to *M. haemolytica* were isolated from animals in only 1 outbreak. The microbiology of epizootic pneumonia in Hells Canyon also has been described (*11,15,40*); results were broadly comparable to the conventional microbiology results reported here for *Pasteurellaceae*. All these studies differed from the study reported here in that the conventional microbiological methods used failed to recognize *M. ovipneumoniae* in affected lung tissues.

In summary, of the bacterial respiratory pathogens evaluated, *M. ovipneumoniae* was the only agent for which the data consistently met the criteria for a primary etiologic agent across all outbreaks. In contrast, the data were inconsistent with regard to a primary etiologic role for any *Pasteurellaceae* species. The likelihood of *M. ovipneumoniae* having a primary role in bighorn sheep pneumonia is consistent with the association between some epizootics of this disease and contact with domestic sheep because the latter carry this agent at high prevalence. Identification of *M. ovipneumoniae* as the epizootic agent of bighorn sheep pneumonia may provide a useful focus for the development of specific preventative or therapeutic interventions.

## Acknowledgments

We thank those persons whose work made this project possible, including Victoria L. Edwards, Craig Jourdonnais, Ray Vinkey, Michael Thompson, Keri Carson, Jeff Bernatowicz, Mark Vekasy, Roblyn Brown, Caleb McAdoo, Kari Huebner, Jeremy Lutz, Scott Roberts, Ken Gray, Chris Morris, Daniel Crowell, Steve Griffin, John Broecher, and numerous biologists from the US Department of Agriculture, Animal Plant Health Inspection Service, Wildlife Services National Wildlife Disease Program.

Funding for this project was provided by the Washington Department of Fish and Wildlife; the Nevada Department of Wildlife; Nevada Bighorns Unlimited; the Oregon Department of Fish and Wildlife; the Idaho Department of Fish and Game; the Idaho Wildlife Disease Research Oversight Committee; Federal Aid in Wildlife Restoration (study No. 7537), administered through the South Dakota Department of Game, Fish and Parks; and Project W-160-R, administered through the Idaho Department of Fish and Game.

Dr Besser is a professor of veterinary microbiology at Washington State University and the Washington Animal Disease Diagnostic Laboratory. His research interests include preharvest food safety microbiology and infectious diseases of animals.

## References

1. Cassirer EF, Sinclair ARE. Dynamics of pneumonia in a bighorn sheep metapopulation. J Wildl Manage. 2007;71:1080–8. http://dx.doi.org/10.2193/2006-002
2. Hobbs NT, Miller MW. Interactions between pathogens and hosts: simulation of pasteurellosis epidemics in bighorn sheep populations. In: McCullough DR, Barrett RH, editors. Wildlife 2001: populations. New York: Springer Publishing Company; 1992. p. 997–1007.
3. McCarty CW, Miller MW. Modeling the population dynamics of bighorn sheep: a synthesis of literature. Colorado Division of Wildlife special report 73. Denver: Colorado Division of Wildlife; 1998.
4. Monello RJ, Murray DL, Cassirer EF. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Can J Zool. 2001;79:1423–32. http://dx.doi.org/10.1139/z01-103
5. Miller MW. Pasteurellosis. In: Williams ES, Barker IK, editors. Infectious diseases of wild mammals. Ames (IA): Iowa State University Press; 2001. p. 558.
6. George JL, Martin DJ, Lukacs PM, Miller MW. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. J Wildl Dis. 2008;44:388–403.

BLM_0004664

7. Festa-Bianchet M. A pneumonia epizootic in bighorn sheep, with comments on preventive management. In: Samuel WM, editor. Proceedings of the Sixth Biennial Symposium of the Northern Wild Sheep and Goat Council. 1988 Apr 11–15; Banff, Alberta, Canada. Cody (WY): The Council; 1988. p. 66–76.

8. Spraker TR, Hibler CP, Schoonveld GG, Adney WS. Pathologic changes and microorganisms found in bighorn sheep during a stress-related die-off. J Wildl Dis. 1984;20:319–27.

9. Monello RJ, Murray DL, Cassirer EF. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Can J Zool. 2001;79:1423–32. http://dx.doi.org/10.1139/z01-103

10. Ryder TJ, Mills KW, Bowles KH, Thorne ET. Effect of pneumonia on population size and lamb recruitment in Whiskey Mountain bighorn sheep. In: Proceedings of the Eighth Biennial Symposium of the Northern Wild Sheep and Goat Council; 1992 Apr 27–May 1; Cody, Wyoming, USA. Cody (WY): The Council; 1992. p.136–46.

11. Rudolph KM, Hunter DL, Rimler RB, Cassirer EF, Foreyt WJ, DeLong WJ, et al. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (Ovis canadensis canadensis). J Zoo Wildl Med. 2007;38:548–58. http://dx.doi.org/10.1638/2006-0027R.1

12. Aune KA, Anderson N, Worley D, Stackhouse L, Henderson J, Daniel J. A comparison of population and health histories among seven bighorn sheep populations. Proceedings of the Eleventh Biennial Symposium of the Northern Wild Sheep and Goat Council. 1998 Apr 16–20; Whitefish, Montana, USA; 1998. Cody (WY): The Council; 1998; p.:46–69.

13. Clark RK, Jessup DA, Kock MD, Weaver RA. Survey of desert bighorn sheep in California for exposure to selected infectious diseases. J Am Vet Med Assoc. 1985;187:1175–9.

14. Foreyt WJ. Fatal Pasteurella haemolytica pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. Am J Vet Res. 1989;50:341–4.

15. Weiser GC, DeLong WJ, Paz JL, Shafii B, Price WJ, Ward ACS. Characterization of Pasteurella multocida associated with pneumonia in bighorn sheep. J Wildl Dis. 2003;39:536–44.

16. Wolfe LL, Diamond B, Spraker TR, Sirochman MA, Walsh DP, Machin CM, et al. A bighorn sheep die-off in southern Colorado involving a Pasteurellaceae strain that may have originated from syntopic cattle. J Wildl Dis. 2010;46:1262–8.

17. Besser TE, Cassirer EF, Potter KA, VanderSchalie J, Fischer A, Knowles DP, et al. Association of Mycoplasma ovipneumoniae infection with population-limiting respiratory disease in free-ranging Rocky Mountain bighorn sheep (Ovis canadensis canadensis). J Clin Microbiol. 2008;46:423–30. http://dx.doi.org/10.1128/JCM.01931-07

18. Dassanayake RP, Shanthalingam S, Herndon CN, Subramaniam R, Lawrence PK, Bavananthasivam J, et al. Mycoplasma ovipneumoniae can predispose bighorn sheep to fatal Mannheimia haemolytica pneumonia. Vet Microbiol. 2010;145:354–9. http://dx.doi.org/10.1016/j.vetmic.2010.04.011

19. Besser TE, Cassirer EF, Yamada C, Potter KA, Herndon C, Foreyt WJ, et al. Survival of bighorn sheep (Ovis canadensis) commingled with domestic sheep (Ovis aries) in the absence of Mycoplasma ovipneumoniae. J Wildl Dis. 2012;48:168–72.

20. Weiser GC, Drew ML, Cassirer EF, Ward AC. Detection of Mycoplasma ovipneumoniae in bighorn sheep using enrichment culture coupled with genus- and species-specific polymerase chain reaction. J Wildl Dis. 2012. In press.

21. Dassanayake RP, Call DR, Sawant AA, Casavant NC, Weiser GC, Knowles DP, et al. Bibersteinia trehalosi inhibits the growth of Mannheimia haemolytica by a proximity-dependent mechanism. Appl Environ Microbiol. 2010;76:1008–13. http://dx.doi.org/10.1128/AEM.02086-09

22. Fredericks DN, Relman DA. Sequence-based identification of microbial pathogens: a reconsideration of Koch's postulates. Clin Microbiol Rev. 1996;9:18–33.

23. Gilbert GL. Molecular diagnostics in infectious diseases and public health microbiology: cottage industry to postgenomics. Trends Mol Med. 2002;8:280–7. http://dx.doi.org/10.1016/S1471-4914(02)02349-3

24. Riley LW. Molecular epidemiology of infectious diseases: principles and practices. Washington: ASM Press; 2004.

25. Quinn PJ, Markey BK, Leonard FC, FitzPatrick ES, Fanning S, Hartigan PJ. Veterinary microbiology and microbial disease. 2nd ed. Chichester (UK): Wiley-Blackwell; 2011.

26. Fisher MA, Weiser GC, Hunter DL, Ward ACS. Use of a polymerase chain reaction method to detect the leukotoxin gene lktA in biogroup and biovariant isolates of Pasteurella haemolytica and P. trehalosi. Am J Vet Res. 1999;60:1402–6.

27. Townsend KM, Frost AJ, Lee CW, Papadimitriou JM, Dawkins HJ. Development of PCR assays for species- and type-specific identification of Pasteurella multocida isolates. J Clin Microbiol. 1998;36:1096–100.

28. McAuliffe L, Hatchell FM, Ayling RD, King AI, Nicholas RA. Detection of Mycoplasma ovipneumoniae in Pasteurella-vaccinated sheep flocks with respiratory disease in England. Vet Rec. 2003;153:687–8. http://dx.doi.org/10.1136/vr.153.22.687

29. Petti CA. Detection and identification of microorganisms by gene amplification and sequencing. Clin Infect Dis. 2007;44:1108–14. http://dx.doi.org/10.1086/512818

30. Kong F, James G, Gordon S, Zelynski A, Gilbert GL. Species-specific PCR for identification of common contaminant mollicutes in cell culture. Appl Environ Microbiol. 2001;67:3195–200. http://dx.doi.org/10.1128/AEM.67.7.3195-3200.2001

31. Cohen J. Weighted kappa: nominal scale agreement with provision for scaled disagreement of partial credit. Psychol Bull. 1968;70:213–20. http://dx.doi.org/10.1037/h0026256

32. Marascuilo LA. Large-sample multiple comparisons. Psychol Bull. 1966;65:280–90. http://dx.doi.org/10.1037/h0023189

33. Jeyaseelan S, Sreevatsan S, Maheswaran SK. Role of Mannheimia haemolytica leukotoxin in the pathogenesis of bovine pneumonic pasteurellosis. Anim Health Res Rev. 2002;3:69–82. http://dx.doi.org/10.1079/AHRR200242

34. Ward ACS, Hunter DL, Jaworski MD, Benolkin PJ, Dobel MP, Jeffress JB, et al. Pasteurella spp. in sympatric bighorn and domestic sheep. J Wildl Dis. 1997;33:544–57.

35. Jaworski MD, Hunter DL, Ward ACS. Biovariants of isolates of Pasteurella from domestic and wild ruminants. J Vet Diagn Invest. 1998;10:49–55. http://dx.doi.org/10.1177/104063879801000109

36. Sweeney SJ, Silflow RM, Foreyt WJ. Comparative leukotoxicities of Pasteurella haemolytica isolates from domestic sheep and free-ranging bighorn sheep (Ovis canadensis). J Wildl Dis. 1994;30:523–8.

37. Parham K, Churchward CP, McAuliffe L, Nicholas RA, Ayling RD. A high level of strain variation within the Mycoplasma ovipneumoniae population of the UK has implications for disease diagnosis and management. Vet Microbiol. 2006;118:83–90. http://dx.doi.org/10.1016/j.vetmic.2006.07.005

38. Alley MR, Ionas G, Clarke JK. Chronic non-progressive pneumonia of sheep in New Zealand–a review of the role of Mycoplasma ovipneumoniae. N Z Vet J. 1999;47:155–60. http://dx.doi.org/10.1080/00480169.1999.36135

39. Subramaniam R, Herndon CN, Shanthalingam S, Dassanayake RP, Bavananthasivam J, Potter KA, et al. Defective bacterial clearance is responsible for the enhanced lung pathology characteristic of Mannheimia haemolytica pneumonia in bighorn sheep. Vet Microbiol. 2011;153:332–8. http://dx.doi.org/10.1016/j.vetmic.2011.06.008

BLM_0004665

RESEARCH

40. Cassirer EF, Oldenburg LE, Coggins V, Fowler P, Rudolph KM, Hunter DL, et al. Overview and preliminary analysis of Hells Canyon bighorn sheep die-off, 1995–6. Proceedings of the Tenth Biennial Symposium of the Northern Wild Sheep and Goat Council. 1996 Apr 29–May 3; Silverthorne, Colorado. Cody (WY): The Council; 1996;10:78–86.

Address for correspondence: Thomas E. Besser, Washington Animal Disease Diagnostic Laboratory, PO Box 647034, Washington State University, Pullman, WA 99164-7034, USA; email: tbesser@vetmed.wsu.edu



BLM_0004666



# Survival of Bighorn Sheep (*Ovis canadensis*) Commingled with Domestic Sheep (*Ovis aries*) in the Absence of *Mycoplasma ovipneumoniae*

Source: Journal of Wildlife Diseases, 48(1):168-172.
Published By: Wildlife Disease Association
URL: http://www.bioone.org/doi/full/10.7589/0090-3558-48.1.168

BioOne (www.bioone.org) is a nonprofit, online aggregation of core research in the biological, ecological, and environmental sciences. BioOne provides a sustainable online platform for over 170 journals and books published by nonprofit societies, associations, museums, institutions, and presses.

Your use of this PDF, the BioOne Web site, and all posted and associated content indicates your acceptance of BioOne's Terms of Use, available at www.bioone.org/page/terms_of_use.

