**Table 2.** Antibody responses to *M. ovipneumoniae* and parainfluenza-3 (PI-3) virus.

| Experiment | ID | Pen | *M. ovipneumoniae*[1] | | PI-3 virus[2] | |
| | | | Pre[3] | Post[3] | Pre[3] | Post[3] |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 82 | 1 | −8% | 93% | 512 | 512 |
| 1 | 89 | 2 | −7% | 88% | 128 | 128 |
| 1 | 07 | 3 | −1% | 92% | 256 | 512 |
| 2 | 38 | 1 | −6% | 74% | Neg | 64 |
| 2 | 39 | 1 | −13% | 67% | Neg | <32 |
| 2 | 40 | 1 | −23% | 75% | 64 | 512 |
| 2 | 41 | 2 | −19% | 82% | 512 | NT |
| 2 | 42 | 2 | −11% | 82% | 256 | NT |
| 2 | C | 2 | −4% | 66% | 256 | 512 |

[1]*M. ovipneumoniae* antibody detected by cELISA, expressed as percentage inhibition of the binding of an agent-specific monoclonal antibody [14,18].
[2]PI-3 virus neutralizing antibody detected by virus neutralization [37].
[3]Pre samples in experiment 1 were obtained on the day that the *M. ovipneumoniae* colonized domestic sheep was introduced to pen 1 and in experiment 2 were obtained on the day that BHS #39 was inoculated with *M. ovipneumoniae*. 'Post' samples in both experiments were obtained at necropsy. Neg = No titer detected. NT = Not tested, due to inadequate specimen volume.
doi:10.1371/journal.pone.0110039.t002

diverse (Table 4). In experiment 1, *M. ovipneumoniae* was detected in the lung tissues of all animals. *B. trehalosi* also comprised substantial proportions of the pneumonic lung flora in two animals (BHS #82 and #07), while obligate anaerobic species, primarily Fusobacterium spp., predominated in the third animal (BHS #89). The flora identified in the pneumonic lungs of the animals in experiment 2 was also substantially comprised of mixed obligate anaerobes especially *Fusobacterium* spp. (Table 4).

**Molecular epidemiology of respiratory pathogens.** Consistent with epidemic transmission, *M. ovipneumoniae* strains recovered from all experimental sheep within each experiment shared identical IGS DNA sequences with the respective challenge inoculum (GenBank HQ615162 in experiment 1; KJ551511 in experiment 2).

## Discussion

The most striking finding of these experiments was the high transmissibility of *M. ovipneumoniae* and the consistent development of pneumonia that followed infection of bighorn sheep. The bacterium was naturally transmitted from single experimentally inoculated animals (a domestic sheep in experiment 1 and a bighorn sheep in experiment 2) to all animals within and between pens up to 12 m distant. Eight of nine bighorn sheep exposed to *M. ovipneumoniae* developed severe bronchopneumonia and three died, while all the domestic sheep remained healthy.

Previous experimental challenge studies conducted with *M. haemolytica or B. trehalosi* in the absence of *M. ovipneumoniae* have not documented transmission. For example, Foreyt et al. [8]

**Table 3.** Microbiologic findings from pneumonic lung tissues, based on aerobic culture and species specific PCR.

| Expt. | ID | Bacterial pathogens identified in pneumonic lung tissues | | | | |
| | | *B. trehalosi* | *M. haemolytica* | *lktA* | *M. ovipneumoniae* | Other[5] |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 82 | Cult, *sodA*[1] | Neg[2] | Pos[3] | 16S[4] | None |
| 1 | 89 | Cult, *sodA* | Neg | Neg[3] | 16S | *Pasteurella* sp.[5] |
| 1 | 07 | Cult, *sodA* | Neg | Pos | 16S | *Pasteurella* sp. |
| 2 | 38 | Cult, *sodA* | Neg | Neg | 16S | *Pasteurella* sp. |
| 2 | 39 | NT, *sodA* | NT, Neg[2] | Neg | 16S | NT[5] |
| 2 | 40 | Cult | Neg | Neg | Neg[4] | *Trueperella pyogenes*[5] |
| 2 | 41 | Cult, *sodA* | Neg | Neg | 16S | None |
| 2 | 42 | Cult | Neg | Neg | 16S | None |
| 2 | C | Cult | Neg | Neg | 16S | *Pasteurella* sp. |

[1]Cult = *B. trehalosi* detected by bacterial culture; *sodA* = *B. trehalosi* detected by *sodA* species-specific PCR (Table 1); NT = Unable to test by bacterial culture (overgrowth by *Proteus* sp.).
[2]Neg = *M. haemolytica* not detected by either bacterial culture or by PCR with either *gcp* primer set (Table 1); NT = Unable to test by bacterial culture (overgrowth by *Proteus* sp.).
[3]Neg = Pasteurellaceae *lktA* not detected in DNA extracts from pneumonic lung tissues by two different *lktA* PCRs (Table 1) [34,36]. Pos = *lktA* detected in *B. trehalosi* isolates obtained from BHS #82 and #07 [36].
[4]16S = *M. ovipneumoniae* detected by PCR (Table 1) [20]; Neg = *M. ovipneumoniae* not detected by PCR.
[5]*Pasteurella* sp., *Trueperella pyogenes* = Bacteria isolated and identified by aerobic culture; *Pasteurella* sp. were determined not to be *B. trehalosi*, *M. haemolytica*, or *P. multocida*; NT = Unable to test by bacterial culture due to overgrowth by *Proteus* sp.
doi:10.1371/journal.pone.0110039.t003

BLM_0004687

**Table 4.** Microbiologic findings by 16S clone library (culture independent) method.

| Expt. | ID | Bacterial species identified in pneumonic lung tissues | | | | | |
|---|---|---|---|---|---|---|---|
| | | Btre[1] | Movi[1] | Fuso[1] | Prev[1] | Porphyro[1] | Other[1] |
| 1 | 82 | 20 (62.5)[2] | 8 (25) | 0 | 3 (9.4) | 0 | 1 (3.1) |
| 1 | 89 | 1 (3.1) | 7 (21.9) | 21 (65.6) | 1 (3.1) | 0 | 2 (6.3) |
| 1 | 07 | 16 (50.0) | 12 (37.5) | 0 | 0 | 0 | 4 (12.5) |
| 2 | 38 | 4 (7.1) | 2 (3.6) | 8 (14.3) | 20 (35.7) | 9 (16.1) | 13 (23.2) |
| 2 | C | 0 | 0 | 17 (30.4) | 5 (8.9) | 19 (33.9) | 15 (26.8) |
| 2 | 39 | 2 (6.3) | 0 | 24 (75.0) | 0 | 0 | 6 (18.8) |
| 2 | 40 | 0 | 0 | 0 | 5 (15.6) | 0 | 56 (100.0) |
| 2 | 41 | 1 (3.1) | 0 | 21 (65.6) | 5 (15.6) | 0 | 5 (15.6) |
| 2 | 42 | 0 | 0 | 31 (96.9) | 0 | 0 | 1 (3.1) |

[1]Btre = B. trehalosi; Movi = M. ovipneumoniae; Fuso = Fusobacterium sp.; Prev = Prevotella sp.; Porphyro = Porphyromonas sp.; Other = taxa other than those previously listed, each comprising <5% of sequenced clones.
[2]N (%) of the sequenced 16S clones from each animal whose DNA sequences were identical to those of the tabulated bacterial species in each column.
doi:10.1371/journal.pone.0110039.t004

reported a series of three experiments in which commingled bighorn sheep were either challenged with intra-tracheal *M. haemolytica* or given sterile BHI as controls. Four of the five control bighorn sheep survived without evidence of disease while commingled with eight *M. haemolytica*-challenged bighorn sheep, of which seven died of pneumonia [8]. Commingled bighorn sheep also remained healthy in several other studies where individual bighorn sheep died with apparent *M. haemolytica* bronchopneumonia (confirmed by isolation of this bacterium from lung tissues) [15,25,26].

In addition to high transmissibility, the time course of disease development and the predominant microbiology of the pneumonic lung tissues following experimental introduction of *M. ovipneumoniae* differed from that seen in previous bighorn sheep challenge experiments with other respiratory pathogens. Bighorn sheep directly challenged with leukotoxin positive *M. haemolytica* or *B. trehalosi* develop peracute bronchopneumonia and >90% die within a week of challenges with $10^5$ cfu or more [16,27–30]. In contrast, disease following experimental *M. ovipneumoniae* exposures was considerably slower in onset (14–21 days post infection) and development (deaths occurring 34 to 109 days post infection; respiratory disease persisted up to 6 months post-infection); this slow time course closely resembles that documented previously in bighorn lamb pneumonia outbreaks [13]. After lethal *M. haemolytica* challenge, the agent is typically isolated from lung tissues in high numbers and pure cultures [15,25]; in contrast in naturally occurring pneumonia outbreaks *M. ovipneumoniae* may be predominant early in the disease course but 16S library analyses have been used to document its overgrowth by diverse other bacteria later in the disease course [14,23]. Although the numbers of animals in the experimental *M. ovipneumoniae* infection studies reported here are small, the results are consistent with the trend for early predominance of *M. ovipneumoniae* followed by overgrowth by diverse other bacterial later in the disease course (Tables 3 and 4) [13,14,23].

Our results also differ from our previous attempt to experimentally reproduce respiratory disease by challenge inoculation of 1-week-old bighorn lambs with *M. ovipneumoniae*, which produced minor lesions and seroconversion but no clinically significant respiratory disease [13]. However, laboratory passage of *M. ovipneumoniae* (as was performed in that experiment) has been reported to attenuate virulence in *M. ovipneumoniae* [31]. Challenge of bighorn sheep with un-passaged *M. ovipneumoniae* produced different results, as observed here in experiment #2. In another study [16], nasal washings from domestic sheep naturally colonized with *M. ovipneumoniae* or lung homogenates from a *M. ovipneumoniae*-infected bighorn sheep were used for challenge of bighorn sheep after ceftiofur treatment to eliminate detectable Pasteurellaceae. Consistent with increased virulence of un-passaged *M. ovipneumoniae*, infection and respiratory disease signs were observed in all four bighorn sheep, one of which died 19 days following challenge. The three surviving animals continued to exhibit respiratory disease signs for 42 days, at which time the experiment was terminated by challenge with *M. haemolytica* (using a dose documented to be rapidly fatal to bighorn sheep even in the absence of *M. ovipneumoniae*) [16]. As a result, the longer term effects of the mycoplasma infection were not determined in that study. Therefore, the experiments reported here are the first in which naïve bighorn sheep were exposed to un-passaged *M. ovipneumoniae* and then followed over a time period comparable with the naturally occurring disease course.

The possibility of viral agents contributing to the disease observed in this study cannot be completely ruled out, since the inoculum was derived from nasal washings from domestic sheep

BLM_0004688

and no virucidal treatments were applied. However, a previous study using ultrafiltrates of bighorn sheep pneumonic lung tissues or nasal washings from domestic sheep failed to reproduce any respiratory disease in inoculated susceptible bighorn sheep [16]. In addition, serologic monitoring for the predominant domestic sheep respiratory viruses did not demonstrate seroconversion of the experimental animals in this study, as described in the Results and in Table 2. Therefore, the most parsimonious interpretation of the data presented here is that the disease observed resulted from *M. ovipneumoniae* infection and the sequelae of that infection.

The transmission of *M. ovipneumoniae* from pen-to-pen in these experiments strongly suggests that direct contact is not necessary for epizootic spread of pneumonia in bighorn sheep. Feeding, watering and other procedures involving animal care or research staff were designed to minimize the risk of human or fomite-mediated transmission of the pathogen from pen to pen, although we recognize it is impossible to completely rule out this possibility. On the other hand, since aerosolized droplet transmission is recognized as a transmission route for the closely related bacterium, *Mycoplasma hyopneumoniae* (the cause of atypical pneumonia of swine) [32], it is plausible that a similar transmission mode occurs with *M. ovipneumoniae*. Infectious aerosols generated by coughing animals would likely contribute to the explosive nature of the pneumonia outbreaks observed following initial introduction of *M. ovipneumoniae* into naïve bighorn sheep populations.

In conclusion, we demonstrated that experimental *M. ovipneumoniae* infection of naïve bighorn sheep induces chronic, severe bronchopneumonia associated with multiple secondary bacterial infections and that this infection spread rapidly to animals both within the same pen and to animals in nearby pens. The significance of these findings would be clarified by parallel experiments specifically designed to determine transmissibility and associated disease outcomes in other agents associated with bighorn sheep pneumonia, particularly *M. haemolytica,* in the absence of *M. ovipneumoniae*. Furthermore, the case-fatality rates of *M. ovipneumoniae* infected animals described here contrasts

with the nearly 100% mortality that follows experimental commingling of bighorn sheep with presumptively or documented *M. ovipneumoniae*-positive domestic sheep and suggests an important role for polymicrobial secondary infections in determining mortality rates, which could be investigated in future studies. Finally, *M. ovipneumoniae* was still detected in nasal swab samples of several surviving bighorn sheep that were euthanized at the completion of these studies, suggesting that survivors of naturally occurring pneumonia outbreaks may continue to carry and shed this agent in nasal secretions. Such carriage may provide a mechanism for the post-invasion disease epizootics in lambs described in free-ranging populations. If so, this presumptive carrier state requires further study to characterize the factors that determine its occurrence and persistence, as these may be critical for the development of effective management control measures for this devastating disease.

## Acknowledgments

We thank Donald P. Knowles for his contribution to the design of experiment 1 and manuscript editing, Margaret Highland for skillful technical assistance and for manuscript editing, Glen Weiser for providing custom selective media for Pasteurellaceae, Duane Chandler and Amy Hetrick for assistance with animal care, handling and restraint and sample collection, George Barrington for providing access to *M. ovipneumoniae* free domestic sheep, the Washington Department of Fish and Wildlife for wild bighorn sheep, Katie Baker for skillful technical assistance, and Shannon Lee Swist for serving as Principal Investigator of the Wyoming Wildlife/Livestock Disease Partnership grant.

## Author Contributions

Conceived and designed the experiments: TEB EFC JLO S. Srikumaran WJF. Performed the experiments: TEB EFC JLO KAP KL S. Shanthalingam. Analyzed the data: TEB EFC KAP KL. Contributed reagents/materials/analysis tools: TEB EFC KAP KL S. Shanthalingam S. Srikumaran. Contributed to the writing of the manuscript: TEB EFC KAP S. Shanthalingam S. Srikumaran WJF.

## References

1. Festa-Bianchet M (2008) *Ovis canadensis*. The IUCN Red List of Threatened Species. Available: http://www.iucnredlist.org/details/summary/15735/0. Accessed 2014 Jul 24.
2. Cassirer EF, Plowright RK, Manlove KR, Cross PC, Dobson AP, et al. (2012) Spatio-temporal dynamics of pneumonia in bighorn sheep (*Ovis canadensis*). J Animal Ecol 82: 518–528.
3. Marsh H (1938) Pneumonia in Rocky Mountain bighorn sheep. J Mammal 19: 214–219.
4. Buechner HK (1960) The bighorn sheep in the United States, its past, present, and future. Wildl Monog 4: 3–174.
5. Forrester DJ (1971) Bighorn sheep lungworm-pneumonia complex. In: Davis JW, Anderson RC, editors. Parasitic Diseases of Wild Mammals. Ames, IA: Iowa State University Press. 158–173.
6. Demartini JC, Davies RB (1977) An epizootic of pneumonia in captive bighorn sheep infected with *Muellerius* sp. J Wildl Dis 13: 117–124.
7. Miller MW (2001) Pasteurellosis. In: Williams ES, Barker, I K., editor. Infectious diseases of wild mammals. Ames IA USA: Iowa State University Press. 558.
8. Foreyt WJ, Snipes KP, Kasten RW (1994) Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. J Wildl Dis 30: 137–145.
9. Kraabel BJ, Miller MW, Conlon JA, McNeil HJ (1998) Evaluation of a multivalent *Pasteurella haemolytica* vaccine in bighorn sheep: Protection from experimental challenge. J Wildl Dis 34: 325–333.
10. Rudolph KM, Hunter DL, Foreyt WJ, Cassirer EF, Rimler RB, et al. (2003) Sharing of *Pasteurella* spp. between free-ranging bighorn sheep and feral goats. J Wildl Dis 39: 897–903.
11. Rudolph KM, Hunter DL, Rimler RB, Cassirer EF, Foreyt WJ, et al. (2007) Microorganisms associated with a pneumonic epizootic in Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). J Zoo Wildl Med 38: 548–558.
12. Weiser GC, DeLong WJ, Paz JL, Shafii B, Price WJ, et al. (2003) Characterization of *Pasteurella multocida* associated with pneumonia in bighorn sheep. J Wildl Dis 39: 536–544.

13. Besser TE, Cassirer EF, Potter KA, VanderSchalie J, Fischer A, et al. (2008) Association of *Mycoplasma ovipneumoniae* infection with population-limiting respiratory disease in free-ranging rocky mountain bighorn sheep (*Ovis canadensis canadensis*). J Clin Microbiol 46: 423–430.
14. Besser TE, EF Cassirer, MA Highland, P Wolff, A Justice-Allen, et al. (2012) Bighorn sheep pneumonia: Sorting out the cause of a polymicrobial disease. Prev Vet Med 108: 85–93.
15. Besser TE, Cassirer EF, Yamada C, Potter KA, Herndon C, et al. (2012) Survival of Bighorn Sheep (*Ovis canadensis*) Commingled with Domestic Sheep (*Ovis aries*) in the Absence of *Mycoplasma ovipneumoniae*. J Wildl Dis 48: 168–172.
16. Dassanayake RP, Shanthalingam S, Herndon CN, Subramaniam R, Lawrence PK, et al. (2010) *Mycoplasma ovipneumoniae* can predispose bighorn sheep to fatal *Mannheimia haemolytica* pneumonia. Vet Microbiol 145: 354–359.
17. Blodgett R (2010) Bacteriologic Analytical Manual Appendix 2: Most Probable Number from Serial Dilutions. Washington DC. Available: http://www.fda.gov/Food/FoodScience Research/LaboratoryMethods/ucm109656.htm. Accessed 2014 Jul 24.
18. Ziegler JC, Lahmers KK, Barrington GM, Parish SM, Kilzer K, et al. (2014) Safety and Immunogenicity of a Mycoplasma ovipneumoniae Bacterin for Domestic Sheep (*Ovis aries*). PLoS One 9(4): e95698.
19. Herrmann LM, Cheevers WP, Marshall KL, McGuire TC, Hutton MM, et al. (2003) Detection of serum antibodies to ovine progressive pneumonia virus in sheep by using a caprine arthritis-encephalitis virus competitive-inhibition enzyme-linked immunosorbent assay. Clin Diag Lab Immunol 10: 862–865.
20. Lawrence PK, Shanthalingam S, Dassanayake RP, Subramaniam R, Herndon CN, et al. (2010) Transmission of *Mannheimia haemolytica* from domestic sheep (*Ovis aries*) to bighorn sheep (*Ovis canadensis*): unequivocal demonstration with green fluorescent protein-tagged organisms. J Wildl Dis 46: 706–717; erratum, J Wildl Dis 46: 1346.

8

BLM_0004689

*M. ovipneumoniae*-induced Bighorn Sheep Pneumonia

21. McAuliffe L, Hatchell FM, Ayling RD, King AI, Nicholas RA (2003) Detection of *Mycoplasma ovipneumoniae* in *Pasteurella*-vaccinated sheep flocks with respiratory disease in England. Vet Rec 153: 687–688.

22. Gentry MJ, Srikumaran S. (1991) Neutralizing monoclonal antibodies to *Pasteurella haemolytica* leukotoxin affinity purify the toxin from crude culture supernatants. Microb Pathog 10: 411–417.

23. Besser TE, Highland M, Baker K, Anderson NJ, Ramsey JM (2012) Causes of pneumonia epizootics among bighorn sheep, western United States, 2008–2010. Emerg Infect Dis 18: 406–414.

24. Petti CA (2007) Detection and identification of microorganisms by gene amplification and sequencing. Clin Infect Dis 44: 1108–1114.

25. Foreyt WJ, Jenkins EJ, Appleyard GD (2009) Transmission of lungworms (*Muellerius capillaris*) from domestic goats to bighorn sheep on common pasture. J Wildl Dis 45: 272–278.

26. Foreyt WJ, Lagerquist JE (1996) Experimental contact of bighorn sheep (*Ovis canadensis*) with horses and cattle, and comparison of neutrophil sensitivity to *Pasteurella haemolytica* cytotoxins. J Wildl Dis 32: 594–602.

27. Onderka DK, Rawluk SA, Wishart WD (1988) Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of *Pasteurella haemolytica*. Can J Vet Res 52: 439–444.

28. Dassanayake RP, Shanthalingam S, Herndon CN, Lawrence PK, Cassirer EF, et al. (2009) *Mannheimia haemolytica* serotype A1 exhibits differential pathogenicity in two related species, *Ovis canadensis* and *Ovis aries*. Vet Microbiol 133: 366–371.

29. Subramaniam R, Shanthalingam S, Bavananthasivam J, Kugadas A, Potter KA, et al. (2011) A multivalent *Mannheimia-Bibersteinia* vaccine protects bighorn

30. Foreyt WJ, Snipes KP, Kasten RW (1994) Fatal pneumonia following inoculation of healthy bighorn sheep with *Pasteurella haemolytica* from healthy domestic sheep. J Wildl Dis 30: 137–145.

31. Alley MR, Ionas G, Clarke JK (1999) Chronic non-progressive pneumonia of sheep in New Zealand - a review of the role of *Mycoplasma ovipneumoniae*. N Z Vet J 47: 155–160.

32. Desrosiers R (2011) Transmission of swine pathogens: different means, different needs. Anim Health Res Rev 12: 1–13.

33. Dassanayake RP, Call DR, Sawant AA, Casavant NC, Weiser GC, et al. (2010) *Bibersteinia trehalosi* inhibits the growth of *Mannheimia haemolytica* by a proximity-dependent mechanism. Appl Environ Microbiol 76: 1008–1013.

34. Shanthalingam S, Goldy A, Bavananthasivam J, Subramaniam R, Batra SA, et al. (2014) PCR assay detects *Mannheimia haemolytica* in culture-negative pneumonic lung tissues of bighorn sheep (*Ovis canadensis*) from outbreaks in the Western USA, 2009–2010. J Wildl Dis 50: 1–10.

35. Townsend KM, Frost AJ, Lee CW, Papadimitriou JM, Dawkins HJ (1998) Development of PCR assays for species- and type-specific identification of *Pasteurella multocida* isolates. J Clin Microbiol 36: 1096–1100.

36. Fisher MA, Weiser GC, Hunter DL, Ward ACS (1999) Use of a polymerase chain reaction method to detect the leukotoxin gene lktA in biogroup and biovariant isolates of *Pasteurella haemolytica* and *P. trehalosi*. Am J Vet Res 60: 1402–1406.

37. Rossi CR, Kiesel GK (1971) Microtiter tests for detecting antibody in bovine serum to parainfluenza 3 virus, infectious bovine rhinotracheitis virus, and bovine virus diarrhea virus. Appl Microbiol 22: 32–36.

sheep against *Mannheimia haemolytica* challenge. Clin Vaccine Immunol 18: 1689–1694.

BLM_0004690



The effects of sedimentation on egg survival of rainbow trout and cutthroat trout
by Donald R Bianchi

A thesis submitted to the Graduate Faculty in partial fulfillment of the requirements for the degree of
MASTER OF SCIENCE in Fish and Wildlife Management
Montana State University
© Copyright by Donald R Bianchi (1963)

Abstract:
A study was conducted on Bluewater Creek during April, May and June, 1962, to determine/the effects of various amounts of suspended sediment on egg survival of rainbow trout and cutthroat trout. Water temperature, stream discharge and suspended sediment data were collected. A particle size analysis of the original material placed in the redds was compared with materials removed after the egg incubation periods. The apparent velocity and dissolved oxygen concentration of the ground water within the redds were determined by means of a Mark VI groundwater standpipe. When sediment settled into a redd the permeability of the gravel and consequently the apparent velocity of the ground water was decreased. A total of 60 or more tons of suspended sediment passed the redds before apparent velocity showed a perceptible decrease. Apparent velocity decreased as the total suspended sediment load increased beyond this level. Redds exposed to 290 or more tons of suspended sediment had the highest egg mortality. Redds with the lowest suspended sediment load, highest apparent velocity and highest dissolved oxygen concentration had the greatest egg survival. Multiple regression analyses of the results showed apparent velocity, dissolved oxygen,, suspended sediment load and stream discharge were the important factors -in -determining rainbow trout and cutthroat trout egg survival.

BLM_0004691

THE EFFECTS OF SEDIMENTATION ON EGG SURVIVAL OF

RAINBOW TROUT AND CUTTHROAT TROUT

by

DONALD R. BIANCHI

A thesis submitted to the Graduate Faculty in partial
fulfillment of the requirements for the degree

of

MASTER OF SCIENCE

in

Fish and Wildlife Management

Approved:

_____
Head, Major Department

_____
Chairman, Examining Committee

_____
Dean, Graduate Division

MONTANA STATE COLLEGE
Bozeman, Montana

March 1963

BLM_0004692

iii

## TABLE OF CONTENTS

| | Page |
|---|---|
| ABSTRACT . . . . . . . . . . . . . . . . . . . . . . . . . | vi |
| INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| DESCRIPTION OF STREAM . . . . . . . . . . . . . . . . . . | 2 |
| MATERIALS AND METHODS . . . . . . . . . . . . . . . . . . | 4 |
| RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
|     Rainbow Trout Eggs . . . . . . . . . . . . . . . . . | 10 |
|     Cutthroat Trout Eggs . . . . . . . . . . . . . . . . | 19 |
| SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . | 25 |
| ACKNOWLEDGEMENTS . . . . . . . . . . . . . . . . . . . . . | 26 |
| LITERATURE CITED . . . . . . . . . . . . . . . . . . . . . | 27 |

BLM_0004693

iv

## LIST OF TABLES

Page

Table 1. Monthly ranges, mean suspended sediment concentrations (ppm) and loads (tons/day) on Bluewater Creek (1962). . 8

Table 2. The monthly maximum, minimum and mean discharges (cfs) at each station on Bluewater Creek (1962) . . . . . . . 8

Table 3. The monthly maximum, minimum and mean temperatures (°F) at each station on Bluewater Creek (1962) . . . . 9

Table 4. Rainbow trout egg mortality in plastic vials in percent (EM) related to total accumulated suspended sediment load in tons (SSL), apparent velocity in cm/hr (V), dissolved oxygen in ppm (DO) and stream discharge in cfs (D) for redds . . . . . . . . . . . . . . . . . . 12

Table 5. Simple correlations for the 4 factor rainbow trout egg analysis . . . . . . . . . . . . . . . . . . . . . . . 15

Table 6. Simple correlations for the 2 factor rainbow trout egg analysis . . . . . . . . . . . . . . . . . . . . . . . 16

Table 7. Particle size of materials used in rainbow trout redds compared with redd materials 57 days later and total accumulated suspended sediment loads . . . . . . . . . 18

Table 8. Cutthroat trout egg mortality in plastic vials in percent (EM) related to total accumulated suspended sediment load in tons (SSL), apparent velocity in cm/hr (V), dissolved oxygen in ppm (DO) and stream discharge in cfs (D) for redds . . . . . . . . . . . . . . . . . . 20

Table 9. Simple correlations for the 4 factor cutthroat trout egg analysis . . . . . . . . . . . . . . . . . . . . . . . 23

Table 10. Particle size of materials used in cutthroat trout redds compared with total accumulated suspended sediment load and redd materials 83, 50, 50, 45, and 45 days later at Stations 1 – 5, respectively . . . . . . 24

BLM_0004694

v

## LIST OF FIGURES

Page

Figure 1.   Bluewater Creek, showing sampling stations . . . . . . .   3

Figure 2.   The Mark VI groundwater standpipe, driving bar, velocity
            liner with motor attached, disc, hammer, pump, syringe,
            comparator and oxygen analysis kit . . . . . . . . . . .   6

BLM_0004695

-vi-

## ABSTRACT

A study was conducted on Bluewater Creek during April, May and June, 1962, to determine the effects of various amounts of suspended sediment on egg survival of rainbow trout and cutthroat trout. Water temperature, stream discharge and suspended sediment data were collected. A particle size analysis of the original material placed in the redds was compared with materials removed after the egg incubation periods. The apparent velocity and dissolved oxygen concentration of the ground water within the redds were determined by means of a Mark VI groundwater standpipe. When sediment settled into a redd the permeability of the gravel and consequently the apparent velocity of the ground water was decreased. A total of 60 or more tons of suspended sediment passed the redds before apparent velocity showed a perceptible decrease. Apparent velocity decreased as the total suspended sediment load increased beyond this level. Redds exposed to 290 or more tons of suspended sediment had the highest egg mortality. Redds with the lowest suspended sediment load, highest apparent velocity and highest dissolved oxygen concentration had the greatest egg survival. Multiple regression analyses of the results showed apparent velocity, dissolved oxygen, suspended sediment load and stream discharge were the important factors in determining rainbow trout and cutthroat trout egg survival.

BLM_0004696

-1-

## INTRODUCTION

The harmful effects of sedimentation on salmonid eggs have long been recognized. Hobbs (1937) was among the first to report such effects on natural reproduction of trout and salmon. He studied brown trout, rainbow trout and king salmon in several New Zealand streams and stated that, ". . where redds are clean losses are slight. Where redds are very dirty losses are heavy." Stuart (1953) conducted laboratory experiments which showed detrimental effects of sedimentation on brown trout eggs. He also observed high egg mortality in natural redds exposed to sedimentation. Campbell (1954) reported that sedimentation from gold dredging caused complete mortality of rainbow trout eggs, while Shapovalov (1937), Shapovalov and Berrian (1940) and Shapovalov and Taft (1954) concluded that siltation was probably the principal cause of pre-hatching losses in steelhead trout and silver salmon eggs. Harrison (1923) showed that eyed-egg survival of sockeye salmon was greatest in clean gravel. Neave (1947) reported that sedimentation was a major cause of chum salmon egg mortalities and Gangmark and Broad (1955 and 1956) concluded that floods and silt cause king salmon egg mortalities. Shaw and Maga (1943) demonstrated that mining sediment caused egg mortalities of silver salmon in hatchery troughs and Cooper (1956) determined that sediment from placer mining reduced the survival of sockeye salmon eggs. Cordone and Kelly (1961), after reviewing the entire subject of inorganic sediment in relation to aquatic life in streams, concluded that sediment deposition on the bottom of streams reduced the survival of salmonid eggs.

-2-

The present study was conducted on Bluewater Creek during April, May and June, 1962, in an effort to determine the effects of various amounts of suspended sediments on egg survival of rainbow trout (<u>Salmo gairdneri</u>) and cutthroat trout (<u>Salmo clarki</u>).

### DESCRIPTION OF STREAM

Bluewater Creek is spring-fed and originates in the foothills of the Pryor Mountains. It is about 15 miles long and flows in a northwesterly direction to its confluence with the Clark Fork of the Yellowstone River drainage near Fromberg, Montana. The upper portion, which includes Stations 1 and 2 (Figure 1), lies in a narrow valley. Here, the banks are covered with a dense growth of birch (<u>Betula</u> spp.), willow (<u>Salix</u> spp.), and other deciduous vegetation. The lower portion, which includes Stations 3 - 5, meanders through cultivated fields and pastures and has very little or no deciduous stream-bank vegetation.

This stream had an overall gradient of approximately 18 feet per mile and an average width of about 9 feet in the upper 3 miles and 16 feet in the lower 12 miles. The stream-bottom materials in order of abundance were: upper portion - gravel, rubble and silt; lower portion - silt, gravel and rubble. A spring and an artesian well added 4.6 cfs and 8.3 cfs respectively to Bluewater Creek just above Station 2 and two springs added about 1 cfs between Stations 2 and 3. These and the springs at the head-waters were the only year-around water sources. Discharge in Bluewater Creek remained fairly constant throughout the year at Stations 1 and 2 and was fairly constant in the fall and winter at Stations 3 - 5. However, in

–3–



Figure 1.  Bluewater Creek, showing sampling stations.

BLM_0004699

-4-

the spring and summer discharge measurements and sediment loads at Stations 3 - 5 showed drastic fluctuations due to irrigation diversion, irrigation surface and subsurface return and increased runoff.

