**2.  Identify the potential impacts to paleontological resources.**  Determine the geologic units that may be impacted and the associated PFYC classes, and consult other sources of information about known localities or paleontological research that may have been done previously.

Based on the PFYC class and any additional resource information, determine the probability of impacting significant paleontological resources.  If known localities are in the area of possible impact, determine if those localities can be avoided by altering the proposed action, such as repositioning a well pad location or rerouting a pipeline around a locality.

**3.  Determine the need for field survey or other mitigation efforts.**  On-the-ground field surveys, on-site monitoring, spot-checking at key times during construction, or locality avoidance are all possible mitigation approaches to lessen adverse impacts.
  - If the PFYC class for the impacted area is Class 1 or 2, and there are no known localities within the area, no further assessment is typically needed.
  - If a Class 3a (Moderate Potential) unit underlies the area, the local geologic conditions should be considered, as well as any known localities in the region.  It may be necessary to consult with the Regional Paleontologist or other qualified paleontologist to assess the local conditions.
  - If a Class 3b (Unknown Potential) unit underlies the area, it may be appropriate to require an on-site preliminary assessment by a qualified paleontologist.
  - If the area is a Class 4b (buried bedrock with High Potential) or Class 5b (buried bedrock with Very High Potential), an assessment of the possible impacts to bedrock units must be made.  If the proposed action will not penetrate the protective soil or alluvial layer, a pre-work survey or monitoring during the activity may not be necessary.  If the potential exists to remove the protective layer and impact the bedrock unit below, it may be prudent to require a pre-work field survey and/or on-site monitoring during disturbance or spot-checks at key times.  Because the bedrock unit is typically buried for much of the area in question, a pre-work survey may not always be necessary, as the fossil material may not be visible.  However, it may then be more important to have an on-site monitor during disturbance or spot-checks at key times.
  - If it is a Class 4a (exposed bedrock with High Potential) or Class 5a (exposed bedrock with Very High Potential) area, it will be necessary in most (Class 4a) or almost all (Class 5a) situations to require a pre-activity field survey of the areas directly and indirectly impacted.

Larger projects may impact multiple geologic units with differing PFYC Classes.  In those cases, field survey and monitoring may be applied at differing levels.  For example, surveys may be appropriate only on the Class 4 and 5 formations and not the Class 2 formations along a pipeline project.  Careful mapping and detailed field notes should reflect the differing survey/monitoring intensities, and should be included in the consultant's report to BLM.

Attachment 2-4

**4. Conduct Pre-work Field Survey.**  Field surveys are almost always needed for Class 4 and 5 units, especially exposed bedrock areas (Class 4a and 5a).  Class 3 units may or may not require a survey.  Local conditions, such as vegetated areas or pockets of bedrock exposure, may affect the need and intensity of field surveys.

The consultant is required to submit a report of findings after completion of the field survey.  In addition to standard reporting information, the report should contain the consultants' recommendations for further mitigation, and this recommendation should be considered when determining the need for and type of on-site monitoring or locality avoidance.

**5. Monitor during disturbance activities.**  Those areas that have been determined to have a Very High potential (Class 5) for adverse impacts should typically be monitored at all times when surface-disturbing activities are occurring.  If the area has a High potential (Class 4), it may be appropriate to examine the exposed unit, including the spoil or storage piles, only at key times.  These times are dependent on the activity, but typically are: when bedrock is initially exposed, occasionally during active excavation, and when the maximum exposure is reached and before backfilling has begun.  This monitoring and spot-checking must be performed by a permitted paleontologist or their BLM-approved representative.  The monitor has the authority to briefly pause any activity to inspect a possible find.  These pauses are intended to allow for identification of possible fossil resources and should only last a few minutes to a couple hours.

**6. Evaluate significant finds.**  If significant paleontological resources are discovered during surface disturbing actions or at any other time, the proponent or any of his agents must: (a) stop work immediately at that site; (b) contact the appropriate BLM representative, typically the project inspector or Authorized Officer, as soon as possible; and (c) make every effort to protect the site from further impacts, including looting, erosion, or other human or natural damage.  The BLM or designated paleontologist will evaluate the discovery and take action to protect or remove the resource within 10 working days.  Work may not resume at that location until approved by the official BLM representative.  In some cases, such as recovery of a dinosaur, further activity at that site may be delayed until the discovered fossils are recovered, or until the project is modified to avoid impacting the find.  Because of the potential for lengthy delays, the BLM should assure that the project proponent understands this possibility prior to approval to begin work.

These steps are included here to provide general guidance, and it may be appropriate to modify or skip them for various situations.  However, a brief discussion of the background and reason for modification should be placed in the project file.

For all surface-disturbing activities occurring within Class 3 or higher units, a stipulation should be included in the permitting document.

Attachment 2-5

BLM_0008342

**Further Information**

Detailed information on the geologic units and paleontological resources within a State can often be obtained from State geological surveys, geological or paleontological museums, geology departments at universities or colleges, paleontological permittees or other researchers or within the BLM from Regional Paleontologists or knowledgeable Geologists.

Scientific publications, such as professional journals or State geological survey reports, often contain general and detailed information about paleontological and geological resources relevant to fossil potential and occurrences for specific areas.  Current and past paleontological permittee reports usually include precise locality data and maps, and often contain discussions of findings and their significance.

Attachment 2-6

BLM_0008343

Metric Values for samples collected by BLM Montrose Field Office
Abundance data is the estimated number per square meter for quantitative samples
Abundance data is the estimated number per sample for qualitative samples
EPT = Ephemeroptera + Plecoptera +Trichoptera

| Sample ID SAMPLE | Station STATION | Stream NAME | County COUNTY | State STATE | Latitude LAT | Longitude LONG | Elevation (m) ELEV | Sampling Date SAMPDATE | Habitat Sampled HABITAT | Sampling Method METHOD | Sampling area m^2 AREA | % of Sample Identified LABSPLIT | Number of Organisms ID'd in laboratory COUNT | Total OTU Richness RICH | Total Abundance ABUNDANCE | Shannon Diversity SHDIVER | Simpson Diversity SIDIVER | Hill Eveness HILLEVEN | Number of Families FAMILIES | Dominant Family Abundance DFAMA | Dominant Taxa Abundance DOMTA | Number of genera GENT | EPT Taxa EPTT | EPT Abundance EPTA | Based on Hilsenhoff Biotic Index % dominance of most dominant taxa DOMPERC | Hilsenhoff Biotic Index % of assemblage made up by intolerant taxa TV = 0, 1, or 2 TOLPERC | Hilsenhoff Biotic Index Number of intolerant taxa Tolerance Value = 0, 1, or 2 HBIINT | Hilsenhoff Biotic Index Number of tolerant taxa Tolerance Value = 8, 9, or 10 HBITOL | Hilsenhoff Biotic Index Intolerant taxa Abundance Tolerance Value = 0, 1, or 2 HBIINTA | Tolerant taxa Abundance Tolerance Value = 8, 9, or 10 HBITOLA | Hilsenhoff Biotic Index TV1 | Number of Clinger Taxa CLINGER | Number of Long-lived (>2 years) Taxa LLTAXA | Number of Elmidae Individuals ELMIDS | USFS CTQd CTQD | Shredder Taxa SHT | Shredder Abundance SHA | Scraper Taxa SCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100002 | CUNNI000.A | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/31/1992 | Riffle | Surber net | 0.093 | 50.00 | 145 | 17 | 3118 | 2.297 | 0.135 | 0.719 | 11 | 925 | 688 | 17 | 10 | 2366 | 22.07 | 2.76 | 6 | 1 | 1183 | 86 | 3.51 | 6 | 0 | 0 | 58 | 1 | 86 | 3 |
| 100003 | CUNNI000.A | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/31/1992 | Riffle | Surber net | 0.093 | 100.00 | 367 | 19 | 3946 | 2.198 | 0.164 | 0.638 | 13 | 1129 | 1097 | 19 | 11 | 3161 | 27.80 | 1.65 | 8 | 1 | 1710 | 65 | 3.28 | 6 | 0 | 0 | 59 | 1 | 65 | 1 |
| 100004 | CUNNI000.A | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/31/1992 | Riffle | Surber net | 0.093 | 100.00 | 553 | 19 | 5946 | 2.087 | 0.173 | 0.675 | 14 | 1849 | 1591 | 19 | 12 | 5161 | 26.76 | 1.82 | 9 | 1 | 2624 | 108 | 3.25 | 5 | 0 | 0 | 53 | 3 | 258 | 1 |
| 100005 | CUNNI000.B | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/31/1992 | Riffle | Surber net | 0.093 | 50.00 | 426 | 22 | 9161 | 2.584 | 0.102 | 0.720 | 13 | 3226 | 1957 | 21 | 11 | 6022 | 21.36 | 1.18 | 6 | 1 | 3505 | 108 | 1.89 | 6 | 0 | 0 | 67 | 1 | 86 | 3 |
| 100006 | CUNNI000.B | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/31/1992 | Riffle | Surber net | 0.093 | 100.00 | 777 | 24 | 8355 | 2.613 | 0.100 | 0.709 | 14 | 2774 | 1591 | 24 | 14 | 5559 | 19.04 | 1.41 | 9 | 1 | 3527 | 118 | 2.19 | 6 | 0 | 0 | 65 | 3 | 215 | 3 |
| 100007 | CUNNI000.B | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/31/1992 | Riffle | Surber net | 0.093 | 100.00 | 551 | 25 | 5925 | 2.649 | 0.098 | 0.704 | 14 | 1968 | 1086 | 24 | 15 | 4355 | 18.33 | 1.45 | 10 | 1 | 2559 | 86 | 2.32 | 7 | 0 | 0 | 62 | 2 | 183 | 4 |
| 100008 | CUNNI000.C | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/27/1992 | Riffle | Surber net | 0.093 | 100.00 | 286 | 21 | 3075 | 2.488 | 0.110 | 0.731 | 13 | 763 | 624 | 21 | 15 | 2247 | 20.29 | 0.00 | 11 | 0 | 1376 | 0 | 2.71 | 6 | 0 | 0 | 56 | 3 | 140 | 2 |
| 100009 | CUNNI000.C | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/27/1992 | Riffle | Surber net | 0.093 | 25.00 | 184 | 15 | 7914 | 2.004 | 0.199 | 0.629 | 10 | 4301 | 2925 | 15 | 9 | 5763 | 36.96 | 0.00 | 6 | 0 | 5032 | 0 | 1.97 | 5 | 0 | 0 | 65 | 2 | 473 | 2 |
| 100010 | CUNNI000.C | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/27/1992 | Riffle | Surber net | 0.093 | 100.00 | 432 | 20 | 4645 | 2.335 | 0.147 | 0.624 | 13 | 1677 | 1409 | 20 | 12 | 3333 | 30.33 | 0.00 | 9 | 0 | 2376 | 0 | 2.69 | 7 | 0 | 0 | 61 | 2 | 280 | 2 |
| 100011 | CUNNI000.D | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/27/1992 | Riffle | Surber net | 0.093 | 100.00 | 388 | 24 | 4172 | 2.413 | 0.126 | 0.681 | 16 | 1731 | 903 | 24 | 15 | 2957 | 21.64 | 0.00 | 12 | 0 | 2290 | 0 | 2.39 | 7 | 0 | 0 | 60 | 4 | 258 | 3 |
| 100012 | CUNNI000.D | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/27/1992 | Riffle | Surber net | 0.093 | 50.00 | 308 | 21 | 6624 | 2.502 | 0.113 | 0.700 | 14 | 2495 | 1570 | 21 | 13 | 4602 | 23.70 | 1.63 | 10 | 1 | 3441 | 108 | 2.46 | 7 | 0 | 0 | 56 | 2 | 258 | 2 |
| 100013 | CUNNI000.D | Cunningham Creek | San Juan | CO | 0.000000 | | | 8/27/1992 | Riffle | Surber net | 0.093 | 100.00 | 742 | 24 | 7978 | 2.481 | 0.128 | 0.623 | 15 | 3247 | 2194 | 24 | 14 | 5366 | 27.50 | 1.35 | 11 | 1 | 4204 | 108 | 2.08 | 7 | 0 | 0 | 64 | 2 | 473 | 3 |
| 100014 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 7/17/1992 | Riffle | Surber net | 0.093 | 100.00 | 180 | 18 | 1935 | 2.386 | 0.119 | 0.749 | 14 | 462 | 387 | 18 | 11 | 1344 | 20.00 | 0.00 | 6 | 0 | 581 | 0 | 3.69 | 8 | 4 | 86 | 68 | 2 | 54 | 2 |
| 100015 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 7/17/1992 | Riffle | Surber net | 0.093 | 50.00 | 145 | 19 | 3118 | 2.355 | 0.124 | 0.740 | 14 | 710 | 710 | 19 | 11 | 2172 | 22.77 | 0.00 | 6 | 0 | 989 | 0 | 3.51 | 7 | 3 | 344 | 71 | 2 | 65 | 3 |
| 100016 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 7/17/1992 | Riffle | Surber net | 0.093 | 50.00 | 177 | 13 | 3806 | 1.252 | 0.467 | 0.457 | 11 | 2538 | 2516 | 13 | 9 | 1183 | 66.11 | 0.00 | 4 | 0 | 258 | 0 | 5.16 | 5 | 2 | 65 | 65 | 1 | 43 | 4 |
| 100017 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 8/13/1992 | Riffle | Surber net | 0.093 | 50.00 | 176 | 16 | 3785 | 1.990 | 0.195 | 0.654 | 13 | 1355 | 1290 | 16 | 8 | 2065 | 34.08 | 0.00 | 6 | 0 | 688 | 0 | 4.22 | 7 | 4 | 237 | 73 | 1 | 280 | 4 |
| 100018 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 8/13/1992 | Riffle | Surber net | 0.093 | 100.00 | 231 | 21 | 2484 | 2.074 | 0.220 | 0.510 | 13 | 1183 | 1054 | 21 | 11 | 731 | 42.43 | 0.00 | 7 | 0 | 258 | 0 | 4.77 | 12 | 4 | 237 | 73 | 2 | 161 | 3 |
| 100019 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 8/13/1992 | Riffle | Surber net | 0.093 | 25.00 | 394 | 10 | 16946 | 0.575 | 0.787 | 0.349 | 8 | 15312 | 15011 | 10 | 6 | 1290 | 88.58 | 0.00 | 4 | 0 | 473 | 0 | 5.70 | 4 | 2 | 301 | 71 | 1 | 258 | 3 |
| 100020 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 10/15/1992 | Riffle | Surber net | 0.093 | 75.00 | 246 | 13 | 3527 | 0.822 | 0.646 | 0.430 | 11 | 2839 | 2796 | 13 | 10 | 659 | 79.27 | 0.00 | 7 | 0 | 158 | 0 | 5.43 | 7 | 2 | 0 | 69 | 3 | 57 | 4 |
| 100021 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 10/15/1992 | Riffle | Surber net | 0.093 | 50.00 | 216 | 17 | 4645 | 1.735 | 0.283 | 0.542 | 14 | 2301 | 2215 | 17 | 14 | 3355 | 47.69 | 0.00 | 9 | 0 | 968 | 0 | 3.81 | 10 | 2 | 0 | 52 | 4 | 667 | 4 |
| 100022 | INDIA000.A | Indian Creek | Gunnison | CO | 38.200000 | -107.200000 | | 10/15/1992 | Riffle | Surber net | 0.093 | 50.00 | 294 | 20 | 6323 | 1.761 | 0.260 | 0.589 | 14 | 2710 | 2624 | 20 | 10 | 3806 | 41.50 | 0.00 | 7 | 0 | 1075 | 0 | 3.96 | 9 | 4 | 624 | 68 | 3 | 753 | 3 |
| 102155 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 7/14/1994 | Riffle | Surber net | 0.093 | 25.00 | 321 | 22 | 13806 | 2.204 | 0.193 | 0.518 | 13 | 7097 | 5419 | 22 | 13 | 5720 | 39.25 | 0.00 | 9 | 0 | 2667 | 0 | 4.33 | 10 | 2 | 0 | 62 | 0 | 0 | 3 |
| 102156 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 7/14/1994 | Riffle | Surber net | 0.093 | 50.00 | 254 | 22 | 5462 | 2.586 | 0.098 | 0.749 | 11 | 1333 | 946 | 22 | 14 | 3871 | 17.32 | 0.00 | 9 | 0 | 1398 | 0 | 3.46 | 8 | 1 | 0 | 60 | 0 | 0 | 4 |
| 102157 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 7/14/1994 | Riffle | Surber net | 0.093 | 50.00 | 321 | 27 | 6903 | 2.673 | 0.100 | 0.665 | 14 | 2323 | 1419 | 27 | 14 | 3075 | 20.56 | 0.00 | 9 | 0 | 1441 | 0 | 3.22 | 8 | 0 | 0 | 68 | 0 | 0 | 4 |
| 102158 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 8/24/1994 | Riffle | Surber net | 0.093 | 50.00 | 339 | 24 | 7290 | 2.579 | 0.103 | 0.714 | 17 | 1914 | 1398 | 24 | 15 | 3871 | 19.18 | 2.07 | 10 | 1 | 2538 | 151 | 2.86 | 11 | 2 | 0 | 64 | 1 | 215 | 2 |
| 102159 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 8/24/1994 | Riffle | Surber net | 0.093 | 100.00 | 406 | 24 | 4366 | 2.418 | 0.131 | 0.648 | 15 | 1387 | 1097 | 24 | 12 | 2559 | 25.13 | 1.24 | 8 | 1 | 1129 | 54 | 3.23 | 10 | 1 | 0 | 66 | 1 | 140 | 3 |
| 102160 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 8/24/1994 | Riffle | Surber net | 0.093 | 50.00 | 197 | 24 | 4215 | 2.701 | 0.091 | 0.722 | 16 | 946 | 667 | 24 | 13 | 2258 | 15.82 | 2.04 | 8 | 1 | 1441 | 86 | 2.66 | 9 | 0 | 0 | 62 | 1 | 108 | 3 |
| 102161 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 10/21/1994 | Riffle | Surber net | 0.093 | 25.00 | 822 | 31 | 35194 | 1.296 | 0.549 | 0.310 | 21 | 28473 | 25892 | 31 | 16 | 5258 | 73.57 | 0.49 | 11 | 1 | 3710 | 172 | 5.26 | 10 | 3 | 43 | 69 | 4 | 2161 | 4 |
| 102162 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 10/21/1994 | Riffle | Surber net | 0.093 | 75.00 | 773 | 34 | 11065 | 2.757 | 0.100 | 0.608 | 23 | 3785 | 2652 | 34 | 19 | 6014 | 23.97 | 0.39 | 13 | 1 | 4502 | 43 | 3.18 | 14 | 3 | 0 | 60 | 4 | 2251 | 4 |
| 102163 | GUNNISON-1 | Gunnison River, Lake Fork | Hinsdale | CO | 37.950000 | -107.250000 | 2752 | 10/21/1994 | Riffle | Surber net | 0.093 | 25.00 | 448 | 22 | 19269 | 1.296 | 0.526 | 0.340 | 14 | 15140 | 13849 | 22 | 12 | 2710 | 71.87 | 1.12 | 7 | 1 | 1720 | 215 | 5.15 | 8 | 1 | 0 | 61 | 3 | 731 | 2 |
| 112570 | PALM-01 | Tributary to Palmetto upstream from Palmetto Mine | Hinsdale | CO | 37.972000 | -107.578900 | 3828 | 8/22/2000 | Multiple | Kick net | 1.000 | 46.88 | 574 | 18 | 1210 | 1.921 | 0.191 | 0.726 | 8 | 395 | 351 | 18 | 3 | 269 | 29.01 | 0.00 | 0 | 0 | 0 | 0 | 3.30 | 3 | 0 | 0 | 90 | 3 | 114 | 1 |
| 112571 | PALM-02 | Tributary to Palmetto above Palmetto Mine | Hinsdale | CO | 37.972400 | -107.577900 | 3822 | 8/22/2000 | Multiple | Kick net | 1.000 | 100.00 | 0 | 0 | 0 | 0.000 | 0.000 | | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 112572 | PALM-03 | South Trib. to Palmetto adjacent to Roy Pray Mine | Hinsdale | CO | 37.972900 | -107.574900 | 3773 | 8/22/2000 | Multiple | Kick net | 1.000 | 100.00 | 91 | 7 | 91 | 1.319 | 0.311 | 0.809 | 5 | 39 | 39 | 7 | 1 | 39 | 42.86 | 0.00 | 0 | 0 | 0 | 0 | 1.19 | 0 | 0 | 0 | 85 | 3 | 44 | 0 |
| 112573 | PALM-04 | Palmetto Gulch downstream from mine adit | Hinsdale | CO | 37.973500 | -107.574000 | 3755 | 8/22/2000 | Multiple | Kick net | 1.000 | 100.00 | 3 | 1 | 3 | 0.000 | 1.000 | | 0 | 3 | 3 | 1 | 0 | 0 | 100.00 | 0.00 | 0 | 0 | 0 | 0 | 0.00 | 0 | 0 | 0 | 108 | 0 | 0 | 0 |
| 112574 | PALM-05 | Palmetto Gulch upstream of North Tributary | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/22/2000 | Riffle | Surber net | 0.744 | 100.00 | 35 | 14 | 47 | 2.328 | 0.114 | 0.837 | 9 | 15 | 13 | 14 | 4 | 12 | 27.66 | 0.00 | 2 | 0 | 3 | 0 | 4.00 | 2 | 0 | 0 | 95 | 2 | 7 | 1 |
| 112575 | PALM-06 | North Tributary to Palmetto Gulch | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/22/2000 | Riffle | Surber net | 0.744 | 37.50 | 551 | 13 | 1948 | 0.343 | 0.889 | 0.305 | 6 | 1836 | 1836 | 13 | 3 | 14 | 94.25 | 0.00 | 1 | 0 | 4 | 0 | 5.79 | 2 | 0 | 0 | 87 | 1 | 3 | 0 |
| 112576 | PALM-07 | Palmetto Gulch upstream from Thoreau Cabin | Hinsdale | CO | 37.981100 | -107.560500 | 3523 | 8/22/2000 | Riffle | Surber net | 0.744 | 100.00 | 258 | 16 | 347 | 1.469 | 0.332 | 0.600 | 11 | 147 | 145 | 16 | 6 | 159 | 41.79 | 0.00 | 3 | 0 | 17 | 0 | 3.13 | 3 | 0 | 0 | 87 | 2 | 7 | 0 |
| 112577 | PALM-08 | Henson Creek upstream from Palmetto Gulch | Hinsdale | CO | 37.983500 | -107.558400 | 3493 | 8/23/2000 | Riffle | Surber net | 0.744 | 12.50 | 599 | 27 | 5952 | 2.779 | 0.081 | 0.749 | 14 | 1746 | 1032 | 27 | 17 | 3726 | 17.34 | 0.91 | 10 | 1 | 922 | 54 | 3.13 | 8 | 0 | 0 | 63 | 4 | 426 | 3 |
| 112578 | PALM-08 | Henson Creek upstream from Palmetto Gulch | Hinsdale | CO | 37.983500 | -107.558400 | 3493 | 8/23/2000 | Multiple | Kick net | 1.000 | 100.00 | 37 | 12 | 37 | 2.353 | 0.081 | | 9 | 7 | 7 | 12 | 9 | 30 | 18.92 | 0.00 | 6 | 0 | 21 | 0 | 2.24 | 5 | 0 | 0 | 43 | 1 | 4 | 1 |
| 112579 | PALM-09 | Henson Creek upstream from Rose Cabin | Hinsdale | CO | 37.976500 | -107.552500 | 3408 | 8/23/2000 | Riffle | Surber net | 0.744 | 17.19 | 571 | 25 | 4206 | 2.124 | 0.204 | 0.531 | 14 | 1555 | 1531 | 25 | 16 | 2234 | 36.40 | 0.00 | 9 | 0 | 713 | 0 | 3.27 | 8 | 0 | 0 | 63 | 4 | 375 | 3 |
| 112580 | PALM-10 | Henson Creek downstream from Palmetto Gulch | Hinsdale | CO | 37.980200 | -107.556700 | 3456 | 8/22/2000 | Riffle | Surber net | 0.744 | 12.50 | 570 | 26 | 5621 | 1.714 | 0.362 | 0.387 | 15 | 3316 | 3284 | 26 | 15 | 1336 | 58.42 | 0.00 | 9 | 0 | 556 | 0 | 4.42 | 9 | 0 | 0 | 67 | 4 | 308 | 3 |
| 112581 | PALM-11 | North Fork Henson Creek | Hinsdale | CO | 38.018100 | -107.514200 | 3286 | 8/22/2000 | Riffle | Surber net | 0.744 | 6.25 | 599 | 29 | 11793 | 2.541 | 0.126 | 0.593 | 14 | 4894 | 3259 | 29 | 16 | 4874 | 27.64 | 0.92 | 9 | 1 | 1500 | 108 | 3.65 | 11 | 0 | 0 | 68 | 4 | 870 | 4 |
| 112582 | PALM-12 | Upper Schafer Gulch | Hinsdale | CO | 37.960800 | -107.553200 | 3597 | 8/23/2000 | Riffle | Surber net | 0.744 | 3.90 | 585 | 21 | 17578 | 1.691 | 0.347 | 0.425 | 12 | 10495 | 9822 | 21 | 13 | 12713 | 55.88 | 0.19 | 5 | 1 | 1561 | 34 | 3.82 | 8 | 0 | 0 | 68 | 3 | 1151 | 4 |
| 112583 | PALM-12 | Upper Schafer Gulch | Hinsdale | CO | 37.960800 | -107.553200 | 3597 | 8/23/2000 | Multiple | Kick net | 1.000 | 100.00 | 20 | 12 | 20 | 2.320 | 0.068 | | 9 | 5 | 4 | 12 | 7 | 11 | 20.00 | 0.00 | 2 | 0 | 4 | 0 | 1.90 | 4 | 0 | 0 | 68 | 3 | 6 | 1 |
| 112584 | PALM-13 | Henson Creek upstream from Capital City | Hinsdale | CO | 38.001400 | -107.471500 | 907 | 8/24/2000 | Riffle | Surber net | 0.744 | 37.50 | 564 | 29 | 1936 | 2.746 | 0.088 | 0.715 | 15 | 483 | 366 | 28 | 18 | 1628 | 18.90 | 0.36 | 12 | 1 | 891 | 7 | 2.66 | 10 | 0 | 0 | 54 | 3 | 484 | 6 |
| 112585 | PALM-14 | Henson Creek upstream from Ute-Ulay Mine | Hinsdale | CO | 38.020500 | -107.388300 | 2804 | 8/24/2000 | Riffle | Surber net | 0.744 | 17.19 | 581 | 31 | 4103 | 2.711 | 0.114 | 0.555 | 17 | 1220 | 1095 | 30 | 19 | 1721 | 26.69 | 2.66 | 12 | 1 | 834 | 109 | 3.16 | 11 | 1 | 0 | 61 | 5 | 328 | 5 |
| 112586 | PALM-15 | Henson Creek at Alpine Gulch | Hinsdale | CO | 38.018800 | -107.358700 | 2737 | 8/24/2000 | Riffle | Surber net | 0.744 | 14.06 | 631 | 35 | 5621 | 2.992 | 0.065 | 0.763 | 20 | 1150 | 672 | 34 | 21 | 3464 | 11.96 | 1.01 | 13 | 1 | 2112 | 57 | 2.67 | 13 | 1 | 0 | 60 | 4 | 548 | 5 |
| 112587 | PALM-16 | Henson Creek just upstream from Lake City | Hinsdale | CO | 38.024400 | -107.321700 | 2670 | 8/22/2000 | Riffle | Surber net | 0.744 | 23.44 | 543 | 32 | 2986 | 2.810 | 0.080 | 0.732 | 19 | 697 | 430 | 32 | 22 | 2067 | 14.40 | 0.00 | 13 | 0 | 1017 | 0 | 2.28 | 15 | 3 | 0 | 59 | 3 | 115 | 5 |
| 112616 | SANMIGUEL1 | San Miguel River upstream from Placerville | San Miguel | CO | 38.006000 | -108.045900 | 2217 | 10/11/2000 | Multiple | Surber net | 0.744 | 6.25 | 555 | 30 | 11149 | 1.897 | 0.253 | 0.521 | 19 | 4531 | 4531 | 30 | 18 | 9528 | 40.64 | 0.00 | 13 | 0 | 3983 | 0 | 2.92 | 13 | 4 | 151 | 52 | 3 | 3294 | 6 |
| 112617 | SANMIGUEL2 | San Miguel River downstream Beaver Creek | San Miguel | CO | 38.106000 | -108.186600 | 2016 | 10/11/2000 | Multiple | Surber net | 0.744 | 12.50 | 580 | 36 | 5907 | 2.544 | 0.117 | 0.646 | 22 | 1343 | 1343 | 36 | 22 | 4621 | 22.74 | 0.00 | 18 | 0 | 2961 | 0 | 2.47 | 19 | 7 | 763 | 57 | 3 | 1059 | 4 |
| 112618 | SANMIGUEL3 | San Miguel River upstream from Pinon, belw CC ditch | Montrose | CO | 38.249600 | -108.386700 | 1776 | 10/11/2000 | Multiple | Surber net | 0.744 | 75.00 | 525 | 28 | 935 | 2.455 | 0.118 | 0.704 | 19 | 353 | 198 | 28 | 12 | 290 | 21.18 | 0.00 | 7 | 0 | 87 | 0 | 4.15 | 11 | 8 | 194 | 84 | 2 | 23 | 1 |
| 112619 | SANMIGUEL4 | San Miguel River upstream from Tabequache Creek | San Miguel | CO | 38.339200 | -108.701500 | 1520 | 10/11/2000 | Multiple | Surber net | 0.744 | 9.38 | 519 | 26 | 7281 | 2.195 | 0.168 | 0.621 | 16 | 3281 | 2264 | 26 | 11 | 3364 | 31.09 | 0.00 | 4 | 0 | 190 | 0 | 4.02 | 11 | 5 | 3281 | 91 | 1 | 14 | 1 |
| 115741 | SANMIGUEL1 | San Miguel River upstream from Placerville | San Miguel | CO | 38.006000 | -108.045900 | 2217 | 4/16/2001 | Riffle | Surber net | 0.744 | 6.25 | 688 | 36 | 12356 | 2.184 | 0.229 | 0.426 | 20 | 5484 | 5438 | 36 | 19 | 5621 | 44.01 | 0.00 | 13 | 0 | 3382 | 0 | 3.86 | 14 | 5 | 43 | 54 | 4 | 2164 | 6 |
| 115742 | SANMIGUEL2 | San Miguel River downstream Beaver Creek | San Miguel | CO | 38.106000 | -108.186600 | 2016 | 4/16/2001 | Riffle | Surber net | 0.744 | 4.69 | 738 | 37 | 16343 | 2.232 | 0.177 | 0.558 | 19 | 6339 | 5061 | 36 | 22 | 8339 | 30.97 | 0.00 | 14 | 0 | 2555 | 0 | 4.04 | 17 | 6 | 349 | 66 | 3 | 637 | 3 |
| 115743 | SANMIGUEL3 | San Miguel River upstream from Pinon, belw CC ditch | Montrose | CO | 38.249600 | -108.386700 | 1776 | 4/17/2001 | Riffle | Surber net | 0.744 | 46.88 | 611 | 34 | 1680 | 2.122 | 0.246 | 0.418 | 18 | 943 | 777 | 34 | 14 | 493 | 46.25 | 0.00 | 8 | 0 | 94 | 0 | 4.62 | 9 | 4 | 49 | 85 | 3 | 19 | 3 |
| 115744 | YJACKET1 | Yellow Jacket Creek | Montezuma | CO | 37.438600 | -108.790000 | 1730 | 4/10/2001 | Riffle | Surber net | 0.744 | 21.88 | 662 | 34 | 3784 | 2.615 | 0.145 | 0.464 | 15 | 1426 | 1282 | 34 | 16 | 1476 | 33.88 | 0.00 | 3 | 0 | 259 | 0 | 3.96 | 12 | 2 | 124 | 91 | 2 | 86 | 3 |
| 115745 | YJACKET2 | Yellow Jacket Creek - Lower | Montezuma | CO | 37.363300 | -108.952800 | 1548 | 4/12/2001 | Riffle | Surber net | 0.744 | 9.38 | 553 | 23 | 7742 | 1.354 | 0.458 | 0.412 | 12 | 6293 | 5074 | 23 | 9 | 429 | 65.54 | 0.00 | 2 | 0 | 134 | 0 | 5.61 | 6 | 2 | 86 | 93 | 0 | 0 | 2 |
| 115746 | XCANYON1 | Cross Canyon | Montezuma | CO | 37.478300 | -109.042200 | 1554 | 4/12/2001 | Riffle | Surber net | 0.744 | 28.13 | 630 | 12 | 2959 | 0.814 | 0.626 | 0.476 | 4 | 2526 | 2305 | 12 | 4 | 40 | 77.90 | 0.00 | 1 | 0 | 1 | 0 | 5.13 | 1 | 0 | 0 | 99 | 0 | 0 | 0 |
| 118417 | PALM-01 | Tributary to Palmetto upstream from Palmetto Mine | Hinsdale | CO | 37.972000 | -107.578900 | 3828 | 8/21/2001 | Riffle | Surber net | 0.744 | 50.00 | 557 | 15 | 1487 | 1.018 | 0.595 | 0.385 | 7 | 1137 | 1137 | 15 | 3 | 1167 | 76.46 | 0.00 | 1 | 0 | 16 | 0 | 3.88 | 4 | 0 | 0 | 85 | 2 | 44 | 1 |
| 118418 | PALM-02 | Tributary to Palmetto above Palmetto Mine | Hinsdale | CO | 37.972400 | -107.577900 | 3822 | 8/21/2001 | Riffle | Surber net | 0.744 | 100.00 | 15 | 6 | 20 | 1.552 | 0.214 | 0.985 | 3 | 8 | 8 | 6 | 1 | 4 | 40.00 | 0.00 | 0 | 0 | 0 | 0 | 3.20 | 0 | 0 | 0 | 87 | 1 | 8 | 0 |
| 118419 | PALM-03 | South Trib. to Palmetto adjacent to Roy Pray Mine | Hinsdale | CO | 37.972900 | -107.574900 | 3773 | 8/21/2001 | Riffle | Surber net | 0.744 | 40.63 | 632 | 10 | 2075 | 1.016 | 0.531 | 0.502 | 7 | 1607 | 1478 | 10 | 2 | 16 | 71.23 | 0.00 | 0 | 0 | 0 | 0 | 4.74 | 3 | 0 | 0 | 100 | 2 | 32 | 0 |
| 118420 | PALM-04 | Palmetto Gulch downstream from mine adit | Hinsdale | CO | 37.973500 | -107.574000 | 3755 | 8/21/2001 | Riffle | Surber net | 0.744 | 100.00 | 13 | 4 | 17 | 0.937 | 0.485 | 0.683 | 2 | 15 | 12 | 4 | 0 | 0 | 70.59 | 0.00 | 0 | 0 | 0 | 0 | 5.54 | 0 | 0 | 0 | 101 | 1 | 1 | 0 |
| 118421 | PALM-05 | Palmetto Gulch upstream of North Tributary | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/22/2001 | Riffle | Surber net | 0.744 | 100.00 | 25 | 10 | 34 | 1.698 | 0.281 | 0.573 | 5 | 22 | 17 | 10 | 3 | 4 | 50.00 | 0.00 | 1 | 0 | 1 | 0 | 4.88 | 0 | 0 | 0 | 102 | 2 | 3 | 0 |
| 118422 | PALM-06 | North Tributary to Palmetto Gulch | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/22/2001 | Riffle | Surber net | 0.744 | 100.00 | 36 | 8 | 48 | 1.387 | 0.349 | 0.621 | 6 | 28 | 27 | 8 | 3 | 12 | 56.25 | 0.00 | 1 | 0 | 9 | 0 | 4.56 | 3 | 0 | 0 | 82 | 1 | 1 | 0 |
| 118423 | PALM-07 | Palmetto Gulch upstream from Thoreau Cabin | Hinsdale | CO | 37.981100 | -107.560500 | 3523 | 8/22/2001 | Riffle | Surber net | 0.744 | 100.00 | 85 | 23 | 114 | 2.582 | 0.110 | 0.662 | 12 | 42 | 31 | 23 | 12 | 52 | 27.19 | 0.00 | 5 | 0 | 27 | 0 | 3.76 | 7 | 0 | 0 | 69 | 3 | 8 | 1 |
| 118424 | PALM-08 | Henson Creek upstream from Palmetto Gulch | Hinsdale | CO | 37.983500 | -107.558400 | 3493 | 8/22/2001 | Riffle | Surber net | 0.744 | 18.75 | 553 | 31 | 3819 | 2.650 | 0.100 | 0.686 | 17 | 1237 | 681 | 31 | 20 | 2313 | 17.83 | 1.31 | 11 | 1 | 505 | 50 | 4.01 | 8 | 0 | 0 | 63 | 6 | 273 | 5 |
| 118425 | PALM-09 | Henson Creek upstream from Rose Cabin | Hinsdale | CO | 37.976500 | -107.552500 | 3408 | 8/20/2001 | Riffle | Surber net | 0.744 | 100.00 | 354 | 24 | 476 | 2.212 | 0.179 | 0.562 | 14 | 181 | 176 | 24 | 15 | 219 | 36.97 | 0.00 | 7 | 0 | 108 | 0 | 4.16 | 9 | 0 | 0 | 62 | 2 | 48 | 3 |
| 118426 | PALM-10 | Henson Creek downstream from Palmetto Gulch | Hinsdale | CO | 37.980200 | -107.556700 | 3456 | 8/22/2001 | Riffle | Surber net | 0.744 | 50.00 | 521 | 31 | 1386 | 1.884 | 0.283 | 0.453 | 14 | 702 | 669 | 29 | 20 | 497 | 48.27 | 0.00 | 9 | 0 | 136 | 0 | 4.39 | 10 | 0 | 0 | 69 | 4 | 93 | 6 |
| 118427 | PALM-11 | North Fork Henson Creek | Hinsdale | CO | 38.018100 | -107.514200 | 3286 | 8/20/2001 | Riffle | Surber net | 0.744 | 28.13 | 572 | 32 | 2658 | 2.546 | 0.126 | 0.590 | 15 | 767 | 662 | 31 | 20 | 1800 | 24.91 | 1.43 | 11 | 1 | 671 | 38 | 3.41 | 11 | 0 | 0 | 62 | 4 | 462 | 5 |
| 118428 | PALM-12 | Upper Schafer Gulch | Hinsdale | CO | 37.960800 | -107.553200 | 3597 | 8/22/2001 | Riffle | Surber net | 0.744 | 50.00 | 525 | 29 | 1394 | 1.999 | 0.273 | 0.418 | 14 | 855 | 685 | 29 | 18 | 426 | 49.14 | 0.00 | 9 | 0 | 191 | 0 | 4.65 | 9 | 1 | 0 | 67 | 5 | 86 | 3 |
| 118429 | PALM-13 | Henson Creek upstream from Capital City | Hinsdale | CO | 38.001400 | -107.471500 | 907 | 8/20/2001 | Riffle | Surber net | 0.744 | 7.81 | 518 | 26 | 8613 | 2.120 | 0.201 | 0.542 | 15 | 3786 | 3287 | 25 | 18 | 4496 | 38.16 | 0.00 | 10 | 0 | 2854 | 0 | 4.07 | 10 | 0 | 0 | 56 | 3 | 1946 | 4 |
| 118430 | PALM-14 | Henson Creek upstream from Ute-Ulay Mine | Hinsdale | CO | 38.020500 | -107.388300 | 2804 | 8/21/2001 | Riffle | Surber net | 0.744 | 12.50 | 526 | 27 | 5581 | 2.668 | 0.087 | 0.781 | 15 | 1452 | 903 | 26 | 17 | 3794 | 16.18 | 0.20 | 10 | 1 | 1833 | 11 | 3.52 | 10 | 0 | 0 | 58 | 3 | 452 | 5 |
| 118431 | PALM-15 | Henson Creek at Alpine Gulch | Hinsdale | CO | 38.018800 | -107.358700 | 2737 | 8/21/2001 | Riffle | Surber net | 0.744 | 18.75 | 590 | 37 | 4031 | 2.808 | 0.085 | 0.693 | 22 | 1022 | 623 | 36 | 25 | 2762 | 15.46 | 0.17 | 14 | 1 | 953 | 7 | 3.65 | 15 | 2 | 0 | 59 | 4 | 282 | 7 |
| 118432 | PALM-16 | Henson Creek just upstream from Lake City | Hinsdale | CO | 38.024400 | -107.321700 | 2670 | 8/21/2001 | Riffle | Surber net | 0.744 | 18.75 | 538 | 29 | 3793 | 2.683 | 0.097 | 0.684 | 16 | 992 | 703 | 28 | 22 | 2681 | 18.53 | 0.00 | 14 | 0 | 1235 | 0 | 3.46 | 16 | 3 | 0 | 58 | 3 | 186 | 6 |
| 118433 | PALM-17 | Below Wyoming adit and Lower Dumps | Hinsdale | CO | 37.970900 | -107.574400 | 3828 | 8/21/2001 | Riffle | Surber net | 0.744 | 100.00 | 2 | 1 | 3 | 0.000 | 1.000 | | 1 | 3 | 3 | 1 | 1 | 3 | 100.00 | 0.00 | 0 | 0 | 0 | 0 | 4.00 | 0 | 0 | 0 | 72 | 0 | 0 | 0 |
| 118434 | PALM-18 | Wyoming Mine at confluence of South Tributary | Hinsdale | CO | 37.974300 | -107.569600 | 3694 | 8/21/2001 | Riffle | Surber net | 0.744 | 100.00 | 79 | 4 | 106 | 1.002 | 0.433 | 0.760 | 4 | 63 | 63 | 4 | 0 | 0 | 59.43 | 0.00 | 0 | 0 | 0 | 0 | 5.20 | 2 | 0 | 0 | 98 | 1 | 28 | 0 |
| 118435 | PALM-19 | South Tributary to Palmetto upstream from Wyoming Mine Confl | Hinsdale | CO | 37.974300 | -107.569600 | 3694 | 8/21/2001 | Riffle | Surber net | 0.744 | 100.00 | 22 | 8 | 30 | 1.838 | 0.162 | 0.981 | 4 | 12 | 8 | 8 | 1 | 1 | 26.67 | 0.00 | 1 | 0 | 1 | 0 | 4.18 | 1 | 0 | 0 | 98 | 2 | 9 | 0 |
| 118436 | PALM-20 | Red Cloud Gulch near confluence with Henson Creek | Hinsdale | CO | 37.977400 | -107.553500 | 3411 | 8/22/2001 | Riffle | Surber net | 0.744 | 50.00 | 525 | 17 | 1395 | 1.910 | 0.209 | 0.656 | 13 | 524 | 524 | 17 | 9 | 1151 | 37.56 | 0.22 | 4 | 1 | 632 | 3 | 3.37 | 7 | 0 | 0 | 54 | 2 | 546 | 2 |
| 118437 | GUNN-01 | Gunnison River at Chukar Trail | Montrose | CO | 38.623200 | -107.831400 | 1640 | 9/5/2001 | Riffle | Surber net | 0.744 | 3.13 | 541 | 27 | 22774 | 1.847 | 0.241 | 0.591 | 16 | 9447 | 8846 | 27 | 12 | 5205 | 38.84 | 0.00 | 6 | 0 | 310 | 0 | 5.31 | 8 | 4 | 1460 | 85 | 3 | 134 | 1 |
| 118438 | GUNN-02 | Gunnison River at Lower Ute Park | Montrose | CO | 38.677900 | -107.845900 | 1603 | 9/5/2001 | Riffle | Surber net | 0.744 | 3.13 | 564 | 27 | 22597 | 2.202 | 0.180 | 0.568 | 15 | 8784 | 8053 | 26 | 13 | 5204 | 35.64 | 0.00 | 7 | 0 | 738 | 0 | 4.86 | 10 | 5 | 4391 | 85 | 4 | 738 | 1 |
| 118439 | GUNN-03 | Gunnison River downstream from Smiter Fork | Delta | CO | 38.748900 | -107.835500 | 1548 | 9/5/2001 | Riffle | Surber net | 0.744 | 6.25 | 541 | 33 | 11413 | 2.452 | 0.135 | 0.603 | 19 | 3398 | 3140 | 33 | 21 | 4379 | 27.51 | 0.00 | 9 | 0 | 1386 | 0 | 4.48 | 16 | 6 | 1312 | 80 | 2 | 47 | 3 |
| 118440 | GUNN-04 | Gunnison River | Delta | CO | 38.769200 | -107.884400 | 1530 | 9/5/2001 | Riffle | Surber net | 0.744 | 15.63 | 506 | 20 | 4315 | 2.229 | 0.162 | 0.625 | 11 | 1694 | 1359 | 20 | 13 | 2492 | 31.49 | 0.00 | 5 | 0 | 331 | 0 | 4.51 | 8 | 4 | 112 | 91 | 0 | 0 | 2 |
| 118441 | SMITHF-01 | Smith Fork at Mouth | Delta | CO | 38.737000 | -107.838000 | 1737 | 9/5/2001 | Riffle | Surber net | 0.744 | 100.00 | 35 | 6 | 47 | 1.139 | 0.451 | 0.573 | 4 | 31 | 31 | 6 | 1 | 5 | 65.96 | 0.00 | 0 | 0 | 0 | 0 | 4.74 | 1 | 0 | 0 | 101 | 0 | 0 | 0 |
| 119288 | POTTERC-01 | Potter Creek | Montrose | CO | 38.633900 | -108.194400 | 1607 | 5/21/2002 | Riffle | Surber net | 0.744 | 31.25 | 646 | 24 | 2725 | 2.175 | 0.178 | 0.590 | 12 | 960 | 960 | 24 | 7 | 1128 | 35.23 | 0.51 | 1 | 1 | 4 | 14 | 4.06 | 5 | 2 | 9 | 97 | 2 | 146 | 1 |
| 119289 | ROUBIDC-01 | Roubideau Creek upstream from Potter Creek | Montrose | CO | 38.637800 | -108.193600 | 1586 | 5/22/2002 | Riffle | Surber net | 0.744 | 37.50 | 597 | 15 | 2077 | 1.485 | 0.368 | 0.502 | 8 | 1269 | 1198 | 15 | 6 | 1437 | 57.68 | 0.19 | 0 | 1 | 0 | 4 | 4.39 | 4 | 0 | 0 | 84 | 1 | 4 | 2 |
| 119290 | SPRINGC-01 | Spring Creek | Montrose | CO | 38.380800 | -107.953900 | 1968 | 5/30/2002 | Riffle | Surber net | 0.744 | 18.75 | 774 | 27 | 5222 | 2.155 | 0.203 | 0.516 | 16 | 2849 | 2091 | 27 | 12 | 3487 | 40.04 | 0.00 | 5 | 0 | 93 | 0 | 4.19 | 7 | 2 | 122 | 83 | 2 | 37 | 5 |
| 119291 | GUNNISR-01 | Gunnison River at Escalante | Delta | CO | 38.757200 | -108.257200 | 1471 | 6/19/2002 | Riffle | Surber net | 0.744 | 1.56 | 686 | 16 | 55543 | 1.476 | 0.370 | 0.505 | 9 | 36101 | 31793 | 16 | 7 | 15821 | 57.24 | 0.00 | 2 | 0 | 4 | 0 | 5.11 | 5 | 3 | 1 | 102 | 1 | 172 | 1 |
| 119292 | GUNNISR-01 | Gunnison River at Escalante | Delta | CO | 38.757200 | -108.257200 | 1471 | 9/25/2002 | Riffle | Surber net | 0.744 | 12.50 | 661 | 16 | 6853 | 1.775 | 0.213 | 0.754 | 10 | 2452 | 2344 | 16 | 7 | 1983 | 34.20 | 0.00 | 2 | 0 | 22 | 0 | 3.21 | 6 | 3 | 86 | 97 | 1 | 54 | 2 |
| 119821 | PALM-01 | Tributary to Palmetto upstream from Palmetto Mine | Hinsdale | CO | 37.972000 | -107.578900 | 3828 | 8/26/2002 | Riffle | Surber net | 0.744 | 75.00 | 636 | 26 | 1137 | 2.077 | 0.184 | 0.635 | 12 | 342 | 317 | 26 | 9 | 554 | 27.88 | 0.35 | 3 | 1 | 13 | 4 | 3.88 | 7 | 0 | 0 | 85 | 2 | 28 | 2 |
| 119822 | PALM-02 | Tributary to Palmetto above Palmetto Mine | Hinsdale | CO | 37.972400 | -107.577900 | 3822 | 8/26/2002 | Riffle | Surber net | 0.744 | 100.00 | 46 | 8 | 62 | 1.459 | 0.291 | 0.738 | 5 | 30 | 27 | 8 | 2 | 4 | 43.55 | 0.00 | 0 | 0 | 0 | 0 | 5.04 | 2 | 1 | 1 | 99 | 0 | 0 | 2 |
| 119823 | PALM-04 | Palmetto Gulch downstream from mine adit | Hinsdale | CO | 37.973500 | -107.574000 | 3755 | 8/26/2002 | Riffle | Surber net | 0.744 | 100.00 | 42 | 5 | 56 | 0.524 | 0.776 | 0.419 | 2 | 50 | 50 | 5 | 0 | 0 | 89.29 | 0.00 | 0 | 0 | 0 | 0 | 5.57 | 1 | 0 | 0 | 107 | 0 | 0 | 0 |
| 119824 | PALM-05 | Palmetto Gulch upstream of North Tributary | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/27/2002 | Riffle | Surber net | 0.744 | 100.00 | 22 | 9 | 30 | 1.833 | 0.179 | 0.874 | 5 | 12 | 9 | 8 | 5 | 15 | 30.00 | 0.00 | 3 | 0 | 12 | 0 | 2.86 | 3 | 0 | 0 | 76 | 1 | 1 | 0 |
| 119825 | PALM-06 | North Tributary to Palmetto Gulch | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/27/2002 | Riffle | Surber net | 0.744 | 50.00 | 539 | 15 | 1430 | 0.731 | 0.730 | 0.343 | 6 | 1224 | 1219 | 13 | 5 | 120 | 85.24 | 0.00 | 4 | 0 | 109 | 0 | 5.41 | 4 | 0 | 0 | 76 | 1 | 3 | 0 |
| 119826 | PALM-07 | Palmetto Gulch upstream from Thoreau Cabin | Hinsdale | CO | 37.981100 | -107.560500 | 3523 | 8/27/2002 | Riffle | Surber net | 0.744 | 100.00 | 20 | 6 | 27 | 1.440 | 0.268 | 0.849 | 4 | 13 | 12 | 5 | 4 | 22 | 44.44 | 0.00 | 4 | 0 | 22 | 0 | 1.25 | 2 | 0 | 0 | 47 | 1 | 1 | 0 |
| 119827 | PALM-08 | Henson Creek upstream from Palmetto Gulch | Hinsdale | CO | 37.983500 | -107.558400 | 3493 | 8/27/2002 | Riffle | Surber net | 0.744 | 25.00 | 639 | 31 | 3190 | 2.862 | 0.079 | 0.711 | 16 | 941 | 594 | 30 | 18 | 1956 | 18.62 | 3.04 | 11 | 1 | 630 | 97 | 3.22 | 9 | 1 | 5 | 64 | 3 | 239 | 5 |
| 119828 | PALM-09 | Henson Creek upstream from Rose Cabin | Hinsdale | CO | 37.976500 | -107.552500 | 3408 | 8/27/2002 | Riffle | Surber net | 0.744 | 12.50 | 576 | 26 | 5996 | 2.278 | 0.175 | 0.540 | 15 | 2144 | 2144 | 25 | 18 | 3829 | 35.76 | 0.00 | 10 | 0 | 3452 | 0 | 2.58 | 9 | 0 | 0 | 62 | 3 | 2422 | 3 |
| 119829 | PALM-10 | Henson Creek downstream from Palmetto Gulch | Hinsdale | CO | 37.980200 | -107.556700 | 3456 | 8/27/2002 | Riffle | Surber net | 0.744 | 75.00 | 593 | 28 | 1055 | 2.397 | 0.119 | 0.743 | 14 | 224 | 222 | 26 | 19 | 539 | 21.04 | 0.00 | 11 | 0 | 464 | 0 | 2.45 | 8 | 0 | 0 | 62 | 4 | 160 | 3 |
| 119830 | PALM-11 | North Fork Henson Creek | Hinsdale | CO | 38.018100 | -107.514200 | 3286 | 8/27/2002 | Riffle | Surber net | 0.744 | 25.00 | 587 | 31 | 3059 | 2.615 | 0.098 | 0.726 | 16 | 685 | 616 | 29 | 21 | 1778 | 20.14 | 8.89 | 12 | 1 | 1214 | 272 | 3.70 | 11 | 0 | 0 | 62 | 4 | 734 | 5 |

Metric Values for samples collected by BLM Montrose Field Office
Abundance data is the estimated number per square meter for quantitative samples
Abundance data is the estimated number per sample for qualitative samples
EPT = Ephemeroptera + Plecoptera +Trichoptera

| Sample ID SAMPLE | Station STATION | Stream NAME | County COUNTY | State STATE | Latitude LAT | Longitude LONG | Elevation (m) ELEV | Sampling Date SAMPDATE | Habitat Sampled HABITAT | Sampling Method METHOD | Sampling area m^2 AREA | % of Sample Identified LABSPLIT | Number of Organisms ID'd in laboratory COUNT | Total OTU Richness RICH | Total Abundance ABUNDANCE | Shannon Diversity SHDIVER | Simpson Diversity SIDIVER | Hill Eveness HILLEVEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 119831 | PALM-12 | Upper Schafer Gulch | Hinsdale | CO | 37.960800 | -107.553200 | 3597 | 8/27/2002 | Riffle | Surber net | 0.744 | 3.13 | 584 | 25 | 23081 | 1.601 | 0.404 | 0.372 |
| 119832 | PALM-13 | Henson Creek upstream from Capital City | Hinsdale | CO | 38.001400 | -107.471500 | 907 | 8/28/2002 | Riffle | Surber net | 0.744 | 25.00 | 553 | 33 | 2864 | 2.736 | 0.093 | 0.679 |
| 119833 | PALM-14 | Henson Creek upstream from Ute-Ulay Mine | Hinsdale | CO | 38.020500 | -107.388300 | 2804 | 8/28/2002 | Riffle | Surber net | 0.744 | 12.50 | 530 | 30 | 5530 | 2.810 | 0.077 | 0.766 |
| 119834 | PALM-15 | Henson Creek at Alpine Gulch | Hinsdale | CO | 38.018800 | -107.358700 | 2737 | 8/28/2002 | Riffle | Surber net | 0.744 | 25.00 | 520 | 37 | 2747 | 2.976 | 0.072 | 0.694 |
| 119835 | PALM-16 | Henson Creek just upstream from Lake City | Hinsdale | CO | 38.024400 | -107.321700 | 2670 | 8/28/2002 | Riffle | Surber net | 0.744 | 18.75 | 709 | 41 | 4867 | 2.705 | 0.105 | 0.613 |
| 119836 | PALM-18 | Wyoming Mine at confluence of South Tributary | Hinsdale | CO | 37.974300 | -107.569600 | 3694 | 8/26/2002 | Riffle | Surber net | 0.744 | 18.75 | 560 | 14 | 3974 | 0.787 | 0.636 | 0.478 |
| 119837 | PALM-19 | South Tributary to Palmetto upstream from Wyoming Mine Confl | Hinsdale | CO | 37.974300 | -107.569600 | 3694 | 8/26/2002 | Riffle | Surber net | 0.744 | 100.00 | 24 | 6 | 32 | 1.377 | 0.323 | 0.709 |
| 119838 | PALM-20 | Red Cloud Gulch near confluence with Henson Creek | Hinsdale | CO | 37.977400 | -107.553500 | 3411 | 8/27/2002 | Riffle | Surber net | 0.744 | 100.00 | 507 | 27 | 681 | 2.060 | 0.269 | 0.398 |
| 124015 | PALM-01 | Tributary to Palmetto upstream from Palmetto Mine | Hinsdale | CO | 37.972000 | -107.578900 | 3828 | 8/26/2003 | Riffle | Surber net | 0.744 | 40.70 | 739 | 16 | 2378 | 0.829 | 0.647 | 0.423 |
| 124016 | PALM-02 | Tributary to Palmetto above Palmetto Mine | Hinsdale | CO | 37.972400 | -107.577900 | 3822 | 8/26/2003 | Riffle | Surber net | 0.744 | 100.00 | 21 | 4 | 28 | 1.090 | 0.361 | 0.899 |
| 124017 | PALM-04 | Palmetto Gulch downstream from mine adit | Hinsdale | CO | 37.973500 | -107.574000 | 3755 | 8/26/2003 | Riffle | Surber net | 0.744 | 100.00 | 26 | 6 | 35 | 1.077 | 0.488 | 0.541 |
| 124018 | PALM-05 | Palmetto Gulch upstream of North Tributary | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/26/2003 | Riffle | Surber net | 0.744 | 100.00 | 20 | 11 | 27 | 2.026 | 0.169 | 0.747 |
| 124019 | PALM-06 | North Tributary to Palmetto Gulch | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/26/2003 | Riffle | Surber net | 0.744 | 100.00 | 83 | 19 | 112 | 2.041 | 0.238 | 0.478 |
| 124020 | PALM-07 | Palmetto Gulch upstream from Thoreau Cabin | Hinsdale | CO | 37.981100 | -107.560500 | 3523 | 8/27/2003 | Riffle | Surber net | 0.744 | 100.00 | 30 | 14 | 40 | 2.339 | 0.107 | 0.893 |
| 124021 | PALM-08 | Henson Creek upstream from Palmetto Gulch | Hinsdale | CO | 37.983500 | -107.558400 | 3493 | 8/27/2003 | Riffle | Surber net | 0.744 | 12.50 | 755 | 25 | 7375 | 2.457 | 0.125 | 0.654 |
| 124022 | PALM-09 | Henson Creek upstream from Rose Cabin | Hinsdale | CO | 37.976500 | -107.552500 | 3408 | 8/27/2003 | Riffle | Surber net | 0.744 | 100.00 | 301 | 17 | 405 | 2.119 | 0.182 | 0.616 |
| 124023 | PALM-10 | Henson Creek downstream from Palmetto Gulch | Hinsdale | CO | 37.980200 | -107.556700 | 3456 | 8/27/2003 | Riffle | Surber net | 0.744 | 100.00 | 563 | 24 | 757 | 2.335 | 0.139 | 0.662 |
| 124024 | PALM-11 | North Fork Henson Creek | Hinsdale | CO | 38.018100 | -107.514200 | 3286 | 8/25/2003 | Riffle | Surber net | 0.744 | 7.81 | 670 | 26 | 10959 | 2.287 | 0.166 | 0.568 |
| 124025 | PALM-12 | Upper Schafer Gulch | Hinsdale | CO | 37.960800 | -107.553200 | 3597 | 8/27/2003 | Riffle | Surber net | 0.744 | 6.25 | 655 | 25 | 13562 | 1.859 | 0.316 | 0.400 |
| 124026 | PALM-13 | Henson Creek upstream from Capital City | Hinsdale | CO | 38.001400 | -107.471500 | 907 | 8/25/2003 | Riffle | Surber net | 0.744 | 75.00 | 860 | 27 | 1527 | 2.421 | 0.129 | 0.657 |
| 124027 | PALM-14 | Henson Creek upstream from Ute-Ulay Mine | Hinsdale | CO | 38.020500 | -107.388300 | 2804 | 8/25/2003 | Riffle | Surber net | 0.744 | 12.50 | 714 | 32 | 6849 | 2.524 | 0.110 | 0.702 |
| 124028 | PALM-15 | Henson Creek at Alpine Gulch | Hinsdale | CO | 38.018800 | -107.358700 | 2737 | 8/25/2003 | Riffle | Surber net | 0.744 | 12.50 | 834 | 41 | 8347 | 2.741 | 0.110 | 0.560 |
| 124029 | PALM-16 | Henson Creek just upstream from Lake City | Hinsdale | CO | 38.024400 | -107.321700 | 2670 | 8/25/2003 | Riffle | Surber net | 0.744 | 18.75 | 1180 | 45 | 8383 | 2.590 | 0.114 | 0.632 |
| 124030 | PALM-17 | Below Wyoming adit and Lower Dumps | Hinsdale | CO | 37.970900 | -107.574400 | 3828 | 8/26/2003 | Riffle | Surber net | 0.744 | 100.00 | 2 | 1 | 3 | 0.000 | 1.000 | |
| 124031 | PALM-18 | Wyoming Mine at confluence of South Tributary | Hinsdale | CO | 37.974300 | -107.569600 | 3694 | 8/26/2003 | Riffle | Surber net | 0.744 | 25.00 | 708 | 15 | 3730 | 0.671 | 0.741 | 0.367 |
| 124032 | PALM-19 | South Tributary to Palmetto upstream from Wyoming Mine Confl | Hinsdale | CO | 37.974300 | -107.569600 | 3694 | 8/26/2003 | Riffle | Surber net | 0.744 | 100.00 | 38 | 7 | 51 | 1.600 | 0.240 | 0.801 |
| 124033 | PALM-20 | Red Cloud Gulch near confluence with Henson Creek | Hinsdale | CO | 37.977400 | -107.553500 | 3411 | 8/27/2003 | Riffle | Surber net | 0.744 | 25.00 | 684 | 34 | 3512 | 1.672 | 0.346 | 0.438 |
| 124034 | SANMIGUEL4 | Tabequache Creek | San Miguel | CO | 38.339200 | -108.701500 | 1520 | 5/30/2003 | Riffle | Surber net | 0.744 | 31.25 | 629 | 14 | 2699 | 0.898 | 0.590 | 0.478 |
| 124035 | ROUBIDC-01 | Roubideau Creek upstream from Potter Creek | Montrose | CO | 38.637800 | -108.193600 | 1586 | 5/27/2003 | Riffle | Surber net | 0.744 | 100.00 | 458 | 13 | 616 | 0.804 | 0.677 | 0.387 |
| 124036 | GUNN-05 | Upper Gunnison River just downstream of confluence with NF | Delta | CO | 38.783300 | -107.836100 | 0 | 6/12/2003 | Riffle | Surber net | 0.744 | 100.00 | 65 | 17 | 87 | 2.194 | 0.167 | 0.627 |
| 124037 | MESA-03 | South Fork Mesa Creek | Mesa | CO | 38.450000 | -108.802800 | 1554 | 5/29/2003 | Riffle | Surber net | 0.744 | 100.00 | 264 | 16 | 355 | 1.203 | 0.474 | 0.477 |
| 124038 | MESA-02 | Mesa Creek | Mesa | CO | 38.450800 | -108.822500 | 1494 | 5/28/2003 | Riffle | Surber net | 0.744 | 100.00 | 965 | 13 | 1297 | 0.475 | 0.835 | 0.326 |
| 124039 | GUNN-01 | Gunnison River at Chukar Trail | Montrose | CO | 38.623200 | -107.831400 | 1640 | 5/23/2003 | Riffle | Surber net | 0.744 | 9.38 | 656 | 31 | 9062 | 1.354 | 0.520 | 0.322 |
| 124040 | SANMIGUEL5 | San Miguel River upstream from Dolores | Mesa | CO | 38.388100 | -108.787200 | 1524 | 7/10/2003 | Riffle | Surber net | 0.744 | 75.00 | 721 | 16 | 1280 | 1.615 | 0.267 | 0.683 |
| 124041 | SANMIGUEL6 | Tabeguache Creek | Montrose | CO | 38.357800 | -108.708300 | 1517 | 7/21/2003 | Riffle | Surber net | 0.744 | 100.00 | 17 | 10 | 23 | 2.170 | 0.088 | |
| 124042 | DRYCK-01 | Dry Creek | Montrose | CO | 38.535300 | -108.064400 | 1753 | 6/2/2003 | Riffle | Surber net | 0.744 | 100.00 | 907 | 19 | 1219 | 2.100 | 0.156 | 0.757 |
| 124043 | MESA-01 | North Fork Mesa Creek | Mesa | CO | 38.503600 | -108.790300 | 1676 | 5/22/2003 | Riffle | Surber net | 0.744 | 43.75 | 1093 | 17 | 3358 | 1.182 | 0.404 | 0.652 |
| 124044 | SANMIGUEL4 | San Miguel River upstream from Tabequache Creek | San Miguel | CO | 38.339200 | -108.701500 | 1520 | 6/27/2003 | Riffle | Surber net | 0.744 | 100.00 | 65 | 6 | 87 | 1.102 | 0.465 | 0.572 |
| 124045 | SPRINGC-01 | Spring Creek | Montrose | CO | 38.380800 | -107.953900 | 1968 | 6/2/2003 | Riffle | Surber net | 0.744 | 50.00 | 649 | 23 | 1733 | 1.903 | 0.213 | 0.646 |
| 124046 | MONITOR-01 | Monitor Creek | Montrose | CO | 38.621700 | -108.208900 | 1646 | 5/20/2003 | Riffle | Surber net | 0.744 | 25.00 | 656 | 17 | 3527 | 0.665 | 0.742 | 0.369 |
| 124047 | POTTERC-01 | Potter Creek | Montrose | CO | 38.633900 | -108.194400 | 1607 | 5/20/2003 | Riffle | Surber net | 0.744 | 100.00 | 465 | 11 | 625 | 0.866 | 0.621 | 0.443 |
| 124048 | GUNN-01 | Gunnison River at Chukar Trail | Montrose | CO | 38.623200 | -107.831400 | 1640 | 9/25/2003 | Riffle | Surber net | 0.744 | 9.37 | 781 | 28 | 10202 | 2.053 | 0.224 | 0.509 |
| 124049 | SANMIGUEL5 | San Miguel River upstream from Dolores | Mesa | CO | 38.388100 | -108.787200 | 1524 | 9/24/2003 | Riffle | Surber net | 0.744 | 100.00 | 362 | 16 | 487 | 1.917 | 0.256 | 0.501 |
| 124050 | GUNN-05 | Upper Gunnison River just downstream of confluence with NF | Delta | CO | 38.783300 | -107.836100 | 0 | 9/24/2003 | Riffle | Surber net | 0.744 | 25.00 | 1130 | 25 | 5692 | 1.971 | 0.269 | 0.440 |
| 124051 | SANMIGUEL4 | San Miguel River upstream from Tabequache Creek | San Miguel | CO | 38.339200 | -108.701500 | 1520 | 9/16/2003 | Riffle | Surber net | 0.744 | 100.00 | 12 | 6 | 16 | 1.350 | 0.334 | 0.699 |
| 124111 | SPRINGC-01 | Spring Creek | Montrose | CO | 38.380800 | -107.953900 | 1968 | 5/20/2004 | Riffle | Surber net | 0.744 | 50.00 | 853 | 22 | 2267 | 1.825 | 0.216 | 0.698 |
| 124112 | MONITOR-01 | Monitor Creek | Montrose | CO | 38.621700 | -108.208900 | 1646 | 5/25/2004 | Riffle | Surber net | 0.744 | 12.50 | 635 | 14 | 6696 | 1.668 | 0.219 | 0.830 |
| 124113 | POTTERC-01 | Potter Creek | Montrose | CO | 38.633900 | -108.194400 | 1607 | 5/25/2004 | Riffle | Surber net | 0.744 | 25.00 | 655 | 12 | 3461 | 1.716 | 0.213 | 0.811 |
| 124114 | ROUBIDC-01 | Roubideau Creek upstream from Potter Creek | Montrose | CO | 38.637800 | -108.193600 | 1586 | 5/25/2004 | Riffle | Surber net | 0.744 | 50.00 | 646 | 14 | 1731 | 1.761 | 0.221 | 0.731 |
| 124115 | DRYCK-01 | Dry Creek | Montrose | CO | 38.535300 | -108.064400 | 1753 | 5/26/2004 | Riffle | Surber net | 0.744 | 37.50 | 1426 | 18 | 5051 | 1.773 | 0.254 | 0.600 |
| 124116 | G280115R00 | Maverik Draw | Montrose | CO | 38.225600 | -108.506100 | 1710 | 5/28/2004 | Riffle | Surber net | 0.744 | 25.00 | 661 | 12 | 3522 | 1.347 | 0.328 | 0.720 |
| 124117 | G280R488S2 | Naturita Creek | San Miguel | CO | 38.147500 | -108.335300 | 1964 | 6/4/2004 | Riffle | Surber net | 0.744 | 1.56 | 726 | 13 | 61279 | 1.736 | 0.196 | 0.878 |
| 124118 | G280R334S2 | Naturita Creek | San Miguel | CO | 38.159400 | -108.403300 | 1852 | 5/28/2004 | Riffle | Surber net | 0.744 | 25.00 | 678 | 13 | 3601 | 1.167 | 0.425 | 0.612 |
| 124119 | G280R334S2 | Naturita Creek | San Miguel | CO | 38.159400 | -108.403300 | 1852 | 8/19/2004 | Riffle | Surber net | 0.744 | 75.00 | 717 | 24 | 1270 | 2.105 | 0.174 | 0.657 |
| 124120 | G280R001S2 | Naturita Creek | San Miguel | CO | 38.224400 | -108.504700 | 1708 | 8/19/2004 | Riffle | Surber net | 0.744 | 100.00 | 104 | 21 | 140 | 2.124 | 0.224 | 0.472 |
| 124121 | DR00155 | Gunnison River at Austin Bridge | Delta | CO | 38.773100 | -107.950300 | 1814 | 8/5/2004 | Riffle | Surber net | 0.744 | 62.50 | 862 | 42 | 1834 | 2.558 | 0.116 | 0.639 |
| 124122 | G280R001S2 | Naturita Creek | San Miguel | CO | 38.224400 | -108.504700 | 1708 | 6/4/2004 | Riffle | Surber net | 0.744 | 6.25 | 674 | 7 | 14253 | 0.543 | 0.739 | 0.490 |
| 124123 | BR001S3 | Gunnison River above North Fork (Pre Pleasure Park) | Delta | CO | 38.780800 | -107.836100 | 1551 | 7/8/2004 | Riffle | Surber net | 0.744 | 50.00 | 866 | 28 | 2289 | 2.183 | 0.168 | 0.628 |
| 124124 | BR001S4 | Gunnison River below Smith Fork | Delta | CO | 38.738600 | -107.838600 | 1594 | 7/8/2004 | Riffle | Surber net | 0.744 | 18.75 | 763 | 26 | 5289 | 2.143 | 0.204 | 0.518 |
| 124125 | GUNN-02 | Gunnison River at Lower Ute Park | Montrose | CO | 38.677900 | -107.845900 | 1603 | 7/7/2004 | Riffle | Surber net | 0.744 | 25.00 | 1173 | 33 | 5988 | 2.297 | 0.147 | 0.648 |
| 124126 | GUNN-01 | Gunnison River at Chukar Trail | Montrose | CO | 38.623200 | -107.831400 | 1640 | 7/7/2004 | Riffle | Surber net | 0.744 | 3.13 | 721 | 24 | 30545 | 1.614 | 0.302 | 0.574 |
| 124205 | LAKEF-01 | Lake Fork downstream from Silver Creek | Hinsdale | CO | 37.934700 | -107.459200 | 3164 | 9/1/2004 | Riffle | Surber net | 0.744 | 100.00 | 108 | 15 | 145 | 2.156 | 0.152 | 0.733 |
| 124206 | LAKEF-02 | Lake Fork between Cooper and Silver Creeks | Hinsdale | CO | 37.935300 | -107.460000 | 3167 | 9/1/2004 | Riffle | Surber net | 0.744 | 100.00 | 119 | 18 | 160 | 1.987 | 0.219 | 0.567 |
| 124207 | LAKEF-03 | Lake Fork above Cooper Creek | Hinsdale | CO | 37.942800 | -107.472200 | 3219 | 9/1/2004 | Riffle | Surber net | 0.744 | 25.00 | 674 | 26 | 3478 | 1.374 | 0.478 | 0.370 |
| 124208 | LAKEF-04 | Lake Fork below mine | Hinsdale | CO | 37.936100 | -107.507500 | 3347 | 9/1/2004 | Riffle | Surber net | 0.744 | 50.00 | 992 | 28 | 2497 | 2.672 | 0.096 | 0.697 |
| 124209 | LAKEF-05 | Lake Fork above mine | Hinsdale | CO | 37.935000 | -107.509400 | 3377 | 9/1/2004 | Riffle | Surber net | 0.744 | 25.00 | 663 | 38 | 3468 | 2.890 | 0.086 | 0.624 |
| 124210 | PALM-01 | Tributary to Palmetto upstream from Palmetto Mine | Hinsdale | CO | 37.972000 | -107.578900 | 3828 | 8/30/2004 | Riffle | Surber net | 0.744 | 62.50 | 679 | 16 | 1439 | 0.808 | 0.688 | 0.364 |
| 124211 | PALM-02 | Tributary to Palmetto above Palmetto Mine | Hinsdale | CO | 37.972400 | -107.577900 | 3822 | 8/30/2004 | Riffle | Surber net | 0.744 | 100.00 | 30 | 3 | 40 | 0.770 | 0.537 | 0.742 |
| 124212 | PALM-04 | Palmetto Gulch downstream from mine adit | Hinsdale | CO | 37.973500 | -107.574000 | 3755 | 8/30/2004 | Riffle | Surber net | 0.744 | 100.00 | 45 | 8 | 60 | 1.090 | 0.517 | 0.473 |
| 124213 | PALM-05 | Palmetto Gulch upstream of North Tributary | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/31/2004 | Riffle | Surber net | 0.744 | 100.00 | 5 | 5 | 7 | 1.610 | 0.060 | |
| 124214 | PALM-06 | North Tributary to Palmetto Gulch | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/31/2004 | Riffle | Surber net | 0.744 | 100.00 | 526 | 16 | 707 | 0.657 | 0.767 | 0.327 |
| 124215 | PALM-07 | Palmetto Gulch upstream from Thoreau Cabin | Hinsdale | CO | 37.981100 | -107.560500 | 3523 | 8/31/2004 | Riffle | Surber net | 0.744 | 100.00 | 73 | 10 | 98 | 1.401 | 0.338 | 0.641 |
| 124216 | PALM-09 | Henson Creek upstream from Rose Cabin | Hinsdale | CO | 37.976500 | -107.552500 | 3408 | 8/31/2004 | Riffle | Surber net | 0.744 | 100.00 | 186 | 16 | 250 | 2.216 | 0.138 | 0.764 |
| 124217 | PALM-10 | Henson Creek downstream from Palmetto Gulch | Hinsdale | CO | 37.980200 | -107.556700 | 3456 | 8/31/2004 | Riffle | Surber net | 0.744 | 100.00 | 365 | 19 | 491 | 2.158 | 0.151 | 0.736 |
| 124218 | PALM-13 | Henson Creek upstream from Capital City | Hinsdale | CO | 38.001400 | -107.471500 | 907 | 8/31/2004 | Riffle | Surber net | 0.744 | 46.80 | 842 | 32 | 2398 | 2.456 | 0.142 | 0.569 |
| 124219 | PALM-14 | Henson Creek upstream from Ute-Ulay Mine | Hinsdale | CO | 38.020500 | -107.388300 | 2804 | 8/31/2004 | Riffle | Surber net | 0.744 | 50.00 | 922 | 29 | 2395 | 2.383 | 0.146 | 0.594 |
| 124220 | PALM-15 | Henson Creek at Alpine Gulch | Hinsdale | CO | 38.018800 | -107.358700 | 2737 | 8/31/2004 | Riffle | Surber net | 0.744 | 16.00 | 672 | 35 | 5525 | 2.704 | 0.096 | 0.677 |
| 124221 | PALM-16 | Henson Creek just upstream from Lake City | Hinsdale | CO | 38.024400 | -107.321700 | 2670 | 8/31/2004 | Riffle | Surber net | 0.744 | 37.50 | 816 | 37 | 2887 | 2.797 | 0.085 | 0.701 |
| 124222 | PALM-18 | Wyoming Mine at confluence of South Tributary | Hinsdale | CO | 37.974300 | -107.569600 | 3694 | 8/30/2004 | Riffle | Surber net | 0.744 | 100.00 | 188 | 14 | 253 | 1.037 | 0.601 | 0.365 |
| 124223 | PALM-19 | South Tributary to Palmetto upstream from Wyoming Mine Confl | Hinsdale | CO | 37.974300 | -107.569600 | 3694 | 8/30/2004 | Riffle | Surber net | 0.744 | 100.00 | 51 | 13 | 69 | 1.976 | 0.213 | 0.593 |
| 128104 | P549R001S1 | Williams Creek | Delta | CO | 38.973333 | -107.335000 | 1984 | 8/18/2005 | Riffle | Surber net | 0.744 | 25.00 | 867 | 25 | 4169 | 1.699 | 0.277 | 0.585 |
| 128105 | C233R001S3 | Leroux Creek | Delta | CO | 38.878889 | -107.785000 | 1968 | 8/17/2005 | Riffle | Surber net | 0.744 | 50.00 | 753 | 31 | 2004 | 1.602 | 0.356 | 0.457 |
| 128106 | C486R001S2 | Roatcap Creek | Delta | CO | 38.883333 | -107.643611 | 1893 | 8/16/2005 | Riffle | Surber net | 0.744 | 100.00 | 2 | 1 | 3 | 0.000 | 1.000 | |
| 128107 | C220R001S1 | Hubbard Creek | Delta | CO | 38.933333 | -107.518611 | 1835 | 8/17/2005 | Riffle | Surber net | 0.744 | 100.00 | 47 | 10 | 63 | 1.582 | 0.327 | 0.534 |
| 128108 | C538R001S2 | Minnesota Creek | Delta | CO | 38.862500 | -107.541111 | 1835 | 8/16/2005 | Riffle | Surber net | 0.744 | 100.00 | 293 | 26 | 394 | 2.202 | 0.162 | 0.645 |
| 128109 | PALM-04 | Palmetto Gulch downstream from mine adit | Hinsdale | CO | 37.973500 | -107.574000 | 3755 | 8/30/2005 | Riffle | Surber net | 0.744 | 100.00 | 16 | 6 | 22 | 1.418 | 0.271 | 0.860 |
| 128110 | PALM-05 | Palmetto Gulch upstream of North Tributary | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/30/2005 | Riffle | Surber net | 0.744 | 100.00 | 15 | 7 | 20 | 1.507 | 0.289 | 0.700 |
| 128111 | PALM-06 | North Tributary to Palmetto Gulch | Hinsdale | CO | 37.979800 | -107.566700 | 3572 | 8/30/2005 | Riffle | Surber net | 0.744 | 100.00 | 31 | 4 | 42 | 0.921 | 0.520 | 0.610 |
| 128112 | PALM-07 | Palmetto Gulch upstream from Thoreau Cabin | Hinsdale | CO | 37.981100 | -107.560500 | 3523 | 8/30/2005 | Riffle | Surber net | 0.744 | 100.00 | 56 | 15 | 75 | 2.270 | 0.127 | 0.789 |
| 128113 | PALM-10 | Henson Creek downstream from Palmetto Gulch | Hinsdale | CO | 37.980200 | -107.556700 | 3456 | 8/30/2005 | Riffle | Surber net | 0.744 | 100.00 | 302 | 19 | 406 | 2.455 | 0.106 | 0.796 |
| 128114 | PALM-13 | Henson Creek upstream from Capital City | Hinsdale | CO | 38.001400 | -107.471500 | 907 | 8/30/2005 | Riffle | Surber net | 0.744 | 25.00 | 735 | 27 | 3653 | 2.247 | 0.158 | 0.630 |
| 128115 | PALM-14 | Henson Creek upstream from Ute-Ulay Mine | Hinsdale | CO | 38.020500 | -107.388300 | 2804 | 8/30/2005 | Riffle | Surber net | 0.744 | 25.00 | 680 | 25 | 3507 | 2.398 | 0.128 | 0.683 |
| 128116 | PALM-15 | Henson Creek at Alpine Gulch | Hinsdale | CO | 38.018800 | -107.358700 | 2737 | 8/31/2005 | Riffle | Surber net | 0.744 | 37.50 | 602 | 31 | 2099 | 2.594 | 0.111 | 0.648 |
| 128117 | PALM-16 | Henson Creek just upstream from Lake City | Hinsdale | CO | 38.024400 | -107.321700 | 2670 | 8/31/2005 | Riffle | Surber net | 0.744 | 50.00 | 688 | 27 | 1817 | 2.515 | 0.116 | 0.670 |
| 128118 | LAKEF-01 | Lake Fork downstream from Silver Creek | Hinsdale | CO | 37.934700 | -107.459200 | 3164 | 8/31/2005 | Riffle | Surber net | 0.744 | 100.00 | 138 | 15 | 185 | 1.778 | 0.278 | 0.527 |
| 128119 | LAKEF-02 | Lake Fork between Cooper and Silver Creeks | Hinsdale | CO | 37.935300 | -107.460000 | 3167 | 8/31/2005 | Riffle | Surber net | 0.744 | 100.00 | 50 | 10 | 67 | 1.207 | 0.498 | 0.430 |
| 128120 | LAKEF-03 | Lake Fork above Cooper Creek | Hinsdale | CO | 37.942800 | -107.472200 | 3219 | 8/31/2005 | Riffle | Surber net | 0.744 | 81.25 | 636 | 29 | 1047 | 2.183 | 0.207 | 0.488 |
| 129195 | LAKEF-01 | Lake Fork downstream from Silver Creek | Hinsdale | CO | 37.934700 | -107.459200 | 3164 | 9/20/2006 | Riffle | Surber net | 0.744 | 100.00 | 114 | 18 | 153 | 1.642 | 0.373 | 0.403 |

| Sample ID SAMPLE | Number of Families FAMILIES | Dominant Family Abundance DFAMA | Dominant Taxa Abundance DOMTA | Number of genera GENT | EPT Taxa EPTT | EPT Abundance EPTA | Based on Hilsenhoff Biotic Index % dominance of most dominant taxa DOMPERC | Hilsenhoff Biotic Index % of assemblage made up by intolerant taxa TV = 0, 1, or 2 TOLPERC | Hilsenhoff Biotic Index Number of intolerant taxa Tolerance Value = 0, 1, or 2 HBIINT | Hilsenhoff Biotic Index Number of tolerant taxa Tolerance Value = 8, 9, or 10 HBITOL | Hilsenhoff Biotic Index Intolerant taxa Abundance Tolerance Value = 0, 1, or 2 HBIINTA | Tolerant taxa Abundance Tolerance Value = 8, 9, or 10 HBITOLA | Hilsenhoff Biotic Index TV1 | Number of Clinger Taxa CLINGER | Number of Long-lived (>2 years) Taxa LLTAXA | Number of Elmidae Individuals ELMIDS | USFS CTQd CTQD | Shredder Taxa SHT | Shredder Abundance SHA | Scraper Taxa SCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 119831 | 12 | 14918 | 14403 | 23 | 15 | 6345 | 62.40 | 0.00 | 7 | 0 | 4098 | 0 | 4.47 | 10 | 1 | 0 | 65 | 3 | 1347 | 3 |
| 119832 | 16 | 897 | 500 | 30 | 23 | 1866 | 17.46 | 0.94 | 13 | 1 | 778 | 27 | 3.67 | 13 | 1 | 0 | 58 | 3 | 136 | 4 |
| 119833 | 19 | 1147 | 696 | 28 | 23 | 3606 | 12.59 | 7.58 | 15 | 1 | 1864 | 419 | 3.76 | 12 | 2 | 0 | 51 | 3 | 194 | 5 |
| 119834 | 20 | 560 | 414 | 34 | 28 | 2310 | 15.07 | 1.16 | 18 | 1 | 1460 | 32 | 2.63 | 16 | 2 | 0 | 52 | 3 | 172 | 5 |
| 119835 | 21 | 1687 | 1125 | 39 | 29 | 2416 | 23.11 | 0.60 | 17 | 1 | 1192 | 29 | 3.16 | 17 | 4 | 0 | 62 | 3 | 97 | 6 |
| 119836 | 8 | 3828 | 3111 | 14 | 4 | 79 | 78.28 | 0.00 | 2 | 0 | 50 | 0 | 5.86 | 1 | 0 | 0 | 82 | 4 | 46 | 2 |
| 119837 | 4 | 22 | 17 | 6 | 1 | 1 | 53.13 | 0.00 | 0 | 0 | 0 | 0 | 5.37 | 1 | 0 | 0 | 98 | 1 | 4 | 0 |
| 119838 | 14 | 367 | 337 | 26 | 16 | 241 | 49.49 | 1.91 | 9 | 1 | 151 | 13 | 4.43 | 8 | 0 | 0 | 62 | 5 | 98 | 3 |
| 124015 | 7 | 1927 | 1894 | 16 | 2 | 7 | 79.65 | 0.13 | 1 | 1 | 3 | 3 | 5.24 | 1 | 0 | 0 | 93 | 2 | 156 | 0 |
| 124016 | 3 | 13 | 13 | 4 | 1 | 1 | 46.43 | 0.00 | 0 | 0 | 0 | 0 | 3.33 | 0 | 0 | 0 | 90 | 2 | 4 | 0 |
| 124017 | 5 | 26 | 24 | 6 | 2 | 3 | 68.57 | 0.00 | 0 | 0 | 0 | 0 | 5.46 | 2 | 0 | 0 | 97 | 2 | 4 | 1 |
| 124018 | 6 | 13 | 11 | 11 | 3 | 4 | 40.74 | 0.00 | 2 | 0 | 3 | 0 | 3.95 | 0 | 0 | 0 | 85 | 5 | 7 | 0 |
| 124019 | 9 | 54 | 51 | 17 | 6 | 22 | 45.54 | 0.00 | 5 | 0 | 20 | 0 | 3.99 | 4 | 0 | 0 | 78 | 3 | 4 | 0 |
| 124020 | 10 | 15 | 11 | 12 | 9 | 24 | 27.50 | 0.00 | 6 | 0 | 19 | 0 | 2.40 | 5 | 1 | 0 | 65 | 3 | 9 | 1 |
| 124021 | 14 | 1941 | 1941 | 23 | 18 | 3219 | 26.32 | 26.32 | 10 | 1 | 1466 | 1941 | 5.46 | 9 | 0 | 0 | 56 | 2 | 582 | 5 |
| 124022 | 12 | 144 | 144 | 16 | 11 | 286 | 35.56 | 0.00 | 7 | 0 | 93 | 0 | 2.90 | 6 | 1 | 0 | 50 | 2 | 40 | 1 |
| 124023 | 14 | 203 | 203 | 22 | 15 | 313 | 26.82 | 0.40 | 10 | 1 | 233 | 3 | 3.23 | 8 | 0 | 0 | 55 | 3 | 60 | 2 |
| 124024 | 16 | 4034 | 3380 | 26 | 17 | 3891 | 30.84 | 20.91 | 9 | 1 | 1594 | 2292 | 5.38 | 8 | 0 | 0 | 62 | 4 | 916 | 4 |
| 124025 | 12 | 7466 | 7273 | 23 | 16 | 3133 | 53.63 | 0.00 | 8 | 0 | 1863 | 0 | 3.98 | 9 | 1 | 0 | 64 | 3 | 722 | 3 |
| 124026 | 17 | 551 | 352 | 25 | 19 | 1301 | 23.05 | 0.00 | 14 | 0 | 393 | 0 | 3.31 | 12 | 2 | 0 | 50 | 3 | 39 | 4 |
| 124027 | 18 | 1570 | 1239 | 29 | 24 | 2905 | 18.09 | 10.51 | 15 | 1 | 1598 | 720 | 4.81 | 15 | 3 | 0 | 58 | 3 | 118 | 5 |
| 124028 | 22 | 2523 | 2098 | 38 | 26 | 3539 | 25.13 | 3.22 | 17 | 1 | 1577 | 269 | 3.54 | 17 | 4 | 11 | 61 | 3 | 237 | 8 |
| 124029 | 22 | 2011 | 1629 | 40 | 31 | 4980 | 19.43 | 0.51 | 20 | 1 | 2458 | 43 | 3.21 | 23 | 8 | 36 | 59 | 4 | 86 | 7 |
| 124030 | 1 | 3 | 3 | 1 | 0 | 0 | 100.00 | 0.00 | 0 | 0 | 0 | 0 | 6.00 | 0 | 0 | 0 | 108 | 0 | 0 | 0 |
| 124031 | 9 | 3472 | 3198 | 15 | 4 | 71 | 85.74 | 0.00 | 2 | 0 | 38 | 0 | 5.87 | 3 | 0 | 0 | 90 | 3 | 81 | 0 |
| 124032 | 5 | 20 | 17 | 7 | 2 | 7 | 33.33 | 0.00 | 1 | 0 | 3 | 0 | 4.03 | 2 | 0 | 0 | 82 | 3 | 24 | 0 |
| 124033 | 16 | 1957 | 1919 | 32 | 18 | 1360 | 54.64 | 0.14 | 10 | 1 | 918 | 5 | 4.50 | 9 | 1 | 0 | 60 | 5 | 761 | 4 |
| 124034 | 9 | 2168 | 2030 | 14 | 2 | 13 | 75.21 | 0.00 | 0 | 0 | 0 | 0 | 5.90 | 2 | 1 | 0 | 99 | 1 | 4 | 1 |
| 124035 | 6 | 511 | 504 | 13 | 5 | 20 | 81.82 | 0.00 | 0 | 0 | 0 | 0 | 5.79 | 2 | 0 | 0 | 87 | 1 | 1 | 1 |
| 124036 | 11 | 30 | 30 | 17 | 11 | 73 | 34.48 | 0.00 | 5 | 0 | 13 | 0 | 3.85 | 8 | 1 | 0 | 86 | 0 | 0 | 1 |
| 124037 | 10 | 302 | 234 | 16 | 5 | 27 | 65.92 | 0.00 | 1 | 0 | 1 | 0 | 5.67 | 2 | 2 | 1 | 96 | 1 | 1 | 0 |
| 124038 | 7 | 1190 | 1184 | 13 | 2 | 20 | 91.29 | 0.00 | 1 | 0 | 1 | 0 | 5.87 | 2 | 2 | 0 | 99 | 0 | 0 | 0 |
| 124039 | 17 | 7505 | 6473 | 30 | 18 | 910 | 71.43 | 0.00 | 12 | 0 | 344 | 0 | 5.52 | 15 | 4 | 361 | 76 | 3 | 78 | 4 |
| 124040 | 8 | 552 | 552 | 16 | 8 | 462 | 43.13 | 0.00 | 1 | 0 | 87 | 0 | 5.03 | 6 | 3 | 4 | 89 | 1 | 2 | 0 |
| 124041 | 9 | 8 | 4 | 10 | 3 | 4 | 17.39 | 0.00 | 2 | 0 | 3 | 0 | 4.06 | 3 | 3 | 1 | 103 | 0 | 0 | 0 |
| 124042 | 8 | 349 | 327 | 19 | 6 | 473 | 26.83 | 0.00 | 0 | 0 | 0 | 0 | 4.39 | 3 | 1 | 0 | 87 | 1 | 1 | 2 |
| 124043 | 6 | 1647 | 1634 | 17 | 7 | 178 | 48.66 | 0.00 | 0 | 0 | 0 | 0 | 5.87 | 1 | 0 | 0 | 96 | 2 | 9 | 0 |
| 124044 | 4 | 58 | 58 | 6 | 2 | 12 | 66.67 | 0.00 | 0 | 0 | 0 | 0 | 5.63 | 2 | 1 | 4 | 99 | 0 | 0 | 0 |
| 124045 | 12 | 711 | 622 | 23 | 8 | 453 | 35.89 | 0.00 | 0 | 0 | 0 | 0 | 5.42 | 7 | 4 | 5 | 90 | 2 | 12 | 2 |
| 124046 | 8 | 3263 | 3027 | 17 | 4 | 32 | 85.82 | 0.45 | 0 | 1 | 0 | 16 | 5.96 | 3 | 2 | 0 | 95 | 0 | 0 | 1 |
| 124047 | 4 | 507 | 485 | 11 | 2 | 4 | 77.60 | 0.00 | 0 | 0 | 0 | 0 | 5.79 | 1 | 0 | 0 | 102 | 0 | 0 | 0 |
| 124048 | 18 | 4613 | 4283 | 28 | 16 | 3434 | 41.98 | 0.00 | 8 | 0 | 239 | 0 | 5.04 | 14 | 5 | 449 | 87 | 3 | 420 | 2 |
| 124049 | 8 | 292 | 230 | 16 | 8 | 332 | 47.23 | 0.00 | 1 | 0 | 5 | 0 | 3.85 | 7 | 2 | 56 | 92 | 0 | 0 | 1 |
| 124050 | 16 | 2763 | 2763 | 25 | 18 | 5215 | 48.54 | 0.00 | 9 | 0 | 1480 | 0 | 3.44 | 13 | 3 | 51 | 80 | 1 | 27 | 4 |
| 124051 | 5 | 9 | 9 | 6 | 3 | 4 | 56.25 | 0.00 | 0 | 0 | 0 | 0 | 5.08 | 4 | 1 | 1 | 102 | 1 | 1 | 0 |
| 124111 | 12 | 1358 | 676 | 22 | 10 | 840 | 29.82 | 0.00 | 2 | 0 | 13 | 0 | 5.19 | 8 | 0 | 0 | 79 | 1 | 3 | 4 |
| 124112 | 6 | 3785 | 1946 | 14 | 4 | 3800 | 29.06 | 0.00 | 0 | 0 | 0 | 0 | 4.84 | 3 | 1 | 0 | 97 | 0 | 0 | 0 |
| 124113 | 6 | 1860 | 1118 | 12 | 5 | 1871 | 32.30 | 0.00 | 0 | 0 | 0 | 0 | 4.92 | 4 | 0 | 0 | 92 | 0 | 0 | 1 |
| 124114 | 6 | 1005 | 640 | 14 | 5 | 1024 | 36.97 | 0.00 | 0 | 0 | 0 | 0 | 4.69 | 4 | 1 | 3 | 80 | 0 | 0 | 1 |
| 124115 | 7 | 2952 | 2271 | 18 | 6 | 3186 | 44.96 | 0.00 | 0 | 0 | 0 | 0 | 4.63 | 4 | 2 | 0 | 90 | 1 | 4 | 2 |
| 124116 | 6 | 1919 | 1591 | 12 | 2 | 397 | 45.17 | 0.00 | 0 | 0 | 0 | 0 | 5.74 | 1 | 1 | 0 | 95 | 0 | 0 | 0 |
| 124117 | 6 | 27234 | 14914 | 13 | 3 | 21798 | 24.34 | 0.14 | 0 | 1 | 0 | 88 | 5.17 | 1 | 1 | 0 | 97 | 1 | 258 | 0 |
| 124118 | 7 | 2138 | 2128 | 13 | 2 | 949 | 59.09 | 0.00 | 0 | 0 | 0 | 0 | 5.36 | 1 | 1 | 0 | 96 | 1 | 11 | 0 |
| 124119 | 15 | 874 | 342 | 24 | 6 | 134 | 26.93 | 0.16 | 0 | 1 | 0 | 2 | 5.42 | 4 | 3 | 0 | 94 | 2 | 11 | 0 |
| 124120 | 14 | 90 | 62 | 21 | 6 | 17 | 44.29 | 0.00 | 1 | 0 | 5 | 0 | 4.83 | 5 | 1 | 1 | 96 | 4 | 13 | 1 |
| 124121 | 24 | 646 | 374 | 41 | 21 | 1212 | 20.39 | 0.11 | 8 | 1 | 103 | 2 | 4.30 | 19 | 9 | 47 | 93 | 2 | 4 | 3 |
| 124122 | 5 | 12160 | 12160 | 7 | 1 | 1312 | 85.32 | 0.00 | 0 | 0 | 0 | 0 | 5.81 | 1 | 1 | 0 | 98 | 0 | 0 | 0 |
| 124123 | 18 | 750 | 742 | 27 | 12 | 1175 | 32.42 | 0.22 | 6 | 1 | 375 | 5 | 4.25 | 13 | 6 | 171 | 88 | 2 | 11 | 2 |
| 124124 | 17 | 2124 | 2124 | 26 | 16 | 3785 | 40.16 | 0.00 | 8 | 0 | 506 | 0 | 4.14 | 12 | 3 | 79 | 85 | 4 | 115 | 1 |
| 124125 | 21 | 1887 | 1531 | 33 | 17 | 2804 | 25.57 | 0.00 | 11 | 0 | 882 | 0 | 4.09 | 15 | 8 | 962 | 79 | 5 | 140 | 2 |
| 124126 | 19 | 12496 | 12496 | 23 | 12 | 16415 | 40.91 | 0.14 | 8 | 1 | 2798 | 43 | 4.47 | 12 | 6 | 1417 | 81 | 2 | 136 | 2 |
| 124205 | 9 | 47 | 39 | 15 | 10 | 79 | 26.90 | 0.00 | 6 | 0 | 63 | 0 | 2.78 | 4 | 1 | 0 | 65 | 3 | 50 | 1 |
| 124206 | 11 | 63 | 63 | 17 | 13 | 73 | 39.38 | 0.00 | 7 | 0 | 55 | 0 | 1.96 | 9 | 1 | 0 | 59 | 1 | 35 | 1 |
| 124207 | 16 | 2763 | 2360 | 26 | 17 | 379 | 67.86 | 0.00 | 11 | 0 | 155 | 0 | 5.61 | 11 | 1 | 0 | 63 | 3 | 32 | 5 |
| 124208 | 17 | 513 | 513 | 26 | 22 | 1956 | 20.54 | 0.00 | 14 | 0 | 1203 | 0 | 2.99 | 12 | 1 | 0 | 49 | 5 | 602 | 5 |
| 124209 | 19 | 988 | 761 | 35 | 25 | 1950 | 21.94 | 0.14 | 16 | 1 | 1191 | 5 | 3.34 | 14 | 2 | 5 | 57 | 6 | 406 | 5 |
| 124210 | 8 | 1292 | 1189 | 16 | 3 | 13 | 82.63 | 0.00 | 1 | 0 | 2 | 0 | 5.62 | 5 | 0 | 0 | 94 | 2 | 33 | 1 |
| 124211 | 2 | 38 | 28 | 3 | 1 | 3 | 70.00 | 0.00 | 0 | 0 | 0 | 0 | 5.87 | 0 | 0 | 0 | 108 | 1 | 3 | 0 |
| 124212 | 6 | 54 | 43 | 8 | 3 | 4 | 71.67 | 1.67 | 1 | 1 | 1 | 1 | 5.71 | 1 | 0 | 0 | 102 | 2 | 3 | 2 |
| 124213 | 4 | 3 | 1 | 5 | 5 | 7 | 14.29 | 0.00 | 5 | 0 | 7 | 0 | 0.80 | 1 | 0 | 0 | 22 | 2 | 3 | 0 |
| 124214 | 8 | 621 | 618 | 14 | 5 | 28 | 87.41 | 0.00 | 4 | 0 | 24 | 0 | 5.61 | 3 | 1 | 0 | 79 | 2 | 8 | 0 |
| 124215 | 8 | 47 | 47 | 9 | 5 | 15 | 47.96 | 0.00 | 4 | 0 | 9 | 0 | 5.19 | 2 | 0 | 0 | 82 | 5 | 11 | 0 |
| 124216 | 11 | 60 | 60 | 15 | 12 | 195 | 24.00 | 0.00 | 7 | 0 | 79 | 0 | 2.89 | 7 | 1 | 0 | 52 | 2 | 27 | 1 |
| 124217 | 11 | 140 | 114 | 17 | 12 | 177 | 23.22 | 0.00 | 8 | 0 | 60 | 0 | 3.65 | 6 | 0 | 0 | 64 | 4 | 16 | 0 |
| 124218 | 17 | 729 | 729 | 30 | 23 | 1677 | 30.40 | 0.00 | 16 | 0 | 1220 | 0 | 3.31 | 15 | 2 | 0 | 60 | 4 | 797 | 4 |
| 124219 | 18 | 710 | 704 | 28 | 21 | 2074 | 29.39 | 0.00 | 14 | 0 | 708 | 0 | 3.26 | 13 | 1 | 0 | 53 | 4 | 226 | 5 |
| 124220 | 19 | 1579 | 1100 | 32 | 22 | 2913 | 19.91 | 0.62 | 14 | 1 | 1778 | 34 | 3.66 | 16 | 7 | 17 | 65 | 3 | 962 | 5 |
| 124221 | 20 | 664 | 538 | 36 | 24 | 1469 | 18.64 | 0.38 | 17 | 1 | 658 | 11 | 3.81 | 15 | 4 | 0 | 62 | 4 | 201 | 4 |
| 124222 | 9 | 203 | 195 | 14 | 4 | 8 | 77.08 | 0.00 | 2 | 0 | 4 | 0 | 5.59 | 2 | 0 | 0 | 87 | 4 | 19 | 0 |
| 124223 | 8 | 34 | 30 | 13 | 4 | 9 | 43.48 | 0.00 | 0 | 0 | 0 | 0 | 3.92 | 1 | 0 | 0 | 91 | 4 | 16 | 0 |
| 128104 | 18 | 1868 | 1868 | 24 | 9 | 2208 | 44.81 | 0.12 | 5 | 1 | 257 | 5 | 4.24 | 10 | 5 | 914 | 78 | 3 | 245 | 3 |
| 128105 | 16 | 1070 | 1070 | 29 | 17 | 772 | 53.39 | 0.00 | 6 | 0 | 23 | 0 | 4.95 | 13 | 5 | 62 | 84 | 3 | 20 | 4 |
| 128106 | 1 | 3 | 3 | 1 | 0 | 0 | 100.00 | 0.00 | 0 | 0 | 0 | 0 | 4.00 | 1 | 1 | 3 | 104 | 0 | 0 | 1 |
| 128107 | 9 | 35 | 35 | 10 | 6 | 23 | 55.56 | 0.00 | 2 | 0 | 7 | 0 | 4.68 | 3 | 1 | 3 | 81 | 0 | 0 | 4 |
| 128108 | 18 | 237 | 117 | 25 | 11 | 81 | 29.70 | 0.00 | 5 | 0 | 16 | 0 | 4.50 | 10 | 4 | 11 | 91 | 3 | 55 | 3 |
| 128109 | 4 | 11 | 9 | 6 | 2 | 8 | 40.91 | 0.00 | 0 | 0 | 0 | 0 | 4.87 | 2 | 0 | 0 | 92 | 0 | 0 | 1 |
| 128110 | 5 | 11 | 11 | 7 | 2 | 3 | 55.00 | 0.00 | 2 | 0 | 3 | 0 | 4.33 | 2 | 0 | 0 | 89 | 3 | 5 | 0 |
| 128111 | 4 | 30 | 30 | 4 | 1 | 4 | 71.43 | 0.00 | 1 | 0 | 4 | 0 | 5.13 | 1 | 0 | 0 | 85 | 1 | 4 | 0 |
| 128112 | 9 | 19 | 19 | 14 | 7 | 27 | 25.33 | 0.00 | 4 | 0 | 19 | 0 | 3.96 | 3 | 0 | 0 | 79 | 2 | 8 | 0 |
| 128113 | 13 | 78 | 78 | 19 | 12 | 241 | 19.21 | 0.00 | 7 | 0 | 134 | 0 | 3.53 | 7 | 0 | 0 | 50 | 3 | 19 | 3 |
| 128114 | 17 | 1118 | 1118 | 24 | 17 | 3200 | 30.60 | 0.00 | 13 | 0 | 2181 | 0 | 2.63 | 12 | 2 | 16 | 51 | 4 | 1278 | 3 |
| 128115 | 16 | 731 | 731 | 22 | 19 | 3023 | 20.84 | 0.31 | 13 | 1 | 1720 | 11 | 2.84 | 13 | 0 | 0 | 48 | 4 | 866 | 5 |
| 128116 | 17 | 504 | 486 | 28 | 23 | 1637 | 23.15 | 0.00 | 15 | 0 | 751 | 0 | 3.34 | 15 | 3 | 4 | 55 | 3 | 324 | 5 |
| 128117 | 17 | 480 | 382 | 27 | 20 | 1457 | 21.02 | 0.17 | 12 | 1 | 665 | 3 | 3.18 | 13 | 3 | 0 | 54 | 3 | 188 | 4 |
| 128118 | 10 | 91 | 91 | 14 | 9 | 129 | 49.19 | 0.00 | 7 | 0 | 125 | 0 | 2.56 | 5 | 0 | 0 | 56 | 2 | 94 | 0 |
| 128119 | 8 | 48 | 47 | 10 | 6 | 60 | 70.15 | 0.00 | 5 | 0 | 54 | 0 | 2.36 | 3 | 1 | 0 | 35 | 3 | 50 | 0 |
| 128120 | 16 | 459 | 427 | 26 | 19 | 486 | 40.78 | 0.00 | 13 | 0 | 140 | 0 | 4.57 | 11 | 1 | 0 | 52 | 4 | 38 | 4 |
| 129195 | 11 | 91 | 91 | 17 | 11 | 114 | 59.48 | 0.00 | 8 | 0 | 106 | 0 | 2.75 | 6 | 1 | 0 | 63 | 3 | 94 | 1 |

Metric Values for samples collected by BLM Montrose Field Office
Abundance data is the estimated number per square meter for quantitative samples
Abundance data is the estimated number per sample for qualitative samples
EPT = Ephemeroptera + Plecoptera +Trichoptera

Column codes (left to right): SAMPLE | STATION | NAME | COUNTY | STATE | LAT | LONG | ELEV | SAMPDATE | HABITAT | METHOD | AREA | LABSPLIT | COUNT | RICH | ABUNDANCE | SHDIVER | SIDIVER | HILLEVEN | FAMILIES | DFAMA | DOMTA | GENT | EPTT | EPTA | DOMPERC | TOLPERC | HBINT | HBITOL | HBINTA | HBITOLA | HBINTA2 | TVI | CLINGER | LLTAXA | ELMIDS | CTQD | SHT | SHA | SCT

| SAMPLE | STATION | NAME | COUNTY | STATE | LAT | LONG | ELEV | SAMPDATE | HABITAT | METHOD | AREA | LABSPLIT | COUNT | RICH | ABUNDANCE | SHDIVER | SIDIVER | HILLEVEN | FAMILIES | DFAMA | DOMTA | GENT | EPTT | EPTA | DOMPERC | TOLPERC | HBINT | HBITOL | HBINTA | HBITOLA | HBINTA2 | TVI | CLINGER | LLTAXA | ELMIDS | CTQD | SHT | SHA | SCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129198 | LAKEF-02 | Lake Fork between Cooper and Silver Creeks | Hinsdale | CO | 37.935300 | -107.480000 | 3167 | 9/20/2006 | Riffle | Surber net | 0.744 | 100.00 | 150 | 16 | 202 | 1.760 | 0.297 | 0.491 | 11 | 102 | 102 | 15 | 11 | 177 | 50.50 | 1.49 | 8 | | | 132 | 3 | 2.68 | 6 | 1 | 0 | 61 | 2 | 106 | 1 |
| 129197 | LAKEF-03 | Lake Fork above Cooper Creek | Hinsdale | CO | 37.942800 | -107.472200 | 3219 | 9/20/2006 | Riffle | Surber net | 0.744 | 14.06 | 642 | 33 | 9883 | 2.441 | 0.145 | 0.562 | 16 | 1835 | 1539 | 30 | 24 | 3517 | 26.16 | 0.00 | 16 | | 0 | 2775 | | 3.43 | 13 | 1 | 0 | 59 | 5 | 1674 | 4 |
| 129198 | PALM-01 | Tributary to Palmetto upstream from Palmetto Mine | Hinsdale | CO | 37.972000 | -107.578900 | 3828 | 9/18/2006 | Riffle | Surber net | 0.744 | 100.00 | 434 | 16 | 583 | 1.309 | 0.444 | 0.463 | 8 | 379 | 378 | 16 | 4 | 52 | 64.49 | 2.06 | 1 | | 0 | | 12 | 5.15 | 3 | 0 | 0 | 79 | 1 | 82 | 2 |
| 129199 | PALM-02 | Tributary to Palmetto above Palmetto Mine | Hinsdale | CO | 37.972400 | -107.577900 | 3822 | 9/18/2006 | Riffle | Surber net | 0.744 | 100.00 | 64 | 8 | 86 | 1.079 | 0.513 | 0.488 | 5 | 62 | 60 | 8 | 0 | 0 | 69.77 | 1.16 | 0 | | 0 | | 1 | 5.55 | 1 | 0 | 0 | 91 | 1 | 12 | 0 |
| 129200 | PALM-04 | Palmetto Gulch downstream from mine adit | Hinsdale | CO | 37.973500 | -107.574000 | 3755 | 9/18/2006 | Riffle | Surber net | 0.744 | 100.00 | 35 | 4 | 47 | 0.972 | 0.471 | 0.683 | 3 | 31 | 31 | 4 | 0 | 0 | 65.96 | 0.00 | 0 | | 0 | | 0 | 5.83 | 1 | 0 | 0 | 99 | 1 | 3 | 0 |
| 129201 | PALM-05 | Palmetto Gulch upstream of North Tributary | Hinsdale | CO | 37.979800 | -107.586700 | 3572 | 9/18/2006 | Riffle | Surber net | 0.744 | 100.00 | 23 | 10 | 31 | 2.160 | 0.101 | | 7 | 7 | 7 | 10 | 4 | 9 | 22.58 | 0.00 | 3 | | 0 | 7 | 0 | 3.87 | 2 | 0 | 0 | 74 | 3 | 9 | 0 |
| 129202 | PALM-06 | North Tributary to Palmetto Gulch | Hinsdale | CO | 37.979800 | -107.586700 | 3572 | 9/18/2006 | Riffle | Surber net | 0.744 | 100.00 | 302 | 19 | 408 | 1.371 | 0.504 | 0.334 | 9 | 294 | 286 | 18 | 4 | 32 | 70.44 | 0.00 | 2 | | 0 | 26 | 0 | 5.17 | 3 | 0 | 0 | 81 | 4 | 20 | 0 |
| 129203 | PALM-07 | Palmetto Gulch upstream from Thoreau Cabin | Hinsdale | CO | 37.981100 | -107.560500 | 3523 | 9/18/2006 | Riffle | Surber net | 0.744 | 100.00 | 6 | 3 | 8 | 1.011 | 0.302 | | 3 | 4 | 4 | 3 | 1 | 4 | 50.00 | 0.00 | 1 | | 0 | 4 | 0 | 3.00 | 0 | 0 | 0 | 61 | 1 | 1 | 0 |
| 129204 | PALM-08 | Henson Creek downstream from Palmetto Gulch | Hinsdale | CO | 37.980500 | -107.508400 | 3493 | 9/18/2006 | Riffle | Surber net | 0.744 | 12.50 | 716 | 23 | 7304 | 2.292 | 0.129 | 0.756 | 14 | 1633 | 1601 | 22 | 18 | 3770 | 21.92 | 17.17 | 12 | | 1 | 1613 | 1284 | 4.92 | 6 | 0 | 0 | 58 | 5 | 1147 | 2 |
| 129205 | PALM-09 | Henson Creek upstream from Rose Cabin | Hinsdale | CO | 37.976500 | -107.552500 | 3408 | 9/18/2006 | Riffle | Surber net | 0.744 | 25.00 | 601 | 22 | 3223 | 1.842 | 0.272 | 0.505 | 14 | 1548 | 1548 | 21 | 12 | 1180 | 48.03 | 0.16 | 9 | | 1 | 933 | 5 | 4.39 | 6 | 0 | 0 | 61 | 4 | 699 | 0 |
| 129206 | PALM-10 | Henson Creek downstream from Palmetto Gulch | Hinsdale | CO | 37.980200 | -107.556700 | 3400 | 9/18/2006 | Riffle | Surber net | 0.744 | 15.63 | 626 | 27 | 5245 | 2.005 | 0.250 | 0.468 | 15 | 2552 | 2432 | 24 | 18 | 1633 | 46.37 | 2.46 | 9 | | 1 | 711 | 129 | 4.83 | 8 | 1 | 0 | 66 | 5 | 539 | 1 |
| 129207 | PALM-11 | North Fork Henson Creek | Hinsdale | CO | 38.018100 | -107.514200 | 3286 | 9/18/2006 | Riffle | Surber net | 0.744 | 3.13 | 1106 | 29 | 45747 | 2.315 | 0.141 | 0.670 | 16 | 12547 | 12547 | 27 | 19 | 37063 | 27.43 | 11.37 | 13 | | 1 | 19833 | 5201 | 3.18 | 8 | 1 | 0 | 57 | 6 | 18177 | 3 |
| 129208 | PALM-13 | Henson Creek upstream from Capital City | Hinsdale | CO | 38.001400 | -107.471500 | 907 | 9/18/2006 | Riffle | Surber net | 0.744 | 3.13 | 642 | 24 | 27486 | 1.477 | 0.446 | 0.368 | 16 | 18036 | 18036 | 23 | 18 | 25165 | 65.62 | 0.00 | 13 | | 0 | 21773 | 0 | 2.47 | 11 | 1 | 0 | 51 | 3 | 19463 | 3 |
| 129209 | PALM-14 | Henson Creek upstream from Ute-Ulay Mine | Hinsdale | CO | 38.020500 | -107.388300 | 2804 | 9/18/2006 | Riffle | Surber net | 0.744 | 25.00 | 715 | 32 | 3707 | 2.183 | 0.194 | 0.527 | 20 | 1398 | 1398 | 30 | 23 | 3405 | 37.71 | 1.46 | 13 | | 1 | 2296 | 54 | 2.65 | 16 | 3 | 5 | 54 | 3 | 1457 | 6 |
| 129210 | PALM-15 | Henson Creek at Alpine Gulch | Hinsdale | CO | 38.018800 | -107.358700 | 2737 | 9/18/2006 | Riffle | Surber net | 0.744 | 12.50 | 605 | 27 | 6440 | 2.243 | 0.201 | 0.411 | 16 | 2614 | 2614 | 26 | 20 | 5805 | 40.59 | 0.67 | 12 | | 1 | 3664 | 43 | 2.85 | 14 | 3 | 0 | 55 | 3 | 2733 | 3 |
| 129211 | PALM-16 | Henson Creek just upstream from Lake City | Hinsdale | CO | 38.024400 | -107.321700 | 2670 | 9/18/2006 | Riffle | Surber net | 0.744 | 12.50 | 669 | 36 | 7005 | 2.286 | 0.198 | 0.561 | 19 | 2196 | 2196 | 30 | 27 | 6413 | 31.35 | 0.16 | 20 | | 1 | 3831 | 11 | 2.71 | 17 | 4 | 0 | 49 | 5 | 2293 | 4 |
| 129212 | PALM-20 | Red Cloud Gulch near confluence with Henson Creek | Hinsdale | CO | 37.977400 | -107.553500 | 3411 | 9/18/2006 | Riffle | Surber net | 0.744 | 6.25 | 780 | 29 | 16310 | 1.700 | 0.277 | 0.584 | 16 | 7730 | 6503 | 27 | 17 | 8211 | 39.87 | 0.00 | 11 | | 0 | 7801 | 0 | 3.96 | 9 | 0 | 0 | 66 | 5 | 7640 | 3 |
| 129213 | LIONC-01 | Lion Canyon | Montrose | CO | 38.333440 | -109.059340 | 1828 | 8/2/2006 | Riffle | Surber net | 0.744 | 100.00 | 320 | 26 | 430 | 2.045 | 0.207 | 0.588 | 16 | 164 | 163 | 26 | 10 | 261 | 37.91 | 0.23 | 3 | | 1 | 32 | 1 | 4.47 | 7 | 5 | 3 | 83 | 2 | 30 | 2 |
| 129214 | LASALC-01 | La Sal Creek - Lower | Montrose | CO | 38.278540 | -108.932840 | 1977 | 7/12/2006 | Riffle | Surber net | 0.744 | 100.00 | 218 | 17 | 293 | 1.734 | 0.242 | 0.670 | 12 | 181 | 99 | 17 | 8 | 258 | 33.79 | 0.00 | 4 | | 0 | 11 | 0 | 3.96 | 8 | 2 | 4 | 90 | 0 | 0 | 1 |
| 129215 | LASALC-02 | La Sal Creek - Upper | Montrose | CO | 38.323430 | -108.986550 | 1715 | 7/12/2006 | Riffle | Surber net | 0.744 | 100.00 | 638 | 26 | 858 | 2.264 | 0.157 | 0.620 | 16 | 305 | 234 | 25 | 12 | 380 | 27.27 | 0.35 | 5 | | 1 | 39 | 3 | 3.24 | 12 | 3 | 130 | 95 | 3 | 38 | 4 |
| 129216 | LDOMSC-01 | Little Domingues Creek | Delta | CO | 38.815450 | -108.375420 | 1477 | 7/5/2006 | Riffle | Surber net | 0.744 | 25.00 | 727 | 26 | 3828 | 2.493 | 0.105 | 0.771 | 16 | 1086 | 826 | 26 | 10 | 2132 | 16.35 | 0.18 | 3 | | 2 | 12 | 7 | 4.31 | 11 | 7 | 489 | 89 | | 11 | 3 |
| 129217 | NFESCAL-01 | North Fork Escalante River | Delta | CO | 38.637510 | -108.423650 | 1939 | 7/7/2006 | Riffle | Surber net | 0.744 | 31.25 | 718 | 31 | 2952 | 2.189 | 0.219 | 0.451 | 18 | 1204 | 1277 | 28 | 15 | 1852 | 43.26 | 0.00 | 6 | | 0 | 674 | 0 | 3.34 | 11 | 4 | 172 | 83 | 2 | 9 | 3 |
| 129218 | COWCK-01 | Cow Creek | Ouray | CO | 38.148130 | -107.644430 | 2366 | 7/13/2006 | Riffle | Surber net | 0.744 | 100.00 | 587 | 24 | 789 | 1.513 | 0.379 | 0.463 | 16 | 461 | 461 | 24 | 13 | 645 | 58.43 | 0.00 | 7 | | 0 | 59 | 0 | 1.78 | 10 | 2 | 1 | 64 | 3 | 15 | 3 |
| 129219 | LBIGB-01 | Lower Big Blue Creek (USFS sample) | Gunnison | CO | 0.000000 | 0.000000 | 2944 | 8/14/2006 | Riffle | Surber net | 0.744 | 15.63 | 624 | 25 | 5221 | 1.994 | 0.214 | 0.580 | 15 | 1936 | 1936 | 23 | 18 | 2484 | 37.08 | 0.17 | 13 | | 1 | 892 | 0 | 4.25 | 16 | 2 | 586 | 53 | 1 | 9 | 6 |

Metric Values for samples
Abundance data is the esti
Abundance data Is the esti
EPT = Ephemeroptera + Pl

| Sample ID SAMPLE | Station STATION | Scraper Abundance SCA | Collecter filterer Taxa CFT | Collecter filterer Abundance CFA | Collecter gatherer Taxa CGT | Collecter gatherer Abundance CGA | Predator Taxa PRT | Predator Abundance PRA | % of assemblage made up by predator taxa PERCPR | Unknown Taxa UNT | Unknown Abundance UNA | Ephemeroptera Taxa EPHET | Ephemeroptera Abundance EPHEA | Plecoptera Taxa PLECT | Plecoptera Abundance PLECA | Trichoptera Taxa TRICT | Trichoptera Abundance TRICA | Coleoptera Taxa COLET | Coleoptera Abundance COLEA | Megaloptera Taxa MEGAT | Megaloptera Abundance MEGAA | Diptera Taxa DIPTT | Diptera Abundance DIPTA | Chironomidae Taxa CHIRT | Chironomidae Abundance CHIRA | Crustacea Taxa CRUST | Crustacea Abundance CRUSA | Oligochaeta Taxa OLIGT | Oligochaeta Abundance OLIGA | Mollusca Taxa MOLLT | Mollusca Abundance MOLLA | Other Taxa OTHERT | Other Abundance OTHERA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100002 | CUNNI000.A | 430 | 0 | 0 | 7 | 1656 | 6 | 946 | 30.34 | 0 | 0 | 5 | 1527 | 4 | 817 | 1 | 22 | 0 | 0 | 0 | 0 | 6 | 667 | 3 | 452 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 86 |
| 100003 | CUNNI000.A | 312 | 1 | 22 | 7 | 2075 | 8 | 1366 | 34.62 | 1 | 108 | 4 | 1763 | 6 | 1355 | 1 | 43 | 0 | 0 | 0 | 0 | 6 | 688 | 3 | 559 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 97 |
| 100004 | CUNNI000.A | 602 | 1 | 11 | 6 | 3172 | 7 | 1882 | 31.65 | 1 | 22 | 4 | 3140 | 7 | 2011 | 1 | 11 | 0 | 0 | 0 | 0 | 6 | 753 | 2 | 527 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 32 |
| 100005 | CUNNI000.B | 2538 | 1 | 559 | 9 | 3785 | 7 | 1441 | 15.73 | 1 | 753 | 7 | 4989 | 3 | 280 | 1 | 753 | 0 | 0 | 0 | 0 | 7 | 1075 | 3 | 774 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1613 |
| 100006 | CUNNI000.B | 2183 | 2 | 1140 | 9 | 3462 | 6 | 1247 | 14.93 | 1 | 108 | 7 | 4806 | 6 | 645 | 1 | 108 | 0 | 0 | 0 | 0 | 5 | 1065 | 3 | 591 | 0 | 0 | 0 | 0 | 1 | 11 | 3 | 1591 |
| 100007 | CUNNI000.B | 1806 | 1 | 516 | 10 | 2591 | 7 | 774 | 13.06 | 1 | 54 | 8 | 3817 | 6 | 484 | 1 | 54 | 0 | 0 | 0 | 0 | 5 | 634 | 3 | 387 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 828 |
| 100008 | CUNNI000.C | 763 | 0 | 0 | 6 | 1387 | 8 | 473 | 15.38 | 2 | 312 | 5 | 1624 | 8 | 581 | 2 | 43 | 0 | 0 | 0 | 0 | 3 | 548 | 2 | 452 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 204 |
| 100009 | CUNNI000.C | 2968 | 0 | 0 | 7 | 3871 | 4 | 602 | 7.61 | 0 | 0 | 5 | 5032 | 3 | 645 | 1 | 86 | 0 | 0 | 0 | 0 | 4 | 1247 | 3 | 1118 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 215 |
| 100010 | CUNNI000.C | 1559 | 0 | 0 | 6 | 2075 | 9 | 710 | 15.29 | 1 | 22 | 5 | 2634 | 6 | 634 | 1 | 65 | 0 | 0 | 0 | 0 | 5 | 1000 | 2 | 806 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 118 |
| 100011 | CUNNI000.D | 882 | 0 | 0 | 7 | 2462 | 10 | 570 | 13.66 | 0 | 0 | 5 | 2387 | 7 | 516 | 3 | 54 | 0 | 0 | 0 | 0 | 6 | 796 | 3 | 699 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 172 |
| 100012 | CUNNI000.D | 1591 | 0 | 0 | 8 | 3699 | 9 | 1075 | 16.23 | 0 | 0 | 6 | 3677 | 6 | 817 | 1 | 108 | 0 | 0 | 0 | 0 | 6 | 1247 | 2 | 903 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 172 |
| 100013 | CUNNI000.D | 1849 | 1 | 237 | 9 | 4677 | 9 | 742 | 9.30 | 0 | 0 | 7 | 4527 | 6 | 753 | 1 | 86 | 0 | 0 | 0 | 0 | 6 | 1194 | 3 | 935 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 462 |
| 100014 | INDIA000.A | 204 | 2 | 54 | 5 | 1043 | 4 | 194 | 10.03 | 3 | 387 | 4 | 720 | 3 | 473 | 4 | 151 | 3 | 97 | 0 | 0 | 3 | 473 | 2 | 462 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 22 |
| 100015 | INDIA000.A | 710 | 1 | 86 | 3 | 1161 | 5 | 237 | 7.60 | 5 | 860 | 3 | 1118 | 5 | 903 | 3 | 151 | 3 | 366 | 0 | 0 | 3 | 538 | 2 | 452 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 43 |
| 100016 | INDIA000.A | 323 | 0 | 0 | 4 | 3183 | 2 | 65 | 1.71 | 2 | 194 | 4 | 882 | 3 | 237 | 2 | 65 | 2 | 86 | 0 | 0 | 2 | 2538 | 2 | 2538 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100017 | INDIA000.A | 968 | 1 | 43 | 3 | 2043 | 4 | 344 | 9.09 | 3 | 108 | 4 | 1441 | 4 | 624 | 0 | 0 | 3 | 258 | 0 | 0 | 5 | 1462 | 2 | 1355 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100018 | INDIA000.A | 301 | 3 | 290 | 5 | 1538 | 6 | 118 | 4.75 | 2 | 75 | 5 | 495 | 5 | 226 | 1 | 11 | 3 | 237 | 0 | 0 | 5 | 1473 | 2 | 1183 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 43 |
| 100019 | INDIA000.A | 645 | 0 | 0 | 4 | 15914 | 1 | 43 | 0.25 | 1 | 86 | 3 | 903 | 3 | 387 | 0 | 0 | 1 | 301 | 0 | 0 | 2 | 15312 | 2 | 15312 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 43 |
| 100020 | INDIA000.A | 559 | 2 | 43 | 2 | 2839 | 2 | 29 | 0.82 | 0 | 0 | 3 | 545 | 2 | 29 | 5 | 86 | 0 | 0 | 0 | 0 | 2 | 2839 | 2 | 2839 | 0 | 0 | 0 | 0 | 1 | 29 | 0 | 0 |
| 100021 | INDIA000.A | 2301 | 2 | 86 | 4 | 1419 | 2 | 151 | 3.25 | 1 | 22 | 4 | 2409 | 5 | 774 | 5 | 172 | 0 | 0 | 0 | 0 | 3 | 1290 | 2 | 1269 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100022 | INDIA000.A | 3247 | 2 | 237 | 5 | 1849 | 5 | 194 | 3.07 | 2 | 43 | 4 | 2753 | 4 | 817 | 2 | 237 | 2 | 624 | 0 | 0 | 7 | 1849 | 3 | 1742 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 43 |
| 102155 | GUNNISON-1 | 1247 | 3 | 559 | 8 | 10409 | 7 | 1548 | 11.21 | 1 | 43 | 6 | 4344 | 4 | 989 | 3 | 387 | 0 | 0 | 0 | 0 | 6 | 7527 | 4 | 7097 | 0 | 0 | 0 | 0 | 1 | 43 | 2 | 516 |
| 102156 | GUNNISON-1 | 1398 | 3 | 65 | 8 | 3011 | 6 | 946 | 17.32 | 1 | 43 | 8 | 2860 | 4 | 667 | 2 | 344 | 0 | 0 | 0 | 0 | 6 | 1333 | 4 | 1269 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 258 |
| 102157 | GUNNISON-1 | 1032 | 4 | 172 | 10 | 3677 | 8 | 1957 | 28.35 | 1 | 65 | 8 | 1978 | 4 | 753 | 2 | 344 | 0 | 0 | 0 | 0 | 7 | 2452 | 4 | 2323 | 1 | 43 | 0 | 0 | 1 | 108 | 3 | 1097 |
| 102158 | GUNNISON-1 | 473 | 4 | 215 | 10 | 5441 | 7 | 946 | 12.98 | 0 | 0 | 6 | 3204 | 4 | 323 | 5 | 344 | 0 | 0 | 0 | 0 | 6 | 2065 | 3 | 1699 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 559 |
| 102159 | GUNNISON-1 | 215 | 2 | 65 | 10 | 3290 | 6 | 581 | 13.31 | 2 | 75 | 7 | 2215 | 2 | 204 | 3 | 140 | 0 | 0 | 0 | 0 | 8 | 1161 | 4 | 1032 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 484 |
| 102160 | GUNNISON-1 | 194 | 2 | 108 | 11 | 2731 | 7 | 1075 | 25.50 | 0 | 0 | 9 | 1785 | 2 | 323 | 2 | 151 | 0 | 0 | 0 | 0 | 8 | 1054 | 3 | 817 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 667 |
| 102161 | GUNNISON-1 | 645 | 5 | 645 | 10 | 30366 | 6 | 1290 | 3.67 | 2 | 86 | 7 | 2237 | 5 | 1903 | 4 | 1118 | 1 | 43 | 0 | 0 | 8 | 28989 | 4 | 28473 | 1 | 43 | 0 | 0 | 1 | 43 | 3 | 731 |
| 102162 | GUNNISON-1 | 846 | 4 | 530 | 12 | 5871 | 8 | 1351 | 12.21 | 2 | 215 | 7 | 2014 | 6 | 2853 | 6 | 1147 | 0 | 0 | 0 | 0 | 11 | 4075 | 4 | 3785 | 0 | 0 | 0 | 0 | 1 | 215 | 2 | 573 |
| 102163 | GUNNISON-1 | 215 | 3 | 301 | 8 | 16473 | 6 | 1548 | 8.03 | 0 | 0 | 4 | 1333 | 3 | 903 | 5 | 473 | 0 | 0 | 0 | 0 | 7 | 15484 | 4 | 15140 | 0 | 0 | 0 | 0 | 1 | 43 | 2 | 1032 |
| 112570 | PALM-01 | 2 | 2 | 19 | 6 | 1021 | 4 | 43 | 3.55 | 2 | 11 | 2 | 267 | 0 | 0 | 1 | 2 | 1 | 28 | 0 | 0 | 10 | 547 | 2 | 395 | 0 | 0 | 1 | 102 | 0 | 0 | 3 | 263 |
| 112571 | PALM-02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 112572 | PALM-03 | 0 | 0 | 0 | 2 | 45 | 1 | 1 | 1.10 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 39 | 2 | 2 | 0 | 0 | 3 | 21 | 1 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 29 |
| 112573 | PALM-04 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 112574 | PALM-05 | 1 | 2 | 3 | 3 | 17 | 3 | 5 | 10.64 | 3 | 13 | 1 | 3 | 2 | 7 | 1 | 3 | 0 | 0 | 0 | 0 | 8 | 31 | 2 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 |
| 112575 | PALM-06 | 0 | 1 | 4 | 2 | 1844 | 3 | 22 | 1.13 | 6 | 77 | 0 | 0 | 1 | 7 | 2 | 7 | 0 | 0 | 0 | 0 | 8 | 1919 | 1 | 1836 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 14 |
| 112576 | PALM-07 | 0 | 1 | 1 | 5 | 155 | 5 | 42 | 12.10 | 3 | 142 | 1 | 3 | 3 | 145 | 2 | 11 | 0 | 0 | 0 | 0 | 6 | 177 | 1 | 145 | 0 | 0 | 1 | 3 | 0 | 0 | 3 | 8 |
| 112577 | PALM-08 | 1082 | 0 | 0 | 9 | 2882 | 8 | 1035 | 17.39 | 3 | 527 | 7 | 2370 | 8 | 1042 | 2 | 315 | 0 | 0 | 0 | 0 | 6 | 1331 | 2 | 849 | 0 | 0 | 1 | 462 | 0 | 0 | 3 | 433 |
| 112578 | PALM-08 | 2 | 0 | 0 | 5 | 15 | 5 | 16 | 43.24 | 0 | 0 | 4 | 11 | 4 | 16 | 1 | 3 | 0 | 0 | 0 | 0 | 2 | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 |
| 112579 | PALM-09 | 353 | 1 | 8 | 6 | 1828 | 8 | 594 | 14.12 | 3 | 1048 | 6 | 506 | 8 | 1606 | 2 | 122 | 0 | 0 | 0 | 0 | 6 | 1789 | 2 | 1555 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 183 |
| 112580 | PALM-10 | 120 | 1 | 22 | 7 | 3571 | 7 | 999 | 17.77 | 4 | 602 | 7 | 276 | 6 | 884 | 2 | 176 | 0 | 0 | 0 | 0 | 9 | 3884 | 2 | 3316 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 401 |
| 112581 | PALM-11 | 1515 | 0 | 0 | 9 | 6566 | 7 | 1056 | 8.95 | 5 | 1786 | 7 | 2367 | 7 | 1953 | 2 | 554 | 0 | 0 | 0 | 0 | 9 | 5411 | 2 | 4894 | 0 | 0 | 1 | 647 | 0 | 0 | 3 | 862 |
| 112582 | PALM-12 | 10281 | 0 | 0 | 9 | 5011 | 3 | 549 | 3.12 | 2 | 586 | 6 | 10944 | 4 | 1502 | 3 | 267 | 0 | 0 | 0 | 0 | 4 | 3653 | 2 | 3412 | 0 | 0 | 1 | 69 | 0 | 0 | 3 | 1143 |
| 112583 | PALM-12 | 1 | 1 | 1 | 4 | 7 | 1 | 3 | 15.00 | 2 | 2 | 3 | 3 | 1 | 1 | 3 | 7 | 0 | 0 | 0 | 0 | 4 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 |
| 112584 | PALM-13 | 480 | 0 | 0 | 10 | 683 | 8 | 164 | 8.47 | 2 | 125 | 9 | 1000 | 8 | 620 | 1 | 7 | 0 | 0 | 0 | 0 | 7 | 248 | 2 | 130 | 0 | 0 | 1 | 4 | 0 | 0 | 3 | 57 |
| 112585 | PALM-14 | 338 | 2 | 78 | 9 | 2593 | 6 | 437 | 10.65 | 4 | 328 | 9 | 959 | 7 | 611 | 3 | 151 | 0 | 0 | 0 | 0 | 9 | 1575 | 2 | 1220 | 0 | 0 | 1 | 31 | 0 | 0 | 2 | 775 |
| 112586 | PALM-15 | 1019 | 3 | 182 | 10 | 2466 | 8 | 1188 | 21.14 | 5 | 220 | 9 | 1758 | 8 | 1432 | 4 | 273 | 0 | 0 | 0 | 0 | 9 | 1169 | 2 | 986 | 0 | 0 | 0 | 0 | 1 | 1 | 4 | 987 |
| 112587 | PALM-16 | 701 | 4 | 231 | 7 | 1441 | 8 | 305 | 10.21 | 5 | 195 | 8 | 1421 | 8 | 292 | 6 | 354 | 0 | 0 | 0 | 0 | 8 | 401 | 2 | 304 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 519 |
| 112616 | SANMIGUEL1 | 413 | 2 | 445 | 6 | 6362 | 10 | 399 | 3.58 | 3 | 237 | 5 | 5243 | 7 | 528 | 6 | 3757 | 2 | 151 | 0 | 0 | 9 | 1341 | 2 | 1098 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 129 |
| 112617 | SANMIGUEL2 | 269 | 3 | 1167 | 8 | 2859 | 15 | 478 | 8.09 | 3 | 75 | 5 | 2095 | 9 | 461 | 8 | 2065 | 3 | 763 | 0 | 0 | 10 | 383 | 2 | 183 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 140 |
| 112618 | SANMIGUEL3 | 92 | 3 | 7 | 10 | 487 | 6 | 229 | 24.49 | 6 | 97 | 5 | 183 | 4 | 88 | 3 | 19 | 5 | 196 | 0 | 0 | 7 | 390 | 3 | 353 | 0 | 0 | 0 | 0 | 2 | 54 | 1 | 4 |
| 112619 | SANMIGUEL4 | 30 | 5 | 2344 | 7 | 2149 | 7 | 334 | 4.59 | 5 | 2410 | 3 | 845 | 3 | 132 | 5 | 2387 | 3 | 3281 | 0 | 0 | 9 | 547 | 3 | 301 | 0 | 0 | 0 | 0 | 1 | 57 | 1 | 30 |
| 115741 | SANMIGUEL1 | 438 | 2 | 625 | 10 | 7664 | 9 | 901 | 7.29 | 5 | 565 | 6 | 2243 | 8 | 790 | 5 | 2587 | 2 | 43 | 0 | 0 | 11 | 6347 | 3 | 5484 | 0 | 0 | 1 | 22 | 0 | 0 | 3 | 324 |
| 115742 | SANMIGUEL2 | 119 | 3 | 247 | 12 | 13526 | 10 | 1030 | 6.30 | 6 | 785 | 10 | 7042 | 6 | 441 | 6 | 857 | 3 | 349 | 0 | 0 | 11 | 7224 | 4 | 6339 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 430 |
| 115743 | SANMIGUEL3 | 34 | 3 | 28 | 12 | 1373 | 7 | 108 | 6.43 | 6 | 118 | 6 | 437 | 5 | 40 | 3 | 16 | 4 | 49 | 0 | 0 | 11 | 1078 | 4 | 943 | 0 | 0 | 1 | 14 | 3 | 26 | 1 | 20 |
| 115744 | YJACKET1 | 73 | 5 | 300 | 8 | 2509 | 9 | 461 | 12.18 | 7 | 354 | 5 | 757 | 3 | 314 | 8 | 405 | 2 | 124 | 0 | 0 | 11 | 1645 | 4 | 1426 | 0 | 0 | 1 | 354 | 0 | 0 | 4 | 184 |
| 115745 | YJACKET2 | 44 | 2 | 106 | 7 | 6524 | 6 | 811 | 10.48 | 6 | 258 | 4 | 189 | 3 | 149 | 2 | 91 | 2 | 86 | 0 | 0 | 8 | 6969 | 2 | 6293 | 0 | 0 | 1 | 43 | 0 | 0 | 3 | 215 |
| 115746 | XCANYON1 | 0 | 1 | 1 | 6 | 2903 | 1 | 1 | 0.03 | 4 | 53 | 2 | 14 | 1 | 1 | 1 | 24 | 0 | 0 | 0 | 0 | 5 | 2532 | 3 | 2526 | 0 | 0 | 1 | 368 | 0 | 0 | 2 | 19 |
| 118417 | PALM-01 | 13 | 2 | 11 | 6 | 1378 | 3 | 27 | 1.82 | 1 | 13 | 2 | 1151 | 1 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 215 | 3 | 138 | 0 | 0 | 1 | 3 | 0 | 0 | 2 | 102 |
| 118418 | PALM-02 | 0 | 0 | 0 | 3 | 9 | 1 | 1 | 5.00 | 1 | 1 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 13 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 |
| 118419 | PALM-03 | 0 | 2 | 15 | 4 | 2017 | 1 | 3 | 0.14 | 1 | 8 | 0 | 0 | 0 | 0 | 2 | 16 | 0 | 0 | 0 | 0 | 5 | 1646 | 2 | 1607 | 0 | 0 | 1 | 189 | 0 | 0 | 1 | 222 |
| 118420 | PALM-04 | 0 | 0 | 0 | 2 | 15 | 1 | 1 | 5.88 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 17 | 2 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 118421 | PALM-05 | 0 | 0 | 0 | 5 | 24 | 2 | 5 | 14.71 | 1 | 1 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 5 | 27 | 3 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 |
| 118422 | PALM-06 | 0 | 1 | 1 | 3 | 30 | 2 | 11 | 22.92 | 1 | 5 | 1 | 1 | 0 | 0 | 2 | 11 | 0 | 0 | 0 | 0 | 5 | 36 | 2 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 118423 | PALM-07 | 8 | 0 | 0 | 7 | 58 | 7 | 32 | 28.07 | 5 | 8 | 5 | 22 | 4 | 22 | 3 | 9 | 0 | 0 | 0 | 0 | 8 | 56 | 2 | 42 | 0 | 0 | 1 | 3 | 0 | 0 | 2 | 3 |
| 118424 | PALM-08 | 761 | 0 | 0 | 10 | 2144 | 9 | 596 | 15.61 | 1 | 44 | 9 | 1750 | 7 | 466 | 4 | 97 | 0 | 0 | 0 | 0 | 8 | 1212 | 3 | 947 | 0 | 0 | 1 | 50 | 0 | 0 | 2 | 244 |
| 118425 | PALM-09 | 5 | 2 | 3 | 6 | 300 | 8 | 114 | 23.95 | 3 | 5 | 7 | 110 | 5 | 99 | 3 | 9 | 0 | 0 | 0 | 0 | 6 | 231 | 2 | 181 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 26 |
| 118426 | PALM-10 | 36 | 1 | 3 | 10 | 1039 | 8 | 194 | 14.00 | 2 | 22 | 11 | 367 | 6 | 118 | 3 | 12 | 0 | 0 | 0 | 0 | 8 | 751 | 3 | 702 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 137 |
| 118427 | PALM-11 | 143 | 1 | 5 | 12 | 1571 | 7 | 373 | 14.03 | 3 | 105 | 9 | 1074 | 8 | 618 | 3 | 107 | 0 | 0 | 0 | 0 | 8 | 600 | 3 | 526 | 0 | 0 | 1 | 29 | 0 | 0 | 3 | 229 |
| 118428 | PALM-12 | 175 | 3 | 26 | 7 | 914 | 7 | 151 | 10.83 | 4 | 43 | 6 | 207 | 8 | 168 | 4 | 51 | 0 | 0 | 0 | 0 | 9 | 901 | 3 | 855 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 67 |
| 118429 | PALM-13 | 692 | 3 | 73 | 7 | 5338 | 8 | 513 | 5.96 | 1 | 52 | 8 | 2244 | 7 | 2170 | 3 | 82 | 0 | 0 | 0 | 0 | 7 | 3997 | 3 | 3786 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 120 |
| 118430 | PALM-14 | 1390 | 1 | 86 | 11 | 2983 | 7 | 671 | 12.02 | 0 | 0 | 9 | 2824 | 6 | 785 | 2 | 185 | 0 | 0 | 0 | 0 | 7 | 1614 | 3 | 1452 | 0 | 0 | 1 | 11 | 0 | 0 | 2 | 161 |
| 118431 | PALM-15 | 865 | 4 | 151 | 11 | 2443 | 7 | 233 | 5.78 | 4 | 57 | 11 | 2077 | 8 | 368 | 6 | 317 | 0 | 0 | 0 | 0 | 10 | 1146 | 3 | 1022 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 123 |
| 118432 | PALM-16 | 1528 | 4 | 374 | 8 | 1482 | 7 | 164 | 4.32 | 1 | 57 | 9 | 1964 | 7 | 222 | 6 | 496 | 0 | 0 | 0 | 0 | 6 | 1018 | 3 | 896 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 93 |
| 118433 | PALM-17 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 0.00 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 118434 | PALM-18 | 0 | 1 | 12 | 1 | 63 | 0 | 0 | 0.00 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 106 | 1 | 63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 118435 | PALM-19 | 0 | 2 | 4 | 3 | 15 | 0 | 0 | 0.00 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 26 | 2 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 118436 | PALM-20 | 31 | 1 | 16 | 6 | 676 | 5 | 121 | 8.67 | 1 | 5 | 4 | 516 | 3 | 609 | 2 | 26 | 0 | 0 | 0 | 0 | 8 | 245 | 2 | 185 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 118437 | GUNN-01 | 687 | 3 | 6398 | 12 | 15118 | 5 | 307 | 1.35 | 3 | 129 | 5 | 4852 | 4 | 138 | 3 | 215 | 2 | 1460 | 0 | 0 | 9 | 15890 | 3 | 9447 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 215 |
| 118438 | GUNN-02 | 1943 | 3 | 3485 | 13 | 15999 | 4 | 303 | 1.34 | 2 | 129 | 5 | 4337 | 4 | 177 | 4 | 690 | 2 | 4391 | 0 | 0 | 8 | 12487 | 4 | 8784 | 0 | 0 | 1 | 172 | 1 | 43 | 2 | 301 |
| 118439 | GUNN-03 | 667 | 6 | 2909 | 15 | 7419 | 5 | 285 | 2.50 | 2 | 86 | 8 | 3183 | 5 | 137 | 8 | 1059 | 2 | 1312 | 0 | 0 | 7 | 5507 | 3 | 3398 | 0 | 0 | 0 | 0 | 2 | 108 | 1 | 108 |
| 118440 | GUNN-04 | 284 | 5 | 950 | 6 | 2703 | 4 | 215 | 4.98 | 3 | 163 | 3 | 1026 | 3 | 155 | 7 | 1311 | 3 | 112 | 0 | 0 | 4 | 1711 | 3 | 1694 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 118441 | SMITHF-01 | 0 | 1 | 3 | 4 | 43 | 1 | 1 | 2.13 | 0 | 0 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 34 | 1 | 31 | 0 | 0 | 1 | 1 | 1 | 5 | 0 | 0 |
| 119288 | POTTERC-01 | 9 | 4 | 209 | 6 | 1594 | 8 | 664 | 24.37 | 3 | 103 | 2 | 969 | 1 | 4 | 4 | 155 | 1 | 9 | 0 | 0 | 11 | 1079 | 4 | 597 | 0 | 0 | 1 | 99 | 0 | 0 | 3 | 397 |
| 119289 | ROUBIDC-01 | 161 | 3 | 183 | 5 | 1370 | 3 | 349 | 16.80 | 1 | 11 | 4 | 1430 | 0 | 0 | 2 | 7 | 0 | 0 | 0 | 0 | 4 | 557 | 1 | 75 | 1 | 4 | 1 | 22 | 0 | 0 | 3 | 57 |
| 119290 | SPRINGC-01 | 631 | 1 | 416 | 9 | 3751 | 6 | 318 | 6.09 | 4 | 70 | 8 | 3384 | 2 | 57 | 2 | 47 | 1 | 122 | 0 | 0 | 9 | 1310 | 4 | 720 | 0 | 0 | 1 | 211 | 0 | 0 | 2 | 72 |
| 119291 | GUNNISR-01 | 1 | 4 | 13217 | 6 | 40242 | 2 | 1811 | 3.26 | 2 | 100 | 2 | 3107 | 0 | 0 | 5 | 12714 | 1 | 1 | 0 | 0 | 4 | 36790 | 3 | 36101 | 0 | 0 | 1 | 1034 | 0 | 0 | 2 | 1896 |
| 119292 | GUNNISR-01 | 1273 | 3 | 634 | 5 | 2516 | 2 | 1247 | 18.20 | 3 | 1129 | 2 | 65 | 1 | 11 | 4 | 1907 | 2 | 86 | 0 | 0 | 5 | 2505 | 3 | 2452 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2280 |
| 119821 | PALM-01 | 174 | 4 | 27 | 10 | 824 | 6 | 75 | 6.60 | 2 | 9 | 4 | 518 | 3 | 13 | 2 | 23 | 0 | 0 | 0 | 0 | 11 | 392 | 3 | 301 | 0 | 0 | 1 | 11 | 0 | 0 | 5 | 181 |
| 119822 | PALM-02 | 3 | 0 | 0 | 5 | 40 | 1 | 19 | 30.65 | 0 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 4 | 48 | 3 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 8 |
| 119823 | PALM-04 | 0 | 0 | 0 | 3 | 54 | 1 | 1 | 1.79 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 52 | 1 | 50 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 3 |
| 119824 | PALM-05 | 0 | 1 | 1 | 2 | 12 | 4 | 13 | 43.33 | 1 | 1 | 0 | 0 | 1 | 1 | 4 | 13 | 0 | 0 | 0 | 0 | 3 | 13 | 2 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 119825 | PALM-06 | 0 | 0 | 0 | 3 | 1227 | 9 | 176 | 12.31 | 2 | 24 | 0 | 0 | 2 | 13 | 3 | 106 | 0 | 0 | 0 | 0 | 8 | 1300 | 2 | 1224 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 11 |
| 119826 | PALM-07 | 0 | 0 | 0 | 1 | 4 | 4 | 22 | 81.48 | 0 | 0 | 0 | 0 | 2 | 8 | 2 | 13 | 0 | 0 | 0 | 0 | 1 | 4 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 119827 | PALM-08 | 728 | 1 | 5 | 11 | 1617 | 10 | 535 | 16.77 | 1 | 65 | 8 | 1315 | 7 | 356 | 3 | 285 | 1 | 5 | 0 | 0 | 9 | 765 | 3 | 435 | 0 | 0 | 1 | 65 | 0 | 0 | 2 | 399 |
| 119828 | PALM-09 | 129 | 1 | 65 | 7 | 1165 | 11 | 2140 | 35.69 | 1 | 75 | 7 | 335 | 7 | 2953 | 4 | 542 | 0 | 0 | 0 | 0 | 6 | 1456 | 1 | 841 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 711 |
| 119829 | PALM-10 | 7 | 0 | 0 | 8 | 371 | 11 | 510 | 48.34 | 2 | 7 | 7 | 70 | 7 | 258 | 5 | 211 | 0 | 0 | 0 | 0 | 6 | 305 | 2 | 224 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 211 |
| 119830 | PALM-11 | 262 | 0 | 0 | 10 | 1383 | 9 | 610 | 19.94 | 3 | 70 | 9 | 629 | 7 | 972 | 5 | 177 | 0 | 0 | 0 | 0 | 8 | 1079 | 3 | 685 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 202 |

Metric Values for samples (
Abundance data is the esti
Abundance data is the esti
EPT = Ephemeroptera + Pl

| Sample ID SAMPLE | Station STATION | Scraper Abundance SCA | Collecter filterer Taxa CFT | Collecter filterer Abundance CFA | Collecter gatherer Taxa CGT | Collecter gatherer Abundance CGA | Predator Taxa PRT | Predator Abundance PRA | % of assemblage made up by predator taxa PERCPR | Unknown Taxa UNT | Unknown Abundance UNA | Ephemeroptera Taxa EPHET | Ephemeroptera Abundance EPHEA | Plecoptera Taxa PLECT | Plecoptera Abundance PLECA | Trichoptera Taxa TRICT | Trichoptera Abundance TRICA | Coleoptera Taxa COLET | Coleoptera Abundance COLEA | Megaloptera Taxa MEGAT | Megaloptera Abundance MEGAA | Diptera Taxa DIPTT | Diptera Abundance DIPTA | Chironomidae Taxa CHIRT | Chironomidae Abundance CHIRA | Crustacea Taxa CRUST | Crustacea Abundance CRUSA | Oligochaeta Taxa OLIGT | Oligochaeta Abundance OLIGA | Mollusca Taxa MOLLT | Mollusca Abundance MOLLA | Other Taxa OTHERT | Other Abundance OTHERA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 119831 | PALM-12 | 1248 | 1 | 3 | 7 | 16000 | 7 | 3668 | 15.89 | 4 | 816 | 6 | 1899 | 3 | 1421 | 6 | 3025 | 0 | 0 | 0 | 0 | 8 | 15532 | 3 | 14918 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1205 |
| 119832 | PALM-13 | 778 | 3 | 16 | 11 | 1532 | 10 | 359 | 12.53 | 2 | 43 | 10 | 1509 | 7 | 254 | 6 | 102 | 0 | 0 | 0 | 0 | 8 | 907 | 3 | 742 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 91 |
| 119833 | PALM-14 | 1044 | 2 | 129 | 8 | 3265 | 11 | 887 | 16.04 | 1 | 11 | 8 | 2625 | 7 | 495 | 8 | 487 | 0 | 0 | 0 | 0 | 6 | 1794 | 2 | 1147 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 129 |
| 119834 | PALM-15 | 716 | 4 | 366 | 10 | 974 | 14 | 508 | 18.49 | 1 | 11 | 10 | 1319 | 10 | 464 | 8 | 528 | 0 | 0 | 0 | 0 | 7 | 371 | 2 | 263 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 66 |
| 119835 | PALM-16 | 1407 | 4 | 125 | 11 | 2359 | 14 | 534 | 10.97 | 3 | 344 | 11 | 1583 | 10 | 475 | 8 | 358 | 0 | 0 | 0 | 0 | 10 | 1783 | 4 | 1687 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 668 |
| 119836 | PALM-18 | 36 | 0 | 0 | 4 | 3842 | 4 | 50 | 1.26 | 0 | 0 | 3 | 50 | 1 | 29 | 0 | 0 | 1 | 7 | 0 | 0 | 8 | 3880 | 3 | 3828 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 7 |
| 119837 | PALM-19 | 0 | 0 | 0 | 2 | 22 | 1 | 1 | 3.13 | 2 | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 5 | 31 | 2 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 119838 | PALM-20 | 35 | 0 | 0 | 7 | 438 | 9 | 98 | 14.39 | 3 | 12 | 7 | 93 | 7 | 132 | 2 | 16 | 0 | 0 | 0 | 0 | 10 | 414 | 2 | 367 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 27 |
| 124015 | PALM-01 | 0 | 0 | 0 | 6 | 2142 | 6 | 67 | 2.82 | 2 | 13 | 1 | 3 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 2153 | 3 | 1927 | 0 | 0 | 1 | 208 | 0 | 0 | 2 | 10 |
| 124016 | PALM-02 | 0 | 0 | 0 | 1 | 13 | 0 | 0 | 0.00 | 1 | 11 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3 | 27 | 1 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124017 | PALM-04 | 1 | 0 | 0 | 2 | 26 | 0 | 0 | 0.00 | 1 | 4 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 4 | 32 | 2 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124018 | PALM-05 | 0 | 0 | 0 | 4 | 16 | 2 | 4 | 14.81 | 0 | 0 | 0 | 0 | 2 | 3 | 1 | 1 | 1 | 1 | 0 | 0 | 6 | 19 | 3 | 13 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 |
| 124019 | PALM-06 | 0 | 0 | 0 | 4 | 59 | 10 | 46 | 41.07 | 2 | 3 | 0 | 0 | 2 | 4 | 4 | 17 | 2 | 3 | 0 | 0 | 8 | 75 | 3 | 54 | 0 | 0 | 1 | 4 | 0 | 0 | 2 | 8 |
| 124020 | PALM-07 | 1 | 1 | 1 | 2 | 7 | 7 | 22 | 55.00 | 0 | 0 | 1 | 1 | 3 | 4 | 5 | 19 | 0 | 0 | 0 | 0 | 4 | 15 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 124021 | PALM-08 | 798 | 0 | 0 | 6 | 3952 | 10 | 1946 | 26.39 | 2 | 97 | 7 | 1868 | 6 | 1138 | 5 | 212 | 0 | 0 | 0 | 0 | 6 | 3972 | 2 | 929 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 184 |
| 124022 | PALM-09 | 5 | 1 | 1 | 4 | 195 | 8 | 161 | 39.75 | 1 | 1 | 4 | 198 | 4 | 74 | 3 | 15 | 0 | 0 | 0 | 0 | 5 | 47 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 71 |
| 124023 | PALM-10 | 26 | 1 | 1 | 7 | 160 | 10 | 508 | 67.11 | 1 | 1 | 5 | 101 | 6 | 176 | 4 | 36 | 0 | 0 | 0 | 0 | 6 | 306 | 1 | 77 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 136 |
| 124024 | PALM-11 | 242 | 0 | 0 | 8 | 8191 | 7 | 1214 | 11.08 | 3 | 396 | 7 | 2072 | 7 | 1337 | 3 | 482 | 0 | 0 | 0 | 0 | 7 | 6638 | 2 | 4034 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 430 |
| 124025 | PALM-12 | 301 | 1 | 23 | 7 | 8477 | 7 | 3110 | 22.93 | 4 | 929 | 6 | 903 | 5 | 1124 | 5 | 1106 | 0 | 0 | 0 | 0 | 7 | 8063 | 4 | 7466 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2366 |
| 124026 | PALM-13 | 385 | 3 | 26 | 7 | 897 | 10 | 179 | 11.72 | 0 | 0 | 8 | 1175 | 7 | 98 | 4 | 28 | 0 | 0 | 0 | 0 | 7 | 176 | 3 | 108 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 50 |
| 124027 | PALM-14 | 1204 | 4 | 1391 | 8 | 3446 | 10 | 668 | 9.75 | 2 | 22 | 9 | 2349 | 8 | 259 | 7 | 296 | 0 | 0 | 0 | 0 | 7 | 3913 | 2 | 1570 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 32 |
| 124028 | PALM-15 | 989 | 3 | 591 | 11 | 4622 | 12 | 1660 | 19.89 | 4 | 247 | 11 | 2560 | 8 | 383 | 7 | 595 | 1 | 11 | 0 | 0 | 11 | 3345 | 4 | 2523 | 0 | 0 | 1 | 11 | 0 | 0 | 2 | 1441 |
| 124029 | PALM-16 | 2764 | 6 | 922 | 11 | 3058 | 13 | 1453 | 17.33 | 4 | 100 | 10 | 3940 | 10 | 249 | 11 | 791 | 3 | 36 | 0 | 0 | 9 | 2371 | 4 | 2011 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 996 |
| 124030 | PALM-17 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124031 | PALM-18 | 0 | 2 | 54 | 2 | 3466 | 7 | 86 | 2.31 | 1 | 43 | 0 | 0 | 2 | 38 | 2 | 34 | 0 | 0 | 0 | 0 | 10 | 3648 | 3 | 3472 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 11 |
| 124032 | PALM-19 | 0 | 0 | 0 | 2 | 20 | 1 | 3 | 5.88 | 1 | 4 | 0 | 0 | 0 | 0 | 2 | 7 | 0 | 0 | 0 | 0 | 5 | 44 | 2 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124033 | PALM-20 | 55 | 1 | 12 | 9 | 2353 | 11 | 304 | 8.66 | 4 | 27 | 6 | 429 | 6 | 828 | 6 | 103 | 0 | 0 | 0 | 0 | 13 | 2093 | 3 | 1957 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 59 |
| 124034 | SANMIGUEL4 | 4 | 2 | 452 | 4 | 2182 | 5 | 44 | 1.63 | 1 | 13 | 1 | 9 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 8 | 2659 | 2 | 2168 | 0 | 0 | 1 | 6 | 0 | 0 | 2 | 17 |
| 124035 | ROUBIDC-01 | 1 | 2 | 69 | 6 | 524 | 3 | 20 | 3.25 | 0 | 0 | 5 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 581 | 3 | 511 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 15 |
| 124036 | GUNN-05 | 1 | 4 | 12 | 11 | 73 | 1 | 1 | 1.15 | 0 | 0 | 6 | 60 | 0 | 0 | 5 | 12 | 0 | 0 | 0 | 0 | 6 | 15 | 4 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124037 | MESA-03 | 0 | 2 | 302 | 6 | 38 | 5 | 9 | 2.54 | 2 | 4 | 3 | 24 | 1 | 1 | 1 | 1 | 2 | 3 | 0 | 0 | 7 | 320 | 3 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 |
| 124038 | MESA-02 | 0 | 2 | 1190 | 4 | 71 | 7 | 36 | 2.78 | 0 | 0 | 1 | 19 | 1 | 1 | 0 | 0 | 1 | 4 | 0 | 0 | 9 | 1255 | 4 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 17 |
| 124039 | GUNN-01 | 279 | 2 | 321 | 14 | 8109 | 7 | 261 | 2.88 | 1 | 14 | 8 | 461 | 4 | 153 | 6 | 296 | 2 | 361 | 0 | 0 | 9 | 7677 | 4 | 7505 | 0 | 0 | 1 | 72 | 0 | 0 | 1 | 43 |
| 124040 | SANMIGUEL5 | 0 | 4 | 563 | 8 | 621 | 1 | 5 | 0.39 | 2 | 89 | 3 | 362 | 1 | 87 | 4 | 13 | 2 | 4 | 0 | 0 | 4 | 806 | 3 | 254 | 0 | 0 | 1 | 2 | 0 | 0 | 1 | 5 |
| 124041 | SANMIGUEL6 | 0 | 2 | 4 | 6 | 16 | 2 | 3 | 13.04 | 0 | 0 | 2 | 3 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 4 | 12 | 2 | 8 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124042 | DRYCK-01 | 126 | 2 | 349 | 7 | 687 | 6 | 54 | 4.43 | 1 | 1 | 6 | 473 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 9 | 578 | 4 | 210 | 0 | 0 | 1 | 134 | 0 | 0 | 1 | 31 |
| 124043 | MESA-01 | 0 | 2 | 1647 | 9 | 1677 | 4 | 25 | 0.74 | 0 | 0 | 5 | 169 | 0 | 0 | 2 | 9 | 0 | 0 | 0 | 0 | 8 | 3167 | 4 | 1505 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 12 |
| 124044 | SANMIGUEL4 | 0 | 1 | 58 | 4 | 26 | 0 | 0 | 0.00 | 1 | 4 | 2 | 12 | 0 | 0 | 0 | 0 | 1 | 4 | 0 | 0 | 3 | 71 | 2 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124045 | SPRINGC-01 | 132 | 3 | 414 | 8 | 1024 | 6 | 142 | 8.19 | 2 | 8 | 7 | 445 | 0 | 0 | 1 | 8 | 4 | 11 | 0 | 0 | 10 | 1262 | 3 | 711 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124046 | MONITOR-01 | 11 | 1 | 118 | 7 | 3285 | 6 | 97 | 2.75 | 2 | 16 | 4 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 3468 | 4 | 3263 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 |
| 124047 | POTTERC-01 | 0 | 1 | 83 | 6 | 517 | 3 | 17 | 2.72 | 1 | 7 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 608 | 4 | 507 | 0 | 0 | 1 | 13 | 0 | 0 | 0 | 0 |
| 124048 | GUNN-01 | 206 | 4 | 1694 | 12 | 7421 | 5 | 389 | 3.81 | 2 | 72 | 5 | 2647 | 3 | 63 | 8 | 723 | 2 | 449 | 0 | 0 | 6 | 6133 | 2 | 4613 | 0 | 0 | 1 | 43 | 2 | 129 | 1 | 14 |
| 124049 | SANMIGUEL5 | 1 | 4 | 78 | 8 | 313 | 2 | 38 | 7.80 | 1 | 56 | 5 | 294 | 0 | 0 | 3 | 38 | 1 | 56 | 1 | 5 | 3 | 52 | 2 | 12 | 0 | 0 | 1 | 7 | 0 | 0 | 2 | 34 |
| 124050 | GUNN-05 | 97 | 5 | 351 | 11 | 4812 | 4 | 406 | 7.13 | 0 | 0 | 8 | 4363 | 1 | 281 | 9 | 571 | 1 | 51 | 0 | 0 | 4 | 415 | 3 | 333 | 0 | 0 | 1 | 5 | 0 | 0 | 0 | 0 |
| 124051 | SANMIGUEL4 | 0 | 3 | 12 | 1 | 1 | 0 | 0 | 0.00 | 1 | 1 | 1 | 1 | 0 | 0 | 2 | 3 | 1 | 1 | 0 | 0 | 2 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124111 | SPRINGC-01 | 265 | 4 | 1366 | 9 | 601 | 4 | 34 | 1.50 | 0 | 0 | 8 | 829 | 0 | 0 | 2 | 11 | 0 | 0 | 0 | 0 | 10 | 1413 | 4 | 34 | 0 | 0 | 0 | 0 | 1 | 4 | 1 | 11 |
| 124112 | MONITOR-01 | 0 | 4 | 1608 | 7 | 5044 | 3 | 44 | 0.66 | 0 | 0 | 3 | 3785 | 0 | 0 | 1 | 15 | 0 | 0 | 0 | 0 | 8 | 2874 | 3 | 1259 | 1 | 12 | 1 | 11 | 0 | 0 | 0 | 0 |
| 124113 | POTTERC-01 | 5 | 4 | 843 | 5 | 2581 | 2 | 32 | 0.92 | 0 | 0 | 4 | 1866 | 0 | 0 | 1 | 5 | 0 | 0 | 0 | 0 | 7 | 1590 | 3 | 726 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124114 | ROUBIDC-01 | 16 | 2 | 427 | 7 | 1191 | 3 | 94 | 5.43 | 1 | 3 | 5 | 1024 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 6 | 669 | 3 | 183 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 35 |
| 124115 | DRYCK-01 | 227 | 3 | 1256 | 7 | 3503 | 4 | 57 | 1.13 | 1 | 4 | 5 | 3182 | 0 | 0 | 1 | 4 | 1 | 4 | 0 | 0 | 7 | 1777 | 3 | 517 | 0 | 0 | 1 | 30 | 0 | 0 | 2 | 47 |
| 124116 | G280115R00 | 0 | 2 | 1919 | 6 | 1579 | 4 | 23 | 0.65 | 0 | 0 | 2 | 397 | 0 | 0 | 0 | 0 | 1 | 5 | 0 | 0 | 7 | 3109 | 3 | 1177 | 0 | 0 | 1 | 5 | 0 | 0 | 1 | 5 |
| 124117 | G280R488S2 | 0 | 2 | 27234 | 8 | 33010 | 1 | 345 | 0.56 | 1 | 432 | 2 | 21540 | 0 | 0 | 1 | 258 | 0 | 0 | 0 | 0 | 6 | 38617 | 3 | 10950 | 2 | 175 | 1 | 345 | 0 | 0 | 1 | 345 |
| 124118 | G280R334S2 | 0 | 2 | 2138 | 5 | 1380 | 4 | 50 | 1.39 | 1 | 22 | 1 | 938 | 0 | 0 | 1 | 11 | 1 | 5 | 0 | 0 | 9 | 2614 | 4 | 441 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 32 |
| 124119 | G280R334S2 | 0 | 3 | 147 | 10 | 855 | 9 | 257 | 20.24 | 0 | 0 | 4 | 123 | 0 | 0 | 2 | 11 | 3 | 25 | 0 | 0 | 10 | 1060 | 4 | 874 | 0 | 0 | 1 | 10 | 1 | 4 | 1 | 14 |
| 124120 | G280R001S2 | 1 | 4 | 7 | 4 | 89 | 5 | 26 | 18.57 | 3 | 4 | 1 | 7 | 2 | 7 | 3 | 4 | 1 | 1 | 0 | 0 | 11 | 117 | 3 | 90 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
| 124121 | DR00155 | 45 | 8 | 940 | 15 | 757 | 8 | 60 | 3.27 | 6 | 27 | 8 | 524 | 3 | 6 | 10 | 681 | 5 | 47 | 0 | 0 | 9 | 512 | 4 | 216 | 2 | 23 | 1 | 8 | 2 | 15 | 0 | 0 |
| 124122 | G280R001S2 | 0 | 1 | 12160 | 3 | 2023 | 3 | 70 | 0.49 | 0 | 0 | 1 | 1312 | 0 | 0 | 0 | 0 | 1 | 22 | 0 | 0 | 5 | 12919 | 3 | 737 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124123 | BR001S3 | 152 | 5 | 1364 | 13 | 711 | 4 | 30 | 1.31 | 2 | 22 | 5 | 536 | 2 | 19 | 5 | 620 | 3 | 171 | 0 | 0 | 8 | 909 | 4 | 148 | 1 | 5 | 1 | 16 | 1 | 3 | 1 | 5 |
| 124124 | BR001S4 | 79 | 3 | 592 | 13 | 4408 | 4 | 74 | 1.40 | 1 | 22 | 7 | 3102 | 2 | 14 | 7 | 669 | 1 | 79 | 0 | 0 | 6 | 1373 | 3 | 1220 | 0 | 0 | 0 | 0 | 1 | 22 | 0 | 0 |
| 124125 | GUNN-02 | 844 | 3 | 362 | 15 | 4446 | 7 | 185 | 3.09 | 1 | 11 | 6 | 2503 | 4 | 132 | 7 | 169 | 3 | 962 | 0 | 0 | 8 | 2122 | 3 | 1595 | 0 | 0 | 1 | 28 | 2 | 12 | 1 | 38 |
| 124126 | GUNN-01 | 1417 | 4 | 2065 | 8 | 26111 | 5 | 601 | 1.97 | 3 | 215 | 4 | 15073 | 2 | 136 | 6 | 1206 | 2 | 1417 | 0 | 0 | 6 | 12326 | 1 | 10866 | 0 | 0 | 1 | 44 | 1 | 86 | 1 | 215 |
| 124205 | LAKEF-01 | 3 | 3 | 8 | 3 | 15 | 4 | 65 | 44.83 | 1 | 5 | 2 | 7 | 6 | 66 | 2 | 7 | 0 | 0 | 0 | 0 | 4 | 42 | 2 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 24 |
| 124206 | LAKEF-02 | 3 | 3 | 5 | 4 | 15 | 8 | 101 | 63.13 | 1 | 1 | 4 | 15 | 5 | 52 | 4 | 5 | 0 | 0 | 0 | 0 | 4 | 24 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 63 |
| 124207 | LAKEF-03 | 78 | 4 | 2788 | 5 | 391 | 9 | 190 | 5.46 | 0 | 0 | 7 | 251 | 7 | 69 | 3 | 59 | 0 | 0 | 0 | 0 | 8 | 3078 | 3 | 212 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 22 |
| 124208 | LAKEF-04 | 285 | 2 | 11 | 6 | 956 | 9 | 581 | 23.27 | 1 | 63 | 9 | 891 | 9 | 960 | 4 | 105 | 0 | 0 | 0 | 0 | 5 | 509 | 2 | 349 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 32 |
| 124209 | LAKEF-05 | 750 | 1 | 9 | 11 | 1383 | 13 | 839 | 24.19 | 2 | 81 | 9 | 1101 | 10 | 629 | 6 | 220 | 1 | 5 | 0 | 0 | 9 | 1280 | 4 | 988 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 233 |
| 124210 | PALM-01 | 6 | 2 | 6 | 5 | 1349 | 5 | 42 | 2.92 | 1 | 2 | 2 | 11 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 1359 | 4 | 1292 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 67 |
| 124211 | PALM-02 | 0 | 0 | 0 | 2 | 38 | 0 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 2 | 38 | 2 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124212 | PALM-04 | 3 | 0 | 0 | 4 | 55 | 0 | 0 | 0.00 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 5 | 56 | 3 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124213 | PALM-05 | 0 | 0 | 0 | 0 | 0 | 3 | 4 | 57.14 | 0 | 0 | 0 | 0 | 4 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124214 | PALM-06 | 0 | 0 | 0 | 4 | 624 | 7 | 60 | 8.49 | 3 | 15 | 0 | 0 | 1 | 3 | 4 | 26 | 1 | 1 | 0 | 0 | 7 | 669 | 2 | 621 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 8 |
| 124215 | PALM-07 | 0 | 0 | 0 | 1 | 47 | 4 | 40 | 40.82 | 0 | 0 | 0 | 0 | 2 | 5 | 3 | 9 | 1 | 1 | 0 | 0 | 4 | 82 | 1 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 124216 | PALM-09 | 1 | 1 | 1 | 5 | 129 | 7 | 91 | 36.40 | 0 | 0 | 4 | 114 | 4 | 67 | 4 | 13 | 0 | 0 | 0 | 0 | 3 | 23 | 2 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 32 |
| 124217 | PALM-10 | 0 | 0 | 0 | 5 | 255 | 8 | 216 | 43.99 | 2 | 3 | 3 | 116 | 6 | 55 | 3 | 7 | 1 | 1 | 0 | 0 | 5 | 212 | 2 | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 99 |
| 124218 | PALM-13 | 334 | 5 | 359 | 8 | 674 | 11 | 234 | 9.76 | 0 | 0 | 8 | 782 | 9 | 855 | 6 | 40 | 0 | 0 | 0 | 0 | 8 | 684 | 3 | 224 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 37 |
| 124219 | PALM-14 | 388 | 4 | 169 | 8 | 1363 | 8 | 249 | 10.40 | 0 | 0 | 9 | 1710 | 7 | 281 | 5 | 83 | 0 | 0 | 0 | 0 | 7 | 267 | 3 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 54 |
| 124220 | PALM-15 | 648 | 6 | 1701 | 10 | 1628 | 9 | 553 | 10.01 | 2 | 34 | 7 | 1638 | 8 | 1040 | 7 | 235 | 2 | 17 | 0 | 0 | 9 | 2184 | 4 | 420 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 412 |
| 124221 | PALM-16 | 333 | 5 | 616 | 11 | 1345 | 13 | 392 | 13.58 | 0 | 0 | 8 | 986 | 9 | 256 | 7 | 227 | 0 | 0 | 0 | 0 | 11 | 1159 | 4 | 664 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 258 |
| 124222 | PALM-18 | 0 | 1 | 8 | 5 | 207 | 3 | 5 | 1.98 | 1 | 13 | 0 | 0 | 2 | 4 | 2 | 4 | 1 | 1 | 0 | 0 | 7 | 241 | 3 | 203 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 |
| 124223 | PALM-19 | 0 | 0 | 0 | 5 | 42 | 1 | 1 | 1.45 | 3 | 9 | 1 | 1 | 1 | 1 | 2 | 7 | 0 | 0 | 0 | 0 | 6 | 51 | 2 | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 7 |
| 128104 | P549R001S1 | 511 | 4 | 1046 | 7 | 2220 | 6 | 50 | 1.20 | 2 | 98 | 3 | 1886 | 4 | 251 | 2 | 71 | 4 | 914 | 0 | 0 | 7 | 1005 | 2 | 12 | 0 | 0 | 0 | 0 | 3 | 19 | 1 | 16 |
| 128105 | C233R001S3 | 40 | 4 | 1181 | 12 | 680 | 5 | 71 | 3.54 | 3 | 11 | 9 | 633 | 0 | 0 | 8 | 138 | 5 | 62 | 0 | 0 | 7 | 1114 | 4 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 38 |
| 128106 | C486R001S2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128107 | C220R001S1 | 12 | 0 | 0 | 4 | 48 | 2 | 3 | 4.76 | 0 | 0 | 5 | 22 | 0 | 0 | 1 | 1 | 1 | 3 | 0 | 0 | 1 | 35 | 1 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 128108 | C538R001S2 | 15 | 2 | 3 | 9 | 254 | 8 | 66 | 16.75 | 1 | 1 | 6 | 71 | 2 | 4 | 3 | 5 | 4 | 16 | 0 | 0 | 7 | 241 | 4 | 237 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 128109 | PALM-04 | 1 | 1 | 1 | 4 | 19 | 0 | 0 | 0.00 | 0 | 0 | 2 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 12 | 2 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 128110 | PALM-05 | 0 | 1 | 1 | 2 | 12 | 1 | 1 | 5.00 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 4 | 16 | 1 | 11 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 128111 | PALM-06 | 0 | 0 | 0 | 1 | 30 | 2 | 8 | 19.05 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 3 | 38 | 1 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 128112 | PALM-07 | 0 | 0 | 0 | 5 | 22 | 8 | 46 | 61.33 | 0 | 0 | 2 | 3 | 2 | 16 | 3 | 8 | 0 | 0 | 0 | 0 | 7 | 43 | 3 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 |
| 128113 | PALM-10 | 28 | 0 | 0 | 4 | 163 | 6 | 190 | 46.80 | 3 | 7 | 5 | 129 | 5 | 66 | 2 | 46 | 0 | 0 | 0 | 0 | 6 | 153 | 1 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 12 |
| 128114 | PALM-13 | 651 | 3 | 78 | 5 | 1266 | 10 | 370 | 10.13 | 2 | 11 | 6 | 1657 | 8 | 1415 | 3 | 128 | 2 | 16 | 0 | 0 | 6 | 356 | 1 | 249 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 81 |
| 128115 | PALM-14 | 755 | 2 | 172 | 6 | 1386 | 8 | 328 | 9.35 | 0 | 0 | 9 | 1931 | 6 | 899 | 4 | 192 | 0 | 0 | 0 | 0 | 5 | 409 | 1 | 199 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 75 |
| 128116 | PALM-15 | 428 | 3 | 202 | 8 | 959 | 10 | 172 | 8.19 | 2 | 14 | 10 | 1175 | 9 | 385 | 4 | 77 | 1 | 4 | 0 | 0 | 5 | 416 | 2 | 198 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 43 |
| 128117 | PALM-16 | 444 | 4 | 164 | 8 | 847 | 8 | 175 | 9.63 | 0 | 0 | 8 | 1122 | 7 | 237 | 5 | 98 | 0 | 0 | 0 | 0 | 6 | 306 | 3 | 163 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 54 |
| 128118 | LAKEF-01 | 0 | 2 | 3 | 3 | 17 | 7 | 69 | 37.30 | 1 | 3 | 2 | 4 | 5 | 122 | 2 | 3 | 0 | 0 | 0 | 0 | 5 | 43 | 1 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 13 |
| 128119 | LAKEF-02 | 0 | 2 | 9 | 1 | 1 | 4 | 7 | 10.45 | 0 | 0 | 0 | 0 | 4 | 51 | 2 | 9 | 0 | 0 | 0 | 0 | 3 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 128120 | LAKEF-03 | 115 | 2 | 23 | 8 | 733 | 9 | 135 | 12.89 | 2 | 3 | 7 | 382 | 8 | 61 | 4 | 42 | 0 | 0 | 0 | 0 | 6 | 547 | 3 | 459 | 0 | 0 | 1 | 5 | 0 | 0 | 3 | 8 |
| 129195 | LAKEF-01 | 1 | 2 | 7 | 3 | 17 | 8 | 32 | 20.92 | 1 | 1 | 2 | 3 | 5 | 101 | 4 | 11 | 2 | 3 | 0 | 0 | 4 | 32 | 3 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 |

Metric Values for samples
Abundance data is the esti
Abundance data is the esti
EPT = Ephemeroptera + Pl

| SAMPLE | STATION | Scraper Abundance SCA | Collecter filterer Taxa CFT | Collecter filterer Abundance CFA | Collecter gatherer Taxa CGT | Collecter gatherer Abundance CGA | Predator Taxa PRT | Predator Abundance PRA | % of assemblage made up by predator taxa PERCPR | Unknown Taxa UNT | Unknown Abundance UNA | Ephemeroptera Taxa EPHET | Ephemeroptera Abundance EPHEA | Plecoptera Taxa PLECT | Plecoptera Abundance PLECA | Trichoptera Taxa TRICT | Trichoptera Abundance TRICA | Coleoptera Taxa COLET | Coleoptera Abundance COLEA | Megaloptera Taxa MEGAT | Megaloptera Abundance MEGAA | Diptera Taxa DIPTT | Diptera Abundance DIPTA | Chironomidae Taxa CHIRT | Chironomidae Abundance CHIRA | Crustacea Taxa CRUST | Crustacea Abundance CRUSA | Oligochaeta Taxa OLIGT | Oligochaeta Abundance OLIGA | Mollusca Taxa MOLLT | Mollusca Abundance MOLLA | Other Taxa OTHERT | Other Abundance OTHERA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129196 | LAKEF-02 | 3 | 2 | 43 | 3 | 12 | 8 | 38 | 18.81 | 0 | 1 | 1 | 1 | 5 | 114 | 5 | 62 | 0 | 0 | 0 | 0 | 4 | 22 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 129197 | LAKEF-03 | 1001 | 3 | 321 | 8 | 2087 | 12 | 752 | 12.78 | 1 | 48 | 3 | 1252 | 10 | 1782 | 5 | 483 | 0 | 0 | 0 | 0 | 7 | 2231 | 3 | 1835 | 0 | 0 | 1 | 8 | 0 | 0 | 2 | 134 |
| 129198 | PALM-01 | 48 | 0 | 0 | 7 | 409 | 5 | 34 | 5.83 | 1 | 11 | 3 | 51 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 8 | 513 | 3 | 379 | 0 | 0 | 1 | 8 | 0 | 0 | 3 | 9 |
| 129199 | PALM-02 | 0 | 0 | 0 | 3 | 63 | 3 | 8 | 9.30 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 86 | 2 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 129200 | PALM-04 | 0 | 0 | 0 | 1 | 31 | 1 | 4 | 8.51 | 1 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 47 | 1 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 129201 | PALM-05 | 0 | 0 | 0 | 2 | 8 | 4 | 8 | 25.81 | 1 | 5 | 0 | 0 | 2 | 5 | 2 | 4 | 0 | 0 | 5 | 20 | 1 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 129202 | PALM-06 | 0 | 0 | 0 | 4 | 296 | 9 | 83 | 20.44 | 2 | 7 | 0 | 0 | 1 | 1 | 3 | 31 | 0 | 0 | 12 | 364 | 3 | 294 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 129203 | PALM-07 | 0 | 0 | 0 | 1 | 3 | 1 | 4 | 50.00 | 0 | 0 | 0 | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 2 | 4 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 129204 | PALM-08 | 690 | 0 | 0 | 7 | 4302 | 8 | 1090 | 14.92 | 1 | 75 | 5 | 2103 | 8 | 1386 | 3 | 261 | 0 | 0 | 5 | 3325 | 2 | 1633 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 208 |
| 129205 | PALM-09 | 0 | 2 | 38 | 5 | 1774 | 11 | 712 | 22.09 | 0 | 0 | 2 | 215 | 7 | 883 | 3 | 82 | 0 | 0 | 8 | 1814 | 1 | 1548 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 129 |
| 129206 | PALM-10 | 17 | 3 | 26 | 7 | 3534 | 10 | 1131 | 21.56 | 1 | 9 | 5 | 870 | 6 | 824 | 7 | 139 | 0 | 0 | 8 | 3329 | 2 | 2552 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 284 |
| 129207 | PALM-11 | 4254 | 1 | 43 | 8 | 15432 | 10 | 2602 | 5.89 | 1 | 5239 | 5 | 10274 | 10 | 24202 | 4 | 2587 | 0 | 0 | 8 | 7739 | 3 | 2383 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 945 |
| 129208 | PALM-13 | 1331 | 3 | 1632 | 6 | 3607 | 9 | 1469 | 5.32 | 0 | 0 | 7 | 4552 | 7 | 20055 | 4 | 558 | 0 | 0 | 5 | 2277 | 2 | 386 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43 |
| 129209 | PALM-14 | 370 | 4 | 93 | 8 | 1230 | 9 | 547 | 14.76 | 2 | 11 | 10 | 1411 | 6 | 1546 | 7 | 448 | 1 | 5 | 8 | 297 | 2 | 129 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| 129210 | PALM-15 | 527 | 4 | 496 | 8 | 2043 | 8 | 598 | 9.29 | 1 | 43 | 7 | 2129 | 8 | 2921 | 5 | 755 | 0 | 0 | 6 | 653 | 3 | 308 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 22 |
| 129211 | PALM-16 | 1292 | 5 | 1013 | 9 | 1899 | 12 | 508 | 7.25 | 0 | 0 | 8 | 2867 | 10 | 2423 | 9 | 1122 | 0 | 0 | 7 | 453 | 3 | 292 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 140 |
| 129212 | PALM-20 | 151 | 2 | 65 | 8 | 8012 | 9 | 401 | 2.48 | 2 | 43 | 5 | 367 | 7 | 7733 | 5 | 112 | 0 | 0 | 9 | 7991 | 3 | 7730 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 109 |
| 129213 | LIONC-01 | 3 | 4 | 149 | 8 | 214 | 8 | 28 | 6.51 | 1 | 5 | 3 | 165 | 3 | 32 | 4 | 63 | 3 | 4 | 9 | 159 | 3 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 |
| 129214 | LASALC-01 | 1 | 5 | 188 | 4 | 79 | 5 | 16 | 5.46 | 2 | 8 | 3 | 67 | 2 | 7 | 3 | 184 | 1 | 4 | 6 | 24 | 2 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 |
| 129215 | LASALC-02 | 97 | 3 | 316 | 5 | 116 | 8 | 241 | 28.09 | 3 | 51 | 3 | 26 | 4 | 38 | 5 | 317 | 3 | 130 | 0 | 0 | 9 | 147 | 3 | 103 | 1 | 3 | 0 | 0 | 0 | 0 | 1 | 198 |
| 129216 | LDOMSC-01 | 86 | 4 | 804 | 7 | 1989 | 9 | 449 | 11.73 | 2 | 489 | 6 | 1355 | 0 | 0 | 4 | 777 | 3 | 500 | 0 | 0 | 9 | 965 | 3 | 825 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 177 |
| 129217 | NFESCAL-01 | 102 | 7 | 572 | 10 | 1567 | 8 | 510 | 17.28 | 3 | 194 | 7 | 1443 | 2 | 24 | 6 | 385 | 3 | 176 | 0 | 10 | 651 | 3 | 112 | 0 | 0 | 0 | 1 | 130 | 2 | 142 |
| 129218 | COWICK-01 | 466 | 3 | 43 | 6 | 227 | 7 | 35 | 4.44 | 2 | 3 | 5 | 149 | 4 | 31 | 4 | 468 | 2 | 4 | 8 | 132 | 4 | 95 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 8 |
| 129219 | LB/GB-01 | 740 | 2 | 1955 | 8 | 1827 | 6 | 296 | 5.67 | 2 | 595 | 10 | 2185 | 3 | 186 | 5 | 113 | 1 | 586 | 0 | 5 | 2108 | 2 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 43 |

BLM_0008349

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**COLORADO STATE OFFICE**
**2850 YOUNGFIELD STREET**
**LAKEWOOD, COLORADO 80215**

In Reply Refer To:
8342 / 8321 (CO-931) P

February 9, 2007

EMS TRANSMISSION  02/12/2007
Instruction Memorandum No. CO-2007-020
Expires:  09/30/2008

To:          All Field Managers
             Attn: Outdoor Recreation Planners, Land Use Planners

From:        State Director

Subject:     Comprehensive Travel Management Planning and OHV Designations

**Program Area:** Off Highway Vehicles (OHV) and Land Use Plans.

**Purpose:** Establishing Colorado BLM instructions regarding comprehensive travel management and OHV area and route designations.

**Background:** Comprehensive Travel Management is the proactive planning and on-the-ground management of road and trail travel networks.  This includes route planning, inventory and evaluation, innovative partnerships, user education, mapping, monitoring, signing, field presence and law enforcement.  It addresses all resource aspects (recreational, traditional, casual, agricultural, industrial, educational, cultural, etc.) and accompanying modes and conditions of travel on the public lands, including motorized, mechanized, and non-motorized/mechanized uses.

Implementing Colorado Comprehensive Travel Management throughout the state has been a high priority for the Bureau of Land Management (BLM).  In establishing designated road and trail networks through the planning process, field offices are able to manage all modes of travel on public lands. A well-designed travel system can direct use away from sensitive areas, yet provide quality recreational activities and access for commercial, administrative and recreational needs.

Several Colorado BLM field offices are in the process of either revising their Resource Management Plan (RMP) or are scheduled to begin revisions within the next few years. Scoping has consistently identified comprehensive travel management as a major issue to be addressed in these land use plans.

BLM_0008350

2

Both Executive Order 11644 and the Code of Federal Regulations (43 CFR Part 8340) require BLM to designate all public lands as Open, Closed or Limited for Off Highway Vehicle use. These designations are made in RMPs and in plan amendments. For areas in the Limited and Open categories, managers may impose several different kinds of limitations including vehicle numbers, types, use times or seasons, permitted use, existing routes, designated routes, and other limitations necessary to meet management objectives.

Nationally, BLM is moving towards a system of limiting use to designated roads, primitive roads and trails/areas and not encouraging extensive cross-country travel by motorized and mechanized vehicles. Current planning guidance (H-1601-1, Land Use Planning Handbook – Appendix C, Section D, attachment 2) requires identifying a defined travel management network system of areas, roads, primitive roads and trails, in all Land Use Plans. It is our expectation that each RMP Record of Decision will include a system of designated routes for those areas in the limited category. Designations that are limited to existing should be used only as an interim measure prior to your next scheduled RMP revision. Field Managers may elect to add other additional limitations as necessary to achieve management objectives.

While flexibility to accommodate local circumstances is needed, there needs to be a consistent approach to route selection and adherence to the regulation in 43 CFR 8342.1 (attachment 1).

**Policy/Action:** Colorado BLM will manage access on the public lands in accordance with existing law, executive orders, proclamation, regulation, and policy. Within this context:

- Comprehensive Travel Management planning will address all modes of travel/access (recreational, traditional, casual, agricultural, industrial, educational, cultural, administrative, etc.) and conditions of travel on the public lands, including motorized, mechanized, and non-motorized/mechanized uses.

- If you select a limited area designation in the RMP you should identify the designated routes and modes of travel. This requires establishing a process for selecting specific roads, primitive roads and trails based on achieving the targeted goals and objectives within the limited area or sub-area and specifying limitation(s) placed on use. The RMP ` will include a map of the roads, primitive roads and trails open and available in each area.

  o Design a travel system with RMP and transportation network goals in mind rather than just choosing from inherited roads, primitive roads and trails. Instead of a decision-making process to only decide which individual routes should be closed or left open, design a travel system with a desired goal of sustainable routes that meet patrons' needs (i.e. loops) and varying levels of difficulty. Also, consider a broader range of management options that include reroutes, reconstruction or new construction, as well as closures. These management considerations are an integral part of developing a quality travel system.

  o Ensure that travel management decisions facilitate attainment of management objectives and maintain prescribed setting character—which is also essential to achieving Benefits-Based Management objectives.

BLM_0008351

- If complexity, controversy, or incomplete data make it impossible to complete the selection of a road and trail network for any area designated as limited within reasonable timeframes or budget availability, the BLM will perform the selection process for all limited areas that can be completed. For any limited area or sub-area that cannot be completed in the RMP, the BLM will produce a schedule to complete the limited area or sub-area road and trail selection process. Normally, this process should **not exceed** five years.

- "Limited to existing roads, primitive roads and trails" designations should be used only as an interim measure prior to your next scheduled RMP revision. Where the Field Offices choose an **interim** designation of "limited to existing roads, primitive roads and trails", a map showing the existing travel and transportation network is required.
  - o An inventory and map of roads, primitive roads and trails is necessary to assess and evaluate the need for individual routes as part of the travel and transportation network.
  - o Without baseline inventory the Field Offices will not be able to confirm and document when new routes have been created or adequately monitor resource conditions. Baseline inventory maps are essential to effectively respond to the issue of user created route proliferation.
  - o Inventory and baseline data is needed to provide supporting rationale to justify management actions such as closures and rehabilitation of routes created after the interim designation is made.
  - o The BLM needs to provide the public clear and consistent information regarding access opportunities and provide a map showing the location of existing roads, primitive roads and trails that are available for public use and access.

- It will be Colorado BLM policy to restrict all OHV use within limited designations to designated routes or areas in the RMP revision.

- LUP decisions that address road and trail access, open play areas and closed areas will be incorporated into every RMP to ensure public and resource needs are met. The RMP will include a map of the roads, primitive roads and trails open and available in each area.

- Open areas will be limited to a size that can be realistically managed and geographically identifiable but large enough in size to offer a high quality motorized riding/driving opportunity for participants. Expansive open areas allowing cross-country travel, without a corresponding and identified user need/demand, will not be designated in RMP revisions or new travel management plans.

- There will be no motorized cross-country travel in areas designated as limited or closed. This policy is consistent with the policies of most field offices and National Forests in Colorado. Exceptions for motorized cross-country travel can be included within the terms and conditions of a lease, permit or by separate written authorization.

- RMP revisions should identify and designate spur roads and other routes that lead to significant and appropriate sites for camping and day use. If needed, RMP revisions may include the limited use of motor vehicles within a specified distance of specific

4

designated routes, and if appropriate within a specified time period. This is consistent with the policies of the United States Forest Service OHV Rule.

- Changes in route designations and adding new routes or closures in the limited areas may be made under activity level plans or with site-specific National Environmental Policy Act (NEPA) analysis.

- Development of Supplement Rules should be done concurrently between the Recreation Staff and the Law Enforcement Officers so that when the Record Of Decision is signed, implementation and enforcement of the decisions can be timely.

- Focus on problem areas first. Field offices know and have identified where their problem areas are and should focus on developing travel plans and their implementation there first. This should be accomplished in advance of RMP revisions when necessary.

**Time Frame:** This Instruction Memorandum is effective immediately.

**Budget Impact:** Each field office should identify their annual budgetary needs for implementing OHV designation decisions through the development of Program Target Allocations, Annual Work Plans and through the Bureau's Budget Planning System (BPS), as appropriate. Additionally, each field office should address the costs of necessary signing, travel map preparation and distribution, information kiosks, brochure preparation and printing, road closures, public education, and route monitoring.

**Contact:** Jack Placchi, Trails and Travel Management Coordinator, 303-239-3832.

Signed by:                                 Authenticated by:
Douglas M. Koza                            Cathy Cooney
Acting State Director                       Branch of IRM & Access

2 Attachments:
   1 – 43 Code of Federal Regulations 8342.1 (1p)
   2 – H-1601-1, Land Use Planning Handbook -- Appendix C, Section D (3pp)

BLM_0008353

[Code of Federal Regulations]
[Title 43, Volume 2]
[Revised as of October 1, 2004]
From the U.S. Government Printing Office via GPO Access
[CITE: 43CFR8342.1]

[Page 911]

TITLE 43--PUBLIC LANDS: INTERIOR

CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR

PART 8340_OFF-ROAD VEHICLES--Table of Contents

Subpart 8342_Designation of Areas and Trails

Sec. 8342.1  Designation criteria.


    The authorized officer shall designate all public lands as either
open, limited, or closed to off-road vehicles. All designations shall be
based on the protection of the resources of the public lands, the
promotion of the safety of all the users of the public lands, and the
minimization of conflicts among various uses of the public lands; and in
accordance with the following criteria:
    (a) Areas and trails shall be located to minimize damage to soil,
watershed, vegetation, air, or other resources of the public lands, and
to prevent impairment of wilderness suitability.
    (b) Areas and trails shall be located to minimize harassment of
wildlife or significant disruption of wildlife habitats. Special
attention will be given to protect endangered or threatened species and
their habitats.
    (c) Areas and trails shall be located to minimize conflicts between
off-road vehicle use and other existing or proposed recreational uses of
the same or neighboring public lands, and to ensure the compatibility of
such uses with existing conditions in populated areas, taking into
account noise and other factors.
    (d) Areas and trails shall not be located in officially designated
wilderness areas or primitive areas. Areas and trails shall be located
in natural areas only if the authorized officer determines that off-road
vehicle use in such locations will not adversely affect their natural,
esthetic, scenic, or other values for which such areas are established.


                                              Attachment I-1

BLM_0008354

**D. Comprehensive Trails and Travel Management**

*Land Use Plan Decisions.* Delineate travel management areas and designate off-highway vehicle management areas.

1. *Delineating Travel Management Areas.* Comprehensive travel management planning should address all resource use aspects (such as recreational, traditional, casual, agricultural, commercial, and educational) and accompanying modes and conditions of travel on the public lands, not just motorized or off-highway vehicle activities. In the RMP, travel management areas (polygons) should be delineated. Identify acceptable modes of access and travel for each travel management area (including over-land, overwater, over-snow and fly-in access [remote airstrips and float planes]). In developing these areas, consider the following:

a. Consistency with all resource program goals and objectives;
b. primary travelers;
c. objectives for allowing travel in the area;
d. setting characteristics that are to be maintained (including recreation opportunity system and VRM settings); and
e. primary means of travel allowed to accomplish the objectives and to maintain the setting characteristics.

2. *Designation of Off-Highway Vehicle Management Areas.* All public lands are required to have off-highway vehicle area designations (see 43 CFR 8342.1). Areas must be classified as *open, limited,* or *closed* to motorized travel activities. Criteria for open, limited, and closed area designations are established in 43 CFR 8340.0-5(f), (g) and (h), respectively.

For areas classified as limited consider a full range of possibilities, including travel that will be limited to types or modes of travel, such as foot, equestrian, bicycle, motorized, etc.; limited to existing roads and trails; limited to time or season of use; limited to certain types of vehicles (OHVs, motorcycles, all-terrain vehicles, high clearance, etc.); limited to licensed or permitted vehicles or users; limited to BLM administrative use only; or other types of limitations. In addition, provide specific guidance about the process for managing motorized vehicle access for authorized, permitted, or otherwise approved vehicles for those specific categories of motorized vehicle uses that are exempt from a limited designation (see 43 CFR 8340.0-5(a)(1-5).

At a minimum, the travel management area designation for wilderness study areas (WSAs) must be limited to ways and trails existing at the time the area became a WSA. *Open* areas within WSAs are appropriate only for sand dune or snow areas designated as such prior to October 21, 1976. Existing roads, ways and trails must be fully documented and mapped. This applies to both motorized and mechanized transport (see Interim Management Policy and Guidelines for Lands Under Wilderness Review H-8550-1(I.)(B.)(11) for mechanized transport). In addition, future designations may be made for a WSA if it is released from study.

Attachment 2-1

BLM_0008355

Except as otherwise provided by law (e.g., the Alaska National Interest Lands Conservation Act), congressionally designated wilderness areas are statutorily closed to motorized and mechanized use. These areas should be shown in the land use plans along with the acreage affected.

Existing laws, proclamations, regulations or Executive orders may limit the use of the open area designation or impose additional requirements relating to travel management in specific circumstances.

For RMP provisions related to national scenic, historic and national recreation trails, national back country byways, or other byway designations (see Appendix C, III. Special Designations).

*Implementation Decisions.* Complete a defined travel management network (system of areas, roads and/or trails) during the development of the land use plan, to the extent practical. If it is not practical to define or delineate the travel management network during the land use planning process, a preliminary network must be identified and a process established to select a final travel management network. Possible reasons for not completing the final network might be size or complexity of the area, controversy, incomplete data, or other constraints. If the final travel management network is to be deferred in the RMP, then the RMP should document the decision-making process used to develop the initial network, provide the basis for future management decisions, and help set guidelines for making road and trail network adjustments throughout the life of the plan. The identification of the uncompleted travel management networks should be delineated in the land use plan and the following tasks completed for each area:

1) Produce a map of a preliminary road and trail network;

2) define short-term management guidance for road and trail access and activities in areas or sub-areas not completed;

3) outline additional data needs, and a strategy to collect needed information;

4) provide a clear planning sequence, including public collaboration, criteria and constraints for subsequent road and trail selection and identification;

5) provide a schedule to complete the area or sub-area road and trail selection process; and

6) identify any easements and rights-of-ways (to be issued to the BLM or others) needed to maintain the preliminary or existing road and trail network.

If the decision on delineating travel management networks is deferred in the land use plan to the implementation phase, the work normally should be completed within 5 years of the signing of the ROD for the RMP.

Attachment 2-2

BLM_0008356

At the implementation phase of the plan, establish a process to identify specific areas, roads and/or trails that will be available for public use, and specify limitations placed on use. Products from this process will include:

1) A map of roads and trails for all travel modes.

2) Definitions and additional limitations for specific roads and trails (defined in 43 CFR 8340.0-5(g)).

3) Criteria to select or reject specific roads and trails in the final travel management network, add new roads or trails and to specify limitations.

4) Guidelines for management, monitoring, and maintenance of the system.

5) Indicators to guide future plan maintenance, amendments, or revisions related to travel management network.

6) Needed easements and rights-of-ways (to be issued to the BLM or others) to maintain the existing road and trail network providing public land access.

In addition, travel management networks should be reviewed periodically to ensure that current resource and travel management objectives are being met (see 43 CFR 8342.3).

Attachment 2-3

BLM_0008357



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

Colorado

search     [      ]
[Search]

BLM > Colorado > Programs > Recreation > Information and Guidelines > Travel Management

Print Page

## Recreation

**Colorado**
- What We Do
- Visit Us
- Information Center
- Field Offices
- Get Involved
- Contact Us

| Travel Management |
| Comprehensive Travel Management |
| Planning Status |

# Travel Management

Travel management planning is the identification of a transportation system by provider agencies and organizations through interdisciplinary assessments and analyses. A resulting set of objectives and actions explain why and how certain roads, trail systems, and associated lands are to be managed and used to meet transportation needs.

In the early 1980s, in response to Presidential Executive Orders 11644 and 11989, the Bureau of Land Management began assigning all public lands an off-highway vehicle designation. As defined below, three categories exist: open, limited, and closed.

- **Open** - All types of vehicle use is unrestricted at all times, anywhere in the area.
- **Limited** - Vehicle use is restricted in certain areas, at certain times, and/or to certain types of vehicles.
- **Closed** - All vehicle use is prohibited. (Closed areas include units of the National Wilderness Preservation System.)

BLM Colorado manages 8.3 million acres of public lands. Of these lands, 42 percent are designated as open, 48 percent are limited, and 10 percent are closed to off-highway vehicle use.

During the 1990's, Colorado's Resource Advisory Council (RAC) spearheaded an effort to develop recreation guidelines that would meet the BLM's Public Land Health Standards. These guidelines were born out of the RAC's concerns about a proliferation of unplanned roads and trails impacting the health of public lands and resources. Meanwhile, on a national level, the BLM was responding to an increasing demand for recreation trails on public lands. The BLM developed an off-highway vehicle strategy, followed by plans regarding mountain biking. Guidelines for non-motorized and non-mechanized recreation are to be established. These actions emphasize that the BLM should be proactive in seeking travel management solutions that conserve natural resources while simultaneously providing ample recreation opportunities.

In spring 2003, the BLM's Executive Leadership Team approved the BLM's Priorities for Recreation and Visitor Services. The importance of this guidance is underscored by the establishment of the first of three key recreation goals for the Department of the Interior's Strategic Plan to "establish a comprehensive approach to travel planning and management." Five subordinate milestones round out this priority:

1. Address comprehensive travel management through land-use plans to improve access, opportunities and experiences.
2. Improve on-the-ground travel management operations and maintenance to sustain opportunities, experiences, access, safety, and resource conservation.
3. Improve signing, mapping, travel information, and education.
4. Implement travel management through national motorized, mechanized and non-motorized recreation strategies.
5. Expand transportation and travel management partnerships and funding sources.







**Jack Placchi**
Travel Management Coordinator
(303) 239-3832
jplacchi@blm.gov

Last updated: 07-22-2013

USA.GOV | No Fear Act | DOI | Disclaimer | About BLM | Notices | Social Media Policy
Privacy Policy | FOIA | Kids Policy | Contact Us | Accessibility | Site Map | Home

BLM_0008358

U.S. DEPARTMENT OF THE INTERIOR   **BUREAU O**

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

April 4, 2007

In Reply Refer To:
2800 (350) P

EMS TRANSMISSION 04/11/2007
Instruction Memorandum No. 2007-097
Expires: 09/30/2009

To:        All Field Officials

From:      Director

Subject:    Solar Energy Development Policy

**Program Area:** Rights-of-Way Management, Solar Energy Facilities Management, Solar Energy

**Purpose:** This Instruction Memorandum (IM) establishes policy for the processing of right-of-way applications for solar energy de lands administered by the Bureau of Land Management (BLM) and evaluating the feasibility of installing solar energy systems on and projects.

**Policy/Action:** This IM replaces the Solar Energy Development Policy (IM No. 2005-006), issued October 20, 2004. The BLM's g environmentally responsible commercial development of solar energy projects on public lands and to use solar energy systems or feasible. Applications for commercial solar energy facilities will be processed as right-of-way authorizations under Title V of the Fe Management Act (FLPMA) and Title 43, Part 2804 of the Code of Federal Regulations (CFR). Commercial concentrating solar pow electric energy generating facilities must comply with the BLM's planning, environmental and right-of-way application requirements, as d uses.

The BLM will evaluate the feasibility of installing PV systems on administrative facilities and on range improvement, resource mon recreation projects. Project planning and design should incorporate an appropriate analysis to determine the feasibility, cost and l June 2006, an Energy Savings Performance Contract was awarded to Johnson Controls, Inc. for the installation of energy efficienc facilities. Phase II of the contract, expected to be awarded in May 2007, will include the installation of solar and other renewable Duncan, BLM Utah State Office, at 801-539-4090 or Pat Fleming, BLM National Science and Technology Center, at 303-987-6856 information on installing PV systems on BLM administrative facilities or for other project uses.

**Inventory and Planning**
The Department of Energy's National Renewable Energy Laboratory (NREL) has prepared solar insolation potential maps at the re California, Nevada, and New Mexico. The maps identify areas with one percent or less slope with high levels of solar insolation tha commercial solar energy development. Solar maps from NREL are available at http://www.nrel.gov/csp/maps.html.

New or updated BLM land use plans are required to consider NREL maps showing areas having commercial solar energy developm plans or revisions should address potential impacts of solar energy development and related environment and local community iss sufficiently analyze and consider the potential for solar energy development and the local environmental or community issues rela (or not available) for commercial solar energy development. When necessary, the land use plan amendment and the environment development proposal can be prepared and processed concurrently. This policy does not require updates for recently completed p solar energy development.

**Right-of-Way Applications**

Applications for commercial solar energy facilities, both PV and CSP, will be processed as right-of-way authorizations under Title V Part 2804 of the CFR. Applications submitted to the BLM for commercial solar energy development projects will use Form SF-299, and Utility Systems and Facilities on Federal Land, consistent with the requirements of 43 CFR 2804. No separate authorization is a PV system is part of another authorized facility or use. As an example, oil and gas operators may install PV facilities for operatir lighting systems on their lease area as part of an approved oil and gas lease operation. In addition, oil and gas pipeline right-of-w for the use of PV facilities at pump station locations. Those are valid uses that the BLM can encourage and allow.

Right-of-way applications for solar energy development projects will be identified as a high priority Field Office workload and will manner. This priority is consistent with the President's National Energy Policy of 2001 and the Energy Policy Act of 2005. Adequat to review and process the application. The applicant must submit a complete and acceptable application and provide a cost recove will initiate processing of a right-of-way application. It is anticipated that most right-of-way applications for solar energy developr cost recovery applications. The BLM will apply sound business practices in expediting the application process. For further informat

BLM_0008359

application process, please refer to the following BLM web site: http://www.blm.gov/wo/st/en/prog/energy/cost_recovery_regula

The BLM authorized officer should schedule pre-application meetings with applicants (43 CFR 2804.10). This facilitates preparatic applications that identifies potential issues and land use conflicts impacting the authorized officer's decision to grant or not grant authorization. The pre-application process will identify any environmental or cultural resource studies that may be needed, assess identify other authorized uses within or near the area, allow consideration of potential alternative site locations, and outline arran associated with processing a right-of-way grant.

Early public notification and involvement of local communities and other interests is also important in increasing public acceptanc conflicts, especially in areas where other uses exist on the public lands. The application process is pre-decisional and may or may a right-of-way authorization.

A BLM State or Field Office right-of-way project manager will be assigned to process the application; ensure appropriate cost recc and use of the land for the authorized purpose. As an option, the BLM State Director may request assistance of a National Right-c the BLM Washington Office (WO-350).

Solar energy right-of-way applications and authorizations are subject to appropriate cost recovery and rental payments required l 2805.16, and 43 CFR 2806.10, and the bonding requirements of 43 CFR 2805.12(g).

**Right-of-Way Authorizations**

A right-of-way grant (Form 2800-14) will be used to authorize all facilities held by the holder of the grant on the public lands rela energy development project. This authorization will include the solar collectors, tower, turbine generator, fossil fired generator for storage, access roads, electrical and transmission facilities, and other testing and support facilities. The lands involved in the right by aliquot legal land descriptions and be configured to minimize the amount of land involved.

The right-of-way authorization will contain appropriate stipulations relating to all aspects of project development including, but nc and maintenance, vegetation removal, natural, cultural and biological resources mitigation and monitoring, and site reclamation. of Development (POD) for construction and operation of the solar facility must be completed prior to beginning construction. Whe authorization and POD can be processed simultaneously.

The right-of-way holder should be encouraged, through terms and conditions of the right-of-way authorization, to work with the E acceptance and awareness of the benefits of solar energy development by providing information and public viewing areas at safe development. The BLM and right-of-way holder can provide a positive message on the responsible use of renewable resources an public lands.

A bond will be required for solar energy development right-of-way grants to ensure compliance with the terms and conditions of t requirements of the regulations, including reclamation. The reclamation provisions within the POD should include not only remova structures, but also the reclamation of access roads and disturbed areas. The amount of the bond will consider potential reclamat the BLM.

The term length of the authorization is not limited by regulation; however, it should recognize the overall costs and useful life of s 2805.10(a)(3)). The term of the solar energy authorization for a commercial facility should not exceed the design life of the proje authorization may be renewed consistent with the provisions of the regulations (43 CFR 2807.22(a)). Other compatible uses may due to the intensive use of the site for PV or CSP facility equipment.

The right-of-way grant may be assigned consistent with the provisions of the regulations (43 CFR 2807.21(b)). However, all assi the BLM authorized officer and the qualifications of all assignees must comply with 43 CFR 2803.10 and the Due Diligence section requirements of the regulations (43 CFR2807.21(c)(1) and 43 CFR 2807.21(d)). The assignment shall not interfere with the BLM': conditions of the authorization or management of the associated public lands.

All final decisions issued by the authorized officer in connection to the authorization of solar energy projects can be appealed und 2801.10. It should also be noted that right-of-way grants are issued as full force and effect decisions (43 CFR 2801.10(b)) and w appeal period.

**Rental**

All solar energy right-of-way authorizations are subject to rent in accordance with this IM, unless they are specifically exempt fror regulation. Some holders or facilities may be exempt from rent pursuant to the Rural Electrification Act of 1936, as amended (43

The holder of a right-of-way authorization shall pay an annual rent established by the BLM using real estate appraisals and review Department of the Interior, Appraisal Services Directorate. The rents paid will be in conformance with 43 CFR 2806.10(a). The ap value of the rights to be conveyed and the lease of comparable lands in an early or similar stage of potential development, e.g., c land, as of the date of the appraisal. The procured appraisal and review report will be prepared on a site-specific basis and reflect rental payments. Since the rental payment reflects the full use of the public land for solar facilities, similar to a lease for industria additional royalty payments for electric generation.

The appraisal assignment to estimate annual rental should also include a request to identify an appropriate rental index for updat justification for the index should reflect normal market conditions for updating rental payments on similarly used land.

The rental payment will be phased in over a 3-year period to permit additional data collection that may be required after the appr and approval of a POD, and construction of the facility. The rent for the first year will be 25 percent of the BLM approved rent, 50 100 percent the third year.

## Competitive Interest

Right-of-way applications for solar energy development will generally be accepted and processed on a first-come, first-serve basis (43 CFR 2804.23(c)) provide authority for offering public lands under competitive bidding procedures for solar energy right-of-wa initiate a competitive process if a land use planning decision has specifically identified an area for competitive leasing. The BLM m interest and technical factors in determining whether to offer lands for competitive leasing. Competitive bidding will follow the pro 2804.23(c).

## Due Diligence

The BLM will discourage applicants from holding right-of-way authorizations for purposes of speculating, controlling, or hindering on public lands. Speculative interest can be mitigated by ensuring the applicant meets qualification requirements of the regulation requiring certain due diligence provisions in the right-of-way authorization for solar energy development.

The regulations clearly provide authority to require that the application include information on the applicant's technical and financ operate, maintain and terminate the solar energy facilities (43 CFR 2803.10(b)). This technical capability can be demonstrated by designing, constructing or successfully operating an energy generating project. Actual ownership, development, or successful man electric energy-related facilities within the last 5 years by the applicant would generally constitute evidence of financial capability. authority to deny the application if the applicant cannot demonstrate adequate technical ability to construct, operate, and mainta CFR 2804.26(a)(5)). The BLM may also deny an application if the applicant does not provide, in a timely manner, additional infor process an application or the cost recovery funds required by 43 CFR 2804.14.

In addition, the solar energy development right-of-way grant shall include a due diligence requirement for installation of facilities POD. If construction of solar energy facilities has not commenced within 3 years after the effective date of the grant, the right-of- BLM good cause as to the nature of any delay, evidence of progress toward beginning construction, and the anticipated date of st the holder to comply with the due diligence provisions of the solar energy development right-of-way grant provides the authorize terminate the authorization (43 CFR 2807.17).

## Environmental Review

The scope of the environmental analysis required by the National Environmental Policy Act (NEPA) for a solar energy developmen aspects of the solar project, including direct, indirect, and cumulative effects of the proposed action.

The scope of the NEPA analysis and the compliance requirements with the Endangered Species Act, the Migratory Bird Treaty Act, Preservation Act, and other laws for a solar energy development right-of-way application should address the installation and main water for steam generation and cooling purposes, oil or gas used by backup generators, thermal or electrical storage, turbines or electrical inverters and transmission facilities. The scope and level of site clearance should include the areas of proposed surface potentially affected by the project.

The level of NEPA analysis will be determined by project scoping and the anticipated potential impacts on the environment. The le amount of land needed for the solar energy collection and associated support facilities, the amount of surface to be disturbed, wa impacts on wildlife and other resources. It may be possible to combine the required environmental review process for a solar ene other required State or local environmental requirements. This would streamline the process and be consistent with Departmenta cooperation.

## LR 2000 Data Entry

Commodity code 975 will be used to identify solar energy applications and authorizations in LR 2000, the BLM case recordation sy entry will also identify under the comment section whether the authorization is for a PV or CSP facility. This will allow the BLM to activities on public land within LR 2000.

**Timeframe**: This policy is effective immediately.

**Background:** As part of an overall strategy to develop a diverse portfolio of domestic energy supplies for our future, the Nationa Energy Policy Act of 2005 (Public Law 109-58, August 8, 2005) encourage the development of renewable energy resources, which 211 of the Energy Policy Act of 2005 encourages the approval of at least 10,000 megawatts (MW) of non-hydropower renewable lands within the next 10 years.
Solar energy has significant potential in the western United States for converting the sun's light into electricity using technology t energy currently accounts for less than one percent of total U.S. electricity supply. As the cost of producing solar energy declines, in locating large solar power systems on public lands. Please refer to the attachment for additional information regarding PV and C

**Budget Impact:** The application of this policy will have a minimal budget impact. Any land use planning associated with this poli planning efforts. Land use plans will take into account the solar mapping data described under the Inventory and Planning section any solar energy commercial development will probably meet the criteria for full cost recovery. In addition, the BLM post authoriz subject to the cost recovery provisions of the regulations. These procedures will minimize any unnecessary budget and workload i

Case No. 1:20-cv-02484-MSK   Document 28-5   filed 04/27/21   USDC Colorado   pg 22 of 298

**Manual/Handbook Sections Affected:** Manual 2801, Right-of-Way Management and Handbook H-2801-1. Land Use Planning

**Coordination:** The Washington Office Planning, Assessment and Community Support Division (WO-210), the Property, Acquisiti[on] Division (WO-850), and the BLM State Offices were contacted to provide input on this policy prior to finalization.

**Contact:** Please direct any questions concerning the content of this IM to the Washington Office Division of Lands, Realty and Ca[dastral] Stamm, at 202- 452-5185; or rick_stamm@blm.gov.

Signed by:                                                          Authenticated by:
James M. Hughes                                            Robert M. Williams
Acting, Director                                               Division of IRM Governance,WO-560

1 Attachment
    1-Solar Energy Systems (2 pp)

Last updated: 10-21-2009

BLM_0008362

## Solar Energy Systems

There are two basic types of solar energy installations that produce electrical power: photovoltaic (PV) systems and commercial concentrating solar power (CSP) systems. These can be combined with natural gas or other fossil fueled power systems to form hybrid systems. To work effectively, the solar installations require consistent levels of sunlight (solar insolation) and would be backed up with battery, thermal, or other forms of energy storage.

Solar insolation is a measurement that has become increasingly more accurate in evaluating specific sites for solar energy installations. Solar insolation is the amount of sunlight hitting an area on the surface of the earth over a specific period of time. The higher the exposure of sun measured on an annual basis, the more electrical power can be produced.

The quality of the solar resource, over a month or a year, is an important indicator in determining the viability of a site for commercial solar development. Other site attributes include access to available water for concentrated solar power steam generation and cooling, proximity to electric transmission facilities, and site slope. The most promising areas for solar energy development on public lands are in Arizona, southern California, Nevada, and New Mexico. Parts of Utah and Colorado also have excellent levels of solar insolation.

### Photovoltaic Systems

PV systems use semiconductor materials similar to those in computer chips to capture the energy in sunlight and convert it directly into electricity. PV cells are electrically connected into a weather-tight module. These modules can be further connected to form an array which can include electrical connections, mounting hardware, power conditioning equipment, and batteries that store solar energy. The size of the array depends on the amount of sunlight and the needs of the customer. Large PV electrical generating systems have not generally been used for commercial utility applications due to the high upfront cost.

Most PV applications are small, use little or no land, and have minimal or no environmental impact since electricity created is generally used on-site or as part of an existing authorized use. They generally provide power to individual homes and small buildings. They are also found in rural areas on communication towers, water pumps, and road and traffic signs.

The environmental impact of small distributed PV systems is minimal, as they require no water for system cooling and generate no by-products. Most installations of solar PV systems are less than 5 kilowatts (kW) in capacity, and tend to be most cost-effectively applied in isolated locations where construction of electric transmission and distribution networks would be more costly. These types of solar PV systems will likely be installed on an existing facility or structure or as part of an existing authorization.

Attachment 1-1

BLM_0008363

**Concentrating Solar Power Plants**

CSP plants are generally large systems that use mirrors to focus sunlight to create high temperatures. The high temperatures generated by the focused sunlight are used to generate electricity either by a heat engine causing gas to expand and move a piston or by a conventional power cycle using boiling water to create steam that turns a turbine. For a steam-driven CSP system, facilities include a solar collection system, a system for transferring the collected energy to a working fluid or to a storage system, and a system such as a turbo-generator for converting the thermal energy to electricity. Many of these power plants have a hybrid solar/fossil fuel capability that can be used during periods of low solar energy. Many also include thermal storage. These capabilities enable CSP plants to supply energy to a utility grid when it is most needed (day or night).

The lands having the best solar resources are usually arid or semi-arid. Unlike PV systems, CSP systems require sunlight that is not diffused by clouds. This limits their use to the West, with the southwest possessing some of the best solar energy resources.

There are currently three different types of centralized CSP systems: parabolic trough, solar "power tower", and solar dish. These systems require relatively flat land with slopes not exceeding three percent to accommodate the solar collectors. The area of land required depends on the type of plant, but it is about five acres per produced megawatt (MW). It is anticipated that a commercial scale CSP facility may be in the range of 100 MW or larger and will require in excess of 500 acres. This large land base requirement can involve significant surface disturbance with an associated potential impact on a variety of resources and resource uses on the public lands. These types of facilities also require roads, water, protection from gusty winds, and security fencing. Electricity generated is sold to the utility under a power purchase agreement.

Additional information on solar energy technology is available from the Department of Energy at http://www.eere.energy.gov/RE/solar.html or the National Renewable Energy Laboratory (NREL) at http://www.nrel.gov

Attachment 1-2



BLM

June 2007

# Final

# *Vegetation Treatments*

## on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Report

*Abstract, Executive Summary, Chapters 1 through 7, and Appendixes*

**U.S. Department of the Interior**
**Bureau of Land Management**
FES 07-21




BLM_0008365



Public Lands Managed by the Bureau of Land Management

BLM-managed lands

BLM-administered minerals underlying federal surface (excluding National Park Service and Fish and Wildlife Service units)

BLM National Monument

BLM National Conservation, Recreation, and Protection Areas (National Conservation Areas, National Recreation Areas, Outstanding Natural Areas, and Cooperative Management and Protection Areas)

Tribal lands where the BLM has trust responsibility for mineral operations

BLM State Office

State boundaries

BLM Headquarters

In the Eastern United States, the BLM manages 40 million acres of subsurface mineral estate and 30,000 acres of surface, mostly small isolated parcels scattered throughout 31 states.

Eastern States are administered by the Eastern States Office in Springfield, VA.

Today, the BLM administers 261.8 million acres of public lands located primarily in 12 western states, including Alaska.

The agency administers 700 million acres of subsurface mineral estate located throughout the country.

BLM_0008366



The **Bureau** *of* **Land Management** *Today*

**Our Vision**
To enhance the quality of life for all citizens through the balanced stewardship of America's public lands and resources.

**Our Mission**
To sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.

**Our Values**
To serve with honesty, integrity, accountability, respect, courage, and commitment to make a difference.

**Our Priorities**
To improve the health and productivity of the land to support the BLM multiple-use mission.

To cultivate community-based conservation, citizen-centered stewardship, and partnership through consultation, cooperation, and communication.

To respect, value, and support our employees, giving them resources and opportunities to succeed.

To pursue excellence in business practices, improve accountability to our stakeholders, and deliver better service to our customers.

BLM_0008367

Case No. 1:20-cv-02484-MSK   Document 28-5   filed 04/27/21   USDC Colorado   pg 28 of 298

Bureau of Land Management
Vegetation EIS
P.O. Box 12000
Reno, NV 89520-0006
Tel:  775-861-6645
Website address: *www.blm.gov*


Bureau of Land Management
Rangeland, Soils, Water, and Air Group
DOI/BLM WO-220, 201LS
1849 C Street, NW
Washington, DC 20240

Cover Photos and Photo Credits

1. Arrowleaf balsamroot (*Balsamorhiza sagittata*) in bloom near Elko, Nevada
   (courtesy of Stan White, Bureau of Land Management Volunteer)

2. Chainsaw cutting (courtesy of Kari Greer, National Interagency Fire Center)

3. Prescribed fire (courtesy of Bryan Day, National Interagency Fire Center)

4. Sheep removing leafy spurge (*Euphorbia esula*) (courtesy of Team Leafy Spurge)

Covers, spines, and CD labels layout and design provided by the BLM National Science
and Technology Center.

BLM/WO/GI-07/010+6711

BLM_0008368

Final Programmatic Environmental Report

# Vegetation Treatments on Bureau of Land Management Lands in 17 Western States

Prepared by

## Bureau of Land Management
Nevada State Office
Reno, Nevada

June 2007

BLM_0008369

BLM_0008370

# TABLE OF CONTENTS AND LISTS OF TABLES, FIGURES, AND MAPS

BLM_0008371

BLM_0008372

# TABLE OF CONTENTS

**Chapter 1.  Purpose of the Environmental Report** ....................................................................................1-1
    Introduction ........................................................................................................ 1-1
    Organization of the Vegetation Treatments Assessments.................................... 1-2
    Program Objectives and Goals............................................................................ 1-3
    Background.......................................................................................................... 1-3
  Scope of Report...........................................................................................................1-6
    Determination of Treatment Acreages................................................................ 1-7
  Documents that Influence the Scope of the PER ........................................................1-7
  Relationship to Statutes, Regulations, and Policies ...................................................1-8
    Federal Laws, Regulations, and Policies that Influence Vegetation Treatments ................. 1-8
    Relationships among Land Use, Land Use Planning, Land Health Standards,
    Ecosystem Functionality, and Vegetation Treatments........................................ 1-10
    Interrelationships and Coordination with Agencies ........................................... 1-10
    National Level Coordination............................................................................... 1-10
    State and County Level Coordination.................................................................. 1-11
    Non-governmental Organizations........................................................................ 1-12
    Cooperative Weed Management Areas ............................................................... 1-12
  Consultation ...............................................................................................................1-12
  Preview of Remainder of PER....................................................................................1-13

**Chapter 2.  Vegetation Treatment Programs, Policies, and Methods.......................................................2-1**
  Programs, Policies, and Initiatives Influencing Vegetation Treatment Activities ...........................2-1
    Program Goals.................................................................................................... 2-1
    Planning and Management at the National Level ............................................... 2-1
  Vegetation Treatment Planning and Management....................................................2-9
    Land Use Planning ............................................................................................ 2-9
    Site Selection and Treatment Priorities .............................................................. 2-10
  Vegetation Treatment Methods .................................................................................. 2-12
    Vegetation Treatment Method Selection ........................................................... 2-12
    Fire Use.............................................................................................................. 2-13
    Mechanical Treatment....................................................................................... 2-14
    Manual Treatment ............................................................................................. 2-15
    Biological Control .............................................................................................. 2-16
    Herbicides .......................................................................................................... 2-17
  Vegetation Treatment Standard Operating Procedures and Guidelines ........................................ 2-20
    Prevention of Weeds and Early Detection and Rapid Response ....................... 2-20
    Revegetation ...................................................................................................... 2-25
    Treatment-specific Standard Operating Procedures and Guidelines .................. 2-29
  Special Precautions .................................................................................................... 2-29
    Special Status Species ........................................................................................ 2-29
    Wilderness Areas ............................................................................................... 2-30
    Cultural Resources ............................................................................................. 2-30
  Monitoring................................................................................................................. 2-45
    Monitoring Guidance used by BLM in Vegetation Management ...................... 2-46
    Monitoring Methods and Research .................................................................... 2-48
  Coordination and Education ...................................................................................... 2-48

## TABLE OF CONTENTS

**Chapter 3.  Public Land Resources** .......................................................................................................... 3-1
 Introduction and Study Area ........................................................................................................... 3-1
 Land Use and Ecoregions ............................................................................................................... 3-1
  Land Use .................................................................................................................................. 3-1
  Ecoregions ............................................................................................................................... 3-1
 Climate ............................................................................................................................................ 3-2
  Tundra Ecoregion .................................................................................................................... 3-2
  Subarctic Ecoregion ................................................................................................................ 3-2
  Subtropical Steppe Ecoregion ................................................................................................ 3-2
  Subtropical Desert Ecoregion ................................................................................................. 3-2
  Temperate Steppe Ecoregion .................................................................................................. 3-2
  Temperate Desert Ecoregion ................................................................................................... 3-2
  Mediterranean Ecoregion ........................................................................................................ 3-3
  Marine Ecoregion .................................................................................................................... 3-3
  Mountain Provinces ................................................................................................................. 3-3
 Air Quality ...................................................................................................................................... 3-3
  Visibility Protection in Mandatory Federal Class I Areas ..................................................... 3-4
  Smoke Management Policies and Regulations ....................................................................... 3-6
  Wildland Fires, Prescribed Fire, and Wildland Fire Use ....................................................... 3-7
  Standard Operating Procedures for Managing Prescribed Burning ....................................... 3-7
  Herbicide Drift ........................................................................................................................ 3-7
 Topography, Geology, Minerals, Oil, and Gas .............................................................................. 3-8
  Tundra Ecoregion .................................................................................................................... 3-8
  Subarctic Ecoregion ................................................................................................................ 3-8
  Temperate Desert Ecoregion ................................................................................................... 3-8
  Subtropical Desert Ecoregion ................................................................................................. 3-8
  Temperate Steppe Ecoregion .................................................................................................. 3-8
  Subtropical Steppe Ecoregion ................................................................................................ 3-8
  Mediterranean Ecoregion ........................................................................................................ 3-9
  Marine Ecoregion .................................................................................................................... 3-9
 Soil Resources ................................................................................................................................ 3-9
  Biological Soil Crusts ............................................................................................................. 3-10
  Micro and Macroorganisms ..................................................................................................... 3-11
  Soil Erosion ............................................................................................................................. 3-11
  Soil Compaction ...................................................................................................................... 3-12
 Water Resources and Quality ......................................................................................................... 3-12
  Water Resources ...................................................................................................................... 3-12
  Water Quality ........................................................................................................................... 3-16
 Wetland and Riparian Areas .......................................................................................................... 3-19
 Vegetation ....................................................................................................................................... 3-20
  Ecological Processes that Underlie the Effects of Fire on Flora ............................................ 3-20
  Fire Ecology and Vegetation by Ecoregion ............................................................................ 3-25
  Vegetation Condition and Fire Regimes ................................................................................. 3-39
  Noxious Weeds and other Invasive Vegetation ...................................................................... 3-40
  Special Status Species ............................................................................................................. 3-42
 Fish and Other Aquatic Organisms ................................................................................................ 3-43
  Alaska and the Pacific Northwest ........................................................................................... 3-44
  The Arid Environment ............................................................................................................. 3-44
  The Upper Colorado River Basin ............................................................................................ 3-47
  California .................................................................................................................................. 3-47
  Missouri River Basin ............................................................................................................... 3-48

BLM_0008374

Special Status Species ................................................................................. 3-48
Wildlife Resources ........................................................................................... 3-49
    Tundra Ecoregion ....................................................................................... 3-49
    Subarctic Ecoregion .................................................................................. 3-50
    Temperate Desert Ecoregion ..................................................................... 3-51
    Subtropical Desert Ecoregion ................................................................... 3-52
    Temperate Steppe Ecoregion ..................................................................... 3-53
    Subtropical Steppe Ecoregion ................................................................... 3-54
    Mediterranean Ecoregion .......................................................................... 3-55
    Marine Ecoregion ...................................................................................... 3-55
    Special Status Species ............................................................................... 3-57
Livestock ......................................................................................................... 3-57
Wild Horses and Burros ................................................................................... 3-57
Paleontological and Cultural Resources ........................................................... 3-58
    Paleontological Resources ......................................................................... 3-58
    Cultural Resources ..................................................................................... 3-58
    American Indian and Alaska Native Cultural Resources ............................ 3-59
    European Settlement Resources ................................................................. 3-67
    Important Plant Uses and Species Used by American Indians and Alaska Natives ......... 3-68
Visual Resources .............................................................................................. 3-68
Wilderness and Other Special Areas ................................................................. 3-70
Recreation ........................................................................................................ 3-72
Rights-of-way, Facilities, and Roads ................................................................ 3-74
    Rights-of-way ............................................................................................ 3-74
    Facilities and Roads .................................................................................. 3-75
Social and Economic Values ............................................................................ 3-75
    Social/Demographic Environment ............................................................ 3-75
    Economic Environment ............................................................................. 3-76
    Revenues Generated by BLM Lands ......................................................... 3-76
    Expenditures by the BLM .......................................................................... 3-79
Human Health and Safety ................................................................................. 3-82
    Background Health Risks ........................................................................... 3-82
    Risks from Diseases ................................................................................... 3-84
    Risks from Injuries .................................................................................... 3-85
    Risks from Cancer ..................................................................................... 3-86
    Risk from Using Herbicides on Public Lands ........................................... 3-86
    Risk from Wildfire Control on Public Lands ............................................ 3-86

Chapter 4.  Effects of Vegetation Treatments ................................................................ 4-1
Introduction ..................................................................................................... 4-1
    Subsequent Analysis before Projects are Initiated .................................... 4-2
Program Goals by Ecoregion ............................................................................ 4-3
Land Use .......................................................................................................... 4-3
Air Quality ....................................................................................................... 4-4
    Scoping Comments and Other Issues Evaluated in Assessment ................ 4-4
    Resource Program Goals ........................................................................... 4-4
    Standard Operating Procedures ................................................................. 4-4
    Adverse Effects of Treatments .................................................................. 4-5
    Beneficial Effects of Treatments ............................................................... 4-10
Soil Resources ................................................................................................. 4-11
    Scoping Comments and Other Issues Evaluated in Assessment ................ 4-11
    Resource Program Goals ........................................................................... 4-11

BLM_0008375

TABLE OF CONTENTS

Standard Operating Procedures .......................................................................4-11
Adverse Effects of Treatments .......................................................................4-12
Beneficial Effects of Treatments .....................................................................4-18
Water Quality and Quantity .................................................................................. 4-20
Introduction ...................................................................................................4-20
Scoping Comments and Other Issues Evaluated in Assessment .......................4-20
Resource Program Goals .................................................................................4-20
Standard Operating Procedures .......................................................................4-21
Adverse Effects of Treatments .......................................................................4-21
Beneficial Effects of Treatments .....................................................................4-25
Wetlands and Riparian Areas................................................................................ 4-27
Scoping Comments and Other Issues Evaluated in Assessment .......................4-27
Resource Program Goals .................................................................................4-27
Standard Operating Procedures .......................................................................4-28
Adverse Effects of Treatments .......................................................................4-28
Beneficial Effects of Treatments .....................................................................4-31
Vegetation ........................................................................................................... 4-33
Scoping Comments and Other Issues Evaluated in Assessment .......................4-33
Resource Program Goals .................................................................................4-33
Standard Operating Procedures .......................................................................4-34
Adverse Effects of Treatments .......................................................................4-35
Beneficial Effects of Treatments .....................................................................4-53
Effects to Special Status Plant Species...........................................................4-56
Fish and Other Aquatic Organisms ....................................................................... 4-59
Scoping Comments and Other Issues Evaluated in Assessment .......................4-60
Resource Program Goals .................................................................................4-60
Standard Operating Procedures .......................................................................4-60
Adverse Effects of Treatments .......................................................................4-60
Beneficial Effects of Treatments .....................................................................4-68
Effects to Special Status Fish and Other Aquatic Organisms ...........................4-70
Wildlife Resources ............................................................................................... 4-74
Scoping Comments and Other Issues Evaluated in Assessment .......................4-74
Resource Program Goals .................................................................................4-75
Standard Operating Procedures .......................................................................4-75
Adverse Effects of Treatments .......................................................................4-75
Beneficial Effects of Treatments .....................................................................4-85
Effects to Special Status Wildlife Species.......................................................4-91
Livestock ............................................................................................................. 4-94
Scoping Comments and Other Issues Evaluated in Assessment .......................4-95
Resource Program Goals .................................................................................4-95
Standard Operating Procedures .......................................................................4-95
Adverse Effects of Treatments .......................................................................4-96
Beneficial Effects of Treatments .....................................................................4-97
Wild Horses and Burros ....................................................................................... 4-99
Scoping Comments and Other Issues Evaluated in Assessment .......................4-99
Resource Program Goals .................................................................................4-99
Standard Operating Procedures .......................................................................4-99
Adverse Effects of Treatments .....................................................................4-100
Beneficial Effects of Treatments ...................................................................4-101
Paleontological and Cultural Resources .............................................................. 4-102
Scoping Comments and Other Issues Evaluated in Assessment .....................4-102

BLM_0008376

Resource Program Goals ............................................................................................... 4-102
Standard Operating Procedures ..................................................................................... 4-102
Adverse Effects of Treatments ...................................................................................... 4-104
Beneficial Effects of Treatments .................................................................................. 4-108
Visual Resources ................................................................................................................. 4-110
Scoping Comments and Other Issues Evaluated in Assessment ................................... 4-110
Resource Program Goals ............................................................................................... 4-111
Standard Operating Procedures ..................................................................................... 4-111
Adverse Effects of Treatments ...................................................................................... 4-112
Beneficial Effects of Treatments .................................................................................. 4-114
Wilderness and Special Areas ............................................................................................ 4-114
Scoping Comments and Other Issues Evaluated in Assessment ................................... 4-115
Resource Program Goals ............................................................................................... 4-115
Standard Operating Procedures ..................................................................................... 4-115
Adverse Effects of Treatments ...................................................................................... 4-116
Beneficial Effects of Treatments .................................................................................. 4-118
Recreation ........................................................................................................................... 4-118
Scoping Comments and Other Issues Evaluated in Assessment ................................... 4-119
Resource Program Goals ............................................................................................... 4-119
Standard Operating Procedures ..................................................................................... 4-119
Adverse Effects of Treatments ...................................................................................... 4-119
Beneficial Effects of Treatments .................................................................................. 4-122
Social and Economic Values .............................................................................................. 4-122
Scoping Comments and Other Issues Evaluated in Assessment ................................... 4-123
Resource Program Goals ............................................................................................... 4-123
Standard Operating Procedures ..................................................................................... 4-124
Adverse Effects of Treatments ...................................................................................... 4-124
Beneficial Effects of Treatments .................................................................................. 4-129
Human Health and Safety ................................................................................................... 4-134
Scoping Comments and Other Issues Evaluated in Assessment ................................... 4-134
Resource Program Goals ............................................................................................... 4-134
Standard Operating Procedures ..................................................................................... 4-135
Adverse Effects of Treatments ...................................................................................... 4-135
Beneficial Effects of Treatments .................................................................................. 4-139

**Chapter 5.  References** ............................................................................................................ 6-1

**Chapter 6.  Glossary** ................................................................................................................ 7-1

**Chapter 7.  Index** ..................................................................................................................... 8-1

BLM_0008377

TABLE OF CONTENTS

# List of Tables

2-1   Herbicide Active Ingredients Proposed, Evaluated, and included in Current Environmental Impact Statements of the Bureau of Land Management................................................................................. 2-21
2-2   Herbicides Approved and Proposed for Use on Public Lands ................................................................ 2-22
2-3   States in which Herbicides are Approved for Use on Public Lands Based Upon Current Environmental Impact Statements, Court Injunctions, and Changes in Registration Status........................ 2-24
2-4   Weed Prevention Measures .................................................................................................................... 2-28
2-5   Vegetation Treatment Methods Standard Operating Procedures and Guidelines ................................... 2-31
3-1   Acres of Public Lands in 17 Western States and Percent of Lands in the State Administered by the BLM.................................................................................................................................................3-1
3-2   National Ambient Air Quality Impact Significance Criteria ...................................................................3-4
3-3   Counties within the Treatment Area that are Designated Nonattainment or Maintenance Areas for Various Pollutants ...........................................................................................................................3-5
3-4   Vegetation Classification System .........................................................................................................3-27
3-5   Estimated Acres of Weed Infestations on Public Lands in 2000...........................................................3-43
3-6   Grazing Permits and Leases in Force and Active Animal Unit Months during Fiscal Year 2005 .........3-58
3-7   Wild Horses and Burros on Public Lands in Fiscal Year 2005 .............................................................3-59
3-8   Interpreted Paleontological Sites on Public Lands................................................................................3-60
3-9   Cultural Resources on Public Lands......................................................................................................3-61
3-10  Culture Areas, Prehistoric Occupation Periods, and Selected Common Site Types.............................3-62
3-11  European Settlement Resource Types ...................................................................................................3-69
3-12  Visual Resource Management (VRM) Classes, Objectives, and Appropriate Management Activities...............................................................................................................................................3-71
3-13  National Landscape Conservation System and Other Special Designation Areas on Public Lands as of September 2005 .................................................................................................................3-73
3-14  Estimated Recreation Use of Public Lands during Fiscal Year 2005....................................................3-74
3-15  Population, Age Distribution, and Race in the Western States and Alaska ...........................................3-77
3-16  Percent Unemployment for the Western U.S. and Alaska.....................................................................3-78
3-17  Percent Employment by Industry in 2004 ............................................................................................3-79
3-18  Revenues Generated from Public Lands by Source for Fiscal Year 2005 .............................................3-80
3-19  Estimated Benefits to Local Economies by Recreation on Public Lands during Fiscal Year 2005 ......3-80
3-20  Summary of BLM Jobs and Expenditures for the Management of Lands and Resources Program by Activity and Subactivity ....................................................................................................3-81
3-21  BLM Wildland Fire Suppression Expenditures Fiscal Year 1998 through Fiscal Year 2005...............3-82
3-22  BLM Action Fires Larger than 10,000 Acres during 1999 to 2005 .....................................................3-82
3-23  Herbicide Uses and Costs for Vegetation Treatments on Public Lands during 2005 ...........................3-83
3-24  BLM Payments to States and Local Governments during Fiscal Year 2005 ........................................3-84
3-25  Mortality Rates (per 100,000 Population) and Causes of Death by State 2002-2003...........................3-85
4-1   Emission Factors for Particulate Matter as a Function of Fire Behavior ............................................... 4-7
4-2   Emission Factors for Prescribed Burning by Fuel Type ........................................................................ 4-8
4-3   Example Particulate Concentration Analysis by Treatment Method ...................................................... 4-9
4-4   Emissions Summary for Vegetation Treatment Activities ....................................................................4-10
4-5   Effects of Fire on Representative Invasive Species ..............................................................................4-37
4-6   Plant Communities and Their Tolerance to Fire ..................................................................................4-38
4-7   Trees, Their Fire Resistance, and Their Ability to Regenerate after Fire.............................................4-39
4-8   Generalized Influence of Selected Brush Control Treatments on Vegetation.......................................4-41
4-9   Percentage of Acres Projected to be Treated Using Fire in Each Ecoregion for Each Vegetation Subclass ...............................................................................................................................................4-42
4-10  Percentage of Acres Projected to be Treated Using Mechanical Methods in Each Ecoregion for Each Vegetation Subclass ...............................................................................................................4-46

BLM_0008378

4-11    Percentage of Acres Projected to be Treated Using Manual Methods in Each Ecoregion for Each Vegetation Subclass ............................................................................................................... 4-50
4-12    Percentage of Acres Projected to be Treated Using Biological Control Methods in Each Ecoregion for Each Vegetation Subclass.............................................................................. 4-52
4-13    Percentage of Acres Projected to be Treated Using Chemicals in Each Ecoregion for Each Vegetation Subclass ............................................................................................................... 4-53
4-14    Percentage of Vegetation Treatments, Large-scale Vegetation Treatments, and Visitor Use Days, for Each State/Region.......................................................................................................... 4-121

## List of Figures

1-1     Acres of Public Land Burned Annually by Wildfires since 1990 .......................................... 1-4
1-2     Relationships among Land Use Planning Activities and Vegetation Treatments PER and PEIS ........ 1-12
1-3     Organization of the Programmatic ER................................................................................... 1-14
2-1     National Early Warning and Rapid Response System for Invasive Plants ........................... 2-27
3-1     Relationship between Area Occupied by Invasive Species and Time................................... 3-41

## List of Maps
### (located at the end of the chapter)

1-1     Public Lands Administered by the Bureau of Land Management ........................................ 1-15
3-1     Ecoregion Divisions .......................................................................................................... 3-87
3-2     Class I Areas...................................................................................................................... 3-89
3-3     Oil and Gas Wells on Public Lands .................................................................................... 3-91
3-4     Soil Orders on Public Lands .............................................................................................. 3-93
3-5     Hydrologic Regions............................................................................................................ 3-95
3-6     Watershed Surface Water Quality on Public Lands ........................................................... 3-97
3-7     General Groundwater Quality on Public Lands .................................................................. 3-99
3-8     Vegetation Types and Ecoregions on Public Lands in Alaska ........................................ 3-101
3-9     Vegetation Types and Ecoregions on Public Lands in the Western U.S........................... 3-103
3-10    Fire Regime Condition Classes on Public Lands ............................................................. 3-105
3-11    Native Areas of Western North America........................................................................... 3-107
3-12    National Landscape Conservation System Areas............................................................. 3-109

TABLE OF CONTENTS

# Appendixes

**Appendix A. Common and Scientific Names of Plants and Animals Given in This Programmatic ER** ........................................................................................................................ **A-1**

**Appendix B. Manuals and Handbooks** ........................................................................................ **B-1**

**Appendix C. Tribal and Agency Consultation** ........................................................................... **C-1**

**Appendix D. Native American and Alaska Native Resource Uses** .......................................... **D-1**
Introduction ............................................................................................................................. D-1
Applicable Laws and Regulations ......................................................................................... D-1
Methods .................................................................................................................................... D-2
Results ...................................................................................................................................... D-3
    Concerns of Native American Tribes and Alaska Native Groups ........................ D-3
    Indian Trust Responsibilities and Rights .............................................................. D-3
    Opportunities of Native Americans and Alaska Natives to Pursue Traditional Subsistence Lifeways, Practices, and Activities ................................................ D-4
    Management of Vegetation by Native Americans ................................................ D-4
    Important Plant Uses and Species Used by Native Americans and Alaska Natives ........... D-5
    Ethnographic Overviews by State and Cultural Area .......................................... D-5
References ............................................................................................................................... D-17

**Appendix E. Cultural Resources** ................................................................................................. **E-1**
Introduction ............................................................................................................................ E-1
Review of Legislation and Regulations ............................................................................... E-1
Prehistoric Culture Area Summaries and Associated Cultural Resource Site Types ......... E-2
    Arctic and Subarctic (Alaska) ............................................................................... E-3
    Northwest Coast ...................................................................................................... E-4
    California .................................................................................................................. E-6
    Great Basin .............................................................................................................. E-7
    Southwest ................................................................................................................ E-7
    Plains ....................................................................................................................... E-9
    Plateau ................................................................................................................... E-10
Historic Cultural Resource Sites and Site Types .............................................................. E-11
    Historic Cultural Resource Sites and Site Types .............................................. E-11
Cultural Resources Data Summary ..................................................................................... E-12
References ............................................................................................................................. E-19

**Appendix F. Special Status Species List** .................................................................................... **F-1**

BLM_0008380

# List of Tables

D-1   States, Ecoregions, and Culture Areas for BLM Vegetation Treatment Areas ..............................................D-6
E-1   States, Ecoregions, and Culture Areas for BLM Vegetation Treatment Areas ..............................................E-3
E-2   European and American Contact in Western North America..................................................................... E-11
E-3   Historic Site Types ......................................................................................................................................... E-13
E-4   BLM Acreage, Cultural Resource Survey Areas, and Cultural Resources Recorded by State Office ......... E-15
E-5   Culture Areas, Prehistoric Occupation Periods, and Selected Common Site Types for
       BLM Vegetation Treatment Areas................................................................................................................. E-16

# List of Figures

D-1   Native Areas of Western North America ........................................................................................................D-7
E-1   Native Areas of Western North America ....................................................................................................... E-5



Source: USDI BLM 2001b
Note:   Coverage for BLM-administered lands is not available
         for Texas, Nebraska, or Oklahoma

BLM-administered Lands

### Map 1-1
### Public Lands Administered by the Bureau of Land Management

1-15

BLM_0008382



Source: Bailey 1997
Note:   Coverage for BLM-administered lands is not available
        for Texas, Nebraska, or Oklahoma

Map 3-1
Ecoregion Divisions

BLM_0008383



Source: USDI National Park Service 1998-2006
Note: Coverage for BLM-administered lands is not available for Texas, Nebraska, or Oklahoma

Class I Areas

BLM-administered Lands

Map 3-2
Class I Areas

BLM_0008384



Source: U.S. Geological Survey 1996b
Note:   Data are not available for North Dakota and South Dakota.
The Alaska data set does not include information on mixed
and dry wells.

- Oil Production
- Gas Production
- Mixed Production
- Dry Well
- BLM-Administered Lands

Map 3-3
Oil and Gas Wells on Public Lands

BLM_0008385



Source: USDA Natural Resources Conservation Service 2000
Note:   Data are not available for North and South Dakota, Nebraska, Oklahoma, or Texas

| | | |
|---|---|---|
| Alfisols | | Inceptisols |
| Aridisols | | Mollisols |
| Andisols | | Rock |
| Entisols | | Spodosols |
| Gelisols | | Ultisols |
| Histosols | | Vertisols |
| Ice | | |

Map 3-4
Soil Orders on Public Lands

BLM_0008386



Source: U.S. Geological Survey 1994a, b
Note: Coverage for BLM-administered lands is not available for Texas, Nebraska, or Oklahoma

1 - Alaska
2 - Pacific Northwest
3 - California
4 - Upper Colorado
5 - Lower Colorado
6 - Rio Grande
7 - Missouri
8 - Great Basin
9 - Arkansas-White-Red
☐ Hydrologic Regions
▩ BLM-administered Lands

Map 3-5
Hydrologic Regions

BLM_0008387



Source: USEPA 1999b

Note:   Coverage for BLM-administered lands is not available
for Texas, Nebraska, or Oklahoma

Good

Moderate

Poor

No Data Available

Map 3-6
Watershed Surface Water Quality on Public Lands

3-97

BLM_0008388



Map 3-7
General Groundwater Quality on Public Lands

3-99

BLM_0008389

Source: USDI BLM 2002b; U.S. Geological Survey 2002c

| | |
|---|---|
| | Evergreen Forest |
| | Deciduous Forest |
| | Mixed Evergreen - Deciduous Forest |
| | Evergreen Woodland |
| | Deciduous Woodland |
| | Mixed Evergreen - Deciduous Woodland |
| | Deciduous Shrubland |
| | Deciduous Dwarf-Shrubland |
| | Perennial Graminoid |
| | Riparian / Wetland |
| | Other |

Map 3-8
Vegetation Types and Ecoregions on Public Lands in Alaska

3-101

BLM_0008390



Map 3-9
Vegetation Types and Ecoregions on Public Lands in the Western U.S.

BLM_0008391



Source: U.S. Geological Survey 2006
Note:   Coverage for BLM-administered lands is
not available for Texas, Nebraska, or Oklahoma

Condition Class 1
Condition Class 2
Condition Class 3
Water
Snow/Ice
Barren
Developed
Agriculture
Wetlands
Unclassified

0  50 100    200    300    400
Miles

Map 3-10
Fire Regime Condition Classes on Public Lands

3-105

BLM_0008392



Map 3-11
Native Areas of Western North America

3-107

BLM_0008393



Source: USDI BLM 2004d
Note:   Coverage for BLM-administered lands is not available
        for Texas, Nebraska, or Oklahoma

National Monuments

Wilderness Study Areas

Wilderness Areas

National Conservation Areas, Forest
Reserves, Cooperative Management
and Protection Areas, National
Recreation Areas

Wild and Scenic Rivers

BLM-administered Lands

Map 3-12
National Landscape Conservation System Areas

BLM_0008394

# EXECUTIVE SUMMARY

BLM_0008395

BLM_0008396

Case No. 1:20-cv-02484-MSK   Document 28-5   filed 04/27/21   USDC Colorado   pg 57 of 298

EXECUTIVE SUMMARY

# EXECUTIVE SUMMARY

## Introduction

The Bureau of Land Management (BLM), an agency of the U.S. Department of the Interior (USDI), manages vegetation on nearly 261 million acres (public lands) in 17 states in the western U.S., including Alaska. Management and control of vegetation on public lands for resource and habitat enhancement is an important function of this agency, including management to reduce the risk of wildfires to people and their property. Management and control of vegetation for resource and habitat enhancement is accomplished using a variety of treatment methods, including, but not limited to: herbicides, prescribed fire and wildland fire use for resource benefit (collectively termed "fire use"), manual and mechanical methods, and biological controls such as insects, pathogens, and domestic grazing animals.

The BLM is proposing to increase the number of acres of vegetation treated annually from approximately 2 million to 6 million. Treatments would occur in 17 western states in the U.S., including Alaska. The action would reduce the risk of catastrophic wildfires by reducing hazardous fuels, restoring fire-damaged lands, and improving ecosystem health by 1) controlling weeds and invasive species; and 2) manipulating vegetation to benefit fish and wildlife habitat, improve riparian and wetland areas, and improve water quality in priority watersheds.

This *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Report* (PER), discloses the general effects on the environment of using non-herbicide treatment methods, including fire use, and mechanical, manual, and biological control methods, to treat hazardous fuels, invasive species, and other unwanted or competing vegetation.

A separate *Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement* (PEIS) analyzes the effects of herbicide use on humans, plants, animals, and other environmental and social resources associated with public lands. The PEIS analysis provides the basis for a programmatic Endangered Species Act (ESA) Section 7 consultation with the U.S. Fish and Wildlife Service and National

Oceanic and Atmospheric Administration National Marine Fisheries Service on the potential effects of treatments on plant and animal special status species.

## Background

In recent years, the severity and intensity of wildfires in the West has increased dramatically from levels in the 1970s and 1980s; currently, a million or more acres burn annually. Changes in the vegetation on public lands have resulted in increases in hazardous flammable fuels.

Much of the increase in hazardous fuels can be attributed to fire exclusion policies over the past 100 years. Contributors to the change include intermittent and long-term drought over the past 40 years and an increase in the spread of noxious weed species and other invasive vegetation. Invasive species are the dominant vegetation on an estimated 35 million acres of public lands. The estimated rate of weed spread on western public lands in 1996 was 2,300 acres per day. Invasive vegetation and noxious weeds degrade or reduce soil productivity, water quality and quantity, native plant communities, wildlife habitat, wilderness values, recreational opportunities, and livestock forage, and are detrimental to the agriculture and commerce of the U.S. and to public health. Weed infestations can become permanent if left untreated.

In response to the threats of wildfire and invasive species, the President and Congress have directed the USDI and BLM, through implementation of the *National Fire Plan*, and the *Healthy Forests Restoration Act of 2003*, to take more aggressive actions to reduce catastrophic wildfire risk on public lands. The actions would be taken to protect life and property, and to manage vegetation in a manner that provides for long-term economic sustainability of local communities, improved habitat and vegetation conditions for fish and wildlife, and other public land uses.

The BLM last assessed its use of vegetation treatment methods during the late 1980s and early 1990s by preparing Environmental Impact Statements (EISs) and Records of Decision (RODs) that covered vegetation treatment activities in 14 western states in the continental U.S. These EISs evaluated the

EXECUTIVE SUMMARY

environmental impacts associated with vegetation control and modification from use of herbicides, in addition to other treatment methods—manual, mechanical, and biological control methods, and use of fire on approximately 500,000 acres of public lands a year in the western U.S. The EISs also evaluated the risks to human health and non-target species associated with using 20 herbicide active ingredients on these public lands.

To maintain and improve the effectiveness of its vegetation management practices, this PER supports the BLM's intent to continue to use, and increase the use of, a variety of fire and non-fire treatment methods to reduce hazardous fuels, control unwanted vegetation, and improve habitat and resource conditions. These actions will be accomplished primarily through the proactive use of herbicides, prescribed fire, wildland fire for resource benefit, manual and mechanical methods, and biological controls that have been approved for use on public lands through previous EIS Records of Decision addressing vegetation control.

## Program Objectives and Goals

The goals of vegetation management are to sustain the condition of healthy lands, and, where land conditions have degraded, to restore desirable vegetation to more healthy conditions. Eventually, the number of acres needing treatment should be reduced as a result of overall improvement in conditions.

Concurrently, public lands must be administered under the principles of multiple use and sustained yield in accordance with the intent of Congress as stated in the Federal Land Policy and Management Act of 1976 (FLPMA). Thus, vegetation must be managed to protect and enhance the health of the land while providing a source of food, timber, and fiber for domestic needs. Land-disturbing activities must be conducted in a manner that minimizes ecosystem fragmentation and degradation, and lands should be rehabilitated, when necessary, to safeguard the long-term diversity and integrity of the land.

The BLM is increasing the number of acres treated annually from nearly 2 million up to 6 million to respond to Presidential and Congressional mandates to reduce the risk of wildfire by reducing the occurrence of hazardous fuels, especially in the wildland urban interface, restoring fire-adapted ecosystems, and repairing lands damaged by fire. Public lands that are

subject to these mandates total about 5 million acres annually. The remaining 1 million acres would be treated based on the needs of other programs within the BLM.

When developing treatment objectives on the national and local level, the BLM will 1) take actions to prevent or minimize the need for vegetation controls, where feasible; 2) use effective non-chemical methods of vegetation control, where feasible; and 3) use herbicides only after considering the effectiveness of all potential methods.

The overriding goal is to restore desirable vegetation on lands only when it is necessary, and to prioritize treatment methods based on their effectiveness and the likelihood that they will have minimal effects on the environment.

Actions to prevent or minimize the need for vegetation control could include protecting intact systems; maintaining conditions that have led to healthy lands (e.g., allowing natural fires to burn); allowing natural processes to restore lands; reducing the effect of ongoing activities (e.g., improving grazing management practices); and applying mitigation measures to new projects to minimize soil and vegetation disturbance and avoid introduction of invasive species.

Acres to be treated by the BLM and assessed in this PER were estimated based on information provided by BLM field offices. Each field office was asked to estimate and summarize proposed vegetation treatment projects likely to occur during the next 10 years. For each project, the field office provided an estimate of the number of acres proposed for treatment, the general vegetation type(s) proposed for treatment, and the vegetation treatment method(s) proposed to be used.

Based on this estimate, approximately 3.5 million acres would be treated annually to reduce hazardous fuels, 1.5 million acres to restore and revegetate lands burned by wildfires or damaged by weed and other invasive species, and 1 million acres to meet other agency objectives, including improving fish and wildlife habitat and watershed processes. Mechanical treatments would be used on approximately 2.2 million acres, fire use on 2.1 million acres, herbicides on 932,000 acres, biological control on 454,000 acres, and manual treatments on 271,000 acres annually.

The BLM would follow standard operating procedures, based on BLM guidelines that currently exist in policy, manuals, or handbooks, to ensure that vegetative treatment actions are effective. These procedures include using prevention and early detection to minimize weed problems in the future and revegetating treatment sites. In addition, the BLM would follow standard industry practices, including using equipment in proper working order, wearing protective clothing, and following label directions when applying herbicides.

The BLM would monitor vegetation treatments so that treatment outcomes could be measured, evaluated, and used to guide future treatment actions. These steps would ensure that vegetation treatment processes would be effective, adaptive, and based on prior experience.

The BLM would foster collaborative relationships with stakeholders, including individuals, communities, and governments. This collaboration would improve communication and help the BLM develop a greater understanding of different perspectives and find solutions to issues and problems. The BLM would also follow the National Environmental Policy Act (NEPA) process to ensure that the public is allowed input into vegetation management actions on public lands.

# Effects of Treatments

The direct and indirect effects of treatments on natural and socioeconomic resources are evaluated in this PER. The effects of using herbicides, and cumulative effects that result from the incremental effect of treatment actions when added to the effects of other past, present, and reasonably foreseeable future actions, are discussed in more detail in the PEIS.

## Direct and Indirect Effects

Treatments would contribute only minor amounts of pollutants to the air. Fire use would increase particulate matter in the air, but the amount of pollutants generated by fire use, and their effects on human health, should be less than those from wildfire, resulting in fewer pollutants accumulating than would occur without treatments. None of the treatments would result in emissions that exceed Prevention of Significant Deterioration thresholds or National Ambient Air Quality Standards.

Treatments would lead to the short-term loss of soil due to removal of vegetation and erosion. None of the herbicides commonly used, or proposed for use, by the BLM appears to result in adverse effects to soil. Treatments would benefit soil by restoring natural fire regimes and slowing the spread of weeds, which should reduce soil erosion and improve soil productivity over the long term.

Treatments that lead to erosion could result in poorer water quality on portions of public lands. Several herbicides used, or proposed for use by the BLM, are known groundwater contaminants. Effects to surface water would be minor, and herbicide concentrations in surface water should not exceed safe levels for human health. Treatments would improve watershed function and water quality, since many treatments would be targeted for watersheds where water quality does not meet state or tribal standards.

Treatments could adversely affect non-target vegetation and accidental spills of herbicides and herbicide drift from treatment areas could be particularly damaging to non-target vegetation. Treatments that lead to erosion and loss of vegetation could harm wetland and riparian area functions and values. Treatments would help to control aquatic vegetation that chokes waterways and affects wetland function and values. Upland, wetland, and riparian area treatments that restore native vegetation would help to control weeds and other vegetation to reduce the risk of catastrophic fire and improve ecosystem health.

Treatments could cause injury or mortality to fish and wildlife, alter or destroy habitat, and disturb animals, thereby affecting their behavior or habitat use. Fish and wildlife could also forage on vegetation that has been treated, or prey on other animals that have been exposed to herbicides, and be harmed. All of the herbicides pose some risk to non-target terrestrial and aquatic vegetation; damage to these plants could adversely affect habitats used by fish and wildlife. Long-term improvement in vegetation characteristics would benefit fish and wildlife. Some species that have adapted to degraded ecosystems could lose habitat as native vegetation was restored, but most species would benefit.

Treatments that cause the short-term loss of forage and other vegetation needed by livestock and wild horses and burros could harm these animals. Livestock and wild horses and burros could be affected by herbicides from an accidental spill, direct spray, herbicide drift,

BLM_0008399

EXECUTIVE SUMMARY

or by consuming herbicide-treated vegetation; these risks would be negligible to minor. Treatments should improve rangelands for these animals, and ensure that public lands can support viable populations of wild horses and burros and a healthy ranching industry.

While treatments could affect cultural or paleontological resources near or on the surface, they would be more likely to affect traditional cultural practices of gathering plants and the health of Native peoples. Cultural and paleontological resources could be directly affected primarily from fire use and mechanical and herbicide treatments. Native peoples could be at risk from harvesting plants treated with herbicides, or from direct exposure to herbicide spray. However, the BLM would use herbicides that are generally safe for use around people, and would conduct pre-treatment surveys to identify areas of cultural concern before conducting treatments to reduce the loss of these values.

Treatments could affect visual, wilderness, and recreation resources. Treatments would remove and discolor vegetation, making it less visually appealing. Over the long term, landscapes should be more appealing as native vegetation was restored. Treatments in wilderness and other special areas would detract from the "naturalness" of the area. Use of mechanical equipment would create noise and reduce the wilderness experience, although it would be strongly discouraged in these areas. Recreationists could be exposed to herbicides, experience less visually-appealing landscapes, or find fish and game less plentiful as a result of treatments. In addition, recreational areas could be closed for short periods of time after treatment to ensure treatment success and protect the health of visitors. However, these effects would be short term and any values affected would be restored within two growing seasons in most cases.

Social effects would be minor at the scale addressed in the PER. There would be benefits to communities that supply workers, materials, or services in support of treatment activities. Some businesses, such as recreation-based businesses and ranching operations, could be adversely affected if treatments closed areas used for recreation or by domestic livestock. There are potential environmental justice concerns because a large number of Native peoples and other minority groups live in the West and work in industries (e.g., forest products, herbicide application) or conduct activities (e.g., gathering of plants for traditional uses, recreation) that could potentially expose these groups to treated areas. Treatments would benefit local communities by providing jobs and income, and by reducing the risk of catastrophic wildfire that could harm people and destroy property.

Treatments could harm the health of workers and the public, primarily from the use of herbicides. Most herbicides, however, would pose few risks to workers, and even fewer risks to the public, when applied at the typical application rate. New herbicides proposed for use pose few or no risks, except for diquat. If treatments restored natural fire regimes, reduced the risk of catastrophic fire, and slowed the spread of weeds, human health would benefit. To reduce risks to the public, treatments would take into consideration the proximity of the treatment site to nearby residential, commercial, and traditional use areas. For example, mechanical treatments might be used instead of fire or herbicides near homes to reduce the risk of public exposure to smoke and herbicide drift.

## Summary

All treatments would have short-term effects on resources, and in some cases non-target resources, ranging from negligible or minor to adverse, depending on the resource affected, timing, duration, proximity and location. Treatments that remove hazardous fuels from public lands would be expected to benefit the long-term health of plant communities in which natural fire cycles have been altered. The suppression of fire results in the buildup of dead plant materials (e.g., litter and dead woody materials), and often increases the density of flammable living fuels on a site. Treatments that restore and maintain fire-adapted ecosystems, through the appropriate use of mechanical thinning, fire use, and other vegetation treatment methods, would decrease the effects of wildfire on plant communities and improve ecosystem resilience and sustainability. Treatments should also reduce the incidence and severity of wildfires across the western U.S.

Treatments that control populations of non-native species on public lands would be expected to benefit native plant communities over the long term by aiding in the reestablishment of native species. The degree of benefit would depend on the success of these treatments over both the short and long term. Some treatments are very successful at removing weeds over the short term, but are not successful at promoting the establishment of native species in their place. In such cases, seeding and planting of native plant species would be beneficial.

BLM_0008400

# ACRONYMS, ABBREVIATIONS, AND SYMBOLS

| | |
|---|---|
| **ACEC** | Area of critical environmental concern |
| **a.i.** | Active ingredient |
| **AML** | Appropriate management level |
| **AMP** | Allotment management plan |
| **ANILCA** | Alaska National Interest Lands Conservation Act |
| **APHIS** | Animal and Plant Health Inspection Service |
| **ATV** | All-terrain vehicle |
| **AUM** | Animal use months |
| **BA** | Biological assessment |
| **BAR** | Burned area rehabilitation |
| **BLM** | Bureau of Land Management |
| **BLS** | Bureau of Labor Statistics |
| **BMP** | Best management practice |
| **BP** | Before the present |
| **BPA** | Bonneville Power Administration |
| **CALPUFF** | California Puff |
| **CDC** | Centers for Disease Control |
| **CERCLA** | Comprehensive Environmental Response, Compensation and Liability Act |
| **CFR** | Code of Federal Regulations |
| **CO** | Carbon monoxide |
| **CWMA** | Cooperative weed management area |
| **CWPP** | Community wildfire protection plan |
| **EA** | Environmental assessment |
| **EFR** | Emergency fire rehabilitation |
| **EIS** | Environmental impact statement |
| **EO** | Executive order |
| **ERA** | Ecological risk assessment |
| **ERMA** | Extensive recreation management area |
| **ESA** | Endangered Species Act |
| **ES** | Emergency stabilization |
| **FIFRA** | Federal Insecticide, Fungicide, and Rodenticide Act |
| **FLPMA** | Federal Land Policy and Management Act |
| **ft** | Foot/feet |
| **FMP** | Fire management plan |
| **FORVIS** | Forest Vegetation Information System |
| **FRCC** | Fire regime condition class |
| **FY** | Fiscal year |
| **GAO** | U.S. Government Accounting Office |
| **GBRI** | Great Basin Restoration Initiative |
| **GCVTC** | Grand Canyon Visibility and Transport Commission |
| **HFRA** | Healthy Forests Restoration Act |
| **HFR** | Hazardous fuels reduction |
| **HHRA** | Human health risk assessment |
| **HMA** | Herd management area |
| **INFISH** | Inland Native Fish Strategy |

| | |
|---|---|
| **IVM** | Integrated vegetation management |
| **IWM** | Integrated weed management |
| **L** | Liter |
| **LANDFIRE** | Landscape Fire and Resource Management Planning Tools Project |
| **lb(s)** | Pound(s) |
| **LUP** | Land use plan |
| **MFP** | Management framework plan |
| **mg/L** | Milligrams per Liter |
| **mi** | Mile(s) |
| **mi²** | Square mile(s) |
| **MOU** | Memorandum of understanding |
| **mph** | Miles per hour |
| **N** | Nitrogen |
| **NA** | Not applicable or not available |
| **NAAQS** | National Ambient Air Quality Standard |
| **NAPIS** | National Agricultural Pest Information System |
| **NAWQA** | National Water Quality Assessment |
| **NCIPC** | National Center for Injury Prevention and Control |
| **NEPA** | National Environmental Policy Act |
| **NCHS** | National Center for Health Statistics |
| **NHPA** | National Historic Preservation Act |
| **NMFS** | National Oceanic and Atmospheric Administration National Marine Fisheries Service |
| **NPDES** | National Pollutant Discharge Elimination System |
| **NPMP** | Native Plant Materials Program |
| **NRHP** | National Register of Historic Places |
| **NIOSH** | National Institute for Occupational Safety and Health |
| **NLCS** | National Landscape Conservation System |
| **NO₂** | Nitrogen dioxide |
| **NOAA** | National Oceanic and Atmospheric Administration |
| **NWCG** | National Wildfire Coordinating Group |
| **NWIS** | National Water Information System |
| **O₃** | Ozone |
| **O&C** | Oregon and California |
| **OHV** | Off-highway vehicle |
| **Pb** | Lead |
| **PEIS** | Programmatic environmental impact statement |
| **PER** | Programmatic environmental report |
| **PM** | Particulate matter |

| | |
|---|---|
| **PM₂.₅** | Fine particulate matter less than 2.5 microns in diameter |
| **PM₁₀** | Particulate matter less than 10 microns in diameter |
| **ppm** | Parts per million |
| **ppt** | Parts per thousand |
| **PSD** | Prevention of significant deterioration |
| **RCRA** | Resource Conservation and Recovery Act of 1976 |
| **RMP** | Resource management plan |
| **ROD** | Record of Decision |
| **ROW** | Rights-of-way |
| **SERA** | Syracuse Environmental Research Associates, Inc. |
| **SHPO** | State Historic Preservation Officer |
| **SIP** | State implementation plan |
| **SMP** | Smoke management plan |
| **SRMA** | Special recreation management area |
| **PUP** | Pesticide use proposal |
| **SOCATS** | Southern Oregon Citizens Against Toxic Sprays |
| **SO₂** | Sulfur dioxide |
| **SOP** | Standard operating procedure |
| **TDS** | Total dissolved solids |
| **TES** | Threatened, endangered, and sensitive |
| **TSP** | Total suspended particles |
| **TSS** | Total suspended solids |
| **TIP** | Tribal implementation plan |
| **USDA** | U.S. Department of Agriculture |
| **USDI** | U.S. Department of Interior |
| **USDOE** | U.S. Department of Energy |
| **USEPA** | U.S. Environmental Protection Agency |
| **USFWS** | U.S. Fish and Wildlife Service |
| **USGS** | U.S. Geological Survey |
| **VOC** | Volatile organic compounds |
| **VRM** | Visual resource management |
| **WFIP** | Wildland fire implementation plan |
| **WFLC** | Wildland Fire Leadership Council |
| **WRAP** | Western Regional Air Partnership |
| **WSA** | Wilderness study area |
| **WSR** | Wild and scenic river |
| **WSRA** | Wild and Scenic Rivers Act |
| **WUI** | Wildlands urban interface |
| **<** | Less than |
| **µg/m³** | Micrograms per cubic meter |
| **°F** | Degrees Fahrenheit |
| **2,4-D** | 2,4 dichlorophenoxyacetic acid |
| **2,4-DP** | Dichlorprop |

BLM_0008403

## APPENDIX A

# COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS GIVEN IN THE PROGRAMMATIC ENVIRONMENTAL REPORT

BLM_0008404

BLM_0008405

# APPENDIX A

# COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS GIVEN IN THE PROGRAMMATIC ENVIRONMENTAL REPORT

This appendix contains a list of the common and scientific names of plant and animal species mentioned in the text of the Programmatic Environmental Report.

| Common Name | Scientific Name |
|---|---|
| **PLANTS** | |
| **Grasses** | |
| Barley, Wild | *Hordeum spontaneum* |
| Beachgrass, European | *Ammophila arenaria* |
| Bentgrass | *Agrostis* spp. |
| Bermudagrass | *Cynodon dactylon* |
| Bluegrass | *Poa* spp. |
| Bluegrass, Annual | *Poa annua* |
| Bluegrass, Kentucky | *Poa pratensis* |
| Bluegrass, Sandberg | *Poa secunda* |
| Bluejoint | *Calamagrostis canadensis* |
| Bluestem | *Andropogon* spp. |
| Bluestem, Cane | *Bothriochloa barbinodis* |
| Brome | *Bromus* spp. |
| Brome, Downy | *Bromus tectorum* |
| Brome, Foxtail | *Bromus rubens* |
| Brome, Japanese | *Bromus japonicus* |
| Brome, Red | *Bromus rubens* |
| Brome, Ripgut | *Bromus diandrus* |
| Brome, Smooth | *Bromus inermis* |
| Brome, Soft | *Bromus hordeaceus* |
| Buffalograss | *Bouteloua dactyloides* |
| Buffelgrass | *Pennisetum ciliare* |
| Bulrush | *Scirpus* spp. |
| Bulrush, River | *Schoenoplectus fluviatilis* |
| Bunchgrass | *Agropyron* spp. |
| Canarygrass, Reed | *Phalaris arundinacea* |
| Cheatgrass | *Bromus tectorum* |
| Cogongrass | *Imperata cylindrica* |
| Cordgrass | *Spartina* spp. |
| Corn (Maize) | *Zea mays* |
| Cottongrass | *Eriophorum* spp. |
| Cottongrass, Tussock | *Eriophorum vaginatum* |
| Dunegrass, American | *Leymus mollis* |
| Fescue | *Festuca* spp. |

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| PLANTS (Cont.) | |
| Fescue, Idaho | *Festuca idahoensis* |
| Fescue, Rough | *Festuca campestris* |
| Galleta, James' | *Pleuraphis jamesii* |
| Goatgrass, Barbed | *Aegilops triuncialis* |
| Grama, Black | *Bouteloua eriopoda* |
| Grama, Blue | *Bouteloua gracilis* |
| Grama, Hairy | *Bouteloua hirsute* |
| Grama, Sideoats | *Bouteloua curtipendula* |
| Grass, Common Mediterranean | *Schismus barbatus* |
| Grass, Giant Reed | *Phragmites australis* |
| Grass, Needle-and-thread | *Hesperostipa comata* |
| Hairgrass | *Aria* spp. |
| Junegrass | *Koeleria* spp. |
| Johnsongrass | *Sorghum halepense* |
| Lovegrass | *Eragrostis* spp. |
| Lovegrass, Plains | *Eragrostis intermedia* |
| Medusahead | *Taeniatherum caput-medusae* |
| Mesquite, Curly- | *Hilaria belangeri* |
| Mesquite, Vine | *Panicum obtusum* |
| Muhly, Bush | *Muhlenbergia porteri* |
| Needlegrass | *Achnatherum* spp. |
| Needlegrass, Purple | *Nassella pulchra* |
| Oat, Slender | *Avena barbata* |
| Oat, Wild | *Avena fatua* |
| Oatgrass | *Danthonia* spp. |
| Quackgrass | *Elymus repens* |
| Pappusgrass | *Pappophorum* spp. |
| Reed | *Phragmites* spp. |
| Reed, Common (Phragmites) | *Phragmites australis* |
| Reed, Giant | *Arundo donax* |
| Reedgrass | *Calamagrostis* spp. |
| Ricegrass, Indian | *Oryzopsis hymenoides* |
| Ryegrass | *Lolium* spp. |
| Sacaton | *Sporobolus* spp. |
| Saltgrass | *Distichlis spicata* |
| Squirreltail | *Elymus elymoides* |
| Sweetgrass | *Hierochloe* spp. |
| Tanglehead | *Heteropogon contortus* |
| Threeawn | *Aristida* spp. |
| Threeawn, Prairie | *Aristida oligantha* |
| Tobosagrass | *Pleuraphis mutica* |
| Tussock, Sedge | *Carex stricta* |
| Wheatgrass, Bluebunch | *Agropyron spicata* |
| Wheatgrass, Crested | *Agropyron cristatum* |
| Wheatgrass, Western | *Agropyron smithii* |
| Wildrye, Basin | *Elymus cinereus* |
| Wolfstail | *Lycurus setosus* |
| **Forbs and Nonvascular Plants** | |
| Amaranth | *Amaranthus* spp. |
| Angelica | *Angelica* spp. |

BLM_0008407

# COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **PLANTS (Cont.)** ||
| Arrowweed | *Pluchea sericea* |
| Artichoke, Jerusalem | *Helianthus tuberosus* |
| Avens, Mountain | *Dryas octopetala* |
| Balsamroot | *Balsamorhiza* spp. |
| Beargrass, Common | *Xerophyllum tenax* |
| Bindweed, Field | *Convolvulus arvensis* |
| Bitteroot | *Lewisia* spp. |
| Blazingstar | *Mentzelia* spp. |
| Brackenfern | *Pteridium aquilinum* |
| Burclover | *Medicago polymorpha* |
| Burningbush | *Bassia scoparia* |
| Camas | *Camassia* spp. |
| Campion, Moss | *Silene acaulis* |
| Cattail | *Typha* spp. |
| Celery, Wild | *Apium graveolens* |
| Cinquefoil | *Potentilla* spp. |
| Cinquefoil, Shrubby | *Dasiphora fruticosa* ssp. *floribunda* |
| Clover | *Trifolium* spp. |
| Clover, Thompson's | *Trifolium thompsonii* |
| Cocklebur | *Xanthium* spp. |
| Cotton | *Gossypium* spp. |
| Cress, Hoary | *Cardaria draba* |
| Dock | *Rumex* spp. |
| Dogbane | *Apocynum* spp. |
| Dove Weed | *Croton setigerus* |
| Filaree, Broadstem (Longbeak Stork's Bill) | *Erodium botrys* |
| Filaree, Redstem (Redstem Stork's Bill) | *Erodium cicutarium* |
| Fireweed | *Epilobium angustifolium* |
| Ginseng | *Eleutherococcus pentaphyllus* |
| Goldenseal | *Hydrastis canadensis* |
| Halogeton (Saltlover) | *Halogeton glomeratus* |
| Heath | *Erica* spp. |
| Hogfennel | *Peucedanum praeruptorum* |
| Horehound | *Ballota* spp. |
| Horsetail | *Equisetum* spp. |
| Houndstongue | *Cynoglossum officinale* |
| Hyacinth, Water | *Eichhornia crassipes* |
| Ivy, Poison | *Toxicodendron radicans* |
| Jacob's-ladder | *Polemonium* spp. |
| Jimsonweed | *Datura stramonium* |
| Kelp, Bull | *Nereocystis luetkeana* |
| Knapweed, Diffuse | *Centaurea diffusa* |
| Knapweed, Russian | *Centaurea repens* |
| Knapweed, Spotted | *Centaurea stoebe* |
| Knapweed, Squarrose | *Centaurea virgata* |
| Knapweed, Tyrol | *Centaurea nigrescens* |
| Knotweed, Japanese | *Polygonum cuspidatum* |
| Lily | Liliaceae |
| Lily, Sego | *Calochortus nuttallii* |
| Liverwort | *Marchantia polymorpha* |

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| PLANTS (Cont.) | |
| Lomatium | *Lomatium* spp. |
| Loosestrife, Purple | *Lythrum salicaria* |
| Lupine | *Lupinus* spp. |
| Milkweed | *Asclepias* spp. |
| Milkweed, Whorled | *Asclepias verticillata* |
| Moss, Feather | *Ptilium crista-castrensis* |
| Moss, Sphagnum | *Sphagnum cymbifolium* |
| Mullein | *Verbascum* spp. |
| Mustard, Wild | *Sinapis arvensis* |
| Nettle, Stinging | *Urtica dioica* |
| Onion, Wild | *Allium ascalonicum* |
| Parsnip, Wild | *Pastinaca sativa* |
| Pepperweed, Perennial | *Lepidium latifolium* |
| Pigweed | *Amaranthus* spp. |
| Plantain | *Plantago* spp. |
| Pumpkin | *Cucurbita* spp. |
| Ragweed | *Ambrosia* spp. |
| Ragweed, Canyon | *Ambrosia ambrosioides* |
| Rhubarb, Alaska Wild | *Polygonum alpinum* |
| Rose | *Rosa* spp. |
| Salvia | *Salvia* spp. |
| Salvinia, Giant (Kariba-weed) | *Salvinia molesta* |
| Skeletonweed, Rush | *Chondrilla juncea* |
| Snakeweed | *Gutierrezia* spp. |
| Snakeweed, Broom | *Gutierrezia sarothrae* |
| Sowthistle | *Sonchus* spp. |
| Spurge, Leafy | *Euphorbia esula* |
| Squash | *Cucurbita* spp. |
| St. Johnswort, Common | *Hypericum perforatum* |
| Star-thistle, Maltese | *Centaurea melitensis* |
| Star-thistle, Yellow | *Centaurea solstitialis* |
| Sweetclover, Yellow | *Melilotus alba* |
| Swordfern | *Polystichum munitum* |
| Tansy, Common | *Tanacetum vulgare* |
| Tansy, Mustard | *Descurainia* spp. |
| Tansy, Ragwort | *Senecio jacobaea* |
| Teasel | *Dipsacus* spp. |
| Thistle, Bull | *Cirsium vulgare* |
| Thistle, Canada | *Cirsium arvense* |
| Thistle, Chorro Creek Bog | *Cirsium fontinale* var. *obispoense* |
| Thistle, Musk | *Carduus nutans* |
| Thistle, Russian | *Salsola kali* |
| Thistle, Scotch | *Onopordum acanthium* |
| Toadflax | *Linaria* spp. |
| Toadflax, Dalmation | *Linaria dalmatica* |
| Toadflax, Yellow | *Linaria vulgaris* |
| Tobacco | *Nicotiana* spp. |
| Tule | *Scirpus* spp. |
| Wapato | *Sagittaria cuneata* |
| Waterlily | *Nymphaea* spp. |

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
| --- | --- |
| **PLANTS (Cont.)** | |
| Watermilfoil, Eurasian | *Myriophyllum spicatum* |
| Water-thyme | *Hydrilla verticillata* |
| Whitetop | *Cardaria draba* |
| Wormwood, Common | *Artemisia vulgaris* |
| Yellowhead, Desert | *Yermo xanthocephalus* |
| **Shrubs and Trees** | |
| Acacia | *Acacia* spp. |
| Acacia, Catclaw | *Acacia gregii* |
| Acacia, Whitethorn | *Acacia constricta* |
| Agave | *Agave* spp. |
| Alder | *Alnus* spp. |
| Alder, Green | *Alnus viridis* |
| Alder, Red | *Alnus rubra* |
| All Scale | *Atriplex polycarpa* |
| Ash | *Fraxinus* spp. |
| Ash, American Mountain | *Sorbus americana* |
| Ash, White | *Fraxinus americana* |
| Aspen | *Populus* spp. |
| Aspen, Quaking | *Populus tremuloides* |
| Azalea, Western | *Rhododendron occidentale* |
| Bayonet, Spanish | *Yucca harrimaniae* |
| Birch | *Betula* spp. |
| Birch, Dwarf (Arctic) | *Betula nana* |
| Birch, Paper | *Betula papyrifera* |
| Bitterbrush | *Purshia* spp. |
| Bitterbrush, Antelope | *Purshia tridentata* |
| Blackberry | *Rubus* spp. |
| Blueberry | *Vaccinium* spp. |
| Blueberry, Dwarf | *Vaccinium caespitosum* |
| Boxelder | *Acer negundo* |
| Broom, Scotch | *Cytisus scoparius* |
| Buckthorn, Cascara | *Frangula purshiana* |
| Buckthorn, Common | *Rhamnus cathartica* |
| Buckthorn, Hollyleaf | *Rhamnus crocea* |
| Burroweed | *Isocoma tenuisecta* |
| Bursage (Burr Ragweed) | *Ambrosia* spp. |
| Cactus, Pricklypear | *Opuntia* spp. |
| Cactus, Saguaro | *Carnegiea gigantea* |
| Ceanothus | *Ceanothus* spp. |
| Ceanothus, Desert | *Ceanothus greggii* |
| Ceanothus, Snowbrush | *Ceanothus velutinus* |
| Ceanothus, Wedgeleaf | *Ceanothus cuneatus* |
| Cedar, Alaska | *Cupressus nootkatensis* |
| Cedar, Eastern Red | *Juniperus virginana* |
| Cedar, Incense | *Calocedrus decurrens* |
| Cedar, Western Red | *Thuja plicata* |
| Chamise | *Adenostoma fasciculatum* |
| Chokecherry | *Prunus virginiana* |
| Cholla | *Cylindropuntia imbricata* |
| Christmasberry | *Crossopetalum ilicifolium* |

BLM_0008410

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **PLANTS (Cont.)** | |
| Cliffrose | *Purshia* spp. |
| Cloudberry | *Rubus chamaemorus* |
| Cottonwood | *Populus* spp. |
| Cottonwood, Black | *Populus balsamifera* ssp. *trichocarpa* |
| Cranberry, Bog | *Vaccinium oxycoccos* |
| Creosote Bush | *Larrea tridentata* |
| Crowberry | *Empetrum* spp. |
| Crown of Thorns | *Koeberlinia* spp. |
| Cypress, Monterey | *Cupressus macrocarpa* |
| Devil's Club | *Oplopanax horridus* |
| Douglas-fir | *Pseudotsuga menziesii* |
| Douglas-fir, Rocky Mountain | *Pseudotsuga menziesii* var. *glauca* |
| Elderberry | *Sambucus* spp. |
| Elm | *Ulmus* spp. |
| Fir | *Abies* spp. |
| Fir, Balsam | *Abies balsamea* |
| Fir, California Red | *Abies magnifica* |
| Fir, Corkbark | *Abies lasiocarpa* var. *arizonica* |
| Fir, Grand | *Abies grandis* |
| Fir, Noble | *Abies procera* |
| Fir, Pacific Silver | *Abies amabilis* |
| Fir, Silver | *Abies alba* |
| Fir, Subalpine | *Abies lasiocarpa* |
| Fir, White | *Abies concolor* |
| Gorse | *Ulex europaeus* |
| Greasewood | *Sarcobatus vermiculatus* |
| Hackberry | *Celtis* spp. |
| Hemlock | *Tsuga* spp. |
| Hemlock, Mountain | *Tsuga mertensiana* |
| Hemlock, Poison | *Conium maculatum* |
| Hemlock, Western | *Tsuga heterophylla* |
| Hickory | *Carya* spp. |
| Hopsage | *Grayia* spp. |
| Hopsage, Spiny | *Grayia spinosa* |
| Horsebrush | *Tetradymia* spp. |
| Huckleberry | *Vaccinium* spp. |
| Huckleberry, California | *Vaccinium ovatum* |
| Indianhemp | *Apocynum cannabinum* |
| Ironwood, Desert | *Olneya tesota* |
| Jojoba | *Simmondsia chinensis* |
| Joshua Tree | *Yucca brevifolia* |
| Juniper | *Juniperus* spp. |
| Juniper, Alligator | *Juniperus deppeana* |
| Juniper, Oneseed | *Juniperus monosperma* |
| Juniper, Rocky Mountain | *Juniperus scopulorum* |
| Juniper, Utah | *Juniperus osteosperma* |
| Juniper, Western | *Juniperus occidentalis* |
| Kinnikinnick | *Arctostaphylos uva-ursi* |
| Labrador Tea | *Ledum* spp. |
| Larch | *Larix* spp. |

BLM_0008411

## COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| PLANTS (Cont.) ||
| Larch, Western | *Larix occidentalis* |
| Laurel, California | *Umbellularia californica* |
| Live Oak, Canyon | *Quercus chrysolepis* |
| Live Oak, Coast | *Quercus agrifolia* var. *oxyadenia* |
| Live Oak, Evergreen | *Quercus virginiana* |
| Live Oak, Interior | *Quercus wislizeni* |
| Live Oak, Shrub | *Quercus turbinella* |
| Locust | *Robinia* spp. |
| Madrone | *Arbutus* spp. |
| Madrone, Pacific | *Arbutus menziesii* |
| Mallow, Round-leaved | *Malva pusilla* |
| Manzanita | *Arctostaphylos* spp. |
| Manzanita, Pointleaf | *Arctostaphylos pungens* |
| Manzanita, Pringle | *Arctostaphylos pringlei* |
| Maple, Bigleaf | *Acer macrophyllum* |
| Maple, Red | *Acer rubrum* |
| Maple, Rocky Mountain | *Acer glabrum* |
| Maple, Vine | *Acer circinatum* |
| Mescal Bean | *Sophora secundiflora* |
| Mesquite | *Prosopis* spp. |
| Mesquite, Honey | *Prosopis glandulosa* |
| Mimosa | *Mimosa* spp. |
| Mormon Tea | *Ephedra viridis* |
| Mountain Mahogany | *Cercocarpus* spp. |
| Mountain Mahogany, Birchleaf | *Cercocarpus montanus* var. *glaber* |
| Oak | *Quercus* spp. |
| Oak, Blue | *Quercus douglasii* |
| Oak, Bur | *Quercus macrocarpa* |
| Oak, California Black | *Quercus kelloggii* |
| Oak, California Scrub | *Quercus berberidifolia* |
| Oak, Cherrybark | *Quercus pagoda* |
| Oak, Emory | *Quercus emoryi* |
| Oak, Englemann | *Quercus engelmannii* |
| Oak, Gambel | *Quercus gambelii* |
| Oak, Gray | *Quercus grisea* |
| Oak, Leather | *Quercus durata* |
| Oak, Oregon White | *Quercus garryana* |
| Oak, Poison | *Toxicodendron* spp. |
| Oak, Post | *Quercus stellata* |
| Oak, Sand Shinnery | *Quercus havardii* |
| Oak, Shinnery | *Quercus harardii* |
| Oak, Scrub | *Quercus dumosa* |
| Oak, Valley | *Quercus lobata* |
| Oak, White | *Quercus alba* |
| Ocotillo | *Fouquieria splendens* |
| Olive, Russian | *Elaeagnus angustifolia* |
| Oregon Grape | *Mahonia* spp. |
| Oxytrope, Blackish | *Oxytropis nigrescens* |
| Paloverde | *Parkinsonia* spp. |
| Paloverde, Blue | *Parkinsonia florida* |

BLM_0008412

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| PLANTS (Cont.) | |
| Pine, Bishop | *Pinus muricata* |
| Pine, Bristlecone | *Pinus aristata* |
| Pine, Coulter | *Pinus coulteri* |
| Pine, Digger | *Pinus sabiniana* |
| Pine, Jack | *Pinus banksiana* |
| Pine, Jeffrey | *Pinus jeffreyi* |
| Pine, Limber | *Pinus flexilis* |
| Pine, Lodgepole | *Pinus contorta* var. *latifolia* |
| Pine, Longleaf | *Pinus palustris* |
| Pine, Monterey | *Pinus radiata* |
| Pine, Pitch | *Pinus rigida* |
| Pine, Ponderosa | *Pinus ponderosa* |
| Pine, Red | *Pinus resinosa* |
| Pine, Shore | *Pinus contorta* var. *contorta* |
| Pine, Shortleaf | *Pinus echinata* |
| Pine, Sugar | *Pinus lambertiana* |
| Pine, Torrey | *Pinus torreyana* |
| Pine, Western White | *Pinus monticola* |
| Pine, Whitebark | *Pinus albicaulis* |
| Pinyon | *Pinus edulis* |
| Pinyon, Mexican | *Pinus cembroides* |
| Pinyon, Singleleaf | *Pinus monophylla* |
| Pinyon, Twoneedle | *Pinus edulis* |
| Poplar | *Populus* spp. |
| Poplar, Balsam | *Populus balsamifera* |
| Rabbitbrush | *Chrysothamnus* spp., *Ericameria* spp. |
| Rabbitbrush, Rubber | *Ericameria nauseosa* |
| Redwood | *Sequoia sempervirens* |
| Rhododendron, Pacific | *Rhododendron macrophyllum* |
| Rose, Wild | *Rosa* spp. |
| Rosemary, Bog | *Andromeda polifolia* |
| Sagebrush | *Artemisia* spp. |
| Sagebrush, Basin Big | *Artemisia tridentata* ssp. *tridentata* |
| Sagebrush, Big | *Artemisia tridentata* |
| Sagebrush, Black | *Artemisia nova* |
| Sagebrush, Coastal | *Artemisia californica* |
| Sagebrush, Little | *Artemisia arbuscula* |
| Sagebrush, Mountain Big | *Artemesia tridentata* ssp. *vaseyana* |
| Sagebrush, Silver | *Artemisia cana* |
| Sagebrush, Threetip | *Artemisia tripartita* |
| Sagebrush, Wyoming Big | *Artemisia tridentata* ssp. *wyomingensis* |
| Salal | *Gaultheria shallon* |
| Salmonberry | *Rubus spectabilis* |
| Saltbush | *Atriplex* spp. |
| Saltbush, Fourwing | *Atriplex canescens* |
| Saltbush, Shadscale | *Atriplex confertifolia* |
| Saltcedar (Tamarisk) | *Tamarix ramosissima* |
| Sassafras | *Sassafras albidum* |
| Sequoia, Giant | *Sequoiadendron giganteum* |
| Serviceberry | *Amelanchier* spp. |

BLM_0008413

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **PLANTS (Cont.)** | |
| Silktassel, Ashy | *Garrya flavescens* |
| Smoketree, European | *Cotinus coggygria* |
| Snowberry, Common | *Symphoricarpos albus* |
| Soapberry | *Sapindus* spp. |
| Sorrel, Redwood | *Oxalis oregana* |
| Sourberry | *Rhus integrifolia* |
| Spruce | *Picea* spp. |
| Spruce, Black | *Picea mariana* |
| Spruce, Blue | *Picea pungens* |
| Spruce, Engelmann | *Picea engelmannii* |
| Spruce, Sitka | *Picea sitchensis* |
| Spruce, White | *Picea glauca* |
| Sumac | *Rhus* spp. |
| Tallow, Chinese | *Triadica sebifera* |
| Tamarack | *Larix laricina* |
| Tanoak | *Lithocarpus densiflorus* |
| Tarbush | *Flourensia cernua* |
| Tea, Mormon | *Ephedra viridis* |
| Thornbush | *Lycium fremontii* |
| Twinflower | *Linnaea borealis* |
| Walnut | *Juglans* spp. |
| Willow | *Salix* spp. |
| Willow, Desert | *Chilopsis linearis* |
| Willow, Scouler's | *Salix scouleriana* |
| Yew, Western (Pacific) | *Taxus brevifolia* |
| Yucca | *Yucca* spp. |
| **INVERTEBRATES** | |
| Beetle, Asian Leaf | *Diorhabda elongata deserticola* |
| Beetle, Black-margined Loosestrife | *Galerucella calmariensis* |
| Beetle, Flea | *Aphthona* spp. |
| Beetle, Golden Loosestrife | *Galerucella pusilla* |
| Bug, Pirate | *Lyctocoris campestris* |
| Butterfly | Lepidoptera |
| Butterfly, Oregon Silverspot | *Speyeria zerene hippolyta* |
| Caddisfly | Trichoptera |
| Earthworm | *Oligochaeta* spp. |
| Flea, Water | *Daphnia magna* |
| Lacewing, Green | *Chrysoperla rufilabris* |
| Mayfly | Ephemeroptera |
| Midge | Tendipedidae |
| Mosquito | *Ochlerotatus* spp. |
| Scud, Water | *Hyallela* spp. |
| Shrimp, Glass | *Palaemonetes kadiakensis* |
| Slug, Banana | *Ariolimax columbianus* |
| Stonefly | Plecoptera |
| Weevil, Blunt Loosestrife Seed | *Nanophyes brevis* |
| Weevil, Loosestrife Root | *Hylobius transversovittatus* |
| Weevil, Salvinia | *Cyrtobagous salviniae* |
| Weevil, Seed-head | *Larinus latus* |
| Bass | *Micropterus* spp. |

## COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **FISH** | |
| Bass, Largemouth | *Micropterus salmoides* |
| Bass, Smallmouth | *Micropterus dolomieu* |
| Candlefish | *Thaleichthys pacificus* |
| Carp | *Cyprinus* spp. |
| Carp, Common | *Cyprinus carpio* |
| Carp, Grass | *Ctenopharyngodon idella* |
| Catfish, Channel | *Ictalurus punctatus* |
| Chub, Bonytail | *Gila elegans* |
| Chub, Humpback | *Gila cypha* |
| Chub, Sicklefin | *Macrhybopsis meeki* |
| Chub, Sturgeon | *Macrhybopsis gelida* |
| Cod | *Boregogadus* spp. |
| Crappie, White | *Pomoxis annularis* |
| Dace, Foskett Speckled | *Rhinichthys osculus* |
| Dace, Longfin | *Agosia chrysogaster* |
| Halibut | *Hippoglossus* spp. |
| Minnow, Fathead | *Pimephales promelas* |
| Minnow, Silvery | *Hybognathus* spp. |
| Paddlefish | *Polyodon spathula* |
| Pike, Northern | *Esox lucius* |
| Pikeminnow, Colorado | *Ptychocheilus lucius* |
| Pupfish | *Cyprinodon* spp. |
| Pupfish, Devil's Hole | *Cyprinodon diabolis* |
| Salmon, Chinook | *Oncorhynchus tshawytscha* |
| Salmon, Chum | *Oncorhynchus keta* |
| Salmon, Coho | *Oncorhynchus kitsch* |
| Salmon, Pink | *Oncorhynchus gorbusca* |
| Shiner, Red | *Cyprinella lutrensis* |
| Stickleback, Unarmored Threespine | *Gasterosteus aculeatus wiliamsoni* |
| Sturgeon | *Acipenser* spp. |
| Sturgeon, Pallid | *Scaphirhynchus albus* |
| Sucker, Desert | *Castromus clarki* |
| Sucker, Razorback | *Xyrauchen texanus* |
| Sunfish | *Lepomis* spp. |
| Sunfish, Bluegill | *Lepomis macrochirus* |
| Sunfish, Green | *Lepomis cyanellus* |
| Trout, Apache | *Oncorhynchus apache* |
| Trout, Brook | *Salvelinus fontinalis* |
| Trout, Brown | *Salmo trutta* |
| Trout, Bull | *Salvelinus confluentus* |
| Trout, Cutthroat | *Oncorhynchus clarki clarki* |
| Trout, Bonneville Cutthroat | *Oncorhynchus clarki utah* |
| Trout, Lahontan Cutthroat | *Oncorhynchus clarki henshawi* |
| Trout, Gila | *Oncorhynchus gilae* |
| Trout, Lake | *Salvelinus namaycush* |
| Trout, Rainbow (Steelhead) | *Oncorhynchus mykiss* |
| Trout, Redband | *Oncorhynchus mykiss* ssp. |
| Walleye | *Stizostedion vitreum* |

BLM_0008415

## COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **AMPHIBIANS and REPTILES** | |
| Chuckwalla | *Sauromalus ater* |
| Ensatina | *Ensatina eschscholtzii* |
| Frog, Wood | *Rana sylvatica* |
| Frog, Columbia Spotted | *Rana luteiventris* |
| Iguana, Desert | *Dipsosaurus dorsalis* |
| Lizard, Alligator | *Elgaria multicarinata multicarinata* |
| Lizard, Blunt-Nosed Leopard | *Gambelia silus* |
| Lizard, Sagebrush | *Sceloporus graciosus* |
| Lizard, Yucca Night | *Xantusia vigilis vigilis* |
| Rattlesnake, Western | *Crotalus viridis* |
| Salamander, Clouded | *Aneides ferreus* |
| Salamander, Mount Lyell | *Hydromantes platycephalus* |
| Salamander, Olympic | *Rhyacotriton olympicus* |
| Salamander, Oregon Slender | *Batrachoseps wrighti* |
| Salamander, Pacific Giant | *Dicamptodon tenebrosus* |
| Salamander, Relictual Slender | *Batrachoseps relictus* |
| Salamander, Western Red-backed | *Plethodon vehiculum* |
| Snake, Common Garter | *Taricha sirtalis* |
| Snake, Northwestern Garter | *Thamnophis ordinoides* |
| Toad, Spadefoot | *Scaphiopus* spp. |
| Tortoise, Desert | *Gopherus agassizii* |
| Turtle, Painted | *Chrysemys picta* |
| Turtle, Western Pond | *Clemmys marmorata* |
| **BIRDS** | |
| Bobolink | *Dolichonyx oryzivorus* |
| Bobwhite, Masked | *Colinus virginianus ridgewayi* |
| Bushtit | *Psaltriparus minimus* |
| Chickadee | *Poecile* spp. |
| Chukar | *Alectoris chukar* |
| Creeper | *Certhia* spp. |
| Crossbill, White-winged | *Loxia leucoptera* |
| Crow, American | *Corvus brachyrhynchos* |
| Dove, Mourning | *Zenaida macroura* |
| Eagle, Bald | *Haliaeetus leucocephalus* |
| Eagle, Golden | *Aquila chrysaetos* |
| Eider, Spectacled | *Somateria fischeri* |
| Eider, Stellar's | *Polysticta stelleri* |
| Falcon, Peregrine | *Falco peregrinus* |
| Flicker, Gilded | *Colaptes chrysoides* |
| Flycatcher, Brown-crested | *Myiarchus tyrannulus* |
| Flycatcher, Southwestern Willow | *Empidomax trallii extimus* |
| Flycatcher, Vermilion | *Pyrocephalus rubinus* |
| Flycatcher, Willow | *Empidonax traillii* |
| Gnatcatcher, Black-tailed | *Polioptila melanura* |
| Gnatcatcher, California | *Polioptila californica* |
| Goshawk, Northern | *Accipiter gentilis* |
| Grouse, Columbian Sharp-tailed | *Tympanuchus phasianellus columbianus* |
| Grouse, Greater Sage- | *Certracercus urophasianus* |
| Grouse, Ruffed | *Bonasa umbellus* |
| Grouse, Sharp-tailed | *Tympanuchus phasianellus* |

BLM_0008416

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| BIRDS (Cont.) ||
| Grouse, Spruce | *Falcipennis canadensis* |
| Gyrfalcon | *Falco rusticolus* |
| Hawk, Ferruginous | *Buteo regalis* |
| Hawk, Rough-legged | *Buteo lagopus* |
| Hen, Heath | *Tympanuchus cupido cupido* |
| Hummingbird | Trochilidae |
| Jay, Pinyon | *Gymnorhinus cyanocephalus* |
| Jay, Scrub | *Aphelocoma californica* |
| Jay, Steller's | *Cyanocitta stelleri* |
| Junco, Dark-eyed | *Junco hyemalis* |
| Kinglet | *Regulus* spp. |
| Lark, Horned | *Eremophila alpestris* |
| Meadowlark, Western | *Sturnella neglecta* |
| Mockingbird, Northern | *Mimus pollyglatos* |
| Murrelet, Marbled | *Brachyramphus marmoratus* |
| Nutcracker, Clark's | *Nucifraga columbiana* |
| Nuthatch | *Sitta* spp. |
| Ovenbird | *Seiurus aurocapilla* |
| Owl, Burrowing | *Athene cunicularia* |
| Owl, Elf | *Micrathene whitneyi* |
| Owl, Flammulated | *Otus flammeolus* |
| Owl, Snowy | *Bubu scandiacus* |
| Owl, California Spotted | *Strix occidentalis occidentalis* |
| Owl, Spotted | *Strix occidentalis* |
| Plover, Mountain | *Charadrius montanus* |
| Plover, Piping | *Charadrius melodus* |
| Plover, Western Snowy | *Charadrius alexandrinus* |
| Prairie Chicken, Greater | *Tympanuchus cupido* |
| Prairie Chicken, Lesser | *Tympanuchus pallidicinctus* |
| Ptarmigan, Willow | *Lagopus lagopus* |
| Quail, California | *Callipepla californica* |
| Quail, Gambel's | *Callipepla gambelii* |
| Quail, Mountain | *Oreortyx pictus* |
| Quail, Northern Bobwhite | *Colinus virginianus* |
| Quail, Scaled | *Callipepla squamata* |
| Rail, Yuma Clapper | *Rallus longirostris yumanensis* |
| Raven, Common | *Corvus corax* |
| Robin, American | *Turdus americanus* |
| Sparrow, Black-throated | *Amphispiza bilineata* |
| Sparrow, Brewer's | *Spizella breweri* |
| Sparrow, Cassin's | *Aimophila cassinii* |
| Sparrow, Grasshopper | *Ammodramus savannarum* |
| Sparrow, Lark | *Chondestes grammacus* |
| Sparrow, Sage | *Amphispiza belli* |
| Sparrow, Savannah | *Passerculus sandwichensis* |
| Sparrow, Vesper | *Pooecetes gramineus* |
| Swift, Vaux's | *Chaetura vauxi* |
| Thrasher, California | *Toxostoma redivivum* |
| Thrasher, Sage | *Oreoscoptes montanus* |
| Thrush, Hermit | *Catharus guttatus* |

BLM_0008417

## COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **BIRDS (Cont.)** | |
| Thrush, Swainson's | *Catharus ustulatus* |
| Titmouse, Plain | *Baeolophus inornatus; B. ridgewayi* |
| Towhee, Spotted | *Pipilo maculatus* |
| Turkey, Wild | *Meleagris gallopavo* |
| Vireo | *Vireo* spp. |
| Woodpecker | *Melanerpes* spp. |
| Woodpecker, Acorn | *Melanerpes formicivorus* |
| Woodpecker, Black-backed | *Picoides arcticus* |
| Woodpecker, Gila | *Melanerpes uropygialis* |
| Woodpecker, Golden-fronted | *Melanerpes aurifrons* |
| Woodpecker, Lewis' | *Melanerpes lewis* |
| Wren, Cactus | *Campylorhynchus brunneicapillus* |
| Wren, Winter | *Troglodytes troglodytes* |
| Wrentit | *Chamaea fasciata* |
| **MAMMALS** | |
| Antelope, Pronghorn | *Antilocapra americana* |
| Antelope, Sonoran Pronghorn | *Antilocapra americana sonoriensis* |
| Badger, American | *Taxidea taxus* |
| Bat, Lesser Long-nosed | *Leptonycteris curosoae yerbabuenae* |
| Bat, Mexican Long-nosed | *Leptonycteris nivalis* |
| Bat, Pocketed Free-tail | *Nyctinomops femorosaccus* |
| Bear | *Ursus* spp. |
| Bear, Black | *Ursus americanus* |
| Bear, Grizzly (Brown) | *Ursus arctos* |
| Bear, Polar | *Ursus maritimus* |
| Beaver, American | *Castor canadensis* |
| Bison, American | *Bison bison* |
| Bobcat | *Felis rufus* |
| Buffalo, American | *Bison bison* |
| Burro | *Equus asinus* |
| Caribou | *Rangifer tarandus* |
| Chipmunk | *Eutamias* spp. |
| Coatimundi | *Nasua narica* |
| Cottontail | *Sylvilagus* spp. |
| Cottontail, Desert | *Sylvilagus auduboni* |
| Cougar | *Puma concolor* |
| Coyote | *Canis latrans* |
| Deer | *Odocoileus* spp. |
| Deer, Black-tailed | *Odocoileus hemionus* |
| Deer, Mule | *Odocoileus hemionus* |
| Deer, White-tailed | *Odocoileus virginianus* |
| Elk | *Cervus elaphus* |
| Ferret, Black-footed | *Mustela nigripes* |
| Fox, Arctic | *Alopex lagopus* |
| Fox, Gray | *Urocyon cinereoargenteus* |
| Fox, Kit | *Vulpes macrotis* |
| Fox, Red | *Vulpes vulpes* |
| Fox, Swift | *Vulpes velox* |
| Goat, Mountain | *Oreamnos americanus* |
| Gopher, Northern Pocket | *Thomomys talpoides* |

BLM_0008418

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| **MAMMALS (Cont.)** | |
| Gopher, Pocket | *Thomomys* spp. |
| Hare, Snowshoe | *Lepus americanus* |
| Horse | *Equus caballus* |
| Jackrabbit | *Lepus* spp. |
| Jackrabbit, Black-tailed | *Lepus californicus* |
| Jaguar | *Panthera onca* |
| Lemming, Brown | *Lemmus trimucronatus* |
| Marmot, Hoary | *Marmota caligata* |
| Mole | *Talpidae* spp. |
| Marten, American | *Martes americana* |
| Moose | *Alces alces* |
| Mountain Lion | *Puma concolor* |
| Mouse, California | *Peromyscus californicus* |
| Mouse, Deer | *Peromyscus maniculatus* |
| Mouse, Pinyon | *Peromyscus truei* |
| Mouse, Preble's Meadow Jumping | *Zapus hudsonius preblei* |
| Muskox | *Ovibos moschatus* |
| Ocelot | *Felis pardalis* |
| Peccary, Collared | *Tayassu tajacu* |
| Prairie Dog | *Cynomys* spp. |
| Prairie Dog, Black-tailed | *Cynomys ludovicianus* |
| Prairie Dog, Utah | *Cynomys parvidens* |
| Prairie Dog, White-tailed | *Cynomys leucurus* |
| Rabbit, Brush | *Sylvilagus bachmani* |
| Rat, Desert Kangaroo | *Dipodomys deserti* |
| Rat, Giant Kangaroo | *Dipodomys ingens* |
| Rat, Merriam's Kangaroo | *Dipodomys merriama* |
| Reindeer | *Rangifer tarandus* |
| Sheep, Bighorn | *Ovis canadensis* |
| Sheep, Dall | *Ovis dalli* |
| Sheep, Desert Bighorn | *Ovis canadensis nelsoni* |
| Shrew | *Soricidae* |
| Skunk | *Mephitis* spp. |
| Skunk, Hooded | *Mephitis macroura* |
| Skunk, Striped | *Mephitis mephitis* |
| Squirrel, Abert's | *Sciurus aberti* |
| Squirrel, Arctic Ground | *Spermophilus parryii* |
| Squirrel, California Ground | *Citellus beecheyi* |
| Squirrel, Northern Flying | *Glaucomys sabrinus* |
| Squirrel, Idaho Ground | *Spermophilus brunneus* |
| Squirrel, Mexican Ground | *Spermophilus mexicanus* |
| Squirrel, Northern Idaho Ground | *Spermophilus brunneus brunneus* |
| Squirrel, Washington Ground | *Spermophilus washingtoni* |
| Squirrel, Western Gray | *Sciurus griseus* |
| Vole, Montane | *Microtus montanus* |
| Weasel | *Mustela* spp. |
| Wolf, Gray | *Canis lupus* |
| Wolverine | *Gulo gulo* |
| Woodchuck | *Marmota monax* |
| Woodrat | *Neotoma* spp. |

BLM_0008419

COMMON AND SCIENTIFIC NAMES OF PLANTS AND ANIMALS

| Common Name | Scientific Name |
|---|---|
| MAMMALS (Cont.) | |
| Woodrat, Dusky-footed | *Neotoma fuscipes* |
| Woodrat, Riparian | *Neotoma fuscipes riparia* |

BLM_0008420

# APPENDIX B
# MANUALS AND HANDBOOKS

BLM_0008421

BLM_0008422

# APPENDIX B

# REFERENCE MANUALS AND HANDBOOKS

General and specific program direction, such as policy, required procedures, and standards concerning the use of renewable resource improvements are contained in a number of BLM Manual Sections and Handbooks. The following list of references provides a general index to this information for use by BLM managerial and staff personnel. A complete listing of all BLM Section Codes can be found in Appendix 3, pages 93-168 in BLM Manual Section 1220 Records and Information Management and is available at: http://www.blm.gov/nhp/efoia/wo/manual/1220.pdf.

| | |
|---|---|
| Manual Section 620 | Wildland Fire Management |
| Manual Section 1112 | Safety |
| Manual Section 1220 | Records and Information Management |
| Manual Section 1510 | Procurement |
| Manual Section 1601 | Bureau Planning System |
| Handbook H-1601-1 | Land Use Planning Handbook |
| Manual Section 1616 | Prescribed Resource Management Planning Actions |
| Manual Section 1617 | Resource Management Plan Approval, Use, and Modification |
| Manual Section 1619 | Activity Plan Coordination |
| Manual Sections 1620-1625 | Supplemental Program Guidance |
| Manual Section 1734 | Monitoring and Inventory Coordination |
| Manual Section 1740 | Renewable Resource Improvements and Treatments |
| Handbook H-1740-1 | Renewable Resource Improvement and Treatment Guidelines and Procedures |
| Manual Section 1741 | Renewable Resource Improvements, Practices, and Standards |
| Handbook H-1741-1 | Fencing |
| Handbook H-1741-2 | Water Developments |
| Manual Section 1742 | Emergency Fire Rehabilitation |
| Handbook H-1742-1 | Emergency Fire Rehabilitation |
| Manual Section 1743 | Renewable Resource Investment Analysis |
| Handbook H-1743-1 | Resource Investment Analysis: User Handbook for the SageRam Computer Program |
| Manual Section 1745 | Introduction, Transplant, Augmentation and Reestablishment of Fish, Wildlife and Plants. |
| Handbook H-1790-1 | National Environmental Policy Act Handbook |
| Manual Section 2920 | Leases, Permits, and Easements |
| Manual Section 4010 | Range Management Program Records |
| Handbook H-4010-1 | Range Management Program Records |
| Manual Section 4100 | Grazing Administration – Exclusive of Alaska |
| Manual Section 4120 | Grazing Management |
| Handbook H-4120-1 | Grazing Management |

BLM_0008423

## BLM REFERENCE MANUALS

| | |
|---|---|
| Manual Section 4180 | Rangeland Health Standards |
| Handbook H-4180-1 | Rangeland Health Standards |
| Manual Section 4400 | Rangeland Inventory, Monitoring, and Evaluation |
| Handbook H-4400-1 | Rangeland, Inventory, Monitoring, and Evaluation |
| Handbook H-4410-1 | National Range Handbook |
| Manual Section 5000 | Forest Management |
| Manual Section 5000-1 | Forest Management Public Domain |
| Manual Section 5400 | Sales of Forest Products |
| Handbook H-6310-1 | Wilderness Inventory and Study Procedures |
| Manual Section 6500 | Wildlife and Fisheries Management |
| Manual Section 6780 | Habitat Management Plans |
| Manual Section 6840 | Special Status Species Management |
| Manual Section 7000 | Soil, Water, and Air Management |
| Manual Section 8100 | The Foundations for Managing Cultural Resources |
| Manual Section 8110 | Identifying and Evaluating Cultural Resources |
| Manual Section 8120 | Tribal Consultation under Cultural Resources Authorities |
| Handbook H-8120-1 | General Procedural Guidance for Native American Consultation |
| Manual Section 8130 | Planning for Uses of Cultural Resources |
| Manual Section 8140 | Protecting Cultural Resources |
| Manual Section 8150 | Permitting Uses of Cultural Resources |
| Handbook H-8160-1 | General Procedural Guidelines for Native American Consultation |
| Manual Section 8170 | Interpreting Cultural Resources for the Public |
| Manual Section 8270 | Paleontological Resource Management |
| Handbook H-8270-1 | General Procedural Guidance for Paleontological Resource Management |
| Manual Section 8351 | Wild and Scenic Rivers – Policy and Program Direction for Identification, Evaluation, and Management |
| Manual Section 8400 | Visual Resource Management |
| Handbook H-8410-1 | Visual Resource Inventory |
| Manual Section 8431 | Visual Resource Contrast Rating |
| Handbook H-8550-1 | Interim Management Policy for Lands under Wilderness Review |
| Manual Section 8560 | Management of Designated Wilderness Areas |
| Handbook H-8560-1 | Wilderness Management |
| Manual Section 9011 | Chemical Pest Control |
| Handbook H-9011-1 | Chemical Pest Control |
| Manual Section 9012 | Expenditure of Rangeland Insect Pest Control Funds |
| Manual Section 9014 | Use of Biological Control Agents of Pest on Public Lands |
| Manual Section 9015 | Integrated Weed Management |
| Manual Section 9100 | Engineering |
| Manual Section 9101 | Facility Planning |
| Manual Section 9102 | Facility Design |
| Manual Section 9103 | Facility Construction |
| Manual Section 9104 | Facility Maintenance |
| Manual Section 9114 | Trails |

BLM_0008424

| | |
|---|---|
| Manual Section 9132 | Operational Signs |
| Manual Section 9172 | Water Control Structures |
| Handbook H-9172-1 | Water Control Structures – Guidelines for Design |
| Handbook H-9172-2 | Water Control Structures –Guidelines for Construction Drawings |
| Manual Section 9177 | Maintenance and Safety of Dams |
| Handbook H-9177-1 | Performing Condition Surveys for Earth Embankment Dams |
| Handbook H-9177-2 | Performing Emergency Action Plans |
| Handbook H-9177-3 | Reporting Dam Failures |
| Manual Section 9182 | Wastewater Treatment |
| Manual Section 9183 | Municipal – Community Related Solid Waste |
| Manual Section 9184 | Drinking Water Supply |
| Manual Section 9210 | Fire Management |
| Manual Section 9211 | Fire Planning |
| Handbook H-9211-1 | Fire Management Activity Planning Procedures |
| Manual Section 9214 | Prescribed Fire Management |
| Handbook H-9214-1 | Prescribed Fire Management |
| Manual Section 9215 | Fire Training and Qualifications |
| Manual Section 9218 | Fire Reporting and Statistics |
| Manual Section 9220 | Integrated Pest Management |

BLM_0008425

# APPENDIX C
# TRIBAL AND AGENCY CONSULTATION

BLM_0008427

# TRIBAL CONSULTATION

BLM_0008428

BLM_0008429





# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov
July 3, 2002

**RE:** **Bureau of Land Management (BLM) Vegetation Treatments Programmatic Environmental Impact Statement (EIS) for the Western U.S., Including Alaska**

Dear Chairperson:

The Bureau of Land Management (BLM) is preparing a programmatic EIS to evaluate the impacts of the vegetative treatments on the environment and local economies. The BLM is proposing to treat vegetation on approximately six million acres annually in the western U.S., and Alaska. The purpose of these treatments is to conserve and restore the function of vegetation, watershed, and fish and wildlife habitat. Vegetation treatment methods could include mechanical, manual, chemical, biological, and cultural control, as well as prescribed fires. Cultural control utilizes goats and other animlas.

Approximately half the acres would be treated to restore historic fire regimes and to reduce the risk of wildfires on BLM-administered lands. The BLM estimated that 1-1-½ million acres of wildfire-damaged land would be treated annually under the Emergency Stabilization and Rehabilitation program. The BLM would manage the rest of the acreage under several programs, including the control of noxious weeds, invasive plants, and the restoration of damaged lands by seeding and replanting.

As part of the program, the BLM is proposing to evaluate five new herbicides for possible use on public lands in the EIS. We are currently assessing risk to humans, fish, and wildlife from use of these chemicals. In addition, BLM will develop a protocol as part of the EIS which will allow us to streamline the process of evaluation and approval of herbicides that may be developed in the future.

The vegetation treatment actions would occur on public lands administered by the BLM in Alaska, Arizona, California, Colorado, Idaho, Kansas, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Texas, Washington, and Wyoming. The enclosed sheet titled "Frequently Asked Questions" discusses the vegetation treatment's program and the EIS, and the enclosed map shows the locations of BLM-administered lands in your State.

2

The programmatic EIS is designed to look at the broad impacts associated with the design to implement the vegetation treatment program. Because the program covers such a large area, assessing site-specific impacts in this EIS is not realistic. This approach will allow the future development of more site-specific National Environmental Policy Act documents, such as land-use plans and project-specific analysis. The need for repetitive discussion of the same issues in the site-specific documents will be eliminated.

The BLM is coordinating closely with other Federal, State, and local agencies, Native American Tribes, Alaska Native groups, and other stakeholders. The BLM recently completed public scoping and is in the process of reviewing comments and identifying alternative treatment actions to the proposed action. We anticipate that the Draft EIS will be completed later this fall.

The BLM seeks to address the effects of treatment methods on resources used by Native Americans and Alaska Native groups. We ask that you review the enclosed materials and inform us of any concerns you might have about any of the proposed vegetation treatments. We are particularly interested in potential impacts on subsistence plants and animals, and on traditional cultural properties. We are also interested in potential impacts on resources associated with reserved rights under treaty, where they exist. Could you tell us which of the treatment activities are of further concern to you? Please let us know whether you would like to provide information and if you would like to participate in the environmental process by receiving review copies of the documents that we produce. Continued consultation with the affected Indian Tribes and Alaska Native groups will occur during the development and implementation of special projects by BLM field offices. We will keep you informed as to the progress of the project. You may also visit the BLM website to learn more about the project: http://www.blm.gov/weeds/VegEIS/index.htm.

Thank you for your time and consideration of this request. We would appreciate your response within 30 days. If you have any questions, concerns, or would like additional information, please contact Gina Ramos, co-team lead at 202-452-4084 or Brian Amme, Project Manager at 775-861-6645.

Sincerely,

Assistant Director, Renewable Resources
and Planning

2 Enclosures
  1 - Frequently Asked Questions
  2 - Project Area Map




# BUREAU OF LAND MANAGEMENT

## VEGETATION TREATMENTS PROGRAMMATIC EIS FOR THE WESTERN U.S. AND ALASKA

Frequently Asked Questions

**Project Description**

Q. What is the Bureau of Land Management (BLM) proposing to do?
A. The BLM is proposing to treat soil and vegetation on an estimated 6 million acres annually in the western U.S. and Alaska. The purpose of these treatments would be to conserve and restore vegetation, fish and wildlife habitat, and watershed functions using several treatment methods. Mechanical, manual, chemical, biological, and cultural (use of goats and other animals) treatment methods, and prescribed fire, would be used to treat vegetation.

Over half of the acres would be treated to restore historic fire regimes and reduce the risk of wildfire on BLM-administered lands. An estimated one million acres damaged by wildfires would be treated annually under the Emergency Stabilization and Rehabilitation Program. The remaining acreage would be managed under several BLM programs, and management would primarily involve the control of noxious weeds and invasive plants, and the restoration of damaged lands by seeding and replanting.

In addition, the BLM may be allowed to use several proposed herbicides that will be evaluated in the EIS, as well as new chemicals that may be developed in the future.

Q. Where would the proposed actions occur?
A. The vegetation treatment actions would occur on public lands administered by the BLM in the western U.S. and Alaska. The majority of these lands are in Alaska, Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming.

Q. Will the EIS include National Monuments and National Conservation Areas?
A. Yes, since they are included in the project area. These units will be analyzed as part of the broad programmatic treatment area to the extent that conservation and restoration project work, including invasive and noxious weed treatments, are allowed by the individual National Landscape Conservation System proclamations.

Q. How is this project different from what the BLM is already doing?
A. The BLM is currently authorized under earlier National Environmental Policy Act (NEPA) programmatic EISs to treat vegetation on approximately 500,000 acres in the western U.S.; however, Alaska was not included in the analyses in these EISs. Under the proposed program, the BLM would be able to treat several million more acres annually, and treatment activities in Alaska would also be covered under this EIS.

Q. Why does the BLM need to treat several million more acres annually?
A. Numerous large wildfires in the west in recent years have made it imperative that wildfire fuels be reduced to decrease the potential for future catastrophic wildfires. Over half of the acres would be treated to restore historic fire regimes and to reduce risk of wildfire on BLM-administered lands, especially those near urban areas. Over a million acres of lands burned by wildfires would be restored annually by seeding and planting. The remaining acres would be treated under several BLM programs, and management would primarily involve the control of noxious weeds and invasive plants.

Case No. 1:20-cv-02484-MSK   Document 28-5   filed 04/27/21   USDC Colorado   pg 93 of 298

**EIS Development Process**

Q.  Why is the BLM developing this EIS?
A.  The BLM is preparing a programmatic EIS to evaluate the impacts of treatments for the conservation and restoration of vegetation, watershed, and fish and wildlife habitat on surface lands administered by the BLM in the western U.S., including Alaska. The BLM is developing the EIS to update and replace analyses contained in four existing vegetation treatment EISs that were completed between 1986 and 1992. These documents are becoming less useful because new information is now available, and conditions and circumstances influencing treatment requirements have changed. For example, several new fire initiatives, including the National Fire Plan, Integrated Weed Management Plan, and Great Basin Restoration Initiative, have identified a need to do more vegetative treatments across the landscape to reduce the risks of wildfires and to control noxious weeds. The EIS is also being developed to analyze similar activities on BLM-administered lands in Alaska, which were not included in the earlier EISs.

Q.  What is the purpose of the EIS?
A.  The EIS will: (1) provide a comprehensive analysis of BLM conservation and restoration activities involving the treatment, modification, or restoration of vegetation, fish and wildlife habitat, and watersheds; (2) provide a comprehensive programmatic NEPA document for use by local BLM field offices for local land-use planning; (3) serve as a baseline cumulative impact assessment; (4) assess human and environmental health risks from proposed new herbicides and prescribed burning activities; and (5) consider state-specific activities, including hazardous fuels treatments, to protect communities and restore desired natural fire regimes.

Q.  Is the EIS a land-use plan?
A.  No, the EIS is neither a land-use plan nor an amendment to a land-use plan. As a programmatic EIS, it will not determine land use on the public lands and will not address specific agency management decisions developed under local land use plans.

Q.  What is the difference between a programmatic EIS and project-specific EIS?
A.  A programmatic EIS is designed to look at the broad, generic impacts associated with a decision to fully implement a program. Because this EIS covers vegetation treatment activities on 15 states, it is not realistically possible to assess site-specific impacts associated with the program. A programmatic EIS also allows for the tiering of more site-specific NEPA documents, such as land-use plans, eliminating the need for repetitive discussions of the same issues. A project-specific EIS looks at impacts associated with a site-specific project, such as vegetation treatment activities on 1,000 acres of BLM-administered lands.

Q.  How will this EIS affect current and future local land-use plans?
A.  There should be little effect on current land-use plans. However, the programmatic EIS should minimize the need for cumulative impact documentation in future individual land-use plans, revisions, amendments, and EISs. The EIS will act as an umbrella document under which the local field offices can develop local land-use plans by providing comprehensive general guidelines, and will serve as a baseline cumulative impact assessment.

Q.  Who is developing the EIS?
A.  The BLM Office of Rangelands, Soils, Water and Air in Washington, D.C., is leading the project, supported by BLM technical resource specialists in BLM offices throughout the western U.S. and Alaska. ENSR International, a third-party contractor, will conduct the public meetings and prepare the EIS in accordance with BLM guidelines and oversight.

Q.  Are there any other federal agencies involved in the effort?
A.  There are no other federal agencies involved as cooperating agencies; however, the project is being closely coordinated with the U.S. Fish and Wildlife Service, National Marine Fisheries Service, and Environmental Protection Agency.

Q.  Are tribal, state, and local governments involved in the EIS process?
A.  The BLM will coordinate closely with tribal, state, and local governments, the National Association of Counties, and the Western Governors Association throughout development of the EIS.

Q.  How much has been done so far, and what is the next step?
A.  The Notice of Intent to develop the EIS was published in the Federal Register on October 12, 2001, and a news release was distributed to the media, interested groups, and state agencies by the BLM at the same time. A notice of the extension of the public comment period and the schedule for scoping meetings was published in the Federal Register on January 2, 2002, and a "Questions and Answers" information sheet was distributed on the same date. Nineteen public scoping meetings will be held throughout the western U.S., and in Alaska and Washington, D.C., during January through mid March.

Q.  When is the EIS scheduled for completion?
A.  The Draft EIS is scheduled to be completed in the fall of 2002, and the Final EIS in late summer 2003.

**Potential Issues to Be Examined in the EIS**

Q.  Does this EIS involve controversial issues?
A.  It is anticipated that most public scrutiny will focus on issues associated with the use of prescribed fire and restoration of fire-adapted ecosystems, and the use of herbicides to control noxious weeds and other vegetation. Specific issues to be addressed in the EIS include the impacts of wildfires and prescribed fires on regional air quality; effects of herbicides on human and environmental health; effects of treatment methods on threatened and endangered species; and effects of treatment methods on resources used by Native Americans and Alaska Native groups.

Q. What issues will this EIS not cover?
A. The EIS will not address vegetation management that is primarily focused on commercial timber or other forest product enhancement and use, livestock forage enhancement and use, abandoned mine land reclamation, and energy production. The EIS will not analyze fire suppression operations and soil stabilization, except where related to vegetation treatment. The EIS also will not make land use allocations, or evaluate off-road vehicle use of BLM-administered lands.

Q.  Will there be an assessment of risks to the public and the environment from the use of herbicides and prescribed burning?
A.  A risk assessment will be done to determine the likely risks to humans and wildlife from the treatments involving new herbicides proposed for use by the BLM, and from prescribed burning. The EIS will not evaluate the risks from herbicides presently being used by the BLM, which have already been evaluated in the earlier EISs, unless new information has become available to suggest that these herbicides require further evaluation.

Q.  Will the EIS include alternatives for treating vegetation and mitigation?
A.  Yes, the EIS will include alternative proposals for treating vegetation, including the use of preventive measures and operational procedures to reduce impacts to humans and the environment.

Q.  Will there be a process developed to determine which new chemicals the BLM can use to control vegetation?
A.  Yes, the EIS will also include protocol that the BLM should follow to evaluate new chemicals that may be developed in the future, prior to their use by the agency.  These herbicides could only be used if they are: (1) registered for use by the EPA; (2) used for treatment of appropriate vegetation types and at application rates specified on the label directions; and (3) determined to be safe to humans and the environment based on a toxicological and environmental impacts analysis of the herbicides by the BLM.

**Public Involvement**

Q.  When will the public be able to make comments on the project?
A.  NEPA regulations require federal agencies to seek public input during development of the EIS. The public will have several opportunities to discuss this project with the BLM and to make comments, such as:

- At public scoping meetings held in 19 cities from January 8 through March 12, 2002.
- By submitting comments on issues identified in the scoping process and any additional issues that should be addressed, through March 29, 2002.
- By submitting comments through additional public comment periods associated with the Draft EIS and Final EIS.

Q.  How can the public comment on the program?
A.  The public can provide formal comments to the court reporter who will be available during each scoping meeting. Forms to submit written comment will also be available during the scoping meeting, and at local BLM offices, and can be turned in to the BLM at the scoping meeting or local office.  These forms, or other written comments, can also be mailed to: Brian Amme, Project Manager, Bureau of Land Management, P.O. Box 12000, Reno, NV 89520-0006.  Comments can also be faxed to Mr. Amme at (775) 861-6712.

Q. What will be done with these comments?
A. The comments will be compiled and summarized by major resource areas and issues in a scoping summary report. Public comments, and the scoping summary report, will be used to evaluate issues and concerns associated with the proposed program, and to develop alternative programs to treat vegetation on BLM-administered lands. Alternative programs could involve vegetation treatment using fewer treatment methods than are currently proposed by the BLM, or different amounts of acres treated using each method. The scoping summary report will be made available to the public in late spring.

Q.  How can I find out more about the project, review the earlier EISs, and follow the progress of the EIS?
A.  A website is currently under construction on the BLM website (www.blm.gov) and will be available in February 2002.



## California



BLM-Administered Lands

BLM National Monument

BLM National Conservation Area

State Office     BLM State Jurisdiction          County Line

Field Office     Field Office Jurisdiction        ─ ─ ─ State Line

Field Office (Tier 3)   Field Office Jurisdiction (Tier 3)

In addition to the surface acreage shown, the BLM manages
47.5 million acres of subsurface mineral estate for this state jurisdiction.

For more information on this data, contact
Keith Francis at NSTC, keith_francis@blm.gov or 303-236-0113.

Ms. Judith Bittner, SHPO
Alaska Department of Natural Resources
Office of History & Archeology
550 West 7th Avenue, Suite 1310
Anchorage, AK 99501-3565

Mr. James W. Garrison, SHPO
Arizona State Parks
1300 West Washington
Phoenix, AZ 85007

Dr. Knox Mellon, SHPO
Office of Hist Pres, Dept Parks &
Recreation
P.O. Box 942896
Sacramento CA 94296-0001

Ms. Georgianna Contiguglia, SHPO
Colorado Historical Society
1300 Broadway
Denver, CO 80203

Steve Guerber, SHPO
Idaho State Historical Society
1109 Main Street, Suite 250
Boise, ID 83702-5642

Dr. Ramon S. Powers, SHPO, Executive
Director
Kansas State Historical Society
6425 Southwest 6th Avenue
Topeka, KS 66615-1099

Dr. Mark F. Baumler, SHPO
State Historic Preservation Office
1410 8th Avenue
P.O. Box 201202
Helena, MT 59620-1202

Mr. Lawrence Sommer, SHPO
Nebraska State Historical Society
P.O. Box 82554
1500 R Street
Lincoln, NE 68501

Mr. Ronald James, SHPO
Historic Preservation Office
100 N Stewart Street
Capitol Complex
Carson City, NV 89701-4285

Elmo Baca, SHPO
Historic Preservation Div,
Affairs
228 East Palace Avenue
Santa Fe, NM 87503

Mr. Merlan E. Paaverud, Jr., SHPO
State Historical Society of North Dakota
612 E. Boulevard Ave.
Bismarck, ND 58505

Dr. Bob L. Blackburn, SHPO
Oklahoma Historical Society
2100 N. Lincoln Blvd.
Oklahoma City, OK 73105

Mr. Michael Carrier, SHPO
State Parks & Recreation Department
1115 Commercial Street, NE
Salem, OR 97301-1012

Mr. Jay D. Vogt, SHPO
State Historic Preservation Office
Cultural Heritage Center
900 Governors Drive
Pierre, SD 57501

Mr. F. Lawerence Oaks, SHPO
Texas Historical Commission
P.O. Box 12276
Austin, TX 78711-2276

Mr. Max Evans, SHPO
Utah State Historical Society
300 Rio Grande
Salt Lake City, UT 84101

Dr. Allyson Brooks  SHPO
Ofc of Archeology & Historic Preservation

PO Box 48343
Olympia, WA 98504-8343

Mr. Richard Currit, SHPO
Wyoming State Hist. Pres. Ofc.
2301 Central Avenue, 4th Floor
Cheyenne, WY 82002

NAVAJO NATION
Dr. Alan Downer, HPO
PO Box 4950
Window Rock, AZ 86515
520-871-6437 FAX: 520-871-7886

BLM_0008438

# OMAHA TRIBE OF NEBRASKA

P. O. Box 368
Macy, Nebraska 68039

**EXECUTIVE OFFICER**
Donald F. Grant, Chairman
Valentine Parker, Jr., Vice-Chairman
Doran Morris, Sr., Treasurer
Eleanor Baxter, Secretary

(402) 837-5391
FAX (402) 837-5308

**MEMBERS**
Clifford R. Wolfe, Jr.
Orville Cayou
Gregory L. Spears

NATURAL RESOURCES

August 13, 2002

Brian Amme
Project Manager
Bureau of Land Management
P.O. BOX 12000
Reno, NV 89520-0006

Re: Bureau of Land Management (BLM) Vegetation Treatments Programmatic
Environmental Impact Statement (EIS) for the Western U.S., Including Alaska

Dear Mr. Amme:

We have received the information report prepared for the above-referenced project that BLM is proposing. The purpose of these treatments is to conserve and restore the function of vegetation, watershed, and fish and wildlife habitat and including control of noxious weeds, and the restoration of damaged lands by seeding and replanting.

Thank you for providing the Omaha Tribe with the opportunity to review this undertaking.

We make comment based on the enclosed material, we would like to participate in the environmental process by receiving copies of the documents that BLM produces.

Please keep us informed as to the progress of the project or any additional information.

Feel free to contact this office (402) 837-5391 if you have any questions.

Sincerely,

*Kenneth Lyons*

Kenneth Lyons
Real Estate Services
Omaha Tribe of Nebraska



# Scotts Valley Band
# of Pomo Indians

July 22, 2002

Brian Amme
Project Manager Vegetation/Habitat Treatments
Bureau of Land Management
P.O. Box 12000
Reno, NV. 89520-0006

Dear Mr. Amme,

I am writing this letter in response to the letter of July 3rd, 2002 requesting input from Tribal agencies about the Vegetation Treatment EIS. Pomo Tribes are world-renowned for the quality of their historic basketweaving. Scotts Valley Band of Pomo Indians is in the process of restoring this tradition among Tribal members, including children. Because Traditional materials such as willow, sedge, and redbud are held in the mouth while splitting, our weavers are **very** concerned about chemical residues that may remain on plants as a result of spraying for vegetation control. The California Indian Basketweaver's Association has completed a study about the persistence of chemicals in the landscape (notably Round-up) that indicates long-term presence (up to 300+ days) in the landscape. This problem is especially important when large tracts of land are subjected to aerial spraying for vegetation control.

Traditional Pomo weavers managed their gathering sites with controlled burns, and therefore, Scotts Valley supports the use of fire as a management tool. We understand that this is controversial due to recent events, but with **closer attention to conditions in the field**, we feel fire can be an excellent management tool. Again, due to chemical residues left by kerosene products, we suggest using propane to start controlled burns in areas where basketweavers are likely to collect materials. The California Indian Basketweaver's Association has made this suggestion to the Parks Service and they are currently using the less detrimental product.

We appreciate your request for comments on this project, and hope that you will take our concerns seriously.

Sincerely,

Diana Hershey
Planning/Development Manager

9700 Soda Bay Rd. - Kelseyville, California 95451
(707) 277-8870     FAX # 1-707-277-8874

BLM_0008440

Case No. 1:20-cv-02484-MSK   Document 28-5   filed 04/27/21   USDC Colorado   pg 101 of 298




# TOHONO O'ODHAM NATION

## CULTURAL AFFAIRS DEPARTMENT

P.O. BOX 837 • SELLS, AZ 85634

Telephone (520) 383-3622 • Fax (520) 383-337



August 1, 2002

Brian Amme, Project Manager
Bureau of Land Management
P.O. Box 1200
Reno, Nevada 89520-0006

Dear Mr. Amme:

Thank you for the opportunity to review and comment on the proposed Bureau of Land Management Vegetation Treatments Programmatic Environmental Impact Statement (EIS) for the Western United States, including Alaska.

The Cultural Affairs Office has several comments and questions:

1. Concerns over types of herbicides, please send information on the five new herbicides you are considering for use. Effects on other plants, animals and people.
2. Areas that will be treated with mechanical or manual method that disturb the ground will require completion of archaeological surveys.
3. Once specific areas are identified, State BLM Office need to consult with the tribes in each state.
4. Effects on cultural resource properties need to be evaluated.
5. Effects on plants used by Native Americans for medicines or for crafts.
6. Please send copies of all relevant technical reports.
7. Tribes should be invited to be signatories of any programmatic agreements.
8. Please send copy of Draft EIS
9. Please send list of times and places for scooping meetings Please schedule scooping meetings for the Tohono O'odham Nation.
10. Effects of project on endangered species.

Sincerely,

Peter L. Steere
Manager, Cultural Affairs

BLM_0008441



# TUOLUMNE ME-WUK TRIBAL COUNCIL

Post Office Box 699
TUOLUMNE, CALIFORNIA 95379
—
Telephone (209) 928-3475
Fax (209) 928-1677

United States Department of the Interior
Bureau of Land Management
Washington, DC 20240

To Whom It May Concern:

Subject: EIS for the Western U.S.

In regard to the correspondence received concerning the Programmatic Environmental Impact Statement for the Vegetation Treatments on BLM's Land; the Tribe would like to be kept up on any issues and would like to see a copy of the draft and final EIS statement.

We, as Native Americans are very concerned about the chemical uses on cultural plants, especially basket materials. We hope that the evaluating of the five new herbicides for possible use on public lands will include the long-range effects on cultural plants as well as the effects on our sacred water sources.

We are also concerned due to the fact that a lot of Pre-historical sites do not flag in cultural plants, which we feel are a large part of the cultural significance of any site. These unprotected cultural plants, outside the flag lines are then exposed to the herbicides used on our forestlands.

Thank you for giving us the opportunity to comment upon this large undertaking. We are looking forward to receiving the draft Environmental Statement so that we may also comment on that. If you have any questions you may contact Vicki Biggs, Natural Resource Technician for the Tribe, (209) 928-3475.

Vicki Biggs
Natural Resource Technician
Tuolumne Me-Wuk Tribal Council

BLM_0008442

BLM_0008443

# BUREAU OF INDIAN AFFAIRS CONSULTATION

BLM_0008444

BLM_0008445



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Pacific Regional Office
2800 Cottage Way
Sacramento, California 95825

IN REPLY REFER TO:

Ms. Gina Ramos, Co-team Lead
Renewable Resources and Planning
Bureau of Land Management
Washington, D.C. 200240

JUL 2 3 2002

Dear Ms. Ramos:

This is to comment on the **Bureau of Land Management (BLM) Vegetation Treatments Programmatic Environmental Impact Statement (EIS) for the Western U.S., Including Alaska** as requested in your letter dated July 3, 2002.

Regarding the BLM's proposed use of herbicides, many American Indian individuals and groups in the Pacific Region actively gather edible plants and basket-making materials from Trust lands and public lands. Edible plants are ingested of course and basket materials are usually placed in the mouth when processing, softening, or when manipulating them during the manufacturing process. These traditional practices need to be considered by the BLM when planning any herbicide treatments. Some tribes have ordinances that prohibit the use of herbicides on their lands to protect their traditional gatherers and/or plants or animals. Because the exact locations of traditional use areas are often confidential or unrecorded, it is recommended that the BLM consult with local tribes on a project by project basis when considering herbicide treatments. It is also recommended you contact the California Basket-makers Association. To obtain contact information for Federally-recognized American Indian and Alaska Native groups, please contact Ms. Daisy West at (202) 208-2475.

Thank you for the opportunity to provide comments. If you have any questions, please contact Jay Hinshaw, Forestry Branch Environmental Compliance Coordinator, at (916) 978-6021, or Ron Recker, Acting Regional Forester, at (916) 978-6065.

Sincerely,

Amy L. Dutschke

**Acting**   Regional Director

BLM_0008446

SENT BY: HP LASERJET 3150;      9169786081;   JUL-22-02  2:39PM;   PAGE 2/15

*Tribal Leaders and*
*BIA Representatives*
### Pacific Region

BIA Agency Office:
Self-Gov. Compact:
Term of Office - Expiration Date:
**Ronald Jaeger, Regional Director**
**Pacific Regional Office**
**Bureau of Indian Affairs**
**2800 Cottage Way**
**Sacramento, CA 95825**
Phone No: **(916) 978-6000** Fax No: **(916) 978-6099**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Virgil Akins, Superintendent**
**Northern California Field Office**
**Bureau of Indian Affairs**
**1900 Churn Creek Road, Suite 300**
**Redding, CA 96002-0292**
Phone No: **(530) 246-5141** Fax No: **(530) 246-5167**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Virgil Townsend, Superintendent**
**Southern California Agency**
**Bureau of Indian Affairs**
**2038 Iowa Avenue, Suite 101**
**Riverside, CA 92507-0001**
Phone No: **(909) 276-6624** Fax No: **(909) 276-6641**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Dale Risling, Sr., Superintendent**
**Central California Agency**
**Bureau of Indian Affairs**
**650 Capital Mall, Suite 8-500**
**Sacramento, CA 95814**
Phone No: **(916) 930-3680** Fax No: **(916) 930-3780**
e-mail:

BIA Agency Office: **Palm Springs Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:
**John Rydzik, Acting Director**
**Palm Springs Field Office**
**Bureau of Indian Affairs**
**650 East Tahquitz Canyon**
**Way, Suite A**
**PO Box 2245**
**Palm Springs, CA 92262**
Phone No: **(760) 416-2133** Fax No: **(760) 416-2687**
e-mail:

BLM_0008447



*Tribal Leaders and*
*BIA Representatives*
## Pacific Region

BIA Agency Office: **Palm Springs Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:           **Mar 2002**
**Richard Milanovich, Chairman**
**Agua Caliente Band of Cahuilla Indians**
**600 East Tahquitz Canyon Way**
**Palm Springs, CA 92262**
Phone No:   (760) 325-3400 Fax No: (760) 325-0593
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Jessica Tavares, President**
**United Auburn Indian Community**
**661 Newcastle Road, Suite 1**
**Newcastle, CA 95658**
Phone No:   (916) 663-3720 Fax No: (916) 663-3727
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:           **Dec 2002**
**Clifford M. LaChappa, Sr., Spokesman**
**Barona Band of Mission Indians**
**1095 Barona Road**
**Lakeside, CA 92040**
Phone No:   (619) 443-6612 Fax No: (619) 443-0681
e-mail:
www.baronatribe.com/government.html

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Rose Marie Saulque, Chairperson**
**Benton Paiute Reservation**
**167 Yellow Jacket Rd**
**Benton, CA 93512**
Phone No:   (760) 933-2321 Fax No: (760) 933-2412
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:           Apr 2002
**Paul Del Rosa, Chairman**
**Alturas Rancheria**
**P.O. Box 340**
**Alturas, CA 96101**
Phone No:   (530) 233-5571 Fax No: (530) 233-4165
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:           **Indefinite**
**Mary Ann Martin, Chairperson**
**Augustine Band of Mission Indians**
**P.O. Box 846**
**Coachella, CA 92236**
Phone No:   (760) 369-7171 Fax No: (760) 369-7161
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:           **Mar 2002**
**James W. Moon, Jr., Chairman**
**Bear River Band of Rohnerville Rancheria**
**32 Bear River Drive**
**Loleta, CA 95551**
Phone No:   (888) 733-1900 Fax No: (707) 733-1972
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:           **Jan 2001**
**James Edwards, Chairman**
**Berry Creek Rancheria**
**5 Tyme Way**
**Oroville, CA 95966**
Phone No:   (530) 534-3859 Fax No: (530) 534-1151
e-mail:

BLM_0008448



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

---

BIA Agency Office: **Northern California Field Office**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Virgil Moorehead, Chairman**
**Big Lagoon Rancheria**
**P.O. Drawer 3060**
**Trinidad, CA 95570**
Phone No:   **(707) 826-2079** Fax No: **(707) 826-0495**
e-mail;

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          Jun 2003

**Jessica Bacoch, Chairperson**
**Big Pine Paiute Tribe of the Owens Valley**
**841 South Main Street**
**P.O. Box 700**
**Big Pine, CA 93513**
Phone No:   **(760) 938-2003** Fax No: **(760) 938-2942**
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Wilbur Beecher, Chairman**
**Big Sandy Rancheria**
**P.O. Box 337**
**Auberry, CA 93602**
Phone No:   **(559) 855-4003** Fax No: **(559) 855-4129**
e-mail;

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          Dec 2000

**Anthony Jack, Chairman**
**Big Valley Rancheria**
**2726 Mission Rancheria Road**
**Lakeport, CA 95453**
Phone No:   **(707) 263-3924** Fax No: **(707) 263-3977**
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          Jul 2000

**Monty Bengochia, Chairman**
**Bishop Reservation**
**50 Tu Su Lane**
**Bishop, CA 93514**
Phone No:   **(760) 873-3584** Fax No:   **(760) 873-4143**
e-mail:

---

BIA Agency Office: **Northern California Field Office**

Self-Gov. Compact:

Term of Office - Expiration Date:          Dec 2003

**Claudia Brundin, Chairperson**
**Blue Lake Rancheria**
**P.O. Box 428**
**Blue Lake, CA 95525**
Phone No:   **(707) 668-5101** Fax No: **(707) 668-4272**
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          Aug 2004

**Gerald Sam, Chairperson**
**Bridgeport Indian Colony**
**P.O. Box 37**
**Bridgeport, CA 93517**
Phone No:   **(760) 932-7083** Fax No: **(760) 932-7846**
e-mail;

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**, Chairperson**
**Buena Vista Rancheria**
**4650 Coalmine Road**
**Ione, CA 95640**
Phone No:   **(209) 274-6512** Fax No: **(209) 274-6514**
e-mail:

---

BLM_0008449

SENT BY: HP LASERJET 3150;      9169786081;   JUL-22-02  2:40PM;   PAGE 5/15

*Tribal Leaders and*
*BIA Representatives*
## Pacific Region

BIA Agency Office: **Pacific Region**
Self-Gov. Compact: **YES**
Term of Office - Expiration Date:   **Jun 2001**
**John A. James, Tribal Chairman**
**Cabazon Tribal Business Committee**
**84-245 Indio Springs Drive**
**Indio, CA 92201**
Phone No:   (760) 342-2593 Fax No: (760) 347-7880
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   **May 2005**
**Silvia Burley, Chairperson**
**California Valley Miwok Tribe**
**10601 Escondido Pl.**
**Stockton, CA 95212**
Phone No:   (209) 931-4567 Fax No: (209) 931-4333
e-mail: sburley@californiavalleymiwoktribe.com
www.calvalleymiwoktribe.com

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:   **Dec 2003**
**Virginia Lash, Chairperson**
**Cedarville Rancheria**
**200 South Howard Street**
**Alturas, CA 96101**
Phone No:   (530) 233-3969 Fax No: (530) 233-4776
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Patricia Hermosillo, Chairperson**
**Cloverdale Rancheria**
**555 S. Cloverdale Blvd., Suite 1**
**Cloverdale, CA 95425**
Phone No:   (707) 894-5775 Fax No: (707) 894-5727
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   **Jan 2004**
**Celeste Hughes, Chairwoman**
**Cahuilla Band of Mission Indians**
**P.O. Box 391760**
**Anza, CA 92539-1760**
Phone No:   (909) 763-5549 Fax No: (909) 763-2808
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   **Apr 2004**
**Ralph Goff, Chairman**
**Campo Band of Mission Indians**
**36190 Church Road, Suite 1**
**Campo, CA 91906**
Phone No:   (619) 478-9046 Fax No: (619) 478-5818
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   **May 2002**
**Lloyd Mathieson, Chairperson**
**Chicken Ranch Rancheria**
**P.O. Box 1159**
**Jamestown, CA 95327**
Phone No:   (209) 984-4806 Fax No: (209) 984-5606
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   **May 2001**
**Lonnie Bill, Chairperson**
**Cold Springs Rancheria**
**P.O. Box 209**
**Tollhouse, CA 93667**
Phone No:   (559) 855-5043 Fax No: (559) 855-4445
e-mail:

BLM_0008450

SENT BY: HP LASERJET 3150;      9169786081;   JUL-22-02  2:41PM;   PAGE 6/15

*Tribal Leaders and*
*BIA Representatives*

### Pacific Region

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Wayne Mitchum, Chairperson**
**Colusa Rancheria**
**50 Wintun Road, Dept. D**
**Colusa, CA 95932**
Phone No: **(530) 458-8231** Fax No: **(530) 458-4186**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Priscilla Hunter, Chairperson**
**Coyote Valley Reservation**
**P.O. Box 39**
**Redwood Valley, CA 95470**
Phone No: **(707) 485-8723** Fax No: **(707) 485-1247**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Elizabeth DeRouen, Chairperson**
**Dry Creek Rancheria**
**P.O. Box 607**
**Geyserville, CA 95441**
Phone No: **(707) 431-2388** Fax No: **(707) 431-2615**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:     **2004**

**Dale A. Miller, Chairman**
**Elk Valley Rancheria**
**P.O. Box 1042**
**Crescent City, CA 95531**
Phone No: **(707) 464-4680** Fax No: **(707) 464-4519**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Elaine Patterson, Chairperson**
**Cortina Rancheria**
**P.O. Box 1630**
**Williams, CA 95987**
Phone No: **(530) 473-3318** Fax No: **(530) 473-3301**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact: **YES**
Term of Office - Expiration Date:     **Jun 2003**

**Harlan Pinto, Sr., Chairman**
**Cuyapaipe Band of Mission Indians**
**4054 Willows Road**
**P.O. Box 2250**
**Alpine, CA 91903-2250**
Phone No: **(619) 445-6315** Fax No: **(619) 445-9126**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Delbert Thomas, Jr., Chairman**
**Elem Indian Colony**
**P.O. Box 1968**
**Clearlake Oaks, CA 95423**
Phone No: **(707) 998-4100** Fax No: **(707) 998-1900**
e-mail:
www.elemnation.com

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:

**Harvey Angle, Chairperson**
**Enterprise Rancheria**
**1940 Feather River Blvd., Suite B**
**Oroville, CA 95965**
Phone No: **(530) 532-9214** Fax No: **(530) 532-1768**
e-mail:

BLM_0008451



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date: **Nov 1999**
**Denise  Pollard, Acting Chairperson**
**Fort Bidwell Reservation**
**P.O. Box 129**
**Fort Bidwell, CA 96112**
Phone No: **(530) 279-6310** Fax No: **(530) 279-2233**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: **Jan 2004**
**Richard  Wilder, Chairperson**
**Fort Independence Reservation**
**P.O. Box 67**
**Independence, CA 93526**
Phone No: **(760) 878-2126** Fax No: **(760) 878-2311**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Greg  Sarris, Spokesperson**
**Graton Rancheria**
**PO Box 481**
**Novato, CA 94948**
Phone No: **(707) 763-6143** Fax No: **(415) 883-3051**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: **Nov 2003**
**Lorie  Jaimes, Chairperson**
**Greenville Rancheria**
**P.O. Box 279**
**Greenville, CA 95947**
Phone No: **(530) 284-7990** Fax No: **(530) 284-6612**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: **Feb 2002**
**Dudley  Burrows, Chairperson**
**Grindstone Rancheria**
**P.O. Box 63**
**Elk Creek, CA 95939**
Phone No: **(530) 968-5365** Fax No: **(530) 968-5366**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Merlene  Sanchez, Acting Chairperson**
**Guidiville Rancheria**
**P.O. Box 339**
**Talmage, CA 95481**
Phone No: **(707) 462-3682** Fax No: **(707) 462-9183**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact: **YES**
Term of Office - Expiration Date: **Jun 2003**
**Clifford Lyle Marshall, Chairman**
**Hoopa Valley Tribal Council**
**P.O. Box 1348**
**Hoopa, CA 95546**
Phone No: **(530) 625-4211** Fax No: **(530) 625-4594**
e-mail: marshall_law@pcweb.net
www.hoopavalleytribe.com

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: **Nov 2002**
**Sandra Sigala, Chairperson**
**Hopland Reservation**
**P.O. Box 610**
**Hopland, CA 95449**
Phone No: **(707) 744-1647** Fax No: **(707) 744-1506**
e-mail: sigala@hoplandtribe.com
www.shokawah.com/tribal.html

BLM_0008452



*Tribal Leaders and*
*BIA Representatives*
### Pacific Region

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:   **Indefinite**

**Rebecca Osuna, Chairperson**
**Inaja-Cosmit Reservation**
**1040 East Valley Parkway, Unit A**
**Escondido, CA 92025**
Phone No:   **(760) 747-8581** Fax No:   **(760) 747-8568**
e-mail:

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:   **Dec 2003**

**Kathryn Ramey, Chairperson**
**Ione Band of Miwok Indians**
**P.O. Box 1190**
**Ione, CA 95640**
Phone No:   **(209) 274-6753** Fax No:   **(209) 274-6636**
e-mail: loneband@jps.net

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Margaret Dalton, Chairperson**
**Jackson Rancheria**
**P.O. Box 1090**
**Jackson, CA 95642**
Phone No:   **(209) 223-1935** Fax No: **(209) 223-5366**
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:   **Jul 2003**

**Kenneth Meza, Sr., Chairperson**
**Jamul Indian Village**
**P.O. Box 612**
**Jamul, CA 91935**
Phone No:   **(619) 669-4785** Fax No: **(619) 669-4817**
e-mail:

BIA Agency Office: **Northern California Field Office**

Self-Gov. Compact: **YES**

Term of Office - Expiration Date:   **May 2000**

**Alvis Johnson, Chairman**
**Karuk Tribe of California**
**P.O. Box 1016**
**Happy Camp, CA 96039**
Phone No:   **(530) 493-5305** Fax No: **(530) 493-5322**
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:   **Jan 2004**

**Wendy Schlater, Chairperson**
**La Jolla Band of Luiseno Indians**
**22000 Highway 76**
**Pauma Valley, CA 92061**
Phone No:   **(760) 742-3771** Fax No: **(760) 742-1704**
e-mail:

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:   **Indefinite**

**Gwendolyn Parada, Chairperson**
**La Posta Band of Mission Indians**
**P.O. Box 1120**
**Boulevard, CA 91905**
Phone No:   **(619) 478-2113** Fax No: **(619) 561-3114**
e-mail:

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Vernon Wilson, Acting Chairperson**
**Laytonville Rancheria**
**P.O. Box 1239**
**Laytonville, CA 95454**
Phone No:   **(707) 984-6197** Fax No: **(707) 984-6201**
e-mail:

BLM_0008453

SENT BY: HP LASERJET 3150;  9169786081; JUL-22-02 2:42PM; PAGE 9/15

*Tribal Leaders and*
*BIA Representatives*
## Pacific Region

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: **May 2002**
**Rachel Joseph, Chairperson**
**Lone Pine Reservation**
P.O. Box 747
Lone Pine, CA 93545
Phone No: **(760) 876-1034** Fax No: **(760) 876-8302**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: **Dec 2002**
**Catherine Saubel, Spokesman**
**Los Coyotes Reservation**
P.O. Box 189
Warner Springs, CA 92086
Phone No: **(760) 782-0711** Fax No: **(760) 782-2701**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Daniel D. Beltran, Chairman**
**Lower Lake Rancheria**
1083 Vine Street, #137
Healdsburg, CA 95448
Phone No: **(707) 431-1908** Fax No: **(707) 431-1908**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Marjorie Mejia, Chairperson**
**Lytton Rancheria**
1250 Coddington Center, Ste. 1
Santa Rosa, CA 95401
Phone No: **(707) 575-5917** Fax No: **(707) 575-6974**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Jose Oropeza, Chairperson**
**Manchester - Point Arena Rancheria**
P.O. Box 623
Point Arena, CA 95468
Phone No: **(707) 882-2788** Fax No: **(707) 882-3417**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact: **YES**
Term of Office - Expiration Date: **2002**
**Leroy J. Elliott, Chairman**
**Manzanita Band of Mission Indians**
P.O. Box 1302
Boulevard, CA 91905
Phone No: **(619) 766-4930** Fax No: **(619) 766-4957**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Steve Santos, Vice-Chairperson**
**Mechoopda Indian Tribe of the Chico Rancheria**
1907-F Mangrove Avenue
Chico, CA 95926
Phone No: **(530) 899-8922** Fax No: **(530) 899-8517**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date: **Jul 2006**
**Howard Maxcy, Chairman**
**Mesa Grande Band of Mission Indians**
P.O. Box 270
Santa Ysabel, CA 92070
Phone No: **(760) 782-3818** Fax No: **(760) 782-9029**
e-mail:

BLM_0008454

SENT BY: HP LASERJET 3150;        9169786081;    JUL-22-02  2:42PM;    PAGE 10/15

*Tribal Leaders and*
*BIA Representatives*
### Pacific Region

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          **May 2001**

**Jose Simon, III, Chairman**
**Middletown Rancheria**
22223 Hwy 29 @ Rancheria R
PO Box 1035
Middletown, CA 95461
Phone No:     (707) 987-3670 Fax No: (707) 987-9091
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          **2002**

**Maurice Lyons, Chairman**
**Morongo Band of Mission Indians**
11581 Potrero Road
Banning, CA 92220
Phone No:     (909) 849-4697 Fax No: (909) 849-4425
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          **Jan 2003**

**Robert Smith, Chairman**
**Pala Band of Mission Indians**
P.O. Box 50
Pala, CA 92059
Phone No:     (760) 742-3784 Fax No: (760) 742-1411
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          **Dec 2002**

**Christobal C. Devers, Sr., Chairman**
**Pauma/Yuima Band of Mission Indians**
P.O. Box 369
Pauma Valley, CA 92061
Phone No:     (760) 742-1289 Fax No: (760) 742-3422
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Gary Archuleta, Chairperson**
**Mooretown Rancheria**
1 Alverda Drive
Oroville, CA 95966
Phone No:     (530) 533-3625 Fax No: (530) 533-3680
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Delores Roberts, Chairperson**
**North Fork Rancheria**
P.O. Box 929
North Fork, CA 93643-0929
Phone No:     (559) 877-2461 Fax No: (559) 877-2467
e-mail:

---

BIA Agency Office: **Central California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:

**Everett Freeman, Chairperson**
**Paskenta Band of Nomlaki Indians**
1012 South Street
PO Box 398
Orland, CA 95963
Phone No:     (530) 865-3119 Fax No: (530) 865-2345
e-mail:

---

BIA Agency Office: **Southern California Agency**

Self-Gov. Compact:

Term of Office - Expiration Date:          **Aug 2002**

**Mark Macarro, Spokesman**
**Pechanga Band of Mission Indians**
P.O. Box 1477
Temecula, CA 92593
Phone No:     (909) 676-2768 Fax No: (909) 695-1778
e-mail:

---

BLM_0008455



*Tribal Leaders and*
*BIA Representatives*
## Pacific Region

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Dixie Jackson, Chairperson**
**Picayune Rancheria of Chukchansi Indians**
**46575 Road 417**
**Coarsegold, CA 93614**
Phone No: **(559) 683-6633** Fax No: **(559) 683-0599**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:      **2003**
**Gene Preston, Chairman**
**Pit River Tribal Council**
**37014 Main Street**
**Burney, CA 96013**
Phone No: **(530) 335-5421** Fax No: **(530) 335-3140**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:      **Jun 2002**
**Roy Lincoln, Chairman**
**Quartz Valley Reservation**
**P.O. Box 24**
**Fort Jones, CA 96032**
Phone No: **(530) 468-5970** Fax No: **(530) 468-5908**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact: **YES**
Term of Office - Expiration Date:
**Tracy Edwards, Chairman**
**Redding Rancheria**
**2000 Redding Rancheria Road**
**Redding, CA 96001**
Phone No: **(530) 225-8979** Fax No: **(530) 241-1879**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Leona Williams, Chairperson**
**Pinoleville Reservation**
**367 No. State Street, Suite 204**
**Ukiah, CA 95482**
Phone No: **(707) 463-1454** Fax No: **(707) 463-6601**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Salvador Rosales, Spokesperson**
**Potter Valley Rancheria**
**112 North School Street**
**Ukiah, CA 95482**
Phone No: **(707) 462-1213** Fax No: **(707) 462-1240**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:      **Indefinite**
**Manuel Hamilton, Chairman**
**Ramona Band of Mission Indians**
**P.O. Box 391372**
**Anza, CA 92539**
Phone No: **(909) 763-4105** Fax No: **(909) 763-4325**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Elizabeth Hansen, Chairperson**
**Redwood Valley Reservation**
**3250 Road I**
**Redwood Valley, CA 95470**
Phone No: **(707) 485-0361** Fax No: **(707) 485-5726**
e-mail:

BLM_0008456

SENT BY: HP LASERJET 3150;            9169786081;         JUL-22-02  2:43PM;        PAGE 12/15



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Dec 2003**
**William J. Scott, Chairman**
**Resighini Rancheria**
P.O. Box 529
Klamath, CA 95548
Phone No:    (707) 482-2431  Fax No:  (707) 482-3425
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Clara Wilson, Chairperson**
**Robinson Rancheria**
1545 E Highway 20
Nice, CA 95464
Phone No:    (707) 275-0527  Fax No:  (707) 275-0235
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Paula Lorenzo, Chairperson**
**Rumsey Rancheria**
P.O. Box 18
Brooks, CA 95606
Phone No:    (530) 796-3400  Fax No:  (530) 796-2143
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Jan 2003**
**Allen E. Lawson, Jr., Chairman**
**San Pasqual Band of Diegueno Indians**
P.O. Box 365
Valley Center, CA 92082-0365
Phone No.    (619) 749-3200  Fax No:  (619) 749-3876
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Dec 2002**
**John Currier, Chairman**
**Rincon Band of Mission Indians**
P.O. Box 68
Valley Center, CA 92082
Phone No:    (760) 749-1051  Fax No:  (760) 749-8901
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**John Azbill, President**
**Round Valley Reservation**
P.O. Box 448
Covelo, CA 95428
Phone No:    (707) 983-6126  Fax No:  (707) 983-6128
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Apr 2003**
**Deron Marquez, Chairman**
**San Manuel Band of Mission Indians**
P.O. Box 266
Patton, CA 92369
Phone No:    (909) 864-8933  Fax No:  (909) 864-3370
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Aug 2002**
**Christina Arzate, Spokesperson**
**Santa Rosa Band of Mission Indians**
PO Box 390611
Anza, CA 92539
Phone No:    (909) 763-5140  Fax No:  (909) 763-9781
e-mail:

BLM_0008457

SENT BY: HP LASERJET 3150;     9189786081;     JUL-22-02  2:43PM;     PAGE 13/15



*Tribal Leaders and*
*BIA Representatives*
*Pacific Region*

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Michael Sisco, Chairman**
**Santa Rosa Rancheria**
**P.O. Box 8**
**Lemoore, CA 93245**
Phone No: **(559) 924-1278** Fax No: **(559) 924-3583**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Dec 2002**
**Ben Scerato, Chairman**
**Santa Ysabel Band of Mission Indians**
**P.O. Box 130**
**Santa Ysabel, CA 92070**
Phone No: **(760) 765-0846** Fax No: **(760) 765-0320**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Allen Wright, Chairperson**
**Sherwood Valley Rancheria**
**190 Sherwood Hill Drive**
**Willits, CA 95490**
Phone No: **(707) 459-9690** Fax No: **(707) 459-6936**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:     **May 2004**
**Kara L. Miller, Chairperson**
**Smith River Rancheria**
**250 North Indian Road**
**Smith River, CA 95567**
Phone No: **(707) 487-9255** Fax No: **(707) 487-0930**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Mar 2003**
**Vincent Armenta, Chairman**
**Santa Ynez Band of Mission Indians**
**P.O. Box 517**
**Santa Ynez, CA 93460**
Phone No: **(805) 688-7997** Fax No: **(805) 686-9578**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Donald Arnold, Chairperson**
**Scotts Valley Rancheria**
**9700 Soda Bay Rd**
**Kelseyville, CA 95451-8887**
Phone No: **(707) 277-8870** Fax No: **(707) 277-8874**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Jan 2003**
**Nicholas H. Fonseca, Chairman**
**Shingle Springs Rancheria**
**P.O. Box 1340**
**Shingle Springs, CA 95682**
Phone No: **(530) 676-8010** Fax No: **(530) 676-8033**
e-mail: maidu10@hotmail.com
www.shinglespringsrancheria.com

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:     **Mar 2005**
**Robert Salgado, Sr., Spokesman**
**Soboba Band of Luiseno Indians**
**P.O. Box 487**
**San Jacinto, CA 92581**
Phone No: **(909) 654-2765** Fax No: **(909) 654-4198**
e-mail:

BLM_0008458



*Tribal Leaders and*
*BIA Representatives*
### Pacific Region

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Nov 2002
**Lester R. Pinola, Chairman**
**Stewarts Point Rancheria**
**1420-D Guerneville Rd, Suite 3**
**Santa Rosa, CA 95403**
Phone No:   (707) 591-0580 Fax No: (707) 591-0583
e-mail: tribalofc@stewartspointrancheria.com

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Dec 2002
**Georgia Tucker, Spokesperson**
**Sycuan Band of Mission Indians**
**5459 Dehesa Road**
**El Cajon, CA ~~92001~~ 92019**
Phone No:   (619) 445-2613 Fax No: (619) 445-1927
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Dec 2003
**Leanne Walker-Grant, Chairperson**
**Table Mountain Rancheria**
**P.O. Box 410**
**Friant, CA 93626**
Phone No:   (559) 822-2587 Fax No: (559) 822-2693
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Dec 2002
**Mary E. Belardo, Chairperson**
**Torres-Martinez Desert Cahuilla Indians**
**P.O. Box 1160**
**Thermal, CA 92274**
Phone No:   (760) 397-8144 Fax No: (760) 397-8146
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:   Nov 2003
**Valerie Edwards, Chairperson**
**Susanville Indian Rancheria**
**Drawer U**
**Susanville, CA 96130**
Phone No:   (530) 257-6264 Fax No: (530) 257-7986
e-mail: sirlo@thegrid.net

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:   Apr 2004
**Cheryl A. Seidner, Chairperson**
**Table Bluff Reservation**
**1000 Wiyot Drive**
**Loleta, CA 95551**
Phone No:   (707) 733-5055 Fax No: (707) 733-5601
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:   Dec 2002
**Leroy Jackson, Chairperson**
**Timbi-sha Shoshone Tribe**
**P.O. Box 206**
**Death Valley, CA 92328**
Phone No:   (760) 786-2374 Fax No: (760) 786-2376
e-mail: Timbisha@aol.com
Timbisha_Shoshone_Tribe.com

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact:
Term of Office - Expiration Date:   Apr 1998
**Carol Ervin, Chairperson**
**Trinidad Rancheria**
**P.O. Box 630**
**Trinidad, CA 95570**
Phone No:   (707) 677-0211 Fax No: (707) 677-3921
e-mail:

BLM_0008459



*Tribal Leaders and*
*BIA Representatives*
### Pacific Region

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Duane Garfield, Chairperson**
**Tule River Reservation**
**P.O. Box 589**
**Porterville, CA 93258**
Phone No:   **(559) 781-4271** Fax No:  **(559) 781-4610**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:       **Dec 2003**
**Dean  Mike, Chairman**
**Twenty-Nine Palms Band of Mission Indians**
**46-200 Harrison Place**
**Coachella, CA 92236**
Phone No:   **(760) 775-5566** Fax No:  **(760) 775-4639**
e-mail:

BIA Agency Office: **Southern California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:       **Dec 2002**
**Steve TeSam, Chairman**
**Viejas Band of Mission Indians**
**P.O. Box 908**
**Alpine, CA 91903**
Phone No:   **(619) 445-3810** Fax No:  **(619) 445-5337**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:         **Nov 2000**
**Kevin Day, Chairperson**
**Tuolumne Rancheria**
**P.O. Box 699**
**Tuolumne, CA 95379**
Phone No:   **(209) 928-3475** Fax No:  **(209) 928-1677**
e-mail:

BIA Agency Office: **Central California Agency**
Self-Gov. Compact:
Term of Office - Expiration Date:
**Leora  Treppa-Diego, Chairperson**
**Upper Lake Rancheria**
**P.O. Box 516**
**Upper Lake, CA 95485**
Phone No:   **(707) 275-0737** Fax No:  **(707) 275-0757**
e-mail:

BIA Agency Office: **Northern California Field Office**
Self-Gov. Compact: **YES**
Term of Office - Expiration Date:        **Oct 2003**
**Susan M. Masten, Chairperson**
**Yurok Tribe**
**1034 Sixth Street**
**Eureka, CA 95501**
Phone No:   **(707) 444-0433** Fax No:  **(707) 444-0437**
e-mail:

BLM_0008460

BLM_0008461

# STATE HISTORIC PRESERVATION OFFICE CONSULTATION

BLM_0008462

BLM_0008463



KSR&C No. 02-07-141

**KANSAS**

**STATE**

**HISTORICAL**

**SOCIETY**

◆

**Cultural Resources Division**

◆

6425 S.W. 6th Avenue
Topeka, Kansas
66615-1099
PHONE# (785) 272-8681
FAX# (785) 272-8682
TTY# (785) 272-8683

◆

*KANSAS HISTORY CENTER*

Administration
Center for Historical Research
Cultural Resources
Education / Outreach
Historic Sites
Kansas Museum of History
Library & Archives

*HISTORIC SITES*

Adair Cabin
Constitution Hall
Cottonwood Ranch
First Territorial Capitol
Fort Hays
Goodnow House
Grinter Place
Hollenberg Station
Kaw Mission
Marais des Cygnes Massacre
Mine Creek Battlefield
Native American Heritage Museum
Pawnee Indian Village
Pawnee Rock
Shawnee Indian Mission

August 5, 2002

Gina Ramos
Vegetation EIS Co-Team Lead
US Department of the Interior
Bureau of Land Management
Washington, DC 20240

RE:    Vegetation Treatments Programmatic EIS for Western US and Alaska
       KS Statewide Projects File

Dear Ms. Ramos:

The Kansas State Historic Preservation Office (SHPO) would like to thank you for requesting our comments regarding the *Proposed Bureau of Land Management (BLM) Vegetation Treatments Programmatic Environmental Impact Statement (EIS) for the Western U.S., Including Alaska.* Because we are unaware of any Bureau of Land Management-administered lands present in the state of Kansas we do not have any concerns for implementation of the proposed vegetation treatments. The SHPO does not have any information to provide the BLM regarding resource areas, subsistence plants or animals, or traditional cultural properties within the state of Kansas of concern to Native American groups. We have chosen not to participate in the environmental process for preparation of the Vegetation EIS and do not wish to receive copies of the documents you produce.

Thank you for allowing us this opportunity to comment. If you have questions or need additional information regarding these comments, please contact Will Banks 785-272-8681 (ex. 214) or Jennifer Epperson (ex. 225).

Sincerely,

Mary R. Allman
State Historic Preservation Officer

Richard Pankratz, Director
Historic Preservation Office

RDP/jee

BLM_0008464

# WYOMING

DEPARTMENT OF STATE PARKS & CULTURAL RESOURCES
STATE HISTORIC PRESERVATION OFFICE

Barrett Building
2301 Central Ave.
Cheyenne, WY 82002

(307) 777-7697
FAX (307) 777-6421

July 31, 2002

Mr. Brian Amme, Project Manager
U.S.D.I. Bureau of Land Management
Washington, D.C. 20240

RE:    Bureau of Land Management (BLM) Vegetation Treatments Programmatic Environmental
       Impact Statement (EIS) for the Western U.S., Including Alaska; SHPO #0702RLC001

Dear: Mr. Amme,

Our staff has received information concerning the aforementioned project. Thank you for
allowing us the opportunity to comment.

I am pleased that the BLM is seeking input from Native Americans concerning the effects these
proposed treatments may have on resources important to them. Possessing this information prior
to the development of the EIS will greatly increase the utility of this document.

There is another issue that I request the BLM analyze as part of the development of this EIS.
This is an analysis of the effects of chemical vegetative treatments on organic archaeological
remains (these organic remains include, but are not limited to; Carbon 14 dating samples,
pollens, seeds, plant fibers, proteins, etc.). This is an issue of considerable concern, particularly
the effect of "spike" and other ground penetrating chemical treatments. Addressing this issue as
part of this EIS would greatly reduce concerns and confusion during the future development of
project specific NEPA documents.

Please refer to SHPO project control number #0702RLC001 on any future correspondence
dealing with this project. If you have any questions, contact me at 307-777-5497.

Sincerely,

Richard L. Currit
State Historic Preservation Officer

RLC:jh

Jim Geringer, Governor          John T. Keck, Director

# ENVIRONMENTAL PROTECTION AGENCY CONSULTATION

BLM_0008466

BLM_0008467

August 28, 2003

In Reply Refer To:
4000 (220)

MJR  8|25|03

Dr. Tom Bailey, Chief
Environmental Protection Agency
Office of Prevention, Pesticides, and Toxic Substances
Environmental Risk Branch II
Environmental Fate and Effects Division (7505C)
Ariel Rios Building
1200 Pennsylvania Avenue, NW.
Washington, D.C. 20460

Dear Dr. Bailey:

Thank you for your Agency's comments addressing the Bureau of Land Management's (BLM) "A General Approach to the Ecological Risk Assessment (ERA) for the BLM Vegetation Treatment Environmental Impact Statement."

In May of 2002 two Toxicology Risk Assessment Teams were assembled to address both human health and ecological risks for herbicide use and practices on public lands. The teams included representatives from BLM, BLM's EIS contractor ENSR, Fish and Wildlife Service (FWS), National Marine Fisheries Service (NMFS), and the Environmental Protection Agency (EPA). The risk assessment teams had two purposes. The first was to review current and past methodologies used for risk assessments by the BLM and other agencies, including the EPA. The other purpose was to develop a consensus on which methodologies provided the best available science and process or protocol the BLM would use to conduct future human health and ecological risk analyses for chemical herbicides proposed for use on public lands administered by the BLM.

The comments and input provided by the EPA have been invaluable in this effort. The enclosed comment sheet and final ERA document outlines where the BLM has reviewed and incorporated your agency comments. We would like to especially thank Mike Davy from your Environmental Fate and Effects Division for his assistance in helping the BLM to develop the protocol.

2

If you have any questions or comments, please contact Gina Ramos, National Vegetation EIS Co-Team lead, at 202-452-5084.

Sincerely,

/s/James G. Kenna (Acting)

Assistant Director, Renewable Resources and Planning

Enclosure

LLM:220 l620 LS Rm. 204:Gramos:pat:8/12/03:452-5084:EPALetter

BLM_0008469

August 28, 2003                                    In Reply Refer To:
                                                   4000 (220)

Memorandum

To:      Gary Frazier
         Assistant Director for Endangered Species, FWS

From:    Assistant Director, Renewable Resources and Planning
         Bureau of Land Management

Subject: A General Approach to the Ecological Risk Assessment (ERA) for the Bureau of Land
         Management (BLM) Vegetation Treatment Environmental Impact Statement (EIS)

In May 2002, two Toxicology Risk Assessment Teams were assembled to address both human health
and ecological risks for herbicide use and practices on public lands. The teams included representatives
from the BLM, BLM's EIS contractor ENSR, Fish and Wildlife Service (FWS), National Marine
Fisheries Service (NMFS), and the Environmental Protection Agency (EPA). The risk assessment teams
had two purposes. The first was to review current and past methodologies used for risk assessments by
the BLM and other agencies, including the EPA. The other purpose was to develop a consensus on
which methodologies provided the best available science and process or protocol the BLM would use to
conduct future human health and ecological risk analyses for chemical herbicides proposed for use on
public lands administered by the BLM.

The BLM has finalized the attached ERA and will immediately start the risk assessments. The BLM
will include the information from the risk assessments in the Draft EIS's Analysis section as well as in
the Biological Assessment. We look forward to working with the FWS on the next phase of the EIS as
well as ESA consultation. If you have any questions or comments, please contact Gina Ramos,
Co-team lead at 202-452-5084.

                              /s/James G. Kenna (Acting)

Attachment

LLM:220 l620 LS Rm. 204:Gramos:pat:452-5084:FWSLetter

August 28, 2003

In Reply Refer To:
4000 (220)

Ms. Laurie K. Allen
Acting Director, NOAA
National Marine Fisheries Service
Office of Protected Resources, F/PR-3
1315 East-West Highway
Silver Spring, Maryland 20910

Dear Ms. Allen:

Thank you for your comments addressing the Bureau of Land Management's (BLM) "A General
Approach to the Ecological Risk Assessment (ERA) for the BLM Vegetation Treatment
Environmental Impact Statement (EIS)."

In May 2002 two Toxicology Risk Assessment Teams were assembled to address both human health
and ecological risks for herbicide use and practices on public lands. The teams included representatives
from the BLM, BLM's EIS contractor ENSR, Fish and Wildlife Service (FWS), National Marine
Fisheries Service (NMFS), and the Environmental Protection Agency (EPA). The risk assessment teams
had two purposes. The first was to review current and past methodologies used for risk assessments by
the BLM and other agencies, including the EPA. The other purpose was to develop a consensus on
which methodologies provided the best available science and process or protocol the BLM would use to
conduct future human health and ecological risk analyses for chemical herbicides proposed for use on
public lands administered by the BLM.

The comments and input provided by NOAA have been very helpful. The enclosed comment sheet and
final ERA document outlines where the BLM has reviewed and incorporated your agency comments.
We would like to especially thank Kellie Foster and Rachel Friedman for their participation and
assistance in helping the BLM to develop the protocol. If you have any questions or comments, please
contact Gina Ramos, Co-team lead, at 202-452-5084.

Sincerely,

/s/James G. Kenna (Acting)

Assistant Director, Renewable Resources
and Planning

Enclosure
LLM:220 l620 LS Rm. 204:Gramos:pat:8/12/03:452-5084:NOAAFisheriesdoc.

BLM_0008471

# U.S. FISH AND WILDLIFE SERVICE AND NOAA NATIONAL MARINE FISHERIES SERVICE CONSULTATION

BLM_0008472

BLM_0008473

June 12, 2002

In Reply Refer To:
9015 (220)

Mr. Don Knowles
Director, National Marine Fisheries Service
Office of Protected Resources, F/PR3
1315 East-West Highway
Silver Spring, Maryland  20910

Dear Mr. Knowles:

On November 13, 2001, the Bureau of Land Management (BLM) met with Kellie Carter and
Craig Johnson of the National Marine Fisheries Service (NMFS) and Rick Sayers and Jim Serfis
of the U.S. Fish and Wildlife Service (FWS).  The purpose of the meeting was to discuss the
procedure for preparing a consultation agreement for the BLM's National Programmatic
Environmental Impact Statement (EIS) for Vegetation Treatments.  At this meeting, all three
agencies agreed that the consultation would proceed according to the Section 7 Interagency
Cooperation regulations at 50 CFR Part 402.

The BLM intends the national EIS to be a framework for the treatments of vegetation on BLM
managed lands.  Because the national EIS is broad in scope, specific details of every potential
application will not be included in the EIS.  Consequently, local and/or State BLM offices will
still be required to conduct site specific consultations with the FWS and NMFS on actions
determined to "May Affect" a listed species or adversely modify designated critical habitats.

## Identification of Agency Points of Contact for the preparation of the Vegetation EIS and consultation:

Jim Serfis (FWS) and Kellie Carter (NMFS) will serve as the Points of Contacts (POC's) for
their respective agencies on the Vegetation EIS.  Both will also serve as team members on the
EIS Interdisciplinary Team.  As team members, they will provide agency input into the EIS and
coordinate preparation of the Biological Opinions (BO's).

The POC's will represent their agency interests and act as the liaison to their agency staff.  The
BLM and ENSR International (BLM contractor) will coordinate with the POC's to develop the
EIS schedule, to gather information and to contact their respective field offices for information,

and to review documents. We agreed that the POC's would attend the Vegetation EIS Interdisciplinary Team meetings and public scoping meetings whenever possible. The POC's or their representatives will also participate in conference calls and plan reviews to provide expertise regarding threatened and endangered species matters during the development of the ecological risk assessment work plan.

**Initiating Consultation:**

Discussions with the FWS and NMFS began on November 13, 2001. Public scoping meetings began in January 2002 and completed on March 12, 2002. After the draft public scoping report has been prepared and reviewed, the BLM, FWS, and NMFS will begin discussions to identify the "Action Area," identify potential effects to listed and proposed species and their critical habitat from the vegetation treatment methods, i.e., prescribed burning, chemical, mechanical, biological controls that will take place on BLM-managed surface lands (on a programmatic basis), identify the information needed to initiate the formal consultation process, and decide how to deal with the proposed treatment methods. These discussions will begin as soon as possible. The BLM will also develop the Preferred Alternative during this time.

The BLM will prepare an initiation package for the FWS and NMFS to begin the formal consultation process. Before preparation of the initiation package, BLM will work closely with NMFS and FWS to make the package as detailed and comprehensive as possible. Formal consultation will be initiated when the package provides all relevant data required by 50 CFR §402.14 (c) and when NMFS and FWS have received the required information. The initiation package will include the draft Biological Assessment (BA).

As part of the initiation package, the BLM will identify the effects of the proposed action on threatened, endangered, and proposed species and their critical habitat. For information on the effects of current and proposed herbicides (see attached lists of current and proposed herbicides) on threatened and endangered species, the BLM will provide FWS and NMFS information on these herbicides to the extent that the information is available to the public from the Environmental Protection Agency (EPA) and other sources, including industry. Such information may include toxic risks to listed species and fate, transport and monitoring methods to assess effectiveness of best management practices (BMP's).

When information is not available for currently approved or proposed herbicides, the BLM along with NMFS and FWS will make an assessment based on the relevant information. This information may be from studies of similar herbicides as to the likely effects to threatened and endangered species. For this EIS, the BLM will only be including those herbicides that have already received EPA labeling for range, forestry, rights of ways, and aquatic use. For those herbicides currently in use and addressed in the previous EIS's, no additional risk assessments will be prepared. Project specific consultation will rely on programmatic level risk assessments and will not require that additional, local risk assessments be prepared.

3

As discussed in the initial meeting, if the BLM determines that an action "May Affect" a listed species or its designated critical habitat and NMFS/FWS concur, the BLM may be able to modify the action to eliminate any adverse effects. If the BLM determines that an action is "likely to Adversely Affect" (LAA) a listed species or designated critical habitat, the BLM will attempt to modify the action to avoid such adverse effects.

To better assess the threats to listed and proposed species and their critical habitat, the BLM, FWS, and NMFS will begin discussions on the effects of the proposed action before the formal consultation stage to ensure that this information will be included in the Biological Opinion.

Initiation of formal consultation with the FWS and NMFS will occur with the release of the draft EIS. At that time, BLM will submit a final BA to the FWS and NMFS. Separate draft Biological Opinions will be completed by FWS and NMFS 135 days after formal consultation has begun, unless FWS, NMFS, and BLM mutually agree upon an extension. The BLM will review the draft Biological Opinions before the FWS and NMFS submit the final Biological Opinions. We anticipate that the final Biological Opinions will be submitted to BLM just before release of the Final EIS so that the BLM can publish the documents concurrently. The anticipated date for publication of the Biological Opinions and Final EIS is in the Summer of 2003. Both NMFS and FWS will assist BLM in reviewing the comments that BLM receives on the Draft EIS and will help BLM to develop the information to support the Final EIS. The BLM understands that if the selected alternative is not the preferred alternative, BLM will reinitiate consultation.

## Information that BLM and ENSR will provide for NMFS and FWS:

The BLM intends the EIS to be a framework for the treatments of vegetation, but BLM will still require local and/or State offices to conduct site-specific consultations with the FWS and NMFS. As part of the BLM's commitment to protect listed and proposed species, the BLM will ensure that actions are not likely to jeopardize the continued existence of any listed or proposed species or result in the destruction or adverse modification of designated or proposed critical habitat. The BLM, along with assistance from NMFS and FWS, will modify the vegetation treatments in the preferred alternative to avoid the likelihood of jeopardy and adverse modification of critical habitat. Evaluation of the effects of the vegetation treatments will be to determine the "short-term harm versus the long-term good."

The Programmatic Biological Assessment will provide an overall framework for species assessments. A detailed Biological Assessment will need to be prepared for individual projects at the field office level (site-specific level analysis). The BLM will prepare an assessment for each listed species likely to be impacted by the proposed action or likely to be found in areas where vegetation treatments will occur. The BLM will provide sufficient information for each species needed to determine the effects of vegetation treatments on the species and their habitat.

4

Where practical, the BLM may group species based on habitat requirement or taxonomy when conducting analyses of the effect. Watersheds will identify the "action area" for some species and may be taken down to the 4th Hydrologic Unit Classification (HUC) Level.

The EIS will address threatened, endangered, and proposed species and designated and proposed critical habitat. The Biological Assessment will not address candidate species although some of these species will be assessed in the EIS. The BLM will review State lists of threatened and endangered and sensitive species. The BLM will confer with individual States that have their own Threatened and Endangered Species Law (Oregon and California) if they require additional consultation.

## Information that the BLM will gather before consultation begins and separate requirements from each agency:

The BLM understands that NMFS and FWS use the same guidance under the Endangered Species Act (ESA) for species and critical habitats. As required by NMFS, the BLM will prepare an Essential Fish Habitat Plan and coordinate the preparation of the documents with the NMFS POC and the NMFS Office of Habitat.

## Timelines for EIS ID team meetings, products, reports and updates:

The BLM understands that the FWS and NMFS will provide no intermediate documents. Schedules will be coordinated with BLM and ENSR that meet the EIS schedule. The BLM will review the consultation flowchart with FWS and NMFS for any further clarification. To stay on schedule, the BLM will coordinate with the POCs for NMFS and FWS to ensure that schedules are met and to identify any problems during the informal and formal consultation process.

The BLM, FWS, and NMFS will need to closely coordinate activities throughout the EIS process to ensure that we have the Biological Opinion by the time the Final EIS is completed. Gary Frazer, Assistant Director for Endangered Species, will sign the Biological Opinion for the FWS, and Don Knowles, Director of the Office of Protected Resources, will sign the Biological Opinion for the National Marine Fisheries Service.

5

If you have any questions or comments concerning the EIS, please contact Gina Ramos at 202-452-5084, Brian Amme, Vegetation EIS co-team leads at 202-452-5084 or 775-862-6645, or Tim Reuwsaat, Group Manager for Resources at 202-452-5179.

Sincerely,
/s/Elena C. Daly

Assistant Director, Renewable Resources
and Planning

Enclosure

LLM:220 l620 LS Rm. 201:GRamos:452-5084:pat:6/7/02:NMFS&FWSconsultation

BLM_0008478

# Currently Approved Herbicides from BLM Environmental Impact Statements

## Northwest Area Noxious Weed Control Program, December 1985

2,4-D
Picloram
Dicamaba
Glyphosate (Rodeo formulation)

## California Vegetation Management FEIS, August 1988

Amitrole
Asulam
Atrazine
Bromacil
2,4-D
Dalapon
Dicamba
Diuron
Fosamine
Glyphosate
Hexazinone
Picloram
Simazine
Tebuthiuron
Triclopyr

## Vegetation Treatment EIS - Thirteen Western States, July 1991

Atrazine
Bromacil
Chlorsulfuron
Clopyralid
2,4–D
Dicamba
Diuron
Glyphosate
Hexazinone
Imazapyr
Mefluidide
Metsulfuron Methyl
Picloram
Simazine

BLM_0008479

2

Sulfometuron Methyl
Tebuthiuron
Triclopyr

## Western Oregon FEIS, August 1992

Asulam
Atrazine
2,4-D
Dicamba
Glyphosate
Hexazinone
Picloram
Triclopyr

## New Proposed Herbicides to be analyzed in the Vegetation EIS

Diquat
Fluridone
Imazapic
Diflufenzopyr
MCPA

BLM_0008480

August 28, 2003

In Reply Refer To:
4000 (220)

Memorandum

To:     Gary Frazier
        Assistant Director for Endangered Species, FWS

From:   Assistant Director, Renewable Resources and Planning
        Bureau of Land Management

Subject: A General Approach to the Ecological Risk Assessment (ERA) for the Bureau of Land
        Management (BLM) Vegetation Treatment Environmental Impact Statement (EIS)

In May 2002, two Toxicology Risk Assessment Teams were assembled to address both human health
and ecological risks for herbicide use and practices on public lands. The teams included representatives
from the BLM, BLM's EIS contractor ENSR, Fish and Wildlife Service (FWS), National Marine
Fisheries Service (NMFS), and the Environmental Protection Agency (EPA). The risk assessment teams
had two purposes. The first was to review current and past methodologies used for risk assessments by
the BLM and other agencies, including the EPA. The other purpose was to develop a consensus on
which methodologies provided the best available science and process or protocol the BLM would use to
conduct future human health and ecological risk analyses for chemical herbicides proposed for use on
public lands administered by the BLM.

The BLM has finalized the attached ERA and will immediately start the risk assessments. The BLM
will include the information from the risk assessments in the Draft EIS's Analysis section as well as in
the Biological Assessment. We look forward to working with the FWS on the next phase of the EIS as
well as ESA consultation. If you have any questions or comments, please contact Gina Ramos,
Co-team lead at 202-452-5084.

/s/James G. Kenna (Acting)

Attachment

LLM:220 1620 LS Rm. 204:Gramos:pat:452-5084:FWSLetter

BLM_0008481

August 28, 2003

In Reply Refer To:
4000 (220)

Ms. Laurie K. Allen
Acting Director, NOAA
National Marine Fisheries Service
Office of Protected Resources, F/PR-3
1315 East-West Highway
Silver Spring, Maryland 20910

Dear Ms. Allen:

Thank you for your comments addressing the Bureau of Land Management's (BLM) "A General
Approach to the Ecological Risk Assessment (ERA) for the BLM Vegetation Treatment
Environmental Impact Statement (EIS)."

In May 2002 two Toxicology Risk Assessment Teams were assembled to address both human health
and ecological risks for herbicide use and practices on public lands. The teams included representatives
from the BLM, BLM's EIS contractor ENSR, Fish and Wildlife Service (FWS), National Marine
Fisheries Service (NMFS), and the Environmental Protection Agency (EPA). The risk assessment teams
had two purposes. The first was to review current and past methodologies used for risk assessments by
the BLM and other agencies, including the EPA. The other purpose was to develop a consensus on
which methodologies provided the best available science and process or protocol the BLM would use to
conduct future human health and ecological risk analyses for chemical herbicides proposed for use on
public lands administered by the BLM.

The comments and input provided by NOAA have been very helpful. The enclosed comment sheet and
final ERA document outlines where the BLM has reviewed and incorporated your agency comments.
We would like to especially thank Kellie Foster and Rachel Friedman for their participation and
assistance in helping the BLM to develop the protocol. If you have any questions or comments, please
contact Gina Ramos, Co-team lead, at 202-452-5084.

Sincerely,

/s/James G. Kenna (Acting)

Assistant Director, Renewable Resources
and Planning

Enclosure
LLM:220 1620 LS Rm. 204:Gramos:pat:8/12/03:452-5084:NOAAFisheriesdoc.

BLM_0008482



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

In Reply Refer to:
FWS/AES/DHCR/016804

APR 1  2004

Memorandum

To:          Assistant Director –Endangered Species

From:      Acting Director, Division of Consultation, Habitat Conservation Planning, Recovery &
             State Grants

Subject:   Consultation Agreement with BLM on the Vegetation Treatment
             Programmatic Environmental Impact Statement

Attached is a Consultation Agreement that describes the process that the Service and BLM
will follow to complete the consultation for BLM's Vegetation Treatment program. BLM
requested that we enter into the agreement to ensure an understanding of how the parties
would work together and offer a timeline for the process. We worked with BLM to develop
the agreement and have reviewed the document that has been finalized by BLM staff.

Please note that there are two copies to be signed and that one of the copies has been already
signed by Judge Shepard. BLM staff requested that we retain the document signed by Judge
Shepard and forward the document with your signature to BLM. Please let me know if you
have any questions regarding the document.

Attachment

BLM_0008483

# BUREAU OF LAND MANAGEMENT

### and

# U.S. FISH AND WILDLIFE SERVICE,

# CONSULTATION AGREEMENT FOR THE

# VEGETATION TREATMENTS PROGRAMMATIC

# ENVIRONMENTAL IMPACT STATEMENT

### A. **Purpose and Need:**

This Consultation Agreement (Agreement) is formulated to establish an effective and cooperative process upon which the Endangered Species Act (ESA) Section 7 Consultation may be conducted between the Bureau of Land Management (BLM), Rangelands, Soil, Water and Air Group, Washington DC, and the U.S. Fish and Wildlife Service, Region 9 Washington DC Office (Service). This Agreement addresses consultation and conferencing on all species determined to be listed as threatened or endangered, or proposed for listing, and designated or proposed critical habitat occurring on the Federal lands managed by the BLM.

This Agreement will serve to define the process, products, actions, schedule and expectations of the BLM and the Service regarding the consultation process for the *Vegetation Treatments Programmatic Environmental Impact Statement* (Vegetation Treatments EIS).

The Federal agencies will convene an interagency team composed of their employees to conduct this consultation.

### B. **Consultation Background:**

The BLM manages 261 million acres of public land resources. BLM and its contractor, ENSR, are preparing a *Vegetation Treatments Programmatic Environmental Impact Statement* to evaluate proposed vegetation treatment methods and alternatives on lands administered by the BLM in the western continental United States and Alaska. This EIS is to serve to update the following four EISs developed by the BLM in the mid 1980s and early 1990s:

1

BLM_0008484

- Northwest Area Noxious Weed Control Program – 1986
- California Vegetation Management – 1988
- Vegetation Treatment of BLM Lands in Thirteen Western States – 1991
- Western Oregon Program Management of Competing Vegetation – 1992

The EIS will provide updated information and analyses provided in the earlier programmatic EISs, where necessary, to ensure that ongoing and proposed vegetation treatment methods are safe to humans and the environment and meet treatment objectives. Information provided in the EIS will help the BLM ensure that BLM vegetation treatment activities comply with applicable federal, state, local, and tribal laws, regulations, statutes, policies, and management plans.

## C.  **Authority:**

Authority to enter into this Agreement is contained in the following:

Endangered Species Act of 1973, as amended
Federal Land Policy and Management Act of 1976
Memorandum of Agreement on Endangered Species Act Section 7 Programmatic Consultation and Coordination among BLM, USDA Forest Service, NMFS, and the FWS, August 30, 2000

## D.  **Consultation Action:**

This Agreement encourages streamlining of the consultation process in the preparation of the Vegetation Treatments EIS. This increased coordination will enable the Vegetation Treatments EIS to incorporate species habitat needs and will facilitate and expedite the consultation process.

In November 2001, Informal Section 7 Consultation began with the Service on the Vegetation Treatments EIS. Formal consultation will commence when a complete written initiation request, as defined in 50 CFR 402.14 (c), including the draft Vegetation Treatments Programmatic Biological Assessment (BA) for the Draft Vegetation Treatments EIS, is received and determined to be complete by the FWS.

It is anticipated that BLM will initiate formal consultation with the Service at the time the Draft EIS is issued. The BLM will submit a draft BA as part of its consultation package. The Service will review the draft BA and notify the BLM within 30 days of any missing information in the BA. Once the draft BA is considered complete by the Service, a final BA will be prepared. The BLM will then prepare a written initiation request to start formal consultation. The Service will conduct the formal consultation within a 135-day time frame. The level of information expected in the programmatic biological consultation is unlikely to provide sufficient detail to reach conclusions that incidental take is reasonably certain to occur. Therefore, any incidental take exemptions would be deferred to site-specific consultations where sufficient detail would be available. Any request for an extension of the formal consultation period will be made by mutual agreement between BLM and the FWS.

2

BLM_0008485

The BA will follow the outline as found in guidance in the Endangered Species Consultation Handbook (March 1998). Anticipated environmental effects, conservation actions, mitigation, and monitoring will be disclosed in the BA. This includes analysis of direct, indirect, and interrelated and interdependent effects on listed, proposed, or candidate species, and/or designated or proposed critical habitat from the analysis of the actions in the Vegetation Treatments EIS.

E. **Operations:**

**The BLM agrees to:**

1. Appoint Ms.Gina Ramos as the primary contact regarding all BA and ESA issues and as BLM's consultation team member. If Ms. Ramos is not available, the secondary contact person is Mr. Brian Amme. Ms. Carol Spurrier will work with Ms. Ramos and Mr. Amme as necessary to facilitate consultation. If there are any unforeseeable changes in personnel, new contact person names and phone numbers will be immediately provided to the Service.

2. Prepare an assessment for each listed species that may potentially be impacted by the proposed action or likely to be found in areas where vegetation treatments would occur. The BLM will provide sufficient information for each species needed to determine the effects of vegetation treatments on the species and their habitat use. Where practical, the BLM may group species based on habitat requirement or taxonomy when conducting the affects analyses. The Programmatic BA will provide an overall framework for species assessments with a more detailed BA prepared for individual projects (site-specific level analysis).

3. Address candidate species in the BA. The BLM will review state lists of threatened and endangered and sensitive species and will confer with individual states that have their own threatened and endangered species law (Oregon and California) if they require additional consultation.

4. Will prepare an Essential Fish Habitat Plan and coordinate the preparation of the document with the Office of Habitat, NOAA Fisheries.

5. Submit recent risk assessments prepared by the BLM on chemicals that will be applied on BLM lands as part of the Vegetation Treatments EIS consultation package.

6. Submit recent risk assessments written by the FS on chemicals that will be applied on BLM lands as part of the Vegetation EIS consultation package.

7. Provide copies of the old BLM vegetation treatments EISs (as necessary), a copy of the preparation plan, and copies of relevant supporting documents as they are completed.

8. Hold meetings, conference calls, etc., as needed. If a milestone problem occurs, a conference call will be held to discuss the problem.

BLM_0008486

9.  Appoint Mr. Bud Cribley and Mr. Dwight Fielder to the Division Chief/Group Manager Resolution Working Group; Appoint Mr. Ed Shepard to the Assistant Director Resolution Working Group and, Appoint Mr. Jim Hughes to the Director Resolution Working Group.

10. If there are any unforeseeable changes in personnel, new contact person names and phone numbers will be immediately provided to the FWS.

11. Provide a 90-day time f.  ne for review of a final BA.

12. Identify all time commitments (see Attachment A). If the schedule for BLM provision of documents and other information has not been met and changes are required, changes to deadlines will not be finalized without mutual agreement with the Service on the necessary deadline changes.

## The FWS agrees to:

1.  Appoint Mr. Jim Serfis as the primary contact regarding all BA and ESA issues. If there are any unforeseeable changes in personnel, new contact person names and phone numbers will be immediately provided to the BLM and NOAA Fisheries.

2.  Coordinate with counterpart offices for the purposes of this consultation, including identification of additional listed species list to be included in the Vegetation Treatments EIS project area.

3.  Participate in milestone meetings, conference calls, etc.

4.  Provide threatened and endangered species expertise to help the BLM identify conservation opportunities during preparation of the Vegetation Treatments EIS.

5.  Provide a BO within the 135-day timeframe, unless extended by mutual consent.

6.  Appoint Mr. Patrick Leonard to the Division Chief/Group Manager Resolution Working Group; Appoint Mr. Gary Frazer to the Assistant Director Resolution Working Group and, Appoint Mr. Clint Riley to the Director Resolution Working Group. If there are any unforeseeable changes in personnel, new contact person names and phone numbers will be immediately provided to the BLM.

7.  Meet the time commitment found in Attachment A. Any scheduled changes will be made by mutual agreement.

## The BLM and Service mutually agree to:

1.  Provide early notification if any problems may arise that would affect the documents or timeframes.

4

2.  Allow the primary contact personnel to make all the necessary changes to the timeframes. The Group Manager and Supervisor will only become involved if the problem becomes elevated and problem items require signatures.

3.  Follow the initiation criteria as outlined in 50 402.14(c) in preparation of the initiation package.

4.  Consider this as a programmatic level consultation. All Actions that could affect species will undergo consultation at the Field Office level. As part of the BLM's commitment to protect threatened and endangered species, the BLM will ensure that actions are taken to avoid a "jeopardy opinion." This is to ensure that there is continued existence of the listed species or no adverse modification of a designated critical habitat. The BLM, along with the Service, may design mitigation action for vegetation treatments that must be followed to avoid a jeopardy opinion. The focus of the intended outcome of the vegetation treatments will be to evaluate the "short term harm versus the long term good."

5.  Describe a process for completing consultations at the state office and field office levels.

6.  Review the comments that the BLM receives on the Draft EIS and develop the information to support the Final EIS. The BLM understands it that if the selected alternative is not the preferred alternative, BLM will reinitiate consultation.

7.  Agree on effects during the informal consultation stage in order to ensure that this information will be included in the BO.

8.  Coordinate as partners by mutually agreeing on conservation measures to promote recovery that will be included in the Vegetation Treatments EIS.

9.  Only amend the Agreement by consensus of both parties.

10. Terminate the Agreement only if one party gives 60 day written notice.

11. Acknowledge that this Agreement is only to improve the internal management of this consultation by the BLM and the Service, and is not intended to and does not create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United states, its agencies or instrumentalities, its officers or employees, or any other person. Nothing in this Agreement shall be construed as obligating either party to the expenditure of funds, or for the future payment of money, in excess of appropriations authorized by law.

12. Recognize the use of Issue Resolution Teams (IRT) if an impasse is reached regarding any aspect of this process, Agreement, or with any of the documents. Elevations of issues to IRTs will follow these tiers: Division Chief/Group Manager Level, Assistant Director Level, and Director Level. After 15 days, the Division Chief/Group Manager level Resolution Working Group will send unresolved issues to the Assistant Director Level Resolution Working Group. If resolution cannot be achieved within 15 days at the Assistant Director Level, the issue will be elevated to the Director Level. The Director Level Issue Resolution

BLM_0008488

Working group decisions will be issued within 15 days and are the final and binding resolutions of disputes.

13. All issue resolution working group reviews should be initiated by request of the applicable working group, or a specific agency. The request will include (1) a concise summary of issues in dispute and decisions that need to be made (2) agency position statements in each of the issues (3) all supporting rationale and documentation for consideration; and (4) a brief chronology of key actions taken to resolve the dispute.

## F.  Term

This Agreement shall take effect upon the date of the last signature. It shall remain in effect for four years, or until the BO for the BLM Vegetation EIS is completed, whichever comes first.

### G.  Approved

_____          _____
Ed Shepard                                                          Date   4/19/04
Bureau of Land Management

_____          _____
Gary Frazer                                                         Date   4/12/04
U.S. Fish and Wildlife Service

6

BLM_0008489

**Attachment A**

**Schedule for Document Review and Completion of Formal Consultation**

| Task | Due Date |
|------|----------|
| BLM submit preliminary draft BA (including information on all treatment methods except use of herbicides) | November 15, 2004 |
| Service provide BLM with comments on preliminary draft BA (less sections on herbicides) | December 31, 2004 |
| BLM submit draft Ecological Risk Assessments to the Service | March 31, 2004 |
| BLM submit preliminary draft BA (including sections related to use of herbicides) to Service | May 15, 2004 |
| Service will notify BLM of any missing 50CFR 402.14(c) data in the preliminary draft BA | June 15 2004 |
| BLM provides Service with needed information and Final BA | August 22, 2004 |
| Service formulate draft Biological Opinion | November 20, 2004 |
| BLM reviews draft Biological Opinion and provides comments to Service | December 5, 2004 |
| Service prepare Final Biological Opinion | January 5, 2005 |

7

BLM_0008490

## APPENDIX D

# NATIVE AMERICAN AND ALASKA NATIVE RESOURCE USES

BLM_0008491

BLM_0008492

NATIVE AMERICAN RESOURCE USE

# TABLE OF CONTENTS

Page

Introduction..................................................................................................................................D-1
Applicable Laws and Regulations ...............................................................................................D-1
Methods .......................................................................................................................................D-2
Results..........................................................................................................................................D-3
    Concerns of Native American Tribes and Alaska Native Groups ...............................................D-3
    Indian Trust Responsibilities and Rights....................................................................................D-3
    Opportunities of Native Americans and Alaska Natives to Pursue Traditional Subsistence Lifeways,
        Practices, and Activities........................................................................................................D-4
    Management of Vegetation by Native Americans.......................................................................D-4
    Important Plant Uses and Species Used by Native Americans and Alaska Natives.....................D-5
    Ethnographic Overviews by State and Cultural Area ..................................................................D-5
References...................................................................................................................................D-17

## List of Tables

D-1       States, Ecoregions, and Culture Areas for BLM Vegetation Treatment Areas.........................D-6

## List of Figures

D-1       Native Areas of Western North America ...................................................................................D-7

BLM_0008493

BLM_0008494

# APPENDIX D

# NATIVE AMERICAN AND ALASKA NATIVE RESOURCE USES

## Introduction

The U.S. Department of the Interior (USDI) Bureau of Land Management (BLM) is proposing to treat vegetation on an estimated 6 million acres annually in 17 western states, including Alaska. The purpose of this treatment is to conserve and restore vegetation, fish and wildlife habitat, and watershed function on lands administered by the BLM (public lands). Vegetation treatment methods would include mechanical, manual, chemical, and biological controls, as well as fire use.

Approximately 3.5 million acres would be treated to restore historic fire regimes and to reduce the risk of wildfire on public lands. An estimated 1.5 million acres of wildfire-damaged land would be treated annually under the Emergency Stabilization and Rehabilitation program. The rest of the acreage would be managed under several BLM programs, primarily involving the control of noxious weeds and invasive plants, improving fish and wildlife habitat, and watershed function.

The BLM is preparing a *Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement* (PEIS) and a *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Report* (PER) to evaluate the impacts of the vegetative treatments on the environment and local economies. As part of the program, the BLM may be allowed to use several proposed herbicides that will be evaluated in the PEIS, as well as new chemicals that may be developed in the future. An assessment of the risks to humans, vegetation, fish, and wildlife from using these chemicals is currently underway. As part of the PEIS, a protocol will be developed to allow the BLM to streamline the process for evaluating and receiving approval for use of herbicides that may be developed in the future.

The BLM has important obligations to address the concerns of Native Americans and Alaska Natives about the management of land, as well as natural and cultural resources. The BLM administers nearly 262 million acres that are widely distributed throughout the West and Alaska, and that have many potential uses by Native Americans and Alaska Natives (USDI BLM 1994). A number of laws and regulations require the BLM to consider the impacts of its program on Native American and Alaska Native groups. To address the effects of the proposed treatment actions on traditionally used resources, the BLM has included Native American and Alaska Native groups in scoping meetings; coordinated with the BLM state tribal liaisons; sent consultation letters to the tribes (see Appendix C); had background research conducted on potential impacts to their uses of such resources as plants, animals, and cultural sites; and had this report on the methods and results of the work prepared.

The purpose of this report is to document the use of natural resources by Native Americans and Alaska Natives on public lands. In particular, this report focuses on the use of vegetation by these groups. The report includes a brief summary of applicable laws and regulations, and a discussion of the methods used to gather information for this report. These sections are followed by a discussion of Native American and Alaska Native concerns about how their use of plants and animals on public lands may be impacted by BLM projects.

## Applicable Laws and Regulations

Federal agencies are required to consult with Native American and Alaska Native groups on projects that may impact traditional resources used by these groups. The BLM Handbook H-8160-1 *General Procedural Guidance for Native American Consultation* and the BLM Manual 8160, *Native American Coordination and Consultation*, provide guidance for consultation with native groups about land use planning and

BLM_0008495

environmental review (USDI BLM 1994). This guidance recognizes the special sovereign status of Native American tribes as well as treaty-reserved rights that some groups possess.

Several federal laws require consultation with Native Americans and Alaskan Natives. The Federal Land Policy and Management Act (FLPMA) provides the primary mechanism used by the BLM to identify places associated with traditional use, such as locations where plants and animals can be collected for cultural or religious purposes. This law requires BLM managers to involve interested parties, including native groups, when developing Resource Management Plans and plan amendments, and ensures consistency between the BLM's and the Indian tribes' land use plans.

The National Environmental Policy Act (NEPA; implementing regulations at 40 CFR Parts 1500-1508) requires the BLM to preserve important historic, cultural, and natural aspects of the nation's heritage so that environmental reviews can identify potential conflicts and seek alternatives to resolve them. Consultation for NEPA can also address concerns identified under the National Historic Preservation Act (NHPA), American Indian Religious Freedom Act (AIRFA), and Native American Graves Protection and Repatriation Act (NAGPRA) concurrently.

The NHPA requires the BLM to identify and consider the effects of its actions on properties that are listed in, or eligible for listing in, the National Register of Historic Places. These properties can include prehistoric and historic archaeological sites with cultural heritage value to native people. Also included are traditional cultural properties (TCPs), or places that are important for maintaining the continuing cultural identity of a community, and that can hold traditional cultural significance. National Park Service Bulletin 38, *Guidelines for Evaluating and Documenting Traditional Cultural Properties*, provides guidance for TCPs (Parker and King 1990). In addition, Section 800.2 of the NHPA specifies that federally recognized Indian tribes and native groups be consulted on a government-to-government basis, recognizing their sovereign status (King 2000).

The Archaeological Resources Protection Act (ARPA; implementing regulations at 43 CFR Part 7) protects archaeological sites on public lands from vandalism and requires the BLM to consult with native groups before issuing permits to excavate archaeological sites. The NAGPRA (implementing regulations at 43 CFR

Part 10) requires the BLM to consult with native groups or descendants when native human remains, funerary objects, sacred objects, or objects of cultural patrimony are disturbed on federal lands.

The AIRFA established a policy of federal protection for traditional American Indian religious freedoms. It requires the BLM to review its programs and actions to avoid infringements on native traditional religious practices, including access to places and use of resources. The BLM must identify the concerns of traditional native religious practitioners relative to proposed agency actions. The Religious Freedom Restoration Act (RFRA) requires federal agencies to demonstrate "compelling governmental interest" before substantially burdening a person's religious liberty. This is a powerful standard for justifying government actions that could affect the free exercise of religions for native people. Such exercise could involve access, use, ritual practice, and other activities related to traditional religious uses of lands and resources.

Some treaties reserve rights to resource use on public land. Tribal concerns about treaty rights and treaty-protected resources will be carefully considered in BLM's planning and environmental reviews for proposed program and local projects. In addition, the Alaska Native Interest Lands Conservation Act (ANILCA) provides federal protection for subsistence hunting and fishing on federal lands in Alaska.

# Methods

The BLM coordinates closely with various federal, state, and local agencies, Native American tribes, Alaska Native groups, and other stakeholders. As part of the development of the PEIS and PER, the BLM conducted public scoping to invite the public to comment on the vegetation treatments and to identify alternative treatment actions to the proposed action. Numerous comments were provided on issues related to the use and protection of natural and cultural resources used by Native Americans and Alaska Natives. These issues included protection of cultural resources, impacts on plants used for basketry, and benefits and hazards of using fire and herbicides to treat vegetation.

Among the comments expressed by the BLM specialists was the expectation that Native organizations would likely defer comments until being approached with specific local projects that involve

BLM_0008496

vegetation treatments. Other comments included the need for awareness about potential impacts on resources associated with reserved rights under treaty, where the rights exist. The liaisons also cautioned about asking the Native organizations about any confidential information because the BLM cannot base NEPA-process decisions on information that must stay outside the NEPA process.

A consultation letter was sent to Native American tribes and Alaska Native groups to initiate consultation about the vegetation treatment program (see Appendix C).

The letter asked tribal governments to review materials about the proposed vegetation treatments program that were provided with the letter, and to inform BLM officials of their concerns about any of the proposed vegetation treatments. The BLM requested information about potential impacts on subsistence plants and animals; impacts on traditional cultural properties; impacts on resources associated with reserved rights under treaty, where they exist; and which of the treatment activities were of further concern to the tribal governments. The BLM offered to provide information and review copies of the documents produced for the EIS. The BLM also noted that consultation would continue with the affected Indian tribes and Alaska Native groups during the development and implementation of special projects by BLM field offices. The responses to the letter are provided in Appendix C.

Research into the potential concerns of Indian tribes and Alaska Native groups was conducted by checking the websites of BLM state offices and a number of native groups. More general websites related to ethnobotany, such as those maintained by the U.S. Department of Agriculture National Resource Conservation Service, and available at http://plants.usda.gov/java/factSheet?cultural=yes, were also consulted. Because this line of research provided information that often was too general or related too specifically to particular locations or species, researchers reviewed the literature on the use of vegetation and other natural resources by tribes and native groups to develop the ethnographic statements.

# Results

This section discusses the results of ethnographic and ethnohistoric research on Indian tribes and Alaska Native groups of the western U.S., including Alaska,

which may be affected by the proposed program. Because the proposed program affects such a large region, the ethnographic summaries are generalized. Information pertaining to specific tribes and native groups should be discussed within future site-specific NEPA documents.

## Concerns of Native American Tribes and Alaska Native Groups

Background research and initial tribal consultation did not reveal detailed information on the program-related concerns of Native American tribes and Alaska Native Groups. The following section summarizes some of the concerns that these groups may have about projects on public lands within their traditional territories.

The concerns of Native people are both general and specific and can include large-scale cultural heritage and traditional religious values, or such features as mountains or viewsheds as a cultural landscape. By contrast, concerns also can include very specific locations of plant, animal, and mineral resources, such as ceremonial places, sites where particular species are collected for subsistence, technical, medicinal, religious, or other ceremonial use, and archaeological sites that are important to cultural heritage.

## Indian Trust Responsibilities and Rights

Federally recognized Indian tribes are considered to be sovereign governments by the United States government. They are considered to have an inherent sovereignty over their people and land, which existed prior to the formation of the U.S. government. Over four hundred treaties were signed between Indian tribes and the U.S. government, which usually gave the U.S. government large tracts of the tribe's lands; in exchange, the tribes reserved certain lands ("reservations") and their aboriginal rights over those lands. Many treaties also reserved certain rights of the tribes to access the territory outside the reservation for such activities as hunting, fishing, and plant harvesting. When dealing with tribal governments, the BLM will treat the relationship as one of government-to-government (National Environmental Justice Advisory Council 2000). It should be noted that some Indian communities are seeking federal recognition, but they are not subject to government-to-government status until they receive this recognition.

BLM_0008497

NATIVE AMERICAN RESOURCE USE

The main basis of the government-to-government relationship between the U.S. and the tribes is the U.S. government's doctrine of trust responsibility. The trust doctrine directs federal agencies to protect tribal interests as they carry out their duties. This responsibility is based on the treaties, in which the U.S. promised to protect the right of the tribes to exist on the lands that they reserved for themselves. The U.S. government also holds the legal title for much of the Indian land, in trust, for the benefit of the tribes and the tribal members. Beginning with the 1887 General Allotment Act, the U.S. government took over the role of trustee for an extensive amount of Indian land, leasing the land for logging, oil, mining, and other uses.

In some modern cases, courts have made a distinction between a "general trust responsibility" and a "specific trust responsibility." General trust responsibilities arise when an interaction between an agency and a tribe is not addressed by any specific statute, regulation, or treaty. Specific trust responsibilities are created from treaties, executive orders, and specific statutes that address the relationship between tribes and the federal government. Whether specific or general, the trust doctrine adds another obligation for agencies such as the BLM to follow while carrying out their duties (National Environmental Justice Advisory Council 2000).

Some Indian tribes have treaty-protected rights to activities and resources on public lands. The specific rights and the way in which they are exercised differ among the tribes and the BLM-administered units. Because tribes are very concerned about protecting their treaty rights to activities and resources, the potential effects of the proposed vegetation treatment program on such rights will be of great concern to the affected tribes. In general, however, native people are concerned about maintaining habitats and resources in a healthy, natural state.

## Opportunities of Native Americans and Alaska Natives to Pursue Traditional Subsistence Lifeways, Practices, and Activities

Indian tribes and Alaska Native groups use lands that could receive vegetation treatments under the proposed program. This includes treaty-protected use that primarily applies to and occurs in the northwestern states. Although precise information is not available, land use is varied and includes gathering plant products, hunting, fishing, grazing livestock, visiting important places, conducting ceremonies, and teaching cultural ways to younger people. Many Native people live near their ancestral lands and feel attached to their traditional use areas, archaeological sites, and ancestors' burials. Continuing their traditional practices on the lands, visiting important places, and teaching cultural ways keep their traditions alive. The BLM recognizes the importance of Native American traditional use by providing access to lands and by considering such use in management and project planning. One example of an area where the BLM recognizes the importance of Native American use and resources is the Biscuitroot Cultural Area of Critical Environmental Concern (ACEC) in the Harney Basin of Oregon. The purpose of this ACEC is to promote and maintain traditional roots for the local tribes to harvest (Hanes 1995).

The majority of the information in this report on Native American and Alaska Native plant, animal, and mineral use is taken from reports of ethnographic observations made shortly after European, Russian, or American contact. Contemporary plant, animal, and mineral use often is not as extensive as that documented in earlier ethnographies, but in recent years there has been a rejuvenation of interest among the tribes in their traditional practices using those materials. As interest continues to grow and tribes seek access many plants, animals, and minerals that have not been sought for generations may once again be sought and collected on tribal lands, as well as BLM and other public lands. Therefore, while this report may refer to some plant, animal, and mineral use as past activities, it is recommended that the materials mentioned below be treated as if they were being used contemporarily.

## Management of Vegetation by Native Americans

Native Americans and Alaska Natives have historically altered the landscape in various ways in order to increase plant production, attract and promote valued wildlife species to the area, and to produce a desired product. The deliberate use of controlled burning is probably the best-known and widely applied method of managing vegetation, although irrigation, thinning, pruning, replanting, and tilling the ground also were utilized.

BLM_0008498

Native people have used fire to promote a diversity of habitats, increasing the "edge effect" that yielded a variety and abundance of plant and animal resources. Some of the various objectives of intentional burning include: management of wild and agricultural crops; improvement of plant growth and yields; improvement of browse for game animals; fireproofing of selected areas; maintenance of prairie or grassland areas; collection of insects; management of pests; and maintenance of travel conditions (Ames and Maschner 1999, Williams 2001).

Among groups that harvested seed crops, burning often occurred immediately after seed harvest, generally from July to October, depending on the crop. In some places, the burning also was used to drive game from an area for coordinated hunting. For example, the Luiseño of California used fire not only for crop management practices, but also as a tool to conduct community rabbit drives (Bean and Shipek 1978).

In the pine-fir forests of eastern California, fires were intentionally set to promote the growth of wild seed crops, and to clear the forest floor of debris for easier hunting. Likewise, in the redwood forests of the north coast of California, the prairies bordering the forests often were burned to prevent the forest from encroaching onto the prairie, and to promote the growth of plants valuable to humans and their prey. Burning sometimes was used to clear and fertilize an area to raise tobacco, and to promote the growth of materials used in basket making (Baumhoff 1978).

Burning to promote the growth of tobacco was especially common in certain regions. A study conducted in the Great Basin revealed that tobacco was the main or secondary reason for burning among 37 of 39 groups (Doolittle 2000). Other groups manipulated tobacco using other methods. The Shasta and the Tubatulabal encouraged the growth of tobacco plants by thinning their numbers or by pruning.

Multiple groups in California and the Great Basin have planted and cultivated a wide range of crops, including tobacco, grasses, onions, root and tuber crops, and seed-bearing crops. The Cahuilla were observed planting palm trees in rows, as well as burning palm trees to kill the bugs that lived on their tops (Doolittle 2000). In the Pacific Northwest, Coast Salish people around the Puget Sound protected certain root crops by keeping the ground loose around the crops for easier digging. After harvest, the remaining plants were burned off, most likely to kill the roots of competing plants. In the Southwest, groups used various methods to increase the productivity of agricultural crops of corn, squash, and beans. Methods of soil and water control included irrigation ditches, terraces, linear grids, field borders, and check dams (Plog 1979).

## Important Plant Uses and Species Used by Native Americans and Alaska Natives

Although universally important, plant use by Native American and Alaska Native groups is extremely varied, both by region and by group. Subsistence use of such plant products as roots and tubers, bark, stalks, leaves, berries, mushrooms, and nuts is essential to native people. Vegetation also provides habitat for culturally and economically important wildlife species.

Most Native American and Alaska Native groups constructed a variety of residential shelters and other buildings such as ceremonial lodges and sweat houses using a combination of materials, usually employing a locally derived hardwood as part of the structural frame. The frames were then covered with other readily available materials, such as planks, mats, bark, brush, and other materials. Wood has been carved into implements and ceremonial items, and also burned to cook food, warm dwellings, and facilitate toolmaking. Trees have been fashioned into various types of watercraft and terrestrial hauling devices, and also carved into massive ceremonial items.

The use of plants for medicinal purposes is widespread, as is the use of tobacco. Plants such as tobacco sweet grass, cedar, and sage, have seen important religious and other ceremonial uses. The use of grasses and other plant resources for basket, box, and tool making also can be observed in the cultures of numerous Native American and Alaska Native groups. Plant products also have been used to make textiles, cordage, and matting, as well as to tan hides. The use of plant dyes, paints, and soaps is widespread.

## Ethnographic Overviews by State and Cultural Area

The following ethnographic overviews are organized by states and cultural area as shown in Table D-1. A culture area is a geographic region in which the tribes share many common cultural traits. In North America, there are generally considered to be 10 culture areas, of which 7 are included here (Figure D-1). It is

BLM_0008499

NATIVE AMERICAN RESOURCE USE

important to keep in mind that the contemporary borders between states did not exist in aboriginal times and has little bearing on plant and animal distributions and indigenous land use patterns and resource exploitation. Thus, there is almost no equivalence between states and culture areas; portions of most states occur in more than one culture area. For this discussion, a state having land in a particular culture area will not be discussed here as part of that culture area.

The discussions below focus on plant and animal resources traditionally used by tribal and native groups of the various regions. The BLM should consult with the specific tribes within each culture area to discuss the contemporary use of resources, since there is little documentation of current practices.

**Plains**

The Plains lie within the Temperate Steppe Ecoregion, also referred to as shortgrass prairie (Bailey 1995). Extending south into Texas, the region is bounded to the north by the Canadian border, to the west by the Rocky Mountains, to the east by the Great Lakes and the eastern woodlands. Plains states include portions of the states of Montana, North Dakota, South Dakota, Wyoming, Nebraska, Colorado, Oklahoma, New Mexico, and Texas. Steppe grassland vegetation dominates, with the western half of the region drier due to Rocky Mountains rain shadow affect. Historically, the shortgrass prairie supported vast herds of bison, which constituted the primary game animal for tribes inhabiting the region. Other game species included bear, antelope, elk, deer, rabbits, and birds.

Numerous human migrations have occurred in this region over the millennia, but the principal linguistic groups occupying the area included the Algonquian, Athabaskan, Caddoan, Kiowa-Tanoan, Siouan, and Uto-Aztecan. Among these groups, multiple fissions and fusions created distinct tribal entities, such as the Crow and Hidatsa Siouan groups of the northern Plains who split in the eighteenth century (Kehoe 1992). Plains tribes have had close connections to groups in other regions through direct trade or seasonal transhumance, the movement of livestock from one area to another. Groups in the southern Plains traded meat for the agricultural products of the Southwestern groups, while groups in the Great Basin (Shoshone) and Plateau (Nez Perce and others) made seasonal trips to the northern Plains to hunt bison.

Plants used by Plains groups included prairie turnip, groundnuts, ground bean, sunflower, Jerusalem artichoke, serviceberries, American lotus, sand dropseed, vine mesquite, prickly pear cactus, mesquite beans, and camas, as well as cultigens such as maize, beans, and squash (Maxwell 1978, Wedel 1983, Wedel and Frison 2001). Plants have been used for a variety of purposes. Tobacco has been smoked, sometimes in religious ceremonies. Cottonwood and willow provide fuel, as well as low quality building material. Oak, elm, and huckleberry were the best quality woods for most buildings, and the long poles of pine have been used for teepee frames. Willow also was used for boat frames that were covered with hides, while split willow shoots, box elder bark, nettles, and peeled sandbar willow have been used for baskets. A black dye derived from walnuts is used to decorate hides. Roasted and ground mescal beans, and sweetgrass bundles have been used for medicinal purposes. Bowls and other carvings have been made from box elder; sage has been used to help whiten hides; and bows generally were made from cedar, ash, and hickory (Brown and Irwin 2001, Voget 2001, Wedel and Frison 2001, Wood and Irwin 2001).

**TABLE D-1**
**States, Ecoregions, and Culture Areas for BLM Vegetation Treatment Areas**

| State | Ecoregion Division | Culture Area |
|---|---|---|
| Montana, North Dakota, South Dakota, Wyoming, Nebraska, Colorado, Kansas, Oklahoma, New Mexico, Texas | Temperate Steppe | Plains |
| Nevada, Utah, Wyoming, Oregon, Idaho, California | Temperate Desert | Great Basin |
| Arizona, New Mexico, Colorado, Utah, Texas, California | Subtropical Desert/Steppe | Southwest |
| California | Mediterranean | California |
| Washington, Oregon, Idaho, Montana | Temperate Desert/Steppe | Plateau |
| Oregon, Washington, Alaska, California | Marine/Mediterranean | Northwest Coast |
| Alaska | Subarctic/Tundra/Marine | Alaska |

BLM_0008500



**Figure D-1. Native Areas of Western North America (Washburn 1988).**

BLM_0008501

NATIVE AMERICAN RESOURCE USE

Hunted animals included deer, elk, bear, mountain sheep, rabbit, antelope, and bison. Prior to equestrian culture, Indian people hunted bison by driving the animals off cliffs or into ravines. With horses, Plains groups shifted their subsistence patterns from sedentary part-time farming, plant gathering, and hunting to mounted hunting focused on the migratory herds of bison. By the late 1700s, the majority of the groups occupying the Plains kept horses, and the dependence on plants for subsistence waned (Maxwell 1978). Pressure from Europeans initially generated movements of woodland groups onto the Plains, most notably the Siouxian speakers in the 1700s.

**Great Basin**

This region encompasses Nevada and Utah, and includes portions of eastern California, southeastern Oregon, southern Idaho, with use areas extending into western Wyoming and Colorado. The Temperate Desert Ecoregion dominates the area, characterized by low annual rainfall and strong temperature contrasts between seasons (Bailey 1995). Elevation is a significant ecological control in both low and high deserts. This discussion focuses on the high and low desert areas, but the region's multiple Native American groups often occupy overlapping geographic zones. In the high desert vegetation is dominated by sagebrush and shadscale shrublands, with montane zones that include pinyon-juniper and ponderosa pine woodlands. The low desert vegetation of the Mojave Desert and Colorado Plateau, with expanses of sparse chenopod, yucca, and creosote; mesquite in washes; and upland stands of pinyon-juniper and oak.

A wide variety of edible plants occur throughout both the high and low desert, including grains and seeds from native amaranths, chenopods, sunflowers, ricegrass, sand dropseed, bluegrass, and wild rye and roots, bulbs or leaves of wild onion, sego lily, yellow bells, Indian potato, miner's lettuce, sweet cicely, and violets. Berries include chokecherry, currants, blue elderberry, Oregon grape, wild grape, wild rose, serviceberry, ground-cherry, and silver buffaloberry.

*High Desert*

Shoshone and the Northern Paiute groups occupy most of the Great Basin high desert region. Anthropologists classify the Shoshone into three groups: Northern Shoshone/Bannock, Eastern Shoshone, and Western Shoshone (Steward 1937). Prior to the acquisition of the horse in the early 1700s, family groups on the northern margin of the Great Basin fished for salmon in the spring and dug camas roots in the summer. They traveled to the mountains of southeastern Idaho and northern Utah to hunt deer and elk in the fall. After the development of equestrian culture, the group ranges and territories extended into Wyoming and Montana in seasonal pursuit of buffalo, and well into Oregon for rendezvous with Northwest tribes. An important staple throughout much of Nevada and northern Utah was the single-leaf piñon pine nut (Murphy and Murphy 1960, Murphy 1986). Other important plant resources include chenopod, blazing star, and grass seeds; as well as southern desert species of mesquite, salvia, various cactus, and gourds (Egan 1917; Steward 1939b, 1997; Thomas et al. 1986).

The Western Shoshone territory extended from Death Valley north into northwestern Utah. They often wore hats made from twined sage bark or willow, and clothing made from bark, grass, or fur (Thomas 1986). Throughout both the high and low desert, various plants have been used for basketry, including yucca, juniper, tule, cattail, sagebrush, turkey beard, swamp grasses, Indian hemp, milkweed, cedar, cliff rose, white sage, young willow, sumac, and squaw bush (Adovasio 1986, Fowler 1986).

The Eastern Shoshone territory ranges primarily throughout an area covering the western half of Wyoming; however, the groups covered a much more extensive area when using horses to hunt buffalo (Murphy and Murphy 1960, Murphy 1986, Shimkin 1986). Elsewhere in the region, large game is relatively scarce, with regularly hunted species limited to bighorn sheep, antelope, deer, mountain lion, and wolf (Steward 1941, Pendleton and Thomas 1983, Thomas 1983). Small game and insects, which traditionally provided most of the animal protein in the diet, included rabbits, badgers, porcupines, pocket gophers, ground squirrels, prairie dogs, woodchucks, muskrats, mice, chipmunks, weasels, some reptiles and fish, owls, hawks, eagles, crows, doves, mockingbirds, sage hens, quail, waterfowl, grasshoppers, crickets, cicadas, ants, bee eggs, and larvae (Fremont 1845; Powers 1877; Egan 1917; Steward 1940, 1941, 1997; Stewart 1980; Simpson 1983).

The Northern Paiute territory ranges from southeastern Oregon to southern Nevada. Their subsistence lifestyle was very similar to that of the Western Shoshone, but with less access to low desert resources and single-leaf piñon. A focus on important fisheries and marshes supplied chi-ui, cutthroat trout, suckers, and waterfowl (Fowler 1986).

BLM_0008502

### Low Desert

A number of tribes lived in the large aboriginal territory extending from the Mojave Desert of California east onto the Colorado Plateau. Some of these tribes were the Utes, Southern Paiute, Kawaiisu, Owens Valley Paiute, and Panamint (Kehoe 1992). As with groups in the high desert, band names often were derived either from the geographical location inhabited by the band or from the primary food resource utilized by the band (Steward 1939a; Conetah 1982; Callaway et al. 1986; Janetski 1991). Generally, the seasonal migrations of the Ute and Southern Paiute involved traveling to the deserts and valleys in the winter and to the mountains in the summer. With the introduction of the horse, these groups began utilizing larger areas, including the Plains, and adopted more of the Plains cultural pattern, such as buffalo hunting and the use of long-pole tepees (Steward 1974, Conetah 1982, Janetski 1991). People at the southwestern edge of this area were far more stable, with semi-sedentary control over narrow Great Basin valleys that supported emergent horticulture. From this position, they traded west with Yokuts and Mono groups on the western side of the Sierra Nevada in California, and interacted with the mobile Great Basin groups to the north and east.

Plant species utilized by low desert bands include berries—especially buffaloberries, chokecherry, currants and gooseberries, elderberries, raspberries, serviceberries, squawberries, and strawberries—either eaten fresh or dried and stored. Roots of the sego, cat-tail, and bullrush, were collected using digging sticks, and specific gathering and processing methods developed to harvest staple foods of the single-leaf or Colorado piñon pine nut, mesquite beans, some cactus and mescal fruit, and yucca fruit (Kelly 1964, 1976; Kelly and Fowler 1986). Jimsonweed, tobacco, nettle, and red ants are the main traditional medicines of the Kwaiiu (Zigmond 1986). The Ute were observed making cordage from sagebrush bark, juniper bark, dogbane, yucca, and nettle, while tule reeds have been used to make balsa rafts, mats, and blankets (Calloway et al. 1986). The Moapa Paiutes continue to use desert fan palms for baskets, food, and shelter (Moapa Memories 2002).

Hunted animals include deer, bears, mountain lions, coyotes, foxes, wildcats, porcupines, beavers, marmots, and badgers. Additional smaller animals and insects utilized by the low desert groups include rock squirrels, prairie dogs, squirrels, chipmunks, wood rats, mice, gophers, ducks, flickers, mourning doves, sage hens, wild turkeys, quail, owls, eagles, bird eggs, fish, lizards, snakes, locusts, ant larvae, and caterpillars (Kelly 1976, Kelly and Fowler 1986, Kroeber 1976, Laird 1976).

### Southwest

The Southwest culture area lies within the Subtropical Steppe Ecoregion and Subtropical Desert Ecoregion, a dry area that is marked by annual water deficiency (Bailey 1995). The dominant vegetation zone of the region is desert shrub and other shrubs, with niches including barren zones, ponderosa pine forests, and pinyon-juniper forests. The region includes Arizona and New Mexico, and portions of Colorado, Utah, Texas, and California. Domestication of plants and animals has a long history among the Southwest cultures. Of particular importance were maize, beans, squash, and cotton in pre-European contact times; and fruit trees, cattle, horses, sheep, and goats following Spanish entry into the region. Since Native American groups often have overlapping geographic zones, this discussion is divided into the three main groups that occupy the region.

### Pueblo

The Pueblo Indians today are descendants of the cliff-dwelling Anasazi, who occupied the Four Corners area of the Southwest for at least 1,500 years before the arrival of the Spanish. The Hopi of northern Arizona linguistically are Shoshonean, part of the Uto-Aztecan family that includes the Piman subgroup (Pimas and Papagos of southern Arizona) of the Sonoran branch. Zuni Pueblo in western New Mexico is unusual in that it has no linguistic relative in the Southwest, but has developed over the same period. The seven Keresan pueblos, extending from west-central New Mexico to the Rio Grande, also are a linguistic isolate. Eleven of the remaining Rio Grande pueblos speak one of three branches of the Tanoan language. While linguistically variable, the Pueblos developed quite similar settlement and subsistence patterns and cultures through time. They are most recognized for living in stair-stepped adobe structures and being excellent farmers at the time of contact, patterns that continue today.

The people of the Pueblos probably are best known for their agricultural development of corn, beans, and squash. Corn first appeared in the region between 5,000 and 4,000 years Before Present (B.P.), but beans and squash did not appear until 2,000 B.P. It wasn't until between 1,200 and 1,000 B.P. that the majority of

BLM_0008503

NATIVE AMERICAN RESOURCE USE

the Pueblos' diet came from agricultural production (Plog 1979). Along with growing domesticated plant species, the Pueblo people also developed a seasonal gathering strategy for wild plants, which were mainly available between April and October. Green plants such as amaranth, chenopods, wild onion, wild celery, and sage were gathered along with grass seeds, roots, juniper berries, pine nuts, acorns, and walnuts. Agave, prickly pear, cholla, and other cacti also were gathered when available (Bodine 1979, Plog 1979).

A variety of other plants have been used for clothing, shelter, medicine, and other functions. Yucca fibers have been used for basket making; cotton is used for weaving; small palms such as istle or hemp have been used for blankets; yucca roots were used for hair washing; and gourds were used as containers and water ladles. More recently, some modern Pueblos have participated in the Peyote religion (Bodine 1979, Kennard 1979, Plog 1979, Schroeder 1979).

### Yuman Group (Colorado River Indian Tribes)

The Yuman group is composed of the Cocopa, Quechan, Maricopa, Mohave, Walapai, Havasupai, and Yavapai. These groups live in much the same areas today as they did at the time of Spanish contact, and were likely there long before. Some of the Yuman groups living along the Colorado River and up to the Middle Gila River in Arizona traditionally have cultivated corn, squash, pumpkins, melons, beans, and cotton in the floodplains; hunted small game such as rabbits; and fished (Maxwell 1978). Important plant resources included prickly pear, saguaro, mesquite, stick-leaf, mescal, yucca, piñon nuts, walnuts, sunflower seeds, juniper berries, and sumac berries.

Housing of riverine groups traditionally consisted of roofed, open-sided ramadas in the summer and semi-subterranean wattle-and-daub or sand-covered thatch in the winter-both constructed with a post and pole framework. Upland groups living on or near the Colorado Plateau practiced agriculture in the canyons in summer, and spent the fall and winter hunting deer, antelope, bighorn sheep, and rabbit, and gathering piñon nuts, mescal or agave, and other wild plants. Housing of upland groups was similar to that of the riverine groups, but winter housing was more substantial to withstand the elements, some incorporating rock shelters or caves.

The Yuman peoples have used plants and plant products for a variety of purposes: mescal fibers to make hairbrushes, pine pitch for sealing baskets, yucca fiber for sandals, willow and juniper bark for clothing, and cactus needles for tattooing. They made bows from desert mulberry, and arrows from cane. Willow shoots, sumac twigs, devil's claw, and cottonwood have been used for basketry (Khera and Mariella 1983, Schwartz 1983).

### Apacheans

The Apacheans in the Southwest include the Navajo, Chiricahua, Jicarilla, Kiowa-Apache, Lipan, Mescalero, and Western Apache. These Southern Athapaskan or Apachean-speaking tribes occupied much of eastern Arizona, portions of New Mexico around the Pueblos, southeastern Colorado, western Oklahoma, and parts of western and southern Texas. Before arriving in the Southwest about 700 years ago, most Apacheans traditionally were hunters and gatherers. Following contact with the indigenous Pueblo peoples, the Navajo readily adopted maize, bean, and squash agriculture. The Western Apache, Jicarilla, and Lipan cultivated crops less intensively, and the remaining groups did not adopt any agricultural practices. With arrival of the Spanish, the Navajo readily adopted the raising of horses, sheep, goats, and cattle, and cultivated orchards and other introduced crops. The gathering of native plants by Apacheans in various areas included agave (mescal) crowns, saguaro cactus fruit, yucca, prickly pear, mesquite beans, acorns, pinyon nuts, juniper berries, sumac berries, chokecherries, various other berries, grass seeds, wild root crops, and various greens or young plants.

Yucca roots were crushed to make shampoo, while the sap of Spanish bayonet, as well as other plants, has been used for dyes. Sourberry, Wright's willow, martinia, bata mota, and other plants have been used for basketry. At least 29 species of plants have been used for medicinal purpose. The Navajos lived in cribbed-log, dome-roofed structures called hogans, and moved summer household activities to open air ramadas, lean-tos, or less formal shades or brush enclosures. The remaining Apacheans used wickiups in mountainous areas and tepees in the plains. Hunters have sought bison on the plains, elk and bighorn sheep in the mountains, and deer, antelope, cottontail rabbit, wood rats, squirrels, and opossum in various areas. Some of the tribes also hunted various wild birds, peccary, and fish; certain furbearers were taken only for their hides.

BLM_0008504

## California

California, west of the mountains, lies within the Mediterranean Ecoregion, a zone with alternating wet and dry seasons at the transition between dry desert and wet coastline (Bailey 1995). The state can be divided into three main geographic regions: coastal, Central Valley and Sierra, and southern desert. Vegetation zones within the state vary from pine and oak forests in the coastal region, oak-covered hills through much of the Central Valley, pinyon-juniper forest in the east, and cactus and shrubs in the southeastern desert. Animals figure prominently in the spiritual systems of many Native American groups from this area, but bears are especially important and many groups have a category for "bear doctors" (Willard 1995). Jimson weed has been an important component of ritual life for many California groups. Because Native American groups often utilize overlapping geographic zones and California was home to tremendous cultural diversity, this discussion covers the major geographic regions. Some groups from the northern coast region of California are generally included in the Northwest Coast culture areas, and a description of their cultural pattern is found in the section on that area.

### *Coastal*

The wide variety of plants available along the northern and central coast of California provided for a multitude of uses, including building materials, basketry, clothing, and medicine. The redwood tree has been used for the construction of permanent dwellings and large canoes, while its bark was used for both men's and women's clothing. In areas where redwood does not grow, juniper and tule reeds often were used for shelters. Tule reeds have also been used for boats, as well as for basketry, clothing, and matting. Additional plants used for basketry include hazelnut tree shoots, beargrass, black maidenhair fern, giant fern, pine roots, and bulrush roots. Green oak galls, burned pepperwood berries, tan oak bark, and alder bark have been used to make dyes for baskets and clothing. Medicinal plants include tobacco, which has been used for recreational, spiritual, and medicinal purposes; angelica, which helps sores heal; and pepperwood leaf, which soothes toothaches. Other plant uses along the coast include ashwood for tobacco pipes, yucca for netting, and oak or alder roots for wooden plates and bowls. The Pomo were observed rubbing angelica and pepper tree leaves on their bodies before hunting (Loeb 1926).

The central and northern coastal areas provide habitat for many crustaceans, shellfish, and sea mammals, and the numerous rivers are habitat for spawning fish such as salmon, sturgeon, trout, and perch. Groups having access to a wide variety of resources in northwestern California, such as the Hupa, the Yurok, and the Karok, share many traits with the cultures of the Northwest Coast, including sedentism, high population density, social stratification, and craft specialization. Farther south, the Coast Miwok, Pomo, Costanoan, and Chumash have long exploited both the central coast marine resources and inland oak forests, where they collect acorns and hunt large and small game. Over 100 species of fish inhabit the rich kelp beds off the coast, in addition to numerous marine mammals, including whales, dolphins, sea lions, seals, and otters (Maxwell 1978). The rich intertidal zone provides shellfish such as mussels, abalones, oysters, scallops and clams.

### *Central Valley and Sierra*

In the valleys between the Sierra and coastal mountain ranges, riparian corridors and foothills rich in oak groves provide acorns, a staple in the diet of many California tribes, along with hazelnuts, pine nuts, and buckeyes. This region also provides habitat for deer, elk, rabbit, bear, and many species of berries, bulbs, tubers, and roots. Tule growing in watersheds and marshes has been an important component of material culture, specifically for basketry, matting, dwellings, and watercraft (Levy 1978; Wallace 1978a, b). Milkweed, Indian hemp, dogbane, and inner willow bark were used for cordage and rope. Tobacco has been commonly used, and horehound is boiled and drunk for medicinal purposes.

Migrating salmon are an important food source and are smoked for year-round use. Numerous lakes and valley marshes provide habitat for migrating waterfowl such as ducks and geese. The various bands associated with Yokuts and Miwok are the principal groups who traditionally inhabited the region. These people utilize many species of fish including lake trout, chubs, perch, and suckers, as well as the occasional salmon and steelhead (Wallace 1978b). Using snares, nets, arrows, and decoys, people hunt waterfowl such as geese, ducks, and mud hens. Turtles and mussels also provide an important contribution to the aboriginal diet.

### *Desert*

Southeast California is a desert environment that extends to the coast. Tribes such as the Cahuilla,

BLM_0008505

NATIVE AMERICAN RESOURCE USE

Serrano, Gabrielino, and Luiseño have traditionally practiced a subsistence pattern very similar to Great Basin groups. Important resources for these groups have included coastal resources, but also inland deer, rabbit, rodents, and insects, such as locusts and grubs. Additional staples of the diet include wild grass, mescal seeds, pinyon nuts, and mesquite beans, which can be ground into flour and made into cakes. (Barrows 1900, Kelly1964, Kroeber 1976).

Dwellings were constructed from a wide variety of plants, including juniper, great manzanita, greasewood, mountain oak, and mesquite, with tule, carrizo, fern, bark, or reeds often used for thatching. Tule, sumac, and squawbrush, as well as a variety of rushes and grasses, have been used for basketry, while yucca and mescal have been used for cordage. Hundreds of plants have been documented for medicinal and physical enhancement uses, including tobacco, jimson weed, wormwood, creosote, and sumac (Bean and Saubel 1972). The inner bark of willow and cottonwood trees was used for women's dresses; mescal and yucca fibers were used for clothing and sandals; and mesquite bark was used for diapers. The creosote bush and milkweed were used for adhesives, and yucca root often was used to make soap.

**Plateau**

The Plateau lies within the Temperate Desert and Temperate Steppe Ecoregions, and includes portions of the states of Washington, Oregon, Idaho, and Montana (Bailey 1995). The primary vegetation zone of the Plateau is sagebrush steppe, with forests of Douglas-fir and ponderosa pine existing in the mountainous zones along the periphery. Seasons are marked by hot, dry summers and cold winters. The Columbia River and its tributaries provide the major resource exploitation areas. Anthropologists divide the inhabitants of the Plateau into two main linguistic and ethnic groups: Salish and Sahaptian speakers. However, the one linguistic isolate along the northeast edge off the Plateau is the Kootenai, whose Algonquian language differentiates them from the surrounding Salish speakers.

Due to predictable and abundant annual plant and animal resources, Plateau groups have been more sedentary than groups in the Great Basin or the Plains, a characteristic shared with groups in California and the Northwest Coast. The hallmark of Plateau culture is intensive salmon fishing, which is the most significant resource in the Plateau, with massive annual migrations up the Columbia and its tributaries from spring through fall. Significant plant resources include root crops of camas, bitterroot, lomatium, balsamroot, and yellowbells. For many Plateau groups, plant resources constitute a large portion of the diet, as well as supplying shelter, clothing, basketry, medicine, and many other functions. Berries are intensively collected, and fire often has been used to maintain the production of berry patches (Chatters 1998).

*Southern Plateau*

The Sahaptian speakers in the southern Plateau include the Northwest Sahaptin, Northeast Sahaptin, Columbia River Sahaptin, and Nez Perce. Their non-Sahaptian speaking neighbors include the Chinook, Cayuse, Molala, and Klamath. These groups occupy the lower portion of the Columbia River and its tributaries, and the adjacent upland areas, including central, southeastern and southwestern Washington State, and north central and northeastern Oregon, including the Blue Mountains.

Traditionally, dwellings were semi-subterranean and constructed from large mats made of tule bulrushes or cattail reeds sewn together with Indian hemp (Schuster 1998). The mats were overlapped and attached to the wooden frames of lodges, constructed from lodgepole pine, cedar, or driftwood. Winters were spent in riverine villages, while the spring and summer has been a time for gathering edible plants, including camas, bitterroot, lomatium, mariposa lily, wild carrot, Indian potato, parsley, Indian celery, onion, tree lichen, hazelnuts, acorns, and pine nuts. Important berries include currants, gooseberry, dogwood, serviceberry, chokecherry, huckleberries, hawthorn berries, and strawberries (Hunn 1990, Hunn and French 1998).

Douglas-fir and ponderosa pine were the main firewood, although alder wood has been preferred for cooking or smoking salmon. Douglas-fir saplings were used for fish net poles, greasewood twigs were used for sewing needles, Indian hemp was used for fishing nets and other weaving purposes, and cattail leaves were used to weave bags. Rosewood was used in cradleboards and hung in homes to repel ghosts. Mullein, willow bark, and other plants have been used for medicinal purposes, while tobacco has been smoked in religious ceremonies (Brunton 1998, Hunn and French 1998).

Sahaptian speakers and their neighbors have traditionally gathered at prime fishing locations during

BLM_0008506

the annual salmon migrations and harvested large numbers of the fish for year-round consumption. Besides salmon, other commonly utilized fish included trout, suckers, whitefish, and sturgeon. The major hunted land mammals were bison, elk, deer, antelope, caribou, and moose. Beaver, mountain goat, gopher, bear, lynx, and wolf were hunted for food as well as for fur. Cranes, duck, geese, and eagles were valued for feathers and meat (Brunton 1998, Hunn and French 1998).

### Northern Plateau

The northern Plateau is occupied by Salish-speaking groups that include the Spokane, Colville, Coeur d'Alene, Wenatchee, Sinkayuse, Chelan, Sanpoil-Nespelem, Kalispel, Pend d'Oreille, Southern Okanagan, Methow, and Flathead. The neighboring Kootenai represent a language isolate, likely Algonquian. These groups occupy the upper portions of the Columbia River and its tributaries, including north-central and northeastern Washington State, northern Idaho, and parts of Montana. While salmon has long been the major component of the subsistence pattern, salmon numbers are considerably lower in the northern Plateau. Consequently, Salish group populations are smaller and their societies generally have been less stratified and less complex than the groups occupying the southern Plateau.

Plant resources utilized by northern Plateau groups include camas, bitterroot, balsam, lily corms, prickly pear fruit, sunflower seeds, hazelnuts, mint, mushrooms, tree cambium, green shoots, and berries, especially huckleberries, chokecherries, and serviceberries (Chance 1986, Kennedy and Bouchard 1998, Miller 1998). Tule reeds and cedar bark were used for covering structures, and tule also was used for matting, bedding, and to shroud corpses. Baskets and bags have been made from birch bark, cedar bark, cedar and spruce roots, and Indian hemp, which was used for cordage. Cottonwood bark was used for underground storage casks; white pine bark was used for making canoes; willow shoot mats were used for drying salmon; and maple boughs were used for snowshoe frames. Huckleberries and the inner bark of Oregon grape have been used to make dyes for baskets, and sunflower root was used for making shampoo (Kennedy and Bouchard 1998, Miller 1998). To enhance production of usable plant material, resource habitats often were annually modified through the use of controlled burning (Ross 1998).

Hunting has played a more prominent role in Salish subsistence systems than in those of the Sahaptian groups (Kennedy and Bouchard 1998). In historic times, the Flathead Salish and their neighbors the Kootenai traveled to the Plains to hunt bison (Brunton 1998).

### Northwest Coast

The Northwest Coast lies primarily within the Marine Ecoregion, a zone characterized by abundant rainfall and a narrow range of temperature fluctuation. The Northwest Coast extends from southeastern Alaska south along the Canadian coast through Washington and Oregon to northern California, with the northern portion of California lying within the Mediterranean Ecoregion (Bailey 1995). The dominant vegetation consists of cedar, spruce, hemlock, and fir forests, with redwoods present in northern California. The region's stable resident and annual maritime resources were crucial in the development of densely populated, socially stratified societies (Kehoe 1992).

In California, groups manifesting a Northwest Coast cultural pattern include the Yurok, Klamath, and Modoc. In Oregon, they include the Tillamook, Yaquina, Siletz, Alsea, Siuslaw, Lower Umpqua, Coos, and Tutuni. The Chinook have flanked the Columbia River in Oregon and Washington. The Chehalis, Quinault, Queets, Quilete, Hoh, and Makah have occupied southwest Washington and the Olympic Peninsula, while the Puget Sound area has been occupied by Salish groups such as the Snoqualmie, Snohomish, Skagit, Skykomish, Puyallup, and Nisqually. In Alaska, the Tlingit and Haida have lived on the islands and limited parts of the mainland of the southeastern portion of the state (Kehoe 1992).

The Northwest Coast supports a variety of plant food sources in many different forms. Edible ferns include bracken, sword, and lady ferns. Edible lilies, onions, camas, and other roots and rhizomes were commonly harvested. The tuber of the wapato has been found abundantly in the lower Columbia River valley. Over 40 fruits and berries have been available throughout the region, including gooseberry, salmonberry, huckleberry, elderberry, and wild strawberry. Important leaves and shoots come from salal, horsetail, ferns, stinging nettle, and salmonberry. Where available, certain types of algae, seaweed, and kelp also have been used. Available edible nuts include hazelnuts, acorns, and pine nuts. Seeds have not been highly sought out, except in the Willamette Valley and

BLM_0008507

NATIVE AMERICAN RESOURCE USE

to the south, where tarweed and wyethia were eaten (Suttles 1990).

Extensive use of forest resources is typical of Northwest Coast culture, especially western red cedar and Alaska cedar for the construction of plank houses, canoes, and a wide variety of tools, as well as for baskets, cordage, matting, clothing, and specialized ritual purposes such as totem poles and masks. Specialized tools used for woodworking include stone and hardwood drills and adzes, and planes made of mussel shell (Ames and Maschner 1999).

Sitka spruce has often been used for houses and canoes along the northern coast, and western hemlock and Douglas-fir saplings were used to construct fish weirs. Red alder was the preferred wood for carving spoons, bowls, masks, and dishes, along with big-leaf maple, Rocky Mountain maple, and Alaska cedar. The western yew was used for bows, wedges, clubs, and digging sticks. The wood of ocean spray, found south of Vancouver Island, was preferred for harpoon foreshafts, spear prongs, mat needles, and spits for drying and roasting foods (Suttles 1990).

Rope and cordage have been made from western red cedar limbs, bull kelp stipes, cedar root, spruce root, willow bark, stinging nettle fibers, and Indian hemp. Cedar roots, cattail, tule, bear grass, sedges, and grasses have been used for basketry. The versatile inner bark of red and Alaska cedar is used for baskets, mats, skirts, capes, towels, and diapers. Medicinal plants included devil's club, kinnickinnick, hogfennel, and tobacco, which was common throughout the region and cultivated in some locations (Suttles 1990).

In spite of the cultural diversity among the Northwest Coast groups, they share a remarkable degree of similarity in their material cultures (Wessen 1990). Highly sophisticated maritime adaptations and complex technologies include the use of oceangoing and other canoes and harpoons, fishnets, weirs, and fish traps (Maxwell 1978). Maritime resources used by Northwest Coast groups include salmon, halibut, cod, herring, eulachon (candlefish, an important source of oil in local diets), mussels, clams, sea urchins, whales, porpoise, seals, sea lions, and sea otter. Seabird eggs also have been an important source of food (Maxwell 1978).

Controlled burning was regularly practiced (possibly as early as 5,000 years ago in the Willamette Valley) by many groups to maintain plant product and nut-producing areas and improve game animal habitat

along the coast and in some interior areas, from California to British Columbia (Ames and Maschner 1999). Other terrestrial resources include elk, deer, mountain sheep, mountain goat, beaver, marten, land otter, bear, and migrating ducks (Kehoe 1992).

**Alaska**

Alaska includes two major divisions, the Tundra and Subarctic Ecoregions of the Polar Domain and the Marine Ecoregion of the Humid Temperate Domain (Bailey 1995). Vegetation across this large region is varied: rugged coastline forests composed of cedar, spruce, hemlock, and fir lie south and east of Cook Inlet, boreal forest dominates the vegetation of the interior, and tundra covers the northern third of the state. Generally speaking, the Inuit (Eskimo and Aleut) inhabit the coastal areas and adjacent tundra, while Indians (Athabaskan or Tlingit) inhabit the interior forests and Southeast, although both groups have tremendous intra-cultural diversity and overlapping resource exploitation areas. Terrestrial and marine mammals and fish comprise the primary source of food for both groups, while large quantities of plant products generally are less available due to the region's short growing season. Alaska's reliable maritime resources were crucial in the development of the densely populated, socially stratified societies of Southeast Alaska (Kehoe 1992), whereas the interior has long been occupied by mobile bands of hunter-gatherers. Groups such as the Haida and Tlingit live in Southeast Alaska, but are generally considered to be part of the Northwest Coast culture area.

For the Inuit, kelp and berries have been the principal plant foods, in addition to sarana lily bulbs, wild parsnip, cranberries, lupine and anemone roots, young fireweed, wild rhubarb, mushrooms, cowslip, and the bulb of the Kamchatka fritillary. Dune grass has been used to weave baskets for storing and transporting goods as well as making mats for houses, babies' cradles, and wrapping the dead. Dried grasses were also used as wicks in lamps, coated with sea mammal oil (Kehoe 1992, Lantis 1984). Traditional Inuit shelters were semi-subterranean with rafters and flooring constructed from whale bone or driftwood. These shelters were then covered with animal skins or dried grasses, and overlain with sod (Lantis 1984). The Inuit are also known as talented wood carvers, using wood to carve bowls, plates, masks, hats, and shields.

Whales are the favored food source of the Inuit, most commonly the bowhead, gray, right, and beluga whales (Maxwell 1978). Other important maritime

BLM_0008508

resources include Steller's sea lions, killer whales, narwhals, walruses, seals, porpoises, and sea otters. Many animals from various habitats also have been hunted and harvested: terrestrial mammals such as bear, beaver, squirrels, hare, porcupine, caribou, and marmots; birds such as cormorant, albatross, coot, eider duck, and eagle, as well as bird eggs; and river and ocean dwelling animals including chum and sockeye salmon, whitefish, pike, cod, halibut, sculpin, mussels, cockles, clams, anemones, and sea urchins. Animals have been utilized for more than meat. Often, skins and organs have been used for containers, hides for clothing, shelters, and boats; and bones used to create a variety of implements.

Alaska Indians, who are Northern Athabaskan and refer to themselves as "Dene" (Kehoe 1992), have focused their subsistence activities on the vast inland caribou herds and seasonally rich fish runs. Edible plant resources of the interior include berries, fern roots, lily bulbs, mushrooms, wild onions, wild rhubarb, rose hips, and various roots (Kehoe 1992). Many berries have been harvested, including mossberry, mouseberry, bunchberry, cranberry, blueberry, red raspberry, salmonberry, and winter-berry (Snow 1981). Traditionally, portable shelters were made from moose or caribou hides stretched over wooden frames and covered with bark, sod, or spruce boughs. Birch bark continues to be used for the manufacture of many utilitarian objects, including baskets, shelters, cooking pots, and canoes. The birch wood, along with willow, has been used for bows, arrows, snowshoe frames, and other wooden tools. Spruce wood was used for arrows, and for house and canoe frames. Ropes and fishing nets were made using willow bast, nettle fibers, and spruce roots. Spruce roots have many uses including containers and other basketry, sewing thread, and twine (McClellan and Deniston 1981). Framed houses often were covered with various types of brush, moss, and bark. Berries such as the silverberry and soapberry were used as clothing adornment (Slobodin 1981).

The Dene also utilize beaver, bear, moose, mountain sheep, and caribou (Kehoe 1992). In the northern interior, Indian hunters pursue Dall sheep (Maxwell 1978) and travel to the coast to collect and trade for marine resources. Many animals in Alaska are hunted for their fur, as well as for their food potential. Major fur bearing animals include wolf, wolverine, beaver, ermine, lynx, marten, mink, muskrat, red fox, and river otter (Gillespie 1978).

BLM_0008509

BLM_0008510

# References

**Adovasio, J.M. 1986.** Prehistoric Basketry. Pages 194-205 *in* Great Basin *(*W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Ames, K.M., and H.D.G. Maschner. 1999.** Peoples of the Northwest Coast: Their Archeology and Prehistory. Thames and Hudson Ltd. London, New York.

**Bailey, R.G. 1995.** Description of the Ecoregions of the United States. Miscellaneous Publications No. 1391. USDA Forest Service. Washington, D.C.

**Barrows, D.P. 1900.** The Ethnobotany of the Cahuilla Indians of Southern California. Ph.D. Dissertation, University of Chicago. Chicago, Illinois.

**Baumhoff, M.A. 1978.** Environmental Background. Pages 16-24 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Bean, L.J., and K.S. Saubel. 1972.** Cahuilla Indian Knowledge and Usage of Plants. Malki Museum Press. Banning, California.

_____, **and F.C. Shipek. 1978.** Luiseño. Page 550-563 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Bodine, J.J. 1979.** Taos Pueblo. Pages 255-267 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Brown, D.N., and L. Irwin. 2001.** Ponca. Pages 416-431 *in* Plains *(*R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Brunton, B. 1998.** Kootenai. Pages 223-237 *in* Plateau, D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Callaway, D., J. Janetski, and O.C. Stewart. 1986.** Ute. Pages 336-367 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Chance, D.H. 1986.** *People of the Falls.* Kettle Falls Historical Center, Inc. Don's Printery. Colville, Washington.

**Chatters, J.C. 1998.** Environment. Pages 29-48 *in* Plateau (D. Walker, ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Conetah, F.A. 1982.** A History of the Northern Ute People (K.L. MacKay and F.A. O'Neil, eds.). Uintah-Ouray Tribe. Salt Lake City, Utah.

**Doolittle, W.E. 2000.** Cultivated Landscapes of Native North America. Oxford University Press. Oxford, U.K.

**Egan, H.R. 1917.** Pioneering the West, 1846-1878: Major Howard Egan's Diary. Howard R. Egan Estate. Richmond, Utah.

**Fowler, C.S. 1986.** Subsistence. Pages 64-97 *in* Great Basin *(*W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Frémont, J.C. 1845.** Report on the Exploring Expedition to the Rocky Mountains in the Year 1842 and to Oregon and Northern California in the Years 1843-1844. Gales and Seaton. Washington, D.C.

**Gillespie, B.C. 1981.** Major Fauna in the Traditional Economy. Pages 15-18 *in* Sub-arctic (J. Helm, ed.). Handbook of North American Indians, Volume 6 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

NATIVE AMERICAN RESOURCE USE

**Hanes, R. 1995.** Treaties, Spirituality, and Ecosystems: American Indian Interests in the Northern Intermontane Region of Western North America. Social Assessment Report for the Interior Columbia Basin Ecosystem Management Project. Boise, Idaho.

**Hunn, E.S. 1990.** Nch'i-Wana, The Big River. University of Washington Press Seattle, Washington.

_____, **and D.H. French. 1998,** Western Columbia River Sahaptins. Pages 378-394 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Janetski, J.C. 1991.** The Ute of Utah Lake. University of Utah Anthropological Papers No. 116. Salt Lake City, Utah.

**Kehoe, A.B. 1992.** North American Indians, A Comprehensive Account. Second Edition. Prentice Hall. Englewood Cliffs, New Jersey.

**Kelly, I.T. 1964.** Southern Paiute Ethnography. Glen Canyon Series 21, University of Utah Anthropological Papers 69. Salt Lake City, Utah.

_____. **1976.** Southern Paiute Ethnography. Pages 11-223 *in* Paiute Indians II (D.A. Horr, ed.). Garland Publishing Inc. New York, New York.

_____, **and C.S. Fowler. 1986.** Southern Paiute. Pages 368-397 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Kennard, E.A. 1979.** Hopi Economy and Subsistence. Pages 554-563 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Kennedy, D., and R.T. Bouchard. 1998.** Northern Okanagon, Lakes, and Colville. Pages 238-252 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Khera, S., and P.S. Mariella. 1983.** Yavapai. Pages 38-54 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**King, T.F. 2000.** Federal Planning and Historic Places: The Section 106 Process. Altamira Press. Walnut Grove, California.

**Kroeber, A.L. 1976.** Handbook of the Indians of California. Originally Published in 1925 as Bureau of Ethnology Bulletin 78. Smithsonian Institution. Washington, D.C. Dover Publications. New York, New York.

**Laird, C. 1976.** The Chemehuevis. Malki Museum Press, Morongo Indian Reservation. Banning, California.

**Lantis, M. 1984.** Aleut. *In* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5. Dover Publications. New York, New York.

**Levy, R. 1978.** Eastern Miwok. Page 398-413 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8. Dover Publications. New York, New York.

**Loeb, E.M. 1926.** Pomo Folkways. University of California Publications in American Archaeology and Ethnology 19(2):149-405. Berkeley, California.

**Maxwell, J.A. 1978.** America's Fascinating Indian Heritage. Reader's Digest Association, Inc. New York, New York.

**McClellan, C., and G. Deniston. 1981.** Environment and Culture in the Cordillera. Pages 372-386 *in* Sub-arctic (J. Helm, ed.). Handbook of North American Indians, Volume 6 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Miller, J. 1998.** Middle Columbia River Salishans. Pages 253-270 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0008512

**Moapa Memories. 2002.** Available at: http://www.xeri.com/Moapa/moapa-afidavits.htm.

**Murphy, R.F. 1986.** Northern Shoshone and Bannock. Pages 284-307 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, **and Y. Murphy. 1960.** Shoshone-Bannock Subsistence and Society. University of California Anthropological Records 16(7): 293-338.

**National Environmental Justice Advisory Council. 2000.** Guide on Consultation and Collaboration with Indian Tribal Governments and the Public Participation of Indigenous Groups and Tribal Members in Environmental Decision Making. United States Environmental Protection Agency, Office of Environmental Justice. Washington D.C.

**Parker, P., and T.F. King. 1990.** Guidelines for Evaluating and Documenting Traditional Cultural Properties. National Park Service Bulletin 38. Government Printing Office. Washington, D.C.

**Pendleton, L.S., and D.H. Thomas. 1983.** The Fort Sage Drift Fence, Washoe County, Nevada. Anthropological Papers of the American Museum of Natural History 58(2). New York, New York.

**Plog, F. 1979.** Prehistory: Western Anasazi. Pages 108-130 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Powers, S. 1877.** Centennial Mission to the Indians of Western Nevada and California. Pages 449-460 *in* Annual Report of the Smithsonian Institution for 1876. Washington, D.C.

**Ross, J.A. 1998.** Spokane. Pages 271-282 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Schroeder, A.H. 1979.** Pueblos Abandoned in Historic Times. Pages 236-254 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Schuster, H.H. 1998.** Yakima and Neighboring Groups. Pages 327-351 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Schwartz, D.W. 1983.** Havasupai. Pages 13-24 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Shimkin, D.B. 1986.** Eastern Shoshone. Pages 308-335 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Simpson, J.H. 1983.** Report of Explorations Across the Great Basin of the Territory of Utah for a Direct Wagon-route from Camp Floyd to Genoa, in Carson Valley, in 1859. Originally published in 1876. University of Nevada Press. Reno, Nevada.

**Slobodin, R. 1981.** Kutchin. Pages 514-532 *in* Sub-Arctic (J. Helm, ed.). Handbook of North American Indians, Volume 6 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Snow, J.H. 1981.** Ingalik. Pages 602-617 *in* Sub-arctic (J. Helm, ed.). Handbook of North American Indians, Volume 6 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Steward, J.H. 1937.** Linguistic Distributions and Political Groups of the Great Basin Shoshoneans. American Anthropologist 39(4):625-634.

_____. **1939a.** Some Observations on Shoshonean Distributions. American Anthropologist N.S. (41):261-165.

BLM_0008513

NATIVE AMERICAN RESOURCE USE

_____. **1939b.** Changes in Shoshonean Indian Culture. Scientific Monthly 49 (December): 524-537.

_____. **1940.** Native Cultures of the Intermontane (Great Basin) Area. Pages 445-502 *in* Essays in Historical Anthropology of North America, Published in Honor of John R. Swanton. Smithsonian Miscellaneous Collections 100. Washington, D.C..

_____. **1941.** Culture Element Distributions, XIII: Nevada Shoshone. University of California Anthropological Records 4(2):209-360.

_____. **1943.** Culture Element Distributions, XXIII: Northern and Gosiute Shoshoni. University of California Anthropological Records 8(3):263-392.

_____. **1974.** Aboriginal and Historical Groups of the Ute Indians of Utah; an Analysis with Supplement. Pages 25-159 *in* Ute Indians I, (D.A. Horr, ed.). Garland Publishing Inc. New York, New York.

_____. **1997.** Basin-plateau Aboriginal Sociopolitical Groups. University of Utah Press, Salt Lake City. Originally Printed in 1938, Smithsonian Institution Bureau of American Ethnology Bulletin 120, United States Government Printing Office, Washington, D.C.

Stewart, O.C. **1980.** Temoke Band of Shoshone and the Oasis Concept. Nevada Historical Society Quarterly 25(3):246-261.

Suttles, W. **1990.** Environment. Pages 16-29 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Thomas, D.H. **1983.** The Archeology of Monitor Valley, 1: Epistemology. Anthropological Papers of the American Museum of Natural History 58(1). New York, New York.

_____. **1986.** Western Shoshone. Pages 262-283 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, **L.S.A. Pendleton, and S.C. Cappannari. 1986.** Western Shoshone. Pages 262-283 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

United States Department of the Interior Bureau of Land Management. **1994.** General Procedural Guidance for Native American Consultation. BLM Manual Handbook H-8160-1. Washington, D.C.

Voget, F.W. **2001.** Crow. Pages 695-717 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Wallace, W.J. **1978a.** Northern Valley Yokuts. Pages 462-472 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, **1978b.** Southern Valley Yokuts. Pages 448-461 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Washburn, W.E. **1988.** History of Indian-White Relations. Handbook of North American Indians, Volume 4 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Wedel, W.R. **1983.** The Prehistoric Plains. Pages 203-241 *in* Ancient North Americans (J.D. Jennings, ed.). W.H. Freeman and Company, New York, New York.

_____, **and G.C. Frison. 2001.** Environment and Subsistence. Pages 44-60 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0008514

**Wessen, G. 1990.** Prehistory of the Ocean Coast of Washington. Pages 412-421 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Willard, W. 1995.** Bear Doctors. Cultural Anthropology 9(1):116-124.

**Williams, G. 2001.** References on the American Indian Use of Fire in Ecosystems. USDA Forest Service. Washington, D.C.

**Wood, W. R., and L. Irwin. 2001.** Mandan. Pages 349-364 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Zigmond, M.L. 1986.** Kwaiisu. Pages 398-411 *in* Great Basin (W.L. d`Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0008515

# APPENDIX E
# CULTURAL RESOURCES

BLM_0008516

BLM_0008517

# TABLE OF CONTENTS

**Page**

Introduction..........................................................................................................................................................E-1
Review of Legislation and Regulations ............................................................................................................ E-1
Prehistoric Culture Area Summaries and Associated Cultural Resource Site Types........................................ E-2
    Arctic and Subarctic (Alaska).....................................................................................................................E-3
    Northwest Coast ......................................................................................................................................... E-4
    California ..................................................................................................................................................... E-6
    Great Basin ................................................................................................................................................. E-7
    Southwest ................................................................................................................................................... E-7
    Plains .......................................................................................................................................................... E-9
    Plateau ..................................................................................................................................................... E-10
Historic Cultural Resource Sites and Site Types ........................................................................................... E-11
    Historic Cultural Resource Sites and Site Types ..................................................................................... E-11
Cultural Resources Data Summary ................................................................................................................. E-12
References........................................................................................................................................................ E-19

## List of Tables

E-1     States, Ecoregions, and Culture Areas for BLM Vegetation Treatment Areas ......................................... E-3
E-2     European and American Contact in Western North America ................................................................. E-11
E-3     Historic Site Types ................................................................................................................................. E-13
E-4     BLM Acreage, Cultural Resource Survey Areas, and Cultural Resources Recorded by State Office ..... E-15
E-5     Culture Areas, Prehistoric Occupation Periods, and Selected Common Site Types for BLM
            Vegetation Treatment Areas................................................................................................................... E-16

## List of Figures

E-1     Native Areas of Western North America ................................................................................................. E-5

BLM_0008518

BLM_0008519

APPENDIX E

# CULTURAL RESOURCES

## Introduction

The U.S. Department of the Interior (USDI) Bureau of Land Management (BLM) is proposing to treat vegetation on an estimated 6 million acres annually in the western United States and Alaska. The purpose of these treatments is to conserve and restore vegetation, fish and wildlife habitat, and watershed function on public lands administered by the BLM (public lands). Vegetation treatment methods could include mechanical, manual, chemical, and biological control, as well as use of fire.

The vegetation treatment actions would occur on public lands administered by the BLM in Alaska, Arizona, California, Colorado, Idaho, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, and Wyoming. The BLM is preparing a Programmatic Environmental Impact Statement (EIS) to evaluate the impacts of the vegetative treatments on the environment, which includes cultural resources.

Approximately 3.5 million acres would be treated to restore historic fire regimes and to reduce the risk of wildfire on public lands. An estimated 1.5 million acres of wildfire-damaged land would be treated annually under the Emergency Stabilization and Rehabilitation program. The rest of the acreage would be managed under several BLM programs, primarily involving the control of noxious weeds and invasive plants, improving fish and wildlife habitat, and watershed function.

The BLM is preparing a *Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement* (PEIS) and a *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Report* (PER) to evaluate the impacts of the vegetative treatments on the environment and local economies. As part of the program, the BLM may be allowed to use several proposed herbicides that will be evaluated in the PEIS, as well as new chemicals that may be developed in the future. An assessment of the risks to humans, vegetation, fish, and wildlife from using these chemicals is currently underway. As part of the PEIS, a protocol will be developed to allow the BLM to streamline the process for evaluating and receiving approval for use of herbicides that may be developed in the future.

In this report we summarize the presence and general types of prehistoric (refers to the era before the advent of the written record and the people living in North America before European contact) and historic sites (known cultural resources) on nearly 261 million acres of public lands. In particular, this report focuses on the length of prehistoric occupation and the variety of both prehistoric and historic cultural resource types found throughout the western United States and Alaska. Archaeologists have documented that the Americas have been occupied for at least 13,000 years. Beginning in the 1500s, European and Euroamerican explorers and traders encountered descendants of the earliest Americans in what are now the western United States and Alaska. Various laws and regulations require that the BLM inventory for, and consider the impacts of, actions to prehistoric and historic cultural resources located on the lands it manages.

This report includes a brief summary of applicable legislation and regulations, and summary discussions of the five culture areas and cultural resource site types known to exist where the 17 states comprising the study area are now located. These sections are followed by a summary of cultural resource site types on public lands that may be impacted by BLM projects, a listing of references cited in the report, and a bibliography of BLM and U.S. Department of Agriculture (USDA) Forest Service cultural resource overviews or summaries.

## Review of Legislation and Regulations

The BLM cultural resource management responsibilities are prescribed in various pieces of federal legislation including the National Historic Preservation Act (NHPA), the Federal Land Policy and

CULTURAL RESOURCES

Management Act (FLPMA), the National Environmental Policy Act (NEPA), the American Indian Religious Freedom Act (AIRFA), the Archaeological and Historic Preservation Act (AHPA), the Archaeological Resources Protection Act (ARPA), and the Native American Graves Protection and Repatriation Act (NAGPRA). Regulations for compliance with Sections 106 and 110 of NHPA are set forth in 36 Code of Federal Regulations (CFR) 800 prepared by the President's Advisory Council on Historic Preservation and entitled "The Protection of Historic and Cultural Properties." As individual properties are located, the recorder and researcher gather sufficient information to make recommendations of eligibility for the National Register of Historic Places (National Register). Under FLPMA, the BLM is specifically mandated to protect historical, including prehistoric, resources. Internal guidance for implementing these and other laws and regulations is set forth in detail in the BLM Manual 8100 series.

According to the BLM Manual 8100 series (recently revised), the BLM is responsible for evaluating, managing, and protecting cultural resources located on lands that it manages. Cultural resources include prehistoric and historic archaeological and architectural sites or properties that are definite locations of human activity, occupation, or use identifiable through field inventory or survey, historical documentation, or oral evidence. Cultural resources also include Traditional Cultural Properties, places that are culturally significant to various ethnic groups including Native Americans and Alaska Natives, and may also include Indian sacred sites. Cultural resources may be archaeological, historic, or architectural sites, structures, or places with important public and scientific uses, and may include definite locations (sites or places) of traditional cultural or religious importance to specified social and/or cultural groups.

Executive Order 13007, *Indian Sacred Sites*, affords protection, access, use of and confidentiality for tribal spiritual places on federal lands, and authorizes federal agency field managers to provide such considerations to Indian Tribes, as outline in USDI Department Manual, Part 512, Chapter 3 (*Department Responsibilities for Protecting/Accommodating Access to Indian Sacred Sites*).

The PER and PEIS are designed to look at the broad impacts associated with implementing the vegetation treatment program. Because the program covers such a large area, it is not realistic to assess site-specific impacts in the PER and PEIS. This approach will allow future development of site-specific NEPA documents, such as land-use plans and project-specific environmental analyses, thereby eliminating the need for repetitive discussions of the same issues in the site-specific documents.

# Prehistoric Culture Area Summaries and Associated Cultural Resource Site Types

Given the broad coverage of the area being addressed in the current PEIS, summary cultural resources data are presented using the culture area approach. Table E-1 illustrates the correlation between states, culture areas, and, as closely as possible, ecoregion divisions. Throughout the twentieth century, anthropologists and archaeologists defined and refined the Native culture areas of North America. The discussions by culture area divisions in this section generally follow those currently accepted and presented by professional anthropologists and archaeologists in the twenty-volume *Handbook of North American Indians* (Sturtevant 1978-2001).

A culture area is a geographic region in which the tribes share many common cultural traits. Anthropologists and archaeologists generally identify 10 culture areas in North America, of which seven are included here (Figure E-1). It is important to keep in mind that the contemporary borders between states did not exist in aboriginal times and has little bearing on plant and animal distributions and indigenous land use patterns and resource exploitation. Thus, there is almost no equivalence between states and culture areas; portions of most states occur in more than one culture area.

The following summaries of prehistoric resources by culture area are further subdivided into broad time periods. The earliest time period is generally labeled as Paleoindian, the earliest cultural ancestors of the Native Americans or Indians, later encountered by historic Europeans or Euroamericans (Americans of European descent). Some archaeologists refer to Paleoindians as big game hunters, but as large mammals disappeared and the climate warmed and dried following the disappearance of major glaciers 15,000 to 10,000 BP, subsistence practices also changed. The following period from 10,000 to 6,000

BLM_0008521

**TABLE E-1**
**States, Ecoregions, and Culture Areas for BLM Vegetation Treatment Areas**

| State or Portion of State | Culture Area | Ecoregion Division (Bailey 1995) |
|---|---|---|
| Alaska (except for Southeast Alaska) | Arctic and Subarctic | Subarctic/Tundra/Marine |
| Southeast Alaska, Western Washington, Western Oregon | Northwest Coast | Marine/Mediterranean |
| California (west of desert areas) | California | Mediterranean |
| Southeastern Oregon, Southern Idaho, Nevada, Western Wyoming, Western Colorado, Utah, Eastern California, Northwestern Arizona | Great Basin | Temperate Desert |
| Southeastern Utah, Southern Colorado, Western and Southern Texas, Arizona, New Mexico, Southeastern California | Southwest | Subtropical Desert/Steppe |
| Eastern Montana, North Dakota, South Dakota, Eastern Wyoming, Nebraska, Eastern Colorado, Kansas, Oklahoma, Eastern New Mexico, Central and Northern Texas | Plains | Temperate Steppe |
| Eastern Washington, Central and Northeastern Oregon, Northern Idaho, Western and Southwestern Montana | Plateau | Temperate Desert/Steppe |

or 5,000 Before Present (BP), known as the Archaic, was a period of transition when human populations increased and exploited a broader range of animals and plant resources to survive.

In some areas the Archaic lifeway persisted until European contact, while many Native American groups throughout the western United States and Alaska generally became sedentary, settling in permanent or semi-permanent dwellings. They often settled into seasonal camps or villages, with the development of year round habitations in areas such as the Southwest and the Northwest Coast where cultural practices, such as irrigation, allowed production of crops that could be dried and stored for use throughout the year or even used over several years or abundant subsistence resources, such as salmon, could be caught, smoked and/or dried, and stored for later use or trade.

## Arctic and Subarctic (Alaska)

### 13,000+ to 9,000 BP

One current theory among archaeologists is that the earliest human migrants, referred to as Paleoindians, crossed into the New World via the Bering Land Bridge, the area also known as Beringia. At the beginning of this period, much of Alaska was very cold windswept tundra. With huge quantities of seawater frozen in glaciers, early human migrants crossed into Alaska preying upon large herbivorous late Pleistocene (or glacial period) animals, such as

mastodon, woolly mammoth, horse, and bison. Other scholarship suggests that Paleoindians may have used watercraft to move along the shoreline. A number of Paleoindian sites dating between 13,000 and 11,000 years ago are located in interior Alaska. One of the earliest archaeological sites of the period is the Mesa Site in northern Alaska, where Paleoindian projectile points were discovered atop a high, flat-topped topographic feature overlooking prime grazing lands. Other typical artifacts include lanceolate projectile points, bifacial knives and scrapers, and retouched flake tools (Ames and Maschner 1999, Dixon 1999). Based on the low density of artifacts at sites from this period, the early inhabitants of the region likely were highly mobile hunter-gatherers using short-term campsites or caves. Cultural resource sites from this time period include open campsites, habitation or campsites located in caves or rockshelters, and sites where game animals were killed and/or processed.

### 9,000 to 6,000 BP

As the post-glacial climate in Alaska ameliorated, prehistoric cultures became more established. Early on, many aboriginal groups maintained a similar subsistence strategy to the Paleoindians, with archaeological tool assemblages frequently dominated by microblades, small wedge-shaped cores, and specialized carving tools of stone called burins; thus, this period often is referred to as the Microblade Tradition (Dumond 1987). In addition to open campsites and sites with skin-covered tents, semi-subterranean houses are documented for this period

BLM_0008522

CULTURAL RESOURCES

(Anderson 1984). Also dating to early in the period is Anangula, an extensive archaeological site located in the Aleutian Islands that represents the first sedentary population in Alaska. Out of Anangula came the Ocean Bay Tradition, a maritime-adapted culture that spread from the Aleutian Islands up the Alaskan Peninsula to Kodiak Island. Chipped stone knives, blades, and projectile points are common in Ocean Bay tool assemblages (Clark 1984). Toward the end of the period, the Northern Archaic Tradition arose in the boreal forests of the interior, represented by small, seasonal archaeological sites with artifact assemblages composed of lanceolate (spear-shaped) and side-notched projectile points and scrapers (Dumond 1987).

**6,000 to 250 BP**

Technological advancements during this period led to the development of several distinct cultures. The period commenced with the Arctic Small Tool Tradition, a widespread cultural phenomenon represented by tool kits that included small stone endblades and sideblades that were inserted into the shafts of arrows or spears (Dumond 1987). Other hallmark artifacts included microblades, small adz blades, and burins. Carriers of the Arctic Small Tool Tradition spread east across Alaska into Canada, hunting musk ox and other terrestrial animals, with only limited maritime hunting (Dumond 1987). However, the populations of Arctic Small Tool Tradition people who stayed in Alaska developed highly specialized maritime technologies (including kayaks, umiaks—large, open skin boats—dogsleds, toggling harpoons, bow and arrows, and ground slate tools), manifested first by the Norton Tradition and later by the Thule Tradition. In southwest Alaska, the Aleutian and Kodiak traditions developed out of Ocean Bay and refined the maritime specialization. While Kodiak Tradition artifacts were made from ground slate, artifacts of the Aleutian Tradition continued to be chipped stone (Dumond 1987). By the beginning of this period, habitations in the form of semisubterranean houses, often clustered in villages, was a common site type (McCartney 1984, Dumond 1987). In the interior, Athabaskan Indians likely descended from the earlier Northern Archaic culture (Anderson 1984).

# Northwest Coast

### 12,500+ to 6,000 BP

The earliest indisputable evidence of human occupation on the northern Northwest Coast comes from the Ground Hog Bay 2 Site in Southeast Alaska, dating to about 11,000 BP (Ames and Maschner 1999). Early evidence for occupation of the central and southern Northwest Coast is slightly younger, dating to about 10,000 BP, though faunal remains from the Manis Mastodon site on the Olympic Peninsula suggest human presence earlier than 12,000 BP (Lyman 1991). Subsistence systems were geared toward maritime resources and typical artifacts consist of large chipped stone projectile points, microblades, compound harpoons, and grinding stones (Ames and Maschner 1999). However, due to poor preservation in this region, faunal remains and tools made from perishable items dating to this period are rarely preserved. In addition, the changing sea levels over the last 10,000 years have inundated many of the older occupation or resource processing sites in the region.

### 6,000 to 250 BP

By about 5,000 BP, sea levels rose and stabilized at current levels and distinctive cultural patterns emerged. Bone and ground stone tools became prevalent from Southeast Alaska to Puget Sound, as did large settlements and specialized maritime subsistence strategies. By 3,500 BP, there is evidence of sedentism based on the presence of pithouses and shell middens in western Washington, and by 3,000 BP, well-established trade networks with Plateau cultures (Nelson 1990). Archaeological sites dating to 1,000 BP indicate that by that time most Northwest Coast groups were sedentary and occupied village sites on a year-round basis. Many village sites are located for defensive purposes and often include fortifications, suggesting the presence of warfare, social complexity, and competition for resources (Ames and Maschner 1999). Typical artifacts of the period include composite woodworking tools, netsinkers, bone and antler tools, and copper and iron tools. One of the most important sites in the region is located at Ozette, on the Olympic Peninsula of Washington State. This "wet" village site typifies the Makah Indian whaling culture of approximately 500 BP. Faunal and organic remains recovered at Ozette indicate that the site was occupied year-round, and the number of well-preserved archaeological materials illustrates important socioeconomic and technological information (Wessen

BLM_0008523

1990). Unfortunately, archaeological sites in the Northwest Coast region are generally difficult to locate because of dense vegetation; in addition, the damp climate and high acidity of soil often results in the poor preservation of cultural remains, especially organic materials (Nelson 1990). Petroglyphs, designs pecked into bedrock outcrops or boulders, are estimated to be from 4,500 to 1,000 years old and are one of the better preserved and visible site types; pictographs, designs painted on bedrock, are less common (Boreson 1998, Ames and Maschner 1999).



**Figure E-1. Native Areas of Western North America (after Washburn 1988).**

CULTURAL RESOURCES

A handful of "wet sites" occurring in the Pacific Northwest have been systematically studied, with excellent preservation of organic components, such as acorns, wood and basketry items, from prehistoric sites on the Olympic Peninsula of Washington, including Ozette, the Hoko River, Mud Bay, and the "Sunken Village" on the Willamette River in Oregon (Croes 2007).

# California

## 11,000(?) to 8,000 BP

At the beginning of this period, climatic conditions in California were generally cool and moist. These conditions contributed to the formation of numerous pluvial (rain fed) lakes in the interior valleys and desert regions (Moratto 1984). The Lake Mojave locality, radiocarbon dated to just over 10,000 BP and representing some of the oldest archaeological materials in California, includes evidence of big game hunting with a gradual expansion in the use of plant resources. Open camp and processing sites dating to this period generally are small and rarely yield faunal remains, suggesting that early occupants of the region were few in number and maintained a highly mobile subsistence strategy. Artifacts of the period include large, fluted projectile points, leaf-shaped points, shouldered points, chipped stone crescents, scrapers, knives, and choppers (Wallace 1978).

## 8,000 to 5,000 BP

Between 8,000 and 7,000 BP, the warm, dry period known as the Altithermal (a period of climatic optimum) resulted in the drying of the pluvial lakes and marshes, forcing people to adapt to new environments away from the interior and toward the west (Moratto 1984). Based on the presence of milling stones at sites dating to this period, a shift from primarily big game hunting to plant and seed collecting occurred between 8,000 and 5,000 BP. Artifact assemblages are surprisingly homogeneous, consisting mostly of heavy, deep-basined milling stones, and hand stones, with projectile points, likely used with atlatls (spear-throwing sticks). Maritime resources are infrequently present within faunal assemblages in coastal midden sites. Other site types include camps and some villages in coastal areas with plentiful resources (Wallace 1978).

## 5,000 to 2,000 BP

Starting about 5,000 BP, a transition towards a more diversified subsistence economy that included the exploitation of marine and terrestrial resources is evident, likely related to a brief cool and wet period at the beginning of the period (Moratto 1984). Sophisticated marine adaptations were in place on the Channel Islands near Santa Barbara by about 5,000 BP, producing huge middens of shell, fish bones, and sea mammal bones (Wallace 1978, Kehoe 1992). Around the same time, inland sites located far from maritime resources show evidence of intensive plant processing, likely acorns, indicated by the presence of mortars and pestles. By about 4,000 BP, resource-rich areas such as the San Francisco Bay had relatively high population densities located in villages. The archaeological record of this period becomes more complete, indicating greater specialization and regional adaptation, including the appearance of netsinkers in artifact assemblages. Some of the recorded petroglyphs appear to correlate with similar ones from the Great Basin dating 3,000 years old, while very elaborate, perhaps ceremonial, pictographs are thought to be no more than 1,000 years old (Clelow 1978).

## 2,000 to 250 BP

Archaeological and climatic evidence from the last two thousand years indicates that subsistence and settlement patterns in California remained quite stable, with reliance on marine adaptations on the coast; riverine resources, especially salmon, in the north; lake and marsh resources in the central and south portions; and deer and acorns throughout the state. The presence of bedrock mortars in the Sierra Nevada foothills indicates continuous use of the same areas for long periods of time. There is also evidence for widespread burning of grasslands, brush, and forests throughout the state to stimulate plant growth and provide forage for deer, which were a universal food source (Driver and Massey 1957; Lewis 1993; Timbrook et al. 1993; Bendix 2002). The wide distribution of elaborate grave goods and trade items across the state indicates that social stratification, cultural complexity, and trade relationships developed over this period.

BLM_0008525

## Great Basin

**11,500+ to 8,000 BP**

During the cool and moist climatic conditions of the Pleistocene, pluvial lakes and marsh environments dominated the region (Mehringer 1986). Two of the oldest sites in the region are the Tule Springs campsite, dating to 11,000 BP, and Danger Cave, which has yielded artifacts dating to as early as 9,000 BP (Aikens 1983). Typical artifacts of this period include leaf-shaped and long stemmed projectile points, occasional fluted points, specialized scrapers, chipped stone crescents, and drills (Warren and Crabtree 1986). This period also includes the earliest evidence of basket making among the culture areas presented in this report (Adovasio 1986). Sites dating to this period usually are surface scatters with no evidence of long-term use, although a number of caves have early occupations. Archaeologists conclude that inhabitants of the region were highly mobile hunter-gatherers with a generalized big game hunting and collecting economy that exploited pluvial lakeshore resources.

**8,000 to 4,000 BP**

The warm and dry climatic conditions of the early to mid-Holocene (the post-glacial period) were a limiting factor on human subsistence activities, with pluvial lake and marsh environments shrinking at the expense of mesic-adapted plants and shrubs (Mehringer 1986). Sites dating to this period are rare, especially in the more arid portions of the Great Basin, and include caves (Aikens 1983) and rockshelters in drier areas or pithouse villages located in valley bottoms near permanent streams and springs (Elston 1986). Although generalized hunting and collecting remained the major subsistence practices, seed gathering and processing activities gained importance, as indicated by bedrock mortars and milling stones (manos and metates). Root collecting, suggested by piles of rocks used as earth ovens, entered the subsistence economy during this period. Fishing was also gaining importance during this era, as indicated by fish weirs and net sinkers (Mehringer 1986). Typical artifacts of the period include projectile points used with atlatls, basketry, twined sandals, and various wooden implements (Aikens and Madsen 1986).

**4,000 to 250 BP**

By about 4,000 BP, Medithermal climatic conditions (cooling with increasing moisture leading to current conditions) prevailed across the region, yielding similar conditions to the present day (Jennings 1986). Subsistence systems continued to be very adaptive and broad spectrum; the people continued to hunt large size animals and birds and gather plant foods. Pluvial lakes and other impermanent, resource-rich areas were heavily exploited during their seasonal existence. Over time, the projectile point styles of the region shifted from larger stemmed or corner-notched points to small, corner-notched or side-notched points, indicating the adoption of the bow and arrow. While caves such as Danger Cave, Utah, continued to be occupied (Aikens 1983), many locations along major rivers contained small pithouse villages with associated storage facilities (Butler 1986). Horticulture, indicated by the presence of pottery and floral remains recovered from storage pits, was introduced in the eastern Great Basin and Owens Valley in eastern California by neighboring Southwest cultures around 1,500 BP. However, outside of these areas, hunting and gathering remained the primary subsistence practice. An expanded reliance on pinyon nut gathering became important during later times, as evidenced by mortars and pestles (Aikens and Madsen 1986, Elston 1986). Some of the earliest petroglyphs (possibly as early as 5,000 BP) are simple grooves, pits, and facets, with more definable petroglyphs by 3,000 BP and pictographs by 1,000 BP (Schaafsma 1986).

## Southwest

**11,500 to 8,000 BP**

The earliest widespread, reliably dated archaeological materials in North America belong to the Clovis Period, documented mainly in the continental United States, and dating between 11,800 and 10,800 BP. The Clovis projectile point—a large bifacially flaked stone tool identified by a prominent "flute" or flake scar running longitudinally from the base—is the diagnostic artifact type and often demonstrates evidence of extensive reuse. Based on evidence from across North America, Paleoindian peoples likely were organized as highly mobile bands of hunter-gatherers. And while Clovis points, and the somewhat later Folsom points, traditionally have been cited as evidence of "big-game hunting," the widespread distribution of points recovered from diverse environments suggests a more generalized hunting and gathering strategy (LeTourneau 2000, Bamforth 2002).

BLM_0008526

## CULTURAL RESOURCES

The earliest documented complexes of the Paleoindian period, Clovis and Folsom (named after locations in the Southwest) occupied the region during a period of greater moisture than today. However, steadily decreasing moisture and erosion sequences for a few thousand years, apparently beginning earlier in this period in the western part of the region, resulted in changes in available animal and plant resources (Irwin-Williams 1979). In general, the varied environments provided numerous habitats for diverse resources, which led to subsistence patterns adapted to specific environments. Archaeological sites are generally located near now-extinct springs, large and small playas (which were Pleistocene lakes), or major drainages, and consist of open camps, animal kill sites, animal processing sites, or caves. Human groups of this period practiced a highly mobile hunting and gathering subsistence strategy.

### 8,000 to 2,000 BP

The beginning of this period is marked by a steady decrease of effective moisture, with a period of extreme dryness between 7,000 and 5,000 years ago, when a moderate increase in precipitation began. The later increase in precipitation in the region produced more resource-rich areas, which subsequently led to an increase in the number of archaeological sites (Irwin-Williams 1979). Archaeological sites from this period are most typically open campsites located near springs, in river valleys, along prominent streams, or along ancient lakeshores and contain chipped and ground stone tools, including manos and metates used to grind seeds. There are also rockshelter or cave sites, where well preserved twined sandals, wood artifacts, and basketry are often also recovered (Kehoe 1992). As the number of productive resource patches increased, human groups responded by engaging in a broader spectrum hunting and gathering strategies, exploiting a wider range of resources than in previous times. Horticulture was introduced into the Southwest as early as 4,500 BP, although domestic crops did not substantially contribute to the diet until later (Woodbury and Zubrow 1979). Typical artifacts of the period include stemmed projectile points used with atlatls, basketry, scrapers, grinding slabs, and cobble tools. Remains of surface structures, made of posts and brush or other material, are documented beginning midway through the period in the west, with primitive corn or maize first entering the southern part of the area (Irwin-Williams 1979). The first pit house sites and storage pits are documented late in this period (Woodbury and Zubrow 1979). Petroglyphs likely first

appeared on rock outcrops and boulders by 3,000 BP with multicolor, or polychrome, abstract pictographs appearing within 500 to 1,000 years (Schaafsma 1980).

### 2,000 to 250 BP

Researchers subdivide the Southwestern culture area into the Anasazi, Mogollon, Hohokam, and Hakataya geographical-cultural areas (Woodbury 1979), each of which occupied distinct environmental zones and emerged around 2,000 BP. The Anasazi occupied variable topography during the generally cooler and moister periods; the Mogollon inhabited well-watered, forested and mountainous regions; the Hohokam were primarily located in low, dry deserts; and the Hakataya occupied the hot desert regions bordering the lower Colorado River (Woodbury 1979). Parts of the region were intensively occupied and socially and economically linked to the civilizations of the Mexican Classic Period, when sedentary cultures began to emerge (Irwin-Williams 1979). Archaeological recovery of minerals unique to the Southwest, specifically turquoise and malachite, in central Mexico, and copper bells, macaw feathers, and seashells imported into the Southwest from Mexico, indicate long-distance trade routes that were established during this period. Maize was cultivated in earnest by about 2,200 BP, soon followed by beans, squash, cotton, and other cultigens (Irwin-Williams 1979, Woodbury and Zubrow 1979). While the earlier hunting and gathering economy was slowly replaced by agriculture, some groups maintained mobile subsistence strategies, including seasonal bison hunts in the southern plains (Woodbury and Zubrow 1979). By 1,700 BP, some inhabitants of the region had developed sophisticated irrigation, pottery, storage pits, and pit house villages. Later, inhabitants built small to large permanent towns of multi-story, above ground structures (pueblos), often with ceremonial structures (kivas). Sites dating to this period, such as Snaketown along the Gila River of southern Arizona, often include features like irrigation canals, wells, storage pits, and roads. Typical artifacts consist of pottery (used for the storage of crop surpluses), basketry, and small corner-notched projectile points indicating the adoption of the bow and arrow by 1,500 BP (Woodbury and Zubrow 1979). Some time prior to 500 BP, various groups of Apachean speakers arrived in the Southwest region after a long journey from western Canada. While primarily mobile hunters and gatherers, at least the Navajo became semi sedentary, adopting agriculture and pottery making from the

BLM_0008527

Pueblo people. Moreover, while the Apachean habitations primarily consisted of wood or brush shelters and tepees (or pueblos among eastern groups), the Navajo often constructed cribbed log houses (hogans) and multi-room masonry structures (pueblitos; Gunnerson 1979, Brugge 1983, Young 1983).

## Plains

**12,000 to 8,000 BP**

Human occupation of the Plains region dates to at least 11,500 BP based on radiocarbon dates for the fluted projectile points first identified at sites along Blackwater Draw near Clovis, New Mexico. The human inhabitants of the Plains responsible for the Clovis complex, and the subsequent Folsom complex, were formerly characterized as highly mobile hunters who are believed to have pursued Pleistocene megafauna (big-game) across Beringia into North America. More recent studies have concluded that the data indicate broader subsistence pursuits. Sites dating to this period vary from small campsites to large resource processing sites. They were frequently located near water sources, occupied either on a short-term basis or repeatedly over varying lengths of time, and often include finely manufactured fluted, stemmed, or lanceolate points in association with skeletons of extinct game species. The advent of "Archaic" cultural complexes and corresponding projectile point styles followed climate changes toward the end of the Pleistocene, diminution in fauna, and increased variety in available root, fruit, and seed crops coinciding with adaptation changes in human subsistence patterns and technologies.

**8,000 to 2,000 BP**

Bison hunting has played a significant role in the subsistence economy of Plains groups throughout prehistory, and while the climatic warming of the Altithermal altered the region's biomass productivity, human groups responded by shifting their emphasis towards the smaller *Bison bison* species. Early in the period, documented inhabitants of the northwestern, western and southern Plains maintained the highly mobile subsistence strategy of the earlier big game hunters that involved following or intercepting bison migrations across the broad region. Sites were occupied on a short-term basis, often leaving only surface scatters. Bison were often killed in large numbers using corrals or by driving the animals over

cliffs, often using lines of rock cairns. Additional hunted fauna included elk, mountain sheep, deer, antelope, bear, and various small mammals, as well as fish, freshwater mussels, reptiles, and amphibians. Archaeological evidence indicates that diverse plant resources, including roots or bulbs, berries, fruits, and seeds, were collected and often processed using a variety of grinding stones. Typical artifacts of this period range from medium-sized lanceolate to large, side-notched projectile points to corner-notched dart points, along with hide scrapers, milling or grinding stones, coiled basketry, and pottery occurring toward the end of the period. While open campsites (often with fire pits), cave or rockshelter sites, and bison kill and processing sites are the most common types, burials, as well as sites containing housepits and/or food cache pits, are also documented throughout this period. In addition, the use of tepees, based on the presence of stone circles at cultural resources sites, is first documented toward the end of the period (Frison 2001, Vehik 2001).

**2,000 to 250 BP**

Based on the presence of small, corner-notched projectile points, the bow and arrow first appeared in the northwestern Plains about 1,900 BP. With the adoption of this new technology, hunting became more efficient. The use of tepees by the more nomadic western and northwestern Plains dwellers became very common through this period to the point where some multiple stone circle sites resemble villages. Beginning early in this time period, petroglyphs and pictographs became more common on rock outcrops in the northern and northwestern Plains and southeastern Colorado (Frison 2001, Gunnerson 2001). By 1,500 BP, farming was well established in the eastern Plains, spreading to the Middle Missouri River region by about 1,000 BP. In both areas most cultivation was confined to river valleys, as most of the rest of the region was too arid to support domesticated crops (Wedel 1961, 1983; Maxwell 1978; Kehoe 1992). Cultivated plants included maize, beans, squash, and sunflowers, which supplemented hunted fauna including bison, antelope, deer, small game, turkeys, and fish (Kehoe 1992). Early in this period occupants of the eastern Plains, Middle Missouri, and southern Plains regions lived in waddle and daub (woven wood and mud) houses, often in village arrangements along rivers or major tributaries, made pottery, and constructed burial mounds. Later in the period, the first two regions contained earth lodge villages, some of which were fortified, with numerous food storage pits

BLM_0008528

and pottery as a common artifact (Bell and Brooks 2001, Johnson 2001, Krause 2001, Wedel 2001, Wood 2001). The presence of obsidian at Kansas City sites dating to about 1,600 BP (Wedel 1983), and dentalia shells at Mandan village sites in North Dakota dating to about 600 BP, indicate the extensive trade networks connecting groups using the Yellowstone National Park area and others living in the Pacific Northwest (Kehoe 1992). Southern Plains site types include open sites, rockshelters, and both above ground dwellings and pithouses, some clustered in small villages. Subsistence initially depended on hunting and plant gathering, with horticulture variable toward the end of the period and use of bison increasing. Sometime around or after 600 BP, Apachean groups migrated from western Canada and settled in the southern Plains in open sites, sites with wattle and daub structures and tepees, or above ground, adobe structures in northeastern New Mexico (Vehik 2001).

## Plateau

### 12,500 to 8,000 BP

With dry winters and hot summers, the arid climate of this period constricted resources to the margins of rivers and major tributaries. Occasional surface finds of fluted points and the 12,500-year-old cache of Clovis points at the Richey-Roberts site near Wenatchee, Washington, represent some of the earliest evidence of prehistoric occupation in the Plateau. Archaeological sites dating to this period include caves, rockshelters, and open camps, rarely with evidence of brush shelters; the low frequency of early sites is generally attributed to the low population densities of the highly mobile hunter-gatherers who occupied the Plateau. Stemmed and unstemmed lanceolate projectile points, microblades, cobble tools, scrapers, gravers, and bifaces are common artifacts associated with the period. Although groups engaged in fishing, intensive utilization of riverine resources did not occur until later, when climatic conditions stabilized. One exception to this is the Five Mile Rapids site where thick deposits of salmon bones and artifacts are dated at 9,000 to 10,000 years old (Ames et al. 1998; Ames and Maschner 1999).

### 8,000 to 4,000 BP

A gradual increase in overall moisture during this period helped expand the range of sagebrush steppe and stimulated the productivity of root crops across the region. Human groups continued to practice broad spectrum, highly mobile subsistence strategies with an increasing reliance on salmon, although evidence of food storage during this period is rare (Chatters and Pokotylo 1998). Other than addition of large side-notched points and a decrease in the overall size of projectile points—evidence of atlatl use—the tool kit is similar to that of the preceding period. Toward the end of the period, the appearance of individual or small numbers of pit houses along major drainages signals the rise of semi-sedentary settlement strategies. The presence of hopper mortars and milling stones suggest of the increased importance of roots and other plant resources in the diet. Evidence of trade in the form of glassy volcanic stone tool material and marine shell increases dramatically over the prior period (Ames et al. 1998). Other site types include large open sites lacking evidence of habitations, caves, short-term camps, resource extraction sites, and resource processing sites, generally located farther from the major drainages.

### 4,000 to 250 BP

Cooling climatic conditions near the beginning of this period helped to stabilize salmon productivity by restricting the seasonality of the migrations (Butler and Schalk 1986). Inhabitants of the Plateau responded by intensifying their use of salmon, storing the important resource for year-round consumption, and structuring their subsistence strategies to coincide with seasonal salmon migrations. Semi-permanent villages of pit houses of various sizes, and longhouses appearing about 1,500 BP, were located mainly along rivers and major tributaries and occupied during the winter months; some of the habitations were eventually used for human burials. Petroglyphs and pictographs, dating as early as 3,500 BP, are most common near the larger settlements such as at The Dalles on the lower Columbia River (Boreson 1998). Short-term or specialized camps positioned at strategic resource locales in the uplands and mountains were used on a seasonal basis. Storage pits contain evidence of increased use of salmon and cave sites, plus well-preserved wood and fiber artifacts. The adoption of the bow and arrow (demonstrated through a variety of small points), specialized fishing technologies (including a variety of nets, harpoons, and barbed bone points), and the continued presence of grinding and pounding tools fostered the logistics of increasingly complicated subsistence strategies. Late in the period, the introduction of the horse allowed some of the inhabitants to become highly mobile, hunting bison on the Northern Plains, and facilitated movement of

BLM_0008529

Plains material culture to the Plateau, which expanded the trade networks established in the earlier periods (Ames et al. 1998).

# Historic Cultural Resource Sites and Site Types

## Historic Cultural Resource Sites and Site Types

Euroamerican contact with native people, resulting in written documentation of geographic regions, cultures, and events, is generally regarded as the beginning of the historic period. Historic contacts with the western

United States and Alaska generally began through exploration or trading, with missionary activities soon following in some of the land areas now managed by the BLM. The earliest exploration occurred in the Southwest and California in the 1500s, with settlements by the military, missionaries, and colonists in the 1600s in the Southwest and 1700s in California. In the late 1700s, Spanish, Russian, British, and American exploration and trade extended up and down the west coast of North America. By the late 1700s and early 1800s, explorers such as Lewis and Clark and fur traders traversed the interior of what is now the western United States (Table E-2).

The discovery and the promise of precious metals first inspired conquest of Native people through treaty and

**TABLE E-2**
**European and American Contact in Western North America**
**(Tribes indicated are representative but not inclusive)**

| Culture Area | Contact Date | Source |
|---|---|---|
| Alaska (Arctic and Subarctic) | Gradual interior expansion following first contact along the coast. First Russian trading post established on Kodiak Island 1784. Late 1700s (1790s) Russian exploration up Kuskokwim River. Around 1800, English arrive in Eastern Kutchin and northern Mackenzie River areas. | Hosley (1981) |
| Northwest Coast | Possibly as early as 1707 (evidence of wrecked Manila galleon off the Oregon Coast) Tlingit: 1741, Russian; 1775, Spanish Northern Coast Salish: 1792, British and Spanish Southern Coast Salish: 1792, British Kalapuyan (Willamette Valley area): 1812, Pacific Fur Company (Montreal) | De Laguna (1990), Kennedy and Bouchard (1990), Suttles (1990), Suttles and Lane (1990), Zenk (1990) |
| California | 1542, Spanish (Cabrillo) 1579, English (Drake) | Castillo (1978) |
| Southwest | 1540, Spanish | Ortiz (1979) |
| Great Basin | 1770s, Spanish | Malouf and Findlay (1986) |
| Plains | 1528-1536 (Texas), Spanish 1540-1542 (Texas and Kansas), Spanish 1659 (Northern Plains), French | Swagerty (2001) |
| Plateau | 1600-1750, British and Spanish 1805 (Palouse), American | Sprague (1998), Walker and Sprague (1998) |

force, created the market for the development of agriculture, timber, and fisheries, and finally motivated the construction of a transportation system sufficient to transport both people and goods. In the twentieth century, the federal government reserved vast tracts of the West for management by the National Park Service, Forest Service, and, beginning in 1934 with

passage of the Taylor Grazing Act, by the Grazing Service (precursor to the BLM).

This federal land has continued to sustain the mining, logging, fishing, and ranching industries. It has also been witness to military training exercises (the American military trained for both world wars and the

BLM_0008530

CULTURAL RESOURCES

Cold War on open stretches of public lands administered by the BLM) and to recreational use as increasing populations and urbanization created a higher demand for outdoor recreation (and as increased leisure time and the advent of the family car made this recreation possible).

The history of the rural West can be broadly summarized, therefore, as a chronological progression from exploration, to the discovery of mineral wealth, to wars with the Native population, to non-Indian settlement and the growth of communities dependent upon resource extraction—farming, ranching, logging, fishing, and mining. These communities were in turn linked to local, regional, and national markets through a complex and evolving system of trails, military roads, wagon roads, rail lines, and navigable river corridors, a trend that continues into the modern period. By the mid-twentieth century, with the region secured and transportation assured, recreation and tourism increasingly comprised the economic base of western communities and military training use escalated in response to the training needs of the modern military.

Public lands, encompassing the full extent of the western states, therefore contain cultural resources representing all major periods and events in the broad sweep of human history in the West. The most common rural manifestations of these dominant themes include transportation resources; military sites; mining resources related to exploration, extraction, and processing; ranching and farming resources; fishery resources; logging resources; evidence of community development; and evidence of recreation and leisure. Cultural resource types and sub-types associated with these themes are presented in Table E-3. Please note that the resource types developed prior to the establishment of the Grazing Service/BLM (1934) or those that are not directly associated with BLM administrative or permitted activities will most often be archaeological in nature. The historic site types presented below are organized by context (or theme) rather than culture area; ranching, for example, was a prominent land use on public land in both the Great Basin and the Plateau. While the details of resource types associated with this industrial process will vary from ecoregion to ecoregion, the overriding process, which in turn defines the site types, remains constant.

The specific nature of cultural resources located on public land will vary greatly based upon time of construction and/or technology employed, period of use, available building materials (e.g. adobe, log, cedar plank, milled-lumber, or sod) and the specific characteristics of local culture, climate, and geography (see Table E-1). For example, the BLM administers lands in both the deserts of the Southwest and the rainforests of the Northwest. Human response to these varied conditions and economic opportunities resulted in development of widely varied resources. This variation will prove particularly true for cultural resources associated with extraction industries, where the industrial system is defined by function and can only be understood in relationship to the specific exploited natural resource, or for cultural resources constructed prior to development of a regional transportation system, when locally available materials more completely defined vernacular architectural styles. At the state and local level, these resource-specific character-defining features are detailed in a variety of historic contexts or cultural resource management plans developed by State Historic Preservation Offices.

# Cultural Resources Data Summary

Following passage of the Archaeological and Historic Preservation Act of 1974, government agencies initiated extensive cultural resource inventories of public lands. Table E-4 summarizes data by the BLM state office for total acres of land managed by BLM, the number of acres subjected to cultural resource inventories, the total cultural resource properties documented on BLM lands, and the number of properties listed in the National Register of Historic Places (National Register). It is clear from these data that while the BLM has undertaken or contracted for substantial cultural resource inventory efforts, there is still nearly 95% of public land lacking cultural resource inventories.

Many prehistoric cultural resource sites found throughout North America are quite fragile in nature and can be easily disturbed or destroyed. Table E-5 presents representative listings of prehistoric site types by culture areas and time periods from throughout the regions where vegetation treatments are planned. All cultural resource sites are non-renewable resources, hence location and evaluation of sites are important initial steps in managing cultural resources as per Sections 106 and 110 of NHPA. If sites are determined to be significant and either listed in or eligible for listing in the National Register, then the managing

BLM_0008531

**TABLE E-3**
**Historic Site Types**

| Site Type | Sub Type | Culture Region |
|---|---|---|
| *Theme: Transportation* | | |
| River navigation | ▪ Fords<br>▪ Cable ferries<br>▪ Ship wrecks | All |
| Overland navigation (non-railroad) | ▪ Trails<br>▪ Wagon roads (public and private)<br>▪ Truck trails (public and private) | All |
| Railroad | ▪ Engineered features (bridges, trestles, ballast, track, and ties)<br>▪ Waste rock<br>▪ Construction camps (often distinguished by ethnic association) | All |
| *Theme: Exploration and Overland Migration* | | |
| Trails (most often extant at topographic restrictions, such as ridge lines or canyons) | ▪ Trail ruts (rock)<br>▪ Trail ruts (earth) | All |
| Encampment sites | Not applicable | All |
| Geological landmarks with cultural value and historically important viewsheds | ▪ Rock promontories<br>▪ Springs<br>▪ Passes<br>▪ Meadows | All |
| Inscriptions | ▪ Petroglyphs (chiseled inscriptions)<br>▪ Pictographs (e.g., axle grease notations)<br>▪ Carvings on trees | All |
| Missions | ▪ Schools<br>▪ Churches<br>▪ Agricultural plots<br>▪ Orchards<br>▪ Housing | All |
| *Theme: Military* | | |
| Battlefields (Indian wars) | Not applicable | All, except Alaska |
| Training grounds | ▪ World War I era<br>▪ World War II/Korean War era<br>▪ Cold War era | Great Basin and Plateau |
| Transportation routes | ▪ Trails<br>▪ Wagon roads | All |
| *Theme: Agriculture* | | |
| Ranching | ▪ Home ranch facilities (including foundations)<br>▪ Outlying buildings and structures<br>▪ Cultural landscape elements (including fences, field/pasture patterns, stock ponds and dams, stock trails, and river fords)<br>▪ Irrigation structures<br>▪ Archaeological sites | All |
| Farming | ▪ Home ranch facilities (including foundations)<br>▪ Outlying buildings and structures<br>▪ Cultural landscape elements (including pasture patterns, stock ponds, and dams)<br>▪ Irrigation structures<br>▪ Archaeological sites | All |

CULTURAL RESOURCES

**TABLE E-3 (Cont.)**
**Historic Site Types**

| Site Type | Sub Type | Culture Region |
|---|---|---|
| **_Theme: Commerce/Urban Development_** | | |
| Urban settlement | ▪ Civic<br>▪ Commercial<br>▪ Domestic | All |
| **_Theme: Mining_** | | |
| Resources associated with extraction | ▪ Resources associated with prospecting (locating ore), including prospect pits and trenches (hand dug and mechanically dug)<br>▪ Resources associated with development (accessing and removing ore from surrounding matrix)<br>▪ Resources associated with placer mining (sluicing and hydraulic mining dredging)<br>▪ Lode mining (adits, shafts, waste rock, and interior tramways) | All |
| Resources associated with beneficiation | ▪ Mills (various types)<br>▪ Smelters<br>▪ Tailing piles<br>▪ Tailing ponds<br>▪ Power plant | All |
| Resources associated with refining | ▪ Refineries<br>▪ Power plant | All |
| Support facilities | ▪ Bunkhouses<br>▪ Messhalls<br>▪ Kitchens<br>▪ Livestock shelters<br>▪ Trash dumps<br>▪ Power plants | All |
| Transportation systems | ▪ Trails<br>▪ Two-track roads<br>▪ Truck trails<br>▪ Rail lines<br>▪ Construction debris (borrow pits, and tree stumps) | All |
| **_Theme: Logging_** | | |
| Extraction | ▪ Stumps<br>▪ Skid lines<br>▪ Sky-line cable | All |
| Processing | ▪ Lumber mills<br>▪ Power plant | All |
| Support facilities | ▪ Shingle camps<br>▪ Logging camps<br>▪ Livestock facilities | All |
| Transportation | ▪ Roads<br>▪ Donkey engines<br>▪ Big wheels<br>▪ Rail lines<br>▪ Cables<br>▪ Flumes | All |

BLM_0008533

**TABLE E-3 (Cont.)**
**Historic Site Types**

| Site Type | Sub Type | Culture Region |
|---|---|---|
| **_Theme: Fisheries_** | | |
| Extraction (processing-related and support facilities will not be found on public land) | ▪ Weirs<br>▪ Fish traps<br>▪ Natural features (falls, eddies)<br>▪ Boats | All |
| **_Theme: Tourism and Recreation (prior to 1934)_** | | |
| Camp sites | Not applicable | All |
| Developed natural features | Not applicable | All |
| Summer homes | Not applicable | All |
| Interpretive signs | Not applicable | All |
| Transportation | ▪ Roads<br>▪ Trails | All |
| **_Theme: BLM Administration and Development_** | | |
| Administrative facilities | ▪ Administration buildings<br>▪ Maintenance and warehouse buildings<br>▪ Livestock facilities<br>▪ Domestic buildings | All |
| Interpretation | ▪ Museums<br>▪ Interpretive signs | All |
| Recreation (post-1934) | ▪ Campground<br>▪ Developed water source<br>▪ Roads and trails | All |


**TABLE E-4**
**BLM Acreage, Cultural Resource Survey Areas, and Cultural Resources Recorded by State Office (2005)**

| State Offices | Number of Acres (in millions) | Number of Acres Surveyed | Percent of Acres Surveyed | Number of Properties Recorded | Number of Properties Listed in the National Register |
|---|---|---|---|---|---|
| Alaska | 85.5 | 110,372 | 0.1 | 3,385 | 513 |
| Arizona | 12.2 | 822,100 | 6.7 | 11,858 | 362 |
| California | 15.2 | 1,813,118 | 11.9 | 28,454 | 1,226 |
| Colorado | 8.4 | 1,493,246 | 17.9 | 39,261 | 430 |
| Idaho | 12.0 | 2,020,017 | 16.8 | 14,604 | 827 |
| Montana, North Dakota, South Dakota | 8.3 | 1,340,862 | 16.2 | 10,224 | 37 |
| Nevada | 47.8 | 2,183,973 | 4.6 | 44,851 | 205 |
| New Mexico, Kansas, Oklahoma, Texas | 13.4 | 1,441,183 | 10.8 | 34,931 | 132 |
| Oregon/Washington | 16.5 | 1,585,560 | 9.6 | 12,623 | 98 |
| Utah | 22.9 | 1,801,321 | 7.9 | 38,526 | 556 |
| Wyoming, Nebraska | 18.4 | 2,590,426 | 14.1 | 40,157 | 83 |

CULTURAL RESOURCES

**TABLE E-5**
**Culture Areas, Prehistoric Occupation Periods, and Selected Common Site Types for BLM Vegetation Treatment Areas**

| Culture Area | Paleoindian | Middle Period or Archaic | Late or Sedentary Period |
|---|---|---|---|
| Arctic and Subarctic | *13,000+ to 9,000 BP*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Animal kill or processing sites<br>Lithic processing sites | *9,000 to 6,000 BP*<br>Open campsites<br>Tent camps<br>Semi-subterranean houses | *6,000 to 250 BP*<br>Semi-subterranean house villages<br>Open campsites<br>Tent camps |
| Northwest Coast | *12,500+ to 6,000 BP*<br>Open campsites<br>Cave or rockshelter occupation sites | | *6,000 to 250 BP.*<br>Large, cedar plank pithouse villages<br>Fortified sites<br>Seafood capture or processing sites<br>Pictograph and petroglyph sites |
| California | *11,000(?) to 8,000 BP*<br>Open campsites<br>Animal kill or processing sites | *8,000 to 5,000 BP*<br>Open campsites<br>Coastal villages<br>Plant or seafood processing sites | *5,000 to 250 BP*<br>Large coastal villages<br>Burial mounds<br>Extensive seafood and sea mammal processing sites<br>Intensive plant processing sites<br>Pictograph and petroglyph sites |
| Great Basin | *11,500+ to 8,000 BP*<br>Open campsites<br>Cave occupation sites<br>Lithic processing sites | *8,000 to 4,000 BP*<br>Cave or rockshelter occupation sites<br>Pithouse villages<br>Plant processing sites<br>Fishing sites<br>Lithic processing sites | *4,000 to 250 BP*<br>Cave or rockshelter occupation sites<br>Small pithouse villages<br>Plant processing sites<br>Storage pits<br>Lithic processing sites<br>Pictograph and petroglyph sites |
| Southwest | *11,500 to 8,000 BP*<br>Open campsites<br>Animal kill or processing sites<br>Cave occupation sites<br>Lithic processing sites | *8,000 to 2,000 BP*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Pithouses and storage pits<br>Waddle and daub structures<br>Lithic processing sites<br>Pictograph and petroglyph sites | *2,000 to 250 BP*<br>Pithouse villages<br>Storage pits<br>Above-ground structures (Pueblos)<br>Below-ground structures (Kivas)<br>Irrigation ditches<br>Roads<br>Navajo hogans and pueblitos<br>Pictograph and petroglyph sites |
| Plains | *12,000 to 8,000 BP*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Animal kill or processing sites<br>Lithic processing sites | *8,000 to 2,000 BP*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Pithouses and storage pits<br>Tipi ring sites<br>Cairns and cairn lines<br>Animal kill or processing sites<br>Lithic processing sites<br>Plant processing sites | *2,000 to 250 BP*<br>Open campsites<br>Tipi ring sites<br>Waddle and daub structures<br>Earthlodge villages<br>Burial mounds<br>Storage pits<br>Cave or rockshelter occupation sites<br>Small pithouse villages<br>Cairns and cairn lines<br>Animal kill or processing sites<br>Lithic processing sites<br>Plant processing sites<br>Pictograph and petroglyph sites |

**TABLE E-5 (Cont.)**
**Culture Areas, Prehistoric Occupation Periods, and Selected Common Site**
**Types for BLM Vegetation Treatment Areas**

| Culture Area | Paleoindian | Middle Period or Archaic | Late or Sedentary Period |
|---|---|---|---|
| Plateau | *12,500 to 8,000 BP*<br>Open campsites<br>Cave or rockshelter occupation sites<br>Fishing sites<br>Lithic processing sites | *8,000 to 4,000 BP*<br>Open campsites<br>Small pithouse villages<br>Cave occupation sites<br>Animal or fish processing sites<br>Lithic processing sites<br>Plant processing sites | *4,000 to 250 BP*<br>Pithouse and longhouse villages, often with burials<br>Open campsites<br>Cave occupation sites<br>Storage pits<br>Animal or fish processing sites<br>Lithic processing sites<br>Plant processing sites<br>Pictograph and petroglyph sites |

agency, in this case the BLM, needs to develop plans either to protect the resources or prepare and implement data recovery plans as part of the mitigation of effects from proposed undertakings or actions.

This summary presentation just begins to describe the range in age and variety of site types located on BLM-administered lands throughout the western United States and Alaska. The cultural heritage known for the various culture areas extends back 11,000 to 13,000 years before the present. As one moves forward in time, the number and variety of sites increases mainly as a result of the increase in Native populations and, after 1500 AD or so, European and Euroamerican immigration and population increase. This document indicates that a wide variety of prehistoric and historic site types are recorded on public lands and they add substantially to our knowledge of the cultural heritage of the continent. Moreover, as new sites are located and recorded, gaps in the broad picture of our cultural heritage can be filled and, through excavation of or data recovery from significant sites, our scientific knowledge can also be increased.

BLM_0008536

BLM_0008537

# References

**Adovasio, J.M. 1986.** Prehistoric Basketry. Pages 194-205 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Aikens, M.C. 1983.** The Far West. Pages 203-241 *in* Ancient North Americans (J.D. Jennings, ed.). W.H. Freeman and Company. New York, New York.

_____, **and D.B. Madsen. 1986.** Prehistory of the Eastern Area. Pages 149-160 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Ames, K.M., D.E. Dumond, J.R. Galm, and R. Minor. 1998.** Prehistory of the Southern Plateau. Pages 73-80 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, **and H.D.G. Maschner. 1999.** Peoples of the Northwest Coast: Their Archaeology and Prehistory. Thames and Hudson. London, U.K.

**Anderson, D.D. 1984.** Prehistory of North Alaska. Pages 80-93 *in* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Bamforth, D.B. 2002.** High-tech Foragers? Folsom and Later Paleoindian Technology on the Great Plains. Journal of World Prehistory 16:55-98. Plenum Publishing Corporation.

**Bell, R.E., and R.L. Brooks. 2001.** Plains Village Tradition: Southern. Pages 207-221 *in* Plain (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Bendix, J. 2002.** Pre-European Fire in California Chaparral. *In* Fire, Native Peoples, and the Natural Landscape (T.R. Vale, ed.). Island Press. Washington, D.C.

**Boreson, K. 1998.** Rock Art. Pages 611-619 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Brugge, D.M. 1983.** Navajo Prehistory and History to 1850. Pages 489-501 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Butler, B.R. 1986.** Prehistory of the Snake and Salmon River Area. Pages 127-134 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Butler, V.L., and R.F. Schalk. 1986.** Holocene Salmonid Resources of the Upper Columbia. Institute for Environmental Studies, Office of Public Archaeology, University of Washington. Seattle, Washington.

**Canaday, T.W. 2001.** High-altitude Archeological Investigations at Cedar Breaks National Monument, Utah. Cultural Resource Selections Series No. 17, Intermountain Region, National Park Service, Department of the Interior. Denver, Colorado.

**Castillo, E.D. 1978.** The Impact of Euro-American Exploration and Settlement. Pages 99-127 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Chatters, J.C., and D.L. Pokotylo. 1998.** Prehistory: Introduction. Pages 73-80 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Clark, D.W. 1984.** Prehistory of the Pacific Eskimo Region. Pages 80-93 *in* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Clelow, C.W., Jr. 1978.** Prehistoric Rock Art. Pages 619-625 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0008538

CULTURAL RESOURCES

Croes, D. 2007. Recent Investigations at Sauvie Island Wet Site, Portland, Oregon. 60th Annual Northwest Archaeological Conference Symposium. Pullman, Washington.

De Laguna, F. 1990. Tlingit. Pages 203-228 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Dixon, E.J. 1999. Bones, Boats, and Bison: Archaeology and the First Colonization of Western North America. University of New Mexico Press. Albuquerque, New Mexico.

Driver, H.E., and W.C. Massey. 1957. Comparative Studies of North American Indians. Transactions of the American Philosophical Society 47(2). Philadelphia, Pennsylvania.

Dumond, D.E. 1987. The Eskimos and Aleuts. Thames and Hudson, Ltd. London, U.K.

Elston, R.G. 1986. Prehistory of the Western Area. Pages 135-148 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Gunnerson, J.H. 1979. Southern Athapaskan Archeology. Pages 162-169 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____. 2001. Plains Village Tradition: Western Periphery. Pages 234-244 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Hosley, E.H. 1981. Intercultural Relations and Cultural Change in the Alaska Plateau. Pages 546-561 *in* Subarctic (J. Helm, ed.). Handbook of North American Indians, Volume 6 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Irwin-Williams, C. 1979. Post-Pleistocene Archeology, 7000-2000 B.C. Pages 22-30 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant,

general ed.). Smithsonian Institution. Washington, D.C.

Jennings, J.D. 1986. Prehistory: Introduction. Pages 113-119 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Johnson, A.E. 2001. Plains Woodland Tradition. Pages 159-172 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Kehoe, A.B. 1992. North American Indians: A Comprehensive Account. Prentice-Hall Inc., a Simon and Schuster Company. Englewood Cliffs, New Jersey.

Kennedy, D.I.D., and R.T. Bouchard. 1990. Northern Coast Salish. Pages 441-452 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

Krause, R.A. 2001. Plains Village Tradition: Coalescent. Pages 196-206 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

LeTourneau, P. 2000. Folsom Toolstone Procurement in the Southwest and Southern Plains. Unpublished Ph.D. Dissertation, Department of Anthropology, University of New Mexico. Albuquerque, New Mexico.

Lewis, H.T. 1993. Patterns of Indian Burning in California: Ecology and Ethnohistory. *In* Before the Wilderness: Environmental Management by Native Californians (T.C. Blackburn and K. Anderson, eds.). Ballena Press. Menlo Park, California.

Lyman, R.L. 1991. Prehistory of the Oregon Coast: The Effects of Excavation Strategies and Assemblage Size on Archeological Inquiry. Academic Press. San Diego, California.

BLM_0008539

**Malouf, C.I., and J.M. Findlay. 1986.** Euro-American Impact before 1870. Pages 449-516 *in* Great Basin (W. L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Maxwell, J.A. 1978.** America's Fascinating Indian Heritage. Reader's Digest Association, Inc. New York, New York.

**McCartney, A.P. 1984.** Prehistory of the Aleutian Region. Pages 119-135 *in* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Mehringer, P.J., Jr. 1986.** Prehistoric Environments. Pages 31-50 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Moratto, M.J. 1984.** California Archaeology. Academic Press, Inc. Orlando, Florida.

**Nelson, C.M. 1990.** Prehistory of the Puget Sound Region. Pages 481-484 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Ortiz, A. 1979.** Introduction. Pages 1-4 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Schaafsma, P. 1980.** Indian Rock Art of the Southwest. School of American Research, Southwest Indian Art Series. Santa Fe, New Mexico.

_____. **1986.** Rock Art. Pages 215-226 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Sprague, R. 1998.** Palouse. Pages 352-359 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Sturtevant, W.C. (ed.). 1978-2001.** Handbook of North American Indians. Smithsonian Institution. Washington, D.C.

**Suttles, W. 1990.** History of Research: Early Sources. Pages 70-72 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, **and B. Lane. 1990.** Southern Coast Salish. Pages 485-502 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Swagerty, W.R. 2001.** History of the United States Plains until 1850. Pages 256-279 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Timbrook, J., J.R. Johnson, and D.D. Earle. 1993.** Vegetation Burning by the Chumash. *In* Before the Wilderness: Environmental Management by Native Californians (T.C. Blackburn and K. Anderson, eds.). Ballena Press. Menlo Park, California.

**U.S. Department of the Interior Bureau of Land Management. No date.** Cultural Resource Management Manual 8100, Interim Guidance. Washington, D.C.

**Vehik, S.C. 2001.** Hunting and Gathering Tradition: Southern Plains. Pages 146-158 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Walker, D.E., and R. Sprague. 1998.** History until 1846. Pages 138-148 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Wallace, W.J. 1978.** Post-Pleistocene Archeology, 9000 to 2000 B.C. Pages 25-37 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0008540

CULTURAL RESOURCES

**Warren, C.N., and R.H. Crabtree. 1986.** Prehistoric of the Southwestern Area. Pages 183-193 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Washburn, W.E. 1988.** History of Indian-White Relations (W.E. Washburn, ed.). Handbook of North American Indians, Volume 4 (W. C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Wedel, W.R. 1961.** Prehistoric Man on the Great Plains. University of Oklahoma Press. Norman, Oklahoma.

_____. **1983.** The Prehistoric Plains. Pages 203-241 *in* Ancient North Americans (J.D. Jennings, ed.). W.H. Freeman and Company. New York, New York.

_____. **2001.** Plains Village Tradition: Central. Pages 173-185 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Wessen, G. 1990.** Prehistory of the Ocean Coast of Washington. Pages 412-421 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Wood, W.R. 2001.** Plains Village Tradition: Middle Missouri. Pages 186-195 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Woodbury, R.B. 1979.** Prehistory: Introduction. Pages 22-30 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

_____, **and E.B.W. Zubrow. 1979.** Agricultural Beginnings, 2000 B.C.-A.D. 500. Pages 43-61 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Young, R.W. 1983.** Navajo Prehistory and History to 1850. Pages 393-400 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Zenk, H.B. 1990.** Kalapuyans. Pages 547-553 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

BLM_0008541

# APPENDIX F
# SPECIAL STATUS SPECIES LIST

BLM_0008542

BLM_0008543

# APPENDIX F

# SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| A Caddisfly | *Farula constricta* | OR | Insect | BS |
| Adder's-tongue | *Ophioglossum pusillum* | OR | Plant | BS |
| Agave, Arizona | *Agave arizonica* | AZ | Plant | FE |
| Agave, Murphey | *Agave murpheyi* | AZ | Plant | BS |
| Agave, Santa Cruz Striped | *Agave parviflora* | AZ | Plant | BS |
| Agoseris, Pink | *Agoseris lackschewitzii* | ID | Plant | BS |
| Albatross, Short-tailed | *Phoebastris albatrus* | AK, CA | Bird | FE |
| Alkaligrass, Howell's | *Puccinellia howelli* | CA | Plant | BS |
| Alkaligrass, Lemon's | *Puccinellia lemmonii* | CA | Plant | BS |
| Alkaligrass, Parish's | *Puccinellia parishii* | CA, MT | Plant | BS |
| Alpine-aster, Tall | *Oreostemma elatum* | CA | Plant | BS |
| Alpine-parsley, Trotter's | *Oreoxis trotteri* | UT | Plant | BS |
| Alumroot, Duran's | *Heuchera duranii* | CA | Plant | BS |
| Amaranth, California | *Amaranthus californicus* | MT | Plant | BS |
| Ambersnail, Kanab | *Oxyloma haydeni kanabensis* | AZ, UT | Snail | FE |
| Ambrosia, San Diego | *Ambrosia pumila* | CA | Plant | FE |
| Amole, Purple | *Chlorogalum purpureum* var. *purpureum* | CA | Plant | FT |
| Amphipod, Malheur Cave | *Stygobromus hubbsi* | OR | Crustacean | BS |
| Amphipod, Noel's | *Gammarus desperatus* | NM | Crustacean | PE |
| Angelica, King's | *Angelica kingii* | ID | Plant | BS |
| Angelica, Rough | *Angelica scabrida* | NV | Plant | BS |
| Apachebush | *Apacheria chircahuensis* | NM | Plant | BS |
| Apple, Indian | *Peraphyllum ramosissimum* | ID | Plant | BS |
| Arrowhead, Sanford's | *Sagittaria sanfordii* | CA | Plant | BS |
| Aster, Gorman's | *Eucephalus gormanii* | OR | Plant | BS |
| Aster, Pygmy | *Eurybia pygmaea* | AK | Plant | BS |
| Aster, Red Rock Canyon | *Ionactis caelestis* | NV | Plant | BS |
| Avens, Mountain | *Senecio moresbiensis* | AK | Plant | BS |
| Baccharis, Encinitis | *Baccharis vanessae* | CA | Plant | FT |
| Balloonvine | *Cardiospermum corindum* | AZ | Plant | BS |
| Balsamroot, Big-scale | *Balsamorhiza macrolepis* var. *macrolepis* | CA | Plant | BS |
| Balsamroot, Large-leaved | *Balsamorhiza macrophylla* | MT | Plant | BS |
| Balsamroot, Silky | *Balsamorhiza sericea* | CA | Plant | BS |
| Balsamroot, Woolly | *Balsamorhiza hookeri* var. *lagocephala* | CA, OR | Plant | BS |
| Barberry, Kofa Mtn. | *Berberis harrisoniana* | AZ | Plant | BS |
| Barberry, Nevin's | *Mahonia nevinsii (=Berberis nevinii)* | CA | Plant | FE |
| Bartonberry | *Rubus bartonianus* | OR | Plant | BS |
| Bat, Allen's (Mexican) Big-eared | *Idionycteris phyllotis* | AZ, CO, NM, NV, UT | Mammal | BS |
| Bat, Big Brown | *Eptesicus fuscus* | NV | Mammal | BS |
| Bat, Big Free-tailed | *Nyctinomops macrotis* | CO, NM, NV, UT | Mammal | BS |

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Bat, Brazilian Big-eared | *Tadarida brasiliensis mexicana* | UT | Mammal | BS |
| Bat, Brazilian Free-tailed | *Tadarida brasiliensis* | NV | Mammal | BS |
| Bat, California Leaf-nosed | *Macrotus californicus* | AZ, CA, NV | Mammal | BS |
| Bat, Greater Western Mastiff | *Eumops perotis californicus* | CA, NM, NV | Mammal | BS |
| Bat, Hoary | *Lasiurus cinereus* | NV | Mammal | BS |
| Bat, Lesser Long-nosed | *Leptonycteris curosoae yerbuensis* | AZ, NM | Mammal | FE |
| Bat, Mexican Long-nosed | *Leptonycteris nivalis* | NM | Mammal | FE |
| Bat, Mexican Long-tongued | *Choernycteris mexicana* | AZ, NM | Mammal | BS |
| Bat, Occult Little Brown (Arizona) | *Myotis lucifugus occultus* | AZ, NM | Mammal | BS |
| Bat, Pale Townsend's Big-eared | *Plecotus townsendii pallescens* | NM | Mammal | BS |
| Bat, Pallid | *Antrozous pallidus* | CA, NV | Mammal | BS |
| Bat, Pocketed Free-tailed | *Nyctinomops femorosaccus* | AZ | Mammal | BS |
| Bat, Silver-haired | *Lasionycteris noctivagans* | NV | Mammal | BS |
| Bat, Spotted | *Euderma maculatum* | AZ, CA, CO, ID, MT, NM, UT, WY | Mammal | BS |
| Bat, Townsend's Big-eared | *Corynorhinus townsendii* | CO, NM, OR, UT | Mammal | BS |
| Bat, Townsend's Western Big-eared | *Corynorhinus townsendii townsendii* | CA, ID, MT, NV, OR, UT, WY | Mammal | BS |
| Bat, Underwood Mastiff | *Eumops underwoodi* | AZ | Mammal | BS |
| Bat, Western Pipistrell | *Pipistrellus hesperus* | NV | Mammal | BS |
| Bat, Western Red | *Lasiurus blossevillii* | NM, NV, UT | Mammal | BS |
| Beaked-rush, California | *Rhynchospora californica* | WY | Plant | BS |
| Bear, Grizzly (Brown Bear) | *Ursus arctos horribilis* | ID, MT, OR, WY | Mammal | FT |
| Beardtongue, Absaroka | *Penstemon absarokensis* | WY | Plant | BS |
| Beardtongue, Alamo | *Penstemon alamosensis* | NM | Plant | BS |
| Beardtongue, Bashful | *Penstemon pudicus* | NV | Plant | BS |
| Beardtongue, Blue-leaf | *Penstemon glaucinus* | OR | Plant | BS |
| Beardtongue, Broad-beard | *Penstemon angustifolius* var. *dulcis* | UT | Plant | BS |
| Beardtongue, Closed-throated | *Penstemon personatus* | CA | Plant | BS |
| Beardtongue, Cordelia | *Penstemon floribundus* | NV | Plant | BS |
| Beardtongue, Death Valley (Amargosa Valley Beardtongue) | *Penstemon fruticiformis* ssp. *amargosae* | CA, NV | Plant | BS |
| Beardtongue, Degener | *Penstemon degeneri* | CO | Plant | BS |
| Beardtongue, Franklin's | *Penstemon franklinii* | UT | Plant | BS |
| Beardtongue, Gibbens' | *Penstemon gibbensii* | CO, UT, WY | Plant | BS |
| Beardtongue, Goodrich's | *Penstemon goodrichii* | UT | Plant | BS |
| Beardtongue, Harrington | *Penstemon harringtonii* | CO | Plant | BS |
| Beardtongue, Mount Trumbull | *Penstemon distans* | AZ | Plant | BS |
| Beardtongue, Narrowleaf | *Penstemon angustifolius* | MT | Plant | BS |
| Beardtongue, Nevada Dune | *Penstemon arenarius* | NV | Plant | BS |
| Beardtongue, Pahute Mesa | *Penstemon pahutensis* | NV | Plant | BS |
| Beardtongue, Parachute (Parachute Penstemon) | *Penstemon debilis* | CO | Plant | C |
| Beardtongue, Penland | *Penstemon penlandii* | CO | Plant | FE |
| Beardtongue, Sand-loving | *Penstemon ammophilus* | UT | Plant | BS |
| Beardtongue, Sheep Range | *Penstemon petiolatus* | AZ | Plant | BS |
| Beardtongue, Stemless | *Penstemon acaulis* | UT, WY | Plant | BS |

BLM_0008545

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Beardtongue, Stephen's | *Penstemon stephensii* | CA | Plant | BS |
| Beardtongue, Thread-leaved | *Penstemon filiformis* | CA | Plant | BS |
| Beardtongue, Tunnel Springs | *Penstemon concinnus* | NV | Plant | BS |
| Beardtongue, Uinta Basin | *Penstemon grahamii* | CO, UT | Plant | BS |
| Beardtongue, Uinta Basin | *Penstemon whippleanus* | MT | Plant | BS |
| Beardtongue, Whipple's | *Penstemon whippleanus* | MT | Plant | BS |
| Beardtongue, White River | *Penstemon scariosus* var. *albifluvis* | CO, UT | Plant | C |
| Beardtongue, White-margined | *Penstemon albomarginatus* | AZ, CA, NV | Plant | BS |
| Beardtongue, Yellow Two-toned | *Penstemon bicolor* | AZ | Plant | BS |
| Beardtongue, Yellow Two-toned | *Penstemon bicolor* ssp. *bicolor* | NV | Plant | BS |
| Bear-poppy, Dwarf | *Arctomecon humilis* | UT | Plant | FE |
| Bear-poppy, White (Merriam Bear-poppy) | *Arctomecon merriamii* | CA, NV | Plant | BS |
| Bear-poppy, White (Merriam Bear-poppy) | *Arctomecon merriamii* | UT | Plant | FE |
| Beavertail, Short-joint | *Opuntia basilaris brachyclada* | CA | Plant | BS |
| Bedstraw, California (San Jacinto Bedstraw) | *Galium californicum* ssp. *primum* | CA | Plant | BS |
| Bedstraw, El Dorado | *Galium californicum* ssp. *sierrae* | CA | Plant | FE |
| Bedstraw, Hardham's | *Galium hardhamiae* | CA | Plant | BS |
| Bedstraw, Kingston | *Galium hilendiae* ssp. *kingstonense* | CA, NV | Plant | BS |
| Bedstraw, Modoc | *Galium glabrescens* ssp. *modocense* | CA | Plant | BS |
| Bedstraw, Onyx Peak | *Galium angustifolium* ssp. *onycense* | CA | Plant | BS |
| Bedstraw, San Gabriel | *Galium grande* | CA | Plant | BS |
| Bedstraw, Scott Mountain | *Galium serpenticum* ssp. *scotticum* | CA, OR | Plant | BS |
| Bedstraw, Warner Mountains | *Galium serpenticum* ssp. *warnernse* | CA | Plant | BS |
| Bee, Mojave Gyspsum | *Andrena balsamorhiza* | NV | Insect | BS |
| Bee, Mojave Poppy | *Perdita meconis* | NV | Insect | BS |
| Beehive cactus, Santa Cruz | *Coryphantha recurvata* | AZ | Plant | BS |
| Beehive cactus, Scheer's | *Coryphantha scheeri* var. *scheeri* | NM | Plant | BS |
| Beeplant, Yellow | *Cleome lutea* | MT | Plant | BS |
| Beetle, American Burying | *Nicrophorus americanus* | MT, NM, WY | Insect | FE |
| Beetle, Blind Cave Leiodid | *Glacicavicola bathyscoides* | ID | Insect | BS |
| Beetle, Bruneau Dunes Tiger | *Cicindela waynei* | ID | Insect | BS |
| Beetle, Chiricahua Water Scavenger | *Cymbiodyta arizonica* | AZ | Insect | BS |
| Beetle, Ciervo Aegialian Scarab | *Aegialia concinna* | CA | Insect | BS |
| Beetle, Columbia River Tiger | *Cicendela columbica* | ID, OR | Insect | BS |
| Beetle, Coral Pink Sand Dunes | *Cicindela limbata albissima* | UT | Insect | C |
| Beetle, Devil's Hole Warm Spring Riffle | *Stenelmis calida calida* | NV | Insect | BS |
| Beetle, Large Aegialian Scarab | *Aegialia magnifica* | NV | Insect | BS |
| Beetle, Maricopa Tiger | *Cicindela oregona maricopa* | AZ | Insect | BS |
| Beetle, Moapa Warm Spring Riffle | *Stenelmis moapa* | NV | Insect | BS |
| Beetle, Roth's Blind Ground | *Pterostichus rothi* | OR | Insect | BS |
| Beetle, San Joaquin Dune | *Coelus gracilis* | CA | Insect | BS |
| Beetle, St. Anthony Sand Dunes Tiger | *Cicindela arenicola* | ID | Insect | BS |
| Beetle, Valley Elderberry Longhorn | *Desmocerus californicus dimorphus* | CA | Insect | FT |
| Bensoniella, Oregon | *Bensoniella oregana* | OR | Plant | BS |
| Bentgrass, Henderson's | *Agrostis hendersonii* | OR | Plant | BS |
| Bentgrass, Hoover's | *Agrostis hooveri* | CA | Plant | BS |

## SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Bentgrass, Howell's | *Agrostis howellii* | OR | Plant | BS |
| Bicscuitroot, Clark's | *Lomatium graveolens* var. *alpinum* | NV, UT | Plant | BS |
| Bicscuitroot, Sanicle (Toiyabe Springparsley) | *Cymopterus goodrichii* | NV | Plant | BS |
| Bird's-beak, Hispid | *Cordylanthus mollis* ssp. *hispidus* | OR | Plant | BS |
| Bird's-beak, Pallid | *Cordylanthus tenuis* ssp. *pallescens* | CA | Plant | BS |
| Bird's-beak, Point Reyes | *Cordylanthus maritimus* ssp. *palustris* | OR | Plant | BS |
| Bird's-beak, Tecopa | *Cordylanthus tecopensis* | CA, NV | Plant | BS |
| Biscuitroot, Sanicle (Ripley Biscuitroot) | *Cymopterus ripleyi* | CA, NV | Plant | BS |
| Biscuitroot, Wideleaf | *Lomatium latilobum* | CO, UT | Plant | BS |
| Bittercress, Constance's | *Cardamine constancei* | ID | Plant | BS |
| Bittercress, Saddle Mountain | *Cardamine pattersonii* | OR | Plant | BS |
| Bitterweed, Richardson's | *Hymenoxys richardsonii* | ID | Plant | BS |
| Blackbird, Tricolored | *Agelaius tricolor* | CA, NV | Bird | BS |
| Bladderpod, Beautiful | *Lesquerella pulchella* | MT | Plant | BS |
| Bladderpod, Calder's | *Lesquerella calderi* | AK | Plant | BS |
| Bladderpod, Dudley Bluffs | *Lesquerella congesta* | CO | Plant | FT |
| Bladderpod, Fremont | *Lesquerella fremontii* | WY | Plant | BS |
| Bladderpod, Garnet | *Lesquerella carinata* var. *languida* | MT | Plant | BS |
| Bladderpod, Kodachrome | *Lesquerella rubicundula (=Lesquerella tumulosa)* | UT | Plant | FE |
| Bladderpod, Large-fruited | *Lesquerella macrocarpa* | WY | Plant | BS |
| Bladderpod, Montrose | *Lesquerella vicina* | CO | Plant | BS |
| Bladderpod, Pagosa | *Lesquerella pruinosa* | CO | Plant | BS |
| Bladderpod, Piceance | *Lesquerella parviflora* | CO | Plant | BS |
| Bladderpod, Prostrate | *Lesquerella prostrata* | WY | Plant | BS |
| Bladderpod, Pryor Mountains | *Lesquerella lesicii* | MT | Plant | BS |
| Bladderpod, Sidesaddle | *Lesquerella arenosa* var. *agrillosa* | WY | Plant | BS |
| Bladderpod, Western | *Lesquerella multiceps* | WY | Plant | BS |
| Bladderpod, Whitebluff's | *Lesquerella tuplashensis* | WA | Plant | C |
| Blazingstar, Ash Meadows | *Mentzelia leucophylla* | NV | Plant | FT |
| Blazingstar, Bractless | *Mentzelia nuda* | MT | Plant | BS |
| Blazingstar, Dwarf | *Mentzelia pumila* | MT, ND | Plant | BS |
| Blazingstar, Golden | *Mentzelia chrysantha* | CO | Plant | BS |
| Blazingstar, Goodrich's | *Mentzelia goodrichii* | UT | Plant | BS |
| Blazingstar, Many-stemmed | *Mentzelia multicaulis* var. *librina* | UT | Plant | BS |
| Blazingstar, Parckard's | *Mentzelia packardiae* | NV | Plant | BS |
| Blazingstar, Shultz' | *Mentzelia shultziorum* | UT | Plant | BS |
| Blazingstar, Soft | *Mentzelia montana* | MT | Plant | BS |
| Blazingstar, Tiehm | *Mentzelia tiehmii* | NV | Plant | BS |
| Bluebell, Drummond's | *Mertensia drummondii* | AK | Plant | BS |
| Blue-eyed grass, Hitchcock's | *Sisyrinchium hitchcockii* | OR | Plant | BS |
| Blue-eyed grass, Mountain | *Sisyrinchium sarmentosum* | WA | Plant | BS |
| Blue-eyed grass, Pale | *Sisyrinchium pallidum* | CO | Plant | BS |
| Bluegrass, Alaska | *Poa hartzii* ssp. *alaskana* | AK | Plant | BS |
| Bluegrass, Loose-flowered | *Poa laxiflora* | OR | Plant | BS |
| Bluegrass, Ocean-bluff | *Poa unilateralis* | OR | Plant | BS |
| Bluegrass, Short-leaved | *Poa arnowiae* | MT | Plant | BS |
| Blue-star, Fugate's | *Amsonia fugatei* | NM | Plant | BS |
| Blue-star, Jones | *Amsonia jonesii* | CO | Plant | BS |

BLM_0008547

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Blue-star, Kearney's | *Amsonia kearneyana* | AZ | Plant | FE |
| Blue-star, Peebles | *Amsonia peeblesii* | AZ | Plant | BS |
| Blue-star, Tharps | *Amsonia tharpii* | NM | Plant | BS |
| Boa, Rosy | *Lichanura trivirgata* | AZ, CA | Reptile | BS |
| Bobolink | *Dolichonyx oryzivorus* | NV, OR | Bird | BS |
| Bog orchid, Alcove | *Platanthera zothecina* | UT | Plant | BS |
| Bog sedge, Simple | *Kobresia simpliciuscula* | MT | Plant | BS |
| Bog Thistle, Chorro Creek | *Cirsium fontinale* var. *obispoense* | CA | Plant | FE |
| Bolandra, Oregon | *Bolandra oregana* | OR | Plant | BS |
| Bolete, Red-pored | *Boletus haematinus* | OR | Fungi | BS |
| Boneset, Western | *Ageratina occidentalis* | MT | Plant | BS |
| Brant, Black | *Branta bernicla* | AK | Bird | BS |
| Breadroot, Indian Small | *Pediomelum pentaphyllum* | NM | Plant | BS |
| Breadroot, Intermountain | *Pediomelum megalanthum* var. *epipsilum* | UT | Plant | BS |
| Breadroot, Paradox | *Pediomelum aromaticum* | CO, UT | Plant | BS |
| Brittlebrush, Annual | *Psathyrotes annua* | ID | Plant | BS |
| Brodiaea, Orcutt's | *Brodiaea orcuttii* | CA | Plant | BS |
| Brodiaea, Thread-leaved | *Brodiaea filifolia* | CA | Plant | FT |
| Broom, Round-leaf | *Errazurizia rotundata* | AZ | Plant | BS |
| Buckwheat, Altered Andesite | *Eriogonum robustrum* | NV | Plant | BS |
| Buckwheat, Brandegee Wild | *Eriogonum brandegeei* | CO | Plant | BS |
| Buckwheat, Bull Mountain | *Eriogonum cronquisti* | UT | Plant | BS |
| Buckwheat, Cache Peak | *Eriogonum kennedyi* var. *pinicola* | CA | Plant | BS |
| Buckwheat, Calcareous | *Eriogonum ochrocephalum* var. *calcareum* | ID | Plant | BS |
| Buckwheat, Clay-loving Wild | *Eriogonum pelinophilum* | CO | Plant | FE |
| Buckwheat, Clokey | *Eriogonum heermannii* var. *clokeyii* | NV | Plant | BS |
| Buckwheat, Colorado Wild | *Eriogonum coloradense* | CO | Plant | BS |
| Buckwheat, Comb Wash | *Eriogonum clavellatum* | CO | Plant | BS |
| Buckwheat, Crosby's | *Eriogonum crosbyae* | CA, NV | Plant | BS |
| Buckwheat, Cushenbury | *Eriogonum ovalifolium* var. *vineum* | CA | Plant | FE |
| Buckwheat, Cusick's | *Eriogonum cusickii* | OR | Plant | BS |
| Buckwheat, Desert | *Eriogonum desertorum* | ID | Plant | BS |
| Buckwheat, Duchesne | *Eriogonum viridulum* | CO | Plant | BS |
| Buckwheat, Ephedra | *Eriogonum ephedroides* | CO | Plant | BS |
| Buckwheat, Flat-top | *Eriogonum smithii* | MT | Plant | BS |
| Buckwheat, Forked | *Eriogonum bifurcatum* | CA, NV | Plant | BS |
| Buckwheat, Frisco | *Eriogonum soredium* | CA | Plant | BS |
| Buckwheat, Grand | *Eriogonum contortum* | CO | Plant | BS |
| Buckwheat, Golden | *Eriogonum corymbosum* var. *aureum* | NV | Plant | BS |
| Buckwheat, Gypsum Wild | *Eriogonum gypsophilum* | NM | Plant | FT |
| Buckwheat, Heerman's Wild | *Eriogonum heermannii* var. *occidentale* | NV | Plant | BS |
| Buckwheat, Ione | *Eriogonum apricum* var. *apricum* | CA | Plant | FE |
| Buckwheat, Klamath Mountain | *Eriogonum hirtellum* | CA | Plant | BS |
| Buckwheat, Lewis | *Eriogonum lewisii* | NV | Plant | BS |
| Buckwheat, Matted | *Eriogonum caespitosum* | MT | Plant | BS |
| Buckwheat, Matted Cowpie (Shockley's Matted Buckwheat) | *Eriogonum shockleyi* var. *shockleyi* | ID | Plant | BS |
| Buckwheat, Mouse | *Eriogonum nudum* var. *murinum* | CA | Plant | BS |
| Buckwheat, Packard's Cowpie | *Eriogonum shockleyi* var. *packardiae* | ID | Plant | BS |

BLM_0008548

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Buckwheat, Panamint Mtn. | *Eriogonum microthecum* var. *panamintense* | CA | Plant | BS |
| Buckwheat, Prostrate (Austin Buckwheat) | *Eriogonum prociduum* | CA, NV, OR | Plant | BS |
| Buckwheat, Railroad Canyon | *Eriogonum soliceps* | UT | Plant | BS |
| Buckwheat, Red Mountain | *Eriogonum kelloggii* | CA | Plant | C |
| Buckwheat, San Carlos Wild | *Eriogonum capillare* | NM | Plant | BS |
| Buckwheat, San Pedro | *Eriogonum terrenatum* | AZ | Plant | BS |
| Buckwheat, Scarlet | *Eriogonum phoeniceum* | NV | Plant | BS |
| Buckwheat, Smooth | *Stenogonum salsuginosum* | MT | Plant | BS |
| Buckwheat, Snow Mountain | *Eriogonum nervulosum* | CA | Plant | BS |
| Buckwheat, Steamboat | *Eriogonum ovalifolium* var. *williamsiae* | NV | Plant | FE |
| Buckwheat, Sulphurflower | *Eriogonum umbellatum* var. *glaberrimum* | CA, OR | Plant | BS |
| Buckwheat, Tiehm | *Eriogonum tiehmii* | NV | Plant | BS |
| Buckwheat, Tremblor | *Eriogonum temblorense* | CA | Plant | BS |
| Buckwheat, Umtanum Desert | *Eriogonum codium* | WA | Plant | C |
| Buckwheat, Vishor's | *Eriogonum visheri* | MT, ND, SD | Plant | BS |
| Buckwheat, Welsh's | *Eriogonum capistratum* var. *welshii* | ID | Plant | BS |
| Buckwheat, Wild Rose Canyon | *Eriogonum eremicola* | CA | Plant | BS |
| Buckwheat, Wild Single-stemmed | *Eriogonum acaule* | CO | Plant | BS |
| Buckwheat, Windloving | *Eriogonum anemophilum* | NV, UT | Plant | BS |
| Buckwheat, Woodside | *Eriogonum tumulosum* | CO | Plant | BS |
| Buckwheat, Yukon Wild | *Eriogonum flavum* var. *aquilinum* | AK | Plant | BS |
| Buckwheat, Zion | *Eriogonum zionis* var. *zionis* | UT | Plant | BS |
| Bug, Harney Hot Spring Shore | *Micracanthia fennica* | OR | Insect | BS |
| Bug, Pahranagat Naucorid | *Pelociris shoshone shoshone* | NV | Insect | BS |
| Bug, Santa Rita Mountains Chlorochroan | *Chlorochroa rita* | AZ | Insect | BS |
| Bugbane, Tall | *Actea elata* | OR, WA | Plant | BS |
| Bug moss, Green | *Buxbaumia viridis* | CA | Plant | BS |
| Bug-on-a-stick, Leafless | *Buxbaumia aphylla* | OR | Bryophyte | BS |
| Bug-on-a-stick, Piper's | *Buxbaumia piperi* | CA | Bryophyte | BS |
| Bullrush, Little (Rolland's) | *Trichophorum pumilum* | CO, ID, MT | Plant | BS |
| Bullrush, Slender | *Schoenoplectus heterochaetus* | MT | Plant | BS |
| Bunting, McKay's | *Plectrophenax hyperboreus* | AK | Bird | BS |
| Burbot | *Lota lota* | ID | Fish | BS |
| Bush lupine, Mountain Springs | *Lupinus excubitus* var. *medius* | CA | Plant | BS |
| Bush-mallow, Carmel Valley | *Malacothamnus palmeri* | CA | Plant | BS |
| Bush-mallow, Indian Valley | *Malacothamnus aboriginum* | CA | Plant | BS |
| Buttercup, Alaskan Glacier | *Ranunculus glacialis* var. *alaskana* | AK | Plant | BS |
| Buttercup, Alaskan Glacier | *Ranunculus glacialis* var. *chamissonis* | AK | Plant | BS |
| Buttercup, Autumn | *Ranunculus aestivalis* | UT | Plant | FE |
| Buttercup, Dalles Mountain | *Ranunculus triternatus* | WA | Plant | BS |
| Buttercup, Southern Oregon | *Ranunculus austrooreganus* | OR | Plant | BS |
| Butterfly Plant, Colorado | *Gaura neomexicana* ssp. *coloradensis* | CO, WY | Plant | FT |
| Butterfly, Baking Powder Flat Blue | *Euphilotes bernadino minuta* | NV | Insect | BS |
| Butterfly, Carson Valley Silverspot | *Speyeria nokomis carsonensis* | NV | Insect | BS |
| Butterfly, Desert Viceroy | *Limenitis archippus obsoleta* | NM | Insect | BS |
| Butterfly, Early Blue | *Euphilotes enoptes primavera* | NV | Insect | BS |
| Butterfly, Fender's Blue | *Icaricia icarioides fenderi* | OR | Insect | FE |

BLM_0008549

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Butterfly, Fused Battoides Blue | *Euphilotes battoides fusimaculata* | NV | Insect | BS |
| Butterfly, Giulani's Blue | *Eupilotes ancilla giulanii* | NV | Insect | BS |
| Butterfly, Great Basin Small Blue | *Philotiella speciosa septentrionalis* | NV | Insect | BS |
| Butterfly, Grey's Silverspot | *speyeria hesperis greyi* | NV | Insect | BS |
| Butterfly, Honey Lake Blue | *Euphilotes pallescens calneva* | NV | Insect | BS |
| Butterfly, Insular Blue | *Plebejus saepiolus insulanus* | OR | Insect | BS |
| Butterfly, Koret's Checkerspot | *Euphydryas editha koreti* | NV | Insect | BS |
| Butterfly, Mattoni's Blue | *Euphilotes pallescens mattonii* | NV | Insect | BS |
| Butterfly, Mono Checkerspot | *Euphrdyas editha monoenisis* | NV | Insect | BS |
| Butterfly, New Mexico Silverspot | *Speyeria nokomis nitocris* | NM | Insect | BS |
| Butterfly, Northern Mojave Blue | *Euphilotes mojave virginensis* | NV | Insect | BS |
| Butterfly, Oregon Silverspot | *Speyeria zerene hippolyta* | OR | Insect | FT |
| Butterfly, Quino Checkerspot | *Euphydryas editha quino* | CA | Insect | FE |
| Butterfly, Rice's Blue | *Euphilotes pallescens ricei* | NV | Insect | BS |
| Butterfly, Sand Mountain Blue (also Small Blue Butterfly) | *Euphilotes pallescens* ssp. *arenamontana* | NV | Insect | BS |
| Butterfly, Shield's Blue | *Euphilotes ancilla shieldsi* | NV | Insect | BS |
| Butterfly, Steptoe Valley Crescentspot | *Phyciodes pascoiensis arenacolor* | NV | Insect | BS |
| Butterfly, Taylor's Checkerspot | *Euphydrayas editha taylori* | OR | Insect | C |
| Butterfly, Uncomopahgre Fritillary | *Boloria acrocnema* | CO | Insect | FE |
| Butterweed, Layne's | *Packera layneae (=Senecio layneae)* | CA | Plant | FT |
| Cabbage, Wild | *Caulanthus major* var. *nevadensis* | OR | Plant | BS |
| Cactus, Acuna | *Sclerocactus erectocentrus (=Echinomastus erectocentrus* var. *acunensi)* | AZ | Plant | C |
| Cactus, Bakersfield | *Opuntia basilaris var. treleasei (=Opuntia treleasei)* | CA | Plant | FE |
| Cactus, Cushion | *Coryphantha vivipara* | ID | Plant | BS |
| Cactus, Knowlton | *Pediocactus knowltonii* | CO, NM | Plant | FE |
| Cactus, Peebles Navajo | *Pediocactus peeblesianus* var. *peeblesianus* | AZ | Plant | FE |
| Cactus, Pima Pineapple | *Coryphantha scheeri* var. *robustispina* | AZ | Plant | FE |
| Cactus, San Rafael | *Pediocactus despainii* | UT | Plant | FE |
| Cactus, Winkler | *Pediocactus winkleri* | UT | Plant | FT |
| Caddisfly, Haddock's Rhyacophilan | *Rhyacophila haddocki* | OR | Insect | BS |
| Caddisfly, Scott's Apatanian | *Allomyia scotti* | OR | Insect | BS |
| Calicoflower, Bach's | *Downingia bacigalupii* | ID | Plant | BS |
| Calicoflower, Harlequin | *Downingia insignis* | ID | Plant | BS |
| Camas, Howell's | *Camassia howellii* | OR | Plant | BS |
| Camissonia, Small | *Camissonia parvula* | MT | Plant | BS |
| Candle, Miner's | *Cryptantha scoparia* | MT | Plant | BS |
| Candle, Owl Creek Miner's | *Cryptantha subcapitata* | WY | Plant | BS |
| Candytuft, Pear-shaped | *Smelowskia pyriformis* | AK | Plant | BS |
| Caribou, Woodland | *Rangifer tarandus caribou* | ID, MT, WA | Mammal | FE |
| Catchfly, Gentian | *Eustoma exaltatum* | NV | Plant | BS |
| Catchfly, Jan's (Nachlinger Catchfly) | *Silene nachlingerae* | NV | Plant | BS |
| Catchfly, Plank's | *Silene plankii* | NM | Plant | BS |
| Catchfly, Spalding's | *Silene spaldingii* | ID, MT, OR, WA | Plant | FT |
| Catchfly, Wright's | *Silene wrightii* | NM | Plant | BS |

BLM_0008550

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Cat's-eye, Creutzfeldt's | *Cryptantha creutzfeldtii* | UT | Plant | BS |
| Cat's-eye, Fendler's | *Cryptantha fendleri* | MT | Plant | BS |
| Cat's-eye, Mariposa | *Cryptantha mariposae* | CA | Plant | BS |
| Cat's-eye, Shacklette's | *Cryptantha shackletteana* | AK | Plant | BS |
| Cat's-eye, Smooth | *Cryptantha semiglabra* | UT | Plant | BS |
| Catseye, White River (Welsh Catseye) | *Cryptantha welshii* | NV | Plant | BS |
| Cauliflower fungus | *Sparassis crispa* | CA | Fungi | BS |
| Caulostramina, Jaeger's | *Caulostramina jaegeri* | CA | Plant | BS |
| Ceanothus, Calistoga | *Ceanothus divergens* | CA | Plant | BS |
| Ceanothus, Lakeside | *Ceanothus cyaneus* | CA | Plant | BS |
| Ceanothus, Mahala-mat | *Ceanothus prostratus* | ID | Plant | BS |
| Ceanothus, Rincon Ridge | *Ceanothus confusus* | CA | Plant | BS |
| Centaury, Spring-loving | *Centaurium namophilum* | CA, NV | Plant | FT |
| Chaenactis, Shasta | *Chaenactis suffrutescens* | CA | Plant | BS |
| Chaffweed | *Anagallis minima* | MT | Plant | BS |
| Chanterelle, Blue | *Polyozellus multiplex* | CA | Fungi | BS |
| Char, Angayukaksurak | *Salvelinus anaktuvukensis* | AK | Fish | BS |
| Char, Kigliak | *Salvelinus alpinus* | AK | Fish | BS |
| Chat, Yellow-breasted | *Icteria virens* | CO, NV, OR | Bird | BS |
| Checkerbloom, Hickman's | *Sidalcea hickmanii* ssp. *nov* | OR | Plant | C |
| Checkerbloom, Parish's | *Sidalcea hickmanii* ssp. *parishii* | CA | Plant | C |
| Checker-mallow, Butte County | *Sidalcea robusta* | CA | Plant | BS |
| Checker-mallow, Coast | *Sidalcea oregano* ssp. *eximia* | CA | Plant | BS |
| Checker-mallow, Dwarf | *Sidalcea malviflora* ssp. *patula* | CA, OR | Plant | BS |
| Checker-mallow, Henderson's | *Sidalcea hendersonii* | OR | Plant | BS |
| Checker-mallow, Keck's | *Sidalcea keckii* | CA | Plant | FE |
| Checker-mallow, Meadow | *Sidalcea campestris* | OR | Plant | BS |
| Checker-mallow, Nelson's | *Sidalcea nelsoniana* | OR, WA | Plant | FT |
| Checker-mallow, Wenatchee Mountains | *Sidalcea oregana* var. *calva* | WA | Plant | FE |
| Checkerspot, Spring Mountain Acastus | *Chlosyne acastus robusta* | NV | Insect | BS |
| Chia, Clay | *Salvia columbariae* var. *argillacea* | UT | Plant | BS |
| Chipmunk, Cliff | *Tamias dorsalis* | ID | Mammal | BS |
| Chipmunk, Gray-footed | *Tamias canipes* | NM | Mammal | BS |
| Chipmunk, Organ Mountain Colorado | *Eutamias quadrivittatus australis* | NM | Mammal | BS |
| Chipmunk, Uinta | *Tamis umbrinus* | ID | Mammal | BS |
| Cholla, Munz | *Opuntia munzii* | CA | Plant | BS |
| Cholla, Santa Fe | *Opuntia xviridflora (imbricata x whipplei)* | NM | Plant | BS |
| Chub, Big Smoky Valley Tui | *Gila bicolor* | NV | Fish | BS |
| Chub, Bonytail | *Gila elegans* | AZ, CA, CO, NV, UT, WY | Fish | FE |
| Chub, Borax Lake | *Gila boraxobius* | OR | Fish | FE |
| Chub, Catlow Tui | *Gila bicolor* | OR | Fish | BS |
| Chub, Cowhead Lake Tui | *Gila bicolor vaccaceps* | CA | Fish | BS |
| Chub, Fish Creek Springs Tui | *Gila bicolor isolata* | NV | Fish | BS |
| Chub, Fish Lake Valley Tui | *Gila bicolor* | NV | Fish | BS |
| Chub, Flathead | *Hybopsis (Platygobio) gracilis* | CO, NM | Fish | BS |

BLM_0008551

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Chub, Gila | *Gila intermedia* | AZ, NM | Fish | PE |
| Chub, Hot Creek Valley Tui | *Gila bicolor* | NV | Fish | BS |
| Chub, Humpback | *Gila cypha* | AZ, CO, UT, WY | Fish | FE |
| Chub, Hutton Tui | *Gila bicolor* | OR | Fish | FT |
| Chub, Independence Valley Tui | *Gila bicolor newarkensis* | NV | Fish | BS |
| Chub, Least | *Iotichthys phlegethontis* | NM | Fish | BS |
| Chub, Leatherside | *Gila copei* | ID, UT, WY | Fish | BS |
| Chub, Mohave Tui | *Gila bicolor mohavensis* | CA | Fish | FE |
| Chub, Newark Valley Tui | *Gila bicolor newarkensis* | NV | Fish | BS |
| Chub, Oregon | *Oregonichthys crameri* | OR | Fish | FE |
| Chub, Oregon Lakes Tui | *Gila bicolor oregonensis* | OR | Fish | BS |
| Chub, Owens Tui | *Gila bicolor snyderi* | CA | Fish | FE |
| Chub, Pahranagat Roundtail | *Gila robusta jordani* | NV | Fish | FE |
| Chub, Railroad Valley Tui | *Gila bicolor* | NV | Fish | BS |
| Chub, Rio Grande | *Gila pandora* | CO | Fish | BS |
| Chub, Roundtail | *Gila robusta* | CO, NM, UT, WY | Fish | BS |
| Chub, Sheldon Tui | *Gila bicolor eurysoma* | OR | Fish | BS |
| Chub, Sicklefin | *Macrhybopsis meeki* | MT | Fish | BS |
| Chub, Sturgeon | *Macrhybopsis gelida* | MT, UT | Fish | BS |
| Chub, Summer Basin Tui | *Gila bicolor* | OR | Fish | BS |
| Chub, Umpqua | *Oregonichthys kalawatsei* | OR | Fish | BS |
| Chub, Virgin River | *Gila seminude (=robusta)* | AZ, NV, UT | Fish | FE |
| Chuckwalla | *Sauromalus obesus* | AZ | Reptile | BS |
| Chuckwalla, Glen Canyon | *Sauromalus obesus multiforaminatus* | UT | Reptile | BS |
| Chuckwalla, Western | *Sauromalus obesus obesus* | UT | Reptile | BS |
| Cinquefoil, Common | *Potentilla cottamii* | NV, UT | Plant | BS |
| Cinquefoil, Platte | *Potentilla plattensis* | MT | Plant | BS |
| Cinquefoil, Soldier Meadow | *Potentilla basaltica* | CA, NV | Plant | C |
| Cinquefoil, Stipulated | *Potentilla stipularis* | AK | Plant | BS |
| Cisco, Bonneville | *Prosopium gemmiferum* | ID | Fish | BS |
| Clarkia, Beaked | *Clarkia rostrata* | CA | Plant | BS |
| Clarkia, Brandeegee's | *Clarkia biloba* ssp. *bandeegee* | CA | Plant | BS |
| Clarkia, Brewer's | *Clarkia breweri* | CA | Plant | BS |
| Clarkia, Caliente | *Clarkia trembloriensis* ssp. *calientensis* | CA | Plant | BS |
| Clarkia, Mariposa | *Clarkia biloba* ssp. *australis* | CA | Plant | BS |
| Clarkia, Mildred's | *Clarkia mildrediae* ssp. *mildrediae* | CA | Plant | BS |
| Clarkia, Mosquin's | *Clarkia mosquinii* | CA | Plant | BS |
| Clarkia, Northern | *Clarkia borealis* ssp. *borealis* | CA | Plant | BS |
| Clarkia, Shasta | *Clarkia borealis* ssp. *arida* | CA | Plant | BS |
| Clarkia, Small Southern | *Clarkia australis* | CA | Plant | BS |
| Clarkia, Springville | *Clarkia springvillensis* | CA | Plant | FT |
| Clarkia, White-stemmed | *Clarkia gracilis* ssp. *albicaulis* | CA | Plant | BS |
| Cleomella, Flat-seeded | *Cleomella plocasperma* | ID | Plant | BS |
| Cliff-rose, Arizona | *Purshia xsubintegra (pinkave* x *stansburiana) (=Purshia subintegra)* | AZ | Plant | FE |
| Clover, Barneby's | *Trifolium barnebyi* | WY | Plant | BS |
| Clover, DeDecker's | *Trifolium dedeckerae* | CA | Plant | BS |
| Clover, Douglas' | *Trifolium douglasii* | OR | Plant | BS |
| Clover, Frisco | *Trifolium friscanum* | UT | Plant | BS |

BLM_0008552

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Clover, Leibergi's | *Trifolium leibergii* | NV, OR | Plant | BS |
| Clover, Mogollon | *Trifolium  neurophyllum* | NM | Plant | BS |
| Clover, Mountain | *Trifolium andinum* | CO | Plant | BS |
| Clover, Mountain | *Trifolium andinum* var. *podocephalum* | NV | Plant | BS |
| Clover, Owyhee | *Trifolium owyheense* | ID | Plant | BS |
| Clover, Plumed | *Trifolium plumosum* var. *amplifolium* | ID | Plant | BS |
| Clover, Santa Cruz | *Trifolium buckwestorium* | CA | Plant | BS |
| Clover, Thompson's | *Trifolium thompsonii* | OR | Plant | BS |
| Clubrush, Water | *Schoenoplectus subterminalis* | ID | Plant | BS |
| Collomia, Barren Valley | *Collomia renacta* | NV, OR | Plant | BS |
| Collomia, Mount Mazama | *Collomia mazama* | ID | Plant | BS |
| Collybia, Branched | *Collybia racemosa* | CA | Fungi | BS |
| Columbine, Golden | *Aquilegia chrysantha* var. *rydbergii* | ID | Plant | BS |
| Columbine, Laramie | *Aquilegia laramiensis* | WY | Plant | BS |
| Columbine, Lori's | *Aquilegia loriae* | UT | Plant | BS |
| Columbine, Sitka | *Aquilegia formosa* | MT | Plant | BS |
| Combleaf, Desert | *Polyctenium fremontii confertum* | OR | Plant | BS |
| Combleaf, William's | *Polyctenium williamsiae* | CA, OR | Plant | BS |
| Condor, California | *Gymnogyps californianus* | AZ, CA, UT | Bird | FE, XN |
| Contra yerba | *Pediomelum hypogaeum scaposum* | NM | Plant | BS |
| Coral, Hairy-stemmed | *Clavulina castanopes lignicola* | CA | Fungi | BS |
| Coral, Strap-shaped | *Clavariadelphus ligula* | CA | Fungi | BS |
| Coral Mushroom | *Ramaria spinulosa* | OR | Fungi | BS |
| Coral Mushroom | *Ramaria spinulosa* var. *diminutiva* | OR | Fungi | BS |
| Coral Mushroom, Orange | *Ramaria largentii* | CA | Fungi | BS |
| Coral Mushroom, Pinkish | *Ramaria amyloidea* | CA | Fungi | BS |
| Coral Mushroom, Pinkish | *Ramaria cyaneigranosa* | CA | Fungi | BS |
| Coral Mushroom, Yellow | *Ramaria aurantiisiccescens* | CA | Fungi | BS |
| Coralroot, Arizona | *Hexalectris spicata* var. *arizonica* | NM | Plant | BS |
| Coralroot, Chisos Mountains | *Hexalectris revoluta* | AZ | Plant | BS |
| Coralroot, Glass Mountain | *Hexalectris nitida* | NM | Plant | BS |
| Coralroot, Purple-spike | *Hexalectris warnockii* | AZ | Plant | BS |
| Coreopsis, Mount Hamilton | *Coreopsis hamiltonii* | CA | Plant | BS |
| Cory cactus, Duncan's | *Escobaria dasyacantha* var. *duncanii* | NM | Plant | BS |
| Corydalis, Case's | *Corydalis caseana* var. *hastata* | ID | Plant | BS |
| Corydalis, Cold-water | *Corydalis caseana* ssp. *aquae-gelidae* | OR | Plant | BS |
| Cottongrass, Slender | *Eriophorum gracile* | CO | Plant | BS |
| Coyote-thistle, Oregon | *Eryngium petiolatum* | OR | Plant | BS |
| Crane, Whooping | *Grus americana* | CO, ID, MT, WY | Bird | FE, XN |
| Crazyweed, Challis | *Oxytropis besseyi* var. *salmonensis* | ID | Plant | BS |
| Crazyweed, Columbia | *Oxytropis campestris* var. *columbiana* | WA | Plant | BS |
| Crazyweed, Wanapum | *Oxytropis campestris* var. *wanapum* | WA | Plant | BS |
| Cream-scas, Pink | *Castilleja rubicundula* ssp. *rubicundula* | CA | Plant | BS |
| Cricket, Arizona Giant Sand Treader | *Daihinibaenetes arizonensis* | AZ | Insect | BS |
| Cricket, Mary's Peak Ice | *Grylloblatta* sp. | OR | Insect | BS |
| Cricket, Navajo Jerusalem | *Stenopelmatus navajo* | AZ | Insect | BS |
| Crownscale, San Jacinto Valley | *Atriplex coronata* var. *notatior* | CA | Plant | FE |
| Cryptantha, Gander's | *Cryptantha ganderi* | CA | Plant | BS |
| Cryptantha, Mound | *Cryptantha compacta* | UT | Plant | BS |
| Cryptantha, Osterhout | *Cryptantha osterhoutii* | CO | Plant | BS |

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Cryptantha, Rollins | *Cryptantha rollinsii* | CO | Plant | BS |
| Cryptantha, Schoolcraft's (School Catseye) | *Cryptantha sobolifera* | CA, NV | Plant | BS |
| Cryptantha, Silky | *Cryptantha crinata* | CA | Plant | BS |
| Cryptantha, Tufted | *Cryptantha caespitosa* | CO, ID | Plant | BS |
| Cryptantha, Unita Basin | *Cryptantha breviflora* | ID | Plant | BS |
| Cuckoo, Western Yellow-billed | *Coccyzus americanus occidentalis* | AZ, CA, CO, ID, MT, NM, NV, OR, UT, WY | Bird | C |
| Cui-ui | *Chasmistes cujus* | NV | Fish | FE |
| Curlew, Bristle-thighed | *Numenius tahitiensis* | AK | Bird | BS |
| Curlew, Eskimo | *Numenius borealis* | AK | Bird | FE |
| Curlew, Long-billed | *Numenius americanus* | CO, MT, NV, UT, WY | Bird | BS |
| Currant, Moreno San Diego | *Ribes canthariforme* | CA | Plant | BS |
| Cutthroat, Bear Lake | *Oncorhynchus clarki utah* | ID | Fish | BS |
| Cycladenia, Jones | *Cycladenia humilis* var. *jonesii* | AZ, UT | Plant | FT |
| Cymopterus, Desert | *Cymopterus deserticola* | CA | Plant | BS |
| Cypress, Piute | *Cupressus arizonica* ssp. *nevadensis* | CA | Plant | BS |
| Cypress, Tecate | *Cupressus forbesii* | CA | Plant | BS |
| Dace, Ash Meadows Speckled | *Rhinichthys osculus nevadensis* | NV | Fish | FE |
| Dace, Big Smoky Valley Speckled | *Rhinichthys osculus lariversi* | NV | Fish | BS |
| Dace, Clover Valley Speckled | *Rhinichthys osculus oligiporus* | NV | Fish | FE |
| Dace, Desert | *Eremichthys acros* | NV | Fish | FT |
| Dace, Foskett Speckled | *Rhinichthys osculus* ssp. | OR | Fish | FT |
| Dace, Independence Valley Speckled | *Rhinichthys osculus lethoporus* | NV | Fish | FE |
| Dace, Kendall Warm Springs | *Rhinichthys osculus thermalis* | WY | Fish | FE |
| Dace, Longfin | *Agosia chrysogaster* | AZ, NM | Fish | BS |
| Dace, Meadow Valley Wash Speckled | *Rhinichthys osculus* spp. | NV | Fish | BS |
| Dace, Millicoma | *Rhinichthys cataractae* | OR | Fish | BS |
| Dace, Moapa | *Moapa coriacea* | NV | Fish | FE |
| Dace, Moapa Speckled | *Rhinichthys osculus moapae* | NV, OR | Fish | BS |
| Dace, Monitor Valley Speckled | *Rhinichthys osculus* spp. | NV | Fish | BS |
| Dace, Northern Redbelly X Finescale | *Phoxinus eos / X Phoxinus neogaeus* | MT | Fish | BS |
| Dace, Oasis Valley Speckled | *Rhinichthys osculus* spp. | NV | Fish | BS |
| Dace, Pahranagat Speckled | *Rhinichthys osculus velifer* | NV | Fish | BS |
| Dace, Pearl | *Margariscus margarita nachtriebi* | MT | Fish | BS |
| Dace, Relict | *Relictus solitarius* | NV | Fish | BS |
| Dace, Speckled | *Rhinichthys osculus* | AZ, NM | Fish | BS |
| Dace, White River Speckled | *Rhinichthys osculus* spp. | NV | Fish | BS |
| Daisy, Blochman's Leafy | *Erigeron blochmaniae* | CA | Plant | BS |
| Daisy, Hall's | *Erigeron aequifolius* | CA | Plant | BS |
| Daisy, Howell's | *Erigeron howellii* | OR | Plant | BS |
| Daisy, Kachina | *Erigeron kachinensis* | CO, UT | Plant | BS |
| Daisy, Kern River | *Erigeron multiceps* | CA | Plant | BS |
| Daisy, Maguire | *Erigeron maguirei* | UT | Plant | FT |
| Daisy, Oregon | *Erigeron oreganus* | OR | Plant | BS |
| Daisy, Panamint | *Enceliopsis covillei* | CA | Plant | BS |
| Daisy, Parish's | *Erigeron parishii* | CA | Plant | FT |

BLM_0008554

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Daisy, Willamette | *Erigeron decumbens* var. *decumbens* | OR | Plant | FE |
| Dalea, Jones' | *Psorothamnus polydenius* var. *jonesii* | UT | Plant | BS |
| Dalea, Ornate | *Dalea ornata* | CA | Plant | BS |
| Dandelion, Rocky Mountain | *Taraxacum eriophorum* | MT | Plant | BS |
| Darter, Arkansas | *Etheostoma cragini* | CO | Fish | C |
| Darter, Iowa | *Etheostoma exile* | CO | Fish | BS |
| Darter, Orangethroat | *Etheostoma spectabile* | MT | Fish | BS |
| Deer, Columbian White-tailed | *Odocoileus virginianus leucurus* | OR (Douglas County) | Mammal | BS |
| Deer, Columbian White-tailed | *Odocoileus virginianus leucurus* | OR (Clatsop, Columbia, Multnomah counties) | Mammal | FE |
| Desertdandelion, Cliff | *Malacothrix saxatilis* var. *arachnoidea* | CA | Plant | BS |
| Desertdandelion, Torrey's | *Malacothrix torreyi* | MT | Plant | BS |
| Desertgrass, King's | *Blepharidachne kingii* | ID | Plant | BS |
| Desert-mallow, Rusby's | *Sphaeralcea rusbyi* var. *eremicola* | CA | Plant | BS |
| Desert-parsley, Adobe | *Lomatium roseanum* | CA, OR | Plant | BS |
| Desert-parsley, Bradshaw's | *Lomatium bradshawii* | OR, WA | Plant | FE |
| Desert-parsley, Colorado | *Lomatium concinnum* | CO | Plant | BS |
| Lomatium, Cook's | *Lomatium cookii* | OR | Plant | FE |
| Desert-parsley, Hoover's | *Lomatium tuberosum* | WA | Plant | BS |
| Desert-parsley, Nuttall's | *Lomatium nuttallii* | MT, SD | Plant | BS |
| Desert-parsley, Packard's | *Lomatium packardiae* | ID | Plant | BS |
| Desert-parsley, Rollins' | *Lomatium rollinsii* | WA | Plant | BS |
| Desert-parsley, Salmon-flower | *Lomatium salmoniflorum* | ID | Plant | BS |
| Desert-parsley, Taper-tip | *Lomatium attenuatum* | MT | Plant | BS |
| Dickcissel | *Spiza americana* | MT, UT | Bird | BS |
| Disc, Cockerell's Striate | *Discus shemeki cockerelli* | AZ, UT | Snail | BS |
| Disc, Marbled | *Discus marmorensis* | ID | Snail | BS |
| Dodder, Sepal-tooth | *Cuscuta denticulata* | ID | Plant | BS |
| Dogweed, Wright's | *Adenophyllum wrightii* | NM | Plant | BS |
| Donkey-ears | *Otidea onotica* | CA | Fungi | BS |
| Doublet (Dimeresia) | *Dimeresia howellii* | ID | Plant | BS |
| Dovekie | *Alle alle* | AK | Bird | BS |
| Draba, Bodie Hills | *Cusickiella quadricostata* | CA, NV | Plant | BS |
| Draba, Douglas' | *Cusickiella douglasii* | OR | Plant | BS |
| Draba, Globe-fruited | *Draba globosa* | ID, MT | Plant | BS |
| Draba, Mount Eddy | *Draba carnosula* | CA | Plant | BS |
| Draba, Small Petaled Alpine | *Draba alpina* | AK | Plant | BS |
| Draba, Wind River | *Draba ventosa* | MT | Plant | BS |
| Dropseed, Tall | *Sporobolus compositus* var. *comositus* | ID | Plant | BS |
| Duck, Canvasback | *Aythya valisineria* | MT | Bird | BS |
| Duck, Fulvous Whistling | *Dendrocygna bicolor* | AZ | Bird | BS |
| Duck, Harlequin | *Histrionicus histrionicus* | AK, ID, MT, WY | Bird | BS |
| Duck, Long-tailed | *Clangula hyemalis* | AK | Bird | BS |
| Dudleya, Many Stemmed | *Dudleya multicaulis* | CA | Plant | BS |
| Dudleya, San Luis Obispo Serpentine | *Dudleya abramsii* ssp. *bettinae* | CA | Plant | BS |
| Dudleya, Variegated | *Dudleya variegata* | CA | Plant | BS |
| Eagle, Bald | *Haliaeetus leucocephalus* | AK | Bird | BS |

BLM_0008555

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Eagle, Bald | *Haliaeetus leucocephalus* | AZ, CA, CO, ID, MT, NM, NV, OR, UT | Bird | FT |
| Eagle, Golden | *Aquila chrysaetos* | NV, UT, WY | Bird | BS |
| Earthworm, Oregon Giant | *Driloleirus (Megascolides) macelfreshi* | OR | Annelid | BS |
| Easter-daisy, Cedar Mountain | *Townsendia microcephala* | WY | Plant | BS |
| Easter-daisy, Strigose | *Townsendia strigosa* | CO | Plant | BS |
| Eatonella, White | *Eatonella nivea* | ID, OR | Plant | BS |
| Eggvetch, Lavin | *Astragalus oophorus* var. *lavinii* | NV | Plant | BS |
| Eggvetch-long Calyx (Pink Eggvetch-long) | *Astragalus oophorus* var. *lonchocalyx* | NV, UT | Plant | BS |
| Eider, King | *Somateria spectabilis* | AK | Bird | BS |
| Eider, Spectacled | *Somateria fischeri* | AK | Bird | FT |
| Eider, Steller's | *Polysticta stelleri* | AK | Bird | FT |
| Elkweed, Pahute | *Frasera albicaulis* var. *modocensis* | NV | Plant | BS |
| Entoloma, Indigo | *Entoloma nitidum* | CA | Fungi | BS |
| Estes' artemisia | *Artemisia ludoviviana* ssp. *estesii* | OR | Plant | BS |
| Evening-primrose, Baird's | *Camissonia bairdii* | UT | Plant | BS |
| Evening-primrose, Cane Spring | *Camissonia megalantha* | NV | Plant | BS |
| Evening-primrose, Diamond Valley | *Camissonia gouldii* | UT | Plant | BS |
| Evening-primrose, Dwarf | *Camissonia pygmaea* | OR | Plant | BS |
| Evening-primrose, Hardham's | *Camissonia hardhamiae* | CA | Plant | BS |
| Evening-primrose, Murdock's | *Oenothera murdocki* | UT | Plant | BS |
| Evening-primrose, Narrowleaf | *Oenothera acutissima* | CO | Plant | BS |
| Evening-primrose, Obscure | *Camissonia andina* | MT | Plant | BS |
| Evening-primrose, Organ Mountain | *Oenothera organensis* | NM | Plant | BS |
| Evening-primrose, Palmer's | *Camissonia palmeri* | ID | Plant | BS |
| Evening-primrose, San Benito | *Camissonia benitensis* | CA | Plant | FT |
| Evening-primrose, Slender | *Camissonia exilis* | AZ | Plant | BS |
| Evening-primrose, St. Anthony | *Oenothera psammophila* | ID | Plant | BS |
| Evening-primrose, Winged-seed | *Camissonia pterosperma* | ID | Plant | BS |
| Evening-primrose, Wolf's | *Oenothera wolfii* | CA | Plant | BS |
| Fairy-fan | *Spathularia flavida* | CA | Fungi | BS |
| Fairy Shrimp, Conservancy | *Branchinecta conservatio* | CA | Crustacean | FE |
| Fairy Shrimp, Longhorn | *Branchinecta longiantenna* | CA | Crustacean | FE |
| Fairy Shrimp, Vernal Pool | *Branchinecta lynchi* | CA, OR | Crustacean | FT |
| Fairypoppy, White | *Meconella oregana* | OR | Plant | BS |
| Falcon, American Peregrine | *Falco peregrinus anatum* | AK, ID, MT, NM, NV, OR, UT, WY | Bird | BS |
| Falcon, Arctic Peregrine | *Falco peregrinus tundrius* | AK, NM, OR | Bird | BS |
| Falcon, Northern Aplomado | *Falco femoralis septentrionalis* | AZ, NM | Bird | FE |
| Falcon, Prairie | *Falco mexicanus* | ID, NV | Bird | BS |
| False Goldeneye, Tropical | *Heliomeris soliceps* | CA | Plant | BS |
| False Truffle, Yellow | *Leucogaster citrinus* | CA | Fungi | BS |
| Fawn-lily, Howell's | *Erythronium howellii* | OR | Plant | BS |
| Fawn-lily, Scott Mountain | *Erythronium citrinum* var. *roderickii* | CA | Plant | BS |
| Fawn-lily, Tuolumne | *Erythronium tuolumnense* | CA | Plant | BS |
| Feathergrass, Porter | *Ptilagrostis porteri* | CO | Plant | BS |
| Felwort, Marsh | *Lomatogonium rotatum* | ID, MT | Plant | BS |
| Fen Mustard, Penland Alpine | *Eutrema penlandii* | CO | Plant | FT |

BLM_0008556

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Fern, Deer | *Blechnum spicant* | ID, NM | Plant | BS |
| Fern, Goldenback | *Pentagramma triangularis* ssp. *triangularis* | ID | Plant | BS |
| Ferret, Black-footed | *Mustela nigripes* | AZ, CO, MT, NM, UT, WY | Mammal | FE, XN |
| Feverfew, Ligulate | *Parthenium ligulatum* | CO | Plant | BS |
| Fiddleleaf, Matted | *Nama densum* var. *parviflorum* | CO | Plant | BS |
| Fiddleneck, Bent-flowered | *Amsinkia lunaris* | CA | Plant | BS |
| Fieldslug, Evening | *Deroceras hesperium* | OR | Snail | BS |
| Figwort, Organ Mountain | *Scrophularia laevis* | NM | Plant | BS |
| Finch, Black Rosy | *Leucosticte atrata* | NV | Bird | BS |
| Fireweed, Oregon | *Epilobium oreganum* | CA, OR | Plant | BS |
| Fisher | *Martes pennanti* | ID, OR | Mammal | BS |
| Fisher, Pacific | *Martes pennanti pacifica* | CA, OR | Mammal | BS |
| Fishhook Cactus, Blaine's | *Sclerocactus blainei* | NV | Plant | BS |
| Fishhook Cactus, Gramagrass | *Sclerocactus papyracanthus* | NM | Plant | BS |
| Cactus, Mesa Verde | *Sclerocactus mesae-verdae* | CO, NM | Plant | FT |
| Fishhook cactus, New Mexico | *Sclerocactus cloveriae* ssp. *brackii* | NM | Plant | BS |
| Fishhook cactus, Paria Plateau | *Sclerocactus sileri* | UT | Plant | BS |
| Fishhook Cactus, Short-spined | *Sclerocactus brevispinus* | UT | Plant | BS |
| Fishhook Cactus, Wright | *Sclerocactus wrightiae* | UT | Plant | FE |
| Flameflower, Cedar Mountain | *Talinum thompsonii* | UT | Plant | BS |
| Flameflower, Pinos Altos | *Talinum humile* | NM | Plant | BS |
| Flannelbush, California | *Fremontodendron californicum* | AZ, CA | Plant | BS |
| Flannelbush, Mexican | *Fremontodendron mexicanum* | CA | Plant | FE |
| Ceanothus, Pine Hill | *Ceanothus roderickii* | CA | Plant | FE |
| Flannelbush, Pine Hill | *Fremontodendron decumbens (=F. californicum* ssp. *decumbens)* | CA | Plant | FE |
| Flannelbush, Pine Hill | *Fremontodendron decumbens (=F. californicum* ssp. *sierra)* | CA | Plant | FE |
| Flatsedge, Schweinitz' | *Cyperus schweinitzii* | MT | Plant | BS |
| Flatworm | *Kenkia rhynchida* | OR | Annelid | BS |
| Flax, Brewer's Dwarf | *Hesperolinon breweri* | CA | Plant | BS |
| Flax, Drymaria-like Western | *Hesperolinon drymarioides* | CA | Plant | BS |
| Flax, Glandular Western | *Hesperolinon adenophyllum* | CA | Plant | BS |
| Flax, Napa Western | *Hesperolinon serpentinum* | CA | Plant | BS |
| Flax, Tehama County Western | *Hesperolinon tehamense* | CA | Plant | BS |
| Fleabane, Acoma | *Erigeron acomanus* | NM | Plant | BS |
| Fleabane, Basalt | *Erigeron basalticus* | OR | Plant | C |
| Fleabane, Bisti | *Erigeron bistiensis* | NM | Plant | BS |
| Fleabane, Broad | *Erigeron latus* | NV | Plant | BS |
| Fleabane, Buff | *Erigeron ochroleucus* var. *ochroleucus* | MT | Plant | BS |
| Fleabane, Desert Yellow | *Erigeron linearis* | MT | Plant | BS |
| Fleabane, Fish Creek | *Erigeron piscaticus* | AZ | Plant | BS |
| Fleabane, Idaho | *Erigeron asperugineus* | MT | Plant | BS |
| Fleabane, Indian Valley | *Erigeron untermannii* | UT | Plant | BS |
| Fleabane, Lemmon | *Erigeron lemmonii* | AZ | Plant | C |
| Fleabane, Muir's | *Erigeron muirii* | AK | Plant | BS |
| Fleabane, Sheep | *Erigeron ovinus* | NV | Plant | BS |
| Fleabane, Sivinski's | *Erigeron sivinskii* | NM | Plant | BS |
| Fleabane, Zuni | *Erigeron rhizomatus* | AZ, NM | Plant | FT |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Floater, California | *Anodonta californiensis* | ID, NV | Mollusk | BS |
| Flycatcher, Gray | *Empidonax wrightii* | CA | Bird | BS |
| Flycatcher, Hammond's | *Empidonax hammondii* | ID | Bird | BS |
| Flycatcher, Olive-sided | *Contopus borealis* | AK, ID, NM, OR, WY | Bird | BS |
| Flycatcher, Southwestern Willow | *Empidonax traillii extimus* | AZ, CA, CO, NM, NV, UT | Bird | FE |
| Flycatcher, Willow | *Empidonax traillii* | ID | Bird | BS |
| Fog-lichen, Powdery | *Vermilacina cephalota* | CA | Plant | BS |
| Four-o`clock, McFarlane`s | *Mirabilis macfarlanei* | ID, OR | Plant | FT |
| Four-tooth Moss, Bent-kneed | *Tetraphis geniculata* | CA | Plant | BS |
| Fox, Kit | *Vulpes velox macrotis* | CA, ID | Mammal | BS |
| Fox, San Joaquin Kit | *Vulpes macrotis mutica* | CA | Mammal | FE |
| Fox, Swift | *Vulpes velox* | MT, WY | Mammal | BS |
| Fragrant Kalmiopsis | *Kalmiopsis fragrans* | OR (Douglas County) | Plant | BS |
| Fritillary, Gentner`s | *Fritillaria gentneri* | CA, OR | Plant | FE |
| Fritillary, Ojai | *Fritillaria ojaiensis* | CA | Plant | BS |
| Fritillary, Nokomis | *Speyeria nokomis nokomis* | CO, UT | Insect | BS |
| Fritillary, San Benito | *Fritillaria viridea* | CA | Plant | BS |
| Fritillary, Talus | *Fritillaria falcata* | CA | Plant | BS |
| Frog, California Red-legged | *Rana aurora draytonii* | CA | Amphibian | FT |
| Frog, Chiricahua Leopard | *Rana chiricahuensis* | AZ, NM | Amphibian | FT |
| Frog, Columbia Spotted | *Rana luteiventris* | MT, OR, UT, WY | Amphibian | C |
| Frog, Columbia Spotted (Great Basin Population) | *Rana luteiventris* | ID, NV, OR | Amphibian | C |
| Frog, Foothill Yellow-legged | *Rana boylei* | CA | Amphibian | BS |
| Frog, Northern Cricket | *Acris crepitans* | CA, NM, UT | Amphibian | BS |
| Frog, Northern Leopard | *Rana pipiens* | CO, ID, OR, WY | Amphibian | BS |
| Frog, Oregon Spotted | *Rana pretiosa* | OR, WY | Amphibian | C |
| Frog, Plain`s Leopard | *Rana blairi* | CO | Amphibian | BS |
| Frog, Relict Leopard | *Rana onca* | NV | Amphibian | C |
| Frog, San Sebastian Leopard | *Rana yavapaiensis* | CA, NM, UT | Amphibian | BS |
| Frog, Stubble | *Calicium viride* | CA | Plant | |
| Frog, Tailed | *Ascaphus truei* | MT | Amphibian | BS |
| Frog, Wood | *Rana sylvatica* | MT | Amphibian | BS |
| Fuzzwort, Pacific | *Ptilidium californicum* | MT | Plant | BS |
| Gambusia, Pecos | *Gambusia nobilis* | NM | Fish | FE |
| Gar, Shortnose | *Lepisosteus platostomus* | MT | Fish | BS |
| Gecko, Utah Banded | *Coleonyx variegates utahensis* | UT | Reptile | BS |
| Gentian, Bristly | *Gentiana plurisetosa* | OR | Plant | BS |
| Gentian, Mendocino | *Gentiana setigera* | OR | Plant | BS |
| Gentian, Tufted Green | *Frasera paniculata* | CO | Plant | BS |
| Gentian, Utah | *Gentianella tortuosa* | CO | Plant | BS |
| Gila Monster | *Heloderma suspectum* | CA, UT | Reptile | BS |
| Gila Monster, Banded | *Heloderma suspectum cinctum* | AZ, NV, UT | Reptile | BS |
| Gilia, Aztec | *Gilia formosa* | NM | Plant | BS |
| Gilia, Ballhead | *Ipomopsis congesta* ssp. *crebriola* | MT | Plant | BS |
| Gilia, Dark-eyed; Seaside | *Gilia millefoliata* | CA, OR | Plant | BS |

BLM_0008558

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Gilia, Hollyleaf | *Gilia latifolia* var. *imperialis* | UT | Plant | BS |
| Gilia, Little San Bernardino Mountain | *Gilia maculata* | CA | Plant | BS |
| Gilia, Monterey | *Gilia tenuiflora* ssp. *arenaria* | CA | Plant | FE |
| Gilia, Mussentuchit | *Gilia tenuis* | UT | Plant | BS |
| Gilia, Narrowstem | *Gilia stenothyrsa* | CO | Plant | BS |
| Gilia, Pagosa Trumpet | *Ipomopsis polyantha* | CO | Plant | BS |
| Gilia, Rabbit Valley (Wonderland Gilia) | *Gilia caespitosa* | UT | Plant | BS |
| Gilia, Spreading | *Ipomopsis polycladon* | ID | Plant | BS |
| Gilia, Weber's Scarlet | *Ipomopsis aggregate* ssp. *weberi* | WY | Plant | BS |
| Glasswort, Red | *Salicornia rubra* | ID | Plant | BS |
| Globeberry, Texas | *Ibervillea tenuisecta* | AZ | Plant | BS |
| Globeberry, Tumamoc | *Tumamoca macdougalii* | AZ | Plant | BS |
| Globemallow, Baker's | *Iliamna bakeri* | CA, OR | Plant | BS |
| Globemallow, Gooseberry-leaf | *Sphaeralcea grossulariifolia* ssp. *grossulariifolia* | UT | Plant | BS |
| Globemallow, Jane's | *Sphaeralcea janeae* | UT | Plant | BS |
| Globemallow, Porter's | *Sphaeralcea procera* | NM | Plant | BS |
| Globemallow, Psoralia | *Sphaeralcea psoraloides* | UT | Plant | BS |
| Globemallow, Railroad Valley | *Sphaeralcea caespitosa* var. *caespitosa* | UT | Plant | BS |
| Globemallow, Railroad Valley | *Sphaeralcea caespitosa* var. *williamsiae* | NV | Plant | BS |
| Globemallow, White-stemmed | *Sphaeralcea munroana* | MT | Plant | BS |
| Glossopetalon, Pungent | *Glossopetalon pungens* | CA, NV | Plant | BS |
| Gnatcatcher, Coastal California | *Polioptila californica californica* | CA | Bird | FT |
| Goat's foot, Greening | *Albatrellus ellisii* | CA | Plant | BS |
| Godwit, Black-tailed | *Limosa limosa* | AK | Bird | BS |
| Godwit, Marbled | *Limosa fedoa* | AK | Bird | BS |
| Golden-aster, Huachuca | *Heterotheca rutteri* | AZ | Plant | BS |
| Golden-aster, Shevock's Hairy | *Heterotheca shevockii* | CA | Plant | BS |
| Goldenbush, Eastwood's | *Ericameria fasciculata* | CA | Plant | BS |
| Goldenbush, Greenwood's | *Ericameria lignumviridis* | UT | Plant | BS |
| Goldenbush, Pine Valley | *Ericameria crispa* | UT | Plant | BS |
| Goldenbush, Zion | *Ericameria zionis* | UT | Plant | BS |
| Golden-clover, Butte County | *Trifolium jokerstii* | CA | Plant | BS |
| Goldeneye, Barrow's | *Bucephala islandica* | CO, ID | Bird | BS |
| Goldeneye, Showy | *Heliomeris multiflora* var. *multiflora* | MT | Plant | BS |
| Goldenrod, Few-flowered | *Solidago velutina* | MT, SD | Plant | BS |
| Goldenstar, San Diego | *Muilla clevelandii* | CA | Plant | BS |
| Goldenweed, Bugleg | *Pyrrocoma insecticruris* | ID | Plant | BS |
| Goldenweed, Howell's One-flowered | *Pyrrocoma uniflora* var. *uniflora* | ID | Plant | BS |
| Goldenweed, Large-flowered | *Pyrrocoma carthamoides* var. *subsquarrosa* | MT | Plant | BS |
| Goldenweed, Palouse | *Pyrrocoma liatriformis* | ID, OR | Plant | BS |
| Goldenweed, Snake River | *Pyrrocoma radiata* | ID | Plant | BS |
| Goldfields, Contra Costa | *Lasthenia conjugens* | CA | Plant | FE |
| Goldfields, Coulter's | *Lasthenia glabrata* ssp. *coulteri* | CA | Plant | BS |
| Goldfields, Large-flowered | *Lasthenia macrantha* ssp. *prisca* | OR | Plant | BS |
| Goldthread, Three-leaf | *Coptis trifolia* | OR | Plant | BS |
| Goose, Aleutian Canada | *Branta canadensis leucopareia* | AK, CA, OR | Bird | DM |
| Goose, Dusky Canada | *Branta canadensis occidentalis* | AK | Bird | BS |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Goose, Tule White-fronted | *Anser albifrons gambelli* | AK | Bird | BS |
| Gooseberry, Sequoia | *Ribes tularense* | CA | Plant | BS |
| Goosefoot, Sandhill | *Chenopodium cycloides* | NM | Plant | BS |
| Gopher, Desert Pocket | *Geomys bursarius tularosae* | NM | Mammal | BS |
| Gopher, Fish Spring Pocket | *Thomomys bottae abstrusus* | NV | Mammal | BS |
| Gopher, Guadalupe Pocket | *Thomomys bottae guadalupensis* | NM | Mammal | BS |
| Gopher, Idaho Pocket | *Thomomys idahoensis* | WY | Mammal | BS |
| Gopher, San Antonio Pocket | *Thomomys bottae curtatus* | NV | Mammal | BS |
| Gopher, Southern Pocket | *Thomomys umbrinus emotus* | NM | Mammal | BS |
| Gopher, Wyoming Pocket | *Thomomys clusius* | WY | Mammal | BS |
| Goshawk, Northern | *Accipiter gentilis* | CO, MT, NM, NV, OR, UT, WY | Bird | BS |
| Goshawk, Northern (Queen Charlotte) | *Accipiter gentilis laingi* | AK | Bird | BS |
| Gramma, Blue | *Bouteloua gracilis* | ID | Plant | BS |
| Grass Bug, American Acetropis | *Acetropis americana* | OR | Insect | BS |
| Grass, California Orcutt | *Orcuttia californica* | CA | Plant | FE |
| Grass, Hairy Orcutt | *Orcuttia pilosa* | CA | Plant | FE |
| Grass, San Joaquin Valley Orcutt | *Orcuttia inaequalis* | CA | Plant | FT |
| Grass, Semaphore | *Pleuropogon sabinei* | AK | Plant | BS |
| Grass, Sessile-leaved Scurvy | *Cochlearia sessilifolia* | AK | Plant | BS |
| Grass, Slender | *Orcuttia tenuis* | CA | Plant | FT |
| Grasshopper, Idaho Pointheaded | *Acrolophitus punchellus* | ID | Insect | BS |
| Grayling, Arctic | *Thymallus arcticus* | MT | Fish | C |
| Grebe, Red-necked | *Podiceps grisegena* | OR | Bird | BS |
| Green-molly | *Kochia americana* | MT | Plant | BS |
| Greenbriar, English Peak | *Smilax jamesii* | CA | Plant | BS |
| Greenthread, Green River | *Thelesperma caespitosum* | UT, WY | Plant | BS |
| Greenthread, Uinta | *Thelesperma pubescens* | UT, WY | Plant | BS |
| Grosbeak, Blue | *Guiraca caerulea* | UT | Bird | BS |
| Grounddaisy, Charleston | *Townsendia jonesii* var. *tumulosa* | NV | Plant | BS |
| Groundsel, Spellenberg's | *Packera spellenbergii* | NM | Plant | BS |
| Grouse, Columbian Sharp-tailed | *Tympanuchus phasianellus columbianus* | CA, CO, ID, MT, NV, UT, WY | Bird | BS |
| Grouse, Sharp-tailed | *Tympanuchus phasianellus* | UT | Bird | BS |
| Guillemot, Black | *Cepphus grylle* | AK | Bird | BS |
| Gumplant, Ash Meadows | *Grindelia fraxino-pratensis* | CA, NV | Plant | FT |
| Gumweed, Howell's | *Grindelia howellii* | ID | Plant | BS |
| Gymnopilus, Blue-green | *Gymnopilus punctifolius* | CA | Plant | BS |
| Harebell, Castle Crags | *Campanula shetleri* | CA | Plant | BS |
| Harebell, Sharsmith's | *Campanula sharsmithiae* | CA | Plant | BS |
| Harmonia, Nile's | *Harmonia hallii* | CA | Plant | BS |
| Harmonia, Nile's | *Harmonia doris-nilesiae* | CA | Plant | BS |
| Harmonia, Stebbin's | *Harmonia stebbininsii* | CA | Plant | BS |
| Harrier, Northern | *Circus cyaneus* | ID | Bird | BS |
| Hawk, Ferruginous | *Buteo regalis* | CO, ID, MT, NM, NV, OR, UT, WY | Bird | BS |
| Hawk, Northern Gray | *Buteo nitidus maximus* | AZ, ID, MT, | Bird | BS |

BLM_0008560

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| | | NM, WY | | |
| Hawk, Swainson's | *Buteo swainsoni* | ID, MT, NV, UT | Bird | BS |
| Hawksbeard, Idaho | *Crepis bakeri* ssp. *idahoensis* | ID | Plant | BS |
| Hazardia, Orcutt's | *Hazardia orcuttii* | CA | Plant | BS |
| Hedgehog, Violet | *Sacodon fuscoindicus* | CA | Fungi | BS |
| Hedgehog cactus, Arizona | *Echinocereus coccineus* var. *arizonicus* (=*Echinocereus triglochidiatus* var. *arizonicus*) | AZ | Plant | FE |
| Hedgehog cactus, Fickeisen's | *Pediocactus peeblesianus* var. *fickeiseni* | AZ | Plant | C |
| Hedgehog cactus, Howe's | *Echinocereus engelmannii* var. *howei* | CA | Plant | BS |
| Hedgehog cactus, Kuenzler | *Echinocereus fendleri* var. *kuenzleri* | NM | Plant | FE |
| Hedgehog cactus, Simpson's | *Pediocactus simpsonii* var. *robustior* | ID | Plant | BS |
| Hesperian (Snail), Sister's | *Hochbergellus hirsutus* | OR | Snail | BS |
| Hesperian, Bald | *Vespericola* sp. | OR | Snail | BS |
| Hookless Cactus, Uinta Basin | *Sclerocactus glaucus* | CO, UT | Plant | FT |
| Hopsage, Spiny | *Grayia spinosa* | MT | Plant | BS |
| Horkelia, Henderson's | *Horkelia hendersonii* | CA | Plant | BS |
| Horkelia, Parry's | *Horkelia parryi* | CA | Plant | BS |
| Horkelia, Shaggy | *Horkelia congesta* ssp. *congesta* | OR | Plant | BS |
| Horse-mint, Cusick's | *Agastache cusickii* | MT | Plant | BS |
| Thelypody, Howell's Spectacular | *Thelypodium howellii spectabilis* | OR | Plant | FT |
| Howell's Spineflower | *Chorizanthe howellii* | CA | Plant | FE |
| Howellia, Water | *Howellia aquatilis* | CA, ID, MT, OR | Plant | FT |
| Hutchinsia, Prostrate | *Hutchinsia procumbens* | MT | Plant | BS |
| Hummingbird, Calliope | *Stellula calliope* | ID | Bird | BS |
| Ibis, White-faced | *Plegadis chihi* | AZ, CO, ID, NM, WY | Bird | BS |
| Iguana, Desert | *Dipsosaurus dorsalis* | UT | Reptile | BS |
| Indian-mallow, Pima | *Abutilon parishii* | AZ | Plant | BS |
| Indian Potato, Taper-root | *Orogenia fusiformis* | MT | Plant | BS |
| Indigo Bush, Gentry | *Dalea tentaculoides* | AZ | Plant | BS |
| Iris, Munz' | *Iris munzii* | CA | Plant | BS |
| Iris, Rocky Mountain | *Iris missouriensis* | UT | Plant | BS |
| Isopod, Socorro | *Thermosphaeroma thermophilus* | NM | Crustacean | FE |
| Ivesia, Alkali | *Ivesia kingii* | CA | Plant | BS |
| Ivesia, Ash Creek | *Ivesia paniculata* | CA | Plant | BS |
| Ivesia, Ash Meadows | *Ivesia kingii* (=*Ivesia kingii* var. *eremica*) | CA, NV | Plant | FT |
| Ivesia, Castle Crags | *Ivesia longibracteata* | CA | Plant | BS |
| Ivesia, Grimy | *Ivesia rhypara* var. *rhypara* | CA, NV | Plant | BS |
| Ivesia, Jaeger's | *Ivesia jaegeri* | CA, NV | Plant | BS |
| Ivesia, Kingston Mountains | *Ivesia patellifera* | CA | Plant | BS |
| Ivesia, Pickering's | *Ivesia pickeringii* | CA | Plant | BS |
| Ivesia, Pine Nut Mountains | *Ivesia pityocharis* | NV | Plant | BS |
| Ivesia, Plumas | *Ivesia sericoleuca* | CA | Plant | BS |
| Ivesia, Shelly's | *Ivesia rhypara* var. *shellyi* | OR | Plant | BS |
| Ivesia, Sierra Valley | *Ivesia aperta* var. *aperta* | CA, NV | Plant | BS |
| Ivesia, Webber's | *Ivesia webberi* | CA, NV | Plant | BS |
| Jaguar | *Panthera onca* | AZ, NM | Mammal | FE |

BLM_0008561

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Jay, Pinyon | *Gymnorhinus cyanocephalus* | ID, NV | Bird | BS |
| Jewelflower, California | *Stanfordia california (=Caulanthus californicus)* | CA | Plant | FE |
| Jewelflower, Dorr's Cabin | *Streptanthus morrisonii* ssp. *hirtiflorus* | CA | Plant | BS |
| Jewelflower, Freed's | *Streptanthus brachiatus* ssp. *hoffmanii* | CA | Plant | BS |
| Jewelflower, Hoffmann's | *Streptanthus glandulosus* ssp. *secundus* var. *hoffmanii* | CA | Plant | BS |
| Jewelflower, Kruckeberg's | *Streptanthus morrisonii* ssp. *kruckebergi* | CA | Plant | BS |
| Jewelflower, Lemmon's | *Caulanthus coulteri* | CA | Plant | BS |
| Jewelflower, Masonic Mountain | *Streptanthus oliganthus* | CA, NV | Plant | BS |
| Jewelflower, Metcalf Canyon | *Streptanthus albidus* ssp. *albidus* | CA | Plant | FE |
| Jewelflower, Morrison's | *Streptanthus morrisonii* ssp. *morrisonii* | CA | Plant | BS |
| Jewelflower, Mount Hamilton | *Streptanthus callistus* | CA | Plant | BS |
| Jewelflower, Piute Mountains | *Streptanthus cordatus* var. *piutensis* | CA | Plant | BS |
| Jewelflower, Socrates Mine | *Streptanthus brachiatus* ssp. *brachiatus* | CA | Plant | BS |
| Jewelflower, Three Peaks | *Streptanthus morrisonii* ssp. *elatus* | CA | Plant | BS |
| Juga (Snail), Barren | *Juga hemphilli hemphilli* | OR | Snail | BS |
| Juga (Snail), Bulb | *Juga bulbosa* | OR | Snail | BS |
| Juga (Snail), Dalles | *Juga hemphilli dallesensis* | OR | Snail | BS |
| Juga (Snail), Opal Springs | *Juga* sp. | OR | Snail | BS |
| Juga, Purple-lipped (Deschutes Juga) | *Juga hemphilli maupinensis* | OR | Snail | BS |
| Jumping-slug, Malone | *Hemphillia malone* | OR | Snail | BS |
| Kentrophyta, Bastard | *Astragalus tegetarioides* | OR | Plant | BS |
| Kingsnake, California Mountain | *Lampropeltis zonata* | CA | Reptile | BS |
| Kingsnake, Common | *Lampropeltis getula* | CO | Reptile | BS |
| Kingsnake, Sonoran Mountain | *Lampropeltis pyromelana* | NV | Reptile | BS |
| Kingsnake, St. Helena Mountain | *Lampropeltis zonata zonata* | CA | Reptile | BS |
| Kingsnake, Utah Mountain | *Lampropeltis pyromelana infralabialis* | UT | Reptile | BS |
| Knot, Red | *Calidris canutus* | AK | Bird | BS |
| Knotweed, Modoc County | *Polygonum polygaloides* ssp. *esotericum* | CA | Plant | BS |
| Lacewing, Cheese-weed Moth | *Oliarces clara* | AZ | Insect | BS |
| Ladies'-tresses, Canelo Hills | *Spiranthes delitescens* | AZ | Plant | FE |
| Ladies'-tresses, Ute | *Spiranthes diluvialis* | CO, ID, MT, NE, UT, WA, WY | Plant | FT |
| Ladies'-tresses, Western | *Spiranthes porrifolia* | ID | Plant | BS |
| Lady's-slipper, Clustered | *Cypripedium fasciculatum* | CA, OR | Plant | BS |
| Lady's-slipper, Mountain | *Cypripedium montanum* | CA | Plant | BS |
| Lady's-slipper, Small Yellow | *Cypripedium parviflorum* | MT, ND | Plant | BS |
| Lady's-slipper, Yellow | *Cypripedium alpinum* | WA | Plant | BS |
| Lamprey, Goose Lake | *Lampetra tridentata* ssp. | CA, OR | Fish | BS |
| Lamprey, Pacific | *Lampetra tridentata* | ID | Fish | BS |
| Lamprey, Western Brook | *Lampetra richardsoni* | AK | Fish | BS |
| Lanx, Rotund | *Lanx subrotundata* | OR | Snail | BS |
| Lanx, Scale | *Lanx klamathensis* | OR | Snail | BS |
| Lanx, Shortface | *Fisherola nuttalli* | ID | Snail | BS |
| Laphamia, Inyo | *Perityle inyoensis* | CO | Plant | BS |
| Lark, Streaked Horned | *Eremophila alpestris strigata* | OR | Bird | C |
| Larkspur, Dune | *Delphinium parryi* ssp. *blochamaniae* | CA | Plant | BS |
| Larkspur, Kern County | *Delphinium purpusii* | CA | Plant | BS |
| Larkspur, Recurved | *Delphinium recurvatum* | CA | Plant | BS |

BLM_0008562

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Larkspur, Umbrella | *Delphinium umbraculorum* | CA | Plant | BS |
| Larkspur, Wenatchee | *Delphinium viridescens* | OR | Plant | BS |
| Larkspur, White Rock | *Delphinium nuttallii* ssp. *ochroleucum* | WA | Plant | BS |
| Larkspur, Willamette Valley | *Delphinium nuttallii* ssp. *nuttallii* | OR | Plant | BS |
| Layia, Beach | *Layia carnosa* | CA | Plant | FE |
| Layia, Colusa | *Layia septentrionalis* | CA | Plant | BS |
| Layia, Jones's | *Layia jonesii* | CA | Plant | BS |
| Layia, Pale-yellow | *Layia heterotricha* | CA | Plant | BS |
| Leadplant | *Amorpha canescens* | MT | Plant | BS |
| Lemming, Northern Bog | *Synaptomys borealis* | ID, MT | Mammal | BS |
| Lettuce Lung | *Lobaria oregana* | CA | Plant | BS |
| Lewisia, Cantelow's | *Lewisia cantelovii* | CA | Plant | BS |
| Lewisia, Heckner's | *Lewisia cotyledon heckneri* | CA | Plant | BS |
| Lewisia, Purdy's | *Lewisia cotyledon* var. *cotyledon* | OR | Plant | BS |
| Lichen, Cat Paw | *Nephroma bellum* | CA | Plant | BS |
| Lichen, Dot | *Physcia semipinnata* | ID, OR | Plant | BS |
| Lichen, Dusty Cartilige | *Ramalina pollinaria* | CA | Plant | BS |
| Lichen, Earth | *Catapyrenium congestum* | ID | Plant | BS |
| Lichen, Horse-hair | *Bryoria pseudocapillaris* | CA | Plant | BS |
| Lichen, Horse-hair | *Bryoria spiralifera* | CA | Plant | BS |
| Lichen, Idaho Range | *Xanthoparmelia idahoensis* | ID | Plant | BS |
| Lichen, Long-beard | *Usnea longissima* | CA | Plant | BS |
| Lichen, Matted | *Pannaria rubiginosa* | CA | Plant | BS |
| Lichen, Nail | *Pilophorus acicularis* | ID | Plant | BS |
| Lichen, Orange Bush | *Teloschistes flavicans* | CA | Plant | BS |
| Lichen, Shield | *Heterodermia leucomelos* | CA | Plant | BS |
| Lichen, Short-spored Jelly | *Collema curtisporum* | ID | Plant | BS |
| Lichen, Skin | *Dermatocarpon lorenzianum* | ID | Plant | BS |
| Lichen, Worm | *Thamnolia vermicularis* | ID | Plant | BS |
| Lichen, Wovenspore | *Texosporium sancti-jacobi* | ID, OR | Plant | BS |
| Lichen, Yellow-twist Horse-hair | *Bryoria tortuosa* | CA | Plant | BS |
| Licorice-root, Calder's | *Ligusticum calderi* | AK | Plant | BS |
| Lily, Adobe | *Fritillaria pluriflora* | CA | Plant | BS |
| Lily, Western | *Lilium occidentale* | CA, OR | Plant | FE |
| Limpet, Banbury Springs | *Lanx* sp. | ID | Snail | FE |
| Linanthus, Little San Bernardino Mtn | *Gilia maculata* | CA | Plant | BS |
| Linanthus, Mount Tedoc | *Linanthus nuttallii* ssp. *howellii* | CA | Plant | BS |
| Linanthus, Orcutt's | *Linanthus orcuttii* | CA | Plant | BS |
| Liverwort | *Chiloscyphus gemmiparus* | OR | Plant | BS |
| Liverwort | *Jamesoniella autumnalis heterostips* | OR | Plant | BS |
| Liverwort | *Sphaerocarpos hians* | OR | Plant | BS |
| Lizard, Blunt-nosed Leopard | *Gambelia silus* | CA | Reptile | FE |
| Lizard, California Horned | *Phrynosoma coronatum frontale* | CA | Reptile | BS |
| Lizard, Coachella Valley Fringe-toed | *Uma inornata* | CA | Reptile | FT |
| Lizard, Colorado Desert Fringe-toed | *Uma notata notata* | CA | Reptile | BS |
| Lizard, Cowle's Fringe-toed | *Uma notata rufopunctata* | AZ | Reptile | BS |
| Lizard, Desert Night | *Xantusia vigilis vigilis* | UT | Reptile | BS |
| Lizard, Desert Spiny | *Sceloporus magister* | UT | Reptile | BS |
| Lizard, Flat-tailed Horned | *Phrynosoma mcallii* | AZ, CA, CO | Reptile | BS |
| Lizard, Longnose Leopard | *Gambelia wislizenii* | CA | Reptile | BS |
| Lizard, Mojave Black-collared | *Crotaphytus bicinctores* | ID, UT | Reptile | BS |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Lizard, Mojave Fringe-toed | *Uma scoparia* | CA | Reptile | BS |
| Lizard, Northern Sagebrush | *Sceloporus graciosus graciosus* | AZ, CA | Reptile | BS |
| Lizard, Sand Dune | *Sceloporus arenicolus* | NM | Reptile | C |
| Lizard, Short-horned | *Phrynosoma doublassii* | NV | Reptile | BS |
| Lizard, Sierra Alligator | *Elgaria coerulea palmeri* | NV | Reptile | BS |
| Lizard, Texas Horned | *Phrynosoma cornutum* | AZ, CO, NM | Reptile | BS |
| Lizard, Utah Night | *Xantusia vigilis utahensis* | UT | Reptile | BS |
| Lobelia, Kalm's | *Lobelia kalmii* | WA | Plant | BS |
| Lobelia, Water | *Lobelia dortmanna* | WA | Plant | BS |
| Locoweed, Arctic | *Oxytropis arctica* var. *barnebyana* | AK | Plant | BS |
| Locoweed, Kobuk | *Oxytropis kobukensis* | AK | Plant | BS |
| Loeflingia, Sagebrush | *Loeflingia squarrosa* var. *artemisiarum* | CA | Plant | BS |
| Lomatium, Congdon's | *Lomatium congdonii* | CA | Plant | BS |
| Lomatium, Cook's (Desert Parsley) | *Lomatium cookii* | OR | Plant | FE |
| Lomatium, Ochoco | *Lomatium ochocense* | OR | Plant | BS |
| Lomatium, Owens Peak | *Lomatium shevockii* | CA | Plant | BS |
| Lomatium, Suksdorf's | *Lomatium suksdorfii* | OR | Plant | BS |
| Lompoc, Yerba Santa | *Eriodictyon capitatum* | CA | Plant | FE |
| Loon, Common | *Gavia immer* | MT | Bird | BS |
| Loon, Red-throated | *Gavia stellata* | AK | Bird | BS |
| Lotus, Red-flowered | *Lotus rubriflorus* | CA | Plant | BS |
| Lotus, Scrub | *Lotus argyraeus* var. *multicaulis* | NV | Plant | BS |
| Lousewort, Dwarf | *Pedicularis centranthera* | CA | Plant | BS |
| Lousewort, Hairy | *Pedicularis hirsuta* | AK | Plant | BS |
| Lousewort, Meadow | *Pedicularis crenata* | MT | Plant | BS |
| Lupine, Cutler's Spured | *Lupinus caudatus* ssp. *culteri* | UT | Plant | BS |
| Lupine, Holmgren | *Lupinus holmgrenianus* | NV | Plant | BS |
| Lupine, Inch-high | *Lupinus uncialis* | CA, ID | Plant | BS |
| Lupine, Kincaid's | *Lupinus sulphureus* ssp. *kincaidii* (=*Lupinus sulphureus* var. *kincaidii*) | OR, WA | Plant | FT |
| Lupine, Orange | *Lupinus citrinus* var. *citrinus* | CA | Plant | BS |
| Lupine, Panamint Mountains | *Lupinus magnificus* var. *magnificus* | CA | Plant | BS |
| Lupine, Paradox Valley | *Lupinus crassus* | CO | Plant | BS |
| Lupine, Quincy | *Lupinus dalesiae* | CA | Plant | BS |
| Lupine, Sabine's | *Lupinus sabinianus* | WA | Plant | BS |
| Lupine, San Luis | *Lupinus ludovicianus* | CA | Plant | BS |
| Lupine, Shaggyhair | *Lupinus spectabilis* | CA | Plant | BS |
| Lynx, Canada | *Lynx canadensis* | AK, CO, ID, MT, OR, UT, WY | Mammal | FT |
| Madia, Showy | *Madia radiata* | CA | Plant | BS |
| Malacothrix, Carmel Valley | *Malacothrix saxatilis* var. *arachnoidea* | CA | Plant | BS |
| Mallow, Carmel Valley Bush | *Malacothamnus palmeri involucratus* | CA | Plant | BS |
| Mallow, Kern | *Eremalche parryi* ssp. *kernensis* (=*E. kernensis*) | CA | Plant | FE |
| Manzanita, Arroyo de la Cruz | *Arctostaphylos cruzensis* | CA | Plant | BS |
| Manzanita, Hooker's | *Arctostaphylos hookeri* ssp. *hookeri* | CA | Plant | BS |
| Manzanita, Ione | *Arctostaphylos myrtifolia* | CA | Plant | FT |
| Manzanita, Klamath | *Arctostaphylos klamathensis* | CA | Plant | BS |
| Manzanita, Monterey | *Arctostaphylos montereyensis* | CA | Plant | BS |
| Manzanita, Morro | *Arctostaphylos morroensis* | CA | Plant | FT |

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Manzanita, Nissenan | *Arctostaphylos nissenana* | CA | Plant | BS |
| Manzanita, Otay | *Arctostaphylos otayensis* | CA | Plant | BS |
| Manzanita, Sand Mesa | *Arctostaphylos rudis* | CA | Plant | BS |
| Manzanita, Sandmat | *Arctostaphylos pumila* | CA | Plant | BS |
| Manzanita, Santa Margarita | *Arctostaphylos pilosula* | CA | Plant | BS |
| Marcescent Dudleya | *Dudleya cymosa* ssp. *marcescens* | CA | Plant | FT |
| Mariposa Lily, Alkali | *Calochortus striatus* | CA, NV | Plant | BS |
| Mariposa Lily, Broad-fruit | *Calochortus nitidus* | ID, OR | Plant | BS |
| Mariposa Lily, Crinite | *Calochortus coxii* | OR | Plant | BS |
| Mariposa Lily, Green-band | *Calochortus macrocarpus* var. *maculosus* | ID, OR | Plant | BS |
| Mariposa Lily, Greene's | *Calochortus greenei* | CA, OR | Plant | BS |
| Mariposa Lily, Inyo | *Calochortus excavatus* | CA | Plant | BS |
| Mariposa Lily, Pleasant Valley | *Calochortus clavatus* var. *avius* | CA | Plant | BS |
| Mariposa Lily, San Luis | *Calochortus obispoensis* | CA | Plant | BS |
| Mariposa Lily, San Luis Obispo | *Calochortus simulans* | CA | Plant | BS |
| Mariposa Lily, Shasta River | *Calochortus monanthus* | CA | Plant | BS |
| Mariposa Lily, Siskiyou | *Calochortus persistens* | CA, OR | Plant | C |
| Mariposa Lily, Umpqua | *Calochortus umpquaensis* | OR | Plant | C |
| Marsh Thistle, Wright's | *Cirsium wrightii* | NM | Plant | BS |
| Marten | *Martes americana* | UT | Mammal | BS |
| Martin, Purple | *Progne subis* | MT, OR | Bird | BS |
| Massasauga | *Sistrurus catenatus* | CO | Reptile | BS |
| Meadowfoam, Bellinger's | *Limnanthes floccosa* ssp. *bellingeriana* | CA, OR | Plant | BS |
| Meadowfoam, Butte County | *Limnanthes floccosa* ssp. *californica* | CA | Plant | FE |
| Meadowfoam, Slender | *Limnanthes gracilis* ssp. *gracilis* | OR | Plant | BS |
| Meadowfoam, Large-flowered Wooly | *Limnanthes floccosa* ssp. *grandiflora* | OR | Plant | FE |
| Meadowlark, Western | *Sturnella neglecta* | OR | Bird | BS |
| Meadowrue, Alpine | *Thalictrum alpinum* | MT | Plant | BS |
| Meadowrue, Purple | *Thalictrum dasycarpum* | ID | Plant | BS |
| Meesia | *Meesia longiseta* | CA | Insect | BS |
| Mesa-mint, Otay | *Pogogyne nudiuscula* | CA | Plant | FE |
| Mescal Bean, Guadalupe | *Sophora gypsophila* var. *guadalupensis* | NM | Plant | BS |
| Microseris, Detling's | *Microseris laciniata* ssp. *detlingii* | CA, OR | Plant | BS |
| Milk-vetch, Applegate's | *Astragalus applegatei* | OR | Plant | FE |
| Milk-vetch, Ames' (Suksdorf's Milk-vetch) | *Astragalus pulsiferae* var. *suksdorfii* | CA, OR | Plant | BS |
| Milk-vetch, Aquarius | *Astragalus newberryi* var. *aquarii* | AZ | Plant | BS |
| Milk-vetch, Ash Meadows | *Astragalus phoenix* | NV | Plant | FT |
| Milk-vetch, Ash Valley | *Astragalus anxius* | CA | Plant | BS |
| Milk-vetch, Barren | *Astragalus cusickii* var. *sterilis* | ID | Plant | BS |
| Milk-vetch, Barr's | *Astragalus barrii* | MT, SD | Plant | BS |
| Milk-vetch, Bitterroot | *Astragalus scaphoides* | MT | Plant | BS |
| Milk-vetch, Black (Black Woolly-pod Milk-vetch) | *Astragalus funereus* | CA, NV | Plant | BS |
| Milk-vetch, Brandegee | *Astragalus brandegeei* | CO | Plant | BS |
| Milk-vetch, Braunton's | *Astragalus brauntonii* | CA | Plant | FE |
| Milk-vetch, Challis | *Astragalus amblytropis* | ID | Plant | BS |
| Milk-vetch, Cisco | *Astragalus sabulosus* var. *sabulosus* | UT | Plant | BS |

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Milk-vetch, Cisco | *Astragalus sabulosus* var. *vehiculus* | UT | Plant | BS |
| Milk-vetch, Cliff | *Astragalus cremnophylax* var. *myriorrhaphis* | AZ | Plant | BS |
| Milk-vetch, Clokey | *Astragalus aequalis* | NV | Plant | BS |
| Milk-vetch, Coachella Valley | *Astragalus lentiginosus* var. *coachellae* | CA | Plant | FE |
| Milk-vetch, Columbia | *Astragalus columbianus* | OR | Plant | BS |
| Milk-vetch, Cotton's | *Astragalus cottonii* | WA | Plant | BS |
| Milk-vetch, Cronquist | *Astragalus cronquistii* | CO, UT | Plant | BS |
| Milk-vetch, Currant | *Astragalus uncialis* | NV, UT | Plant | BS |
| Milk-vetch, Cushenbury | *Astragalus albens* | CA | Plant | FE |
| Milk-vetch, Cushion | *Astragalus aretioides* | CO, MT | Plant | BS |
| Milk-vetch, Darwin Mesa | *Astragalus atratus* var. *mensanus* | CA | Plant | BS |
| Milk-vetch, Deane's | *Astragalus deanei* | CA | Plant | BS |
| Milk-vetch, Debeque | *Astragalus debequaeus* | CO | Plant | BS |
| Milk-vetch, Debris | *Astragalus detritalis* | CO | Plant | BS |
| Milk-vetch, Deseret | *Astragalus desereticus* | UT | Plant | FT |
| Milk-vetch, Diamond Butte | *Astragalus toanus* var. *scidulus* | AZ | Plant | BS |
| Milk-vetch, Drummond's | *Astragalus drummondii* | ID | Plant | BS |
| Milk-vetch, Dubois | *Astragalus gilviflorus* var. *purpureus* | WY | Plant | BS |
| Milk-vetch, Duchesne | *Astragalus duchesnensis* | CO | Plant | BS |
| Milk-vetch, Escarpment | *Astragalus striatiflorus* | UT | Plant | BS |
| Milk-vetch, Ferris's | *Astragalus tener* var. *ferrisiae* | CA | Plant | BS |
| Milk-vetch, Ferron | *Astragalus musiniensis* | CO | Plant | BS |
| Milk-vetch, Field | *Astragalus agrestis* | CA | Plant | BS |
| Milk-vetch, Fish Slough | *Astragalus lentiginosus* var. *piscinensis* | CA | Plant | FT |
| Milk-vetch, Fisher Tower's | *Astragalus piscator* | CO | Plant | BS |
| Milk-vetch, Four-wing | *Astragalus tetrapterus* | ID | Plant | BS |
| Milk-vetch, Geyer's | *Astragalus geyeri* var. *geyeri* | CA | Plant | BS |
| Milk-vetch, Gilman | *Astragalus gilmanii* | NV | Plant | BS |
| Milk-vetch, Goose Creek | *Astragalus anserinus* | ID, NV, UT | Plant | BS |
| Milk-vetch, Grand Junction | *Astragalus linifolius* | CO | Plant | BS |
| Milk-vetch, Gray's | *Astragalus grayi* | MT | Plant | BS |
| Milk-vetch, Green River | *Astragalus pubentissimus* | UT | Plant | BS |
| Milk-vetch, Gumbo | *Astragalus ampullaris* | UT | Plant | BS |
| Milk-vetch, Gunnison | *Astragalus anisus* | CO | Plant | BS |
| Milk-vetch, Halfring | *Astragalus mohavensis* var. *hemigyrus* | NV | Plant | BS |
| Milk-vetch, Hamilton's | *Astragalus hamiltonii* | UT | Plant | BS |
| Milk-vetch, Heliotrope | *Astragalus limnocharis* var. *montii* (=*A. montii*) | UT | Plant | FT |
| Milk-vetch, Holmgren | *Astragalus holmgreniorum* | AZ, UT | Plant | FE |
| Milk-vetch, Horseshoe | *Astragalus desperatus* var. *neeseae* (= *A. equisolensis*) | UT | Plant | BS |
| Milk-vetch, Huachuca | *Astragalus hypoxylus* | AZ | Plant | BS |
| Milk-vetch, Humbolt | *Astragalus agnicidus* | CA | Plant | BS |
| Milk-vetch, Hyattville | *Astragalus jejunus* var. *articulatus* | WY | Plant | BS |
| Milk-vetch, Inyo | *Astragalus inyoensis* | NV | Plant | BS |
| Milk-vetch, Jacumba | *Astragalus douglasii* var. *perstrictus* | CA | Plant | BS |
| Milk-vetch, Jepson's | *Astragalus rattanii* var. *jepsonianus* | CA | Plant | BS |
| Milk-vetch, Kerr's | *Astragalus kerrii* | NM | Plant | BS |
| Milk-vetch, Knight's | *Astragalus knightii* | NM | Plant | BS |
| Milk-vetch, Lamoille Canyon | *Astragalus robbinsii* var. *occidentalis* | NV | Plant | BS |

BLM_0008566

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Milk-vetch, Lane Mountain | *Astragalus jaegerianus* | CA | Plant | FE |
| Milk-vetch, Least Bladdery | *Astragalus microcystis* | ID | Plant | BS |
| Milk-vetch, Lemhi | *Astragalus aquilonius* | ID | Plant | BS |
| Milk-vetch, Lemmon's | *Astragalus lemmonii* | CA | Plant | BS |
| Milk-vetch, Lens-pod | *Astragalus lentiformis* | CA | Plant | BS |
| Milk-vetch, Lesser Rushy | *Astragalus convallarius* var. *convallarius* | MT | Plant | BS |
| Milk-vetch, Lonesome (Weak Milk-vetch) | *Astragalus solitarius* | NV | Plant | BS |
| Milk-vetch, Long Valley | *Astragalus johannis-howellii* | CA | Plant | BS |
| Milk-vetch, Lost River | *Astragalus amnis-amissi* | ID | Plant | BS |
| Milk-vetch, Mancos | *Astragalus humillimus* | CO, NM | Plant | FE |
| Milk-vetch, Marble Canyon | *Astragalus cremnophylax* var. *hevronii* | AZ | Plant | BS |
| Milk-vetch, Meadow | *Astragalus diversifolius* | ID | Plant | BS |
| Milk-vetch, Mokiak | *Astragalus mokiacensis* | NV | Plant | BS |
| Milk-vetch, Mourning | *Astragalus atratus* var. *inseptus* | ID | Plant | BS |
| Milk-vetch, Mulford's | *Astragalus mulfordiae* | ID | Plant | BS |
| Milk-vetch, Naturita | *Astragalus naturitensis* | CO | Plant | BS |
| Milk-vetch, Needle Mountains (Peck Station Milk-vetch) | *Astragalus eurylobus* | NV | Plant | BS |
| Milk-vetch, Nelson | *Astragalus nelsonianus* | CO, WY | Plant | BS |
| Milk-vetch, Newberry's | *Astragalus newberryi* var. *castoreus* | ID | Plant | BS |
| Milk-vetch, Osgood Mountains | *Astragalus yoder-williamsii* | ID | Plant | BS |
| Milk-vetch, Osterhout | *Astragalus osterhoutii* | CO | Plant | FE |
| Milk-vetch, Packard's | *Astragalus cusickii* var. *packardiae* | ID | Plant | BS |
| Milk-vetch, Painted | *Astragalus ceramicus* var. *apus* | MT | Plant | BS |
| Milk-vetch, Payson's | *Astragalus paysonii* | ID | Plant | BS |
| Milk-vetch, Picabo | *Astragalus oniciformis* | ID | Plant | BS |
| Milk-vetch, Peirson's | *Astragalus magdalenae* var. *peirsonii* | CA | Plant | FT |
| Milk-vetch, Plains | *Astragalus gilviflorus* | ID | Plant | BS |
| Milk-vetch, Pohill's | *Astragalus lentiginosus* var. *pohilii* | UT | Plant | BS |
| Milk-vetch, Precocious | *Astragalus proimanthus* | WY | Plant | BS |
| Milk-vetch, Pulsifer's | *Astragalus pulsiferae* var. *pulsiferae* | CA | Plant | BS |
| Milk-vetch, Railhead | *Astragalus terminalis* | ID, MT | Plant | BS |
| Milk-vetch, Ripley's | *Astragalus ripleyi* | CO, NM | Plant | BS |
| Milk-vetch, San Rafeal | *Astragalus rafaelensis* | CO | Plant | BS |
| Milk-vetch, Sandstone | *Astragalus sesquiflorus* | CO | Plant | BS |
| Milk-vetch, Shevock's | *Astragalus shevockii* | CA | Plant | BS |
| Milk-vetch, Shivwitz | *Astragalus eremiticus* (= *A. ampullariodes*) | UT | Plant | FE |
| Milk-vetch, Silver | *Astragalus subcinereus* | UT | Plant | BS |
| Milk-vetch, Silverleaf | *Astragalus argophyllus* var. *argophyllus* | CA | Plant | BS |
| Milk-vetch, Skiff | *Astragalus microcymbus* | CO | Plant | BS |
| Milk-vetch, Spine-noded | *Peteria thompsoniae* | ID | Plant | BS |
| Milk-vetch, Spring Mountain | *Astragalus remotus* | NV | Plant | BS |
| Milk-vetch, Starveling | *Astragalus jejunus* var. *jejunus* | CO, ID | Plant | BS |
| Milk-vetch, Suksdorf | *Astragalus pulsiferae* var. *suksdorfii* | CA, WA | Plant | BS |
| Milk-vetch, Three-cornered | *Astragalus geyeri* var. *triquetrus* | AZ | Plant | BS |
| Milk-vetch, Tiehm's | *Astragalus tiehmii* | CA, NV | Plant | BS |
| Milk-vetch, Tonopah | *Astragalus pseudiodanthus* | CA | Plant | BS |
| Milk-vetch, Toquima | *Astragalus toquimanus* | NV | Plant | BS |

BLM_0008567

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Milk-vetch, Trelease's | *Astragalus racemosus* var. *treleasei* | WY | Plant | BS |
| Milk-vetch, Triple-ribbed | *Astragalus tricarinatus* | CA | Plant | FE |
| Milk-vetch, Trout Creek | *Astragalus salmonis* | ID | Plant | BS |
| Milk-vetch, Two-grooved | *Astragalus bisulcatus* var. *bisulcatus* | ID | Plant | BS |
| Milk-vetch, Walker Pass | *Astragalus ertterae* | CA | Plant | BS |
| Milk-vetch, Webber's | *Astragalus webberi* | CA | Plant | BS |
| Milk-vetch, Whited's | *Astragalus sinuatus* | OR | Plant | BS |
| Milk-vetch, Wind River | *Astragalus oreganus* | MT | Plant | BS |
| Milk-vetch, Zuni | *Astragalus accumbens* | NM | Plant | BS |
| Milkweed, Dwarf | *Asclepias uncialis* | CO | Plant | BS |
| Milkweed, Narrowleaf | *Asclepias stenophylla* | MT | Plant | BS |
| Milkweed, Ruth's | *Asclepias uncialis* ssp. *ruthiae* | NV | Plant | BS |
| Milkweed, Welsh's | *Asclepias welshii* | AZ, UT | Plant | FT |
| Milkwort, Mescalero | *Polygala rimulicola* var. *mescalerorum* | NM | Plant | BS |
| Miner's-candle, Owl Creek | *Cryptantha subcapitata* | WY | Plant | BS |
| Minnow, Loach | *Rhinichthys cobitis* | AZ, NM | Fish | FT |
| Minnow, Rio Grande Silvery | *Hybognathus amarus* | NM | Fish | FE |
| Mistmaiden, Thompson | *Romanzoffia thompsonii* | OR | Plant | BS |
| Mole, Coast | *Scapanus orarius* | ID | Mammal | BS |
| Monardella, Crisp | *Monardella crispa* | CA | Plant | BS |
| Monardella, Flax-like | *Monardella linoides oblonga* | CA | Plant | BS |
| Monardella, Robison | *Monardella robisonii* | CA | Plant | BS |
| Monardella, San Benito | *Monardella antonia* ssp. *benitensis* | CA | Plant | BS |
| Monardella, San Luis Obispo | *Monardella frutescens* | CA | Plant | BS |
| Monardella, Sweet-smelling | *Monardella beneolens* | CA | Plant | BS |
| Monardella, Veiny | *Monardella douglasii* ssp. *venosa* | CA | Plant | BS |
| Monkeyflower, Calico | *Mimulus pictus* | CA | Plant | BS |
| Monkeyflower, Disappearing | *Mimulus evanescens* | CA, OR | Plant | BS |
| Monkeyflower, Dwarf Purple | *Mimulus nanus* | MT | Plant | BS |
| Monkeyflower, Eastwood's | *Mimulus eastwoodiae* | CO | Plant | BS |
| Monkeyflower, Kaweah | *Mimulus norrisii* | CA | Plant | BS |
| Monkeyflower, Liverwort | *Mimulus jungermannioides* | OR | Plant | BS |
| Monkeyflower, Membrane-leaved | *Mimulus hymenophyllus* | OR | Plant | BS |
| Monkeyflower, Mojave | *Mimulus mohavensis* | CA | Plant | BS |
| Monkeyflower, Shevock's | *Mimulus shevockii* | CA | Plant | BS |
| Monkeyflower, Slender-stalked | *Mimulus gracilipes* | CA | Plant | BS |
| Monkeyflower, Slender-stemmed | *Mimulus filicaulis* | CA | Plant | BS |
| Monkeyflower, Spacious | *Mimulus washingtonensis* | ID | Plant | BS |
| Monkeyflower, Square-stemmed | *Mimulus ringens* | MT | Plant | BS |
| Moonpod, Desert | *Selinocarpus diffusus* | AZ | Plant | BS |
| Moonpod, Goosefoot | *Ammocodon chenopodioides* | AZ | Plant | BS |
| Moon-shrub, Northern | *Dendriscocaulon intricatulum* | CA | Plant | BS |
| Moonwort, Mingan | *Botrychium minganense* | ID | Plant | BS |
| Moonwort, Northern | *Botrychium pinnatum* | ID | Plant | BS |
| Moonwort, Scalloped (Dainty Moonwort) | *Botrychium crenulatum* | CA, NV, OR | Plant | BS |
| Moonwort, Slender | *Botrychium lineare* | CO, ID, OR | Plant | C |
| Moonwort, Stalked | *Botrychium pedunculosum* | OR | Plant | BS |
| Moonwort, Twin-spiked | *Botrychium paradoxum* | OR | Plant | BS |
| Moonwort; Upward-lobed | *Botrychium ascendens* | AK, OR | Plant | BS |
| Morning-glory, Butte County | *Calystegia atriplicifolia* ssp. *buttensis* | CA | Plant | BS |

BLM_0008568

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Morning-glory, South Coast Range | *Calystegia collina* ssp. *venusta* | CA | Plant | BS |
| Morning-glory, Stebbins' | *Calystegia stebbinsii* | CA | Plant | FE |
| Moss | *Encalypta brevicolla crumiana* | OR | Bryophyte | BS |
| Moss | *Limbella fryei* | OR | Plant | BS |
| Moss, Gold Butte | *Didymodon nevadensis* | NV | Plant | BS |
| Moss, Worm | *Scorpidium scorpioides* | MT | Plant | BS |
| Moth, Kern Primrose Sphinx | *Euproserpinus euterpe* | CA | Insect | FT |
| Mountain Balm, Indian Knob | *Eriodictyon altissimum* | CA | Plant | FE |
| Mountain-parsley, Purple | *Oreonana purpurascens* | CA | Plant | BS |
| Mountainsnail, Mineral Creek | *Oreohelix pilsbryi* | NM | Snail | BS |
| Mountainsnail, Ogden Deseret | *Oreohelix periphera* | UT | Snail | C |
| Mouse, Cactus | *Peromyscus torridus* | UT | Mammal | BS |
| Mouse, Dark Kangaroo | *Microdipodops megacephalus* | ID | Mammal | BS |
| Mouse, Desert Valley Kangaroo | *Microdipodops megacephalus albiventer* | NV | Mammal | BS |
| Mouse, Fletcher Dark Kangaroo | *Microdipodops megacephalus nasutus* | NV | Mammal | BS |
| Mouse, Little Pocket | *Perognathus longimembris* | ID | Mammal | BS |
| Mouse, Meadow Jumping | *Zapus hudsonius* | MT | Mammal | BS |
| Mouse, New Mexican Jumping | *Zapus hudsonius luteus* | NM | Mammal | BS |
| Mouse, Northern Rock | *Peromyscus nasutus* | UT | Mammal | BS |
| Mouse, Olive-backed Pocket | *Perognathus fasciatus* | UT | Mammal | BS |
| Mouse, Preble's Meadow Jumping | *Zapus hudsonius preblei* | CO, WY | Mammal | FT |
| Mouse, Rock Pocket | *Chaetodipus intermedius* | UT | Mammal | BS |
| Mouse, San Joaquin Pocket | *Perognathus inornatus inornatus* | CA | Mammal | BS |
| Mouse, Southern Grasshopper | *Onychomys torridus* | UT | Mammal | BS |
| Mouse, Tulare Grasshopper | *Onychomys torridus tularensis* | CA | Mammal | BS |
| Mouse, Yellow-eared Pocket | *Perognathus xanthonotus* | CA | Mammal | BS |
| Mousetail, Ostler's | *Ivesia shockleyi* var. *ostleri* | UT | Plant | BS |
| Mousetail, Sessile | *Myosurus sessilis* | OR | Plant | BS |
| Mudwort, Chiricahua | *Limosella pubiflora* | NM | Plant | BS |
| Muhly, Hairy | *Muhlenbergia villiflora* var. *villosa* | NM | Plant | BS |
| Mule ears, El Dorado | *Wyethia reticulata* | CA | Plant | BS |
| Murrelet, Kittliz's | *Brachyramphus brevirostris* | AK | Bird | BS |
| Murrelet, Marbled | *Brachyramphus marmoratus marmoratus* | CA, OR, WA | Bird | FT |
| Mushroom, Little Brown | *Clitocybe subditopoda* | CA | Fungi | BS |
| Mushroom, Little Brown | *Hydropus marginellus* | CA | Fungi | BS |
| Mushroom, Little Brown | *Mycena quinaultensis* | CA | Fungi | BS |
| Mushroom, Little Green | *Dermocybe humboldtensis* | CA, OR | Fungi | BS |
| Musk-root | *Adoxa moschatellina* | MT, SD | Plant | BS |
| Muskrat, Pecos River | *Ondatra zibethicus ripensis* | NM | Mammal | BS |
| Myotis, California | *Myotis californicus* | ID | Mammal | BS |
| Myotis, Cave | *Myotis velifer* | AZ, CA, NM, NV | Mammal | BS |
| Myotis, Fringed | *Myotis thysanodes* | AZ, CA, CO, ID, NM, NV, UT, WY | Mammal | BS |
| Myotis, Little Brown | *Myotis lucifugus* | NV | Mammal | BS |
| Myotis, Long-eared | *Myotis evotis* | AZ, CA, NM, NV, WY | Mammal | BS |
| Myotis, Long-legged | *Myotis volans* | AZ, NM, NV | Mammal | BS |
| Myotis, Small-footed (Western | *Myotis ciliolabrum* | AZ, CA, ID, | Mammal | BS |

BLM_0008569

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Small-footed Myotis) | | NM, NV | | |
| Myotis, Yuma | *Myotis yumanensis* | CA, CO, ID, NM | Mammal | BS |
| Nama | *Nama densum* | MT | Plant | BS |
| Naucorid, Ash Meadows | *Ambrysus amargosus* | NV | Insect | FT |
| Navarretia, Baker's | *Navarretia leucocephala* ssp. *bakeri* | CA | Plant | BS |
| Navarretia, Marigold | *Navarretia tagetina* | OR | Plant | BS |
| Navarretia, Piute Mountains | *Navarretia setiloba* | CA | Plant | BS |
| Navarretia, Willamette | *Navarretia willamettensis* | OR | Plant | BS |
| Necklacepod, Western | *Sophora leachiana* | OR | Plant | BS |
| Needle, Giant Spanish | *Palafoxia arida* var. *gigantea* | CA | Plant | BS |
| Needlegrass, Green | *Nassella viridula* | ID | Plant | BS |
| Needlegrass, Guadalupe | *Achnatherum curvifolium* | NM | Plant | BS |
| Neoparrya, Rock Loving | *Neoparrya lithophila* | CO | Plant | BS |
| Neststraw, Mason | *Stylocline masonii* | CA | Plant | BS |
| Neststraw, Oil | *Stylocline citroleum* | CA | Plant | BS |
| Night-blooming Cactus, Desert | *Peniocereus greggii* var. *greggii* | NM | Plant | BS |
| Nighthawk, Common | *Chordeiles minor* | OR | Bird | BS |
| Niterwort, Amargosa | *Nitrophila mohavensis* | CA, NV | Plant | FE |
| Northern-rockcress, Low | *Braya humulis* | MT | Plant | BS |
| Nuthatch, Pygmy | *Sitta pygmaea* | OR | Bird | BS |
| Nymph, Big Smoky Wood | *Cercyonis oetus alkalorum* | NV | Insect | BS |
| Nymph, Pallid Wood | *Cercyonis oetus pallescens* | NV | Insect | BS |
| Nymph, White River Wood | *Cercyonis pegala carsonensis* | NV | Insect | BS |
| Oak, Bur | *Quercus macrocarpa* | MT | Plant | BS |
| Ocelot | *Felis pardalis* | AZ | Mammal | FE |
| Onion, Aase's | *Allium aaseae* | ID | Plant | BS |
| Onion, Geyers | *Allium geyeri* var. *chatterleyi* | UT | Plant | BS |
| Onion, Goodding's | *Allium gooddingii* | NM | Plant | BS |
| Onion, Jepson's | *Allium jepsonii* | CA | Plant | BS |
| Onion, Munz's | *Allium munzii* | CA | Plant | FE |
| Onion, Parish's | *Allium parashii* | AZ | Plant | BS |
| Onion, Rawhide Hill | *Allium tuolumnense* | CA | Plant | BS |
| Onion, Spanish Needle | *Allium shevockii* | CA | Plant | BS |
| Onion, Tolmie's | *Allium tolmiei* | ID | Plant | BS |
| Onion, Two-headed | *Allium anceps* | ID | Plant | BS |
| Orache, Earlmart | *Atriplex erecticaulis* | CA | Plant | BS |
| Orache, Subtle | *Atriplex subtilis* | CA | Plant | BS |
| Orange Peel Fungus, Stalked | *Sowerbyella rhenana* | CA | Fungi | BS |
| Orchid, Chatterbox | *Epipactis gigantea* | ID | Plant | BS |
| Orchid, Western Prairie Fringed | *Platanthera praeclara* | ND, NE, SD, WY | Plant | FT |
| Orchid, Yellow Wide-lip | *Liparis loeselii* | OR | Plant | BS |
| Orchis, Round-leaf | *Amerorchis rotundifolia* | MT | Plant | BS |
| Oryctes | *Oyctes nevadensis* | NV | Plant | BS |
| Orthocarpus, Shasta | *Orthocarpus pachystachyus* | CA | Plant | BS |
| Orthotrichium, Hall's | *Orthotrichium hallii* | ID | Plant | BS |
| Orthotrichium, Shevock's | *Orthotrichium shevockii* | CA | Plant | BS |
| Osprey | *Pandion haliaetus* | UT | Bird | BS |
| Otter, Northern River | *Lutra canadensis* | UT, WY | Mammal | BS |
| Otter, River | *Lutra canadensis lataxina* | AZ, NM, | Mammal | BS |

BLM_0008570

## SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| | | NV, WY | | |
| Otter, Southwestern River | *Lutra canadensis sonora* | NM | Mammal | BS |
| Owl, Boreal | *Aegolius funereus* | MT | Bird | BS |
| Owl, Burrowing (Western Owl) | *Athene cunicularia hypugaea* | AZ, CA, MT, NM, NV, OR, UT, WY | Bird | BS |
| Owl, California Spotted | *Strix occidentalis occidentalis* | CA | Bird | BS |
| Owl, Flammulated | *Otus flammeolus* | ID, MT, NV, OR | Bird | BS |
| Owl, Great Gray | *Strix nebulosa* | MT, OR | Bird | BS |
| Owl, Long-eared | *Asio otus* | NV | Bird | BS |
| Owl, Mexican Spotted | *Strix occidentalis lucida* | AZ, CA, CO, NM, UT | Bird | FT |
| Owl, Northern Spotted | *Strix occidentalis caurina* | CA, OR | Bird | FT |
| Owl, Short-eared | *Asio flammeus* | ID, NV, UT | Bird | BS |
| Owl's-clover, Fleshy | *Castilleja campestris* ssp. *succulenta* | CA | Plant | FT |
| Owl's-clover, Humbolt Bay | *Castilleja ambigua* ssp. *humboltiensis* | CA | Plant | BS |
| Owl's-clover, Rosy | *Orthocarpus bracteosus* | OR | Plant | BS |
| Oxytheca, Cushenbury | *Nassella viridula* | CA | Plant | FE |
| Paddlefish | *Polyodon spathula* | MT | Fish | BS |
| Paintbrush, Aquarius | *Castilleja aquariensis* | UT | Plant | C |
| Paintbrush, Fraternal | *Castilleja fraterna* | OR | Plant | BS |
| Paintbrush, Golden | *Castillija levisecta* | OR, WA | Plant | FT |
| Paintbrush, Green-tinged | *Castilleja chlorotica* | OR | Plant | BS |
| Paintbrush, Mendocino Coast (Indian Paintbrush) | *Castilleja mendocinensis* | CA, OR | Plant | BS |
| Paintbrush, Obispo | *Castilleja densiflora* ssp. *obispoensis* | CA | Plant | BS |
| Paintbrush, Ornate | *Castilleja ornata* | NM | Plant | BS |
| Paintbrush, Purple Alpine | *Castilleja rubida* | OR | Plant | BS |
| Paintbrush, Steens Mountain | *Castilleja pilosa* var. *steenensis* | OR | Plant | BS |
| Panicgrass, Scribner's | *Dichanthelium oligosanthes* var. *scribnerianum* | MT | Plant | BS |
| Paronychia, Ahart's | *Paronychia ahartii* | CA | Plant | BS |
| Peaclam, Montane | *Pisidium ultramontanum* | OR | Snail | BS |
| Pearpod, Talaposa Peak | *Stroganowia tiehmii* | NV | Plant | BS |
| Peavine, Thin-leaved | *Lathyrus holochlorus* | OR, WA | Plant | BS |
| Pebblesnail, Casebeer | *Fluminicola* sp. nov. | OR | Snail | BS |
| Pebblesnail, Columbia | *Fluminicola columbianus* | ID | Snail | BS |
| Pebblesnail, Diminutive | *Fluminicola* sp. | OR | Snail | BS |
| Pebblesnail, Fall Creek | *Fluminicola* sp. | OR | Snail | BS |
| Pebblesnail, Keene Creek | *Fluminicola* sp. | OR | Snail | BS |
| Pebblesnail, Klamath | *Fluminicola* sp. | OR | Snail | BS |
| Pebblesnail, Klamath Rim | *Fluminicola* sp. | OR | Snail | BS |
| Pebblesnail, Lake of the Woods | *Fluminicola* sp. | OR | Snail | BS |
| Pebblesnail, Newrite | *Fluminicola* sp. | OR | Snail | BS |
| Pebblesnail, Tigerlily | *Fluminicola* sp. | OR | Snail | BS |
| Pebblesnail, Toothed | *Fluminicola* sp. | OR | Snail | BS |
| Pelican, American White | *Pelecanus erthrorhynchos* | CO, ID, UT | Bird | BS |
| Pelican, Brown | *Pelecanus occidentalis* | AZ, CA, OR | Bird | FE |
| Pennycress, Meadow | *Thlaspi parviflorum* | MT | Plant | BS |
| Pennyroyal, Todsen's | *Hedeoma todsenii* | NM | Plant | FE |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Penstemon, Barrett's | *Penstemon barrettiae* | OR, WA | Plant | BS |
| Penstemon, Blowout | *Penstemon haydenii* | WY | Plant | FE |
| Penstemon, Idaho | *Penstemon idahoensis* | ID, UT | Plant | BS |
| Penstemon, Janish's | *Penstemon janishiae* | ID | Plant | BS |
| Penstemon, Lemhi | *Penstemon lemhiensis* | ID, MT | Plant | BS |
| Penstemon, Peck's | *Penstemon peckii* | OR | Plant | BS |
| Penstemon, Pinyon | *Penstemon pinorum* | UT | Plant | BS |
| Pentachaeta, Slender | *Pentachaeta exilis* ssp. *aeolica* | CA | Plant | BS |
| Peppergrass, Borrego Valley | *Lepidium flavum felipense* | CA | Plant | BS |
| Peppergrass, Davis' | *Lepidium davisii* | ID | Plant | BS |
| Peppergrass, Entire-leaved | *Lepidium integrifolium* var. *integrifolium* | WY | Plant | BS |
| Peppergrass, Huber's | *Lepidium huberi* | UT | Plant | BS |
| Peppergrass, Jared's | *Lepidium jaredii* ssp. *jaredii* | CA | Plant | BS |
| Peppergrass, Mountain | *Lepidium montanum* var. *claronense* | UT | Plant | BS |
| Peppergrass, Ostler's | *Lepidium ostleri* | UT | Plant | BS |
| Peppergrass, Panoch | *Lepidium jaredii* ssp. *album* | CA | Plant | BS |
| Peppergrass, Slickspot | *Lepidium papilliferum* | ID | Plant | PT |
| Ridge-cress, Barneby | *Lepidium barnebyanum* | UT | Plant | FE |
| Phacelia, Atwood's | *Phacelia pulchella* var. *atwoodii* | UT | Plant | BS |
| Phacelia, Cinder | *Phacelia serrata* | NM | Plant | BS |
| Phacelia, Clay | *Phacelia argillacea* | UT | Plant | FE |
| Phacelia, Cooke's | *Phacelia cookei* | CA | Plant | BS |
| Phacelia, Cronquist's | *Phacelia cronquistiana* | UT | Plant | BS |
| Phacelia, Death Valley Round-leaved | *Phacelia mustelina* | ID | Plant | BS |
| Phacelia, Debeque | *Phacelia submutica* | CO | Plant | C |
| Phacelia, Drab | *Phacelia indecora* | UT | Plant | BS |
| Phacelia, Least (Dwarf Phacelia) | *Phacelia minutissima* | ID, NV, OR | Plant | BS |
| Phacelia, Hoary | *Phacelia incana* | ID | Plant | BS |
| Phacelia, Mackenzie's | *Phacelia lutea* var. *mackenzieorum* | OR | Plant | BS |
| Phacelia, Malheur Yellow | *Phacelia lutea* var. *calva* | ID | Plant | BS |
| Phacelia, Mono (Mono County Phacelia) | *Phacelia monoensis* | CA, NV | Plant | BS |
| Phacelia, Mount Diablo | *Phacelia phacelioides* | CA | Plant | BS |
| Phacelia, Nash's | *Phacelia nashiana* | CA | Plant | BS |
| Phacelia, Nine Mile Canyon | *Phacelia novenmillensis* | CA | Plant | BS |
| Phacelia, North Park | *Phacelia formosula* | CO | Plant | FE |
| Phacelia, Obscure | *Phacelia inconspicua* | ID | Plant | BS |
| Phacelia, Parish (Playa Phacelia) | *Phacelia parishii* | AZ, CA, NV | Plant | BS |
| Phacelia, Playa | *Phacelia inundata* | CA, OR, UT | Plant | BS |
| Phacelia, Scott Valley | *Phacelia greenei* | CA | Plant | BS |
| Phacelia, Silvery | *Phacelia argentea* | OR | Plant | BS |
| Phacelia, Siskiyou | *Phacelia leonis* | CA, OR | Plant | BS |
| Phacelia, Sticky | *Phacelia lenta* | OR | Plant | BS |
| Phacelia, Utah | *Phacelia utahensis* | UT | Plant | BS |
| Phaeocollybia | *Phaeocollybia gregaria* | OR | Fungi | BS |
| Phaeocollybia | *Phaeocollybia oregonensis* | OR | Fungi | BS |
| Phaeocollybia | *Phaeocollybia pseudofestiva* | CA | Fungi | BS |
| Phaeocollybia | *Phaeocollybia scatesiae* | CA | Fungi | BS |
| Phaeocollybia | *Phaeocollybia spadicea* | CA | Fungi | BS |
| Phaeocollybia, California | *Phaeocollybia californica* | CA, OR | Fungi | BS |

BLM_0008572

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Phaeocollybia, Olive | *Phaeocollybia olivacea* | CA, OR | Fungi | BS |
| Phaeocollybia, Spruce | *Phaeocollybia piceae* | CA | Fungi | BS |
| Phainopepla | *Phainopepla nitens* | NV, OR | Bird | BS |
| Phlox, Beaver Rim | *Phlox pungens* | WY | Plant | BS |
| Phlox, Eureka | *Phlox hirsuta* | CA | Plant | FE |
| Phlox, Plains | *Phlox andicola* | MT | Plant | BS |
| Physa (Snail), Hotspring | *Physella sp.* | OR | Snail | BS |
| Physa (Snail), Rotund | *Physella columbiana* | OR | Snail | BS |
| Pika | *Ochotona princeps* | UT | Mammal | BS |
| Pikeminnow (Squawfish), Colorado | *Ptychocheilus lucius* | AZ, CA, CO, NM, UT, WY | Fish | FE, XN |
| Pincushion, Desert | *Chaenactis stevioides* | ID | Plant | BS |
| Pincushion Cactus, Brady | *Pediocactus bradyi* | AZ | Plant | FE |
| Pincushion Cactus, Cochise | *Escobaria robbinsorum (=Coryphantha robbinsorum)* | AZ | Plant | FT |
| Pincushion Cactus, Kaibab | *Pediocactus paradinei* | AZ | Plant | BS |
| Pincushion Cactus, Lee's | *Escobaria sneedii var. leei (= Coryphantha sneedii var. leei)* | NM | Plant | FT |
| Pincushion Cactus, Nye | *Sclerocactus nyensis* | NV | Plant | BS |
| Pincushion Cactus, Organ Mountains | *Escobaria organensis* | NM | Plant | BS |
| Pincushion Cactus, San Andres | *Escobaria sandbergii* | NM | Plant | BS |
| Pincushion Cactus, Schlesser's | *Scleroccactus schlesseri* | NV | Plant | BS |
| Pincushion Cactus, Siler | *Pediocactus sileri* | AZ, UT | Plant | FT |
| Pincushion Cactus, Sneed's | *Escobaria sneedii var. sneedii (= Coryphantha sneedii var. sneedii)* | NM | Plant | FE |
| Pincushion Cactus, Spiny Star | *Escobaria vivipara* | ID | Plant | BS |
| Pincushion Cactus, Villard's | *Escobaria villardii* | NM | Plant | BS |
| Pine, Washoe | *Pinus washoensis* | NV | Plant | BS |
| Pitcher-sage, Gander's | *Lepechinia ganderi* | CA | Plant | BS |
| Plover, Mountain | *Charadrius montanus* | AZ, CA, CO, MT, NM, NV, OR, UT, WY | Bird | BS |
| Plover, Piping | *Charadrius melodus* | CO, MT, ND, NE, NM, SD, WY | Bird | FT |
| Plover, Western Snowy | *Charadrius alexandrinus nivosus* | AZ, CA, CO, NM, NV, OR, UT, WA, WY | Bird | FT |
| Podistera, Yukon | *Podistera yukonensis* | AK | Plant | BS |
| Pogogyne, Profuse-flowered | *Pogogyne floribunda* | CA, OR | Plant | BS |
| Polemonium, Great | *Polemonium carneum* | OR | Plant | BS |
| Polemonium, Washington | *Polemonium pectinatum* | OR | Plant | BS |
| Polypore, Blue-capped | *Albatrellus flettii* | CA | Fungi | BS |
| Polypore, Blue-pored | *Albatrellus caeruleoporus* | CA | Fungi | BS |
| Polypore, Noble | *Bridgeoporus nobilissimus* | OR | Plant | BS |
| Pondsnail, Bonneville | *Stagnicola bonnevillensis* | UT | Snail | C |
| Poolfish, Pahrump | *Empetrichthys latos* | NV | Fish | FE |
| Popcornflower, Coral Seeded | *Plagiobothrys figuratus ssp. corallicarpa* | OR | Plant | BS |
| Popcornflower, Hooked | *Plagiobothrys uncinatus* | CA | Plant | BS |
| Popcornflower, Rough | *Plagiobothrys hirtus* | OR | Plant | FE |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Popcornflower, Slender-branched | *Plagiobothrys leptocladus* | MT | Plant | BS |
| Poppy, Diamond-petaled California | *Eschscholzia rhombipetala* | CA | Plant | BS |
| Poppy, Red Rock | *Eschscholzia minutiflora* ssp. *twisselmanii* | CA | Plant | BS |
| Poreleaf, Pygmy | *Porophyllum pygmaeum* | NV | Plant | BS |
| Prairie Chicken, Lesser | *Tympanuchus pallidicinctus* | CO, NM | Bird | C |
| Prairie-clover, Albuquerque | *Dalea scariosa* | NM | Plant | BS |
| Prairie-clover, Canyonlands | *Dalea flavescens* | UT | Plant | BS |
| Prairie Dog, Arizona Black-tailed | *Cynomys ludovicianus arizonensis* | NM | Mammal | C |
| Prairie Dog, Black-tailed | *Cynomys ludovicianus* | AZ, CO, ID, MT, NM, WY | Mammal | C |
| Prairie Dog, Gunnison's | *Cynomys gunnisoni* | NM | Mammal | BS |
| Prairie Dog, Utah | *Cynomys parvidens* | UT | Mammal | FT |
| Prairie Dog, White-tailed | *Cynomys leucurus* | UT, WY | Mammal | BS |
| Prairie Rocket, Narrow-leaved | *Erysimum angustatum* | AK | Plant | BS |
| Prickly phlox, Bruneau River | *Leptodactylon glabrum* | ID, NV | Plant | BS |
| Prickly phlox, Hazel's | *Leptodactylon pungens* | ID, OR | Plant | BS |
| Prickly phlox, Mat | *Leptodactylon caespitosum* | MT | Plant | BS |
| Pricklypear, Blue Diamond | *Opuntia* x *multigeniculata (encinocarpa* x *whipplei)* | AZ | Plant | BS |
| Pricklypear, Sand (El Paso Pricklypear) | *Opuntia polyacantha* var. *arenaria)* | NM | Plant | C |
| Prickly poppy, Sacramento | *Argemone pleiacantha* ssp. *pinnatisecta* | NM | Plant | FE |
| Primrose, Alkali | *Primula alcalina* | ID | Plant | BS |
| Primrose, Bering Dwarf | *Douglasia beringensis* | AK | Plant | BS |
| Primrose, Greenland | *Primula egaliksensis* | CO | Plant | BS |
| Primrose, House Range | *Primula cusickiana* | UT | Plant | BS |
| Primrose, Maguire | *Pisidium ultramontanum* | OR | Plant | BS |
| Primrose, Maguire | *Primula maguirei* | UT | Plant | FT |
| Primrose, Mealy | *Primula incana* | MT, ND | Plant | BS |
| Princesplume, Malheur (Oregon Princesplume; Perenial Princesplume) | *Stanleya confertiflora* | ID, OR | Plant | BS |
| Pronghorn, Sonoran | *Antilocapra americana sonoriensis* | AZ | Mammal | FE |
| Pseudoscorpion, Malheur | *Apochthonius malheuri* | OR | Arachnid | BS |
| Pupfish, Amargosa River | *Cyprinodon nevadensis amargosae* | CA | Fish | BS |
| Pupfish, Ash Meadows Amargosa | *Cyprinodon nevadensis mionectes* | NV | Fish | FE |
| Pupfish, Desert | *Cyprinodon macularius* | AZ, CA | Fish | FE |
| Pupfish, Devil's Hole | *Cyprinodon diabolis* | NV | Fish | FE |
| Pupfish, Owens | *Cyprinodon radiosus* | CA | Fish | FE |
| Pupfish, Pecos | *Cyprinodon pecosensis* | NM | Fish | C |
| Pupfish, Warm Springs | *Cyprinodon nevadensis pectoralis* | NV | Fish | FE |
| Pupfish, White Sands | *Cyprinodon tularosa* | NM | Fish | BS |
| Purpusia, Rock | *Ivesia arizonica* var. *saxosa* | NV | Plant | BS |
| Pussytoes, Meadows | *Antennaria arcuata* | NV, WY | Plant | BS |
| Pygmy-owl, Cactus Ferruginous | *Glaucidium brasilianum cactorum* | AZ | Bird | FE |
| Pygmy-owl, Northern (Blue Mountains Pygmy-owl) | *Glaucidium gnoma* | OR | Bird | BS |
| Pygmy Poppy, White | *Canbya candida* | CA | Plant | BS |
| Pyrg, Bifid Duct | *Pyrgulopsis peculariaris* | NV | Snail | BS |
| Pyrg, Big Warm Spring | *Pyrgulopsis papillata* | NV | Snail | BS |

BLM_0008574

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Pyrg, Carinate Duckwater | *Pyrgulopsis carinata* | NV | Snail | BS |
| Pyrg, Chupadera | *Pyrgulopsis chupaderae* | NM | Snail | C |
| Pyrg, Dixie Valley | *Pyrgulopsis dixensis* | NV | Snail | BS |
| Pyrg, Duckwater | *Pyrgulopsis aloba* | NV | Snail | BS |
| Pyrg, Elongate Cain Spring | *Pyrgulopsis augusta* | NV | Snail | BS |
| Pyrg, Elongate Mud Meadows | *Pyrgulopsis notidicola* | NV | Snail | BS |
| Pyrg, Fly Ranch | *Pyrgulopsis bruesi* | NV | Snail | BS |
| Pyrg, Gila | *Pyrgulopsis gilae* | NM | Snail | C |
| Pyrg, Humbolt | *Pyrgulopsis humboldtensis* | NV | Snail | BS |
| Pyrg, Landyes | *Pyrgulopsis landeyi* | NV | Snail | BS |
| Pyrg, Large-gland Carico | *Pyrgulopsis basiglans* | NV | Snail | BS |
| Pyrg, Northern Soldier Meadow | *Pyrgulopsis militaris* | NV | Snail | BS |
| Pyrg, Oasis Valley | *Pyrgulopsis micrococcus* | NV | Snail | BS |
| Pyrg, Ovate Cain Spring | *Pyrgulopsis pictilis* | NV | Snail | BS |
| Springsnail, Socorro | *Pyrgulopsis neomexicana* | NM | Snail | FE |
| Pyrg, Souther Soldier Meadow | *Pyrgulopsis umbilicata* | NV | Snail | BS |
| Pyrg, Southern Duckwater | *Pyrgulopsis anatina* | NV | Snail | BS |
| Pyrg, Southern Steptoe | *Pyrgulopsis sulcata* | NV | Snail | BS |
| Pyrg, Spring Mountain | *Pyrgulopsis deaconi* | NV | Snail | BS |
| Pyrg, Squat Mud Meadows | *Pyrgulopsis limaria* | NV | Snail | BS |
| Pyrg, Sub-glubose Steptoe Ranch | *Pyrgulopsis orbiculata* | NV | Snail | BS |
| Pyrg, Transverse Gland | *Pyrgulopsis cruciglans* | NV | Snail | BS |
| Pyrg, Wongs | *Pyrgulopsis wongi* | NV | Snail | BS |
| Quail, Mountain | *Oreortyx pictus* | ID, NV | Bird | BS |
| Queen-of-the-forest | *Filipendula occidentalis* | OR, WA | Plant | BS |
| Rabbit, Pygmy | *Brachylagus idahoensis* | CA, ID, MT, NV, UT, WY | Mammal | BS |
| Rabbit, Pygmy (Columbia Basin Distinct Population Segment) | *Brachylagus idahoensis* | OR | Mammal | FE |
| Rabbit, Pygmy (EmE = Washington; PE = Washington) | *Brachylagus idahoensis* | OR | Mammal | BS |
| Rabbitbrush, Guadalupe | *Ericameria nauseosus* ssp. *texensis* | NM | Plant | BS |
| Rabbitbrush, Remote (Pintwater Rabbitbrush) | *Chrysothamnus eremobius* | NV | Plant | BS |
| Ragwort, Cut-leaf | *Packera moresbiensis* | AK | Plant | BS |
| Ragwort, Cut-leaved | *Packera eurycephalus* var. *lewisrosei* | CA | Plant | BS |
| Ragwort, Few Flowered | *Packera pauciflora* | CO | Plant | BS |
| Ragwort, Red Hills | *Packera clevelandii* | CA | Plant | BS |
| Ragwort, Western | *Packera hesperia* | OR | Plant | BS |
| Rail, Yellow | *Coturnicops noveboracensis* | OR | Bird | BS |
| Rail, Yuma Clapper | *Rallus longirostris yumanensis* | AZ, CA, NV | Bird | FE |
| Raillardella, Muir's | *Raillardiopsis muirii* | CA | Plant | BS |
| Raillardella, Showy | *Raillardella pringlei* | CA | Plant | BS |
| Ramshorn (Snail), Great Basin | *Helisoma (Carinifex) newberryi newberryi* | OR | Snail | BS |
| Ramshorn, Borax Lake | *Planorbella oregonensis* | NM, OR | Snail | BS |
| Raspberry, Northwest | *Rubus nigerrimus* | OR | Plant | BS |
| Rat, Chisel-toothed Kangaroo | *Dipodomys microps celsus* | UT | Mammal | BS |
| Rat, Desert Kangaroo | *Dipodomys deserti* | UT | Mammal | BS |
| Rat, Fresno Kangaroo | *Dipodomys nitraoides exilis* | CA | Mammal | FE |
| Rat, Giant Kangaroo | *Dipodomys ingens* | CA | Mammal | FE |

BLM_0008575

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Rat, House Rock Valley Chisel-toothed Kangaroo | *Dipodomys microps leucotis* | AZ | Mammal | BS |
| Rat, Marysville Kangaroo | *Dipodomys californicus eximius* | CA | Mammal | BS |
| Rat, Merriam's Kangaroo | *Dipodomys merriami* | UT | Mammal | BS |
| Rat, Morro Bay Kangaroo | *Dipodomys heermani morroensis* | CA | Mammal | FE |
| Rat, Short-nosed Kangaroo | *Dipodomys nitratoides brevinasus* | CA, WY | Mammal | BS |
| Rat, Stephens' Kangaroo | *Dipodomys stephensi* (incl. *D. cascus*) | CA | Mammal | FE |
| Rat, Tipton Kangaroo | *Dipodomys nitratoides nitratoides* | CA | Mammal | FE |
| Rattlesnake, Midget Faded | *Crotalus viridis concolor* | CO, WY | Reptile | BS |
| Rattlesnake, Mojave | *Crotalus scutulatus scutulatus* | UT | Reptile | BS |
| Rattlesnake, New Mexican Ridge-nosed | *Crotalus willardi obscurus* | AZ, NM | Reptile | FT |
| Rattlesnake, Southwestern Speckled | *Crotalus mitchellii pyrrhus* | UT | Reptile | BS |
| Rattleweed, San Diego | *Astragalus oocarpus* | CA | Plant | BS |
| Reedgrass, Cascade | *Calamagrostis tweedyi* | ID | Plant | BS |
| Reed-mustard, Barneby | *Schoenocrambe barnebyi* | UT | Plant | FE |
| Reed-mustard, Clay | *Schoenocrambe argillacea* | UT | Plant | FT |
| Reed-mustard, Shrubby | *Glaucocarpon suffrutescens* (=*Schoenocrambe suffrutescens*) | UT | Plant | FE |
| Ricegrass, Henderson's | *Achnatherum hendersonii* | OR | Plant | BS |
| Ricegrass, Little | *Piptatherum exiguum* | CA | Plant | BS |
| Ricegrass, Small-flowered | *Piptatherum micranthum* | ID | Plant | BS |
| Ricegrass, Wallowa | *Achnatherum wallowensis* | OR | Plant | BS |
| Ringtail | *Bassariscus astutus* | NM, UT | Mammal | BS |
| Roach, Red Hills | *Lavinia symmetricus* ssp. | CA | Fish | BS |
| Rock-brake, Slender | *Cryptogramma stelleri* | CO | Plant | BS |
| Rockcress, Bodie Hills | *Arabis bodiensis* | CA, NV | Plant | BS |
| Rockcress, Crandall | *Arabis crandallii* | CO | Plant | BS |
| Rockcress, Crater Lake | *Arabis suffrutescens* var. *horizontalis* | OR | Plant | BS |
| Rockcress, Daggett | *Arabis demissa* var. *languida* | MT | Plant | BS |
| Rockcress, Elko | *Arabis falcifructa* | NV | Plant | BS |
| Rockcress, Grouse Creek | *Arabis falcatoria* | NV | Plant | BS |
| Rockcress, Hell's Canyon | *Arabis hastatula* | OR | Plant | BS |
| Rockcress, Koehler's | *Arabis koehleri* var. *koehleri* | OR | Plant | BS |
| Rock-cress, McDonald's | *Arabis mcdonaldiana* | CA, OR | Plant | FE |
| Rockcress, Ophir Pass | *Arabis ophira* | NV | Plant | BS |
| Rockcress, Park | *Arabis fernaldiana* var. *fernaldiana* | CO, UT | Plant | BS |
| Rockcress, Sapphire | *Arabis fecunda* | MT | Plant | BS |
| Rockcress, Small | *Arabis pusilla* | WY | Plant | BS |
| Rock-daisy, Alcove | *Perityle specuicola* | UT | Plant | BS |
| Rock-daisy, Black | *Townsendia smithii* | AZ | Plant | BS |
| Rock-daisy, Clifton | *Perityle ambrosiifolia* | AZ | Plant | BS |
| Rock-daisy, Hanapah | *Perityle villosa* | CA | Plant | BS |
| Rock-daisy, New Mexico | *Perityle staurophylla* var. *staurophylla* | NM | Plant | BS |
| Rock-daisy, Nodding | *Perityle cernua* | NM | Plant | BS |
| Rockmat, Chelan | *Petrophyton cinerascens* | WA | Plant | BS |
| Rockcress, Kass | *Draba kassii* | UT | Plant | BS |
| Rock-rose, Diablo | *Helianthella castanea* | CA | Plant | BS |
| Rock-tansey | *Sphaeromeria capitata* | CO | Plant | BS |
| Rose, Grand Canyon | *Rosa stellata* ssp. *abyssa* | AZ | Plant | BS |
| Rosewood, Arizona Sonoran | *Vauquelinia californica* ssp. *sonorensis* | AZ | Plant | BS |

BLM_0008576

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Rosewood, Limestone | *Vauquelinia californica* ssp. *pauciflora* | NM | Plant | BS |
| Rubberweed, Cooper's | *Hymenoxys cooperi* var. *canescens* | ID | Plant | BS |
| Rubberweed, Stone | *Hymenoxys lapidicola* | UT | Plant | BS |
| Rupertia, Hall's | *Rupertia hallii* | CA | Plant | BS |
| Rush, Kellogg's | *Juncus kelloggii* | WA | Plant | BS |
| Rush, Red Bluff Dwarf | *Juncus leiospermus* var. *leiospermus* | CA | Plant | BS |
| Rush, Tiehm's | *Juncus tiehmii* | OR | Plant | BS |
| Rush-lily, Purple-flowered | *Hastingsia bracteosa* var. *atropurpurea* | OR | Plant | BS |
| Sage, Aravaipa | *Salvia amissa* | AZ | Plant | BS |
| Sage, Chicken | *Sphaeromeria argentea* | MT | Plant | BS |
| Sage, Clokey Mountain (Clokey Purple Sage) | *Salvia dorrii* ssp. *dorrii* var. *clokeyi* | NV | Plant | BS |
| Sagebrush, Laramie False | *Sphaeromeria simplex* | WY | Plant | BS |
| Sagebrush, Porter's | *Artemisia porteri* | WY | Plant | BS |
| Sage-grouse, Greater | *Centrocercus urophasianus* | CA, CO, ID, MT, NV, OR, UT, WY | Bird | BS |
| Sage-grouse, Gunnison | *Centrocercus minimus* | CO, UT | Bird | C |
| Salamander, California Tiger | *Ambystoma californiense* | CA | Amphibian | FT |
| Salamander, Coeur d'Alene | *Plethodon idahoensis* | ID | Amphibian | BS |
| Salamander, Columbia Torrent | *Rhyacotriton kezeri* | OR | Amphibian | BS |
| Salamander, Desert Slender | *Batrachoseps aridus* | CA | Amphibian | FE |
| Salamander, Idaho Giant | *Dicamptodon aterrimus* | ID | Amphibian | BS |
| Salamander, Inyo Mountains Slender | *Batrachoseps campi* | CA | Amphibian | BS |
| Salamander, Oregon Slender | *Batrachoseps wrighti* | OR | Amphibian | BS |
| Salamander, Sonora Tiger | *Ambystoma tigrinum stebbinsi* | AZ | Amphibian | FE |
| Salamander, Tehachapi Slender | *Batrachoseps stebbinsi* | CA | Amphibian | BS |
| Salamander, Yellow-blotched | *Ensatina eschscholtzi croceator* | CA | Amphibian | BS |
| Salmon, Beaver Creek chinook | *Onconhynchus tshawytscha* | AK | Fish | BS |
| Salmon, Chinook (California Coastal ESU[2]) | *Oncorhynchus tshawytscha* | CA | Fish | FT |
| Salmon, Chinook (Central Valley ESU) | *Oncorhynchus tshawytscha* | CA, ID | Fish | C |
| Salmon, Chinook (Fall Lower Columbia River ESU) | *Oncorhynchus tshawytscha* | OR | Fish | FT |
| Salmon, Chinook (Fall Snake River Run ESU) | *Oncorhynchus tshawytscha* | ID, OR | Fish | FT |
| Salmon, Chinook (Lower Columbia River ESU) | *Oncorhynchus tshawytscha* | OR | Fish | FT |
| Salmon, Chinook (Spring Central Valley Run ESU) | *Oncorhynchus tshawytscha* | CA | Fish | FT |
| Salmon, Chinook (Spring/Summer Snake River ESU) | *Oncorhynchus tshawytscha* | ID, OR | Fish | FT |
| Salmon, Chinook (Upper Columbia River Spring Run ESU) | *Oncorhynchus tshawytscha* | OR | Fish | FE |
| Salmon, Chinook (Upper Willamette ESU) | *Oncorhynchus tshawytscha* | OR | Fish | FT |
| Salmon, Chinook (Winter Sacramento River Run ESU) | *Oncorhynchus tshawytscha* | CA, OR | Fish | FE |
| Salmon, Chum | *Oncorhynchus keta* | OR | Fish | BS |
| Salmon, Chum (Columbia River ESU) | *Oncorhynchus keta* | OR | Fish | FT |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Salmon, Chum (Summer Hood Canal Run ESU) | *Oncorhynchus keta* | OR | Fish | FT |
| Salmon, Clear Creek Chum | *Onocnhynchus keta* | AK | Fish | BS |
| Salmon, Coho (Central California Coast ESU) | *Oncorhynchus kisutch* | CA, OR | Fish | FT |
| Salmon, Coho (Lower Columbia River/Southwest Washington ESU) | *Oncorhynchus kisutch* | OR | Fish | FT |
| Salmon, Coho (Oregon Coast ESU) | *Oncorhynchus kisutch* | OR | Fish | FT |
| Salmon, Coho (Southern Oregon/Northern California Coasts ESU) | *Oncorhynchus kisutch* | CA, OR | Fish | FT |
| Salmon, Fall Chinook | *Oncorhynchus tshawytscha* | OR | Fish | FT |
| Salmon, Sockeye (Snake River, Idaho Stock ESU) | *Oncorhynchus nerka* | OR, ID | Fish | FE |
| Saltbush, Giant Four-wing | *Atriplex canescens* var. *gigantea* | UT | Plant | BS |
| Saltbush, Griffith's | *Atriplex griffithsii* | NM | Plant | BS |
| Saltbush, Heart-leaved | *Atriplex cordulata* | CA | Plant | BS |
| Saltbush, Lost Hills | *Atriplex vallicola* | CA | Plant | BS |
| Sand-food | *Pholisma sonorae* | AZ | Plant | BS |
| Sand-food, Blue | *Triteleiopsis palmeri* | AZ | Plant | BS |
| Sand-food, Scaly | *Pholisma arenarium* | AZ | Plant | BS |
| Sandpaper-plant | *Petalonyx parryi* | UT | Plant | BS |
| Sandpaper-plant, Death Valley | *Petalonyx thurberi* ssp. *gilmanii* | CA | Plant | BS |
| Sandpiper, Buff-breasted | *Tryngites subruficollis* | AK | Bird | BS |
| Sandpiper, Upland | *Bartramia longicauda* | ID, OR | Bird | BS |
| Sand-verbena, Pink | *Abronia umbellata* ssp. *breviflora* | CA | Plant | BS |
| Sandwort, Howell's | *Minuartia howellii* | CA | Plant | BS |
| Sandwort, Marsh | *Arenaria paludicola* | OR | Plant | FE |
| Sandwort, Nuttall | *Minuartia nuttallii* | CO | Plant | BS |
| Sandwort, Scott Mountain | *Minuartia stolonifera* | CA | Plant | BS |
| Sapsucker, Red-naped | *Sphyrapicus nuchalis* | NV | Bird | BS |
| Sapsucker, Williamson's | *Sphyrapicus thryoideus* | ID, UT | Bird | BS |
| Sauger | *Stizostedion canadense* | MT | Fish | BS |
| Saw-wort, Weber | *Saussurea weberi* | CO | Plant | BS |
| Saxifrage, Aleutian | *Saxifraga aleutica* | AK | Plant | BS |
| Scalebroom, Gypsum | *Lepidospartum burgessii* | NM | Plant | BS |
| Scarab, Aegialian Beetle | *Aegialia knighti* | NV | Insect | BS |
| Scarab, Big Dune Aphodius | *Aphodius* sp. | NV | Insect | BS |
| Scarab, Crescent Dune Aegialian | *Aegialia crescenta* | NV | Insect | BS |
| Scarab, Crescent Dune Aphodius | *Aphodius* sp. | NV | Insect | BS |
| Scarab, Crescent Dune Serican | *Serica ammomensico* | NV | Insect | BS |
| Scarab, Guiliani's Dune | *Pseudocotalpa guilianii* | NV | Insect | BS |
| Scarab, Hardy's Aegialian | *Aegialia hardyi* | NV | Insect | BS |
| Scarab, Humboltd Serican | *Serica humboldti* | NV | Insect | BS |
| Scarab, Sand Mountain Aphodius | *Aphodius* sp. | NV | Insect | BS |
| Scarab, Sand Mountain Serican | *Serica psamnobunus* | NV | Insect | BS |
| Scorpion Plant, Beatley | *Phacelia beatleyae* | NV | Plant | BS |
| Scoter, Black | *Melanitta nigra* | AK | Bird | BS |
| Scoter, Surf | *Melanitta perspicillata* | AK | Bird | BS |
| Sculpin, Bear Lake | *Cottus extensus* | ID | Fish | BS |
| Sculpin, Malheur Mottled | *Cottus bendirei* | OR | Fish | BS |

BLM_0008578

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Sculpin, Shoshone | *Cottus greenei* | ID | Fish | BS |
| Sculpin, Wood River | *Cottus leiopomus* | ID | Fish | BS |
| Scurfpea, Three-nerved | *Pediomelum trinervatum* | AZ | Plant | BS |
| Sea turtle, Leatherback | *Dermochelys coriacea* | AK | Reptile | FE |
| Seal, Harbor | *Phoca vitulina concolor* | AK | Mammal | BS |
| Sea-lion, Steller | *Eumetopias jubatus* | AK (West of Cape Suckling), CA, OR | Mammal | FE |
| Sea-lion, Steller | *Eumetopias jubatus* | AK (East of Cape Suckling) | Mammal | FT |
| Sedge, Bristly | *Carex comosa* | ID | Plant | BS |
| Sedge, Canadian Single Spike | *Carex scirpoidea* | CO | Plant | BS |
| Sedge, Craw's | *Carex crawei* | MT | Plant | BS |
| Sedge, Foothill | *Carex tumulicola* | ID | Plant | BS |
| Sedge, Giant | *Carex ultra* | AZ | Plant | BS |
| Sedge, Green | *Carex viridula* | CO | Plant | BS |
| Sedge, Idaho | *Carex idahoa* | ID, MT, OR | Plant | BS |
| Sedge, Indian Valley | *Carex parryana* var. *brevisquama* | ID | Plant | BS |
| Sedge, Livid | *Carex livida* | CO, ID | Plant | BS |
| Sedge, Low Northern | *Carex concinna* | CO | Plant | BS |
| Sedge, Navajo | *Carex specuicola* | UT | Plant | FT |
| Sedge, San Luis Obispo | *Carex obispoensis* | CA | Plant | BS |
| Sedge, Unnamed | *Carex nov* | OR | Plant | BS |
| Sedge, Western | *Carex occidentalis* | ID | Plant | BS |
| Sedge, Yellow | *Carex flava* | CO | Plant | BS |
| Sheep, Bighorn (Peninsular Ranges Bighorn) | *Ovis canadensis* | CA | Mammal | FE |
| Sheep, California Bighorn (Sierra Nevada Bighorn) | *Ovis canadensis californiana* | CA | Mammal | FE |
| Sheep, Desert Bighorn | *Ovis canadensis nelsoni* | CA, NV | Mammal | BS |
| Shield fern, Aleutian | *Polystichum aleuticum* | AK | Plant | FE |
| Shiner, Arkansas River | *Notropis girardi* | NM | Fish | FT |
| Shiner, Beautiful | *Cyprinella formosa* | AZ, NM | Fish | FT |
| Shiner, Pecos Bluntnose | *Notropis simus pecosensis* | NM | Fish | FT |
| Shiner, Rio Grande | *Notropis jemezanus* | NM | Fish | BS |
| Shiner, River | *Notropis blennius* | CO | Fish | BS |
| Shootingstar, Frigid | *Dodecatheon austrofrigidum* | OR, WA | Plant | BS |
| Shoshonea | *Shoshonea pulvinata* | MT, WY | Plant | BS |
| Shoulderband (Snail), Oregon | *Helminthoglypta hertleini* | OR | Snail | BS |
| Shrew, Arizona | *Sorex arizonae* | NM | Mammal | BS |
| Shrew, Buena Vista Lake Ornate | *Sorex ornatus relictus* | CA | Mammal | FE |
| Shrew, Dwarf | *Sorex nanus* | UT, WY | Mammal | BS |
| Shrew, Merriam's | *Sorex merriami* | MT | Mammal | BS |
| Shrew, Preble's | *Sorex preblei* | MT, NV | Mammal | BS |
| Shrike, Loggerhead | *Lanius ludovicianus* | AZ, ID, MT, NM, NV, WY | Bird | BS |
| Shrimp, Vernal Pool Tadpole | *Lepidurus packardi* | CA | Crustacean | FE |
| Sidalcea, Maple-leaved | *Sidalcea malachroides* | CA, OR | Plant | BS |
| Sideband (Snail), Columbia | *Monadenia fidelis columbiana* | OR | Snail | BS |

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Sideband (Snail), Green | *Monadenia fidelis beryllica* | OR | Snail | BS |
| Sideband (Snail), Hairy Sierra | *Monadenia mormonum hirsuta* | CA | Snail | BS |
| Sideband (Snail), Keeled | *Monadenia circumcarinata* | CA | Snail | BS |
| Sideband (Snail), Modoc | *Monadenia* sp. | OR | Snail | BS |
| Sideband (Snail), Oregon/Dalles | *Monadenia fidelis minor* | OR | Snail | BS |
| Sideband (Snail), Travelling | *Monadenia fidelis celeuthia* | OR | Snail | BS |
| Sidewinder, Mojave Desert | *Crotalus cerastes cerastes* | UT | Reptile | BS |
| Silene, Seely's | *Silene seelyi* | OR | Plant | BS |
| Silverpuffs, Howell's | *Microseris howellii* | OR | Plant | BS |
| Skeletonweed, Dolores River | *Lygodesmia doloresensis* | CO, UT | Plant | BS |
| Skeletonweed, Rush Pink | *Lygodesmia entrada* | UT | Plant | BS |
| Skeletonweed, Thorn | *Stephanomeria spinosa* | MT | Plant | BS |
| Skink, Arizona | *Eumeces gilberti arizonensis* | AZ | Reptile | BS |
| Skink, Coronado | *Eumeces skiltonianus interparietalis* | CA | Reptile | BS |
| Skink, Many-lined | *Eumeces multivirgatus gaigeae* | UT | Reptile | BS |
| Skink, Western Red-tailed | *Eumeces gilberti rubricaudatus* | NV | Reptile | BS |
| Skipper, Ash Meadows Alkali | *Pseudocopaeodes eunus alinea* | NV | Insect | BS |
| Skipper, Carson Wandering | *Pseudocopaeodes eunus obscurus* | CA, NV | Insect | FE |
| Skipper, Dakota | *Hesperia dacotae* | MT | Insect | C |
| Skipper, Denio Sandhill | *Polites sabuleti sinemaculata* | NV | Insect | BS |
| Skipper, MacNeil Sootywing | *Hesperopsis gracielae* | AZ, NV | Insect | BS |
| Skipper, Mardon | *Polites mardon* | CA, NM, OR | Insect | C |
| Skipper, Mono Basin | *Hesperia uncas giulianii* | NV | Insect | BS |
| Skipper, Pawnee Montane | *Hesperia leonardus maontana* | CO | Insect | FT |
| Skipper, Railroad Valley | *Hesperia uncas fulvapalla* | NV | Insect | BS |
| Skipper, White Mountain | *Hesperia miriamae longaevicola* | NV | Insect | BS |
| Skipper, White River Valley | *Hesperia uncas grandiosa* | NV | Insect | BS |
| Skullcap, Dwarf | *Scutellaria nana* | CA | Plant | BS |
| Skunk, Spotted | *Spilogale putorius* | MT | Mammal | BS |
| Smooth-aster, Guadalupe | *Symphyotrichum laeve* var. *geyeri* | NM | Plant | BS |
| Smooth-aster, Jessica's | *Symphyotrichum jessicae* | ID, OR | Plant | BS |
| Smooth-aster, Rush | *Symphyotrichum boreale* | ID, OR | Plant | BS |
| Snail, Bliss Rapids | *Taylorconcha serpenticola* | ID | Snail | FT |
| Springsnail, Bruneau Hot | *Pyrgulopsis bruneauensis* | ID | Snail | FE |
| Snail, Disc (Oregonian Snail) | *Cryptomastix* sp. | OR | Snail | BS |
| Snail, Dona Ana Talus | *Sonorella todseni* | NM | Snail | BS |
| Snail, Hells Canyon Land | *Cryptomastix populi* | OR | Snail | BS |
| Snail, Idaho Spring | *Pyrgulopsis idahoenis* | ID | Snail | FE |
| Springsnail, Koster's | *Juturnia kosteri* | NM | Snail | FE |
| Snail, Mission Creek (Oregonian Snail) | *Cryptomastix magnidentata* | ID | Snail | BS |
| Snail, Morro Shoulderband | *Helminthoglypta walkeriana* | CA | Snail | FE |
| Snail, Mountain Boulder Pile | *Oreohlix jugalis* | ID | Snail | BS |
| Snail, Mountain Idaho Banded | *Orehelix idahoensis idahoensis* | ID | Snail | BS |
| Snail, Mountain Lava Rock | *Orhelix waltoni* | ID | Snail | BS |
| Snail, Mountain Whorled | *Orehelix vortex* | ID | Snail | BS |
| Snail, Newcomb's Littorine | *Algamorda subrotundata* | OR | Snail | BS |
| Snail, Pecos Assiminea | *Assiminea pecos* | NM | Snail | PE |
| Snail, Schell Creek Mountain | *Oreohelix nevadensis* | NV | Snail | BS |
| Snail, Snake River Physa | *Physa natricina* | ID | Snail | FE |
| Snail, Striate Mountain | *Orehelix strigosa goniogyra* | ID | Snail | BS |

BLM_0008580

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Snail, Utah Valvata | *Valvata utahensis* | ID, UT | Snail | FE |
| Snails, Hydrobiid Spring | All species in genus *Pyrgulopsis* | AZ | Snail | BS |
| Snails, Hydrobiid Spring | All species in genus *Pyrgulopsis* | OR | Snail | BS |
| Snails, Succineid | All species in family Succineidae | AZ | Snail | BS |
| Snake, Common Garter | *Thamnophis sirtalis* | ID | Reptile | BS |
| Snake, Giant Garter | *Thamnophis gigas* | CA | Reptile | FT |
| Snake, Great Plains Rat | *Elaphe guttata emoryi* | UT | Reptile | BS |
| Snake, Longnose | *Rhinocheilus lecontei* | ID | Reptile | BS |
| Snake, Mexican Garter | *Thamnophis eques megalops* | NM | Reptile | BS |
| Snake, Milk | *Lampropeltis triangulum taylori* | CO, UT | Reptile | BS |
| Snake, Mojave Patch-nosed | *Salvadora hexalepis mojavensis* | UT | Reptile | BS |
| Snake, Narrowhead Garter | *Thamnophis rufipunctatus* | NM | Reptile | BS |
| Snake, Painted Desert Glossy | *Arizona elegans philipi* | UT | Reptile | BS |
| Snake, Sanora Lyre | *Trimorphodon biscutatus lambda* | UT | Reptile | BS |
| Snake, Smooth Green | *Opheodrys vernalis* | UT | Reptile | BS |
| Snake, Two-striped Garter | *Thamnophis hammondii* | CA | Reptile | BS |
| Snake, Utah Blind | *Leptotyphlops humilis utahensis* | UT | Reptile | BS |
| Snake, Western Ground | *Sonora semiannulata* | ID | Reptile | BS |
| Snow-wreath, Shasta | *Neviusia cliftonii* | CA | Plant | BS |
| Soaproot, Dwarf | *Chlorogalum pomeridianum* var. *minus* | CA | Plant | BS |
| Soaproot, Red Hills | *Chlorogalum grandiflorum* | CA | Plant | BS |
| Spadefoot, Great Basin | *Spea intermontana* | CO, WY | Amphibian | BS |
| Sparrow, Baird's | *Ammodramus bairdii* | MT, NM, WY | Bird | BS |
| Sparrow, Black-throated | *Amphispiza bilineata* | ID | Bird | BS |
| Sparrow, Brewer's | *Spizella breweri* | ID, WY | Bird | BS |
| Sparrow, Grasshopper | *Ammodramus savannarum* | UT | Bird | BS |
| Sparrow, Large-billed Savannah | *Passerculus sandwichensis rostratus* | AZ | Bird | BS |
| Sparrow, LeConte's | *Ammodramus leconteii* | MT | Bird | BS |
| Sparrow, Sage | *Amphispiza belli* | ID, MT, OR, WY | Bird | BS |
| Sparrow, Vesper (Oregon Sparrow) | *Pooecetes gramineus affinis* | NV, OR | Bird | BS |
| Spider-flower, Many Stemmed | *Cleome multicaulis* | CO, WY, NM | Plant | BS |
| Spikedace | *Meda fulgida* | AZ, NM | Fish | FT |
| Spinedace, Big Spring | *Lepidomeda mollispinis pratensis* | NV | Fish | FT |
| Spinedace, Little Colorado | *Lepidomeda vittata* | AZ | Fish | FT |
| Spinedace, Virgin River | *Lepidomeda mollispinis mollispinis* | NV, UT | Fish | BS |
| Spinedace, White River | *Lepidomeda albivalis* | NV | Fish | FE |
| Spineflower, Brewer's | *Chorizanthe breweri* | CA | Plant | BS |
| Spineflower, Indian Valley | *Aristocapsa insignis* | CA | Plant | BS |
| Spineflower, Monterey | *Chorizanthe pungens* var. *pungens* | CA | Plant | FT |
| Spineflower, Orcutt's | *Chorizanthe orcuttiana* | CA | Plant | FE |
| Spineflower, San Benito | *Chorizanthe biloba immemora* | CA | Plant | BS |
| Spineflower, Slender-horned | *Dodecahema leptoceras* | CA | Plant | FE |
| Spineflower, Straight-awned | *Chorizanthe rectispina* | CA | Plant | BS |
| Spleenwort, Dalhouse | *Asplenium* [=*Ceterach*] *dalhousiae* | AZ | Plant | BS |
| Splittail, Sacramento | *Pogonichthys macrolepidotus* | CA | Fish | FT |
| Springbeauty, Ogilvie Mountains | *Claytonia ogilviensis* | AK | Plant | BS |
| Springfish, Hiko White River | *Crenichthys baileyi grandis* | NV | Fish | FE |
| Springfish, Moapa White River | *Crenichthys baileyi moapae* | NV | Fish | BS |
| Springfish, Moorman White River | *Crenichthys baileyi thermophilus* | NV | Fish | BS |
| Springfish, Preston White River | *Crenichthys baileyi albivallis* | NV | Fish | BS |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Springfish, Railroad Valley | *Crenichthys nevadae* | NV | Fish | FT |
| Springfish, White River | *Crenichthys baileyi baileyi* | NV | Fish | FE |
| Spring-parsley, Featherleaf | *Cymopterus beckii* | UT | Plant | BS |
| Spring-parsley, Plains | *Cymopterus acaulis* var. *parvus* | UT | Plant | BS |
| Spring-parsley, Uinta Basin | *Cymopterus duchesnesis* | CO | Plant | BS |
| Springsnail, Alamosa | *Tryonia alamosae* | NM | Snail | FE |
| Springsnail, Crooked Creek | *Pyrgulopsis intermedia* | OR | Snail | BS |
| Springsnail, Harney Lake | *Pyrgulopsis hendersoni* | OR | Snail | BS |
| Springsnail, Idaho | *Fontelicella idahoensis* | ID | Snail | FE |
| Springsnail, Malheur Cave | *Oncopodura mala* | CA, OR | Snail | BS |
| Springsnail, Owyhee Hot | *Pyrgulopsis* sp. | OR | Snail | BS |
| Springsnail, Roswell | *Pyrgulopsis roswellensis* | NM | Snail | FE |
| Spruce, White | *Picea glauca* | ID | Plant | BS |
| Spurge, Flat-seeded | *Chamaesyce platysperma* | CA | Plant | BS |
| Spurge, Hoover's | *Chamaesyce hooveri* | CA | Plant | FT |
| Spurge, Paria | *Euphorbia nephradenia* | UT | Plant | BS |
| Spurge, Stony Creek | *Chamaesyce ocellata* ssp. *rattanii* | CA | Plant | BS |
| Squirrel, Coachella Valley Round-tailed Ground | *Spermophilus tereticaudus chlorus* | CA | Mammal | C |
| Squirrel, Ground Piaute | *Spermophilus mollis artemisae* | ID | Mammal | BS |
| Squirrel, Miriam's Ground | *Spermophilus canus vigilis* | ID | Mammal | BS |
| Squirrel, Northern Idaho Ground | *Spermophilus brunneus brunneus* | ID | Mammal | FT |
| Squirrel, Southern Idaho Ground | *Spermophilus brunneus* | ID | Mammal | C |
| Squirrel, Washington Ground | *Spermophilus washingtoni* | OR | Mammal | C |
| Squirrel, Wyoming Ground | *Spermophilus elegans nevadensis* | ID | Mammal | BS |
| St. John's-wort, Large Canadian | *Hypericum majus* | ID | Plant | BS |
| Star-tulip, Long-haired | *Calochortus longebarbatus longebarb* | CA, OR | Plant | BS |
| Star-tulip, Shirley Meadows | *Calochortus westonii* | CA | Plant | BS |
| Steelhead (Central California Coast) | *Oncorhynchus mykiss* | CA | Fish | FT |
| Steelhead (California Central Valley ESU) | *Oncorhynchus mykiss* | CA | Fish | FT |
| Steelhead (Klamath Mountains ESU) | *Oncorhynchus mykiss* | ID | Fish | C |
| Steelhead (Lower Columbia River ESU) | *Oncorhynchus mykiss* | OR | Fish | FT |
| Steelhead (Middle Columbia River ESU) | *Oncorhynchus mykiss* | OR | Fish | FT |
| Steelhead (Northern California ESU) | *Oncorhynchus mykiss* | CA | Fish | FT |
| Steelhead (Oregon Coast ESU) | *Oncorhynchus mykiss* | OR | Fish | C |
| Steelhead (Puget Sound ESU) | *Oncorhynchus mykiss* | OR | Fish | PT |
| Steelhead (Snake River Basin ESU) | *Oncorhynchus mykiss* | ID, OR | Fish | FT |
| Steelhead (South-central California Coast ESU) | *Oncorhynchus mykiss* | CA | Fish | FT |
| Steelhead (Southern California ESU) | *Oncorhynchus mykiss* | CA | Fish | FE |
| Steelhead (Upper Columbia River ESU) | *Oncorhynchus mykiss* | OR | Fish | FE |
| Steelhead (Upper Willamette River ESU) | *Oncorhynchus mykiss* | OR | Fish | FT |
| Steelhead, Gulkana | *Oncorhynchus mykiss* | AK | Fish | BS |
| Stenotus, Woolly | *Stenotus lanuginosus* | CA | Plant | BS |
| Stickleaf, Royal Gorge | *Mentzelia densa* | CO | Plant | BS |
| Stickleaf, September 11th | *Mentzelia memorabilis* | AZ | Plant | BS |

BLM_0008582

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Stickleaf, Smooth | *Mentzelia mollis* | ID, NV | Plant | BS |
| Stickleaf, Southwest | *Mentzelia argillosa* | CO | Plant | BS |
| Stickleback, Unarmored Threespine | *Gasterosteus aculeatus williamsoni* | CA | Fish | FE |
| Stickseed, Cronquist's | *Hackelia cronquistii* | ID | Plant | BS |
| Stickseed, Deep Creek | *Hackelia ibapensis* | UT | Plant | BS |
| Stickseed, Rattlesnake | *Hackelia ophiobia* | ID | Plant | BS |
| Stickseed, Showy | *Hackelia venusta* | WA | Plant | FE |
| Stickweed, Rocky Mountain | *Cleomella palmeriana* | UT | Plant | BS |
| Stitchwort, James' | *Pseudostellaria jamesii* | MT | Plant | BS |
| Stonecat | *Noturus flavus* | CA, CO | Fish | BS |
| Stonecrop, Applegate | *Sedum oblanceolatum* | OR | Plant | BS |
| Stonecrop, Bartram | *Graptopetalum bartramii* | AZ | Plant | BS |
| Stonecrop, Canyon Creek | *Sedum paradisum* | CA | Plant | BS |
| Stonecrop, Feather River | *Sedum albomarginatum* | CA | Plant | BS |
| Stonecrop, Red Mountain | *Sedum eastwoodiae* | CA | Plant | C |
| Stonecrop, Rogue River | *Sedum moranii* | OR | Plant | BS |
| Stonefly, Wahkeena Falls Flightless | *Zapada wahkeena* | OR | Insect | BS |
| Strawberry, Idaho | *Waldsteinia idahoensis* | ID | Plant | BS |
| Streptanthus, Howell's | *Streptanthus howellii* | OR | Plant | BS |
| Sturgeon, Pallid | *Scaphirhynchus albus* | CO, MT, WY | Fish | FE |
| Sturgeon, White | *Acipenser transmontanus* | ID | Fish | BS |
| Sturgeon, White (Kootenai ESU) | *Acipenser transmontanus* | ID, MT | Fish | FE |
| Sucker, Blue | *Cycleptus elongatus* | MT, WY | Fish | BS |
| Sucker, Bluehead | *Catostomus discobolus* | CO, UT, WY | Fish | BS |
| Sucker, Desert | *Catostomus [=Pantosteus] clarki* | AZ, NM, UT | Fish | BS |
| Sucker, Flannelmouth | *Catostomus latipinnis* | CO, NV, UT, WY | Fish | BS |
| Sucker, Goose Lake | *Catostomus occidentalis lacusanserinus* | OR | Fish | BS |
| Sucker, June | *Chasmistes liorus* | UT | Fish | FE |
| Sucker, Little Colorado | *Catostomus* sp. | AZ, UT | Fish | BS |
| Sucker, Lost River | *Deltistes luxatus* | CA, OR | Fish | FE |
| Sucker, Modoc | *Catostomus microps* | CA | Fish | FE |
| Sucker, Mountain | *Catostomas platyrhynchus* | CO | Fish | BS |
| Sucker, Razorback | *Xyrauchen texanus* | AZ, CA, CO, NM, NV, UT, WY | Fish | FE |
| Sucker, Rio Grande | *Catostomus plebeius* | NM | Fish | BS |
| Sucker, Shortnose | *Chasmistes brevirostris* | CA, OR | Fish | FE |
| Sucker, Sonora | *Catostomus insignis* | AZ, NM | Fish | BS |
| Sucker, Wall Canyon | *Catostomus* sp. | NV | Fish | BS |
| Sucker, Warner | *Catostomus warnerensis* | CA, NV, OR | Fish | FT |
| Sucker, White River Desert | *Catostomus clarki intermedius* | NV | Fish | BS |
| Sullivantia, Oregon | *Sullivantia oregana* | OR | Plant | BS |
| Sullivantia, Wyoming | *Sullivantia hapermanii* var. *hapermanii* | MT | Plant | BS |
| Sumac, Kearney | *Rhus kearneyi* | AZ | Plant | BS |
| Sunburst, Hartweg's Golden | *Pseudobahia bahiifolia* | CA | Plant | FE |
| Sunburst, San Joaquin Adobe | *Pseudobahia peirsonii* | CA | Plant | FT |
| Suncup, Diamond Valley | *Camissonia gouldii* | UT | Plant | BS |
| Sunflower, Pecos | *Helianthus paradoxus* | NM | Plant | FT |
| Sunray, Ash Meadows | *Enceliopsis nudicaulis* var. *corrugata* | NV | Plant | FT |
| Sunray, Silverleaf | *Enceliopsis argophylla* | AZ, NV | Plant | BS |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Swan, Trumpeter | *Cygnus buccinator* | AK, ID, MT, WY | Bird | BS |
| Swertia, Umpqua | *Frasera fastigata* | OR | Plant | BS |
| Swertia, White River | *Frasera gypsicola* | UT | Plant | BS |
| Swift, Black | *Cypseloides niger* | ID, UT | Bird | BS |
| Tansy-aster, Gypsum Hotsprings | *Machaeranthera gypsitherma* | NM | Plant | BS |
| Tansymustard, Wyoming | *Descurainia torulosa* | WY | Plant | BS |
| Tarplant, Congdon's | *Hemizonia parryi* ssp. *congdonii* | CA | Plant | BS |
| Tarplant, Hall's | *Hemizonia halliana* | CA | Plant | BS |
| Tarplant, Otay | *Hemizonia cunjugens* (=*Deinandra conjugens*) | CA | Plant | FT |
| Tarplant, Tecate | *Hemizonia floribunda* | CA | Plant | BS |
| Tauschia, Hoover's | *Tauschia hooveri* | OR | Plant | BS |
| Tern, Black | *Chlidonias niger* | CO, ID, MT, NM, NV, UT | Bird | BS |
| Tern, Caspian | *Sterna caspia* | UT | Bird | BS |
| Tern, Least (Interior) | *Sterna antillarum* | CO, NM, NM, WY | Bird | FE |
| Tetracoccus, Parry's | *Tetracoccus dioicus* | CA | Plant | BS |
| Thelypody, Arrow | *Thelypodium sagittatum* | MT | Plant | BS |
| Thelypody, Howell's Spectacular | *Thelypodium howellii* ssp. *howellii* | CA | Plant | BS |
| Thelypody, Howell's Spectacular | *Thelypodium howellii*  ssp. *spectabilis* | OR | Plant | FT |
| Thelypody, Northwestern | *Thelypodium paniculatum* | MT | Plant | BS |
| Thelypody, Wavy-leaf | *Thelypodium repandum* | ID | Plant | BS |
| Thistle, Ashland | *Cirsium ciliolatum* | OR | Plant | BS |
| Thistle, Cedar Rim | *Cirsium aridum* | WY | Plant | BS |
| Thistle, Compact Cobwebby | *Cirsium occidentale* var. *compactum* | CA | Plant | BS |
| Thistle, La Graciosa | *Cirsium loncholepis* | CA | Plant | FE |
| Thistle, Long-styled | *Cirsium longistylum* | MT | Plant | BS |
| Thistle, Mount Hamilton | *Cirsium fontinale* var. *campylon* | CA | Plant | BS |
| Thistle, Ownbey's | *Cirsium ownbeyi* | CO, UT, WY | Plant | BS |
| Thistle, Pitcher's | *Cirsium pitcheri* | CA | Plant | FT |
| Thistle, Rocky Mountain | *Cirsium perplexans* | CO | Plant | BS |
| Thistle, Slough | *Cirsium crassicaule* | CA, WY | Plant | BS |
| Thistle, Virgin | *Cirsium virginense* | UT | Plant | BS |
| Thornbush, Seaside | *Kaemefeltia californica* | CA | Plant | BS |
| Thornmint, San Benito | *Acanthomintha obovata* ssp. *obovata* | CA | Plant | BS |
| Thornmint, San Diego | *Acanthomintha ilicifolia* | CA | Plant | FT |
| Thornmint, San Clara | *Acanthomintha lanceolata* | CA | Plant | BS |
| Thrasher, Bendire's | *Toxostoma bendirei* | CA | Bird | BS |
| Thrasher, Crissal | *Toxostoma crissale* | NV, UT | Bird | BS |
| Thrasher, Le Conte's | *Toxostoma lecontei* | CA, NV | Bird | BS |
| Thrasher, Sage | *Oreoscoptes montanus* | WY | Bird | BS |
| Thread moss, Slender | *Orthodontium gracile* | CA | Plant | BS |
| Threads, Comanche Point Layia | *Layia leucopappa* | CA | Plant | BS |
| Threadstem, Rigid | *Nemacladus rigidus* | ID | Plant | BS |
| Three Hearts | *Tricardia watsonii* | AZ | Plant | BS |
| Thrush, Gray-cheeked | *Catharus mimimus* | AK | Bird | BS |
| Tidy-tips, Munz's | *Layia munzii* | CA | Plant | BS |
| Tidy-tips, Rayless | *Layia discoidea* | CA | Plant | BS |
| Tightcoil (Snail), Crater Lake | *Pristiloma arctium crateris* | OR | Snail | BS |

BLM_0008584

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Titmouse, Juniper | *Baelophus griseus* | NV | Bird | BS |
| Toad, Amargosa | *Bufo nelsoni* | NV | Amphibian | BS |
| Toad, Arizona | *Bufo microscaphus microscaphus* | CA, NM, UT | Amphibian | BS |
| Toad, Arroyo | *Bufo californicus (=microscaphus)* | CA | Amphibian | FE |
| Toad, Boreal | *Bufo boreas boreas* | CO, ID, WY | Amphibian | C |
| Toad, Canadian | *Bufo hemiophrys* | MT | Amphibian | BS |
| Toad, Couch's Spadefoot | *Scaphiopus couchi* | CA | Amphibian | BS |
| Toad, Southwestern | *Bufo microscaphus* | NV | Amphibian | BS |
| Toad, Western | *Bufo boreas* | ID | Amphibian | BS |
| Toad, Woodhouse | *Bufo woodhousii* | ID | Amphibian | BS |
| Toad, Wyoming | *Bufo baxteri (=hemiophyrs)* | WY | Amphibian | FE |
| Tonestus, Lone Mountain | *Tonestus graniticus* | NV | Plant | BS |
| Tortula moss, California | *Tortula californica* | CA | Plant | BS |
| Topminnow, Gila (including Yaqui Topminnow) | *Poeciliopsis occidentalis* | AZ, NM | Fish | FE |
| Topminnow, Plains | *Fundulus sciadicus* | CO | Fish | BS |
| Tortoise, Desert (Mojave Desert Tortoise) | *Gopherus agassizii* | AZ, CA, NV, UT | Reptile | FT |
| Towhee, Inyo California | *Pipilo crissalis eremophilus* | CA | Bird | FT |
| Townsend-daisy, Cushion | *Townsendia condensata* | MT | Plant | BS |
| Townsend-daisy, Gypsum | *Townsendia gypsophila* | NM | Plant | BS |
| Townsend-daisy, Scapose | *Townsendia scapigera* | ID | Plant | BS |
| Townsend-daisy, Showy | *Townsendia florifera* | MT | Plant | BS |
| Townsendia, Last Chance | *Townsendia aprica* | UT | Plant | FT |
| Treefrog, Canyon | *Hyla arenicolor* | CO, WY | Amphibian | BS |
| Triquetrella moss, California | *Triquetrella californica* | OR | Plant | BS |
| Triteleia, Leach's | *Triteleia hendersonii* var. *leachiae* | OR | Plant | BS |
| Trout, Bonneville Cutthroat | *Oncorhynchus clarki utah* | ID, NV, UT, WY | Fish | BS |
| Trout, Bull | *Salvelinus confluentus* | ID, MT, NV, OR | Fish | FT |
| Trout, Coastal Cutthroat (Columbia River Trout) | *Oncorhynchus clarki clarki* | OR | Fish | BS |
| Trout, Colorado River Cutthroat | *Oncorhynchus clarki pleuriticus* | CO, UT, WY | Fish | BS |
| Trout, Fine-spotted Snake River Cutthroat | *Oncorhynchus clarki* spp. | WY | Fish | BS |
| Trout, Gila | *Oncorhynchus gilae* | AZ, NM | Fish | FE |
| Trout, Great Basin Redband | *Oncorhynchus mykiss* | OR | Fish | BS |
| Trout, Greenback Cutthroat | *Oncorhynchus clarki stomias* | CO | Fish | FT |
| Trout, Inland Redband (Jenny Creek Trout) | *Oncorhynchus mykiss gairdneri* | NV, OR | Fish | BS |
| Trout, Lahontan Cutthroat | *Oncorhynchus clarki henshawi* | CA, CO, NV, OR, UT | Fish | FT |
| Trout, Redband | *Oncorhynchus mykiss gibbsi* | ID | Fish | BS |
| Trout, Rio Grande Cutthroat | *Oncorhynchus clarki virginalis* | CO | Fish | BS |
| Trout, Westslope Cutthroat | *Oncorhynchus clarki lewisi* | ID, MT, OR | Fish | BS |
| Trout, Yellowstone Cutthroat | *Oncorhynchus clarki bouvieri* | ID, MT, NV, WY | Fish | BS |
| Truffle Eater | *Cordyceps ophioglossoides* | CA | Fungi | BS |
| Truffle, Hypogeous | *Choiromyces venosus* | CA | Fungi | BS |

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Tryonia, Amargosa | *Tryonia variegata* | NV | Snail | BS |
| Tryonia, Grated | *Tryonia clathrata* | NV | Snail | BS |
| Tuctoria, Greene's | *Tuctoria greenei* | CA | Plant | FE |
| Tumble-mustard, Long Valley | *Thelypodiopsis ambigua* var. *erecta* | UT | Plant | BS |
| Turk's Head Cactus, Nichol's | *Echinocactus horizonthalonius* var. *nicholii* | AZ | Plant | FE |
| Turtle, Northwestern Pond | *Clemmys marmorata marmorata* | OR | Reptile | BS |
| Turtle, Painted | *Chrysemys picta* | OR | Reptile | BS |
| Turtle, Snapping | *Chelydra serpentina* | MT, UT | Reptile | BS |
| Turtle, Sonoyta Mud Turtle | *Kinosteron sonoriense longifemorale* | AZ | Reptile | C |
| Turtle, Southwestern Pond | *Clemmys marmorata pallida* | CA | Reptile | BS |
| Turtle, Spiny Softshell | *Trionyx spiniferus* | MT | Reptile | BS |
| Twayblade, Northern | *Listera borealis* | CO | Plant | BS |
| Twinpod, Dorn's | *Physaria dornii* | WY | Plant | BS |
| Twinpod, Double | *Physaria brassicoides* | MT | Plant | BS |
| Twinpod, Dudley Bluffs | *Physaria obcordata* | CO | Plant | FT |
| Twinpod, Rocky Mountain | *Physaria saximontana* var. *saximontana* | WY | Plant | BS |
| Twinpod, Salmon | *Physaria didymocarpa* var. *lyrata* | ID, MT | Plant | BS |
| Twinpod, Tufted | *Physaria condensata* | WY | Plant | BS |
| Unicorn-plant, Dune | *Proboscidea sabulosa* | NM | Plant | BS |
| Venus' Looking-glass, False | *Legenere limosa* | CA | Plant | BS |
| Vervain, Red Hills | *Verbena californica* | CA | Plant | FT |
| Vetchling, Grimes | *Lathyrus grimesii* | NV | Plant | BS |
| Violet, Rock | *Viola lithion* | NV | Plant | BS |
| Violet, Western (Bog Violet) | *Viola lanceolata* ssp. *occidentalis* | OR | Plant | BS |
| Vireo, Bell's | *Vireo bellii* | NM | Bird | BS |
| Vireo, Gray | *Vireo vicinior* | CA, NV | Bird | BS |
| Vireo, Least Bell's | *Vireo bellii pusillus* | CA | Bird | FE |
| Vole, Amargosa | *Microtus californicus scirpensis* | CA | Mammal | FE |
| Vole, Ash Meadows Montane | *Microtus montanus nevadensis* | NV | Mammal | BS |
| Vole, Hualapai Mexican | *Microtus mexicanus hualpaiensis* | AZ | Mammal | FE |
| Vole, Mexican | *Microtus mexicanus* | UT | Mammal | BS |
| Vole, Pahranagat Valley Montane | *Microtus montanus fucosus* | NV | Mammal | BS |
| Vole, Virgin River Montane | *Microtus montanus rivularis* | UT | Mammal | BS |
| Wafer-Parsnip, Evert's | *Cymopterus evertii* | WY | Plant | BS |
| Wafer-Parsnip, William's | *Cymopterus williamsii* | WY | Plant | BS |
| Wallflower, Coast | *Erysimum ammophilum* | CA | Plant | BS |
| Wallflower, Menzies' | *Erysimum menziesii* ssp. *eurekense* | CA | Plant | FE |
| Warbler, Blackpoll | *Dendroica striata* | AK | Bird | BS |
| Warbler, Lucy's | *Vermivora luciae* | NV | Bird | BS |
| Warbler, Townsend's | *Denroica townsendi* | AK | Bird | BS |
| Warbler, Virginia's | *Vermivora virginiae* | ID | Bird | BS |
| Waterhemlock, Bulb-bearing | *Cicuta bulbifera* | ID | Plant | BS |
| Water-marigold, Beck's | *Megalodonta beckii* var. *beckii* | MT | Plant | BS |
| Water-starwort, The Dalles | *Callitriche fassettii* | OR | Plant | BS |
| Water-umbel, Huachuca | *Lilaeopsis schaffneriana* var. *recurva* | AZ | Plant | FE |
| Waterweed, Long Sheath | *Elodea bifoliata* | MT | Plant | BS |
| Water-willow, Wright's | *Justica wrightii* | NM | Plant | BS |
| Wavewing, Greeley's | *Cymopterus acaulis* var. *greeleyorum* | OR | Plant | BS |
| Waxflower; Jamesia, Four Petal | *Jamesia tetrapetala* | NV, UT | Plant | BS |
| Weevil, Rulien's Miloderes | *Miloderes* sp. | NV | Insect | BS |

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Western Rosinweed, Butte County | *Calycadenia oppositifolia* | CA | Plant | BS |
| Western Rosinweed, Dwarf | *Calycadenia villosa* | CA | Plant | BS |
| Western Rosinweed, Hoover's | *Calycadenia hooveri* | CA | Plant | BS |
| Whale, Blue | *Balaenoptera musculus* | OR | Mammal | FE |
| Whale, Bowhead | *Balaena mysticetus* | AK | Mammal | FE |
| Whale, Finback | *Balaenoptera physalus* | AK | Mammal | FE |
| Whale, Humpback | *Megaptera novaeangliae* | AK, OR | Mammal | FE |
| Whiptail, Canyon Spotted | *Cnemidophorus burti* | AZ, NM | Reptile | BS |
| Whiptail, Gray Checkered | *Cnemidophorus dixoni* | NM | Reptile | BS |
| Whiptail, Plateau Striped | *Cnemidophorus velox* | UT | Reptile | BS |
| Whitefish, Bear Lake | *Prosopium abyssicola* | ID | Fish | BS |
| Whitefish, Pygmy | *Prosopium coulteri* | OR | Fish | BS |
| Whitlow-grass, Aleutian | *Draba aleutica* | AK | Plant | BS |
| Whitlow-grass, Howell's | *Draba howellii* | OR | Plant | BS |
| Whitlow-grass, Ogilve Mountains | *Draba ogilviensis* | AK | Plant | BS |
| Whitlow-grass, Standley | *Draba standleyi* | NM | Plant | BS |
| Whitlow-grass, Tundra | *Draba juvenillis* | AK | Plant | BS |
| Whtilow-grass, Murray's | *Draba murrayi* | AK | Plant | BS |
| Wild Ginger, Green-flowered | *Asarum caudatum* var. *viridiflorum* | OR | Plant | BS |
| Wild-rye, Sand | *Elymus flavescens* | MT | Plant | BS |
| Wild-rye, Sand | *Leymus flavescens* | MT | Plant | BS |
| Willow, Autumn | *Salix serissima* | CO | Plant | BS |
| Willow, False Mountain | *Salix pseudomonticola* | ID | Plant | BS |
| Willow, Hoary | *Salix candida* | CO, ID | Plant | BS |
| Willow, Low Blueberry | *Salix myrtillifolia* | CO, NM | Plant | BS |
| Willow, Netleaf | *Salix reticulata* ssp. *glabellicarpa* | AK | Plant | BS |
| Willow, Soft-leaved | *Salix sessilifolia* | OR | Plant | BS |
| Willow-herb, Nevada | *Epilobium nevadense* | NV, UT | Plant | BS |
| Wintergreen, White-veined | *Pyrola picta* | SD | Plant | BS |
| Wirelettuce, Malheur | *Stephanomeria malheurensis* | OR | Plant | FE |
| Wire-lettuce, Schott | *Stephanomeria schottii* | AZ | Plant | BS |
| Wolf, Gray | *Canis lupus* | AZ, CO, NM, NV, WY | Mammal | FE |
| Wolf, Gray | *Canis lupus* | ID | Mammal | FE, XN |
| Wolf, Gray | *Canis lupus* | MT, OR, UT | Mammal | FT |
| Wolf, Mexican Gray | *Canis lupus baileyi* | NM, AZ | Mammal | FE, XE |
| Wolverine, North American | *Gulo gulo luscus* | ID, UT | Mammal | BS |
| Wood-fern, Aravaipa | *Thelypteris puberula sonorensis* | AZ | Plant | BS |
| Woodpecker, Black-backed | *Picoides arcticus* | MT, OR | Bird | BS |
| Woodpecker, Hairy | *Picoides villosus* | MT | Bird | BS |
| Woodpecker, Lewis' | *Melanerpes lewis* | ID, NV, OR, UT | Bird | BS |
| Woodpecker, Red-cockaded | *Picoides borealis* | NM | Bird | FE |
| Woodpecker, Three-toed | *Picoides tridactylus* | MT, OR, UT | Bird | BS |
| Woodpecker, White-headed | *Picoides albolarvatus* | ID, OR | Bird | BS |
| Woodrat, Riparian (San Joaquin Valley Woodrat) | *Neotoma fuscipes riparia* | CA | Mammal | FE |
| Woodrat, Stephen's | *Neotoma stepheni* | UT | Mammal | BS |
| Woodrat, White Sands | *Neotoma micropus leucophaea* | NM | Mammal | BS |
| Woodsage, American | *Teucrium canadense* var. *occidentale* | ID | Plant | BS |
| Woody-aster, Orcutt's | *Xylorhiza orcuttii* | CA | Plant | BS |

SPECIAL STATUS SPECIES LIST

| Common Name | Scientific Name | State | Class | Status[1] |
|---|---|---|---|---|
| Woolly-heads, Dwarf | *Psilocarphus brevissimus* | MT | Plant | BS |
| Wooly-star, Brandeegee's | *Eriastrum brandegeeae* | CA | Plant | BS |
| Woolly-star, Hoover's | *Eriastrum hooveri* | CA | Plant | FT |
| Woolly-star, Santa Ana River | *Eriastrum densifolium* | CA | Plant | FE |
| Woolly-star, Yellow-flowered | *Eriastrum luteum* | CA | Plant | BS |
| Woolly-sunflower, Barstow | *Eriophyllum mohavense* | CA | Plant | BS |
| Woolly-sunflower, Fort Tejon | *Eriophyllum lanatum* var. *hallii* | CA | Plant | BS |
| Wooly-threads, San Joaquin | *Lembertia congdonii* | CA | Plant | FE |
| Wormwood, Aleutian | *Artemisia aleutica* | AK | Plant | BS |
| Wormwood, Mystery | *Artemisia biennis* var. *diffusa* | WY | Plant | BS |
| Wormwood, Northern | *Artemisia campestris* var. *wormskioldii* | OR | Plant | C |
| Wormwood, Purple | *Artemisia globularia* | AK | Plant | BS |
| Wormwood, Yellow-ball | *Artemisia senjavinensis* | AK | Plant | BS |
| Woundfin | *Plagopterus argentissimus* | AZ, NM, NV, UT | Fish | FE |
| Yampah, Red-rooted | *Perideridia erythrorhiza* | OR | Plant | BS |
| Yarrow, Cusick's False | *Chaenactis cusickii* | ID | Plant | BS |
| Yellow Cress, Columbian (Columbia Cress) | *Rorippa columbiae* | CA, OR, WA | Plant | BS |
| Yellow Cress, Persistant Sepal | *Rorippa calycina* | MT, WY | Plant | BS |
| Yellow Cress, Tahoe | *Rorippa subumbellata* | CA, NV | Plant | C |
| Yellowhead, Desert | *Yermo xanthocephalus* | WY | Plant | FT |
| Yellowthroat, Common | *Geothlypis trichas* | UT | Bird | BS |

[1] BS = BLM sensitive species; DM = Delisted species that has recovered and will be monitored for 5 years; C = Candidate species for listing under the ESA; EmE = Emergency endangered species listing; FE = Federal endangered species; FT = Federal threatened species; PE = Proposed for listing as an endangered species; PT = Proposed for listing as a threatened species; XE = Experimental population, essential; and XN = Experimental population, nonessential.
[2] ESU = Evolutionary Significant Unit.

BLM_0008588

# CHAPTER 1
# PURPOSE OF THE ENVIRONMENTAL REPORT

BLM_0008589

BLM_0008590

# TABLE OF CONTENTS

**Page**

Introduction ...................................................................................................................................................... 1-1
    Organization of the Vegetation Treatments Assessments ....................................................................... 1-2
    Program Objectives and Goals ............................................................................................................... 1-3
    Background ............................................................................................................................................. 1-3
Scope of Report .............................................................................................................................................. 1-6
    Determination of Treatment Acreages .................................................................................................... 1-7
Documents that Influence the Scope of the PER ........................................................................................... 1-7
Relationship to Statutes, Regulations, and Policies ....................................................................................... 1-8
    Federal Laws, Regulations, and Policies that Influence Vegetation Treatments .................................... 1-8
    Relationships among Land Use, Land Use Planning, Land Health Standards, Ecosystem Functionality, and
    Vegetation Treatments ......................................................................................................................... 1-10
    Interrelationships and Coordination with Agencies .............................................................................. 1-10
    National Level Coordination ................................................................................................................. 1-10
    State and County Level Coordination .................................................................................................... 1-11
    Non-governmental Organizations .......................................................................................................... 1-12
    Cooperative Weed Management Areas .................................................................................................. 1-12
Consultation ................................................................................................................................................. 1-12
Preview of Remainder of PER ..................................................................................................................... 1-13

## List of Figures

1-1     Acres of Public Land Burned Annually by Wildfires since 1990 ................................................... 1-4
1-2     Relationships among Land Use Planning Activities and Vegetation Treatments PER and PEIS ............... 1-12
1-3     Organization of the Programmatic ER ........................................................................................... 1-14

## List of Maps

1-1     Public Lands Administered by the Bureau of Land Management ..................................................... 1-15

BLM_0008591

BLM_0008592

## CHAPTER 1

# PURPOSE OF THE ENVIRONMENTAL REPORT

## Introduction

The Bureau of Land Management (BLM), an agency of the U.S. Department of the Interior (USDI), manages vegetation on nearly 261 million acres in 17 states in the western U.S., including Alaska (pubic lands; treatment area; Map 1-1). These lands encompass approximately 1 out of every 5 acres from the Rocky Mountains to the Pacific Ocean. Management and control of vegetation for resource and habitat enhancement is accomplished using a variety of treatment methods, including, but not limited to: herbicides, prescribed fire and wildland fire use for resource benefit (collectively termed "fire use"), manual and mechanical methods, and biological controls such as insects, pathogens, fish, and domestic grazing animals.

In recent years, the severity and intensity of wildfires in the West has increased dramatically from levels in the 1970s and 1980s. Although the recent increase in wildfires is directly related to drought conditions throughout the western U.S., it is also influenced by changes in the vegetation on public lands that have occurred during the past 50 years and have resulted in increases in hazardous flammable fuels. As the population has increased in the western U.S., the loss of life and property has also increased as more people live in close proximity to public lands in areas now referred to as the wildland urban interface (WUI).

Much of the change in vegetation and increase in hazardous fuels on public lands can be attributed to fire exclusion policies over the past 100 years. Contributors to this change include natural influences, such as intermittent and long-term drought over the past 40 years. They also include anthropogenic influences, such as alteration of vegetation and habitat at the local and landscape levels through authorized uses on public lands (e.g., livestock grazing and timber management), full fire suppression policies to protect infrastructure and vegetative resources, and the increased spread of noxious weed species and invasive vegetation.

Some noxious weeds and other invasive vegetation, such as downy brome[1] (also known as cheatgrass), act as hazardous fuels in upland landscapes. Downy brome is a self-perpetuating winter annual that spreads easily across upland landscapes altered by fire, through a prolific seed source. Wind and soil erosion transport the seed over wide areas and into previously undisturbed habitats.

Invasive vegetation and noxious weeds are highly competitive and can often out-compete native vegetation, especially on recently disturbed sites. Invasive vegetation and noxious weeds are the dominant vegetation on an estimated 35 million acres of public lands (USDI BLM 2000a). The estimated rate of weed spread on western public lands in 1996 was 2,300 acres per day (USDI BLM 1996). Invasive vegetation and noxious weeds degrade or reduce soil productivity, water quality and quantity, native plant communities, wildlife habitat, wilderness values, recreational opportunities, and livestock forage, and are detrimental to the agriculture and commerce of the U.S. and to public health (National Academy of Sciences 1968, USDI BLM 2000b). Weed infestations can become permanent if left untreated.

In response to the threats of wildfire and invasive vegetation and noxious weeds, the President and Congress have directed the USDI and BLM, through implementation of the *National Fire Plan* (USDI and U.S. Department of Agriculture [USDA] Forest Service 2001), and the *Healthy Forests Restoration Act of 2003*, to take more aggressive actions to reduce catastrophic wildfire risk on public lands. The actions would be taken to protect life and property, and to manage vegetation in a manner that provides for long-term economic sustainability of local communities, improved habitat and vegetation conditions for fish and wildlife, and other public land uses. As a result of these actions, the amount of hazardous fuels reduction and other

---

[1] Common and scientific names of plants and animals given in this PER are provided in Appendix A.

BLM_0008593

## PURPOSE OF THE ENVIRONMENTAL REPORT

vegetation management work conducted by the BLM is expected to increase from current levels to about 6 million acres annually.

The BLM last assessed its use of vegetation treatment methods during the late 1980s and early 1990s, by preparing Environmental Impact Statements (EISs) and Records of Decision (RODs) that covered vegetation treatment activities in 14 western states in the continental U.S. (all states shown on Map 1-1, except Alaska, Nebraska, and Texas; USDI BLM 1985; 1987a, b; 1988a, b; 1989; 1991a, b; 1992a). The previous EISs primarily focused on vegetation control of competing and unwanted vegetation for resource enhancement (forestry and rangelands), noxious and invasive weed control related to surface use activities (oil and gas, rights-of-way [ROW]), and reduction of hazardous fuels to protect resources at risk from wildfire damage. These EISs evaluated the environmental impacts associated with vegetation control and modification on approximately 500,000 acres of public lands a year in the western U.S. The EISs also evaluated the human health and non-target species risks of using 22 herbicide active ingredients (a.i.) on these public lands.

## Organization of the Vegetation Treatments Assessments

The BLM's assessment of vegetation treatment activities on public lands consists of two interrelated parts—this *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Report* (PER), which evaluates the effects of non-herbicide vegetation treatments, and a *Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement* (PEIS; USDI BLM 2007a), which analyzes the impacts of using herbicides on public lands. This organization was selected because the primary issue of controversy identified through scoping, and which required National Environmental Policy Act (NEPA) review, was the BLM's continuing and proposed increase in the use of herbicides in vegetation treatment programs needed to implement the *National Fire Plan* and related initiatives. The use of herbicides has been affirmed as a central issue for analysis in all past EISs.

The use of the other non-herbicide techniques in an integrated pest management approach has been affirmed in all previous EISs Records of Decision, and the BLM will continue to use non-herbicide vegetation treatment methods.

---

### Terminology

**Active ingredient (a.i.)** is the chemical or biological component that kills or controls the target pest.

**Fire use** a term not used in federal fire policy. It is used in the context of the PEIS/PER to refer to prescribed fire or wildland fire use to meet resource objectives.

**Hazardous fuels** include living and dead and decaying vegetation that form a special threat of ignition and resistance to control.

**Herbicide** is a chemical pesticide used to treat vegetation.

**Invasive plants** are plants that are not part of (if exotic), or are a minor component of (if native), the original plant community or communities that have the potential to become a dominant or co-dominant species on the site if their future establishment and growth are not actively controlled by management interventions, or are classified as exotic or noxious plants under state or federal law. Species that become dominant for only one to several years (e.g., short-term response to drought or wildfire) are not invasive plants.

**Native species** historically occurred or currently occur in a particular ecosystem and were not introduced.

**Noxious weeds** are designated by federal or state law as generally possessing one or more of the following characteristics: aggressive and difficult to manage; parasitic; a carrier or host of serious insects or disease; or non-native, new, or not common to the U.S.

**Prescribed fires** are any fire ignited by management actions to meet specific objectives. A written, approved prescribed fire plan must exist, and NEPA requirements (where applicable) must be met, prior to ignition.

**Undesirable plants** are species classified as undesirable, noxious, harmful, exotic, injurious, or poisonous under state or federal law, but not including species listed as endangered by the Endangered Species Act (ESA), or species indigenous to the planning area.

**Weeds** are plants that interfere with management objectives for a given area at a given point in time.

**Wildfires** are unplanned, unwanted wildland fires including unauthorized human-caused fires, escaped wildland fire use events, escaped prescribed fire projects, and all other wildland fires where the objective is to put the fire out.

**Wildland fires** are any non-structure fires that occur in the wildland. Three distinct types of wildland fire have been defined and include wildfire, wildland fire use, and prescribed fire.

**Wildland fire use fires** are the application of the appropriate management response to naturally-ignited wildland fires to accomplish specific resource management objectives in pre-defined designated areas outlined in Fire Management Plans.

**Wildland urban interface** (WUI) is an area where structures and other human development intermingle with undeveloped wildlands or vegetative fuels.

---

BLM_0008594

Although more acres are proposed for treatment under all methods than were identified in previous EISs, the BLM has determined that additional analysis of treating these acres under non-herbicide methods in the PEIS is unnecessary. Congress and the Administration made the decision for federal agencies to treat more acres to reduce the threat of catastrophic fire. The PEIS and PER broadly estimated the acres that could be potentially treated under each method for analysis purposes in the PEIS. The acre totals used in the programmatic analysis are not site-specific as to locations or method(s) used. As identified below in Chapter 2, current land use plans guide the level of treatment activity necessary to meet broad goals and objectives for vegetation. It is anticipated that acres identified for treatments in land use plans and step down activity level plans would be modified in the future as they are revised or amended to reflect the increase in activity mandated by Congress, and that those plans will provide the necessary NEPA analysis to support increased acres of treatment.

Treatment of vegetation is not a static disturbance that accumulates over time. Vegetation treatments are dynamic and typically show results within the first 2 growing seasons. Once vegetation objectives are met, the projects are maintained over time, resulting in viable and resilient vegetation communities over the long term. As more acres are treated, more acres of vegetation meet management objectives as outlined in local land use plans. Projects implemented over the last 10 to 20 years typically have met their objectives and become part of the baseline for analysis of new projects. Because of this dynamic continuum of treatment, revegetation, monitoring, and maintenance, the BLM does not anticipate there would be any different or significant impacts identified beyond what has been analyzed in previous EISs.

This PER discloses the general effects on the environment of using non-herbicide treatment methods, including fire use, and mechanical, manual and biological control methods, to treat hazardous fuels, invasive species, and other unwanted or competing vegetation.

The PEIS analyzes the effects of herbicide use on humans, plants, and animals and other environmental and social resources associated with public lands. This analysis will provide the basis for a programmatic Endangered Species Act (ESA) Section 7 consultation with the U.S. Fish and Wildlife Service (USFWS) and National Oceanic and Atmospheric Administration National Marine Fisheries Service (NMFS) on herbicide use, and the potential impacts of herbicide use on plant and animal species of concern.

The PEIS provides an updated analysis of impacts (direct, indirect, and cumulative) to public land environmental and socioeconomic resources from proposed vegetation treatment activities utilizing herbicides. The PER is linked to the PEIS in the cumulative impact analysis of the PEIS, where all methods of treatment, including the use of herbicides, are assessed.

## Program Objectives and Goals

To maintain and improve the effectiveness of its vegetation management practices, this PER supports the BLM's intent to continue to use, and increase the use of, a variety of fire and non-fire treatment methods to reduce hazardous fuels, control unwanted vegetation, and improve habitat and resource conditions. These actions will be accomplished primarily through the proactive use of herbicides, prescribed fire, wildland fire for resource benefit, manual and mechanical methods, and biological controls that have been approved for use on public lands through previous EISs addressing vegetation control.

This PER provides BLM field offices with information needed to 1) assess and reduce the risk of catastrophic wildfires on public lands and in the WUI; 2) slow the spread of invasive plant species noxious weeds, and other unwanted, undesirable, or competing vegetation (unwanted vegetation); 3) improve ecosystem health by restoring fire-adapted ecosystems; 4) identify and implement best management practices; and 5) understand cumulative effects of treatment activities.

## Background

Today, more than 63 million people live in the western U.S., and growth rates in 9 western states exceeded 20% or more during the past decade. As growth continues, there is also an increasing demand from the public to protect and preserve clean air and water, open space, and habitat for threatened and endangered species. This dramatic growth in the human population has placed increasing demands on the BLM to manage its resources to meet human needs while protecting the environment and maintaining the health of the land.

In recent years, the severity and intensity of wildfires in the West has increased dramatically from levels in the 1970s and 1980s. The 2004 fire season was one of the

BLM_0008595

## PURPOSE OF THE ENVIRONMENTAL REPORT

worst fire seasons on record, with over 3.6 million acres of public lands burned by wildfires (Figure 1-1). Although the recent increase in wildfires is directly related to drought conditions throughout the West, it is also influenced by changes in the vegetation on public lands that have occurred during the past 100 years and have resulted in increases in hazardous flammable fuels. With the concurrent population growth in the western U.S., the loss of life and property has also increased as more people live in close proximity to public lands in the WUI.

Western U.S. forests have experienced significant changes in vegetation and structure over the past century. Over the last 50 years, the BLM and other federal agencies with wildland fire responsibilities put out wildfires as quickly as possible to protect life and property. This practice, referred to as "full suppression," has resulted in long-term fire exclusion from landscapes historically adapted to fire. In forested ecosystems, severe wildfires kill large, old trees that have survived multiple fires in the past and, in many cases, provide the seed necessary to regenerate the forest. They also remove important ground cover, which leaves these areas exposed to severe erosion and the invasion of exotic plant species.



**Figure 1-1. Acres of Public Land Burned Annually by Wildfires since 1990.**

As a result, western U.S. forests are currently denser and dominated by late-seral, fire-intolerant species, and are experiencing unprecedented insect and disease outbreaks. The result is not only more frequent and more intense wildfires, but also more catastrophic effects from these fires. Today, wildfires often result in nearly complete mortality of all the trees regardless of tree size or species. The size of these fires are reaching unprecedented levels, often destroying fish and wildlife habitat, damaging water quality, and sterilizing soils that are vital to reestablishment of native forest conditions. Forests are also experiencing an invasion of exotic plant species in their understories that reduce

their quality as wildlife habitat and provide fine material that promotes the rapid spread of wildfire.

Western U.S. grasslands and shrublands have experienced similar changes in vegetation as forestlands over the past century. Drought conditions and wildfires have burned millions of acres of grasslands and shrublands, and often non-native vegetation and noxious weeds have replaced native vegetation in burned areas (USDI 2001a). Since annual grasses, in particular, cure quickly and carry fire faster, the areas they dominate become more prone to burn and the weed-fire-weed cycle is perpetuated. Monocultures of downy brome and other unwanted vegetation provide fewer habitat, water quality, and recreation benefits than areas with native vegetation. In other areas, fire control efforts have allowed less fire tolerant species, such as pinyon-juniper, to dominate in areas where fire once controlled their spread, often resulting in the loss of grassland and shrubland habitat.

The attention paid to wildland fire has changed dramatically over the last several years. A 1999 report from the U.S. Government Accounting Office (GAO) found that fuel build up was a major problem in the western U.S. and recommended that the Forest Service develop a cohesive strategy to restore and maintain ecosystem health in fire-adapted ecosystems in the western U.S. focusing on "short-interval" fire adapted ecosystems (GAO 1999, USDA Forest Service 2000).

One result of this strategy was the identification of fire regime and condition classes for federal lands in the continental U.S. The fire regime condition class (FRCC) concept is used to describe both the historic fire regime and the degree of departure. FRCC uses five fire regime groups to classify the historic fire frequency and severity for a given plant community. In addition, FRCC uses three broad condition classes to explain the degree of departure from the native fire regime. These condition classes range from 1 to 3, with the risk of loss of key ecosystem components from unwanted wildland fire increasing from Fire Regime Condition Class (FRCC) 1 (lowest risk) to FRCC Class 3 (highest risk).

Upon completion of the Forest Service cohesive strategy, the USDI (including the BLM) began work on an interdepartmental strategy to expand this framework seamlessly across the federal wildland fire management agencies. This effort identified actions that are included in the current BLM effort to reduce hazardous fuels and reintroduce fire into fire-adapted ecosystems.

BLM_0008596

Following the fire season of 2000, the Presidential Report entitled *Managing the Impacts of Wildfires on Communities and the Environment* (USDA and USDI 2000a), was completed in response to a request from the President to determine how best to respond to the severe fire season. Key recommendations from this report included:

- Providing additional firefighting resources;

- Restoring damaged landscapes and communities;

- Increasing investment to reduce fire risk with an emphasis on multi-jurisdictional efforts; and

- Working directly with local communities at risk to improve community fire fighting capacity and coordination, implementing fuel reduction projects, and expanding education and risk mitigation efforts in the WUI.

This report provided the basis and conceptual framework for the *National Fire Plan* (USDI and USDA 2001) and *A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan* (USDI and USDA 2006a).

The *National Fire Plan* is a long-term, multi-faceted strategy designed to manage the impact of wildland fire to communities and ecosystems and to reduce wildfire risk. In addition to the BLM, this plan encompasses the Forest Service and the other land management agencies within the USDI with wildland fire management responsibilities (National Park Service, USFWS, and the Bureau of Indian Affairs). The 10-Year Comprehensive Strategy Implementation Plan extended the concepts of the President's report and the *National Fire Plan* into a broader, collaborative effort involving the Western States Governors Association. Specific actions of this plan included:

- Improving fire prevention and suppression efforts;

- Reducing hazardous fuels;

- Restoring fire-adapted ecosystems; and

- Promoting community assistance.

In August of 2002, the President introduced the *Healthy Forests Initiative*. This initiative is designed to facilitate projects that reduce wildfire hazard and risk by making decisions in a more timely and efficient manner. The

initiative has legislative and administrative components that were put into law by the *Healthy Forests Restoration Act of 2003*.

The BLM presently treats about 500,000 acres annually to reduce wildfire risks from hazardous fuels. To respond to the goals of the *National Fire Plan*, the BLM proposes to increase hazardous fuels reduction (HFR) work by approximately 3 million acres annually (to 3.5 million acres annually) to reduce the risk of wildfire to life and property. This work would require use of fire and non-fire vegetation treatment methods to reduce the risk of catastrophic wildfire and to reintroduce fire as an essential ecosystem component and process. This HFR work would be focused on lands with "abnormal" fire cycle conditions characterized by high intensity fire events with loss of resources and resource damage, including life and property.

In response to catastrophic and resource damaging wildfire, the BLM restores approximately 1.5 million acres of wildfire-damaged lands annually under its Burned Area Emergency Stabilization and Rehabilitation program. Activities conducted under this program include the stabilization of soils and reseeding of fire-damaged areas, in addition to the use of herbicides to prevent the establishment of invasive species, such as downy brome, in those areas where there may be a risk of post-fire invasion of weeds and other invasive species.

In addition to the work identified to reduce hazardous fuels and conduct post-fire stabilization and rehabilitation, approximately 1 million acres of vegetation treatments are conducted annually through other BLM resource programs. These programs are discussed in Chapter 2 and are responsible for controlling weeds and invasive species; modifying forest composition and structure to lessen insect and disease mortality; improving fish and wildlife habitat, including that of threatened and endangered species; improving riparian and wetland areas; and improving water quality in priority watersheds.

The BLM faces many challenges in managing for healthy lands. The Federal Land Policy and Management Act (FLPMA) requires that public lands under the BLM's jurisdiction be managed for a variety of uses, including recreation, grazing, timber harvesting, and energy and mineral development, while ensuring that important environmental, historic, cultural, and scenic values are protected. These uses do cause impacts to the land which can lead to declines in the overall health of the land. As a result, the BLM strives

BLM_0008597

PURPOSE OF THE ENVIRONMENTAL REPORT

to attain a balance between the use of the land under its jurisdiction, and the protection of the environmental, historic, cultural, and scenic values that are so important to the American public. To ensure this protection of values, the FLPMA further directs the BLM, through authority granted the Secretary of the Interior, to take any action necessary to prevent unnecessary or undue degradation of lands.

Recognizing that human use can impact public lands, the BLM is committed to the multiple use mandates identified in FLPMA. The ability of BLM land managers to limit the threats and risks to healthy landscapes, to use vegetation treatment and other management techniques to restore degraded lands, and to maintain lands that are healthy, will determine the success of the BLM in meeting its land management responsibility. Because healthy lands are more resilient to environmental fluctuation and disturbance than degraded lands, they are better able to sustain consumptive uses such as livestock grazing, woodland products harvesting, hunting and fishing, and other recreational activities on a long-term basis. In this regard, vegetation treatment is a critical component of restoring and maintaining the health of the land, which in turn, is critical to providing long-term sustainability of resource outputs, as mandated by FLPMA.

# Scope of Report

This PER discusses the effects of treating vegetation on approximately 6 million acres of public lands annually in the western U.S. and Alaska. These lands include areas of critical environmental concern, Oregon and California Land Grant lands, Coos Bay Wagon Road lands, and lands administered by the BLM through its National Landscape Conservation System, such as wilderness study areas, designated Wilderness, National Monuments, National Recreation Areas, and National Conservation Areas.

The focus of this PER is to provide the methods, techniques, and tools of vegetation treatment to reduce hazardous fuels, improve rangeland health, and manage and control vegetation affecting other resources. This PER will not, however, discuss vegetation treatment activities that are not directly related to the need to reduce hazardous fuels, or to control vegetation to improve rangeland and forestland health. Thus, this PER will not consider vegetation management that is focused primarily on commercial timber or other forest product enhancement or use activities that are not related to improving forest health, HFR, or work

authorized under the *Healthy Forests Restoration Act of 2003.*

This PER will not include policies and programs associated with land use activities authorized by the BLM, such as livestock use, off-highway vehicle (OHV) use, and timber harvesting, and will not make land use allocations nor amend approved land use plans (Federal Register 2002). Human-related activities and natural processes have inherent risks and threats to the health of the land, which can lead to the decline of plant communities and ecosystems. Although this PER refers to activities consistent with the authorities under FLPMA and other statutes that may contribute, in some cases, to land and resource degradation (e.g., livestock grazing, OHV use, recreation), its focus is on proactive vegetation treatments to maintain and restore ecological conditions.

Commercial timber activities conducted with the primary purpose of providing a sustained-yield of timber volume to commercial industries are not included in this PER. Rather they are a form of vegetation harvest, as the species (product) is removed and replanted for future harvest. Commercial timber allocations and sustainable harvest have been previously analyzed in BLM resource management plan EISs for the field offices with timber programs.

Although this PER addresses vegetation treatments, it will not directly address any other aspects of the livestock grazing program, including forage production or the effects of livestock grazing on vegetation. The effects on vegetation that result from livestock forage use on public lands have been analyzed in previous EISs, at the national level (USDI BLM 1994) and at the local land use planning level, in either resource management plan EISs or as individual EISs or environmental assessments (EAs) at the field office level as well as at the allotment-specific level.

This PER will not address abandoned mine land reclamation, or energy production. Abandoned mine land reclamation is a form of site stabilization and remediation that does not necessarily involve vegetation treatment activities, although in some cases vegetation treatments may be associated with site stabilization. The scope of analysis for the overall use of herbicides and other methods of control would sufficiently cover their use in these types of activities.

This PER will not address fire suppression operations, as they do not constitute vegetation treatment actions. This PER will address soil stabilization only where

BLM_0008598

specifically related to the vegetation treatment activities. Soil stabilization effects are related to post-fire emergency stabilization (activities undertaken within 1 year of the fire control date) and rehabilitation (treatments applied up to 3 years after the fire control date).

## Determination of Treatment Acreages

As discussed earlier, the BLM has been mandated under a variety of statutes and policy initiatives to increase the number of acres of vegetation treated annually to address the issues of catastrophic fire and invasive species spread and their relationships to habitat improvement and maintenance of healthy landscapes. The BLM estimates that approximately 6 million acres would need to be treated annually to meet these mandates. Acres to be treated by the BLM and assessed in this PER were estimated based on information provided by BLM field offices throughout the western U.S., including Alaska. Each field office was asked to estimate and summarize proposed vegetation treatment projects likely to occur during the next 10 years. For each project, the field office provided an estimate of the number of acres proposed for treatment, the general vegetation type(s) proposed for treatment, and the vegetation treatment method(s) proposed to be used. In many cases, multiple treatment methods were identified for a particular type of project. Treatments could occur on the same acres several times during 1 year, or over several years. Based on these surveys, field offices identified approximately 4.6 million acres of treatments would be needed annually.

The BLM also reviewed FRCCs and concluded that an additional 1.4 million acres of treatments beyond the estimates provided by the field offices for work likely to occur over the next 10 years would be required annually. This work would be focused on those areas of vegetation exhibiting FRCC 3 characteristics in the effort to meet national goals of transitioning FRCC 3 areas towards FRCCs 2 and 1.

As a result of these surveys and reviews, an estimated 6 million acres would need to be treated annually. Approximately 3.5 million acres would be treated primarily for HFR and to control wildfires in the WUI, approximately 1 million acres would be treated to control unwanted vegetation to restore ecosystem health, and about 1.5 million acres a year would be subject to Burned Area Emergency Stabilization and Rehabilitation efforts. Acres associated with Burned Area Emergency Stabilization and Rehabilitation

treatments are dependent on the severity and extent of the fire season in any given year and may vary considerably from this average.

# Documents that Influence the Scope of the PER

Much of the scope of this PER is based on several EISs that were prepared from 1985 through 1992 to evaluate the use of herbicides for vegetation treatment activities on public lands. These EISs include the *Northwest Area Noxious Weed Control Program EIS* (USDI BLM 1985), *Supplement to the Northwest Area Noxious Weed Control Program* (USDI BLM 1987b), *California Vegetation Management Final EIS* (USDI BLM 1988a), *Final EIS Vegetation Treatment on BLM Lands in Thirteen Western States* (USDI BLM 1991a), and *Final Record of Decision Western Oregon Program-Management of Competing Vegetation* (USDI BLM 1992a).

These documents identify vegetation treatment activities involving the use of herbicides in 14 western states and evaluate the risks of using 22 herbicide active ingredients. Where appropriate, information in these documents that is relevant to the assessment of BLM vegetation treatment practices is cited and incorporated by reference.

Other documents and policies that influence the scope of this PER include: 1) *National Fire Plan* (USDI and USDA 2001); 2) *Healthy Forests Restoration Initiative of 2002 and Healthy Forests Restoration Act of 2003* (Public Law 108-148); 3) Chapter 3 *(Interagency Burned Area Emergency Stabilization and Rehabilitation)* in BLM Manual 620 *(Wildland Fire Management;* USDI 2004); 4) *A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan* (USDI and USDA 2006a); 5) *Protecting People and Sustaining Resources in Fire Adapted Ecosystems: A Cohesive Strategy* (USDA and USDI 2006b); 6) *Draft Interagency Burned Area Emergency Response Guidebook* (USDA and USDI 2006c); 7) *Interagency Burned Area Rehabilitation Guidebook* (USDA and USDI 2006d); and 8) *Draft Burned Area Emergency Stabilization and Rehabilitation Handbook* (H-1742-1; USDI BLM 2006a). These documents provide policy and guidance for hazardous fuels reduction and land restoration activities to reduce the risk of wildfires and restore fire-adapted ecosystems, and to rehabilitate and

BLM_0008599

PURPOSE OF THE ENVIRONMENTAL REPORT

restore lands damaged by wildfires. The BLM's *Partners Against Weeds: An Action Plan for the Bureau of Land Management* (USDI BLM 1996) and *Pulling Together: National Strategy for Invasive Plant Management* (USDI BLM 1998a) are national level strategies for invasive species prevention and management.

Numerous other BLM manuals and handbooks were also consulted when developing the PER. These are listed in Appendix B.

# Relationship to Statutes, Regulations, and Policies

## Federal Laws, Regulations, and Policies that Influence Vegetation Treatments

Several federal laws, regulations, and policies guide BLM management activities on public lands. The *Federal Land Policy and Management Act of 1976 (FLPMA)* directs the BLM to manage public lands "in a manner that will protect the quality of scientific, scenic, historic, ecological, environmental, air and atmospheric, water resources and archeological values" and to develop resource management plans (RMPs) consistent with those of state and local governments to the extent that BLM programs also comply with federal laws and regulations. The *Taylor Grazing Act of 1934* introduced federal protection and management of public lands by regulating grazing on public lands. The *Oregon and California Grant Lands Act of 1937* provides for the management of the revested Oregon and California and reconveyed Coos Bay Wagon Road grant lands for permanent forest production under the principle of sustained yield and for leasing of lands for grazing.

Several acts provide for management and control of invasive vegetation. Two weed control acts, the *Carlson-Foley Act of 1968* and the *Plant Protection Act of 2000* (Public Law 106-224; includes management of undesirable plants on federal lands) authorize the BLM to manage noxious weeds and to coordinate with other federal and state agencies in activities to eradicate, suppress, control, prevent, or retard the spread of any noxious weeds on federal lands. The *Federal Noxious Weed Act of 1974* established and funded an undesirable plant management program, implemented cooperative agreements with state agencies, and established integrated management

systems to control undesirable plant species. The *Noxious Weed Control Act of 2004* established a program to provide assistance through states to eligible weed management entities to control or eradicate harmful, nonnative weeds on public and private lands. The *Public Rangelands Improvement Act of 1978* requires the BLM to manage, maintain, and improve the condition of the public rangelands so that they become as productive as feasible.

The BLM must comply with numerous federal laws that govern activities on public lands. *The Clean Air Act*, as revised in 1990, would primarily govern prescribed fire smoke emissions, and requires the USEPA and states to carry out programs to assure attainment of the National Ambient Air Quality Standards (NAAQS). The *Safe Drinking Water Act* is designed to protect the quality of public drinking water and its sources. The *Wilderness Act of 1974* provides management directions to protect wilderness values and guides activities and permitted uses within these areas.

*The Clean Water Act* regulates discharges into waters of the United States, including wetlands. As authorized by the Clean Water Act, the National Pollutant Discharge Elimination System (NPDES) permit program controls water pollution by regulating point sources that discharge pollutants into waters of the United States. Based on a recent ruling by the USEPA (2006), an NPDES permit is not required for applications of herbicides directly to water in order to control aquatic vegetation, or for application of herbicides that are present over or near water, where a portion of the herbicide will unavoidably be deposited to the water in order to target the pest vegetation. The ruling does not apply to terrestrial herbicide applications that drift over and into waters of the U.S.; issues related to these applications are under review by the USEPA.

The USEPA regulates pesticides under two major federal statutes. The *Federal Insecticide, Fungicide and Rodenticide Act (FIFRA)* establishes procedures for the registration, classification, and regulation of all pesticides. Before any pesticide may be sold legally, the USEPA must register it. The USEPA may classify a pesticide for general use if it determines that the pesticide is not likely to cause unreasonable adverse effects to applicators or the environment, or for restricted use if the pesticide must be applied by a certified applicator and in accordance with other restrictions. All the herbicides evaluated in the PEIS, except diflufenzopyr as a stand-alone active ingredient, are registered with the USEPA. Diflufenzopyr is approved as a formulation with dicamba and is labeled

BLM_0008600

as Distinct, but could not be used alone by the BLM until it is registered with the USEPA. All applicators that apply them on public lands (i.e., certified applicators or those directly supervised by a certified applicator) must comply with the application rates, uses, and handling instructions on the herbicide label, and where more restrictive, the rates, uses, and handling instructions developed by the BLM. Under the *Federal Food, Drug, and Cosmetic Act*, the USEPA establishes tolerances (maximum legally permissible levels) for pesticide residues in food.

The *Food Quality Protection Act of 1996* changed the way the USEPA sets residue limits (tolerances) for pesticides on foods under the Federal Food, Drug, and Cosmetic Act, and the way the USEPA reviews and approves pesticides under FIFRA. Specifically, the Act mandated a single, health-based standard for all pesticides in all foods; provided special protections for infants and children; expedited approval of safer pesticides; created incentives for the development and maintenance of effective crop protection tools for American farmers; and required periodic reevaluation of pesticide registrations and tolerances to ensure that the scientific data supporting pesticide registrations will remain up to date in the future.

The *Resource Conservation and Recovery Act (RCRA)* regulates the disposal of toxic wastes, including the disposal of unused herbicides, and provides authority for toxic waste cleanup actions when there is a known operator. *The Comprehensive Environmental Response, Compensation and Liability Act (CERCLA)* regulates how to clean up spills of hazardous materials and when to notify agencies in case of spills.

Several laws pertain to the protection of plants and animals and their habitats. The *Migratory Bird Conservation Act of 1929, as amended,* makes it unlawful to take, or indirectly, harm migratory birds. If the USFWS determines that migratory birds could be harmed by BLM vegetation treatment actions, the two agencies would develop a site-specific assessment and mitigation to prevent harm to these birds. *The Endangered Species Act (ESA) of 1973* provides for conserving endangered and threatened species of plants and animals. The ESA also requires that federal agencies consult with the USFWS and NMFS to ensure that any actions that they authorize, fund, or carry out are not likely to jeopardize the continued survival of a listed species or result in the adverse modification or destruction of its critical habitat. The *Wild Free-Roaming Horse and Burro Act of 1971, as amended by the Public Rangelands Improvement Act of 1978*

provides for the management, protection, and control of wild horses and burros on public lands and authorizes the "adoption" of wild horses and burros by private individuals. The *Fish and Wildlife Conservation Act of 1980* encourages federal agencies to conserve and promote the conservation of non-game fish and wildlife species and their habitats. The *Sikes Act of 1974* authorizes the USDI to plan, develop, maintain, and coordinate programs with state agencies for the conservation and rehabilitation of wildlife, fish, and game on public lands.

Laws and acts that pertain to the protection of historic and cultural resources and the rights of Native American tribes and Alaska Native groups include the *Historic Sites Act of 1935*, which provides for the preservation of historic American sites, buildings, objects, and antiquities of national significance. The *National Historic Preservation Act (NHPA) of 1966* requires federal agencies to take into account the potential affects of their actions on properties that are listed or are eligible for listing on the National Register of Historic Places (NRHP), and to consult with State Historic Preservation Officers (SHPOs), Indian tribes, and local governments regarding the effects of federal actions on historic properties. The *Archeological Resources Protection Act of 1979* prohibits the excavation, removal, damage, or other alteration or defacement of archaeological resources on federal or Indian lands without a permit. *The American Indian Religious Freedom Act of 1978* requires federal land managers to include consultation with traditional Native American or Alaska Native religious leaders in their management plans. The *Native American Graves Protection and Repatriation Act of 1990* recognizes the property rights of Native Americans and Alaska Natives in certain cultural items, including Native American and Alaska Native human remains and sacred objects. *Section 810 of the Alaska National Interest Lands Conservation Act* (ANILCA) addresses the effects of proposed activities on Alaska Native subsistence uses.

This PER follows the guidelines in several Executive orders (EOs). *Executive Order 11990, Protection of Wetlands*, ensures that federal agencies minimize the destruction, loss, or degradation of wetlands, and enhance and preserve the natural and beneficial values of wetlands, when carrying out actions on federal lands. *Executive Order 12898, Environmental Justice*, requires that federal agencies address the environmental justice of their actions on minority populations and on low-income populations. *Executive Order 13045, Protection of Children from Environmental Health*

BLM_0008601

PURPOSE OF THE ENVIRONMENTAL REPORT

*Risks and Safety Risks*, ensures that federal agencies identify and assess the environmental health and safety risks that may disproportionately affect children. *Executive Order 13084, Consultation and Coordination with Indian Tribal Governments* directs federal agencies to respect tribal self-government and sovereignty, tribal rights, and tribal responsibilities whenever they formulate policies "significantly or uniquely affect Indian tribal governments." *Executive Order 13112, Invasive Species*, directs federal agencies to prevent the introduction of invasive species and provide for their control, and to minimize the economic, ecological, and human health impacts that invasive species cause. *Executive Order 13186, Responsibilities of Federal Agencies to Protect Migratory Birds*, requires that federal agencies that have, or are likely to have, a measurable negative effect on migratory bird populations develop a Memorandum of Understanding (MOU) with the USFWS that shall promote the conservation of migratory bird populations.

## Relationships among Land Use, Land Use Planning, Land Health Standards, Ecosystem Functionality, and Vegetation Treatments

Land uses authorized by the BLM, such as livestock grazing, OHV use, timber harvest, and energy development, are guided by local land use plans such as RMPs, and Management Framework Plans (MFPs). Collectively, land use plans outline the specific resource goals and objectives and use allocations for a specific geographic area. The uses and allocations allowed by the land use plan are analyzed in the EIS associated with the development of the land use plan. Land use plans are developed to include the proposed action and alternatives that identify specific management strategies to meet particular national, regional, and local goals and objectives.

In addition to setting goals, objectives, and use allocations, land health standards and associated guidelines on how to meet standards are incorporated at the land use plan level (Figure 1-2). Land health standards are expressed as goals, common to all alternatives in the land use plan, and are applied regardless of the alternative selected.

In order to meet certain land use plan objectives, vegetation treatments are often used to reach desired states of vegetation or mixes of vegetation. For example, mechanical thinning and prescribed fire may

be used to convert a monoculture of juniper with little understory to a more open savanna and mosaic vegetation pattern with a healthy understory of forbs and grasses to improve wildlife habitat.

It is important to understand that the land use plan will not necessarily address *how* the objective will be met. How the objective will be met is determined at the land use plan implementation level (project level) through further study and analysis. Temporary curtailment of uses authorized in a land use plan is within the authority and discretion of the authorized officer. However, permanent curtailment of uses requires a land use plan amendment.

## Interrelationships and Coordination with Agencies

In its role as manager of nearly 261 million acres in the western U.S., including Alaska, the BLM has developed numerous relationships at the federal, tribal, state, and local levels, as well as with conservation and environmental groups with an interest in resource management, and members of the public that use public lands or are affected by activities on public lands.

As noted previously, several federal agencies administer laws that govern activities on public lands. Federal agencies, including the Department of Defense, the Department of Energy, the National Park Service, the USFWS, the Bureau of Reclamation, the Bureau of Indian Affairs, and the USDA Forest Service, administer lands adjacent to or in close proximity to public lands administered by the BLM, and have vegetation management issues that are similar to the BLM's. Other agencies, such as the Agricultural Research Service, the Animal, Plant, Health Inspection Service, the Natural Resource Conservation Service, and the U.S. Geological Survey Biological Services, play vital roles in coordination with national, tribal, state, county and private interests through their oversight and coordination responsibilities. These agencies and the BLM regularly coordinate on vegetation management and control efforts to benefit all federally-administered lands. Other local coordination includes the sharing of equipment, training, and financial resources, and developing vegetation management plans that cross administrative boundaries.

## National Level Coordination

Invasive species management is coordinated by several groups at the national level. The National Invasive

Species Council was formed among several federal agencies per Executive Order 13112 to develop strategies to control invasive species on federal lands. Comprised of 16 federal agencies with direct invasive plant management responsibilities, the Federal Interagency Committee for the Management of Noxious and Exotic Weeds serves to coordinate invasive plant management activities in federal lands across the United States and its territories. A related committee is the Federal Interagency Committee on Invasive Terrestrial Animals and Pathogens, which consists of ten federal departments and agencies responsible for managing non-vegetative invasive species in terrestrial ecosystems. The BLM also coordinates with the Aquatic Nuisance Species Task Force, which is co-chaired by the USFWS and NMFS, and is responsible for coordinating efforts by the federal government and the private sector in controlling aquatic nuisance species. The BLM also produces national level strategies for invasive species prevention and management (e.g., *Partners Against Weeds: An Action Plan for the Bureau of Land Management* [USDI BLM 1996], and *Pulling Together: National Strategy for Invasive Plant Management* [USDI BLM 1998a]).

Fire and fuels management coordination involves both federal and state entities. The Wildland Fire Leadership Council is a cooperative, interagency organization dedicated to achieving consistent implementation of the goals, actions, and policies in the *National Fire Plan* and the *Federal Wildland Fire Management Policy.* The National Fire and Aviation Executive Board was established to resolve wildland fire management issues on an interagency level by improving coordination and integration of federal fire and aviation programs.

The National Interagency Fuels Coordination Group, chartered under the National Fire and Aviation Executive Board, was established shortly after the *National Fire Plan* in October of 2001 under the direction and guidance of the Department of the Interior's Bureau of Indian Affairs, BLM, USFWS, National Park Service, and USDA Forest Service. The primary purpose of the group is to provide leadership and coordination in uniting the Departments' resources and fire management programs under a common purpose for reducing risks to communities while improving and maintaining ecosystem health. The Group provides assistance and guidance in the development and implementation of an effective interagency fuels management program, which includes addressing risks from severe fires in WUI communities

and restoring healthy ecological systems in other wildland areas.

The National Wildfire Coordinating Group provides coordination among the following agencies and their programs: USDA Forest Service; USDI BLM, National Park Service, Bureau of Indian Affairs, and USFWS; and the National Association of State Foresters. The BLM is also one of six federal agencies that provide scientific support for the management of fuels and wildland fires in the Joint Fire Science Program.

## State and County Level Coordination

The BLM is required to coordinate with state and local agencies under several acts, including: the Clean Air Act, the Sikes Act, FLPMA, and Section 106 of the NHPA. The BLM coordinates closely with state resource management agencies on issues involving the management of public lands, the protection of fish and wildlife populations, including federal- and state-listed threatened and endangered species, invasive and noxious weeds, fuels and wildland fire management, and herbicide application. Herbicide applications are also coordinated with state and local water quality agencies to ensure treatment applications are in compliance with applicable water quality standards, and do not result in unacceptable surface or ground water contamination.

Local and state agencies work closely with the BLM to manage weeds on local, state, and federal lands, and are often responsible for weed treatments on public lands. The BLM participates in exotic plant pest councils, state vegetation and noxious weed management committees, state invasive species councils, county weed districts and weed management associations found throughout the West.

The Healthy Forests Restoration Act (HFRA) directs the USDA Forest Service and USDI BLM to develop an annual program of work for federal land that gives priority to authorized hazardous fuel reduction projects that provide for protecting at risk communities or watersheds. The recommendations made by Community Wildfire Protection Plans (described under Coordination in Chapter 2) are taken into account by the agencies in accordance with HFRA, which gives priority in allocating funding to communities that have adopted these plans, or that have taken measures to encourage willing property owners to reduce fire risk on private property (USDA Forest Service and USDI BLM 2004). All prescribed burning is coordinated with state and

BLM_0008603

PURPOSE OF THE ENVIRONMENTAL REPORT



**Figure 1-2. Relationships among Land Use Planning Activities and Vegetation Treatments PER and PEIS.**

local air quality agencies to ensure that local air quality is not significantly impacted by BLM activities.

## Non-governmental Organizations

The BLM coordinates at the national and local levels with several resource advisory groups and non-governmental organizations, including: BLM Resource Advisory Councils, the Western Governors' Association, the National Association of Counties, the Western Area Power Administration, the National Cattlemen's Association, the National Wool Growers Association, the Society of American Foresters, and the American Forest and Paper Association. The BLM also solicits input from national and local conservation and environmental groups with an interest in land management activities on public lands, such as The Nature Conservancy. These groups provide information on strategies for weed prevention, effective weed treatment methods, use of domestic animals to control weeds, landscape level planning, vegetation monitoring, techniques to restore land health, and methods to ensure that prescribed burning does not impact the safe operation of power transmission lines.

## Cooperative Weed Management Areas

Cooperative Weed Management Areas (CWMAs) are composed of local, private, and federal interests. CWMAs typically center on a particular watershed or similar geographic area in order to pool resources and management strategies in the prevention and control of weed populations. Much of the BLM's on-the-ground invasive species prevention and management is done directly or indirectly through CWMAs. The BLM participates in numerous CWMAs throughout the west, several of which are showcase examples of interagency and private cooperation in restoring land health.

# Consultation

As part of the PEIS, the BLM consulted with the USFWS and NMFS as required under Section 7 of the ESA (see Appendix C). The BLM prepared a formal initiation package that included: 1) a description of the program, listed threatened and endangered species, species proposed for listing, and critical habitats that may be affected by the program; and 2) a *Biological Assessment for Vegetation Treatments on Bureau of Land Management Lands in 17 Western States* (BA).

BLM_0008604

The BA evaluated the likely impacts to listed species, species proposed for listing, and critical habitats from the proposed use of herbicides and other treatment methods in its vegetation treatment program and identified management practices to minimize impacts to these species and habitats.

The BLM initiated consultation with Native American tribes and Alaska Native groups to identify their cultural values, religious beliefs, traditional practices, and legal rights that could be affected by BLM actions. This included sending out letters to all tribes and groups that could be directly affected by vegetation treatment activities, and requesting information on how the proposed activities could impact Native American and Alaska Native interests, including the use of vegetation and wildlife for subsistence, religious, and ceremonial purposes (see Appendix C).

The BLM conducted an ANILCA § 810 Analysis of Subsistence. During this process, the BLM invited public participation and collaborated with Alaska Natives to identify and protect culturally significant plants used for food, baskets, fiber, medicine, and ceremonial purposes. The findings required by ANILCA § 810 are given in Appendix H of the PEIS.

The BLM also consulted with SHPOs as part of Section 106 consultation under the NHPA to determine how proposed vegetation treatment actions could impact cultural resources. Formal consultations with SHPOs and Indian tribes also may be required during implementation of projects at the local level (see Appendix C).

# Preview of Remainder of PER

Because this PER contains a broad range of information, Figure 1-3 shows the types of information found in the PER, and where it is located.

BLM_0008605

PURPOSE OF THE ENVIRONMENTAL REPORT

---

## VOLUME 1

**Chapter 1 Purpose of the Environmental Report**
Summarizes the purpose and scope of analysis for the PER.

**Chapter 2 Vegetation Treatment Programs, Policies, and Methods**
Describes the BLM vegetation treatment programs, policies, and treatment methods.

**Chapter 3 Public Land Resources**
Presents existing natural and socioeconomic resources on public lands in the western U.S.

**Chapter 4 Effects of Vegetation Treatments**
Evaluates the effects of the vegetation treatments on public land resources in the western U.S. and describes standard operating procedures to minimize impacts to resources.

**Chapter 5 References**
Lists the documents and other sources used to prepare the PER.

**Chapter 6 Glossary**
Provides definitions for important terms used in the PER.

**Chapter 7 Index**
Lists where significant issues, resource descriptions, terms, and agencies and groups discussed in the PER are located.

**Appendixes**

   A. Common and Scientific Names of Plants and Animals Given in the PER
   B. BLM Reference Manuals and Handbooks Referred to in the PER
   C. Consultation Agreements
   D. Native American Resource Use
   E. Cultural Resources
   F. Special Status Species List

**Acronyms, Abbreviations, and Symbols (fold-out at end of PER)**
Lists the acronyms, abbreviations, and symbols used in the PER.

---

### Related Reports
#### (on the CD located in the back pocket of PEIS Volume I)

1. Air Quality Modeling for BLM Vegetation Treatment Methods
2. Annual Emissions Inventory for BLM Vegetation Treatment Methods
3. Air Quality Policies Summary for the Vegetation Treatments PEIS and PER
4. Paleontological Overview for the Western United States

---

**Figure 1-3**
**Organization of the Programmatic ER**

## CHAPTER 2

# VEGETATION TREATMENT PROGRAMS, POLICIES, AND METHODS

BLM_0008607

BLM_0008608

# TABLE OF CONTENTS

Page

Programs, Policies, and Initiatives Influencing Vegetation Treatment Activities .................................................. 2-1
    Program Goals .................................................................................................................................................. 2-1
    Planning and Management at the National Level ............................................................................................. 2-1
Vegetation Treatment Planning and Management ................................................................................................. 2-9
    Land Use Planning ........................................................................................................................................... 2-9
    Site Selection and Treatment Priorities .......................................................................................................... 2-10
Vegetation Treatment Methods ............................................................................................................................. 2-12
    Vegetation Treatment Method Selection .......................................................................................................... 2-12
    Fire Use ............................................................................................................................................................ 2-13
    Mechanical Treatment ..................................................................................................................................... 2-14
    Manual Treatment ............................................................................................................................................ 2-15
    Biological Control ............................................................................................................................................ 2-16
    Herbicides ........................................................................................................................................................ 2-17
Vegetation Treatment Standard Operating Procedures and Guidelines ............................................................... 2-20
    Prevention of Weeds and Early Detection and Rapid Response ..................................................................... 2-20
    Revegetation .................................................................................................................................................... 2-25
    Treatment-specific Standard Operating Procedures and Guidelines ............................................................. 2-29
Special Precautions ............................................................................................................................................... 2-29
    Special Status Species ..................................................................................................................................... 2-29
    Wilderness Areas ............................................................................................................................................. 2-30
    Cultural Resources ........................................................................................................................................... 2-30
Monitoring ............................................................................................................................................................ 2-45
    Monitoring Guidance used by BLM in Vegetation Management ................................................................... 2-46
    Monitoring Methods and Research .................................................................................................................. 2-48
Coordination and Education .................................................................................................................................. 2-48

## List of Tables

2-1    Herbicide Active Ingredients Proposed, Evaluated, and included in Current Environmental Impact
       Statements of the Bureau of Land Management ......................................................................................... 2-21
2-2    Herbicides Approved and Proposed for Use on Public Lands .................................................................... 2-22
2-3    States in which Herbicides are Approved for Use on Public Lands Based Upon Current
       Environmental Impact Statements, Court Injunctions, and Changes in Registration Status ...................... 2-24
2-4    Weed Prevention Measures ......................................................................................................................... 2-28
2-5    Vegetation Treatment Methods Standard Operating Procedures and Guidelines ...................................... 2-31

## List of Figures

2-1    National Early Warning and Rapid Response System for Invasive Plants ................................................. 2-27

BLM_0008610

# CHAPTER 2

# VEGETATION TREATMENT PROGRAMS, POLICIES, AND METHODS

The BLM programs and policies provide broad guidance for determining and prioritizing appropriate site-specific vegetation treatment methods. This chapter discusses these programs, policies, and initiatives, and concludes with a discussion of vegetation treatment methods and standard operating procedures (SOPs) used to reduce impacts to the environment from treatment activities.

## Programs, Policies, and Initiatives Influencing Vegetation Treatment Activities

### Program Goals

In order to be effective, vegetation management by the BLM must involve all programs that rely on healthy plant species and communities to meet their objectives. The BLM's overarching goal for vegetation management is as follows:

> *Through an interdisciplinary collaborative process, plan and implement a set of actions that improve biological diversity and ecosystem function and which promote and maintain native plant communities that are resilient to disturbance and invasive species. Healthy functioning plant communities will enhance the ability to attain economic benefits on public land* (USDI BLM 2006b).

If this goal is met, eventually the number of acres needing treatment should be reduced as a result of overall improvement in conditions. To achieve this goal, the BLM must 1) understand and plan for the condition and use of public lands, 2) focus on restoring sites that will most benefit from treatments, 3) select the appropriate treatments and SOPs to improve the likelihood of restoration success, 4) monitor treatments to better understand what treatments are successful or

unsuccessful, and 5) convey information about treatment activities to BLM staff and the public.

Concurrently, public lands must be administered under the principles of multiple use and sustained yield in accordance with the intent of Congress as stated in the FLPMA. Thus, vegetation must be managed to protect and enhance the health of the land while providing a source of food, timber, and fiber for domestic needs (USDI BLM 2000c). Land-disturbing activities must be conducted in a manner that minimizes ecosystem fragmentation and degradation, and lands should be rehabilitated when necessary to safeguard the long-term diversity and integrity of the land.

### Planning and Management at the National Level

#### Wildland Fire Management Program

As discussed in Chapter 1, the BLM is increasing the amount of land treated annually from nearly 2 million acres to about 6 million acres primarily in response to Presidential and Congressional mandates to reduce the risk of wildfire by reducing the occurrence of hazardous fuels, especially in the WUI, restoring fire-adapted ecosystems, and repairing lands damaged by fire. Public lands that are subject to these mandates total about 5 million acres annually. The remaining 1 million acres would be treated based on the needs of other programs within the BLM.

Efforts to reduce the risk of wildfire are primarily the responsibility of the Wildland Fire Management program. During fiscal year (FY) 2005, the Wildland Fire Management program conducted hazardous fuel treatments on about 542,000 acres in the WUI and nearly 727,000 acres in non-WUI areas. The program conducted emergency stabilization and burned area rehabilitation activities on nearly 880,000 acres. Together, the USDI and Forest Service conducted over 3 million acres of hazardous fuels treatments and treated nearly 2.4 million acres in the WUI during FY 2005 (USDI BLM 2006c, d). Between 2001 and 2006, federal

BLM_0008611

PROGRAMS, POLICIES, AND METHODS

land management agencies invested more than 60% of fuels treatment dollars in the WUI, enabling collaborative treatment of some 8.5 million acres near communities (USDI BLM 2006c).

Prior to 1998, the BLM managed hazardous fuels on approximately 57,000 acres annually. Historically, approximately 70% of acres were managed to restore fire-adapted ecosystems, while the remaining 30% were managed to reduce wildfire risks to communities.

Under current direction, the acreage treated annually by the BLM to reduce wildland fire risk would increase significantly, to about 3.5 million acres in the western U.S., including Alaska, and most treatments would occur in the WUI. Although all treatment methods would be used, prescribed fire and mechanical treatments would account for most fuels reduction in the continental U.S., and wildland fires for resource use would account for most fuels reduction in Alaska.

The Wildland Fire Management program is guided by the policies expressed in the following national policy documents: 1) *National Fire Plan* (USDI and USDA 2001a); 2) *Healthy Forests Initiative of 2002 and Healthy Forests Restoration Act of 2003* (Public Law 108-148); 3) Chapter 3 *(Interagency Burned Area Emergency Stabilization and Rehabilitation)* in BLM Manual 620 (*Wildland Fire Management*; USDI BLM 2004b); 4) *A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan* (USDI and USDA 2006a); 5) *Protecting People and Sustaining Resources in Fire Adapted Ecosystems: A Cohesive Strategy* (USDI and USDA 2006b); 6) *Draft Interagency Burned Area Emergency Response Guidebook* (USDI and USDA 2006c); 7) *Interagency Burned Area Rehabilitation Guidebook* (USDI and USDA 2006d); and 8) *Draft Burned Area Emergency Stabilization and Rehabilitation Handbook* (H-1742-1; USDI BLM 2006a).

### *Wildland Urban Interface (WUI)*

The WUI has generally been defined by the National Wildfire Coordinating Group (NWCG) as "the line, area or zone, where structures and other human development meet or intermingle with undeveloped wildland or vegetative fuel." A more specific definition is provided in the *Healthy Forests Restoration Act of 2003*:

1. An area within or adjacent to an at-risk community that is identified in recommendations to the Secretary of

the Interior or Agriculture in a community wildfire protection plan (CWPP); or

2. In the case of an area for which a CWPP is not in effect:

   (a) an area extending ½ mile from the boundary of an at-risk community;

   (b) an area within 1½ miles from the boundary of an at-risk community, including any land that has a sustained steep slope that creates the potential for wildfire behavior endangering the at-risk community; has a geographic feature that aids in creating an effective fire break such as a road or ridge top; or is in Fire Regime Condition Class 3, as documented by the Secretary of the Interior in the project-specific environmental analysis; and

   (c) an area that is adjacent to an evacuation route for an at-risk community that the Secretary determines, in cooperation with the at-risk community, requires hazardous fuel reduction to provide safer evacuation from the at-risk community.

The variation in the WUI definition allows local issues to drive the definition, but does not allow for national mapping of WUI.

### *National Fire Plan*

The *National Fire Plan* was developed in August 2000, following a landmark wildland fire season, with the intent of actively responding to severe wildland fires and their impacts to communities while ensuring sufficient firefighting capacity for the future. The *National Fire Plan* addresses five key points: firefighting, rehabilitation, hazardous fuels reduction, community assistance, and accountability (National Fire Plan 2005).

The *National Fire Plan* continues to provide invaluable technical, financial, and resource guidance and support for wildland fire management across the U.S. Together, the Forest Service and the USDI are working to successfully implement the key points outlined in the *National Fire Plan* by taking the following steps:

- Assuring that necessary firefighting resources and personnel are available to respond to wildland fires that threaten lives and property.

BLM_0008612

- Conducting emergency stabilization and rehabilitation activities on landscapes and communities affected by wildland fire.

- Reducing hazardous fuels (dry brush and trees that have accumulated and increase the amount of fuel available to burn, potentially resulting in unusually large fires) in the country's forests and rangelands.

- Providing assistance to communities that have been or may be threatened by wildland fire.

- Committing to the Wildland Fire Leadership Council (WFLC), an interagency team created to set and maintain high standards for wildland fire management on public lands.

Since development of the *National Fire Plan* in 2000, several additional strategies and initiatives have been developed that guide fire management on BLM and other federally-administered lands. These are discussed below.

### 10-Year Comprehensive Strategy Implementation Plan

*A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan* (10-Year Comprehensive Strategy), updated in December 2006, emphasizes 1) information sharing and monitoring of accomplishments and forest conditions, 2) a long-term commitment to maintaining the essential resources for implementation, 3) a landscape-level vision for restoration of fire adapted ecosystems, 4) the importance of using fire as a management tool, and 5) continual improvement in collaboration consistent with the orginal 10-Year Comprehensive Strategy.

The primary objective of the plan is to promote a greater degree of collaboration among federal, state, and local authorities through the implementation of a collaborative framework. The framework is based on three tiers of collaboration (local, state/regional/tribal, and federal). At each level, activities will focus on planning; prioritizing action and implementation responsibilities; timely decision making, particularly for implementing projects and activities; tracking performance, monitoring, and assuring that activities are consistent with relevant science and new information; and communicating to the public the goals, tasks and outcomes of the 10-Year Comprehensive Strategy.

The plan includes four main goals: 1) improve fire prevention and suppression, 2) reduce hazardous fuels, 3) restore fire adapted ecosystems, and 4) provide community assistance. It also addresses methods to evaluate whether federal government is effectively using the money devoted to the plan to attain the desired results.

### Cohesive Strategy

*Protecting People and Sustaining Resources in Fire Adapted Ecosystems: A Cohesive Strategy* (Cohesive Strategy; USDI and USDA 2006b) focuses on goals 2, 3, and 4 of the 10- Year Comprehensive Strategy (listed above).

The Cohesive Strategy aims to lessen the risks from catastrophic wildfires by reducing hazardous fuels build-up in forests and woodlands, and by reducing threats from flammable invasive species in rangelands, with an emphasis on protecting communities.

The Cohesive Strategy provides a strategic and realistic approach for reducing fuels on Federal lands by focusing on specific goals that address the multiple factors that influence fuels treatments.

The Cohesive Strategy points the way to picking which acres to treat and treatment methods to use, and does so in ways that address multiple concerns voiced by various segments of society.

Four principles guide the Cohesive Strategy:

1. Prioritization – Priority should be give to the WUI and to sites outside the WUI where vegetation is most likely to support catastrophic fire (see Fire Regime Condition Class section).

2. Coordination – Coordination should occur between all BLM vegetation management programs to maximize their combined benefits towards overall fuels management objectives.

3. Collaboration – Each year's program of work should increasingly reflect input from, and priorities of, local, tribal, and state interests.

4. Accountability – In 2003, the WFLC signed an agreement on fuels treatment priorities. The WFLC brings together federal, state, tribal and local government leaders to provide coordination for fire and fuels treatment programs. The WFLC using agreed upon effectiveness and efficiency measures, tracks progress in reducing hazardous fuels nationally.

BLM_0008613

PROGRAMS, POLICIES, AND METHODS

### *Healthy Forests Restoration Initiative of 2002*

This Presidential initiative was developed to better protect people and natural resources by lowering procedural and process hurdles that impede the reduction of hazardous fuels on public lands. Administrative actions included:

- Creation of categorical exclusions for certain fuel reduction projects usable by all federal land managing agencies;

- Streamlining the appeals process within the existing administrative appeals framework;

- Streamlining the EA documentation process, resulting in concise public documents;

- Better coordinating Endangered Species Act consultations including development of joint counterpart Section 7 consultation regulations.

### *Healthy Forests Restoration Act of 2003*

President Bush signed *the Healthy Forests Restoration Act of 2003* (P.L. 108-148) in December 2003. The Act is a detailed piece of legislation that serves to aid in the implementation of the goals of the *National Fire Plan*, the 10-year Comprehensive Strategy Implementation Plan and the *Healthy Forests Initiative of 2002*. The Act helps states, tribes, rural communities and landowners restore healthy forest and rangeland conditions on state, tribal, and private lands (USDI and USDA 2006a).

On lands meeting specific criteria, it provides streamlined approaches to satisfy NEPA requirements for collaboratively selected fuels treatment projects. The provisions of *Healthy Forests Restoration Act of 2003* can be applied to as many as 20 million acres of land administered by the Forest Service and the BLM.

Regarding removal of hazardous fuels, Title I of the Act:

- Provides authority for expedited vegetation treatments on certain types of Forest Service- and BLM-administered lands that: 1) are at risk of wildland fire, 2) have experienced windthrow, blowdown, or ice-storm damage, 3) are currently experiencing disease or insect epidemics, or 4) are at imminent risk of such epidemics because of conditions on adjacent land.

- Provides expedited environmental analysis of Healthy Forests Restoration Act projects,

namely by requiring that fewer alternatives be analyzed for authorized projects.

- Provides administrative review before decisions are issued on proposed Healthy Forests Restoration Act projects on Forest Service-administered lands.

- Contains requirements governing the maintenance and restoration of old-growth forest stands when the Forest Service and BLM carry out Healthy Forests Restoration Act projects in such stands.

- Requires Healthy Forests Restoration Act projects on Forest Service- and BLM-administered lands to maximize retention of larger trees in areas outside of old-growth stands, consistent with the objective of restoring fire-resilient stands and protecting at-risk communities and federal lands.

- Requires using at least 50% of the dollars allocated to Healthy Forests Restoration Act projects to protect areas adjacent to communities at risk for wildland fire.

- Requires performance to be monitored when agencies conduct hazardous fuel reduction projects, and encourages multiparty monitoring that includes communities and other diverse stakeholders (including interested citizens and tribes).

- Encourages courts to expedite judicial review of legal challenges to Healthy Forests Restoration Act projects.

- Directs that when courts consider a request for an injunction on a Healthy Forests Restoration Act-authorized project, they balance the short- and long-term environmental effects of undertaking the project against the effects of taking no action.

- Requires collaboration between federal agencies and local communities, particularly when community wildfire protection plans are prepared. A community wildfire protection plan (CWPP) is developed in the context of the collaborative agreements and guidance established by the Wildland Fire Leadership Council. This plan is agreed to by the local government, local fire department, and state agency responsible for forest management, in consultation with interested parties and the federal land management agencies that manage

BLM_0008614

in the vicinity of an at-risk community. The CWPP plans identify and set priorities for areas needing hazardous fuel reduction treatments, and recommend the types and methods of treatments on federal and non-federal lands that will protect one or more at-risk communities and their essential infrastructure.

Other titles in the Act also:

- Encourage biomass removal from public and private lands.

- Provide technical, educational, and financial assistance to improve water quality and address watershed issues on non-federal lands.

- Authorize large-scale silvicultural research.

- Authorize the acquisition of Healthy Forest Reserves on private land to promote recovery of threatened and endangered species, and improve biodiversity and carbon sequestration.

- Direct the establishment of monitoring and early warning systems for insect or disease outbreaks.

### Emergency Stabilization and Burned Area Rehabilitation

The goals of Emergency Stabilization and Burned Area Rehabilitation are to mitigate the adverse effects of fire on the soil and vegetation in a cost-effective and expeditious manner and to minimize the possibility of wildland fire recurrence or invasion of weeds. The acreage of public lands stabilized and rehabilitated under this program annually has ranged from less than 100,000 acres to nearly 4 million acres since 1996.

Appropriate use of Emergency Stabilization and Burned Area Rehabilitation funds includes implementing practices to:

- Protect life, property, and soil, water (including water dependent resources), and/or vegetation resources.

- Prevent unacceptable on-site or off-site damage.

- Facilitate meeting land use plan objectives per FLPMA and other federal laws.

- Reduce the invasion and establishment of undesirable or invasive plant species.

The terms rehabilitation and restoration are often used synonymously. Rehabilitation is the repair of a wildland fire area utilizing native and/or non-native plant species to obtain a stable plant community that will protect the burned area from erosion and invasion of weeds. Restoration is defined as the process of returning ecosystems or habitats to their original structure and species composition.

### Other BLM Programs Associated with Vegetation Treatment Activities

Wildland fire management provides the basis for proposed vegetation treatment activities on approximately 5 million acres annually. The remaining 1 million acres would be treated based on the specific needs of several programs within the BLM that are responsible for vegetation treatments or influence how and where vegetation treatments are carried out on public lands. Types of treatments conducted by these programs include weed removal, prevention of non-native invasive or noxious weeds, fish and wildlife habitat improvement, habitat improvement for threatened and endangered species, restoration of riparian habitats, reforestation for forest health restoration and habitat improvement, modification of vegetation composition and structure to improve land health, and protection and enhancement of vegetation in areas with cultural resources and administrative facilities.

Each program, as described below, has its own objectives for vegetation management. The BLM is currently developing guidance on an integrated approach to vegetation management. The basic premise is that renewable resource programs within the BLM should be working toward common goals and objectives that will maximize the effectiveness of BLM management actions, as well as improve overall program efficiency. An integrated, interdisciplinary approach in planning, implementing and monitoring management actions, based on common goals and objectives will be established at all levels of the BLM.

#### Soil, Water, and Air Management

The Soil, Water and Air Management program is responsible for water and air quality on public lands, and for restoring threatened watersheds. Activities include assessing the physical condition of watersheds, identifying priority watersheds, and restoring watersheds through partnerships with states. The program also oversees the Abandoned Mine Land Cleanup program, the Federal Salinity Control program,

BLM_0008615

PROGRAMS, POLICIES, AND METHODS

and various other ecological and environmental inventories, assessments, and restoration projects (USDI BLM 2006c).

During FY 2005, the program completed over 5 million acres of watershed-based land health assessments to support Land Health Standards assessments, environmental reviews of expiring livestock permits, watershed restoration activities, wildland fire rehabilitation, and mine land reclamation (USDI BLM 2006c). The program also collected soil inventory data on nearly 645,000 acres, monitored approximately 6,460 surface water stations, and cleaned up 175 abandoned mines (USDI BLM 2006c).

### Rangeland Management

Approximately 165 million acres of public lands are upland rangeland, of which approximately 160 million acres are open to livestock grazing (USDI BLM 2006e). The Rangeland Management program in Alaska is responsible for reindeer grazing on approximately 5 million acres in western Alaska. The Rangeland Management program is responsible for upland health management, assessment, and restoration; rangeland improvement planning and implementation; allotment planning and administration; and resource monitoring. Management of rangeland ecosystems is conducted on a landscape basis through land use plans.

Vegetation treatment activities conducted by this program are designed to promote compliance with the state and regional rangeland health standards, but specific benefits of these projects often include livestock forage improvement, wildlife habitat improvement, suppression of plants that are toxic to wildlife and livestock, removal of plants that compete with more desirable vegetation, improvement of watershed conditions on rangelands, and restoration of native plant communities.

Vegetation treatments on public lands also include activities to control invasive species such as noxious and invasive weeds. The BLM uses an integrated pest management approach, more specifically integrated vegetation management. The goal of integrated vegetation management is to control invasive and unwanted vegetation, to prevent the spread of noxious weeds, to eradicate early-detected noxious weed species in areas where certain weeds have not been introduced or established, and to control weeds where they have become established. Vegetation control methods include physical and biological controls, and use of herbicides. The policy, direction, and requirements for planning and

implementing integrated weed management are given in BLM Manual 9015, *Integrated Weed Management* (USDI BLM 1992b).

A total of 205,256 acres were treated to prevent the spread of noxious weeds and invasive plants in FY 2005, and an estimated 317,959 acres were treated in FY 2004 by the Invasive and Noxious Weed program (USDI BLM 2006d). In addition, nearly 4.2 million acres were inventoried for weeds during FY 2005.

Currently, the funding and labor resources available to combat weeds dictate a containment strategy. Actions will continue to be targeted at preventing the spread of weeds into the most vulnerable areas (USDI BLM 2000b).

### Public Domain Forest Management

Approximately 26 percent (69 million acres) of the lands managed by BLM consist of forestlands and woodlands (USDI BLM 2006e). Of these lands, 58 million acres are classified as woodlands and 11 million acres are classified as forestlands. Two and one-half million acres are managed under the Oregon and California (O&C) Grant Lands program, while the remaining 66.6 million acres are managed under the Public Domain Forest Management program.

Woodlands are defined as land with 10% or more cover of low-stature tree species not typically used in commercial wood products, including land that formerly had such tree cover and will be naturally or artificially regenerated. Forestland is defined as land that has 10% or more cover of tall-stature tree species typically used in commercial wood products, including land that formerly had such tree cover and will be naturally or artificially regenerated.

Approximately 36.5 million acres of forestlands and woodlands are managed by the BLM in Alaska. These consist primarily of black spruce (14.7 million acres) and white spruce (17.2 million acres) woodlands. The remaining 4.6 million acres consist of many different forest types, including paper birch, aspen, balsam poplar, mountain hemlock and Sitka spruce.

Approximately 16 million of the 32 million acres of BLM forestlands and woodlands found in the remaining 16 western states consist of pinyon/juniper woodlands, where a mix of pinyon and juniper tree species predominates. Approximately 2.7 million acres are comprised of the Douglas-fir forest type, 1.9 million acres are the western juniper forest type, 1.1 million

BLM_0008616

acres are the ponderosa pine forest type, and 0.3 million acres each are the lodgepole pine and aspen forest types. The remaining 10 million acres consist of a wide variety of forest and woodland types.

The Public Domain Forest Management and O&C Grand Lands programs are responsible for timber and non-timber special forest product sales, reforestation efforts, fish and wildlife habitat improvement, and forest vegetation composition and structure improvements intended to increase diversity and productivity of forest landscapes, as well as their resiliency in response to disease, insects, and wildfire.

The FLPMA and BLM Manual 5000-1, Forest Management Public Domain (USDI BLM 1991c), direct the policy of the Public Domain Forest Management program, including requirements for planning and implementing forestry and woodland management projects.

Management of the O&C Grant Lands program is authorized under *The Oregon and California Grant Lands Act of 1937* (43 U.S.C. 1181). The FLPMA applies to all public lands, including the O&C grant lands by definition (§103(e)). However, §701(b) of FLPMA (43 USC 170) provides that if any provision of FLPMA is in conflict with or inconsistent with the *Oregon and California Grant Lands Act* and *Coos Bay Wagon Road Act*, insofar as they relate to management of timber resources and disposition of revenue from lands and resources, the latter Acts will prevail.

Treatments that are addressed in this PER include: 1) reducing plant competition to enhance the growth of desired tree species and structures, 2) managing forest stands to provide habitat for wildlife and prevent epidemic insect or disease outbreaks, and 3) managing vegetation that could serve as fuel for wildfires. In 2006, the program implemented forest restoration treatments on 31,948 acres and forest management treatments on 28,644 acres (USDI BLM 2006d). Sales of timber, wood products, and non-timber special forest products totaled nearly $36.1 million during FY 2005 (USDI BLM 2006d).

### Riparian Management

The BLM manages over 23 million acres of riparian and wetland areas, comprising about 9% of public lands, and providing habitat for roughly 80% of the fish and wildlife species on public lands. This Riparian Management program's responsibilities include watershed, riparian, and wetland inventories, assessments, maintenance, restoration, and reconstruction. During 2005, the program assessed the condition of over 4,300 miles of streams, implemented enhancement projects on approximately 310 acres of wetlands and 542 miles of streams, and monitored over 8,200 acres of lakes and wetlands and 2,380 miles of streams (USDI BLM 2006c).

### Wildlife and Fisheries Management

The Wildlife Management and Fisheries Management programs are responsible for managing and protecting habitats on public lands for wildlife, fish, and plant species that are federally-listed threatened or endangered species, or other sensitive species (collectively referred to as "special status" species), as well as the more common fish and wildlife. Activities conducted by the programs include wildlife, fish, and plant inventories; habitat management plan development; habitat restoration projects, such as vegetation along streambanks; and weed control.

The Wildlife Management and Fisheries Management programs support the Great Basin Restoration and the Conservation of Prairie Grasslands initiatives. In 2000, the BLM implemented the Great Basin Restoration Initiative, a regional restoration strategy to restore and enhance nearly 70 million acres of sagebrush habitat in Nevada, Utah, Oregon, and Idaho, and California. The focus of this effort is to prevent much of the land burned in wildfires from being overwhelmed by annual grasses and noxious weeds. The same year, the BLM also initiated the Conservation of Prairie Grasslands initiative to protect and maintain important grasslands on approximately 15 million acres of short- and mixed-grass prairie in a 7-state area that extends from Canada to Mexico. Both efforts focus on managing healthy landscapes and protecting and restoring habitats to benefit wildlife. The Wildlife Management and Fisheries Management programs are also responsible for managing subsistence uses on public lands in Alaska.

During FY 2005, the programs inventoried nearly 4.7 million acres of wildlife habitat and applied treatments on nearly 166,000 acres of shrubland/grassland vegetation. The BLM also restored or enhanced 1,015 miles of streams and 9,160 acres of upland habitat (USDI BLM 2006c). In addition, the programs monitored over 10.4 million acres of habitat.

BLM_0008617

PROGRAMS, POLICIES, AND METHODS

### Threatened and Endangered Species Management

The Threatened and Endangered Species program is responsible for the conservation and protection of plants and animals that are listed, proposed for listing, or candidates for listing under the ESA, as well as species designated as special status by the BLM. The program inventories and monitors populations of special status species, develops recovery plans and conservation strategies, restores habitat, and reintroduces special status species into areas where they were once found. Examples of recent activities conducted by the program include vegetation treatments to benefit ESA-listed plant and animal species at the West Eugene Wetlands in Oregon, a semi-captive breeding program for the Sonoran pronghorn, and desert tortoise habitat monitoring in California.

### Wild Horse and Burro Management

The Wild Horse and Burro Management program is responsible for implementing the Wild Free Roaming Horse and Burro Act and currently manages about 31,000 wild horses and burros on public lands. The goals of the program are to manage wild horses and burros as an integral part of the natural system of public lands under the principle of multiple uses; to protect wild horses and burros from unauthorized capture, branding, harassment or death; and to ensure humane care and treatment of wild horses and burros. The BLM manages wild horse and burro populations by monitoring the animals, establishing appropriate management levels, and removing excess animals when the management level is exceeded. During FY 2005, over 5,700 animals were adopted by the public (USDI BLM 2006d).

### Cultural Resources Management, Paleontology, and Tribal Consultation

There are an estimated 4 million archeological and historical properties, millions of archaeological and historical artifacts, and thousands of paleontological (fossil) localities on public lands. The Cultural and Fossil Resources and Tribal Consultation program is responsible for the study, evaluation, protection, management, stabilization and inventory of these paleontological, historical, and archeological resources. The program also ensures the close consultation with tribal and Alaskan native governments, as required by law, for the maintenance, preservation, and promotion of native cultural heritage and resources, including plant and animal subsistence resources. During FY 2005, the

BLM restored and protected 627 at-risk cultural and paleontological properties, and conducted 62,510 acres of cultural and paleontological resource inventory (USDI BLM 2006b).

The BLM currently manages numerous Areas of Critical Environmental Concern (ACECs), many of which have a cultural resources basis for this designation. These include the Biscuitroot Cultural ACEC in eastern Oregon, for traditional plant gathering, and the Sears Point ACEC in southwestern Arizona, for rock art and historic trails. Oregon's Yaquina Head Outstanding Natural Area, the BLM's only Outstanding Natural Area, contains the Yaquina Head Lighthouse, a significant cultural property.

### Recreation Management

The Recreation Management program, which is comprised of the Wilderness Management and Recreation Resource Management subprograms, is responsible for resource-related recreational activities on public lands. The program manages developed and undeveloped recreational facilities, which involve various types of maintenance and vegetation control. These facilities include nearly 14 million acres of National Conservation Areas, 4.8 million acres of National Monuments, 7.2 million acres of Wilderness Areas, and 14.2 million acres of Wilderness Study Areas, which are part of the BLM's National Landscape Conservation System. This program is also involved in evaluating resources associated with 2,061 miles of rivers protected under the Wild and Scenic Rivers Act, and maintaining vegetation along 5,470 miles of scenic trails (USDI BLM 2006c, d).

### Energy and Minerals Management

The Energy and Minerals Management program is responsible for managing oil, gas, geothermal, and mineral development on public lands. The BLM leases lands for development, issues permits for post-lease actions such as drilling, and monitors management activities on leases. Public lands produce over 40% of the Nation's coal, 11% of its natural gas, and 5% of its oil. The BLM issued nearly 3,520 oil and gas leases and nearly 7,740 permits to drill during FY 2005, and in 2004, energy and mineral development is projected to generate $1.4 billion through royalties, rents, bonuses, sales, and fees (USDI BLM 2006c).

Energy and mineral development and operation often involve site disturbance, which can result in invasion of the site by undesired vegetation. Management activities

BLM_0008618

center on the prevention and detection/eradication of undesirable vegetation, and treatment or control when these are not sufficient. The Energy and Minerals Management program also conducts extensive rehabilitation of disturbed lands.

### *Realty and Ownership Management*

Under FLPMA and Mineral Leasing Act provisions, the Realty and Ownership Management program issues ROW grants to authorize the construction, operation, and maintenance of petroleum pipelines, power lines, energy development and distribution facilities, roads, and communication sites. Over the past 2 years, the BLM processed approximately 4,500 ROW actions annually. In FY 2005, there were nearly 88,000 existing ROW, totaling over 6.6 million acres on public lands, with nearly half of these in New Mexico and Wyoming (USDI BLM 2006c).

Vegetation treatments on ROW are necessary to suppress vegetation that restricts vision or presents a safety or fire hazard. Trees can provide direct or indirect contact with power lines, creating electrical shock and powerline outages, and often causing wildfires. Removal of vegetation is also necessary to maintain drainage ditches associated with these facilities, and to prevent vegetation from encroaching on sites. A primary goal of vegetation control on ROW involves the control of noxious weeds and other invasive or nonnative species.

The BLM maintains and operates approximately 4,000 buildings and nearly 700 administrative sites (USDI BLM 2006c). Buildings on public lands range from complex office buildings and large visitor centers to small restrooms and well houses. Administrative facilities include, but are not limited to, office complexes, fire stations, interagency dispatch centers, internal communication sites, wareyards, equipment maintenance shops, and field camps.

The BLM is responsible for maintaining 394 recreation fee sites, 2,989 non-fee recreation sites, 497 campgrounds with 17,000 campsites, 368 boat ramps, and 87 interpretive centers or contact stations. The BLM administers over 76,000 miles of roads. In addition, the BLM is responsible for a portion of the maintenance on numerous facilities jointly held with other federal, state, county, or private entities (USDI BLM 2006c). At these sites, vegetation management focuses on controlling vegetation that can pose a safety or fire hazard, or is not aesthetically pleasing. The BLM uses premergence and

postemergence herbicides to control emerging vegetation.

# Vegetation Treatment Planning and Management

The BLM's *Strategic Plan* (USDI BLM 2000a); *A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan* (USDI and USDA 2002); *Partners Against Weeds: An Action Plan for the Bureau of Land Management* (USDI BLM 1996), and *Pulling Together: National Strategy for Invasive Plant Management* (USDI BLM 1998a) identify broad objectives for management of vegetation on public land, while treatment activities at the local level are guided by the goals, standards, and objectives of land use plans developed for each BLM field office.

Although vegetation management actually occurs at the local level, policies established at the national level help direct local efforts. Examples of national policy direction designed to improve vegetation management efforts include development of rangeland health standards and development of assessments and evaluations for land, water, air, and vegetative health (USDI BLM 2002b). These assessments provide information that is used to ascertain achievement of land health standards and to identify causes for not meeting standards. These assessments are used to help identify restoration activities and establish restoration priorities.

## Land Use Planning

Land use planning decisions are the basis for every on-the-ground action the BLM undertakes. Land use plans, usually in the form of RMPs, ensure that public lands are managed in accordance with the intent of Congress, as stated in FLPMA (43 USC 1701 et seq), under the principles of multiple use and sustained yield. As required by FLPMA and BLM policy, "public lands must be managed in a manner that protects the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archaeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish, and wildlife and domestic animals; that will provide for outdoor recreation and human occupancy and use; and that recognizes the Nation's need for domestic sources of minerals, food, timber, and fiber from the public

BLM_0008619

PROGRAMS, POLICIES, AND METHODS

lands by encouraging collaboration and public participation throughout the planning process."

Land use plans guide land use and vegetation management decisions within the geographic area they cover, and provide specific goals, standards, objectives, and expected outcomes that apply to vegetation treatment projects and activities. These plans identify important local resources to be protected, identify historic, current, and future desired conditions for vegetation, and describe land use activities and levels that are appropriate to maintain healthy vegetation. Wise planning also considers the importance of other natural resources, such as water and soil, when developing vegetation restoration strategies. In addition, BLM land use plans identify transportation facilities, utility corridors, and other infrastructure development on the public lands that is likely to receive some form of vegetative treatment.

To assist with vegetation management planning, key resource elements such as plant community types, aquatic habitats, sensitive areas, and invasive species concentration areas, are inventoried and mapped regionally and district-wide. Inventories and maps allow field managers to identify areas of high ecological integrity; to ensure that there is suitable habitat for wide-ranging species; to identify areas where land uses may be incompatible with long-term ecosystem health; and to identify areas that could benefit from improved management. Inventories and mapping are also done at the local level to help managers better understand how proposed projects fit in with vegetative conditions on a larger scale, such as within ecoregions or watersheds. The BLM also cooperates with other agencies, organizations, and landowners in regional planning efforts, including establishment of Cooperative Weed Management Areas (CWMAs).

## Site Selection and Treatment Priorities

Upon approval of a land use plan, subsequent implementation decisions are often put into effect by developing implementation plans. Implementation plans, also referred to as "activity plans," tend to focus on multiple resources, and include vegetation treatment activities within a BLM field office jurisdiction. Implementation plans are made with the appropriate level of NEPA analysis; implementation decisions are usually made by BLM field managers. Implementation decisions identify site-specific vegetation management practices to achieve desired outcomes laid out in the land use plans. Some examples of practices include

fuels treatments and integrated vegetation management techniques for weed infestations.

**General Site Selection and Treatment Priorities**

Several factors influence where treatments will occur and treatment priorities:

- Statutory mandates, including the FLPMA, ESA, HFRA, and Taylor Grazing Act.

- Program guidance including such initiatives as the Healthy Forests Initiative and the Great Basin Restoration Initiative.

- Goals of the Strategic and Annual Performance Plans.

- Existing risks to resources.

- Likelihood of success in restoring natural biotic communities.

- Cost-effectiveness of actions.

National priorities have been established for various BLM vegetation management programs. These priorities were developed for use in conjunction with state and local office priorities for meeting restoration goals, and address site-specific conditions and/or issues as laid out in the land use plan. For example, the following treatment priorities have been established to promote integrated efforts across BLM resource programs that manage vegetation:

- WUI community protection treatments that are designed to reduce the risk of wildfire to the community and/or its infrastructure developed collaboratively with the community.

- Treatments to restore or maintain healthy, diverse, resilient, and productive native plant communities.

- Special status species habitat improvement projects designed to improve or protect special status fish, wildlife, and plant habitat.

- Treatments that will be planned, implemented and/or monitored using funding from multiple sources, both internal and external.

- Landscape treatments (>1,000 acres for mechanical and >4,500 acres for prescribed fires) coordinated across field office boundaries to improve treatment effectiveness.

BLM_0008620

- Contracted treatments that support economic opportunities for rural communities and/or high potential to use stewardship contracting authorities.

- Treatments that have a high potential for woody biomass utilization.

**Weed Treatment Site Selection and Treatment Priorities**

For noxious weeds and invasive plants, vegetation treatment priorities identified in the *EIS Vegetation Treatment on BLM Lands in Thirteen Western States* (USDI BLM 1991a) are still applicable. They are:

- Take actions to prevent or minimize the need for vegetation controls, where feasible.

- Use effective nonchemical methods of vegetation control, where feasible.

- Use herbicides only after considering the effectiveness of all potential methods.

Development of a weed management strategy is set up at the local level and aligned with the land use planning objectives.

Actions to prevent or minimize the need for vegetation control can include protecting intact systems; maintaining conditions that have led to healthy lands (e.g. allowing natural fires to burn); reducing the impact of ongoing activities (e.g., improving grazing management practices); and applying mitigation measures to new projects to minimize soil and vegetation disturbance and avoid introductions of invasive species.

If treatment is required, efforts are focused on activities that restore natural ecosystem processes, and on ventures that are likely to succeed and provide the greatest benefits with the least expenditure of capital. Also beneficial to treatment success is site-specific analysis that includes 1) a determination of site potential under current circumstances, 2) an evaluation of land health based on land assessment studies, 3) an assessment of causes of land degradation, 4) an assessment of the likely effectiveness of treatment methods, and 5) an evaluation of the success of restoration efforts on similar types of land.

Several management objectives are considered when determining appropriate treatment of an infestation.

- Containment to prevent weed spread from moving beyond the current infestation perimeter;

- Control to reduce the extent and density of a target weed;

- Eradication to completely eliminate the weed species including reproductive propagules (this is usually only possible with small infestations); and

- Restoration of native plant communities and habitats using native species that are adapted to the project site to compete with invasives.

Several variables are considered when determining what, when, and how weed populations should be treated. These include, but are not limited to:

- The species – is it an aggressive non-native species that could be on a state noxious weed list or an adjacent state's noxious weed list, or that could be a species known for altering plant communities or ecological processes on a regional basis? If a species is native to a project area, how does current management influence the increase of the species beyond acceptable levels?

- Location – is the infestation found in a special management area, in a formerly uninfested area, or upslope/upstream from current treatments (i.e., could the species reinfest treated areas)? Does the infestation pressure or negatively impact special status plants or their habitats?

- Extent – is the infestation at a size where eradication is possible, in an area where other infestations are numerous, or of a size that may not be able to be eradicated, but can be contained or controlled to some extent? Is the extent of the infestation so large that one treatment would cover all of the known locations of an endemic species or its required resources?

The following suggests a decision process for prioritizing weed treatments in order to focus efforts towards success. It provides broad guidance to be adapted to the local level based on species, size, and extent of infestations. Priorities are then matched with the management objectives listed above.

BLM_0008621

PROGRAMS, POLICIES, AND METHODS

1. Highest Priority: New aggressive infestations in an uninfested area or small infestations in areas of special concern (e.g., wilderness, research natural areas). Management objective: Eradicate.

2. Higher Priority: Areas of high traffic or sources of infestation and larger infestations in areas of special concern. Management objective: Control.

3. High Priority: Existing large infestations or roadside infestations where spread can be checked or slowed. Management objective: Contain.

The overriding goal is to prioritize treatment methods based on their effectiveness and likelihood to have minimal impacts on the environment, and to restore desirable vegetation on lands where necessary (i.e., where desired vegetation cannot reestablish naturally).

# Vegetation Treatment Methods

The BLM treats vegetation using fire, mechanical and manual methods, biological treatments, and herbicides. In an integrated vegetation management program, each management option is considered, recognizing that no one management option is a stand-alone option and that each has strengths and weaknesses. Utilizing the strengths of each allows for a more effective and environmentally sound program. When the BLM plans vegetation management projects, all control methods should be available for use, allowing the BLM to select the one method, or the combination of methods, that optimizes vegetation control with respect to environmental concerns, effectiveness, and cost of control.

No individual method will control undesirable vegetation in a single treatment; diligence and persistence will be required over a number of years to subdue vegetation such as weeds. The success of different treatment methods depends on the type of vegetation being controlled. It is important to think of these treatment methods as they relate to specific characteristics of weeds and other vegetation.

## Vegetation Treatment Method Selection

Vegetation treatment methods are selected based on several parameters, which may include the following:

- Management program/objective for the site.
- Historic and current conditions.
- Opportunities to prevent future problems.
- Opportunities to conserve native and desirable vegetation.
- Effectiveness and cost of the treatment methods.
- Success of past restoration treatments or treatments conducted under similar conditions or recommendations by local experts.
- Characteristics of the target plant species, including size, distribution, density, life cycle, and life stage in which the plant is most susceptible to treatment.
- Non-target plant species that could be impacted by the treatment.
- Land use of the target area.
- Proximity to communities.
- Slope, accessibility, and soil characteristics of the treatment area.
- Weather conditions at the time of treatment, particularly wind speed and direction, precipitation prior to or likely to occur during or after application, and season.
- Proximity of the treatment area to sensitive areas, such as wetlands, streams, or habitat for plant or animal species of concern.
- Potential impacts to humans and fish and wildlife, including non-game species.
- Need for subsequent revegetation and/or restoration.

These parameters are considered before a treatment method is selected (USDI BLM 1991a). For most vegetation treatment projects, pretreatment surveys are conducted before selecting one or more treatment methods. These surveys involve the consideration of all feasible treatments, including their potential effectiveness based on previous experience, and best available science, impacts, and costs. Before vegetation treatment or ground disturbance occurs, the BLM consults specialists or databases for information on sensitive areas within the project area. The site may have to be surveyed for listed or proposed federal threatened or endangered species and for evidence of

BLM_0008622

cultural or historic sites. In some cases, areas may receive one or more treatments in combination, such as prescribed burning followed by an herbicide application, and some areas may be treated using one or more treatment methods over several years.

## Fire Use

Fire use includes prescribed fire and wildland fire use for resource benefits. Prescribed fire is the intentional application of fire to wildland fuels under specified conditions of fuels, weather, and other variables. The intent is for the fire to stay within a predetermined area to achieve site-specific resource management objectives. Prescribed and wildland fire use for resource benefit are important tools to maintain landscapes in healthy condition. These methods may be used to control vegetation; enhance the growth, reproduction, or vigor of certain species; manage fuel loads; and maintain vegetation community types that meet multiple-use management objectives (USDI BLM 1991a). Burning may be used prior to other treatments to remove vegetation that reduces the effectiveness of various treatments, including herbicide applications (Rees et al. 1996). Often, mechanical treatments are conducted before a burn to reduce the amount of biomass so that the subsequent fire will not burn so intensely so as to kill desirable vegetation.

Prescribed fire was used on nearly 212,000 acres of public lands in 2003. Most acres were burned in Idaho (54,620), Oregon (40,459), New Mexico (26,869), and Arizona (26,127; USDI BLM 2004c).

In areas where there is no threat to human life or property, wildland fires are utilized for resource benefit to maintain ecosystems that are functioning within their normal fire regime. These fires must meet specific environmental prescriptions, and be thoroughly evaluated for potential risk, before being managed to benefit the resource. They are utilized only in pre-planned areas and when there are adequate fire management personnel and equipment available to achieve defined resource objectives.

The BLM develops land use plans to establish and define resource management objectives for a particular area (USDI BLM 1998b). All use of fuels treatments and prescribed fire will support land and resource management plans. Agency-specific land management plans are the documents that initiate, analyze, and provide the basis for conducting fuels treatment

activities and using prescribed fire to meet resource objectives.

Treatments are implemented in accordance with the BLM's Prescribed Fire Management Policy. The Fire Management Plan (FMP) serves as the program strategy document for fuels treatments and prescribed fire activities. The FMP captures and quantifies the overall fuels management program needs of the field office. The FMP identifies how fuels treatments, fire use, and other fire management strategies will be used to meet the overall land management goals identified in land use plans. The FMP also identifies areas where the use of wildland fire for resource benefits is acceptable.

The Prescribed Fire Plan is the contract between a Line Officer and Burn Boss to conduct a burn safely to achieve predetermined objectives. Prescribed fire projects must be implemented in compliance with the written plan.

A Wildland Fire Implementation Plan (WFIP) is prepared for all wildland fires that are managed for resource benefit. The WFIP is an operational plan for assessing, analyzing, and selecting strategies for wildland fire use. It is progressively developed, and documents appropriate management responses for any wildland fire managed for resource benefits.

Several factors are considered when designing a burn plan and implementing a prescribed burn. These factors include weather conditions, vegetation types and density, slope, fuel moisture content, time of year, risks to dwellings and property, alternative treatment methods, and potential impacts on air quality, land use, cultural resources, and threatened and endangered species.

Hand-held tools, such as drip torches, propane torches, diesel flame-throwers, and flares, may be used to start a prescribed fire. Mass ignition techniques, which include terra-torches and heli-torches, release an ignited gelled fuel mixture onto the area to be treated. Helicopters may also be used to drop hollow polystyrene spheres containing potassium permanganate that are injected with ethylene glycol immediately before ignition. The sphere ignition method is best used for spot-firing programs.

Prescribed fire can be used in some situations where some other treatment methods are not feasible due to soil rockiness, slope steepness, or terrain irregularity, although prescribed fire is limited to situations where adequate fuel is available to carry the fire. It is also

PROGRAMS, POLICIES, AND METHODS

relatively inexpensive to treat vegetation using fire ($20 to $500 per acre, with higher costs associated with treating forestlands in California and Oregon).

The use of prescribed fire comes with a risk of the fire getting out of control and damaging property and endangering human life, although <1% of BLM ignited prescribed fires exceed control and are declared wildfires. Thus, chemical, biological, mechanical and manual methods, instead of fire, are often used to control vegetation near communities. In some situations, prescribed fire can encourage the germination and establishment of weeds if the treatment site is not treated with herbicides or revegetated after fire use.

## Mechanical Treatment

Mechanical treatment involves the use of vehicles such as wheeled tractors, crawler-type tractors, or specially designed vehicles with attached implements designed to cut, uproot, or chop existing vegetation. The selection of a particular mechanical method is based on the characteristics of the vegetation, seedbed preparation and revegetation needs, topography and terrain, soil characteristics, climatic conditions, and an analysis of the improvement cost compared to the expected productivity (USDI BLM 1991a). Mechanical methods that may be used by the BLM include chaining, root plowing, tilling and drill seeding, mowing, roller chopping and cutting, blading, grubbing, and feller-bunching. As new technologies or techniques are developed, they could be used if their impacts are similar to or less than those associated with the methods listed below.

Chaining consists of pulling heavy (40 to 90 pounds per link) chains in a "U" or "J" shaped pattern behind two crawler-type tractors. The chain is usually 250 to 300 feet long and may weigh as much as 32,000 pounds. The width of each swath varies from 75 feet to 120 feet. Chain link size, modifications to links, and operation of the crawler tractors determine the number and size of trees and shrubs that are removed and the effects on understory species. Chaining can be conducted during the appropriate season to benefit soil stability and plant seeding, and reduce the invasion of weeds (Monsen et al. 2004).

Chaining works best for crushing brittle brush and uprooting woody plants. Chaining can be done on irregular, moderately rocky terrain, with slopes of up to 20%. Chaining may cause soil disturbance, but the plant debris can be left in place to minimize runoff and erosion, shade the soil surface, and maintain soil moisture and nutrient recycling. Alternatively, the debris can be burned to facilitate seeding, improve scenic values, and eliminate potential rodent habitat. Chaining is a cost-effective means of incorporating seed into soil, especially in burned areas. Chaining provides a variety of seeding depths and microsites, as well as improves ground cover and forage production. Recent studies have shown improved seedling establishment on chained sites and less downy brome establishment 3 years after fire in chained sagebrush and pinyon-juniper habitats (Ott et al. 2003).

Tilling involves the use of angled disks (disk tilling) or pointed metal-toothed implements (chisel plowing) to uproot, chop, and mulch vegetation. This technique is best used in situations where complete removal of vegetation or thinning is desired, and in conjunction with seeding operations. Tilling leaves mulched vegetation near the soil surface, which encourages the growth of newly planted seeds. Tilling is usually done with a brushland plow, a single axle with an arrangement of angle disks that covers about 10-foot swaths. An offset disk plow, which consists of multiple rows of disks set at different angles to each other, is pulled by a crawler-type tractor or a large rubber tire tractor. This method is often used for removal of sagebrush and similar shrubs and works best on areas with smooth terrain, and deep, rock-free soils. Chisel plowing can be used to break up soils such as hardpan.

Often, drill seeding is conducted along with tilling. The seed drills, which consist of a series of furrow openers, seed metering devices, seed hoppers, and seed covering devices, are either towed by or mounted on a tractor. The seed drill opens a furrow in the seedbed, deposits a measured amount of seed into the furrow, and closes the furrow to cover the seed.

Mowing tools, such as rotary mowers or straight-edged cutter bar mowers, can be used to cut herbaceous and woody vegetation above the ground surface. Mowing is often done along highway ROW to reduce fire hazards, improve visibility, prevent snow buildup, or improve the appearance of the area. Mowing is also used in sagebrush habitats to create a mosaic of uneven aged stands and enhance wildlife habitat. Mowing is most effective on annual and biennial plants (Rees et al. 1996). Weeds are rarely killed by mowing, and an area may have to be mowed repeatedly for the treatment to be effective (Colorado Natural Areas Program 2000). However, the use of a "wet blade," in which an herbicide flows along the mower blade and is applied

BLM_0008624

directly to the cut surface of the treated plant, has greatly improved the control of some species. In addition, chipping equipment can be used to cut and chip vegetation.

Roller chopping tools are heavy bladed drums that cut and crush vegetation up to 5 inches in diameter with a rolling action. The drums are pulled by crawler-type tractors, farm tractors, or a special type of self-propelled vehicle designed for forested areas or range improvement projects.

During blading, a crawler type tractor blade shears small brush at ground level. The topsoil can be scraped with the brush and piled into windrows during this operation. Blading use is limited to areas where degradation to the soil is acceptable, such as along ROW or in borrow ditches (USDI BLM 1991a).

Grubbing is done with a crawler-type tractor and a brush or root rake attachment. The rake attachment consists of a standard dozer blade adapted with a row of curved teeth projecting forward at the blade base. Brush is uprooted and roots are combed from the soil by placing the base of the blade below the soil surface. Grubbing greatly disturbs perennial grasses, so grubbed areas are usually reseeded to prevent extensive runoff and erosion (USDI BLM 1991a).

Feller-bunchers are machines that grab trees, cut them at the base, pick them up, and move them into a pile or onto the bed of a truck (Bonneville Power Administration [BPA] 2000). Feller-bunchers are used in forest thinning to remove potential hazardous fuels. Large chippers, or "tub-grinders," are often used to chip the limbs, bark, and wood of trees to generate mulch or biomass, which can be used in power generation facilities.

Mechanical methods are effective for removing thick stands of vegetation. Some mechanical equipment can also mulch or lop and scatter vegetation debris, so debris disposal is taken care of while the vegetation is removed. Mechanical methods are appropriate where a high level of control over vegetation removal is needed, such as in sensitive wildlife habitats or near homesites, and are often used instead of prescribed fire or herbicide treatments for vegetation control in the WUI.

Unless used with follow-up herbicide treatments, mechanical treatments have limited use for noxious weed control, as the machinery tends to spread seeds and not kill roots. Mechanical vegetation control costs from $100 to $600 per acre for equipment and labor

(BPA 2000). Additionally, repeated mechanical treatments are often necessary due to residual weed seed in the seed bank.

## Manual Treatment

Manual treatment involves the use of hand tools and hand-operated power tools to cut, clear, or prune herbaceous and woody species. Treatments include cutting undesired plants above the ground level; pulling, grubbing, or digging out root systems of undesired plants to prevent sprouting and regrowth; cutting at the ground level or removing competing plants around desired species; or placing mulch around desired vegetation to limit competitive growth (USDI BLM 1991a).

Hand tools used in manual treatments include the handsaw, axe, shovel, rake, machete, grubbing hoe, mattock (combination of cutting edge and grubbing hoe), pulaski (combination of axe and grubbing hoe), brush hook, and hand clippers. Power tools such as chain saws and power brush saws are also used, particularly for thick-stemmed plants.

Manual treatments, such as handpulling and hoeing, are most effective where the weed infestation is limited and soil types allow for complete removal of the plant material (Rees et al. 1996). Additionally, pulling works well for annual and biennial plants, shallow-rooted plant species that do not resprout from residual roots, and plants growing in sandy or gravelly soils. Repeated treatments are often necessary due to soil disturbance and residual weed seeds in the seed bank.

Manual techniques can be used in many areas and usually with minimal environmental impacts. Although they have limited value for weed control over a large area, manual techniques can be highly selective. Manual treatment can be used in sensitive habitats such as riparian areas, areas where burning or herbicide application would not be appropriate, and areas that are inaccessible to ground vehicles (USDI BLM 1991a).

Manual treatments are expensive and labor intensive, compared to other vegetation management methods such as prescribed burning and herbicide application. Typical manual vegetation control costs range from $70 to $700 per acre. Manual methods may also be more dangerous for the workers involved in implementation because of the sharp tools and the difficulties associated with working conditions (e.g., steep terrain with slippery ground cover). Some weeds may contain potentially toxic or hazardous compounds. While

BLM_0008625

PROGRAMS, POLICIES, AND METHODS

manual techniques may not be very efficient or cost-effective over large areas, they may be very useful for highlighting specific invasive species problems, and for educating public land users.

## Biological Control

Biological control involves the intentional use of domestic animals, insects, nematodes, mites, or pathogens (agents such as bacteria or fungus that can cause diseases in plants) that weaken or destroy vegetation (USDI BLM 1991a, BPA 2000). Biological control is used to reduce the targeted weed population to an acceptable level by stressing target plants and reducing competition with the desired plant species.

Domestic animals, such as cattle, sheep, or goats, control the top-growth of certain non-native invasive and noxious weeds which can help to weaken the plants and reduce the reproduction potential. The animals benefit by using the weeds as a food source and, after a brief adjustment period, can consume 50% or more of their daily diet of the weed, depending on the animal species (Tu et al. 2001).

Cattle primarily eat grass, but also eat some shrubs and forbs. Sheep consume many forbs, as well as grasses and shrubs, but tend not to graze an area uniformly. Goats typically eat large quantities of woody vegetation as well as forbs, and tend to eat a greater variety of plants than sheep (USDI BLM 1991a; Tu et al. 2001). Goats and sheep are effective control agents for leafy spurge, Russian knapweed, toadflax, other weed species, and some types of shrubs (Colorado Natural Areas Program 2000).

The use of livestock grazing to help control undesirable vegetation involves more than just authorizing grazing for the area to be treated. A general grazing authorization would only rarely provide significant control of undesirable vegetation. The use of livestock to control undesirable vegetation requires "prescribed grazing." In prescribed grazing, the kind of animals and amount and duration of grazing are specifically designed to help control a particular species of plant while minimizing the impacts on perennial native vegetation that is needed to help reduce the likelihood of reinvasion by undesirable plant species.

In order for prescribed grazing to be effective, the right combination of animals, stocking rates, timing, and rest must be used. Grazing by domestic animals should occur when the target species is palatable and when feeding on the plants can damage them or reduce viable

seeds. Additionally, grazing should be restricted during critical growth stages of desirable competing species. When desirable species are present, there must be adequate rest following the treatment to allow the desirable species to recover.

Whenever the use of livestock to control undesirable vegetation is being considered, the needs of the domestic animals as well as the other multiple use objectives for the area must be considered. A herder, fencing, or a mineral block may be required to keep the animals within the desired area. Many weed species are less palatable than desired vegetation, so the animals may overgraze desired vegetation rather than the weeds. Additionally, some weeds may be toxic to certain livestock and not to others, which will influence the management option selected (Tu et al. 2001). Proper management of the domestic animals is extremely important if this method of treatment is to be successful (Olson 1999).

Caution should be used whenever grazing or any other vegetation control is prescribed near riparian areas, in steep topography, or in areas with highly erodible soils. Weed seeds may still be viable after passing through the digestive tract of animals, so the animals should not be moved to weed-free areas until ample time has passed for all seeds to pass through their systems. Seeds can also travel on the animals' fur (Tu et al. 2001).

Plant-eating insects, nematodes, mites, or pathogens affect plants directly, by destroying vital plant tissues and functions, and indirectly, by increasing stress on the plant, which may reduce its ability to compete with other plants (BPA 2000). Often, several biological control agents are used together to reduce undesired vegetation density to an acceptable level.

Biological control agents currently used by the BLM have been tested by the USDA Agricultural Research Service to ensure that they are host specific and will feed only on the target plant and not on crops, native flora, or endangered or threatened plant species.

Testing of biological control agents is time consuming and expensive. Test results are reported in an environmental assessment, or a risk assessment, which is a measurement of risk of using the organism. The Plant Pest Quarantine Branch of the USDA Animal and Plant Health Inspection Service (APHIS) is responsible for finding and testing suitable biological controls, and authorizing permits to transport and release biological controls into the U.S. Organizations, such as the USDA Agricultural Research Service, CABI Bioscience-

BLM_0008626

PROGRAMS, POLICIES, AND METHODS

Europe and Canada, and Canadian agencies and universities are working to collect, identify, screen, and approve biological control agents to support the BLM's integrated weed management program.

The approval process for a biological control agent can be very complicated. Researchers wanting to use a candidate biological control agent should submit a proposed test plant list to the Technical Advisory Group for Biological Control Agents of Weeds (USDA APHIS 2002). This step includes consulting with the USFWS to determine whether threatened, endangered, or candidate species should be considered in the test plant list. The researcher must apply for a permit to import the agent into the U.S. In addition, if the researcher proposes to use a pathogen for weed biological control, he must obtain approval from the USEPA, which regulates microbial pathogens as biological pesticides under the Federal Insecticide, Fungicide, and Rodenticide Act of 1972. Once a biological control organism has been approved for release, its release can only occur in states that have been covered under a NEPA assessment and have consulted with the USFWS. More information on the testing process is available at: http://www.aphis.usda.gov. A list of biological control agents approved for use is available at: http://www.aphis.usda.gov/ppq/permits/tag/petition.html.

Once a biological control agent becomes established, it can reproduce and increase its numbers and continue to affect the target organism. Agents are also often fairly mobile and can seek out new host plants (Rees et al. 1995, 1996). However, it may take as many as 15 to 20 years for the agents to establish themselves and bring about the desired level of control. Treatments involving biological control agents are most suitable for large sites where the target plant is well established and very competitive with native species. It is unlikely that biological control agents will eradicate a pest plant, because as populations of the host plant decrease, populations of the agent will also decline.

Treatment of noxious weeds using domestic animals is relatively inexpensive, costing about $12 to $15 per acre. Biological control costs using insects, nematodes, mites, or other pathogens range from $80 to $150 per release for ground applications and $150 to $300 for aerial releases (BPA 2000). The cost of this method reflects the limited availability of appropriate control agents and expertise required in dealing with the agents and treating areas. Biological treatments are most effective when followed with other treatments.

## Herbicides

As discussed in Chapter 1, this PER focuses primarily on the use of non-chemical means to treat vegetation. A *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic EIS* has been prepared concurrently with the PER to analyze the effects of herbicide use on humans, plants, and animals (including special status species), and other environmental and social resources associated with public lands. This analysis will provide the basis for a programmatic ESA Section 7 consultation with the USFWS and NMFS for herbicide use as a vegetation control practice, and the potential impacts of these practices on plant and animal species of concern.

Herbicides are chemicals that kill or injure plants. Herbicides can be classified by their mode of action; they include growth regulators, amino acid inhibitors, grass meristem destroyers, cell membrane destroyers, root and shoot inhibitors, and amino acid derivatives, all of which interfere with plant metabolism in a variety of ways (Bussan and Dyer 1999).

Herbicides can be categorized as selective or non-selective. Selective herbicides kill only a specific type of plant. For example, some herbicides used for noxious weed control are selective for broad-leaved plants, so that they can be used to control weeds while maintaining grass species. Glyphosate is non-selective, so it must be used carefully around desirable and non-target plants (Rees et al. 1996).

Herbicide treatments comply with the USEPA label directions and follow BLM procedures outlined in BLM Handbook H-9011-1 (*Chemical Pest Control*), and manuals 1112 (*Safety*), 9011 (*Chemical Pest Control*), and 9015 (*Integrated Weed Management)*, and meet or exceed states' label standards (USDI BLM 1991a). Several herbicide application methods are available. The application method chosen depends upon the treatment objective (removal or reduction); the accessibility, topography, and size of the treatment area; the characteristics of the target species and the desired vegetation; the location of sensitive areas and potential environmental impacts in the immediate vicinity; the anticipated costs and equipment limitations; and the meteorological and vegetative conditions of the treatment area at the time of treatment.

An operational plan is developed and updated for each herbicide project. The plan includes information on project specifications, key personnel responsibilities,

BLM_0008627

PROGRAMS, POLICIES, AND METHODS

communication procedures, and safety, spill response, and emergency procedures. The plan should also specify minimum widths for buffers between treatment areas and water bodies for non-aquatic use herbicides that comply with BLM policy and label restrictions (BLM Handbook H-9011-1).

Herbicide application schedules are designed to minimize potential impacts to non-target plants and animals, while remaining consistent with the objective of the vegetation treatment program. The application rates depend upon the target species, the presence and condition of non-target vegetation, weather and site conditions, soil type, depth to the water table, presence of other water sources, the label requirements, approved BLM rates, and sensitivity of non-target species.

Herbicides are applied aerially with helicopters or fixed-wing aircraft, and on the ground with vehicles or manual application devices. Operation of helicopters is more expensive than operation of fixed-wing aircraft, but helicopters are more maneuverable and more effective in areas with irregular terrain. Helicopters also are more effective for treating target vegetation in areas with multiple vegetation types.

Manual applications of herbicides are used only in small areas, in areas inaccessible by vehicle, and/or to minimize potential impacts to non-target plants. Herbicides may be applied to green leaves with a backpack applicator or spray bottle, wick (wiped on), or wand (sprayed on). Herbicides can be applied to trees around the circumference of the trunk on the intact bark (basal bark), to cuts in the trunk or stem (frill, or "hack and squirt"), to cut stems and stumps (cut stump), or injected into the inner bark (Tu et al. 2001).

Herbicides can be used selectively to control specific types of vegetation, or nonselectively to clear all vegetation in a particular area. Herbicides can be applied over large areas and in remote locations using aircraft, or applied using spot applications in environmentally sensitive areas. The cost of herbicide application generally ranges from $20 to $250 per acre (BPA 2000).

There are several drawbacks and limitations to herbicide use. Herbicides can damage or kill non-target plants. Herbicides can be toxic or cause health problems in humans, other animals, and other plants. Herbicides must be applied by someone with the appropriate certification identified in state laws and BLM policy (Colorado Natural Areas Program 2000).

Herbicides are applied according to the current label directions. The BLM must comply with changes in label directions, and with state registration requirements.

---

### Herbicide Terminology

**Active ingredient (a.i.)** is the chemical or biological component that kills or controls the target pest.

**Adjuvant(s)** are chemicals that are added to the pesticide formulation to enhance the toxicity of the active ingredient or to make the active ingredient easier to handle.

**Formulation** is the commercial mixture of both active and inactive (inert) ingredients.

**Herbicide** is a chemical pesticide used to treat vegetation.

**Herbicide resistance** occurs when naturally occurring heritable characteristics allow individual weeds to survive and reproduce, producing a population, over time, in which the majority of the plants of the weed species have the resistant characteristics.

**Inert ingredient(s)** are those ingredients that are added to the commercial product (formulation) and are not herbicidally active.

---

Weed populations may develop a resistance to a particular herbicide over time. Herbicide resistance is the inherited ability of a plant to survive an herbicide application to which the wild-type was susceptible. Resistant plants occur naturally within a population and differ slightly in genetic makeup, but remain reproductively compatible with the wild-type. Herbicide resistant plants are present in a population in extremely small numbers. The repeated use of one herbicide allows these few plants to survive and reproduce. The number of resistant plants then increases in the population until the herbicide no longer effectively controls the weed. Herbicide resistance is not the natural tolerance that some species have to an herbicide. The appearance of herbicide-resistant weeds is strongly linked to repeated use of the same herbicide or herbicides with the same site of action in a monoculture cropping system or in non-crop areas.

There are several things that can be done, and are being done by the BLM, to minimize the potential development of resistant weed species, including, but not limited to the following:

- Rotate herbicides – by understanding the different modes of action of each herbicide

BLM_0008628

proposed for use on public lands, select the appropriate one to minimize resistance;

- Understand the potential effects of long-term residual herbicides on the selection for resistant weeds, and correctly apply these herbicides with the understanding that they can lead to weed resistance if used yearly for several consecutive years;

- Use mechanical and biological management options to eliminate weed escapes that may represent the resistant population; and

- Keep accurate records of herbicide application.

**Herbicides Evaluated in the PEIS**

In previous EISs, a total of 25 herbicide active ingredients were reviewed, 22 were evaluated, and 20 are presently approved for use in one or more states (Tables 2-1, 2-2, and 2-3). The decision to approve these herbicides for use on public lands was based on a detailed analysis of the risks to human health and non-target species from the use of these chemicals.

Since the majority of these assessments were completed in the late 1980s, a comprehensive literature review was conducted as part of the PEIS to determine whether there was any significant new information relevant to environmental concerns regarding the continued use of these herbicides (McMullin and Thomas 2000). Local BLM field offices were also consulted for information from field applications suggesting that any of these chemicals should be re-analyzed. If so, a new risk assessment for that active ingredient was completed as part of the PEIS in order to assess whether the BLM should continue its use.

Based on the literature review and information from the field, sulfometuron methyl (Oust®) was found to potentially have significant impacts on non-target vegetation when carried on soil to untreated areas, effects that were not evaluated earlier. Thus, the toxicity and environmental fate of sulfometuron methyl were analyzed in the PEIS. It was determined that the remaining 19 herbicides did not require further analysis for human health risks. However, the BLM determined that the level of analysis contained in the non-target species assessments for fish and wildlife for the previous EISs was inadequate to characterize the risks to species of concern, including anadromous fish.

Since the mid-1990s, the Forest Service conducted ecological risk assessments (ERAs) for nine herbicide

active ingredients also used by the BLM: 2,4-D, clopyralid, dicamba, glyphosate, hexazinone, imazapyr, metsulfuron methyl, picloram, and triclopyr. In addition, the Forest Service prepared interactive spreadsheets that allowed the BLM to determine exposure concentrations for plants and animals under different application rates and exposure scenarios for these herbicides. The ERAs and spreadsheets are available on the Internet at the Forest Service Pesticide Management and Coordination website at http://www.fs.fed.us/foresthealth/pesticide/index.shtml.

Information contained in the ERAs was used by the BLM to characterize risks to non-target species from the specific chemicals and is incorporated by reference into the PEIS.

The Forest Service did not conduct ERAs for bromacil, chlorsulfuron, diuron, and tebuthiuron. Thus, the BLM conducted new ERAs for these herbicides as part of the PEIS.

The remaining six active ingredients currently approved for use by the BLM—2,4-DP, asulam, atrazine, fosamine, mefluidide, and simazine—have not been used, or their use has been limited to a very small number of acres, by the BLM for several years, primarily due to the availability of other, more effective approved active ingredients.

In the PEIS, the BLM proposes to use four new herbicide active ingredients that are registered and available for use—diflufenzopyr (as a formulation with dicamba), diquat, fluridone, and imazapic. All four of the herbicides have been deemed effective in controlling vegetation, have minimal effects on the environment and human health if used properly, and are registered (except diflufenzopyr as a stand-alone active ingredient) with the USEPA. Diflufenzopyr is approved as a formulation with dicamba and is labeled as Distinct, but cannot be used as a stand-alone active ingredient by the BLM until it is registered with the USEPA.

The new active ingredients were selected based on: 1) input from BLM field offices on types of vegetation needing control; 2) studies indicating that these active ingredients would be more effective in controlling noxious weeds and other unwanted vegetation targeted for control than active ingredients currently used by the BLM; 3) USEPA approval for use on rangelands, forestlands, and/or aquatic environments (see http://cfpub.epa.gov/oppref/rereg/status.cfm?show=rereg for information on herbicide registration and fact sheets on all registered products); 4) responses from

PROGRAMS, POLICIES, AND METHODS

herbicide manufacturers to a request from the BLM in October 2001 for a list of herbicides not currently approved for use on public lands that may be appropriate to control vegetation; 5) the ability of the herbicide formulations to be applied on a variety of plant species needing control; 6) the level of risk of the herbicidal formulations to human health and the environment; and 7) the funds available to the BLM to conduct human health and ecological risk assessments of the proposed herbicides.

In order to ensure that the use of these active ingredients is appropriate for public lands, the BLM conducted human health risk assessments (HHRAs) and ERAs to assess the potential for risks to humans and non-target plants and animals, including special status species, from using these active ingredients. The following analyses are presented in Chapter 4, Environmental Consequences, and in appendixes B, C, and D of the Final PEIS: 1) the toxicity and environmental fate of each active ingredient, and of a formulation of diflufenzopyr and dicamba (Overdrive®); 2) risks associated with surfactants found in herbicide formulations and herbicide active ingredient degradates; and 3) the potential for herbicides considered in the PEIS to be endocrine disrupting chemicals.

For new and currently available herbicides that may be proposed for use in the future, the BLM would follow the following steps for conducting risk assessments: 1) assess a product's or a technology's effectiveness for use on target vegetation on public lands; 2) identify the level of data and analysis needed to conduct a human health and ecological risk assessment for that chemical; 3) determine the level of NEPA documentation required to support a decision to use a new product or technology; and 4) consult with the ESA regulatory agencies. These steps are discussed in more detail in Appendix E of the Final PEIS.

# Vegetation Treatment Standard Operating Procedures and Guidelines

This section identifies standard operating procedures (SOPs) that would be followed by the BLM to ensure that risks to human health and the environment from treatment actions would be kept to a minimum. Standard operating procedures are the management controls and performance standards required for vegetation management treatments. These practices are

intended to protect and enhance natural resources that could be affected by future vegetation treatments.

## Prevention of Weeds and Early Detection and Rapid Response

Once weed populations become established, infestations can increase and expand in size. Weeds colonize highly disturbed ground and invade plant communities that have been degraded, but are also capable of invading intact communities. Therefore, prevention, early detection, and rapid response are the most cost-effective methods of weed control. Prevention, early detection, and rapid response strategies that reduce the need for vegetative treatments for noxious weeds should lead to a reduction in the number of acres treated using herbicides in the future by reducing or preventing weed establishment.

As stated in the BLM's *Partners Against Weeds - An Action Plan for the BLM* (USDI BLM 1996), prevention and public education are the highest priority weed management activities. Priorities are as follows:

- Priority 1: Take actions to prevent or minimize the need for vegetation control when and where feasible, considering the management objectives of the site.

- Priority 2: Use effective nonchemical methods of vegetation control when and where feasible.

- Priority 3: Use herbicides after considering the effectiveness of all potential methods or in combination with other methods or controls.

Prevention is best accomplished by ensuring the seeds and vegetatively reproductive plant parts of new weed species are not introduced into new areas.

The BLM is required to develop a noxious weed risk assessment when it is determined that an action may introduce or spread noxious weeds or when known habitat exists (USDI BLM 1992b). If the risk is moderate or high, the BLM may modify the project to reduce the likelihood of weeds infesting the site, and to identify control measures to be implemented if weeds do infest the site.

To prevent the spread of weeds, the BLM takes actions to minimize the amount of existing non-target vegetation that is disturbed or destroyed during project or vegetation treatment actions (Table 2-4). During project planning, the following steps are taken:

BLM_0008630

PROGRAMS, POLICIES, AND METHODS

**TABLE 2-1**
**Herbicide Active Ingredients Proposed, Evaluated, and included in Current Environmental Impact Statements of the Bureau of Land Management**

| Active Ingredient | EIS in which Herbicide is Evaluated | | | | Summary of Evaluations for all EISs | | |
|---|---|---|---|---|---|---|---|
| | Northwest Area Noxious Weed Control Program (1985) | California Vegetation Management (1988) | Vegetation Treatment on BLM Lands in 13 Western States (1991) | Western Oregon Program – Management of Competing Vegetation (1992) | Active Ingredients Considered | Active Ingredients Evaluated | Active Ingredients Available for Use |
| 2,4-D | Yes (Esteron-99; DMA-4) | Yes | Yes | Yes | Yes | Yes | Yes |
| 2,4-DP | | Yes | | | Yes | Yes | Yes |
| Ammonium sulfamate | | | | Proposed, not evaluated | Yes | No | No |
| Amitrole | | Yes | Evaluated, but not included | | Yes | Yes | No |
| Asulam | | Yes | | Yes | Yes | Yes | Yes |
| Atrazine | | Yes | Yes | Yes | Yes | Yes | Yes |
| Bromacil | | Yes | Yes | | Yes | Yes | Yes |
| Chlorsulfuron | | Yes | | | Yes | Yes | Yes |
| Clopyralid | | Yes | | | Yes | Yes | Yes |
| Dalapon | | Yes | Evaluated, but not included | Proposed, but not evaluated | Yes | Yes | No |
| Dicamba | Yes (Banvel) | Yes | Yes | Yes | Yes | Yes | Yes |
| Diquat | | | | Proposed, but not evaluated | Yes | No | No |
| Diuron | | Yes | Yes | Proposed, but not evaluated | Yes | Yes | Yes |
| Fosamine | | Yes | | Proposed, but not evaluated | Yes | Yes | Yes |
| Glyphosate | Yes (Rodeo) | Yes | Yes | Yes | Yes | Yes | Yes |
| Hexazinone | | Yes | Yes | Yes | Yes | Yes | Yes |
| Imazapyr | | Yes | | | Yes | Yes | Yes |
| Mefluidide | | Yes | | | Yes | Yes | Yes |
| Metsulfuron methyl | | Yes | | | Yes | Yes | Yes |
| Monosodium methanearsonate | | | | Proposed, but not evaluated | Yes | No | No |
| Picloram | Yes (Tordon 2K, Tordon 22K) | Yes | Yes | Yes | Yes | Yes | Yes |
| Simazine | | Yes | Yes | | Yes | Yes | Yes |
| Sulfometuron methyl | | Yes | | | Yes | Yes | Yes |
| Tebuthiuron | | Yes | Yes | | Yes | Yes | Yes |
| Triclopyr | | Yes | Yes | Yes | Yes | Yes | Yes |
| Active ingredients evaluated or available for use | 4 | 16 | 17 | 8 | 25 | 22 | 20 |

BLM_0008631

Vegetation Treatments on BLM Lands in Western U.S
Final Programmatic EIR

2-22

June 2007

PROGRAMS, POLICIES, AND METHODS

**TABLE 2-2**
**Herbicides Approved and Proposed for Use on Public Lands**

| Herbicide | Herbicide Characteristics and Target Vegetation | Areas Where Registered Use is Appropriate | | | | | |
|---|---|---|---|---|---|---|---|
| | | Rangeland | Forestland | Riparian and Aquatic | Oil, Gas, and Minerals | ROW | Recreation and Cultural Resources |
| *Herbicides Approved for Use on Public Lands* | | | | | | | |
| **2, 4-D** | Selective; foliar absorbed; postemergent; annual/perennial broadleaf weeds. Key species treated include burningbush, mustard species, and Russian thistle. | • | • | • | • | • | • |
| **2, 4-DP** | Selective; foliar absorbed; postemergent; broadleaf weeds and woody species. Key species treated include burningbush, mustards, Russian thistle, and brush species. | • | • | | • | • | • |
| **Asulam** | Inhibits mitosis; controls growing grasses and certain broadleaf weeds. Key species treated include brackenfern, dock, and Johnsongrass. | | | | • | • | |
| **Atrazine** | Selective; mostly root absorbed; inhibits photosynthesis. Key species treated include annual grasses, mustards, pigweed, and Russian thistle. | | • | | | • | |
| **Bromacil** | Non-selective; inhibits photosynthesis; controls wide range of weeds and brush. Key species treated include annual grasses and broadleaf weeds, burningbush, and Russian thistle. | | | | • | • | • |
| **Chlorsulfuron** | Selective; inhibits enzyme activity; broadleaf weeds and grasses. Key species treated include biennial thistles and annual and perennial mustards. | • | | | • | • | • |
| **Clopyralid** | Selective; mimics plant hormones; annual and perennial broadleaf weeds. Key species treated include knapweeds, mesquite, and starthistle and other thistles. | • | • | | • | • | • |
| **Dicamba** | Growth regulator; annual and perennial broadleaf weeds, brush, and trees. Key species treated include knapweeds, burningbush, and Russian thistle and other thistles. | • | | | • | • | • |
| **Diuron** | Preemergent control; annual and perennial broadleaf weeds and grasses. Key species treated include annual grasses and broadleaf weeds, burningbush, and Russian thistle. | | | | • | • | • |
| **Fosamine ammonium** | Inhibits bud and leaf formation; broadleaf weeds, brush, and trees. Key species treated include field bindweed, leafy spurge, and locust. | | | | • | • | • |
| **Glyphosate** | Non-selective; annual and perennial grasses and broadleaf weeds, sedges, shrubs, and trees. Key species treated include annual, biennial, and perennial grasses and broadleaf weeds and woody shrubs. | • | • | • | • | • | • |
| **Hexazinone** | Foliar or soil applied; inhibits photosynthesis; annual and perennial grasses and broadleaf weeds, brush, and trees. Key species treated include mesquite and scrub oak. | • | • | | • | • | • |
| **Imazapyr** | Non-selective; preemergent and postemergent uses; absorbed through foliage and roots; annual and perennial broadleaf weeds, brush, and trees. Key species treated include saltcedar. | • | • | • | • | • | • |
| **Mefluidide** | Growth inhibitor; suppresses seed production of grasses, brush, and trees. Key species treated include roadside grasses. | | | | • | • | • |
| **Metsulfuron methyl** | Selective; postemergent; inhibits cell division in roots and shoots; annual and perennial broadleaf weeds, brush, and trees. Key species treated include annual and perennial mustards and biennial thistles. | • | • | | • | • | • |
| **Picloram** | Selective; foliar and root absorption; mimics plant hormones; certain annual and perennial broadleaf weeds, vines, and shrubs. Key species treated include knapweeds, leafy spurge, and starthistle. | • | • | | • | • | • |
| **Simazine** | Used selectively or as complete vegetation killer; requires substantial moisture for activation; inhibits photosynthesis. Key species treated include annual grasses, mustards, pigweed, and Russian thistle. | | | | • | • | • |

BLM_0008632

TABLE 2-2 (Cont.)
**Herbicides Approved and Proposed for Use on Public Lands**

| Herbicide | Herbicide Characteristics | Areas Where Registered Use is Appropriate | | | | | |
|---|---|---|---|---|---|---|---|
| | | Rangeland | Forestland | Riparian and Aquatic | Oil, Gas, and Minerals | ROW | Recreation and Cultural Resources |
| *Herbicides Approved for Use on Public Lands (Cont.)* | | | | | | | |
| **Sulfometuron methyl** | Broad-spectrum pre and postemergent control; inhibits cell division; grasses and broadleaf weeds. Key species treated include downy brome, annual and perennial mustards, and medusahead. | | ● | | ● | ● | ● |
| **Tebuthiuron** | Relatively non-selective soil activated herbicide; pre and postemergent control of annual and perennial grasses, broadleaf weeds, and shrubs. Key species treated include creosote bush, oak, Russian olive, and sagebrush (thinning). | ● | | | ● | ● | ● |
| **Triclopyr** | Growth regulator; broadleaf weeds and woody plants. Key species treated include mesquite and saltcedar. | ● | ● | ● | ● | ● | ● |
| *Herbicides Proposed for Use on Public Lands* | | | | | | | |
| **Diflufenzopyr + Dicamba** | Postemergent; inhibits auxin transport; broadleaf weeds. Key species treated include knapweeds, burningbush, and Russian thistle and other thistles. | ● | | | ● | ● | ● |
| **Diquat** | Non-selective and foliar applied. Key species treated include giant salvinia, water-thyme, and watermilfoils. | | | ● | ▫ | ▫ | ▫ |
| **Fluridone** | Aquatic herbicide to control submersed aquatic plants. Key species treated include water-thyme and watermilfoils. | | | ● | | | |
| **Imazapic** | Selective postemergent herbicide; inhibits broadleaf weeds and some grasses. Key species treated include downy brome, leafy spurge, medusahead, and mustards. | ● | ● | | ● | ● | ● |

● = Areas where USEPA approved registration exists and the BLM has approval or proposes to use on public lands; ▫ = Areas where USEPA approved registration exists, but where the BLM does not propose to use on public lands.

BLM_0008633

PROGRAMS, POLICIES, AND METHODS

**TABLE 2-3**
**States in which Herbicides are Approved for Use on Public Lands Based Upon Current Environmental Impact Statements, Court Injunctions, and Changes in Registration Status** [1]

| Chemical | AZ | CA | CO | ID | MT | NV | NM | ND | OK | OR E | OR W | SD | UT | WA | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,4-D | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| 2,4-DP | | • | | | | | | | | | | | | | |
| Asulam | | ◉ | | | | | | | | | ○ | | | | |
| Atrazine | • | • | • | • | • | • | • | • | • | ○ | ○ | • | • | • | • |
| Bromacil | • | • | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Chlorsulfuron | • | | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Clopyralid | • | | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Dicamba | • | • | • | • | • | • | • | • | • | | • | • | • | • | • |
| Diuron | • | • | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Fosamine | | • | | | | | | | | | | | | | |
| Glyphosate | • | • | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Hexazinone | • | • | • | • | • | • | • | • | • | ○ | ○ | • | • | • | • |
| Imazapyr | • | | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Mefluidide | • | | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Metsulfuron methyl | • | | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Picloram | • | ◉ | • | • | • | • | • | • | • | • | • | • | • | • | • |
| Simazine | • | • | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Sulfometuron methyl | • | | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Tebuthiuron | • | • | • | • | • | • | • | • | • | ○ | | • | • | • | • |
| Triclopyr | • | • | • | • | • | • | • | • | • | ○ | ○ | • | • | • | • |

[1] These chemicals have not been approved for use in Alaska, Nebraska, and Texas.
• Based upon the current EISs, these herbicides have been analyzed and approved for application on BLM lands.
○ Based upon the current EISs, these herbicides have been analyzed and approved for application on BLM lands, but are not currently approved for use in Oregon per court injunction (Southern Oregon Citizens Against Toxic Sprays (SOCATS) v. Watt, No. 79-1098 (District Court of Oregon. October 20, 1982), 13 Environmental Law Report 20, 176.
◉ Based upon the current EISs, these herbicides have been analyzed and approved for application on BLM lands, but application is not allowed due to change in registration status in the state.

- Incorporate measures to prevent introduction or spread of weeds into project layout, design, alternative evaluation, and project decisions.

- During environmental analysis for projects and maintenance programs, assess weed risks, analyze potential treatment of high-risk sites for weed establishment and spread, and identify prevention practices.

- Determine prevention and maintenance needs, to include the use of herbicides if needed, at the onset of project planning.

- Avoid or remove sources of weed seed and propagules to prevent new weed infestations and the spread of existing weeds.

During project development, weed infestations are prioritized for treatment in project operating areas and along access routes. Weeds present on or near the site are identified, a risk assessment is completed, and weeds are controlled as necessary. Project staging areas are weed free, and travel through weed infested areas is avoided or minimized. Examples of prevention actions to be followed during project activities include cleaning all equipment and clothing before entering the project site; avoiding soil disturbance and the creation of other soil conditions that promote weed germination and establishment; and using weed-free seed, hay, mulch,

gravel, soil, and mineral materials on public lands where there is a state or county program in place.

Conditions that enhance invasive species abundance should be addressed when developing mitigation and prevention plans for activities on public lands. These conditions include excessive disturbance associated with road maintenance, poor grazing management, and high levels of recreational use. If livestock grazing is managed to maintain the vigor of native perennial plants, particularly grasses, the chance of weeds invading rangeland is much less. By carefully managing recreational use and educating the public on the potential impacts of recreational activities on vegetation, the amount of damage to native vegetation and soil can be minimized at high use areas, such as campgrounds and OHV trails. Early detection in recreation areas is focused on roads and trails, where much of the weed spread occurs.

The BLM participates in the National Early Warning and Rapid Response System for Invasive Plants (Figure 2-1). The goal of this system is to minimize the establishment and spread of new invasive species through a coordinated framework of public and private processes:

- Early detection and reporting of suspected new plant species to appropriate officials;

- Identification and vouchering of submitted specimens by designated specialists;

- Verification of suspected new state, regional, and national plant specimens submitted by specialists;

- Archival of new records in designated regional and plant databases;

- Rapid assessment of confirmed new records; and

- Rapid response to verified new infestations that are determined to be invasive.

## Revegetation

Disturbed areas may be reseeded or planted with desirable vegetation when the native plant community cannot recover and occupy the site sufficiently.

Determining the need for revegetation is an integral part of developing a vegetation treatment. The most important component of this process is determining whether active (seeding/planting) or passive (natural recovery) revegetation is appropriate.

USDI policy states, "Natural recovery by native plant species is preferable to planting or seeding, either of natives or non-natives. However, planting or seeding should be used only if necessary to prevent unacceptable erosion or resist competition from non-native invasive species" (620 Departmental Memorandum 3 2004). This policy is reiterated in the USDI *Burned Area Emergency Stabilization and Rehabilitation* Manual, the BLM *Draft Burned Area Emergency Stabilization and Rehabilitation Manual* (BLM H-1742-1; USDI BLM 2006a), and the *Interagency Burned Area Rehabilitation Guidebook* (USDI and USDA 2006d).

In addition to these handbooks and policy, use of native and non-native seed in revegetation and restoration is guided by BLM Manual 1745 (*Introduction, Transplant, Augmentation and Reestablishment of Fish, Wildlife and Plants*). This manual states that native species shall be used, unless it is determined through the NEPA process that: 1) suitable native species are not available; 2) the natural biological diversity of the proposed management area will not be diminished; 3) exotic and naturalized species can be confined within the proposed management area; 4) analysis of ecological site inventory information indicates that a site will not support reestablishment of a species that historically was part of the natural environment; or 5) resource management objectives cannot be met with native species.

When natural recovery is not feasible, revegetation can be used to stabilize and restore vegetation on disturbed site and to eliminate or reduce the conditions that favor invasive species. Reseeding or replanting may be required when there is insufficient vegetation or seed stores to naturally revegetate the site.

To ensure revegetation success, there must be adequate soil for root development and moisture storage, which provides moisture to support the new plants. Chances for revegetation success are improved by selecting seed with high purity and percentage germination; selecting native species or cultivars adapted to the area; planting at proper depth, seeding rate, and time of the year for the region; choosing the appropriate planting method; and, where feasible, removing competing vegetation. Planting mixtures are adapted for the treatment area and site uses. A combination of forbs, perennial grasses, and shrubs is typically used on rangeland sites, while shrubs and trees might be favored for riparian and forestland sites. A mixture of several native plant species and types or functional groups enhances the value of the site for fish and wildlife and improves the health and aesthetic

BLM_0008635

PROGRAMS, POLICIES, AND METHODS

character of the site. Mixtures can better take advantage of variable soil, terrain, and climatic conditions, and thus are more likely to withstand insect infestations and survive adverse climatic conditions.

The USDI BLM Native Seed program, which is in its sixth year, was developed in response to Congressional direction to supply native plant material for emergency stabilization and longer-term rehabilitation and restoration efforts. The focus of the program is to increase the number of native plant species for which seed is available and the total amount of native seed available for these efforts. To date, the program has focused on native plant material needs of emergency stabilization and burned area rehabilitation in the Great Basin, but is expanding to focus on areas such as western Oregon, the Colorado Plateau, and most recently the Mojave Desert. The Wildland Fire Management Program funds and manages the effort (USDI BLM 2006c).

The National Seed Warehouse is a storage facility for the native seed supply. Through a Memorandum of Understanding with the BLM Idaho State Director, each state (Idaho, Oregon, Nevada, Utah, and Colorado) can reserve an annual seed supply for purchase based on a reasonable projection of annual acreage to be stabilized or rehabilitated over a 5-year period.

The Great Basin Restoration Initiative (GBRI) grew out of concern for the health of the Great Basin after the wildfires of 1999. The goal of GBRI is to implement treatments and strategies to maintain functioning ecosystems and to proactively restore degraded ones at strategic locations. Native plants are emphasized in restoration projects where their use is practical and the potential for success is satisfactory. Monitoring is recommended to measure treatment success. To increase the availability of native plants, especially native forbs, the GBRI has established a collaborative native plant project, the Great Basin Native Plant Selection and Increase Project, to increase native plant availability and the technology to successfully establish these plants. This project is supported by funding from the BLM's Native Plant Initiative.

The BLM will follow the following SOPs when revegetating sites:

- Cultivate previously disturbed sites to reduce the amount of weed seeds in the soil seedbank.

- Revegetate sites once work is completed or soon after a disturbance.

- When available, use native seed of known origin as labeled by state seed certification programs.

- Use seed of non-native cultivars and species only when locally adapted native seed is not available or when it is unlikely to establish quickly enough to prevent soil erosion or weed establishment.

- Use seed that is free of noxious and invasive weeds, as determined and documented by a seed inspection test by a certified seed laboratory.

- Limit nitrogen fertilizer applications that favor annual grass growth over forb growth in newly seeded areas, especially where downy brome and other invasive annuals are establishing.

- Use clean equipment, free of plants and plant parts, on revegetation projects to prevent the inadvertent introduction of weeds into the site.

- Where important pollinator resources exist, include native nectar and pollen producing plants in the seed mixes used in restoration and reclamation projects. Include non-forage plant species in seed mixes for their pollinator/host relationships as foraging, nesting, or shelter species. Choose native plant species over manipulated cultivars, especially of forbs and shrubs, since natives tend to have more valuable pollen and nectar resources than cultivars. Ensure that bloom times for the flowers of the species chosen match the activity times for the pollinators. Maintain sufficient litter on the soil surfaces of native plant communities for ground-nesting bees.

Where feasible, avoid grazing by domestic and wild animals on treatment sites until vegetation is well established. Where total rest from grazing is not feasible, efforts should be made to modify the amount and/or season of grazing to promote vegetation recovery within the treatment area. Reductions in numbers, permanent or temporary fencing, changes in grazing rotation, and identification of alternative forage sources are examples of methods that could be used to remove, reduce or modify grazing impacts during vegetation recovery.

BLM_0008636

PROGRAMS, POLICIES, AND METHODS



**Figure 2-1. National Early Warning and Rapid Response System for Invasive Plants.**

BLM_0008637

PROGRAMS, POLICIES, AND METHODS

TABLE 2-4
Weed Prevention Measures

| BLM Activity | PREVENTION MEASURE |
|---|---|
| Project Planning | • Incorporate prevention measures into project layout and design, alternative evaluation, and project decisions to prevent the introduction or spread of weeds.<br>• Determine prevention and maintenance needs, including the use of herbicides, at the onset of project planning.<br>• Before ground-disturbing activities begin, inventory weed infestations and prioritize areas for treatment in project operating areas and along access routes.<br>• Remove sources of weed seed and propagules to prevent the spread of existing weeds and new weed infestations.<br>• Pre-treat high-risk sites for weed establishment and spread before implementing projects.<br>• Post weed awareness messages and prevention practices at strategic locations such as trailheads, roads, boat launches, and public land kiosks.<br>• Coordinate project activities with nearby herbicide applications to maximize the cost-effectiveness of weed treatments. |
| Project Development | • Minimize soil disturbance to the extent practical, consistent with project objectives.<br>• Avoid creating soil conditions that promote weed germination and establishment.<br>• To prevent weed germination and establishment, retain native vegetation in and around project activity areas and keep soil disturbance to a minimum, consistent with project objectives.<br>• Locate and use weed-free project staging areas. Avoid or minimize all types of travel through weed-infested areas, or restrict travel to periods when the spread of seeds or propagules is least likely.<br>• Prevent the introduction and spread of weeds caused by moving weed-infested sand, gravel, borrow, and fill material.<br>• Inspect material sources on site, and ensure that they are weed-free before use and transport. Treat weed-infested sources to eradicate weed seed and plant parts, and strip and stockpile contaminated material before any use of pit material.<br>• Survey the area where material from treated weed-infested sources is used for at least 3 years after project completion to ensure that any weeds transported to the site are promptly detected and controlled.<br>• Prevent weed establishment by not driving through weed-infested areas.<br>• Inspect and document weed establishment at access roads, cleaning sites, and all disturbed areas; control infestations to prevent spread within the project area.<br>• Avoid acquiring water for dust abatement where access to the water is through weed-infested sites.<br>• Identify sites where equipment can be cleaned. Clean equipment before entering public lands.<br>• Clean all equipment before leaving the project site if operating in areas infested with weeds.<br>• Inspect and treat weeds that establish at equipment cleaning sites.<br>• Ensure that rental equipment is free of weed seed.<br>• Inspect, remove, and properly dispose of weed seed and plant parts found on workers' clothing and equipment. Proper disposal entails bagging the seeds and plant parts and incinerating them. |
| Revegetation | • Include weed prevention measures, including project inspection and documentation, in operation and reclamation plans.<br>• Retain bonds until reclamation requirements, including weed treatments, are completed, based on inspection and documentation.<br>• To prevent conditions favoring weed establishment, re-establish vegetation on bare ground caused by project disturbance as soon as possible using either natural recovery or artificial techniques.<br>• Maintain stockpiled, uninfested material in a weed-free condition. |

BLM_0008638