Usage of BioOne content is strictly limited to personal, educational, and non-commercial use. Commercial inquiries or rights and permissions requests should be directed to the individual publisher as copyright holder.

BioOne sees sustainable scholarly publishing as an inherently collaborative enterprise connecting authors, nonprofit publishers, academic institutions, research libraries, and research funders in the common goal of maximizing access to critical research.

BLM_0004667

# SHORT COMMUNICATIONS

*Journal of Wildlife Diseases*, 48(1), 2012, pp. 168–172
© Wildlife Disease Association 2012

## Survival of Bighorn Sheep (*Ovis canadensis*) Commingled with Domestic Sheep (*Ovis aries*) in the Absence of *Mycoplasma ovipneumoniae*

**Thomas E. Besser,**[1,2,5] **E. Frances Cassirer,**[3] **Catherine Yamada,**[1] **Kathleen A. Potter,**[1,2] **Caroline Herndon,**[1] **William J. Foreyt,**[1] **Donald P. Knowles,**[1,4] **and Subramaniam Srikumaran**[1]   [1] PO Box 647040, Department of Veterinary Microbiology and Pathology, Washington State University, Pullman, Washington 99164-7040, USA; [2] PO Box 647034, Washington Animal Disease Diagnostic Laboratory, Washington State University, Pullman, Washington 99164-6610, USA; [3] Idaho Department of Fish and Game, 3316 16th St., Lewiston, Idaho 83501, USA; [4] PO Box 646630, Animal Disease Research Unit, USDA Agricultural Research Service, Washington State University, Pullman, Washington 99164-6630, USA; [5] Corresponding author (email: tbesser@vetmed.wsu.edu)

ABSTRACT:   To test the hypothesis that *Mycoplasma ovipneumoniae* is an important agent of the bighorn sheep (*Ovis canadensis*) pneumonia that has previously inevitably followed experimental commingling with domestic sheep (*Ovis aries*), we commingled *M. ovipneumoniae*–free domestic and bighorn sheep (*n*=4 each). One bighorn sheep died with acute pneumonia 90 days after commingling, but the other nine remained healthy for >100 days. This unprecedented survival rate is significantly different (*P*=0.002) from that of previous bighorn-domestic sheep contact studies but similar to (*P*>0.05) bighorn sheep survival following commingling with other ungulates. The absence of epizootic respiratory disease in this experiment supports the hypothesized role of *M. ovipneumoniae* as a key pathogen of epizootic pneumonia in bighorn sheep commingled with domestic sheep.

*Key words:*   Bighorn sheep, domestic sheep, *Mycoplasma ovipneumoniae*, pneumonia.

Recovery of bighorn sheep (*Ovis canadensis*) populations in western North America has been hindered by disease, particularly pneumonia (e.g., Miller, 2001). Over the past 100 yr, acute pneumonia outbreaks in bighorn sheep have been reported to frequently follow contacts with domestic Caprinae, particularly sheep (*Ovis aries*), and to relatively rarely follow contacts with other domestic or wild animals (Grinnell, 1928; Buechner, 1960; Goodson, 1982; George et al., 2008; Wolfe et al., 2010). Similarly, experimental commingling of bighorn sheep with domestic sheep or mouflon (*O. aries orientalis*) has

consistently resulted in bighorn sheep mortality approaching 100% within 90 days, whereas commingling with other domestic livestock, including cattle (*Bos taurus*), llamas (*Lama glama*), horses (*Equus caballus*), and goats (*Capra hircus*), has resulted in <30% bighorn sheep mortality, and commingling with native ungulates, including deer (*Odocoileus hemionus* and *Odocoileus virginianus*), elk (*Cervus elaphus*), and mountain goats (*Oreamnos americanus*), has resulted in no observed bighorn sheep mortality (Table 1).

*Mycoplasma ovipneumoniae* has been implicated in pneumonia in free-ranging bighorn sheep (Rudolph et al., 2007; Besser et al., 2008; Wolfe et al., 2010) and in bighorn sheep pneumonia following experimental contact with domestic sheep (Lawrence et al., 2010). Evidence of *M. ovipneumoniae* involvement was also detected in archived materials available from three earlier bighorn sheep–domestic sheep contact studies, including specific 16S rDNA sequences in formalin-fixed, paraffin-embedded affected lung tissues (Foreyt, 1989,1994) and *M. ovipneumoniae* seroconversion in a rare bighorn sheep that survived contact (Foreyt, 1992b; data not shown). Our objective was to determine the outcome of contact of bighorn sheep with domestic sheep in the absence of *M. ovipneumoniae*.

This study was carried out in accordance with United States Department of

BLM_0004668

TABLE 1.   Survival of bighorn sheep (BHS; *Ovis canadensis*) experimentally commingled with other domestic or wild ungulates in previous studies.

| Contact species $(n)$[a] | BHS $(n)$[b] | Mortality (%) | Contact day $(n$ BHS died) | Space (ha) | Reference |
|---|---|---|---|---|---|
| *Ovis* sp. | | | | | |
| Dom. sheep (11) | 14 | 93 | 26 (7), 72 (6) | 2.5 | Foreyt and Jessup, 1982 |
| Dom. sheep (>100) | 37 | 100 | 25 (8), 31 (5), 63 (24) | 445 | Foreyt and Jessup, 1982 |
| Dom. sheep (2) | 2 | 100 | 29 (2) | 0.004 | Onderka and Wishart, 1988 |
| Dom. sheep (6) | 6 | 100 | 4 (1), 27 (2), 29 (1), 36 (1), 71 (1) | 2 | Foreyt, 1989 |
| Dom. sheep (2) | 2 | 100 | 14 (2) | 0.006 | Foreyt, 1990 |
| Dom. sheep/mouflon (30) | 5 | 100 | 11 (1), 14 (1), 17 (1), 30 (1), 99 (1) | 0.27 | Callan et al., 1991 |
| Dom. sheep (4) | 6 | 83 | 26 (1), 33 (1), 34 (1), 35 (1), 40 (1) | 2.5 | Foreyt, 1992b |
| Mouflon (5) | 6 | 100 | 41 (2), 42 (4) | 0.4 | Foreyt, 1994 |
| Dom. sheep (2) | 2 | 100 | 6 (1), 8 (1) | 0.002 | Foreyt, 1994 |
| Dom. sheep (3) | 6 | 100 | 20 (1), 30 (4), 32 (1), 61 (1) | 0.6 | Foreyt, 1998 |
| Dom. sheep (4) | 4 | 100 | 67 (1), 70 (2), 74 (1) | 0.02 | Lawrence et al., 2010 |
| Total | 90 | 98 | | | |
| Other Dom. spp. | | | | | |
| Dom. goats (3) | 3 | 0 | NA[c] | 0.4 | Foreyt, 1994 |
| Llamas (3) | 9 | 0 | NA | 0.8 | Foreyt, 1994 |
| Cattle (3) | 4 | 0 | NA | 0.4 | Foreyt, 1994 |
| Horses (3) | 6 | 17 | 22 (1) | 0.5 | Foreyt and Lagerquist, 1996 |
| Cattle (3) | 5 | 20 | 6 (1) | 0.5 | Foreyt and Lagerquist, 1996 |
| Dom. goats (4) | 7 | 29 | "Third month" (2) | 0.6 | Foreyt et al., 2009 |
| Total | 34 | 12 | | | |
| Wild ungulates | | | | | |
| Mt. goats (2) | 9 | 0 | NA | 0.8 | Foreyt, 1994 |
| Elk (4), deer (3) | 10 | 0 | NA | 0.72 | Foreyt, 1992a |
| Elk (4) | 3 | 0 | NA | 0.4 | Foreyt, 1992a |
| Total | 22 | 0 | | | |

[a] Contact species = animal species placed in contact with bighorn sheep in each experiment. $n$ = No. of the contact species animals in each experiment. Dom. sheep (*Ovis aries*); mouflon (*O. aries orientalis*); Dom. goats (*Capra hircus*), llamas (*Lama glama*); cattle (*Bos taurus*); horses (*Equus caballus*); Mt. goats (*Oreamnos americanus*); elk (*Cervus elaphus*); deer (*Odocoileus hemionus* and *Odocoileus virginianus*). Dom. = domestic; Mt. = mountain.

[b] No. of bighorn sheep included in each contact experiment.

[c] NA = Not applicable.

Agriculture animal research guidelines, under a protocol approved by the Washington State University Institutional Animal Care and Use Committee, between 15 June and 19 October 2009. Four hand-reared captive bighorn sheep, including three yearling rams (Nos. 82, 86, and 89) and one yearling ewe (07) from the Washington State University herd, and four domestic sheep, including three adult ewes (00, 01, 02) and one ewe lamb (04) purchased from a private producer in Whitman County, Washington, were used in this experiment. Prior to commingling, neither herd exhibited evidence of respiratory disease. Both herds were confirmed

BLM_0004669



FIGURE 1. Survival of bighorn sheep (*Ovis canadensis*) commingled with *Mycoplasma ovipneumoniae*–free domestic sheep (*Ovis aries*). Kaplan-Meier survival curve plots of bighorn sheep placed in contact with domestic sheep in 11 previous experiments (*n*=90, – – – ), bighorn sheep placed in contact with other ungulates in nine previous experiments (*n*=56, ---), and bighorn sheep placed in contact with *M. ovipneumoniae*–free domestic sheep in this study (*n*=4, ———).

to be uniformly negative by serology, culture, and polymerase chain reaction tests for *M. ovipneumoniae* conducted using the routine methods of the Washington Animal Disease Diagnostic Laboratory, a laboratory fully accredited by the American Association of Veterinary Laboratory Diagnosticians (validation data and SOPs are available from http://www.vetmed.wsu.edu/depts_waddl/).

The eight animals were commingled in a 232-m$^2$ enclosure beginning 7 July 2009. Observation for adverse health effects, particularly respiratory disease, was conducted daily by animal care staff and approximately 6 days each week by research staff. No symptoms of respiratory disease were detected in the commingled animals until 90 days after commingling, when a single bighorn ram (86) developed clinical signs of pneumonia and died <12 hr later. The remaining three bighorn sheep exhibited no signs of respiratory disease through the termination of the experiment on day 104. Bighorn sheep survival in this study was compared to survival in previous bighorn sheep–domestic sheep/mouflon commingling studies (2% survival) and to survival in previous bighorn sheep–other ungulate commingling studies (93% survival) using Kaplan-Meier survival analysis and the log-rank test (R, version 2.11.1, http://www.r-project.org/). Bighorn sheep survival in this experiment (75% for 104 days) was significantly higher than that in previous bighorn-domestic sheep commingling experiments (log-rank test, *P*<0.002) but did not differ significantly from bighorn sheep survival after experimental commingling with nonsheep ungulates (Fig. 1).

Necropsy of bighorn sheep 86 identified acute bronchopneumonia as the cause of death, with congestion, hemorrhage, necrotic neutrophils (oat cells), and numerous bacterial colonies seen on histopathologic evaluation. Fibrin and neutrophils were observed on the pleura and severe fibrin deposition and edema was observed in pulmonary interlobular septa. Conventional aerobic bacterial cultures of lung lesions, tracheobronchial lymph nodes, and nasal and pharyngeal swabs identified *Manheimia haemolytica* in high numbers, accompanied by moderate numbers of *Bibersteinia trehalosi*, at all respiratory sites tested, and these identifications were confirmed by species-specific PCR (Dassanayake et al., 2010). *Mycoplasma* cultures and *M. ovipneumoniae*–specific PCR of lung, tracheobronchial lymph node, middle ear, pharynx, and nose were negative. The surviving animals remained antibody negative to *M. ovipneumoniae*, ovine progressive pneumonia virus, and respiratory syncytial virus. The animals were antibody positive to PI-3 virus, but no significant titer changes were observed.

The significant finding of this study was the unprecedented majority survival of bighorn sheep commingled with domestic sheep in the absence of *M. ovipneumoniae*. This finding is consistent with the hypothesis that *M. ovipneumoniae* is an important agent in epidemic pneumonia in bighorn sheep, but additional research will be required to further substantiate this hypothesis. If this hypothesis is correct, it is possible that the risk of bighorn sheep pneumonia following contact with domestic

BLM_0004670

SHORT COMMUNICATIONS    171

sheep could be significantly reduced if domestic sheep that may come into contact with bighorn sheep could be managed to eliminate carriage and shedding of *M. ovipneumoniae*.

This work was funded in part by the Wyoming Wildlife/Livestock Disease Partnership, the Idaho Department of Fish and Game, the Washington State Department of Fish and Wildlife, Nevada Bighorns Unlimited Reno, the Oregon Chapter of the Wild Sheep Foundation, the University of Idaho through the Idaho Wildlife/Domestic Animal Disease Research Oversight Committee, the Animal Disease Research Unit of the USDA Agricultural Research Service based in Pullman, Washington, and Federal Aid to Wildlife Restoration Project W-160-R administered through the Idaho Department of Fish and Game. Animal studies were supported by facilities and personnel of the Animal Disease Research Unit. These funding agencies had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript. We sincerely thank Duane Chandler and Amy Hetrick for assistance with animal care, handling, and restraint or sample collection; George Barrington for providing access to *M. ovipneumoniae*–free sheep; Katie Baker, Stephanie Wright, Charlene Teitzel, and Dena Mellick for skilled technical assistance; Maggie Highland for detailed editorial suggestions; and Shannon Lee Swist for her role as the principal investigator of the Wyoming Wildlife/Livestock Disease Partnership funding.