Brown trout (_Salmo trutta_) and rainbow trout (_Salmo gairdneri_) were the only salmonids found in the stream. Other fish, in order of abundance, included the longnose dace (_Rhinichthys cataractae_), flathead chub (_Hybopsis gracilis_), mountain sucker (_Pantosteous platyrhynchus_), longnose sucker (_Catostomus catostomus_) and white sucker (_Catostomus commersoni_). Trout were most abundant in the upper portions (Stations 1 and 2), while other fish were more abundant in the lower portions (Stations 3 - 5).

## MATERIALS AND METHODS

The sampling stations were approximately 3 miles apart and represented areas of Bluewater Creek with different suspended sediment loads. The suspended sediment load was smallest at Station 1 and increased progressively downstream. Suspended sediment samples were collected with a depth-integrated device with a one-pint capacity (DH-48 Hand Suspended Sediment Sampler; Federal Inter-Agency River Basin Committee, 1952). Stream gauging procedures used to measure discharge followed Corbett, et al. (1943).

Redds were constructed at each station by digging holes (36 x 36 x 20 inches) into the stream bed. These holes were filled with washed gravel (3/8 - 1 1/2 inches in diameter). Redds were located in riffles which maintained a water depth of at least 6 inches during periods of minimum discharge. Separate redds were constructed for each species except at Station 1 where one redd served both rainbow trout and cutthroat trout.

BLM_0004700

-5-

Permeabilities of the gravel, apparent velocities and dissolved

oxygen concentrations of the ground water within the artificial redds were

measured with the aid of a Mark VI groundwater standpipe (Terhune, 1958;

Figure 2). The standpipe proper was a piece of aluminum pipe with perfora-

tions near the lower end. When this was driven vertically into the redd,

access to the ground water was obtained through the top of the pipe which

extended above the water surface. One standpipe was seated about 6 inches

deep in the downstream portion of each redd for the duration of the

experiments.

Permeability was measured by lowering the water level inside the

standpipe and determining the rate of inflow. This is the rate at which

water passes through the gravel. It depends upon the composition and

degree of packing of bottom materials and on the viscosity of the water

which is determined by temperature. The apparent velocity or seepage of

ground water through the gravel is dependent on the hydraulic head and the

permeability of the gravel. This was measured in terms of the dilution

rate of a colored dye introduced into the standpipe. The dilution rate

was determined from successive samplings after the introduction of dye.

Ground water withdrawn from the lower end of the standpipe was analyzed

for dissolved oxygen by the semi-micro-Winkler method of Harper (1953).

## RESULTS

Peters (1962) determined the effects of sedimentation on eyed-eggs of

rainbow trout in Bluewater Creek (November, 1961 - January, 1962). He es-

tablished the stations described above and found discharge and sediment

BLM_0004701

-6-



Figure 2.   The Mark VI groundwater standpipe, driving bar, velocity liner with motor attached, disc, hammer, pump, syringe, comparator and oxygen analysis kit.

BLM_0004702

-7-

concentrations to be relatively stable at each station during his experi-
ment. He collected suspended sediment samples and discharge data approxi-
mately twice a week. This was in contrast to the present investigation
where large fluctuations in suspended sediment concentrations and dis-
charges made it desirable to take samples at least once a day at each
station. Suspended sediment concentrations are instantaneous measurements
expressed in parts per million. Suspended sediment loads are estimations
of the total pounds passing a station on a particular day and are expressed
in tons per day. This is determined as follows: discharge (cfs) x suspend-
ed sediment concentrations (ppm) x 0.0027.

The monthly average suspended sediment concentrations and loads varied
little during April, May and June, 1962, at Stations 1 and 2 (Table 1).
They were lowest at Station 1 and increased progressively downstream (Sta-
tions 2 - 5) except during June when the average was higher at Station 3
than at Stations 4 and 5. Irrigation diversion from Bluewater Creek below
Station 2 began on April 30 and continued throughout the remainder of the
study period. Suspended sediment at Stations 3 - 5 increased in May and
June as a result of irrigation return and increased rainfall. Rainfall
had little effect on the amount of suspended sediment at Stations 1 and 2
because in this area less intensive land use and abundant stream bank
vegetation retarded soil erosion.

The mean discharges (April through June) remained fairly constant at
Stations 1 and 2 but varied at Stations 3 - 5 due to irrigation diversion
and increased runoff (Table 2). The mean discharge at Stations 3 and 4

BLM_0004703

-8-

Table 1.  Monthly ranges, mean suspended sediment concentrations (ppm) and loads (tons/day) on Bluewater Creek (1962).

| Stations | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| **April** | | | | | |
| Sediment concentration | | | | | |
| range | 15-112 | 54-215 | 80-176 | 83-269 | 125-899 |
| mean | 30 | 103 | 108 | 136 | 348 |
| Sediment load | | | | | |
| range | 0.4-3 | 5-18 | 6-13 | 6-21 | 10-172 |
| mean | 0.8 | 8 | 8 | 10 | 44 |
| **May** | | | | | |
| Sediment concentration | | | | | |
| range | 12-50 | 53-224 | 94-5057 | 16-11590 | 189-10000 |
| mean | 23 | 98 | 505 | 585 | 1084 |
| Sediment load | | | | | |
| range | 0.4-1 | 4-18 | 3-393 | 0.4-1293 | 10-4118 |
| mean | 0.6 | 8 | 29 | 53 | 260 |
| **June** | | | | | |
| Sediment concentration | | | | | |
| range | 14-177 | 49-468 | 119-19700 | 96-13020 | 168-3420 |
| mean | 32 | 126 | 1087 | 987 | 996 |
| Sediment load | | | | | |
| range | 0.4-5 | 4-45 | 6-4947 | 3-2508 | 9-1154 |
| mean | 0.9 | 10 | 219 | 133 | 206 |

Table 2.  The monthly maximum, minimum and mean discharges (cfs) at each station on Bluewater Creek (1962).

| Stations | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| **April** | | | | | |
| Maximum | 12 | 32 | 29 | 31 | 71 |
| Minimum | 10 | 29 | 26 | 27 | 28 |
| Mean | 10 | 30 | 27 | 29 | 38 |
| **May** | | | | | |
| Maximum | 12 | 31 | 26 | 38 | 151 |
| Minimum | 10 | 26 | 13 | 10 | 19 |
| Mean | 10 | 29 | 17 | 16 | 50 |
| **June** | | | | | |
| Maximum | 11 | 36 | 93 | 56 | 127 |
| Minimum | 9 | 25 | 16 | 13 | 19 |
| Mean | 10 | 29 | 27 | 24 | 63 |

BLM_0004704

-9-

showed a decrease from April to May due to irrigation diversion. The mean
decrease was less noticeable in June due to increased runoff from several
rainstorms. On April 23 a large irrigation ditch (Wrangler) began adding
water to Bluewater Creek between Stations 4 and 5. This water was di-
verted from the Clark Fork River and was the major cause of the high
monthly mean discharges at Station 5.

Temperature data (Table 3) were collected with recording thermometers
(Dickson Minicorder) placed at each station. The temperatures at the end
of each three-hour period were averaged to obtain monthly means. Daily
mean temperatures, obtained for these periods, were used to calculate
temperature units (1 temperature unit equals $1^\circ$ F above freezing for a
24-hour period) as a basis for determining the rate of egg development in
each redd.

Table 3. The monthly maximum, minimum and mean temperatures ($^\circ$F) at each
station on Bluewater Creek (1962).

| Stations | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| April | | | | | |
| Maximum | 64 | 66 | 67 | 64 | 60 |
| Minimum | 42 | 36 | 44 | 43 | 40 |
| Mean | 53 | 50 | 54 | 53 | 51 |
| May | | | | | |
| Maximum | 65 | 68 | 72 | 70 | 64 |
| Minimum | 45 | 38 | 41 | 47 | 40 |
| Mean | 54 | 53 | 57 | 58 | 53 |
| June | | | | | |
| Maximum | 64 | 73 | 73 | 78 | 72 |
| Minimum | 46 | 40 | 46 | 53 | 46 |
| Mean | 54 | 55 | 59 | 64 | 59 |

-10-

## Rainbow Trout Eggs

Artificial redds for rainbow trout eggs were constructed at all stations on April 12. Apparent velocity and dissolved oxygen measurements were taken in each redd beginning 2 - 3 days after redd construction and continued until egg samples showed a total mortality at certain stations (May 9 - 15). Suspended sediment samples were generally secured 1 - 3 times a day from the time of redd construction to the end of the incubation period. Rainbow trout eggs were taken on April 28 from fish secured in Lake Mary Ronan. These were immediately fertilized, allowed to water harden, packed in quart jars surrounded by ice and then transported by airplane to the study area — a distance of about 400 miles. Upon arrival they were slowly tempered to the water temperature at the fish hatchery (60° F). Pea-sized gravel and eggs were than placed in vibrate boxes (Progressive Fish-Culturist, 1951) and 9 dram plastic vials (1 inch diameter x 2.75 inches high) each perforated by 27 holes (5/32 inch) to allow for water circulation. The eggs within the containers were then transported to the stations, tempered to the stream water temperature and buried 4 - 6 inches into the gravel of the artificial redds. The time required from spawn-taking to egg-burial varied from 6 - 11 hours. Each redd received a unit consisting of 13 plastic vials containing 25 eggs each and 2 vibrate boxes with 200 eggs each. Vibrate boxes were left in the redds during the entire incubation period. Vials were removed from each redd after being exposed to approximately 10, 20, 40, 100, 150, 200, 250, 300, 400, 500 and 550 temperature units. A five-foot piece of leader

BLM_0004706

-11-

tied to each vial permitted individual removal without disturbing the rest
of the redd.  Immediately after removal, the eggs from the vials and
vibrate boxes were placed in 10 percent formalin.  After several hours,
they were removed from the formalin and mortality was determined by count-
ing the white (dead) eggs.

The actual amount of sediment deposition in the redds from super-
imposed water and ground water was not measured.  The effects of sediment-
ation were judged by determining the rate at which apparent velocity and
dissolved oxygen of the ground water decreased in the redds.  When sediment
settled into the redd the permeability of the gravel and consequently the
apparent velocity of the ground water decreased.  Coble (1961) reported
that low apparent velocities were generally accompanied by low dissolved
oxygen concentrations and vice versa.  Alderdice, Wickett and Brett (1958)
showed that the critical dissolved oxygen levels for chum salmon eggs
ranged from 1 ppm in early stages of development to over 7 ppm shortly
before hatching.  The measurements of apparent velocity and dissolved
oxygen concentrations of the ground water are of similar value in apprais-
ing the quality of a redd: ground water with a low dissolved oxygen supply
and a high apparent velocity may be as suitable to egg survival as ground
water with a high dissolved oxygen supply and a low apparent velocity.

Rainbow trout egg mortality, accumulative suspended sediment load,
apparent velocity, dissolved oxygen and stream discharge data for each
station are presented in Table 4.  The initial apparent velocity measure-
ments were 70 cm/hr or more.  These showed little decrease until a total

Table 4. Rainbow trout egg mortality in plastic vials in percent (EM) related to total accumulated suspended sediment load in tons (SSL), apparent velocity in cm/hr (V), dissolved oxygen in ppm (DO) and stream discharge in cfs (D) for redds.

| Days[1] | Station 1 | | | | | Station 2 | | | | | Station 3 | | | | | Station 4 | | | | | Station 5 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EM | SSL | V | DO | D | EM | SSL | V | DO | D | EM | SSL | V | DO | D | EM | SSL | V | DO | D | EM | SSL | V | DO | D |
| 2 | | 2 | 81 | 7 | 10 | | 29 | 147 | | 8 | 29 | | 19 | 87 | | 8 | 26 | | 27 | 106 | | 8 | 28 | | | | | |
| 3 | | | | | | | 38 | 100 | | 8 | 30 | | 25 | 106 | | 9 | 27 | | | | | | | | 57 | 70 | 9 | 30 |
| 4 | | 4 | 83 | 8 | 10 | | 49 | 132 | | 8 | 30 | | 32 | 90 | | 9 | 27 | | 44 | 105 | | 10 | 28 | | 71 | 72 | 8 | 31 |
| 8 | | 7 | 89 | 7 | 10 | | 80 | 142 | | 8 | 30 | | 59 | 66 | | 8 | 28 | | 82 | | | 8 | 30 | | | | | |
| 9 | | | | | | | | | | | | | | | | | | 91 | 29 | | 9 | 30 | | 149 | 39 | 5 | 30 |
| 10 | | 8 | 87 | 8 | 10 | | 91 | 37 | | 7 | 31 | | 73 | 36 | | 7 | 28 | | 101 | 18 | | 10 | 30 | | 162 | 5 | 7 | 31 |
| 11 | | | | | | | | | | | | 80 | 34 | | 7 | 27 | | 113 | 17 | | 9 | 31 | | 176 | 36 | 7 | 29 |
| 13 | | | | | | | | | | | | 96 | 83 | | 8 | 27 | | 135 | 37 | | 8 | 30 | | 343 | 24 | 7 | 71 |
| 14 | | 9 | 62 | 8 | 10 | | | | | | | | | | | | | | | | | | | | | | |
| 15[2] | | 10 | | | 10 | | 123 | | | 32 | | 117 | | | 28 | | 159 | | | 29 | | 664 | | | 71 | |
| 16 | 8 | 11 | | | 10 | 20 | 129 | 39 | 7 | 31 | 58 | 130 | | | 28 | 76 | 170 | | | 30 | 54 | 789 | 6 | 8 | 67 | |
| 17 | 8 | 11 | 71 | 8 | 10 | 44 | 147 | | | 31 | 16 | 141 | 63 | 9 | 28 | 88 | 181 | 1 | 7 | 30 | 76 | 881 | | | 59 | |
| 18 | 8 | 13 | | | 10 | 52 | 156 | | | 30 | 48 | 153 | | | 26 | 48 | 191 | | | 27 | 68 | 944 | | | 44 | |
| 19 | | | | | | | 165 | 11 | 8 | 31 | | | | | | | | | | | | | | | | |
| 20 | 8 | 14 | 65 | 8 | 10 | 24 | 171 | | | 30 | 64 | 179 | 30 | 7 | 26 | 92 | 205 | 1 | 7 | 24 | 72 | 1071 | 1 | 7 | 42 | |
| 21 | | | | | | | 176 | 14 | 7 | 30 | | | | | | | 211 | 1 | 7 | 23 | | 1104 | 1 | 3 | 29 | |
| 22 | 16 | 15 | 58 | 8 | 10 | 36 | 181 | 20 | 8 | 30 | 100 | 206 | 30 | 7 | 25 | 100 | 217 | | | 23 | 72 | 1153 | | | 25 | |
| 23 | 32 | 15 | | | 10 | 68 | 187 | | | 30 | 100 | 219 | | | 17 | 84 | 223 | 11 | 8 | 23 | 88 | 1176 | 2 | 5 | 25 | |
| 25 | 32 | 16 | 90 | 8 | 10 | 52 | 196 | 10 | 7 | 30 | 100 | 230 | 8 | 4 | 13 | | | | | | 96 | 1230 | | | 26 | |
| 26 | | | | | | | | | | | | | | | | 100 | 228 | 13 | 5 | 12 | | | | | | |
| 27 | | 17 | 99 | 7 | 10 | | 206 | 9 | 7 | 29 | | 237 | 7 | 4 | 13 | | | | | | | 1305 | 4 | 5 | 32 | |
| 28 | | | | | | | 212 | | | 30 | 100 | 240 | | | 13 | | | | | | | | | | | |
| 29 | 28 | 18 | 120 | 8 | 10 | 96 | 217 | 14 | 7 | 30 | | | | | | 96 | 231 | 6 | 6 | 11 | 100 | 1367 | 3 | 5 | 29 | |
| 31 | | | | | | | | | | | 84 | 285 | | | 15 | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | 272 | 20 | 3 | 12 | 92 | 1931 | 2 | 3 | 45 | |
| 34 | 88 | 21 | | | 10 | 96 | 271 | | | 27 | | | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | 100 | 348 | | | 14 | 3/100 | 289 | | | 11 | | | | | | |
| 39 | 100 | 24 | | | 10 | | | | | | | 3/363 | | | 14 | | | | | | | | | | | |
| 41 | 3/52 | 25 | | | 10 | 100 | 306 | | | 26 | | | | | | 100 | 303 | | | 11 | 3/100 | 2435 | | | 60 | |
| 42 | | | | | | | 3/314 | | | 29 | | | | | | | | | | | | | | | | |
| 44 | | | | | | 90 | 468 | | | 31 | | | | | | | | | | | | | | | | |

1/ After redd construction;  2/ Eggs planted;  3/ End of incubation period.

BLM_0004708

-13-

of 60 or more tons of suspended sediment had passed a redd. The total
suspended sediment load at the end of the incubation period was 25 tons at
Station 1 and ranged from 289 - 363 tons at Stations 2 - 4. The total
suspended sediment load was 2435 tons at Station 5 (Table 4). After 60
tons or more had passed a redd apparent velocity followed a general down-
ward trend to less than 10 cm/hr. Changes in discharge did not greatly
affect apparent velocity, although Wickett (1954) reported that apparent
velocity of the ground water was closely related to stream discharge. At
all stations except Number 2, dissolved oxygen concentrations tended to be
low when apparent velocities were low and vice versa but the relationship
between the two was not strictly proportional (Table 4). In 62 measure-
ments at Stations 1- - 5 there was no constant ratio between surface water
and ground water dissolved oxygen taken simultaneously.

Vials removed from redds at the end of the incubation period showed
egg mortality percentages of 52 at Station 1, 90 at Station 2 and 100 at
Stations 3 - 5. Eggs in the vibrate boxes had been exposed to 600 - 800
temperature units when they were removed from the redds at the end of the
incubation period. No living unhatched eggs were found at this time. Egg
mortalities in vibrate boxes were: 67 percent at Station 1, 92 percent at
Station 2, 97 percent at Station 3 and 99 percent at Stations 4 and 5.
High egg survival at Station 1 compared to Stations 2 - 5 was related to
low suspended sediment load, high apparent velocity and high dissolved
oxygen (Table 4). In the autumn of 1961, Peters (1962) buried vibrate
boxes, each containing 200 eyed rainbow trout eggs, in artificial redds at

BLM_0004709

-14-

Stations 1 - 5 in Bluewater Creek. He found an egg mortality of 5 percent at Station 1, 39 percent at Station 2, 90 percent at Station 3 and 100 percent at Stations 4 and 5. He concluded that sediment greatly affected trout egg survival.

A multiple regression analysis was made to test the significance of the following independent factors on rainbow trout egg mortality (dependent factor "y"):

$x_1$ - Accumulative suspended sediment load (tons)

$x_2$ - Apparent velocity of the ground water in redds (cm/hr)

$x_3$ - Dissolved oxygen concentration of the ground water in redds (ppm)

$x_4$ - Discharge of the stream (cfs).

A total of 23 observations were made at all stations during the rainbow trout egg incubation period on these four independent factors and the one dependent factor. The coefficient of multiple correlation (R) was 0.8505 for this analysis, which shows a high degree of linear dependence of mortality on the other factors. The multiple linear regression model for four independent factors is of the general form:

$$Y = B_0 + B_1X_1 + B_2X_2 + B_3X_3 + B_4X_4,$$

Where $B_0$, $B_1$, ..., $B_4$ are unknown parameters or constants. In this analysis the model obtained was:

$$Y = 166.9128 - 0.0175X_1 - 0.6681X_2 - 11.2041X_3 - 0.2429X_4.$$

A minus sign on a term in this model means that as the factor associated with this term decreases, egg mortality rate increases. This seems reasonable for apparent velocity, dissolved oxygen and discharge, but not

BLM_0004710

-15-

for the suspended sediment load.

The "T" tests performed to determine the significance of each in-
dependent factor in estimating egg mortality showed that apparent velocity
and dissolved oxygen were the most important. The "T" value for the
ground water apparent velocity was -3.65 and was significant at the 99
percent level. The "T" value for dissolved oxygen concentrations of the
ground water was -2.06 and should have been -2.10 in order to be sig-
nificant at the 95 percent level. The "T" values for the suspended sedi-
ment load and stream discharge were too small to be significant. The
accumulated suspended sediment load was highly correlated with the other
factors (Table 5) and appeared to be the major cause of low apparent
velocities of the ground water in the redds and therefore a major cause
of egg mortalities.

Table 5.  Simple correlations for the 4 factor rainbow trout egg analysis.

|  | Y | $X_1$ | $X_2$ | $X_3$ | $X_4$ |
|---|---|---|---|---|---|
| Y | 1.0 | 0.4079 | -0.7564 | -0.6709 | 0.1968 |
| $X_1$ |  | 1.0 | -0.4068 | -0.7115 | 0.4219 |
| $X_2$ |  |  | 1.0 | 0.4785 | -0.5220 |
| $X_3$ |  |  |  | 1.0 | -0.0484 |
| $X_4$ |  |  |  |  | 1.0 |

A second multiple regression analysis was made to test the signifi-
cance of only accumulative suspended sediment load ($X_1$) and stream dis-
charge ($X_2$) in relation to rainbow trout egg mortality (Y). A total of 36

-16-

observations was made at all stations during the egg incubation period on these 3 factors. The coefficient of multiple correlation (R) was 0.3778 which does not show a high degree of linear dependence of mortality on the other factors. The multiple linear regression model for two independent factors is of the general form:

$$Y = B_0 + B_1 X_1 + B_2 X_2.$$

In this analysis the model obtained was:

$$Y = 64.6189 + 0.0407 X_1 - 0.1586 X_2.$$

The suspended sediment load had a positive sign which denotes that as the accumulative suspended sediment load increases, egg mortality increases. The "T" tests performed to determine the significance of each independent factor in estimating the rate of egg mortality showed that the suspended sediment load was more important than discharge. The "T" value for the accumulative suspended sediment load was 2.67 and was significant at the 95 percent level but the "T" value for stream discharge (-0.44) was again insignificant. The simple correlations for this analysis are presented in Table 6. The two multiple linear regression models presented in the

Table 6. Simple correlations for the 2 factor rainbow trout egg analysis.

|       | Y   | $X_1$  | $X_2$  |
|-------|-----|--------|--------|
| Y     | 1.0 | 0.3733 | 0.1339 |
| $X_1$ |     | 1.0    | 0.4951 |
| $X_2$ |     |        | 1.0    |

BLM_0004712

-17-

analysis of the rainbow trout egg data apply only to this particular stream under the conditions present during the study but may serve as a guide in other streams.

A vertical sample of bottom material (6 inches long x 2 inches diameter) was taken from each redd 57 days after construction with a core sampler. This device did not adequately collect materials larger than 32 mm in diameter. The amount of sediment in the redds at this time was compared with samples from original redd materials. All size groups less than 32 mm were either as common or more abundant in the 57 day samples than in the original redds, except the 8 - 16 mm size group at Station 2 (Table 7). The small particles (less than 4 mm) probably were the major cause for a decrease in gravel permeability and apparent velocity. Station 2 had the smallest gain in material finer than 4 mm (1 percent) and Station 4 had the largest (36 percent). Particles finer than 0.125 mm were not found in the original materials but constituted 1 percent of the sample at Stations 1 - 3 and 3 percent at Stations 4 and 5. The rate of sedimentation in redds depends on the suspended sediment load, stream discharge and velocity as well as the position of the redd in the stream. An increase in stream discharge and velocity or a decrease in the suspended sediment load may cause some of the sediment to wash out of the redd. For this reason, the total amount of sediment that settled in the redds during the 57 days may or may not appear in samples taken at the end of the period.

BLM_0004713

Table 7.  Particle size of materials used in rainbow trout redds compared with redd materials 57 days later and total accumulated suspended sediment loads.

| Station | Total suspended sediment load (tons) | | Percent finer than indicated size, in millimeters | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Size groups | .062 | .125 | .250 | .500 | 1.0 | 2.0 | 4.0 | 8.0 | 16.0 | 32.0 |
| | | | Original redd materials | | | | | | | | | |
| | | | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 3 | 26 | 73 |
| | | | Redd materials after incubation period | | | | | | | | | |
| 1 | 48 | | 1 | 1 | 1 | 2 | 2 | 4 | 8 | 18 | 49 | 100 |
| 2 | 498 | | 0 | 1 | 1 | 1 | 1 | 2 | 2 | 5 | 18 | 100 |
| 3 | 6139 | | 1 | 1 | 1 | 2 | 2 | 2 | 6 | 18 | 52 | 100 |
| 4 | 4398 | | 2 | 3 | 8 | 16 | 22 | 27 | 37 | 52 | 66 | 89 |
| 5 | 10364 | | 2 | 3 | 4 | 6 | 7 | 8 | 10 | 13 | 33 | 100 |

-18-

-19-

### Cutthroat Trout Eggs

Artificial redds used for cutthroat trout eggs were constructed at Stations 4 and 5 on May 9 and at Stations 2 and 3 on May 14. The redd at Station 1, constructed on April 12, was used for both cutthroat trout and rainbow trout eggs. On May 29 cutthroat trout eggs were taken from fish secured in Ashley Lake. These were transported about 400 miles to Bluewater Creek. The time required from spawn-taking to egg burial varied from 10 - 14 hours. The procedures used were the same as described for rainbow trout. Suspended sediment samples were generally taken 1 - 3 times a day during the egg incubation period. A large stream discharge (76 cfs) at Station 5 made it impossible to plant eggs on May 29 so the eggs that eyed in the meantime were buried on June 9. Vials were removed almost every day during the period these eyed-eggs were in the redd.

Cutthroat trout egg mortality, accumulative suspended sediment load, apparent velocity, dissolved oxygen and stream discharge data were determined for each station during the egg incubation period (Table 8). Apparent velocity and dissolved oxygen concentrations were taken initially 1 - 2 days after egg burial and were continued at intervals varying from 1 - 6 days during the incubation period. The first three apparent velocity determinations taken at Station 1 were lower (less than 100 cm/hr) than those taken later (150 cm/hr or more). This discrepancy probably resulted from a partially plugged standpipe. At the beginning of the egg incubation period apparent velocity was 182 cm/hr at Station 2 and decreased to 12 cm/hr near the end of the incubation period. At Stations 3 - 5 apparent

Table 8.  Cutthroat trout egg mortality in plastic vials in percent (EM) related to total accumulated suspended sediment load in tons (SSL), apparent velocity in cm/hr (V), dissolved oxygen in ppm (DO) and stream discharge in cfs (D) for redds.

| Days[1] | Station 1 | | | | | Station 2 | | | | | Station 3 | | | | | Station 4 | | | | | Station 5 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EM | SSL | V | DO | D | EM | SSL | V | DO | D | EM | SSL | V | DO | D | EM | SSL | V | DO | D | EM | SSL | V | DO | D |
| 1 | 2 | 1 | | | 10 | 6 | 10 | 182 | 7 | 29 | 2 | 9 | 20 | 6 | 16 | 6 | 17 | 45 | 5 | 18 | 4 | 101 | 10 | 7 | 65 |
| 2 | 8 | 2 | 30 | 7 | 10 | 56 | 23 | 45 | 8 | 29 | 56 | 17 | 28 | 5 | 16 | 32 | 31 | 8 | 5 | 17 | 4 | 242 | | | 73 |
| 3 | | 3 | 60 | 7 | 10 | | 29 | 52 | 7 | 26 | | 24 | 25 | 5 | 14 | | 45 | 7 | 6 | 17 | 8 | 438 | | | 80 |
| 4 | | 4 | 96 | 8 | 10 | | 41 | 110 | 7 | 27 | | 36 | 35 | 6 | 17 | 96 | 62 | 36 | 6 | 18 | 0 | 644 | 10 | 7 | 83 |
| 5 | 16 | 5 | 200 | 8 | 10 | 20 | 48 | 108 | 7 | 27 | 44 | 46 | 45 | 7 | 16 | 100 | 78 | | | 17 | 16 | 785 | | | 60 |
| 6 | | | | | | | | | | | | | | | | 100 | 91 | | | 18 | | | | | |
| 7 | 32 | 10 | | | 10 | 80 | 100 | | | 36 | 36 | 5000 | | | 93 | | 2598 | | | 56 | 16 | 1369 | | | 75 |
| 8 | 32 | 11 | 200 | 7 | 10 | | | | | | | | | | | | | | | | 32 | 2191 | | | 89 |
| 9 | | | | | | 80 | 122 | 52 | 7 | 31 | 16 | 5154 | | | 29 | 100 | 2694 | 27 | 4 | 24 | 32 | 2430 | 8 | 7 | 77 |
| 10 | | | | | | | | | | | 64 | 5177 | 25 | 5 | 28 | | 2721 | 6 | 2 | 24 | 36 | 2634 | 5 | 6 | 74 |
| 11 | 24 | 13 | | | 10 | 76 | 139 | | | 29 | | | | | | | | | | | 64 | 2907 | | | 74 |
| 12 | | 13 | 200 | 7 | 10 | | 143 | 84 | 7 | 30 | | 5216 | 32 | 4 | 26 | 100 | 2774 | 6 | 4 | 23 | 64 | 3090 | 6 | 7 | 73 |
| 13 | | 14 | | 7 | 10 | | | | | | 60 | 5235 | | | 28 | | | | | | 60 | 3192 | | 66 | |
| 14 | 52 | 15 | 200 | 8 | 10 | 96 | 156 | 29 | 7 | 28 | | 5256 | 33 | 4 | 26 | | 2837 | | 3 | 23 | 68 | 3280 | 5 | 5 | 64 |
| 15 | | | | | | | 161 | 42 | 6 | 30 | | 5273 | 26 | 4 | 26 | | | | | | | | | | |
| 16 | | 16 | 188 | 7 | 10 | | 167 | 18 | 7 | 30 | | 5288 | | | 26 | 100 | 2886 | 33 | 4 | 23 | | | | | |
| 17 | | | | | | | 172 | 11 | 7 | 30 | 100 | 5301 | 17 | 3 | 25 | 96 | 2905 | 9 | 4 | 26 | | | | | |
| 19 | 52 | 18 | | | 10 | 88 | 206 | | | 32 | | | | | | 2/ | 3080 | | | 25 | | | | | |
| 20 | | 19 | 176 | 7 | 10 | | 216 | 38 | 7 | 31 | 100 | 5409 | 15 | 6 | 27 | 96 | 3122 | | | 26 | | | | | |
| 21 | | | | | | | 225 | 36 | 7 | 29 | | | | | | | 3164 | 9 | 1 | 26 | | | | | |
| 22 | | 20 | 183 | 8 | 10 | | 235 | 88 | 7 | 27 | 2/96 | 5454 | 10 | 5 | 28 | | | | | | | | | | |
| 23 | 28 | 20 | 150 | 8 | 10 | 88 | 244 | 19 | 8 | 28 | | 5471 | 7 | 4 | 27 | | | | | | | | | | |
| 24 | | | 200 | 7 | 10 | | 253 | 12 | 6 | 27 | | | | | | 100 | 3254 | 9 | 1 | 25 | | | | | |
| 25 | 2/40 | 22 | 200 | 7 | 10 | 2/92 | 260 | 12 | 6 | 27 | 100 | 5503 | 26 | 5 | 27 | | | | | | | | | | |
| 28 | | | | | | 90 | 292 | 36 | 6 | 25 | | | | | | | | | | | | | | | |

1/ After planting;  2/ End of incubation period.

-21-

velocity was 20, 45 and 10 cm/hr respectively at the time of initial measurements and decreased to less than 10 cm/hr by the end of the incubation period. As with the rainbow trout egg experiment, dissolved oxygen concentrations were low when apparent velocities were low, and vice versa. In 64 measurements at Stations 1 - 5 there was no constant ratio between surface water and ground water dissolved oxygen taken simultaneously. Increases and decreases in stream discharge did not greatly affect apparent velocity. A rainstorm greatly increased the suspended sediment load and stream discharge 7 days after cutthroat trout eggs were planted at Stations 1 - 4 (Table 8). The large suspended sediment load and stream discharge did not greatly decrease the apparent velocity in the redds or increase the egg mortality rate. The smaller sediment loads from irrigation returns and streambank erosion accompanied by a normal discharge was as detrimental to incubating trout eggs as this large discharge and suspended sediment load.