### LITERATURE CITED

BESSER, T. E., E. F. CASSIRER, K. A. POTTER, J. VANDERSCHALIE, A. FISCHER, D. P. KNOWLES, D. R. HERNDON, F. R. RUBANGIRWA, G. C. WEISER, AND S. SRIKUMARAN. 2008. Association of *Mycoplasma ovipneumoniae* infection with population-limiting respiratory disease in free-ranging Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Clinical Microbiology 46: 423–430.

BUECHNER, H. K. 1960. The bighorn sheep in the United States, its past, present, and future. Wildlife Monographs 4: 3–174.

CALLAN, R. J., T. D. BUNCH, G. W. WORKMAN, AND R. E. MOCK. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic wild and domestic sheep. Journal of the American Veterinary Medical Association 198: 1052–1056.

DASSANAYAKE, R. P., D. R. CALL, A. A. SAWANT, N. C. CASAVANT, G. C. WEISER, D. P. KNOWLES, AND S. SRIKUMARAN. 2010. Bibersteinia trehalosi inhibits the growth of *Mannheimia haemolytica* by a proximity-dependent mechanism. Applied and Environmental Microbiology 76: 1008–1013.

FOREYT, W. J. 1989. Fatal *Pasteurella haemolytica* pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50: 341–344.

———. 1990. Pneumonia in bighorn sheep: Effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 7: 92–101.

———. 1992a. Experimental contact association between bighorn sheep, elk, and deer with known *Pasteurella haemolytica* infections. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 8: 213–218.

———. 1992b. Failure of an experimental *Pasteurella haemolytica* vaccine to prevent respiratory disease and death in bighorn sheep after exposure to domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 8: 155–163.

———. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 9: 7–14.

———. 1998. Evaluation of a multivalent *Pasteurella haemolytica* toxoid-bacterin in protecting bighorn sheep from pneumonia after exposure to domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 11: 235–244.

———, AND D. A. JESSUP. 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18: 163–168.

———, AND J. E. LAGERQUIST. 1996. Experimental contact of bighorn sheep (*Ovis canadensis*) with horses and cattle, and comparison of neutrophil sensitivity to *Pasteurella haemolytica* cytotoxins. Journal of Wildlife Diseases 32: 594–602.

———, E. J. JENKINS, AND G. D. APPLEYARD. 2009. Transmission of lungworms (*Muellerius capillaris*) from domestic goats to bighorn sheep on common pasture. Journal of Wildlife Diseases 45: 272–278.

BLM_0004671

GEORGE, J. L., D. J. MARTIN, P. M. LUKACS, AND M. W. MILLER. 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. Journal of Wildlife Diseases 44: 388–403.

GOODSON, N. J. 1982. Effects of domestic sheep grazing on bighorn sheep populations: A review. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 3: 287–313.

GRINNELL, G. B. 1928. Mountain sheep. Journal of Mammalogy 9: 1–9.

LAWRENCE, P. K., S. SHANTHALINGAM, R. P. DASSANAYAKE, R. SUBRAMANIAM, C. N. HERNDON, D. P. KNOWLES, F. R. RURANGIRWA, W. J. FOREYT, G. WAYMAN, A. M. MARCIEL, S. K. HIGHLANDER, AND S. SRIKUMARAN. 2010. Transmission of Mannheimia haemolytica from domestic sheep (Ovis aries) to bighorn sheep (Ovis canadensis): Unequivocal demonstration with green fluorescent protein-tagged organisms. Journal of Wildlife Diseases 46: 706–717; erratum, Journal of Wildlife Diseases 746: 1346.

MILLER, M. W. 2001. Pasteurellosis. In Infectious diseases of wild mammals, E. S. Williams and I. K. Barker (eds.). Iowa State University Press, Ames, Iowa, pp. 330–339.

ONDERKA, D. K., AND W. D. WISHART. 1988. Experimental contact transmission of Pasteurella haemolytica from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases 24: 663–667.

RUDOLPH, K. M., D. L. HUNTER, R. B. RIMLER, E. F. CASSIRER, W. J. FOREYT, W. J. DELONG, G. C. WEISER, AND A. C. WARD. 2007. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (Ovis canadensis canadensis). Journal of Zoo and Wildlife Medicine 38: 548–558.

WOLFE, L. L., B. DIAMOND, T. R. SPRAKER, M. A. SIROCHMAN, D. P. WALSH, C. M. MACHIN, D. J. BADE, AND M. W. MILLER. 2010. A bighorn sheep die-off in southern Colorado involving a Pasteurellaceae strain that may have originated from syntopic cattle. Journal of Wildlife Diseases 46: 1262–1268.

Submitted for publication 6 April 2011.
Accepted 11 August 2011.

BLM_0004672

Preventive Veterinary Medicine 108 (2013) 85–93



Contents lists available at SciVerse ScienceDirect

# Preventive Veterinary Medicine

journal homepage: www.elsevier.com/locate/prevetmed



# Bighorn sheep pneumonia: Sorting out the cause of a polymicrobial disease

Thomas E. Besser[a,*], E. Frances Cassirer[b], Margaret A. Highland[a,c], Peregrine Wolff[d], Anne Justice-Allen[e], Kristin Mansfield[f], Margaret A. Davis[g], William Foreyt[a]

[a] Department of Veterinary Microbiology and Pathology, Washington State University, Pullman, WA, United States
[b] Idaho Department of Fish and Game, Lewiston, ID, United States
[c] Animal Disease Research Unit, USDA Agricultural Research Service, Pullman, WA, United States
[d] Nevada Department of Wildlife, Reno, NV, United States
[e] Arizona Game and Fish Department, Phoenix, AZ, United States
[f] Washington Department of Fish and Wildlife, Spokane Valley, WA, United States
[g] Department of Veterinary Clinical Medicine, Washington State University, Pullman, WA, United States

## ARTICLE INFO

Article history:
Received 14 November 2012
Accepted 16 November 2012

Keywords:
Schwabe symposium paper
Etiology
Bighorn sheep
Bronchopneumonia
Mannheimia haemolytica
Mycoplasma ovipneumoniae
Causal attribution

## ABSTRACT

Pneumonia of bighorn sheep (Ovis canadensis) is a dramatic disease of high morbidity and mortality first described more than 80 years ago. The etiology of the disease has been debated since its initial discovery, and at various times lungworms, Mannheimia haemolytica and other Pasteurellaceae, and Mycoplasma ovipneumoniae have been proposed as primary causal agents. A multi-factorial "respiratory disease complex" has also been proposed as confirmation of causation has eluded investigators. In this paper we review the evidence for each of the candidate primary agents with regard to causal criteria including strength of association, temporality, plausibility, experimental evidence, and analogy. While we find some degree of biological plausibility for all agents and strong experimental evidence for M. haemolytica, we demonstrate that of the alternatives considered, M. ovipneumoniae is the best supported by all criteria and is therefore the most parsimonious explanation for the disease. The strong but somewhat controversial experimental evidence implicating disease transmission from domestic sheep is consistent with this finding. Based on epidemiologic and microbiologic data, we propose that healthy bighorn sheep populations are naïve to M. ovipneumoniae, and that its introduction to susceptible bighorn sheep populations results in epizootic polymicrobial bacterial pneumonia often followed by chronic infection in recovered adults. If this hypothesized model is correct, efforts to control this disease by development or application of vectored vaccines to Pasteurellaceae are unlikely to provide significant benefits, whereas efforts to ensure segregation of healthy bighorn sheep populations from M. ovipneumoniae-infected reservoir hosts are crucial to prevention of new disease epizootics. It may also be possible to develop M. ovipneumoniae vaccines or other management strategies that could reduce the impact of this devastating disease in bighorn sheep.

© 2012 Elsevier B.V. All rights reserved.

## 1. Introduction

Philosophers of science have long debated the process of causal inference, coming to a current consensus following the work of Karl Popper and others that proof of hypothesis is essentially unattainable, and that it is instead hypothesis falsification that drives scientific progress (Popper,

* Corresponding author.
E-mail address: tbesser@vetmed.wsu.edu (T.E. Besser).

0167-5877/$ – see front matter © 2012 Elsevier B.V. All rights reserved.
http://dx.doi.org/10.1016/j.prevetmed.2012.11.018

BLM_0004673

1959). The cause of a disease has been defined as an event, condition, or characteristic that plays an essential role in producing the disease and, following Popper, the causal effect of any single factor can only be understood in relationship to conceivable alternatives (Rothman, 1986). Bighorn sheep pneumonia exemplifies the difficulty of causal inference even in the case of a dramatic infectious disease characterized by high morbidity and mortality, and the cause(s) of this disease have been subject to decades of debate and controversy. In this paper, we compare the evidence for several candidate causal microbial agents that have been proposed for epizootic pneumonia of bighorn sheep, including lungworms, Pasteurellaceae (especially *Mannheimia haemolytica*), and *Mycoplasma ovipneumoniae*, using widely accepted criteria for causality of disease, including strength of association, temporal relationships, biological plausibility, experimental evidence and analogy (Rothman, 1986).

### 1.1. Background

Bighorn sheep vanished from much of their historic range in North America during westward expansion in the early 20th century (Dice, 1919; Grinnell, 1928; Buechner, 1960). The precipitous decline in numbers, from 1.5–2 million in the 19th century to 15–18,000 in the United States by 1960 (Buechner, 1960) was not a unique phenomenon, as many other wildlife species' populations were similarly devastated during this era. However, the complete extirpation of bighorn sheep from much of their range, the slow rate of recovery despite intensive management efforts, and the recent listing of several U.S. populations as federally endangered (USFWS, 1998, 2000) sets them apart from most other North American ungulates.

As with other species of wildlife, market hunting and competition with livestock for forage contributed to the decline of bighorn sheep (Spencer, 1943; Buechner, 1960). However, an unusual correlation between the introduction of domestic sheep (*Ovis aries*) and the rapid disappearance of bighorn sheep was noted by early investigators (Grinnell, 1928; Schillenger, 1937; Marsh, 1938). Pneumonia was recognized as an important cause of the decline by the turn of the 20th century, and remains the most significant disease impeding recovery (Rush, 1927; Buechner, 1960; Gross et al., 2000; Cassirer and Sinclair, 2007). Pneumonia outbreaks in previously healthy bighorn sheep populations typically affect all ages of animals, result in 30–90% mortality, and are nearly always followed by at least several years of annual pneumonia outbreaks restricted to lambs that dramatically reduce population growth (Spraker et al., 1984; Ryder et al., 1992; Cassirer et al., 1996; George et al., 2008). Sporadic or continuous pneumonia events can persist in both adults and lambs in interconnected populations for many years, limiting population growth at best and potentially leading to extinction at worst (Cassirer and Sinclair, 2007).

Pathologic descriptions of bighorn sheep pneumonia were first provided in the first half of the 20th century (Rush, 1927; Marsh, 1938). Rush described a chronic pneumonia and noted lung adhesions, pus, "dark ulcers" and

"a white strip around the edge of the lobes" in sheep necropsied in an all-age pneumonia outbreak that killed about 75% of the population on a portion of the Sun River game range in Montana in 1925. Marsh described a chronic pneumonia associated with lungworms (*Protostrongylus stilesi*), *Corynebacterium* (now *Trueperella*) *pyogenes* and *Pasteurella* spp. in winter pneumonia mortalities on the Sun River game range and Glacier and Yellowstone National Parks in the 1920s and 1930s, and an acute bacterial pneumonia associated with *Pasteurella* spp. and *T. pyogenes* in a high mortality summer pneumonia event affecting 2- to 3-month-old lambs at the National Bison Range. A similar variety of pathologies and agents continues to be observed in bighorn sheep pneumonia cases. More recently, additional lesions including rhinitis, otitis media, sinusitis, tracheitis, pleuritis, bronchiolar hyperplasia, and bronchiectasis have been associated with this disease (Cassirer and Sinclair, 2007; Besser et al., 2008). *M. ovipneumoniae* and respiratory viruses, especially parainfluenza-3 and respiratory syncytial virus, have also been added to list of potential pathogens (Aune et al., 1998; Weiser et al., 2003; Rudolph et al., 2007; Besser et al., 2008).

While there has been a lack of clarity surrounding the pathogens associated with bighorn sheep pneumonia, experimental trials commingling bighorn and domestic sheep have had very clear results: nearly all bighorn sheep (88 of 90, 98%) commingled with domestic sheep in 11 published studies conducted between 1979 and 2009 died of pneumonia, while the domestic sheep remained healthy, as summarized in Besser et al. (2012a). In marked contrast, most (52 of 56, 93%) bighorn sheep survived similar commingling with non-ovine ungulates, including cattle, horses, deer, elk and llamas, also summarized in Besser et al. (2012a). Therefore, candidate agents enzootic in domestic sheep have been and remain a logical focus of etiologic investigations of bighorn sheep pneumonia.