The vials removed from redds at the end of the incubation period had mortality percentages of 40 at Station 1, 90 at Station 2, 100 at Stations 3 and 4 and 68 at Station 5. Eggs in vibrate boxes were exposed to 600 - 700 temperature units at Stations 1 to 4 and 370 at Station 5 at the time of removal. No living unhatched eggs were found. Egg mortality percentages in vibrate boxes were: 43 at Station 1, 94 at Station 2, 98 at Station 3, 100 at Station 4 and 87 at Station 5. As with the rainbow trout experiment, high cutthroat trout egg survival at Station 1 compared to Stations 2 - 5 was related to a low suspended sediment load, high

BLM_0004717

-22-

apparent velocity and high dissolved oxygen (Table 8).

A multiple regression analysis was made to test the significance of the same independent factors to cutthroat trout egg mortality as used in the rainbow trout egg analysis. A total of 36 observations was made at all stations on the 4 independent factors and 1 dependent factor during the egg incubation period of cutthroat trout. The coefficient of multiple correlation (R) was 0.6905 for this analysis which shows a fairly high degree of linear dependence of mortality on the other factors. In this analysis the multiple linear regression model was:

$$y = 82.0968 + .0089X_1 - .1880X_2 - 1.0437X_3 - .7109X_4.$$

The "T" tests showed that accumulative suspended sediment load, stream discharge and apparent velocity were the significant factors in determining egg mortality. The "T" value for the accumulative suspended sediment load was 2.82 and was significant at the 99 percent level; the "T" value for stream discharge was -2.46 and was significant at the 95 percent level; and the "T" value for apparent velocity was -1.88 and was significant at the 90 percent level. The "T" value for dissolved oxygen was too small to be significant. These results differ from those on rainbow trout eggs where apparent velocity and dissolved oxygen were the significant factors. This is undoubtedly due, in part, to the high correlations that exist among pairs of independent variables. While the suspended sediment load and stream discharge were significant, apparent velocity and dissolved oxygen were correlated with egg mortality (Table 9) and are the environmental factors which probably determine egg mortality. The suspended sedi-

-23-

Table 9.  Simple correlations for the 4 factor cutthroat trout egg
analysis.

|     | Y   | $X_1$  | $X_2$   | $X_3$   | $X_4$   |
| --- | --- | ------ | ------- | ------- | ------- |
| Y   | 1.0 | 0.5575 | −0.3863 | −0.5168 | −0.1340 |
| $X_1$ |   | 1.0    | −0.4359 | −0.5842 | 0.2446  |
| $X_2$ |   |        | 1.0     | 0.4841  | −0.4561 |
| $X_3$ |   |        |         | 1.0     | 0.0642  |
| $X_4$ |   |        |         |         | 1.0     |

ment load indirectly causes egg mortality by decreasing the apparent
velocity of the ground water.  When the apparent velocity is low the dis-
solved oxygen level is generally low and one or both of these factors
cause egg mortalities.  Stream discharge determines the amounts of sedi-
ment in suspension – a low discharge would deposit more sediment than a
large discharge if the suspended sediment loads were equal.  For this
reason, discharge could also be indirectly related to egg mortalities.

Materials collected from redds after the end of the incubation period
(June 28) were compared with original redd material (Table 10).  These
materials were collected 83 days after redd construction at Station 1, 50
days at Stations 2 and 3, and 45 days at Stations 4 and 5.  All particle
size groups smaller than 32 mm were more abundant in the samples taken
June 28 then in the original materials.  The minimum increase in materials
smaller than 4 mm (8 percent) was at Station 2 and the maximum increase
(39 percent) at Station 3.  Particles finer than 0.125 mm were not found
in the original gravel but ranged from 4 percent at Stations 1 and 3 to 10

BLM_0004719

Table 10. Particle size of materials used in cutthroat trout redds compared with total accumulated suspended sediment load and redd materials 83, 50, 50, 45, and 45 days later at Stations 1 - 5, respectively.

| Station | Total suspended sediment load (tons) | | Percent finer than indicated size, in millimeters | | | | | | | | | |
|---------|------|-------------|------|------|------|------|-----|-----|-----|-----|------|------|
| | | Size groups | .062 | .125 | .250 | .500 | 1.0 | 2.0 | 4.0 | 8.0 | 16.0 | 32.0 |
| | | | Original redd materials | | | | | | | | | |
| | | | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 3 | 26 | 73 |
| | | | Redd materials after incubation period | | | | | | | | | |
| 1 | 61 | | 3 | 4 | 7 | 9 | 11 | 13 | 17 | 28 | 76 | 100 |
| 2 | 437 | | 4 | 5 | 6 | 6 | 7 | 8 | 9 | 11 | 62 | 100 |
| 3 | 6215 | | 2 | 4 | 8 | 15 | 24 | 32 | 40 | 29 | 63 | 100 |
| 4 | 4687 | | 4 | 7 | 15 | 20 | 24 | 26 | 30 | 36 | 51 | 100 |
| 5 | 12657 | | 5 | 10 | 19 | 24 | 25 | 25 | 26 | 27 | 38 | 100 |

-24-

-25-

percent at Station 5 (Table 10).

## SUMMARY

1. A study was conducted on Bluewater Creek during April, May and June, 1962, to determine effects of suspended sediments on egg survival of rainbow trout and cutthroat trout.

2. Five sampling stations, approximately 3 miles apart, were selected to represent areas with different suspended sediment loads. Samples were generally collected 1 - 3 times per day.

3. Suspended sediment loads, stream discharges and water temperatures were fairly constant at Stations 1 and 2 but fluctuated drastically at Stations 3 - 5 due to irrigation diversions, irrigation surface and sub-surface return and natural runoff.

4. Rainbow trout and cutthroat trout eggs were placed in plastic vials and vibrate boxes and buried 4 - 6 inches into the gravel of arti-ficial redds. A standpipe aided in measuring the permeability of the gravel and the apparent velocity and dissolved oxygen of the ground water.

5. Apparent velocity was not greatly decreased until a total of 60 or more tons of suspended sediment passed a redd. After this, apparent velocity tended to decrease as the total suspended sediment load increased. Dissolved oxygen concentrations were generally low when apparent velocities were low and vice versa but the relationship between the two was not strictly proportional.

6. Rainbow trout egg mortalities in vibrate boxes were 67, 92, 97, 99 and 99 percent at stations 1 - 5, respectively and cutthroat trout egg

-26-

mortalities were 43, 94, 98, 100 and 87 percent at these same stations.

7.  A multiple regression analysis of the results showed that the apparent velocity and dissolved oxygen of the ground water were important factors in determining rainbow trout egg survival while the accumulative suspended sediment load, stream discharge and apparent velocity were important for cutthroat trout egg survival.

8.  A particle size analysis of the materials removed after the egg incubation periods showed that the greatest sediment deposition generally occurred where suspended sediment loads were highest.

9.  High trout egg survival at Station 1 compared to Stations 2 - 5 was related to low suspended sediment loads, high apparent velocities and high dissolved oxygen levels.

## ACKNOWLEDGEMENTS

I wish to express appreciation to Dr. C. J. D. Brown who directed the project and aided in the preparation of the manuscript; to Mr. John C. Peters who suggested the problem and assisted in the field and to Dr. Charles P. Quesenberry who helped with the statistical analysis.  Thanks are also extended to Mr. Emmett Colley and staff for their hospitality, field assistance and the use of fish hatchery facilities.  I am indebted to my wife, Jane, for assistance and encouragement.  The Water Quality Branch of the U.S.G.S. in Worland, Wyoming, analyzed all sediment samples, gauged the stream and determined the particle size of materials collected from redds.  Financial assistance was furnished by the Montana State Fish and Game Department under Federal Aid to Fish Restoration

-27-

Project number F-20-R.

## LITERATURE CITED

Alderdice, D. F., W. P. Wickett and J. R. Brett. 1958. Some effects of temporary exposure to low dissolved oxygen levels on Pacific salmon eggs. J. Fish. Res. Bd. Canada, 15(2): 229-250.

Campbell, H. J. 1954. The effect of siltation from gold dredging on the survival of rainbow trout and eyed eggs in Powder River, Oregon. Oregon St. Game Comm., 3 pp. (processed).

Coble, Daniel W. 1961. Influence of water exchange and dissolved oxygen in redds on survival of steelhead trout embryos. Trans. Am. Fish. Soc., 90(4): 469-474.

Copper, A. C. 1956. A study of the Horsefly River and the effect of placer mining operations on sockeye spawning grounds. Internat. Pac. Salmon Fisheries Comm. Publ. 1956: 3, 58 pp. (processed).

Corbett, Don M. et al. 1943. Stream gauging procedure. U.S.G.S. Water Supply Paper, No. 888, 225 pp.

Cordone, Almo J. and Don W. Kelley. 1961. The influences of inorganic sediment on the aquatic life of streams. Calif. Fish and Game, 47(2): 189-228.

Federal Inter-Agency River Basin Committee. 1952. The design of improved types of suspended sediment samplers. St. Anthony Hydraulic Laboratory, Minneapolis, Minnesota. Rept. No. 6, 103 pp.

Gangmark, Harold A. and Robert S. Broad. 1955. Experimental hatching of king salmon in Mill Creek, a tributary of the Sacramento River. Calif. Fish and Game, 41(3): 233-242.

————. 1956. Further observations on stream survival of king salmon spawn. Calif. Fish and Game, 42(1): 37-49.

Harper, E. L. 1953. Semimicrodetermination of dissolved oxygen. Anal. Chem., 25(1): 187-188.

Harrison, C. W. 1923. Planting eyed salmon and trout eggs. Trans. Amer. Fish. Soc., 53: 191-200.

Hobbs, Derisley F. 1937. Natural reproduction of quinnat salmon, brown and rainbow trout in certain New Zealand waters. New Zealand Mar. Dept., Fish. Bull. 6, 104 pp.

-28-

Neave, Ferris. 1947. Natural propagation of chum salmon in a coastal
    stream. Fish. Res. Bd. Canada, Prog. Repts. of Pac. Coast Sta.,
    No. 70: 20-21.

Peters, John C. 1962. The effects of stream sedimentation on trout
    embryo survival. The Third Seminar on Biological Problems in Water
    Pollution. (In press.)

Progressive Fish-Culturist. 1951. Plastic hatching box for stocking
    trout and salmon. Prog. Fish-Cult., 13(4): 228.

Shapovalov, Leo. 1937. Experiments in hatching steelhead eggs in gravel.
    Calif. Fish and Game, 23(3): 208-214.

Shapovalov, Leo, and William Berrian. 1940. An experiment in hatching
    silver salmon (Oncorhynchus kisutch) eggs in gravel. Trans. Amer.
    Fish. Soc., 69: 135-140.

Shapovalov, Leo and Alan C. Taft. 1954. The life histories of the steel-
    head rainbow trout (Salmo gairdnerii gairdnerii) and silver salmon
    (Oncorhynchus kisutch). Calif. Dept. Fish and Game, Fish. Bull., 98,
    375 pp.

Shaw, Paul A., and John A. Maga. 1943. The effect of mining silt on
    yield of fry from salmon spawning beds. Calif. Fish and Game, 29(1):
    29-41.

Stuart, T. A. 1953. Spawning migration, reproduction and young stages of
    loch trout (Salmo trutta L.). Scottish Home Dept., Freshwater and
    Salmon Fisheries Research, No. 5, 39 pp.

Terhune, L. D. B. 1958. The Mark VI groundwater standpipe for measuring
    seepage through salmon spawning gravel. J. Fish. Res. Bd. Canada,
    15(5): 1027-1063.

Wickett, W. P. 1954. The oxygen supply to salmon eggs in spawning beds.
    J. Fish. Res. Bd. Canada, 11(6): 933-953.

BLM_0004724

MONTANA STATE UNIVERSITY LIBRARIES

3 1762 10012911 1

N378
B467
Cop. 2

# JSTOR

Skip to Main Content

- JSTOR Home
- Search
- Browse
- MyJSTOR
- Get Access

Click to Show/Hide Navigation
Skip to Main Content



- Login
- Help
- Contact Us
- About


You are not currently logged in through a participating institution or individual account. See access options for more information.



# Importance of Vegetative Cover to Cycles of Microtus Populations

Elmer C. Birney, W. E. Grant and Donna Day Baird
*Ecology*
Vol. 57, No. 5 (Late Summer, 1976), pp. 1043-1051
Published by: Ecological Society of America
Article Stable URL: http://www.jstor.org/stable/1941069
10.2307/1941069

« Previous Item    Next Item »

BLM_0004726

10/31/2014                                    JSTOR: Ecology, Vol. 57, No. 5 (Late Summer, 1976), pp. 1043-1051



Like what you see?
Ask your librarian to subscribe to the suite of journals published by the Ecological Society of America.
Ecology, Ecological Applications, Ecological Monographs, and Frontiers in Ecology and the Environment are all highly-cited, high impact journals and your trusted source of cutting-edge research in the fields of ecology and environmental science.
Click anywhere on this ad for more information!
esa

# Rights and Permissions

- More Rights Options
- JSTOR Terms And Conditions

[                    ]  [This Issue ▼]  [Search]

- Ecology   >
- Vol. 57, No. 5, Late Summer, 1...   >
- Importance of Vegeta...

## Preview

If you need an accessible version of this item, please contact JSTOR User Support. View Full Screen
DOWNLOAD ($14.00) READ ONLINE FREE

BLM_0004727

10/31/2014 JSTOR: Ecology, Vol. 57, No. 5 (Late Summer, 1976), pp. 1043-1051

*Ecology* (1976) **57**: pp. 1043–1051

# IMPORTANCE OF VEGETATIVE COVER TO CYCLES OF
## *MICROTUS* POPULATIONS[1]

Elmer C. Birney, W. E. Grant, and Donna Day Baird

*Bell Museum of Natural History and Department of Ecology and Behavioral Biology,
University of Minnesota, Minneapolis, Minnesota 55455 and
St. Paul, Minnesota 55101 USA*

*Abstract.* A hypothesis is presented that a site-dependent threshold level of vegetative cover is necessary for a population of *Microtus* to increase in numbers sufficiently to undergo a multi-year cycle. The hypothesis is supported by results of studies in grassland habitats in the tallgrass prairie of Oklahoma and Minnesota, the mixed grass prairie of South Dakota, and the shortgrass prairie of Colorado. Levels of cover below the threshold sometimes support resident, breeding populations of voles. Levels above the threshold may influence amplitude, duration, and synchrony of *Microtus* cycles.

*Key words: Colorado; grasslands; habitat selection;* Microtus; *Minnesota; Oklahoma; population cycles; population regulation; South Dakota; vegetative cover.*

## INTRODUCTION

This contribution originated with a statement by one of us that, "Given control of the gate to the herefords, I can regulate any phase of a *Microtus* cycle except the decline." This prompted us to search our own data and those in the literature on the quantitative relationship between vegetative cover and fluctuations in numbers of small mammals. We now are better able to advance a testable hypothesis on the subject. That is, some threshold level of cover is necessary for a population of *Microtus* to increase in numbers sufficiently to undergo a multi-year cycle. The threshold probably will prove to be a sharp

and Furman 1959, Wirtz and Pearson 1960, Tester and Marshall 1961, Zimmerman 1965, Getz 1970a, 1971, Hansson 1971). In fact, even the most naive student of mammals traps for *Microtus* in dense grassy vegetation. Despite this obvious relationship, the importance of cover has been associated only peripherally with microtine population fluctuations, and then with the decline phase, either of natural populations (Thompson 1955, Pitelka 1958) or those in enclosures (Krebs et al. 1969). Depletion of food or essential nutrients, rather than of cover per se, usually has been associated with the decline (Schultz 1964, Batzli and Pitelka 1970). We are the first

BLM_0004728

gradient wherein a small increase in cover has a large influence on population fluctuations, and undoubtedly is site specific. Once cover reaches this threshold level, a population usually, but not necessarily, undergoes cyclic fluctuations. Above the threshold, quantity of cover probably influences the amplitude and perhaps the duration between peaks of a cycle. Local populations that appear to be cycling out-of-phase with adjacent populations may result from local variation in level of cover.

We use "cycle" as we interpret its use by Krebs and Myers (1974:278); "fluctuation" is no more precise, and we have used the two terms synonymously. Both refer to an increase, peak, decline, and low in population number that cannot be explained on the basis of single-year changes in density resulting from seasonal patterns of breeding and mortality. They do not imply regularity, although regularity usually is observed.

Several authors have studied the importance of cover in habitat selection by *Microtus* (Eadie 1953, Mossman 1955, LoBue and Darnell 1959, Ogilvie

[1] Manuscript received 3 November 1975; accepted 31 March 1976.

to propose a specific quantitative relationship between *Microtus* population fluctuations and vegetative cover. We reiterate that our hypothesis focuses on the importance of cover to allow the increase phase to proceed to a peak, and we do not suggest it is cause for decline. We continue to view the decline as the most enigmatic phase of most cycles.

In the context of the hypothesis proposed by Chitty (1960:107) and subsequently expanded (Chitty 1967, Krebs et al. 1973) we would predict that low cover levels never provide an environment in which any "specific condition" can alter significantly the susceptibility of voles to various forms of mortality, because all voles living in a low cover habitat are highly vulnerable. Thus, the peak phase is never achieved. Attributes of cover that allow cycling will be essential to a complete understanding of microtine cycles, but their complete elucidation is not essential to the validity of the hypothesis.

### STUDY SITES

Our studies were conducted at five localities. Three of these, designated Oklahoma (OK), South Dakota (SD), and Colorado (CO), are sites of the U.S. International Biological Program (IBP) Grassland

Next PageNext Page

End of preview. Back to top.
*Ecology* © 1976 Ecological Society of America
Abstract:

A hypothesis is presented that a site-dependent threshold level of vegetative cover is necessary for a population of Microtus to increase in numbers sufficiently to undergo a multi-year cycle. The hypothesis is supported by results of studies in grassland habitats in the tallgrass prairie of Oklahoma and Minnesota, the mixed grass prairie of South Dakota, and the shortgrass prairie of Colorado. Levels of cover below the threshold sometimes support resident, breeding populations of voles. Levels above the threshold may influence amplitude, duration, and synchrony of Microtus cycles.

## Purchase a PDF

Purchase this item for $14.00 USD and download it as a PDF.

ADD TO CART
x

## How does it work?

[1] Add this item to your cart.

[2] Check out using a credit card or bank account with PayPal.

[3] Download the PDF from a link in your email or from your MyJSTOR account.

BLM_0004729

10/31/2014                                    JSTOR: Ecology, Vol. 57, No. 5 (Late Summer, 1976), pp. 1043-1051

Enter your token or email if you've already purchased this item.
Think you should have access to this item via your institution? Login.

## Read Online (Beta) FREE

Read this item online for free by registering for a MyJSTOR account.

REGISTER
Already have an account? Log in


### How does it work?

1 Register for a MyJSTOR account

2 Add up to 3 free items to your shelf

3 Items added to your shelf can be removed after 14 days.

Think you should have access to this item via your institution? Login.

- JSTOR Home
- About
- Search
- Browse
- Terms and Conditions
- Privacy Policy
- Cookies
- Accessibility
- Help
- Contact us

JSTOR is part of ITHAKA, a not-for-profit organization helping the academic community use digital technologies to preserve the scholarly record and to advance research and teaching in sustainable ways.
©2000-2014 ITHAKA. All Rights Reserved. JSTOR®, the JSTOR logo, JPASS® and ITHAKA® are registered trademarks of ITHAKA.

Think you might have
access to this content via your
library?

Login

BLM_0004730

Forest Service Agreement No.    09-MU-11020000-006
Bureau of Land Management    BLM-MOU-CO-482
Agreement No.

### MEMORANDUM OF UNDERSTANDING
### FOR
### MANAGEMENT OF DOMESTIC SHEEP AND BIGHORN SHEEP

## I.    *TO MINIMIZE POTENTIAL INTERSPECIES DISEASE TRANSMISSION*

The purpose of this Memorandum of Understanding (MOU) is to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado.

## II.    STATEMENT OF MUTUAL BENEFITS AND INTEREST:

The interested parties of this MOU include the USDA Forest Service (USFS) Rocky Mountain Region, USDI Bureau of Land Management Colorado State Office (BLM), Colorado Department of Agriculture (CDOA), Colorado Woolgrowers Association (CWGA), and the Colorado Division of Wildlife (CDOW). The aforementioned parties have a mutual desire to prevent or minimize to the extent feasible direct contact between domestic sheep and bighorn sheep by developing and implementing mutually agreeable guidelines. By adhering to these guidelines, all parties should mutually benefit by maintaining healthy bighorn sheep populations while maintaining a viable domestic sheep industry as a result of reduced conflicts.

## III.    AUTHORITY

   a. The Act of October 21, 1976, Public Law 94-579, Federal Land Policy and Management Act (FLPMA); Section 302.

## IV.    ALL PARTIES AGREE THAT;

   a. Contact between bighorn sheep and domestic sheep sometimes occurs under rangeland conditions.
   b. Contact between domestic sheep and bighorn sheep increases the probability of respiratory disease outbreaks in bighorn sheep.
   c. Not all disease outbreaks and reduced recruitment in bighorn sheep can be attributed to contact with domestic sheep.
   d. Gregarious behavior of bighorn sheep and domestic sheep, as well as dispersal, migratory, and exploratory behaviors of bighorn sheep traveling between populations, increases the potential for contact.
   e. Several species of bacteria in the family *Pasteurellaceae*, other bacteria, virus and other agents can occur in apparently healthy free-ranging bighorn sheep and in apparently healthy domestic sheep.
   f. Bighorn sheep translocated to vacant or occupied bighorn ranges and domestic sheep moved onto grazing allotments should be in apparent good health, and where feasible herd health evaluations should be made for both species prior to release or turn-out to

1

BLM_0004731

Forest Service Agreement No.   09-MU-11020000-006
Bureau of Land Management   BLM-MOU-CO-482
Agreement No.

help reduce the potential for introducing new pathogens or pathogen strains into established bighorn sheep herds.

g. All parties will act to familiarize the public with the potential risks regarding disease transmission between bighorn sheep and domestic sheep.

h. The goal is to minimize contact by decreasing the opportunities for domestic/bighorn sheep interaction; while still recognizing that some vacant sheep allotments are important to the domestic sheep industry as forage reserves or for other economic or management reasons.

## V.   CDOW AND CWGA AGREE TO THE FOLLOWING:

a. CDOW and CWGA agree that closure of active domestic sheep allotments on public lands will not be recommended based solely on the potential for interaction between domestic and bighorn sheep. However, they recognize that the USFS and BLM will continue to follow existing regulation and direction regarding closure or modification of active domestic sheep allotments to resolve documented resource conflicts.

b. The CDOW and CWGA may jointly or individually recommend vacant domestic sheep allotments for closure, modification, forage reserve status, activation, or management options at any time, including via standard USFS/BLM NEPA processes. The CDOW and CWGA understand that the USFS/BLM will follow current regulation and direction for closure, modification, activation, and management of vacant domestic sheep allotments to include consideration of recommendations from parties to this MOU.

c. Individual bighorn sheep, or small groups of bighorn sheep (<5) that through dispersal or other movements come in contact with domestic sheep will be promptly removed by the CDOW using means determined appropriate by CDOW. Permittees and herders will be encouraged to operate in a manner that reduces opportunities for contact between bighorn sheep and their flocks and to notify CDOW as soon as possible if bighorn sheep appear with domestic sheep.

d. Domestic sheep that stray into occupied bighorn sheep habitat or are not gathered and removed as specified by the allotment management plan pose a risk of interaction and will be removed by the owner as soon as possible or as otherwise specified by the land management agency. If stray domestic sheep are not claimed and reasonable attempts to locate their owner fail, then CDOW may seek remedies under existing statutory authority in cases where contact with bighorn sheep may occur.

e. CDOW will inform land management agencies and domestic sheep industry representatives of proposals for transplants of bighorn sheep and will afford an opportunity for comment on translocation proposals prior to animals being released. Bighorn translocation proposals will include disease transmission risk and habitat evaluations consistent with existing CDOW guidelines and directives. In general, transplants will not occur in proximity (e.g., probable travel distance of dispersing bighorn sheep) to occupied domestic sheep allotments unless physical barriers to movement or other mitigating circumstances exist. Furthermore, CDOW assumes the risk of potential respiratory disease transmission from domestic sheep operations that are within proximity (probable travel distance of dispersing bighorn sheep) of the transplant location.

2

BLM_0004732

Forest Service Agreement No.   09-MU-11020000-006
Bureau of Land Management   BLM-MOU-CO-482
Agreement No.

   f.  Domestic sheep, when moved to grazing allotments in areas of potential contact with bighorn sheep, will be in apparent good health as determined by accepted best management practices for range sheep production.

   g.  Bighorn sheep, when moved for translocation, will be in apparent good health as determined by accepted best management practices for bighorn sheep management.

## VI.  IT IS MUTUALLY AGREED AND UNDERSTOOD BY ALL PARTIES:

1.  <u>FREEDOM OF INFORMATION ACT (FOIA)</u>.  Any information furnished to the Forest Service and Bureau of Land Management under this instrument is subject to the Freedom of Information Act (5 U.S.C. 552).

2.  <u>PARTICIPATION IN SIMILAR ACTIVITIES</u>.  This instrument in no way restricts the Forest Service, Bureau of Land Management or the Cooperator(s) from participating in similar activities with other public or private agencies, organizations, and individuals.

3.  <u>COMMENCEMENT/EXPIRATION/TERMINATION</u>.  This MOU takes effect upon the signature of all parties and shall remain in effect for five years from the date of execution. This MOU may be extended or amended upon written request of any of the parties and the subsequent written concurrence of the other(s). Any party may terminate this MOU with a 60-day written notice to the other(s).

4.  <u>RESPONSIBILITIES OF PARTIES</u>.  The Forest Service, Bureau of Land Management and all other parties and their respective agencies and office will handle their own activities and utilize their own resources, including the expenditure of their own funds, in pursuing these objectives. Each party will carry out its separate activities in a coordinated and mutually beneficial manner.

5.  <u>NON-FUND OBLIGATING DOCUMENT.</u>  Nothing in this MOU shall obligate the Forest Service, Bureau of Land Management, Colorado Division of Wildlife, Colorado Department of Agriculture, or Colorado Woolgrowers Association to obligate or transfer any funds. Specific work projects or activities that involve the transfer of funds, services, or property among the various agencies and offices of the Forest Service, Bureau of Land Management, Colorado Division of Wildlife, Colorado Department of Agriculture, and Colorado Woolgrowers Association will require execution of separate agreements and be contingent upon the availability of appropriated funds. Such activities must be independently authorized by appropriate statutory authority. This MOU does not provide such authority. Negotiation, execution, and administration of each such agreement must comply with all applicable statutes and regulations.

6.  <u>ESTABLISHMENT OF RESPONSIBILITY.</u>  This MOU is not intended to, and does not create, any right, benefit, or trust responsibility, substantive or procedural, enforceable at law or equity, by a party against the United States, its agencies, its officers, or any person.

3

Forest Service Agreement No.   09-MU-11020000-006
Bureau of Land Management   BLM-MOU-CO-482
Agreement No.

7. Conflicts between the participants concerning procedures under this MOU which cannot be resolved at the operational level will be referred to successively higher levels, as necessary, for resolution.

8. AUTHORIZED REPRESENTATIVES. By signature below, the cooperator certifies that the individuals listed in this document as representatives of the cooperator are authorized to act in their respective areas for matters related to this agreement.

THE PARTIES HERETO have executed this instrument.

APPROVED:

This MOU is between the USDA Forest Service, Rocky Mountain Region, USDI Bureau of Land Management Colorado State Office, Colorado Division of Wildlife (DOW), Colorado Department of Agriculture, and the Colorado Woolgrowers Association.

_For_ ANTOINE L. DIXON   March 2, 2009
**USDA Forest Service (USFS)**   Date
**Rocky Mountain Region**

   3/13/09
**USDI Bureau of Land Management (BLM)**   Date
**Colorado State Office**

Thomas E. Remington   2/11/09
**Colorado Division of Wildlife (CDOW)**   Date

   3-30-09
**Colorado Department of Agriculture (CDOA)**   **Date**

   3/26/09
**Colorado Woolgrowers Association (CWGA)**   **Date**

The authority and format of this instrument has been reviewed and approved for signature.