The epidemiology of emerging diseases in wildlife is often unclear and causative agents are often elusive (McCallum and Dobson, 1995; Laurance et al., 1996). However, pneumonia in bighorn sheep is particularly unusual in that during nearly a century of investigation and despite the occurrence of disease outbreaks with dramatically high morbidity and mortality, no specific pathogen has been strongly or consistently associated with the disease. This rather confusing situation further led to development of the concept of a respiratory disease complex lacking a single causal agent and due instead to environmental or physiological stressors predisposing animals to invasion of the lungs with a combination of agents (Spraker et al., 1984; Rudolph et al., 2007). However, little evidence has been found for a correlative or causal relationship of physiological (Kraabel and Miller, 1997; Goldstein et al., 2005) or environmental stressors (Monello et al., 2001) and pneumonia in bighorn sheep. Thus a long history of conflicting and changing ideas about etiology and epidemiology and a lack of systematic examination of the evidence for causality have produced significant roadblocks to understanding and managing pneumonia in bighorn sheep.

BLM_0004674

*T.E. Besser et al. / Preventive Veterinary Medicine 108 (2013) 85–93*   87

## 2. The role of lungworms

Lungworms were one of the first agents proposed as causal agents for pneumonia in bighorn sheep. Two species of lungworm, *Protostrongylus rushii* and *P. stilesi*, are native parasites of North American wild sheep. The worms have a multi-host life cycle that includes infection of various genera of land snails during larval stages. An early hypothesis about the etiology of bighorn sheep pneumonia was that lungworms (specifically *P. stilesi*) were primary agents that caused pneumonia directly or precipitated secondary bacterial infection in the lungs (Marsh, 1938). This disease was referred to as the bighorn sheep lungworm–pneumonia complex (Buechner, 1960; Forrester, 1971).

### 2.1. Strength of association

The association of lungworms with pneumonia is weak. The principal evidence in support of the lungworm hypothesis was the observation of lungworms and associated inflammation within pneumonic tissues of most affected bighorn sheep (Marsh, 1938; Forrester and Senger, 1964b; Forrester, 1971; Demartini and Davies, 1977). However, lungworm infestations are ubiquitous among wild sheep, including the northern thinhorn (Dall's) sheep (*Ovis dalli*) in which pneumonia epizootics have not been reported (Jenkins et al., 2007) as well as in most bighorn sheep populations unaffected by pneumonia (Forrester and Senger, 1964b; Hibler et al., 1982; Festa-Bianchet, 1991).

### 2.2. Plausibility

It is plausible that lungworms could predispose bighorn sheep to bacterial pneumonia. Lungworm larvae are frequently visible in pneumonic lung tissues of affected bighorn sheep, often adjacent to histopathologic lesions including bronchiolar hyperplasia and lymphocyte cuffing of airways commonly seen in bighorn sheep pneumonia. Furthermore, lungworm larvae are transmitted transplacentally to bighorn lambs, consistent with pre-weaning pneumonia mortality often seen in this disease (Forrester and Senger, 1964a; Hibler et al., 1974). However, bighorn sheep pneumonia lesions primarily affect anterior-ventral lung lobes while verminous pneumonia is expected to be broadly distributed with the most severe lesions usually occurring in the diaphragmatic lobes (Radostits et al., 2007). Finally, lungworms do not provide a plausible explanation for the well-documented transmission of pneumonia to bighorn sheep following contact with domestic sheep, given the different species of protostrongylids that typically affect these different host species (Panuska, 2006).

### 2.3. Experimental evidence

Experimental evidence is not supportive of the lungworm hypothesis. Experimental challenge of susceptible bighorn sheep with very high doses of infective lungworm larvae failed to produce any observed disease, refuting the possibility that bighorn sheep might be especially susceptible to lungworm induced pneumonia (Buechner, 1960; Forrester, 1971; Samson et al., 1987). Furthermore, anthelminthic treatments that effectively reduced lungworm burdens (Schmidt et al., 1979) were unsuccessful at improving lamb survival or preventing epizootics (Risenhoover et al., 1988; Goldstein et al., 2005).

Perhaps reflecting this evidence, by the 1980s the model of the lungworm-pneumonia complex had changed to describe a disease in which lungworm infection primarily affected lambs as a consequence of poor habitat conditions and other stressors (Spraker et al., 1984; Risenhoover et al., 1988; Easterly et al., 1992).

## 3. The role of Pasteurellaceae

*M. haemolytica*, *Bibersteinia trehalosi* (formerly designated *Pasteurella haemolytica* types A and T, respectively) and *P. multocida*, all commonly associated with pneumonia of domestic ruminants (Griffin et al., 2010), have been frequently isolated from the lungs of bighorn sheep with pneumonia and have been implicated as causal agents since the 1920s (Rush, 1927; Queen et al., 1994; Weiser et al., 2003; Rudolph et al., 2007). Among these bacteria, most research attention has been directed to leukotoxin positive strains of *M. haemolytica*, a bacterium hypothesized to be transmitted from domestic sheep to bighorn sheep and involved in the etiology of the disease, although the extent of the hypothesized involvement has ranged from "contribute to a pneumonia complex. . ." (Wild and Miller, 1991) to "consistently causes fatal bronchopneumonia in bighorn sheep" (Herndon et al., 2011). Other aerobic bacteria are also frequently isolated from pneumonic bighorn sheep lungs, including *T. pyogenes* (particularly from bighorn sheep with chronic lesions and/or pulmonary abscessation) (Queen et al., 1994) and an as yet unnamed *Moraxella* sp. (unpublished data, GenBank JQ814872), but these have generally been considered incidental findings rather than causative agents.

### 3.1. Strength of association

Strength of association is weak. Prevalence of specific Pasteurellaceae pathogens in lung tissues of pneumonic bighorn sheep, as detected by bacterial cultures or by polymerase chain reaction (PCR) tests, though generally high, is similar to that detected in lungs of healthy bighorn sheep that have died from causes other than pneumonia, and therefore do not reflect strong association with disease (Cassirer, 2005; Kelley et al., 2007; Besser et al., 2012b). Leukotoxin positive *M. haemolytica* can be detected, albeit at lower frequency than in domestic sheep, in the nasopharyngeal flora of healthy bighorn sheep in populations unaffected by pneumonia (Foreyt and Lagerquist, 1996; Kelley et al., 2007; Tomassini et al., 2009). Using culture and PCR, Besser et al. (2012b) documented frequent detection of *M. haemolytica* (57%), *B. trehalosi* (77%) and *P. multocida* (48%) in the lung tissues of 44 pneumonic animals from eight bighorn sheep pneumonia outbreaks in Montana, Nevada, Oregon, and Washington. Normal lung tissues from five bighorn sheep in healthy populations showed similar prevalence of the same three Pasteurellaceae (60%, 80% and 20%, respectively) using the same methodologies.

BLM_0004675



**Fig. 1.** Principal bacterial components of pneumonic bighorn sheep lung tissues based on 16S rDNA clone library analysis (Besser et al., 2008, 2012b). The *X*-axis legend specifies populations of origin of the bighorn sheep from which the tissues were sampled: HCOR = Hell's Canyon OR; HCWA = Hell's Canyon, WA; SCR = Spring Creek SD; ANA = Anaconda MT; BON = Bonner MT; EFB = East Fork Bitterroot MT; EH = East Humboldt NV; LRC = Lower Rock Creek MT; YAK = Yakima WA.

Culture independent assessment of the bacterial flora present in affected lung tissues of two bighorn sheep from each of the eight outbreak populations quantified the percentage of Pasteurellaceae-specific ribosomal 16S operons within the lung lesions: *P. multocida*, 12.7%; *B. trehalosi*, 8.7%; and *M. haemolytica*, 0.2% (Besser et al., 2008, 2012b) (Fig. 1). These data indicate that while these agents are frequently detectable in affected animals, they are relatively (*P. multocida, B. trehalosi*) or extremely (*M. haemolytica*) minor constituents of the infections. While this does not exclude the possibility that these agents may have been present in higher numbers in earlier stages of the disease, it is notable that their frequency did not differ between animals collected by gunshot early in the disease course and animals that died of the disease (Besser et al., 2012b).

### 3.2. Plausibility

As well established respiratory pathogens in many other animal hosts, Pasteurellaceae are generally plausible as causal agents of pneumonia in bighorn sheep. They also exhibit characteristics consistent with the long established association of bighorn sheep pneumonia with domestic sheep contact: bighorn sheep predominantly carry leukotoxin negative *B. trehalosi*, whereas most domestic sheep carry leukotoxin-expressing *M. haemolytica* (Sweeney et al., 1994; Jaworski et al., 1998). Therefore, the observed association of bighorn sheep pneumonia following domestic sheep contact is plausibly consistent with transmission

of leukotoxin expressing Pasteurellaceae, particularly *M. haemolytica*. On the other hand, given the highly epizootic nature of this disease, a causal agent isolated from multiple affected animals within an outbreak would be expected to be indistinguishable by appropriate molecular epidemiologic 'fingerprinting' genetic tests. In a few cases, indistinguishable strain types (or strains carrying unique artificial markers) have been demonstrated in bighorn sheep experimentally commingled with domestic sheep or goats, consistent with transmission (Rudolph et al., 2003; Kelley et al., 2007; Lawrence et al., 2010). However, in general, indistinguishable (epizootic) Pasteurellaceae strain types have not been identified either within natural outbreaks (Weiser et al., 2003; Besser et al., 2012b) or in outbreaks following experimental commingling of domestic sheep and bighorn sheep (Onderka and Wishart, 1988; Foreyt, 1990, 1994; Foreyt, 1998), calling into question Pasteurellaceae as epizootic disease agents.

### 3.3. Experimental evidence

The strongest evidence for the hypothesis that bighorn sheep pneumonia is caused by Pasteurellaceae is the rapidly lethal bronchopneumonia that frequently results from experimental challenge of bighorn sheep with leukotoxin positive *M. haemolytica* or *B. trehalosi* (Onderka et al., 1988; Foreyt et al., 1994; Kraabel et al., 1998). However, other experimental evidence does not unequivocally support this hypothesis. For example, commingling of bighorn

BLM_0004676

sheep and domestic cattle did not result in epidemic pneumonia (Foreyt, 1994; Foreyt and Lagerquist, 1996), despite the high prevalence of carriage by cattle of *lktA* positive *M. haemolytica* types A1 and A2, both highly lethal to bighorn sheep (Dassanayake et al., 2009; Foreyt and Lagerquist, 1996). Similarly, commingling bighorn sheep with deer or elk that were pharyngeal carriers of '*P. haemolytica*' or *P. multocida* did not result in any clinical disease over a six-month period (Foreyt, 1992). Furthermore, although sporadic pneumonia deaths attributed to *M. haemolytica* were observed in bighorn sheep experimentally commingled with non-ovine domestic ruminants carrying *M. haemolytica*, epizootic disease did not occur (Foreyt, 1994; Foreyt et al., 2009; Besser et al., 2012a).

It should be noted that *Pasteurella multocida*, a major respiratory pathogen of sheep, cattle, swine, and many non-ungulate species (Harper et al., 2011) and frequently isolated from bighorn sheep with pneumonia (Aune et al., 1998; Weiser et al., 2003; Rudolph et al., 2007), has as yet received relatively little research attention for its potential role in bighorn sheep pneumonia. *P. multocida* was frequently detected in pneumonic bighorn sheep involved in five of the eight outbreaks investigated by Besser et al. (2012b), was relatively uncommonly detected in lung tissues of healthy control animals (20%), and was the sole Pasteurellaceae for which some clonal strain types were observed within multiple animals within outbreaks (Besser et al., 2012b). To our knowledge, the effects of experimental challenge of bighorn sheep with *P. multocida* have not been reported. Therefore, more evidence is needed to critically assess the possible causal role of this bacterium in bighorn sheep pneumonia.

## 4. The role of *M. ovipneumoniae*

Initial observations of *M. ovipneumoniae* in bighorn sheep were made in pneumonic animals from the Black Mountains in Arizona in 1980 (Bunch et al., 1985). This agent was then reported in association with a pneumonia epizootic affecting Dall's sheep in a zoo (Black et al., 1988). Subsequently, *M. ovipneumoniae* was detected in animals removed from Hells Canyon during an epizootic in the mid-1990s (Rudolph et al., 2007). However, prior to development and widespread use of molecular detection techniques, *M. ovipneumoniae* received little attention, probably because its fastidious nature rendered it difficult to isolate in culture (Weiser et al., 2012).

### 4.1. Strength of association

*M. ovipneumoniae* is strongly associated with pneumonia in bighorn sheep. The strength of association of *M. ovipneumoniae* was first investigated in a study of bighorn lambs collected in Hells Canyon (Besser et al., 2008). In addition to documenting the presence of *M. ovipneumoniae* in all pneumonic lambs but not in a healthy lamb, the study also included a serosurvey of nine additional pneumonic bighorn sheep populations, all of which exhibited high seroprevalence, and nine healthy bighorn sheep populations, all of which were seronegative. Subsequently, *M. ovipneumoniae* was detected in pneumonic lung tissues of

>95% of 44 affected bighorn sheep lungs sampled in eight pneumonia epizootics that occurred in the western US during 2009–2010 but was absent in lung tissues of animals ($N=5$) obtained from two populations unaffected by pneumonia (Besser et al., 2012b). Table 1 lists evidence of *M. ovipneumoniae* presence as tested by culture, PCR, or specific serologic antibodies in bighorn sheep populations of known health status from across western North America. Exposure to *M. ovipneumoniae* was documented in all 36 populations tested that were classified as pneumonic by the wildlife officials submitting the diagnostic specimens, but in only 3 of 32 populations that were classified as healthy ($P < 0.001$; odds ratio $\infty$/undefined; 95% confidence interval $= 31 - \infty$).