Monica Cordova   3/2/09
Monica Cordova   DATE
Forest Service G&A Specialist

4

BLM_0004734

*Preliminary Working Document for Internal Use*

*Placeholder for Dear Reader letter*

BLM_0004735

*Preliminary Working Document for Internal Use*

BLM_0004736

*Preliminary Working Document for Internal Use*

# PROPOSED COTTONWOOD RESOURCE MANAGEMENT PLAN AMENDMENT
for
## DOMESTIC SHEEP GRAZING
and
# FINAL SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT

**United States Department of the Interior**
**Bureau of Land Management**

**BLM Cottonwood Field Office**
1 Butte Drive
Cottonwood, Idaho  83522

**December 2014**

BLM_0004737

*Preliminary Working Document for Internal Use*

*This page intentionally left blank.*

BLM_0004738

*Preliminary Working Document for Internal Use*

## TABLE OF CONTENTS

Executive Summary ........................................................................................................... 1

**Chapter 1 – Introduction ............................................................................................. 1-1**
  1.1   Proposed Action ................................................................................................. 1-1
  1.2   Background ......................................................................................................... 1-1
  1.3   Purpose and Need .............................................................................................. 1-1
  1.4   Decisions to be Made ........................................................................................ 1-2
  1.5   Planning Criteria ............................................................................................... 1-2
  1.6   Description of the Planning Area ...................................................................... 1-3
  1.7   Planning Process ............................................................................................... 1-3
  1.8   Planning Issues ................................................................................................. 1-5
  1.9   Collaboration .................................................................................................... 1-5
  1.10 Public review and comments ............................................................................ 1-7
  1.11 Changes from the Draft RMP Amendment/SEIS ............................................. 1-7
  1.12 Policy ................................................................................................................ 1-8

**Chapter 2 – Alternatives .............................................................................................. 2-1**
  2.1   Introduction ....................................................................................................... 2-1
  2.2   Decisions from the Approved Cottonwood ROD/RMP with Bearing on the
       Alternatives ....................................................................................................... 2-1
  2.3   Descriptions of the Alternatives ....................................................................... 2-2
       2.3.1  Common to All Alternatives ................................................................ 2-2
       2.3.2  Alternative A – No Action Alternative ............................................... 2-3
       2.3.3  Alternative B – Proposed RMP Amendment ...................................... 2-3
       2.3.4  Alternative C – Eliminate Domestic Sheep and Goat Grazing ........... 2-4
       2.3.5  Alternative D – Restrict Grazing on Partridge Creek and Hard Creek ......... 2-4
       2.3.6  Alternative E – Restrict Grazing on Partridge Creek Only .................. 2-4
       2.3.7  Alternative F – Restrict Grazing on Partridge Creek and Marshall
               Mountain ............................................................................................. 2-5
       2.3.8  Summary of Alternatives ..................................................................... 2-5
  2.4   Alternatives Considered but Eliminated from Detailed Study ........................... 2-6
       2.4.1  Alternative G – 9-mile Buffer ............................................................. 2-6
       2.4.2  Alternative H – 1-mile Source Habitat Buffer .................................... 2-6
       2.4.3  Alternative I – 20-mile Buffer ............................................................ 2-6
       2.4.4  Alternative J – Geographic Boundaries .............................................. 2-7
       2.4.5  Alternative K – Designate Bighorn as a BLM Sensitive Species ......... 2-7
       2.4.6  Alternative L – Allow Domestic Sheep and Goat Grazing on All
               Allotments with Leasing Terms and Conditions to Reduce Potential
               Interspecies Contact ............................................................................ 2-7
       2.4.7  Alternative M-No Net Loss of Domestic Sheep Grazing AUMs. .............. 2-8
       2.4.8  Alternative N – Zoning ....................................................................... 2-8
  2.5   Rationale for the Identification of the Proposed RMP Amendment .................... 2-11

**Chapter 3 – Affected Environment ............................................................................. 3-1**

BLM_0004739

*Preliminary Working Document for Internal Use*

## TABLE OF CONTENTS

3.1   Introduction..................................................................................................3-1
3.2   Bighorn Sheep ............................................................................................3-1
       3.2.1   Background ....................................................................................3-1
       3.2.2   Existing Conditions.......................................................................3-2
3.3   Native American Tribal Uses ....................................................................3-22
       3.3.1   Background ..................................................................................3-23
       3.3.2   Existing Conditions.....................................................................3-24
3.4   Livestock Grazing and Social and Economic Conditions .......................3-25
       3.4.1   Background ..................................................................................3-26
       3.4.2   Existing Conditions.....................................................................3-27

**Chapter 4 – Environmental Consequences............................................................. 4-1**
4.1   Introduction.................................................................................................4-1
       4.1.1   Analytical Assumptions .................................................................4-1
4.2   Bighorn Sheep ............................................................................................4-2
       4.2.1   Overview ........................................................................................4-2
       4.2.2   Methods of Analysis ......................................................................4-3
       4.2.3   Effects of Alternatives ...................................................................4-8
       4.2.4   Cumulative Effects.......................................................................4-20
4.3   Native American Tribal Uses ....................................................................4-23
       4.3.1   Overview ......................................................................................4-23
       4.3.2   Effects of Alternatives .................................................................4-24
       4.3.3   Cumulative Effects.......................................................................4-25
4.4   Livestock Grazing, and Social and Economic Conditions ......................4-26
       4.4.1   Overview ......................................................................................4-26
       4.4.2   Methods of Analysis ....................................................................4-26
       4.4.3   Effects of Alternatives .................................................................4-28
       4.4.4   Cumulative Effects.......................................................................4-42
4.5   Irretrievable or Irreversible Commitment of Resources...........................4-44

**Glossary ...................................................................................................................1**

**References.................................................................................................................1**

**Appendix A – Disease Transmission between Domestic Sheep and Bighorn Sheep........... A-1**

**Appendix B – Model Analysis Details ................................................................B-1**

**Appendix C – Domestic Sheep and Goats Grazing Lease Terms and Conditions............... C-1**

**Appendix D – Maps ............................................................................................ D-1**

**Appendix E – Response to Public Comments on the Draft RMP/SEIS...............................E-1**

BLM_0004740

*Preliminary Working Document for Internal Use*

# LIST OF FIGURES

Figure 1-1:   Steps for the Preparation of an RMP.................................................................. 1-4
Figure 3-1:   Population Trends for Bighorn Sheep by Herd in Hells Canyon (Source:
              WDFW, ODFW, and IDFG bighorn sheep population census data)................. 3-10
Figure 3-2:   Population Trends for Bighorn Sheep in Idaho Big Game Management
              Units that Overlap the Main Salmon/South Local Population Analysis Area
              (Source: IDFG bighorn sheep population census data)..................................... 3-11
Figure 3-3:   Impact Area Counties and Component Census County Divisions...................... 3-33
Figure 3-4:   Impact Area Employment Distribution (IMPLAN 2010)................................... 3-36
Figure 3-5:   Services and Non-services Employment History (U.S. Department of
              Commerce, Census Bureau 2011) ...................................................................... 3-38

Figure B-1:   Maximum Distance of Ram Summer Forays beyond the CHHR ....................... B-7
Figure B-2:   Proportion of Ram Summer Forays Reaching Each Ring................................... B-8
Figure B-3:   Maximum Distance of Ram Winter Forays beyond the CHHR........................... B-8
Figure B-4:   Proportion of Ram Winter Forays Reaching Each Ring ................................... B-9
Figure B-5:   Visualization of Foray Probabilities for the Upper Hells Canyon Herd ............ B-11

# LIST OF TABLES

Table E-1:   Allotment Availability for Domestic Sheep and Goat Grazing by Alternative ........2
Table E-2:   Acres Available for Domestic Sheep and Goats by Alternative ...............................2
Table E-3:   Animal Unit Months Available for Domestic Sheep and Goats by
             Alternative ...............................................................................................................3
Table E-4:   Allotments with Sheep Grazing .................................................................................7
Table E-5:   Comparative Summary of Impacts from the Alternatives.........................................9

Table 2-1:   Livestock Grazing Allocations Common to All Alternatives ............................... 2-2
Table 2-2:   Alternative B Allocations Available for Domestic Sheep Grazing...................... 2-4
Table 2-3:   Alternative D Allocations Available for Domestic Sheep Grazing ..................... 2-4
Table 2-4:   Alternative E Allocations Available for Domestic Sheep Grazing...................... 2-5
Table 2-5:   Alternative F Allocations Available for Domestic Sheep Grazing ...................... 2-5
Table 2-6:   Acres Available for Domestic Sheep by Alternative .................................................. 2-5
Table 2-7:   Animal Unit Months Available for Domestic Sheep by Alternative ................... 2-5
Table 2-8:   Comparative Summary of Impacts from the Alternatives.........................................
Table 3-1:   Allotment Summary of Bighorn Sheep Source Habitats and BLM Lands
             Leased for Domestic Sheep Grazing ................................................................... 3-13
Table 3-2:   Summer and Winter Core Herd Home Ranges and Domestic Sheep
             Allotments ............................................................................................................ 3-15
Table 3-3:   Allotment Distances (Miles) from Core Herd Home Ranges[1] ........................... 3-15
Table 3-4:   Allotments with Sheep Grazing ........................................................................ 3-28
Table 3-5:   Population Change ............................................................................................. 3-33

BLM_0004741

*Preliminary Working Document for Internal Use*

## LIST OF TABLES

Table 3-6:    Racial and Hispanic Composition of 2010 Population (in percentages)............. 3-34
Table 3-7:    Sheep and Lamb Inventory and Estimated Annual Forage Requirement ........... 3-42
Table 4-1:    Habitats and Core Herd Home Range Available for Domestic Sheep
              Grazing under Alternative A .............................................................................. 4-9
Table 4-2:    Model Results and Predicted Effects on Individual Herds from
              Alternative A ..........................................................................................................
Table 4-3:    Habitats and Core Herd Home Range Available for Domestic Sheep
              Grazing under Alternative B .............................................................................. 4-11
Table 4-4:    Model Results and Predicted Effects on Individual Herds from Alternative B ..........
Table 4-5:    Habitats and Core Herd Home Range Available for Domestic Sheep
              Grazing under Alternative D .............................................................................. 4-13
Table 4-6:    Model Results and Predicted Effects on Individual Herds from
              Alternative D ..........................................................................................................
Table 4-7:    Habitats and Core Herd Home Range Available for Domestic Sheep
              Grazing under Alternative E............................................................................... 4-15
Table 4-8:    Model Results and Predicted Effects on Individual Herds from Alternative E .........
Table 4-9:    Habitats and Core Herd Home Range Available for Domestic Sheep
              Grazing under Alternative F............................................................................... 4-17
Table 4-10:   Model Results and Predicted Effects on Individual Herds from Alternative F..........
Table 4-11:   Source Habitat and Core Herd Home Range Available for Domestic Sheep
              Grazing by Alternative ...................................................................................... 4-19
Table 4-12:   Distance between Herd Core Herd Home Range and BLM Lands Available
              for Domestic Sheep Grazing by Alternative ....................................................... 4-19
Table 4-13:   Comparison of Alternatives Based on Annual Modeled Contacts between
              Bighorn Sheep and Domestic Sheep Allotments ................................................ 4-19
Table 4-14:   Comparison of Alternatives Based on Predicted Probability of Population
              Persistence and Desired Sustaining Trends ........................................................ 4-20
Table 4-15:   Modeled Contact Rates between Bighorn Sheep and Domestic Sheep
              Allotments and Additional Cumulative Effects from Adjacent Land
              Ownerships.......................................................................................................... 4-21
Table 4-16:   Measures and Analysis Methods.......................................................................... 4-27
Table 4-17:   Alternative A – Continue Use of Domestic Sheep Allotments........................... 4-28
Table 4-18:   Effects on Local Employment and Income from Sheep Grazing by
              Alternative .......................................................................................................... 4-29
Table 4-19:   Expenditures per Visit by Activity and Trip Type ............................................. 4-31
Table 4-20:   Employment and Labor Income Response Coefficients by Activity Type......... 4-32
Table 4-21:   Alternative B – Domestic Sheep Acreage and Forage Allocations..................... 4-33
Table 4-22:   Alternative C – Domestic Sheep Acreage and Forage Allocations..................... 4-35
Table 4-23:   Alternative D – Domestic Sheep Acreage and Forage Allocations .................... 4-37
Table 4-24:   Alternative E – Domestic Sheep Acreage and Forage Allocations..................... 4-39
Table 4-25:   Alternative F – Domestic Sheep Acreage and Forage Allocations..................... 4-40

BLM_0004742

*Preliminary Working Document for Internal Use*

# DRAFT COTTONWOOD RESOURCE MANAGEMENT PLAN AMENDMENT FOR DOMESTIC SHEEP GRAZING AND SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT

**1. Responsible Agency:** United States Department of the Interior
Bureau of Land Management

**2. Type of Action:** Administrative

**3. Document Status:** Final

**4. Abstract:**

The *Cottonwood Proposed Resource Management Plan (RMP) Amendment for Domestic Sheep Grazing and Final Supplemental Environmental Impact Statement (SEIS)* describes and analyzes six alternatives for the management of domestic sheep on 19,405 acres of public land in Idaho and Adams counties, Idaho, administered by the Bureau of Land Management, Cottonwood Field Office. The SEIS is a supplement to the analysis in the *Proposed Cottonwood Resource Management Plan and Final Environmental Impact Statement*, published by this office in 2008. The purpose of this RMP Amendment/SEIS is to address concerns regarding the potential transmission of disease from domestic to bighorn sheep. In addition, the SEIS presents the analysis of related impacts to the interests and rights of the Nez Perce Tribe, and to the local social and economic conditions.

**5. Protest Period:** The protest period for the Proposed RMP Amendment/Final SEIS is 30 calendar days, and begins when the Environmental Protection Agency publishes a Notice of Availability in the *Federal Register*.

**6. For Further Information Contact:** BLM Cottonwood Field Office
1 Butte Drive
Cottonwood, ID 83522
Telephone:   (208) 962-3245
Email:        BLM_ID_SheepSEIS@blm.gov
Website:     http://www.blm.gov/id/st/en/Districts-Idaho/CDA.html

BLM_0004743

*Preliminary Working Document for Internal Use*

*This page intentionally left blank.*

BLM_0004744

*Preliminary Working Document for Internal Use*

# ACRONYMS

| Acronym | Meaning |
|---------|---------|
| AMS | Analysis of the Management Situation |
| AUM | Animal Unit Month |
| BLM | Bureau of Land Management |
| BMP | Best Management Practice |
| CCD | Census County Division |
| CdA | Coeur d'Alene |
| CEQ | Council on Environmental Quality |
| CFO | Cottonwood Field Office |
| CFR | Code of Federal Regulations |
| CHHR | Core Herd Home Range |
| DSEIS | Draft Supplemental Environmental Impact Statement |
| EIS | Environmental Impact Statement |
| EPS-HDT | Economic Profile System Human Dimensions Toolkit |
| ESA | Endangered Specis Act |
| FEIS | Final Environmental Impact Statement |
| FLPMA | Federal Land Policy and Management Act |
| FO | Field Office |
| FSEIS | Final Supplemental Environmental Impact Statement |
| GIS | Geographic Information System |
| GMU | Game Management Unit |
| GPS | Global Positioning System |
| HCBSRC | Hells Canyon Bighorn Sheep Restoration Committee |
| ID | Idaho |
| IDFG | Idaho Department of Fish and Game |
| IDIM | Idaho Instruction Memorandum |
| IHL | Interim Herd Level |
| ISDA | Idaho State Department of Agriculture |
| LANDFIRE | Landscape Fire and Resource Management Planning Tools |
| MFP | Management Framework Plan |
| NEPA | National Environmental Policy Act |

BLM_0004745

*Preliminary Working Document for Internal Use*

# ACRONYMS

| Acronym | Meaning |
|---------|---------|
| NVN | Nonviable Herd Number |
| ODFW | Oregon Department of Fish and Wildlife |
| PCPI | Per Capita Personal Income |
| PMU | Population Management Unit |
| PRMP | Proposed Resource Management Plan |
| RMP | Resource Management Plan |
| ROD | Record of Decision |
| SEIS | Supplemental Environmental Impact Statement |
| SRBSP | Salmon River Bighorn Sheep Project |
| SRMA | Special Recreation Management Area |
| SRP | Special Recreation Permit |
| TPI | Total Personal Income |
| TWS | The Wildlife Society |
| USDA | United States Department of Agriculture |
| USGS | United States Geological Survey |
| USFS | United States Department of Agriculture Forest Service |
| VHF | Very High Frequency |
| WAFWA | Western Association of Fish and Wildlife Agencies |
| WDFW | Washington Department of Fish and Wildlife |
| WOIM | Washington Office Instruction Memorandum |
| WSA | Wilderness Study Area |
| WWP | Western Watersheds Project |

BLM_0004746

*Preliminary Working Document for Internal Use*

# EXECUTIVE SUMMARY

The Bureau of Land Management (BLM) proposes to amend the *Record of Decision and Approved Cottonwood Resource Management Plan* (Cottonwood ROD/RMP) (BLM 2009a) by providing new direction for the management and allocation for livestock grazing on 19,405 acres of BLM land within four BLM allotments in Idaho and Adams counties, Idaho (see Map 2 in Appendix D). This is in response to protests to the *Proposed Cottonwood Resource Management Plan and Final Environmental Impact Statement* (Cottonwood PRMP/FEIS) (BLM 2008b), which were granted by the Director of the BLM.

## Purpose and Need

Disease transmission from domestic sheep to bighorn sheep has likely contributed to significant declines in bighorn sheep populations and, in some cases, extirpation. The proposed action is needed because domestic sheep and goat grazing on four BLM allotments (Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek) could result in disease transmission to bighorn sheep and contribute to downward trends of local bighorn populations. As identified in protests to the Cottonwood PRMP/FEIS, the BLM must consider this when developing RMP direction for livestock grazing on these four allotments.

The purpose of the proposed action is to provide RMP direction for the management and allocation of livestock grazing on four BLM allotments that avoids or effectively reduces domestic sheep contact with and potential disease transmission to bighorn sheep populations to facilitate recovery of the Hells Canyon and Salmon River bighorn sheep metapopulations.

## Planning Issues

The BLM identified the following planning issues:

- Bighorn Sheep – Domestic sheep and goats may contact and potentially transmit diseases to bighorn sheep and subsequently result in respiratory disease outbreaks; a possible contributing factor to the downward trend in bighorn sheep populations.

- Native American Tribal Interests and Treaty Rights – Management of livestock grazing by the BLM, specifically domestic sheep and goats, may affect the availability of resources and uses (specifically related to bighorn sheep) that are important to the interests and rights of the Nez Perce Tribe.

- Livestock Grazing and Social and Economic Interests – Changes to management of livestock grazing by the BLM may affect the local economy.

## Descriptions of the Alternatives

The BLM developed five action alternatives to meet the purpose and need. In addition, for analysis purposes, the BLM included a No Action alternative. Because this amendment specifically focuses on addressing the impacts of potential disease transmission from domestic

---

BLM_0004747

*Preliminary Working Document for Internal Use*

sheep and goats to bighorn sheep, none of the proposed alternatives would close the allotments to other types of livestock grazing (e.g., cattle, horses, etc.). Under all alternatives, all four allotments and specified allocations of forage would be available for grazing by other types of livestock.

The BLM would also develop a separation response plan for bighorn sheep and domestic sheep for any of the four allotments where domestic sheep are allowed to graze. The response plan would define the process, protocols, and timelines for short-term or emergency management actions when intervention is needed to minimize the risk of association between domestic sheep and goats, and bighorn sheep. The response plan will adopt an adaptive management approach, reviewing, evaluating, and modifying grazing management to provide for long-term effective separation between domestic and bighorn sheep.

The BLM has identified Alternative B as the proposed RMP amendment. This alternative was identified as the preferred alternative in the draft SEIS. In making this identification, the BLM considered its multiple-use and sustained yield mandate and BLM policy for the management of domestic sheep and goats and wild sheep and habitat on public lands administered by the BLM, the purpose and need for this RMP Amendment/SEIS, the planning issues, and the results of the effects analysis (Chapter 4). The BLM found that Alternative B provides a means to allow for compatible multiple uses (in this case, domestic sheep grazing and bighorn sheep habitat) with low potential for adverse effects to bighorn sheep populations from inter-species disease transmission.

**Comment [JCA1]:** Pending finalization of Manual 1730 – Management of Domestic Sheep and.....

Tables ES-1, ES-2, and ES-3 illustrate the allotment, acreage, and animal unit month (AUM) availability for domestic sheep and goats by alternative.

| Table ES-1: | Allotment Availability for Domestic Sheep and Goat Grazing by Alternative | | | | | |
|---|---|---|---|---|---|---|
| **Allotment** | **Alternative A** | **Alternative B (Proposed)** | **Alternative C** | **Alternative D** | **Alternative E** | **Alternative F** |
| Partridge Creek | Yes | No | No | No | No | No |
| Marshal Mountain | Yes | No | No | Yes | Yes | No |
| Hard Creek | Yes | No | No | No | Yes | Yes |
| Big Creek | Yes | Yes | No | Yes | Yes | Yes |

| Table ES-2: | Acres Available for Domestic Sheep and Goats by Alternative | | | | | |
|---|---|---|---|---|---|---|
| **Allotment** | **Alternative A** | **Alternative B (Proposed)** | **Alternative C** | **Alternative D** | **Alternative E** | **Alternative F** |
| Partridge Creek | 9,544 | 0 | 0 | 0 | 0 | 0 |
| Marshal Mountain | 4,212 | 0 | 0 | 4,212 | 4,212 | 0 |
| Hard Creek | 5,210 | 0 | 0 | 0 | 5,210 | 5,210 |
| Big Creek | 439 | 439 | 0 | 439 | 439 | 439 |
| **Total** | **19,405** | **439** | **0** | **4,651** | **9,861** | **5,649** |

BLM_0004748

*Preliminary Working Document for Internal Use*

| Table ES-3: | Animal Unit Months Available for Domestic Sheep and Goats by Alternative | | | | | |
|---|---|---|---|---|---|---|
| **Allotment** | **Alternative A** | **Alternative B (Proposed)** | **Alternative C** | **Alternative D** | **Alternative E** | **Alternative F** |
| Partridge Creek | 431 | 0 | 0 | 0 | 0 | 0 |
| Marshal Mountain | 166 | 0 | 0 | 166 | 166 | 0 |
| Hard Creek | 218 | 0 | 0 | 0 | 218 | 218 |
| Big Creek | 81 | 81 | 0 | 81 | 81 | 81 |
| **Total** | **896** | **81** | **0** | **247** | **465** | **299** |

## Affected Environment

### Bighorn Sheep

The analysis area for bighorn sheep in this SEIS includes the Hells Canyon and Salmon River metapopulations. The analysis focuses on six herds and one area of concern (Little Salmon) that occur in proximity to the four domestic sheep allotments that occur in proximity to these metapopulations.

Occupied bighorn sheep habitat in Idaho, Oregon, and Washington occurs in the Salmon River and Snake River drainages of the Columbia River Basin (WAFWA 2010). Idaho bighorn sheep exist in both small isolated populations (herds) and interconnected metapopulations (IDFG 2010). Two Rocky Mountain bighorn sheep metapopulations occur within the analysis area, one within the Hells Canyon section of the Snake River and the other within the Salmon River canyon and mountains. Historically, these populations were likely connected by suitable habitat between the two major drainages and may have functioned as one metapopulation.

More than 10,000 bighorn sheep may have once lived in the Hells Canyon and surrounding mountains, but were extirpated by the mid-1940s by competition for forage with domestic livestock, disease, and unregulated hunting (Hells Canyon Bighorn Sheep Restoration Committee [HCBSRC] 2005). Reintroduction efforts in Hells Canyon began in 1971, with 474 bighorn sheep transplanted between 1971 and 2004 (HCBSRC 2005). In 2005, the HCBSRC estimated that 875 bighorn sheep were located within Hells Canyon, and the 2011 population estimate is 850 (includes Idaho, Oregon, and Washington). Overall, Hells Canyon modeled habitat could support more bighorn sheep than current population levels. The Hells Canyon PMU (Idaho) predicted bighorn sheep supportable by habitat within the distribution area of bighorn sheep is 1,555 to 2,802 (IDFG 2010). Cassirer and Sinclair (2007) describe the effects of chronic, repeated pneumonia outbreaks on bighorn sheep populations in Hells Canyon, and their potential adverse effects on bighorn sheep population recovery and persistence.

The Salmon River metapopulation was never extirpated (Toweill and Geist 1999), although the population has experienced periodic die-offs. No reintroduction or augmentation has occurred in the Lower Salmon River Population Management Unit (PMU) (IDFG 2011). Low recruitment rates and an overall decline in sheep numbers over the years for this metapopulation may have been caused by disease and habitat conditions in this PMU (IDFG 2010). Population numbers have dwindled in the western portion of this PMU that is closest to active domestic sheep allotments, and disease has resulted in low lamb survival in adjacent herds along the Salmon River (IDFG 2010). Overall, Lower Salmon River PMU modeled habitat could support more

BLM_0004749

*Preliminary Working Document for Internal Use*

bighorn sheep than current population levels. Salmon River PMU predicted populations supportable by habitat within the distribution area of bighorn sheep is 942 to 1,504 (IDFG 2010). Within the Lower Salmon River PMU, Game Management Unit (GMU) 14 is the most western GMU and occurs the closest to domestic sheep grazing and has low lamb survival. During the period of 2010 to 2012 the lamb to ewe ratio was 9.7 (lambs per 100 ewes) within GMU 14. During the same period, the GMUs within the Lower Salmon River PMU that were further east and more distant from historic domestic sheep grazing areas ranged from 57 percent to over 200 percent higher for lamb to ewe ratios when compared to GMU 14 ratios.

Disease, primarily bacterial pneumonia, has played an important role in the dynamics of bighorn sheep populations and has been responsible for numerous population declines throughout North America (Cassirer and Sinclair 2007). A long history of large-scale, rapid, all-age die-offs in bighorn sheep has been documented across Canada and the United States, many of which are attributed to domestic animal contact (Shackleton 1999). Although there is limited knowledge of transmission dynamics (Garde et al. 2005), extensive scientific research supports a relationship between disease in bighorn sheep populations and contact with domestic sheep (Lawrence et al. 2010; Besser et al. 2014).

Three models were developed to better understand bighorn sheep habitat suitability and the potential for contact with domestic sheep. The models developed include (1) a bighorn sheep source habitat model; (2) a core herd home range model; and (3) a risk-of-contact model that utilizes a bighorn sheep source habitat and core herd home range (CHHR) analysis for the bighorn sheep foray analysis. Forest Service (2013a), O'Brien et al. (2014) and Carpenter et al. (2014) document methods and models primarily used for analysis purposes in this SEIS. Outputs from these models were used to describe current conditions on BLM domestic sheep allotments and the adjacent areas, and as a basis for alternative evaluation and comparison. The BLM also used the results from these models to make inferences regarding the potential for disease transmission between the species and outbreaks of disease within bighorn populations.

In response to bighorn sheep population viability concerns, the Payette National Forest developed a methodology for calculating the probability and rate of contact between bighorn sheep and active domestic sheep allotments (USFS 2010a). Subsequently in 2011, a team of Forest Service and BLM specialists initiated a process to develop a geospatial platform based on the concepts used in the Payette analyses for application on other National Forests or BLM Districts (USFS 2010a; USFS 2013a; O'Brien et al. 2014; Carpenter et al. 2014). The BLM domestic sheep allotments addressed in this SEIS are within the cumulative effects analysis area addressed in the Payette analysis (USFS 2010a); consequently, the analysis, methodology, and resulting Risk of Contact Tool was the chosen modeling method used by the BLM for this SEIS. The models used for this SEIS along with background information and the user's guide are included in the *Bighorn Sheep Risk of Contact Tool Users Guide* (USFS 2013a). Methods provided by the referenced Risk of Contact Tool provide land managers a framework for addressing and calculating the probability and rates of contact between bighorn sheep and domestic sheep allotments and potential for disease transmission; and subsequent development of bighorn sheep conservation measures (USFS 2013a).

BLM_0004750

*Preliminary Working Document for Internal Use*

Bighorn Sheep Source Habitat Model

Source habitats are those characteristics of macrovegetation that contribute to positive population growth for a species in a specified area and time (Wisdom et al. 2000; Raphael et al. 2001). Source habitats contribute to source environments, which represent the composite of all environmental conditions that result in stationary or positive population growth in a specified area and within a specified time. -Within the BLM's Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek domestic sheep allotments, there are 7,249 acres of summer source habitat and 4,706 acres of winter source habitat.

Core Herd Home Range Model

The CHHRis mapped as a polygon containing 95 percent of all telemetry points from radio-collared (telemetry) or observed bighorn sheep (USFS 2013a; O'Brien et al. 2014). The four subject BLM allotments contain a total of 7,756 acres of summer and 7,533 acres of winter CHHR.

Risk-of-Contact Model

The risk-of-contact modeling estimates the probability of foraying bighorn sheep reaching a domestic sheep allotment (USFS 2013a; O'Brien et al. 2014; Carpenter et al. 2014). By definition, contact occurs where the CHHR overlaps an allotment; in this case, it is assumed that at least one potential contact per year may occur (USFS 2013a). The risk-of-contact model also includes parameters that characteristize bighorn sheep movements, or forays, outside of the CHHR.These include the frequency  and season during which foray movements occur, and the distance beyond the CHHR that bighorn sheep are likely to travel.

Together, the habitat, CHHR, and risk-of-contact models were used to estimate the probability that a ewe or ram in any of the herds would reach any of the domestic sheep allotments in a given year. Thus, the risk of contact is related to the distance between the CHHR and the allotments available for domestic sheep or goat grazing.

Uncertainties Regarding Interspecies Contact and Disease Outbreak and Analysis Assumptions

A high degree of uncertainty exists regarding the probability that contact of a bighorn sheep with an allotment will lead to disease outbreak occurring within a herd (USFS 2010a, USFS 2013b; Carpenter et al. 2014; O'Brien et al. 2014). Quantifying disease transmission and outbreaks in bighorn sheep populations following contact with domestic sheep or goats, and the subsequent ability of a population to recover are essential to interpreting the results from the above models. However, the mechanism of disease transmission and the resulting outbreaks in bighorn sheep is not fully understood, as we lack the empirical data to make recommendations on the frequency of outbreaks and on the effects on population persistence (Carpenter et al. 2014; O'Brien et al. 2014).

Because  it is uncertain whether contact of a bighorn sheep with a domestic sheep allotment will lead to disease outbreak within a bighorn sheep population,  a range of probabilities for disease outbreak within a 50 year period were evaluated.  Probabilities ranged from 0.05 (1 in 20 contacts would result in a disease outbreak) to 1.00 (every contact would result in a disease

BLM_0004751

*Preliminary Working Document for Internal Use*

outbreak). The range of values modeled include: 0.05, 0.10, 0.25, 0.50, 0.75, 0.90, and 1.00 (see Appendix B). Qualitative comparisons of alternatives were also made based on a range of probabilities of disease outbreak from low (0.05 or 1 in 20 contacts results in disease outbreak), moderate (0.25 or 1 in 4 contacts lead to a disease outbreak) to high (1.00 or every contact results in a disease outbreak); intermediate values identified above were also assessed. The terms low, moderate, and high are only intended as relative terms used for comparisons of alternatives. Because of the significance of inter-species contact, disease transmission and uncertainty regarding disease outbreaks; a high level of consideration is given to the devastating impact of a single disease outbreak and the long-term impacts associated with lamb survival when comparing and evaluating various grazing management alternatives and associated risks. Evaluating a range of values regarding predicted contacts and disease outbreaks will aid managers in alternative evaluation and comparison. This analysis will provide additional information to facilitate alternative comparison in regards to grazing management decisions to identify acceptable risk levels to provide for population persistence and/or desired trends.

<u>Native American Tribal Uses</u>

Traditionally, socio-cultural values of the Nez Perce reflect a close relationship with natural resources, including big game animals. At times, spiritual values are attributed to animals. For instance, the taking of bighorn sheep is more than a subsistence activity. The Nez Perce believe that in sharing a successful hunt, family ties are strengthened and their connection to the local ecology is maintained, forming a link to the past that contributes to maintaining cultural continuity. As such, the act of hunting is reserved under Article 3 of the 1855 Treaty between the United States and the Nez Perce Tribe. Because hunting is a reserved right and is incorporated into the Tribe's socio-cultural system, any change in these Treaty-reserved opportunities has the potential to affect the socio-cultural system of the Nez Perce Tribe.

**Livestock Grazing and Social and Economic Conditions**

Wildlife and outdoor enthusiasts, hunters, photographers, and the general public value the opportunity to view and hunt bighorn sheep. Consumptive and non-consumptive wildlife activities are an important contributor to the economy in Idaho (IDFG 2010). In 2006 estimates for annual hunting and wildlife viewing in Idaho were 187,000 and 754,000 participants, respectively, which resulted in gross expenditures of $259.7 million and $265.4 million, respectively (USFWS 2007).

The price and sales of resident and non-resident bighorn sheep tags, including special auction and lottery tags, can be attributed directly to bighorn sheep hunting opportunities. Tag sales for the 2009 season included 85 controlled-hunt permits/tags, 1 auction tag, and 1 lottery tag. Eight non-resident and 77 resident tags were allocated that year. Resident tags sold for $166.75 and non-resident tags for $2,101.75. The auction tag sold for $120,000 in 2009, and has averaged $82,450 per year over the past 10 years (IDFG 2010).

Sheep grazing within the Cottonwood Field Office also plays an important social role, as area residents identify with the tradition, land use, and history of livestock operations. Of note is the intimate culture that surrounds the sheep industry, which is attributable to values such as hard work, tradition, and a love for the animals and the land. These values are emphasized and

BLM_0004752

*Preliminary Working Document for Internal Use*

cultivated in area events such as county fairs, where 4-H and Future Farmers of America programs contribute to youth education and a sense of community identity. In *History of the State of Idaho*, Cornelius Brosnan states that, "Idaho has become one of the greatest wool-producing States, but has long been noted for its mutton" (Brosnan 1918).

Table E-4 outlines the current authorizations and status of the four subject grazing allotments.

| Table E-4: | Allotments with Sheep Grazing | | | |
|---|---|---|---|---|
| **Allotment Name** | **Partridge Creek** | **Marshall Mountain** | **Hard Creek** | **Big Creek** |
| **BLM Acres** | 9,544 | 4,212 | 5,210 | 439 |
| Lessee Name | Carlson Livestock Company | Carlson Livestock Company | Soulen Livestock Company | Soulen Livestock Company |
| Lease Expiration Date | 2/28/2014 | 2/28/2016 | 2/28/2019 | 2/28/2019 |
| Season of Use | 4/11 to 7/15 10/15 to 11/30 | 07/5 to 08/04 | 6/15 to 7/15 | 6/1 to 10/30 |
| No. of Sheep | 833 | 815 | 1,050 | 8,000 |
| Permitted Sheep Use in AUMs | 431 | 166 | 218 | 81 |
| Current Status | District Court Temporary Restraining Order 10/14/2009 | Temporary Closure by BLM Decision 3/15/2011 | Lessee has voluntarily taken non-use | Lessee has voluntary taken non-use |

## Environmental Consequences

Table E-5 summarizes the estimated environmental consequences (impacts) from implementation of each of the alternatives. Following is a brief explanation of each key indicator as presented in the table.

- Bighorn Sheep Summer/Winter Source Habitat Available for Domestic Sheep Use – Source habitat contains characteristics that contribute to positive population growth for bighorn sheep. Bighorn may, or may not actually occupy this habitat, and potential use varies by season (summer/winter). If source habitat is available for domestic sheep use, the potential for contact with bighorn sheep increases because it provides habitat that is more suitable for bighorn sheep use.

- Bighorn Sheep Summer/Winter CHHR Available for Domestic Sheep Use – The CHHR is the area within which most bighorn herd individuals spend at least 95 percent of their time. If the CHHR is available for domestic sheep use, the allotment has a predicted contact rate of one or more interspecies contacts per year, greatly increasing the potential for disease transmission and disease outbreaks. The higher the number of acres of CHHR that overlap with domestic sheep allotments, the greater the number of contacts that could occur annually.

- Distance between BLM Land Available for Domestic Sheep Use and Nearest Bighorn Sheep CHHR or Area of Interest – The shorter the distance between allotments available for domestic sheep use and a bighorn CHHR, the greater the likelihood of contact between species.