### 4.2. Temporality

As reported above, in recent years since reliable diagnostic tools have been available, we have not identified any bighorn sheep pneumonia outbreak in which *M. ovipneumoniae* was not detected in a high proportion of affected animals. In the retrospective serologic study reported in Besser et al. (2008), three populations were identified that remained seronegative up to the year preceding the first recognized pneumonia outbreak, following which all three populations developed high seroprevalence of *M. ovipneumoniae* specific antibody. Similarly, animals in the Asotin Creek population of Hells Canyon were repeatedly tested and remained seronegative and culture/PCR negative for *M. ovipneumoniae* prior to its first pneumonia outbreak in 2012, during which animals with pneumonia were PCR positive for *M. ovipneumoniae* and subsequent to which, surviving animals demonstrated seroconversion.

### 4.3. Plausibility

The biologic plausibility of a role for *M. ovipneumoniae* is addressed by several lines of evidence, including the role of a natural host (domestic sheep) as a risk factor for disease transmission, the nature of the lesions observed in affected bighorn sheep, and the molecular epidemiologic evidence of epizootic transmission of strains of this agent in disease outbreaks. The host range of *M. ovipneumoniae* is limited to Caprinae and the species colonizes domestic sheep flocks at high prevalence (Nicholas et al., 2008). As a result, domestic sheep, domestic goats, and mouflon are plausible biologic sources of this agent, whereas other ungulates, including domestic cattle, horses, llamas and wild Cervidae, are not. Purulent otitis media, a non respiratory lesion often observed in bighorn sheep with pneumonia (Besser et al., 2008), is also frequently associated with respiratory *Mycoplasma* infections in other hosts. Chronic bronchointerstitial pneumonia with lymphocytic cuffing of airways and bronchiolar hyperplasia are often observed in the lungs of bighorn sheep, typical of lesions observed in other respiratory *Mycoplasma* infections (Ettorre et al., 2007; Opriessnig et al., 2011). The lung histopathology of pneumonic bighorn sheep may also include acute fibrinous bronchopneumonia and pleuritis typical of Pasteurellaceae and different individuals from within the same outbreak may present with either

BLM_0004677

*T.E. Besser et al. / Preventive Veterinary Medicine 108 (2013) 85–93*

**Table 1**
*M. ovipneumoniae* (Movi) status of bighorn sheep populations based on serology and/or culture/PCR.

| Pneumonic populations | | | Non-pneumonic populations | | |
|---|---|---|---|---|---|
| Population | State | Movi status | Population | State | Movi status |
| Kanab Creek | AZ | Positive | Cadomin | AB | Negative |
| E. Fraser Valley | BC | Positive | Ram Mt | AB | Negative |
| Peninsular | CA | Positive | Kofa | AZ | Positive |
| White Mts | CA | Positive | Navaho | AZ | Negative |
| Fossil Ridge | CO | Positive | Spence's Bridge | BC | Negative |
| Redbird | ID | Positive | Sierra Nevada | CA | Negative |
| L. Salmon River | ID | Positive | Wild Horse Island | MT | Negative |
| Morgan Cr | ID | Positive | Missouri Breaks | MT | Positive |
| Anaconda | MT | Positive | Sun River (to 2011) | MT | Positive |
| Bonner | MT | Positive | San Francisco River | NM | Negative |
| Cinnabar Basin | MT | Positive | Bare Mtns | NV | Negative |
| E.F. Bitterroot | MT | Positive | Montana Mtns | NV | Negative |
| Lower Rock Cr | MT | Positive | Monte Cristo Mtns | NV | Negative |
| Upper Rock Cr | MT | Positive | Muddy Mtns | NV | Negative |
| Sun River (since 2011) | MT | Positive | Pine Forest | NV | Negative |
| San Andreas | NM | Positive | River Mtns | NV | Negative |
| E. Humboldt | NV | Positive | Stonewall Mtns | NV | Negative |
| Hays Canyon | NV | Positive | Coglan Butte | OR | Negative |
| Pancake Range | NV | Positive | Imnaha (to 1995) | OR | Negative |
| Ruby Mtns | NV | Positive | Lostine (to 1986) | OR | Negative |
| Snowstorm Mtns | NV | Positive | Lookout | OR | Negative |
| Pilot/Leppy Hills | NV/UT | Positive | Badlands (south) | SD | Negative |
| Imnaha (since 1996) | OR | Positive | Clemans Mt | WA | Negative |
| Lostine (since 1987) | OR | Positive | Asotin Cr (to 2012) | WA | Negative |
| Sheep Mt | OR | Positive | Manson | WA | Negative |
| Muir | OR | Positive | Mt Hull | WA | Negative |
| Custer State Park | SD | Positive | Palmer Lake | WA | Negative |
| Hill City | SD | Positive | Quilomene | WA | Negative |
| Rapid Cr | SD | Positive | Sinlahekin | WA | Negative |
| Spring Cr | SD | Positive | Swakane | WA | Negative |
| Asotin Cr (since 2012) | WA | Positive | Tieton | WA | Negative |
| Black Butte | WA | Positive | Tucannon | WA | Negative |
| Wenaha | WA | Positive | | | |
| Yakima | WA | Positive | | | |
| Gros Ventre | WY | Positive | | | |
| Whiskey Basin | WY | Positive | | | |

acute or chronic lesions or in some cases, the chronic lesion may be seen in different areas of the same lungs that exhibit the acute lesion (Besser et al., 2008; unpublished data). The inconsistent presence of acute lung lesions plausibly reflects the variable presence of secondary bacterial pathogens known to induce acute lesions (such as Pasteurellaceae), while the chronic lesions may reflect underlying *M. ovipneumoniae* disease. The pathophysiology of *M. ovipneumoniae* infection is believed to result from tracheal and bronchial ciliostasis and ciliary degeneration that diminish the ability of the infected animal to clear inhaled bacteria (Niang et al., 1998; Alley et al., 1999). The result of impaired mucociliary clearance is polymicrobial pneumonia, consistent with the diverse bacterial populations infecting lung tissues detected by the 16S studies described earlier (Fig. 1 and Fig. S1; Besser et al., 2008, 2012b). Finally, epizootic transmission of *M. ovipneumoniae* within bighorn sheep outbreaks has been confirmed by molecular epidemiology: indistinguishable 16S–23S intergenic spacer region DNA sequences were observed in animals within each of eight outbreaks, while strain types generally differed between outbreaks (Besser et al., 2012b).

Supplementary data associated with this article can be found, in the online version, at http://dx.doi.org/10.1016/j.prevetmed.2012.11.018.

### 4.4. Experimental evidence

The role of *M. ovipneumoniae* in bighorn sheep pneumonia has also been tested experimentally both by exclusion and by introduction. As described earlier, previously published studies of bighorn sheep commingled with domestic sheep or mouflon reported very high (98%) pneumonia mortality within 90 days. In marked contrast and supportive of a key causal role for *M. ovipneumoniae*, three of four bighorn sheep survived commingling with *M. ovipneumoniae*-free domestic sheep for 100 days (Besser et al., 2012a). Experimental challenges of bighorn sheep with *M. ovipneumoniae* have produced more varied results. An isolate given to 1-week-old bighorn lambs failed to produce significant clinical disease: one of two challenged lambs developed a strong anti-*M. ovipneumoniae* antibody response and had focal chronic pneumonia but was culture negative at necropsy, while the other challenged lamb remained seronegative but culture positive from both the upper and lower respiratory tract through the >60 day experiment (Besser et al., 2008). Due to the possibility of in vitro attenuation of the Mycoplasma during the isolation process (Buddle et al., 1984), subsequent *M. ovipneumoniae* challenges by our laboratory have utilized nasopharyngeal washes collected directly from

BLM_0004678

*T.E. Besser et al. / Preventive Veterinary Medicine 108 (2013) 85–93*                    91



**Fig. 2.** Model diagram of the *M. ovipneumoniae* (Movi) hypothesis as presented in this paper.

*M. ovipneumoniae* colonized animals then treated by incubation (3 h, 35 °C) with ceftazidime to eliminate Pasteurellaceae and other susceptible bacteria. These challenges have consistently produced signs of respiratory tract disease and pneumonia, including coughing, nasal discharge, ear droop, and head shaking similar to those seen in the natural disease. In one published study, four bighorns challenged in this manner developed clinical signs consistent with pneumonia, and one animal died during the 70 days that the animals were followed after challenge (Dassanayake et al., 2010). In subsequent experiments, transmission of *M. ovipneumoniae* infection from single infected animals to all in-contact animals and to all animals in adjacent pens was demonstrated in two separate experiments involving a total of nine bighorn sheep. All bighorn sheep infected by *M. ovipneumoniae* developed bronchopneumonia and several died (unpublished observations).

### 4.5. Analogy

Infection of swine with the closely related bacterium (*M. hyopneumoniae*) is similarly associated with 'atypical pneumonia' that results in a similar chronic lesion and that is similarly characterized by polymicrobial infection with a broad spectrum of inhaled oral and pharyngeal bacteria (Opriessnig et al., 2011).

## 5. Hypothesis: a conceptual model of etiology of bighorn sheep pneumonia

As reviewed earlier, among the many pathogens associated with bighorn sheep pneumonia, *M. ovipneumoniae* most completely satisfies accepted criteria for a causal role in disease, including strength of association, temporal

relationship, biological plausibility, experimental evidence and analogy (Rothman, 1986). These data suggest a new model (Fig. 2), in which a bacterium (*M. ovipneumoniae*) native to domestic sheep and goats but previously exotic to North American wild sheep, plays a key role: Epizootic all-ages pneumonia ensues when this agent is transmitted into a naive bighorn sheep population, as the bacterium interferes with normal bronchociliary clearance mechanisms (Niang et al., 1998) leading to polymicrobial pneumonia. The polymicrobial pneumonia frequently includes obligate anaerobic bacteria, Pasteurellaceae, *T. pyogenes*, and diverse other taxa. The case fatality rate of the pneumonia may be affected by the dose or the virulence of the infecting *M. ovipneumoniae* strain, the nature of the secondary bacterial invaders, the resistance of the host, or other as yet unidentified factors. Animals surviving the initial epizootic can become chronic carriers, shedding *M. ovipneumoniae* in the nasal secretions. Chronic carrier ewes may transmit the infection to subsequent years' lambs resulting in epizootic lamb pneumonia while chronic carrier rams may potentially spread the agent to adjacent populations in the course of their natural movements (Geist, 1971; Singer et al., 2000).

Once introduced into a bighorn sheep population, *M. ovipneumoniae* may be cleared after a year or two, or persist for decades. Potential ultimate outcomes of infection include selection for attenuation of the agent due to the high death loss of hosts infected with fully virulent strains, selection of bighorn sheep with increased genetic resistance to the infection, stochastic loss of carrier animals resulting in elimination of the agent and cessation of the infectious cycle, or local extirpation of bighorn sheep populations due to lack of lamb survival. Research is needed to better describe the range of

*T.E. Besser et al. / Preventive Veterinary Medicine 108 (2013) 85–93*

outcomes observed following bighorn sheep pneumonia and to determine which of the above mechanisms is at play.

If this hypothesized model is correct, efforts to control this disease by development or application of vectored vaccines to Pasteurellaceae are unlikely to provide significant beneficial effects, whereas efforts to ensure segregation of healthy bighorn sheep populations from *M. ovipneumoniae*-carrying domestic sheep, domestic goats, and chronically infected bighorn sheep are crucial to prevent new disease epizootics. In addition, it may be possible to develop *M. ovipneumoniae* vaccines or other management procedures that could reduce shedding of the agent by domestic small ruminants in order to reduce the risk of transmission to bighorn sheep. An effective vaccine could also potentially be usefully applied to bighorn sheep to reduce disease morbidity and mortality if the challenges inherent in vaccinating wildlife, particularly a species that inhabits inaccessible terrain, could be overcome.

## Acknowledgments

We would like to acknowledge the assistance of people who contributed data or information to this paper: Neil Anderson and Jennifer Ramsey of the Montana Department of Fish, Wildlife and Parks, Flint Taylor of the New Mexico Veterinary Diagnostic Laboratory, Steven Griffith of the South Dakota Department of Game, Fish, and Parks; Josh Smith of the South Dakota State University, Elise Goldstein of the New Mexico Department of Game and Fish, and Craig Foster of the Oregon Department of Fish and Wildlife.

## References

Alley, M.R., Ionas, G., Clarke, J.K., 1999. Chronic non-progressive pneumonia of sheep in New Zealand – a review of the role of *Mycoplasma ovipneumoniae*. N. Z. Vet. J. 47, 155–160.

Aune, K.A., Anderson, N., Worley, D., Stackhouse, L., Henderson, J., Daniel, J., 1998. A comparison of population and health histories among seven bighorn sheep populations. In: Proc. Bien. Symp. North. Wild Sheep Goat Coun., vol. 11, pp. 46–69.

Besser, T.E., Cassirer, E.F., Potter, K.A., VanderSchalie, J., Fischer, A., Knowles, D.P., Herndon, D.R., Rurangirwa, F.R., Weiser, G.C., Srikumaran, S., 2008. Association of *Mycoplasma ovipneumoniae* infection with population-limiting respiratory disease in free-ranging rocky mountain bighorn sheep (*Ovis canadensis canadensis*). J. Clin. Microbiol. 46, 423–430.