BLM_0004753

*Preliminary Working Document for Internal Use*

- Probable Contacts per Year between  Bighorn Sheep and Domestic Sheep Allotments  – This is the number of contacts per year predicted for a bighorn sheep intersecting a domestic sheep allotment, which is considered a primary factor contributing to potential for disease transmission, disease outbreaks, and population persistence.

- Ranking of Effects on Bighorn Sheep Population Persistence – This is the rank order of alternatives in regards to the estimated adverse effect on the persistence of affected herds.

- Ranking of Area Available for Bighorn Sheep and Native American Tribal Hunting – The rank order of the adverse effects that each alternative would have on the opportunities for Native American Tribal members to hunt for bighorn sheep in traditional or culturally important areas.

- Ranking of Availability of Bighorn Sheep for Native American Tribal Hunting – This is the rank order of the effects that each alternative would have on the opportunities for Native American Tribal members to hunt bighorn sheep, based on bighorn sheep population persistence.

- AUMs Available for Domestic Sheep Use –AUMs are a measure of the forage that would be available for domestic sheep use under each alternative.

- Contributed Jobs – This is an estimate of the number of jobs that the grazing use on the four allotments would contribute to the local economy.

- Ranking of Opportunities for Bighorn Sheep-related Recreation – The rank order of the adverse effects on bighorn sheep-related recreation, such as hunting or wildlife viewing.

BLM_0004754

*Preliminary Working Document for Internal Use*

| Table E-5: | Comparative Summary of Impacts from the Alternatives | | | | | |
|---|---|---|---|---|---|---|
| | **Alternatives** | | | | | |
| **Indicator** | **A** | **B** | **C** | **D** | **E** | **F** |
| Bighorn Sheep Summer/Winter Source Habitat Available for Domestic Sheep Use (acres) | 7,249/ 4,706 | 1/0 | 0/0 | 1,202 / 0 | 1,958/ 0 | 772/ 0 |
| Bighorn Sheep Summer/Winter CHHR Available for Domestic Sheep Use (acres) | 5,127 / 7,533 | 0/ 0 | 0/0 | 0/0 | 0/ 0 | 0/ 0 |
| Little Salmon Area of Concern Available for Domestic Sheep Use (acres)[1] | 2,629 | 0 | 0 | 0 | 2,629 | 2,629 |
| Distance between BLM Land Available for Domestic Sheep Use and Nearest Bighorn Sheep CHHR or Area of Interest (miles) | 0.0 | 26.15 | N/A | 1.25 | 1.25 | 0.0 |
| Distance between BLM Land Available for Domestic Sheep Use and Little Salmon Area of Concern[1] | 0.0 | 12.96 | N/A | 12.96 | 0.0 | 0.0 |
| Probable Contacts per Year between Bighorn Sheep and Domestic Sheep Allotments | 1.1264+ | 0.00002 | 0.0000 | 0.06604 | 0.117312 | 0.051312 |
| Ranking of Effects on Bighorn Sheep Population Persistence (1=least, 6=most) | 6 | 2 | 1 | 3 | 5 | 4 |
| Ranking of Area Available for Bighorn Sheep and Native American Tribal Hunting (1=most, 6=least) | 6 | 2 | 1 | 3 | 4 | 5 |
| Ranking of Availability of Bighorn Sheep for Native American Tribal Hunting (1=most, 6=least) | 6 | 2 | 1 | 3 | 5 | 4 |
| AUMs Available for Domestic Sheep Use | 896 | 81 | 0 | 247 | 465 | 299 |
| Contributed Jobs | 5.1 | 0.4 | 0.0 | 1.4 | 2.6 | 1.7 |
| Ranking of Opportunities for Bighorn Sheep-Related Recreation (1=most, 6=least) | 6 | 2 | 1 | 3 | 5 | 4 |

[1]Little Salmon Area of Concern has no established bighorn sheep herd and predicted contacts based on past incidental sightings of bighorn sheep that occurred in the area. Predicted allotment contacts would potentially occur from bighorn sheep use of area (based on incidental sightings) and bighorn sheep that incidentally use habitats that have had past fidelity for use.

BLM_0004755

*Preliminary Working Document for Internal Use*

## CHAPTER 1 – INTRODUCTION

BLM_0004756

*Preliminary Working Document for Internal Use*

*This page intentionally left blank.*

BLM_0004757

*Preliminary Working Document for Internal Use*

# CHAPTER 1 – INTRODUCTION

## 1.1   PROPOSED ACTION

The Bureau of Land Management (BLM) proposes to amend the *Record of Decision and Approved Cottonwood Resources Management Plan* (Cottonwood ROD/RMP) (BLM 2009a) by providing new direction for the management and allocations for livestock grazing on 19,405 acres of BLM land within four BLM allotments in Idaho and Adams counties, Idaho (see Map 2 in Appendix D).

## 1.2   BACKGROUND

In August 2008, the BLM published the *Proposed Cottonwood Resource Management Plan and Final Environmental Impact Statement* (Cottonwood PRMP/FEIS) (BLM 2008b); subsequently receiving a number of protests on the proposed decision. In accordance with federal regulations (43 Code of Federal Regulations [CFR] 1610-5-2), the BLM Director renders a decision on any valid protest to a proposed RMP. In this case, the single protest point granted by the Director pertained to the adequacy of the range of alternatives for the management of domestic sheep grazing on four BLM allotments within bighorn sheep (*Orvis canadensis*) habitat. In the *Protest Resolution Report* (BLM 2009b), the Director found that the Cottonwood PRMP/FEIS did not provide an adequate range of alternatives to address potential disease transmission from domestic sheep and goats to bighorn sheep. As such, this portion of the PRMP/FEIS was remanded to the BLM Idaho State Director, requiring that a supplemental EIS (SEIS) be completed that includes a reasonable range of alternatives. The Director further specified that the SEIS would be for the express purpose of analyzing the impacts of domestic sheep and goat grazing within the previously mentioned allotments (Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek allotments).

Currently, no domestic sheep grazing is occurring on any of the four subject allotments. In late 2009, the United States District Court issued a temporary restraining order that closed domestic sheep use of the Partridge Creek Allotment[1]. On March 15, 2011, the Cottonwood Field Manager closed the Marshall Mountain Allotment (BLM 2011a) in accordance with grazing administration regulations found at 43 CFR Part 4100. The grazing lessee for Hard Creek and Big Creek has voluntarily chosen non-use for these two allotments.

## 1.3   PURPOSE AND NEED

Disease transmission from domestic sheep to bighorn sheep has potentially contributed to significant declines in bighorn populations and, in some cases, extirpation. The proposed action is needed because domestic sheep and goat grazing on four BLM allotments (Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek) could result in disease transmission to bighorn sheep and contribute to downward trends of local bighorn populations. As identified in protests

---

[1] U.S. District Court for the District of Idaho, Civ. No. 09-0507-E-BLW, Decision and Order, October 14, 2009.

BLM_0004758

*Preliminary Working Document for Internal Use*

to the Cottonwood PRMP/FEIS, the BLM must consider this when developing RMP direction for livestock grazing on these four allotments.

The purpose of the proposed action is to provide RMP direction for the management and allocation of livestock grazing on four BLM allotments that avoids or effectively reduces domestic sheep contact with and potential disease transmission to bighorn sheep populations to facilitate recovery of the Hells Canyon and Salmon River bighorn sheep metapopulations.

## 1.4   DECISIONS TO BE MADE

The BLM Idaho State Director will decide, through an amendment to the Cottonwood ROD/RMP, which areas of BLM land will be available and how much forage will be allocated for livestock grazing, as well as what other management direction is necessary to address potential contact between bighorn sheep, and domestic sheep and goats, and related potential disease transmission to bighorn sheep populations, in the vicinity of or within the Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek allotments. Decisions will be based on direction in the following federal regulations and BLM policy:

43 CFR 4100.0-8 states that "the authorized officer shall manage livestock grazing on public lands under the principle of multiple use and sustained yield, and in accordance with applicable land use plans. Land use plans shall establish allowable resource uses (either singly or in combination), related levels of production or use to be maintained, areas of use, and resource condition goals and objectives to be obtained. The plans also set forth program constraints and general management practices needed to achieve management objectives. Livestock grazing activities and management actions approved by the authorized officer shall be in conformance with the land use plan as defined at 43 CFR 1601.0-5(b)."

The BLM Land Use Planning Handbook (BLM 2005) specifies that land use plan decisions will "identify lands available or not available for livestock grazing…" and "for lands available for livestock grazing, identify on an area-wide basis both the amount of existing forage available for livestock (expressed in animal unit months) and the future anticipated amount of forage available for livestock with full implementation of the land use plan…"

While land use plan/RMP decisions allocate areas and forage for livestock use, they do not authorize use. Authorized use will not be decided by this RMP amendment. As specified in federal regulations, "[g]razing permits and leases authorize use on the public lands and other BLM-administered lands that are designated in land use plans as available for livestock grazing."

## 1.5   PLANNING CRITERIA

Planning criteria guide the development of a plan by helping to define the decision space (or the "sideboards" that define the scope of the planning effort), which is generally based on applicable laws, Director and State Director guidance, and the results of public and governmental participation (43 CFR 1610.4-2). For this RMP amendment process and SEIS the BLM Director and the BLM Idaho State Director provided specific direction in the *Protest Resolution Report* (BLM 2009b) and the Cottonwood ROD/RMP (BLM 2009a), respectively. In accordance with this direction:

*Preliminary Working Document for Internal Use*

- This RMP amendment process and SEIS will only address the management of livestock grazing on the four BLM allotments as it relates to potential disease transmission to bighorn sheep populations. The four allotments are Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek. This amendment process and SEIS will not address or modify any other decisions in the 2009 *ROD and Approved Cottonwood RMP* (BLM 2009).

In addition, the following planning criteria from the Cottonwood PRMP and FEIS (BLM 2008b) also apply to this plan amendment process and SEIS:

- This RMP amendment process and SEIS will comply with all applicable laws, regulations, and current policies. This includes local, state, Tribal, and federal air quality standards, as well as water quality standards from the Idaho Nonpoint Source Management Program Plans.
- The RMP planning effort will be collaborative and multijurisdictional in nature. The BLM will strive to ensure that its management decisions are complementary to other planning jurisdictions and adjoining properties, within the boundaries described by law and federal regulations.
- All previously established Wilderness Study Areas (WSA) will continue to be managed for wilderness values and character until such time as Congress designates them as wilderness areas, or releases them for multiple use management.
- The RMP will recognize all valid existing rights.

## 1.6    DESCRIPTION OF THE PLANNING AREA

The planning area for this amendment process is limited to the Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek grazing allotments in Idaho and Adams counties, Idaho (see Map 2 in Appendix D). These allotments contain 19,405 acres of BLM-administered land.

## 1.7    PLANNING PROCESS

This RMP Amendment/SEIS process will follow the standard steps for preparing an RMP, as outlined in the BLM Land Use Planning Handbook and as depicted on Figure 1-1 which appears on page 1-6. However, since this is a supplemental EIS, public scoping and publication of a scoping report and analysis of the management situation (AMS) was not necessary. This is indicated by an "X" over each of these items in Figure 1-1. The BLM considered public comments from the Draft Cottonwood RMP/EIS and protests to the Cottonwood PRMP/FEIS to identify planning issues (see Section 1.8 below), All supplemental information and analysis are documented in this SEIS, which would make a new AMS redundant.

BLM_0004760

*Preliminary Working Document for Internal Use*



**Figure 1-1:        Steps for the Preparation of an RMP**



BLM_0004761

*Preliminary Working Document for Internal Use*

## 1.8     PLANNING ISSUES

A supplemental EIS is prepared with the same requirements as a stand-alone EIS, with the exception that a supplemental EIS does not require scoping (40 CFR 1502.9(c)). For this SEIS, the BLM published a Notice of Intent on March 12, 2010, in the *Federal Register*. In October 2011, the Cottonwood Field Office (CFO) distributed a newsletter to update interested parties about the status of the SEIS.

Considering the concerns addressed in protests to the 2008 Proposed Cottonwood RMP, as well as input from cooperating agencies the BLM identified the following planning issues:

- Bighorn Sheep – Domestic sheep and goats may contact and transmit diseases to bighorn sheep, which contributes to the downward trend in populations.

- Native American Tribal Interests and Treaty Rights – Management of livestock grazing by the BLM, specifically domestic sheep and goats, may affect the availability of resources and uses specifically related to bighorn sheep and that are important to the interests and rights of the Nez Perce Tribe.

- Livestock Grazing and Social and Economic Interests – Changes to management of livestock grazing by the BLM may affect the local economy.

## 1.9     COLLABORATION

Section 202(c)(9) of the Federal Land Policy and Management Act of 1976 (FLPMA) requires the BLM, to the extent consistent with applicable federal laws, to coordinate its planning and management actions with similar planning and management actions of other federal, state, and local agencies and Tribal governments. In July 2010, the Payette National Forest and Nez Perce Tribe accepted invitations to participate in preparation of this SEIS as cooperating agencies. In March 2012, the BLM, Nez Perce Tribe, and Payette National Forest signed a formal cooperating agency agreement.

Section 202(c)(9) of the FLPMA further requires the BLM to ensure that consideration is given to those state, local, and Tribal plans that are germane to the development of land use plans for public lands and that assist in resolving, to the extent practical, any inconsistencies between federal and non-federal government plans.

Consistent with FLPMA, the BLM has coordinated with the Nez Perce Tribe, taking into consideration the Tribe's policies regarding management of bighorn sheep. Specifically, the BLM considered the Tribe's policy as described in their letter of protest for the 2008 Cottonwood PRMP/FEIS, including:

- *Adopt a recovery goal for bighorn sheep, of healthy, self-sustaining numbers, well-distributed across historic habitats in Hells Canyon and the Salmon River to ensure long-term conservation and support treaty harvest across age and sex classes.*

BLM_0004762

*Preliminary Working Document for Internal Use*

- *Establish a Tribal standard of no contact between bighorn sheep and domestic sheep and encourage the federal land managers to adopt standard that would prohibit domestic sheep grazing within or adjacent to occupied bighorn sheep habitat.*

- *Establish Tribal standard of using buffers to create space between occupied bighorn sheep habitat and domestic sheep grazing and encourage federal land managers to do the same.*

- *Adopt a Tribal standard of promoting bighorn sheep restoration and expansion across historic habitats within Hells Canyon and the Salmon River.*

The above administrative actions "provide a Tribal policy framework for promoting healthy, harvestable population recovery goals for bighorn sheep, and encourages federal land managers to adopt these policies in accordance with the United States' treaty and trust responsibilities to the Nez Perce Tribe" (Nez Perce Tribe 2008).

The BLM also coordinated with the Payette National Forest and Idaho Department of Fish and Game (IDFG) regarding the following non-BLM plans:

- *Record of Decision for the Final SEIS, and Forest Plan Amendment Identifying Suitable Rangeland for Domestic Sheep and Goat Grazing to Maintain Habitat for Viable Bighorn Sheep Populations* (USFS 2010b)
- *Idaho Bighorn Sheep Management Plan* (IDFG 2010)

In June 2010, recognizing the jurisdiction and expertise of Idaho State agencies, the BLM invited the IDFG and IDL to become cooperating agencies in preparation of the SEIS. However, neither agency accepted the invitation.  Although lacking a formal cooperating agency agreement, the BLM continued to coordinate with IDFG in preparation of this SEIS, specifically in regard to management and data for bighorn sheep populations. In addition to the above requirements and compliance measures, this PRMP/FEIS will be subject to a Governor's Consistency Review (pursuant to 43 CFR 1610.3-2).

In addition, in 2007, the Governor of Idaho asked federal and state agencies to work with sheep producers to come up with a strategy to reduce the potential for contact between domestic and bighorn sheep (IDFG ISDA 2007).  In response the BLM, Carlson Livestock Company, IDFG, IDL, and Idaho State Department of Agriculture developed a "Strategy for Reducing Risk of Contact between Bighorn Sheep and Domestic Sheep in the Salmon River Area" (ISDA 2009) which applied to the Partridge Creek and Marshall Mountain Allotments.  For more details about this strategy, see Section 3.4.2.1.

The BLM is also a partner in the Salmon River Bighorn Sheep Project, an interagency research effort established for the purpose of gaining a better ecological understanding of bighorn sheep in the Salmon River Canyon, which is specific to the Main Salmon/South Fork herd. Additional partners include the Nez Perce Tribe, IDFG, Payette National Forest, and Nez Perce National Forest. The project area includes a 75-mile portion of the Salmon River drainage in Idaho from the town of Riggins, east upriver to the confluence of Big Mallard Creek. Major tributaries within the project area include the lower portions of the Little Salmon and South Fork Salmon rivers.

*Preliminary Working Document for Internal Use*

The BLM also participates in the Hells Canyon Initiative, a state, federal, and private partnership established in 1995 to restore Rocky Mountain bighorn sheep in the Hells Canyon area of Oregon, Idaho, and Washington. The concept was formalized in 1997 with the completion of an interagency memorandum of agreement and restoration plan. Additional partners include IDFG, Oregon Department of Fish and Wildlife (ODFW), Washington Department of Fish and Wildlife (WDFW), and the Wild Sheep Foundation.

The BLM also collaborated with other stakeholders through the Wild Sheep Working Group of the Western Association of Fish and Wildlife Agencies (WAFWA) in developing *Recommendations for Domestic Sheep and Goat Management in Wild Sheep Habitat* (WAFWA 2012). For the state of Idaho, the Wild Sheep Working Group guidelines are included in the *Interim Strategy for Managing Separation between Bighorn Sheep and Domestic Sheep in Idaho* (IDFG 2007) and the *Idaho Bighorn Sheep Management Plan* (IDFG 2010). Although the BLM took these guidelines into consideration in developing the alternatives in this SEIS, the BLM has not formally adopted them.

## 1.10    PUBLIC REVIEW AND COMMENTS

The BLM and the U.S. Environmental Protection Agency (EPA) published Notices of Availability for the Draft RMP Amendment/SEIS on May 9, 2014. This initiated a 90-day public review and comment period which ended August 7, 2014. During this period the BLM conducted 3 public meetings to share information about the draft document and answer questions. By the end of the comment period interested parties had submitted 11,933 letters and emails. The BLM analyzed these submissions and the comments they contained. Appendix E provides a detailed description of the analysis process, issues raised, and the BLM's responses.

## 1.11    CHANGES FROM THE DRAFT RMP AMENDMENT/SEIS

The Proposed RMP/Final SEIS contains numerous changes from the Draft, which resulted from analysis of comments received during the review period, as well as internal review of the Draft RMP Amendment/SEIS. These changes include minor corrections and clarifications, as well as the following more-significant changes:

- Eliminated the analytical assumption that identified a threshold in regards to contact resulting in disease outbreak.    Because the probability that contact of a bighorn sheep with a domestic sheep in an allotment will lead to disease outbreak within a bighorn sheep population is uncertain, modelers evaluated a range of probabilities for disease outbreak within a 50 year period.

- Considered two additional alternatives that were eliminated from detailed analysis (see Section 2.4).

- Updated modeling to reflect more current population data, probability of contact data, and source habitat data.

- Cited additional and current scientific literature to support analysis findings.

BLM_0004764

*Preliminary Working Document for Internal Use*

- Clarified and updated FSEIS in regards to how the Little Salmon Area of Concern was considered in the analysis and included additional characterization and analysis for this area.

- Updated information and analysis included in FSEIS regarding the recent designation of bighorn sheep as a BLM Idaho sensitive species (BLM, Idaho State Office Instruction Memorandum No. ID-2015-009, December 4, 2014).

- Updated the FSEIS with information regaring a new BLM manual: BLM Manual 1730 – Management of Domestic Sheep and Goats and Wild Sheep and Habitat, release date XXXXX

## 1.12   POLICY

The RMP amendment must be consistent with the following policies:

- Land Use Planning Handbook (BLM 2005) – Outlines requirements and procedures for developing and amending RMPs.

- National Environmental Policy Act Handbook (BLM 2008a) – Outlines requirements and procedures for compliance with the NEPA and CEQ Regulations.

- Manual 6500, Wildlife and Fisheries Management (BLM 1988) – Outlines BLM policy for the wildlife and fisheries program, as well as identifies a general goal to "ensure optimum population and a natural abundance and diversity of wildlife resources on public lands by restoring, maintaining, and enhancing habitat conditions through management plans and action integrated with other uses of public lands, through coordination with other programs, the States, by management initiatives, and through direct habitat improvement projects." It also identifies a specific goal for big game/upland game habitat management "to ensure that big game/upland game species on the public lands are provided habitat of sufficient quantity and quality to sustain identifiable economic and/or social contributions to the American people."

- Manual 6840 – Special Status Species Management (BLM 2008) – This manual establishes policy for management of species listed or proposed for listing pursuant to the Endangered Species Act and Bureau sensitive species which are found on BLM-administered lands. BLM sensitive species will managed consisted with species and habitat management objectives in land use and implementation plans to promote their conservation and to minimize the likelihood and need for listing under the ESA.

- Manual 8120, Tribal Consultation Under Cultural Resource Authorities – Outlines policy for BLM Tribal consultation. One of the objectives is to "ensure that Tribal issues and concerns are given legally adequate consideration during decision making."

- BLM Idaho Instruction Memorandum 2011-004 (BLM 2011b), Separation Response Plans for Bighorn Sheep and Domestic Sheep and Goats – Requires BLM offices in Idaho to complete and implement separation response plans for all grazing allotments that authorize domestic sheep or goat use, and other areas where bighorn sheep could come into contact with domestic sheep and goats on BLM public lands.

*Preliminary Working Document for Internal Use*

- BLM Manual 1730 – Management of Domestic Sheep and Goats and Wild Sheep and Habitat (Release Date XXXX). This manual provides policy guidance for the coordination and management of domestic sheep and goats and wild sheep and habitat on lands administered and managed by the BLM (BLM lands). Specifically, this manual sets forth policy for the management of BLM lands where the potential for disease transmission exists by interaction between wild sheep and permitted, authorized (e.g., leased), or recreational use of sheep and goats.

    **Comment [JCA2]:** Keep highlighted pending final manual/policy release.

- 43 CFR 4100 – Code of Federal Regulations – Range Management. "The purpose is to provide uniform guidance for administration of grazing on the public lands exclusive of Alaska."

- IM ID-2011-004 – The purpose of this IM is to establish the process, protocols, and timelines to quickly address short-term or emergency management actions in response to imminent or likely contact between bighorn sheep, domestic sheep and goats.

*Preliminary Working Document for Internal Use*

*This page intentionally left blank.*

BLM_0004767

*Preliminary Working Document for Internal Use*

## CHAPTER 2 – ALTERNATIVES

BLM_0004768

*Preliminary Working Document for Internal Use*

*This page intentionally left blank.*

BLM_0004769

*Preliminary Working Document for Internal Use*

# CHAPTER 2 – ALTERNATIVES

## 2.1    INTRODUCTION

Chapter 2 describes the reasonable range of alternatives for amending the *Approved Cottonwood RMP* (BLM 2009) designed specifically to address potential disease transmission to bighorn sheep populations that could result from domestic sheep and goat grazing in the Big Creek, Hard Creek, Partridge Creek, and Marshall Mountain allotments. As stated in Section 1.5, this amendment process does not address or modify any other decisions in the 2009 Cottonwood ROD/RMP.

## 2.2    DECISIONS FROM THE APPROVED COTTONWOOD ROD/RMP WITH BEARING ON THE ALTERNATIVES

The following decisions from the 2009 Cottonwood ROD/RMP, while not subject to modification, have bearing on or are related to the alternatives for the amendment:

**Wildlife Goal WS-1**: Manage habitat to contribute to the conservation of special status species habitats and maintain biological diversity of wildlife.

- **Objective WS-1.6**—Manage rangeland and forest vegetation to provide for diversity, cover, structure, forage, and security to contribute to healthy populations of rangeland and forest dependent species and other wildlife.

- **Objective WS-1.10**—Maintain or restore Rocky Mountain bighorn sheep *(Ovis canadensis canadensis)* habitat.

    o **Action WS-1.10.2**—Coordinate with the State of Idaho, including the Department of Fish and Game and other appropriate state agencies, the Nez Perce Tribe, U.S. Forest Service (USFS), and other appropriate federal agencies, grazing lessees, and partners on population and habitat management of bighorn sheep.

    o **Action WS-1.10.3**—No existing allotments authorized for cattle and/or horse use within the Salmon River and/or Snake River drainages will be converted to sheep or goats, when such use would result in potential risk for disease transmission to bighorn sheep populations or affect the potential for bighorn sheep expansion into suitable habitats.

    o **Action WS-1.10.4**—Goat grazing for weed control is prohibited in Hells Canyon (Snake River drainage), downriver from Maloney Creek (Salmon River drainage), and upriver from Little Salmon River (Salmon River drainage). In other areas, goat grazing for weed control will only be authorized when such use will result in no or very low risk for transmission of disease to bighorn sheep.

    o **Action WS-1.10.5**—Support cooperative bighorn sheep studies and research within the Snake and Salmon River drainages that provide improved or updated habitat, distribution, and management information. Cooperate with survey and monitoring projects that document bighorn sheep observations, telemetry locations, and

BLM_0004770

*Preliminary Working Document for Internal Use*

population ranges within the Snake and Salmon River canyons, tributary drainages, and associated uplands.

**Livestock Grazing Goal LS-1**: Provide opportunities for livestock grazing while meeting rangeland health standards.

- **Objective LG-1.1**—Identify lands available for livestock grazing.

**Native American Tribal Uses Goal NA-1**: Manage natural and cultural resources consistent with treaty and trust responsibilities to Native American tribes.

- **Objective LG-1.1**—Maintain and, where possible, improve natural and cultural resource conditions to enhance opportunities to exercise Native American traditional uses.
  - o **Action NA-1.1.1**—Consult with Native American tribes to identify culturally significant plants, animals, fish, and important habitats.

## 2.3      DESCRIPTIONS OF THE ALTERNATIVES

The BLM developed five action alternatives to meet the purpose and need. In addition, for analysis purposes, the BLM included a No Action alternative. These alternatives are described below.

### 2.3.1   Common to All Alternatives

*Grazing Allocations*:

Because this amendment specifically focuses on addressing the impacts of potential disease transmission from domestic sheep and goats to bighorn sheep, none of the alternatives closes the allotments to other types of livestock grazing (e.g., cattle, horses, etc.). Therefore, under all Alternatives, all four allotments and specified forage would be available for grazing by other types of livestock. This would include allotments and forage that are not available for domestic sheep or goat grazing under the action alternatives Table 2-1 presents these allocations by allotment.

| Table 2-1:      Livestock Grazing Allocations Common to All Alternatives | | |
|---|---|---|
| **Allotment Name** | **Acres Allocated** | **Forage Allocated (AUMs)** |
| Partridge Creek | 9,544 | 431 |
| Marshall Mountain | 4,212 | 166 |
| Hard Creek | 5,210 | 218 |
| Big Creek | 439 | 81 |
| **Total Allocation** | **19,405** | **896** |

Please note that these allocations are not authorizations. As stated in Section 1.4, this RMP amendment does not authorize livestock grazing. Actual area, season of use, and animal unit months (AUM) authorized for use will be determined through site-specific analysis for grazing

BLM_0004771

*Preliminary Working Document for Internal Use*

leases for these allotments, which must be consistent with the management direction in the RMP as amended when a decision is signed for this planning effort.

*Separation Response Plan and Adaptive Management:*

For any of the four allotments where domestic sheep are allowed to grazed, the BLM would develop a separation response plan for bighorn sheep and domestic sheepthat will become additional terms and conditions of the leases. The response plan would define the process, protocols, and timelines for short-term or emergency management actions when specific actions are needed to minimize risk of co-mingling and contact between bighorn sheep and domestic sheep. Interspecies separation actions would be needed if separation has failed, bighorn sheep and domestic sheep are in close proximity, or bighorn sheep distribution and herd CHHR has changed. In such cases, a re-assessment of the risk of contact and evaluation of the separation response plan will be conducted for the specific allotment. As needed, allotment specific adaptive management would be implemented to insure that risk of contact is discountable or at acceptable very low risk levels. Risk evaluations and adaptive management strategies would primary be dependent on updated population surveys and monitoring data which define CHHRs and risk of contact assessments with domestic sheep allotments.

The BLM would develop a strategy to monitor or survey for bighorn sheep in proximity to domestic sheep allotments, to be included in the separation response plan. Monitoring and survey intensity would be dependent on proximity to core herd home ranges and source habitats occurring within and adjacent to allotment. Monitoring and surveys may be conducted by state or other federal agencies, tribes, or other partnerships. The resulting survey and monitoring data would provide updated bighorn sheep distribution and population information and provide for adaptive management needs for conservation of bighorn sheep and minimizing potential for contact with domestic sheep and goats.

### 2.3.2   Alternative A – No Action Alternative

Under this alternative, the BLM would take no action. Since the Cottonwood ROD/RMP did not address livestock grazing on these four allotments, the grazing decisions from the Chief Joseph Management Framework Plan (MFP) (BLM 1981) and the North Idaho Grazing EIS/ROD (BLM 1982) would remain in effect. The area and forage allocations shown in Table 2-1 would be available for domestic sheep (see Map 5 in Appendix D). The MFP did not address domestic goat grazing. Council on Environmental Quality (CEQ) regulations direct that an EIS describe the No Action alternative (40 CFR 1502.14(d)), which is the only alternative that must be analyzed that does not respond to a proposed project's purpose and need. The No Action alternative provides a baseline for comparison of environmental effects and demonstrates the consequences of not meeting the purpose and need for the action.

### 2.3.3   Alternative B – Proposed Amendment

Alternative B, the BLM's proposed RMP amendment, emphasizes reducing the potential for transmission of disease to bighorn sheep while providing some opportunity for grazing of domestic sheep, based on consideration of the proximity of the allotments to CHHRs and risk of contact between domestic sheep and goats and bighorn sheep (see Map 5 in Appendix D). The

BLM_0004772

*Preliminary Working Document for Internal Use*

proposed amendment would prohibit domestic sheep and goat grazing on all allotments except Big Creek (Table 2-2). The terms and conditions in Appendix C would be added to the grazing lease for the Big Creek Allotment to reduce the potential for straying of domestic sheep and emergency response actions that would be implemented regarding any potential  contact between domestic sheep or goats and bighorn sheep; or, at the time of lease renewal, the BLM will explain why specific terms and conditions would not be applied and/or why other terms and conditions to reduce potential for contact, not listed in Appendix C, would be required.

| Table 2-2: | Alternative B Allocations Available for Domestic Sheep Grazing | |
|---|---|---|
| **Allotment Name** | **Acres Available** | **Forage Available (AUMs)** |
| Partridge Creek | 0 | 0 |
| Marshall Mountain | 0 | 0 |
| Hard Creek | 0 | 0 |
| Big Creek | 439 | 81 |
| **Total** | **439** | **81** |

### 2.3.4   Alternative C – Eliminate Domestic Sheep and Goat Grazing

Alternative C would eliminate contact between domestic sheep or goats and bighorn sheep and the associated potential for disease transmission, by prohibiting domestic sheep and goat grazing on all of the four allotments (see Map 5 in Appendix D).

### 2.3.5   Alternative D – Restrict Grazing on Partridge Creek and Hard Creek

Alternative D was developed to reduce the potential for contact and disease transmission in the two allotments that were considered to be at the highest risk of contact, the Main Salmon/South Fork CHHR (Partridge Creek Allotment) and Little Salmon area of concern (Hard Creek Allotment). Domestic sheep and goat grazing would be prohibited on the Partridge Creek and Hard Creek allotments (see Map 5 in Appendix D; Table 2-3).

| Table 2-3: | Alternative D Allocations Available for Domestic Sheep Grazing | |
|---|---|---|
| **Allotment Name** | **Acres Available** | **Forage Available (AUMs)** |
| Partridge Creek | 0 | 0 |
| Marshall Mountain | 4,212 | 166 |
| Hard Creek | 0 | 0 |
| Big Creek | 439 | 81 |
| **Total** | **4,651** | **247** |

### 2.3.6   Alternative E – Restrict Grazing on Partridge Creek Only

Alternative E was developed to eliminate the highest risk of contact by prohibiting domestic sheep and goat grazing on the Partridge Creek Allotment (see Map 5 in Appendix D; Table 2-4). The Partridge Creek Allotment is the only allotment that overlaps with the Main Salmon/South Fork CHHR.  No other allotments overlap with a CHHR.