Besser, T.E., Cassirer, E.F., Yamada, C., Potter, K.A., Herndon, C.N., Foreyt, W.J., Knowles, D.P., Srikumaran, S., 2012a. Survival of bighorn sheep (*Ovis canadensis*) commingled with domestic sheep (*Ovis aries*) in the absence of *Mycoplasma ovipneumoniae*. J. Wildl. Dis. 48, 168–172.

Besser, T.E., Highland, M., Baker, K., Anderson, N.J., Ramsey, J.M., 2012b. Causes of pneumonia epizootics among bighorn sheep, western United States, 2008–2010. Emerg. Infect. Dis. 18, 406–414.

Black, S.R., Barker, I.K., Mehren, K.G., Crawshaw, G.J., Rosendal, S., Ruhnke, L., Thorsen, J., Carman, P.S., 1988. An epizootic of *Mycoplasma ovipneumoniae* infection in captive Dall's sheep (*Ovis dalli dalli*). J. Wildl. Dis. 24, 627–635.

Buddle, B.M., Herceg, M., Davies, D.H., 1984. Experimental infection of sheep with *Mycoplasma ovipneumoniae* and *Pasteurella haemolytica*. Vet. Microbiol. 9, 543–548.

Buechner, H.K., 1960. The bighorn sheep in the United States, its past, present, and future. Wildl. Monogr. 4, 3–174.

Bunch, T.D., Welch, G., Glaze, R.L., 1985. Chronic sinusitis in desert bighorn sheep in northwestern Arizona. In: Proc. Desert Bighorn Sheep Coun., vol. 25, pp. 1–3.

Cassirer, E.F., 2005. Ecology of Disease in Bighorn Sheep in Hells Canyon, USA. Department of Zoology, University of British Columbia, Vancouver, p. 138.

Cassirer, E.F., Oldenburg, L.E., Coggins, V., Fowler, P., Rudolph, K.M., Hunter, D.L., Foreyt, W.J., 1996. Overview and preliminary analysis of Hells Canyon bighorn sheep die-off, 1995–6. In: Proc. Bien. Symp. North. Wild Sheep Goat Coun., vol. 10, pp. 78–86.

Cassirer, E.F., Sinclair, A.R.E., 2007. Dynamics of pneumonia in a bighorn sheep metapopulation. J. Wildl. Manage. 71, 1080–1088.

Dassanayake, R.P., Shanthalingam, S., Herndon, C.N., Lawrence, P.K., Cassirer, E.F., Potter, K.A., Foreyt, W.J., Clinkenbeard, K.D., Srikumaran, S., 2009. *Mannheimia haemolytica* serotype A1 exhibits differential pathogenicity in two related species, *Ovis canadensis* and *Ovis aries*. Vet. Microbiol. 133, 366–371.

Dassanayake, R.P., Shanthalingam, S., Herndon, C.N., Subramaniam, R., Lawrence, P.K., Bavananthasivam, J., Cassirer, E.F., Haldorson, G.J., Foreyt, W.J., Rurangirwa, F.R., Knowles, D.P., Besser, T.E., Srikumaran, S., 2010. *Mycoplasma ovipneumoniae* can predispose bighorn sheep to fatal *Mannheimia haemolytica* pneumonia. Vet. Microbiol. 145, 354–359.

Demartini, J.C., Davies, R.B., 1977. An epizootic of pneumonia in captive bighorn sheep infected with *Muellerius* sp. J. Wildl. Dis. 13, 117–124.

Dice, L.R., 1919. The mammals of southeastern Washington. J. Mammal. 1, 10–22.

Easterly, T.G., Jenkins, K.J., Mccabe, T.R., 1992. Efficacy of orally administered ivermectin on lungworm infection in free-ranging bighorn sheep. Wildl. Soc. B. 20, 34–39.

Ettorre, C., Sacchini, F., Scacchia, M., Della Salda, L., 2007. Pneumonia of lambs in the Abruzzo region of Italy: anatomopathological and histopathological studies and localisation of *Mycoplasma ovipneumoniae*. Vet. Ital. 43, 149–155.

Festa-Bianchet, M., 1991. Numbers of lungworm larvae in feces of bighorn sheep – Yearly changes, influence of host sex, and effects on host survival. Can. J. Zool. – Rev. Canad. Zool. 69, 547–554.

Foreyt, W., 1992. Experimental contact association between bighorn sheep, elk, and deer with known *Pasteurella haemolytica* infections. In: Proc. Bien. Symp. North. Wild Sheep Goat Coun., vol. 8, pp. 213–218.

Foreyt, W.J., 1990. Pneumonia in bighorn sheep: effects of *Pasteurella haemolytica* from domestic sheep and effects on survival and long-term reproduction. In: Proc. Bien. Symp. North. Wild Sheep Goat Coun., vol. 7, pp. 92–101.

Foreyt, W.J., 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. In: Proc. Bien. Symp. North. Wild Sheep Goat Coun., vol. 9, pp. 7–14.

Foreyt, W.J., 1998. Evaluation of a multivalent *Pasteurella haemolytica* toxoid-bacterin in protecting bighorn sheep from pneumonia after exposure to domestic sheep. In: Proc. Bien. Symp. North. Wild Sheep Goat Coun., vol. 11, pp. 235–244.

Foreyt, W.J., Jenkins, E.J., Appleyard, G.D., 2009. Transmission of lungworms (*Muellerius capillaris*) from domestic goats to bighorn sheep on common pasture. J. Wildl. Dis. 45, 272–278.

Foreyt, W.J., Lagerquist, J.E., 1996. Experimental contact of bighorn sheep (*Ovis canadensis*) with horses and cattle, and comparison of neutrophil sensitivity to *Pasteurella haemolytica* cytotoxins. J. Wildl. Dis. 32, 594–602.

Foreyt, W.J., Snipes, K.P., Kasten, R.W., 1994. Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. J. Wildl. Dis. 30, 137–145.

Forrester, D.J., 1971. Bighorn sheep lungworm-pneumonia complex. In: Davis, J.W., Anderson, R.C. (Eds.), Parasitic Diseases of Wild Mammals. Iowa State University Press, Ames, IA, pp. 158–173.

Forrester, D.J., Senger, C.M., 1964a. Prenatal infection of bighorn sheep with protostrongylid lungworms. Nature 201, 1051.

Forrester, D.J., Senger, C.M., 1964b. A survey of lungworm infection in bighorn sheep of Montana. J. Wildl. Manage. 28, 481–491.

Geist, V., 1971. Mountain Sheep: A Study in Behavior and Evolution. University of Chicago Press, Chicago, IL.

George, J.L., Martin, D.J., Lukacs, P.M., Miller, M.W., 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep. J. Wildl. Dis. 44, 388–403.

Goldstein, E.J., Millspaugh, J.J., Washburn, B.E., Brundige, G.C., Raedeke, K.J., 2005. Relationships among fecal lungworm loads, fecal glucocorticoid metabolites, and lamb recruitment in free-ranging Rocky Mountain bighorn sheep. J. Wildl. Dis. 41, 416–425.

Griffin, D., Chengappa, M.M., Kuszak, J., McVey, D.S., 2010. Bacterial pathogens of the bovine respiratory disease complex. Vet. Clin. North Am. Food Anim. Pract. 26, 381–394.

Grinnell, G.B., 1928. Mountain sheep. J. Mammal. 9, 1–9.

Gross, J.E., Singer, F.J., Moses, M.E., 2000. Effects of disease, dispersal, and area on bighorn sheep restoration. Rest. Ecol. 8, 25–37.

BLM_0004680

*T.E. Besser et al. / Preventive Veterinary Medicine 108 (2013) 85–93*                93

Harper, M., Cox, A.D., Adler, B., Boyce, J.D., 2011. *Pasteurella multocida* lipopolysaccharide: the long and the short of it. Vet. Microbiol, 153, 109–115.

Herndon, C.N., Shanthalingam, S., Knowles, D.P., Call, D.R., Srikumaran, S., 2011. Comparison of passively transferred antibodies in bighorn and domestic lambs reveals one factor in differential susceptibility of these species to *Mannheimia haemolytica*-induced pneumonia. Clin. Vaccine Immunol. 18, 1133–1138.

Hibler, C.P., Metzger, C.J., Spraker, T.R., Lange, R.E., 1974. Further observations on *Protostrongylus* sp. infection by transplacental transmission in bighorn sheep. J. Wildl. Dis. 10, 39–41.

Hibler, C.P., Spraker, T.R., Thorne, E.T., 1982. Protostrongylosis in bighorn sheep. In: Thorne, E.T., Kingston, N., Jolley, W.R., Bergstrom, R.C. (Eds.), Diseases of Wildlife in Wyoming. Wyoming Game and Fish Department, Cheyenne, WY, pp. 208–213.

Jaworski, M.D., Hunter, D.L., Ward, A.C.S., 1998. Biovariants of isolates of Pasteurella from domestic and wild ruminants. J. Vet. Diagn. Invest. 10, 49–55.

Jenkins, E.J., Veitch, A.M., Kutz, S.J., Bollinger, T.K., Chirino-Trejo, J.M., Elkin, B.T., West, K.H., Hoberg, E.P., Polley, L., 2007. Protostrongylid parasites and pneumonia in captive and wild thinhorn sheep (*Ovis dalli*). J. Wildl. Dis. 43, 189–205.

Kelley, S.T., Cassirer, E.F., Weiser, G.C., Safaee, S., 2007. Phylogenetic diversity of Pasteurellaceae and horizontal gene transfer of leukotoxin in wild and domestic sheep. Infect. Genet. Evol. 7, 13–23.

Kraabel, B.J., Miller, M.W., 1997. Effect of simulated stress on susceptibility of bighorn sheep neutrophils to *Pasteurella haemolytica* leukotoxin. J. Wildl. Dis. 33, 558–566.

Kraabel, B.J., Miller, M.W., Conlon, J.A., McNeil, H.J., 1998. Evaluation of a multivalent *Pasteurella haemolytica* vaccine in bighorn sheep: protection from experimental challenge. J. Wildl. Dis. 34, 325–333.

Laurance, W.F., McDonald, K.R., Speare, R., 1996. Epidemic disease and the catastrophic decline of Australian rainforest frogs. Conserv. Biol. 10, 406–413.

Lawrence, P.K., Shanthalingam, S., Dassanayake, R.P., Subramaniam, R., Herndon, C.N., Knowles, D.P., Rurangirwa, F.R., Foreyt, W.J., Wayman, G., Marciel, A.M., Highlander, S.K., Srikumaran, S., 2010. Transmission of *Mannheimia haemolytica* from domestic sheep (*Ovis aries*) to bighorn sheep (*Ovis canadensis*): unequivocal demonstration with green fluorescent protein-tagged organisms. J. Wildl. Dis. 46, 706–717 (Erratum, J. Wildl. Dis. 746: 1346).

Marsh, H., 1938. Pneumonia in Rocky Mountain bighorn sheep. J. Mammal. 19, 214–219.

McCallum, H., Dobson, A., 1995. Detecting disease and parasite threats to endangered species and ecosystems. Trends Ecol. Evol. 10, 190–194.

Monello, R.J., Murray, D.L., Cassirer, E.F., 2001. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Can. J. Zool. 79, 1423–1432.

Niang, M., Rosenbusch, R.F., DeBey, M.C., Niyo, Y., Andrews, J.J., Kaeberle, M.L., 1998. Field isolates of *Mycoplasma ovipneumoniae* exhibit distinct cytopathic effects in ovine tracheal organ cultures. Zentralbl. Veterinarmed. A 45, 29–40.

Nicholas, R., Ayling, R., McAuliffe, L., 2008. Mycoplasma Diseases of Ruminants: Disease, Diagnosis and Control. CABI, Cambridge, MA.

Onderka, D.K., Rawluk, S.A., Wishart, W.D., 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. Can. J. Vet. Res. 52, 439–444.

Onderka, D.K., Wishart, W.D., 1988. Experimental contact transmission of *Pasteurella haemolytica* from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. J. Wildl. Dis. 24, 663–667.

Opriessnig, T., Gimenez-Lirola, L.G., Halbur, P.G., 2011. Polymicrobial respiratory disease in pigs. Anim. Health Res. Rev. 12, 133–148.

Panuska, C., 2006. Lungworms of ruminants. Vet. Clin. North Am. Food Anim. Pract. 22, 583–593.

Popper, K., 1959. The Logic of Scientific Discovery. Basic Books, New York.

Queen, C., Ward, A.C.S., Hunter, D.L., 1994. Bacteria isolated from nasal and tonsillar samples of clinically healthy Rocky-Mountain bighorn and domestic sheep. J. Wildl. Dis. 30, 1–7.

Radostits, O.M., Gay, C.C., Hinchcliff, K.W., Constable, P.D., 2007. Veterinary Medicine: A Textbook of the Diseases of Cattle, Horses, Sheep, Pigs, and Goats. Elsevier Saunders, New York.

Risenhoover, K.L., Bailey, J.A., Wakelyn, L.A., 1988. Assessing the Rocky Mountain bighorn sheep management problem. Wildl. Soc. B 16, 346–352.

Rothman, K.J., 1986. Modern Epidemiology. Little, Brown and Company, Boston.

Rudolph, K.M., Hunter, D.L., Foreyt, W.J., Cassirer, E.F., Rimler, R.B., Ward, A.C.S., 2003. Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. J. Wildl. Dis. 39, 897–903.