BLM_0004773

*Preliminary Working Document for Internal Use*

| Table 2-4: | Alternative E Allocations Available for Domestic Sheep Grazing | |
|---|---|---|
| **Allotment Name** | **Acres Available** | **Forage Available (AUMs)** |
| Partridge Creek | 0 | 0 |
| Marshall Mountain | 4,212 | 166 |
| Hard Creek | 5,210 | 218 |
| Big Creek | 439 | 81 |
| **Total** | **9,861** | **465** |

### 2.3.7   Alternative F – Restrict Grazing on Partridge Creek and Marshall Mountain

Alternative F emphasizes the elimination of potential contact in the Main Salmon/South Fork bighorn herd (see Map 5 in Appendix D) by prohibiting the grazing of domestic sheep or goats on the Partridge Creek and Marshall Mountain allotments; however, domestic sheep grazing could continue at its current levels on the Hard Creek and Big Creek allotments which occur in the Little Salmon River drainage (Table 2-5).

| Table 2-5: | Alternative F Allocations Available for Domestic Sheep Grazing | |
|---|---|---|
| **Allotment Name** | **Acres Available** | **Forage Available (AUMs)** |
| Partridge Creek | 0 | 0 |
| Marshall Mountain | 0 | 0 |
| Hard Creek | 5,210 | 218 |
| Big Creek | 439 | 81 |
| **Total** | **5,649** | **299** |

### 2.3.8   Summary of Alternatives

Table 2-6 and Table 2-7 summarize the livestock grazing allocations available for domestic sheep for all six alternatives.

| Table 2-6: | Acres Available for Domestic Sheep by Alternative | | | | | |
|---|---|---|---|---|---|---|
| **Allotment** | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** | **Alternative E** | **Alternative F** |
| Partridge Creek | 9,544 | 0 | 0 | 0 | 0 | 0 |
| Marshal Mountain | 4,212 | 0 | 0 | 4,212 | 4,212 | 0 |
| Hard Creek | 5,210 | 0 | 0 | 0 | 5,210 | 5,210 |
| Big Creek | 439 | 439 | 0 | 439 | 439 | 439 |
| **Total** | **19,405** | **439** | **0** | **4,651** | **9,861** | **5,649** |

| Table 2-7: | Animal Unit Months Available for Domestic Sheep by Alternative | | | | | |
|---|---|---|---|---|---|---|
| **Allotment** | **Alternative A** | **Alternative B** | **Alternative C** | **Alternative D** | **Alternative E** | **Alternative F** |
| Partridge Creek | 431 | 0 | 0 | 0 | 0 | 0 |
| Marshall Mountain | 166 | 0 | 0 | 166 | 166 | 0 |
| Hard Creek | 218 | 0 | 0 | 0 | 218 | 218 |

BLM_0004774

*Preliminary Working Document for Internal Use*

| Table 2-7: | Animal Unit Months Available for Domestic Sheep by Alternative | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Allotment | Alternative A | Alternative B | Alternative C | Alternative D | Alternative E | Alternative F |
| Big Creek | 81 | 81 | 0 | 81 | 81 | 81 |
| Total | 896 | 81 | 0 | 247 | 465 | 299 |

## 2.4    ALTERNATIVES CONSIDERED BUT ELIMINATED FROM DETAILED STUDY

The BLM considered other alternatives based on public comments and scoping with cooperators, but eliminated them from further analysis. Following is a description of these alternatives and the reasons for their elimination.

### 2.4.1    Alternative G – 9-mile Buffer

To reduce a potential for contact, the BLM considered establishing a 9-mile buffer between areas available for domestic sheep or goat grazing and for bighorn sheep herds, but eliminated it from detailed analysis because it is essentially the same as Alternative B, the proposed RMP amendment. In a past policy (BLM 1998) the BLM recommended a minimum 9-mile buffer between herds or populations of bighorn sheep and domestic sheep allotments to ensure effective separation. Although this is no longer BLM policy, it is a method worthy of consideration. However, of the four allotments, domestic sheep grazing would only be allowed in the Big Creek Allotment because it is the only one that is more than 9 miles from any herd home range. Partridge Creek, Marshal Mountain, and Hard Creek allotments are within 9 miles of CHHR, and therefore, domestic sheep and goat grazing would be prohibited on all of these allotments. Thus, Alternative G is essentially the same as Alternative B, which prohibits domestic sheep and goat grazing on Partridge Creek, Marshall Mountain, and Hard Creek allotments.

### 2.4.2    Alternative H – 1-mile Source Habitat Buffer

To reduce a potential for contact near bighorn summer and winter source habitats (see maps 6 and 7 in Appendix D), the BLM considered prohibiting domestic sheep or goat grazing within 1 mile of these habitats (buffer based on distance from source habitats, not herd home ranges as in Alternative G). Alternative H was eliminated from detailed study because it is also the same as Alternative B, the proposed RMP amendment. Implementing this 1-mile buffer would prohibit domestic sheep and goat grazing on the Partridge Creek, Marshal Mountain, and Hard Creek allotments. However, domestic sheep and goat grazing would be permitted on most of the Big Creek Allotment. Alternative H is essentially the same as Alternative B, which prohibits domestic sheep and goat grazing on the same allotments.

### 2.4.3    Alternative I – 20-mile Buffer

The BLM considered establishing a 20-mile buffer between areas available for domestic sheep or goat grazing and for bighorn sheep CHHRs. Alternative I was eliminated from detailed analysis because it is the same as Alternative C. Under Alternative I, domestic sheep and goat grazing would be prohibited on all 4 of the allotments, because all are within the 20-mile buffer,

BLM_0004775

*Preliminary Working Document for Internal Use*

essentially making Alternative I the same as Alternative C, which prohibits domestic sheep and goat grazing on all four allotments.

### 2.4.4   Alternative J – Geographic Boundaries

The BLM developed Alternative J to help determine if geographic boundaries (e.g., watersheds) could be used to separate domestic sheep or goats from bighorn sheep to reduce contact, but this was eliminated from detailed analysis. Under this alternative, the lessee would need to use topographic and landscape features as barriers to prevent or minimize potential contact. Because the BLM determined that there are no geographic features that could effectively serve this purpose, Alternative J was deemed to be not practical or feasible to implement.

### 2.4.5   Alternative K – Designate Bighorn as a BLM Sensitive Species

The Nez Perce Tribe requested that the BLM designate bighorn sheep a sensitive species in Idaho. However this type of decision is outside the scope of an RMP amendment, thereby eliminating Alternative K from detailed analysis in the FSEIS. However, through a separate process, the BLM-Idaho State Office collaborated with the IDFG regarding this request and added bighorn sheep to the sensitive species list (January 2015). While this designation is noted throughout the FSEIS, it did not result in changes to the alternatives already analyzed or the need to consider a new alternative.

### 2.4.6   Alternative L – Allow Domestic Sheep and Goat Grazing on All Allotments with Leasing Terms and Conditions to Reduce Potential Interspecies Contact

The BLM considered an alternative that would make all four allotments available for domestic sheep and goat grazing with application of the leasing terms and conditions identified in Appendix C to reduce the potential for contact with bighorn sheep. These terms and conditions have previously been identified, recommended, or implemented by the USFS and the BLM as best management practices (BMPs). However, when bighorn sheep CHHR occur in or adjacent to a domestic sheep allotment, and especially when the allotment is within bighorn herd home range, development and implementation of effective separation measures is difficult; and contact between the species will most likely still occur. Furthermore, even with these extra measures, control of domestic sheep or monitoring and locating bighorn sheep in forested or dense vegetation, steep, or rocky and rugged terrain that do not have a large buffer between the two species would not result in a significant reduction in the risk of contact (Schommer 2009). No known studies, research, or peer reviewed literature has documented the effectiveness of BMPs preventing contact and disease transmission when domestic sheep or goats grazed within or adjacent to occupied bighorn sheep habitats. Section 4.2.2.5 contains a more detailed review of the effectiveness of BMPs.

The Partridge Creek allotment overlaps with bighorn sheep CHHR and the Marshall Mountain Allotment is in close proximity to CHHR. The Hard Creek allotment overlaps with the Little Salmon area of concern. The terrain on all three of these allotments is interspersed with dense vegetation and forested areas with areas that are steep, rocky, and rugged. Therefore, application of the specified terms and conditions on these allotments would likely be ineffective at

---

BLM_0004776

*Preliminary Working Document for Internal Use*

significantly reducing the potential for contact between bighorn sheep and domestic sheep. Hence, for the Partridge Creek, Hard Creek, and Marshall Mountain Allotments, this alternative would be effectively the same as Alternative A under which all four allotments would be available for domestic sheep grazing but without specified terms and conditions. Differing from the other three allotments, the Big Creek Allotment is not in or near bighorn sheep CHHR or the Little Salmon area of concern and has more open and moderately sloped rangeland. However, for this allotment, this alternative would be essentially the same as Alternatives B, which also makes Big Creek available for domestic sheep or goat grazing with application of the terms and conditions. Therefore this alternative was not analyzed in detail.

### 2.4.7    Alternative M–No Net Loss of Domestic Sheep Grazing AUMs.

The BLM considered an alternative that would allocate allotments and AUMs for domestic sheep grazing in other areas that would have no risk or very low risk for contact with bighorn sheep in order to replace allotments and AUMs for displaced lessees.  However, this alternative is not feasible and eliminated from detailed analysis because suitable replacement allotments are not available within the CFO, and allocation of BLM allotments and AUMs outside of the planning area is beyond the scope of the Cottonwood RMP.  The Cottonwood RMP already prohibits conversion of allotments to domestic sheep within the Salmon River and Snake River drainages. There are currently 12 vacant allotments within the CFO that are outside of these drainages and available for consideration.  All of these are small in size (39 to 800 acres), and widely scattered in the Clearwater River drainage, surrounded by private land.  In total they include 2,946 acres of BLM lands with a forage allocation of 179 AUMs and could only replace a small portion of the 431-896 domestic sheep AUMs eliminated by the action alternatives.  Use of these allotments would require the lessee to split their flock among many available small allotments and get permission to access these from the private landowners whose properties surround the small, mostly unfenced BLM lands.

### 2.4.8    Alternative N – Zoning

The BLM considered an alternative that wouldidentify zones where domestic sheep and goat grazing would be allowed and zones where it would not.  This RMP Amendment/SEIS is only specific to allocating grazing that would occur on the BLM Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek Allotments.  Zoning would only be effective if private, Forest Service, and State lands were included.  This would require a regional or state-wide management plan and coordinated management strategy which is outside of the scope of this RMP Amendment/SEIS.  Therefore the BLM eliminated this alternative from further study.

Summary Comparison of Impacts

The following is a brief explanation of each of the key indicators of impacts that the BLM analyzed as described in Chapter 4. Table 2-8 summarizes the results of this analysis (see Chapter 4 for more detailed explanations regarding methods and results of analysis):

- *Bighorn Sheep Summer/Winter Source Habitat Available for Domestic Sheep Use –* Source habitat contains characteristics that contribute to positive population growth for

BLM_0004777

*Preliminary Working Document for Internal Use*

bighorn sheep, which may or may not actually occupy this habitat. Potential use varies by season (summer/winter). The potential for contact increases should this habitat be available for domestic sheep use because it provides preferred suitable habitat for bighorn sheep use,.

- *Bighorn Sheep Summer/Winter CHHR Available for Domestic Sheep Use* – The CHHR is the area within which most bighorn herd individuals spend at least 95 percent of their time. Should a CHHR be available for domestic sheep use, the allotment has a predicted contact rate of one or more (1+) interspecies contacts per year, thus contributing to potential disease transmission and disease outbreaks. The more acres of CHHR that overlap with domestic sheep allotments, the greater the number of contacts that could occur annually.

- *Distance between BLM Lands Available for Domestic Sheep Use and Nearest Bighorn Sheep CHHR or Area of Concern* – This is the distance between lands within BLM allotments that would be available for domestic sheep grazing and the nearest CHHR. The shorter the distance, the greater the likelihood of contact between species.

- *Probable Contacts per Year between bighorn sheep and domestic sheep allotments* – This is the number of contacts per year predicted for a bighorn sheep coming in contact with a domestic sheep allotment, which would increase the potential for interspecies contact and is considered a primary factor contributing to potential disease transmission, disease outbreaks, and population persistence.

- *Ranking of Effects on Bighorn Sheep Population Persistence* – This is the rank order of the estimated adverse effects on the persistence or desired sustain trends for analysis area herds.

- *Ranking of Area Available for Bighorn Sheep and Native American Tribal Hunting* – This is the rank order of the estimated adverse effects that each alternative would have on the opportunities for Native American Tribal members to hunt for bighorn sheep in traditional or culturally important areas.

- *Ranking of Availability of Bighorn Sheep for Native American Tribal Hunting* – This is the rank order of the adverse effects that each alternative would have on the opportunities for Native American Tribal members to hunt bighorn sheep, based on bighorn sheep population persistence.

- *AUMs Available for Domestic Sheep Use* – AUMs are a measure of the forage that would be available for domestic sheep use under each alternative.

- *Contributed Jobs* – This is an estimate of the number of jobs that the grazing use permitted under each alternative would contribute to the local economy.

- *Ranking of Opportunities for Bighorn Sheep-related Recreation* – This is the rank order of the adverse effects of each alternative on bighorn sheep related recreation, such as hunting or wildlife viewing.

BLM_0004778

*Preliminary Working Document for Internal Use*

**Table 2-86:       Comparative Summary of Impacts from the Alternatives**

| Indicator | Alternatives | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | F |
| Bighorn Sheep Summer/Winter Source Habitat Available for Domestic Sheep Use (acres) | 7,249/ 4,706 | 1/0 | 0/0 W | 1,202/0 | 1,958/0 | 772/0 |
| Bighorn Sheep Summer/Winter CHHR Available for Domestic Sheep Use (acres) | 5,127/7,53 3 | 0/0 | 0/0 | 0/0 | 0/0 | 0/0 |
| Little Salmon Area of Concern Available for Domestic Sheep Use (acres)[1] | 2,629 | 0 | 0 | 0 | 2,629 | 2,629 |
| Distance between BLM Land Available for Domestic Sheep Use and Nearest Bighorn Sheep CHHR or Area of Interest (miles) | 0.0 | 26.15 | N/A | 1.25 | 1.25 | 0.0 |
| Distance between BLM Land Available for Domestic Sheep Use and Little Salmon Area of Concern[1] | 0.0 | 12.96 | N/A | 12.96 | 0.0 | 0.0 |
| Probable Contacts per Year between Bighorn Sheep and Domestic Sheep Allotments | 1.1264+ | 0.00002 | 0.0000 | 0.06604 | 0.117312 | 0.051312 |
| Ranking of Effects on Bighorn Sheep Population Persistence (1=least, 6=most) | 6 | 2 | 1 | 3 | 5 | 4 |
| Ranking of Area Available for Bighorn Sheep and Native American Tribal Hunting (1=most, 6=least) | 6 | 2 | 1 | 3 | 4 | 5 |
| Ranking of Availability of Bighorn Sheep for Native American Tribal Hunting (1=most, 6=least) | 6 | 2 | 1 | 3 | 5 | 4 |
| AUMs Available for Domestic Sheep Use | 896 | 81 | 0 | 247 | 465 | 299 |
| Contributed Jobs | 5.1 | 0.4 | 0.0 | 1.4 | 2.6 | 1.7 |
| Ranking of Opportunities for Bighorn Sheep-Related Recreation (1=most, 6=least) | 6 | 2 | 1 | 3 | 5 | 4 |

[1]Little Salmon Area of Concern has no established bighorn sheep herd and predicted contacts based on past incidental sightings of bighorn sheep that occurred in the area. Predicted allotment contacts would potentially occur from bighorn sheep use of area (based on incidental sightings) and bighorn sheep that incidentally use habitats that have had past fidelity for use.

**Comment [NPT3]:** formatting

BLM_0004779

*Preliminary Working Document for Internal Use*

## 2.5    RATIONALE FOR THE IDENTIFICATION OF THE PROPOSED RMP AMENDMENT

The BLM has identified Alternative B as the proposed RMP amendment. This alternative was identified as the preferred alternative in the Draft SEIS. In making this identification, the BLM considered the multiple-use and sustained yield mandate, the purpose and need for this RMP Amendment/SEIS, the planning issues, and the results of the effects analysis as described in Chapter 4. The BLM preliminarily found that Alternative B provides a means to allow compatible multiple uses to occur (domestic sheep grazing and bighorn sheep habitat) with low potential for adverse effects to bighorn sheep populations resulting from inter-species contact and disease transmission.

The bighorn sheep is a BLM Idaho designated sensitive species and the selection of this alternative is consistent with BLM sensitive species management policy to implement measures to conserve these species and their habitats and to promote their conservation and reduce the likelihood and need for such species to be listed pursuant to the Endangered Species Act (ESA). Selection of this alternative is consistent with BLM Manual 1730 – Management of Domestic Sheep and Goats and Wild Sheep and Habitat; which provides policy guidance for the coordination and management of domestic sheep and goats and wild sheep and habitat on lands administered and managed by the BLM.

**Comment [JCA4]:** Keep highlighted pending final release of manual/policy.

BLM Planning Regulations (43 CFR 1610.4-7) require identification of the preferred alternative in a draft EIS for an RMP; or in this case, for the draft SEIS for an RMP Amendment. The preferred alternative was identified in the draft SEIS to inform the public of the agency's orientation; it did not constitute a commitment or decision in principle, and there was no requirement to select the preferred alternative in the ROD. The selection of Alternative B as the proposed RMP amendment is BLM's proposed decision. The BLM will document its final decision in a Record of Decision and Approved RMP Amendment.

BLM_0004780

*Preliminary Working Document for Internal Use*

*This page intentionally left blank.*

BLM_0004781

*Preliminary Working Document for Internal Use*

## CHAPTER 3 – AFFECTED ENVIRONMENT

BLM_0004782

*Preliminary Working Document for Internal Use*

*This page intentionally left blank.*

BLM_0004783

*Preliminary Working Document for Internal Use*

# CHAPTER 3 – AFFECTED ENVIRONMENT

## 3.1   INTRODUCTION

This chapter supplements Chapter 3 of the Cottonwood PRMP/FEIS (BLM 2008b) and focuses on the affected environment as it relates to the specific planning issues previously described in Section 1.8 of this SEIS. These issue topics are:

- Bighorn Sheep
- Native American Tribal Interests and Treaty Rights
- Livestock Grazing and Social and Economic Interests

## 3.2   BIGHORN SHEEP

This section supplements Section 3.2.9 of the 2008 PRMP/FEIS and focuses on the following issue: *Domestic sheep and goats may contact and transmit diseases to bighorn sheep, which may be a contributing factor to the downward trend in populations.*

### 3.2.1   **Background**

The FLPMA specifically identifies wildlife as one of the resources for which the public lands will be managed. The BLM manages wildlife habitat, as it relates to this SEIS, in coordination with the State of Idaho and the Nez Perce Tribe. The components of habitat management by the BLM include space, food, shelter, and water. The space component is particularly critical when two species such as bighorn sheep and domestic sheep or goats should not share the same space at the same time due to potential for disease transmission.

BLM Manual 1730 – Management of Domestic Sheep and Goats and Wild Sheep and Habitat (Release Date XXXX) establishes policy for the management of domestic sheep and goats and wild sheep and habitat on public lands administered by the BLM. Specifically, this manual sets forth policy for the management of BLM lands where the potential for disease transmission exists by interaction between wild sheep and permitted, authorized (e.g., leased), or recreational use of sheep and goats.

Bighorn sheep are a BLM Idaho designated sensitive species (BLM 2015). In accord with BLM Manual 6840 – Special Status Species (BLM 2008); the BLM will undertake conservation actions to improve the status of such species before listing is warranted. In compliance with existing laws, including the BLM multiple use mission as specified by FLPMA the BLM shall designate Bureau sensitive species and implement measures to conserve these species and their habitats, to promote their conservation and reduce the likelihood and need for such species to be listed pursuant to ESA.

The planning area occurs in close proximity to the Payette National Forest, for which a Final Supplemental EIS (Payette FSEIS) (USFS 2010a) was completed to address grazing of domestic sheep within or near the range of bighorn sheep. Portions of this section of BLM's SEIS were derived from and/or summarize information from the Payette FSEIS.

BLM_0004784

*Preliminary Working Document for Internal Use*

## 3.2.2   Existing Conditions

Bighorn sheep tend to occur in groups of interacting local populations or herds (the terms herd and population are interchangeable in this SEIS). Interacting populations are often referred to as metapopulations (IDFG 2010). Each metapopulation is composed of discrete local populations that interact with each other as a result of limited movement between the local populations (Bleich et al. 1996; Singer et al. 2000a). The fragmented nature of sheep habitat and the relatively small size of most bighorn sheep herds suggest that bighorn sheep evolved with a metapopulation structure in which small, local populations would not persist without movement and reproduction among herds (Gilpin and Hanski 1989; Berger 1990; Bleich et al. 1990). A large amount of contact and exchange of individuals may occur between some of the local herds identified in this document, while others are fairly isolated.

Due to the nature of metapopulations and the high dispersal and roaming characteristics of this species, bighorn sheep in proximity or adjacent to BLM domestic sheep allotments may be affected by BLM grazing management actions. The metapopulation structure of bighorn sheep and the long-distance periodic movements among populations (i.e., forays) are well documented. For example, sheep with geographically separate winter ranges have been observed sharing summer ranges (Akenson and Akenson 1992). These interactions can have positive effects, such as population augmentation, colonization, and enhancement of genetic diversity; however, negative effects, such as disease transmission, can also occur. Bighorn sheep ewes can travel as far as 24.8 miles from winter ranges to lambing areas. On BLM land in Idaho, bighorn sheep rams were documented to have traveled as far as 50 miles through towns and across major rivers (Coggins 2002). Telemetry data has shown that desert bighorn sheep regularly cross the broad valleys that separate the majority of desert mountain ranges (Ough and deVos 1984; Schwartz et al. 1986; Jaeger 1994). These complex spatial and temporal range use patterns occur among populations of sheep with resulting effects on forage and vulnerability to disease and parasite transmission (Akenson and Akenson 1992). The presence of dispersal corridors between suitable patches of habitat, and the ability of sheep to move between patches, influences their ability to disperse into suitable but unoccupied habitats (Noss 1987; Simberloff and Cox 1987; Hudson 1991; Douglas and Leslie 1999).

### 3.2.2.1   Analysis Area

The analysis area for direct and indirect effects to bighorn sheep in this SEIS includes the Hells Canyon and Salmon River metapopulations, and focuses on six herds and one area of concern (Little Salmon) within these metapopulations that occur in proximity (within 35 air-miles) to the four domestic sheep allotments (planning area). The cumulative effects analysis area includes the Upper Hells Canyon, Myers, Muir, Big Canyon, and Sheep Mountain herds in Hells Canyon; Main Salmon/South Fork herd; Little Salmon area of concern; and the four domestic sheep allotments. The herd cumulative effects analysis area includes the specific CHHR and foray analysis area. The cumulative effects analysis area is primarily based on: 1) the probability that foraying bighorn sheep may come in contact with domestic sheep or goat grazing areas, 2) interspecies contact results in disease transmission, 3) infected bighorn sheep return to local population CHHRs, and 4) some disease outbreak may potentially occur. As shown on Map 1 in Appendix C, occupied bighorn sheep habitat in Idaho, Oregon, and Washington occurs in the Salmon River and Snake River drainages of the Columbia River Basin (WAFWA 2010). Map 1

BLM_0004785

*Preliminary Working Document for Internal Use*

provides a large scale portrayal of bighorn sheep occupied and suitable habitats and metapopulations occurring within the analysis area. Within the analysis area more specific population and herd maps and suitable habitat maps (summer and winter source habitats) are presented in Appendix C, Maps 3, 4, 6, and 7. Idaho bighorn sheep exist in both small isolated populations and interconnected metapopulations (IDFG 2010). Two Rocky Mountain bighorn sheep metapopulations occur within the analysis area; one within the Hells Canyon section of the Snake River and the other within the Salmon River canyon and mountains (see Map 1 in Appendix D). Historically, these populations were likely connected by suitable habitats between the two major drainages and may have functioned as one metapopulation. Today, re-introduced herds of the Hells Canyon population have been established along the Snake River. The indigenous (i.e., not reintroduced) population of the Main Salmon/South Fork local population of Rocky Mountain bighorn sheep occupy the Salmon River, from the Middle Fork Salmon River downstream.

For management purposes, the IDFG has divided bighorn sheep populations and metapopulations into 22 Population Management Units (PMUs), including 6 PMUs for California bighorn sheep and 16 PMUs for Rocky Mountain bighorn sheep (IDFG 2010). The SEIS analysis area includes the Hells Canyon and Lower Salmon River PMUs for Rocky Mountain bighorn sheep.

*Hells Canyon Metapopulation*

The Hells Canyon metapopulation contains 15 local populations, largely defined by reintroduced cohorts (i.e., bighorn sheep groups/herds) that were established in specific areas within Hells Canyon and adjacent areas (see Map 3 in Appendix D). The Hells Canyon bighorn sheep restoration project covers more than 5.6 million acres in the Snake River drainage in Washington, Oregon, and Idaho (HCBSRC 2005). Winter range is limited at the higher elevations of the Wallowa and Seven Devils mountains, but is extensive within the Snake River portion of the project area (HCBSRC 1997). The amount of habitat does not appear to currently limit the number of bighorn sheep since they do not occupy much of the suitable habitat; however, habitat quality such as forage species composition and nutritional value may affect herd size, productivity, and distribution (HCBSRC 1997). The *Idaho Bighorn Sheep Management Plan* (IDFG 2010) identifies that the current objective for the Hells Canyon PMU is to maintain or increase bighorn sheep populations, which is supported by the objectives and actions identified for bighorn sheep habitat in the Cottonwood RMP (BLM 2009a).

The specific local populations that will be addressed in this document due to proximity to BLM domestic sheep allotments include Upper Hells Canyon, Myers Creek, Muir Creek, Big Canyon, and Sheep Mountain. Population monitoring (e.g., telemetry) of bighorn sheep movements and distribution has revealed overlap and connectivity between herds within the Hells Canyon metapopulation. Telemetry monitoring of collared bighorn sheep has documented varying levels of connectivity between the Upper Hells Canyon, Myers Creek, Muir Creek, and Big Canyon local populations; the current estimated population for these local populations is 110 bighorn sheep (Frances Cassirer, IDFG, personal communication 2013). The Upper Hells Canyon local population includes the combined Upper Hells Canyon Oregon, Upper Hells Canyon Idaho, and Saddle Creek herds. The Sheep Mountain population is more isolated and occurs south of the

BLM_0004786

*Preliminary Working Document for Internal Use*

other four local populations in Hells Canyon discussed above, and has an estimated population of 9 bighorn sheep.

*Salmon River Metapopulation*

Native populations of bighorn sheep were never extirpated from the Salmon River canyons and mountains, making them important native genetic stock. Loss of the genetic diversity of these populations could affect bighorn sheep persistence and restoration efforts within central Idaho. The Salmon River metapopulation has several populations distributed along the South Fork Salmon River, Main Salmon River Canyon, and Middle Fork Salmon River. Several social groups of bighorn sheep occur within the Main Salmon/South Fork population. Distribution overlaps and connectivity occurs between these groups. Borg (2014) found that social groups of bighorn sheep along the lower Salmon River were well connected. Risk of disease spread is related to the level of connectivity in bighorn sheep populations. While males were the primary source of connectivity between social groups, ewes also transitioned into other social groups but to a lesser degree. Rams had a three times higher probability of moving during the winter associated with the rut than during the summer (Borg 2014). The primary populations that potentially overlap or occur in proximity to BLM domestic sheep allotments include the Main Salmon River and South Fork Salmon River (Main Salmon/South Fork Herd). The *Idaho Bighorn Sheep Management Plan* (IDFG 2010) identifies that the current objective for the Lower Salmon River PMU is to maintain or increase bighorn sheep populations.  The objectives and actions identified for bighorn sheep habitat in the Cottonwood RMP (BLM 2009a) is consistent with this plan.

The BLM is a partner in the Salmon River Bighorn Sheep Project, an interagency research effort established for the purpose of gaining a better ecological understanding of the Main Salmon/South Fork bighorn sheep local population in the Salmon River canyon (local population that occurs within the Salmon River metapopulation). The project area includes a 75-mile portion of the Salmon River drainage in Idaho from the town of Riggins, Idaho, east upriver to the confluence of Big Mallard Creek, and the lower portions of the Little Salmon and South Fork Salmon rivers. The current estimate for the Main Salmon/South Fork local bighorn sheep population is 350 (Frances Cassirer, IDFG, personal communication 2013).

The project participants have been conducting bighorn sheep capture, radio-collaring, and monitoring of movements, distribution, and habitat use since 2008. A total of 68 bighorn sheep (28 rams and 40 ewes) have been captured and radio-collared. The actual number of radio-collared sheep will vary during the duration of the study as a result of the capture and radio-collaring of new bighorn sheep, bighorn sheep mortality, and collar malfunction or battery life. As of Januaary 2015, 30 bighorn sheep are being monitored with active radio-collars.

Within the Main Salmon/South Fork herd area bighorn sheep are grouped in a number of different local populations. Distinct ram and ewe social groups occur within the Salmon River Bighorn Sheep Project area. Distribution of social groups, extensive movement rates, and maintenance of large use areas by both rams and ewes result in a high degree of population connectivity within the project area, which could foster the spread of disease within and among social groups; ram groups, although isolated from other ram and ewe groups during most of the year, interacted with multiple ewe groups and members of neighboring ram groups during the rut

BLM_0004787

*Preliminary Working Document for Internal Use*

(Mack 2011). Radio collared rams in the project area were capable of extensive daily movements (7 to 15 km/day) and traveled over large distances (11 to 49 km; mean = 33 km) between rut and non-rut areas (Mack 2011).

*Little Salmon Area of Concern*

Over the past 5 years, there have been several observations of bighorn sheep in the Little Salmon River drainage, the origin of which is unknown. This could be a midpoint of a migration, the end point of a foray, or an undocumented population that is resident in the Little Salmon River drainage. The most likely origin of these bighorn sheep is Hells Canyon or Salmon River. Migration corridors to the Little Salmon may include several habitat corridors, such as up from the mouth of the Little Salmon River or down the Rapid River drainage, or they may have resulted from random forays. These observations suggest a degree of habitat site fidelity or preference for this area; however, neither telemetry data nor enough observations exist to determine if an established herd is in this area. The most recent sighting in the Little Salmon drainage is of one bighorn sheep ewe during the spring of 2013. Due to the uncertainty of bighorn sheep status and the documentation of an established local population in the Little Salmon River drainage, the area of incidental sightings that have occurred over the past 5 years will be referred to as an area of concern (i.e., the Little Salmon area of concern). The population size is estimated to be four animals, as this is the number that has been reported in the area within the past 5 years. Several of these Little Salmon River incidental sightings have been in close proximity to the Hard Creek allotment. The Hard Creek allotment occurs outside the identified bighorn sheep distribution polygon (IDFG 2010). The Hard Creek allotment has relatively limited amounts of summer source habitats, however, concentrated source habitats occur in the lower portion of the Little Salmon Drainage (downriver from Pinehurst) and mid- to upper-portions of the Hazard Creek drainage.

As noted above, no documentation of an established herd exists for the Little Salmon. The specific likelihood of bighorn sheep dispersal or foray movements within the Little Salmon area is unknown. The Little Salmon area is a potential dispersal corridor for bighorn sheep based on bighorn sheep sightings and available habitat and it is reasonable to assume that such movements are generally rare and infrequent. Consequently, based on incidental bighorn sheep sightings over the past 5 years and fidelity for the area in proximity to the Hard Creek allotment, these incidental sightings warrant further analysis regarding potential for bighorn sheep contact with the Hard Creek allotment and domestic sheep.