Rudolph, K.M., Hunter, D.L., Rimler, R.B., Cassirer, E.F., Foreyt, W.J., DeLong, W.J., Weiser, G.C., Ward, A.C., 2007. Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (*Ovis canadensis*). J. Zoo. Wildl. Med. 38, 548–558.

Rush, W.M., 1927. Notes on diseases in wild game mammals: mountain sheep. J. Mammal. 8, 153–165.

Ryder, T.J., Williams, E.S., Mills, K.W., Bowles, K.H., Thorne, E.T., 1992. Effect of pneumonia on population size and lamb recruitment in Whiskey Mountain bighorn sheep. In: Proc. Bien. Symp. North. Wild Sheep Goat Coun., vol. 8, pp. 137–147.

Samson, J., Holmes, J.C., Jorgenson, J.T., Wishart, W.D., 1987. Experimental infections of free-ranging Rocky Mountain bighorn sheep with lungworms. J. Wildl. Dis. 23, 396–403.

Schillenger, J.E., 1937. Disease relationship between domestic animals and wildlife. Trans. N. Amer. Wildl. Nat. Res. Conf. 2, 298–302.

Schmidt, R.L., Hibler, C.P., Spraker, T.R., Rutherford, W.H., 1979. An evaluation of drug treatment for lungworm in bighorn sheep. J. Wildl. Manage. 43, 461–467.

Singer, F.J., Moses, M.E., Bellew, S., Sloan, W., 2000. Correlates to colonizations of new patches by translocated populations of bighorn sheep. Restor. Ecol. 8, 66–74.

Spencer, C.C., 1943. Notes of the life history of Rocky Mountain bighorn sheep in the Tarryall mountains of Colorado. J. Mammal. 24, 1–11.

Spraker, T.R., Hibler, C.P., Schoonveld, G.G., Adney, W.S., 1984. Pathologic changes and microorganisms found in bighorn sheep during a stress-related die-off. J. Wildl. Dis. 20, 319–327.

Sweeney, S.J., Silflow, R.M., Foreyt, W.J., 1994. Comparative leukotoxicities of *Pasteurella haemolytica* isolates from domestic sheep and free-ranging bighorn sheep (*Ovis canadensis*). J. Wildl. Dis. 30, 523–528.

Tomassini, L., Gonzales, B., Weiser, G.C., Sischo, W., 2009. An ecologic study comparing distribution of *Pasteurella trehalosi* and *Mannheimia haemolytica* between Sierra Nevada bighorn sheep. White Mountain bighorn sheep and domestic sheep. J. Wildl. Dis. 45, 930–940.

USFWS, U.S.F.a.W.S., 1998. Endangered and threatened wildlife and plants: endangered status for th peninsular ranges population segment of the desert bighorn sheep in southern California. Fed. Regist. 63.

USFWS, U.S.F.a.W.S., 2000. Endangered and threatened wildlife and plants: final rule to list the Sierra Nevada distinct population segment of the California bighorn sheep as endangered. Fed. Regist. 65.

Weiser, G.C., De Long, W.J., Paz, J.L., Shafii, B., Price, W.J., Ward, A.C.S., 2003. Characterization of *Pasteurella multocida* associated with pneumonia in bighorn sheep. J. Wildl. Dis. 39, 536–544.

Weiser, G.C., Drew, M.L., Cassirer, E.F., Ward, A.C., 2012. Detection of *Mycoplasma ovipneumoniae* in bighorn sheep using enrichment culture couple with genus- and species-specific polymerase chain reaction. J. Wildl. Dis. 48, 449–453.

Wild, M.A., Miller, M.W., 1991. Detecting nonhemolytic *Pasteurella haemolytica* infections in healthy Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*): influences of sample site and handling. J. Wildl. Dis. 27, 53–60.

BLM_0004681

OPEN ACCESS Freely available online



# Epizootic Pneumonia of Bighorn Sheep following Experimental Exposure to *Mycoplasma ovipneumoniae*



**Thomas E. Besser[1,2]\*, E. Frances Cassirer[3], Kathleen A. Potter[1,2], Kevin Lahmers[1], J. Lindsay Oaks[1,2], Sudarvili Shanthalingam[1], Subramaniam Srikumaran[1], William J. Foreyt[1]**

1 Department of Veterinary Microbiology and Pathology, Washington State University, Pullman, Washington, United States of America, 2 Washington Animal Disease Diagnostic Laboratory, Washington State University, Pullman Washington, United States of America, 3 Idaho Department of Fish and Game, Lewiston, Idaho, United States of America

## Abstract

*Background:* Bronchopneumonia is a population limiting disease of bighorn sheep (*Ovis canadensis*). The cause of this disease has been a subject of debate. Leukotoxin expressing *Mannheimia haemolytica* and *Bibersteinia trehalosi* produce acute pneumonia after experimental challenge but are infrequently isolated from animals in natural outbreaks. *Mycoplasma ovipneumoniae*, epidemiologically implicated in naturally occurring outbreaks, has received little experimental evaluation as a primary agent of bighorn sheep pneumonia.

*Methodology/Principal Findings:* In two experiments, bighorn sheep housed in multiple pens 7.6 to 12 m apart were exposed to *M. ovipneumoniae* by introduction of a single infected or challenged animal to a single pen. Respiratory disease was monitored by observation of clinical signs and confirmed by necropsy. Bacterial involvement in the pneumonic lungs was evaluated by conventional aerobic bacteriology and by culture-independent methods. In both experiments the challenge strain of *M. ovipneumoniae* was transmitted to all animals both within and between pens and all infected bighorn sheep developed bronchopneumonia. In six bighorn sheep in which the disease was allowed to run its course, three died with bronchopneumonia 34, 65, and 109 days after *M. ovipneumoniae* introduction. Diverse bacterial populations, predominantly including multiple obligate anaerobic species, were present in pneumonic lung tissues at necropsy.

*Conclusions/Significance:* Exposure to a single *M. ovipneumoniae* infected animal resulted in transmission of infection to all bighorn sheep both within the pen and in adjacent pens, and all infected sheep developed bronchopneumonia. The epidemiologic, pathologic and microbiologic findings in these experimental animals resembled those seen in naturally occurring pneumonia outbreaks in free ranging bighorn sheep.

**Citation:** Besser TE, Cassirer EF, Potter KA, Lahmers K, Oaks JL, et al. (2014) Epizootic Pneumonia of Bighorn Sheep following Experimental Exposure to *Mycoplasma ovipneumoniae*. PLoS ONE 9(10): e110039. doi:10.1371/journal.pone.0110039

**Editor:** Glenn F. Browning, The University of Melbourne, Australia

**Received** June 22, 2014; **Accepted** September 13, 2014; **Published** October 10, 2014

**Copyright:** © 2014 Besser et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Data Availability:** The authors confirm that all data underlying the findings are fully available without restriction. All relevant data are within the paper.

**Funding:** These studies were funded by grants from the Wyoming Wildlife/Livestock Disease Partnership (T. E. Besser, S. Srikumaran), the Washington Department of Fish and Wildlife (T. E. Besser), the Idaho Domestic Wildlife Research Oversight Committee (E. F. Cassirer), and the Oregon chapter of the Foundation for North American Wild Sheep (T. E. Besser) or the grant support that made these studies possible. The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

**Competing Interests:** The authors have declared that no competing interests exist.

\* Email: tbesser@vetmed.wsu.edu

## Introduction

Bighorn sheep are a North American species that has failed to recover from steep declines at the turn of the 20th century despite strict protections and intensive management, and two populations (Sierra Nevada and Peninsular) are currently classified as endangered [1]. Epizootic pneumonia is limiting bighorn sheep population restoration and as such, the etiology is of considerable interest. The first appearance of the disease in a population is typically in the form of epizootics that affect animals of all ages and is sometimes accompanied by high (>50%) mortality rates. Subsequently, epizootics affecting primarily lambs may occur for decades [2]. Various causes have been proposed for this disease, including lungworms (*Protostrongylus* sp.) [3–6], Pasteurellaceae, especially *Mannheimia (Pasteurella) haemolytica*, [7–12] and more recently, *Mycoplasma ovipneumoniae* [13–16]. In a recent

comparative review of the evidence supporting each of these possible etiologies we concluded that *M. ovipneumoniae* was most strongly supported as the primary epizootic agent of bighorn sheep pneumonia [14]. However, the only two previous experimental challenge studies with *M. ovipneumoniae* either did not reproduce disease [13] or were confounded by challenges with other agents [16]. The objective of this study was to improve upon previous investigations to better assess the outcome of experimental introduction of *M. ovipneumoniae* to naïve bighorn sheep.

## Methods

### Ethics statement

This study was carried out in accordance with the recommendations in the Guide for the Care and Use of Laboratory Animals of the National Institutes of Health and in conformance with

BLM_0004682

United States Department of Agriculture animal research guidelines, under protocols #03854 and #04482 approved by the Washington State University (WSU) Institutional Animal Care and Use Committee. As described in those protocols, euthanasia was performed by intravenous injection of sodium pentobarbital for animals observed to be in severe distress associated with pneumonia during the study and prior to necropsy examination for surviving animals at the end of each experiment.

## Experimental aims

Experiment 1 was conducted to investigate the transmission of *M. ovipneumoniae* to bighorn sheep and their subsequent development of disease, using an infected domestic sheep source. Experiment 2 was conducted to investigate experimental direct *M. ovipneumoniae* infection of a single bighorn sheep and the subsequent transmission of this agent to conspecifics. Both experiments were conducted in multiple pens separated by short distances, which allowed investigation of transmission to both commingled and non-commingled animals.

## Experimental animals

All experimental animals originated from herds and flocks unexposed to *M. ovipneumoniae* as determined by repeated testing with both serology on blood serum and PCR on enriched nasal swab cultures (using the methods described later in the 'Microbiological testing' section). In Experiment 1, three hand-reared bighorn sheep (yearling rams BHS #82 and #89 and yearling ewe BHS #07) that originated from a captive flock at WSU and three purchased domestic sheep (adult ewes DS #00 and #01 and yearling ewe DS #LA) were co-housed in three 46 m² pens, with one domestic and one bighorn sheep per pen. Pens were separated by 7.6–12 m. Experiment 1 animals had all been commingled in a single pen for 104 days immediately prior to the beginning of this experiment, as previously described [15]. One of the four bighorn sheep used in that prior study had died of *M. haemolytica* pneumonia, while the other three, which had demonstrated no signs of respiratory disease in that study, were used in experiment 1. In Experiment 2, wild bighorn sheep captured from the Asotin Creek population in Hells Canyon were housed in two 700 m² pens, 7.6 m apart, with three animals per pen (Pen #1: adult ewe BHS #40, yearling ewe BHS #38, and yearling ram BHS #39; Pen #2: adult ewes BHS #41 and #42 and adult ram BHS #C). The study pens had either never previously housed domestic or bighorn sheep (pen 1 in experiment 1; both pens in experiment 2) or had been rested for greater than one year since their previous occupancy by any *M. ovipneumoniae* infected sheep (pens 2 and 3 in experiment 1) prior to these experiments.

## Experimental design

**Experiment 1.**  A domestic ewe (DS #00) was placed in isolation and experimentally infected with *M. ovipneumoniae*. The inoculum consisted of ceftiofur-treated (100 ug/ml, 2 hrs, 37°C; Pfizer, Florham Park, NJ) nasal wash fluids from a domestic sheep naturally colonized with *M. ovipneumoniae* [16]. Following ceftiofur treatment, no aerobic bacterial growth was observed from the nasal wash fluids cultured under conditions expected to permit growth of *M. haemolytica*, *B. trehalosi*, or *P. multocida* (Columbia blood agar with 5% sheep blood, 35°C, overnight, 5% CO₂). DS #00 was then challenged with the treated nasal wash fluid by infusion of 15 ml in each nares, 10 ml orally and 5 ml into each conjunctival sac. Subsequent nasal swab samples obtained on days 1, 2, 4 and 7 post-challenge were all PCR positive for *M. ovipneumoniae* using the method described later in the 'Microbiological testing' section confirming that the experimental infection

had been successful. On post challenge day 7, DS #00 was introduced into pen #1 with BHS #82. Following commingling, DS #00 and BHS #82 were restrained for collection of nasal swab samples on days 1, 2, 4, 7, 14, 21, 28, and subsequently at 30 day intervals until the experiment was terminated. Rectal temperatures were recorded from both sheep approximately twice each week. Sheep in pens #2 (BHS #89 and DS #01) and #3 (BHS #07 and DS #LA) were restrained for rectal temperature determination and collection of nasal swabs for microbiology at approximately monthly intervals. All pens were observed daily for clinical signs of respiratory disease. The experiment was conducted October 2009–January 2010.