### 3.2.2.2   Historical Context

Prior to the mid-1800s, bighorn sheep were abundant and widely distributed throughout the western United States. A large proportion of native bighorn south of Canada went extinct beginning in the second half of the nineteenth century (Wehausen et al. 2011). Large declines in both bighorn sheep abundance and distribution occurred during the late 1800s and early 1900s due to overharvest, habitat loss, and competition for forage and disease transmission from domestic livestock (Goodson 1982; Valdez and Krausman 1999; IDFG 2010). The large region where bighorn sheep extirpations have been so widespread coincides spatially with where domestic sheep have been grazing in North America, and temporally with the beginning of that grazing (Wehausen et al. 2011). Bighorn sheep in North America were estimated to number

BLM_0004788

*Preliminary Working Document for Internal Use*

approximately 1.5 to 2 million (Buechner 1960; Queen et al. 1994). A large decline in the bighorn sheep population in North America, from an estimated 2 million at the beginning of the nineteenth century to fewer than 70,000 in 2009 (Lawrence et al. 2010; Buechner 1960; Valdez and Krausman 1999), has been attributed in part to disease, particularly pneumonia caused by bacteria of the genera *Mannheimia*, *Bibersteinia*, and *Pasteurella* (Coggins 1988; Miller 2001). Recently *Mycoplasma ovipneumoniae* has been identified in contributing to pneumonia related deaths in eight bighorn sheep populations from 2008-2010 (Besser et al. 2012a).

Archaeological evidence and reports by early explorers indicate that bighorn sheep were widely distributed and abundant in Idaho until the late 1800s (IDFG 2010; Smith 1954; Toweill and Geist 1999), and included both California bighorn sheep (*O. c. californiana*) in the southwest portion of the state and Rocky Mountain bighorn sheep (*O. c. canadensis*) northeast of the Snake River Plains. By 1920 the Idaho bighorn sheep population declined to an estimated 1,000 animals (IDFG 2010). In 1969, Idaho began reintroducing Rocky Mountain bighorn sheep into historic habitats. As a result of these efforts, and strict hunting regulations, habitat protection, and translocation of bighorn sheep to historically occupied habitat, the Idaho population increased to approximately 5,000 by 1990 (IDFG 2010). Unfortunately, that number then decreased to 1,710 by 1998, with population declines attributed to disease outbreaks (Toweill and Geist 1999). More recent statewide estimates for bighorn sheep are 2,900 (IDFG 2010).

Buchner (1960) prepared maps depicting the estimated ranges of bighorn sheep over time in the lower 48 states for 1850 and in 1955. The 1850 map identified wide distribution of bighorn sheep in Hells Canyon and entire Salmon River canyon, while the 1955 map depicted Hells Canyon as primarily extirpated and bighorn sheep range reduction in the Salmon River canyon of west-central and central Idaho.

Rocky Mountain bighorn sheep were native to Hells Canyon and were thought to be very abundant (Bailey 1936). Archaeological investigations indicate bighorn sheep bones were the most abundant ungulate bones recovered at Native American campsites in Hells Canyon (Randolph and Dahlstrom 1977). More than 10,000 bighorn sheep may have once lived in the Hells Canyon and surrounding mountains, but were extirpated by the mid-1940s by competition for forage with domestic livestock, disease, and unregulated hunting; reintroduction efforts in Hells Canyon began in 1971, and 474 bighorn sheep were transplanted into Hells Canyon between 1971 and 2004 (HCBSRC 2005). In 2005, the Hells Canyon Bighorn Sheep Restoration Committee estimated 875 bighorn sheep were located within Hells Canyon, and the 2011 population estimate is 850 (includes Idaho, Oregon, and Washington). Overall, Hells Canyon modeled habitat could support more bighorn sheep than current population levels. The Hells Canyon PMU (Idaho) predicted bighorn sheep supportable by habitat within the distribution area of bighorn sheep is 1,555 to 2,802 (IDFG 2010). Cassirer and Sinclair (2007) describe the effects of chronic, repeated pneumonia outbreaks on bighorn sheep populations in Hells Canyon and their potential adverse effects on bighorn sheep population recovery and persistence.

The Salmon River drainage and canyonlands and mountains had a much larger bighorn sheep distribution prior to European settlement as shown by mapping prepared by Buchner (1960). Historically bighorn sheep in the Salmon River drainage were an important food source for the Nez Perce Tribe and the Sheepeater Indians which used upriver and adjacent areas. The Salmon River metapopulation was never extirpated (Toweill and Geist 1999), although the population

BLM_0004789

*Preliminary Working Document for Internal Use*

has experienced periodic die-offs. No reintroduction or augmentation has occurred in the Lower Salmon River PMU (IDFG 2011). Low recruitment rates and overall declines in sheep numbers over the years for this metapopulation may have been caused by disease and habitat conditions in the Lower Salmon River PMU (IDFG 2010). Population numbers have dwindled in the western portion of this PMU that is closest to active domestic sheep allotments. Disease has resulted in low lamb survival in adjacent herds along the Salmon River, the most significant of which is respiratory disease, which results in negative effects on population dynamics through increased adult and lamb mortality (IDFG 2010, 2011). Overall, Lower Salmon River PMU modeled habitat could support more bighorn sheep than current population levels. Salmon River PMU predicted populations supportable by habitat within the distribution area of bighorn sheep is 942 to 1,504 (IDFG 2010). Within the Lower Salmon River PMU, Game Management Unit (GMU) 14 is the most western GMU and occurs the closest to domestic sheep grazing and has low lamb survival. During the period of 2010 to 2012, the lamb to ewe ratio was 9.7 (lambs per 100 ewes) within GMU 14. During the same period, the GMUs within the Lower Salmon River PMU that were farther east and more distant from historic domestic sheep grazing areas ranged from 57 percent to over 200 percent higher for lamb to ewe ratios when compared to GMU 14 ratios.

### 3.2.2.3   Disease Transmission

Disease was a significant factor in the historic decline of bighorn sheep and is a key factor limiting recovery (Besser et al. 2012a; WAFWA 2012; Wehausen et al. 2011; Lawrence et al. 2010; IDFG 2010). Widespread bighorn sheep extirpations in North America are geographically coincident with regions where historically large numbers of domestic sheep grazed (Wehausen et al. 2011). Present-day recovery of bighorn sheep populations is in large part limited by periodic outbreaks of respiratory disease, which can be transmitted to bighorn sheep via contact with domestic sheep grazing in their vicinity (Carpenter et al. 2014). Although respiratory disease resulting in pneumonia is the most serious disease limiting bighorn sheep recovery, other diseases and parasites, including but not limited to scabies, anaplasma, babesia, ovine parapox (contagious ecthyma), and infectious keratoconjunctivitis (pink eye), may be communicable (Jessup and Boyce 1993).

Free-ranging bighorn sheep are susceptible to many diseases, but pneumonia has the greatest impact on populations (Singer et al. 2000; Monello et al. 2001; George et al. 2008; Cahn et al. 2011; TWS 2014 ). Bighorn sheep are vulnerable to organisms carried by healthy domestic sheep and goats, and there is no effective treatment once these organisms are transmitted (IDFG 2010). The most important of these diseases is bronchopneumonia, which is usually associated with bacteria in the genera *Pasteurella* and *Mannheimia* (Bunch et al. 1999; Miller 2001). Pneumonia caused by these bacteria has produced partial to complete die-offs of herds across the species' range, with the frequency of die-offs being particularly high in the northwestern United States (Monello et al. 2001). The current abundance and distribution of the species appears to be largely limited by recurrent pasteurellosis epidemics (Hobbs and Miller 1992; Jorgenson et al. 1997; McCarty and Miller 1998).

A history of large-scale, rapid, all-age die-offs in bighorn sheep has been documented across Canada and the United States, many presumed to be associated with domestic animal contact (Shackleton 1999). Although there is limited knowledge of transmission dynamics (Garde et al. 2005), extensive scientific research supports a relationship between disease in bighorn sheep

BLM_0004790

*Preliminary Working Document for Internal Use*

populations and contact with domestic sheep. The literature includes circumstantial evidence linking bighorn die-offs in the wild to contact with domestic animals, as well as controlled experiments where healthy bighorn sheep exposed to domestic sheep displayed subsequently high mortality rates (Wehausen et al. 2011; Lawrence 2010; Foreyt 1989, 1990, 1992a; b; Foreyt et al. 1994; Onderka et al. 1988; Onderka and Wishart 1988; Garde et al. 2005: Drew et al. 2014). Several disease-caused mortality events have been recorded in wild populations immediately after contact with domestic sheep in northeastern Oregon, central Colorado, Washington, California, Nevada, and other locations (George et al. 2008; Foreyt 1994; Foreyt and Jessup 1982; Coggins 1988). No known published and peer reviewed research could be found that document fenced or free-ranging bighorn sheep herds remained healthy when living directly with domestic sheep herds.

Pneumonia in bighorn sheep populations usually results in an initial all-age die-off, continued chronic low level of adult mortality, and annual or sporadic high rates of mortality of lambs (generally from 1-3 months of age). Increased mortality rates of lambs may continue for one to >20 years (Rush 1927, Jorgenson et al. 1997, Aune et al. 1998, Enk et al. 2001, Hnilicka et al, 2002, and Cassirer et al. 2013). While much of the evidence for disease transmission from domestic sheep to free-ranging bighorn sheep is circumstantial, a large literature base has emerged that documents bighorn sheep die-offs near domestic sheep. These die-offs have prompted management decisions to eliminate shared use of ranges by bighorn and domestic sheep by federal land management agencies and state wildlife departments (Goodson 1982; WAFWA 2012; TWS 2014). Transmission of *Mamheimia haemolytica* from domestic sheep to bighorn sheep was irrefutably demonstrated by Lawrence et al. (2010;WAFWA 2012).

Bighorn sheep commonly occur in spatially structured, demographically independent, interconnected populations in steep, rugged terrain (Cassirer et al. 2013), which is typical of the Hells Canyon and Salmon River metapopulations. Males and females pursue different life-history strategies (Bleich et al. 1996; Rubin et al. 2002) and interactions between the sexes are concentrated around the breeding season which is relatively short in northern latitudes and high altitudes (Bunnell 1982; Thompson and Turner 1982; Bleich et al. 1997; Valdez and Krausman 1999). Outside the breeding season, mature males and females generally occur in male-only, female-only, or female-offspring associations (Cassirer et al. 2013). Males are more mobile and more likely than females to contact conspecific hosts in adjacent populations, or potential disease reservoirs such as domestic sheep (Bleich et al. 1997; Rubin et al. 1998; DeCesare and Pletscher 2006). Initially, infection probably originates in domestic sheep, but once the disease has spread into bighorn sheep population it is most likely maintained in the population and spread by bighorn sheep (Cassirer et al. 2013). Consequently, once disease transmission has occurred between domestic sheep/goats and bighorn sheep, the interconnected populations within Hells Canyon and Salmon River metapopulations are at continued risk from spread of disease by infected bighorn sheep contacting other bighorn sheep. See Appendix A for a more detailed discussion and review of the research regarding bighorn sheep disease and transmission.

*Disease History of Hells Canyon Metapopulation*

Bighorn sheep were extirpated from Hells Canyon and the surrounding area by 1945 (Smith 1954; Johnson 1980; ODFW 1992). Wild sheep were totally extirpated from Hells Canyon in Oregon, Idaho, and Washington by the mid-1940s and disease contracted fromfrom domestic

BLM_0004791

*Preliminary Working Document for Internal Use*

sheep was believed to have been the major cause of the extinction of Hells Canyon bighorn sheep (Coggins 1980). From 1971 to 2002, 492 additional bighorn sheep from 11 source populations (not from Hells Canyon population), and 124 bighorn sheep (from within the Hells Canyon population) were relocated within the Hells Canyon area. At least six pneumonia epizootics (population die-offs) occurred between 1972 and 1996 within the Hells Canyon metapopulation (HCBSRC 2004). In 2012, a population all-age die-off occurred in the northern most population of the Hells Canyon population in Washington state (Francis Cassirer, 2013, personal communication). *Pasteurella multocida* was associated with a major die-off in Hells Canyon in 1995–1996 (Frank et al. 2004). During this time, more than 300 bighorn sheep died of pneumonia in Hells Canyon, possibly caused by contact with one goat (Cassirer et al. 1996; Coggins 2002). During this period, bighorn sheep on the Idaho side of the river showed signs of respiratory disease, but no die-off was documented (Cassirer et al. 1996). Five die-offs within the Hells Canyon metapopulation have been circumstantially linked to domestic sheep (Coggins 1988). Cassirer and Sinclair (2007) describe the effects of chronic, repeated pneumonia outbreaks on bighorn sheep populations in Hells Canyon, and their potential adverse effects on bighorn sheep population recovery and persistence. Cassirer and others identified that in some cases, even in the absence of a large-scale die-off, chronic or sporadic pneumonia-caused mortality can be the primary factor limiting population growth, especially in juvenile age classes (Cassirer et al. 2013).

Six bighorn sheep local populations of the Hells Canyon metapopulation occur within 30 air miles from BLM domestic sheep allotments, including: Upper Hells Canyon, Myers, Muir Creek, McGraw, Big Canyon, and Sheep Mountain. The other populations have had periodic pneumonia outbreaks that have resulted in substantial mortality, as indicated by bighorn sheep downward population trends in Hells Canyon (Figure **3-1**). Disease has reduced the population growth rate of the Hells Canyon metapopulation by at least 40 percent (HCBSRC 1997).

BLM_0004792

*Preliminary Working Document for Internal Use*



**Figure** 3-1:      **Population Trends for Bighorn Sheep by Herd in Hells Canyon** (Source: WDFW, ODFW, and IDFG bighorn sheep population census data; 1970 - 2012)

*Disease History of Salmon River Metapopulation*

For the Salmon River metapopulation, the IDFG collects census data by game management unit (GMU; see Map 3 in Appendix D). As shown in Figure 3-2, the census data collected by the IDFG suggests significant bighorn sheep declines in several of these GMUs. Helicopter surveys during 2010, 2011, 2012, and 2013 were conducted specifically for bighorn sheep, while earlier surveys for bighorn sheep were incidental sightings during surveys for elk (IDFG 2010). Consequently, population numbers and upward trends cannot be concluded from the higher population counts (e.g., GMU 19) when compared to earlier survey years.

BLM_0004793

*Preliminary Working Document for Internal Use*



**Figure 3-2:** **Population Trends for Bighorn Sheep in Idaho Big Game Management Units that Overlap the Main Salmon/South Local Population Analysis Area** (Source: IDFG bighorn sheep population census data; 1981 - 2013)

The Main Salmon/South Fork population occurs within the Lower Salmon River PMU. Evidence suggests that disease has had severe implications on this population, which occurs within the Salmon River metapopulation (IDFG 2004a, 2006, 2010). The IDFG (2010) identified that low recruitment rates and overall declines in bighorn sheep have occurred in the Lower Salmon River PMU and specific GMUs and may have been caused by disease and habitat conditions. IDFG (2010) also identified that population numbers have dwindled in the western portion of the Lower Salmon PMU (GMU 14), which is closest to active domestic sheep allotments.  Disease has resulted in low lamb survival in adjacent herds along the Salmon River.

From 1987 to 1991, a population on Big Creek within GMU 27 experienced 5 years of low lamb-to-ewe ratios and an all-age die-off in 1990 (Akenson and Akenson 1992). Research conducted in April 2000 found a highly virulent strain of *Pasteurella* spp. in the Big Creek population (IDFG 2004a, 2006).

A seven-year old radio-collared bighorn sheep ram was reported to have been observed on a sheep rancher's private land on May 18, 2009, on the north side of the Salmon River near Allison Creek and occurred within the Main Salmon/South Fork herd CHHR.  The bighorn sheep ram was reported to have been within 50 to 75 yards from domestic sheep.  The ram alluded Idaho Department of Fish and Game officials for several weeks before it was finally killed on June 10, 2009 in order to prevent co-mingling with other bighorn sheep and potential spread of disease. Prior to being killed the ram was observed to be coughing and sneezing. Blood and nasal samples were taken from the ram and were tested at the University of Idaho's Caine Veterinary Teaching Center in Boise.   This ram had previously been captured within the Main

BLM_0004794

*Preliminary Working Document for Internal Use*

Salmon/South Fork herd CHHR, radio-collared, tested for disease, and released in 2008. The lab results from the 2008 testing were compared to the samples collected in 2009. The comparison revealed that the ram had significantly decreased numbers of lungworms and indicated recent exposure and/or infection with a parainfluenza virus (pneumonia), although it was not certain whether the transmission occurred from the domestic sheep that it was observed in proximity to. The causal effects attributed to the coughing and sneezing were likely due to the parainfluenza virus and changes in the lungs. Lab analysis indicated that this animal did not have terminal pneumonia. However, this bighorn sheep almost certainly would have co-mingledmingled with other bighorn sheep if it had not been lethally removed, might and likely would have resulted intransmitted the disease to other bighorn sheep within the Salmon River metapopulation. . This incident provides an unequivacle example that comingling has aoocurred emmediately adjacent to the analysis area and a real potential for disease transmission exists.Vaccines and Range Applications

There are a number of pathogens that have been implicated in bighorn sheep that cause pneumonia and death that are common to domestic sheep and cause no or little symptoms in domestic sheep or goats. Two of the most lethal pathogens (*Mannheimia haemolytica,* leukotixin positive*)* and *Mycoplasma ovipneumoniae*) to bighorn sheep have been studied by researchers at Washington State University. Both researchers have indicated that development of specific vaccines to each of these bacteria may take 5 to 10 years for development. In addition to development of these vaccines, development of delivery systems to wild sheep are problematic and to date have not proved effective for wildlife with other diseases. A recent publication by Besser et al. (2013) and correspondence by Dr. Subramaniam Srikumaran, Washington State University, to the Payette National Forest Supervisor in 2010 discusses issues with both vaccines and delivery systems. Although vaccines  may provide a long-term solution to disease transmission  there is no evidence that they will be effective in the near future. Therefore, vaccines do not provide solutions for this SEIS and current planning document.

### 3.2.2.4  Model Analysis

Three models were used to better understand bighorn sheep habitat suitability and the potential for contact between bighorn sheep and domestic sheep: (1) a bighorn sheep source habitat model; (2) a CHHR model; and (3) a risk-of-contact model, which utilizes a bighorn sheep source habitat and CHHR analysis for the bighorn sheep foray analysis. Outputs from these three models were used to describe current conditions on BLM domestic sheep allotments and adjacent areas and as a basis for alternative comparison. The BLM used the results from these models to make inferences regarding disease transmission between the species and potential outbreaks of disease within bighorn populations. Following is a summary of these models and results (see Appendix B for more information about the models and data used). A detailed description of these models can also be found in *Bighorn Sheep Risk of Contact Tool Users Guide* (USFS 2013a) and Appendix L of the Payette FSEIS (USFS 2010a).

*Source Habitat Model*

Source habitats are those characteristics of macrovegetation that contribute to positive population growth for a species in a specified area and time; they contribute to source environments, which represent the composite of all environmental conditions that result in stationary or positive

BLM_0004795

*Preliminary Working Document for Internal Use*

population growth in a specified area and within a specified time (Wisdom et al. 2000; Raphael et al. 2001). Source habitats have been described for bighorn sheep in alpine, subalpine, upland shrubland, and upland herbland community groups; alpine and subalpine community groups are primarily summer range, while upland herbland and shrubland are used in both seasons, depending on elevation (Wisdom et al. 2000). Bighorn sheep have habitat preferences and select habitat based on factors such as proximity of steep slope escape terrain, forage availability, and horizontal visibility (USFS 2013a; O'Brien et al. 2014; HCBSRC 1997).

Within the four BLM domestic sheep allotments, 7,249 acres of summer source habitat and 4,706 acres of winter source habitat exist, representing 37 percent (summer source habitat) and 24 percent (winter source habitat) of the total acreage of overlap within BLM domestic sheep allotments. Source habitat for bighorn sheep is distributed within the Salmon and Snake River canyon lands and adjacent landscape, which includes the BLM domestic sheep allotments (see maps 6 and 7 in Appendix D). Allotment-specific bighorn sheep source habitat and BLM land leased for domestic sheep grazing are summarized in Table 3-1.

| Table 3-1: | Allotment Summary of Bighorn Sheep Source Habitats and BLM Lands Leased for Domestic Sheep Grazing | | |
|---|---|---|---|
| **Allotment Name** | **Summer Source Habitat (Acres)** | **Winter Source Habitat (Acres)[1]** | **BLM Leased Lands (Acres)** |
| Partridge Creek | 5,276 | 4,706 | 9,544 |
| Marshall Mountain | 1,201 | 0 | 4,212 |
| Hard Creek | 771 | 0 | 5,210 |
| Big Creek | 1 | 0 | 439 |
| **Total** | **7,249** | **4,706** | **19,405** |

[1]The Partridge Creek allotment is the only allotment that has a grazing season that overlaps with bighorn sheep summer period (May – October) and winter period (November – April), consequently bighorn sheep source habitat acreage is identified for both use periods. Marshall Mountain, Hard Creek, and Big Creek allotments do have winter source habitat acreage, however, because no domestic sheep grazing occurs during this period the overlap with winter source habitats is zero.

<u>Core Herd Home Range Model</u>

CHHR analysis uses bighorn sheep telemetry location points to identify and enclose an area that contains 95 percent of all telemetry points from radio-collared bighorn sheep. This process was carried out for each identifiable individual in a herd for whom more than 20 telemetry points were available. All other telemetry and observation points for herds that did not meet these criteria were excluded from the CHHR analysis, but were used to verify the accuracy of the final CHHR volume contours.

Analysis was conducted for summer and winter CHHRs. Bighorn sheep telemetry locations occurring May through October are used for determining summer CHHR, and bighorn sheep telemetry locations occurring November through April are used for modeling winter CHHR.

<u>Risk of Contact Model</u>

For analysis of the risk of contact, the BLM used a model that estimates the probability that foraying bighorn sheep will reach a domestic sheep allotment. However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how

BLM_0004796

*Preliminary Working Document for Internal Use*

long. Use of some areas within an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of occurrence (e.g., source habitats). Consequently, because of this uncertainty the only feasible and suitable method to predict potential interspecies contact was to use the Risk of Contact Model and use the assumption that contact with an allotment results in interspecies contact. By definition, where a CHHR overlaps an allotment, there is contact with the allotment and the assumption is that one or more contacts per year may occur. It is acknowledged that stray domestic sheep have been implicated in several die-offs for bighorn sheep, and in many rangeland settings may pose a risk of disease transmission as large as or greater than from foraying bighorn sheep. However, the bighorn sheep risk of contact tool (USFS 2013) does not model the risk of stray domestic sheep and the subsequent potential for contact with bighorn sheep. Since there is currently no domestic sheep grazing on BLM allotments in the analysis area, there is no risk of contact with bighorn sheep within these allotments or from straying domestic sheep or foraying bighorn sheep. This model was used to determine the effects of alternatives as described in Chapter 4.

The contact model is based on an analysis of 16 years of bighorn sheep telemetry data from the Hells Canyon populations (see Appendix B); its construction involves two distinct analyses. First, the analysis is used to delineate areas where most animals in each herd spend at least 95 percent of their time (the CHHR); telemetry data from Hells Canyon and Salmon River bighorn sheep was used for this analysis. Next, the analysis examines the characteristics of bighorn sheep movements, or forays, outside of the CHHR. This foray analysis examines how frequently and at what season foray movements occur, as well as how far beyond the CHHR animals are likely to travel. Together, the habitat, CHHR, and foray models are used to estimate the probability that a ewe or a ram in any of the herds will reach any of the open allotments in a given year.

Modeling the CHHR provided information to analyze the impacts of domestic sheep grazing on BLM domestic sheep allotments and on the landscape level for bighorn sheep metapopulations. The analysis also highlighted the extent of the overlap and possible interaction among the different herds throughout the Hells Canyon and Salmon River metapopulations. The first step in developing the CHHR model was to calculate separately the home range of each individual animal. Occasional movement outside of the area could be exploratory in nature and was not considered part of the CHHR. These excursions, or forays, were of great interest to the modelers and were analyzed separately in the foray model.

The tools and processes used to complete CHHR analysis are common to home range analyses used for many other species. This analysis used observations and telemetry data collected by the Hells Canyon Initiative from 1997 to 2013 (ongoing). The data was then used to divide the bighorn sheep populations into herds. Although the Hells Canyon metapopulation is comprised of numerous herds, this analysis focuses on the following herd assignments that were based on transplant cohorts to specific locations and breeding groups of ewes that shared the same range: Upper Hells Canyon, Muir Creek, Myers Creeks, Big Canyon, and Sheep Mountain. The bighorn sheep in the Salmon River metapopulation are endemic rather than reintroduced, so herds divisions were defined differently. Named herds in the Salmon River were based on the type of observations available for describing their locations: the Main Salmon/South Fork included animals radio-collared as a part of the Salmon River study in 2007-2013 (ongoing); the Big Creek population included animals radio-collared by Akenson and Akenson (1992) in 1989 and

BLM_0004797

*Preliminary Working Document for Internal Use*

1990, and the Upper Salmon; and the Upper Main Salmon was comprised of animals in the Salmon River Canyon between the Upper Main Salmon/South Fork and Big Creek populations, for which no telemetry data were available. The allotment-specific CHHR acreage and distance from each herd CHHR is summarized in Table 3-2 and Table 3-3

**Table 3-2:     Summer and Winter Core Herd Home Ranges and Domestic Sheep Allotments**

| Core Herd Home Range Information | Partridge Creek Allotment | Marshall Mountain Allotment | Hard Creek Allotment | Big Creek Allotment | Total Acres |
|---|---|---|---|---|---|
| CHHR Acres[1, 2] | 5,127 S 7,533 W | 0 | 0 | 0 | 5,127 S 7,533 W |
| Little Salmon Area of Concern Acres[2] | 0 | 0 | 2,696 S | 0 | 2,696 S |
| Distance to Nearest CHHR (Miles)[1] | 0.0 S & W | 1.25 S | 10.25 S | 12.96 S | --- |
| Distance to Little Salmon Area of Concern (Miles)[2] | 3.53 | 1.25 | 0.0 | 12.96 | --- |
| BLM Lands Leased for Domestic Sheep Grazing (Acres) | 9,544 | 4,212 | 5,210 | 439 | 19,405 |

[1] S = Summer CHHR and W = Winter CHHR. The Partridge Creek Allotment is the only allotment that has a grazing season that overlaps with bighorn sheep summer period (May–October) and winter period (November–April), consequently bighorn sheep CHHR acreage are identified for both use periods.
[2] The Partridge Creek Allotment has overlap with summer and winter CHHR for the Main Salmon/South Fork local population and the Hard Creek Allotment has overlap with Little Salmon area of concern.

**Table 3-3:     Allotment Distances (Miles) from Core Herd Home Ranges and Little Salmon Area of Concern[1, 2]**

| Herd Name | Partridge Creek Allotment | Marshall Mountain Allotment | Hard Creek Allotment | Big Creek Allotment |
|---|---|---|---|---|
| Main Salmon/South Fork | 0.0 S 0.0 W | 1.25 S | 12.20 S | 32.04 S |
| Little Salmon[2] | 3.53 S & W | 18.30 S | 0.0 S | 12.96 S |
| Upper Hells Canyon | 15.40 S 16.60 W | 29.78 S | 10.25 S | 26.15 S |
| Myers | 5.98 S 13.21 W | 20.84 S | 11.28 S | 33.83 S |
| Muir | 15.72 S 14.44 W | 27.72 S | 21.25 S | 44.21 S |
| Big Canyon | 17.45 S 17.15 W | 29.12 S | 19.15 S | 41.85 S |
| Sheep Mountain | 44.97 S 46.02 W | 55.82 S | 30.63 S | 30.36 S |

[1] S = Summer CHHR and W = Winter CHHR. The Partridge Creek Allotment is the only allotment that has a grazing season that overlaps with bighorn sheep summer period (May–October) and winter period (November–April), consequently bighorn sheep CHHR distances are identified for both use periods.
[2] Distances are for Little Salmon area of concern.

BLM_0004798

*Preliminary Working Document for Internal Use*

Similar to bighorn sheep elsewhere, Hells Canyon and Salmon River bighorn sheep, particularly rams, make occasional long-distance movements beyond their CHHR. Singer et al. (2001) defined these forays as any short-term movement of an animal away from and back to its CHHR. This life-history trait can put bighorn sheep at risk of contact with domestic sheep, particularly when suitable habitats are well connected and overlap with domestic sheep use areas (Singer et al. 2000c; Gross et al. 2000), or even when domestic sheep use is outside of CHHR areas. The risk of contact between dispersing bighorn sheep and domestic sheep is related to the number of bighorn sheep in a herd, proximity of domestic sheep use areas (allotments) to a bighorn sheep CHHR, distribution of bighorn sheep source habitats across the landscape, and frequency and distance of bighorn sheep forays outside of the CHHR. The risk of contact can be increased by straying domestic sheep (stocking rates and numbers of straying sheep, frequency and distance of straying, distance grazing occurs from bighorn sheep source habitat, and straying sheep persistence on the range) although these risk factors were not analyzed.

The sequence of events by which a disease outbreak could result from contact between a bighorn sheep and a domestic sheep or goats in an active allotment located outside of bighorn sheep CHHR can be broken down into a number of steps. To reach an occupied allotment, a bighorn sheep must (1) leave the CHHR; (2) travel far enough to reach the allotment; then (3) intersect the allotment (i.e., rather than some other area at the same distance from the CHHR). Once this occurs, in order for disease transmission to occur, the bighorn sheep must (4) come into contact with domestic sheep in the allotment and (5) contract the disease from the domestic sheep. For an outbreak to affect the animal's home herd, the infected bighorn sheep must (6) make its way back to the CHHR and (7) transmit the disease to other members of the herd. Uncertainty is identified within the literature regarding what levels of interspecies contacts in a rangeland situation result in disease transmission and disease outbreaks within a bighorn sheep population. Because of this uncertainty, the BLM did not conduct herd specific modeling in regard to disease transmission and herd persistence.

The contact model described in this section aims to determine the probability that a bighorn sheep will reach an occupied allotment.

*Interpreting Contact Rates Relative to the Probability of Bighorn Sheep Disease Outbreaks and Population Persistence*

A high degree of uncertainty exists regarding the probability that contact of a bighorn sheep with an allotment will lead to disease outbreak occurring within a herd (USFS 2010a, USFS 2013b; Carpenter et al. 2014; O'Brien et al. 2014). Quantification of disease transmission and outbreaks in bighorn sheep populations following contact with domestic sheep or goats, and the subsequent ability of a population to recover, are key to interpreting the results from the above models; however, the mechanisms of disease transmission and resulting disease outbreaks in bighorn sheep is not fully understood. We currently lack empirical data to make recommendations as to the frequency of outbreaks and the effects on population persistence. Therefore, the BLM relied on the following to assist with the interpretation:

- The effects of respiratory disease outbreaks on bighorn sheep populations are often severe (Besser et al. 2012a, b). Controlled pen experiments identified in Besser et al. 2012a resulted in complete or nearly complete die-offs of bighorn sheep following

BLM_0004799

*Preliminary Working Document for Internal Use*

contact with domestic sheep. It has also been documented that disease perturbations can affect lamb recruitment for several years following a severe population decline resulting from a disease outbreak that rapidly affects many animals in a specific area at the same time (Besser et al. 2012b; Coggins and Matthews 1992; Foreyt 1990). Consequently, when bighorn sheep disease die-offs occur, there is a substantial immediate mortality (population decline) and a delayed recovery due to poor lamb recruitment that can follow the disease outbreak for many years (Besser et al. 2013). Population recovery is unlikely where interspecies contact, potentially resulting in disease transmission and subsequent disease outbreak, occurs within a few decades of each other (Cassirer et al. 2013). There is no specific guidance on the number of decades required to recover from a disease outbreak; observations of herds that have experienced pneumonic events indicate it likely requires several.

Another important trend of wild-domestic sheep disease transmission is that an illness's effect on individual bighorn populations can be long-lasting. For example, in the 1980s in California's Santa Rosa Mountains, lambs regularly died from pneumonia (DeForge et al. 1997; DeForge et al. 1982). According to DeForge and others (1997): "[In the] Santa Rosa Mountains…a disease outbreak reportedly struck bighorn in the late 1970s. This epizootic contributed to at least 13 years of poor recruitment and an 81 percent population decline in the…adult bighorn population between 1979 and 1996." Cahn and others (2011) explained the trend of suppressed lamb recruitment: "Whether mild or severe, most respiratory disease outbreaks in bighorn populations are followed by several years of pneumonia caused mortality of lambs resulting in low recruitment rates and juvenile survival. Continuing lamb infection apparently results from females that remain infective following an outbreak, although mortality or morbidity among the females may not be detectable. Such recurring lamb infections can substantially delay the recovery of depleted populations to pre-outbreak levels."