**Experiment 2.**  BHS #39 was inoculated with *M. ovipneumoniae* just prior to its release into pen #1 with non-inoculated BHS #38 and #40. Non-inoculated BHS #C, #41, and #42 were housed in pen #2 on the same day. The inoculum for BHS #39 was prepared as described for that used in experiment 1 but originated from a different domestic sheep source. In lieu of computation of colony forming units, which is not possible for *M. ovipneumoniae* due to inconsistent growth on plated media, viable *M. ovipneumoniae* counts in the inoculum were determined using most probable number (MPN) via a custom 3×4 format: Triplicate enrichment broth tubes were inoculated at each of four decimal dilutions ($10^{-2}$–$10^{-5}$) of the treated nasal wash fluid [17], incubated (72 hrs, 35C) then PCR was used to detect growth of viable *M. ovipneumoniae*. The treated fluid was determined to contain 930 MPN/ml (95% confidence interval, 230 to 3800 MPN). Two of the bighorn sheep (BHS #38 and #39) in pen 1 were recaptured by drive net on day 21 of the experiment for nasal swab sampling to detect *M. ovipneumoniae* infection; otherwise, no live animal sampling was conducted in experiment #2 to reduce the risk of traumatic injury of the wild bighorn sheep involved. The experiment was conducted December 2011–June 2012.

**Biosecurity.**  In both experiments, routine biosecurity measures included: 1) the pens containing the single *M. ovipneumoniae*-challenged animals (exposed pens) were located downwind of the prevailing wind direction from the pens containing no experimentally *M. ovipneumoniae* exposed animals (clean pens), 2) order of entry rules were established so that on any single day exposed pens were routinely entered by animal care staff for feeding and cleaning only after all work in clean pens had been completed, and 3) personal protective equipment (coveralls and boots) used in exposed pens were either not reused, or were sanitized prior to use in clean pens.

**Clinical scores.**  Clinical score data were determined using the following cumulative point system: observed anorexia (1), nasal discharge (1), cough (1), dyspnea (1), head shaking (1), ear paresis (1) and weakness/incoordination (1).

**Microbiological testing.**  Routine diagnostic testing performed by the Washington Animal Diagnostic Laboratory (fully accredited by the American Association of Veterinary Laboratory Diagnosticians) included detection of *M. ovipneumoniae*-specific and small ruminant lentivirus-specific antibodies in serum samples using competitive enzyme-linked immunosorbent assays (cELISA) [14,18,19], detection of *M. ovipneumoniae* colonization by broth enrichment of nasal swabs followed by *M. ovipneumoniae*-specific PCR testing of the broths [20,21], detection of Pasteurellaceae in pharyngeal swab samples by aerobic bacteriologic cultures, and detection of exposure to parainfluenza-3, border disease, and respiratory syncytial viruses by virus neutralization antibody assays applied to serum samples.

PCR tests specific for detection of *M. haemolytica*, *B. trehalosi*, and *P. multocida*, and *lktA* (the gene encoding the principal

BLM_0004683

virulence factor of *M. haemolytica* and *B. trehalosi*) were applied to DNA extracted from pneumonic lung tissues using previously described primers (Table 1) and methods with minor modifications. All reactions were conducted individually in 20 μL volumes containing 80–300 ng of template DNA. For *M. haemolytica*, *B. trehalosi*, *lktA* and *P. multocida*, reactions contained 0.5 units of HotStar Taq DNA polymerase (Qiagen), 2 μL 10x PCR buffer (Qiagen), 4 μL Q-solution (Qiagen), 40 μM of each dNTP (Invitrogen). The *M. ovipneumoniae* reaction used QIAGEN Multiplex PCR mix. Primers were used at final concentrations of 0.2 μM (*M. haemolytica*, *B. trehalosi*, *P. multocida*, and *M. ovipneumoniae*) or 0.5 μM (leukotoxin A). Each reaction included an initial activation and denaturation step (95°C, 15 min) and a final 72°C extension step (10 min for Mhgcp-2, lktA, lktA set-1, and LM primers; 9 min for KMT primers; 5 min for Btsod and Mhgcp primers). Cycling conditions were as follows: *M. ovipneumoniae*, 30 cycles of 95°C for 30 s, 58°C for 30 s, 72°C for 30 s; *B. trehalosi* and *M. haemolytica* (Mhgcp and Btsod primers), 35 cycles of 95°C for 30 s, 55°C for 30 s, 72°C for 40 s; *P. multocida* and *lktA* (lktA primers), 30 cycles of 95°C for 60 s, 55°C for 60 s, 72°C for 60 s; *M. haemolytica* (Mhgcp-2 primers), 40 cycles of 95°C for 30 s, 54°C for 30 s, 72°C for 30 s; *lktA* (lktA sct-1 primers), 40 cycles of 95°C for 30 s, 52°C for 30 s, 72°C for 40 s. Leukotoxin expression was detected in Pasteurellaceae isolates by MTT dye reduction cytotoxicity assay as described previously [22].

The 16S–23S ribosomal operon intergenic spacer (IGS) regions of *M. ovipneumoniae* recovered from animals in these studies were PCR amplified (Table 1) and sequenced as previously described [23].

**16S rDNA analyses to identify the predominant bacterial flora in pneumonic lung tissues.** In previous studies, culture-independent evaluation of the microbial flora of lung tissues in naturally occurring bighorn sheep pneumonia revealed a polymicrobial flora late in the disease course [13,23]. For comparison, we applied the same methods to lung tissues of the experimentally challenged animals in this study. Note that more sensitive

detection of specific respiratory pathogens was provided by the PCR assays described earlier, whereas these 16S studies were designed instead to identify the numerically predominant bacteria in affected lungs. The library size used was based on the binary distribution to provide a 95% chance of detection of each taxon comprising 10% or more of the ribosomal operon frequency in the source tissue. Two 1 g samples of pneumonic lung tissues were aseptically collected from sites at least 10 cm apart, homogenized by stomaching, and DNA was extracted (DNeasy tissue kit; Qiagen, Valencia, CA) from 100 uL aliquots of each homogenate. 16S rDNA segments were PCR amplified and cloned as described [13]. Insert DNA was sequenced from 16 clones derived from each of the two homogenates from each animal, and each sequence was attributed to species (≥99% identity) or genus (≥97% identity) based on BLAST GenBank similarity [24].

## Results

### Experiment 1

*M. ovipneumoniae* infection of DS #00, introduced into pen 1 to start the experiment, was confirmed by positive nasal swab samples obtained on days 1, 4, and 7 after inoculation prior to its introduction into pen #1, and on days 1, 2, 4, 7, 14, 21, 28, 60 and 90 after its introduction into pen #1, confirming that the experimental colonization had been successful and maintained throughout experiment 1. *M. ovipneumoniae* was first detected in the bighorn sheep (BHS #82) commingled with DS #00 in pen #1 on day 28, and subsequent tests on days 60 and 90 were also positive. BHS #82 developed signs of respiratory disease including nasal discharge (onset day 37); coughing and fever (onset day 42); and lethargy and ear paresis (onset day 61) (Figure 1a). Signs of respiratory disease were observed in the bighorn sheep in pens #2 (BHS #89) and #3 (BHS #07) beginning on days 62 and 67, respectively; these signs also included fever, lethargy, paroxysmal coughing, nasal discharge, head shaking, and drooping ears. No signs of respiratory disease were observed in the commingled domestic sheep at any time during the experiment. *M.*

**Table 1.** Primers and PCR reaction targets used in these experiments.

| Pathogen/Virulence gene | Target | Primer Name | Sequence (5' → 3') | Size (bp) | Reference |
|---|---|---|---|---|---|
| *M. haemolytica* | *gcp* | MhgcpF | AGA GGC CAA TCT GCA AAC CTC G | 267 | [33] |
| | | MhgcpR | GTT CGT ATT GCC CAA CGC CG | | |
| *M. haemolytica* | *gcp* | MhgcpF2 | TGG GCA ATA CGA ACT ACT CGG G | 227 | [34] |
| | | MhgcpR2 | CTT TAA TCG TAT TCG CAG | | |
| *B. trehalosi* | *sodA* | BtsodAF | GCC TGC GGA CAA ACG TGT TG | 144 | [33] |
| | | BtsodAR | TTT CAA CAG AAC CAA AAT CAC GAA TG | | |
| *P. multocida* | *kmt1* | KMT1T7 | ATC CGC TAT TTA CCC AGT GG | 460 | [35] |
| | | KMT1SP6 | GCT GTA AAC GAA CTC GCC AC | | |
| Pasteurellaceae leukotoxin | *lktA* | lktAF | TGT GGA TGC GTT TGA AGA AGG | 1,145 | [36] |
| | | lktAR | ACT TGC TTT GAG GTG ATC CG | | |
| *M. haemolytica* leukotoxin | *lktA* | lktAF set-1 | CTT ACA TTT TAG CCC AAC GTG | 497 | [34] |
| | | lktAR set-1 | TAA ATT CGC AAG ATA ACG GG | | |
| *Mycoplasma ovipneumoniae* | 16s rDNA | LMF | TGA ACG GAA TAT GTT AGC TT | 361 | [20,21] |
| | | LMR | GAC TTC ATC CTG CAC TCT GT | | |
| *Mycoplasma ovipneumoniae* | 16S–23S IGS | MoIGSF | GGA ACA CCT CCT TTC TAC GG | Variable~490 | [23] |
| | | MoIGSR | CCA AGG CAT CCA CCA AAT AC | | |

doi:10.1371/journal.pone.0110039.t001

BLM_0004684

*M. ovipneumoniae*-Induced Bighorn Sheep Pneumonia

*ovipneumoniae* was detected in nasal swab samples from all bighorn and domestic sheep in pens #2 and #3 when sampled on day 70. The bighorn sheep were euthanized for necropsy on days 93 (BHS #89) and 99 (BHS #82 and #07). At necropsy, significant abnormal findings were limited to the respiratory tract. Bronchopneumonia affecting 25–50% of the lung volume was observed in all three bighorn sheep (Figure 2). Histopathological examination revealed peribronchiolitis with large lymphoid cuffs, bronchiectasis with purulent exudates, pulmonary atelectasis, and hyperplastic bronchial epithelia lacking visible cilia (Figure 2).

## Experiment 2

On day 21 following release of the inoculated bighorn into pen #1, *M. ovipneumoniae* was detected in the inoculated animal and one pen mate (BHS #38 and #39); the third animal (BHS #40) evaded capture and sampling on that day. The first signs of respiratory disease were observed in pen #1 animals on day 21 during drive net capture for sampling, apparently triggered by exertion (Figure 2a). On day 34, inoculated BHS #39 died in pen #1. On day 49, signs of respiratory disease were first observed in the bighorn sheep in pen #2 (Figure 2b). On days 65 and 109, #41, and #42 in pen #2 died or were euthanized *in extremis*. The surviving three bighorn sheep exhibited varying degrees of respiratory disease: BHS #38 showed persistent respiratory disease, while BHS #40 and #C showed decreasing respiratory disease over time, which became minimal after days 161 and 154, respectively. On day 204, the three surviving bighorn sheep were euthanized for necropsy. At necropsy, significant abnormal findings were limited to the respiratory tract. All six bighorn sheep had bronchopneumonia, with consolidation of lung tissue volumes ranging from an estimated 5% (BHS #40) to 80–100% (BHS #41) (Figure 2). Histopathological examination revealed severe peribronchiolitis with large lymphoid cuffs as seen in experiment 1. Animals that died or were euthanized in extremis had an overlying necrotizing bronchiolitis (#39) or abscessing bronchiolitis with bronchiectasis (BHS #41, #42) (Figure 2).



**Figure 1. Clinical signs exhibited by *M. ovipneumoniae* infected bighorn sheep.** Clinical scores (3-day moving averages) of bighorn sheep following introduction of *M. ovipneumoniae*: A) Experiment 1, 3 separate pens; solid line, Pen 1, BHS #82; dashed line, Pen 2, BHS #89; dotted line, Pen 3, BHS #07; B) Experiment 2, Pen 1: solid line, BHS #39 (died day 34); dashed line, BHS #40; dotted line; BHS #38.; C) Experiment 2, Pen 2: solid line, BHS #42 (euthanized day 109); dotted line, BHS #41 (died day 65); dashed line, BHS #C.
doi:10.1371/journal.pone.0110039.g001

BLM_0004685

*M. ovipneumoniae*-Induced Bighorn Sheep Pneumonia



**Figure 2. Gross and histologic lesions in lungs of bighorn sheep experimentally infected with *M. ovipneumoniae*.** Images of BHS #82 (A, B), BHS #39 (C, D), BHS #C (E, F) and BHS #42 (G, H). Original magnification of histologic images was 200X (B, D, H) or 100X (F). doi:10.1371/journal.pone.0110039.g002

## Microbiology

All bighorn sheep in both experiments seroconverted to *M. ovipneumoniae* (Table 2). Most experimental animals had neutralizing antibody to parainfluenza-3 virus, but no significant changes in antibody titers were observed during the experimental period. Detectable antibody to other ovine respiratory viruses, including border disease virus, ovine progressive pneumonia virus, and respiratory syncytial virus was occasionally observed in single samples.

*M. ovipneumoniae* was detected at necropsy in both upper and lower respiratory tracts of all bighorn sheep except BHS #40 whose lung tissues were PCR negative and whose upper

respiratory samples were PCR indeterminate (Table 3). Aerobic cultures and/or PCR tests identified *B. trehalosi* from pneumonic lung tissues from all bighorn sheep in both experiments (Table 3). *B. trehalosi* isolates from BHS #82 and #07 carried *lktA* and expressed leukotoxin activity (Table 3). *P. multocida* and *M. haemolytica* were not detected in these animals by either aerobic culture or PCR.

## Culture independent survey of bacteria in pneumonic bighorn sheep lung tissues

DNA sequences of cloned 16S rDNA revealed that the predominant bacterial species in pneumonic sections of lung were

BLM_0004686