The BLM recognizes the uncertainty regarding the relationship between the number of bighorn sheep contacts with a domestic sheep allotment and predictions for disease transmission and outbreaks. Consequently, in this SEIS the analysis was conducted at a herd level for the various alternatives to predict disease outbreak attributed to BLM authorized domestic sheep grazing over a 50-year period. Due to the uncertainty in the amount of contacts between domestic sheep and bighorn sheep needed to result in disease transmission to bighorn sheep and subsequent disease outbreak, the BLM analyzed a range of probabilities. These ranged from 0.05 (1 in 20 contacts would result in a disease outbreak) to 1.00 (every contact would result in a disease outbreak). The specific probability values modeled were: 0.05, 0.10, 0.25, 0.50, 0.75, 0.90, and 1.00.

It is important to disclose that accurate individual-level modeling of the impacts of disease events is difficult, as the dynamics of respiratory disease in the wild are only partly known. An individual-based model would require understanding many factors, such as the incubation period and active infection durations, the probability and rate of recovery from disease, the rate of effective contact between individuals within the herd, and the possible role of persistently infected individuals in harboring and spreading the disease. Variations in the resistance to disease of individual bighorn sheep and in the virulence of the disease-causing organisms themselves can also affect population dynamics.

BLM_0004800

*Preliminary Working Document for Internal Use*

Furthermore, modeling population dynamics of large herbivores at the individual level requires estimating numerous parameters, from adult and juvenile survival rates to age at sexual maturity, fecundity, and lamb survival (Gaillard et al. 2000). In addition, the average values for each of those life-history parameters may be modified by interacting impacts of density dependence, weather, forage availability, and predation. Properly estimating these parameters would require extensive age- and class-specific population data, ideally from the populations being modeled. Such data is not currently available.

### 3.2.2.5   Risk of Interspecies Contact and Straying of Domestic Sheep from Grazing Allotments and While Trailing

The analysis in the FSEIS focused on interspecies contact resulting from foraying bighorn sheep intersecting with a domestic sheep allotment. However, another concern is the straying of domestic sheep from sheep bands on grazing allotments, or while trailing, and the potential contact with bighorn sheep (WAFWA 2010, 2012; USFS 2010a; Cahn et al. 2011).

A principal assumption from the published literature is that direct contact between domestic sheep and bighorn sheep results in a high likelihood of disease transmission to bighorn sheep and disease outbreaks in local bighorn sheep herds (Wehausen et al. 2011; WAFWA 2012). Risk factors include (1) distance between domestic sheep allotments and the nearest bighorn sheep populations; (2) amount and distribution of bighorn sheep habitat within and between domestic sheep allotments; (3) stray domestic sheep and forays of bighorn sheep, particularly males during the rut; and (4) seasonal bighorn sheep distribution and movement near the allotments when grazed by domestic sheep.

The potential for straying by domestic sheep is dependent on a variety of factors, including: dense vegetation and rugged terrain, which reduces the ability of sheepherders to observe or locate domestic sheep; experience and responsibility of sheepherders; maturity and effectiveness of herd/guard dogs; number of herders and herd/guard dogs; occurrence of sick or physically disabled domestic sheep in the band; lagging domestic sheep while trailing; adequacy of stray or loss domestic sheep monitoring or detection; and lack of a response plan regarding comprehensive search and stray sheep locating. In addition, the scattering and straying of domestic sheep may occur from predator disturbance or other human or natural conditions.

Coggins (2002) identified a stray domestic ewe that traveled at least 30 miles from private land to bighorn sheep range through rugged terrain and heavy timber, and across at least one riverThese stray domestic sheep will continue to graze the same area or continue to wander, which would reduce the effectiveness of separation buffers that may be in place to reduce the risk of contact with bighorn sheep, increasing the risk of contact with bighorn sheep. This risk of contact is further dependent on proximity of occupied bighorn sheep habitats. Stray domestic sheep may utilize bighorn sheep habitats outside of the grazing season. Consequently, if stray domestic sheep utilize CHHR areas and other summer/winter source habitats, domestic sheep may come into contact with bighorn sheep for long periods of time, increasing the probability for disease transmission and risk of bighorn sheep disease outbreak.

Bighorn sheep and domestic sheep have a gregarious behavior which increases the potential for interspecies contact and disease transmission. This gregarious behavior may be exacerbated

BLM_0004801

*Preliminary Working Document for Internal Use*

during the rut or breeding period for the two species. During the rut (breeding period), male bighorn sheep are more active and rutting foray distances often increase with males in search of female bighorn sheep in estrus. In addition, grazing estrous female sheep heightens the attraction and probability of association between bighorn sheep and domestic sheep (WAFWA 2012).

The risk of contact model may underestimate the potential contacts that occur because straying domestic sheep is not accounted for. Potential for interspecies contacts and associated risks from straying are likely to be more prevalent in allotments that are in close proximity to CHHRs. Portions of the Partridge Creek allotment overlap with Main Salmon/South Fork CHHR and the Marshall Mountain allotment occurs within 1.25 mile from the Main Salmon/South Fork CHHR. These two allotments have the highest risk from domestic sheep straying and contacting a bighorn sheep or a CHHR. The nearest CHHR from the Hard Creek Allotment is 10.25 miles (Upper Hells Canyon) and the nearest CHHR from the Big Creek Allotment is 26.15 miles (Upper Hells Canyon).

Predation and other Stressors

Stressors to bighorn sheep include overcrowding on limited range, loss of escape cover, harassment by dogs, encroachment by humans, heavy snowfall and other weather stressors, parasitism, poor nutrition, predation, and other human disturbances such as roads, habitat degradation, noise, genetics, high population densities, capture and restraint techniques, breeding behavior, the presence of other wildlife, and high dust levels (Bunch et al. 1999; Festa-Bianchet 1988; Jenkins et al. 2000; Jones and Worley 1994; Foreyt 1998; Monello et al. 2001). These stressors may reduce the ability of bighorn sheep to resist disease (Garde et al. 2005;See Appendix A for a review of research regarding these factors.)

Bighorn sheep have evolved with a variety of predators (Sawyer and Lindzey 2002; IDFG 2010), including mountain lions (*Puma concolor*), gray wolves (*Canis lupus*), coyotes (*Canis latrans*), bobcats (*Lynx rufus*), lynx (*Lynx lynx*), black bears (*Ursus americanus*), grizzly bears (*Ursus arctos horribilis*), wolverines (*Gulo gulo*), and golden eagles (*Aquila chrysaetos*). Disease transmission, human disturbance, overgrazing, and habitat loss are often cited as factors responsible for declines in bighorn sheep abundance and distribution, while predation is rarely considered a significant mortality factor (Wishart 1975, 1978).

Much of the literature suggests that efficient anti-predator strategies of bighorn sheep greatly reduce their vulnerability to predation (Buechner 1960; Hornocker 1970; Geist 1971; Jorgenson et al. 1997; Wishart 2000). Bighorn sheep gregariousness and the use of steep, rugged terrain appear to be effective adaptations to avoid predation by coursing predators such as wolves and coyotes (Wishart 2000). Stalking predators such as cougars, however, may be able to circumvent these strategies, and predation losses in some herds may be high if individual cougars specialize in preying upon bighorn sheep (Ross et al. 1997). Most accounts of bighorn sheep predation involve cougars or coyotes (Sawyer and Lindzey 2002). Coyote predation appears to be incidental, primarily restricted to lambs, and most often reported in areas that lack suitable

BLM_0004802

*Preliminary Working Document for Internal Use*

escape terrain; and cougars appear to be the only predators capable of causing significant mortality in bighorn sheep.

Wolves occasionally prey upon Dall sheep (Holleman and Stephenson 1981; Heimer and Stephenson 1982; Gasaway et al. 1983; Huggard 1993; Nichols and Bunnell 1999), but have not been reported as a significant source of mortality in bighorn sheep populations. Wolf predation has not been documented to cause population-level impacts on bighorn sheep (IDFG 2010). In Yellowstone National Park, wolves did not prevent the bighorn sheep population from increasing (7 percent annual increase from 1998 to 2005) during the decade after wolf reintroduction, when wolf numbers increased from 21 to a maximum of 106 (White et al. 2008). In the Salmon River Mountains of central Idaho, Husseman and others (2003) documented 120 wolf-killed and 98 mountain lion-killed ungulates. Of these documented kills, bighorn sheep comprised 1 percent of the mountain lion-killed ungulates and none of the wolf-killed ungulates.

In some conditions and environments, mountain lions have been documented to cause population-level impacts in bighorn sheep that occupy suitable habitat (Ross et al. 1997; Sawyer and Lindzey 2002). While mountain lion predation on bighorn sheep is widespread, it usually does not limit populations (IDFG 2010). Predation typically only has population-level effects on small bighorn sheep populations that are struggling due to other factors, such as disease or drought (IDFG 2010). Cassirer and Sinclair (2007) discussed mortality factors for bighorn sheep in Hells Canyon during the period of 1997 to 2003, during which time pneumonia was the most common cause of adult mortality (43 percent) and the primary factor limiting population growth. Mountain lion predation was the second most frequent source of adult mortality (27 percent), but did not significantly reduce the rate of population growth (Cassirer and Sinclair 2007).

### 3.2.2.6   Habitat

Current source habitat does not appear to be limiting for bighorn sheep, as much of the apparently suitable bighorn habitat appears to be unoccupied (HCBSRC 1997). In addition, the historic range of bighorn sheep within the analysis area was much more extensive.  IDFG (2010) identified that Idaho contains abundant habitat for bighorn sheep, the quality of which can be diminished by noxious weeds, conifer encroachment, roads and urban development, human disturbance, competition with livestock or other wild ungulates, and other factors. At scales below the watershed level, it is expected that the quality of habitat can have variances that cannot be detected at broader scales. The PRMP/FEIS (BLM 2008b) included successional modeling of both forested potential vegetation groups and shrub/grassland cover types. Comprehensive habitat modeling was not completed specifically for bighorn sheep habitat, since the information needed to model the change through time of grasslands, mountain mahogany, bitterbrush, and forest cover types with less than or equal to 10 percent canopy cover is sparse or unavailable, particularly in regards to proximity to rugged escape terrain.

The PRMP/FEIS did provide information on the general trends of vegetative response under each of the four alternatives, but it was not specific to domestic sheep allotments and bighorn sheep habitat. These generalized trends and conditions represent more than bighorn sheep habitat and do not account for the escape terrain and other special habitat features important to bighorn sheep. Bighorn sheep habitat is a subset of these trends for grassland response. The PRMP/FEIS also discussed the generalized trends for deciduous riparian vegetation under the four

BLM_0004803

*Preliminary Working Document for Internal Use*

alternatives, which Wisdom and others (2000) identified as a special habitat feature. Again, bighorn sheep habitat is a subset of deciduous riparian vegetation.

Other factors that affect bighorn sheep habitat include patch dynamics of non-forest and forested habitats and their juxtapositions to each other. For example, suppression of wildfires for several decades has resulted in a reduced fire return interval and larger wildfires in some vegetation types. One effect that has occurred to some extent on the community types used by bighorn sheep is the increase of patch size of burned areas relative to historical conditions. However, without specific information on the juxtaposition of needed patches on the landscape (size and arrangement) for this species, comparing trends further with the species' needs is difficult. Patch dynamics, which vary historically, may affect dispersal between source habitat patches for bighorn sheep. Although bighorn sheep can use a diverse array of terrestrial and aquatic systems to move across the landscape, altering historical vegetation dynamics can potentially affect migratory routes. Large patch sizes of burned areas can open up forested and dense shrub areas to bighorn sheep. In some fire regimes, these large patch sizes would have been historically present; however, their location on the landscape shifts over time as post-fire succession occurs and a burned area returns to denser vegetation and new areas experience periodic disturbances. Livestock grazing practices can affect the balance between shrub and herbaceous vegetation and contribute to changes in the floristic composition of grass and shrub communities, both of which can result in altered fire regimes. These changes can also contribute to altering historical patch sizes.

In addition to patch dynamics, habitat quality is an important predictor of whether a species may be present. Habitat quality degradation through exotic weed invasion is a threat to habitat for this species. Depending on the type of exotic weed, food resources can be depleted and fire cycles disrupted, which can further alter species composition and structure. Livestock grazing can contribute to exotic weed invasions and damage to biological soil crusts, which can contribute to declines in source habitat quality.

Associated riparian habitat within the ecosystem may also be negatively affected by livestock grazing. Riparian systems can be particularly susceptible to high concentraions of livestock (Berry 1979). Defoliation, soil compaction, and floodplain water table subsidence due to channel widening or down-cutting have resulted in the loss of densely rooted graminoid and shrub species (Berry 1979; Kovalchik and Elmore 1992). Natural recovery of native riparian vegetation may be extremely slow, even with reductions in livestock grazing, because of structural changes to stream hydrology during the last 150 years, dominance of exotic annuals within the riparian area, and loss of native seed sources (Clary et al. 1996). Livestock grazing can affect riparian vegetation by altering species composition and seral stages.. Often, lowered water tables resulting from heavy grazing pressure have modified or destroyed normal riparian vegetation and affected run-off and soil water storage capability within riparian areas, which has affected riparian ecosystem function. The ability of streams, associated vegetation, and wildlife populations to recover following reduced grazing stress appears to be situation-specific and related to site characteristics, degree of degradation, and availability of native plant materials (Shaw 1992; Krueper 1993). The BLM recognizes that properly managed livestock can reduce potential for adverse impacts to riparian and upland habitats and that all herbivore activities (domestic and big game ungulates) can cause varying levels of impacts to habitats.

BLM_0004804

*Preliminary Working Document for Internal Use*

Human activities are also primary sources of potential habitat degradation for bighorn sheep. Roads can be a source of direct mortality through vehicle strikes, and their presence and associated human uses can increase disturbance to bighorn sheep during critical periods throughout the year. Road construction can exacerbate effects from other risk factors, such as the spread of exotic species. In addition, off-highway vehicle use can facilitate the expansion of invasive species and adversely increase the potential for human disturbance and unlawful take. Roads and trails provide the primary access corridors for invasive plants, some of which are able to out-compete native species. This can result in a substantial change in the overall biological diversity of the affected area and changes in historical fire regimes.

No known studies, research, or peer reviewed literature has documented the effectiveness of BMPs from preventing contact and disease transmission when domestic sheep or goats graze within or adjacent to occupied bighorn sheep habitats. Effective separation between bighorn sheep and domestic sheep and goats, which minimizes the potential for contact and disease transmission, has been identified as the key management strategy for conservation of bighorn sheep (Wild Sheep Working Group 2012). The Partridge Creek Allotment is currently under a U.S. District Court Temporary Restraining Order, which temporarily closed the allotment. This was based on the Court's finding that the strategy relied on BMPs that were voluntary and could not be enforced by the BLM, and effectiveness was not backed by any supporting science.

Varying levels of effectiveness may result from BMPs that have a large buffer between active domestic sheep allotments and occupied bighorn sheep habitats and such a buffer reduces potential for disease transmission. Such allotments would also have to occur in open, gentle, non-bighorn sheep habitat where domestic sheep can be easily controlled and monitored, with a large buffer between the two species (Schommer 2009). This situation does not occur for three of the allotments analyzed in this SEIS (Partridge Creek, Marshall Mountain, and Hard Creek Allotments). These allotments are interspersed with forested areas, dense vegetation, and steep, rocky and rugged terrain. Control of domestic sheep, locating strays, and monitoring of bighorn sheep would be more difficult with these conditions, compared to areas that are open with moderate slopes. The Big Creek Allotment is more open and moderately sloped and has a large buffer between the nearest bighorn sheep occupied areas (Little Salmon River area of concern). In addition, implementing successful BMPs in a rangeland environment continuously year after year is very difficult, and the consequences of interspecies contact and disease outbreak may result in severe adverse impacts to local bighorn sheep populations.

The adoption of BMPs to prevent straying are designed to minimize the risk of contact with bighorn sheep; however, the adoption of such practices requires intensive monitoring efforts, vigilant herd management to reduce strays, and immediate response and effort to finding strays. The effectiveness of BMPs to reduce straying is not substantiated by research and may not always be effective. Stray domestic sheep are known to travel long distances and have been reported in areas not authorized for grazing or trailing and in areas during periods not identified for grazing.

## 3.3    NATIVE AMERICAN TRIBAL USES

This section supplements the description provide in the 2008 PRMP/FEIS, for Native American Tribal uses. As identified in Section 1.8 of this SEIS, the planning issue to be addressed is:

BLM_0004805

*Preliminary Working Document for Internal Use*

*Management of livestock grazing by the BLM, specifically domestic sheep and goats, may affect the availability of resources and uses (specially related to bighorn sheep) that are important to the interests and rights of the Nez Perce Tribe.*

### 3.3.1  **Background**

During the mid to late 1800s, Indians were displaced by settlers from large portions of their native land and relegated to reservations by the U.S. government. The pressure to obtain land increased, especially with the discovery of gold on additional Indian land. Negotiations with various Indian groups resulted in land being ceded to the United States government through treaty, but with numerous rights reserved by the Indians. Treaties are negotiated contracts made pursuant to the Constitution of the United States. They take precedence over any conflicting state laws, as stated in the supremacy clause of the Constitution (Article 6, Clause 2). Treaty rights are not gifts or grants from the United States, but are bargained-for concessions. These rights are grants-of-right *from* the tribes, rather than *to* the tribes.

The unique relationship between the United States government and federally recognized Indian tribes is defined by treaties, statutes, executive orders, judicial decisions, and agreements. This relationship has created a special federal trust responsibility; as such, the BLM has the responsibility to identify and consider potential impacts of BLM actions on Indian trust resources (e.g., fish, game, water quality, plant resources, etc.). The BLM also has the responsibility to ensure that meaningful consultation and coordination concerning Tribal treaty rights and trust resources are conducted on a government-to-government basis with federally recognized tribes.

The federally recognized[2] Nez Perce Tribe has long used natural resources and conducted its social and religious activities in the vicinity of the planning area. Between 1855 and 1863, the Nez Perce Tribe and the United States government signed various treaties and agreements that relinquished ownership of millions of acres of land to the government, and established and modified the Nez Perce Reservation to guarantee a permanent homeland for the Tribe. In 1855, the United States negotiated a treaty with the Nez Perce Tribe (12 Stat. 957) that was ratified in 1859. Article 3 of this treaty reserves numerous rights, including hunting, and states in part:

> The exclusive right of taking fish in all the streams where running through or bordering said reservation is further secured to said Indians; as also the right of taking fish at all usual and accustomed places in common with citizens of the Territory; and of erecting temporary buildings for curing, together with the privilege of hunting, gathering roots and berries, and pasturing their horses and cattle upon open and unclaimed land.

Taking of bighorn sheep is part of the reserved hunting right under Article 3.

---

[2] Indian Entities Recognized and Eligible to Receive Services From the United States Bureau of Indian Affairs. 67 Fed Reg. 46330 (July 12, 2002).

BLM_0004806

*Preliminary Working Document for Internal Use*

The planning area is within the territory designated for use by the Nez Perce Tribe in 1967 by the Indian Claims Commission.[3] The rights reserved under the 1855 Treaty apply to this territory. As stated in the Indian Claims Commission report[4]: "Mountain sheep were found throughout the various mountains of the area, but were generally hunted by the Nez Perce in the following areas: ... (2) Riggers[5], Idaho, area; ... (5) the upper Salmon River tributaries area."

The BLM manages portions of these ceded lands that are within the traditional use area of the Nez Perce Tribe. The treaties also reserve hunting, fishing, and gathering rights for members of the Nez Perce Tribe on federal land outside the boundaries of their reservation.

## 3.3.2   Existing Conditions

Traditionally, socio-cultural values of the Nez Perce people reflect the close relationship with natural resources, including big game animals. In addition, socio-cultural values are intertwined with various natural resources and spiritual values are sometimes attributed to animals. For instance, the hunting of bighorn sheep is more than a subsistence activity. There are shared cultural beliefs involved that the sharing of a successful hunt strengthens family ties, maintains the connection of the Nez Perce people to the local ecology, forms a link to the past, and contributes, in part, to maintaining cultural continuity. Since hunting is a reserved right and is incorporated into the socio-cultural system, any change to these treaty-reserved opportunities has the potential to affect the socio-cultural system of the Nez Perce Tribe. Following is a brief description of the existing value of bighorn sheep use and the socio-cultural values to the Nez Perce Tribe.

The hunting of bighorn sheep currently does not have an economic market value, because the harvested resource is not sold on the open market. The Nez Perce Tribe does not track the number, the age class, and gender of the bighorn sheep that are taken. This cultural activity is accomplished at the family level, and is not reported to Tribal authorities. Rather, bighorn sheep are valued for their horns, hides, and meat. Chalfant (1974) states that "mountain sheep meat was considered as good as deer meat, and was therefore dried and cached for winter use." Currently, because of fewer bighorn sheep, there is less opportunity to obtain meat to supplement existing subsistence activities.

The horn of the bighorn sheep is highly prized and used in the building of bows. On bows made by the Nez Perce people, Spinden (1908) wrote: "[T]here were three kinds of bows, one simple and two sinew-backed. The finest bows were made from a single piece of mountain-sheep horn. A large horn was split and a slip taken out. This strip of horn retained its spiral coil and had to be steamed, stretched, and straightened by a long tedious process. After the horn had been shaped, a backing of deer sinew was added....These bows were highly valued." Knowledge on how to build these bows has diminished within the Tribe. Although there have recently been efforts to

---

[3] Indian Claims Commission in Docket 175 18 1. The Indian Claims Commission was created by the Indian Claims Commission Act of 1946, Pub. L. No. 79-726, ch. 959, Act of August 13, 1946, 60 Stat. 1049. The Act provided a forum for adjudication of Indian claims against the United States, many of the claims resulting from treaties.

[4] Indian Claims Commission in Docket 175 18 1, page 100.

[5] The Riggers area may be in reference to Riggins.

BLM_0004807

regain this knowledge, there are fewer bighorn sheep horn available for Tribal members to continue this cultural tradition.

The Nez Perce Tribe area of interest historically lies between the Pacific Coast and the Great Plains. As such, the Tribe became accomplished traders and would trade their items with the Coastal and Plains people, acting as an intermediary between the two areas. Several of the items traded by the Nez Perce across this broad region included horn bows as well as spoons and bowls of mountain sheep horn (Walker 1967). At one time items resulting from the taking of bighorn were a trade item and contributed to the economy of the Nez Perce people.

Bighorn sheep, while important for sustenance, tools, and clothing, also have a spiritual role in Nez Perce culture. Located in the Bitterroot Valley near Missoula, Montana, in 1877 was "a huge horn of a mountain sheep, its tip partly imbedded in the trunk of the tree eight feet above the ground, [that] gave the tree its reputation for possessing a strong spiritual power, and the Salish and Sahaptin travelers felt its spell and often sought its aid in ensuring success in hunts, fights, or other ventures on which they were embarked" (Josephy 1971).

Nez Perce Tribal ethnographer Josiah Pinkham summarized the value of the bighorn sheep to Nez Perce culture as follows:

> Bighorn Sheep have provided spiritual guidance to the Nez Perce since time immemorial. Over the countless generations bighorn sheep have given much to help the Nez Perce survive. They have provided food and other necessary things for the Nez Perce. Its meat was cooked and eaten or dried to be eaten later in winter months or during travel. The highly nutritional organs are considered a delicacy to the Nez Perce. The heart, liver and intestines are still consumed by Nez Perce people today. Bighorn sheep hides are highly sought after for making clothing for shirts, dresses and leggings. Bighorn sheep bones were used for tools and games for the people…. It is hard for the Nez Perce people to maintain their cultural ties to the Salmon and Snake River canyons when the once most common large herbivore in these canyons has been reduced in number to essentially a museum population (Pinkham 2007).

As previously described, the population of bighorn sheep has been in decline for many years, reducing the opportunity for taking of bighorn sheep. With fewer animals to harvest, the opportunity to practice socio-cultural activities has been reduced, which in turn impacts the ability of the Nez Perce to exercise their treaty rights.

## 3.4   LIVESTOCK GRAZING AND SOCIAL AND ECONOMIC CONDITIONS

This section supplements the description from the 2008 PRMP/FEIS, for livestock grazing and social and economic conditions. As identified in Chapter 1 of this SEIS, the planning issue to be addressed is: *Changes to management of livestock grazing by the BLM may affect the local economy.*

BLM_0004808

*Preliminary Working Document for Internal Use*

### 3.4.1   **Background**

#### 3.4.1.1   **Livestock Grazing Background**

The BLM manages livestock grazing on public land under the Taylor Grazing Act of June 28, 1934, as amended; the FLPMA, as amended by the Public Rangeland Improvement Act of 1978; the Public Rangelands Improvement Act of 1978; and Public Land Orders, Executive Orders, and agreements that authorize the Secretary to administer livestock grazing of specified lands under the Taylor Grazing Act or other authority as specified.

Land use plans establish allowable resource uses, related levels of use, and areas of use. Livestock grazing is a resource use managed and authorized in accordance with BLM grazing regulations that can be found under 43 CFR 4100. Under these regulations, the area of use is an allotment, an area of land designated and managed for grazing of livestock, and the level of use is detailed in AUMs, which is defined as the amount of forage necessary to sustain one cow and her calf, or five sheep for a period of 1 month. The number of livestock authorized for a particular allotment is determined by the quantity of forage that is made available for livestock in Animal Unit Months (AUMs).

Applicants (grazing lessees) who meet qualifications listed in 43 CFR 4110 may apply for and receive a grazing lease or permit on an allotment for 10 years. A grazing lease or permit is a document that authorizes grazing use on the public lands under the Taylor Grazing Act. It specifies mandatory terms and conditions, including the kind and number of livestock, the period(s) of use, the allotment(s) to be used, and the amount of use in AUMs. Other terms and conditions may include class of livestock, breed of livestock, and specific management requirements.

The Rangeland Reform process of 1994 modified the federal Range Management regulations by adding Subpart 4180 (Fundamental of Rangeland Health and Standards and Guidelines for Grazing Administration); and in 1997, the BLM Idaho State Director approved the Idaho *Standards for Rangeland Health and Guidelines for Livestock Grazing* (BLM 1997). These standards and guidelines are intended to provide a clear statement of agency policy and direction for those who use public lands for livestock grazing and who are responsible for their management and accountable for their conditions. The process by which standards and guidelines for grazing administration are implemented is outlined in 43 CFR 4180.2. In Idaho, the BLM assesses allotments to ensure that livestock grazing use is compatible with meeting standards for rangeland health in eight areas: watersheds, riparian areas and wetlands, stream channel/floodplains, native plant communities, seedings, exotic plant communities other than seedings, water quality, and threatened and endangered plants and animals.

#### 3.4.1.2   **Social and Economic Background**

BLM management of recreation and forage for livestock grazing generates employment and income in the surrounding communities and counties, and generates revenue that is returned to the federal treasury or is used to fund additional activities on the ground to accomplish land management objectives. Economic effects are examined in terms of employment and income

BLM_0004809

*Preliminary Working Document for Internal Use*

generated from the various alternatives. Social effects are examined in terms of amenity and social values.

Bighorn sheep-associated recreation, including wildlife viewing and hunting, contributes to the economy and river-related public enjoyment of the Main Salmon River and Little Salmon River canyons. For grazing use, adjustments or curtailment of domestic sheep grazing on BLM allotments would impact residents with regional connections unique to the sheep industry in revenue and the traditions of livestock operations.

Multiple statutes, regulations, and executive orders identify the general requirement for the application of economic and social evaluation in support of BLM planning and decision making. These include, but are not limited to, the Multiple-Use Sustained Yield Act of 1960 (74 Stat. 215: 16 USC 528-531), the NEPA (83 Stat. 852, 42 USC 4321, 4331-4335, 4341-4347), and the FLPMA. In addition, the preparation of NEPA documents is guided by CEQ regulations for implementing the NEPA [40 CFR 1500-1508], which requires that consequences to the human environment be analyzed and disclosed. The extent to which these environmental factors are analyzed and discussed is related, in part, to the nature of public comments received during scoping. As a result of these comments, economic impacts and non-market and social values are considered in this evaluation.

Many of the costs and benefits associated with federal management are not quantifiable in financial terms (e.g., the benefit to wildlife from habitat improvement from a project). These costs and benefits are described qualitatively in the *Non-market and Social Values* sections of this document. Title 40 CFR 1502.23 indicates the following:

> For the purposes of complying with the Act, the weighing of the merits and drawbacks of the various alternatives need not be displayed in a monetary cost-benefit analysis and should not be when there are qualitative considerations.

In addition, Executive Order 12898 (Environmental Justice) issued in 1994 requires federal agencies to identify and address any adverse human health and environmental effects of agency programs that disproportionately impact minority and low-income populations; as well as directs agencies to consider patterns of subsistence hunting and fishing when an agency action may affect fish or wildlife.

### 3.4.2   Existing Conditions

#### 3.4.2.1   Livestock Grazing Existing Conditions

The CFO previously authorized domestic sheep grazing on four allotments (see Map 2 in Appendix D); these are Partridge Creek, Marshall Mountain, Hard Creek, and Big Creek, totaling 19,405 acres. Goat grazing has never been a primary use of public lands in the CFO, although there may have been a few goats included in sheep bands from time to time. It is not expected that applications for grazing leases would be received where goats would be the primary grazing animals. Carlson Livestock Company has two BLM grazing leases, one for Marshall Mountain and one for Partridge Creek. Soulen Livestock Company holds one BLM

BLM_0004810

*Preliminary Working Document for Internal Use*

grazing lease that authorizes grazing use on both the Hard Creek and Big Creek allotments. Specific information for these four domestic sheep allotments is summarized in Table 3-4.

| Table 3-4: | Allotments with Sheep Grazing | | | |
|---|---|---|---|---|
| **Allotment Name** | **Partridge Creek** | **Marshall Mountain** | **Hard Creek** | **Big Creek** |
| BLM Acres | 9,544 | 4,212 | 5,210 | 439 |
| Lessee Name | Carlson Livestock Company | Carlson Livestock Company | Soulen Livestock Company | Soulen Livestock Company |
| Expiration Date | 2/28/2014 | 2/28/2016 | 2/28/2019 | 2/28/2019 |
| Season of Use | 4/11 to 7/15 10/15 to 11/30 | 07/5 to 08/04 | 6/15 to 7/15 | 6/1 to 10/30 |
| Number of Sheep | 833 | 815 | 1,050 | 8,000 |
| Permitted Sheep Use in AUMs | 431 | 166 | 218 | 81 |
| Current Status (until SEIS is completed) | District Court Temporary Restraining Order 10/14/2009 | Temporary Closure by BLM Decision 3/15/2011 | Lessee has voluntarily taken non-use | Lessee has voluntary non-use |

The total permitted sheep use on these four allotments is 896 AUMs on 19,405 acres of public land. Historically, both Lessees held USFS, Idaho Department of Lands, and BLM grazing leases or permits used in conjunction with grazing of private land to provide forage for their domestic sheep through the year.

Carlson Livestock Company historically used their private land in conjunction with lower elevation land in the BLM's Partridge Creek Allotment and USFS land managed by the Nez Perce National Forest on the north side of the Salmon River as fall, winter, and spring use areas. In late spring, the sheep bands moved to higher elevations in the Partridge Creek Allotment and onto other USFS lands managed by the Payette National Forest. The bands used various USFS allotments and the BLM's Marshall Mountain Allotment during the summer and early fall. In the fall, sheep bands were herded down in elevation, making their way back to the wintering areas along the Salmon River.

Soulen Livestock Company moved sheep through the Hard Creek Allotment in early summer on their way to grazing allotments on the Payette National Forest. Sheep may use minor BLM acreage in the Big Creek Allotment during the summer or fall either as longer term pasture for a sheep band or in a transitory nature, as bands moved through the privately owned lands on the way to allotments managed by the Payette National Forest.

*Partridge Creek Allotment*

The Partridge Creek Allotment is located approximately 7 miles east of Riggins, Idaho (see Map 2 in Appendix D). The 9,544-acre BLM allotment is intermingled with, and used for livestock grazing in conjunction with other land ownership, including: 5,845 acres owned by Carlson Livestock Company; and 640 acres managed by Idaho Department of Lands. Carlson Livestock Company has held a BLM grazing lease on the allotment since 1937, and has used it every year up until 2009.

BLM_0004811