**TABLE 2-4 (Cont.)**
**Prevention Measures**

| BLM Activity | Prevention Measure |
|---|---|
| Revegetation (Cont.) | • Revegetate disturbed soil (except travel ways on surfaced projects) in a manner that optimizes plant establishment for each specific project site. For each project, define what constitutes disturbed soil and objectives for plant cover revegetation. Revegetation may include topsoil replacement, planting, seeding, fertilization, liming, and weed-free mulching, as necessary.<br>• Where practical, stockpile weed-seed-free topsoil and replace it on disturbed areas (e.g., road embankments or landings)<br>• Inspect seed and straw mulch to be used for site rehabilitation (for wattles, straw bales, dams, etc.) and certify that they are free of weed seed and propagules.<br>• Inspect and document all limited term ground-disturbing operations in noxious weed infested areas for at least 3 growing seasons following completion of the project.<br>• Use native material where appropriate and feasible. Use certified weed-free or weed-seed-free hay or straw where certified materials are required and/or are reasonably available.<br>• Provide briefings that identify operational practices to reduce weed spread (for example, avoiding known weed infestation areas when locating fire lines).<br>• Evaluate options, including closure, to regulate the flow of traffic on sites where desired vegetation needs to be established. Sites could include road and trail ROW, and other areas of disturbed soils. |

## Treatment-specific Standard Operating Procedures and Guidelines

Table 2-5 lists SOPs that have been identified to reduce adverse effects to environmental and human resources from vegetation treatment activities based on guidance in BLM manuals and handbooks, regulations, and standard agency and industry practices. The list is not all encompassing, but is designed to give an overview of practices that should be considered when designing and implementing a vegetation treatment project on public lands.

# Special Precautions

## Special Status Species

Federal policies and procedures for protecting federally-listed threatened and endangered plant and animal species, and species proposed for listing, were established by the Endangered Species Act of 1973 and regulations issued pursuant to the Act. The purposes of the Act are to provide mechanisms for the conservation of threatened and endangered species and their habitats. Under the Act, the Secretary of the Interior is required to determine which species are threatened or endangered and to issue recovery plans for those species.

Section 7 of the Act specifically requires all federal agencies to use their authorities in furtherance of the Act to carry out programs for the conservation of listed species, and to ensure that no agency action is likely to jeopardize the continued existence of a listed species or adversely modify critical habitat. Policy and guidance (BLM Manual 6840; *Special Status Species*) also stipulates that species proposed for listing must be managed at the same level of protection as listed species.

The BLM state directors may designate sensitive species in cooperation with their respective state. These sensitive species (special status) must receive, at a minimum, the same level of protection as federal candidate species. The BLM will also carry out management for the conservation of state-listed species, and state laws protecting these species will apply to all BLM programs and actions to the extent that they are consistent with FLPMA and other federal laws.

The BLM consulted with the USFWS and NMFS during development of the PEIS as required under Section 7 of the Endangered Species Act. As part of this process, the BLM prepared a formal consultation package that included a description of the program; species listed as threatened or endangered, species proposed for listing, and critical habitats that could be affected by the program; and a BA that evaluated the likely impacts to listed species, species proposed for listing, and critical habitats from the proposed

BLM_0008639

PROGRAMS, POLICIES, AND METHODS

vegetation treatment program. Over 300 species were evaluated in the BA. The BA also provides broad guidance on a programmatic level for actions that would be taken by the BLM to avoid adversely impacting species or result in the destruction of critical habitat (USDI BLM 2007b).

Before any vegetation treatment or ground disturbance occurs, BLM policy requires a survey of the project site for species listed or proposed for listing, or special status species. This is done by a qualified biologist and/or botanist who consults the state and local databases and visits the site at the appropriate season. If a proposed project may affect a proposed or listed species or its critical habitat, the BLM consults with the USFWS and/or NMFS. A project with a "may affect, likely to adversely affect" determination requires formal consultation and receives a Biological Opinion from the USFWS and/or NMFS. A project with a "may affect, not likely to adversely affect" determination requires informal consultation and receives a concurrence letter from USFWS and/or NMFS, unless that action is implemented under the authorities of the alternative consultation agreement pursuant to counterpart regulations established for *National Fire Plan* projects.

## Wilderness Areas

Wilderness areas, which are designated by Congress, are defined by the Wilderness Act of 1964 as places "where the earth and its community of life are untrammeled by man, where man himself is a visitor who does not remain." The BLM manages 175 Wilderness Areas encompassing over 7.2 million acres (USDI BLM 2006d).

Activities allowed in wilderness areas are identified in wilderness management plans prepared by the BLM. The BLM does not ordinarily treat vegetation in wilderness areas, but will control invasive and noxious weeds when they threaten lands outside wilderness area or are spreading within the wilderness and can be controlled without serious adverse impacts to wilderness values.

Management of vegetation in a wilderness area is directed toward retaining the natural character of the environment. Tree and shrub removal is usually not allowed, except for fire, insect, or disease control. Reforestation is generally prohibited except to repair damage caused by humans in areas where natural reforestation is unlikely. Only native species and

primitive methods, such as hand planting, are allowed for reforestation.

Tools and equipment may be used for vegetation management when they are the minimum amount necessary for the protection of the wilderness resource. Motorized tools may only be used in special or emergency cases involving the health and safety of wilderness visitors, or the protection of wilderness values.

Habitat manipulation using mechanical or chemical means may be allowed to protect threatened and endangered species and to correct unnatural conditions, such as weed infestations, resulting from human influence.

The BLM also manages a total of 610 Wilderness Study Areas (WSAs) encompassing nearly 14.3 million acres. These are areas that have been determined to have wilderness characteristics worthy of consideration for wilderness designation. The BLM's primary goals in WSAs are to manage them so as to not impair their wilderness values and to maintain their suitability for preservation as wilderness until Congress makes a determination on their future.

In WSAs, the BLM must foster a natural distribution of native species of plants and animals by ensuring that ecosystems and processes continue to function naturally.

## Cultural Resources

The effects of BLM actions on cultural resources are addressed through compliance with the National Historic Preservation Act, as implemented through a national Programmatic Agreement (*Programmatic Agreement among the Bureau of Land Management, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers Regarding the Manner in Which BLM Will Meet Its Responsibilities Under the National Historic Preservation Act*) and state-specific protocol agreements with SHPOs. The BLM's responsibilities under these authorities are addressed as early in the vegetation management project planning process as possible.

The BLM meets its responsibilities for consultation and government-to-government relationships with Native American tribes by consulting with appropriate tribal representatives prior to making decisions that affect tribal interests. The BLM's tribal consultation policies

**TABLE 2-5**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | **Fire Use** | **Mechanical** | **Manual** | **Biological** | **Chemical** |
| Guidance Documents | BLM handbooks H-9211-1 (*Fire Management Activity Planning Procedures*) and H-9214-1 (*Prescribed Fire Management*), and manuals 1112 (*Safety*), 9210 (*Fire Management*), 9211 (*Fire Planning*), 9214 (*Prescribed Fire*), and 9215 (*Fire Training and Qualifications*). | BLM Handbook H-5000-1 (*Public Domain Forest Management*), and manuals 1112 (*Safety*) and 9015 (*Integrated Weed Management*). | BLM *Domain Forest Management*, and manuals 1112 (*Safety*), and 9015 (*Integrated Weed Management*). | BLM manuals 1112 (*Safety*), 4100 (*Grazing Administration*), 9014 (*Use of Biological Control Agents on Public Lands*), and 9015 (*Integrated Weed Management*) and Handbook H-4400-1 (*Rangeland Health Standards*). | BLM Handbook H-9011-1 (*Chemical Pest Control*), and manuals 1112 (*Safety*), 9011 (*Chemical Pest Control*), 9015 (*Integrated Weed Management*), and 9220 (*Integrated Pest Management*). |
| General | • Prepare fire management plan.<br>• Use trained personnel with adequate equipment.<br>• Minimize frequent burning in arid environments.<br>• Avoid burning herbicide-treated vegetation for at least 6 months. | • Ensure that power cutting tools have approved spark arresters.<br>• Ensure that crews have proper fire-suppression tools during the fire season.<br>• Wash vehicles and equipment before leaving weed infested areas to avoid infecting weed-free areas.<br>• Keep equipment in good operating condition. | • Ensure that crews have proper fire-suppression tools during fire season.<br>• Minimize soil disturbance, which may encourage new weeds to develop. | • Use only biological control agents that have been tested and approved to ensure they are host specific.<br>• If using domestic animals, select sites with weeds that are palatable and non-toxic to the animals.<br>• Manage the intensity and duration of containment by domestic animals to minimize overutilization of desirable plant species.<br>• Utilize domestic animals to contain the target species in the treatment areas prior to weed seed set. Or if seed set has occurred, do not move the domestic animals to uninfested areas for a period of 7 days. | • Prepare a spill contingency plan in advance of treatment.<br>• Select herbicides that are least dangerous to the environment while providing the desired results.<br>• Minimize the size of treatment areas, where feasible.<br>• Use the least amount of herbicide necessary to achieve the desired result.<br>• Follow product label for use and storage.<br>• Have a licensed applicator apply herbicides.<br>• Keep records of each application, including the active ingredient, formulation, application rate, date, time, and location.<br>• Dispose of unwanted herbicides promptly and correctly. |

PROGRAMS, POLICIES, AND METHODS

BLM_0008641

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| Land Use | • Carefully plan fires in the WUI to avoid or minimize loss of structures and property.<br>• Notify nearby residents and landowners who could be affected by smoke intrusions or other fire effects. | • Collaborate on project development with nearby landowners and agencies. | • Collaborate on project development with nearby landowners and agencies. | • Notify nearby residents and landowners who could be affected by biological control agents. | • Consider surrounding land uses before aerial spraying.<br>• Comply with herbicide-free buffer zones to ensure that drift will not affect crops or nearby residents and landowners.<br>• Post treated areas and specify reentry times, if appropriate. |
| Air Quality<br>See Manual 7000 (*Soil, Water, and Air Management*). | • Have clear smoke management objectives.<br>• Evaluate weather conditions, including wind speed and atmospheric stability, to predict effects of burn and impacts from smoke.<br>• Burn when weather conditions favor rapid combustion and dispersion.<br>• Burn under favorable moisture conditions.<br>• Use backfires, when applicable.<br>• Burn small vegetation blocks, when appropriate.<br>• Manage smoke to prevent air quality violations and minimize impacts to smoke-sensitive areas.<br>• Coordinate with air pollution and fire control officials, and obtain all applicable smoke management permits, to ensure that burn plans comply with federal, state, and local | • Maintain equipment in optimal working order.<br>• Conduct treatment activities during the wetter seasons.<br>• Use heavy equipment under adequate soil moisture conditions to minimize soil erosion.<br>• Minimize vehicle speeds on unpaved roads.<br>• Minimize dust impacts to the extent practicable. | • Maintain equipment in optimal working order.<br>• Conduct treatment activities during the wetter seasons.<br>• Minimize vehicle speeds on unpaved roads.<br>• Minimize dust impacts to the extent practicable. | | • Consider effects of wind, humidity, temperature inversions, and heavy rainfall on herbicide effectiveness and risks.<br>• Apply herbicides in favorable weather conditions to minimize drift. For example, do not treat when winds exceed 10 mph (6 mph for aerial applications) or rainfall is imminent.<br>• Apply herbicides consistent with label directions.<br>• Use drift reduction agents, as appropriate, to reduce the drift hazard.<br>• Select proper application equipment (e.g., equipment that produces 200- to 800-micron diameter droplets).<br>• Select proper application methods and use appropriate buffer distances between spray sites and non-target resources. |

BLM_0008642

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| | regulations. | | | | |
| Soil Resources<br><br>See Manual 7000<br>(*Soil, Water, and Air Management*). | • Assess the susceptibility of the treatment site to soil damage and erosion prior to treatment.<br>• Prescribe broadcast and other burns that are consistent with soil management activities.<br>• Plan burns so as to minimize damage to soil resources.<br>• Conduct burns when moisture content of large fuels, surface organic matter, and soil is high to limit the amount of heat penetration into lower soil surfaces and protect surface organic matter.<br>• Time treatments to encourage rapid recovery of vegetation.<br>• Further facilitate revegetation by seeding or planting following treatment.<br>• When appropriate, reseed following burning to re-introduce species, or to convert a site to a less flammable plant association, rather than to specifically minimize erosion. | • Assess the susceptibility of the treatment site to soil damage and erosion prior to treatment.<br>• Time treatments to avoid intense rainstorms.<br>• Time treatments to encourage rapid recovery of vegetation.<br>• Further facilitate revegetation by seeding or planting following treatment.<br>• Use equipment that minimizes soil disturbance and compaction.<br>• Minimize use of heavy equipment on slopes >20%.<br>• Conduct treatments when the ground is sufficiently dry to support heavy equipment.<br>• Implement erosion control measures in areas where heavy equipment use occurs.<br>• Minimize disturbances to biological soil crusts (e.g., by timing treatments when crusts are moist).<br>• Reinoculate biological crust organisms to aid in their recovery, if possible.<br>• Conduct mechanical treatments along topographic contours to minimize runoff and | • Assess the susceptibility of the treatment site to soil damage and erosion prior to treatment.<br>• Time treatments to avoid intense rainstorms.<br>• Time treatments to encourage rapid recovery of vegetation.<br>• Further facilitate revegetation by seeding or planting following treatment.<br>• Minimize soil disturbance and compaction.<br>• Minimize disturbance to biological soil crusts (e.g., by timing treatments when crusts are moist).<br>• Reinoculate biological crust organisms to aid in their recovery, if possible.<br>• When appropriate, leave plant debris on site to retain soil moisture, supply nutrients, and reduce erosion.<br>• Prevent oil and gas spills to minimize damage to soil. | • Assess the susceptibility of the treatment site to soil damage and erosion prior to treatment.<br>• Minimize use of domestic animals if removal of vegetation may cause significant soil erosion or impact biological soil crusts.<br>• Closely monitor timing and intensity of biological control with domestic animals.<br>• Avoid grazing on wet soil to minimize compaction and shearing. | • Assess the susceptibility of the treatment site to soil damage and erosion prior to treatment.<br>• Minimize treating areas where herbicide runoff is likely, such as steep slopes when heavy rainfall is expected.<br>• Minimize the use of herbicides that have high soil mobility, particularly in areas where soil properties increase the potential for mobility.<br>• Time treatments to encourage rapid recovery of desirable vegetation.<br>• Further facilitate revegetation by seeding or planting following treatment. |

PROGRAMS, POLICIES, AND METHODS

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| Soil Resources (cont.) | | erosion.<br>• When appropriate, leave plant debris on site to retain moisture, supply nutrients, and reduce erosion.<br>• Consider chaining when soils are frozen and plants are brittle to minimize soil disturbance. | | | |
| Water Resources<br><br>See Manual 7000 (*Soil, Water, and Air Management*). | • Prescribe burns that are consistent with water management objectives.<br>• Plan burns to minimize negative impacts to water resources.<br>• Minimize burning on hillslopes, or revegetate hillslopes shortly after burning.<br>• Maintain a vegetated buffer between treatment areas and water bodies. | • Minimize removal of desirable vegetation near residential and domestic water sources.<br>• Do not wash equipment or vehicles in water bodies.<br>• Maintain minimum 25-foot wide vegetated buffer near streams and wetlands. | • Maintain vegetated buffer near residential and domestic water sources.<br>• Minimize removal of desirable vegetation near residential and domestic water sources.<br>• Minimize removal of desirable vegetation near water bodies. | • Minimize use of domestic animals near residential or domestic water sources.<br>• Minimize use of domestic animals adjacent to water bodies if trampling or other activities are likely to cause soil erosion or impact water quality. | • Consider climate, soil type, slope, and vegetation type when developing herbicide treatment programs.<br>• Do not rinse spray tanks in or near water bodies.<br>• Do not broadcast herbicide pellets where there is danger of contaminating water supplies.<br>• Minimize treating areas with a high risk for groundwater contamination.<br>• Maintain buffers between the treatment area and water bodies. Buffer widths should be developed based on herbicide- and site-specific criteria to minimize impacts to water bodies. |
| Wetlands and Riparian Areas | • Following treatment, reseed or replant with native vegetation if the native plant community cannot recover and occupy the site | • Manage riparian areas to provide adequate shade, sediment control, bank stability, and recruitment of wood into stream channels. | • Following treatment, reseed or replant with native vegetation if the native plant community cannot recover and occupy the site | • Manage animals to prevent overgrazing and minimize damage to wetlands.<br>• Following treatment, reseed or replant with | • Use appropriate herbicide-free buffer zone for herbicides not labeled for aquatic use based on risk assessment guidance, with minimum widths of |

BLM_0008644

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

PROGRAMS, POLICIES, AND METHODS

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| Wetlands and Riparian Areas (cont.) | sufficiently. | • Following treatment, reseed or replant with native vegetation if the native plant community cannot recover and occupy the site sufficiently. | sufficiently. | native vegetation if the native plant community cannot recover and occupy the site sufficiently. | 100 feet for aerial, 25 feet for vehicle, and 10 feet for hand spray applications.<br>• Following treatment, reseed or replant with native vegetation if the native plant community cannot recover and occupy the site sufficiently. |
| Vegetation<br><br>See Handbook H-4410-1 (*National Range Handbook*), and manuals 5000 (*Forest Management*) and 9015 (*Integrated Weed Management*). | • Keep fires as small as possible to meet the treatment objectives.<br>• Conduct low intensity burns to minimize adverse impacts to large vegetation.<br>• Limit area cleared for fire breaks and clearings to reduce potential for weed infestations.<br>• Where appropriate, use mechanical treatments to prepare forests for the reintroduction of fire.<br>• Identify and implement any temporary domestic livestock grazing and/or supplemental feeding restrictions needed to enhance desirable vegetation recovery following treatment.<br>• Consider adjustments in the existing grazing permit, including the application of state or regional grazing administration guidelines, needed to maintain | • Power wash vehicles and equipment to prevent the introduction and spread of weed and exotic species.<br>• Remove damaged trees and treat woody residue to limit subsequent mortality by bark beetles.<br>• Use plant stock or seed from the same seed zone and from sites of similar elevation when conducting revegetation activities.<br>• Use lighter chains with 40 to 60 pound links where the objective is to minimize disturbance to the understory species.<br>• As appropriate, use two chainings to reduce tree competition and prepare the seedbed. Carry out the second chaining at the most advantageous time for seeding (late fall or early winter, in most cases).<br>• Do not chain in areas | • Remove damaged trees and treat woody residue to limit subsequent mortality by bark beetles.<br>• Identify and implement any temporary domestic livestock grazing and/or supplemental feeding restrictions needed to enhance desirable vegetation recovery following treatment.<br>• Consider adjustments in the existing grazing permit, including the application of state or regional grazing administration guidelines, needed to maintain desirable vegetation on the treatment site.<br>• Use plant stock or seed from the same seed zone and from sites of similar elevation when conducting revegetation activities. | • Use domestic animals at the time they are most likely to damage invasive species.<br>• Manage animals to prevent overgrazing and minimize damage to sensitive areas.<br>• Identify and implement any temporary domestic livestock grazing and/or supplemental feeding restrictions needed to enhance desirable vegetation recovery following treatment.<br>• Consider adjustments in the existing grazing permit, including the application of state or regional grazing administration guidelines, needed to maintain desirable vegetation on the treatment site.<br>• Use plant stock or seed from the same seed zone and from sites of similar elevation when | • Use drift reduction agents, as appropriate, to reduce the drift hazard to non-target species.<br>• Use the appropriate application rate to treat weeds and other noxious vegetation to minimize effects to non-target vegetation.<br>• Conduct pre-treatment surveys for sensitive habitat and species of concern within and adjacent to proposed treatment areas.<br>• Identify and implement any temporary domestic livestock grazing and/or supplemental feeding restrictions needed to enhance desirable vegetation recovery following treatment.<br>• Consider adjustments in the existing grazing permit, including the application of state or regional grazing policies and administration |

BLM_0008645

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
| --- | --- | --- | --- | --- | --- |
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| Vegetation (cont.) | desirable vegetation on the treatment site.<br>• Use plant stock or seed from the same seed zone and from sites of similar elevation when conducting revegetation activities. | where annual rainfall is less than 6-9 inches, especially if downy brome is present.<br>• Identify and implement any temporary domestic livestock grazing and/or supplemental feeding restrictions needed to enhance desirable vegetation recovery following treatment.<br>• Consider adjustments in the existing grazing permit, including the application of state or regional grazing administration guidelines, needed to maintain desirable vegetation on the treatment site. | | conducting revegetation activities. | guidelines, needed to maintain desirable vegetation on the treatment site.<br>• Use plant stock or seed from the same seed zone and from sites of similar elevation when conducting revegetation activities. |
| Fish and Other Aquatic Resources<br><br>See Manual 6500 (*Wildlife and Fisheries Management*). | • Maintain vegetated buffers near fish-bearing streams to minimize soil erosion and soil runoff into streams.<br>• Minimize treatments near fish-bearing streams during periods when fish are in sensitive life stages (e.g., embryo). | • Minimize treatments adjacent to fish-bearing waters.<br>• Do not wash vehicles in streams or wetlands.<br>• Refuel and service equipment at least 100 feet from water bodies to reduce the chance for pollutants to enter water.<br>• Maintain adequate vegetated buffer between treatment area and water body to reduce the potential for sediments and other pollutants to enter the water body. | • Refuel and service equipment at least 100 feet from water bodies to reduce the chance for pollutants to enter water.<br>• Minimize removal of desirable vegetation near fish-bearing streams and wetlands. | • Limit access of domestic animals to streams and other water bodies to minimize sediments entering water and potential for damage to fish habitat. | • Use appropriate buffer zones based on label and risk assessment guidance.<br>• Minimize treatments near fish-bearing streams during periods when fish are in life stages most sensitive to the herbicide(s) used.<br>• Use spot, rather than aerial treatments, near water bodies.<br>• Use herbicides that are least toxic to fish and still effective. |
| Wildlife Resources | • Minimize treatments during nesting and other important periods for | • Minimize treatments during nesting and other important periods for | • Minimize treatments during nesting and other important periods for | • Minimize the use of livestock grazing as a vegetation control | • Minimize treatments during nesting and other important periods for |

BLM_0008646

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| Wildlife Resources (cont.)<br><br>See Manual 6500 (*Wildlife and Fisheries Management*) | birds and other wildlife.<br>• Minimize treatments of important forage areas immediately prior to important use period(s), unless the burn is designed to stimulate forage growth. | birds and other wildlife.<br>• Retain wildlife trees and other unique habitat features where practical.<br>• Design chaining treatments to provide a mosaic of treated and nontreated sites. No more than 50% of an area should be chained at one time. Provide natural travel lanes, resting and thermal cover areas, snags, and corridors (>30 feet wide) connecting non-chained areas. Size of clearing should not exceed 100 yards at its widest point. | birds and other wildlife.<br>• Retain wildlife trees and other unique habitat features where practical. | measure where and/or when it could impact nesting and/or other important periods for birds and other wildlife.<br>• Consider and minimize potential adverse impacts to wildlife habitat and minimize the use of livestock grazing as a vegetation control measure where it is likely to result in removal or physical damage to vegetation that provides a critical source of food or cover for wildlife. | wildlife.<br>• Use herbicides of low toxicity to wildlife, where feasible.<br>• Conduct pre-treatment surveys for sensitive habitat and wildlife species of concern.<br>• Avoid using glyphosate formulations that include R-11 in the future, and either avoid using any formulations with POEA, or seek to use the formulation with the lowest amount of POEA available, to reduce risks to amphibians.<br>• Minimize use of herbicides near wetlands and riparian areas with amphibians. |
| Threatened and Endangered Species<br><br>See Manual 6840 (*Special Status Species*) and *Vegetation Treatments Using Herbicides on BLM Lands in 17 Western States Programmatic Biological Assessment*. | • Survey for special status species of concern if project may impact federally- and state-listed species.<br>• Minimize direct impacts to species of concern, unless studies show that species will benefit from fire. | • Minimize use of ground-disturbing equipment near special status species of concern.<br>• Survey for species of concern if project could impact these species.<br>• Use temporary roads when long-term access is not required. | • Survey for special status species of concern if project could impact these species. | • Survey for special status species of concern if project could impact these species. | • Survey for special status species before treating an area. |
| Livestock<br><br>See Handbook H-4120-1 (*Grazing Management*). | • Notify permittees of proposed treatments and identify any needed livestock grazing, feeding, or slaughter restrictions. | • Notify permittees of proposed treatments and identify any needed livestock grazing, feeding, or slaughter restrictions. | • Notify permittees of proposed treatments and identify any needed livestock grazing, feeding, or slaughter restrictions. | • Notify permittees of proposed treatments and identify any needed livestock grazing, feeding, or slaughter restrictions. | • Notify permittees of proposed treatments and identify any needed livestock grazing, feeding, or slaughter restrictions. |

PROGRAMS, POLICIES, AND METHODS

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
| --- | --- | --- | --- | --- | --- |
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| Livestock (cont.) | • Design treatments to take advantage of normal livestock grazing rest periods, when possible, and minimize impacts to livestock grazing permits.<br>• Provide alternative forage sites for livestock, if possible.<br>• Notify permittees of the project to improve coordination and avoid potential conflicts and safety concerns during implementation of the treatment. | • Design treatments to take advantage of normal livestock grazing rest periods, when possible, and minimize impacts to livestock grazing permits.<br>• Provide alternative forage sites for livestock, if possible.<br>• Notify permittees of the project to improve coordination and avoid potential conflicts and safety concerns during implementation of the treatment. | • Design treatments to take advantage of normal livestock grazing rest periods, when possible, and minimize impacts to livestock grazing permits.<br>• Provide alternative forage sites for livestock, if possible.<br>• Notify permittees of the project to improve coordination and avoid potential conflicts and safety concerns during implementation of the treatment. | • Design treatments to take advantage of normal livestock grazing rest periods, when possible, and minimize impacts to livestock grazing permits.<br>• Provide alternative forage sites for livestock, if possible.<br>• Notify permittees of the project to improve coordination and avoid potential conflicts and safety concerns during implementation of the treatment. | • Design treatments to take advantage of normal livestock grazing rest periods, when possible, and minimize impacts to livestock grazing permits.<br>• Provide alternative forage sites for livestock, if possible.<br>• Use herbicides of low toxicity to livestock, where feasible.<br>• As directed by the herbicide label, remove livestock from treatment sites prior to herbicide application, where applicable.<br>• Take into account the different types of application equipment and methods, where possible, to reduce the probability of contamination of non-target food and water sources.<br>• Notify permittees of the project to improve coordination and avoid potential conflicts and safety concerns during implementation of the treatment. |
| Wild Horses and Burros | • Minimize potential hazards to horses and burros by ensuring adequate escape opportunities.<br>• Avoid critical periods and minimize impacts to | • Avoid critical periods and minimize impacts to habitat that could adversely affect wild horse or burro populations. | • Avoid critical periods and minimize impacts to habitat that could adversely affect wild horse or burro populations. | • Avoid critical periods and minimize impacts to habitat that could adversely affect wild horse or burro populations. | • Minimize use of herbicides in project areas actively grazed by wild horses and burros, and/or use herbicides with low toxicity to reduce potential impacts. |

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

PROGRAMS, POLICIES, AND METHODS

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | **Fire Use** | **Mechanical** | **Manual** | **Biological** | **Chemical** |
| Wild Horses and Burros (cont.) | critical habitat that could adversely affect wild horse or burro populations. | | | | • Remove wild horses and burros from identified treatment areas prior to herbicide application, in accordance with label directions for livestock.<br>• Take into account the different types of application equipment and methods, where possible, to limit the probability of contaminating non-target food and water sources.<br>• Avoid critical periods and minimize impacts to habitat that could adversely affect wild horse or burro populations. |
| Paleontological and Cultural Resources<br><br>See handbooks H-8120-1 (*Guidelines for Conducting Tribal Consultation*) and H-8270-1 (*General Procedural Guidance for Paleontological Resource Management*), and manuals 8100 (*The Foundations for Managing Cultural Resources*), 8120 (*Tribal Consultation Under Cultural Resource Authorities*), and 8270 (*Paleontological Resource* | • Follow standard procedures for compliance with Section 106 of the National Historic Preservation Act as implemented through the National Programmatic Agreement and state protocols or 36 CFR Part 800, including necessary consultations with the State Historic Preservation Officers and affected tribes.<br>• Follow BLM Handbook H-8270-1 to determine known Condition 1 and Condition 2 paleontological areas, or collect information through inventory to | • Follow standard procedures for compliance with Section 106 of the National Historic Preservation Act as implemented through the National Programmatic Agreement and state protocols or 36 CFR Part 800, including necessary consultations with the State Historic Preservation Officers and interested tribes.<br>• Follow BLM Handbook H-8270-1 to determine known Condition 1 and Condition 2 paleontological areas, or collect information through inventory to | • Follow standard procedures for compliance with Section 106 of the National Historic Preservation Act as implemented through the National Programmatic Agreement and state protocols or 36 CFR Part 800, including necessary consultations with the State Historic Preservation Officers and interested tribes.<br>• Follow BLM Handbook H-8270-1 to determine known Condition 1 and Condition 2 paleontological areas, or collect information through inventory to | • Follow standard procedures for compliance with Section 106 of the National Historic Preservation Act as implemented through the National Programmatic Agreement and state protocols or 36 CFR Part 800, including necessary consultations with the State Historic Preservation Officers and interested tribes.<br>• Follow BLM Handbook H-8270-1 to determine known Condition 1 and Condition 2 paleontological areas, or collect information through inventory to | • Follow standard procedures for compliance with Section 106 of the National Historic Preservation Act as implemented through the National Programmatic Agreement and state protocols or 36 CFR Part 800, including necessary consultations with the State Historic Preservation Officers and interested tribes.<br>• Follow BLM Handbook H-8270-1 to determine known Condition 1 and Condition 2 paleontological areas, or collect information through inventory to |

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
| --- | --- | --- | --- | --- | --- |
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| *Management*).<br><br>See also:<br>*Programmatic Agreement among the Bureau of Land Management, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers Regarding the Manner in Which BLM Will Meet Its Responsibilities Under the National Historic Preservation Act (1997).* | establish Condition 1 and Condition 2 areas, determine resource types at risk from the proposed treatment, and develop appropriate measures to minimize or mitigate adverse impacts.<br>• Identify cultural resource types at risk from fire use and design inventories that are sufficient to locate these resources. Provide measures to minimize impacts.<br>• Identify opportunities to meet tribal cultural use plant objectives for projects on public lands.<br>• Monitor significant paleontological and cultural resources for potential looting of materials where they have been exposed by fire. | establish Condition 1 and Condition 2 areas, determine resource types at risk from the proposed treatment, and develop appropriate measures to minimize or mitigate adverse impacts.<br>• Identify cultural resource types at risk from mechanical treatments and design inventories that are sufficient to locate these resources. Provide measures to minimize impacts.<br>• Identify opportunities to meet tribal cultural use plant objectives for projects on public lands.<br>• Consult with tribes to locate any areas of vegetation that are of significance to the tribe and that might be affected, adversely or beneficially, by mechanical treatments. | establish Condition 1 and Condition 2 areas, determine resource types at risk from the proposed treatment, and develop appropriate measures to minimize or mitigate adverse impacts.<br>• Identify cultural resource types at risk from manual treatments and design inventories that are sufficient to locate these resources. Provide measures to minimize impacts.<br>• Identify opportunities to meet tribal cultural use plant objectives for projects on public lands.<br>• Consult with tribes to locate any areas of vegetation that are of significance to the tribe and that might be affected, adversely or beneficially, by manual treatments. | establish Condition 1 and Condition 2 areas, determine resource types at risk from the proposed treatment, and develop appropriate measures to minimize or mitigate adverse impacts.<br>• Identify opportunities to meet tribal cultural use plant objectives for projects on public lands.<br>• Consult with tribes to locate any areas of vegetation that are of significance to the tribe and that might be affected, adversely or beneficially, by biological treatments. | establish Condition 1 and Condition 2 areas, determine resource types at risk from the proposed treatment, and develop appropriate measures to minimize or mitigate adverse impacts.<br>• Identify opportunities to meet tribal cultural use plant objectives for projects on public lands.<br>• Consult with tribes to locate any areas of vegetation that are of significance to the tribe and that might be affected, adversely or beneficially, by herbicide treatments. |
| Visual Resources<br><br>See handbooks H-8410-1 (*Visual Resource Inventory*) and H-8431-1 (*Visual Resource Contrast Rating*), and Manual 8400 (*Visual Resource Management*). | • Minimize use of fire in sensitive watersheds to reduce the creation of large areas of browned vegetation.<br>• Consider the surrounding land use before assigning fire as a treatment method.<br>• At areas such as visual overlooks, leave sufficient vegetation in place, where possible, to | • Minimize dust drift, especially near recreational or other public use areas.<br>• Minimize loss of desirable vegetation near high public use areas.<br>• At areas such as visual overlooks, leave sufficient vegetation in place, where possible, to screen views of vegetation treatments. | • Minimize dust drift, especially near recreational or other public use areas.<br>• Minimize loss of desirable vegetation near high public use areas.<br>• At areas such as visual overlooks, leave sufficient vegetation in place, where possible, to screen views of vegetation treatments. | • At areas such as visual overlooks, leave sufficient vegetation in place, where possible, to screen views of vegetation treatments.<br>• Lessen visual effects in Class I and Class II visual resource areas.<br>• Design activities to repeat the form, line, color, and texture of the natural landscape character | • At areas such as visual overlooks, leave sufficient vegetation in place, where possible, to screen views of vegetation treatments.<br>• Minimize use of broadcast foliar applications in sensitive watersheds to avoid creating large areas of browned vegetation.<br>• Consider the surrounding |

TABLE 2-5 (Cont.)
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| Visual Resources (cont.) | screen views of vegetation treatments.<br>• Avoid use of fire near agricultural or densely populated areas, where feasible.<br>• Lessen visual effects in Class I and Class II visual resource areas.<br>• Design activities to repeat the form, line, color, texture of the natural landscape conditions to meet established Visual Resource Management (VRM) objectives. | • Minimize earthwork and locate away from prominent topographic features.<br>• Revegetate treated sites.<br>• Lessen visual effects in Class I and Class II visual resource areas.<br>• Design activities to repeat the form, line, color, and texture of the natural landscape character conditions to meet established VRM objectives. | • Lessen visual effects in Class I and Class II visual resource areas.<br>• Design activities to repeat the form, line, color, and texture of the natural landscape character conditions to meet established VRM objectives. | conditions to meet established VRM objectives. | land use before assigning aerial spraying as an application method.<br>• Avoid aerial spraying near agricultural or densely populated areas, where feasible.<br>• Minimize off-site drift and mobility of herbicides (e.g., do not treat when winds exceed 10 mph; avoid treating areas where herbicide runoff is likely; establish appropriate buffer widths between treatment areas and residences).<br>• Lessen visual effects in Class I and Class II visual resource areas.<br>• When restoring treated areas, design activities to repeat the form, line, color, and texture of the natural landscape character conditions to meet established VRM objectives. |
| Wilderness and Other Special Areas<br><br>See handbooks H-8550-1 (*Management of Wilderness Study Areas (WSAs)*), and H-8560-1 (*Management of Designated Wilderness Study Areas*), and Manual | • Minimize soil-disturbing activities during fire control or prescribed fire activities.<br>• Revegetate sites with native species if there is no reasonable expectation of natural regeneration.<br>• Maintain adequate buffers for Wild and Scenic Rivers. | • Use the least intrusive methods possible to achieve objectives, and use non-motorized equipment in wilderness and off existing routes in wilderness study areas, and where possible in other areas.<br>• If mechanized equipment is required, use the minimum amount of equipment needed. | • Use the least intrusive methods possible to achieve objectives, and use non-motorized equipment in wilderness and off existing routes in wilderness study areas, and where possible in other areas.<br>• Revegetate sites with native species if there is no reasonable expectation of natural regeneration. | • Use the least intrusive methods possible to achieve objectives, and use non-motorized equipment in wilderness and off existing routes in wilderness study areas, and where possible in other areas.<br>• Maintain adequate buffers for Wild and Scenic Rivers. | • Revegetate disturbed sites with native species if there is no reasonable expectation of natural regeneration.<br>• Use chemicals only when they are the minimum method necessary to control weeds that are spreading within the wilderness or threaten lands adjacent to the wilderness. |

Vegetation Treatments on BLM Lands in Western U.S.
Final Programmatic EIR

2-41

June 2007

PROGRAMS, POLICIES, AND METHODS

BLM_0008651

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| 8351 (*Wild and Scenic Rivers*). | | • Time the work for weekdays or off-season.<br>• Require shut down of work before evening if work is located near campsites.<br>• If aircraft are used, plan flight paths to minimize impacts on visitors and wildlife.<br>• Revegetate sites with native species if there is no reasonable expectation of natural regeneration.<br>• Maintain adequate buffers for Wild and Scenic Rivers. | • Maintain adequate buffers for Wild and Scenic Rivers. | | • Give preference to herbicides that have the least effect on non-target species and the wilderness environment.<br>• Implement herbicide treatments during periods of low human use, where feasible.<br>• Maintain adequate buffers for Wild and Scenic Rivers. |
| Recreation<br><br>See Handbook H-1601-1 (*Land Use Planning Handbook*). | • Control public access to potential burn areas.<br>• Schedule treatments to avoid peak recreational use times, unless treatments must be timed during peak times to maximize effectiveness.<br>• Notify the public of treatment methods, hazards, times, and nearby alternative recreation areas. | • Control public access until potential treatment hazards no longer exist.<br>• Schedule treatments to avoid peak recreational use times, unless treatments must be timed during peak times to maximize effectiveness.<br>• Notify the public of treatment methods, hazards, times, and nearby alternative recreation areas. | • Control public access until potential treatment hazards no longer exist.<br>• Schedule treatments to avoid peak recreational use times, unless treatments must be timed during peak times to maximize effectiveness.<br>• Notify the public of treatment methods, hazards, times, and nearby alternative recreation areas. | • Control public access in areas with control agents to ensure that agents are effective.<br>• Schedule treatments to avoid peak recreational use times, unless treatments must be timed during peak times to maximize effectiveness.<br>• Notify the public of treatment methods, hazards, times, and nearby alternative recreation areas. | • Adhere to entry restrictions identified on the herbicide label for public and worker access.<br>• Post signs noting exclusion areas and their duration.<br>• Schedule treatments to avoid peak recreational use times, unless treatments must be timed during peak times to maximize effectiveness.<br>• Notify the public of treatment methods, hazards, times, and nearby alternative recreation areas. |
| Social and Economic Values | • Post treatment areas.<br>• Notify adjacent landowners, grazing permittees, the public, and emergency personnel of treatments. | • Post treatment areas.<br>• Notify adjacent landowners, grazing permittees, the public, and emergency personnel of treatments. | • Post treatment areas.<br>• Notify adjacent landowners, grazing permittees, the public, and emergency personnel of treatments. | • Post treatment areas.<br>• Notify adjacent landowners, grazing permittees, the public, and emergency personnel of treatments. | • Observe restricted entry intervals given on herbicide labels.<br>• Post treated areas and specify reentry or rest times, if appropriate. |

BLM_0008652

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | Fire Use | Mechanical | Manual | Biological | Chemical |
| Social and Economic Values (cont.) | • Control public access to treatment areas.<br>• Consult with Native American tribes and Alaska Natives whose health and economies might be affected by the project.<br>• To the extent feasible, hire local contractors and purchase supplies locally. | • Control public access to treatment areas.<br>• Consult with Native American tribes and Alaska Natives whose health and economies might be affected by the project.<br>• To the extent feasible, hire local contractors and purchase supplies locally. | • Control public access to treatment areas.<br>• Consult with Native American tribes and Alaska Natives whose health and economies might be affected by the project.<br>• To the extent feasible, hire local contractors and purchase supplies locally. | • Control public access to treatment areas.<br>• Consult with Native American tribes and Alaska Natives whose health and economies might be affected by the project.<br>• To the extent feasible, hire local contractors and purchase supplies locally. | • Notify adjacent landowners, grazing permittees, the public, and emergency personnel of treatments.<br>• Control public access until potential treatment hazards no longer exist.<br>• Consult with Native American tribes and Alaska Natives whose health and economies might be affected by the project.<br>• To the degree possible within the law, hire local contractors and purchase supplies locally. |
| Rights-of-way | • Coordinate vegetation management activities where joint or multiple use of a ROW exists.<br>• Notify other public land users within or adjacent to the ROW proposed for treatment.<br>• Manage burns under powerlines so as to avoid negative impacts to the powerline. | • Coordinate vegetation management activities where joint or multiple use of a ROW exists.<br>• Notify other public land users within or adjacent to the ROW proposed for treatment.<br>• Apply appropriate safety measures when operating equipment within utility ROW corridors.<br>• Minimize exposed soil areas during treatment.<br>• Keep operations within prescribed ROW. | • Coordinate vegetation management activities where joint or multiple use of a ROW exists.<br>• Notify other public land users within or adjacent to the ROW proposed for treatment.<br>• Always use appropriate safety equipment and operating procedures.<br>• Utilize methods for disposal of vegetation that prevent spreading or reinfestation of unwanted vegetation. | • Coordinate vegetation management activities where joint or multiple use of a ROW exists.<br>• Notify other public land users within or adjacent to the ROW proposed for treatment. | • Coordinate vegetation management activities where joint or multiple use of a ROW exists.<br>• Notify other public land users within or adjacent to the ROW proposed for treatment.<br>• Use only herbicides that are approved for use in ROW areas.<br>• Take precautions to minimize drift by not applying herbicides when winds exceed > 10 mph (6 mph for aerial applications) or a serious rainfall event is imminent.<br>• Use drift control agents and low volatile formulations. |

PROGRAMS, POLICIES, AND METHODS

**TABLE 2-5 (Cont.)**
**Vegetation Treatment Methods Standard Operating Procedures and Guidelines**

PROGRAMS, POLICIES, AND METHODS

| Resource Element | Treatment Method | | | | |
|---|---|---|---|---|---|
| | **Fire Use** | **Mechanical** | **Manual** | **Biological** | **Chemical** |
| Human Health and Safety | • Use some form of pretreatment, such as mechanical or manual treatment, in areas where fire cannot be safely introduced because of hazardous fuel buildup.<br>• Wear appropriate safety equipment and clothing, and use equipment that is properly maintained.<br>• Notify nearby residents who could be affected by smoke.<br>• Maintain adequate safety buffers between treatment area and residences/structures.<br>• Burn vegetation debris off ROWs to ensure that smoke does not provide a conductive path from the transmission line or electrical equipment to the ground. | • Wear appropriate safety equipment and clothing, and use equipment that is properly maintained.<br>• Cut all brush and tree stumps flat, where possible, to eliminate sharp points that could injure a worker or the public.<br>• Ensure that only qualified personnel cut trees near powerlines. | • Wear appropriate safety equipment and clothing, and use equipment that is properly maintained.<br>• Cut all brush and tree stumps flat, where possible, to eliminate sharp points that could injure a worker or the public. | • Wear appropriate safety equipment and clothing, and use equipment that is properly maintained. | • Use protective equipment as directed by the herbicide label.<br>• Maintain adequate buffer widths between treatment area and residences, municipal water supplies, and recreation areas.<br>• Post treated areas with appropriate signs at common public access areas.<br>• Provide public notification in newspapers or other media where the potential exists for public exposure.<br>• Have a copy of Material Safety Data Sheets at work sites.<br>• Notify local emergency personnel of proposed treatments.<br>• Contain and clean up spills and request help as needed.<br>• Secure containers during transport. |

BLM_0008654

are detailed in BLM Manual 8120 (*Tribal Consultation Under Cultural Resource Authorities*) and Handbook H-8120-1 (*Guidelines for Conducting Tribal Consultation*). The BLM consulted with Native American tribes and Alaska Native groups during development of the PEIS. Information gathered on important tribal resources and potential impacts to these resources from herbicide treatments is presented in the analysis of impacts.

When conducting vegetation treatments, field office personnel consult with relevant parties (including tribes, native groups, and SHPOs), assess the potential of the proposed treatment to affect cultural and subsistence resources, and devise inventory and protection strategies suitable to the types of resources present and the potential impacts to them.

Herbicide treatments, for example, are unlikely to affect buried cultural resources, but might have a negative effect on traditional cultural properties comprised of plant foods or materials significant to local tribes and native groups. These treatments require inventory and protection strategies that reflect the different potential of each treatment to affect various types of cultural resources.

Impacts to significant cultural resources are avoided through project redesign or are mitigated through data recovery, recordation, monitoring, or other appropriate measures. When cultural resources are discovered during vegetation treatment, appropriate actions are taken to protect these resources.

# Monitoring

Monitoring ensures that vegetation management is an adaptive process that continually builds upon past successes and learns from past mistakes. The regulations of 43 CFR 1610.4-9 require that land use plans establish intervals and standards for monitoring and evaluation of land management actions. During preparation of implementation plans, treatment objectives, standards, and guidelines are stated in measurable terms, where feasible, so that treatment outcomes can be measured, and evaluated, and used to guide future treatment actions. This approach ensures that vegetation treatment processes are effective, adaptive, and based on prior experience.

The diversity of plant communities on BLM lands calls for a diversity of monitoring approaches. Monitoring strategies may vary in time and space depending on the

species. Sampling designs and techniques vary depending on the type of vegetation. Guidance on monitoring methodologies can be found in such BLM documents as *Measuring and Monitoring Plant Populations* (BLM Technical Reference 1730-1), which was developed in cooperation with The Nature Conservancy. Other guidance documents include *Sampling Vegetation Attributes* (Interagency Technical Reference 4400-4), developed in cooperation with the Forest Service, the Natural Resource Conservation Service, and the Cooperative Extension Service; and the *Ecological Site Inventory* (BLM Inventory and Monitoring Technical Reference 1734-7). These documents, as well as numerous other guidance documents for specific plant communities, can be found on the National Science and Technology Center website (http://www.blm.gov/nstc). These documents, plus any regionally specific documents developed to meet management objectives allow for the flexibility needed to monitor the variety of vegetation on public lands.

Two types of monitoring of vegetation treatments may be pursued by the BLM. One type is implementation monitoring which answers the question, "Did we do what we said we would do?" The second type is effectiveness monitoring, which answers the question, "Were treatment and restoration projects effective?" Implementation monitoring is usually done at the land use planning level or through annual work plan accomplishment reporting. Effectiveness monitoring is usually done at the local project implementation level.

Invasive plant implementation monitoring for non-herbicide treatments is accomplished through site revisits performed during the growing season of the target species to determine if treatments were implemented correctly and the best time for follow-up treatments.

For herbicide use, implementation monitoring is accomplished through the use of Pesticide Use Proposals (PUPs) and Pesticide Application Records. Both documents are required by the BLM in order to track pesticide use annually. The PUP requires reporting of the pesticide proposed for use and the maximum application rate. It also requires reporting of the number and timing of applications. Targeted species and non-targeted species at the treatment site are described, as well as the other site characteristics. A description of sensitive resources and mitigation measures to protect these resources is also required. Most importantly, the integrated weed management approach to be taken (i.e., the combination of treatments to be used) is required. The NEPA document that analyzes the effects of the

BLM_0008655

## PROGRAMS, POLICIES, AND METHODS

treatment must also be referenced. PUPs must be signed by a certified weed applicator, the field office manager, state coordinator, and deputy state director before the treatment can go forward. The Pesticide Application Record, which must be completed within 24 hours after completion of the application, documents the actual rate of application and that all the above factors have been taken into account. Pesticide Application Records are used to develop annual state summaries of herbicide use for BLM.

PUPs and Pesticide Application Records can also be used for more site-specific implementation monitoring. For example, the Application Record can be used to track whether the application was made at the correct time, if mitigation for sensitive wildlife concerns is included in the PUP.

Monitoring of invasive plant treatment effectiveness can range from site visits to compare the targeted population size against pre-treatment inventory data, to comparing pre-treatment and post-treatment photo points, to more elaborate transect work, depending on the species and site-specific variables. The goals of monitoring should be to answer questions such as the following:

- What changes in the distribution, amount, and proportion of invasive plant infestations have resulted due to treatments?

- Has infestation size been reduced at the project level or larger scale (such as a watershed)?

- Which treatment methods, separate or in combination, are most successful for a particular species? (USDA Forest Service 2005).

Monitoring data can have far-reaching applications in fire management because it provides the scientific basis for planning and implementing future burn treatments. Measuring post-fire ecosystem response allows the BLM to understand the consequences of fire on important ecosystem components and to share this knowledge in a scientifically based language. Monitoring is the critical feedback loop that allows fire management to constantly improve prescriptions and fire plans based on the new knowledge gained from field measurements. FIREMON is an interagency monitoring program that is used for monitoring fuels treatment effectiveness. When a fuels treatment project involves an invasive species (such as tamarisk or Russian olive), monitoring can be done using a program such as FIREMON.

Another monitoring protocol frequently used to inventory and monitor forest vegetation is called the Forest Vegetation Information System or FORVIS. FORVIS is a system for storage, retrieval, and analysis of data about forestlands. These data describe existing vegetation, classify sites relative to current condition, can be use in forest growth and structure and wildlife habitat models, describe landscapes, aid in developing forest restoration treatments, and provide a record of treatment and disturbance events.

BLM monitoring activities also include the BLM Legacy program, which is an outgrowth of the need to provide current BLM field managers and specialists with an opportunity to learn about past land management practices and land treatments, and to evaluate the results of those practices 25 or more years later (USDI BLM 2002a). The Legacy program is intended to bring together current land managers and specialists with retired and active employees who performed the land treatments in the past. The underlying philosophy of the program is that if BLM land managers do not learn from the past, they cannot know which treatments are effective and which are not.

The *Healthy Forests Restoration Act of 2003* instructs the BLM to establish a collaborative multiparty monitoring, evaluation, and accountability process when significant interest is expressed in such an approach. The process is used to assess the positive and negative ecological and social effects of projects carried out under Healthy Forests Restoration Act authority. Multiparty monitoring can be an effective way to build trust and collaboration with local communities and diverse stakeholders, including interested citizens and tribes.

The results of monitoring should be made available to interested parties. A website with links to geospatial and other data sets will ensure that inventory data, and treatment methods and results, are shared easily. The BLM has a website, http://www.blm.gov, with links to BLM programs, such as the weed program, and other data sources, including geospatial data. Most state offices are tied into state data clearinghouses that contain useful information gathered by federal, state, and local agencies.

## Monitoring Guidance used by BLM in Vegetation Management

The BLM has prepared numerous guidance and strategy documents to aid field personnel in developing and

BLM_0008656

implementing monitoring plans and strategies. These include the following:

- ***BLM National Monitoring Strategy (2006).*** The BLM is currently developing a national strategy to manage the collection, storage, and use of data describing the interrelationship of resource conditions, resource uses, and the BLM's own activities. The goals of the strategy are to: 1) enhance the efficiency and effectiveness of the BLM's assessment, inventory, and monitoring efforts; 2) establish and use a limited number of resource indicators that are common to most or all BLM field offices, and that are comparable or identical to measures used by other government agencies and non-governmental organizations; and 3) standardize data collection, evaluation, and reporting in a way that improves the quality of the BLM's land use planning and other management decisions, and enhances the BLM's ability to manage for multiple uses.

- ***BLM Land Use Planning Handbook H-1601-1 (2005).*** Establishes requirements for periodic implementation and effectiveness monitoring for land use planning decisions.

- ***Monitoring Manual for Grasslands, Shrubland, and Savanna Ecosystems Vols. I and II. USDA Agricultural Research Service (2005).*** Provides quantitative methods to address indicators of rangeland health.

- ***BLM Technical Reference 1730-2 Biological Soil Crusts (2001).*** Provides technical guidance on how to develop and implement effective monitoring plans for biological soil crusts.

- ***BLM Handbook H-4180-1 Rangeland Health Standards (2001).*** Provides technical guidance on evaluating rangeland health, developing plans to improve rangeland health, and monitoring the progress of rangeland health plans.

- ***BLM Technical Reference 1730-1 Measuring and Monitoring Plant Populations (1998).*** Provides technical guidance on how to develop and implement effective monitoring plans for vegetation and use monitoring in adaptive management.

- ***BLM Technical Reference 1734-4 Sampling Vegetative Attributes (1996).*** Provides the basis for consistent, uniform, and standard vegetation attribute sampling that is economical, repeatable, statistically reliable, and technically adequate.

- ***Manual Section 9011 Chemical Pest Control (1992).*** Establishes requirements for monitoring pesticide applications.

- ***Manual Section 9014 Use of Biological Control Agents of Pests on Public Lands (1990).*** Establishes requirements to monitor success or failure in survival, control, and spread of biological agents.

- ***Guidelines for Coordinated Management of Noxious Weeds (1990).*** Provides guidance on establishing monitoring plans for noxious weeds and their control.

- ***BLM Handbook H-4400 Rangeland, Inventory, Monitoring, and Evaluation (1989).*** Provides technical guidance on how to measure vegetation uses such as livestock grazing, wild horse and burro use, and wildlife browsing and foraging.

- ***BLM Handbook H-9011-1 Chemical Pest Control (1988).*** Provides technical guidance on post-treatment evaluations for pesticide applications to occur within 2 years of treatment.

- ***NEPA Handbook H-1790-1 Chapter VI – Monitoring (1988).*** All actions and mitigation measures, including monitoring and enforcement programs, adopted in a decision document are legally enforceable commitments. The purposes of monitoring in a NEPA context are to 1) ensure compliance with decisions, 2) measure effectiveness of decisions, and 3) evaluate validity of decisions.

- ***Manual Section 1734 Monitoring and Inventory Coordination (1983).*** Provides the BLM with technical guidance on how to develop and implement effective monitoring plans for vegetation.

Numerous other technical references for inventory, monitoring, and assessment are found at: http://www.blm.gov/nstc/library/techref.htm.   In

BLM_0008657

PROGRAMS, POLICIES, AND METHODS

addition, state-specific handbooks to guide monitoring based on the national level guidance (e.g., *Nevada Monitoring Handbook, Oregon Monitoring Handbook*).

## Monitoring Methods and Research

Fuels treatment and noxious weed control projects must begin with an understanding of which techniques and monitoring methods are most effective, as determined through careful research and follow-up monitoring. The BLM has been supporting research at universities and Forest Service research stations through the Joint Fire Science program and projects such as the Great Basin Restoration Initiative. The Joint Fire Science program has supported research on such topics as fire effects, effects from fuels treatments, and the use of fire as a tool in controlling invasive plants (http://www.firescience.gov/). Under the Great Basin Restoration Initiative, ongoing projects involving weed control, restoration, and fire treatments help provide a link between science and management to ensure that ecologically-based restoration is implemented. These projects are at: http://www.blm.gov/nifc/st/en/prog/fire/snapshots/html.

Dissemination of research and monitoring results and information occurs in a variety of ways, including formal conferences and workshops of fire management professionals, the National Science and Technology Center, publications such as Resource Notes, and BLM state websites. Snapshots, an online publication found at http://www.fire.blm.gov/snapshots.htm, highlights BLM projects that support the *National Fire Plan*. Examples of successful projects and community collaborations that have been discussed in Snapshots include creation and monitoring of fuels breaks, habitat improvement through prescribed burning, fuels reduction and associated monitoring, and the progress of a downy brome taskforce. Examples of project successes include the following:

- In Wyoming, a multi-agency prescribed burn was completed in 2005 to reduce hazardous fuels and improve the health and vigor of native plant communities. Monitoring methods include permanent vegetation transects and photo points to provide post-burn results and an elk collaring study to show which treatment areas are being used by elk. The information obtained during this study will be shared with the public, and the site will be used by school classes.

- In Wyoming, a tamarisk reduction project was started in the Bighorn Basin in 2000 to restore native cottonwood galleries. The project involves various combinations of treatments, as well as plantings of native species following the treatments.

- In Washington, the BLM has been treating reed canarygrass since 2003, using a combination of prescribed burning, herbicides, and mowing, followed by seedbed preparation and reseeding with native seed mixtures. This project is a partnership with the Natural Resource Conservation Service, Washington State Department of Fish and Wildlife, and the U.S. Fish and Wildlife Service.

BLM offices maintain monitoring reports to document that fuels treatments meet set objectives. Monitoring plans typically include plots and photo points, at which pre- and post-treatment data are collected. This type of monitoring has successfully provided data that has allowed the BLM to confirm that project goals have been met.

# Coordination and Education

As demonstrated at public scoping meetings for the PEIS, the public is deeply interested in BLM vegetation treatment activities, especially individuals that live in close proximity to public lands, have commercial operations dependant on vegetation on or adjacent to public lands, or use public lands for recreation. The BLM strives to keep the public informed about its vegetation treatment activities through regular coordination and communication. The BLM also encourages the public to participate in the environmental review process during the development and analysis of local vegetation management programs.

Several laws and Executive Orders set forth public involvement requirements, including involving the public in the environmental analysis, land use planning, and implementation decision-making processes to address local, regional, and national interests (USDI BLM 2000f).

The BLM is ultimately responsible for land use plan decisions, including decisions about vegetation management, on public lands. The BLM has found, however, that collaborative relationships with stakeholders, including individuals, communities, and governments, improves communication, provides a

BLM_0008658

PROGRAMS, POLICIES, AND METHODS

greater understanding of different perspectives, and helps to find solutions to issues and problems. Input from the public and government agencies has been critical during development of the PEIS and PER.

The NEPA process ensures that the public is allowed input into vegetation management actions on public lands. For treatment projects requiring an EA or EIS, the BLM must notify the public of the proposed project and give the public the opportunity to comment on the site-specific analysis done for the project. Treatment actions may be modified in response to comments posed by the public. The public may also be invited to observe treatment activities and participate in project monitoring.

Public lands are often commingled with private lands, or lands under the jurisdiction of tribal, state, or local governments or other federal agencies. Multijurisdictional planning assists land use planning efforts when there is a mix of land ownership and government authorities, and there are opportunities to develop complementary decisions across jurisdictional boundaries.

Examples of these types of planning efforts include development of weed treatment programs involving the BLM and nearby private landowners, or coordination with parties who hold land use authorizations including ROW, leases, permits, or easements. Many BLM weed coordinators hold classes for public land users to make them aware of the problem and to solicit their help in reporting new weed infestations.

Because vegetation treatments have a direct effect on the productivity and use of grazing allotments, coordination and consultation with the grazing permittee(s), and any other interested parties affected by a vegetation treatment, would be necessary.

It is critical that the BLM notify potentially affected parties of treatment activities that occur on public lands. This can be done through a letter, phone call, meeting, newsletter, newspaper article, or other medium to ensure that potentially affected parties can comment on the proposed action and take any steps needed to protect life and property from proposed actions.

Prior to herbicide treatments, the BLM posts entry points onto public lands where the herbicide application will take place. Information provided in the posting includes herbicide product applied; active ingredients; USEPA registration number; application date; period of time which must elapse before a person without protective clothing may enter a treatment site; and other warnings or information required to ensure the safety of the public.

The BLM enjoys wide participation in various national, state, and local prevention and education efforts pertaining to noxious and invasive species and hazardous fuels management. The BLM participates in state FireWise programs, state Fire Safe Councils, the National Wildfire Coordinating Group Wildland Fire Education Working Team, and the National Wildland Fire Prevention and Education Team. Local education efforts such as Project: FIRE bring BLM natural resource professionals to schools to educate students about fire prevention and safety. Noxious weed and invasive species education programs span the K-12 grades and are led by many local BLM field office ecologists and natural resource professionals. The BLM also participates in Project Learning Tree. Project Learning Tree, one of the most widely-used environmental education programs in the country, provides education curricula for fire and invasive species education.

BLM_0008659

# CHAPTER 3
# PUBLIC LAND RESOURCES

BLM_0008660

BLM_0008661

# TABLE OF CONTENTS

**Page**

Introduction and Study Area ..................................................................................................................3-1
Land Use and Ecoregions ......................................................................................................................3-1
    Land Use..........................................................................................................................................3-1
    Ecoregions ......................................................................................................................................3-1
Climate ...................................................................................................................................................3-2
    Tundra Ecoregion ...........................................................................................................................3-2
    Subarctic Ecoregion .......................................................................................................................3-2
    Subtropical Steppe Ecoregion .......................................................................................................3-2
    Subtropical Desert Ecoregion ........................................................................................................3-2
    Temperate Steppe Ecoregion .........................................................................................................3-2
    Temperate Desert Ecoregion..........................................................................................................3-2
    Mediterranean Ecoregion ...............................................................................................................3-3
    Marine Ecoregion ..........................................................................................................................3-3
    Mountain Provinces ........................................................................................................................3-3
Air Quality .............................................................................................................................................3-3
    Visibility Protection in Mandatory Federal Class I Areas .............................................................3-4
    Smoke Management Policies and Regulations ..............................................................................3-6
    Wildland Fires, Prescribed Fire, and Wildland Fire Use ..............................................................3-7
    Standard Operating Procedures for Managing Prescribed Burning................................................3-7
    Herbicide Drift ...............................................................................................................................3-7
Topography, Geology, Minerals, Oil, and Gas .....................................................................................3-8
    Tundra Ecoregion ...........................................................................................................................3-8
    Subarctic Ecoregion .......................................................................................................................3-8
    Temperate Desert Ecoregion..........................................................................................................3-8
    Subtropical Desert Ecoregion ........................................................................................................3-8
    Temperate Steppe Ecoregion .........................................................................................................3-8
    Subtropical Steppe Ecoregion .......................................................................................................3-8
    Mediterranean Ecoregion ...............................................................................................................3-9
    Marine Ecoregion ..........................................................................................................................3-9
Soil Resources ........................................................................................................................................3-9
    Biological Soil Crusts ...................................................................................................................3-10
    Micro and Macroorganisms ..........................................................................................................3-11
    Soil Erosion ..................................................................................................................................3-11
    Soil Compaction ...........................................................................................................................3-12
Water Resources and Quality ...............................................................................................................3-12
    Water Resources............................................................................................................................3-12
    Water Quality ................................................................................................................................3-16
Wetland and Riparian Areas.................................................................................................................3-19
Vegetation .............................................................................................................................................3-20
    Ecological Processes that Underlie the Effects of Fire on Flora....................................................3-20
    Fire Ecology and Vegetation by Ecoregion ..................................................................................3-25
    Vegetation Condition and Fire Regimes ......................................................................................3-39
    Noxious Weeds and other Invasive Vegetation ...........................................................................3-40
    Special Status Species ..................................................................................................................3-42
Fish and Other Aquatic Organisms ......................................................................................................3-43
    Alaska and the Pacific Northwest.................................................................................................3-44
    The Arid Environment ..................................................................................................................3-44
    The Upper Colorado River Basin .................................................................................................3-47
    California .......................................................................................................................................3-47
    Missouri River Basin....................................................................................................................3-48

PUBLIC LAND RESOURCES

Special Status Species ........................................................................................................... 3-48
Wildlife Resources ................................................................................................................... 3-49
    Tundra Ecoregion ............................................................................................................... 3-49
    Subarctic Ecoregion ........................................................................................................... 3-50
    Temperate Desert Ecoregion ............................................................................................. 3-51
    Subtropical Desert Ecoregion ........................................................................................... 3-52
    Temperate Steppe Ecoregion ............................................................................................ 3-53
    Subtropical Steppe Ecoregion ........................................................................................... 3-54
    Mediterranean Ecoregion .................................................................................................. 3-55
    Marine Ecoregion .............................................................................................................. 3-55
    Special Status Species ........................................................................................................ 3-57
Livestock ................................................................................................................................. 3-57
Wild Horses and Burros ........................................................................................................... 3-57
Paleontological and Cultural Resources ................................................................................... 3-58
    Paleontological Resources ................................................................................................. 3-58
    Cultural Resources ............................................................................................................. 3-58
    American Indian and Alaska Native Cultural Resources .................................................. 3-59
    European Settlement Resources ......................................................................................... 3-67
    Important Plant Uses and Species Used by American Indians and Alaska Natives .......... 3-68
Visual Resources ...................................................................................................................... 3-68
Wilderness and Other Special Areas ........................................................................................ 3-70
Recreation ................................................................................................................................ 3-72
Rights-of-way, Facilities, and Roads ........................................................................................ 3-74
    Rights-of-way ..................................................................................................................... 3-74
    Facilities and Roads ........................................................................................................... 3-75
Social and Economic Values .................................................................................................... 3-75
    Social/Demographic Environment ..................................................................................... 3-75
    Economic Environment ...................................................................................................... 3-76
    Revenues Generated by BLM Lands .................................................................................. 3-76
    Expenditures by the BLM .................................................................................................. 3-79
Human Health and Safety ......................................................................................................... 3-82
    Background Health Risks ................................................................................................... 3-82
    Risks from Diseases ........................................................................................................... 3-84
    Risks from Injuries ............................................................................................................ 3-85
    Risks from Cancer .............................................................................................................. 3-86
    Risk from Using Herbicides on Public Lands .................................................................... 3-86
    Risk from Wildfire Control on Public Lands ..................................................................... 3-86

BLM_0008663

# List of Tables

3-1    Acres of Public Lands in 17 Western States and Percent of Lands in the State Administered by the BLM ........................................................................................................................................... 3-1
3-2    National Ambient Air Quality Impact Significance Criteria ...................................................... 3-4
3-3    Counties within the Treatment Area that are Designated Nonattainment or Maintenance Areas for Various Pollutants .................................................................................................................... 3-5
3-4    Vegetation Classification System .............................................................................................. 3-27
3-5    Estimated Acres of Weed Infestations on Public Lands in 2000 .............................................. 3-43
3-6    Grazing Permits and Leases in Force and Active Animal Unit Months during Fiscal Year 2005 ............. 3-58
3-7    Wild Horses and Burros on Public Lands in Fiscal Year 2005 .................................................. 3-59
3-8    Interpreted Paleontological Sites on Public Lands .................................................................... 3-60
3-9    Cultural Resources on Public Lands .......................................................................................... 3-61
3-10   Culture Areas, Prehistoric Occupation Periods, and Selected Common Site Types ................. 3-62
3-11   European Settlement Resource Types ........................................................................................ 3-69
3-12   Visual Resource Management (VRM) Classes, Objectives, and Appropriate Management Activities ....... 3-71
3-13   National Landscape Conservation System and Other Special Designation Areas on Public Lands as of September 2005 ...................................................................................................................... 3-73
3-14   Estimated Recreation Use of Public Lands during Fiscal Year 2005 ........................................ 3-74
3-15   Population, Age Distribution, and Race in the Western States and Alaska ............................... 3-77
3-16   Percent Unemployment for the Western U.S. and Alaska ......................................................... 3-78
3-17   Percent Employment by Industry in 2004 ................................................................................. 3-79
3-18   Revenues Generated from Public Lands by Source for Fiscal Year 2005 ................................. 3-80
3-19   Estimated Benefits to Local Economies by Recreation on Public Lands during Fiscal Year 2005 ............ 3-80
3-20   Summary of BLM Jobs and Expenditures for the Management of Lands and Resources Program by Activity and Subactivity ............................................................................................................. 3-81
3-21   BLM Wildland Fire Suppression Expenditures Fiscal Year 1998 through Fiscal Year 2005 .... 3-82
3-22   BLM Action Fires Larger than 10,000 Acres during 1999 to 2005 ........................................... 3-82
3-23   Herbicide Uses and Costs for Vegetation Treatments on Public Lands during 2005 ................ 3-83
3-24   BLM Payments to States and Local Governments during Fiscal Year 2005 ............................. 3-84
3-25   Mortality Rates (per 100,000 Population) and Causes of Death by State 2002-2003 ................ 3-85

# List of Figures

3-1    Relationship between Area Occupied by Invasive Species and Time ........................................ 3-41

# List of Maps

3-1    Ecoregion Divisions .................................................................................................................. 3-87
3-2    Class I Areas .............................................................................................................................. 3-89
3-3    Oil and Gas Wells on Public Lands ........................................................................................... 3-91
3-4    Soil Orders on Public Lands ...................................................................................................... 3-93
3-5    Hydrologic Regions ................................................................................................................... 3-95
3-6    Watershed Surface Water Quality on Public Lands ................................................................... 3-97
3-7    General Groundwater Quality on Public Lands ......................................................................... 3-99
3-8    Vegetation Types and Ecoregions on Public Lands in Alaska ................................................. 3-101
3-9    Vegetation Types and Ecoregions on Public Lands in the Western U.S. ................................. 3-103
3-10   Fire Regime Condition Classes on Public Lands ..................................................................... 3-105
3-11   Native Areas of Western North America .................................................................................. 3-107
3-12   National Landscape Conservation System Areas ..................................................................... 3-109

BLM_0008665

# CHAPTER 3

# PUBLIC LAND RESOURCES

## Introduction and Study Area

This chapter describes the natural and socioeconomic environment of public lands in the western U.S., including Alaska, which would be affected by the alternatives under consideration. It focuses on the resources that were identified in Chapter 1, and is useful in understanding the environmental, cultural, and social consequences of the proposed program.

## Land Use and Ecoregions

### Land Use

The BLM manages nearly 261 million acres in the western U.S. and Alaska. Public lands represent from less than 0.1% of the total land area in some western states to over 67% of lands in Nevada (Table 3-1).

Approximately 164 million acres of public lands are upland rangeland, of which approximately 161 million acres are open to livestock grazing. Other public uses on rangeland include recreation, and oil, gas, and mineral development.

Another 55 million acres are forestland and woodland. Forestlands and woodlands are a source of timber and other forest products, and are used for livestock grazing, recreational, and cultural purposes.

Wetland and riparian areas total about 23 million acres and are primarily used for recreation and grazing. The remaining 19 million acres consist of barren mountains, mountaintops, glaciers, sand dunes, and playas. These areas are primarily used for recreation.

### Ecoregions

Because this PER addresses a broad geographic region with a diverse range of biophysical characteristics, it is useful to subdivide this region into smaller, homogeneous areas for analysis. Where possible, information on resources has been organized by ecoregions rather than by state boundaries. Ecoregions are geographic areas that are delineated and defined by

similar climatic conditions, geomorphology, and soils (Bailey 1997, 2002). Since these factors are relatively constant over time and strongly influence the ecology of vegetative communities, ecoregions may have similar potentials and responses to disturbance (Clarke and Bryce 1997; Jensen et al. 1997). Ecoregions, therefore, provide a useful framework for organizing, interpreting, and predicting changes to vegetation following management treatments.

**TABLE 3-1**
**Acres of Public Lands in 17 Western States and Percent of Lands in the State Administered by the BLM**

| State | Acres of BLM Land | Percent of State Lands Administered by the BLM |
|---|---|---|
| Alaska | 85,468,616 | 23.5 |
| Arizona | 12,218,180 | 16.8 |
| California | 15,230,638 | 15.1 |
| Colorado | 8,363,916 | 12.6 |
| Idaho | 12,001,817 | 22.5 |
| Montana | 7,963,511 | 8.5 |
| Nebraska | 6,354 | <0.1 |
| Nevada | 47,824,624 | 67.6 |
| New Mexico | 13,371,737 | 17.2 |
| North Dakota | 58,837 | 0.1 |
| Oklahoma | 2,136 | <0.1 |
| Oregon | 16,135,761 | 26.0 |
| South Dakota | 274,437 | 0.6 |
| Texas | 11,833 | <0.1 |
| Utah | 22,858,179 | 42.1 |
| Washington | 408,580 | 0.9 |
| Wyoming | 18,366,584 | 29.3 |
| Total | 260,565,740 | 23.5 |
| Source: USDI BLM (2006c, d). Acreages are approximate and subject to change in response to land transfers. | | |

The public lands addressed in this PER lie within eight major physiographic regions, or ecoregion divisions: Tundra, Subarctic, Subtropical Steppe, Subtropical Desert, Temperate Steppe, Temperate Desert, Mediterranean, and Marine, including Mountain Provinces (Map 3-1).

BLM_0008666

PUBLIC LAND RESOURCES

# Climate

Climate is the statistical distribution of atmospheric conditions, as determined by the weather patterns that result from long-term fluctuations in global atmospheric and hydrologic cycles. Climatic patterns describe the annual distribution of energy and moisture, thus affecting the amount and seasonal distribution of temperature, precipitation, and winds. These factors influence the composition and distribution of rangeland vegetation, as well as the formation and erosion of rangeland soils, and hydrological conditions. These factors also influence the distribution of wind-borne air pollutants, such as smoke from wildfires and prescribed fires.

The western U.S. experiences several broad climatic groups: polar, boreal, temperate, Mediterranean highland, and dry. Polar and boreal climates dominate in Alaska, while a humid temperate climate is characteristic of the coastal areas of Washington, Oregon, and northern California. The southern California coast has a Mediterranean climate, while mountainous areas have a highland climate. The rest of the western states east of the Cascade, Sierra Nevada, and Rocky mountains are characterized by a dry climate. On a regional scale, temperature and precipitation vary with latitude, elevation, distance from the oceans, and the position of mountain ranges with respect to prevailing winds. The eight ecoregions found in the treatment area are based on the seasonality of precipitation, and on the degree of dryness or cold, and depend largely on latitude and continental position.

## Tundra Ecoregion

The climate of the westernmost and northernmost portion of Alaska (including the Alaska Peninsula and Aleutian Islands), is typified by cold Arctic air masses. The tundra climate has a very short, cool summer and a long, severe winter, with the warmest average monthly temperature between 50 °F and 32 °F (freezing). Between 55 and 188 days per year typically have a daily mean temperature above freezing. Annual precipitation is often less than 8 inches, but the climate is humid because of the low potential evaporation.

## Subarctic Ecoregion

The moist, boreal climate type demonstrates a large seasonal temperature range. Winters dominate, with cool, short summers. Because average monthly temperatures are below freezing for up to 7 consecutive months, soil moisture freezes solidly to depths up to 14 feet. Only a single month has an average temperature above 50 °F. The limited precipitation (10 to 20 inches annually) falls mainly during the short summer months, although thunderstorms are uncommon.

## Subtropical Steppe Ecoregion

The western subtropical steppe borders deserts on both the north and south, with the temperate steppe to the north and east. This ecoregion division has a hot semiarid climate where potential evaporation exceeds precipitation, and where all months have average temperatures above freezing. Bright sunny days with cool clear nights are typical. Precipitation ranges from 10 to 20 inches per year, with a summertime peak due to thunderstorm activity.

## Subtropical Desert Ecoregion

South and west of the Arizona-New Mexico Mountains is the subtropical desert climate. This region is not only very dry, but also has extreme maximum summer temperatures. In addition, both daytime solar and nocturnal radiation are high, leading to extreme daily temperature variations. Annual precipitation is less than 8 inches.

## Temperate Steppe Ecoregion

Temperate steppes are areas with a semiarid continental climatic regime, where evaporation usually exceeds precipitation. Seven or less months have an average temperature above 50 °F. Winters are cold and dry, and summers are warm to hot, with at least 1 month's average temperature below freezing.

## Temperate Desert Ecoregion

Temperate deserts are generally dry with wide temperature differences between summer and winter. In the intermountain region between the Pacific coast and Rocky Mountains, the temperate desert has a very pronounced drought season and a short humid season. Most precipitation falls in winter, despite a small peak in late spring. Eight or more months have an average temperature above 50 °F. Winter is relatively short, but with at least 1 month's average temperature below freezing.

BLM_0008667

## Mediterranean Ecoregion

Most of California west of the Sierra Nevada Mountains and Mojave Desert is typified by alternate wet winters and dry summers, within a strong transition zone between the dry desert and the wet coast. Mild temperatures dominate, with the coldest average monthly temperature between 65 °F and 27 °F. Most precipitation occurs in winter, with the wettest month receiving nearly 3 times the precipitation of the driest summer month.

## Marine Ecoregion

The temperate oceanic climate extends from southeast Alaska down the Pacific Coast to southwestern Oregon. This climate receives abundant rainfall from maritime air masses, with average temperatures moderated by the ocean. Although the warmest average monthly temperature is below 72 °F for at least 4 months, the average temperature is above 50 °F; the coldest month averages just above 32 °F. Annual precipitation is high (40 to 80 inches per year), but significantly lower in summer. The relatively low temperatures reduce evaporation, producing a very damp, humid climate with substantial cloud cover. Mild winters and cool summers are typical.

## Mountain Provinces

The mountainous portions of all eight ecoregion divisions exhibit a highland climate, where site-specific conditions vary greatly, depending on altitude and exposure. Windward slopes typically have greater precipitation (and leeward slopes less precipitation) than the ecoregion division as a whole. Southern exposures also tend to be warmer than slopes with northern exposures. Finally, the occurrence of mountain winds (up slope during the day, down slope at night) and diurnal temperature inversions is greatest near mountains.

# Air Quality

Because air pollution can directly pose health risks and cause significant welfare impacts to humans, improvement of air quality in the U.S. is an important regulatory goal. The Clean Air Act (originally passed in 1955 and amended several times since), establishes a mandate to reduce emissions of specific pollutants via uniform federal standards. Under the Act, the USEPA is responsible for setting standards and approving state implementation plans (SIPs) to ensure that local agencies comply with the Act.

The standards set by the USEPA include primary and secondary NAAQS for six pollutants, referred to as criteria pollutants, to protect public health and welfare. The criteria pollutants are sulfur dioxide ($SO_2$), nitrogen dioxide ($NO_2$), carbon monoxide ($CO$), ozone ($O_3$), lead (Pb), and particulate matter (PM).

Particulate matter is a generic term for a broad class of chemically and physically diverse substances that exist as discrete particles over a wide range of sizes. For regulatory purposes, PM is sub-classified by the particle's aerodynamic diameter. $PM_{10}$ includes all PM with an aerodynamic diameter of 10 microns or less and is referred to as inhalable PM. $PM_{2.5}$ includes all PM with an aerodynamic diameter of 2.5 microns or less, called fine PM, and is by definition a subset of $PM_{10}$. Studies have shown more serious health effects associated with $PM_{2.5}$; therefore, the USEPA promulgated more stringent standards for this class of PM.

The NAAQS are listed in Table 3-2. The primary NAAQS protect the health of sensitive individuals, and the secondary NAAQS protect the general welfare of the public. Different averaging periods are established for the criteria pollutants based on their potential health and welfare effects. The NAAQS are enforced by states, which in some cases have adopted additional or more stringent standards.

All areas of the nation have been classified based on their status with regard to attaining the NAAQS. An area is designated by the USEPA as being in attainment for a criteria pollutant if ambient concentrations of that pollutant are below the NAAQS, or being in nonattainment if criteria pollutant concentrations violate the NAAQS. Once nonattainment areas comply with the NAAQS, they are designated as maintenance areas. Areas that are classified as nonattainment must implement a plan to reduce ambient concentrations below the NAAQS. Areas where insufficient data are available to determine attainment status are designated as unclassified, and are treated as attainment areas for regulatory purposes.

The Clean Air Act also provides for the prevention of significant deterioration (PSD) of air quality, especially in areas of the country where the air quality is much better than standards. In Class I areas, only a

BLM_0008668

PUBLIC LAND RESOURCES

**TABLE 3-2**
**National Ambient Air Quality Impact Significance Criteria ($\mu g/m^3$)**

| Pollutant | Averaging Period[1] | NAAQS | | PSD Increments[2] | |
|---|---|---|---|---|---|
| | | Primary | Secondary | Class I | Class II |
| $NO_2$ | Annual | 100 | 100 | 2.5 | 25 |
| CO | 1-hour | 40,000 | NA | NA | NA |
| | 8-hour | 10,000 | NA | NA | NA |
| $PM_{10}$ | 24-hour | 150 | 150 | 8 | 30 |
| | Annual | NA | NA | 4 | 17 |
| $PM_{2.5}$ | 24-hour | 35 | 35 | NA | NA |
| | Annual | 15 | 15 | NA | NA |
| $SO_2$ | 3-hour | NA | 1,300 | 25 | 512 |
| | 24-hour | 365 | NA | 5 | 91 |
| | Annual | 80 | NA | 2 | 20 |
| Lead | Quarter | 1.5 | 1.5 | NA | NA |
| $O_3$ | 1-hour[3] | 235 | 235 | NA | NA |
| | 8-hour[3] | 157 | 157 | NA | NA |

[1] Annual standards are never to be exceeded. Short-term standards (those other than annual or quarterly) are not to be exceeded more than once per year, except for $O_3$, $PM_{10}$, and $PM_{2.5}$ standards. For $O_3$, the expected number of days with ozone levels above the standard is not to be exceeded more than once per calendar year. For $PM_{10}$, the standard is attained when the 99th percentile concentration for the year is less than the standard. For $PM_{2.5}$, the standard is attained when the 98th percentile concentration for the year is less than the standard.
[2] Prevention of significant deterioration (PSD) increments are the maximum amounts of pollutants allowed above a specified baseline concentration. Class I areas are predominantly large national parks and wilderness areas as of August 7, 1977.
[3] The 1-hour NAAQS will no longer apply to an area 1 year after the effective date of the designation of that area for the 8-hour ozone NAAQS. The effective designation date for most areas is June 15, 2004.
NA = Not applicable.

very small amount or increment of air quality deterioration is permissible. Class I areas include specified national parks, wilderness areas, and certain Indian reservations (Map 3-2). Mandatory Class I areas, which include large national parks and wilderness areas that were in existence on August 7, 1977, are a subset of Class I areas that may not be redesignated, and are subject to visibility protection regulations. All areas that have not been designated Class I are considered Class II areas. The PSD permit provisions of the Clean Air Act only apply to stationary sources of air pollution and do not include prescribed fire, which is defined as a temporary source. Some states, however, have regulations to restrict intrusions of smoke from prescribed burning that might adversely impact visibility within mandatory federal Class I and other smoke-sensitive areas.

Detailed knowledge of the existing air quality for the area covered by this PER is limited to available monitoring sites for criteria pollutants. In the undeveloped regions of public lands, ambient pollutant levels are expected to be low, and probably negligible in remote areas. In general, locations experiencing high ambient pollutant levels in the treatment area are areas with commercial and industrial land use (areas with mills, power plants, etc.), and local population centers (areas with automobile exhaust, residential heating, etc.).

Table 3-3 lists counties with public lands that are designated as nonattainment or maintenance areas for each criteria pollutant. $PM_{10}$, $O_3$, and $NO_2$ concentrations are expected to be higher near industrial areas and cities where there are significant combustion sources and vehicles. High $SO_2$ concentrations occur primarily near coal-fired power plants, smelters, and refineries.

## Visibility Protection in Mandatory Federal Class I Areas

Under the Clean Air Act, Congress created the Grand Canyon Visibility and Transport Commission (GCVTC). The GCVTC was comprised of eight western states, six tribal agencies, and four federal land management agencies, and was charged with assessing the current scientific information on

BLM_0008669

**TABLE 3-3**
**Counties within the Treatment Area that are Designated Nonattainment or**
**Maintenance Areas for Various Pollutants**

| Pollutant | State | Nonattainment | Maintenance |
|---|---|---|---|
| PM$_{10}$ | Arizona | Cochise*, Gila*, Maricopa*, Pima*, Pinal*, Santa Cruz*, Yuma* | Gila*, Mohave* |
| | California | Fresno*, Imperial*, Inyo*, Kern*, Kings*, Madera*, Mono*, Riverside*, San Bernardino*, Stanislaus*, Tulare* | Kern*, Mono* |
| | Colorado | Prowers* | Adams*, Arapahoe*, Archuleta*, Boulder*, Broomfield, Denver, Douglas, Freemont*, Jefferson, Pitkin*, Routt*, San Miguel* |
| | Idaho | Bannock*, Bonner, Power*, Shoshone* | Ada* |
| | Montana | Missoula*, Rosebud*, Silver Bow* | None |
| | Nevada | Clark*, Washoe* | None |
| | New Mexico | Dona Ana* | None |
| | Oregon | Jackson*, Lake*, Lane* | Josephine*, Klamath* |
| | Utah | Salt Lake, Utah | None |
| | Washington | Yakima* | None |
| | Wyoming | Sheridan* | None |
| SO$_2$ | Arizona | Cochise*, Gila*, Pinal* | Greenlee*, Pima* |
| | Montana | Lewis and Clark*, Yellowstone* | None |
| | Nevada | None | White Pine* |
| | New Mexico | None | Grant* |
| | Utah | Salt Lake*, Tooele* | None |
| NO$_2$ | None | None | None |
| CO | Alaska | None | Fairbanks North Star* |
| | Arizona | Maricopa* | Pima* |
| | California | Los Angeles*, Riverside*, San Bernardino* | Butte*, El Dorado*, Fresno*, Kern*, Napa*, Placer*, San Diego*, Solano*, Sonoma*, Stanislaus*, Yolo* |
| | Colorado | None | Boulder*, El Paso*, Jefferson*, Larimer*, Teller* |
| | Idaho | None | Ada* |
| | Montana | Missoula* | Cascade*, Yellowstone* |
| | Nevada | None | Carson City*, Douglas*, Washoe* |
| | New Mexico | None | Bernalillo |
| | Oregon | Marion*, Polk* | Clackamas*, Jackson*, Josephine*, Klamath*, Lane*, Washington* |
| | Utah | Utah* | Salt Lake |
| | Washington | Spokane* | Yakima* |
| Ozone | Arizona | Maricopa* | None |
| | California | Butte, El Dorado*, Fresno*, Imperial, Kern*, Kings, Napa*, Placer*, Riverside*, San Bernardino*, San Diego*, Solano*, Sonoma*, Stanislaus, Tulare, Yolo | Kern*, Monterey, San Benito, San Diego |
| | Colorado | None | Boulder*, Jefferson |
| | Nevada | Washoe | Clark*, King*, Pierce*, Snohomish*, Yakima* |
| | New Mexico | Dona Ana* | None |
| | Oregon | Marion*, Polk* | Clackamas*, Washington* |
| | Utah | None | Salt Lake |
| Lead | Montana | Lewis and Clark* | None |

* Only a portion of the county is in nonattainment or maintenance for the pollutant.
Notes: States that are not listed for a particular pollutant do not have counties within the treatment area that are also within nonattainment or maintenance areas for that pollutant.
Source: USEPA Green Book available at http://www.epa.gov/oar/oaqps/greenbk/.

BLM_0008670

PUBLIC LAND RESOURCES

visibility impacts and making recommendations for addressing regional haze in the western U.S (GCVTC 1996). The GCVTC signed and submitted more than 70 recommendations to the USEPA indicating that visibility impairment was caused by a wide variety of sources and pollutants, and that a comprehensive strategy was needed to remedy regional haze (Western Governors' Association 1996). Based on the findings and recommendations from the GCVTC, the USEPA established regional haze regulations, and encouraged states to coordinate their implementation efforts through regional planning organizations.

The Western Regional Air Partnership (WRAP) was established in 1997 as a successor to the GCVTC. The WRAP is a voluntary organization comprised of 13 western governors (Alaska, Arizona, California, Colorado, Idaho, Montana, North Dakota, New Mexico, Oregon, South Dakota, Utah, Washington, and Wyoming), 11 tribal leaders, and 2 federal departments (USDA and USDI).

In the 1990 amendments to the Clean Air Act, the U.S. Congress directed the USEPA to develop regional haze regulations to achieve the national visibility goal of "the prevention of any future, and the remedying of any existing impairment of visibility in mandatory Class I federal areas, which impairment results from manmade air pollution."

The USEPA promulgated the Regional Haze Rule in 1999 to improve visibility in 156 mandatory federal Class I national parks and wilderness areas where visibility is an important value (USEPA 1999a). Improvement in visibility must be made every 10 years for the 20% most impaired (haziest) days, and there must be no degradation for the 20% best (clearest) days, until the national visibility goal is reached in 2064. State implementation plans and tribal implementation plans (TIPs) outline how reasonable progress towards this goal will be achieved and demonstrated. Section 308 of the Regional Haze Rule provides nationally applicable provisions of the rule in the development of SIPs and TIPs, which address regional haze.

## Smoke Management Policies and Regulations

In 1998, in cooperation with several federal land management agencies, the USEPA issued the Interim Air Quality Policy on Wildland and Prescribed Fires, a national policy on how best to achieve national clean air goals (including the PM NAAQS) while improving the quality of natural ecosystems through the increased use of wildland and prescribed fire (USEPA 1998a). It provides guidance to federal land management agencies on how best to manage fires on wildlands, and provides incentives to state and tribal entities to implement programs to minimize smoke impacts and meet air quality goals.

According to a survey of over 100 government agencies in the western states and Alaska, most state and local agencies require that a prescribed burning project be pre-registered with the state agency (USDI BLM 2003a). In most locations, no open burning activities may be undertaken without first obtaining a proper permit from the appropriate regulatory agency, unless specifically exempted by law. Applications for open burning permits usually require submitting information on the amount and type of material to be burned, burn location and dates, reasons for the burn and alternative treatment options, potential impacts, contact information, predicted weather conditions, contingency actions, and smoke management methods.

Once a prescribed burn permit application is submitted to the applicable permitting agency (including payment of any required fees), the application is reviewed and discussed with the permittee. An agency will issue or deny the permit, usually with restrictions or conditions. A preliminary burn date is established, and frequent communication with the agency up to the burn day is usually required. On the scheduled day of the burn, the regulatory agency will issue the burn forecast and authorization to burn. If approved, the burn then commences until the objectives of the burn are met, after which time the fire is extinguished. Land managers conducting prescribed burning must implement actions to reduce and disperse smoke emissions. These actions can include using mass ignition (aerial) techniques, conducting burns under favorable weather conditions, spreading impacts over a broad time period and geographical area, and using predictive modeling.

The BLM prepares prescribed fire plans for prescribed burning activities, following guidance in the *Interagency Prescribed Fire Planning and Implementation Procedures Reference Guide* (USDA and USDI 2006b) and the BLM Supplement to this guide. This guidance provides information on how to use prescribed fire in a safe, controlled, and cost-effective manner to achieve the management objectives defined in applicable resource and fire management plans. It also specifies that compliance with federal, state, and local air quality regulations is mandatory, coordination with applicable air regulatory agencies is

BLM_0008671

necessary, and staff should participate in state and local rule making and periodic reviews.

In addition, an evaluation of smoke dispersal conditions, including meteorological information, is often conducted to determine the potential impacts of the smoke plume. Contingency plans may also be developed to identify actions to be taken if the requirements of the fire plan are exceeded.

## Wildland Fires, Prescribed Fire, and Wildland Fire Use

Since 1990, approximately 9 acres of public lands have been burned by wildfires for every acre burned by prescribed fire. Wildfire events require a Wildland Fire Situation Analysis to determine the appropriate management response. Prescribed fires are management-ignited wildland fires that burn under specified conditions and in predetermined areas, and that produce the fire behavior and fire characteristics required to achieve resource management objectives. A written, approved prescribed fire plan must exist, and NEPA requirements must be met prior to ignition. Wildland fire use is the application of the appropriate management response to naturally-ignited wildland fires to accomplish specific resource management objectives in predefined designated areas outlined in Fire Management Plans. Wildland fire use requires a Wildland Fire Implementation Plan that assesses, analyzes, and selects an appropriate management response. For all three types of wildland fire, impacts to air quality are considered in determining the strategy and tactics for management.

Carefully planned and implemented prescribed fire should produce far less smoke impact to air quality than uncontrolled wildfires. Unlike wildfire, the impacts of smoke from prescribed fire are managed. Where smoke impacts from prescribed fire are of concern, fuel accumulations can be reduced through manual, mechanical, or chemical treatments prior to, or instead of, prescribed burning. Smoke impacts can also be reduced through scheduling burning when the wind is blowing away from smoke-sensitive areas and during good dispersion conditions (Hardy et al. 2001). Scheduling prescribed burns before new fuels accumulate can reduce the amount of emissions produced. Fire managers can also reduce the amount of area burned, increase the combustion efficiency of a burn, and increase the plume height in order to reduce smoke impacts to air quality.

## Standard Operating Procedures for Managing Prescribed Burning

As discussed in *The Smoke Management Guide for Prescribed and Wildland Fire 2001 Edition*, the BLM and other agencies that use fire focus on two different approaches to managing smoke: 1) reduction of emissions, and 2) redistribution of emissions through a knowledge of climate and associated meteorological conditions (National Wildfire Coordinating Group 2001). The techniques used to reduce emissions are to: 1) reduce the area burned, 2) reduce the amount of fuels burned (total fuel loading), 3) reduce biomass (fuel) production, 4) reduce the amount of fuel consumed (refers to fuel moisture), 5) burn before new biomass appears, and 6) increase the combustion efficiency. The techniques used to redistribute the emissions focus on 1) burning when dispersion is good, 2) scheduling burns to minimize cumulative impacts, 3) avoiding sensitive areas, 4) burning smaller areas, and 5) burning more frequently. Typically, a combination of these methods is implemented over time to increase effectiveness. It should be noted that several of these techniques are specifically targeted for forest ecosystems and would be less effective in rangeland conditions.

## Herbicide Drift

Aerial and ground application of herbicides may transport herbicides through drift, allowing airborne herbicides to move beyond the intended target. The primary factors that influence drift are droplet size, wind speed, humidity, formulation of the herbicide, height of emission, equipment and application techniques, and the size of the area treated with the herbicide. The factor that has the greatest influence on downwind movement is droplet size. Procedures that can be employed to reduce drift include: 1) using a lower spray nozzle height, 2) using the lower end of the pressure range, 3) increasing the spray nozzle size, 4) using drift-reducing nozzles, 5) using drift control additives, and 6) using sprayer shields (Hofman and Solseng 2001). Additionally, several university extension service agencies provide assistance regarding SOPs to minimize herbicide spray drift (Dexter 1993, Hofman and Solseng 2001).

BLM_0008672

PUBLIC LAND RESOURCES

# Topography, Geology, Minerals, Oil, and Gas

The diversity in the landscape of the treatment areas reflects differences in geologic processes and the effects of climate, which have been shaping the land over a long period of time.

In 2005, on-shore public lands produced about 40% of the nation's coal, about 11% of its natural gas, and about 5% of its oil (USDI BLM 2006b). In FY 2005, the BLM administered over 54,000 oil and gas leases, of which approximately 21,000 leases were producing. BLM geothermal resources produced over 34 megawatt-hours of electric power. Information pertaining to mineral, oil, and gas resources, presented below, was gathered from the Mineral Resources Program, a section of the U.S. Geological Survey (USGS).

## Tundra Ecoregion

The Tundra Ecoregion is rich in minerals, oil, and gas. Metallic minerals including silver, lead, and zinc are found throughout the North Slope region of Alaska. To the south, along the western coast of Alaska, are significant concentrations of gold. The Northern Alaska physiographic province accounts for almost half of the oil and more than half of the undiscovered conventional gas assessed on onshore federal lands. Oil and coal resources extracted in Alaska are predominantly from the Tundra Ecoregion (i.e., North Slope). As of 2005, Alaska accounted for 17% of the crude oil discovered in the U.S. (Energy Information Administration 2006).

## Subarctic Ecoregion

Gold is the most dominant mineral extracted in this ecoregion. Other mineral operations include copper mining, and production of aggregate (e.g., construction sand, gravel, and crushed stone). There are limited discoveries of coal, gas, and oil resources in the central portion of Alaska.

## Temperate Desert Ecoregion

Raw, non-fuel minerals extracted throughout this ecoregion include aggregate, gypsum, limestone, trona, shale, and stone. Metallic minerals, predominantly silver and gold, are extracted in the southern portions of this ecoregion. There is very little oil and gas found in this ecoregion. However, coalfields located in the Temperate Steppe Ecoregion extend into this ecoregion, and are found throughout southwest Wyoming and central and southwest Utah.

## Subtropical Desert Ecoregion

Minerals predominantly extracted from the western portion of this ecoregion are construction aggregate including construction sand, gravel, and crushed stone. Metallic minerals (e.g., gold, silver, and copper) dominate the central and eastern portion of this region. Gypsum is prominent in southern Nevada. Limited oil and gas reserves are located in southern Arizona and southwest New Mexico. No coalfields are found in this ecoregion.

## Temperate Steppe Ecoregion

Construction aggregate (including crushed stone and common clay) is the dominant mineral extracted throughout the southern and central sections of this ecoregion. While industrial minerals within this region are predominantly extracted for construction purposes, Wyoming contains the world's largest source of trona. Trona is the principal ore from which soda ash is produced. Metallic minerals and precious stones (i.e., gems) are extracted throughout the northern and northeastern portions of the ecoregion.

There are significant deposits of coal concentrated throughout the Colorado Plateau extending into the Rocky Mountains and Great Plains. Significant oil reserves are located throughout the region (Map 3-3). The Powder River Basin and the Wyoming Thrust Belt provinces of the Rocky Mountains and Northern Great Plains regions have the second largest concentrations (behind Alaska) of undiscovered conventional oil and gas, respectively, assessed on federal lands (Gautier et al. 1998; U.S. Departments of Interior, Agriculture, and Energy 2003).

## Subtropical Steppe Ecoregion

Construction aggregate and metallic minerals dominate the nonfuel minerals extracted in this ecoregion. In addition, potash accounts for a significant portion of minerals mined in New Mexico. The Carlsbad Potash District (in New Mexico) is the largest potash-producing area in the U.S. (Energy Information Administration 2001). There are extensive coalfields throughout northern Arizona and New Mexico. These fields extend up into the Colorado Plateau. No oil or natural gas reserves have been located in this ecoregion.

## Mediterranean Ecoregion

Industrial minerals such as aggregate, limestone, and shale dominate mineral extraction throughout this ecoregion. There is no coal mining within this ecoregion, although oil and natural gas extraction is predominant in the San Joaquin, Ventura/Santa Barbara, Los Angeles, and Santa Maria regions.

## Marine Ecoregion

Metallic minerals such as gold, silver, aluminum, lead, and zinc are mined in southeast Alaska and in Washington. In western Oregon, aggregate is the most dominant mineral extracted. There are no significant oil, natural gas, or coal resources within this region.

# Soil Resources

Soils in the treatment area are diverse and range from the arid, saline soils of the southwest, to the clayey glaciated soils of Montana, to the cold, wet permafrost soils of Alaska. Soils are the result of complex interactions among parent material (geology), climate, topography, organisms, and time (Brady and Weil 1999). Soils are classified by the degree of development into distinct layers or horizons and their prevailing physical and chemical properties (Fanning and Fanning 1989). Similar soil types are grouped together into soil orders based on defining characteristics, such as organic matter and clay content, amount of mineral weathering, water and temperature regimes, or other characteristics that give soil unique properties, such as the presence of volcanic ash or permafrost (Jenny 1980).

Eleven soil orders are represented on public lands in the western U.S. and Alaska (Map 3-4). Because soils develop under local conditions of climate, parent material, and vegetation, each ecoregion may contain several or all of the soil orders as a result of various combinations of local soil forming factors. Soils are organized here by soil order rather than by ecoregion.

**Aridisols** are found on over 40% of public lands (105 million acres). They occur across wide parts of the western U.S. in Nevada, Arizona, New Mexico, central Wyoming, southern Idaho, and southern California. These soils are characterized by an extreme water deficiency. They are light colored soils, are low in organic matter, and may have subsurface accumulations of soluble materials, such as calcium carbonate, silica, gypsum, soluble salts, and exchangeable sodium. Vegetation on these soils includes scattered desert shrubs and short bunchgrasses, which are important resources for livestock. Aridisols are generally not very productive without irrigation, and may be prone to salinity buildup. Surface mineral deposits often form physical crusts that impede water infiltration.

**Gelisols** occur on over 27% of public lands (71 million acres), almost exclusively in the tundra regions of Alaska. They are underlain by permanently frozen ground (permafrost). Some gelisols in wet environments have developed large accumulations of organic matter, particularly in areas of bogs and wetlands. Soil forming processes take place very slowly above the permafrost in the active layer that thaws seasonally. These soils support tundra vegetation of lichens, grasses, and low shrubs that grow during the brief summers. Plant productivity is low and limited by the extremely short growing season of the northern latitudes, low levels of solar radiation, and poor water drainage. Bare rock is also common in Alaska, comprising nearly 8 million acres.

**Mollisols** occur on about 15% of public lands (40 million acres). They are found in much of North and South Dakota and northern Montana, as well as in eastern Oregon, Washington, and Idaho where they have developed from basalt and loess parent materials. These soils typically support grasslands and are mineral soils with thick, dark-colored surface horizons rich in organic matter from the dense root systems of prairie grasses. They are one of the most productive soils on public lands, and their high organic matter content helps reduce the risk of groundwater contamination by herbicides. Mollisols extend from upland areas to the prairie grasslands, where they are most abundant. Mollisols support a variety of plant communities, including grasslands, chaparral-mountain shrub, and forests. Since they have developed primarily under grassland vegetation, mollisols have been used extensively for livestock grazing.

**Entisols** occur on about 9% of public lands (23 million acres). Entisols occur extensively in eastern Montana, western Colorado, South Dakota, Wyoming, Utah, and central California. They are young, weakly developed mineral soils that lack significant profile development (soil horizons) and are often found in lower elevation, arid and semiarid environments supporting desert shrub and sagebrush communities. Entisols can include recent alluvium, sands, soils on steep slopes, and shallow soils. Soil productivity ranges from very low in soils forming in shifting sand or on steep rocky slopes to very high in certain soils formed in recent alluvium. Productivity is often limited by shallow soil depth, low water holding

BLM_0008674

PUBLIC LAND RESOURCES

capacity, or inadequate available moisture, but these soils do support rangeland vegetation and may support trees in areas of higher precipitation.

**Alfisols** occur on less than 2% of public lands (4 million acres). They can be found throughout the mountains of western Montana and Wyoming and in central Colorado and California. They are characterized by subsurface clay accumulations and nutrient-enriched subsoil. Alfisols commonly have a mixed vegetative cover and are productive for most crops, including commercial timber.

**Inceptisols** also occur on less than 2% of public lands (4 million acres). Inceptisols are found in northern Idaho and parts of Washington, Oregon, and Montana, as well as southwest Alaska. They are generally young mineral soils, but have had more time to develop profile characteristics than Entisols. They principally occur in very cool to warm, humid and subhumid regions and in most physiographic conditions, and often support coniferous and deciduous forests as well as rangeland vegetation. They may form in resistant rock or thin volcanic ash on steep mountain slopes or depressions, on top of mountain peaks, or next to rivers. Productivity is varied and may be high where moisture is adequate.

The other soil orders represent less than 1% of public lands each (1 million acres or less), and therefore, will not be discussed in detail. **Andisols** are soils that have formed on volcanic ash deposits. They have high amounts of volcanic glass and organic matter, giving them a light, fluffy texture. **Histosols** are organic soils that typically form in lowland areas with poor water drainage. While not extensive, Histosols are often associated with riparian or wetland resources and can be very important locally.

**Spodosols** are highly leached, acid soils that typically form on sandy soils under cold, humid conditions at high elevations. **Ultisols** are strongly acid mineral soils associated with advanced soil weathering and are low in nutrients. **Vertisols** have large amounts of expanding clay that causes them to have high shrinking and swelling characteristics.

The concept of soil quality encompasses a soil's capacity to function and to sustain plant and animal productivity, air and water quality, and human health (Soil Quality Institute 2001). It is a function of each soil's inherited properties (texture, type of minerals, depth) as well as more dynamic properties that can change with management (porosity, infiltration, effective ground cover, and aggregate stability). The ability of a soil to filter, buffer, degrade, immobilize, and detoxify herbicides is a function of the soil quality.

Management activities can result in changes in certain soil properties such as soil porosity, organic matter, biological activity, and susceptibility to erosion. These changes in turn affect the fate of herbicides in soils. For example, disturbances that result in increased susceptibility to erosion will affect the off-site movement of certain herbicides that are designed to bind to soil particles. Herbicides can alter soil organism diversity and composition. Compaction or surface disturbance may affect soil activated herbicides from reaching the root zone of target plants.

## Biological Soil Crusts

Biological soil crusts (also known as cryptogamic, microbiotic, cryptobiotic, or microphytic crusts) are commonly found in semiarid and arid environments. They provide important functions, such as improving soil stability and reducing erosion, fixing atmospheric nitrogen and contributing nutrients to plants, and assisting with plant growth (Belnap and Gardner 1993, Evans and Ehleringer 1993, Eldridge and Greene 1994, Belnap and Giliette 1998, Harper and Belnap 2001). Crusts are composed of a highly specialized nonvascular plant community consisting of cyanobacteria, green and brown algae, mosses, and lichens, as well as liverworts, fungi, and bacteria (Belnap and Phillips 2001). Biological soil crusts occupy open spaces between the sparse vegetation of the Great Basin, Colorado Plateau, Sonoran Desert, and the inner Columbia Basin, and also occur in agricultural areas and native prairies, and in Alaska.

Biological soil crusts can reach up to several inches in thickness and vary in terms of color, surface topography, and surficial coverage. Crusts generally cover all soil spaces not occupied by vascular plants, which may be 70% or more in arid regions (Belnap 1994). They are well adapted to severe growing conditions, but are influenced by disturbances such as compression from domestic livestock grazing, tourist activities (hiking, biking, and OHVs), mechanical treatment and agricultural practices (extensive tillage and planting), application of herbicides, and military activities (Peterjohn and Schlesinger 1990, Belnap 1995, USGS 2004a). Disturbance of biological crusts results in decreased soil organism diversity, nutrients, stability, and organic matter. Trampling may reduce the number of crust organisms found on the surface and increase runoff and the rate of soil loss without apparent

BLM_0008675

damage to vegetation (Eldridge 1996). Burial of crusts by sediments kills non-mobile photosynthetic components (mosses, lichens, and green algae) of the crust (Campbell 1979). Fires can cause severe damage to biological crusts, but recovery is possible, depending on fire size and intensity. Shrub presence (particularly sagebrush) may increase fire intensity, thereby decreasing the likelihood of early vegetative or crust recovery after a burn (USGS 2003).

## Micro and Macroorganisms

Microorganisms help to break down and convert organic remains into forms that can be used by plants. Microorganisms, such as mycorrhizal fungi, nitrogen-fixing organisms, and certain types of bacteria assist plant growth, suppress plant pathogens, and build soil structure. One of the main benefits of mycorrhizal fungi is the improved uptake of nutrients (predominantly phosphorous) and water by plants (Allen 1991). Soil microorganisms are also important in the breakdown of certain types of herbicides.

Macroorganisms, such as insects, earthworms, and small burrowing mammals, mix the soil and allow organic matter on the surface to become incorporated into the soil. These organisms are part of a food chain that is essential to the cycling of nutrients within the soil. Soil microorganisms are also important in the breakdown of certain types of pesticides.

## Soil Erosion

Soil erosion is a concern throughout the western U.S. and Alaska, particularly in semiarid rangelands. The quantity of soil lost by water or wind erosion is influenced by climate, topography, soil properties, vegetative cover, and land use. While erosion occurs under natural conditions, rates of soil loss may be accelerated if human activities are not carefully managed.

Tundra lands in Alaska are susceptible to erosion if the thick vegetative mat overlying permafrost is disturbed or removed. Trails quickly turn into widely braided ruts, especially in wetlands and at streambank crossings. The resulting gully erosion can rapidly erode substantial quantities of previously frozen soils. Erosion from aufeis (thick ice that builds ups as a result of repeated overflow) and anchor ice is also a concern due to spring breakup flood events leaving disturbed streamchannels. These events cause previously stable riparian areas to

form a long-lasting sequence of extensively braided channels, especially in glacial soils.

Rangelands are affected by all four types of water erosion—sheet, rill, gully, and streambank. Sheet erosion is relatively uniform erosion from the entire soil surface and is therefore often difficult to observe, while rill erosion is initiated when water concentrates in small channels as it runs off the soil. Sheet and rill erosion are capable of reducing the productivity of rangeland soils, but often go unnoticed. Gully and streambank erosion is far more visible, and may account for up to 75% of erosion in desert ecosystems (Hein 2002). Changes in water flow patterns in arid areas resulting from thunderstorms and fire events can cause an increase in the size and frequency of runoff events and sediment yield to local water sources (Water Science and Technology Board and Board on Environmental Studies and Toxicology 2002).

It is possible to control rates of soil erosion by managing vegetation, plant residues, and soil disturbance. Vegetative cover is the most significant factor in controlling erosion because it intercepts precipitation, reduces rainfall impact, restricts overland flow, and improves infiltration. Biological soil crusts are particularly important for protecting the soil and controlling erosion in desert regions, but are easily disturbed by grazing and human activities.

With a decrease in vegetative cover, the potential risk of herbicides entering surface water and groundwater can increase (Purdue Pesticide Program 2001). Herbicides can be transported by surface water runoff, potentially increasing the risk of direct injury to nontarget species, harming aquatic organisms in streams and ponds, and leading to groundwater contamination (University of Missouri Extension 1997).

Differences in chemical solubility, adsorptive characteristics, volatility, and degradability, plus soil properties that affect water movement, biological activity, and chemical retention, affect the amount of a herbicide that may leach to groundwater. The speed at which leaching of chemicals through soil occurs is dependent on the soil characteristics. Soil texture (sand, silt, and clay) affects the movement of water and herbicides through soil. The coarser the soil, the faster the movement of percolating water and the lower the opportunity for adsorption of dissolved chemicals. Soils with more clay and organic matter tend to hold water and dissolved chemicals longer. These soils also have far more surface area onto which herbicides can be adsorbed (LaPrade 1992).

BLM_0008676

PUBLIC LAND RESOURCES

Wind erosion is most common in arid and semiarid regions where lack of soil moisture greatly reduces the adhesive capability of soil (Brady and Weil 2002). In addition to moisture content, soil particle size (texture), mechanical stability of aggregates and clods, and presence of vegetation also affect the ability of wind to move soil. While wind erosion on rangelands is difficult to quantify, the presence of natural vegetation on most rangelands is generally sufficient to keep wind erosion from becoming a serious problem. Most wind erosion problems result from bare, exposed soils with weak or degraded soil structure, such as along trails or on sand dunes or disturbed surfaces. Herbicides can be potentially transported by blowing soils after application. Herbicides bound to soil particles may be moved offsite by wind erosion events.

## Soil Compaction

Soil compaction occurs when moist or wet soil aggregates are pressed together and the pore space between them is reduced. Compaction changes soil structure, reduces the size and continuity of pores, and increases soil density. Wheel traffic, large animals, vehicles, and people can cause soil compaction. Generally, soils made up of particles of about the same size compact less than soil with a variety of particle sizes. Numerous rock fragments can create bridges that reduce compaction. Plant litter and roots, and soil organic matter, structure, moisture, and texture all affect a soil's ability to resist compaction. In areas of rangeland where compaction exists, compacted soil extends generally less than 6 inches below the soil surface, although it can be as deep as 2 feet under heavily used tracks and roads (USDA Natural Resource Conservation Service 1996). Compaction becomes a problem when the increased soil density limits water infiltration, increases runoff and erosion, or limits plant growth or nutrient cycling (Soil Quality Institute 2001).

# Water Resources and Quality

## Water Resources

Water resources in the western U.S. and Alaska are important for fish and wildlife habitat and a variety of human needs, such as domestic consumption, industrial activities, crop irrigation, livestock watering, and recreation. Numerous legal and policy requirements have been established to manage water resources for these multiple needs, including the Clean Water Act, the Colorado River Basin Salinity Control Act, and EO 11988 (*Floodplain Management*).

Water resources are classified as surface water or groundwater. Surface water resources include rivers, streams, lakes, ponds, reservoirs, and wetlands. Major river systems (e.g., Colorado, Columbia, Snake, Missouri, Arkansas, Rio Grande, and Yukon rivers) and their tributaries are important sources of water in the western U.S and Alaska.

The quantity and quality of surface water resources are affected by precipitation, topography, soil type, vegetation, agricultural practices, urbanization, and general land use practices, especially for large tracts of public land. The alteration of vegetative cover from land use practices can have significant impacts on water infiltration, soil erosion, and stream sedimentation.

The largest quantities of useable freshwater occur as groundwater, which provides drinking water for more than 97% of the rural population without access to public-water supplies, and between 30 and 40% of the water used for agriculture (Alley et al. 1999). Groundwater is obtained primarily from wells that tap into aquifers. Aquifers are layers of permeable rocks that are recharged with freshwater from precipitation that percolates through the unsaturated zone to the water table, typically in upland, mountainous areas. Recharge rates generally range from a tiny fraction to about one-half of the average annual precipitation. Streams are commonly a significant source of recharge to groundwater downstream from mountain fronts and steep hillslopes in arid and semiarid areas.

As shown on Map 3-5, nine hydrologic regions have been identified in the treatment area: Alaska, Pacific Northwest, California, Upper Colorado, Lower Colorado, Rio Grande, Missouri, Great Basin, and Arkansas-White-Red (Seaber et al. 1987). Most public lands occur in arid to semiarid environments in the Great Basin and Colorado drainage basins.

**Alaska Hydrologic Region**

The BLM administers approximately 143,000 miles of riparian habitat and nearly 12.6 million acres of wetlands in Alaska (USDI BLM 2006d). This hydrologic region occupies the entire state of Alaska, and is characterized by an abundance of water resources. Major river systems, such as the Yukon, drain the mountain ranges, and extensive wetlands dot the low-lying plains and coastal regions.

BLM_0008677

The Yukon and Kuskokwim river drainages are two of the dominant drainages in Alaska. The Yukon River drains an area of more than 330,000 square miles ($mi^2$), making it the fourth largest drainage basin in North America. Its mainstem, the Yukon River, originates in northwestern Canada and extends through central Alaska, discharging into the Bering Sea (Brabets et al. 2000). Major tributaries of the Yukon River include the Tanana, Nenana, and Chena rivers.

The Kuskokwim River is the second largest drainage in Alaska. The glacially turbid mainstem is approximately 900 miles long, originating from the interior headwaters of the Kuskokwim Mountains and the shadows of the Alaska Range. The Kuskokwim River flows in a southwest direction to the Bering Sea.

Hydrologic processes are strongly affected by the presence of permafrost, which may thaw seasonally or be continuous throughout the year, particularly in the North Slope. In central Alaska, permafrost is discontinuous, and an active layer at the surface that thaws during the summer months can supply groundwater for domestic use. The valleys of major rivers have alluvial aquifers with an active layer in the summer months that also supply good quality groundwater. During the winter, permafrost generally extends to the surface, impeding water infiltration and groundwater recharge.

**Pacific Northwest Hydrologic Region**

The Pacific Northwest Hydrologic Region includes the wet coastal areas of Oregon and Washington, as well as the semiarid Columbia Plateau in eastern Washington, Oregon, and southern Idaho. The region is drained by the Columbia, Willamette, and Snake River systems, which are important sources of hydroelectric power and irrigation for agriculture.

The coastal areas of Oregon and Washington are influenced by medium to high rainfall levels due to the interaction between marine weather systems and the mountainous nature of the region. Mountains within this area are generally rugged with steep canyons. Tributary streams are short and have steep gradients, creating rapid surface water runoff with relatively short-term water storage, limiting recharge.

The Columbia River Basin drains approximately 259,000 $mi^2$. The basin extends roughly from the crest of the Coast Ranges of Oregon and Washington, east through Idaho, to the Continental Divide in the Rocky Mountains of Montana and Wyoming; and from the headwaters of the Columbia River in Canada to the high desert of northern Nevada and northwestern Utah. Its mainstem, the Columbia River, originates in two lakes that lie between the Continental Divide and the Selkirk Mountain Range in British Columbia. After flowing a circuitous path for approximately 1,200 miles, it joins the Pacific Ocean near Astoria, Oregon.

The Columbia River has 10 major tributaries—the Kootenay, Okanagan, Wenatchee, Spokane, Yakima, Snake, Deschutes, Willamette, Cowlitz, and Lewis rivers.

The Pacific Northwest Hydrologic Region includes a network of coastal streams and rivers. Many are rain-driven systems that are hydrologically flashy and influenced primarily by rain storms during the winter. Streams west of the Cascade Range typically discharge directly into the Pacific Ocean.

The southernmost portion of this hydrologic region extends down to the northern portion of the Great Basin. This area is geologically very new and contains extensive areas of lava and other volcanic rock. The rock substrata are very permeable; therefore, streams tend to lose much of their flow through percolation. Only large rivers that lie below the water table contain substantial flows year-round. In most years, abundant precipitation along the western side of the Cascade Range produces abundant surface water flow in streams flowing off the Cascade Range to the Pacific Ocean. Aridity progressively increases and precipitation decreases east of the Cascade Range because of rainshadow effects caused by the mountains.

Timing of precipitation east of the Cascade Range coincides with periods of relatively high solar radiation; thus, precipitation is rapidly evaporated, limiting the amount of surface water available to streams in this portion of the region (Spence et al. 1996). Generally, streams that flow year-round east of the Cascade Range are fed by snowmelt from higher elevations or by groundwater discharge from aquifers recharged during periods of abundant precipitation.

Groundwater is an important resource in this hydrologic region for domestic consumption and irrigation, particularly when surface water supplies are insufficient. It is generally contained in shallow alluvial aquifers along major streams and their valleys.

BLM_0008678

PUBLIC LAND RESOURCES

**California Hydrologic Region**

This hydrologic region includes nearly the entire state of California, as well as parts of southern Oregon. The region is characterized by a Mediterranean climate with winter precipitation, and a prolonged summer period with little precipitation.

The California region is drained by rivers such as the Sacramento and San Joaquin. Surface water flow in streams is derived mainly from snowmelt in the mountainous areas during the spring months. During the remainder of the year, many streams have no flow or intermittent flow that follows major storms.

Groundwater in the mountainous areas is relatively deep, and is contained in sedimentary units that continue under the intermountain basins and form a deep reservoir that is seldom tapped because of its depth. Shallow groundwater can be found in sands and gravels that fill the basins between the mountain ranges. This groundwater is fed by infiltration of surface water from streams that flow off the mountain ranges. Groundwater in southeastern California is the main source of water for domestic consumption and agricultural irrigation.

**Upper Colorado Hydrologic Region**

This hydrologic region includes the Colorado Plateau, which encompasses parts of southern Wyoming, western Colorado, eastern Utah, and northern Arizona and New Mexico. The upper reaches of the Colorado River and its tributaries drain this region. Precipitation varies greatly with elevation, and occurs as winter snows and heavy fall rainstorms.

Perennial surface water flow occurs in major rivers (e.g., the Green River and Colorado River). Major streams are fed by snowmelt in the mountainous areas. Dams serve as flood control, domestic supply, and power generation for the major urban centers, as well as provide surface water for irrigation. Intermittent flow occurs in tributaries to the major rivers, and ephemeral flow occurs in small canyons. Surface water runoff or groundwater baseflow are the major processes that deliver precipitation and snowmelt to streams. In Colorado, the annual hydrograph for most streams is dominated by snowmelt in the mountains; however, there is also a rain component, which varies by region. For instance, in the southwest portion of Colorado, summer monsoonal flow produces ample rain. The larger rivers in Colorado are perennial, but the smaller rivers and streams are either intermittent or ephemeral.

Groundwater is found in most of the sedimentary rocks of the Colorado Plateau, and is the major source of water for domestic and municipal use. Major aquifer systems are not present; groundwater is localized and can be abundant in some areas and absent in others. Farming and ranching are usually limited to stream valleys, where irrigation water comes mostly from surface water. Groundwater baseflow is the major source of water for perennial flows in the late summer and early fall. Seeps and springs are an historic source of water for Native American tribes and a current source of water for smaller ranches.

**Lower Colorado Hydrologic Region**

This hydrologic region is comprised of the lower reaches of the Colorado River in the desert southwest of Arizona, New Mexico, and southern Nevada. In this region, public lands are mainly restricted to the arid valleys, while many of the upland areas are administered by the Forest Service. The climate is arid, and precipitation is limited to the winter months and periods of heavy storms. Most precipitation during summer evaporates before it can infiltrate into the desert sands.

Surface water flow in the arid basins of the southwest is ephemeral to non-existent most of the year. Spring snowmelt and periods of heavy rain during the winter result in surface water flow in the mountainous areas and along the mountain fronts in the intervening basins. During the rest of the year, surface water flow is absent except after major storms, where flash floods are common along the mountain fronts. Only major rivers draining the Colorado Plateau or the Mogollon Rim, such as the Gila and Bill Williams rivers, have perennial flow.

Groundwater is found in the alluvium of the basins and in the bedrock of the mountainous areas (i.e., deep reservoirs to depths of many thousands of feet). Groundwater is recharged by precipitation in the mountains and infiltration of stream flow along the base of the mountains. The shallow groundwater reservoirs are used extensively for irrigation and domestic consumption. Irrigation demand and mine dewatering have substantially lowered the water levels in the shallow groundwater reservoirs of the Arizona basins. However, groundwater levels in the basins of southern New Mexico have not been substantially affected by irrigation. Many of the basins have shallow groundwater surfacing in playa lakes.

PUBLIC LAND RESOURCES

## Rio Grande Hydrologic Region

This region occupies central New Mexico and western Texas. The Rio Grande and Pecos rivers are major surface water resources that derive their water from the mountainous regions of southern Colorado and flow through New Mexico to the Gulf of Mexico. Surface water flow is present year-round in the Rio Grande and is caused by spring snowmelt and summer monsoon thunderstorms. Agricultural diversions account for approximately 90% of surface water use and may result in practically no flow during the summer months (Levings et al. 1998).

The Rio Grande aquifer system covers a $70,000\text{-mi}^2$ area of southern Colorado, central New Mexico, and western Texas. It consists of a network of hydrologically interconnected aquifers in basin-fill deposits located along the valleys of the Rio Grande and nearby rivers. These aquifers are generally composed of unconsolidated sediment deposits present in intermountain basins. Groundwater recharge primarily originates as precipitation in the mountainous areas that surround the basins, while most of the precipitation that falls in the valleys is lost to evaporation and transpiration. Potential evaporation may exceed 100 inches per year, while precipitation is frequently less than 8 inches per year (Levings et al. 1998).

Most groundwater withdrawal occurs as discharge from pumping wells, of which about 90% is used for irrigation of commercial crops. Most cities and communities in the area, such as Albuquerque, Las Cruces, and Santa Fe, New Mexico, rely on groundwater for municipal use. Groundwater withdrawals in closed basins have caused long-term water level declines, while withdrawals from wells located near the Rio Grande, or its perennial tributaries, generally do not cause long-term water level declines in the aquifer.

## Missouri Hydrologic Region

This hydrologic region covers the largest geographic area of the nine regions, including much of Montana, Wyoming, northeastern Colorado, North Dakota, South Dakota, and Nebraska. This region represents the eastern front of the Rocky Mountains stretching to the Great Plains, most of which is drained by the Missouri and Platte rivers and their tributaries.

Surface water resources are dominated by the major rivers and their tributaries. Precipitation is generally sparse in the summer and fall months, and surface water flow is generally dependent on snowmelt in the mountainous areas. Rivers flow mainly from late spring to early fall and can be dry in some parts of the region during the winter months. Surface water is directly connected to groundwater through shallow alluvial aquifers that are found along all the major rivers and their tributaries. Groundwater baseflow supplies stream and river flow in the late summer and fall. Surface water is the main source of municipal and irrigation water in the Rocky Mountain region, and irrigation return flow is a major component of surface water flow.

Groundwater in Wyoming and western Montana is found both in the igneous rocks of the uplifts and the basins, although groundwater in the uplifts is generally not used. Groundwater is used extensively for irrigation, much of it becoming irrigation return water that flows into major streams and their tributaries. In addition to irrigation, groundwater is also used for municipal and domestic water supplies. Major aquifers in the Great Plains are the Ogallala Aquifer of eastern Wyoming, Nebraska, and Kansas, and the Dakota Aquifer of North and South Dakota. These aquifers are overdrawn and the water table has been declining for decades. Recharge comes only from stream infiltration and spring snowmelt.

## Great Basin Hydrologic Region

The Great Basin of Nevada and Utah is an arid region located in the rainshadow of the Sierra Nevada Mountains. The Great Basin is characterized by northerly trending mountain ranges and intermountain valleys with closed drainage. Precipitation generally falls as rain and snowfall in the mountains. Streams flowing down from the mountains carry water to the basins, which infiltrates into the alluvial sediments and provides the only substantial recharge to groundwater in the basins. Surface water flow in the basins is derived almost entirely from the mountain streams.

Apart from major rivers (e.g., the Humbolt and Truckee rivers), surface water flow in the basins of Utah and Nevada is intermittent along the mountain fronts and ephemeral in the basins themselves. Surface water flow in the mountainous areas is limited mainly to late spring snowmelt in the higher areas of the ranges. Agricultural diversions of major streams exiting the mountains are common, and major rivers are used extensively for irrigation. Surface water flow in northern Nevada has been affected by groundwater pumping from mining areas into the rivers. The Humboldt River, from Battle Mountain to Winnemucca, Nevada, is dominated by mine discharge.

BLM_0008680

PUBLIC LAND RESOURCES

Groundwater is found in the alluvium of the basins and in the deeper rocks that underlie the alluvial basins. Shallow groundwater in the alluvium of the basins is the main source of water for domestic consumption, irrigation, and power plant cooling. Some areas of the Great Basin, particularly in northern Nevada, have geothermal reservoirs that underlie the shallow groundwater reservoirs. These geothermal waters have been tapped, often inadvertently, by open pit mining and dewatering of areas used for gold mining. The Great Basin contains many of the largest groundwater reservoirs in the United States. These reservoirs are largely untapped at present, but major urban areas like Las Vegas are actively pursuing their development.

**Arkansas-White-Red Hydrologic Region**

This hydrologic region occupies the drainage of the Arkansas, Canadian, and Red River basins above the points of the highest backwater effect of the Mississippi River. It includes all of Oklahoma and parts of Colorado, New Mexico, Texas, Kansas, Missouri, and Louisiana. Only a relatively small proportion of public lands are found in this region, primarily concentrated near the headwaters of the Arkansas River in central Colorado and near the headwaters of the Canadian River in northeastern New Mexico.

Surface waters generally originate from precipitation falling in the eastern Rocky Mountains. Precipitation is relatively sparse in the summer and fall months, and surface water flow is typically dependent on snowmelt in the mountainous areas. Surface water resources are used extensively for agricultural irrigation.

Groundwater resources, which are extensive in this region, and consist primarily of the Ogallala Aquifer and alluvial aquifers associated with the river valleys. The Ogallala Aquifer underlies much of this region, and water withdrawals are used almost exclusively for irrigation (Robson and Banta 1995).

## Water Quality

Water quality is defined in relation to its specified and/or beneficial uses, such as human consumption, irrigation, fisheries, livestock, industry, or recreation. The quality of surface water is determined by interactions with soil, transported solids (organics and sediments), rocks, groundwater, and the atmosphere. The Clean Water Act established the basic structure for regulating discharges of pollutants into the waters of the U.S., and is responsible for setting water quality standards for all contaminants in surface waters. Section

313 of the Clean Water Act requires all federal agencies to comply with state water quality standards "...to the same extent as any nongovernmental entity." Thus, the BLM has a responsibility to fulfill its obligations under the Clean Water Act and Safe Drinking Water Act, to maintain waters that meet or surpass designated beneficial uses, to restore impaired water resources in support of their designated beneficial uses, and to provide water for public consumption and use (USEPA 2003e).

Section 303(d) of the Clean Water Act requires that water bodies violating state water quality standards and failing to protect beneficial uses be identified and placed on a 303(d) list (USEPA 2003e). The delisting of 303(d) listed streams is a priority of the BLM.

Nonpoint source pollution, the largest source of water quality problems, comes from diffuse or scattered sources rather than from an outlet, such as a pipe that constitutes a point source. Sediment is a nonpoint source of pollution that results from activities such as livestock grazing and timber harvest. Erosion and delivery of eroded soil to streams is the primary nonpoint source pollution problem of concern to the BLM (USDI BLM 1980).

The most important factors affecting water quality include sediments, microbes, pesticides, nutrients, metals, and radionuclides (Nash 1993). Sedimentation and nutrient loading affect surface waters, while agricultural runoff and industrial wastes can also leach into groundwater. Surface water quality is also affected by solar loading and shade producing vegetation that affect water temperature, flow, total suspended solids (TSS), total dissolved solids (TDS), turbidity, changes in dissolved oxygen, salinity, and acidity.

The susceptibility of aquifers to groundwater contamination relates to geology, depth to groundwater, infiltration rates, and solubility of contaminants. Deep aquifers are often too deep to be affected by surface alteration or shallow waste disposal. However, shallow aquifers may be directly affected by surface alteration and by waste and wastewater disposal. Shallow, unconfined aquifers with rapid recharge rates are generally the most vulnerable to contamination because of the rapid infiltration of groundwater from the surface to the water table.

Water quality data for the surface and groundwater resources of the western states are available from the USGS National Water Information System (NWIS) database (USGS 2002b), the USGS National Water

BLM_0008681

Quality Assessment (NAWQA) Program (USGS 2002c), the USEPA's Index of Watershed Indicators (USEPA 1999b), the USEPA's National Water Quality Inventory (USEPA 2000a), the USGS Groundwater Atlas of the United States (USGS 2000), and from state water quality databases. These sources have been used to develop a general assessment of water quality in the hydrologic regions of the western states (including Alaska), where the BLM has substantial land management responsibility. Data from the USEPA's Index of Watershed Indicators characterizes the condition and vulnerability of each of the 2,262 subbasins in the U.S. (Map 3-6). Information on general groundwater quality (based on concentration of TDS) was compiled from the USEPA's National Water Quality Inventory (USEPA 2000a; Map 3-7).

**Alaska Hydrologic Region**

Surface and groundwater resources in Alaska are of relatively good quality. The lack of industrial and agricultural development reduces the risk of contamination of water resources. Human activities, such as mining, oil drilling, and waste disposal in small villages contribute to localized surface and groundwater pollution. Oil drilling adds petrochemicals to both surface water and groundwater, and waste disposal adds nitrates and coliform bacteria. Public lands have localized surface water and groundwater contamination from oil drilling.

**Pacific Northwest Hydrologic Region**

Surface water quality has been degraded in the agricultural areas of eastern Washington and Oregon and in southern Idaho by contamination resulting from agricultural and grazing practices. Elevated levels of nitrates, phosphates, and other nutrients are found in these waters. In Montana, agricultural practices in the Bitterroot Valley have added nutrients to surface water. Fish farming has also contributed to elevated nutrient levels in these streams and rivers of Washington. Irrigation return waters in the Snake River Basin are contributing nutrients and pesticides to surface waters (Clark et al. 1998). Herbicide use results in elevated levels of these chemicals in surface waters during the growing season; however, these levels typically decline after the growing season.

Groundwater is generally of good quality for most uses across the Pacific Northwest. Rivers and streams with lower water quality are primarily the result of thermal modifications, pathogens, habitat alteration, and concentrated agricultural activities in areas such as the Willamette Valley and the Columbia Plateau (Wentz et al. 1998; Williamson et al. 1998; USEPA 2000a). Elevated levels of nitrates and pesticides have been detected in the groundwater in the Snake River Basin and the Columbia Plateau.

**California Hydrologic Region**

Surface water resources in California show elevated concentrations of TDS from high salinity, particularly in the southern portion of the region. Groundwater and surface water diversions are used for agricultural irrigation in California. Because of the arid nature of the climate, much of this irrigation water evaporates, leading to irrigation return waters that flow back into streams with elevated levels of salt, nutrients, and pesticides. In the agricultural areas of the Central Valley of California (San Joaquin and Sacramento River basins), nutrient loadings to streams and accumulation of pesticides in aquatic organisms and streambed sediments are a problem (Dubrovsky et al. 1998; Domagalski et al. 2000). Nitrate concentrations in streams generally meet USEPA drinking water standards, but at levels that can pose a problem for aquatic life.

Groundwater in southern California has naturally high concentrations of TDS from the presence of evaporite beds in the sedimentary rocks that underlie the desert areas. In agricultural areas, extensive fertilizer use, combined with heavy irrigation to overcome the high evaporation rates, have resulted in elevated concentrations of nitrates in shallow groundwater reservoirs. Pesticides are present in shallow groundwater reservoirs, but at concentrations generally below USEPA drinking water standards. In agricultural areas, groundwater is used for irrigation, leading to substantial declines in shallow groundwater tables and contamination of groundwater resources by agricultural practices. In the desert areas administered by the BLM, groundwater is generally not affected by pesticides. The low recharge rate for groundwater in these areas means that any application of herbicides is unlikely to enter and affect groundwater resources.

**Upper Colorado Hydrologic Region**

In this hydrologic region, surface waters generally flow out of the southern Rocky Mountains and work their way to major rivers. Water quality in the southern Rocky Mountains is generally good, except in historic mining areas. As the surface waters pass through the Colorado Plateau country, quality declines due to agricultural practices, evaporation, a change in the

BLM_0008682

PUBLIC LAND RESOURCES

nature of the bedrock, and urban wastewater disposal practices (Spahr et al. 2000). Concentrations of nutrients and pesticides increase as the waters pass through this area. Groundwater quality in this region appears to be influenced mainly by the nature of the bedrock. In areas of sedimentary rock, concentrations of TDS, along with radon, uranium, and metals, can be high. Mesozoic rocks in this region may host uranium, selenium, evaporite, and copper deposits. In areas of the Colorado Plateau administered by the BLM, grazing and mining are the main activities, often leading to local groundwater contamination from metals, especially the uranium-rich areas of the Colorado Plateau.

**Lower Colorado Hydrologic Region**

High surface water temperatures in this hydrologic region affect water quality. Total dissolved solids concentrations can be elevated, especially along major rivers with extensive agriculture in their river valleys, such as the Salt and Gila rivers of Arizona. Agricultural land use practices and mining have been the major contributors to surface water degradation in this region. Public lands in this region are used mainly for grazing and mining, resulting in localized impacts to surface waters. These impacts include increases in turbidity, sedimentation, salinity, and possible chemical contamination. High erosion rates can be expected wherever there is a large percentage of exposed soil, a very common result of grazing by domestic animals in this region (Bogan et al. 2003).

Groundwater quality in this region is dependent on the rocks that host the groundwater reservoir. Shallow groundwater reservoirs are mainly in alluvium or Late Tertiary sedimentary beds dominated by lakebeds and evaporites, causing saline groundwater with elevated concentrations of TDS. In mining districts, concentrations of metals are elevated in the groundwater, and in areas of extensive grazing, shallow alluvial groundwater may have elevated concentrations of nitrates and bacteria. Deep groundwater reservoirs are usually contained in carbonate rocks, leading to groundwater of good quality and low concentrations of TDS.

**Rio Grande Hydrologic Region**

Elevated levels of TDS associated with agriculture in the Rio Grande River valley can pose a problem for surface water quality. Agricultural practices along the Rio Grande River have also contributed nutrients and pesticides to surface waters (Levings et al. 1998). The upper reaches of the Rio Grande River in Colorado and the tributaries to the Rio Grande River in southern Colorado have shown elevated metal concentrations, primarily due to the Creede, Colorado, mining district.

Most of the groundwater resources utilized in the Rio Grande River basin are used for irrigation and livestock watering, although drinking water is also an important use. Nitrate concentrations may exceed USEPA standards, particularly in agricultural areas such as the San Luis and Rincon valleys. Pesticides have been detected in the groundwater in both agricultural and urban areas, but generally do not exceed USEPA standards. Volatile organic compounds (VOCs) may be present in shallow groundwater in urban areas such as Albuquerque and Santa Fe (Levings et al. 1998).

**Missouri Hydrologic Region**

In the high Rocky Mountains of this hydrologic region, surface water has low concentrations of dissolved solids and meets all aquatic and drinking water standards, except in areas of historic mining. As surface water leaves the mountains and enters the plains and valleys surrounding the mountainous area, the water quality changes. In Colorado, agricultural land use practices and urban wastewater disposal degrade the water quality by adding nutrients and pesticides (Dennehy et al. 1998). In Wyoming, dewatering from mining and petroleum extraction has resulted in localized increases in concentrations of dissolved solids and metals in surface waters. Grazing activities in the Great Plains affect surface water quality by contributing sediments and nutrients. Bacterial contamination of surface water by domestic livestock is considered a significant non-point source of water pollution (Bohn and Buckhouse 1985, George 1996). Areas of extensive agriculture often have elevated nutrients and pesticides in the surface water. Agricultural practices have contributed nutrients and pesticides to surface waters in basins along major rivers in this region.

Groundwater in this region is generally of good quality and low in TDS, except in areas of historic and present-day mining, where there are elevated concentrations of sulfate and metals in the groundwater. In areas of the Rocky Mountains administered by the BLM, mining is the principal source of groundwater contamination. A secondary source of contamination is the geology of the bedrock, where rocks rich in uranium and radon contribute to groundwater. This is particularly evident in Wyoming and in the South Platte River basin of Colorado (Dennehy et al. 1998). Shallow alluvial groundwater in agricultural areas has elevated concentrations of nutrients and pesticides. Shallow

groundwater along the Colorado Front Range and in large urban areas of the Rocky Mountains shows local evidence of contamination by wastewater, petroleum by-products, and nutrients and/or pesticides used on lawns and golf courses. In the Great Plains, groundwater has nitrate concentrations that often exceed the USEPA limit of 10 parts per million (ppm) and also has elevated concentrations of pesticides.

**Great Basin Hydrologic Region**

Water quality in the rivers and streams of this hydrologic region has been affected by agricultural land use along the major rivers, urban waste disposal practices, the chemical composition of rocks in the river basins, and past mining activity. Public lands in the Great Basin generally exclude urban and agricultural areas, but include most of the areas of past mining. Agricultural practices have contributed nutrients and pesticides to surface waters in basins along major rivers. Urban areas, such as Reno, Las Vegas, and Salt Lake City, have added nutrients and synthetic organic compounds to surface waters as well. Past mining activity has added metals to surface waters in localized areas throughout the Great Basin. The chemical makeup of near-surface rocks has contributed arsenic, uranium, and radon to surface waters (Bevans et al. 1998).

Groundwater quality in the Great Basin is determined mainly by the chemistry of the rocks that host the groundwater reservoir. Groundwater in reservoirs made of carbonate rocks and sandstones has relatively low concentrations of TDS and is of good quality. Groundwater in the central parts of basins with playa lakes, and in areas with evaporite beds, generally has elevated concentrations of salts and TDS. Groundwater in mining areas often has high localized concentrations of mercury, arsenic, and other metals. In areas of extensive agriculture, shallow alluvial aquifers are often contaminated with nitrates and pesticides.

**Arkansas-White-Red Hydrologic Region**

Surface water quality is typically moderate in this hydrologic region, and poor in areas with extensive agricultural or livestock production. The upper reaches of the Arkansas River, where most public lands are located, rely primarily on spring snowmelt for recharge and are generally of better water quality than other portions of the region.

Groundwater quality is relatively good in this region. The TDS concentration of water in the aquifers in eastern Colorado and eastern New Mexico is generally

less than 500 milligrams per liter (mg/L), but may exceed 1,000 mg/L in small areas of Colorado. Concentrations less than 250 mg/L are found in northeastern Colorado and are the result of relatively high recharge rates in areas of sandy soil that contains few soluble minerals (Robson and Banta 1995).

# Wetland and Riparian Areas

Wetlands are generally defined as areas inundated or saturated by surface water or groundwater at a frequency and duration sufficient to support vegetation that is typically adapted for life in saturated soil (USDI BLM 1998b). Wetlands include bogs, marshes, shallows, muskegs, wet meadows, estuaries, and riparian areas. According to the 1987 Corps of Engineers Wetland Delineation Manual, an area must exhibit evidence of at least one positive wetland indicator from each of the following parameters to be defined as a wetland (Environmental Laboratory 1987):

- **Soils** - The substrate is predominately undrained hydric soil, or the soils posses characteristics that are associated with reducing soil conditions;

- **Hydrology** - The area is inundated either permanently or periodically at a mean water depth of less than 6.6 feet or the soil is saturated to the surface at some time during the growing season of the prevalent vegetation; and

- **Vegetation** - The land supports predominately hydrophytes. Hydrophytes are macrophytic plants with the ability to grow in water or on a substrate that is at least periodically deficient in oxygen as a result of excessive water content and depleted soil oxygen levels.

The BLM administers approximately 12.8 million acres of wetlands. Of these, approximately 12.6 million acres are found in Alaska (USDI BLM 2006d).

Riparian and wetland areas comprise approximately 9% of public lands (USDI BLM 2006c). The benefits of these vital areas, however, far exceed their relatively small acreage. The functions of wetland and riparian areas include water purification, stream shading, flood attenuation, shoreline stabilization, groundwater recharge, and habitat for aquatic, semiaquatic, and terrestrial plants and animals (USEPA 2001b).

BLM_0008684

The BLM has surveyed 89% of the wetland acreage in the lower 48 states. Only a small fraction of the wetlands in Alaska have been surveyed due to their pristine nature and lack of immediate development pressure. Sixty-seven percent of wetlands in the lower 48 states evaluated were judged to be functioning properly (USDI BLM 2006d). Ninety-eight percent of Alaska wetlands are assumed to be functioning properly. The remaining Alaska wetlands have been placed in the "Unknown" category because some questions have been raised about development impacts.

The BLM defines properly functioning wetlands as those that: 1) support adequate vegetation, landform, or debris to dissipate energies associated with wind action, wave action, and overland flow from adjacent sites, thereby reducing erosion and improving water quality; 2) filter sediment and aid floodplain development; 3) improve floodwater retention and groundwater recharge; 4) develop root masses that stabilize islands and shoreline features against cutting action; 5) restrict water percolation; 6) develop diverse ponding characteristics to provide the habitat and the water depth, duration, and temperature necessary for fish production, waterbird breeding, and other uses; and 7) support greater biodiversity (Prichard et al. 2003). This assessment does not take into consideration the habitat value of the wetland to fish and wildlife.

About 20% of wetlands are considered to be functional, but at risk, and 2% are non-functional, in terms of their ability to dissipate energy associated with high-flow events (USDI BLM 2006d). Public lands with poorly functioning wetlands tend to be located in the southwestern U.S.

Riparian areas, according to the BLM, are green zones along flowing-water features such as rivers, streams, and creeks (Gebhardt et al. 1990). These areas exclude streams where water flows for only brief periods during storm runoff events (ephemeral streams). The BLM administers approximately 143,000 miles of riparian habitat in the treatment area. Of this, approximately 107,565 miles are found in Alaska (USDI BLM 2006d).

It is estimated by the BLM that 46% of surveyed riparian areas in the lower 48 states and 100% of riparian areas in Alaska are properly functioning in terms of having adequate vegetation, landform, or large woody debris present to dissipate stream energy associated with high waterflows (USDI BLM 2006c). Eight percent of riparian areas in the lower 48 states are considered non-functional, and 38% are functioning but at risk (USDI BLM 2006c). Poorest functioning riparian

areas are found in the southwest and Montana, while most riparian areas in Alaska, Colorado, and Utah function properly.

# Vegetation

The composition and distribution of plant communities in the western U.S. have been influenced by many factors, including climate, drought, insects, diseases, wind, domestic livestock grazing, cultivation, browsing by wildlife, and fire (Gruell 1983). Other activities that have a direct and/or indirect effect on plant communities include logging, minerals extraction and reclamation activities, recreational activities, and ROW development including road construction and maintenance. In addition, competition with non-native invasive plant species has resulted in the loss of native plant communities in portions of the western states.

Before European settlement, naturally occurring fire was an important influence on the landscape of the West, and plant communities are adapted to the occasional intense fires that burned over the landscape (Gruell 1983). The exclusion of fire following European settlement has caused significant changes in plant species composition in the western U.S., especially in areas adapted to fire (Swetnam 1990). Where fire-adapted communities previously limited the expansion of juniper, sagebrush, and other less fire-tolerant species, exclusion of fire has resulted in invasion of these species into the surrounding ecosystems (Gruell 1983). The circumstance has also contributed to accumulation of hazardous fuels.

## Ecological Processes that Underlie the Effects of Fire on Flora

The following section presents an overview of ecological principals related to the effects of fire on vegetation, followed by a discussion of the fire ecology and vegetation in each ecoregion. The following documents were the source of information provided in this assessment: *Final EIS Vegetation Treatment on BLM Lands in Thirteen Western States* (USDI BLM 1991a); *Wildland Fire in Ecosystems Effects of Fire on Flora* (USDA Forest Service 2000b); *Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species* (Tall Timbers Research Station 2001); and *Fire as a Tool for Controlling Nonnative Invasive Plants* (Rice 2004). The reader is encouraged to consult these documents, and the references cited therein, for a more detailed

BLM_0008685

assessment of fire-vegetation relationships; website links to several of these documents are provided in the References section of the PER.

## Fire Recurrence

Fire has shaped plant communities for as long as vegetation and lightning have existed on earth (Pyne 1982). Approximately 8 million lightning strikes per day occur globally that can start fires. During the past 20,000 years, humans have also been a major source of ignition, and the intentional burning of vegetation by Native Americans has occurred for several centuries (Gruell 1985, Denevan 1991).

Historically, fire has occurred over large areas covering more than half of the U.S. at intervals of 1 to 12 years, and at longer intervals over the remainder of the country (Frost 1998). The frequency of historical fire varied widely depending on climate. Fire return intervals in the western U.S. typically ranged from 2 to 5 years in ecosystems that supported abundant cured or dead fine fuels such as ponderosa pine and oak savanna in the Southwest; 5 to 35 years for dry site conifers, shrublands such as California chaparral, and most grasslands; 35 to 200 years for mesic site western conifers; 200 to 500 years for some wetter site conifers; and 500 to 1,000 years for extremely cold or wet ecosystems, such as alpine tundra and Pacific Northwest coastal spruce-hemlock forests.

Historically, fires have occurred at irregular intervals, largely determined by climate (Johnson and Larsen 1991, Swetnam 1993). However, temperature was the most important influence on fire frequency over periods of decades to centuries. In both cases, fuel moisture content was probably the fuel property most influenced by climatic trends in precipitation and temperature.

## Biodiversity

Biodiversity is the variety of life and associated ecological processes that occur in an area. Fire regime, which is defined as the nature of fire occurring over long periods and the prominent immediate effects of fire that generally characterize an ecosystem, influences biodiversity in various ways (Duchesne 1994). The official definition of fire regime is the patterns of fire occurrences, frequency, size, severity, and sometimes vegetation and fire effects, in a given area or ecosystem (National Wildfire Coordinating Group 2007). In forest ecosystems, understory fire (i.e., fires that tend to occur in the understory and are nonlethal to the dominant vegetation) regimes have the greatest influence on

biodiversity within plant communities because the understory vegetation is more affected by fire than the overstory. Stand-replacement fire (i.e., fire kills aboveground parts of the dominant vegetation and changes the aboveground structure substantially) regimes influence biodiversity across the landscape by affecting the size, shape, and distribution of vegetation patches. Mixed fire (i.e., causes selective mortality in dominant vegetation or varies between understory fires and stand-replacement fires) regimes have a substantial effect on biodiversity within plant communities. Fire frequency and timing largely determine biodiversity in grassland systems (Brown and Smith 2000).

Biodiversity can be increased by fire and reduced by eliminating fire. Variability of fire regimes in time and space creates the most diverse complexes of species. Thus, landscapes having fires with high variability in timing, intensity, pattern, and frequency tend to have the greatest diversity in ecosystem components (Swanson et al. 1990). However, biodiversity can be reduced when fires occur much more frequently than they did under the historical fire regime.

### Plant Response to Fire

Many species depend on fire to continue their existence. Many species have adaptive traits that allow species to survive fire. Thick bark, fire resistant foliage, and adventitious buds allow plants to survive low to moderate intensity fires of short duration, while traits such as fire-stimulated germination and belowground sprouting parts allow plants to survive high intensity fires (Brown and Smith 2000). Fire severity and intensity have a large influence on the composition and structure of the initial plant community following fire.

As a general rule, burned areas tend to return to the same flora that was there before fire (Lyon and Stickney 1976, Christensen 1985). However, fires of high severity create opportunities for new plants to establish from off-site seed. Large, high severity burns can be slow to recover, depending on available seed sources. Fires of low severity are followed by a strong sprouting response, except where annuals are the dominant vegetation.

The timing of fire, including seasonality and frequency, is important in determining fire severity and species survival. Seasonal timing of fire affects reproduction of herbaceous plants and shrubs. For example, spring and summer fires may produce abundant postfire flowering, while fall fires may produce little. Fire frequency is especially important for short fire-return interval

BLM_0008686

PUBLIC LAND RESOURCES

species. Frequent fire regimes that allow control of shrubs are important for maintaining grassland ecosystems (Brown and Smith 2000). Many rare and threatened plant species depend on short-return fire intervals to survive (Greenlee 1997).

### *Community and Landscape Responses to Fire*

Species diversity within a plant community depends on species composition, the adaptive traits of plants, the timing of fire, and the nature of fire as it moves through the community. The spatial arrangement of fuels and individual plants can be important to survival, particularly where fuels are unevenly distributed. Concentrations of live or dead fuels can generate high fire intensities and severities on relatively small sites, which can enhance or reduce diversity depending on the community. For example, in a Douglas-fir forest, localized fuel concentrations may result in fire-created gaps or holes in the canopy, creating structural diversity and stimulating understory vegetation, a typical response to fire in a mixed fire regime. However, in a ponderosa pine forest, excessive mortality to highly valued old growth trees might be a consequence (Brown and Smith 2000).

Ecosystems and plant communities are considered to be fire dependent when their continued existence depends on recurrent fire. Where fires occur regularly and frequently, such as in open pine communities and Mediterranean shrublands, plant communities may remain stable for millennia (Chandler et al. 1983). Repeated fires in fire-dependent communities maintain a dynamic process that creates diversity across the landscape. If fire is excluded, however, biodiversity likely diminishes (Chang 1996).

Fires create patches on the landscape of different dominant vegetation and stand structure. Patches can vary in size and shape depending on the biophysical features of the landscape. Winds of variable speed and direction can cause fire to create a variety of burn shapes. Terrain and landforms primarily determine patch characteristics in heavily dissected landscapes. For example, historical fires were typically large (> 10,000 acres) in boreal forests on moderate terrain, but medium to large (100 to 10,000 acres) in conifer forests in mountainous terrain (Heinselman 1981, Brown and Smith 2000).

As time since the last fire increases, stands become similar and structural diversity is reduced. The likelihood of larger fires increases as the fire-free period becomes longer, resulting in larger fires and less patch

diversity (Heinselman 1981, Bonnickson and Stone 1982, Swetnam 1993).

### Ecological Processes

Fire is an ecological process that triggers other processes and associated conditions. Plant mortality, regeneration, and growth are obvious effects of fire. Secondary effects include plant succession, decomposition of dead material, and accumulation of fuel needed for a fire to start.

### *Successional Pathways*

Succession is viewed as a dynamic process that can move in different directions under the influence of periodic disturbance and may never reach a stable end point (Christensen 1988). Successional classes (e.g., mature forest) are described by vegetation type and structural stage. Time is a key element in understanding succession (Wright and Heinselman 1973). Some grassland plant communities regain their former composition and structure within 1 to 2 years after a disturbance, while forest communities could take decades to centuries to recover to a mature condition. Fire severity influences the length of time until plant communities recover to their pre-burn state. Large, severe burns have a longer recovery time then less severe fires. Periodic fires at short intervals can prevent the development of later successional vegetation stages, and can sometimes alter successional pathways if frequent fires eliminate propagules of later successional species, as in the case of frequent fires in sagebrush sites dominated by downy brome.

### *Decomposition*

Fire, insects, and pathogens are responsible for the decomposition of dead organic matter and the recycling of nutrients (Olson 1963, Stoszek 1988). Burning directly recycles the carbon found in living and dead vegetation. The relative importance of fire and biological decomposition depends on site and climate (Harvey 1994). In cold and dry environments biological decay is limited, which allows accumulation of plant debris. Fire plays a major role in recycling organic matter in these environments. Without fire, nutrients are tied up in dead woody vegetation. In forests, increased tree density results in increased competition and moisture stress, and increased likelihood of mortality from insects and diseases. Increased mortality leads to increased dead fuels and increased fire. In grassland ecosystems where both fire and grazing are excluded, thatch or dead herbaceous litter accumulates, reducing

BLM_0008687

plant productivity and plant species richness (Wright and Bailey 1982). Fire can help control encroaching shrubs and trees; increase productivity, utilization of coarse grasses, and availability of forage; and improve habitat for wildlife.

### Fuel Accumulation

Fuel accumulation is a term that is often used to indicate an increasing potential for fire to start, spread, and intensify as the time since the last fire increases. Fuel accumulation and associated fire potential depend on fuel quantity as well as other important fuel properties such as compactness and continuity (vertical and horizontal). Generally, the greatest amount of fuel accumulation is on highly productive sites in grassland, shrubland, and forest ecosystems (Brown and See 1981, Wright and Bailey 1982). In forest ecosystems, much of the dead fuel exists as coarse woody debris.

Fuel continuity is important because it partially controls where a fire can go and how fast it travels. In grasslands and open shrublands, heavily grazed areas and areas of low productivity form discontinuous fuels that limit the spread of fire and can be a critical obstacle to use of prescribed fire. In forests, existence of ladder fuels from understory vegetation allows surface fires to reach into the crown canopy. If the canopy is mostly closed, crown fire can readily develop under adequate wind speeds. Open canopies do not support crown fires. Increased fuel continuity can account for changes in fire severity from understory to stand replacement.

Live and dead fuels, as well as small and large diameter fuels, can follow different patterns of accumulation in forests. Typically, live herbaceous and shrub fuels increase following fire during early stages of stand development. Then, as tree canopies close, fuel quantities tend to decrease on mesic sites (Habeck 1976, Lyon and Stickney 1976). However, the decrease in fuels may not occur where understories contain shade tolerant species, which tend to have more foliar biomass than shade intolerant species due to their longer needle retention and higher crown densities (Brown 1978). Because of their shade tolerance, they can fill in crown canopy gaps and develop into understory ladder fuels.

On many grasslands, grazing eliminates some of the annual production, so fuel accumulation is minor. In the absence of grazing, fuel quantities depend primarily on annual production, which varies substantially by site potential and annual precipitation (Wright and Bailey 1982). In shrub and shrub/grass ecosystems, young communities generally have a low dead-to-live ratio.

Flammability depends largely on grass and sedge fuels. As shrubs become senescent or undergo mortality, dead stemwood accumulates, which significantly increases potential flammability.

### Human Influences

People are part of ecosystems and as such have exerted a major, far-reaching influence on fire across the landscape. Burning by Native Americans was common throughout the United States, although its extent varied considerably, depending on locale and population movements (Pyne 1982, Boyd 1999).

Efforts to suppress fires were modest at first, relying on wet blankets and buckets of water around dwellings and campsites. Suppression capabilities now rely on sophisticated communications, rapid attack, specialized equipment, and many fire fighters. Fire protection has reduced the extent of fire and increased fire intervals. Then, more protection is needed to keep burned acreage down.

### Shifting Fire Regimes

Across most of the U.S., fire regimes have shifted from what they were historically. In a comprehensive assessment of burning in the contiguous United States, Leenhouts (1998) estimated that approximately 10 times more area must be burned than at present to restore historical fire regimes to nonurban and nonagricultural lands. The greatest departure from historical fire regimes is in the Rocky Mountains, where only a small fraction of the pre-1900 annual average fire acreage is being burned today (Barrett et al. 1997). Extensive grazing by domestic stock that reduces fuels, and fragmentation by agriculture and urbanization, have also contributed to shifting fire regimes. Lengthened fire return intervals have resulted in changes to vegetation and fuels by increasing wildfire severity and decreasing species and structural diversity. A recent comparison of historical and current fire regimes in the Interior Columbia River Basin showed that fires have become more severe over 24% of the area (Morgan et al. 1998).

### Forests and Woodlands

Changes in forest composition and structure due to shifting fire regimes have been widely documented. Generally, shade-intolerant species are being replaced with shade-tolerant species. Stand densities are increasing with the development of multiple layer canopies. Outbreaks of insects and occurrence of root diseases appear to be worsening (Stewart 1988). The

PUBLIC LAND RESOURCES

greatest impacts have occurred in the understory fire regime types typified by ponderosa pine and longleaf pine ecosystems. Although these two ecosystems experience widely different climates, they share the same end results of fire exclusion, which is made worse in some locations by selective harvesting of old growth trees. Where fire regimes have shifted, growth and vigor of trees are reduced, insect and disease mortality is increased, and understory fuel loadings and continuity are increased so that wildfires tend to be of high intensity, killing most or all of the overstory. Diversity of understory herbs and shrubs is decreased.

Under mixed fire regimes, there is considerably less nonlethal understory fire than in the past (Brown et al. 1994). The mixed fire regime is shifting toward a stand-replacement fire regime that favors more shade tolerant species and less landscape diversity. In stand-replacement fire regimes, fire intervals have generally lengthened; however, the effects of this change vary widely depending largely on presettlement fire return intervals and accessibility for fire suppression efforts. For example, in a lodgepole pine/subalpine fir forest in Idaho, presettlement stand-replacement fire was 1.5 times more prevalent than during the recent period (Brown et al. 1994). In the same forest type in Yellowstone National Park, however, the area burned probably has not changed substantially from presettlement to recent periods (Romme and Despain 1989).

The age distribution of marginally commercial and noncommercial forests, such as those in wilderness areas and parks, is shifting to an abundance of older stands (Brown and Arno 1991). Succession is increasing the shade tolerant component of stands, making a major species shift likely if fire continues to be excluded. In the case of aspen, more than half of the aspen forest type has been lost, much of it due to successional replacement by conifers (Bartos et al. 1983; Bartos 1998). Fire protection policies have resulted in the fire cycle in aspen shifting from about 100 years to 11,000 years.

### Grasslands and Shrublands

Grassland fire regimes have shifted dramatically from the presettlement period. Many ecologists consider the reduced frequency and extent of fires on rangelands due to fire protection to be among the most pervasive influences in the United States by non-indigenous peoples (Pieper 1994). The shift to woody plant domination has been substantial during the past hundred years. Grazing and possibly climate changes have acted

with reduced fire to give a competitive advantage to woody plant species. Some woody plants, such as honey mesquite, become resistant to fire, develop fuel discontinuities, and reduce the spread of fire. In time, recovery following fire favors shrubs over perennial herbaceous species, which can alter the composition of ecosystems to the point that a return to the grassland type becomes nearly impossible or impractical (Archer 1994, Brown 1995).

Fire regimes have shifted to increased fire in the drier portions of the sagebrush-steppe ecosystem that occupies over 100 million acres in the western U.S. Fire frequency has increased in many areas due to invasion of downy brome, medusahead, and other introduced annuals that cure early and remain flammable during a long fire season. Increased fire frequency exerts strong selective pressure against many native plants. A contrasting situation exists for the more mesic mountain big sagebrush type, in which decreased fire frequency and encroachment by conifers is causing a reduction in herbaceous and shrub vegetation.

### Managing Fire

Fire is an integral component of ecosystems that can affect all aspects of ecosystem management. Fire regimes have shifted as a result of human influences, and may continue to shift with clearly detrimental results in some ecosystems. Land managers need to know how to plan and carry out fire management strategies that successfully incorporate the ecological role of fire. Constraints on managing prescribed fire and smoke make it difficult to achieve resource goals, while protection against wildland fires allows development of undesirable ecological consequences (Brown and Arno 1991).

#### *Historical Range of Variability*

The historical range of variability (also called natural range of variability) in ecosystem components can be used to help set desired future conditions and fire management objectives. It can serve as a basis for designing disturbance prescriptions at varying spatial scales and help establish reference points for evaluating ecosystem management (Morgan et al. 1994). Historical fire regimes of forest ecosystems are often characterized by determining age distribution and aerial extent of seral classes across a large landscape, and dating fire scars to determine fire return intervals. A strong argument can be made that knowledge of historical fire should be used as a guide for understanding landscape patterns, conditions, and dynamics, but not necessarily for

creating historical landscapes. Knowledge of historical variability provides a basis for bringing the range of existing conditions in a landscape within the historical range (Swanson et al. 1993).

**Restoration of Fire**

The need for restoration is most evident in high fire frequency regimes, such as understory fire regime types and some grasslands and shrublands, where fire has been excluded for several times longer than the average fire return interval. Although considerable knowledge supports the need for restoration of fire into wildland ecosystems, constraints and obstacles confront land managers (Brown and Arno 1991, Mutch 1994). Limited funding, air quality restrictions, concerns over escape fire, and inadequate public support can pose difficulties. Some breakthroughs in managing emissions and obtaining support have provided more latitude for prescribed fire programs (Mutch and Cook 1996).

Restoration of fire in grasslands, shrublands, and savannas requires careful consideration of seasonal timing and frequency to assure that prescribed fires will spread at appropriate severities. Once woody plants have encroached to a point of dominating a site, it becomes difficult to get fire to spread with sufficient heat to kill aboveground stems, such as oak in savannas (Huffman and Blanchard 1991) and juniper in sagebrush/grass communities. Perhaps the greatest obstacle to success lies in areas that have successfully lost the native mix of species and lack sufficient grass fuel to carry fire. In these areas, seeding of native species following fire may be necessary to restore a semblance of former plant species composition. Where conifers such as pinyon-juniper and inland Douglas-fir invade grasslands, successful spread of surface fire may require fuel enhancement work, such as cutting numerous trees to create adequate surface fuels (Gruell et al. 1986). Otherwise, crown fire may be required, which will necessitate a more flammable, narrow fire prescription that can limit burning opportunities.

# Fire Ecology and Vegetation by Ecoregion

Vegetation within the treatment area has been classified into 14 subclasses that are consistent with the National Vegetation Classification Standard (Federal Geographic Data Committee 1997; Table 3-4). The subclasses differentiate vegetation on the basis of growth form (tree, shrub, or herb), life history strategy (evergreen or deciduous, annual or perennial), and percent of canopy

closure (forest or woodland) or hydrologic influences. The following sections discuss important vegetation subclasses for each ecoregion and their fire ecology.

**Tundra Ecoregion**

Located at high latitudes in northern and western Alaska, plant communities in the Tundra Ecoregion are adapted to withstand an extremely short growing season, continuous permafrost, and limited rooting depths. Slow-growing dwarf shrubs, grasses and sedges, and cryptogams (lichens) are the dominant vegetation types in this region. Approximately 39 million acres of public lands occur within this ecoregion.

Perennial graminoid communities are found on over 13 million acres (Map 3-8). Along Alaska's coastal regions to the north, west, and southwest, cottongrass-tussock communities are the most widespread plant systems. Cottongrass occurs as the dominant species in extensive patches in flat, poorly drained areas, and is associated with other sedges, dwarf shrubs, lichens, mosses, dwarf birch, Labrador tea, and cinquefoil. Similar plant communities are also found at low elevations in the mountainous North Slope and Alaska Peninsula regions.

Deciduous shrublands (both dwarf and non-dwarf) are found in many of the same areas as perennial graminoid communities, as well as higher elevation alpine areas. Deciduous dwarf-shrubland occurs on over 10 million acres and is characterized by shrubs that are less than 2 feet tall, a reduced stature that is attributable to extremely harsh growing conditions. Characteristic plant species include dwarf birch, willow, blueberry, and Labrador tea and other shrubs. A variety of forbs and graminoids are found in the understory, and lichen species may be an important component. At high elevations in mountainous areas, dwarf Arctic birch, crowberry, and dwarf blueberry are also common.

Deciduous shrubland species occur on over 6 million acres and are generally the same as those found in deciduous dwarf-shrublands, but are taller because of slightly better growing conditions. Willow, dwarf birch, alder, huckleberry, Labrador tea, and heath species are common. These communities may be successional to forest or woodland, or may be the climax vegetation where frozen and poorly drained permafrost soils limit tree growth. Stunted black spruce and other tree species are occasionally scattered throughout shrub communities.

In areas underlain by permafrost, nearly 3 million acres of sedge-dominated wet meadows, bogs, and wetlands

BLM_0008690

PUBLIC LAND RESOURCES

are scattered among the shrublands. Along major rivers and streams, riparian communities composed of alder, willows, and stunted stands of spruce and birch can be found. In shrublands, pure stands of stunted alder shrubs are found in wet drainages, at the head of streams, along river terraces, or on slopes. Some evergreen spruce woodlands, spruce hardwood forests composed of white spruce, paper birch, and alder, and black spruce forests also occur, in low amounts, in the Tundra Ecoregion.

### Fire Ecology

In general, distribution of vegetation over the tundra biome is characterized by a patchy occurrence of dense vegetation, sparse vegetation, and bare ground offering an interrupted fuel bed (Payette et al. 1989). However, in the sedge tussock-mixed shrub tundra, the fuel layer, made up mostly of tussock cottongrass, is dense and continuous, leading to large, fast spreading fire conflagrations (Racine et al. 1987).

The transition zone between the upper limit of the boreal forest and the tundra, which has been distinguished as forest-tundra, is characterized by a fragmented cover of scattered forest stands of lichen-spruce and lichen-heath communities on well-drained sites. In Alaska, the forest-tundra is commonly termed taiga. The forest-tundra is further delineated into the forest subzone and shrub subzone (Payette et al. 1989; Sirois and Payette 1991). In both the forest-tundra and tundra, the ground vegetation is the primary carrier of fire. Lichens resemble dead tissue more than live tissue in their susceptibility to fire and often serve as the initial point of ignition. The low shrub component can provide a high percentage of fine, dry fuel with a low temperature of ignition (Auclair 1983).

Burning patterns of tundra ecosystems generally are characterized by moderate intensity surface fires that may kill all aboveground plant parts, but seldom destroy underground parts (Bliss and Wein 1972, Viereck and Schandelmeier 1980, Van Wagner 1983). Although the fire cycle may be as short as 100 years, it is usually much longer (Viereck and Schandelmeier 1980).

The tussocksedge tundra of Alaska may be a fire-dominated ecosystem, although the fire interval has yet to be determined (Racine et al. 1987). The long fire rotations in the tundra are probably related to the prevalence of cold, humid summers, saturated peat profiles, and the absence of continuous plant cover. These features serve to restrict fire spread over a large area (Payette et al. 1989).

### Subarctic Ecoregion

Located within the central continental region of Alaska, the Subarctic Ecoregion primarily consists of evergreen forests and open lichen woodlands collectively known as the boreal forest, or taiga. The climate in this region is characterized by low precipitation (10 to 20 inches average annual precipitation), extreme ranges of temperature, low humidity, and high evaporation rates. However, as it is a diverse area, large portions of this region are semiarid as well. Approximately 43 million acres of public lands occur in this ecoregion.

Over 20 million acres of evergreen woodlands and mixed evergreen-deciduous woodlands can be found throughout this region. Within the lowland areas of interior central Alaska, evergreen woodlands are often composed of pure stands of black spruce, with an understory of willow, dwarf birch, crowberry, blueberry, lichens, and mosses. Within the mountainous regions of central and south-central Alaska, woodlands are also common, typically supporting a number of boreal tree species: white spruce, black spruce, tamarack, balsam poplar, paper birch, and aspen.

Deciduous shrubland occurs on 10 million acres, predominantly at higher elevations in the mountainous areas of this region. These shrublands are composed of a wide variety of low growing shrubs, herbs, grasses, and sedges, rooted in mosses and lichens. Mountain avens, low growing willows, dwarf birch, Labrador tea, blueberry, green alder, moss campion, and blackish oxytrope are all common species. Along riparian areas, deciduous tree species are prevalent. Paper birch, aspen, and balsam poplar are all found in these deciduous forest riparian communities. Extensive sphagnum bogs occur in old river terraces, ponds, and sloughs. These scattered wetlands are composed of sphagnum and other mosses, sedges, bog rosemary, Labrador tea, rose, birches, willow, bog cranberry, soapberry, and blueberry. About 2 million acres of forested communities also occur in the Subarctic Ecoregion. Mixed evergreen-deciduous forests, supporting many of the same species as woodlands, can be found in mountainous areas between elevations of about 1,000 and 3,000 feet (timberline). Spruce-hardwood forests, consisting of white spruce, birch, aspen, and poplar, with an undergrowth of mosses and berries, are common.

BLM_0008691

**TABLE 3-4**
**Vegetation Classification System**

| Order | Class | Subclass |
|---|---|---|
| Tree dominated | Closed tree canopy | 1. Evergreen forest |
| | | 2. Deciduous forest |
| | | 3. Mixed evergreen-deciduous forest |
| | Open tree canopy | 4. Evergreen woodland |
| | | 5. Deciduous woodland |
| | | 6. Mixed evergreen-deciduous woodland |
| Shrub dominated | Shrubland | 7. Evergreen shrubland |
| | | 8. Deciduous shrubland |
| | Dwarf-shrubland | 9. Evergreen dwarf-shrubland |
| | | 10. Deciduous dwarf-shrubland |
| Herb dominated | Herbaceous vegetation | 11. Perennial graminoid |
| | | 12. Annual graminoid or forb |
| | | 13. Perennial forb |
| | | 14. Riparian/wetland |

Source: Developed by the BLM based on the Federal Geographic Data Committee Vegetation Subcommittee's National Vegetation Classification Standard (Federal Geographic Data Committee 1997).

### Fire Ecology

Because of its structure, the black spruce forest in Alaska is highly flammable and burns readily. Most fires in black spruce associations are either crown fires or surface fires intense enough to kill the overstory trees (Viereck and Shandelmeier 1980). Because the base of most black spruce crowns is close to or in contact with the moss-lichen layer, surface fire readily spreads into the crowns of trees and ignites most of the black spruce and tamarack trees as it passes (Viereck and Shandelmeier 1980). Associated understory shrubs are top-killed and the moss-lichen layer is usually consumed. Small patches of exposed mineral soil are common, intermixed with less severely burned microsites (Foote 1983). Fires under extremely dry conditions may burn off this entire layer and completely expose the mineral soil, although this is not common. In less extreme conditions, the lichen-dominated black spruce forest burns while the moister and older feather moss dominated stands or deciduous mixed wood areas remain unburned (Foster 1983). In general, fire on black spruce sites is a common occurrence, and most stands burn before they are 100 years old (Foote 1983).

Because mature white spruce forests accumulate large amounts of organic matter consisting of feather mosses, woody fuels, flaky barks, and shrubs, they are highly susceptible to fire. Also, the crown and canopy structure (i.e., tree crowns extending nearly to the ground) is ideal for ignition and propagation of crown fires (Rowe and Scotter 1973, Van Wagner 1983). In the boreal forest, the fire regime is characterized by crown fires or severe surface fires with a return interval averaging 50 to 150 years. In Alaska, white spruce stands commonly are greater than 100 years old (Foote 1983).

In general, aspen stands are most flammable in the spring, late summer, and fall when they are leafless due to the drying effect of sun and wind on the leaf litter. Furthermore, in the fall the herbaceous plant and shrub component of the understory is dead and dried out, forming a continuous layer of loosely organized fine fuel. In general, flammability depends largely on the amount of herbaceous, shrub, and coniferous fuels present in the stand. Stands with a fair conifer component can burn when aspen leaves are still present.

### Temperate Desert Ecoregion

The Temperate Desert Ecoregion is composed of arid lands in the rain shadow of the Pacific mountain ranges, including the Great Basin, Columbia Plateau, and Wyoming Basin. Plant communities, which are adapted to pronounced summer drought and cold winters, are composed primarily of xerophytic semidesert shrubs. Approximately 105 million acres of public lands occur in this ecoregion.

Evergreen shrublands in the form of sagebrush communities occur on nearly 74 million acres (Map 3-9). These shrublands typically consist of fairly dense to open vegetation, with shrubs that are 2 to 6 feet high and an understory of perennial and annual grasses and forbs (Cronquist et al. 1972). On the drier sites, shrub density is generally high, while on more mesic sites

BLM_0008692

PUBLIC LAND RESOURCES

individuals are more robust and widely spaced, with greater coverage of herbaceous species.

In the plains and tablelands of the Columbia River and Snake River plateaus and the Wyoming Basin, representative shrubs in sagebrush communities include big sagebrush, black sagebrush, low sagebrush, Mormon tea, and bitterbrush (Cronquist et al. 1972). Important perennial grasses include bluebunch and western wheatgrass, Sandberg bluegrass, Idaho fescue, and basin wildrye. Medusahead and downy brome are introduced annual grasses that have become abundant in these communities where the native herbaceous understory has been depleted, particularly in lower precipitation zones. They have an adaptive advantage over seedlings of most existing grass species in their ability to take advantage of limited moisture early, short lifespans, and prolific seed production. Where repeated fire or grazing have removed the native vegetation, these invasives, as well as invasive forbs, will dominate the site, taking advantage of what moisture exists and outcompeting the native vegetation. They then dry out and become fuel, burning very intensely and carrying fire into previously unburned areas, thus repeating and expanding the cycle.

In the Great Basin and northern Colorado Plateau, common shrubs in salt desert shrub communities are shadscale, fourwing saltbush, spiny hopsage, and greasewood. These communities occur from valley bottoms to mid-elevations in areas with shallow water tables and accumulated salts. Understory vegetation is generally sparse, with a large amount of bare soil or desert pavement exposed (MacMahon 1988). Species such as saltgrass, Indian ricegrass, squirreltail, fescues, and James' galleta may be found in this understory layer. Fires are generally absent due to the sparse fuels, and efforts to reestablish native plant communities are complicated by the dry conditions.

In the mountainous regions, sagebrush communities can be found scattered throughout the forested areas, and sagebrush communities dominate the foothills adjacent to the forested habitat. These higher elevation sagebrush communities are dominated by big sagebrush and other shrubs including antelope bitterbrush, mountain mahogany, and snowberry. The herbaceous component of these plant communities often contains Idaho fescue, bluebunch wheatgrass, various needlegrass and bluegrass species, and a variety of forbs.

Pinyon-juniper (evergreen) woodlands occur on nearly 14 million acres. These communities can be found in small areas in central Oregon, and at elevation zones above sagebrush communities throughout the rest of the ecoregion. Young pinyon-juniper trees are easily killed by fire, which historically limited their expansion into sagebrush communities (West and Van Pelt 1987). Stands of pinyon-juniper have established in many locations, and form dense canopies that cause the loss of understory plants. These closed-canopy pinyon-juniper stands generally do not have enough understory shrubs to carry a surface fire, and do not burn until conditions are met to carry a crown fire.

Deciduous shrublands typically occur at similar elevations as sagebrush, on arid, saline soils on nearly 3 million acres. Dropping leaves during times of drought enable plants such as greasewood, hopsage, catclaw acacia, and European smoketree to survive the harsh conditions. Many of these species are fairly tolerant of alkaline and saline conditions, and occur as lesser members of sagebrush and pinyon-juniper communities.

Other vegetation classes include the perennial bunchgrass grasslands of Oregon, Washington, and Idaho (6 million acres), and the evergreen forests that occur at elevations above woodlands (over 1 million acres). Dominant tree species in these forests include ponderosa pine and Douglas-fir. In a few areas, mountains are high enough to support subalpine fir and Engelmann spruce. Aspen commonly occurs in mountainous areas and is frequently mixed with young conifers.

### Fire Ecology

During the era of Euroamerican settlement, fire frequencies initially increased in the Temperate Desert Ecoregion. Newspaper records between 1859 and 1890 report that settlers engaged in active fire suppression, including deliberate overgrazing of rangeland to reduce fuels. Woody species were favored by the reduction of grass and forb competition caused by overgrazing (Wright 1986). Grazing altered the role of fire in desert areas once dominated by grasses. The consequent reduction of major fires was followed by shrub invasion into desert grasslands. Early 1900s wildland management policies continued to promote historical fire suppression and rangeland use in desert landscapes. A new management strategy was initiated when managers recognized that continued shrub encroachment was associated with overgrazing and fire reduction (Leopold 1924, Komarek 1969). Shifts in land management resulted in reduced grazing, and increased fuels, and thus changed the fire dynamics. Currently, burning of thousands of acres is becoming more common, and fire has become a serious management

BLM_0008693

issue in some shrubland areas (Blaisdell et al. 1982; Bunting et al. 1987; Wilson et al. 1995a). Desert shrubland management traditionally focused on shrub eradication in favor of grasses. The objective was to improve forage for livestock and increase efficient management of range by increasing livestock and wildlife visibility. Fire, disking, herbicides, and heavy grazing were all commonly used. Often, the end result of this heavy range management was to decrease the amount of annual biomass and actually reduce the productivity of these ranges.

Historical accounts of sagebrush habitat are sketchy, but fires in big sagebrush were set both by lightning and humans. The many species and subspecies of sagebrush are quite susceptible to fire. Typical succession after fire would begin with grass/forb dominance, and eventually lead to sagebrush recovery in 30 or more years. In the late 1800s, overstocked free ranging cattle led to a depletion of perennial grasses and other palatable forage. The subsequent introduction and spread of downy brome in the early 1900s corresponds with increased fire frequency and the reduction of big sagebrush. This, in turn, increased erosion and further damaged perennial native grass and forb components (MacMahon 1992).

Since 1900, the cultivation and abandonment of marginal land, abusive grazing, and widespread recurrent prescribed burning of sagebrush has resulted in an imbalance between the numbers and sizes of shrubs, and associated native grasses and forbs (Blaisdell et al. 1982). Thus, much of the resource potential of the sagebrush range has been depleted. By 1936, 85% of sagebrush lands were considered depleted (Tisdale et al. 1969). Prescribed fire was used to remove shrubs and replace them with native perennial grass forage (Pechanec and Stewart 1944; Pechanec et al. 1954; Cornelius and Talbot 1955; Reynolds et al. 1968). This ecosystem readily burns, particularly where there is a contiguous understory of grasses. Habitat changes coincident with increased fire have included plant community composition changes (Blaisdell 1949, Hassan and West 1986), altered soil seed banks (Blank et al. 1995), and increased soil repellency (Salih et al. 1973). The absence of sagebrush is often an indicator of past burns (Humphrey 1974). Secondary consequences of wildfires in sagebrush can include range deterioration, flooding, erosion, lowered grazing capacity, and reduction in the amount and quality of wildlife habitat. Extensive research has focused on rangeland degradation (Young et al. 1979) and loss of productivity (Beetle 1960; Harniss et al. 1981).

Big sagebrush can gain dominance over the herbaceous layer in 5 to 30 years after a burn. The season in which a burn takes place affects the resulting species dominance (White and Currie 1983) and postfire sagebrush productivity (Mueggler and Blaisdell 1958). For example, silver sagebrush mortality is higher and regrowth is less after a dry fall burn (White and Currie 1983). After fires, sagebrush mortality is proportional to fuel reduction. Although many sagebrush species are readily killed by fire, at least three species (threetip sagebrush, silver sagebrush, and coastal sagebrush) are known to resprout (Tisdale and Hironaka 1981, Malanson and O'Leary 1985). Most sagebrush species reseed after fire, but may require fire intervals of up to 50 years to regain their dominance (Bunting et al. 1987). Frequent fires can cause conversion from sagebrush species to rabbitbrush, horsebrush, and snakeweed. Where downy brome occurs, the burn season is extended and wildfires are reported to consume more area per burn. Introduced downy brome can outcompete indigenous herbaceous species. Downy brome is undependable as forage because of its large fluctuations in yield from year to year. After two to three reburns, sagebrush sites can be converted to stable downy brome; fire return intervals of 5.5 years maintain downy brome dominance.

Downy brome is often accompanied by other invasive, noxious, and undesirable species. Together these pose a serious fire hazard, particularly following wet springs.

Planning prescribed fires in sagebrush should include specific objectives and consider many factors such as species and subspecies of sagebrush, soils, fuel loading, fuel moisture content, and windspeed (Salih et al. 1973; Britton and Ralphs 1979; J.K. Brown 1982; Simanton et al. 1990). Early spring or late summer burns can be used to promote native perennial grasses. There is little postfire recruitment for 3 to 5 years following a fire in perennial grasses, yet surviving grasses and accompanying forbs increase biomass production. Often, forbs will dominate an area for several years postburn. Harniss and Murray (1973) found increases in herbage production for 20 years after a burn.

Attempts at restoring sagebrush rangeland to achieve higher biomass yields are being investigated (Downs et al. 1995). In general, shrublands that have been converted to grasses by large wildfires are difficult to restore. Fire negatively impacts soil seedbeds important for sagebrush regeneration (Blank et al. 1995). Sagebrush seed can be viable for up to 4 years. Sagebrush can be restored through reseeding. Downy brome seed banks present on sagebrush sites may

BLM_0008694

PUBLIC LAND RESOURCES

negatively influence reestablishment of native bunchgrasses and shrubs (Hassan and West 1986). If sagebrush is in good condition, an initial postfire influx of downy brome will occur if some plants are present on these sites. Given adequate precipitation, however, perennial native grasses and shrubs can outcompete downy brome by the second year (West and Hassan 1985). Postfire rehabilitation efforts can be unsuccessful if other measures, such as grazing management, are not incorporated (Evans and Young 1978).

Fire was an important natural disturbance in the pinyon-juniper biome before the introduction of livestock in the 19th century (Gottfried et al. 1995). It is estimated that small surface fires historically occurred every 10 to 30 years (Leopold 1924), and large stand-replacing fires occurred every 100 to 300 years (Miller and Rose 1999). Fires apparently restricted the junipers to shallow, rocky soils and rough topography (Arend 1950, Burkhardt and Tisdale 1969, O'Rourke and Ogden 1969). Under natural fire cycles, the successional stages following fire are typically annuals; mixed annuals and perennials; perennial forb; grass and shrub; shrub and pinyon-juniper; and climax pinyon-juniper. Young pinyon and juniper trees are readily killed by fires, but older trees may be less susceptible due to thicker bark and more open crowns.

The major human influence on pinyon-juniper woodlands and fire's role in these ecosystems has been ranching. Most of the western rangelands were overgrazed, especially in the period following the 1880s. Overgrazing has had an important effect on the role of fire in the woodlands. The reduction of cover of herbaceous species resulted in insufficient fuels for fires to spread and to control tree establishment. In woodlands, tree density has increased. In many rangelands, juniper woodlands have established, replacing shrub communities. Fires ignited by lightning or humans tend to be restricted in space. Fire suppression activities by land management agencies also reduced the occurrence of fires. Woodland and savanna stand densities have increased throughout most of the West.

Climatic fluctuations, such as the drought in the Southwest in the early 1950s and global climate change, also have affected the distribution of woodlands in the West. In the Intermountain West, Miller and Rose (1999) quantitatively established that the co-occurrence of wet climatic conditions, introduction of livestock, and reduced role of fire contributed to the postsettlement expansion of western juniper. Prior to 1880, fire was probably the major limitation to juniper encroachment.

During the 1950s and 1960s, large operations were conducted to eliminate the pinyon-juniper cover in the hope of increasing forage production for livestock (Gottfried and Severson 1993; Gottfried et al. 1995). Other objectives were to improve watershed condition and wildlife habitat. Mechanical methods, such as chaining and cabling, were used, and the resulting slash was piled and burned. Burning these large fuel concentrations generated high heat levels that damaged soil and site productivity (Tiedemann 1987). Many of these piled areas were sterilized and remain free of vegetation after over 20 years. Individual tree burning was used on some woodland areas. Most of the control operations failed to meet their objectives. Many areas failed to develop sufficient herbaceous cover to support renewed periodic surface fires. Prescribed fire, sometimes in association with the felling of trees, is used to restore areas where pinyon-juniper has encroached into shrublands.

**Subtropical Desert Ecoregion**

The Subtropical Desert Ecoregion occupies southeast California, southern Nevada, Arizona, New Mexico, and western Texas, and includes the Chihuahuan, Sonoran, and Mojave deserts. Vegetation is adapted to dry conditions, and includes numerous xerophytic plants, such as small, hard-leaved or spiny shrubs, cacti, or hard grasses, which are widely spaced and provide little ground cover. Large portions of these hot deserts have no visible plants and are made of shifting sand dunes or nearly sterile salt flats. Approximately 29 million acres of public lands occur in this ecoregion.

Although major fires were not historically common in this region due to the wide spacing between plants and sparse fuels, the invasion of fire-prone species (e.g., red brome, downy brome, and buffelgrass) has shortened the fire interval in some areas, resulting in significant changes in plant communities.

Evergreen shrub communities are prevalent in desert habitats on over 23 million acres of public lands. On the plains of the Sonoran Desert, shrublands of creosote bush and saltbush species cover extensive areas in nearly pure stands. Individual shrubs are typically widely spaced, with large amounts of bare ground in between.

Large plants, such as the treelike saguaro cactus, prickly pear cactus, ocotillo, creosote bush, and smoke tree

BLM_0008695

often form communities with a near-woodland appearance. They are commonly associated with blue paloverde, bursage, mesquite, desert ironwood, crown of thorns, jojoba, acacia, and many species of cactus, yucca, and agave.

In the Mojave Desert, Joshua tree shrublands are widespread. Other common shrubs in this region include creosotebush, bursage, thornbush, shadscale, all scale, spiny hopsage, and greasewood. The Mojave Desert is especially rich in annual plants, which are abundant during the rainy season in winter and spring (Brown 1982).

Shrublands occurring adjacent to shallow playa lakes and desert washes, and in other moist habitats, have a unique species composition. Greasewood and catclaw acacia, which occur as scattered individuals in many plant communities throughout the ecoregion, often form pure stands in desert washes. Mesquite is another shrub species that may be found growing along washes and watercourses. Shrubs associated with alkaline soils near playas include mesquites, whitethorn acacia, blue paloverde, ironwood, desert willow, and canyon ragweed.

Evergreen shrublands in the Chihuahuan Desert include such species as mesquite, American tarwort, acacia, and creosotebush. Shrubs have recently increased in density in the Chihuahuan Desert, which is thought to have historically existed as open grassland or grassland scattered with shrubs (Buffington and Herbel 1965). Evergreen shrublands grade into grasslands, with the relative abundance of each plant community determined by such factors as fire, grazing, climate change, and seed dissemination (Holechek et al. 1995).

Perennial grasslands occur on nearly 4 million acres in the high plains of southeast Arizona (in the Chihuahuan Desert), where they are best developed on deep, well-drained soils on level sites (Brown 1982). Black grama and tobosagrass grasses are characteristic, along with sideoats grama and hairy grama, bush muhly, vine and curly mesquite, pappusgrass, tanglehead, and threeawn. Shrubs and succulents characteristic of this grassland include yucca, bear grass, agaves, sumac, ocotillo, acacias, mimosas, and cacti.

Deciduous and evergreen woodlands occur in select areas on over 1 million acres, predominantly on higher elevation slopes (pinyon-juniper woodlands) and in eastern New Mexico (oak and mesquite woodlands).

### Fire Ecology

Prior to Euroamerican settlement, fires in desert habitats were set by lightning and Native Americans (Komarek 1969, Humphrey 1974). European settlers, however, suppressed fires and deliberately overgrazed rangelands to reduce fuels and use most of the grassland resources (Smith 2000). The reduction of major fires, together with the grazing of native grasses and the accompanying soil erosion, has caused shrubs to invade desert grasslands, thereby expanding in area and converting the structure of grasslands to shrublands (Bahre 1985). Wildfire risk varies from low in sparsely vegetated habitats (e.g., saltflats) to high in areas with heavy fuel loadings (e.g., mesquite shrublands). Introduced grasses such as red brome and lovegrasses provide herbaceous-level fuels that significantly increase the risk of a damaging wildfire in these habitats.

In many areas of the Mojave and Sonoran deserts, plant communities are too sparse during most years to adequately carry a prescribed burn. Therefore, this type of treatment would not be suitable for these areas. In areas that have increased fuel loading as a result of invasive annuals like red brome, prescribed fire would negatively affect plant communities by encouraging the further spread of these invasive species. In the denser desert shrublands, where there is an adequate amount of fuel to support a fire, many shrubs, trees, and cacti could be severely affected by burning, as these species are not adapted to fire. Paloverde, burroweed, bursage, broom snakeweed, ocotillo, and creosote bush are examples of desert species that can suffer high mortality rates from burning (Wright and Bailey 1980; Paysen et al. 2000).

Mesquite density and distribution increased prior to 1900 with fire suppression and seed dispersal by livestock. After 1900, mesquite continued to increase even though numerous eradication practices such as biological control, herbicides, mechanical removal, and prescribed burning were used to limit its density and spread (Glendening 1952, Wright and Bailey 1982, Wright 1990, Jacoby and Ansley 1991).

Fire as a management tool for controlling mesquite has its limitations. Mesquite may become more prevalent 5 years following a burn than it was before fire (Martin 1983). Mesquite can root sprout and top-killed individuals may resprout from dormant buds found in upper branches or from the base of the trunk below the ground surface. Mesquite seedlings can survive fire (Cable 1961), but on a burned site mesquite is

BLM_0008696

PUBLIC LAND RESOURCES

sometimes reduced (Wright 1980). Fire may kill a good proportion of mature mesquite, particularly the smaller trees (>2 inch diameter; Cable 1949, 1973). It is most susceptible to fire during the hottest and driest part of the year (Cable 1973). Drought years may increase mortality of mesquite if eradication is attempted. If managers wish to open dense mesquite stands, then roots as well as aboveground biomass must be killed. Fire can be used to reduce the density of young mesquite populations, particularly during dry seasons that follow 1 to 2 years of above normal summer precipitation (Wright 1980). Adequate precipitation, no grazing, and using fire about every 10 years allow grasses to successfully compete with mesquite. Rehabilitation of mesquite-invaded grasslands requires removal of livestock before burning, otherwise the shrubs outcompete the grasses (Cox et al. 1990). Shrub reinvasion depends on grazing management combined with continued use of fire at the desired frequency (Wright 1986).

In managing for mesquite savanna, shaded rangeland may be a preferred condition, rather than complete eradication of mesquite (Ansley et al. 1995, 1996). Low-intensity fire may allow mesquite to retain apical dominance on upper branches while reducing overall foliage. Season, air temperature, relative humidity, and duration and temperature of fire are factors that appear to affect the response of mesquite to fire (Paysen et al. 2000). Mesquite topkill is related to heat in the canopy, not at the stem bases. Single and repeated summer burns kill mesquite aboveground, but do not kill roots (Ansley et al. 1995). Prescribed burning may be used to kill mesquite seedlings, while leaving tree-sized individuals alive.

Prior to 1900, fires in paloverde-cactus shrub were not considered to be important and occurred mainly in the restricted desert grasslands (Humphrey 1963). Conversion of desert shrubland to grassland to enhance forage for livestock and wildlife was the primary land-use goal during the 1800s (Phillips 1962; Martin and Turner 1977).

Since 1900, increases in ignitions and fire size are evidence of changing land management practices in the paloverde-cactus shrub. Exotic grass invasion now supplies a contiguous fuel source in many areas so that the historical small and infrequent fires have been replaced by more frequent and larger fires (Narog et al. 1995). Rogers (1986) speculated that finer fuels and higher rates of spread may allow desert fires to become larger than nondesert fires before being controlled. Although many of the species in this vegetation type

can resprout (Wilson et al. 1995b), postfire communities generally experience changes in species composition, particularly with an increase in the grass component, at the expense of cacti and succulents (Rogers and Steele 1980, McLaughlin and Bowers 1982, Cave and Patten 1984).

The increase in fire frequency and size may have serious consequences, particularly for plant and wildlife species of special interest, such as the giant saguaro (Thomas 1991) and the desert tortoise; both may be fire intolerant.

**Temperate Steppe Ecoregion**

The Temperate Steppe Ecoregion, which is typified by a semiarid continental climate, includes the Rocky Mountains and the Great Plains. Vegetation communities adapted to this climate include steppe, or shortgrass prairie, and semidesert, as well as the evergreen and deciduous forests and woodlands of the Rocky Mountains. Approximately 19 million acres of public lands occur in this ecoregion.

Perennial grassland communities are widespread in this ecoregion (over 4 million acres), which includes the prairie grasslands of the Great Plains, the Palouse grasslands of Oregon, Washington, and Idaho, and the mountain grasslands of the Rocky Mountains.

Prairie grasslands, which occur on the broad, flat belt of land that slopes eastward from the foothills of the Rocky Mountains, vary in height in response to precipitation. Dominant grasses in the shortgrass communities are buffalograss and blue grama, which occur with other herbs, as well as some woody species, including mesquite, sagebrush, and yucca.

Mixed grass communities include both warm-season (e.g., blue grama) and cool season species, such as needlegrasses, wheatgrasses, and fescues grass species. Shrubs, including juniper, sagebrush, rabbitbrush, and forbs are also important components of mixed grass communities (Brown 1982).

The Palouse grasslands, or northwest bunchgrass prairies, are dominated by bluebunch wheatgrass, Idaho fescue, Sandberg bluegrass, and rough fescue. Many of the introduced species are Mediterranean annuals that are well adapted to grazing and the predominantly winter precipitation regime.

Perennial mountain grasslands are scattered throughout areas at elevations from 3,000 to over 9,000 feet in the

BLM_0008697

Rocky Mountains, particularly in western Montana. These grasslands are part of the vegetation mosaic created by the highly complex environment of the Rocky Mountains. Important grasses in these communities include bromes, bluegrasses, oatgrasses, sedges, wheatgrasses, fescues, needlegrasses, hairgrasses, reedgrasses, bentgrasses, and junegrass. Forb components vary with site, latitude, and management. Shrubs include several species of sagebrush, rabbitbrush, snakeweed, shrubby cinquefoil, rose, horsebrush, and prickly pear cactus (Mueggler and Stewart 1980).

Evergreen forests occur on over 2 million acres in the mountain regions, with species composition that varies by altitude. Subalpine forests are composed of Engelmann spruce, subalpine fir, and mountain hemlock. Below this zone, Douglas-fir, western white pine, grand fir, western larch, lodgepole pine, and ponderosa pine are common. Lodgepole pine or ponderosa pine forests may occur at the lowest elevations, and often grade into grasslands or evergreen shrubland. Fire is an important component of all of these forests, with the highest natural frequency on the lowest elevation sites. Lodgepole pine is specifically adapted to regenerate after fire.

Deciduous forests may occur along streams and rivers in the eastern portion of this ecoregion. Eastern species such as ash, hackberry, elm, birch, and bur oak may be found. Deciduous forests composed of quaking aspen are prevalent throughout the Rocky Mountains up into Alaska (DeByle and Winokur 1985). Aspen may form extensive pure stands or exist as a minor component of other forest types.

The most common type of shrubland in this ecoregion is sagebrush steppe. Sagebrush-dominated communities occur on the plains and lower mountain slopes on nearly 8 million acres. Chaparral shrublands and pinyon-juniper woodlands (2 million acres) are also found in some of the lower elevation areas on warm, dry sites.

### *Fire Ecology*

**Perennial Graminoid – Grasslands.** Fire was not a predominant force in delimiting the extent of the Plains grasslands. However, given their existence and their flammability characteristics, the presence of fire must have had an impact on the character of the grasslands and their species composition and distribution. Modifications of climate and soil development led to invasion of some grassland areas by woody species. Under these circumstances, fire probably played a

distinct role in the maintenance, or loss, of these grassland areas. Working in concert with grazing animals, fire could check the advance of more fire-sensitive, woody species, provided enough grass fuel was available. It could also encourage the advance of woody species that were adapted to disturbance and harsh climate conditions. Where invasion by woody species was not an issue, fires could maintain highly productive grasslands, and cause shifts in grassland species composition in others. Under conditions of drought, fire could result in severe site damage (Paysen et al. 2000).

Clearly, fire was a common element in presettlement times, and frequency might have increased with the arrival of Euroamerican settlers (Jackson 1965). For years, attempts to suppress fires in the Plains were either nonexistent or ineffective. As late as the 1890s, from the Dakotas to the Texas Panhandle, fires would run unchecked for days. During this period, fire, drought, and grazing played a role in maintaining, and at times debilitating, the grassland character. When fire or any other phenomenon that reduced the vegetative cover occurred during periods of serious drought, wind erosion often retarded the processes of succession (Paysen et al. 2000).

**Perennial Graminoid – Mountain/Palouse Grasslands.** Although bunchgrass species vary in their individual susceptibility to fire damage, repeated fires at intervals of about 5 to 40 years historically maintained the bunchgrass community (Gruell et al. 1986). The abundance of individual species varied by site conditions and the actual frequency and seasonal timing of fire. A successional process of major importance was the continual checking and reduction of woody plant encroachment.

Grazing by livestock, elimination of Native American ignitions, and fire control efforts greatly reduced the amount of fire in these grasslands. As a result, species such as ponderosa pine, Douglas-fir, lodgepole pine, and sagebrush have increased substantially along ecotonal boundaries. In some areas, dense Douglas-fir forests now dominate sites to such an extent that evidence of former grasslands is lost except by soil analysis (Bakeman and Nimlos 1985). Elimination of periodic burning has apparently reduced diversity of herbaceous species in some areas (Wright and Bailey 1982).

A study of fire regimes in the Interior Columbia River Basin involving grasslands and other vegetation types suggests that human influences have had a variable

BLM_0008698

## PUBLIC LAND RESOURCES

effect on the nature of fire regimes (Morgan et al. 1994). Fires tend to be less frequent, but not always more severe than they were in historic fire regimes. For example, where exotic annuals have invaded sagebrush steppe vegetation, fires have become so frequent that sagebrush does not have time to reestablish, and the annuals return quickly.

**Evergreen Forests.** Evergreen forests of the Rocky Mountains have historically had variable fire regimes, ranging from frequent, low severity understory burns in ponderosa pine forests to infrequent, stand replacing fires in lodgepole pine forests (Arno 2000).

A broad range of mid-elevation mountain forests dominated by interior Douglas-fir, western larch, or Rocky Mountain lodgepole pine were characterized by mixed fire regimes. They were abundant and diverse in western and central Montana (Arno 1980; Arno and Gruell 1983; Barrett et al. 1991). Mixed fire regimes allowed an open overstory of mature Douglas-fir and larch to survive many fires. Small trees and associated less fire-resistant species were heavily thinned by moderate-intensity burning. Additionally, some nonlethal underburns occurred in lodgepole pine stands having light fuels.

Effects of these variable fires often included maintaining a mosaic of small stands dominated by various age structures of seral coniferous species and seral hardwoods such as Scouler's willow and aspen. Some stands experienced nonlethal underburns that maintained open understories by killing saplings and fire sensitive species. Others experienced patchy fire mortality that gave rise to patchy tree regeneration, including that of seral species. Occasional large stand-replacement fires may have reduced spatial diversity, but the varying distribution of seed sources and sprouting shrubs in the preburn mosaic probably enhanced variability in postburn vegetation.

With a reduction in fire activity due to livestock grazing (removing fine fuels) and fire exclusion policies, young conifer stands have invaded former grasslands within or below the forest zone. The trees are densely stocked and subject to extreme drought stress. They often have poor vigor and are susceptible to western spruce budworm or other insect or disease attacks and to stand replacing fires. Productivity of seral herbs, shrubs, and aspen also declines dramatically in the continuing absence of fire. Stands within the forest zone may have undergone significant changes in recent decades. As a result of fire exclusion, the trees in most stands within the landscape mosaic have become older, and often have a buildup of

down woody or ladder fuels. Recent wildfires have burned as larger stand-replacement fires than those detected in fire history studies (Barrett et al. 1991; Arno et al. 1993).

**Deciduous Forests.** Before settlement by Euroamericans, large expanses of aspen parkland existed in the western U.S. Aspen regenerates well after fire, suckering prolifically from roots. In the aspen parkland, these stands were often perpetuated as a shrublike cover by light- to moderate-intensity fires that swept across the prairie grasslands and ignited the aspen stands on a regular 3- to 15-year basis. In the Rocky Mountains, low-intensity fires caused thinning and encouraged all-aged stands, whereas high-intensity fires resulted in new even-aged stands.

Settlement of the West in the late 1800s and early 1900s increased fire frequency because of land-clearing fires, slash burning, and railway traffic (Murphy 1985). In more recent times, following the implementation of rigorous fire protection programs, lack of fire has threatened the continued existence of aspen in the West (Brown and DeByle 1987, 1989; Peterson and Peterson 1992). Fire suppression since the 19th century has altered dynamics in aspen stands in the mountainous western United States, changing fire frequencies from as little as 10 years (Meinecke 1929 in DeByle et al. 1987) to approximately 12,000 years (DeByle et al. 1987). Without the occurrence of disturbance, aspen clones mature in about 80 to 100 years (Schier 1975) and regeneration of this species is threatened. The dying back of those stands is now favoring shade-tolerant conifers or in some case grasses, forbs, or shrubs, depending on the availability of seed sources (Krebill 1972; Beetle 1974; Schier 1975; DeByle 1976; DeByle et al. 1987; Bergeron and Danserau 1993). Aspen stands are being replaced by conifers. Conversion to conifer stands may require the absence of moderate to high intensity fire for as little as one aspen generation to as long as 200 or more years in the southern boreal forest or in the Rocky Mountains (J. K. Brown 1985; Brown and Simmerman 1986; Bergeron and Dubuc 1989; Perala 1990).

### Subtropical Steppe Ecoregion

The Subtropical Steppe Ecoregion, located in northern Arizona, New Mexico, and Texas, is composed of plateaus and high plains. Because of its altitude, the climate is semiarid, rather than arid. This region is composed primarily of grassland vegetation, with locally found shrubs and woodlands. Pinyon-juniper woodlands are common on the Colorado Plateau. To the

BLM_0008699

east, in New Mexico and Texas, grasslands grade into savanna woodlands or semideserts composed of xerophytic shrubs and trees. Approximately 13 million acres of public lands occur in this ecoregion.

The perennial graminoid communities in this region are composed of xerophytic grasses, with shrubs and low trees growing singly or in clumps, and occupy over 4 million acres. Common grass species include blue and hairy grama, buffalograss, threeawn species, sideoats grama, bluestem, and bristly wolfstail. Shrubs and trees, such as mesquite, oaks, and junipers, often grow in open stands among the grasses. The perennial grasslands grade into evergreen woodlands, with the respective coverage of each vegetation class dependent on the amount and type of disturbance to which a particular area is subjected.

Evergreen woodlands of drought-tolerant juniper and pinyon pines consist of a relatively open canopy on dry sites at mid-elevations on nearly 4 million acres. Plant composition in pinyon-juniper woodlands exhibits wide geographic variation. In the Colorado Plateau and the central and southern Rockies, doubleleaf pinyon replaces singleleaf pinyon and is associated with Rocky Mountain juniper, Utah juniper, and oneseed juniper (Cronquist et al. 1972). In the dry mountains of southern New Mexico and Arizona, alligator juniper, Emory oak, gray oak, and Mexican pinyon dominate (Brown 1982). The understory layer of shrubs, grasses, and forbs in these communities is composed of representatives from adjacent sites above and below the woodland zone. Important understory species include big sagebrush, western and bluebunch wheatgrass, blue grama, cliffrose, bitterbrush, Indian ricegrass, mountain mahogany, rubber rabbitbrush, and Mormon tea (Garrison et al. 1977).

It is estimated that small surface fires historically occurred every 10 to 30 years (Leopold 1924), and large stand-replacing fires occurred every 100 to 300 years (Miller and Rose 1999). Fires easily kill young trees and frequent fires maintain the sagebrush-grassland communities (West and Van Pelt 1987). Drought and competition from grasses probably helped slow the invasion of juniper into adjacent shrublands, particularly at lower elevations. Many pinyon-juniper sites may have historically cycled between grass-shrub and pinyon-juniper communities, with fire as the chief driving force (West and Van Pelt 1987).

At higher elevations (up to 7,000 feet), chaparral is a common type of evergreen shrubland on over 4 million acres, with pinyon-juniper and oak-juniper woodlands

also occurring. Plant communities consist of dense to moderately open stands of evergreen and sclerophyllous shrubs of relatively uniform height. Most chaparral shrubs are deep-rooted, sprout readily from the root crown, and regenerate quickly after burning (Brown 1982). Shrub live oak is common, and associated with mountain mahogany, yellowleaf silktassel, sumac, hollyleaf buckthorn, pointleaf and Pringle manzanita, desert ceonothus, and other oak species. Grass species may include sideoats grama and hairy grama, cane bluestem, plains lovegrass, threeawn, and bristly wolfstail. Forbs are not particularly abundant, except during a brief period after burns (Brown 1982).

Evergreen forests occur at the highest elevations in this region. Over 7,000 feet, forests of ponderosa pine, Douglas-fir, lodgepole pine, limber pine, and aspen may be found. Engelmann spruce, corkbark fir, limber pine, and bristlecone pine occur in subalpine forests.

### Fire Ecology

**Perennial Graminoid.** Grazing by livestock, elimination of Native American ignitions, and fire control efforts have greatly reduced the amount of fire in these grasslands. These and other human influences are similar to those described earlier for Perennial Graminoid – Mountain/Palouse Grasslands. Changes in fire regimes differ depending on whether active fire suppression results in the buildup of fuel, or if livestock grazing and other activities break up fuel continuity (Paysen et al. 2000).

Although bunchgrass species vary in their individual susceptibility to fire damage, repeated fires at intervals of 5 to 40 years historically maintained the bunchgrass community (Gruell et al. 1986). Encroachment into grasslands by woody species was an ongoing process kept in check by repeated fires.

**Evergreen Shrubland (Chaparral).** Chaparral shrub species in the Subtropical Steppe Ecoregion are fire-dependent, comprised of highly flammable species, and grow rapidly after fire, taking about 25 years to mature (Smith 2000). The production of dead fuels in chaparral stands is not well understood, but probably increases with age and after a drought. Fuels in chaparral communities are not as easily ignited as grass fuels, but will burn readily under hot, dry conditions.

Prescribed burns in chaparral communities would be expected to benefit these communities, provided fires were not too frequent or too hot, by reducing fuel accumulations and increasing structural diversity

BLM_0008700

PUBLIC LAND RESOURCES

(Paysen et al. 2000). Prescribed fire can be used to remove dead fuel for hazard reduction, increase structural diversity for wildlife habitat purposes, and increase the proportion of young biomass in a stand—for both fire hazard reduction and wildlife habitat improvement. In some areas, but not all, prescribed fire can be used to maintain stands of chaparral in their current state (that is, to maintain a fire climax).

**Evergreen Woodland (Pinyon-juniper).** The general effects of fire on pinyon-juniper woodlands in this ecoregion are largely the same as those on pinyon-juniper woodlands in the Temperate Desert Ecoregion. Surrounding communities that have been invaded by pinyon and juniper trees tend to benefit from fire, while communities with a large component of non-native species, or dense pinyon-juniper stands that have little understory vegetation, tend to be adversely affected.

**Mediterranean Ecoregion**

The Mediterranean Ecoregion occupies most of California (excluding deserts in the southeastern portion of the state) and a portion of southern Oregon. This region supports a distinctive assemblage of hard-leaved evergreen trees and shrubs, commonly known as chaparral, which are adapted to withstand severe summer droughts and frequent fires. Coniferous forests and oak woodlands are also characteristic of the region. Approximately 6 million acres of public lands occur in this ecoregion.

Evergreen shrubland occurs on over 2 million acres. Along coastal areas a type of chaparral known as maritime chaparral is common. Inland evergreen shrublands are found in the low hills of mountainous regions, often forming a mosaic pattern with deciduous (oak) woodlands, grasslands, or evergreen forests. Important chaparral species include manzanita, wedgeleaf ceanothus, hollyleaf buckthorn, poison oak, chamise, Christmasberry, mountain mahogany, California scrub oak, blue oak, and interior live oak (Holechek et al. 1995). Chaparral shrubs are adapted to recurrent fire, and the ecosystem depends on periodic fires for its persistence. Herbaceous vegetation is generally lacking in chaparral communities, except after fire.

Nearly 1 million acres of deciduous woodlands and evergreen woodlands also occur in foothills throughout California, typically on sites that are more mesic than those occupied by chaparral. Deciduous oak woodlands include stands of Oregon white oak, California black oak, blue oak, valley oak, and various other oaks. On cooler, moister sites in the Coast Ranges, oak woodlands merge with mixed hardwood forests in which tanoak, California laurel, and Pacific madrone are common. Evergreen live oaks are common associates, and conifer species such as Coulter pine, digger pine, Douglas-fir, and grand fir may also be present. Understory vegetation varies by location and may include poison oak, snowberry, serviceberry, blackberry, wild oats, bromes, bluegrass, ryegrass, and needlegrass.

Evergreen woodland communities composed of live oaks occur in moist, frost-free areas such as the coastal hills from San Francisco into southern California, where adequate moisture and mild temperatures allow them to carry out photosynthesis through the winter. Evergreen oak woodlands are composed of species such as canyon live oak, interior live oak, coast live oak, and Engelmann oak. Oak woodlands may exist as open, park-like savannas, occupying a transition zone between grasslands and denser woodlands. Shrubs are generally absent because they cannot compete with trees for moisture on drier sites. Evergreen woodlands also include some endemic tree species such as Monterey cypress, Torrey pine, Monterey pine, and Bishop pine.

In the mountains of California and southern Oregon, evergreen forests are the dominant vegetation type, occupying nearly 2 million acres of public lands. These forests are a diverse assemblage of many conifer species, and are adapted to a long, warm growing season, relatively mild winters, and periods of summer drought. Tree species include ponderosa pine, Douglas-fir, white fir, sugar pine, incense cedar, Jeffrey pine, California red fir, and giant sequoia (Szaro 1995). At elevations between 6,500 and 9,500 feet, subalpine forests composed of mountain hemlock, California red fir, lodgepole pine, western white pine, and whitebark pine occur.

Evergreen forests also occur along coastal northwestern California as redwood-dominated communities. Other common tree species forests include Douglas-fir, western hemlock, and western red cedar. The understories are dominated by Pacific rhododendron, western azalea, salal, California huckleberry, western swordfern, and redwood sorrel. Pine-cypress forests also occur along the coast, while mixed forests of tanoak, coast live oak, madrone, and Douglas-fir occur further inland.

For the most part, annual and perennial graminoid communities are located in the valleys and plains of the Mediterranean Ecoregion. While it is generally believed

BLM_0008701

that the Central Valley, the largest grassland expanse in California, was historically dominated by perennial grassland communities, other plant communities (e.g., oak woodlands, chaparral, annual grasslands, and desert scrub) may have also been present (Blumler 1992, Hamilton 1997). Large portions of the native vegetation have been replaced by annual grasses, however, as a result of introduced species, fires, and overgrazing by livestock of early Spanish settlers (Sims 1988). Annual grasses include introduced species such as wild oat, slender oat, soft chess, ripgut brome, red brome, and wild barley. Common forbs include redstem filaree, broadstem filaree, turkey mullein, true clovers, and burclover. Perennial grasses, which are found in moist, lightly grazed or relict areas, include Idaho fescue and purple needlegrass (Garrison et al. 1977). With the development of irrigation, the California grassland ecosystem has become intensively utilized for agriculture.

### Fire Ecology

**Evergreen Forest.** Evergreen forests in this region historically had an understory fire regime or a mixed severity fire regime, and are presently at risk for high-intensity, stand-replacing crown fires due to large fuel accumulations. Suppression of the mixed patchy fires in high elevation forests may eventually result in a landscape mosaic consisting largely of contiguous stands with comparatively heavy loadings of dead trees (standing and fallen) and canopy fuels.

**Evergreen Woodland (Oak Woodlands).** In recent centuries, fire regimes in western oak forests were characterized by frequent, low intensity fires. This was probably due to use of these types by Native Americans, who likely carried out programs of frequent underburning. Frequent, low intensity fires, helped to maintain open stands with a grassy understory. In the last half of the 20th century, higher intensity fires at longer intervals were more common. Such fires can kill a stand of oaks outright (Smith 2000), although most oaks will resprout after fire if the underground portions of the plant are still alive (Plumb 1980). The introduction of annual grasses into oak woodlands has increased the seasonal period during which fires can occur, enabling them to burn and spread earlier in the season (USDA Forest Service 2002b). Because conditions in oak woodlands have changed significantly since historic fire regimes, there are many concerns surrounding the use of prescribed fire in these systems.

**Evergreen Shrubland (Chaparral).** Chaparral succeeds many forest types after a major disturbance, whether from fire or logging. It is often seral, especially at elevations where we currently consider chaparral as a montane understory type. Given a reasonable number of disturbance free years, the forest type will regain dominance. Chaparral often succeeds chaparral after fire, especially at elevations where chaparral is the dominant vegetation type. Species composition can shift drastically, probably depending on whether the fire occurred before or after seed set for a given species. Fire frequency and timing can cause chaparral to be overtaken by herbaceous vegetation types, such as annual grasses.

### Marine Ecoregion

The Marine Ecoregion Division occupies the Cascade and Coast Ranges of western Washington and Oregon, and the Coast Mountains of southeastern Alaska, along the Pacific Coast. The mild, rainy climate produces conditions that are hospitable for dense forest communities, which are characteristic of this region. Approximately 4 million acres of public lands occur in this ecoregion.

In the Cascade and Coast Ranges, complex, multi-storied evergreen forests occupy over 1 million acres, with species composition varying by altitude and climate. At lower elevations, Douglas-fir, western red cedar, western hemlock, grand fir, silver fir, Sitka spruce, and Alaska cedar are the dominant tree species. Subalpine forests composed of mountain hemlock, subalpine fir, whitebark pine, and Alaska cedar extend to timberline, which varies from 7,700 to 10,000 feet. In the drier climates of the eastern Cascade Range, forests dominated by ponderosa pine are common. Evergreen forests are often associated with understory plants such as vine maple, huckleberry, elderberry, salal, Oregon grape, twinflower, and western swordfern (Franklin 1988).

The area between the Cascade and Coast ranges is also characterized by dense evergreen forests. Much of the land in this intermountain region once existed as Douglas-fir, western redcedar, and western hemlock forests, but has since been developed for agricultural and urban uses.

Evergreen forests are also the predominant vegetation type found in the Coast Mountains of southeastern Alaska. Forests in this region are restricted to low elevation, coastal rainforests dominated by Sitka spruce and western hemlock. Associated species include Alaska cedar and mountain hemlock.

BLM_0008702

PUBLIC LAND RESOURCES

Along the major river channels, deciduous riparian forests composed of broadleaf trees such as black cottonwood, red alder, willow, and birch are common. In poorly drained areas, wetlands characterized by sphagnum moss, sedges, and willows occur.

Vegetation types with minor coverage in the Marine Ecoregion include Oregon white oak woodlands, which occur as scattered stands at low elevations, and prairies (perennial graminoid communities), which now occur only as remnant patches in the Willamette Valley and Puget Sound lowlands. Both of these community types are being lost as a result of succession by evergreen forests and development.

### Fire Ecology

**Evergreen Woodland (Oak Woodlands).** Open woodlands dominated by Oregon white oak once occupied the driest climatic areas throughout the Puget Sound-Willamette Valley lowlands and southward in dry valleys behind the coastal mountains to the California border. Oregon white oak dominated in open woodlands and savannas associated with valley grasslands, and isolated small prairies that were surrounded by the extensive coast Douglas-fir forest. Oak woodlands also were associated with droughty sites such as bedrock with shallow soils on the southeast coast of Vancouver Island and in the San Juan archipelago, in the rain shadow of the Olympic Mountains.

Journal accounts and archeological sources show that extensive oak woodlands of the Willamette and other major valleys persisted as a "fire climax" maintained by frequent aboriginal burning (Habeck 1961; Boyd 1986, 1999; Agee 1993). Prior to the influx of Euroamerican settlers in the mid-1840s, the Kalapuyan Indians and other tribes typically set fire to large areas of Oregon oak woodlands to aid hunting and food plant harvest, and for other purposes (Boyd 1986). Burning was commonly done in September, and many areas were burned at short intervals, perhaps annually in some areas. Similar patterns of frequent burning to maintain valley grasslands, isolated prairies, and open oak woodlands are described from northwestern Washington southward to central California (Lewis 1973; Boyd 1986, 1999), but these practices are well documented only in the Willamette Valley of northwestern Oregon. Most of these fires must have been characterized by short duration flaming as they quickly consumed grass and litter that had accumulated since the previous burn. The thick-barked oaks

survived, but regeneration of all shrubs and trees would have been heavily thinned by frequent burning.

In former oak savannas, fire exclusion has led to an increased density of shrubs and oaks, transforming them into woodlands (Agee 1993). In former oak woodlands, shrubs, Douglas-fir, and other tree species are replacing oaks. Livestock grazing and fire exclusion have been major factors in the successional change that has occurred in Oregon oak woodlands since Euroamerican settlement. Logging, clearing, and firewood harvest also have changed many woodlands. Additionally, large areas of oak woodlands have been displaced by agriculture and urbanization.

**Evergreen Forest.** These humid maritime forests are extensive at lower and middle elevations west of the Cascades and British Columbia Coast Range. The cooler, wetter, and more northerly portions of the coastal Douglas-fir type (generally associated with the mountains of western Washington and southwestern British Columbia) burned in stand-replacement fires at long intervals, averaging 200 to several hundred years (Agee 1993). The range of pre-1900 fire intervals on a given site is unknown because in most cases only the most recent interval can be calculated due to decay of the previous stand. Long et al. (1998) described fire intervals over the last 9,000 years, and Impara (1997) reports on the spatial patterns of historical fires in the Oregon Coast Range.

Western hemlock is the potential climax dominant tree in most of this type, but seral Douglas-fir, which arose after replacement fires during the last several hundred years, is the actual dominant. The greater size and longevity of Douglas-fir allows it to persist in considerable quantities for 700 to 1,000 years between major stand-opening disturbances such as fire or severe blowdowns (Agee 1993). Scattered individual Douglas-fir survived fires and served as seed sources in the burn. Seeds of this species may also survive and mature in the crowns of some trees whose foliage was killed (but not consumed) by a late-summer fire. The seeds are also wind-dispersed from unburned stands. Douglas-fir seedlings grow readily on burned seedbeds and outcompete other conifers in the postburn environment.

Often red alder becomes abundant and temporarily outgrows Douglas-fir in a recent burn. However, the fir grows up beneath and displaces alder within a few decades, benefiting from soil nitrogen fixed by symbiotic organisms associated with alder roots. Numerous other seral conifers (e.g., western white pine, shore pine, grand fir, Sitka spruce) and hardwood

BLM_0008703

species (e.g., bigleaf maple, American mountain ash, cascara buckthorn), as well as seral shrubs (salmonberry, huckleberries) and herbaceous plants, appear in the postburn environment (Fonda and Bliss 1969, Franklin and Dyrness 1973, Hemstrom and Franklin 1982, Huff 1984, Yamaguchi 1986).

Large areas of these forests have been clearcut in recent decades, sometimes followed by broadcast burning. This has given rise to large areas of early seral communities dominated by native flora, often with planted Douglas-fir, which might offset a shortage of early seral communities resulting from natural fires. However, natural burns and clearcuts differ ecologically, for example in seedbed preparation, in providing residual large woody debris, and in having an overstory of dead trees (Kauffman 1990).

## Vegetation Condition and Fire Regimes

In support of national-level fire planning and ecological assessment, the Fire Regime Condition Class (FRCC) concept was devised. The BLM uses the FRCC concept to describe ecological departure. It is a measure that helps to describe common issues on public lands, such as altered disturbance regimes, invasive species, or highly altered plant communities. Generally, FRCC is one piece of information used to describe the health of public lands.

The first national FRCC assessment was completed in the late 1990s and published in *Development of Coarse-scale Spatial Data for Wildland Fire and Fuel Management* (Coarse Scale; Schmidt et al. 2002). This analysis was used in the Draft PER. This assessment excluded public lands in Alaska (86 million acres), as well as 25.5 million acres of agricultural, barren, and urban/developed lands in the lower 48 states. Three condition classes were established to represent qualitative measures describing the degree of departure from historical fire regimes. Departure from historical fire regimes may result from activities, such as fire exclusion, timber harvesting, livestock grazing, introduction and establishment of exotic plant species, introduced insects or disease, and/or other management activities, that alter key ecosystem components such as species composition, structural stage, stand age, canopy closure, and fuel loadings.

While the intent of the Coarse Scale analysis was regional and national characterization, USDI agencies found the analysis to be of limited utility, especially for

public lands in the western U.S. The condition classes in the Coarse Scale analysis were assigned based on successional stages for potential natural vegetation groups. Public lands were poorly represented in this effort for two reasons. First, some vegetation types, such as annual grasses or woodlands, could not be discerned in the vegetation classification used (Kuchler's Potential Natural Vegetation Groups; Kuchler 1964). Second, condition class assignments relied heavily on forest canopy cover thresholds, which have limited applicability to the majority of public lands.

Because of these shortfalls, a second national FRCC analysis was conducted as part of the Rapid Assessment Phase of the Landscape Fire and Resource Management Planning Tools Project (LANDFIRE). The Rapid Assessment Phase is intended as an interim product while further refinement of LANDFIRE continues. LANDFIRE is a 5-year, multi-partner project producing consistent and comprehensive maps and data describing vegetation, wildland fuel, and fire regimes across the United States. It is a shared project between the wildland fire management programs of the USDA and USDI.

Intended to better represent USDI-administered lands, the Rapid Assessment Phase mapped FRCC based on potential natural vegetation groups (historic vegetation), S-class (current seral stages), and historic fire regimes of the coterminous United States. Despite some localized inaccuracies, the Rapid Assessment Phase layer is the most accurate FRCC summary map for lands managed by the BLM, to date. Like the first national FRCC assessment, the second national FRCC assessment also excluded lands in Alaska as well as agricultural, barren, and urban/undeveloped lands in the lower 48 states.

The Rapid Assessment Phase is primarily intended for use at the national, regional, or state level, but not the local level. As a result, the Rapid Assessment Phase, like the Coarse Scale Analysis, is not intended to portray district or field office site conditions. FRCC can be assessed at the local level using a variety of tools (besides the national map), such as the FRCC software or GIS mapping tools. For this Final PER, departures from historical fire regimes are based on the Rapid Assessment Phase analysis, and have been grouped into three classes, as shown on Map 3-10. **Condition Class 1** lands (27.2 million acres of public lands; acres are approximate as federal agencies are updating and refining acreage estimates) are characterized by fire regimes that are within their historical range of

BLM_0008704

PUBLIC LAND RESOURCES

vegetation variability characteristics, fuel composition, and fire frequency, severity, and pattern. Fire behavior, effects, and other associated disturbances are comparable to those that took place prior to management practices that do not mimic the normal fire regime. The structure and composition of vegetation and fuels are similar to the historical regime, and the risk of losing key ecosystem components to fire is low. These areas can generally be maintained within the historical fire regime with treatments such as prescribed fire. Wildland fire use for resource benefit may also be used to maintain these areas.

**Condition Class 2** lands (79.5 million acres) have fire regimes that have been moderately altered from their historical conditions. They experience either an increased or decreased fire frequency of one or more return intervals, resulting in changes to fire size, intensity, and severity, and/or landscape patterns. Vegetation composition and structure and fuels have been moderately altered from their historical range, and have a moderate risk of losing key ecosystem components due to fire or other causes. These lands may need moderate levels of restoration treatments, such as prescribed fire and hand or mechanical treatments, to be restored to the historical fire regime.

**Condition Class 3** lands (54.7 million acres) have fire regimes that have a high departure from the historical condition, and the associated risk of losing key ecosystem components to fire or other causes is high. Vegetation composition, structure, and diversity, as well as fuels, have been significantly altered from their historical range. Due to these alterations, Condition Class 3 areas are especially susceptible to severe and intense wildland fires. These areas often require high levels of restoration treatments, such as hand or mechanical treatments, before prescribed fire can be used to restore the historical fire regime (Schmidt et al. 2002). Almost 41% (21.2 million acres) of the Class 3 lands occur in the Temperate Desert Ecoregion. 15.5 million acres occur in the Subtropical Desert Ecoregion, 8.2 million acres occur in the Temperate Steppe Ecoregion, and 5.4 million acres occur in the Subtropical Steppe Ecoregion. An additional 1.5 million acres of Class 3 lands occur in evergreen forests of the Mediterranean Ecoregion.

A comparison by acreage shows that the acreage of FRCC Condition Class 3 lands increased substantially between the Coarse Scale and Rapid Assessment Phase analysis. The Rapid Assessment Phase analysis further supports the need for treatment of large numbers of acres in the West to improve condition class.

Further information and methods can be found at the FRCC website and in the Interagency FRCC Guidebook (www.frcc.gov).

# Noxious Weeds and other Invasive Vegetation

Invasive plants are undesirable plants that infest land or deplete water resources, and may cause physical and economic damage or have other adverse effects on humans. Invasive plants are increasingly recognized as a major threat to ecosystems. Many invasive taxa have transformed both the structure and function of ecosystems by changing nutrient cycling or disturbance regimes (D'Antonio et al. 1999; Rejmanek et al. 2005). The spread of invasive plants threatens the structure and function of many ecosystems worldwide (Higgens et al. 1996; Drake et al. 1989). Certain invasive plant species have the ability to spread over large areas or acutely threaten an ecosystem over its continental range (Hobbs and Humphries 1995). There are estimated to be over 2,000 species of non-native plants in the U.S. (U.S. Congress Office of Technology and Assessment 1993), over 1,000 of which are invasive (Rejmanek et al. 2005). Approximately 10% of invasive species have profound effects on biodiversity, and clearly demand a major allocation of resources for containment, control, and/or eradication.

Noxious weeds are invasive plants that are designated and regulated by state and federal laws, such as the Federal Noxious Weed Act, because they are detrimental to agriculture, commerce, and/or public health. Noxious weeds are generally non-native invasive plants that have been either accidentally or intentionally introduced.

## The Extent of the Problem

It is estimated that invasive plants already infest well over 100 million acres in the U.S., and they continue to spread at an estimated rate of 3 million acres annually (USDI BLM 1998a). Weed infestations are capable of destroying wildlife habitat; reducing opportunities for hunting, fishing, camping and other recreational activities; displacing many threatened and endangered species; reducing plant and animal diversity because of weed monocultures; and costing millions of dollars in treatments and loss of productivity to land owners.

Besides ecological changes, invasive plants can cause impacts to public safety. While the spread of downy brome has increased the frequency and severity of fires,

BLM_0008705

to the detriment of native plants and animals, as well as property and human safety, other species have caused unforeseen disasters as well. In 1936, for example, the town of Bandon, Oregon, was destroyed and 11 citizens killed by a fire propagated by gorse, a highly flammable plant introduced 70 years earlier (Simberloff 1996). This species is still being battled along the Oregon and California coasts.

**Traits of Invasive Plants**

Invasive plants and noxious weeds have biological traits that enable them to colonize new areas and successfully compete with native species. While not all invasive species share many of these traits, most species have one or more that allow them to compete successfully. These traits may include deep tap root systems and very little surface foliage (allowing the plants to grow later in the summer than most native rangeland plants); earlier growth and reproduction than most natives; long-lived seeds in a viable seedbank; adaptations for spreading long and short distances; production of many seeds from one plant; long lifespan; ability to delay flowering; ability to reproduce vegetatively; tolerance for a wide range of physical conditions; rapid growth; self pollination; ability to compete intensively for nutrients; and production of toxic compounds that negatively affect neighboring plants (adapted from USDA Forest Service 2005).

Some plant communities and ecosystems are more susceptible to plant invasion than others. Very few invaders are successful in successionally advanced plant communities. Open and disturbed communities are more invaded, while undisturbed forests are less invaded (Rejmanek et al. 2005).

**Mechanisms of Invasion**

Invasive plants have been introduced into the U.S. through a variety of pathways. Some non-native species were intentionally introduced for beneficial reasons and later became invasive. Purple loosestrife, which was originally introduced in ballast water dumped from ships coming from Europe, is still sold as an ornamental plant in garden centers in many states. Dalmatian toadflax is another introduced ornamental that can still be found in garden seed mixes. Saltcedar was introduced for erosion control, as was European beachgrass along the West Coast. Many other invasive plants have been introduced unintentionally via air, water, rail, or road transportation pathways. Common methods of introduction include contaminated seed, feed grain, hay, straw, and mulch; movement of

contaminated equipment across uncontaminated lands; animal fur and fleece; spreading of gravel, roadfill, and topsoil contaminated with noxious weed seed; and plants and seeds sold through nurseries as ornamentals (USDI BLM 1996).

Once introduced, invasive plants are spread primarily by vehicles, humans, wild horses, livestock, wind, water, and wildlife. Initially, invasive weeds may become established in disturbed sites such as trailheads, along roads and trails, firebreaks, landing pads, oil and gas development sites, wildlife and/or livestock concentration areas, and campgrounds, but may also invade relatively undisturbed sites.

The plant invasion process occurs in three phases: introduction, establishment, and spread. Once an introduction occurs, a delay or lag phase often takes place while an invasive plant becomes established. The length of this initial phase varies, but it can last for up to 100 years (Hobbs and Humphries 1995). This phase is followed by a period of rapid growth that continues until the invasive species reaches the bounds of its new range (Figure 3-1; Mack et al. 2000).



**Figure 3-1. Relationship between Area Occupied by Invasive Species and Time.**

Understanding this process is critical for making timely and appropriate decisions for managing invasive plants. Preventing the spread of species during the lag phase should be a priority for managers. The establishment phase, while enough residual desired vegetation remains, should be another crucial time for controlling infestations (USDA Forest Service 2005).

Sleeper weeds, a relatively new concept, are invasive plant species with populations that are known to have increased significantly more than 50 years after

PUBLIC LAND RESOURCES

becoming naturalized (Groves 2006). Common reed, for example, has been identified as a sleeper weed in Quebec, Canada. While the species has been present in Quebec since 1916, it did not spread on a large scale until the 1960's, most likely after the development of the highway network (Lelong et al 2007). Controlling newly introduced populations of non-native species should help to alleviate the development of sleeper weeds.

Maintaining cover of native plant species on public lands may be critical to halting the spread of noxious weeds. In a 45-year study of a sagebrush steppe landscape in Idaho, areas with the highest cover of native species exhibited the greatest resistance to invasion by downy brome (Anderson and Inouye 2001).

**BLM Infestations**

In 2006, the BLM estimated that nearly 45 million acres of public lands were infested with weeds (Table 3-5). The estimated rate of weed spread on western public lands in 1996 was 2,300 acres per day (USDI BLM 1996). A recent estimate of weed spread on all western federal lands is 10% to 15% annually (Asher and Dewey 2005). The states with the largest weed infestations on public lands are Utah, Nevada, Arizona, and Oregon (Table 3-5). The most dominant invasive plants consist of grasses in the *Bromus* genus, which represent nearly 70% of the total infested area. A single species, downy brome, occupies an estimated 10 million acres alone. Another grass, red brome, has invaded portions of the Southwest. Other important weed species that occupy over 100,000 acres include halogeton, common Mediterranean grass, medusahead, houndstongue, leafy spurge, Canada thistle, saltcedar, spotted knapweed, rush skeletonweed, Russian knapweed, diffuse knapweed, yellow star-thistle, and hoary cress.

The BLM treated approximately 50,000 to 320,000 acres of noxious weeds during 1997 through 2006. Treatments included a combination of chemical, mechanical, manual, biological, and cultural controls, and herbicides have been used to create firebreaks in shrublands as well as improve forage for livestock and wildlife. Each year, over half of the treatment acres were in Montana, and over 35,000 treatment acres were in Idaho. In 2005, the BLM inventoried nearly 6.4 million acres for weeds, and evaluated weed treatments on over 278,000 acres of treatment lands (USDI BLM 2006c).

Non-timber forest products include all plant materials other than timber that are extracted from forests for human use (National Network of Forest Practitioners 2005). They consist of medicinal plants (e.g., ginseng, goldenseal), wild foods (e.g., mushrooms, berries, roots, syrups), decoratives and floral greens (e.g., salal, ferns, boughs), flavors and fragrances (e.g., sassafras, balsam fir), fibers (e.g., cedar bark, sweet grass, lichens), wild native seeds and transplants for restoration and nursery stock, plant dyes, arts and crafts materials, and resins and saps. These forest products are harvested for a variety of reasons, including subsistence, cultural, spiritual, commercial, recreational, and educational purposes.

Native American tribes and Alaska Natives traditionally used forest products for tools, food, construction materials, medicine, and religious ceremonies. Forest products used included bark for housing, branches and stems for utensils and tools, and wood for containers (Chamberlain et al. 1998). Much of the knowledge gained from Native American tribes and Alaska Native groups has influenced the development of the U.S. herbal medicinal industry. A discussion of Native American and Alaska Native plant uses is provided in the Cultural Resources section of this chapter, and in Appendix D of the PER.

During FY 2005, approximately $194,000 worth of non-timber forest products was sold by the BLM. The actual value of non-timber forest products harvested on public lands is substantially greater (USDI BLM 2006c). Over 40% of non-timber forest product sales on public lands were in western Oregon, and about 13% were in Nevada. Other important states for non-timber forest product sales are Colorado and Utah.

## Special Status Species

There are over 150 plant species occurring on or near public lands in the treatment area that are federally-listed as threatened or endangered, or proposed for listing. The number may change over time depending on future evaluations of each species' status. BLM policy states that BLM actions must not adversely impact special status species, which include species that are listed under the ESA, given some form of special designation to denote rarity by the state, or are listed as sensitive by the BLM. Special status species, other than those already listed under the ESA, are in potential danger of becoming listed under the ESA. Special status plant species are distributed throughout the western

PUBLIC LAND RESOURCES

**TABLE 3-5**
**Estimated Acres of Weed Infestations on Public Lands in 2000**

| State | Bromus species[1] | Halogeton | Mediter-ranean grass[2] | Medusa head | Centaurea spp.[3] | Hounds-tongue | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Alaska[4] | -- | -- | -- | -- | -- | -- | 992 | 992 |
| Arizona | 5,007,000 | 5,000 | 3,190,600 | 0 | 150 | 0 | 86,000 | 8,288,637 |
| California | 517,000 | 4,000 | 243,000 | 261,000 | 35,000 | 0 | 69,000 | 1,129,000 |
| Colorado | 1,952,000 | 372,000 | 0 | 0 | 23,000 | 408,000 | 329,000 | 3,084,000 |
| Idaho | 2,814,000 | --[4] | 0 | 15,000 | 214,000 | 500 | 376,000 | 3,419,500 |
| Montana | 933,018 | 300 | 0 | 0 | 157,726 | 9,580 | 180,929 | 1,281,553 |
| Nebraska[4] | -- | -- | -- | -- | -- | -- | -- | -- |
| North Dakota | 0 | 0 | 0 | 0 | 0 | 0 | 2,196 | 2,196 |
| New Mexico | 30 | 21 | 0 | 0 | 7,000 | 0 | 41,000 | 48,051 |
| Nevada | 6,564,244[5] | 1,050,000 | 1,500,000 | 5,000 | 18,100 | 50 | 120,000 | 9,257,394 |
| Oklahoma[4] | -- | -- | -- | -- | -- | -- | -- | -- |
| Oregon and Washington | 5,139,000 | 151,000 | 0 | 676,000 | 48,000 | 113 | 393,000 | 6,407,113 |
| South Dakota | 208 | 0 | 0 | 0 | 3 | 66 | 2,111 | 2,388 |
| Texas[4] | -- | -- | -- | -- | -- | -- | -- | -- |
| Utah | 6,948,000 | 3,063,000 | 94,000 | 25 | 51,000 | 604 | 130,000 | 10,286,629 |
| Wyoming | 1,395,000 | 1,500 | 0 | 0 | 47,000 | 27,000 | 188,000 | 1,658,500 |
| **Total** | 31,269,500 | 4,646,821 | 5,027,600 | 957,025 | 600,979 | 445,913 | 1,918,228 | 44,865,953 |

[1] Includes downy, ripgut, Japanese, and red bromes.
[2] This refers to *Schismus barbatus*.
[3] Includes spotted, Russian, diffuse, squarrose, and Tyrol knapweeds and yellow and malta starthistles.
[4] No data were reported for this state.
[5] Acres calculated through GIS based on 10% cover estimate derived from remote sensing data sources. Acreage includes undifferentiated *Bromus* and other invasive annual grass species.
Source: Peterson (2006).

U.S., including Alaska. A list of these species can be found in Appendix J.

For this PER, the BLM has consulted with the USFWS and NMFS since 2001 on listed species and species proposed for listing, and their critical habitats, that could be affected by the proposed treatments. As part of the consultation process, the BLM prepared a *Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Biological Assessment*, which provides a description of the distribution, life history, and current threats for each species (USDI BLM 2007a). Information contained in the BA will be used as a guideline by BLM field offices when developing local projects.

# Fish and Other Aquatic Organisms

The BLM administers lands directly affecting almost 155,000 miles of fish-bearing streams and 4 million acres of reservoirs and natural lakes (USDI BLM 2006d). These habitats range from isolated desert springs of the Southwest to large interior rivers and their numerous tributaries.

For this section, the eight geographic regions that were used to describe water resources in the treatment area are used to describe associated aquatic organisms and their habitats (Map 3-5). Key fish species have been identified for each region. These species are ecologically representative of the region(s), use major habitat types within the region, and strongly influence the aquatic community structure. As a result of species distributions and ecological similarities between regions, some key species may occur in more than one geographic region.

BLM_0008708

PUBLIC LAND RESOURCES

## Alaska and the Pacific Northwest

The most significant group of native fishes found in Alaska and the Pacific Northwest, in terms of their ecological, cultural, and commercial importance, is the salmonid family. All members of this group, which include salmon, trout, char, and whitefish, require relatively pristine, cold freshwater habitats during part or all of their life cycles, and as such, depend greatly on the conditions of the surrounding forests and rangelands to ensure their survival (Meehan 1991).

Most salmonids use large stream and river systems with direct ocean access. In Alaska, significant streams within public lands include the Colville River and Yukon River systems. The most significant system in Pacific Northwest is the Columbia River Basin. With its headwaters in British Columbia, the Columbia River extends over 1,200 miles to the Pacific Ocean.

Salmonid productivity within a freshwater system is dependent on the underlying stream productivity and the period of use by salmonids during their life cycle. Five general factors determine the suitability of aquatic habitat for salmonids: flow regime, water quality, habitat structure, food (energy) source, and biotic interactions. All salmonids require suitable habitat for spawning, incubation, and rearing. Generally, adults require spawning gravel (less than 2 inches in diameter) and overhead streambank or vegetative cover from predation, while eggs and newly hatched salmon (alevins) require stable gravel and cool (less than 57 °F) and highly oxygenated water (Meehan 1991). Bull trout, which tend to spend most, if not all of their life in inland waters, require water less than 42 °F for spawning and rearing of newly hatched young. Because salmonids prefer cold water, temperatures above 77 °F are lethal to most species in this family (Meehan and Bjornn 1991).

Migrant salmonids pass through several distinct habitats while traveling to and from feeding or breeding habitats, utilizing the full extent of the watershed. The importance of each habitat type differs by species. Chinook salmon, for example, spawn in the mainstem of a river. Upon emerging from the gravel, individuals either start their migration to the sea within their first year (ocean-type) or mature within rivers for 2 to 3 years before migrating to sea (stream-type). In contrast, resident trout populations, such as rainbow, bull, and cutthroat trout, may spend

their life (5 to 6 years) in various freshwater systems, including small streams or lakes, and do not migrate to the sea (Meehan and Bjornn 1991).

Various fish species have been introduced into aquatic systems throughout Alaska and the Pacific Northwest. Most of the non-native species have been introduced to promote sportfishing opportunities. Some have escaped from fish farms. Introduced salmonids (such as brook, brown, lake, and hatchery-raised rainbow trout), centrarchids (such as bass and sunfish), and percids (such as walleye) now support many, if not most, of the non-native sport fishing opportunities within these regions (Mills 1994).

A variety of aquatic invertebrates occur in Northwest and Alaskan streams. These species can be quite susceptible to instream activity (e.g., removal of large woody debris), or disturbances in riparian zones. The diversity of aquatic insects is naturally low in glacier-fed streams. Streams flowing through conifer forest, however, support a diverse aquatic invertebrate fauna, including many mayflies, stoneflies, and caddisflies (Whittier et al 1988). The diversity of freshwater mollusks is also usually highest in montane, spring-fed streams and pools (Forest Ecosystem Management Assessment Team 1993).

## The Arid Environment

In arid regions, hydrologic inputs that drive aquatic systems come in pulses of short duration. Although rain may trigger biological processes, such as reproduction, after long dry periods, a severe rainfall that creates flash flooding can exert considerable pressure on fish species and community structure (Naiman 1981). The natural hydrology of southwestern desert rivers and streams is highly variable and episodic (Rinne and Stefferud 1997). Natural flow regimes have been considered optimum for sustaining native fish populations (Poff et al. 1997). Although many streams of the U.S. deserts have been highly modified, reducing the impacts of flash floods on fish communities, these sudden rain inputs may still be detrimental. Carrying heavy silt, flash floods may remove or destroy habitat features such as shoreline vegetation, leaving fish species susceptible to rising water temperatures (Naiman 1981).

Because there is limited hydrological connection among water bodies within the desert, fish distribution is also limited. Some streams continually flow through

the humid desert regions, terminating in closed lakes or dissipating in the sand, while other streams originate from subterranean sources, emerging as springs. Springs occur throughout the desert ecosystem, ranging from quiet pools or trickles to active aquifers. Many larger springs emit warm water, with temperatures above the mean annual air temperature, and range from fresh to highly mineralized, carrying large amounts of dissolved materials or extremely low dissolved oxygen levels (Naiman 1981). Although each spring or pool is species-poor, most aquatic inhabitants of each pool are short-lived (1-2 years) and native to only a single locality (Naiman 1981, Page and Burr 1991).

Aquatic species have been introduced into this ecosystem, either on purpose or accidentally, changing the ecological balance to favor many of the non-native species. Invasive fish reduce numbers of native species through competition, hybridization, predation, and the spread of pathogens to which they have developed resistance in their home waters, but to which native species have not (Rinne 1995, 2003). Overall, non-native fish species now outnumber natives in number of species, population density, and often biomass at many localities (Platania and Bestgen 1988; Griffith and Tiersch 1989; Douglas et al. 1994).

Large reservoirs and diversions have been constructed on various rivers and streams, at least partially to deliver irrigation water for agricultural purposes. Additionally, domestic livestock grazing has impacted some rangelands, and historical grazing pressures in riparian areas have reduced the function of some aquatic habitats.

### Lower Colorado River and the Rio Grande

These regions cover portions of Nevada, Arizona, New Mexico, and Texas. Grasses and shrubs cover large expanses of the southwest region. This vegetation helps to reduce runoff and erosion during the rainy season. During the dry seasons, dormant vegetation and vegetative litter serve a similar function and are critical for the overall health of these rangeland systems. Livestock grazing in the region has reduced the quality of plant communities, resulting in increased runoff into streams during heavy rainfall, and localized lowering of water tables (Naiman 1981, Rinne and Minckley 1991). These impacts, combined with upper basin modifications, including dams, have impacted fish habitat throughout the lower Colorado and Rio Grande rivers.

The Colorado River, which was once a warm, silted, swift river, is now a cold, clear series of artificial impoundments. These impoundments are a significant threat to desert waterways, and in some instances can end a stream's existence, as has occurred in the lower reaches of the Salt and Gila rivers in Arizona (Cole 1981). The Glen Canyon Dam on the Colorado River, upstream of Lee's Ferry, eliminated the seasonal variation in the river's discharge, ionic composition, temperature, and sediment load in the gorge of the Grand Canyon. The impoundment has altered both the flow of the river and the river's potential for fish habitat downstream. As a consequence, most native fish populations in the Colorado River Basin have declined substantially throughout much of the species' ranges.

The Family Cyprinidae is the most dominant native fish group within the lower basin region, followed by the Family Catostomidae. The Cyprinidae family is composed mainly of minnow species, including the threatened Colorado pikeminnow and bonytail chub, while the Catostomidae family includes the threatened razorback sucker (Starnes 1995). Impoundments have had the greatest impacts on these fish communities (Minckley and Deacon 1991).

Bonytail chubs were historically common, migrating throughout the mainstem of the Colorado River and many of its tributaries, including the Green, Gunnison, Yampa, and Gila rivers, before the construction of large dams (Kaeding et al. 1986). Although bonytails continue to be found in low numbers in several man-made lakes, including Lake Mohave, the temperature and physical and chemical composition of these lakes is very different from those in which the fish evolved (Minckley 1973, Minckley and Deacon 1991).

The headwaters of the Rio Grande River originate in the Rocky Mountains of southwestern Colorado and the river meanders approximately 1,900 miles across Colorado, New Mexico, and Texas before terminating at the Gulf of Mexico. Public lands within the Rio Grande region are limited to the upper and middle reaches of this drainage. Most precipitation in the basin falls as snow near its headwaters or as rain near its mouth, while little water is contributed to the system along the middle reaches of this river, particularly within the Chihuahuan Desert.

Historically, riparian woodlands in the Rio Grande River Valley were a mosaic of various-aged stands dominated by cottonwood and willow (Cassell 1998). However, conversion of much of this land to

BLM_0008710

PUBLIC LAND RESOURCES

residential and agricultural uses has modified this floodplain area, significantly reducing the quantity and quality of wetland and riparian habitat (Cassell 1998; Levings et al. 1998). These changes, combined with instream modifications, have reduced fish habitat considerably throughout the region.

Prior to the construction of dams like the Cochiti Dam, the Rio Grande River had characteristics similar to the Colorado River, and was considered a swift, warm, muddy river (Scurlock 1998). The settling effects of dam reservoirs have resulted in slower, clearer, colder water. This modification of water quality has had a debilitating effect on the range of the Rio Grande silvery minnow, a species that once extended from Española, New Mexico, in the Rio Grande River Valley to the Gulf of Mexico; and in the Pescos River from Santa Rosa, New Mexico, to the confluence with the Rio Grande River in south Texas (Federal Register 1994). Currently, it is found only in a 170-mile reach of the middle Rio Grande River in New Mexico. Much of its decline may be attributed to modification of stream habitat by impoundments, water diversion for agriculture, and stream channelization.

Many non-native fish species have adapted well to the instream modifications to the Lower Colorado and Rio Grande rivers (Maddux et al. 1993; Douglas et al. 1994). Usually more aggressive than native fish and able to outcompete them for resources, these non-native species include walleye, bass (large and smallmouth), and rainbow, brook, and brown trout (Douglas et al. 1994).

**Great Basin**

The Great Basin covers an arid expanse of approximately 190,000 mi$^2$ and is bordered by the Sierra Nevada Range on the west, the Rocky Mountains on the east, the Columbia Plateau on the north, and the Mojave and Sonoran deserts on the south. The Great Basin is the area of internal drainage between the Rocky Mountains and the Sierra Nevada Range. Streams in this area never reach the ocean, but are instead confined, draining to the base of the basin, and typically resulting in terminal lakes, such as Mono Lake and the Great Salt Lake, marshes, or sinks that are warm and saline (Moyle 1976).

Many Great Basin fish are adapted to extreme conditions. Trout are predominantly found in lakes and streams at higher elevations within the basin (Behnke 1992). Bonneville cutthroat trout have

persisted in the isolated, cool mountain streams of the eastern Great Basin, while Lahontan cutthroat trout populations occupy small, isolated habitats throughout the basin. These trout species are unusually tolerant of both high temperatures (>80 °F) and large daily fluctuations in temperature (up to 68 °F). They are also quite tolerant of high alkalinity (>3,000 mg/L) and dissolved solids (>10,000 mg/L; Behnke 1992).

Water diversions, subsistence harvest, and stocking with non-native fish (particularly rainbow trout) have caused the extirpation of the Bonneville cutthroat trout from most of its range. Although Lahontan cutthroat trout were once common in desert lakes, including Pyramid, Walker, Summit, and Independence lakes, and large rivers, such as the Humboldt, Truckee, and Walker rivers, they have declined in numbers overall, disappearing in many areas (Hudson et al. 2000).

The decline of Lahontan cutthroat trout abundance is a result of habitat loss, interbreeding with introduced rainbow trout, and competition with other species of trout; these factors continue to be the primary threats to the species (Coffin and Cowan 1995, Dunham 1998).

Minnows and pupfish are the dominant fish species at lower elevations and are found in thermal artesian springs and streams (Cole 1981, Feldmeth 1981). Various native and non-native minnows (e.g., dace, chubs, shiners), are common throughout streams and lakes of the basin. Pupfish, however, are very site-specific and live, by choice, at the extreme upper limit of their zone of thermal tolerance (Feldmeth 1981).

Pupfish are able to survive extreme environmental conditions, tolerating water temperatures as high as 115 °F, salinity as high as 142 parts per thousand (ppt; ocean water is typically 33 ppt), and oxygen concentrations as low as 0.13 mg/L (Page and Burr 1991). Because of the high water temperatures, pupfish have developed behavioral traits to regulate body temperature. They have been observed migrating to shallow pools in the morning and remaining there throughout the day, returning to deep water at night. While some pupfish populations are isolated in extremely variable environments (i.e., rapidly fluctuating water levels and temperature gradients), others are isolated in stable springs with constant temperatures (Biological Resource Research Center 2001, NatureServe Explorer 2001).

The most significant problem facing desert fish are the limited water supply. Desert fishes have a tenuous

BLM_0008711

hold on survival under natural conditions, occurring only in the few permanent springs, rivers, and lakes, and their existence has been placed in doubt by human activities (Deacon and Williams 1991). Pumping groundwater for agriculture has threatened several pupfish populations, including the Devil's Hole pupfish (Deacon and Williams 1991).

Aquatic invertebrates are probably diverse within the Great Basin region, though relatively little is known about them (Hershler and Pratt 1990). Streams flowing within mountainous forest region support diverse aquatic invertebrate fauna including mayflies, stoneflies, and caddisflies. Small springs contain diverse molluscan fauna (Hershler and Sada 1987). Spring biotic communities are usually less diverse than stream communities, and springs are often habitat for endemic species because they are predictable, benign habitats that have served as refugia during dry periods.

## The Upper Colorado River Basin

The Colorado River is the primary river of the southwestern U.S., draining approximately 242,000 mi$^2$ from portions of Wyoming, Colorado, Utah, New Mexico, Arizona, Nevada, and California. The headwaters of the Colorado River are located in Rocky Mountain National Park in Colorado, from which the river flows southwest, toward the Gulf of California.

The Colorado River Basin is divided into two basins, the Lower and Upper basins, with a dividing line near Lee's Ferry, Arizona. Three distinct aquatic zones have been identified in the Upper Colorado Basin (Joseph et al. 1977). The upper (headwater) zone is characterized by cold and clear water, a high gradient, and a rocky or gravel substrate. Resident salmonid populations are predominant in this zone. An intermediate zone occurs as the stream flows out of the upper zone. Within the intermediate zone, water discharge rates and temperature increase, and water is turbid during spring runoff and after heavy rainfall. The substrate is generally rocky with occasional expanses of sand. The lower (large-river) zone has warm water, meandering sections, and a low gradient in flat terrain. Minnows and suckers are the dominant fish communities of the intermediate and lower zones.

The construction of reservoirs, such as Fontenelle and Flaming Gorge, has had profound effects on water flow and quality throughout the upper basin region;

lower summer water temperatures have resulted, and spawning of native fish has virtually ceased (Carlson and Carlson 1982, Wullschleger 2000). The humpback chub, for example, prefers deep, fast-moving, turbid waters often associated with canyon-bound segments of the rivers (Valdez and Clemmer 1982). Historically, this species occurred in great numbers throughout the Colorado River system from the Green River in Wyoming to the Gulf of California in Mexico. Today, due to lower water temperature and migration routes blocked by dams, this species can only be found in limited deep, canyon-bound portions of the Colorado River (Douglas and Marsh 1996).

Native salmonids in the upper zone of the Upper Colorado River Basin are disappearing with the introduction of rainbow, brook, and cutthroat trout for sport fishing (Miller et al. 1982). The habitat immediately downstream of constructed reservoirs favors these non-native salmonids (Platania 2003). In addition, non-native species effectively outcompete native species for available resources, and interbreed with native species (Joseph et al. 1977; Rinne and Minckley 1991). Populations of native species within lakes are also declining as a result of competition with and predation by, introduced non-native species, such as carp, northern pike, and red shiner (Rinne and Minckley 1991).

## California

California has two distinct fish habitat regions: northern and southern California. The northern region extends from the Oregon border south to Sacramento (the most southern reaches of salmon distribution in North America). This region includes rain-fed coastal streams, snow-fed streams of western Sierra Nevada, and the Central and San Joaquin valleys. Habitat characteristics are very similar to those observed in the western Pacific Northwest, with a dominance of evergreen forests throughout the area. Streams in the coastal region usually have steep drainages and are characterized by extreme seasonal flow, flooding in the winter and becoming intermittent in summer (Moyle 1976). Water flow in snow-fed streams is more constant than in coastal streams, a condition to which native fish are adapted.

Fish habitats within southern California are located predominantly within the arid southeast region of the state, and include numerous rivers and lakes. Native fish communities, such as those comprised of pupfish and minnows in the lower elevations and cutthroat

BLM_0008712

PUBLIC LAND RESOURCES

trout in the mountainous regions, and their aquatic habitats, exhibit characteristics similar to those seen in the Lower Colorado and Great Basin regions.

## Missouri River Basin

The Missouri River Basin encompasses 529,350 mi$^2$ and flows for over 2,340 miles, from its headwaters at the confluence of the Gallatin, Madison, and Jefferson rivers in the Rocky Mountains at Three Forks, Montana, to its confluence with the Mississippi River at St. Louis, Missouri.

The Missouri River historically carried a heavy silt load, collected from tributaries in the northern part of its drainage. Its wide and diverging channel created shifting sandy islands, spits, and pools, resulting in fish species suited to its turbid and dynamic conditions. Many of the fish species within the upper reaches of the Missouri River are considered benthic fishes, such as sturgeon and minnows (Duffy et al. 1996; Scarnecchia et al. 2002).

Public lands in Montana occur predominantly in the northeastern portion of the state. The surrounding habitat, referred to as the Milk River Basin, has relatively high densities of depressional wetlands dominated by shortgrass prairies. The upper reaches of the Missouri River and its major tributaries maintain the healthiest fish populations in the basin (White and Bramblett 1993). However, dams built along the mainstem of the Missouri River, such as the Fort Peck Dam in Montana, have limited fish migration patterns and water flow, as well as the movement of silt downstream, resulting in declining fish numbers and reduced quality spawning and rearing habitat (Hesse et al. 1989). This combination of habitat loss and poor dam management has contributed to the decline of many native mainstem species including paddlefish, sturgeon, and several species of chub.

Native species such as the sicklefin chub, sturgeon chub, and pallid sturgeon prefer silty rivers with a diversity of depths and velocities forming braided channels, sand bars, sand flats, and gravel bars, all of which were historically common along the Missouri River (Gilbraith et al. 1998; Scarnecchia et al. 2002). All three species have been affected by changes in the Missouri River. Although the chub species have managed to effectively reproduce where habitat conditions allow, the pallid sturgeon has been unable to adapt well to the present river conditions, resulting in a significant decline in its abundance (Duffy et al.

1996). The endangered pallid sturgeon, a bottom feeder, may become extinct, as changes in water flows continue to affect food sources, spawning habitat, and the timing of reproduction (USFWS 1990).

Introduced species, such as rainbow trout, have been stocked throughout Montana. Rainbow trout have adapted well to the wide range of habitats available within the basin. The species has successfully integrated into this aquatic system, and has caused a severe reduction in the range of native cutthroat trout through hybridization and competition (Walleyes Unlimited 2002). Other introduced species that have adapted well to the modifications of the Missouri River drainage in Montana include smallmouth bass, walleye, and white crappie.

The Missouri River drainage includes all of Wyoming east of the Continental Divide, and represents 74% of the state's surface area. Typically, streams along the southern boundary of Wyoming originate from the mountainous region of northern Colorado and are characterized by high gradients, cobble and boulder substrates, and riparian areas dominated by conifers and willows. This area of Wyoming drains into the North Platte River drainage, comprising 24% of the surface area of Wyoming. Native and introduced salmonids such as rainbow, brook, and cutthroat trout dominate fish communities within this region.

As streams flow onto the arid, desert plains, they are characterized by low gradients, meandering or braided channels, and silt, sand, and gravel substrates, with riparian areas dominated by cottonwoods, willows, shrubs, and grasses. Central and northern Wyoming are considered high cold desert. Native and non-native minnows and suckers dominate fish communities.

## Special Status Species

There are over 100 aquatic animal species occurring on or near public lands that are federally listed as threatened or endangered, or are proposed for future listing. Included in the total number are 59 species/subspecies of fish, 13 species of mollusk, and 6 aquatic arthropods. A complete list of these special status species may be found in Appendix J. Please note that this list is dynamic, and will likely change throughout the time period considered by this PER.

Special status aquatic animal species are found on public lands throughout the United States. A number of listed salmon populations are found in rivers of the Pacific Coast states. In arid habitats, many special

BLM_0008713

status fish species are found in the rare and fragile desert wetlands and springs, as well as in the major rivers such as the Colorado and the Rio Grande. In the deserts of the Great Basin and Colorado Plateau, terminal lakes, marshes, and sinks provide important habitats for special status fish species that are adapted to their warm, saline conditions.

Special status mollusks occur predominantly in the Snake River of Idaho, and in thermal habitats and small springs and wetlands in New Mexico, Arizona, and Utah. Aquatic arthropods of special concern occur predominantly in the vernal pools of California.

# Wildlife Resources

Public lands sustain an abundance and diversity of wildlife and wildlife habitat. Public lands provide a permanent or seasonal home for more than 3,000 species of amphibians, reptiles, birds, and mammals.

Wildlife populations are found in areas where their basic needs—food, shelter, water, reproduction, and movement—are met. The area in which the needs of a particular population are met is its habitat. Many animals have special behaviors and physical traits that allow them to successfully compete with other animals in only one or a few habitats; many threatened and endangered species fall into this category. Other animals, such as mule deer, coyote, and American robin are less specialized and can use a wider range of habitats.

Several features make some habitats better for wildlife than others. In turn, the more of these features that are present, the greater the diversity of wildlife species that is likely to be present. These features include:

- Structure – shape, height, density, and diversity of the vegetation and other general features of the terrain.

- Vertical layers – layers of vegetation (e.g., herbaceous, shrub, and forest canopy).

- Horizontal zones – vegetation and other habitat features that vary across an area.

- Complexity – an integration of vertical layers and horizontal zones.

- Edge – the area where two types of vegetative communities meet, such as a forest and shrub community.

- Special features – unique habitat features needed for survival or reproduction, including snags (dead trees), water, and rock outcrops.

Of the 164 million acres of rangeland administered by the BLM within the western states, 52% have been inventoried for habitat quality. Of those acres, 42% are rated as excellent or good, 42% are rated as fair, and 16% are rated as poor based on the departure of vegetation composition from a reference condition (USDI BLM 2006d). The BLM also administers 55 million acres of forestlands and woodlands. Of these acres, 16% have been rated as healthy and providing good habitat for wildlife, while 25% are in need of restoration, including mechanical thinning, fuels reduction, and prescribed fire. The condition of the remaining acres is unknown (USDI BLM 2004a).

An important activity of the BLM is to manage vegetation to improve wildlife habitat. Plants, which are an important component of habitat, provide food and cover. Food is a source of nutrients and energy, while cover reduces the loss of energy by providing shelter from extremes in wind and temperature, and also affords protection from predators. The following section describes the important characteristics of wildlife and habitat in the eight ecoregions that comprise the treatment area, focusing primarily on the vegetative characteristics of habitat and how wildlife use this vegetation.

## Tundra Ecoregion

Because of the short growing seasons and low summer temperatures, vegetation in tundra areas exhibits simple structure, few layers, limited complexity, low primary productivity, low decomposition rates, low stress tolerance, and high susceptibility to physical disturbance. Thus, on an annual basis, the tundra supports fewer wildlife species and numbers than other ecoregions, although it does support large populations of some wildlife, such as shorebirds and waterfowl, during summer.

Wildlife species in tundra habitats fall into three categories: 1) resident species that remain active year-round, 2) resident species hibernating in winter, and 3) migratory species present for only a portion of the year (Lent 1986). Resident species that remain active year-round include the willow ptarmigan, common raven, snowy owl, Arctic fox, brown lemming, muskox, and caribou. Hibernating species include the

BLM_0008714

PUBLIC LAND RESOURCES

Arctic ground squirrel, and hoary marmot. The great majority of the 97 or so bird species using the tundra are migratory (Pitelka 1979).

Except for the wood frog, there are no amphibians or reptiles in the Tundra Ecoregion. Because they are cold-blooded animals, the climate is too cold for these groups. Wood frogs are unique in that they partially freeze in winter; up to one-third of the water in a wood frog's body may turn to ice for a period of several weeks (Behler 1995).

The tundra has low species diversity; tundra insect fauna, for example, is only 1% to 5% as rich in species as the insect fauna found at temperate latitudes (Bolen 1998). Wildlife populations are also constrained by the low plant productivity, and can fluctuate greatly in response to annual changes in plant productivity. Animal population peaks can markedly alter vegetation and other habitat features in some instances, leading to sharp declines in population numbers. The brown lemming is the classic example of a cyclic species, with extreme fluctuations in numbers. Lemmings clip and consume large amounts of dormant vegetation under the snow during winter. During periods with large populations of lemming, lemmings remove much of the vegetation during winter, resulting in limited food during summer, and also limited protective cover against predators. As lemming populations decline due to starvation and predation, species that prey upon lemmings, such as the snowy owl and Arctic fox, also show marked population declines.

The widespread occurrence of shallow lakes and wetlands during the summer creates ideal conditions for insects, especially mosquitoes. Mosquitoes have adapted to the harsh winter by overwintering in an egg stage that is resistant to drying, hatching as larvae when warmer weather and moisture returns in the spring. Plant-eating insects are rare in the Tundra Ecoregion, likely due to the low growth rate of the vegetation. Nearly all insects prey on animals, biting the animal or burrowing into its skin or flesh.

Insect fauna provides an important prey base for migratory shorebirds and waterfowl. To cope with the short summer and limited food supplies, migratory birds tend to nest almost immediately upon arriving on the breeding grounds, and young hatch when insects and vegetation are most abundant. Waterfowl, other small birds, and small mammals are preyed upon by Arctic fox, snowy owl, gyrfalcons, peregrine falcons, and rough-legged hawks (World Wildlife Fund 2002).

Even resident populations of the tundra can be quite mobile in their search for suitable food and cover. Arctic foxes may travel hundreds of miles in search of new denning areas, while caribou may go years without using certain winter ranges. Ptarmigan congregate by the thousands in favorable winter valleys in winter, but disperse widely during the summer.

Suitable habitat for denning or burrowing species may be limited in areas with continuous or near-continuous permafrost. Burrowing species must select areas where the permafrost is not near the surface. The presence of deep snowdrifts is important for denning wolverines, polar bears, and brown bears. Talus slopes and cut banks are important habitat features used by denning Arctic foxes. Raptors tend to nest along river and coastal bluffs because of the generally flat, treeless character of the Arctic tundra.

## Subarctic Ecoregion

The Subarctic Ecoregion, or boreal forest, is the largest ecoregion in North America. The vegetation is similar in structure and dominated by relatively few species of spruce, firs, larch, and other conifers, and some hardwoods such as birch and aspen. Boreal forests are structurally more complex than tundra, and thus support a greater diversity of wildlife species. These forests provide habitat for large mammals, such as grizzly bear, black bear, wolf, moose, and wolverine; small mammals, such as red fox, American beaver, American marten, and weasels; birds, such as spruce and ruffed grouse, owls, and raven; and the amphibian, wood frog.

Many species have unique adaptations to survive in subarctic forests. Herbivores typically graze on herbaceous and shrubby vegetation during the summer, but shift to a high fiber diet of conifer needles and woody shrub browse during winter.

White-winged crossbills are an example of a species that have adapted to the abundant cone seeds in boreal forests. These birds move in large flocks when cone supplies are abundant, but are nomadic when cone supplies are limited. White-winged crossbills also breed opportunistically, when cone supplies are most abundant.

Bog vegetation occurs widely throughout the Subarctic Ecoregion. Bogs are characterized by a spongy underfoot of peat that provides a rooting layer for most vegetation, and is often overlain by

BLM_0008715

sphagnum moss. In Interior Alaska, bogs are often underlain by permafrost. Bogs tend to have limited structural complexity, as trees and shrubs are often sparse in bogs. Thus, fewer wildlife species are found in bogs than upland forests. The high water table of bogs also discourages burrowing species.

Fires, which are normal, recurring events in boreal forest ecosystems, help maintain ecosystem productivity and biodiversity (Rowe et al. 1974; Adams et al. 2000). Large area fires are common due to the uniformity of the vegetation and presence of a continuous layer of surface fuels, the moss and lichen layer. Fires can also destroy the rich growth of lichens found in the northern portions of the boreal forest. These lichens are an important food source for barren-ground caribou, comprising 60 to 80% of the winter diet of caribou (Boertje and Garner 1998, Bolen 1998). Fire may be necessary to maintain lichen ranges in the long term, because in old stands, competition from sphagnum moss, shade from trees, or the old age of lichens may limit lichen productivity (Andreev 1954, Viereck 1973, Zoltai 1974, Maikawa and Kershaw 1976).

After a fire of adequate severity, birch, aspen, and willow can revegetate the area, either sprouting from surviving roots or establishing from seed where adjacent seed sources exist. Willow, in particular, is the mainstay of the moose's winter diet, and moose populations thrive in such burned areas. However, because lichens are slow growing, it can take decades before the biomass of lichens for winter caribou grazing reaches its preburn levels (Joly et al. 2002). Schaefer and Pruitt (1991) observed that burned areas did not provide suitable winter habitat for caribou, but that fires could enhance the quality and abundance of summer forage.

## Temperate Desert Ecoregion

Vegetation structure in the Temperate Desert Ecoregion tends to reflect the area's precipitation pattern and temperature regimes (Jones 1986). Sagebrush is co-dominant with perennial bunchgrasses in the wetter, northern part of the ecoregion, but sagebrush dominates in the southern, drier portion (Paige and Ritter 1999). Trees are mostly limited to the pinyon-juniper woodlands found at higher elevations, and along watercourses.

Northern, cooler desert regions, such as the Great Basin Desert, support far fewer wildlife species than southern, warmer deserts found in the Subtropical Desert Ecoregion (Bender 1982, Brown 1982). The shorter growing season of the northern deserts results in lower plant productivity and a lower diversity and abundance of animal prey. Thermal regimes in northern deserts also limit the activity of wildlife, especially cold-blooded animals such as amphibians and reptiles, to short periods each year.

The Great Basin Desert, which is the largest desert in North America, is dominated by two structurally and floristically simple plant communities—sagebrush and saltbush. Because most precipitation in the region falls during the winter when plants are dormant, there is insufficient moisture during the growing season for the development of plant structure and diversity needed to support an abundance of wildlife species. This desert supports large populations of pronghorn antelope, and also provides critical habitat for sage-grouse species that use sagebrush for food and cover.

Desert habitats have some of the most unusual wildlife in the treatment area. Desert animals are adapted to survive under extreme environmental conditions, including low, erratic rainfall, and highly variable temperatures. Many small desert mammals require no free water, but survive on their own metabolic water and through water conservation measures, such as being active only at night and excreting uric acid rather than urea. Spadefoot toads have a special appendage on their hind foot that allows them to burrow into the soil to avoid daytime heat, and breeding activities are timed to occur during periods with summer thunderstorms.

Special features, such as water and rock outcrops, are critical habitat components in desert environments. Permanent and temporary water sources are scarce in this ecoregion, but their importance cannot be overstated. Riparian areas are especially important in the desert. For example, of the 148 species of breeding birds in the Great Basin Desert, 131 are dependent upon riparian areas for all or part of their life requisites.

Talus slopes, cliffs, and rock outcrops provide nesting and feeding habitat, thermal and escape cover, and resting sites for wildlife. Common reptiles that use these features include the common garter snake, western rattlesnake, and sagebrush lizard. Rodents and other small mammals use rock features to hide from predators, and to avoid temperature extremes. Bats use caves and rock outcrops as roost and nursery sites. Deep, rugged cliffs are used by desert bighorn sheep

BLM_0008716

PUBLIC LAND RESOURCES

for lambing, escape, and thermal cover. Raptors, including golden eagles and several species of hawks use cliffs and rock outcrops as nest and perch sites. The canyon walls of the Snake River provide nesting habitat for one of the highest densities of predatory birds in the world (USDA Forest Service and USDI BLM 1997).

Soil characteristics determine the number of subsurface sites available to wildlife in the desert. Lack of vegetative structure in deserts is often offset by subsurface space created by deep and diverse soils. Subsurface sites provide shelter from daytime heat, protection from predators, and sources of food for predator, such as snakes.

Wildlife habitat in this ecoregion has undergone great change during the past century, usually to the detriment of native species. For example, cool-season bunchgrasses once dominated large areas of the Columbia Plateau. Much of the grassland community has since been lost with the conversion of lands to agricultural and urban uses. Changes in fire regimes and grazing by domestic livestock have modified significant portions of the remaining grassland habitat. Species associated with native perennial bunchgrass communities, including the Columbian sharp-tailed grouse, kit fox, and Idaho ground squirrel, have declined in numbers more than other species' groups in the region. These species rely on grassland vegetation for plant and insect forage, nesting and brood-rearing habitat, and hiding cover.

Much of the sagebrush habitat in the Temperate Desert Ecoregion has been lost or modified during the past several decades, resulting in habitat fragmentation. This loss is result of conversion to agricultural and urban uses, grazing, altered fire regimes, and the encroachment of downy brome, other weeds, and woody species such as juniper and Douglas-fir (USDA Forest Service and USDI BLM 1997). The best sagebrush habitat occurs where there is a mix of multi-age sagebrush with associated perennial bunchgrasses and forbs, interspersed with open wet meadows or riparian areas. These are key habitat components for sage-grouse and other wildlife. During winter, sage-grouse feed almost exclusively on the leaves of sagebrush (Patterson 1952; Wallestad et al. 1975).

## Subtropical Desert Ecoregion

The Subtropical Desert Ecoregion is composed of the Mohave, Sonoran, and Chihuahuan deserts. In contrast to the cooler deserts of the Temperate Desert Ecoregion, the hotter deserts of the Subtropical Desert Ecoregion tend to have a more diverse flora and fauna. The northern limits of many species common in Mexico are found in this ecoregion, such as brown-crested flycatcher, vermilion flycatcher, black-tailed gnatcatcher, hooded skunk, pocketed free-tail bat, coatimundi, and jaguar. The Sonoran Desert is the most floristically diverse of the three deserts, and as a result, has the greatest diversity of wildlife. The desert tortoise, which is federally listed as a threatened species (in the Mojave Desert only), is found in this ecoregion. Long-lived and once common, desert tortoises have suffered population declines due to adverse impacts associated with human activities (USFWS 1994a).

The ecoregion is characterized by widely dispersed desert plants that provide little ground cover for wildlife. Canopy cover rarely exceeds 50%, and there is usually extensive bare ground between plants. In the Mojave and Sonoran deserts, several species of cacti, ocotillo, yucca, and other woody species provide areas of near-woodland habitat that support a greater diversity of wildlife than other areas with less plant structure.

Like species in the Temperate Desert, wildlife in the Subtropical Desert have evolved numerous means to deal with water scarcity and other rigors of the hot desert. Presence of standing water in winter and new herbaceous growth in spring provide water and forage for most wildlife (Laudenslayer and Boggs 1988). During summer and fall, some species, such as the desert kangaroo rat and other rodents, derive water from the seeds in their diet. Saguaro, as well as most other species of cactus, has spines for protection from many grazing animals. However, collared peccaries and many desert rodents can avoid or digest cactus spines and obtain water from the plants' succulent tissues.

Black-throated sparrows secrete highly-concentrated urine and dry feces, and thus need little drinking water. In contrast, most other desert-living bird species show few adaptations for coping with water scarcity and simply fly to water sources to meet their needs. Reptiles and small mammals are active mostly at night and retreat to cool burrows, or seek shelter

BLM_0008717

under vegetation or in rock outcrops to avoid the midday sun and reduce water loss. The yucca night lizard, for example, is restricted to desert regions with downed litter of yucca and agave plants (Jones 1986).

Salt balance is an important physiological function in desert animals. Chuckwallas, desert lizards, eat the fleshy tissue of cacti, and are able to excrete salt from their nostrils by sneezing, without losing much water. Many other lizard species also have salt glands for excreting salt.

The structure of live vegetation is probably the most important habitat feature in these deserts. Shrubs and tall cacti are used by lizards for feeding and breeding, and lizards climb onto creosote bushes during the day to avoid hot ground temperatures. Vertical structure provides nesting, feeding, and breeding niches for birds. Cacti provide roosting and breeding habitats for bats that small shrubs do not provide. Horizontal vegetation structure is also important, as some species of birds prefer either open or closed habitats, and many species of lizards require more open areas for foraging, but closed habitat the rest of the time to avoid the heat and predators (Pianka 1966, Rottenberry and Wiens 1980).

The extensive root systems of certain desert plants, such as creosotebush, provide access to subsurface openings for toads, salamanders, lizards, snakes, and small mammals. Creosotebush areas found in the Chihuahuan and Sonoran deserts have little vegetative structure, but have a rich diversity of wildlife because of favorable soils that allow access to subsurface space.

Desert wildlife have evolved characteristics that are adaptive to the attributes of certain plant species. Desert iguanas feed heavily on creosotebush buds, especially during the spring, and their distribution is closely related to the distribution of creosotebush (Norris 1953). Several birds rely on the saguaro and other cacti for roosting and nesting, including elf owl, cactus wren, and gilded flicker. Cavity-nesting birds often select vegetation with spines, perhaps to discourage nest predation by small mammals and reptiles. The Gila woodpecker and gilded flicker both excavate nest cavities in saguaro cacti, but due to differences in bill structure, the gilded flicker must excavate its cavity near the top of the cactus, while the Gila woodpecker can excavate cavities near the base of the trunk.

## Temperate Steppe Ecoregion

The Temperate Steppe Ecoregion is comprised of prairie grasslands, evergreen and deciduous forests, and sagebrush and chaparral shrublands. Prairie grasslands occur in an environment with irregularities in weather patterns, including wet and dry spells, which occur often enough to impose severe stresses on wildlife. In a drought year, for example, reduced moisture and higher temperatures can greatly affect the abundance and quality of vegetation used for food and cover, often leading to substantial population declines in some species, especially birds.

The characteristics and habitats of grassland animals differ from those of animals that inhabit shrublands and forests. Many grassland species live in burrows, including burrowing owls, prairie dogs, ground squirrels, pocket gophers, black-footed ferrets, and American badgers. Burrows provide a place to hide from predators, a more stable microclimate during hot summers and cold winters, and shelter from grassland fires (Brown 1982).

If an animal cannot hide in a burrow, it must be a fast runner to avoid predation. The swift fox can travel at 25 miles per hour (mph), while the pronghorn can run at 70 mph. Even quail and grouse often run instead of flying to escape predation, staying close to the ground and using the vegetation as cover.

Grassland animals tend to occur in large social groups. For example, millions of American bison occurred on the Great Plains in presettlement days and millions of prairie dogs have been found in a single prairie dog town. Wildlife species living in grasslands tend to be more social than their forestland counterparts. Prairie dogs live in large, highly organized social units, while their eastern woodland counterpart, the woodchuck, rarely interacts with its own species. Flocking species are also more prevalent in grasslands than in forestlands. Socialization enables the members of a flock to more readily detect predators, but also to convey other information, such as mating status, which is difficult to ascertain in open grassland where sound is muffled and perches are few. Raptors are also more common in grasslands than other habitats, as open spaces favor animals with good vision and provide an abundance of prey items.

Compared with other habitats, grasslands tend to have low bird species diversity and abundance (Wiens and Dyer 1975). Although grasslands are highly

BLM_0008718

PUBLIC LAND RESOURCES

productive, they are structurally simple and less complex than other habitat types, and thus provide birds with few niches to exploit. Bird species tend to differentiate themselves based on the cover and height of the grassland vegetation, with the horned lark and burrowing owl selecting areas with low, scattered vegetation, and the savanna sparrow and bobolink selecting high, dense herbaceous cover.

Grasslands found in the proposed treatment area include the Great Plains, shortgrass prairie, intermountain grasslands, and the Palouse grasslands. The mixed prairie of the Great Plains constitutes the eastern range for many grassland animals, including the prairie dog, pronghorn, swift fox, and desert cottontail. It was also the home of the American bison. The shortgrass prairie to the west of the Great Plains, and east of the Rocky Mountains, is where true grassland animals are found. Many of the species found here cannot survive in the tallgrass and mixed prairies because they are less able to see and flee from predators.

Wildlife found in the intermountain grasslands associated with the Rocky Mountains are similar to those found in grasslands to the east, except species that need a year-round supply of green grass do not occur. Deer, elk, and pronghorn survive in the intermountain grasslands by foraging upon shrubs and other woody vegetation during winter. Ground squirrel diversity is especially high in the intermountain grasslands, with 19 of the 22 species of ground squirrels in North America found in this region. Much of the Palouse grasslands have been converted to agriculture or lost to shrubland encroachment, greatly reducing their value to sharp-tailed grouse and other wildlife that were once common.

Evergreen and deciduous forests are found at higher elevations and along streams and other aquatic areas. The plant species composition of coniferous forest stands, and the types of wildlife that use them, varies with altitude. Aspen is an important component of many deciduous forests. Aspen typically is found in moist areas and becomes established after fire or other disturbance has cleared a suitable area. American beaver use aspen limbs and foliage for food and to build dams and lodges. Snowshoe hare feed on aspen twigs and bark during winter, and aspen buds are important in the winter diet of ruffed grouse. American badger, ground squirrels, and other burrowing animals provide bare ground needed by aspen seeds to germinate.

## Subtropical Steppe Ecoregion

The Subtropical Steppe Ecoregion is composed primarily of grassland vegetation, with local occurrences of shrubs and woodlands. Grassland wildlife species found in the Temperate Steppe Ecoregion are also found here, such as pronghorn, mule deer, white-tailed deer, coyote, American badger, and black-tailed jackrabbit. The northern limit of distribution of several mammals, including the Mexican ground squirrel and gray fox, occurs in the grasslands of this ecoregion (Bailey 1997).

Woodlands formed of pinyon and several species of juniper (pinyon-juniper woodlands) are found on about 4 million acres, and are also found in other ecoregions. The canopy of these woodlands is generally open, and the trees are far apart. Open stands of pinyon-juniper with abundant vegetation below the trees provide the best wildlife habitat. These woodlands generally do not have the structure and complexity to support a large diversity of wildlife as compared to other forest types, although a study in Utah showed that avian species diversity in pinyon-juniper woodlands is similar to species diversity in other woodland and forest types (Paulin et al. 1999).

Reptiles are not common in pinyon-juniper woodlands. Birds feed on pinyon and juniper seeds and berries, find nesting cavities within juniper trunks, and use the stringy and fibrous juniper bark for nesting material. The pinyon jay, plain titmouse, and bushtit are obligate to these woodlands, and 144 different species of birds have been observed in pinyon-juniper woodlands in New Mexico (Short and McCulloch 1977). Avian species diversity is usually greater in pinyon-juniper woodlands than in adjacent grasslands (Sieg 1991).

Abert's squirrel, pinyon mouse, wood rat, gray fox, and other small mammals eat berries, seeds, and the inner twigs from pinyon-junipers. Mule deer, white-tailed deer, elk, pronghorn, and desert bighorn sheep may occur throughout the year in pinyon-juniper woodlands. Leaves and berries of pinyon pine and juniper trees are eaten by large mammals.

Most food habit studies have shown that the value of pinyon-juniper woodlands to wildlife is usually related to the quantity and composition of the vegetation growing in association with pinyon-juniper. As pinyon-juniper stands mature, the trend is toward increased tree density and finally, dense canopy cover.

BLM_0008719

The dense canopy cover shades out plants found below pinyon-junipers, reducing the variety of plant types that can provide food and cover for wildlife. Small mammals, deer, and elk use of pinyon-juniper woodlands declines as tree canopies become more dense, although some species, like pinyon mice and pinyon jays, may favor denser stands (Short and McCulloch 1977, Willis and Miller 1999).

## Mediterranean Ecoregion

The vegetation of the Mediterranean Ecoregion is dominated by grassland, shrubland, and forestland habitats. Many shrub (chaparral) and forest/woodland plant species have thick, hard, evergreen leaves. The number of wildlife species using shrub habitats is limited by the lack of trees in shrublands. However, wildlife species diversity can also be limited in evergreen woodlands due to the paucity of shrubs in these communities, as shrubs are often unable to compete with trees for the limited moisture.

Because of their tough, leathery texture, the leaves of vegetation in chaparral communities are resistant to wilting, and thus provide cover for wildlife even during the frequent droughts typical of the region. Wildlife found in chaparral tend to be species that nest on the ground or in shrubs, such as ground- and shrub-nesting birds and rodents, or that prey upon ground- and shrub-dwelling species, including coyote, striped skunk, and bobcat.

Although this ecoregion supports a diverse vertebrate fauna, including numerous species of reptiles and rodents, only a limited number of species are closely tied to the chaparral. These include the mountain quail, California thrasher, wrentit, brush rabbit, California mouse, and dusky-footed woodrat.

Mountain quail favor slopes covered with chaparral. They feed on acorn mast, fruits, and seeds in the fall, leafy foods during winter, and bulbs in the spring and summer. Thrashers and wrentits find good food and cover in the chaparral, and are more often seen than heard in the dense vegetation. The brush rabbit does not use burrows regularly like most other species of rabbits, perhaps because of the dense chaparral cover. Woodrats construct stick dens that are also used by the California mouse. Since homes are constructed of sticks, woodrats are vulnerable to fires in chaparral communities.

Chaparral communities are adapted to fire, and wildlife respond by retreating to burrows, hiding in rock crevices, or escaping from the area. After a fire, seed-eating birds, such as mourning doves, move into the area to feed on seeds exposed by fire. Mule deer seek out the temporary community of herbaceous plants that develop during the first year or two after the fire. Many of these plants produce bright flowers that attract nectar-feeding insects and birds.

Deciduous and evergreen woodlands provide vegetation structure and complexity that benefits a variety of wildlife species. The habitat often occurs in a mosaic-like pattern of conifer stands intermixed with deciduous tree stands. The shrub and herbaceous strata are often poorly developed in these woodlands. Mature woodlands are important to cavity nesting birds, and oak mast crops are an important food source for birds and mammals, such as scrub and Steller's jays, acorn woodpecker, wild turkey, mountain quail, California ground squirrel, western gray squirrel, black bear, and mule deer (Anderson 1988). Amphibians that reside in the forest detritus layers include Mount Lyell salamander, ensatina, and relictual slender salamander (McDonald 1988).

Oak woodlands serve as important wildlife habitat, supporting over 300 vertebrate species, many of which are special status species such as the California spotted owl and willow flycatcher (Thomas 1997). Oak trees provide nesting sites for both canopy- and cavity-nesting birds, and the acorns they produce are an autumn food source relied upon by many bird and mammal species (Almeda County Agriculture Advisory Committee 2005).

Annual and perennial grasslands are found in central and coastal California. Annual grassland habitats consist largely of non-native annuals that have displaced native perennials (Kie 1988). Habitat structure and wildlife abundance are dependent on a mix of plant species at a site. Sites with western brackenfern exhibit a taller, more diverse structure than sites with shorter grasses. Many wildlife species use grassland habitats, but some require special habitat features, such as cliffs, caves, ponds, or shrubby areas for breeding, resting, and escape cover.

## Marine Ecoregion

The Marine Ecoregion is dominated by evergreen and, to a lesser extent, deciduous forests located along the Pacific Coast. These forests are managed by the BLM primarily for timber production and wildlife habitat.

BLM_0008720

PUBLIC LAND RESOURCES

Temperate forests are among the most productive habitats in the world (Whittaker 1975). The energy available to wildlife from temperate forests vegetation, along with their structure and complexity, provide habitat for a diversity of wildlife. Temperate forests are also routinely subject to disturbances that increase variability in the environment and create edge habitat. In turn, the succession of vegetation types that follow a disturbance provide habitats for a succession of wildlife species.

In general, deciduous trees support more wildlife than evergreen trees (Glenn-Lewin 1977). Conifer forage is less palatable than deciduous forage, which means that there are fewer animals that can consume the foliage, and in turn, be consumed by predators. Conifer foliage is also relatively unpalatable to decomposing organisms, such as fungi and bacteria, so the decomposition of coniferous matter is often a slow process (Hunter 1990). Deciduous trees generally have more structural complexity than conifers, providing more places for animals to feed and seek shelter.

Conifers do possess characteristics that are critical to the survival of many wildlife species. Spruce grouse are dependent on conifer foliage to survive the winter. Conifer stands also provide crucial winter cover to elk, deer, and other wildlife by blocking wind and keeping snow from reaching the ground, covering browse, and restricting animal movements. However, the foliage that captures snowfall also intercepts light in the spring, reducing the amount of light that can reach the forest floor, warm the soil, and stimulate the growth of herbaceous vegetation and shrubs used by these wildlife.

Since this ecoregion is characterized by abundant rainfall, there is an abundance of moisture on the forest floor, as well as in ponds and streams, to support a diversity of amphibians. All frogs and toads in this region lay their eggs in water. Most salamanders lay their eggs in or near water, while others lay their eggs on land under logs (Ensatina), in rock outcrops (western red-backed salamander), or both (clouded salamander). Many of these amphibians spend a portion or most of their lives out of water, living under moist logs, dead wood, or forest litter, or in burrows or root or rock crevasses.

Few reptiles are found in this ecoregion. The alligator lizard is the only widely distributed species found in forested habitats, and the painted turtle and western pond turtle are the only turtles common in the area.

The most common snake is the northwestern garter snake.

Birds have adapted to exploit the different layers of vegetation in the forest. Ruffed grouse, winter wren, American robin, spotted towhee, and dark-eyed junco are often found near the forest floor or in shrubs. Woodpeckers and brown creepers are seen moving up and down the trunks of trees in search of insects. Nuthatches and chickadees exploit the cone seeds, while warblers and kinglets glean insects from the upper deciduous forest canopy.

Like birds, mammals exploit the vegetation types and strata found in the forest. Shrews, mice, and moles are fossorial or live near the forest floor. Rabbits and hares reside near the ground and seek shelter in dense herbaceous or shrub vegetation. Wide-roaming species that live near the ground include black-tailed deer, elk, black bear, mountain lion, and bobcat. Deer and elk tend to remain in dense forest stands during the day to seek shelter, but move to more open shrublands and grasslands at night to feed, and thus favor forest habitat interspersed with shrubland/grassland habitats. Bears favor large stands of contiguous forest, but also use shrublands with abundant berries and other forage.

Several special habitat features have been identified in forests that are important to wildlife. Snags, which are dead or dying trees, are critical to many species of wildlife. Cavities in snags provide shelter and nesting sites for woodpeckers, owls, and other cavity-using wildlife, while dead and dying bark often harbors large numbers of insect prey for birds. Edges are places where different plant communities or successional stages meet, such as between a forest clearing and dense forest stand. A large number of species are found at edges, and some species reach their maximum population densities there (Hunter 1990). For some species of birds, however, nest predation is higher for individuals nesting near edges than for those nesting in the forest interior.

A number of species rely on old-growth forests for most or all of their life requisites. Old-growth forests in the Marine Ecoregion generally consist of conifer trees with a diameter of more than 3 feet at the base of the tree, and that are more than 200 years old (Bolen 1998). These forests also contain a multilayered canopy and numerous snags and logs. Vaux's swifts depend on large, hollow snags for nesting and roosting habitat. Marbled murrelets use the stout branches of old-growth trees for nest platforms. Northern spotted

BLM_0008721

owl nest in tree cavities and feed on northern flying squirrels. Banana slugs, Pacific giant salamander, Olympic salamander, and Oregon slender salamander are other species that prefer the rotting logs and moist soil conditions found in old-growth habitats.

## Special Status Species

There are over 75 terrestrial animal species occurring on or near public lands in the treatment area that are federally listed as threatened or endangered, or proposed for listing. Included in the total number are 10 species of arthropod, 7 species of amphibian, 5 species of reptile, 20 species of bird, and 27 species of mammal. A complete list of special status animal species may be found in Appendix J. Please note that this list is dynamic, and will likely change throughout the time period considered by this PER.

Special status animal species are found on public lands throughout the U.S. Special status arthropods are largely butterflies that occur mostly in open habitats. Special status amphibians occur in wetland habitats throughout the West, and special status reptiles occur in warm habitats of California and the southwest. Special status birds and mammals use a wide range of habitats found on public lands throughout the western U.S.

# Livestock

Approximately 161 million acres of public lands are open to livestock grazing, with use levels established by the Secretary of the Interior and administered through the issuance of grazing permits/leases. The majority of the grazing permits issued by the BLM involve grazing by cattle, with fewer and smaller grazing permits for other kinds of livestock (primarily sheep and horses).

The BLM administers grazing lands under 43 CFR Part 4100 and BLM Handbooks 4100 to 4180, and conducts grazing management practices through BLM Manual Handbook H-4120-1 (*Grazing Management*; USDI BLM 1984a). Management of livestock grazing is authorized and enforced through both permits and leases, and is commonly carried out through the development and implementation of allotment management plans (AMPs) and/or terms and conditions of the grazing permit or lease. The grazing permit establishes the allotment(s) to be used, the total amount of use, the number and kind of livestock, and the season of use. The grazing permit may also

contain terms and conditions as appropriate to achieve management and resource condition objectives. Allotment management plans further outline how livestock grazing is managed to meet multiple-use, sustained-yield, and other needs and objectives, as determined through land use plans.

Geographically specific rangeland health standards and guidelines are identified for each state to help direct the grazing program for those states. Each year the BLM conducts reviews of land within its jurisdiction to determine the level of compliance with rangeland health standards. At a minimum, grazing is managed to ensure that 1) watersheds are in or making significant progress towards properly functioning physical condition; 2) ecological processes including the hydrologic cycle, nutrient cycle, and energy flow are maintained; 3) water quality complies with state water quality standards; and 4) significant progress is being made toward restoring or maintaining habitats for all special status species, including federally-listed threatened or endangered species. Reviews of rangeland health standards are often conducted when grazing permits or leases expire, particularly when those permits or leases are within high priority watersheds.

Public lands provide an important source of forage for many ranches and help to support the agricultural component of many communities scattered throughout the west. As of October 2005, the total number of grazing permits/leases in force was 17,940, with a total of 12.7 million Animal Use Months (AUMs) authorized (Table 3-6; USDI BLM 2006d). Grazing authorizations produced approximately $14.5 million in annual revenues in FY 2005 (USDI BLM 2006c).

# Wild Horses and Burros

The BLM, in conjunction with the Forest Service, manages wild horses and burros on BLM- and Forest Service-administered lands through the *Wild Free-Roaming Horse and Burro Act of 1971*. In FY 2005, wild horse and burro populations on public lands totaled over 31,760 animals, with nearly half of these animals living in Nevada (Table 3-7). Another 25,000 animals are held in holding pens. The population of wild horses and burros is approximately 4,000 animals above the Appropriate Management Level (AML) of 27,500. The AML is an estimate of the number of wild horses and burros that public lands can support while maintaining a thriving natural ecological balance (USDI BLM 2006c, d).

BLM_0008722

PUBLIC LAND RESOURCES

**TABLE 3-6**
**Grazing Permits and Leases in Force and Active**
**Animal Unit Months during Fiscal Year 2005**

| State | Leases and Permits | Active AUMs |
|---|---|---|
| Arizona | 757 | 660,511 |
| California | 573 | 421,843 |
| Colorado | 1,588 | 662,920 |
| Idaho | 1,889 | 1,351,806 |
| Montana, North Dakota, and South Dakota | 4,289 | 1,366,331 |
| Nevada | 644 | 2,130,112 |
| New Mexico, Oklahoma, and Texas | 2,290 | 1,861,369 |
| Oregon and Washington | 1,579 | 1,058,756 |
| Utah | 1,525 | 1,237,117 |
| Wyoming and Nebraska | 2,806 | 1,950,312 |
| Total | 17,940 | 12,701,077 |
| Source: BLM Public Land Statistics (USDI BLM 2006d). | | |

Animals are managed within 201 Wild Horse and Burro Herd Management Areas (HMAs; USDI BLM 2006c). Wild horse herds grow at an average rate of 20% annually. Management is accomplished by carefully controlling horse and burro populations so that their numbers do not exceed the carrying capacity of the land. This is done primarily by gathering animals periodically so that numbers are near the AML. Fertility control is being used in some HMAs as a means to reduce the population growth rate. It has shown to be effective thus far and will likely be used on a larger scale in future years.

When horse and burro populations begin to exceed the AML, excess animals are gathered and offered to the public through periodic adoption. In FY 2005, 5,700 wild horses and burros were adopted in the U.S. Thirty-two percent of these were adopted in the eastern U.S. Nearly 209,000 animals have been adopted since 1971 (USDI BLM 2006d). In 2001, the BLM implemented a program to further reduce the wild horse and burro population to approximately 27,500 animals. Public lands inhabited by wild horses or burros are closed to grazing under permit or lease by domestic horses and burros. *The Wild Free-Roaming Horse and Burro Act* mandates that wild horses and burros can only be managed in areas where they were found in 1971. Those that stray onto non-designated public and/or private lands are removed.

# Paleontological and Cultural Resources

## Paleontological Resources

The BLM is responsible for managing the public lands and their various resources so that they are utilized in a manner that will best meet the present and future needs of this Nation. The western U.S. has a fossil record that includes almost all of the geologic periods from the Cambrian (500+ million years ago) to the Holocene (Recent; the last 10,000 years), and nearly every imaginable ancient environment. Many fossil deposits are of national and international importance, and many thousands of different kinds of fossils were originally made known to the scientific world from specimens first found in the west.

The BLM manages fossils as a natural heritage resource on the lands it administers under the general guidance of the FLPMA and NEPA. Fossils are managed to promote their use in research, education, and recreation, and paleontological localities are an important consideration in developing land use management decisions. More than 200 properties, totaling more than 5 million acres, are managed either wholly or in part for paleontological values or contain paleontological values that may require special management strategies in the future. Significant paleontological resources can also be found on other public lands estimated to total over 20 million acres. Because of the increasing interest and activity related to fossils over the past 3 decades, it is estimated that there are more than 50,000 fossil sites documented on public lands. Table 3-8 lists the localities that include many of these sites.

## Cultural Resources

Cultural resources include archaeological, historic, or architectural sites, structures, or places with important public or scientific uses, and may include definite locations (sites or places) of traditional cultural or religious importance to specific social or cultural groups. Cultural resources are concrete, material places and things that the BLM locates, classifies, and ranks. The BLM manages cultural resources according to their relative importance, to protect significant cultural resources from inadvertent loss, destruction, or impairment, and to encourage and accommodate.

BLM_0008723

**TABLE 3-7**
**Wild Horses and Burros on Public Lands in Fiscal Year 2005**

| State | Wild Horses | | | Wild Burros | | |
|---|---|---|---|---|---|---|
| | Free-Roaming Population | Adopted | Removed | Free-Roaming Population | Adopted | Removed |
| Arizona | 230 | 218 | 1 | 1,542 | 91 | 53 |
| California | 3,079 | 705 | 992 | 1,228 | 231 | 252 |
| Colorado | 800 | 292 | 357 | 0 | 17 | 0 |
| Idaho | 704 | 110 | 360 | 0 | 0 | 0 |
| Montana, North Dakota, and South Dakota | 142 | 4 | 0 | 0 | 0 | 0 |
| Nevada | 13,251 | 54 | 5,805 | 1,464 | 0 | 68 |
| New Mexico, Oklahoma, and Texas | 82 | 916 | 23 | 0 | 69 | 0 |
| Oregon and Washington | 2,670 | 313 | 891 | 15 | 6 | 0 |
| Utah | 2,420 | 173 | 248 | 142 | 20 | 0 |
| Wyoming and Nebraska | 3,991 | 420 | 1,973 | 0 | 1 | 0 |
| Total | 27,369 | 3,205 | 10,650 | 4,391 | 435 | 373 |
| Source: BLM Public Land Statistics (USDI BLM 2006c). | | | | | | |

the appropriate uses of these resources through planning and public participation

The cultural heritage for public lands administered by the BLM in 17 western states extends back 11,000 to 13,000 years before the present (BP). As one moves forward in time, the number and variety of sites increases mainly as a result of the increase in Native populations and, after 1500 AD or so, European and Euroamerican immigration.

Table 3-9 summarizes the number of acres of public lands inventoried for cultural resources, the number of properties found on public lands, and the number of properties listed in the NRHP.

# American Indian and Alaska Native Cultural Resources

This review uses the culture area approach as defined in the *Handbook of North American Indians* (Sturtevant 1978-2001). See Map 3-11 for the location of these areas. These regions represent areas within which specific cultural groups shared certain cultural characteristics and histories. Each culture area section provides a brief review of the archaeology and ethnography of that area. Table 3-10, summarizing examples of major types of archaeological sites likely to be in each culture area, follows this section.

## Arctic and Subarctic (Alaska)

Archaeological research suggests that the earliest human migrants crossed into the New World via the Bering Land Bridge, likely following large herbivorous Pleistocene animals, such as mastodon, woolly mammoth, horse, and American bison. In this culture area, typical artifacts from the period 13,000 to 9,000 Before Present (BP) include lanceolate projectile points, bifacial knives and scrapers, and retouched flake tools (Ames and Maschner 1999, Dixon 1999). Cultural resource sites from this time period include open campsites, habitations or campsites located in caves or rockshelters, and sites where game animals were killed and/or processed.

As the post-glacial climate in Alaska warmed, prehistoric cultures became more established. Early aboriginal groups, with a subsistence strategy similar to that of the Paleoindians, used tool assemblages dominated by microblades, small wedge-shaped cores, and burins.

Cultures from 9,000 to 6,000 BP often are referred to as the Microblade Tradition (Dumond 1987). In addition to open campsites and sites with skin-covered tents, semi-subterranean houses are documented for this period (Anderson 1984). By 6,000 BP, the Northern Archaic Tradition had arisen in the boreal forests of the interior,

BLM_0008724

PUBLIC LAND RESOURCES

**TABLE 3-8**
**Interpreted Paleontological Sites on Public Lands**

| State | Interpreted Locations |
|-------|----------------------|
| Colorado | • Dinosaur Diamond Byway<br>• Gard Park Fossil Area<br>• Kremmling Cretaceons Ammonitie Locality<br>• Rabbit Valley Trail Through Time<br>• Fruita Paleontology Area |
| Idaho | • Malm Gulch Area of Critical Environmental Concern (ACEC) |
| Utah | • Cleveland Lloyd Dinosaur Quarry<br>• Copper Ridge Sauropod Dinosaur Tracks<br>• Mill Canyon Dinosaur Trail<br>• Warner Valley Dinosaur Track Site |
| Wyoming | • Red Gulch Track Site ACEC<br>• Big Cedar Ridge Fossil Plant Area ACEC<br>• Dry Creek Petrified Tree Environmental Education Area |

represented by small, seasonal campsites and tool assemblages composed of lanceolate and side-notched projectile points and scrapers (Dumond 1987). Technological advances during the period 6,000 to 250 BP led to the development of several distinct cultures. Tool kits of the widespread Arctic Small Tool Tradition included small stone endblades and sideblades inserted into the shafts of arrows or spears (Dumond 1987). Populations of Arctic Small Tool Tradition people developed highly specialized maritime technologies (kayaks, umiaks, dogsleds, toggling harpoons, bow and arrows, and ground slate tools). Habitations, in the form of semisubterranean houses, often were clustered in villages (McCartney 1984, Dumond 1987).

At present, the Alaska Natives and Indians are the dominant native groups of Alaska. In general, the Inuit (Eskimo and Aleut) inhabit the coastal areas and adjacent tundra, while Indians (Athabaskan or Tlingit) inhabit the interior forests and southeast Alaska, though both groups have tremendous intra-cultural diversity and overlapping resource exploitation areas. Terrestrial and marine mammals and fish are the primary source of food for both groups; plants being of lesser importance, given the short growing season.

Kelp and berries are the principal plant foods, with mushroom, wild parsnip, wild rhubarb, and lupine roots also gathered. Dune grass is used to weave baskets and mats (Kehoe 1992). Alaskan Indians have focused their subsistence activities on marine whales and seals, seasonal fish runs, and inland caribou herds and a variety of other land mammals.

Edible plant resources of the interior include a wide variety of berries, fern roots, lily bulbs, mushrooms, wild onions, wild rhubarb, rose hips, and various roots (Kehoe 1992). Birch bark continues to be used for the manufacture of many utilitarian objects, including baskets, shelters, cooking pots, and canoes. The wood of birch, spruce, and willow has been used for bows, arrows, snowshoe frames, wooden tools, and house and canoe frames. Ropes and fishing nets have been made from willow bast, nettle fibers, and spruce roots. Additional uses of spruce roots include containers, basketry, sewing thread, and twine (McClellan and Deniston 1981).

**Northwest Coast**

Archaeological evidence for occupation of this culture area dates back to about 11,000 BP, though faunal remains from the Olympic Peninsula suggest human presence earlier than 12,000 BP (Lyman 1991). Early peoples' subsistence systems focused on maritime resources, and typical artifacts consist of large chipped stone projectile points, microblades, compound harpoons, and grinding stones (Ames and Maschner 1999). Due to the damp climate and acidic soils in this region, faunal remains and tools made from perishable items dating to this period are rarely preserved. In addition, the changing sea levels over the last 10,000 years have inundated many of the older occupation or processing sites.

BLM_0008725

**TABLE 3-9**
**Cultural Resources on Public Lands**

| State | Number of Acres (in millions) | Number of Acres Surveyed | Percent of Acres Surveyed | Number of Properties Recorded |
|---|---|---|---|---|
| Alaska | 85.5 | 109,872 | 0.1 | 3,205 |
| Arizona | 12.2 | 822,100 | 6.7 | 11,858 |
| California | 15.2 | 1,813,118 | 11.9 | 28,454 |
| Colorado | 8.4 | 1,493,770 | 17.9 | 39,232 |
| Idaho | 12.0 | 2,020,017 | 16.8 | 14,604 |
| Montana, North Dakota, and South Dakota | 8.3 | 1,340,862 | 16.2 | 10,224 |
| Nevada | 47.8 | 2,183,973 | 4.6 | 44,851 |
| New Mexico, Oklahoma, and Texas | 13.4 | 1,441,183 | 10.8 | 34,931 |
| Oregon and Washington | 16.5 | 1,585,580 | 9.6 | 12,623 |
| Utah | 22.9 | 1,801,321 | 7.9 | 38,526 |
| Wyoming and Nebraska | 18.4 | 2,590,769 | 14.1 | 40,157 |
| Total | 260.6 | 17,202,565 | 6.6 | 278,665 |
| Source: BLM Public Land Statistics (USDI BLM 2006f). | | | | |

By about 5,000 BP, sea levels rose and stabilized, and distinctive cultural patterns emerged. Bone and ground stone tools were prevalent from Southeast Alaska to Puget Sound, as were large settlements and specialized maritime subsistence strategies. There is evidence of sedentism (pithouses and shell middens in western Washington) from 3,500 BP, and it appears that by 3,000 BP, trade networks with Plateau cultures were well established (Nelson 1990). Petroglyph sites begin during this period (Boreson 1998, Ames and Maschner 1999).

By 1,000 BP, most Northwest Coast groups occupied village sites on a year-round basis. Many village sites were located for defensive purposes and included fortifications, suggesting the presence of warfare, social complexity, and competition for resources (Ames and Maschner 1999). Typical artifacts include composite woodworking tools, netsinkers, bone and antler tools, and copper and iron tools. Archaeological sites in the Northwest Coast region are generally difficult to locate because of dense vegetation and poor preservation (Nelson 1990).

A handful of "wet sites" occurring in the Pacific Northwest have been systematically studied, with excellent preservation of organic components, such as acorns, wood, and basketry items, from prehistoric sites on the Olympic Peninsula of Washington, including Ozette, the Hoko River, and Mud Bay, and also the "Sunken Village" on the Willamette River in Oregon (Croes 2007).

Food resources currently used by native Northwest groups include salmon, halibut, cod, candlefish (an important source of dietary oil), clams, whales, elk, deer, mountain sheep, and bear. Plant food sources, which are numerous in this culture area, include edible ferns and lilies, the tuber of the wapato, over 40 fruits and berries, edible nuts, leaves, and shoots, and certain types of algae, seaweed and kelp. Many groups used controlled burning to maintain prairies, and berry, root, and nut-producing areas along the coast from California to British Columbia (Suttles 1990, Ames and Maschner 1999).

Forest resources are used extensively, particularly western red cedar and Alaska cedar, for canoes, for plank house construction, and for specialized ritual purposes such as totem poles and masks. Sitka spruce has often been used for houses and canoes, and western hemlock and Douglas-fir saplings have been used to construct fish weirs. Red alder, Rocky Mountain maple, and Alaska cedar have been used for spoons, bowls, masks, and dishes; and western yew has been used for bows, wedges, clubs, and digging sticks. Plant materials used to make rope and cordage include the limbs of western red cedar, the stipes of bull kelp, the roots of cedar and spruce, and the fibers of stinging nettle and Indianhemp. Materials used in basketry include cedar

BLM_0008726

PUBLIC LAND RESOURCES

**TABLE 3-10**
**Culture Areas, Prehistoric Occupation Periods, and Selected Common Site Types**

| Culture Area | Paleoindian | Middle Period or Archaic | Late or Sedentary Period |
|---|---|---|---|
| Arctic and Subarctic | *13,000+ to 9,000 B.P.* Open campsites Cave or rockshelter occupation sites Animal kill and lithic processing sites | *9,000 to 6,000 B.P.* Semi-subterranean houses Open campsites and tent camps | *6,000 to 250 B.P.* Semi-subterranean house villages Open campsites and tent camps |
| Northwest Coast | *12,500+ to 6,000 B.P.* Open campsites Cave or rockshelter occupation sites | | *6,000 to 250 B.P.* Large, cedar plank pithouse villages Fortified sites Seafood capture or processing sites Pictograph and petroglyph sites |
| California | *11,000(?) to 8,000 B.P.* Open campsites Animal kill or processing sites | *8,000 to 5,000 B.P.* Open campsites and coastal villages Plant or seafood processing sites | *5,000 to 250 B.P.* Large coastal villages Burial mounds Extensive seafood, sea mammal, and plant processing sites Pictograph and petroglyph sites |
| Great Basin | *11,500+ to 8,000 B.P.* Open campsites Cave occupation sites Lithic processing sites | *8,000 to 4,000 B.P.* Cave or rockshelter occupation sites Pithouse villages Plant and lithic processing sites Fishing sites | *4,000 to 250 B.P.* Cave or rockshelter occupation sites Small pithouse villages Plant and lithic processing sites Storage pits Pictograph and petroglyph sites |
| Southwest | *11,500 to 8,000 B.P.* Open campsites Animal kill and lithic processing sites Cave occupation sites | *8,000 to 2,000 B.P.* Open campsites Cave or rockshelter occupation sites Pithouses and storage pits Waddle and daub structures Lithic processing sites Pictograph and petroglyph sites | *2,000 to 250 B.P.* Pithouse villages Storage pits Above-ground structures (Pueblos) Below-ground structures (Kivas) Irrigation ditches and roads Navajo hogans and pueblitos Pictograph and petroglyph sites |
| Plains | *12,000 to 8,000 B.P.* Open campsites Cave or rockshelter occupation sites Animal kill and lithic processing sites | *8,000 to 2,000 B.P.* Open campsites Cave or rockshelter occupation sites Pithouses and storage pits Tipi ring sites Cairns and cairn lines Animal kill, lithic, and plant processing sites | *2,000 to 250 B.P.* Open campsites and tipi ring sites Waddle and daub structures Earthlodge villages Burial mounds Storage pits Cave or rockshelter occupation sites Small pithouse villages Cairns and cairn lines Animal kill, lithic, and plant processing sites Pictograph and petroglyph sites |
| Plateau | *12,500 to 8,000 B.P.* Open campsites Cave or rockshelter occupation sites Fishing sites Lithic processing sites | *8,000 to 4,000 B.P.* Open campsites Small pithouse villages Cave occupation sites Animal or fish processing sites Lithic processing sites Plant processing sites | *4,000 to 250 B.P.* Pithouse and longhouse villages, often with burials Open campsites Cave occupation sites Storage pits Animal or fish processing sites Lithic and plant processing sites Pictograph and petroglyph sites |

roots, cattail, tule, beargrass, and various sedges and grasses. The inner bark of western red cedar and Alaska cedar is used for baskets, mats, skirts, capes, towels, and diapers. There are numerous medicinal plants in the Northwest region, including devil's club, kinnikinnick, hogfennel, and tobacco (Suttles 1990).

## Southwest

Between 11,500 and 8,000 BP, human groups practiced a highly mobile hunting and gathering subsistence strategy. In general, the oldest archaeological sites in this culture area are located near now extinct springs, large and small Pleistocene lakes (playas), or major drainages, and consist of open camps, animal kill sites, animal processing sites, or caves.

Archaeological sites dating from 8,000 to 2,000 BP are either open campsites located near water sources, containing chipped and ground stone tools, or are in rockshelters or caves, where well-preserved twined sandals, wood artifacts, and basketry are often recovered (Kehoe 1992). Horticulture was introduced into the southwest as early as 4,500 BP, although domestic crops did not substantially contribute to the diet until later (Woodbury and Zubrow 1979). Typical artifacts of the period include stemmed projectile points used with atlatls, basketry, scrapers, grinding slabs, and cobble tools. Remains of surface structures, made of posts and brush or other material, are documented beginning midway through the period in the West (Irwin-Williams 1979). The first pit house sites and storage pits are documented late in this period (Woodbury and Zubrow 1979). Petroglyphs and pictographs are first produced during this time period (Schaafsma 1980).

Researchers have subdivided the Southwest, starting from about 2,000 BP, into the Anasazi, Mogollon, Hohokam, and Hakataya geographical-cultural areas. The Anasazi occupied variable topography during the generally cooler and moister climates; the Mogollon inhabited well-watered, forested, and mountainous regions; the Hohokam were located in low, dry deserts; and the Hakataya occupied the hot desert regions bordering the lower Colorado River (Woodbury 1979). Parts of the region were intensively occupied and socially and economically linked to the civilizations of the Mexican Classic Period, when sedentary cultures began to emerge (Irwin-Williams 1979).

Maize was cultivated in earnest by about 2,200 BP, and was soon followed by beans, squash, cotton, and other crops (Irwin-Williams 1979; Woodbury and Zubrow

1979). By 1,700 BP, some inhabitants of the region had developed sophisticated irrigation, pottery, storage pits, and pit house villages. Eventually, small to large permanent towns of multi-story, aboveground structures (pueblos) were developed. Sites dating to this period may include features such as irrigation canals, wells, storage pits, and roads. Typical artifacts consist of pottery (used for the storage of crops), basketry, and small corner-notched projectile points indicating the adoption of the bow and arrow by 1,500 BP (Woodbury and Zubrow 1979).

The Pueblo Indians are best known for their agricultural development of corn, beans, and squash. In addition, wild plants (e.g., amaranth, chenopods, wild onion, wild celery, sage, grass seeds, juniper berries, pine nuts, acorns, walnuts, agave, prickly pear, and tree cholla) were eaten (Bodine 1979, Plog 1979). Other plants are used for clothing, shelter, and medicine. Baskets are made from yucca fibers, cotton is used for weaving, blankets are made from small palms, yucca roots are used for hair washing, and gourds are used as containers (Bodine 1979, Kennard 1979, Plog 1979, Schroeder 1979).

The Yuman groups (Colorado River Tribes) living along the Colorado and Middle Gila rivers have traditionally cultivated corn, squash, pumpkins, melons, beans, and cotton (Maxwell 1978). Important animal foods include small game and fish, and important plant resources include prickly pear, saguaro, mesquite, and numerous nuts and berries (Maxwell 1978, Jorgensen 1980). Yuman groups living on or near the Colorado Plateau practiced agriculture in the canyons in summer, then hunted deer, antelope, bighorn sheep, and rabbits in the fall. They also gathered pinyon nuts, juniper berries, various cacti, and other plants for both subsistence and domestic purposes (Khera and Mariella 1983, McGuire 1983, Schwartz 1983).

Southern Athapaskan or Apachean-speaking tribes occupied much of eastern Arizona, portions of New Mexico around the Pueblos, southeastern Colorado, western Oklahoma, and parts of western and southern Texas beginning about 700 BP. Following contact with the indigenous Pueblo peoples, the Navajo readily adopted maize, bean, and squash agriculture. The Western Apache, Jicarilla, and Lipan cultivated crops less intensively, and the remaining groups did not adopt any agricultural practices. With arrival of the Spanish, the Navajo readily adopted the raising of horses, sheep, goats, and cattle, and cultivated orchards and other introduced crops (Basso 1983, Opler 1983, Tiller 1983, Witherspoon 1983).

BLM_0008728

PUBLIC LAND RESOURCES

Traditional plants gathered by the Apacheans include agave crowns, saguaro cactus fruit, yucca, prickly pear, mesquite beans, acorns, pinyon nuts, numerous berries, grass seeds, wild root crops, and various greens or young plants. Yucca has been used to make shampoo, and the sap of Spanish bayonet and other plants has been used to make dyes. Common basketry plants include sourberry, willow, martinia, and bata mota. At least 29 species of plants have been used for medicinal purposes. Various large and small game animals were hunted for food and hides.

**Great Basin**

Two of the oldest archaeological sites in this culture area are the Tule Springs campsite (11,000 BP) and Danger Cave (9,000 BP; Aikens 1983). Typical artifacts of the period from 11,000 to 8,000 BP include lanceolate-shaped and long-stemmed projectile points, occasional fluted points, specialized scrapers, chipped stone crescents, and drills (Warren and Crabtree 1986). This period also includes the earliest evidence of basket making (Adovasio 1986). Inhabitants of the region likely were highly mobile hunter-gatherers with a generalized big game hunting and collecting economy.

The warm and dry climatic conditions during 8,000 to 7,000 BP limited human subsistence activities. Sites dating to this period are rare, and include caves (Aikens 1983) and rockshelters in drier areas, or pithouse villages located in valley bottoms near permanent streams and springs (Elston 1986). During this period, generalized hunting and collecting remained the major subsistence practices, although seed collecting and processing activities gained importance, as indicated by bedrock mortars and milling stones. Root collecting and fishing also gained importance during this period (Mehringer 1986). Typical artifacts include projectile points used with atlatls, basketry, twined sandals, and various wooden implements (Aikens and Madsen 1986).

By about 4,000 BP, subsistence systems were broad-based and resource-rich areas were heavily exploited seasonally. The shift in styles of projectile points over time indicates the adoption of the bow and arrow. While caves continued to be occupied (Aikens 1983), many locations along major rivers contained small pithouse villages with associated storage facilities (Butler 1986). Horticulture was introduced in the eastern Great Basin and Owens Valley by Southwest cultures around 1,500 BP. Outside of these areas, hunting and gathering remained the primary form of subsistence. An expanded reliance on pinyon nut gathering, as evidenced by

mortars and pestles, also occurred during this period (Aikens and Madsen 1986, Elston 1986). Petroglyphs were common by 3,000 BP and pictographs by 1,000 BP (Schaafsma 1986).

Prior to the acquisition of the horse in the late 1700s, Shoshone and Northern Paiute in the High Desert region and western Wyoming fished for salmon in the spring and dug camas roots in the summer. These groups traveled to the mountains of southeastern Idaho and northern Utah to hunt deer and elk in the fall. After the development of equestrian culture, ranges and territories extended into present-day Wyoming and Montana, in seasonal pursuit of buffalo.

In the high desert, the single-leaf pinyon nut was an important staple, along with plant resources such as chenopod, blazingstar, grass seeds, mesquite, salvia, various cacti, and gourds (Egan 1917; Steward 1939, 1997; Thomas et al. 1986). The Western Shoshone wore hats made from twined sage bark or willow and clothing made from bark, grass, or fur. A large number of plants have also been used for basketry in this region (Adovasio 1986; Fowler 1986; Thomas et al. 1986). The Eastern Shoshone pursued game more extensively, while fish were a substantial part of the Northern Paiute diet (Liljeblad and Fowler 1986, Murphy and Murphy 1986, Shimkin 1986).

The aboriginal groups of the low desert, such as the Ute, Southern Paiute, Kawaiisu, Owens Valley Paiute, and Panamint, exhibited seasonal migration by traveling into the deserts and valleys in the winter and mountains in the summer. With the introduction of horses, these groups ranged onto the Plains, and adopted a Plains pattern, such as buffalo hunting and use of long-pole tepees (Conetah 1982, Janestki 1991, Kehoe 1992).

Plants utilized within the low desert region included berries, roots of sego lily and bulrush, some cacti, pinyon, and mesquite beans. Low desert tribes also hunted large and small animals (Kelly 1964, 1976; Kroeber 1976; Kelly and Fowler 1986). Plant materials used to make cordage included sagebrush bark, juniper bark, dogbane, yucca, and nettle. Tule reeds had multiple uses, in such items as balsa rafts, mats, and blankets (Callaway et al. 1986). Present day Moapa Paiutes still use desert fan palms for making baskets, food, and shelter (Moapa Memories 2002). Jimson weed, tobacco, nettle, and red ants are some of the traditional medicines used by Native groups in this region (Zigmond 1986).

BLM_0008729

## Plateau

Because of the arid climate during the period from 12,500 to 8,000 BP, resources in this culture area were concentrated along the margins of rivers and major tributaries. Archaeological sites dating to this period include caves, rock shelters, and open camps. The low frequency of early sites is generally attributed to the low population densities of the highly mobile hunter-gatherers who occupied the Plateau. Stemmed and unstemmed lanceolate projectile points, microblades, cobble tools, scrapers, gravers, and bifaces are common artifacts associated with the period. Although groups engaged in fishing, intensive utilization of riverine resources did not occur until later, when climatic conditions stabilized (Ames et al. 1998; Ames and Maschner 1999).

A gradual increase in moisture from 8,000 to 4,000 BP helped expand the range of sagebrush steppe and stimulate the productivity of root crops across the region. Human groups continued to practice highly mobile subsistence strategies with an increasing reliance on salmon (Chatters and Pokotylo 1998). Other than the addition of large side-notched points, and a decrease in the overall size of projectile points, evidence of atlatl use, the tool kit is similar to that of the preceding period. The appearance of individual or small numbers of pit houses along major drainages signified the rise of semi-sedentary settlement strategies, and hopper mortars and milling stones provide evidence for the increased importance of roots and other plant resources in the diet. Other site types include large open sites lacking evidence of habitations, caves, short-term camps, resource extraction sites, and resource processing sites, generally located farther from the major drainages (Ames et al. 1998).

A cooling climate around 4,000 BP helped to stabilize salmon productivity by restricting the seasonality of the salmon migrations (Butler and Schalk 1986). In response, inhabitants of the Plateau intensified their use of salmon, storing it for year-round consumption, and structuring their subsistence strategies to coincide with seasonal salmon migrations. Semi-permanent villages of various-sized pit houses, and longhouses appearing about 1,500 BP, were located mainly along rivers and major tributaries and occupied during the winter months. Some of the habitations were eventually used for human burials. Camps positioned at strategic resource locales in the uplands and mountains were used on a seasonal basis. Cave sites produce well-preserved wood and fiber artifacts. The adoption of the bow and arrow; specialized fishing technologies

including nets, harpoons, and barbed bone points; and the continued presence of grinding and pounding tools are evidence of increasingly complicated subsistence strategies (Ames et al. 1998). Petroglyphs and pictographs, dating as early as 3,500 BP, are most common near the larger settlements on major rivers (Boreson 1998).

The hallmark of northern and southern Plateau cultures is still salmon fishing. For many Plateau groups, plant resources also constitute a large portion of the diet. Significant plant resources utilized by these groups include root crops of camas, bitter root, lomatium, balsamroot, and yellowbells, and various berries. These plant resources have not only provided food, but have also been used for such functions as shelter, clothing, basketry, and medicine. Some Plateau groups traditionally burned habitats to enhance the production of usable plant material, including berries (Chatters 1998, Ross 1998).

In the southern Plateau, traditional dwellings were semi-subterranean and constructed from wood and large mats made of tule bulrushes or cattail reeds, sewn together with Indianhemp (Schuster 1998). The main firewoods of the region are Douglas-fir and ponderosa pine, with alder wood preferred for cooking or smoking salmon. Douglas-fir saplings have been used for fish net poles, greasewood twigs for sewing needles, Indianhemp for fishing nets and other weaving purposes, and cattail leaves for weaving bags. Rosewood has been used in cradleboards, and has been hung in homes to repel ghosts. Medicinal and religious plants include mullein, willow bark, and tobacco (Hunn 1990, Hunn and French 1998).

In the northern Plateau, tule reeds and cedar bark were used for covering structures, and tule was also used for matting and bedding, and to shroud corpses. Sources of baskets and bags included birch bark, cedar bark, cedar and spruce roots, and Indianhemp (for cordage). Underground storage casks were made from cottonwood bark, canoes were made from white pine bark, snowshoe frames were made from maple boughs, and mats used to dry salmon were made from willow shoots. Sources of dye included huckleberries and the inner bark of Oregon grape, and sunflower root was used to make shampoo (Kennedy and Bouchard 1998, Miller 1998).

## California

The Lake Mojave sites, dating to over 10,000 BP, represent some of the oldest archaeological materials in

BLM_0008730

PUBLIC LAND RESOURCES

this culture area. These sites include evidence of big game hunting and gradual expansion into the use of plant resources. Open camp and processing sites suggest that there were few early occupants of the region who maintained a highly mobile subsistence strategy. Artifacts include large, fluted projectile points, lanceolate-shaped points, shouldered points, chipped stone crescents, scrapers, knives, and choppers (Wallace 1978).

Between 8,000 and 7,000 BP, an arid environment caused lakes and marshes to dry, forcing people to adapt to new environments (Moratto 1984). Based on the presence of milling stones, a shift from big game hunting to plant and seed collecting occurred between 8,000 and 5,000 BP. Artifact assemblages are surprisingly homogeneous, consisting mostly of heavy, deep-basined milling and hand stones, with occasional projectile points that were likely used with atlatls (Wallace 1978).

About 5,000 BP, transition began toward a more diversified subsistence economy that included the exploitation of marine and terrestrial resources. Inland sites show evidence of intensive plant processing indicated by the presence of mortars and pestles. Archaeological and climatic evidence from the last 2,000 years indicates that subsistence and settlement patterns in California remained quite stable. Coastal groups relied on marine resources; northern groups relied on riverine resources, especially salmon; central and southern groups relied on lake and marsh resources; and groups throughout the state relied on deer and acorns. The presence of bedrock mortars in the Sierra Nevada foothills indicates continuous use of the same areas. There is also evidence that widespread burning of forests was conducted to stimulate plant growth and provide forage for deer, a universal food source (Driver and Massey 1957, Lewis 1973, Bendix 2002). The earliest petroglyphs appear to correlate with similar ones from the Great Basin dating 3,000 BP, while very elaborate, perhaps ceremonial, pictographs are thought to be no more than 1,000 years old (Clelow 1978).

Coastal groups have long exploited coastal marine and inland oak forest resources, where they collect acorns and hunt large and small game. A variety of plants provide building materials, basketry materials, clothing, and medicine. The redwood tree was used to construct permanent dwellings and large canoes, as well as clothing made from its bark. Juniper and tule were also used to make shelters. Tule reeds are used in basketry (in addition to numerous other plants), boats, clothing, and matting. Materials used to make dyes include green

oak galls, burned pepperwood berries, tan oak bark, and alder bark. Medicinal plants include tobacco, angelica, and pepperwood leaf (Loeb 1926, Maxwell 1978).

In the valleys between the Sierra Nevada and coastal ranges, riparian corridors and foothills rich in oak groves provide acorns, a staple diet of many California tribes. Migrating salmon are an important food source, as are berries, bulbs, tubers, and roots. Native groups of the Central Valley and Sierra region hunted waterfowl using snares, nets, arrows, and decoys. Tule growing in wetlands has been an important component of baskets, matting, dwellings, and watercraft. Plants used for cordage and rope include milkweed, Indianhemp, dogbane, and inner willow bark. Medicinal plants include tobacco and horehound (Levy 1978, Wallace 1978).

In the desert region of southeast California, important tribal resources included fish, shellfish, deer, rabbit, rodents, and insects. Additional dietary staples, still used, include wild grass, mescal beans, pinyon seeds and nuts, and mesquite beans, which are ground into flour and made into cakes (Barrows 1900, Kelly 1964, Kroeber 1976).

In the desert region, dwellings were constructed from a wide variety of plants, including juniper, manzanita, greasewood, mountain oak, and mesquite, with tule, carrizo, ferns, bark, or reeds often used for thatching. Plants used for basketry include tule, sumac, squawbrush, and a variety of rushes and grasses. Yucca has been used for cordage. A number of plants were used for clothing and sandals, including the inner bark of willow and cottonwood trees, mescal and yucca fibers, and mesquite bark. Creosote bush and milkweed were used as adhesives, and yucca root has been used to make soap. Among the wide variety of medicinal plants are tobacco, jimson weed, wormwood, creosote, and sumac (Bean and Saubel 1972).

**Plains**

Human occupation of this culture area dates to at least 11,500 BP. Highly mobile hunters occupied sites on a short-term basis or repeatedly over varying lengths of time. These sites, which were frequently located near water sources, often include finely manufactured fluted, stemmed, or lanceolate points in association with skeletons of extinct game species.

American bison hunting has played a significant role in the subsistence economy of Plains groups throughout prehistory. Additional utilized fauna included elk,

BLM_0008731

PUBLIC LAND RESOURCES

mountain sheep, deer, antelope, bear, and various small mammals, as well as fish, freshwater mussels, reptiles, and amphibians. Archaeological evidence indicates that roots, bulbs, berries, fruits, and seeds were collected and often processed using a variety of grinding stones (Frison 2001, Vehik 2001).

Typical artifacts of the period from 8,000 to 2,000 BP include medium-sized lanceolate to large, side-notched projectile points, corner-notched dart points, hide scrapers, milling or grinding stones, coiled basketry, and pottery. Although open campsites (often with fire pits), cave or rockshelter sites, and American bison kill and processing sites are the most common sites, burials, as well as sites containing housepits and/or food cache pits are also documented throughout this period. In addition, the use of teepees, based on the presence of stone circles at cultural resources sites, is evident (Frison 2001, Vehik 2001).

Petroglyphs and pictographs (rock art) date from this period (2,000 to 250 BP), occurring on rock outcrops in the northern and northwestern Plains and southeastern Colorado (Frison 2001, Gunnerson 2001). With the appearance of the bow and arrow in the northwestern Plains about 1,900 BP, hunting became more efficient. The use of teepees by the more nomadic western and northwestern Plains dwellers became very common throughout the period, to the point where some multiple stone circle sites are labeled villages (Frison 2001). By 1,500 BP, farming of maize, beans, squash, and sunflowers was established in the eastern Plains and spread to sedentary groups living in earth lodge villages along the Missouri River (Maxwell 1978; Kehoe 1992; Wedel 1961, 1983; Wedel and Frison 2001; Wood and Irwin 2001).

At the time of European contact, plants used for subsistence by Plains groups included prairie turnip, groundnut, ground bean, sunflower, Jerusalem artichoke, serviceberries, mesquite beans, cacti, camas, and grass seeds. Maize, beans, and squash were also cultivated (Maxwell 1978, Wedel 1983, Wedel and Frison 2001). Following the introduction of horses by the Spanish in the 16th century, subsistence patterns of many Plains groups shifted from sedentary, part-time farming and hunting to mounted hunting heavily focused on the migratory herds of American bison. During the 1700s, pressure from the Europeans generated movements of woodland groups, such as the Sioux, onto the Plains. By the late 1700s, the dependence on plants for subsistence by these groups waned (Maxwell 1978).

Plains groups have used plants for a variety of purposes, in addition to subsistence. Tobacco has been used in religious ceremonies. Cottonwood and willow were used to provide fuel and building materials, and willow has been used for boat frames. Oak, elm, and huckleberry are also high quality building materials, and poles made from pine have been used for teepee frames. Willow, box elder bark, and nettles have been used to make baskets, which are often colored with a black dye derived from walnuts. Medicinal plants of the Plains include mescal beans and sweetgrass. Bowls were made from box elder, and bows from cedar, ash, and hickory. Sage was used to help whiten hides (Brown and Irwin 2001, Voget 2001, Wedel and Frison 2001, Wood and Irwin 2001).

## European Settlement Resources

Euro-American contacts with the western U.S and Alaska generally began with exploration or trading, with missionary activities soon following in some of the areas. The earliest exploration occurred in the Southwest and in California in the 1500s, with settlements by the military, missionaries, and colonists in the 1600s in the Southwest, and in the later 1700s in California. In the late 1700s, Spanish, Russian, British, and American exploration and trade extended up and down the West Coast of North America. By the late 1700s and early 1800s, explorers such as Lewis and Clark and fur traders traversed the interior of what is now the western U.S. Table 3-11 shows the types of European settlement resources typically present in the cultural areas.

The discovery and the promise of precious metals first inspired conquest of Native People through treaty and force, then created the market for the development of agriculture, timber, and fisheries, and finally motivated the construction of a transportation system sufficient to transport people and goods. Although furs and precious metals drew the first adventurers, a more permanent settlement of the West in the late 19th and early 20th centuries was related to agriculture. In most of the arid regions of the West agriculture primarily consisted of ranching. During this time, the Homestead Act and other similar programs transferred most of the irrigable land to private ownership, and the adjacent public land was used for grazing livestock by the ranchers who had either homesteaded or purchased those private lands. Beginning about the turn of the 20th century, the federal government reserved tracts of land in the West for management by agencies such as the Forest Service and National Park Service, and, after its formation in the

BLM_0008732

PUBLIC LAND RESOURCES

middle of the century, by the BLM. These lands remain in the public domain.

The history of the rural western U.S. encompasses several broad themes and periods including exploration, discovery of the region's mineral wealth, conflict, and settlement, and includes the growth of communities dependent upon resource extraction—farming, ranching, logging, fishing, and mining. These communities were in turn linked to local, regional, and national markets through a complex and evolving system of trails, military roads, wagon roads, rail lines, and navigable river corridors, a trend that continues into the modern period. By the mid-20th century, with the region secured and transportation assured, recreation and tourism increasingly comprised the economic base of western communities, and military training use escalated in response to the training needs of the modern military.

Public lands in the West contain cultural resources representing all major periods and events in the broad sweep of western history. The most common rural manifestations of these dominant themes include transportation resources such as ferry sites, railroads, trails, and roads; military sites (training grounds and battlefields); and mining resources related to exploration (prospect pits), extraction (adits, hydraulic cuts, and quarries), and processing (smelters and mills). Other resources include homesteading, ranching and farming resources (human and animal shelter and irrigation development); fishery resources (boats, fish traps, and weirs); and logging resources (stumpage, sawmills, and human and animal shelter). Evidence of community development includes rural schools, stores, churches, and community centers. Recreation and leisure sites include cabins, resorts, and trail systems.

## Important Plant Uses and Species Used by American Indians and Alaska Natives

Although universally important, plant use by Native American and Alaska Native groups is extremely varied, both by region and by group. Subsistence use of such plant products as roots and tubers, stalks, leaves, berries, and nuts is essential to native people. Vegetation also provides habitat for important wildlife species.

Most Native American and Alaska Native groups constructed a variety of residential shelters and other buildings such as ceremonial lodges and sweat houses

using a combination of materials, usually employing a locally derived hardwood as part of the structural frame. The frames were then covered with other readily available materials, such as planks, mats, brush, and other materials. Wood has been burned to cook food, warm dwellings, and facilitate toolmaking. Trees have been fashioned into various types of watercraft and terrestrial hauling devices. Various woods have been carved or used to produce utilitarian implements like bowls and spoons, and also ceremonial items, such as pipes and totems, and many other items of material culture.

The use of plants for medicinal purposes is widespread, as is the use of tobacco. Plants such as tobacco, sweet grass, cedar, and sage, have seen important religious and other ceremonial uses. The use of grasses and other plant resources for basket, box, and tool making also can be observed in the cultures of numerous Native American and Alaska Native groups. Plant products also have been used to make textiles, cordage, and matting, as well as to tan hides. The use of plant dyes, paints, and soaps is widespread.

# Visual Resources

The public lands administered by the BLM contain many outstanding scenic landscapes. Visual resources in these landscapes consist of land, water, vegetation, wildlife, and other natural or man-made features visible on public lands. Vast areas of grassland, shrubland, canyonland and mountain ranges on public lands provide scenic views to recreationists, visitors, adjacent landowners, and those just passing through. Roads, rivers, and trails on public lands pass through a variety of characteristic landscapes where natural attractions can be seen and where cultural modifications exist. Activities occurring on these lands, such as recreation, mining, timber harvesting, grazing, or road development, for example, have the potential to disturb the surface of the landscape and impact scenic values.

Public lands have a variety of visual (scenic) values which warrant different levels of management. The BLM uses a system called VRM (visual resource management; Manual 8400) to systematically identify and evaluate these values to determine the appropriate level of scenery management (USDI BLM 1984b). The VRM process involves 1) identifying scenic values, 2) establishing management objectives for those values through the land use planning process, and 3) then designing and evaluating proposed activities to analyze

BLM_0008733

**TABLE 3-11**
**European Settlement Resource Types**

| Site Type | Examples | Culture Region |
|---|---|---|
| **Transportation** | | |
| River navigation | Fords, cable ferries, and shipwrecks | All |
| Overland navigation (both railroad and non-railroad) | Trails, wagon roads, truck trails (public and private), engineered features (bridges, trestles, ballast, track, and ties), and construction camps | All |
| **Exploration and Overland Migration** | | |
| Trails (most often at topographic restrictions, such as canyons) | Trail ruts (rock) and trail ruts (earth) | All |
| Geological landmarks with cultural and historical value | Rock promontories, springs, passes, and meadows | All |
| Inscriptions | Petroglyphs (chiseled inscriptions), pictographs, and carvings on trees | All |
| Missions | Schools, churches, agricultural plots, orchards, and housing | All |
| **Military** | | |
| Battlefields (Indian wars) | Not applicable | All except Alaska |
| Training grounds | World War I, World War II, Korean War, and Cold War eras | Great Basin and Plateau |
| Transportation routes | Trails and wagon roads | All |
| **Agriculture** | | |
| Ranching and farming | Home ranch facilities (including foundations), outlying buildings and structures, cultural landscape elements (including fences, stock ponds and trails, dams, and river fords), irrigation structures, and archaeological sites | All |
| **Commerce/Urban Development** | | |
| Urban settlement | Civic, commercial, and domestic | All |
| **Mining** | | |
| Resources associated with extraction | Resources associated with prospecting (locating ore) and development (accessing and removing ore), resources associated with placer mining (sluicing), and lode mining (adits, waste rock, and interior tramways) | All |
| Resources associated with beneficiation and refining | Mills (various types), smelters, tailing piles, tailing ponds, power plants, and refineries | All |
| Support facilities | Bunkhouses, mess halls, livestock shelters, and trash dumps | All |
| Transportation systems | Trails, two-track roads, truck trails, rail lines, and construction debris | All |
| **Logging** | | |
| Extraction | Stumps, skid lines, and sky-line cables | All |
| Processing | Lumber mills and power plants | All |
| Support facilities | Shingle camps, logging camps, and livestock facilities | All |
| Transportation | Roads, donkey engines, big wheels, rail lines, and flumes | All |
| **Fisheries** | | |
| Extraction (except processing-related and support facilities) | Weirs, fish traps, natural features (falls, eddies), and boats | All |
| **BLM Administration and Development** | | |
| Administrative facilities | Buildings (administrative, maintenance, and warehouse) and livestock facilities | All |
| Interpretation | Museums and interpretive signs | All |
| Recreation (pre-1934) | Camp sites, developed natural features, summer homes, interpretive signs, roads, and trails | All |
| Recreation (post-1934) | Campground, developed water source, and roads and trails | All |

BLM_0008734

PUBLIC LAND RESOURCES

effects and develop mitigations to meet the established VRM objectives.

The BLM Visual Resource Inventory Handbook (Handbook 8410-1; USDI BLM 1986b) sets forth the procedures for inventorying scenic values and establishing VRM objectives, referred to as Management Classes. A visual resource inventory is informational in nature and does not set forth management direction. A visual resource inventory is based on an analysis of three primary criteria influencing visual values: 1) inherent scenic quality, 2) public sensitivity to landscape change, and 3) distance zones from primary travel ways or special areas. These three criteria are ranked for all acres of public land and a final VRM inventory rating is identified.

These ratings are then used during the land use planning process and considered along with other resource objectives to determine final VRM objectives, or classes. BLM policy requires that every acre of BLM land be inventoried and assigned a VRM class ranging from Class I to Class IV. After VRM classes have been established, Bureau policy requires all management activities to be designed to meet the assigned classes. Class IV allows for the most visual change to the existing landscape, while Class I allows the least (Table 3-12).

The Visual Contrast Rating Handbook (Handbook 8431-1; USDI BLM 1986c) is used to provide an objective and consistent method for describing landscape character, evaluating visual effects of activities, and developing mitigation to meet VRM objectives. The contrast rating process involves describing the landscape in the context of the basic environmental design elements and features that comprise it. The elements of form, line, color, and texture are used when describing and evaluating landscapes. Activities or modifications in a landscape that repeat these elements are thought to be in harmony with their surroundings. Modifications that do not harmonize are said to be in contrast with their surroundings. Visual resource design techniques and best management practices (BMPs) are then used in project development to minimize contrast in order to meet the VRM Class objectives established in the LUP.

# Wilderness and Other Special Areas

The BLM manages certain lands under its jurisdiction that possess unique and important historical, anthropological, ecological, biological, geological, and paleontological features. These features include undisturbed wilderness tracts, critical habitat, natural environments, open spaces, scenic landscapes, historic locations, cultural landmarks, and paleontologically rich regions. Special management is administered with the intent to preserve, protect, and evaluate these significant components of our national heritage. Most special areas are either designated by an Act of Congress or by Presidential Proclamation, or are created under BLM administrative procedures.

The National Landscape Conservation System is the primary management framework for these specially designated lands. The NLCS was created in June 2000 by the BLM to bring into a single system some of the agency's premier areas. Of the nearly 261 million acres administered by the BLM, nearly 43 million acres on 867 BLM units are managed under the NLCS program (Map 3-12 and Table 3-13). The NLCS designations include National Monuments, National Conservation Areas, Designated Wilderness and WSAs, National Scenic and Historic Trails, and Wild, Scenic, and Recreational Rivers (USDI BLM 2006d).

Fourteen of the 15 BLM-administered National Monuments are areas designated by the President, under the authority of the Antiquities Act of 1906, for the protection of objects of scientific and historical interest that are located on federal lands. Congress has also created a BLM National Monument on which to conserve, protect, enhance and manage public lands. National Conservation Areas, Cooperative Management and Protections Areas, Outstanding Natural Areas, National Recreation Areas, and Forest Reserves are designated by Congress to conserve, protect, enhance, and manage public land areas for the benefit and enjoyment of present and future generations. These 13 areas, totaling 14 million acres, feature exceptional natural, recreational, cultural, wildlife, aquatic, archeological, paleontological, historical, educational, and scientific resources. Additionally, the White Mountains National Recreation Area in Alaska is approximately 1 million acres and was designated by the Alaska National Interest Lands Conservation Act of 1980. The White Mountains National Recreation Area

BLM_0008735

**TABLE 3-12**
**Visual Resource Management (VRM) Classes, Objectives, and Appropriate Management Activities**

| VRM CLASS | Visual Resource Objective | Change Allowed (Relative Level) | Relationship to the Casual Observer |
|---|---|---|---|
| Class I | Preserve the existing character of the landscape. Manage for natural ecological changes. | Very Low | Activities should not be visible and must not attract attention. |
| Class II | Retain the existing character of the landscape. | Low | Activities may be visible, but should not attract attention. |
| Class III | Partially retain the existing character of the landscape. | Moderate | Activities may attract attention but should not dominate the view. |
| Class IV | Provide for management activities which require major modification of the existing character of the landscape. | High | Activities may attract attention, may dominate the view, but are still mitigated. |

is managed for multiple uses with an emphasis on recreational uses (USDI BLM 2006c).

National Wilderness Areas, designated by Congress, are defined by the Wilderness Act of 1964 as places "where the earth and its community of life are untrammeled by man, where man himself is a visitor who does not remain." Designation is aimed at ensuring that these lands are preserved and protected in their natural condition. Wilderness Areas, which are generally 5,000 acres or more in size, offer outstanding opportunities for solitude or a primitive and unconfined type of recreation; such areas may also contain ecological, geological, or other features that have scientific, scenic, or historical value. The BLM manages 175 Wilderness Areas encompassing nearly 7.2 million acres (USDI BLM 2006d).

Wilderness Study Areas have been designated by the BLM as having wilderness characteristics, thus making them worthy of consideration by Congress for wilderness designation. Currently, the BLM manages 610 WSAs encompassing 14.3 million acres. While Congress considers whether to designate a WSA as permanent wilderness, the BLM manages the area to prevent impairment of its suitability for wilderness designation.

National Wild and Scenic Rivers (WSRs) are rivers (or river sections) designated by Congress or the Secretary of the Interior, under the authority of the Wild and Scenic Rivers Act (WSRA) of 1968, to protect remarkable scenic, recreational, geologic, fish and wildlife, historic, cultural, or other similar values and to preserve the river in its free-flowing condition. The law recognizes three classes of rivers—wild, scenic, and recreational. Wild rivers are free of impoundments and generally inaccessible except by trail, with watersheds or shorelines essentially primitive and water unpolluted. Scenic rivers are free of impoundments with shorelines or watersheds largely undeveloped, but accessible in places by roads. Recreational rivers are readily accessible by road or railroad, may have some development along their shoreline, and/or may have undergone some impoundment or diversion in the past. The BLM manages all or portions of 38 rivers totaling 2,052 miles as part of the National WSR System (USDI BLM 2006d).

Congress, under the National Trails System Act of 1968, designates areas as National Scenic and Historic Trails. National Scenic Trails offer maximum outdoor recreation potential and provide enjoyment of the various qualities (scenic, historical, natural, and cultural) of the areas through which these trails pass. National Historic Trails are extended trails that follow as closely as possible, on federal land, the original trails or routes of travel with national historical significance. Designation identifies and protects historic routes and their historic remnants and artifacts for public use and enjoyment. A designated trail must meet certain criteria, including having a significant potential for public recreational use or interest based on historical interpretation and appreciation.

The NLCS differs from the National Park System and the National Wildlife Refuge System in several ways. Visitor facilities are often located in adjacent communities, providing local economic opportunities and minimizing new development in the special areas. Traditional land uses, such as livestock grazing, are often permitted in these areas, and the local communities and interested public are encouraged to participate in the planning and management of them. Other special areas managed by the BLM outside of the NLCS framework include Areas of Critical

BLM_0008736

PUBLIC LAND RESOURCES

Environmental Concern (ACEC), Research Natural Areas, National Natural Landmarks, National Recreation Trails, and a variety of other area designations.

The BLM uses the ACEC designation to highlight public land areas where special management attention is necessary to protect and prevent irreparable damage to important historical, cultural, and scenic values; fish or wildlife resources; or other natural systems or processes.

The ACEC designation may also be used to protect human life and safety from natural hazards. The BLM identifies, evaluates, and designates ACECs through its resource management planning process. Allowable management practices and uses, mitigation, and use limitations, if any, are described in the planning document.

Under current guidelines, ACEC procedures also are used to designate Research Natural Areas, Outstanding Natural Areas, and other natural areas requiring special management attention. The National Natural Landmarks Program recognizes and encourages the conservation of outstanding examples of natural history. National Natural Landmarks are designated by the Secretary of the Interior and are the best examples of biological and geological features in both public and private ownership within the U.S. The Recreational Trails Program provides funds to the states to develop and maintain recreational trails and trail-related facilities for both non-motorized and motorized recreational trail uses.

Among these groups, 903 areas comprising nearly 13 million acres are designated as ACECs; 45 areas comprising over 417,000 acres are designated as National Natural Landmarks; and 164 areas comprising over 323,000 acres are designated as Research Natural Areas. An additional 30 million acres fall under various other designations, such as the Lake Todatonten Special Management Area, the Santa Rosa Mountains National Scenic Area, Herd Management Areas, and Globally Important Bird Areas. In addition, there are over 2,950 miles of vehicle routes and trails designated as National Backcountry Byways and National Recreation Trails (USDI BLM 2006b, c).

The BLM also cooperates with the National Park Service in implementing the National Natural Landmark Program as it applies to public lands. The National Park Service, through the National Natural Landmark Program, designates significant examples of the Nation's ecological and geological heritage.

# Recreation

Public lands provide visitors with a wide range of recreational opportunities, including hunting, fishing, camping, hiking, dog mushing, cross-country skiing, boating, hang gliding, OHV driving, mountain biking, birding, viewing scenery, and visiting natural and cultural heritage sites. In addition to the recreational opportunities afforded the public by wilderness and other special areas discussed earlier, the BLM administers 205,498 miles of fishable streams, 2.2 million acres of lakes and reservoirs, 6,600 miles of floatable rivers, over 500 boating access points, 300 Watchable Wildlife sites, 55 National Back Country Byways, 5,500 miles of National Scenic, Historic, and Recreational Trails, and thousands of miles of multiple use trails used by motorcyclists, hikers, equestrians, and mountain bikers (USDI BLM 2006c).

The BLM's long-term goal is to provide opportunities to the public for environmentally responsible recreation. Over 4,000 communities with a combined population of 23 million people are located within 25 miles of public lands, and approximately 40% of public lands are located within a day's drive of a major urban area (USDI BLM 2006c).

Most BLM lands are managed as Extensive Recreation Management Areas (ERMAs), where management consists primarily of providing basic information and access. Dispersed recreation occurs in ERMAs, and visitors have the freedom of recreational choice with minimal regulatory constraints. Significant public recreation issues or management concerns are limited in these areas, and nominal management suffices.

Special Recreation Management Areas (SRMAs) are places where special or intensive recreation management is needed. SRMAs include congressionally recognized areas, such as WSRs, parts of the National Trail System, National Recreation Areas, and Wilderness Areas. In addition, administratively recognized areas where issues or management concerns may require special or intensive management are also designated. Areas where visitor use may cause user conflicts, visitor safety problems, or resource damage are also included. These more intensively used areas require direct supervision of recreational activities and of commercial and BLM-regulated recreation operations. Most SRMAs require selective vegetation treatments to protect visitors from hazards and/or adverse effects associated with certain plants, and

BLM_0008737

**TABLE 3-13**
**National Landscape Conservation System and Other Special Designation Areas on Public Lands as of September 2005**

| State | Outstanding Natural Areas, Forest Reserve Cooperative Management and Protection Areas, and National Recreation Areas | | National Monuments | | National Conservation Areas | | Wilderness Areas | | Wilderness Study Areas | | Wild, Scenic, and Recreational Rivers | | National, Historic, and Scenic Trails | | Acres of Critical Environmental Concern | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # of Sites | Acres | # of Sites | Acres | # of Sites[1] | Acres[2] | # of Sites[1] | Acres | # of Sites[1] | Acres | # of Sites | Acres/Miles | # of Sites[1] | Mi[2] | # of Sites | Acres |
| Alaska | 1 | 998,772 | - | - | 1 | 1,208,624 | - | - | 1 | 784,238 | 6 | 609,280/952 | 1 | 418 | 41 | 4,545,920 |
| Arizona | | | 5 | 1,775,017 | 3 | 121,277 | 47 | 1,396,466 | 2 | 63,930 | - | - | 2 | 1,003 | 50 | 638,110 |
| California | 1 | 7,400 | 3 | 291,390 | 3 | 10,729,231 | 76 | 3,552,665 | 77 | 974,769 | 6 | 24,800/78 | 4 | 1,690 | 147 | 3,441,407 |
| Colorado | | | 1 | 163,892 | 2 | 185,773 | 4 | 139,524 | 54 | 621,737 | - | - | - | - | 68 | 648,166 |
| Idaho | | | 1 | 274,800 | 1 | 484,034 | 1 | 802 | 66 | 1,341,709 | - | - | 4 | 1,472 | 95 | 580,973 |
| Montana | | | 2 | 375,027 | - | - | 1 | 6,000 | 40 | 450,823 | 1 | 89,300/149 | 3 | - | 43 | 248,576 |
| Nebraska | | | - | - | | | - | | - | | - | | - | | - | |
| Nevada | | | - | - | 3 | 1,043,422 | 38 | 1,758,613 | 71 | 2,877,917 | - | - | 1 | 711 | 36 | 1,358,234 |
| New Mexico | | | 1 | 4,124 | 1 | 227,100 | 3 | 139,281 | 60 | 970,532 | 2 | 22,720/71 | 3 | 60 | 151 | 595,001 |
| North Dakota | | | - | - | | | - | | - | | - | | - | | - | |
| Oklahoma | | | - | - | | | - | | - | | - | | - | | - | |
| Oregon | 2 | 428,156 | 1 | 52,947 | - | - | 4 | 186,723 | 97 | 2,337,762 | 23 | 254,438/803 | 3 | - | 200 | 894,135 |
| South Dakota | | | - | - | | | - | | - | | - | | - | | - | |
| Texas | | | - | - | - | - | - | | - | | - | | 1 | - | - | |
| Utah | | | 1 | 1,870,800 | 1 | - | 3 | 27,720 | 99 | 3,260,120 | - | - | 3 | - | 59 | 1,267,389 |
| Washington | | | - | - | - | - | 1 | 7,140 | 1 | 5,518 | - | - | - | - | - | |
| Wyoming | | | - | - | - | - | - | | 42 | 575,841 | - | - | 6 | 213 | 38 | 696,894 |
| Total | 4 | 1,434,328 | 15 | 4,807,997 | 13 | 13,999,461 | 175 | 7,214,934 | 610 | 14,264,896 | 38 | 1,005,538/2,052 | 12 | 5,567 | 928 | 14,914,805 |

[1] Figures in the number column do not add up to the total shown at the bottom since areas may cross state lines and are reported in the count for each state.
[2] Acreages/miles for multi-state sites are provided only for the state in which the majority of site is located.
Source: BLM Public Land Statistics (USDI BLM 2006d).

PUBLIC LAND RESOURCES

PUBLIC LAND RESOURCES

replanting of vegetation in highly disturbed areas to improve appearance.

BLM field offices reported 56 million recreational visits to BLM public lands and waters in FY 2005, an increase of nearly 4% from the previous year. The total amount of time spent on public lands, reported as visitor days, was estimated at 66.2 million visitor days, down 5% from the previous year (Table 3-14; USDI BLM 2006d). The greatest number of visitor days occurred in Arizona and California. Overall, developed recreational sites were used about as frequently as non-developed dispersed areas. Recreational use of public lands consists predominately of camping and picnicking, which represented 43% of all visitor days in 2005. Other important recreational activities include non-motorized travel, such as hiking, horseback riding, and mountain biking (10%); off-highway travel (10%); hunting (8%); and viewing public land resources and interpretation and education (6%). The remaining visitor days were associated with driving for pleasure, special events, sports and activities, power and non-power boating, fishing, and swimming. Snow- and ice-based activities, such as cross-country skiing, snowmobiling, and snowshoeing, represented less than 1% of visitor days (USDI BLM 2006c).

Commercial revenues generated by recreation on BLM lands are discussed in the Social and Economic Values section of this chapter.

# Rights-of-way, Facilities, and Roads

## Rights-of-way

Rights-of-way Under FLPMA and the Mineral Leasing Act provisions, the BLM issues ROW grants to authorize the construction, operation, and maintenance of a wide range of projects on public lands. These include petroleum pipelines, electrical transmission lines, telecommunications lines, energy development and distribution facilities, water facilities, communication sites, and roads. Rights-of way for roads, trails, and other infrastructure needs are appropriated for use by the BLM and other federal agencies (e.g., Forest Service, Federal Highway Administration, and Bonneville Power Administration) under Section 507 of FLPMA.

**TABLE 3-14**
**Estimated Recreation Use of Public Lands during Fiscal Year 2005**

| State | Number of Visitor Days[1] (thousands) | | |
|---|---|---|---|
| | Recreation Sites | Dispersed Areas | Total[2] |
| Alaska | 297 | 921 | 1,218 |
| Arizona | 7,541 | 1,776 | 13,958 |
| California | 8,426 | 8,776 | 17,246 |
| Colorado | 1,637 | 3,021 | 4,776 |
| Idaho | 1,234 | 2,847 | 4,102 |
| Montana, North Dakota, and South Dakota | 920 | 2,528 | 3,448 |
| Nevada | 915 | 4,644 | 5,560 |
| New Mexico, Oklahoma, and Texas | 581 | 1,416 | 1,997 |
| Oregon and Washington | 2,015 | 3,712 | 5,727 |
| Utah | 1,912 | 3,883 | 6,226 |
| Wyoming and Nebraska | 630 | 1,258 | 1,890 |
| Total | 26,108 | 34,782 | 66,178 |

[1] One visitor day equals 12 visitor hours.
[2] Includes visitor days for recreation lease sites and recreation partnership sites.
Source: BLM Public Land Statistics (USDI BLM 2006d).

Under FLPMA and the Mineral Leasing Act provisions, the BLM issues ROW grants to authorize the construction, operation, and maintenance of a wide range of projects on public lands. These include petroleum pipelines, electrical transmission lines, telecommunications lines, energy development and distribution facilities, water facilities, communication sites, and roads. Rights-of way for roads, trails, and other infrastructure needs are appropriated for use by the BLM and other federal agencies (e.g., Forest Service, Federal Highway Administration, and Bonneville Power Administration) under Section 507 of FLPMA. In FY 2005, there were over 90,000 ROWs on public lands, and the BLM processes more than 4,000 new applications each year. Energy-related applications comprise about 60% of new applications (USDI BLM 2006c). Demand for ROWs on public lands is expected to increase substantially during the next decade due to energy needs, changes in the utility industry, and increased urbanization.

The length and width of an ROW (and the resulting acreage of public lands) is dependant on a variety of physical and operational factors, including topography,

BLM_0008739

geology, safety, type of use or uses proposed within the ROW, current technology, and access needs. Rights-of-way may also be subject to controls or limitations prescribed by law or identified within BLM land use plans. The BLM encourages the utilization of ROWs in common, where practical, in order to minimize adverse environmental impacts. The BLM land use plans identify ROW corridors for existing and future ROW development.

Rights-of-way are issued for short-term use of public lands or in perpetuity. Right-of-way grants generally include provisions that authorize the holder to manage vegetation within and adjacent to the ROW using methods approved by the BLM. The scope and intensity of vegetation management treatments within ROWs are operationally specific and highly variable. Inspections are conducted at periodic intervals to assess vegetation treatment needs within the ROW. Several techniques are used to manage vegetation in ROW. Preeemergence or postemergence herbicides can be applied to prevent or control young emerging and existing vegetation. Mechanical methods, such as mowing, are also used to eliminate undesirable vegetation. In certain situations, livestock have been used to selectively remove undesirable plant species, in a targeted approach. Vegetation can interfere with ROW site access and facility maintenance, interfere with electric power flow, and pose safety problems for workers and other users of ROW. The development and maintenance of ROW has significant impacts on vegetation. The removal of the existing vegetation during construction activities results in increases in bare ground that can facilitate the introduction and spread of non-native and invasive plant species. The relatively open nature of ROW makes them attractive to many recreationists, including OHV enthusiasts, horseback riders, and hikers. However these activities can also facilitate the spread of invasive species that are present on ROW.

## Facilities and Roads

The BLM operates or oversees operation on numerous facilities on public lands. These include oil, gas, geothermal, and mineral exploration and production sites, including over 21,000 production sites; 510 campgrounds, 87 interpretive centers, and other recreational facilities; over 4,300 buildings and 713 administrative sites; over 76,000 miles of road; and communication facilities (USDI BLM 2006c).

Construction and operations disturbance can often introduce noxious weeds and other invasive vegetation to facility sites and roads. In general, vegetation management at facilities focuses on controlling vegetation that can pose a safety or fire hazard, or is not aesthetically pleasing. In such situations the vegetation is managed using several methods, which can be integrated into an effective management process. Residual herbicides, applied to vegetation before or after emergence, offer extended management in areas where bare ground is required for safety purposes. Mechanical methods, such as mowing, and manual control by hand pulling have been used to manage vegetation along roads, as well as in sensitive areas.

# Social and Economic Values

## Social/Demographic Environment

The western U.S., including Alaska, is more sparsely populated than the rest of the U.S., containing about 32% of the total U.S. population, but comprising approximately 65% of the total land area. In 2000, over 89 million people lived in this region, with over 50 million in California and Texas, alone (Table 3-15). Population density is relatively low, averaging about 40 people per mi$^2$, which is half of the national average of nearly 80 people per mi$^2$. Density ranges from about 1 person per mi$^2$ in Alaska to over 217 persons per mi$^2$ in California. Based on 2000 census data, population growth between 1990 and 2000 averaged over 16%, which was slightly higher than the national average. Many of the western states, however, exceeded the national average, with growth rates of 20% or higher during this time period.

Within regions of the western states, mobility patterns of the population were evident. Population declined in rural areas and increased in urban areas. Growth of the western states during this time occurred predominantly in WUI areas, due to expansion of urban population areas into previously rural areas.

The western U.S. contains a large percentage of the nation's minority populations, including over 60% of the nation's Hispanics and American Indians, and over 50% of the nation's Asian/Pacific Islanders. In particular, Arizona, California, New Mexico, and Texas contain large Hispanic populations, which comprise from 25 to over 40% of the total population in each of these states. Over 15% of Alaska's population is comprised of American Indians.

The age distribution of the population of the western U.S. is similar to the nationwide distribution.

BLM_0008740

PUBLIC LAND RESOURCES

Approximately 27% of the population is under 18 years of age, while about 11% is over 65. Alaska and Utah are slight exceptions, with a higher percentage of people under 18 (over 30%) and a lower percentage of people over 65 (5% and 8%, respectively).

## Economic Environment

### Employment

Between 1990 and 2000, employment growth in the western U.S. averaged 21%, which slightly exceeded the national average of about 18%. Nevada and Arizona had the most employment growth overall (60% and 42%, respectively) while California and Alaska had below-average employment growth of less than 15%. Most employment growth during this time occurred in the management, professional, and related occupations (26%) and in the service sector (15%), while negligible growth occurred in the manufacturing sector.

In December 2006, the nationwide unemployment rate was 4.5% (Table 3-16). Unemployment rates in the western U.S. exceeded the national average, with the greatest unemployment in Alaska (6.7%), Oregon (5.4%), and Washington (5.0%). The unemployment rate was lowest in Utah (2.6%) and Montana (2.9%; U.S. Department of Labor Bureau of Labor Statistics 2007). Unemployment rates were generally higher for African Americans and Hispanics than other races.

Over 23% of the nation's employment opportunities, amounting to over 40 million jobs, are located in the western U.S. (Table 3-17). Employment in the trade and services industries accounts for over half of the total jobs. Industries related to natural resources, such as agriculture and mining, are important sources of employment and represent nearly one third of the nation's agricultural services, forestry, and fishing jobs. Employment in the government and military sector is higher in Alaska than in other states, accounting for 27% of total jobs versus about 17% overall in the western U.S.

### Income

In 2000, the per capita income in the western U.S. was $20,215, which was similar to the national average of $21,690. Per capita income was greatest in Colorado, Washington, Alaska, and California, and lowest in Montana, Idaho, and Utah. In 1999, approximately 12% of the population of the western U.S. lived below the poverty level, which was consistent with the national average. The highest poverty rates occurred in Montana,

California, and Arizona, while the lowest rates occurred in Alaska, Colorado, and Utah (U.S. Department of Commerce Bureau of the Census 2004).

In 1999, the highest mean annual income in the western U.S. was paid to individuals employed by the federal government ($63,048), followed by the mining ($57,458), transportation and public utilities ($50,397), and manufacturing ($50,201) sectors. The lowest average income was realized by those working in the agricultural services, forestry, and fishing ($18,845) and retail trade ($20,332) industries (U.S. Department of Commerce Bureau of the Census 2004).

## Revenues Generated by BLM Lands

The BLM allows land use for authorized private commercial activities such as energy and mineral commodity extraction, timber harvesting, livestock grazing, recreation, and the development of ROW on public land. Income generated by public land is used to assist state and local governments, support the General Fund of the U.S. Treasury, and offset charges for program operations where certain fees collected can be retained by the BLM. During FY 2005, the BLM collected nearly $1.6 billion from a variety of land uses in the western U.S. (Table 3-18).

Operating revenues from mineral leases and permits totaled $178.3 million in FY 2005 (USDI BLM 2006c). These receipts include rental collections from oil and gas ROW, revenues from developed lands within the Naval Oil Shale Reserve in Colorado, lease rentals and bonus bids from the National Petroleum Reserve in Alaska, and fees related to mining claims, holding fees, and non-operating revenues.

Woodland products are an important commodity and source of revenue generated on public lands. These products include timber; other wood products, such as fuelwood, posts, and poles; and non-wood forest products, such as Christmas trees, cactus, seed, yucca, pinyon nuts, mushrooms, and yew bark. During FY 1997 to 2005, an average of approximately $35 million was generated annually from woodland products harvested from public lands, the majority of which came from timber sales. The average volume of timber harvested annually between 1997 and 2005 was approximately 30 million cubic feet. The revenue generated from timber sales has generally decreased over the past 8 years, from $83.6 million in 1997 to $36.1 million in 2005 (USDI BLM Public Land Statistics 1997-2006).

BLM_0008741

**TABLE 3-15**
**Population, Age Distribution, and Race in the Western States and Alaska**

| State | Population 2000 (thousands) | Percent Change from 1990 | Density (per mi²) | Age Distribution | | Percent of Hispanic Origin | Percent of Both Hispanic and Non-Hispanic Origin | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Percent Under 18 | Percent Over 65 | | Caucasian | African American | American Indian | Asian/Pacific Islander | Other | More than 1 Race |
| Alaska | 627 | 12.3 | 1.1 | 30.2 | 5.4 | 4.1 | 69.3 | 3.5 | 15.6 | 4.5 | 1.6 | 5.4 |
| Arizona | 5,131 | 28.6 | 45.2 | 26.5 | 12.6 | 25.3 | 75.5 | 3.1 | 5.0 | 1.9 | 11.6 | 2.9 |
| California | 33,877 | 12.1 | 217.2 | 27.2 | 10.1 | 32.4 | 59.5 | 6.7 | 1.0 | 11.2 | 16.8 | 4.7 |
| Colorado | 4,301 | 23.4 | 41.5 | 25.5 | 9.2 | 17.1 | 82.8 | 3.8 | 1.0 | 2.3 | 7.2 | 2.8 |
| Idaho | 1,294 | 22.2 | 15.6 | 28.4 | 10.7 | 7.9 | 91.0 | 0.4 | 1.4 | 1.0 | 4.2 | 2.0 |
| Montana | 902 | 11.4 | 6.2 | 25.3 | 12.5 | 2.0 | 90.6 | 0.3 | 6.2 | 0.6 | 0.6 | 1.7 |
| Nebraska | 1,711 | 8.4 | 22.3 | 26.3 | 13.6 | 5.5 | 89.6 | 4.0 | 0.9 | 1.3 | 2.8 | 1.4 |
| Nevada | 1,998 | 39.9 | 18.2 | 25.5 | 10.6 | 19.7 | 75.2 | 6.8 | 1.3 | 4.9 | 8.0 | 3.8 |
| New Mexico | 1,819 | 16.7 | 15.0 | 27.8 | 11.2 | 42.1 | 66.8 | 1.9 | 9.5 | 1.2 | 17.0 | 3.6 |
| North Dakota | 642 | 0.5 | 9.3 | 24.9 | 13.5 | 1.2 | 92.4 | 0.6 | 4.9 | 0.6 | 0.4 | 1.2 |
| Oklahoma | 3,460 | 9.7 | 50.3 | 25.9 | 13.2 | 5.2 | 76.2 | 7.6 | 7.9 | 1.5 | 2.4 | 4.5 |
| Oregon | 3,421 | 16.9 | 35.6 | 24.6 | 12.2 | 8.0 | 86.6 | 4.6 | 1.3 | 3.2 | 4.2 | 3.1 |
| South Dakota | 755 | 7.8 | 9.9 | 26.5 | 13.1 | 1.4 | 88.7 | 0.6 | 8.3 | 0.6 | 0.5 | 1.3 |
| Texas | 20,852 | 22.8 | 79.6 | 28.2 | 9.9 | 32.0 | 71.0 | 11.5 | 0.6 | 2.8 | 11.7 | 2.5 |
| Utah | 2,233 | 22.9 | 27.2 | 32.0 | 8.2 | 9.0 | 89.2 | 0.8 | 1.3 | 2.4 | 4.2 | 2.1 |
| Washington | 5,894 | 17.4 | 88.6 | 25.6 | 10.6 | 7.5 | 81.8 | 3.2 | 1.6 | 5.9 | 3.9 | 3.6 |
| Wyoming | 494 | 8.1 | 5.1 | 25.9 | 11.0 | 6.4 | 92.1 | 0.8 | 2.3 | 0.7 | 2.5 | 1.8 |
| United States | 281,422 | 11.6 | 76.6 | 25.6 | 11.7 | 12.5 | 75.1 | 12.3 | 0.9 | 3.7 | 5.5 | 2.4 |
| Western States | 89,406 | 16.5 | 40.5 | 27.1 | 10.5 | 24.9 | 70.7 | 6.5 | 1.9 | 6.0 | 11.4 | 3.6 |
| Percentage of Total U.S. | 31.8 | - | - | 33.7 | 28.5 | 63.2 | 29.9 | 16.7 | 68.3 | 50.3 | 66.3 | 46.7 |

Source: U.S. Department of Commerce Bureau of the Census (2004).

BLM_0008742

PUBLIC LAND RESOURCES

**TABLE 3-16**
**Percent Unemployment for Western U.S. and Alaska**

| State | Year | | |
|-------|------|------|------|
| | 1990 | 2000 | December 2005 |
| Alaska | 7.0 | 6.6 | 6.7 |
| Arizona | 5.5 | 3.9 | 4.1 |
| California | 5.8 | 4.9 | 4.8 |
| Colorado | 5.0 | 2.7 | 4.0 |
| Idaho | 5.9 | 4.9 | 3.2 |
| Montana | 6.0 | 4.9 | 2.9 |
| Nebraska | 2.2 | 3.0 | 3.1 |
| Nevada | 4.9 | 4.1 | 4.4 |
| New Mexico | 6.5 | 4.9 | 3.8 |
| North Dakota | 4.0 | 3.0 | 3.2 |
| Oklahoma | 5.7 | 3.1 | 3.8 |
| Oregon | 5.6 | 4.9 | 5.4 |
| South Dakota | 3.9 | 2.3 | 3.2 |
| Texas | 6.3 | 4.2 | 4.5 |
| Utah | 4.3 | 3.2 | 2.6 |
| Washington | 4.9 | 5.2 | 5.0 |
| Wyoming | 5.5 | 3.9 | 3.0 |
| United States | 5.6 | 4.0 | 4.5 |
| Source: U.S. Department of Labor Bureau of Labor Statistics (2007). | | | |

Ninety percent of income from the sale of timber and other vegetative materials is derived from Oregon and California and Coos Bay (Oregon) Wagon Road Grant Lands. Timber harvest levels on these lands are guided by the direction of the Northwest Forest Plan. Timber sales on other public lands include sales from salvage timber and forest health projects.

Grazing fees are derived using a formula established in the *Public Rangelands Improvement Act of 1978*, which is based on several index factors, including private land lease rates, beef cattle prices, and the cost of production. In 2006, the fee was $1.56 per AUM, down from $1.79 in 2005 (USDI BLM 2006c). Approximately $14.5 million was collected in grazing receipts in 2005. Half of the grazing fees are used by the BLM for rangeland improvements (USDI BLM 2006d).

Fees are charged at many public recreation sites to provide for maintenance and improvement, and include access fees for Entrance Permits, Special Area Permits, Daily Use Permits, Commercial, Competitive, and Group Permits, Leases, and Passports. At other locations, generally those without public facilities, no fees are charged. In FY 2005, nearly 79% of recreational use on public lands, in terms of visitor days, occurred in non-fee areas (USDI BLM 2006d). The

BLM also issues special recreation permits to qualified commercial companies and organized groups such as outfitters, guides, vendors, and commercial competitive event organizers who conduct activities on both fee and non-fee lands. Nearly $13.3 million were collected in recreation fees in 2005 (USDI BLM 2006d).

In FY 2005, sales of public land and material, including receipts from the sale of public land, and the sale of vegetative and mineral materials, totaled nearly $1.5 billion, of which nearly $1.2 billion were from the sale of certain public lands in Clark County, Nevada, near the city of Las Vegas, under the *Southern Nevada Public Land Management Act* (USDI BLM 2006c).

In addition to providing revenue for the BLM, all of the major public land activity categories generate economic benefits to the communities and states in which they occur. For example, there are nearly 18,000 grazing leases in force on public lands, supporting over 12.7 million AUMs (Table 3-6). Alaska and Texas have no grazing permits in force. The value of these grazing permits and the acreage they entail vary widely depending on the location, soil characteristics, and precipitation. The availability of public land grazing leases is highly beneficial, if not crucial, to some ranching operations, however, and consequently is very important to many rural communities throughout the West.

Similarly, mineral development is an economic mainstay of many western communities. Table 3-17 illustrates the relative importance to the employment base of mineral extraction, particularly in Arizona, Wyoming and Nevada. Each of these states, plus Alaska, has a much higher percentage of employment in mining/natural resource industry than the average for the West as a whole. This industry sector includes oil and gas, coal, aggregates, and hard rock minerals such as gold and copper. Alaska's oil industry not only supports ongoing employment, it contributes toward minimizing taxes for all state residents and has provided a substantial cash rebate to residents over the years.

The BLM estimated the benefits to local economies from recreation on public lands. These estimates serve as one example of the economic activity that depends on the public land base. Recreational activity provides revenue for local economies through expenditures associated with activities such as hunting, fishing, and wildlife viewing (Table 3-19). In FY 2005, an estimated $3 billion was injected into local economies through these recreation-associated expenditures (USDI BLM 2006c, d). These activities produce indirect financial

BLM_0008743

**TABLE 3-17**
**Percent Employment by Industry in 2004**

| State | Agriculture | Mining and Natural Resources | Construction | Manufacturing | Transportation and Public Utilities | Trade (wholesale and retail) | Finance, Insurance, and Real Estate | Services | Government | Other | Total Number (thousands) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | 0.3 | 3.5 | 6.5 | 3.5 | 20.6 | 13.8 | 4.8 | 7.7 | 27.4 | 3.6 | 301 |
| Arizona | 2.7 | 8.6 | 8.4 | 7.2 | 19.0 | 15.8 | 6.8 | 14.0 | 17.6 | 3.7 | 2,379 |
| California | 3.1 | 0.2 | 5.8 | 10.5 | 18.9 | 15.5 | 0.6 | 15.1 | 16.4 | 3.4 | 14,633 |
| Colorado | 2.0 | 0.7 | 7.0 | 7.0 | 18.7 | 15.3 | 7.1 | 13.9 | 16.7 | 4.0 | 2,186 |
| Idaho | 6.5 | 0.8 | 7.3 | 10.3 | 19.8 | 16.5 | 4.6 | 12.9 | 19.7 | 3.1 | 600 |
| Montana | 6.5 | 1.7 | 6.5 | 4.6 | 20.8 | 17.0 | 5.2 | 8.4 | 21.4 | 4.0 | 410 |
| Nebraska | 6.9 | 0.1 | 5.3 | 11.0 | 21.6 | 16.1 | 6.9 | 10.3 | 17.8 | 3.8 | 917 |
| Nevada | 1.4 | 7.8 | 10.2 | 4.0 | 17.0 | 14.1 | 5.4 | 8.1 | 14.0 | 3.0 | 1,165 |
| New Mexico | 2.5 | 1.9 | 6.4 | 4.6 | 17.3 | 14.4 | 4.4 | 11.4 | 25.3 | 3.6 | 799 |
| North Dakota | 8.8 | 1.1 | 5.4 | 7.0 | 21.3 | 17.4 | 5.6 | 7.1 | 23.0 | 4.6 | 341 |
| Oklahoma | 3.3 | 2.2 | 4.3 | 9.7 | 18.8 | 15.2 | 5.7 | 10.8 | 20.5 | 5.0 | 1,472 |
| Oregon | 4.3 | 0.6 | 5.3 | 12.6 | 19.9 | 16.4 | 6.1 | 11.1 | 17.0 | 3.6 | 1,624 |
| South Dakota | 9.2 | 0.2 | 5.4 | 9.9 | 20.3 | 17.2 | 7.2 | 6.2 | 19.7 | 4.2 | 385 |
| Texas | 2.9 | 1.6 | 5.9 | 9.3 | 20.6 | 16.4 | 6.2 | 11.3 | 17.7 | 3.8 | 9,519 |
| Utah | 2.4 | 0.7 | 6.8 | 10.3 | 19.8 | 15.7 | 5.8 | 12.6 | 18.0 | 2.9 | 1,119 |
| Washington | 2.9 | 0.3 | 6.3 | 9.6 | 19.2 | 15.8 | 5.8 | 11.2 | 19.3 | 3.7 | 2,752 |
| Wyoming | 5.5 | 8.1 | 8.2 | 3.8 | 19.1 | 14.4 | 4.1 | 6.0 | 25.4 | 3.7 | 259 |
| Western U.S. | 3.2 | 0.8 | 5.8 | 9.3 | 19.5 | 15.8 | 6.1 | 12.8 | 17.6 | 3.6 | 40,861 |

Source: U.S. Department of Labor Bureau of Labor Statistics (2004).

benefits to community businesses providing food, lodging, equipment sales, transportation, and other services. State fish and wildlife management agencies also benefit from spending associated with these activities from sources such as state tax revenue and state administered fishing and hunting license programs.

## Expenditures by the BLM

The budget for the BLM was $1.78 billion in FY 2006, and is projected to be $1.8 billion in FY 2007 (USDI BLM 2006c). In FY 2006, $848 million was allocated to management of lands and resources (Table 3-20). These expenditures included integrated management of public land, renewable and cultural resources, fish and wildlife, threatened and endangered species, recreation, and energy and minerals.

### Wildland Fire Management

While the amount budgeted for wildland fire management may be relatively consistent from year to year, the cost of fighting fires has varied substantially. The USDI allocated $800 million to wildland fire management for FY 2006 for all USDI fire efforts (USDI BLM 2006c).

Table 3-21 shows the BLM's fire suppression expenditures for recent years. The variability often results from changing weather, but terrain, vegetation, and proximity to populated areas all contribute to the cost of fighting a fire.

The cost of fire suppression also depends on the number and size of fires. Approximately 95% of wildland fires are controlled in the initial attack, when they are relatively small and not yet seriously out of control. Table 3-22 illustrates the acreage lost to large fires (greater than 10,000 acres) in recent years. Notably, there were relatively few large fires in 2001 and 2003, which likely contributed to reduced suppression expenditures in those years. 2004 was an anomaly in that costs remained relatively low despite an extremely large acreage lost to fire. The most likely reason is that

BLM_0008744

PUBLIC LAND RESOURCES

**TABLE 3-18**
**Revenues Generated from Public Lands by Source for Fiscal Year 2005**

| State | Mineral Leases | Timber Sales | Land and Material Sales | Grazing Fees | Recreation Fees | Other[1] | Total |
|---|---|---|---|---|---|---|---|
| Alaska | $64,139,369 | $17,490 | $202,736 | $0 | $260,115 | $801,390 | $65,421,100 |
| Arizona | 91,485 | 2,675 | 2,509,213 | 769,358 | 1,217,641 | 1,828,752 | 6,419,124 |
| California | 220,665 | 1,605,477 | 1,388,651 | 267,679 | 3,347,666 | 2,815,390 | 9,645,528 |
| Colorado | 15,499,973 | 38,502 | 640,191 | 617,622 | 424,138 | 667,176 | 17,887,602 |
| Idaho | 31,700 | 558,581 | 218,056 | 1,622,749 | 579,963 | 828,918 | 3,839,967 |
| Montana | 2,517,912 | 610,113 | 139,909 | 2,039,872 | 307,467 | 221,436 | 5,836,709[2] |
| Nebraska | 0 | 0 | 0 | 1,510 | 0 | 0 | 1,510 |
| Nevada | 130,948 | 6,441 | 1,240,628,540 | 2,101,628 | 2,140,736 | 4,838,503 | 1,249,846,796 |
| New Mexico | 957,739 | 14 | 3,739,748 | 2,174,496 | 396,957 | 721,915 | 7,990,869 |
| North Dakota | 2,172 | 0 | 1,573 | 18,731 | 0 | 2,460 | 24,936 |
| Oklahoma | 13,834 | 0 | 0 | 236 | 0 | 0 | 14,070 |
| Oregon | 14,861 | 23,507,514 | 271,822 | 1,278,627 | 1,980,602 | 1,322,489 | 28,375,915 |
| South Dakota | 201 | 33,428 | 1,018 | 174,142 | 0 | 4,601 | 213,390 |
| Texas | 634 | 0 | 0 | 0 | 0 | 0 | 634 |
| Utah | 129,034 | 25 | 586,121 | 1,136,093 | 2,155,660 | 656,863 | 4,663,796 |
| Washington | 84 | 10,455 | 28,165 | 51,906 | 0 | 18,028 | 108,638 |
| Wyoming | 851,335 | 23,070 | 1,622,279 | 2,285,227 | 218,650 | 1,026,460 | 6,027,021 |
| Other | 93,700,388[3] | 0 | 0 | 0 | 0 | 0 | 93,700,388 |
| Total | 178,302,334 | 26,413,785 | 1,252,024,986 | 14,539,876 | 13,029,595 | 115,754,381 | 1,498,906,604 |

[1] Includes fees and commissions, ROW rents, rent of land, and other sources.
[2] Includes Land Utilization Project land purchased by the federal government under Title III of the Bankhead-Jones Farm Tenant Act and subsequently transferred to the USDI.
[3] Includes mining claim and holding fees and non-operating revenue.
Source: BLM Public Land Statistics (USDI BLM 2006d).

**TABLE 3-19**
**Estimated Benefits to Local Economies by Recreation on Public Lands during Fiscal Year 2005**

| State[1] | Fishing Expenditures | Hunting Expenditures | Wildlife Viewing Expenditures | Total |
|---|---|---|---|---|
| Alaska | $116,425,359 | $22,158,084 | $80,372,999 | $218,956,442 |
| Arizona | 17,251,493 | 45,326,644 | 154,080,147 | 216,658,284 |
| California | 54,815,364 | 82,363,747 | 411,761,577 | 548,940,688 |
| Colorado | 74,107,778 | 154,416,602 | 98,545,120 | 327,069,500 |
| Idaho | 44,282,994 | 72,746,698 | 66,800,278 | 183,829,970 |
| Montana | 13,377,194 | 23,635,550 | 33,670,436 | 70,683,180 |
| Nevada | 43,973,306 | 101,344,319 | 193,650,554 | 338,968,179 |
| New Mexico | 21,802,203 | 27,218,884 | 106,404,864 | 155,425,951 |
| Oregon | 60,958,338 | 140,939,262 | 219,081,863 | 420,979,463 |
| Utah | 46,208,009 | 92,412,855 | 245,410,668 | 384,031,532 |
| Washington | 1,876,536 | 2,044,106 | 5,274,085 | 9,194,727 |
| Wyoming | 10,459,904 | 39,947,204 | 85,394,947 | 135,802,055 |
| Total | 505,538,478 | 804,553,955 | 1,700,447,538 | 3,010,539,971 |

[1]Estimates include only states with more than 75,000 acres of public lands. No estimates were made for Nebraska, North Dakota, Oklahoma, South Dakota, and Texas.
Source: BLM Public Lands Statistics (USDI BLM 2006d).

BLM_0008745

**TABLE 3-20**
**Summary of BLM Jobs and Expenditures for the Management of Lands and Resources Program**
**by Activity and Subactivity (dollars in thousands)**

| Activity/Subactivity | 2005 (Actual) | | 2006 (Enacted) | |
|---|---|---|---|---|
| | FTE[1] | Amount | FTE[1] | Amount |
| Management of Lands and Resources | 6,287 | $836,826 | 6,138 | $847,632 |
| Land Resources | 1,493 | 188,014 | 1,456 | 187,613 |
| Soil, Water, Air | 246 | 34,738 | 240 | 33,838 |
| Range Management | 6,880 | 69,183 | 658 | 69,870 |
| Forest Management | 72 | 8,895 | 75 | 10,404 |
| Riparian Management | 195 | 21,228 | 190 | 22,124 |
| Cultural Resources | 130 | 14,925 | 127 | 15,015 |
| Wild Horse and Burros | 170 | 39,045 | 166 | 36,362 |
| Wildlife and Fisheries | 298 | 36,947 | 302 | 40,480 |
| Wildlife Management | 197 | 25,063 | 202 | 28,166 |
| Fisheries Management | 101 | 11,884 | 100 | 12,314 |
| Threatened and Endangered Species | 176 | 21,144 | 171 | 21,254 |
| Recreation | 553 | 60,589 | 548 | 65,131 |
| Wilderness Management | 145 | 16,431 | 141 | 16,559 |
| Recreation Resource Management | 408 | 44,158 | 407 | 48,752 |
| Resource Protection | 536 | 81,501 | 527 | 84,358 |
| Energy and Minerals | 1,009 | 106,631 | 993 | 108,157 |
| Realty and Ownership | 731 | 92,624 | 710 | 88,978 |
| Transportation Facilities and Maintenance | 426 | 77,813 | 395 | 76,646 |
| Workforce Organization and Support | 626 | 142,161 | 611 | 144,446 |
| Alaska Minerals | 15 | 3,944 | 11 | 2,263 |
| Other[2] | 663 | 25,458 | 639 | 27,306 |

[1] Full Time Equivalent.
[2] Includes Communications Sites Management, Mining Law Administration, Land Resources Information Systems, Challenge Cost Share, and Reimbursable programs.
Source: USDI BLM (2006c).

nearly all of the large fires that year were in Alaska, and several were sufficiently remote, or in such rugged terrain, that they were allowed to burn without a major effort to control them.

**Hazardous Fuels Reduction**

Reducing the hazardous fuels available to sustain a wildland fire can be costly. The USDI treated 542,568 acres in the WUI during 2005 at an average cost of $244 per acre. Treatment can cost up to $5,000 per acre for labor-intensive, small, mechanical treatments in forested WUI areas. During the same year, the USDI treated 726,835 acres in non-WUI areas at a cost of about $104 per acre (USDI BLM 2006c).

**Weed Management**

Herbicides and other vegetation management methods are employed to control invasive plant species, which have caused a variety of problems on public lands. The Vegetation section of this chapter addresses several major types of weed infestations on public lands. As Duncan and Clark (2005) noted, "The economic impact of most (weed) species is poorly documented. This is generally due to the lack of quantitative information on ecosystem impacts and the challenge of assessing non-market cost such as those to society and the environment (e.g., changes in fire frequency, wildlife habitat, aesthetics, loss of biodiversity)."

Expenditures for herbicides used on BLM land are a relatively small part of the agency's budget, accounting for only a little more than $2.7 million in FY 2005 (Table 3-23). Table 3-23 includes only the cost of the chemicals; labor and equipment costs for herbicide application are in addition to the costs shown. The BLM estimated it spent $9.6 million to treat approximately 205,000 acres ($47 per acre) to treat weeds during FY 2005; These costs included herbicide, labor, and equipment costs. The cost of herbicides can vary dramatically, depending on the type selected and the

PUBLIC LAND RESOURCES

method of application. Costs can also vary significantly by geographic region, vendor, type of chemical (generic versus branded), and size and terrain of the application target area. The Forest Service estimated the average cost per acre at $100 for ground applications and $25 for aerial applications (USDA Forest Service 2005). The BLM's range of estimated application costs is even broader. For ground applications, BLM's estimates range from $50 to $300 per acre for backpack or ATV applications and $25 to $75 per acre for boom sprayer applications. Aerial applications are estimated at $6 to $40 per acre for fixed-wing aircraft and $25 to $200 per acre for helicopter applications.

**TABLE 3-21**
**BLM Wildland Fire Suppression Expenditures**
**Fiscal Year 1998 through Fiscal Year 2005**

| Fiscal Year | Expenditure | Percent Change from Prior Year |
|---|---|---|
| 1998 | $ 63,470,000 | NA |
| 1999 | 85,724,000 | 35.1 |
| 2000 | 228,394,000 | 166.4 |
| 2001 | 192,115,000 | -15.9 |
| 2002 | 204,666,000 | 6.5 |
| 2003 | 151,994,000 | -25.8 |
| 2004 | 158,626,000 | 4.4 |
| 2005 | 218,445,000 | 39.7 |
| NA = Not applicable | | |
| Source: USDI BLM (2006c). | | |

It is estimated that downy brome infests over 56 million acres in the 17 western states and that the infestation is growing at 14% per year (Duncan and Clark 2005). As indicated in Table 3-5, more than 90 million acres of public lands are infested with downy brome and other brome species. Downy brome can increase the frequency and intensity of wildfire and destroy the structure of the native plant communities, particularly sagebrush habitats. Because of its widespread dominance, downy brome has become the most important forage grass in the western U.S. However, it is highly unreliable as a forage base for both cattle and wildlife because it can exhibit "tenfold differences (300-3,500 lbs/acre) from year to year" in productivity, depending on precipitation.

Once a treatment is accomplished, it is then costly to rehabilitate the land. Cost per acre to stabilize and rehabilitate disturbed land is estimated at $17. During 1991, however, it cost $100,000 to rehabilitate the 1,700 acres burned in the Snake River Birds of Prey Area,

Idaho, or almost $59 per acre. During 2004, it cost the BLM $1,640 per acre to restore 12,000 acres of forestland and woodlands. The unit cost ranged from $295 per acre in New Mexico to $2,730 per acre in Oregon (USDI BLM 2005a).

**TABLE 3-22**
**BLM Action Fires Larger than 10,000 Acres[1]**
**during 1999 to 2005**

| Calendar Year | Number of Fires | Average Size (acres) | Total Acreage |
|---|---|---|---|
| 1999 | 64 | 44,990 | 2,879,351 |
| 2000 | 66 | 34,851 | 2,300,187 |
| 2001 | 28 | 40,524 | 1,134,662 |
| 2002 | 46 | 55,484 | 2,552,265 |
| 2003 | 23 | 55,940 | 1,286,612 |
| 2004 | 51 | 122,805 | 6,263,059 |
| 2005 | 98 | 68,277 | 6,691,137 |
| Total | 376 | 61,455 | 23,107,273 |
| [1] Fire Type 1 - All protection types. | | | |
| Source: USDI BLM (2007c). | | | |

**Payments to State and Local Governments**

Where the federal government maintains public land, it makes payments to state and local governments for a variety of purposes. Receipts from coal leases and bonus payments, for example, are shared. Payments in lieu of taxes help address the loss of potential local tax income that could have been generated from those public lands if they were in private ownership. Payments in lieu of taxes, as well as other forms of transfer payments, are generally set by law and provided according to a formula. Payments in lieu of taxes, for example, are computed based on the number of acres of public lands within each county and multiplied by a dollar amount per acre. Over $2 billion in payments have been made since 1976. Table 3-24 shows the BLM payments to states and local governments for FY 2004.

# Human Health and Safety

## Background Health Risks

This section discusses background information on human health risks of injuries, and cancer and other diseases for people living in the states in which the BLM is planning to implement vegetation treatments. People living in these states are exposed to a variety of risks common to the U.S. as a whole, including

BLM_0008747

**TABLE 3-23**
**Herbicide Uses and Costs for Vegetation Treatments on Public Lands during 2005**

| Herbicide | Type of Application | Acres Treated[1] | Total Herbicide Expenditure[2] | Cost per Acre for Herbicide[2] |
|---|---|---|---|---|
| 2,4-D | Aerial | 1,689 | $5,474 | $3.24 |
| | Ground | 40,133 | 186,515 | 4.65 |
| Bromacil | Aerial | 0 | 0 | NA |
| | Ground | 2,999 | 379,763 | 126.63 |
| Chlorsulfuron | Aerial | 374 | 35,572 | 95.11 |
| | Ground | 2,667 | 51,836 | 19.44 |
| Clopyralid | Aerial | 5,168 | 169,510 | 32.80 |
| | Ground | 6,277 | 268,032 | 42.70 |
| Dicamba | Aerial | 48 | 945 | 19.69 |
| | Ground | 7,664 | 150,245 | 19.60 |
| Diuron | Aerial | 0 | 0 | NA |
| | Ground | 4,427 | 72,340 | 16.34 |
| Fosamine | Aerial | 0 | 0 | NA |
| | Ground | 0 | 0 | NA |
| Glyphosate | Aerial | 11,032 | 25,648 | 2.32 |
| | Ground | 8,309 | 56,487 | 6.80 |
| Hexazinone | Aerial | 0 | 0 | NA |
| | Ground | 4,952 | 3,138 | 0.63 |
| Imazapic | Aerial | 0 | 0 | NA |
| | Ground | 45 | 1,309 | 29.10 |
| Imazapyr | Aerial | 1,203 | 151,340 | 125.80 |
| | Ground | 1,788 | 105,619 | 59.07 |
| Metsulfuron methyl | Aerial | 663 | 5,529 | 8.34 |
| | Ground | 14,129 | 178,208 | 12.61 |
| Picloram | Aerial | 4,158 | 67,497 | 16.23 |
| | Ground | 28,385 | 629,897 | 22.19 |
| Sulfometuron methyl | Aerial | 0 | 0 | NA |
| | Ground | 304 | 7,741 | 25.46 |
| Tebuthiuron | Aerial | 40,755 | 47,427 | 1.16 |
| | Ground | 0 | 0 | NA |
| Triclopyr | Aerial | 4,000 | 23,750 | 5.94 |
| | Ground | 3,170 | 85,966 | 27.12 |

[1] Acres treated do not take into account whether the aerial application was by helicopter or airplane, nor do they distinguish between ground application methods. Costs would vary depending on the application method.
[2] Total herbicide expenditure and cost per acre do not include costs for labor, equipment, and application, and represent an average cost for use throughout the BLM.
NA = Not available or not applicable.

automobile accidents and other injuries; contaminants in the air, water, soil, and food; and various diseases. Risks to workers may differ from those facing the general public, depending on the nature of a person's work. Some of these risks may be quantified, but a lack of data allows for only a qualitative description of certain risks. Where data are only available for the U.S. as a whole, it is assumed that these data apply to the treatment states. Information in this section was obtained from the Centers for Disease Control and Prevention (CDC), the National Center for Injury Prevention and Control (NCIPC), the National Center for Health Statistics (NCHS), the National Institute for Occupational Safety and Health (NIOSH), and the Bureau of Labor Statistics.

BLM_0008748

PUBLIC LAND RESOURCES

**TABLE 3-24**
**BLM Payments to States and Local Governments during Fiscal Year 2005**

| State | Payments in Lieu of Taxes | Mineral Leasing Act | Taylor Grazing Act[1] | | | Proceeds of Sales | Other | Total Payments |
|---|---|---|---|---|---|---|---|---|
| | | | Section 3 | Section 15 | Other | | | |
| Alaska | $15,785,027 | $29,559 | $0 | $0 | $0 | $5,412 | $31,594,5953[3] | $47,414,593 |
| Arizona | 19,233,774 | 45,743 | 43,124 | 79,669 | 0 | 107,081 | 0 | 19,509,331 |
| California | 19,002,175 | 122,757 | 14,012 | 55,755 | 0 | 45,359 | 0 | 19,240,058 |
| Colorado | 16,839,759 | 129,557 | 53,520 | 30,062 | 43,068 | 29,640 | 0 | 17,125,606 |
| Idaho | 15,871,144 | 15,850 | 167,896 | 22,898 | 0 | 18,051 | 0 | 16,095,839 |
| Montana | 17,188,322 | 18,056 | 128,785 | 95,678 | 0 | 20,175 | 649,745[4] | 18,100,761 |
| Nebraska | 676,604 | 0 | 0 | 664 | 0 | 0 | 0 | 677,268 |
| Nevada | 13,732,723 | 65,445 | 233,458 | 705 | 0 | 824,000 | 204,497,479[5] | 219,353,810 |
| New Mexico | 22,386,899 | 475,204 | 170,502 | 135,900 | 14 | 88,389 | 8,269[4] | 23,265,177 |
| North Dakota | 950,280 | 1,086 | 0 | 7,921 | 0 | 67 | 0 | 959,354 |
| Oklahoma | 1,600,788 | 13 | 0 | 68 | 0 | 0 | 11,946[6] | 1,612,815 |
| Oregon | 6,428,257 | 7,678 | 131,630 | 23,405 | 0 | 46,661 | 113,338,900[7] | 119,976,531 |
| South Dakota | 2,566,411 | 100 | 0 | 67,435 | 0 | 2,600 | 0 | 2,636,546 |
| Texas | 2,595,410 | 317 | 0 | 0 | 0 | 0 | 0 | 2,595,727 |
| Utah | 19,622,224 | 55,319 | 104,868 | 0 | 0 | 15,337 | 0 | 19,797,748 |
| Washington | 6,322,087 | 42 | 0 | 22,367 | 0 | 5,378 | 0 | 6,349,874 |
| Wyoming | 14,810,769 | 413,269 | 145,697 | 327,446 | 6,924 | 78,040 | 0 | 15,782,145 |
| Western States | 195,612,593 | 1,379,995 | 1,193,49 | 869,973 | 50,006 | 1,286,190 | 350,100,934 | 550,493,183 |
| All States | 226,356,675 | 1,379,995 | 1,193,49 | 869,973 | 50,006 | 1,286,458 | 350,100,934 | 581,237,533 |

[1] Payments in lieu of taxes are made by the USDI, Office of the Secretary, for tax-exempt federal lands administered by the BLM, National Park Service, USFWS, and Forest Service, as well as for federal water projects and some military installations.
[2] Including payments for FY 2004 that were processed in FY 2005.
[3] National Petroleum Reserve – Alaska lands.
[4] Land utilization lands under the Bankhead-Jones Farm Tenant Act (7 U.S.C. 1012).
[5] Land utilization sales under the Southern Nevada Public Land Management Act resulted in direct payments at the time of sale totaling $193,566,000. Calendar year payments to Clark County and the State of Nevada under the Santini-Burton Act totaled $3,784,080.
[6] Oklahoma royalties.
[7] Payments from Oregon and California grant lands and Coos Bay Wagon Road grant land counties.
Source: USDI BLM (2006c).

## Risks from Diseases

### Disease Incidence

Despite the difficulties in establishing correlations between work conditions and disease, certain illnesses have been linked to occupational hazards. For example, asbestosis and lung cancer among insulation and shipyard workers have been linked to their exposure to asbestos (NIOSH 2002). Pneumoconiosis among coal miners has been correlated with the inhalation of coal dust. Occupational exposures to some metals, dusts, and trace elements, as well as CO, carbon disulfide, halogenated hydrocarbons, nitroglycerin, and nitrates, can result in increased incidence of cardiovascular disease. Neurotoxic disorders can arise from exposure to a wide range of chemicals, including some pesticides. Dermatological conditions like contact dermatitis, infection, trauma, cancer, vitiligo, uticaria, and chloracne have a high occurrence in the agricultural, forestry, and fishing industries.

### Disease Mortality

Mortality rates for states in the BLM treatment area are listed in Table 3-25. The five most common causes of death in the U.S., as well as in the treatment states, are heart disease, cancer, stroke, respiratory disease, and accidents (Minino et al. 2002). Counties in the western U.S. that have the highest mortality rates are located in central Nevada, north and south-central California, and western Montana. Mortality rates are generally lowest in counties in western Utah, central Idaho, and northwest Wyoming (NCHS 2007). Mortality rates for males are nearly one and a half times those as for females, and mortality rates for African Americans are nearly one and a half times those of Caucasians (NCHS 2007).

BLM_0008749

**TABLE 3-25**
**Mortality Rates (per 100,000 population) and Causes of Death by State 2002-2003**

| State | All[1] | Cerebrovascular and Cardiovascular Disease | Chronic Respiratory Disease | Cancer | Accidents |
|---|---|---|---|---|---|
| | | Diseases | | | |
| Alaska | 825.8[2] | 245.1 | 23.2 | 108.7 | 54.4 |
| Arizona | 787.4 | 252.7 | 47.1 | 172.3 | 46.6 |
| California | 775.1 | 291.6 | 37.5 | 155.8 | 23.5 |
| Colorado | 787.8 | 234.9 | 41.4 | 138.7 | 38.8 |
| Idaho | 798.0 | 269.8 | 44.0 | 158.5 | 43.3 |
| Montana | 840.3 | 255.5 | 64.4 | 216.0 | 51.7 |
| Nebraska | 793.5 | 298.6 | 51.3 | 197.0 | 36.8 |
| Nevada | 922.6 | 312.2 | 54.2 | 181.9 | 35.2 |
| New Mexico | 825.4 | 253.0 | 42.3 | 158.4 | 55.7 |
| North Dakota | 775.9 | 271.3 | 48.4 | 218.5 | 37.4 |
| Oklahoma | 959.7 | 363.7 | 55.4 | 213.6 | 49.0 |
| Oregon | 825.6 | 261.1 | 49.7 | 203.2 | 37.8 |
| South Dakota | 784.8 | 270.6 | 51.2 | 212.7 | 47.1 |
| Texas | 877.8 | 318.9 | 23.0 | 101.5 | 28.2 |
| Utah | 776.8 | 241.6 | 49.8 | 203.8 | 37.5 |
| Washington | 792.9 | 268.4 | 70.7 | 260.1 | 46.3 |
| Wyoming | 851.7 | 265.6 | 54.7 | 186.9 | 55.1 |
| United States | 864.8 | 305.7 | 43.2 | 194.4 | 35.7 |

[1]Age-adjusted death rate per 100,000 population, which accounts for changes in the age distribution of the population.
Source: NCHS (2007).

## Risks from Injuries

### Injury Incidence

In 2005, more than 29.3 million nonfatal injuries were reported in the United States, 4.4 million of which were transportation related (CDC 2007). Injuries accounted for 26% of emergency department visits during 2004 (NCHS 2007).

The rate of hospitalizations for injury is significantly higher among elderly persons than among all other age groups (CDC 2005). The NIOSH estimates that approximately 10 million traumatic work-related injuries occur annually. Some chronic injuries may be directly linked to the nature of the work performed. For example, vibration syndrome affects a large proportion of workers using chippers, grinders, chainsaws, jackhammers, or other handheld power tools, causing blanching and reduced sensitivity in the fingers. The Bureau of Labor Statistics reported that in 1995, an estimated 62% of all work-related illness cases were due to musculoskeletal disorders associated with repeated trauma, such as that associated with the use of power tools (NIOSH 1997). Noise-induced hearing loss

may also affect production workers who are exposed to noise levels of 80 decibels or more on a daily basis.

Acute trauma at work remains a leading cause of death and disability among U.S. workers. During the period from 1980 through 1995, at least 93,338 workers in the U.S. died as a result of trauma suffered on the job, with an average of about 16 deaths per day (NIOSH 2001). The *Census of Fatal Occupational Injuries Summary* by the BLS (U.S. Department of Labor Bureau of Labor Statistics 2004) identified 5,559 workplace deaths from acute traumatic injury in 2003. Occupational fatalities resulted from a number of causes, including motor vehicle accidents, machines, falls, homicide, electrocution, and being struck by falling objects (NIOSH 2002).

The occupational fatality rate in 2005 was approximately 4.0 fatalities per 100,000 employed. Fatality rates were highest for the agriculture, forestry, fishing, and hunting; mining; transportation; and construction industries. The fatality rate for the agriculture, forestry, fishing, and hunting sector was the highest, at 32.5 fatal industries per 100,000 workers. The mining sector had the second highest rate, at 25.6

BLM_0008750

PUBLIC LAND RESOURCES

fatalities per 100,000 employed. In the transportation and construction industries the rates were 17.6 and 11.0 fatalities per 100,000 employed, respectively. The largest number of fatal work injuries resulted from construction-related incidents, which accounting for 21% of workplace fatalities in 2003 (U.S. Department of Labor Bureau of Labor Statistics 2004).

**Injury Mortality**

Over 167,000 Americans died from injuries nationwide in 2004. About 26% of these resulted from motor vehicle accidents, while other accidental deaths occurred from unintentional falls, drowning, and poisoning (CDC 2007). Injury is the leading cause of death and disability among children and young adults.

## Risks from Cancer

**Cancer Incidence**

Nationwide, the chance of developing some form of cancer during one's lifetime is estimated to be about one in four (Calabrese and Dorsey 1984). There are many causes of cancer development, including occupational exposure to carcinogens, environmental contaminants, and substances in food. In the U.S., one-third of all cancers are attributed to tobacco smoking (Chu and Kamely 1988). Work-related cancers are estimated to account for 4% to 20% of all malignancies. It is difficult to quantify the information because of the long time intervals between exposure and diagnosis, personal behavior patterns, job changes, and exposure to other carcinogens. The NIOSH has reported that approximately 20,000 cancer deaths and 40,000 new cases of cancer each year in the U.S. are attributable to occupational hazards. Millions of U.S. workers are exposed to substances that have tested as carcinogens in animal studies (NIOSH 2002).

**Cancer Mortality.** Based on the data shown in Table 3-25, cancer accounted for between 13 and 33% of all deaths in the treatment states in 2002-2003. Nationwide, cancer account for approximately 23% of all fatalities (NCHS 2007). Cancer mortality rates are generally highest in counties in western and southern Nevada and northern California and lowest in counties in Utah, central Colorado, and northern New Mexico (Devesa et al. 1999), and differ depending on race and sex. Generally, males have higher rates of cancer mortality than females, and African Americans have higher rates than Caucasians.

## Risk from Using Herbicides on Public Lands

Based on the BLM's injury breakout report (USDI BLM 2005b), only one minor injury from use of herbicides was recorded during FY 2005.

## Risk from Wildfire Control on Public Lands

During FY 2005, 24,683 fires totaling 6,691,137 acres were suppressed on public lands. Over three out of every four fires were caused by lightning, while the remainder were caused by humans. Approximately 56% of fires occurred on forestlands, the remainder on rangelands and other land types (USDI BLM 2006d).

Wildfires cause the loss of life and property. According to the National Interagency Fire Center (2005), 12 people died from wildland fire-related accidents in 2005. From 1999 to 2005, the leading cause of firefighter deaths nationally, which include federal, state, and local firefighters and volunteers, as well as private individuals who were involved in direct support of wildland fire operations are: vehicle accidents (23.8%), heart attacks (22.7%), aircraft accidents (22.3%), and burnovers/entrapments (20.2%).

During FYs 2002 to 2005, 49 USDI personnel were injured conducting fire operations. During 2005, wildland fires resulted in the loss of 240 primary residences and 750 total structures on lands near BLM- or Forest Service-administered lands (USDI BLM 2006c).

BLM_0008751

# CHAPTER 4
# EFFECTS OF VEGETATION TREATMENTS

BLM_0008752

BLM_0008753

# TABLE OF CONTENTS

**Page**

Introduction .................................................................................................................................................1
   Subsequent Analysis before Projects are Initiated .........................................................................2
Program Goals by Ecoregion .....................................................................................................................3
Land Use ....................................................................................................................................................3
Air Quality ................................................................................................................................................4
   Scoping Comments and Other Issues Evaluated in Assessment ......................................................4
   Resource Program Goals ...................................................................................................................4
   Standard Operating Procedures .........................................................................................................4
   Adverse Effects of Treatments ..........................................................................................................5
   Beneficial Effects of Treatments .....................................................................................................10
Soil Resources ...........................................................................................................................................11
   Scoping Comments and Other Issues Evaluated in Assessment ......................................................11
   Resource Program Goals ...................................................................................................................11
   Standard Operating Procedures .........................................................................................................11
   Adverse Effects of Treatments ..........................................................................................................12
   Beneficial Effects of Treatments .......................................................................................................18
Water Quality and Quantity .......................................................................................................................20
   Introduction .......................................................................................................................................20
   Scoping Comments and Other Issues Evaluated in Assessment ......................................................20
   Resource Program Goals ...................................................................................................................20
   Standard Operating Procedures .........................................................................................................21
   Adverse Effects of Treatments ..........................................................................................................21
   Beneficial Effects of Treatments .......................................................................................................25
Wetlands and Riparian Areas .....................................................................................................................27
   Scoping Comments and Other Issues Evaluated in Assessment ......................................................27
   Resource Program Goals ...................................................................................................................27
   Standard Operating Procedures .........................................................................................................28
   Adverse Effects of Treatments ..........................................................................................................28
   Beneficial Effects of Treatments .......................................................................................................31
Vegetation ..................................................................................................................................................33
   Scoping Comments and Other Issues Evaluated in Assessment ......................................................33
   Resource Program Goals ...................................................................................................................33
   Standard Operating Procedures .........................................................................................................34
   Adverse Effects of Treatments ..........................................................................................................35
   Beneficial Effects of Treatments .......................................................................................................53
   Effects to Special Status Plant Species .............................................................................................56
Fish and Other Aquatic Organisms ............................................................................................................59
   Scoping Comments and Other Issues Evaluated in Assessment ......................................................60
   Resource Program Goals ...................................................................................................................60
   Standard Operating Procedures .........................................................................................................60
   Adverse Effects of Treatments ..........................................................................................................60
   Beneficial Effects of Treatments .......................................................................................................68
   Effects to Special Status Fish and Other Aquatic Organisms ..........................................................70
Wildlife Resources .....................................................................................................................................74
   Scoping Comments and Other Issues Evaluated in Assessment ......................................................74
   Resource Program Goals ...................................................................................................................75
   Standard Operating Procedures .........................................................................................................75
   Adverse Effects of Treatments ..........................................................................................................75
   Beneficial Effects of Treatments .......................................................................................................85
   Effects to Special Status Wildlife Species ........................................................................................91

BLM_0008754

EFFECTS OF VEGETATION TREATMENTS

Livestock ............................................................................................................................................94
   Scoping Comments and Other Issues Evaluated in Assessment ...............................................95
   Resource Program Goals...........................................................................................................95
   Standard Operating Procedures.................................................................................................95
   Adverse Effects of Treatments..................................................................................................96
   Beneficial Effects of Treatments...............................................................................................97
Wild Horses and Burros.....................................................................................................................99
   Scoping Comments and Other Issues Evaluated in Assessment ...............................................99
   Resource Program Goals...........................................................................................................99
   Standard Operating Procedures.................................................................................................99
   Adverse Effects of Treatments................................................................................................100
   Beneficial Effects of Treatments.............................................................................................101
Paleontological and Cultural Resources...........................................................................................102
   Scoping Comments and Other Issues Evaluated in Assessment .............................................102
   Resource Program Goals.........................................................................................................102
   Standard Operating Procedures...............................................................................................102
   Adverse Effects of Treatments................................................................................................104
   Beneficial Effects of Treatments.............................................................................................108
Visual Resources..............................................................................................................................110
   Scoping Comments and Other Issues Evaluated in Assessment .............................................110
   Resource Program Goals.........................................................................................................111
   Standard Operating Procedures...............................................................................................111
   Adverse Effects of Treatments................................................................................................112
   Beneficial Effects of Treatments.............................................................................................114
Wilderness and Special Areas ..........................................................................................................114
   Scoping Comments and Other Issues Evaluated in Assessment .............................................115
   Resource Program Goals.........................................................................................................115
   Standard Operating Procedures...............................................................................................115
   Adverse Effects of Treatments................................................................................................116
   Beneficial Effects of Treatments.............................................................................................118
Recreation ........................................................................................................................................118
   Scoping Comments and Other Issues Evaluated in Assessment .............................................119
   Resource Program Goals.........................................................................................................119
   Standard Operating Procedures...............................................................................................119
   Adverse Effects of Treatments................................................................................................119
   Beneficial Effects of Treatments.............................................................................................122
Social and Economic Values ............................................................................................................122
   Scoping Comments and Other Issues Evaluated in Assessment .............................................123
   Resource Program Goals.........................................................................................................123
   Standard Operating Procedures...............................................................................................124
   Adverse Effects of Treatments................................................................................................124
   Beneficial Effects of Treatments.............................................................................................129
Human Health and Safety.................................................................................................................134
   Scoping Comments and Other Issues Evaluated in Assessment .............................................134
   Resource Program Goals.........................................................................................................134
   Standard Operating Procedures...............................................................................................135
   Adverse Effects of Treatments................................................................................................135
   Beneficial Effects of Treatments.............................................................................................139

BLM_0008755

# List of Tables

4-1    Emission Factors for Particulate Matter as a Function of Fire Behavior ..........................................................4-7
4-2    Emission Factors for Prescribed Burning by Fuel Type ...........................................................................4-8
4-3    Example Particulate Concentration Analysis by Treatment Method...........................................................4-9
4-4    Emissions Summary for Vegetation Treatment Activities.......................................................................... 4-10
4-5    Effects of Fire on Representative Invasive Species.................................................................................... 4-37
4-6    Plant Communities and Their Tolerance to Fire........................................................................................ 4-38
4-7    Trees, Their Fire Resistance, and Their Ability to Regenerate after Fire .................................................... 4-39
4-8    Generalized Influence of Selected Brush Control Treatments on Vegetation.............................................. 4-41
4-9    Percentage of Acres Projected to be Treated Using Fire in Each Ecoregion for Each Vegetation
       Subclass ..................................................................................................................................... 4-42
4-10   Percentage of Acres Projected to be Treated Using Mechanical Methods in Each Ecoregion for Each
       Vegetation Subclass ......................................................................................................................... 4-46
4-11   Percentage of Acres Projected to be Treated Using Manual Methods in Each Ecoregion for Each
       Vegetation Subclass ......................................................................................................................... 4-50
4-12   Percentage of Acres Projected to be Treated Using Biological Control Methods in Each Ecoregion for
       Each Vegetation Subclass .................................................................................................................. 4-52
4-13   Percentage of Acres Projected to be Treated Using Chemicals in Each Ecoregion for Each Vegetation
       Subclass ..................................................................................................................................... 4-53
4-14   Percentage of Vegetation Treatments, Large-scale Vegetation Treatments, and Visitor Use Days, for
       Each State/Region ....................................................................................................................... 4-121

BLM_0008756

BLM_0008757

# CHAPTER 4

# EFFECTS OF VEGETATION TREATMENTS

## Introduction

This chapter examines how vegetation treatment activities could affect natural, cultural, and socioeconomic resources on public lands. The focus of the effects assessment is on non-herbicide treatment methods. A summary of effects associated with the use of herbicides has also been included based on information provided in the *Vegetation Treatments Using Herbicides on Bureau of Land Management Lands in 17 Western States PEIS* (USDI BLM 2007a). Within each resource area, applicable direct and indirect effects are evaluated. Cumulative effects, unavoidable adverse effects, and those resource commitments that cannot be reversed or are lost are identified for all treatment activities in the PEIS. These effects are defined as follows:

- Direct effects – Those effects that occur at the same time and in the same general location as the activity causing the effects.

- Indirect effects – Those effects that occur at a different time or in a different location than the activity to which the effects are related.

- Cumulative effects – Those effects that result from the incremental impact of the action when it is added to other past, present, and reasonably foreseeable future actions (see Chapter 4 of PEIS).

- Unavoidable adverse commitments – Those effects that could occur as a result of implementing any of the action alternatives. Some of these effects would be short term, while others could be long term (see Chapter 4 of PEIS).

- Irreversible commitments – Those commitments that cannot be reversed, except perhaps in the extreme long term (see Chapter 4 of PEIS).

- Irretrievable commitments – Those commitments that are lost for a period of time (see Chapter 4 of PEIS).

This chapter should be read together with Chapter 2 (Vegetation Treatment Programs, Policies and Methods), which explains the methods the BLM typically uses for treating vegetation, and Chapter 3 (Public Land Resources), which describes the important resources and their occurrence and condition on public lands. The descriptions of environmental effects in this chapter build upon and relate to information presented in these earlier chapters to identify the types and distribution of resources that could be affected by vegetation treatments and how these effects might occur.

This report addresses large, regional-scale trends and issues that require integrated management across broad landscapes. It also addresses regional-scale trends and changes in the social and economic needs of people. This report does not identify site-specific effects, in part because of the level of specificity in broad-scale management direction, and because site-specific information is not essential for determining broad-scale management direction. As discussed in Chapter 1, Purpose of the Environmental Report, site-specific issues would be addressed through subsequent NEPA analysis for resource management and other land use, activity, or project plans prepared at the state, district, or field office level.

The description of effects assumes that SOPs would be followed by the BLM to ensure that risks to human health and the environment from different vegetation treatments methods were kept to a minimum (see Table 2-5).

General SOPs that would be followed for all resources include the following:

BLM_0008758

EFFECTS OF VEGETATION TREATMENTS

**Fire Use**

- Prepare fire management plans.
- Use trained personnel with adequate equipment.
- Minimize frequent burning in arid environments.
- Minimize burning herbicide-treated vegetation for at least 6 months.

**Mechanical Treatments**

- Ensure that power cutting tools have approved spark arresters.
- Ensure that crews have proper fire-suppression tools during the fire season.
- Wash vehicles and equipment before leaving weed infested areas to avoid infecting weed-free areas.
- Keep equipment in good operating condition.

**Manual Treatments**

- Ensure that crews have proper fire-suppression tools during fire season.
- Minimize soil disturbance, which may encourage new weeds to develop.

**Biological Treatments**

- Use only biological control agents that have been tested and approved to ensure they are host specific.
- If using domestic animals, select sites with weeds that are palatable and non-toxic to the animals.
- Manage the intensity and duration of containment by domestic animals to minimize overutilization of desirable plant species.
- Utilize domestic animals to contain the target species in the treatment areas prior to weed seed set. Or if seed set has occurred, do not move the domestic animals to uninfested areas for a period of 7 days.

**Herbicide Treatments**

- Prepare a spill contingency plan in advance of treatment.

- Select herbicides that are the least dangerous to environment while providing the desired results.
- Minimize the size of the application area, where feasible.
- Use the least amount of herbicide necessary to achieve the desired result.
- Follow the product label for use and storage.
- Have licensed applicators apply herbicides.
- Keep records of each application, including the active ingredient, formulation, application rate, date, time, and location.
- Dispose of unwanted herbicides promptly and correctly.

Additional SOPs are presented, by resource, under the appropriate resource subheadings, as well as in Table 2-5.

This report assumes that the BLM would comply with federal, state, tribal, and local regulations that govern activities on public lands. In addition, mitigation measures have been identified for most resources to further reduce effects associated with non-herbicide and herbicide vegetation treatments.

## Subsequent Analysis before Projects are Initiated

At the national level, this PER and the PEIS identify broad management direction in context with resource issues of national interest. This PER assumes that vegetation treatments would occur on approximately 6 million acres annually, that treatments would focus on areas with high levels of hazardous fuels and unwanted vegetation, that allowable land uses would comply with the intent of Congress as stated in the FLPMA (43 U.S.C. 1701 *et seq.*), and that future land uses would be similar to those that currently occur on public lands. Modifications to existing land uses could occur at a lower level, primarily the field office level, based on information in the PER and analysis in the PEIS.

Before site-specific actions are implemented and an irreversible commitment of resources made, information essential to those fine-scale decisions will be obtained by the local land managers. Localized data and information will be used to supplement or refine regional-level data and identify methods and procedures best suited to local conditions. Further NEPA analysis

BLM_0008759

may be necessary to address site-specific conditions and processes. For example, mitigation measures identified in the PEIS would be appropriate under the wide range of conditions that must be considered at the programmatic level. However, by considering more site-specific parameters, such as soil and vegetation type and amount of rainfall, the BLM may be able to implement less restrictive mitigation measures while still ensuring adequate protection of the resource. This subsequent NEPA analysis will be used to bridge the gap between broad-scale direction and site-specific decisions. This "step-down" analysis process is described in Chapter 1 of the PEIS and shown in Figure 1-1 of that document.

# Program Goals by Ecoregion

The goals of chemical vegetation treatments, by ecoregion, are discussed below. Because chemical treatments are not planned for the Tundra and Subarctic ecoregions, they have been excluded from this discussion.

## Temperate Desert Ecoregion

Over 70% of herbicide treatments would occur on public land in the Temperate Desert Ecoregion. Most of these treatments would be used to meet vegetation and integrated weed management (IWM) objectives (33% of treatments), reduce hazardous fuels (25%), conduct ES and BAR activities (19%), and improve rangeland health (12%). Improvements of wildlife habitat and watershed health are objectives of lesser importance (6% and 5% of treatments, respectively) in this ecoregion.

## Temperate Steppe Ecoregion

In the Temperate Steppe Ecoregion, most herbicide treatments would be conducted to meet IVM and/or IWM objectives (62% of treatments). Other important objectives include hazardous fuels reduction (25%) and improvement of rangeland health (11%).

## Subtropical Steppe Ecoregion

On public lands in the Subtropical Steppe Ecoregion, herbicide treatments would be used to improve habitat (38% of treatments), improve rangeland health (21%), reduce hazardous fuels (17%), and meet IVM and/or IWM objectives (11%).

## Mediterranean Ecoregion

In the Mediterranean Ecoregion, chemical treatments would be conducted primarily to improve forest health (35% of treatments), and to meet maintenance-related (28%) and IVM and/or IWM (20%) objectives. Improvement of rangeland health (9%) and recreation areas (6%) would also be important objectives.

## Marine Ecoregion

On BLM lands in the Marine Ecoregion, the majority of herbicide treatments would be conducted to meet IVM and/or IWM (69%) and maintenance-related (22%) objectives. Some less important treatment objectives include maintaining ROW (3%), improving forest health (3%), and improving habitat for native vegetation (3%).

# Land Use

As discussed in Chapter 1, several federal laws, regulations, and policies guide BLM management activities on public lands. These include the *Federal Land Policy and Management Act of 1976* that directs the BLM to manage public lands "in a manner that will protect the quality of scientific, scenic, historic, ecological, environmental, air and atmospheric, water resources and archeological values" and to develop resource management plans consistent with those of state and local governments to the extent that BLM programs also comply with federal laws and regulations. Management actions on public lands are guided by land use plans. Land use plan decisions establish goals and objectives for resource management, the measures needed to achieve these goals and objectives, and parameters for using public lands (USDI BLM 2000c). The *Taylor Grazing Act of 1934* introduced federal protection and management of public lands by regulating grazing on public lands. The *Oregon and California Grant Lands Act of 1937* provides for the management of the revested Oregon and California and reconveyed Coos Bay Wagon Road grant lands for permanent forest production under the principle of sustained yield and for leasing of lands for grazing.

As discussed in Chapter 1, NEPA analysis occurs at several levels, which allows the BLM to tailor decisions to specific needs and circumstances. The broadest level, which this PER represents, is a national-level programmatic study. This level of study contains broad regional descriptions of resources, provides a broad assessment of environmental effects, including

EFFECTS OF VEGETATION TREATMENTS

cumulative effects (see PEIS), focuses on general policies, and provides Bureau-wide direction on herbicide use and other available tools for vegetation management. Additionally, it provides baseline information supporting an umbrella ESA Section 7 consultation for the broad range of activities described in the PER and PEIS.

# Air Quality

Air quality would be affected by vegetation treatment activities, primarily smoke from prescribed fire, dust and combustion engine exhaust from mechanical, manual, and biological treatments, and from volatized chemicals associated with herbicide treatments. Except for smoke, effects would be small in scale, temporary, and quickly dispersed throughout the treatment area. Provided SOPs are followed (Table 2-5), and site-specific plans developed and reviewed before a treatment activity occurs, federal, state, and local air quality regulations would not be violated.

Potential air quality effects are assessed before project implementation. The BLM develops land use plans to establish and define resource management objectives for a particular area (USDI BLM 1998). Site-specific plans are reviewed for compliance with applicable federal, state, and local laws and policies. Guidance given in BLM manuals and handbooks is followed in order to minimize potential effects to air quality. Additional mitigation may be incorporated into project proposals to further reduce predicted effects.

The following sections discuss the general types of effects to air quality associated with each treatment method, followed by a discussion of air emission effects predicted to occur in the western U.S. using different vegetation treatment activities.

## Scoping Comments and Other Issues Evaluated in Assessment

Respondents suggested that recent historic and projected emissions from prescribed fire and wildland fire should be considered when estimating resource benefits.

## Resource Program Goals

The Soil, Water, and Air Management Program is responsible for assisting local field offices in 1) assessing air quality effects and ensuring that air quality conformance requirements are met when implementing federal land management decisions; 2) working proactively with applicable state and local air regulatory agencies to simplify and facilitate future conformity evaluations; and 3) participating in the regional analysis of air quality effects from fire use and other activities on public lands.

## Standard Operating Procedures

### Practices to Minimize Smoke Production

There are two general strategies for reducing smoke emissions: avoidance (e.g., fire prevention and suppression) and fuel modification. The latter includes techniques for altering either the existing fuel loading, structure, or both. Techniques for fuel modification include utilization (such as thinning or final harvest), mechanical treatment (piling, lopping and scattering, and crushing), and prescribed fire. These strategies can benefit air quality over both the short and long term.

Prescribed fire emissions can be reduced by 1) having clear smoke management objectives; 2) evaluating weather conditions, including wind speed and atmospheric stability, to predict the effects of fires and impacts from smoke; 3) burning when conditions favor rapid combustion and dispersion; 4) burning under favorable moisture conditions; 5) using backfires when applicable; 6) burning small vegetation blocks when appropriate; 7) managing smoke to prevent air quality violations and minimize impacts to smoke-sensitive areas; and 8) coordinating with regional and local air pollution and fire control officials, and obtaining all applicable smoke management permits, to ensure that burn plans comply with federal, state, and local regulations.

### Practices to Minimize Emissions Associated with Manual and Mechanical Methods

Practices to minimize emissions associated with the use of manual and mechanical treatment methods include maintaining equipment in optimal working order, conducting treatment activities during the wetter seasons (to minimize fugitive dust production), using heavy equipment under adequate soil moisture conditions to minimize soil erosion, minimizing vehicle speeds on unpaved roads, and minimizing dust impacts to the extent practical. These practices can improve air quality over both the short and long term.

BLM_0008761

**Practices to Minimize Herbicide Treatment Emissions**

The BLM has developed several management practices to minimize the potential adverse effects of herbicide use on air quality. These management practices are based on direction in BLM air quality, chemical pest control, and weed management manuals (e.g., manuals 7000 and 9011) and handbooks (e.g., H-9011-1; USDI BLM 1988c). Most of this guidance is related to the effects of spray drift or other forms of wind transport of herbicides. For example, guidance on spray particle size, wind velocity and direction, height of spray boom, herbicide formulation, and drift control spray systems is presented with respect to their effects on spray drift and non-target species. The following SOPs have been developed to guide herbicide applications to minimize the short-term effects on air quality:

- Consider the effects of wind, humidity, temperature inversions, and heavy rainfall on herbicide effectiveness and risks.

- Apply herbicides in favorable weather conditions to minimize drift. For example, do not treat when winds exceed 10 mph (6 mph for aerial applications) or rainfall is imminent.

- Use drift reduction agents, as appropriate, to reduce the drift hazard.

- Select proper application equipment (e.g., spray equipment that produces 200- to 800-micron diameter droplets [spray droplets of 100 microns and less are most prone to drift]).

- Select proper application methods, such as setting maximum spray heights and using appropriate buffer distances between spray sites and non-target resources.

The description of potential effects to air quality assumes that guidance provided in BLM manuals, handbooks, and SOPs would be followed during herbicide treatment activities.

## Adverse Effects of Treatments

### Effects of Fire Treatments

This section summarizes information on the effects of fire on air quality. Other sources of information that should be consulted before planning a burn include: *Effects of Fire on Air: A State-of-knowledge Review* (Sandberg et al. 1979); *Prescribed Fire Smoke*

*Management Guide* (Prescribed Fire and Fire Effects Working Team 1985); *National Strategic Plan: Modeling and Data Systems for Wildland Fire and Air Quality* (Sandberg et al. 1999); *Smoke Management Guide for Prescribed and Wildland Fire* (Hardy et al. 2001); *Fire Effects Guide* (Fire Use Working Team 2001); *Development of Emissions Inventory Methods for Wildland Fire* (Battye and Battye 2002); and *Wildland Fire in Ecosystems: Effects of Fire on Air* (USDA Forest Service 2002b).

The most important atmospheric effect of both prescribed fire and wildfire is smoke. Prior to the 1930s, smoke was a common feature of the western landscape in summer (Barrett and Arno 1982). Since then, land managers have focused on controlling wildfires, and smoke has become increasingly viewed by the public and policymakers as undesirable and often avoidable (Schaaf 1994). In addition to affecting the visual characteristics of an area, smoke can also affect the health of humans, plants, and animals that come into contact with smoke.

The total volume of smoke produced from a fire depends primarily on the amount of fuel consumed and the temperature of the burn. Factors influencing smoke production include fuel type, fire behavior, fuel moisture, particle size, particle arrangement, and fuel weight per unit area (Tables 4-1 and 4-2). In general, emissions per unit of fuel burned are greater at higher fuel moistures and lower temperatures. Fuel beds composed of small particles packed tightly together tend to burn more slowly and produce more smoke than larger particles less tightly packed. Finally, the more fuel available to burn, the greater the smoke production (Prescribed Fire and Fire Effects Working Team 1985, USEPA 1996).

A number of air pollutants are found in smoke emissions, including $CO_2$, $CO$, $PM_{10}$ and $PM_{2.5}$, and VOCs. Carbon dioxide and water vapor make up the majority of emissions (about 90%) from prescribed fire and wildfire (Prescribed Fire and Fire Effects Working Team 1985). Lesser quantities of $CO$, $PM_{10}$, $PM_{2.5}$, and VOCs are also produced.

Carbon dioxide makes up more than 70% of the total mass emitted from wildfires. This amounts to 2,000 to 3,500 pounds of $CO_2$ per ton of fuel consumed, depending on the fuel's combustion efficiency (Schaaf 1994). Carbon dioxide emissions from fire have no direct health or visibility effects. It is not generally considered an air pollutant, and therefore is not regulated. But it is a so-called "greenhouse gas" and

BLM_0008762

EFFECTS OF VEGETATION TREATMENTS

figures prominently in global climate change assessments.

Carbon monoxide is the most abundant air pollutant emitted during burning, representing nearly 6% of the total mass emitted. This amounts to approximately 20 to 500 pounds of CO per ton of fuel consumed. Carbon monoxide has no effect on visibility, but can present a direct health hazard to fire line workers. Concentrations as high as 200 ppm have been recorded near flames, well above the NAAQS of 35 ppm for a 1-hour averaging period. Because CO dilutes rapidly to levels below the NAAQS, it presents minimal risk to community air quality around prescribed burns.

Particulate matter is the most important air pollutant emitted from fire because of its far-reaching effects. Particulate matter represents approximately 2% of the total mass emitted from wildfires. This amounts to approximately 20 to 180 pounds of PM emitted per ton of fuel consumed. The particles emitted from wildfires vary in size and composition, depending on the intensity of the fire and the characteristics of the fuel bed.

From an air quality standpoint, the two most important size categories of particulate matter are $PM_{2.5}$ and $PM_{10}$. Fine particles are readily transported by wind, and can affect community air quality at long distances from fires. The Yellowstone National Park wildfires in 1988 affected communities in three states, and concentrations of $PM_{10}$ measured in communities near the fires exceeded the applicable NAAQS (USDA Forest Service 2002b).

Volatile organic compounds are a diverse group of potentially toxic air pollutants containing hydrogen, carbon, and sometimes oxygen and other trace elements. Together, VOCs represent nearly 1% of the total mass emitted in fires. Approximately 20 pounds of VOCs are produced for each ton of fuel consumed (Schaaf 1994). The primary risk from VOCs is adverse effects to human health.

**Regional Air Quality Effects.** The quantity of emissions from wildfires, and thus the effects on air quality from smoke, varies from fire to fire, depending on several factors. A fire's size, duration, intensity, fuel type, surface fuel loading by size class, and fuel moisture content all affect its total fuel consumption and emission characteristics. The fire's intensity and distance from receptors, as well as current meteorological conditions such as wind speed and atmospheric stability, affect the concentrations that arrive at downwind receptors. Regionally, air quality risks are roughly proportional to the total annual emissions from wildfires. The greater the emissions, the greater the expected effects on human health and visibility.

**Other Air Emissions Associated with Fire Use.** In addition to pollutants generated by prescribed fire, minor amounts of pollutants would be generated during travel to and from the treatment site by fire crews, and from mechanical treatments (e.g., bulldozing) associated with site preparation before burning (ENSR 2005a). These pollutants would include $PM_{2.5}$, $PM_{10}$, CO, $NO_2$, $SO_2$, and VOCs associated with vehicle exhaust, as well as fugitive dust.

Mechanical, manual, and herbicide treatments conducted prior to, or in support of, prescribed fire can indirectly influence the amount of pollutants generated through removal of fuels or change in the fuel characteristics (Fire Use Working Team 2001). Removal of fuels would reduce the amount of air pollutants produced during burning. Crushing fuels increases the fuel bulk density and can make the rate of burning slower. Lopping, windrowing, and chaining can alter the distribution of fuels and influence fire behavior and smoke production. The use of herbicides can kill vegetation and result in a large amount of standing dead vegetation and amount of fuel available to burn.

**Effects of Mechanical and Manual Treatments**

Particulate matter associated with operation and use of mechanical and hand-held equipment, as well as driving on unpaved roads to and from the treatment site, would be the primary pollutant associated with mechanical and manual treatments. Power equipment and machinery exhaust would emit CO, $SO_2$, $NO_2$, VOCs, and other minor pollutants. However, emissions would generally be small, localized, and temporary.

**Effects of Biological Treatments**

Biological control organisms would have few direct effects on air quality. Grazing animals would generate odors and dust, but these emissions would be minor, localized, and short term in duration. Emissions associated with vehicle exhaust and dust would occur during transport to treatment sites; these emissions would also be minor, localized, and short term in duration. Practices to minimize transportation emissions would be the same as those identified for mechanical and manual treatments. Odors and dust associated with grazing animals could be reduced by limiting the density of animals confined to an area.

BLM_0008763

**TABLE 4-1**
**Emission Factors for Particulate Matter as a Function of Fire Behavior**

| General Fuel Type | Fire Behavior | $PM_{10}$ Emission Factor (pounds/ton of fuel burned) |
|---|---|---|
| Grass | Flaming dominates | 15 |
| Understory Vegetation Litter | Flaming with light smoldering | 25 |
| | Flaming with moderate smoldering | 50 |
| | Flaming with moderate smoldering | 75 |
| Broadcast Slash | Flaming dominates | 20 |
| | Flaming with smoldering component | 40 |
| Piled and Windrowed Slash | Flaming dominates | 25 |
| | Flaming with moderate smoldering | 50 |
| | Flaming with heavy smoldering | 75 |
| Brush fuels | Flaming dominates | 25 |
| | Flaming with moderate smoldering | 50 |
| All fuels | Burning where smoldering dominates | 150 |
| Source: Prescribed Fire and Fire Effects Working Team (1985). | | |

**Effects of Chemical Treatments**

The effects of herbicide use on air quality originate primarily from ground vehicle (truck, ATV, and boat) and aircraft (plane and helicopter) exhaust emissions, as well as fugitive dust (dust created by vehicle travel on unpaved roads) resulting from herbicide transport and application. In addition, spray drift (movement of herbicide in the air to unintended locations) and volatilization (the evaporation of liquid to gas) of applied herbicides temporarily results in herbicide

particles in the air, which can be inhaled and deposited on skin or plant surfaces, with the potential to affect humans, wildlife, and non-target plants. In addition, herbicide particles could be transported long distances from the target location, depending on weather conditions and the herbicide application method. A more detailed assessment of effects associated with the use of herbicides is given in the PEIS.

**Air Quality Regulations**

Smoke from prescribed fires, and to lesser extent, air pollutants from other vegetation treatment methods, are regulated under the Clean Air Act. As discussed in Chapter 3, states are required to achieve NAAQS through a state implementation plan, approved by the USEPA. Some state regulations pertaining to air quality are administered by more than one state agency, or by local or regional agencies. Thus, the BLM often must coordinate with more than one local, state, or federal agency to ensure that its actions comply with all procedural and substantive requirements.

An overview of state and local laws pertaining to controlled burning is provided in *Prescribed Fire Smoke Management Guide* (Prescribed Fire and Fire Effects Working Team 1985). In addition, a survey of smoke management programs in the western U.S. was conducted for the BLM (Core Environmental Consulting 1998) and for the Western Governors' Association (Battye et al. 2001). In 2002 and 2003, a similar survey was conducted for the PER (ENSR 2003). A total of 121 agencies were contacted in 2002 and 2003, including several tribal governments. The results of the survey can be found on the CD that accompanies the PEIS and on the BLM website at: http://www.blm.gov.

In general, most states have some permitting requirements to regulate smoke from prescribed burns. A number of local municipalities also have jurisdiction in issuing burn permits and enforcing burn permit requirements. Authorization typically depends on the scale of the proposed burn. For a farmer or resident seeking to burn dead vegetation on his or her own property, only a simple burn permit from the local health and fire departments may be required. For prescribed burns anticipated by the BLM, most regulatory agencies require detailed burn permits and often the submission of a detailed smoke management plan (SMP).

Most western state air quality agencies have an operating agreement or memorandum of understanding in place outlining their shared responsibilities and

## EFFECTS OF VEGETATION TREATMENTS

**TABLE 4-2**
**Emission Factors for Prescribed Burning**
**by Fuel Type (pounds/ton of fuel burned)**

| Fuel Type | $PM_{2.5}$ | $PM_{10}$ | CO |
|---|---|---|---|
| Broadcast-burned slash | | | |
| Douglas-fir/western hemlock | 21.8 | 23.2 | 311 |
| Hardwoods | 22.4 | 25.0 | 255 |
| Ponderosa/lodgepole pine | 21.9 | 25.0 | 177 |
| Mixed conifer | 18.8 | 20.6 | 201 |
| Juniper | 18.8 | 20.4 | 164 |
| Pile-and-burn slash | | | |
| Tractor-piled | 10.8 | 12.4 | 154 |
| Crane-piled | 23.4 | 25.6 | 186 |
| Average piles | 17.2 | 19.0 | 170 |
| Broadcast-burned brush | | | |
| Sagebrush | 26.8 | 30.0 | 206 |
| Chaparral | 17.4 | 20.2 | 154 |
| Source: Battye and Battye (2002). | | | |

expectations with neighboring agencies or jurisdictions regarding SMP requirements. Most SMPs, at the minimum, also require that burn-related personnel be properly trained in a specialized course dedicated to smoke and prescribed fire management techniques. Some states also offer computer modeling training, allowing potential burners to analyze and prepare burning prescriptions that minimize air pollutant emissions.

Another necessary element of a prescribed burn is the evaluation of smoke dispersion conditions. Conditions are typically evaluated by obtaining meteorological information for the burn day, as well as forecasts for the duration of the burn. The main components usually forecast are wind speed, wind direction, ceiling level, mixing depth, atmospheric stability, and presence of inversions. In addition, daytime and nighttime wind paths and down-drainage flow of smoke may be required for areas downwind of the burn site. Also, local dispersion conditions may need to be verified by land managers by utilizing one of the following measurement techniques: release of a pilot balloon at the burn site; establishment of area-representative or actual burn site remote automated weather stations (or the equivalent) to obtain real-time data; or smoke plume measurements using formats supplied by the permitting agency.

## Other Treatment Emissions

State and local air quality regulatory agencies do not typically have specific regulations for manual, mechanical, biological, or herbicide treatment methods.

## Air Quality Modeling to Assess Effects from BLM Vegetation Treatment Methods

### Compliance with National Ambient Air Quality Standards

To estimate the potential effects of vegetation treatment activities on local and regional air quality, example emission scenarios for each of the five treatment methods at six representative locations (Fairbanks, Alaska; Tucson, Arizona; Glasgow, Montana; Winnemucca, Nevada; Medford, Oregon; and Lander, Wyoming) were analyzed using the California Puff (CALPUFF) "lite" air pollutant dispersion model to predict concentrations of total suspended particles (TSP), $PM_{10}$, and $PM_{2.5}$ (ENSR 2005a). Predicted concentrations were then added to a representative rural background concentration for comparison with NAAQS in order to determine the potential significance of the effect.

As shown in Table 4-3, predicted short-term and annual particulate matter effects at each of the six example locations were extremely small (< 0.1 microgram per cubic meter [$\mu g/m^3$]) for all treatment methods other than prescribed fire. Even for prescribed fire, short-term and annual emissions were less than 1.3 $\mu g/m^3$ for all locations, except for Fairbanks, Alaska, where 24-hour TSP and $PM_{10}$ effects were predicted to be as high as 38 $\mu g/m^3$ (34 $\mu g/m^3$ 24-hour $PM_{2.5}$). Assuming a rural background 24-hour $PM_{2.5}$ concentration of 30 $\mu g/m^3$, the total concentration of 64 $\mu g/m^3$ would approach the applicable $PM_{2.5}$ NAAQS of 65 $\mu g/m^3$. In all instances, particulate matter emissions due to the five treatment methods would not exceed the applicable NAAQS at any of the six locations, based on the assumptions of the analyses (ENSR 2005a).

### Annual Emissions Inventory

Annual emissions were estimated for each treatment method for the following pollutants: CO, $CO_2$, TSP, $PM_{10}$, $PM_{2.5}$, $SO_2$, $NO_2$, Pb, and VOCs (Table 4-4; ENSR 2005b.) The emission estimates are directly dependent on the number of acres treated, and thus the estimates given could vary depending on the actual number of acres treated by each method in each state.

### Effects to Climate

The combustion of fossil-fuels and the burning of vegetation would release $CO_2$ (a so-called "greenhouse gas") to the atmosphere. However, a significant adverse

BLM_0008765

**TABLE 4-3**
**Example Particulate Concentration (μg/m³) Analysis by Treatment Method[1]**

| Location | Pollutant | Averaging Period | Treatment Method | | | | |
|---|---|---|---|---|---|---|---|
| | | | Biological | Chemical | Manual | Mechanical | Prescribed Fire |
| Fairbanks, Alaska | TSP | 24-hour | NA | NA | 1.37E-01 | 4.14E-02 | 37.8 |
| | | Annual | NA | NA | 1.12E-03 | 2.16E-04 | 4.36E-01 |
| | $PM_{10}$ | 24-hour | NA | NA | 1.37E-01 | 5.53E-02 | 37.8 |
| | | Annual | NA | NA | 1.12E-03 | 2.88E-04 | 4.36E-01 |
| | $PM_{2.5}$ | 24-hour | NA | NA | 1.37E-01 | 3.08E-02 | 33.5 |
| | | Annual | NA | NA | 1.12E-03 | 1.61E-04 | 3.87E-01 |
| Tucson, Arizona | TSP | 24-hour | 1.76E-02 | 2.79E-04 | 7.31E-02 | 2.82E-02 | 2.81E-01 |
| | | Annual | 4.94E-05 | 7.65E-07 | 2.01E-04 | 7.74E-05 | 1.14E-03 |
| | $PM_{10}$ | 24-hour | 4.31E-02 | 5.47E-04 | 7.31E-02 | 3.40E-02 | 2.81E-01 |
| | | Annual | 1.21E-04 | 1.50E-06 | 2.01E-04 | 9.32E-05 | 1.14E-03 |
| | $PM_{2.5}$ | 24-hour | 6.02E-03 | 7.21E-05 | 7.31E-02 | 2.38E-02 | 2.56E-01 |
| | | Annual | 1.68E-05 | 1.97E-07 | 2.01E-04 | 6.54E-05 | 1.04E-03 |
| Glasgow, Montana | TSP | 24-hour | 2.96E-03 | 1.06E-04 | 5.65E-02 | 1.63E-02 | 3.58E-01 |
| | | Annual | 9.06E-06 | 2.90E-07 | 1.72E-04 | 4.48E-05 | 1.14E-03 |
| | $PM_{10}$ | 24-hour | 5.90E-03 | 2.36E-04 | 5.80E-02 | 1.96E-02 | 3.58E-01 |
| | | Annual | 1.74E-05 | 6.48E-07 | 1.76E-04 | 5.38E-05 | 1.14E-03 |
| | $PM_{2.5}$ | 24-hour | 7.78E-04 | 2.82E-05 | 5.60E-02 | 1.46E-02 | 3.03E-01 |
| | | Annual | 2.29E-06 | 7.74E-08 | 1.70E-04 | 3.99E-05 | 9.63E-04 |
| Winnemucca, Nevada | TSP | 24-hour | 7.65E-04 | 1.36E-04 | 3.27E-02 | 1.15E-02 | 3.19E-01 |
| | | Annual | 5.80E-06 | 3.72E-07 | 9.00E-05 | 3.16E-05 | 8.85E-04 |
| | $PM_{10}$ | 24-hour | 1.86E-03 | 2.72E-04 | 3.32E-02 | 1.40E-02 | 3.19E-01 |
| | | Annual | 1.42E-05 | 7.44E-07 | 9.16E-05 | 3.84E-05 | 8.86E-04 |
| | $PM_{2.5}$ | 24-hour | 2.59E-04 | 3.60E-05 | 3.25E-02 | 9.68E-03 | 2.91E-01 |
| | | Annual | 1.98E-06 | 9.85E-08 | 8.92E-05 | 2.65E-05 | 8.08E-04 |
| Medford, Oregon | TSP | 24-hour | 2.09E-02 | 3.75E-03 | 1.17E-01 | 4.89E-02 | 1.3 |
| | | Annual | 6.31E-05 | 1.04E-05 | 3.52E-04 | 1.42E-04 | 6.18E-03 |
| | $PM_{10}$ | 24-hour | 5.65E-02 | 8.20E-03 | 1.18E-01 | 6.61E-02 | 1.3 |
| | | Annual | 1.70E-04 | 2.28E-05 | 3.58E-04 | 1.92E-04 | 6.18E-03 |
| | $PM_{2.5}$ | 24-hour | 8.17E-03 | 1.14E-03 | 1.17E-01 | 3.90E-02 | 1.2 |
| | | Annual | 2.46E-05 | 3.19E-06 | 3.50E-04 | 1.14E-04 | 5.76E-03 |
| Lander, Wyoming | TSP | 24-hour | 3.57E-04 | 6.08E-05 | 2.82E-03 | 2.82E-03 | 2.44E-01 |
| | | Annual | 1.85E-06 | 1.67E-07 | 1.36E-05 | 1.36E-05 | 6.77E-04 |
| | $PM_{10}$ | 24-hour | 9.35E-04 | 1.37E-04 | 3.29E-03 | 3.29E-03 | 2.44E-01 |
| | | Annual | 4.84E-06 | 3.75E-07 | 1.70E-05 | 1.70E-05 | 6.77E-04 |
| | $PM_{2.5}$ | 24-hour | 1.24E-04 | 1.72E-05 | 2.51E-03 | 2.51E-03 | 2.21E-01 |
| | | Annual | 6.43E-07 | 4.70E-08 | 1.17E-05 | 1.17E-05 | 6.13E-04 |

[1] Results based on use of CALPUFF model. Because of the variation in the number of treatment days for each method, the maximum 24-hour concentrations are listed in lieu of high, second high, or 98th percentile concentrations. Reporting the maximum concentrations also adds a level of conservatism to the modeling results.
NA = Not applicable.
Source: ENSR (2005a).

BLM_0008766

EFFECTS OF VEGETATION TREATMENTS

**TABLE 4-4**
**Emissions Summary for Vegetation Treatments Activities (tons per year)**

| Pollutant | Prescribed Fire | | Manual | | Mechanical | | Biological Control | | Chemical | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cur[1] | Prop[2] | Cur | Prop | Cur | Prop | Cur | Prop | Cur | Prop |
| CO | 824,030 | 2,001,936 | 829 | 2,662 | 109 | 416 | 9 | 12 | 24 | 62 |
| $CO_2$ | 11,532,114 | 27,457,364 | NA | NA | 17,356 | 66,372 | NA | NA | NA | NA |
| $NO_x$ | 21,757 | 61,325 | 4 | 11 | 468 | 1,791 | 1 | 1 | 3 | 7 |
| TSP | 101,881 | 221,044 | 29 | 94 | 26,392 | 73,032 | 3 | 5 | 7 | 19 |
| $PM_{10}$ | 91,183 | 211,384 | 41 | 132 | 13,109 | 36,137 | 8 | 11 | 17 | 45 |
| $PM_{2.5}$ | 77,102 | 186,406 | 25 | 80 | 5,279 | 14,599 | 1 | 2 | 2 | 6 |
| Lead | 141 | 365 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $SO_2$ | 6,251 | 14,816 | 0 | 0 | 31 | 118 | 0 | 0 | 0 | 0 |
| VOCs | 48,545 | 113,475 | 139 | 447 | 38 | 147 | 1 | 1 | 2 | 5 |

[1] Cur = Current emissions based on current BLM vegetation treatment activities.
[2] Prop = Proposed emissions based on proposed BLM vegetation treatment activities.
NA = Not available.

effect on climate is not likely to be caused by BLM vegetation treatment activities.

## Beneficial Effects of Treatments

Carefully planned and implemented prescribed fires result in less smoke effects to air quality than uncontrolled wildfires. The effects of smoke from prescribed fire, unlike those from wildfire, can be managed. Where effects of smoke from prescribed fire are of concern, fuel accumulations can be reduced through manual, mechanical, and chemical treatments prior to, or in place of, prescribed burning. Smoke effects can also be reduced by implementing burns when the wind is blowing away from smoke-sensitive areas and during good dispersion conditions (Hardy et al. 2001). Scheduling prescribed burns before new fuels accumulate can reduce the amount of emissions produced. Fire managers can also reduce the amount of area burned, increase the combustion efficiency of a burn, and increase the plume height in order to reduce smoke effects to air quality.

This PER does not analyze the long-term effects on air quality from implementing an aggressive vegetation treatment management program. However, an analysis of a similar vegetation management program in the Interior Columbia Basin showed that effects from wildfire on air quality and visibility could be significantly greater in magnitude than effects from prescribed burning (USDA Forest Service and USDI BLM 2000b). As discussed in this PER, and shown in the Interior Columbia Basin study, particulate matter emissions associated with prescribed burning and other

treatment methods, when considered alone, should not cause widespread regional-scale exceedances of NAAQS. The same would not be true for wildfires. Thus, vegetation treatment actions that improve ecosystem health and reduce hazardous fuels buildup, thereby reducing the risk of wildfire, should provide long-term benefits to local and regional air quality.

Currently, about 645,000 acres are treated annually using prescribed fire and wildland fire for resource benefit, and 580,000 acres are treated using mechanical methods. Despite these efforts, a substantial amount (nearly 55 million acres) of public land is in Fire Regime Condition Class 3. Condition Class 3 lands have fire regimes that have been substantially altered from historical regimes; the risk of losing key ecosystem components to fire or other causes in these areas is high. The composition, structure, and diversity of vegetation, including fuels, have also been substantially altered in these areas. As a result, Condition Class 3 areas are especially susceptible to severe and intense wildland fires. As shown in Figure 3-10, these areas are often in close proximity to populated areas. Thus, wildfires in these areas have the potential to annoy and affect the health of large numbers of people.

The Forest Service and BLM modeled several scenarios to predict the long-term effect of treating vegetation to reduce hazardous fuels and improve ecosystem function on regional air quality and the condition of the land in the western U.S. (Hann et al. 2002). The model assumed that mechanical and hand cutting would be important treatment options in the WUI, in addition to use of fire, because air quality and other considerations

BLM_0008767

could limit the use of fire. This analysis predicted that air quality would generally improve as the number of acres treated annually increased, and that improvement in air quality would be most noticeable when treatments were targeted at high priority western U.S. WUI landscapes. Thus, increasing the number of acres treated annually from current levels (with about half of the treatments occurring in the WUI) should provide greater improvement in ecosystem function and air quality than is projected under current management.

# Soil Resources

Vegetation treatments would potentially affect soils by altering their physical, chemical, and/or biological properties. Physical changes could include loss of soil through erosion or changes in soil structure, porosity, or organic matter content. Fire and other treatments would potentially alter nutrient availability and soil pH, and herbicide treatments would involve the addition of chemicals to the soil. Some vegetation treatments might also alter the abundance and types of soil organisms that contribute to overall soil quality, including mycorrhizae. Over the long term, treatments that remove invasive vegetation, reduce fuels, and restore native plants should enhance soil quality on public lands.

## Scoping Comments and Other Issues Evaluated in Assessment

There was considerable concern that the BLM address herbicide runoff, overspray, and drift. It was noted that burning often degrades the soil. Other respondents felt that disturbances to cryptogamic crusts must be eliminated, and one respondent suggested that the practice of chaining be prohibited on public lands.

## Resource Program Goals

The Soil, Water and Air Management program is responsible for activities involving soil on public lands. One important aspect of the project is reducing soil erosion on degraded lands in the Colorado River Basin, in order to reduce the transport of natural salts to the Colorado River and its tributaries. The program assists with vegetation treatments to improve watershed condition by restoring natural vegetation. As discussed below, treatments that restore degraded lands and native ecosystems benefit soils by reducing erosion and increasing soil productivity.

## Standard Operating Procedures

The SOPs listed here would minimize or avoid adverse effects to soil as a result of treatment activities.

- Assess the susceptibility of the treatment site to soil damage and erosion prior to implementing treatment.

- Prescribe broadcast and other burns that are consistent with soil management activities.

- Plan burns so as to minimize damage to soil resources.

- When appropriate, reseed following burning to reintroduce species, or to convert a site to a less flammable plant association, rather than to specifically minimize erosion.

- When appropriate, leave plant debris on site to retain moisture, supply nutrients, and reduce erosion.

- Time treatments to avoid intense rainstorms.

- Use equipment and methods that minimize soil disturbance and compaction.

- Conduct mechanical treatments along topographic contours to minimize runoff and erosion.

- Minimize use of heavy equipment on slopes greater than 20%.

- Conduct treatments when the ground is sufficiently dry to support heavy equipment.

- Implement erosion control measures in areas where heavy equipment use occurs.

- Consider chaining when soils are frozen and plants are brittle to minimize soil disturbance.

- Prevent oil and gas spills to minimize damage to soil.

- Time treatments to encourage rapid recovery of vegetation.

- Further facilitate revegetation by seeding or planting following treatment.

- Avoid grazing on wet soil to minimize compaction and shearing.

- Minimize use of domestic animals if removal of vegetation may cause significant soil erosion or impact biological soil crusts.

EFFECTS OF VEGETATION TREATMENTS

- Minimize disturbances to biological soil crusts (e.g., by timing treatments when crusts are moist).

- Re-inoculate biological crust organisms to aid in stimulating their recovery, if possible.

- Closely monitor the timing and intensity of biological control with domestic animals.

- Conduct burns when moisture content of large fuels, surface organic matter, and soil is high to limit the amount of heat penetration into lower soil surfaces and protect surface organic matter.

- Minimize treatments in areas where herbicide runoff is likely, such as steep slopes when heavy rainfall is expected.

- Minimize use of herbicides that have high soil mobility, particularly in areas where soil properties increase the potential for mobility.

## Adverse Effects of Treatments

### Effects Common to All Treatments

Regardless of the method used to remove vegetation, vegetation treatments would potentially result in increased rates of erosion and reduced water infiltration, leading to reduced soil productivity. The degree of these effects would vary by region depending on differences in climate, landform, hydrology, soil, vegetation, and land use. In the western U.S., the combination of hydrologic characteristics, steep topography, and slow vegetative growth make soil erosion a serious concern in many regions (Kennard and Fowler 2005).

Erosion results when unstable soils are displaced under the forces of gravity, wind, or water. Although erosion is a natural process, it can increase markedly when vegetation is cleared (BPA 2000). Unnaturally high erosion rates could occur as a result of soil disturbance during the vegetation treatment, or from the resultant vegetation removal and associated decrease in soil stability. Vegetative cover and organic layers covering the soil dissipate corrosive energy of raindrops and help to reduce runoff. Plant roots also strengthen and bind the soil together. Vegetation thresholds for soil erosion may exist (Trimble and Mendel 1995). For example, in areas with scarce vegetation (less than 40% cover), minor reductions in plant biomass have been shown to cause significant erosion, whereas areas with more extensive cover experience little change in soil loss under similar conditions. The effects of loss of plant cover and organic matter are most pronounced on steep slopes.

The risks of increased erosion on public lands would depend on the type of treatment and the local site conditions; high risks would be associated with a variety of direct and indirect effects, such as exposure of bare soil to rain and wind energy, loss of soil structure, removal of surface organic matter, and clogging of soil pores. Increased erosion would potentially result in increased dust and sedimentation, and reduced soil quality. Reestablishing vegetation on the site and maintaining organic matter at the soil surface (e.g., plant litter, forest duff, or mulch) would buffer effects and potentially limit erosion rates.

Removal of vegetation on public lands would also contribute to a short-term reduction in water infiltration into soil in some areas. Furthermore, soil compaction associated with some vegetation treatment methods could reduce infiltration and soil productivity by eliminating pore spaces used for water storage and air exchange. Increased erosion and reduced water infiltration have been observed in pinyon-juniper (Roundy et al. 1978), sagebrush (Brown et al. 1985), and creosote bush (Tromble 1980) treatment areas. These effects would typically last until vegetation was able to recover at the treatment site.

Vegetation management can alter the chemistry of the soil. Treatments that reduce organic matter cover can reduce the productivity of soils by reducing carbon and other nutrient inputs, and by reducing the moisture-holding capacity. Erosion can result in the transport of organic matter and nutrients off site (BPA 2000). Soils with little organic matter to begin with (e.g., most aridisols) are more susceptible to losses of organic matter. Removing nitrogen-fixing plants, such as red alder and ceanothus, can reduce soil nitrogen, and removing logs and other plant material can deprive soils of nutrients provided by decaying material. Removing vegetation can also reduce evapotranspiration, allowing more water to leach soluble nutrients from the soil.

Vegetation treatments can harm or kill soil microorganisms. Mechanical and manual treatments can disturb soil, exposing soil organisms to desiccation and predation. Soil organisms found on or near the soil surface are usually killed by fires, but populations of some bacteria and fungus actually increase after a burn (National Wildfire Coordinating Group 2001). As discussed in the PEIS, some herbicides are toxic to soil organisms.

BLM_0008769

Soil recovery times vary depending on a variety of factors including site conditions and management approaches. Hilty et al. (2003) determined that the benefits of post-fire revegetation and subsequent recovery of soil surfaces conducive to germination and establishment of perennial grass and shrub communities outweighed the initial short-term disturbance associated with drill seeding after fire. However, a recent study in pinyon-juniper in New Mexico by Wilcox et al. (2003) showed that disturbance-related increases in runoff and erosion remain constant with time, and that for low-slope-gradient sites, disturbance leads to accelerated runoff and erosion, which may persist for a decade or longer. The authors postulated the existence of a slope threshold, below which semiarid landscapes will eventually recover following disturbance and above which there will be no recovery without mitigation or remediation.

Vegetation treatments could result in disturbance to biological soil crusts, which could reduce soil quality and ecosystem productivity. The extent of effects to biological soil crusts would be dependent on the intensity and kind of disturbance and the amount of area covered. The duration of the effects would vary, but biological soil crust recovery rates typically are much slower than the recovery of vegetation. Recovery rates are generally species dependent, and can range from 14 to 35 years for cyanobacteria, 45 to 85 years for lichens, and 20 to 250 years for mosses (Belnap et al. 2001).

The removal or destruction of biological soil crusts could adversely affect soils by increasing susceptibility to erosion, encouraging weed establishment, and reducing nitrogen inputs and water infiltration (Evans and Belnap 1999; Belnap et al. 2001). Control of invasive plant species, such as soft brome, can be protective of biological soil crusts by maintaining a natural fire cycle, avoiding excessive shading, and avoiding excessive buildup of a litter layer, which can essentially bury biological crusts.

**Effects of Fire Treatments**

The BLM proposes to treat approximately 2.1 million acres of public lands annually using fire, twice the number of acres currently treated using this method. Fire affects soil primarily by consuming litter, organic material, dead and down woody fuels, and vegetative cover. Fire treatments would affect physical, chemical, and biological soil processes directly by transferring heat into soil, and indirectly by changing vegetation and altering nutrient and organic matter dynamics.

Depending upon the severity of the fire, changes would be beneficial or deleterious (Neary et al. 1999).

Fire treatments would potentially alter the physical properties of soil by consuming organic matter, modifying soil structure, and harming soil organisms. Because organic matter contributes to surface soil structure and porosity, burning of organic matter during fire treatments could result in soil structure degradation. Such degradation can persist from a year to decades, depending on the severity of the fire and post-fire ecosystem conditions. Persistent soil structure deterioration following fire would be greatest in cold and arid climates (Neary et al. 1999). Surface runoff and soil erosion would increase after severe fire as a result of these physical changes.

Fires that consume large quantities of surface organic matter can reduce the productivity of soils by reducing moisture-holding capacity. Soils with little organic matter (e.g., many aridisols) would be most susceptible to losses of organic matter through fire treatments, especially from frequent burns. Soils with high organic matter content, such as permafrost soils in Alaska (gelisols) would tend to burn slowly, and it is unlikely that the organic matter would be completely consumed by fire.

Fire treatments could cause long-term changes in soil temperatures, with increases in both hot and cold temperature extremes caused by the loss of shade and insulating organic matter, and by the accumulation of blackened fire residues. Loss of soil insulation can influence the dates of both the first and last frosts and freezes of soil and understory vegetation (Fisher and Binkley 2000). Warmer soils increase the rate of decomposition and nutrient availability to post-fire vegetation, which is especially important in Alaska, where permafrost is present. Soil temperatures usually increase in tundra soils after a fire because the fire removes the overstory vegetation, blackens the surface, and removes organic matter that insulates the soils from summer warmth (Viereck and Schanderlmeier 1980, National Wildfire Coordinating Group 2001). The depth to which the permafrost melts each summer (active layer) can increase several feet after a fire, and it may take many years before the depth of the active layer decreases to its original thickness.

A severe fire could cause water repellency in soil, resulting from the condensation of organic compounds onto soil particles. Water repellency is a common phenomenon in chaparral soils of southern California. Water repellent soil layers eliminate water infiltration,

BLM_0008770

## EFFECTS OF VEGETATION TREATMENTS

thereby increasing surface runoff and erosion (DeBano 2000). This process is most likely to occur in coarse-textured soils (McNabb and Swanson 1990), and has also been frequently reported in arid soils of the southwest (Salih et al. 1973). Water repellency has not been reported in Alaska (Viereck and Schandelmeier 1980), and would be unlikely to occur on public lands in that state.

Fire treatments would alter soil chemistry by volatilizing organic matter and by changing the form, distribution, and quantity of nutrients. A reduction of incorporated organic matter as a result of fire is especially important in arid, semi-arid, and forested sites because many of the nutrients on these sites are tied up in the organic matter. Burning surface organic matter could also cause the loss of some nutrients (primarily carbon, nitrogen, and sulfur) through volatilization, and could cause soils to become less acidic.

Fire treatments would kill some soil organisms on the site including microorganisms, microarthropods, biological soil crusts, and plant roots. The effects of fire on soil microorganisms would be dependent on fire severity (Neary et al. 1999). Observed effects have ranged from no detectable effect in the case of infrequent, low severity fires, to total sterilization in very severe fires. There have been few scientific studies of the responses of soil macroinvertebrates to fire. It appears that the response is driven by changes in habitat structure or by changes in the amount or the quality of food resources after fire.

Biological soil crusts could be negatively affected by fire, depending on fire severity. Algae are generally the first to recover from fire and can form a protective crust within 5 to 10 years after fire. Lichens and mosses are slower to recover and may take 10 to 20 years to achieve substantial cover (Johansen and Rayburn 1989). In some cases, such as a low severity fire treatment, crust aggregation might persist to some degree even though crust organisms are killed. In a study of soil crusts after a wildfire, a substantial reduction in the diversity and richness of biological soil crust species was observed. The study showed increased cover of short mosses and reduced cover of lichens and tall mosses growing on shrub hummocks (Hilty et al. 2004).

Fire severity would determine the degree of effects to soil, with more severe fires causing more extensive and long-term soil changes. Of the three components of severity (heat, duration, depth), duration would likely contribute most to belowground soil damage (Certini

2005). The adverse effects of concentrated heat have been observed after the burning of pinyon-juniper slash piles, which has resulted in soil sterilization (USDI BLM 1991a). Low to moderate severity fires would have fewer adverse effects on soils, and in some cases might even improve soil nutrient availability. In general, subsurface heating would be greater in forestlands than rangelands, as rangelands generally support lighter fuel loadings and frequently result in fires of shorter duration that produce less subsurface heating. Depth and condition of duff and soil moisture content are important regulators of subsurface heating, with less subsurface heating in wet duff than in dry duff (National Wildfire Coordinating Group 2001). In some cases, subsurface heating could be substantially less in forests with damp soil and little duff, compared to rangelands with dry soil and dense accumulations of duff. Recovery of soil quality after a treatment would depend on the burning intensity and its effects on soil processes, and also on the previous land-use practices (Neary et al. 1999).

Ground equipment associated with burn treatments, such as equipment used to create firelines, could disturb soils, contributing to compaction and an increased risk of erosion. In Alaska and other cold areas with permafrost, the construction of firelines can accelerate thawing in soil to depths beyond those typically reached during the fire itself, potentially resulting in land subsidence, erosion, and gullying (Viereck and Schandelmeier 1980). These effects would be localized in their extent. Most fires, however, would be ignited using aerial methods. Therefore, ground operations would be limited, reducing effects to soil from mechanical pre-treatment activities. Effects of mechanical treatments are discussed further below.

### Effects of Mechanical Treatments

Approximately 2.2 million acres would be treated using mechanical methods under the proposed treatment program, which is a 3-fold increase from current levels. Most mechanical treatments would occur on public lands in Nevada, Idaho, Oregon, and Utah. The effects of these treatments on soil would depend on the following: 1) the amount of soil exposed during the treatment; 2) the effect of ground disturbance on soil properties; and 3) the site conditions, especially slope and patterns of precipitation. Mechanical treatments would include methods that do not directly disturb the soil, such as mowing, shredding, mastication, and roller chopping; and methods that do directly disturb the soil, such as plowing, disking, blading, and chaining (USDI BLM 1991a). The *Final EIS Vegetation Treatment on*

BLM_0008771

*BLM Lands in Thirteen Western States* (USDI BLM 1991a) provides a detailed discussion of effects to soil from mechanical treatments; much of the following discussion is based on information provided in that document, or in references therein, unless otherwise noted.

### Soil Exposure

Mechanical treatments would affect soils by removing vegetation and by disturbing or removing topsoil. Because plant and litter cover protect the soil, and roots hold the soil in place, removal of plant materials exposes soil. Exposed soils are vulnerable to increased erosion and drying out. About two-thirds of treatments would involve the removal of vegetative cover; the remaining one-third would consist of drill seeding. The risk of increased erosion would be reduced where some vegetation or organic matter was left in place.

### Soil Disturbance and Compaction

Mechanical treatments would result in soil disturbance and compaction at the treatment site. The specific effects to soils would depend on the type and area of treatment, site soil texture and structure, and soil moisture at the time of treatment. About 15% of mechanical treatments that remove vegetation would involve mowing, which does not disturb soil directly, but which can result in compaction.

Approximately 85% of mechanical treatments would involve cutting, crushing, shredding, and logging and similar treatments. Crushing, shredding, and cutting (followed by chipping or shredding) can result in all or most of the organic material remaining on site. The application of large quantities of fresh, woody organic material to the soil surface can provide protection to the soil in the form of the mulching effect. It is well documented that the mulching effect results in attenuated soil temperatures and increased soil moisture retention (Resh et al. 2005). Other effects such as reduced erosion and runoff, increased infiltration, changes in soil carbon, and reduced compaction are expected. Adding large amounts of organic matter to the soil surface may result in smothering biological soil crusts and in short-term reductions in nutrient availability for plant reestablishment.

Use of certain mechanical treatments would directly disrupt biological soil crusts. Crusts are sensitive to compaction by vehicles and other heavy equipment. The removal or destruction of biological soil crusts could adversely affect soil quality by increasing susceptibility

to erosion, reducing nitrogen inputs, infiltration, and potentially encouraging weed establishment (Evans and Belnap 1999; Belnap et al. 2001). The duration of the effect would vary, but recovery of biological soil crusts typically takes much longer than the recovery of vegetation. Recovery rates are generally species dependent, and can range from 14 to 35 years for cyanobacteria, 45 to 85 years for lichens, and 20 to 250 years for mosses (Belnap et al. 2001).

Soils with physical surface crusts (non-living crusts that often form in arid regions on fine textured and low organic matter content soils; not to be confused with soil biological crusts discussed in the preceding paragraph) have low water infiltration rates. Mechanical treatments that disturb the soil, such as disking, blading, and tilling, can improve infiltration by breaking up surface crusts (Wood et al. 1982); however, these areas would then be potentially susceptible to increased rates of erosion. Disking and tilling would comprise about 10% of treatments. If these treatments result in increased surface roughness (e.g., pits or furrows), benefits could occur through the capture of precipitation and potential increased infiltration.

In general, use of heavy equipment on treatment sites would be expected to result in increased soil compaction, and heavy equipment can shear and rut wet soils. Compaction by vehicles and other heavy machinery can reduce soil pores and limit water infiltration, soil aeration, and root penetration. Wet, fine-textured soils would be the most susceptible to compaction, while coarse, sandy soils would be the least susceptible. The magnitude of soil compaction would also be dependent on the type and weight of equipment used. Using tracked or low-pressure tires distributes vehicle weight over a larger area, thus reducing the pressure on soil as compared to conventional tires. Compaction can also be avoided by covering the area with mulch or other material that serves to protect the soil surface.

Mechanical treatments such as blading, tilling, plowing, chaining, or soil disking that may disturb several feet of soil would likely kill or harm organisms found near the surface and destroy underground tunnels and dens used by animals for shelter. Blading and chaining can result in complete disruption and permanent displacement of the topsoil with dramatic loss in soil quality and function. Extensive studies on soil quality under tillage have shown that the fungal component of the soil community decreases or even disappears, while other microorganisms remain, but are less abundant overall.

BLM_0008772

## EFFECTS OF VEGETATION TREATMENTS

### Site Conditions

Soil texture and morphology, site topography, and rainfall affect a soil's response to mechanical treatments. On sites that support coarse-textured soils with high infiltration rates, or clayey soils with low infiltration rates, some mechanical treatments could result in little change in infiltration rates. For most other soils, mechanical treatments that break up the soil surface and create furrows and ruts would increase water infiltration. Avoidance of mechanical treatments in windy areas with poorly structured soils would help to reduce loss of soil to wind erosion.

Erosion can be prevalent on slopes greater than 20%. Thus, mechanical methods that disturb the soil, such as disking, tilling, and blading, should be avoided on steep hillslopes. Slopes of 12% to 15% allow chaining on the contour, and slopes of 30% are recommended as a maximum. Orienting furrows parallel to the hillslope during any type of mechanical treatments would help reduce water runoff and erosion.

### Soil Orders

Over half the mechanical treatments would occur in Nevada, which is dominated by aridisols. These soils are characterized by an extreme water deficiency, have low organic matter content, support limited vegetative cover, and are prone to developing hardpans that limit depth of water infiltration. Plowing (36% of treated acres in Nevada), chaining (7%), and disking (5%) would reduce soil structure and could lead to increased erosion, especially if revegetation did not occur. Loss of soil structure can also lead to decreased infiltration. Disking of sagebrush followed by drill seeding of beardless bluebunch and bluebunch wheatgrass have been used successfully to increase herbaceous cover and water infiltration.

Tundra and boreal forest soils are susceptible to soil disturbance and increased erosion from heavy equipment, although the BLM does not propose to conduct mechanical treatments in Alaska at this time. Use of specialized equipment that minimizes the amount of surface disturbance and equipment weight placed upon the ground; limiting heavy equipment travel to the winter months when the tundra is covered by a protective layer of snow and ice; and use of ice roads during winter have greatly minimized the amount of damage that occurs on tundra and other soils in Alaska (USDI BLM 2005c).

Mollisols, which occur on 15% of public lands, typically have a well-developed organic layer and are common in grasslands. Most treatments in grasslands would consist of seeding and revegetation of treatment sites. Mechanical treatments of grasslands are done to reduce less desirable warm-season species and to increase production of cool-season species. Because treated slopes are gentle and plant cover recovers rapidly after disturbance, erosion potential is low. These soils can be prone to wind erosion unless tilling and ripping are done between strips of vegetation, or stubble is left on the ground.

Entisols, which are found on 9% of public lands, are mineral soils that lack significant profile development. Grasses, desert shrubs, and pinyon-juniper are common vegetative types. Mechanical treatments are generally not recommended for desert shrubland. Replacing perennial plant cover by revegetation is usually necessary after treatment, and revegetation is rarely successful. Mechanical methods used to control pinyon-juniper include chaining, blading, chipping, shredding, and handslashing.

Alfisols are found on 2% of public lands, primarily in the forested mountains of Oregon and California. Mechanical restoration treatments in forest vegetation types consist primarily of removing small diameter trees, removing excessive amounts of downed woody debris, and increasing tree canopy spacing (reducing crown bulk density) by thinning dominant and codominant trees. Excess residue from these treatments is either removed from the site using harvesting equipment, burned in place, or piled and burned on site. Residue piling typically consists of either dozer piling or hand piling. Soil disturbances from mechanical treatments may cause soil compaction and loss of soil productivity. Construction of slash piles may also remove some duff, increasing the potential for erosion, especially on steeper slopes. Using equipment that minimizes damage to the soil, traveling on existing roadways, limiting activities to the drier months, maintaining duff, and retaining organic material through mulching are all practices that would protect forest soils and minimize erosion.

### Equipment

Treatments such as blading, tilling, plowing, chaining, or soil disking drastically disturb the top 8 to 12 inches of the soil profile, while ripping may go as deep as 36 inches. Under the proposed treatment program, these activities would comprise about 15% of all mechanical treatments. Other types of mechanical treatment, such as

BLM_0008773

roller chopping, maceration, and mowing, directly disturb only the top few inches of topsoil and organic matter. During mechanical thinning to reduce fuel loads, cutting, skidding, and decking all can result in disturbance to soils. Plowing, tilling, or disking would primarily be used in areas with little vegetation, where soil disturbance would help prepare the seedbed for revegetation. Their use in wildland management is largely limited to restoration sites where soils are already badly disturbed. Roller chopping, maceration, and mowing result in minimal soil disturbance, reduce the aboveground biomass, and can provide a layer of mulched organic material to protect the soil from erosion and other effects. With some systems, mowing and mulching occurs in front of the machine, leaving a cushion of mulch to travel over, thereby reducing surface disturbance.

The effects of chaining on soil and vegetation have been an issue of concern in recent years. Chaining may cause soil disturbance, but the plant debris can be left in place to minimize runoff and erosion, shade the soil surface, and maintain soil moisture and nutrient recycling. Alternatively, the debris can be burned to facilitate seeding, improve scenic values, and eliminate potential rodent habitat. Under the proposed action, about 6% of mechanical treatments would involve chaining, which is twice the current level. Chaining treatments would be evenly split between treatments involving evergreen woodland—most likely pinyon-juniper—and evergreen shrubland, including sagebrush and other desert shrubs. Over half of the proposed chaining treatments would occur in Utah.

There is some potential for contamination of the soil by oils and fuels associated with mechanical equipment. The release of these substances into soil could result in a localized area of reduced water infiltration and reduce plant growth. The use of SOPs when treating vegetation, such as using sorbents under vehicles when fueling and servicing in the field, cleaning up spills immediately, and fueling equipment away from water bodies and sensitive soils, would reduce the likelihood of effects to soil caused by petroleum products.

**Effects of Manual Treatments**

Under the proposed treatment program, manual treatments would be used on about 5% of public lands. Nearly all manual treatments would involve pulling or cutting vegetation with non-motorized hand equipment or chainsaws. Manual treatments would have less direct effect on soil than the other proposed treatments. Laborers and vehicles accessing the site could disturb topsoil and/or surface organic matter, providing prime conditions for re-invasion by weedy species; however, the extent of this disturbance should be limited. Coarse-textured soils and steep slopes would be the most fragile, and extensive areas of disturbance could result in increased erosion rates. There is the potential for some contamination of the soil from petroleum products used in hand-held power equipment, but these effects would be extremely localized.

Leaving vegetation residues on the soil surface, or mulching and spreading them after a manual treatment, would help protect the soil surface. Pulling weeds out of the ground slowly and carefully, and replacing soil in disturbed areas where possible, would further minimize effects to soil at manual treatment sites. Furthermore, limiting the number of people and the amount of time spent in each site would help minimize trampling (Tu et al. 2001).

Although manual treatments would help reduce fuel loads and populations of invasive species, the associated benefits to soil on public lands would be limited. Since manual labor is slower and more expensive than other forms of treatment, the amount of area treated using this method is generally limited.

**Effects of Biological Treatments**

Approximately 8% of public lands would be treated using biological control methods, with half of these treatments occurring in Idaho, Montana, and Wyoming. Nearly two-thirds of all biological treatments would involve containment by domestic animals (such as livestock), as compared to 75% of biological treatments using domestic animals at present. Most of the remaining biological treatments would utilize insects. Pathogens would be used on less than 100 acres annually. Biological control of vegetation using domestic animals would result in some effects to soil on public lands. The effects would be dependent on the type of animal used and the intensity and duration of the treatment in a particular area. Goats and other browsing animals are used more frequently than cattle. When containment by domestic animals is used specifically to control unwanted vegetation, the BLM closely monitors animal stocking rates, activities, and time of use.

The action of animal hooves would cause some disturbance, shearing, and compaction of soil, increasing its susceptibility to both water and wind erosion. These effects can be severe in heavily grazed areas, but may be less so under light and moderate grazing intensities (Trimble and Mendel 1995). Severe

EFFECTS OF VEGETATION TREATMENTS

compaction often reduces the availability of water and air to the roots, sometimes reducing plant vitality. Grazing disturbance can be extensive enough to transform the runoff regime from variable source areas to overland flow, facilitating increased rates of erosion. Soil organisms can be negatively affected by the loss of surface organic matter, soil compaction, and other alterations to habitat. Recovery from grazing-induced compaction is site-dependent, with recovery observed within 1 year at a site with frequent freeze-thaw events and high soil organic matter content (Wheeler et al. 2002).

Domestic animals could alter nutrient cycling processes in soil by depositing organic nitrogen in urine and feces. Many years of grazing on a site can result in increased soil nitrogen (Dormar and Willms 1998), which could increase productivity in nitrogen-limited ecosystems of the arid west. In some instances, the formation of soil nitrogen hotspots could increase localized productivity to such a degree that weeds would be favored over native plants adapted to low nitrogen conditions (Evans and Ehleringer 1993).

Domestic animals could damage biological soil crusts at treatment sites through physical disruption, resulting in reduced species richness and lichen/moss cover (Belnap et al. 2001). Resistance to disturbance generally decreases as the organisms become more morphologically complex, with cyanobacteria the most resistant to disturbance. In addition, soil compaction alone can lead to changes in crust species composition, with potential loss of diversity. Recovery from these effects could take many years. In one study, the percent cover of crust organisms increased from 4% to 15% during the first 18 years after grazing exclusion, and then increased only an additional 1% during the next 20 years (Anderson et al. 1982).

The effects of containment by domestic animals can be minimized by following a planned vegetation management program that limits the number and amount of time livestock remain on any one site, and that uses fencing and salt/nutrition blocks to restrict livestock to treatment areas and keep livestock away from riparian and other sensitive areas.

**Effects of Chemical Treatments**

Herbicides may affect soil through plant removal resulting in changes in physical and biological soil parameters. As vegetation is removed, there is less plant material to intercept rainfall and less to contribute organic material to the soil. Loss of plant material and

soil organic matter can increase the risk of soil susceptibility to wind and water erosion. The risk for increased erosion would be temporary until vegetation was reestablished. If herbicide treatments lead to revegetation with native plants, soil stability may be improved relative to sites dominated by invasive plants.

There are few studies on herbicide effects on biological soil crusts. Therefore, caution should be used when applying these chemicals to soils supporting biological soil crusts (Belnap et al. 2001) or to areas where management goals include crust recovery. Herbicides may also adversely affect soil microorganisms and macroorganisms, leading to poorer soil productivity. A more detailed discussion of the effects of herbicides on soil is in Chapter 4 of the PEIS.

## Beneficial Effects of Treatments

**Benefits of Improving Ecosystems and Restoring Natural Fire Regimes**

Findings and comparisons of studies in forested and rangeland environments concluded that forest and range landscapes that resemble conditions within historical ranges of variability (i.e., they contain native plant communities in natural mosaic patterns and have relatively uninterrupted disturbance regimes) provide favorable conditions for soil functions and processes that contribute to long-term sustainability of soil productivity (Hole and Nielsen 1970; Munn et al. 1978; Cannon and Nielsen 1984).

Substantial changes in disturbance regimes, especially changes resulting from fire suppression, timber management practices, and livestock grazing over the past 100 years, have resulted in moderately to highly altered plant composition and structure and landscape mosaic patterns, compared to historical conditions. Restoration activities that move forests and rangelands toward historical ranges of variability would provide favorable conditions for soil functions and processes that contribute to long-term soil productivity at a broad scale (USDA Forest Service and USDI BLM 2000b).

Although treatments would have short-term effects on soil condition and productivity, it is predicted that disturbance effects resulting from restoration activities would be less severe than fire effects and erosion caused by traditional management activities. Furthermore, monitoring and evaluation, integrated with an adaptive management approach, would result in adjustment of treatment design and implementation to reduce soil disturbance to levels similar to historical conditions.

BLM_0008775

In some instances, fire treatments could potentially have beneficial effects on soil (National Wildfire Coordinating Group 2001). Fire raises the pH of soil, especially soils that are naturally acidic. Since nutrient availability is related to soil acidity, elements critical for plant growth, such as phosphorus and nitrogen, become more available to plants as the soil pH increases. However, availability may decrease for some nutrients, such as phosphorus above a pH of 7. Fire also helps to release nutrients that may be tied up in forms that are unavailable to plants, such as woody material. The burning of surface organic matter releases some nutrients onto the soil in the form of ash, resulting in an increase in available calcium, phosphorus, and potassium. These available nutrients would be used by new vegetative growth or could be leached by precipitation (DeBano et al. 1998). In some cases, prescribed burning may reduce erosion by releasing existing understory plants and establishing new plants on sites that may have had little vegetative cover before burning (USDI BLM 1991a).

## Benefits of Removing Invasive Species

Vegetation treatments that reduce or eliminate invasive species could be beneficial to soil quality. If these treatments were to result in increased native plant cover on sites degraded by weedy vegetation, soil quality would begin to rebound. For example, watershed-level treatments that remove the invasive mesquite tree have been shown to increase the productivity of perennial grasses, with resulting soil erosion losses five times less than those observed in nearby untreated watersheds (Martin and Morton 1993).

Sites with a large component of invasive plants may be at a higher risk for erosion than sites that support native vegetation. Invasive plants can increase the potential for wind or water erosion by altering fire frequency or producing chemicals that directly affect soil quality or organisms. These negative effects include increased sediment deposition and erosion, and alterations in soil nutrient cycling. For example, millions of acres of grassland in the Great Basin have been taken over by downy brome. A study that compared soil organisms in native grasslands to those at a site invaded by soft brome found that the soft brome caused negative changes in most levels of the soil food web (Belnap and Phillips 2001). Soft brome invasion also appears to change soil physical characteristics and alter the cycling of carbon and nitrogen (Norton et al. 2004).

## Benefits of Reducing Risk of Wildfire

Vegetation treatments may benefit soil quality by reducing the risk of wildfire. Wildfires generally occur when soils are driest, resulting in hot soil temperatures, loss of nutrients, and consumption of soil organic matter. Catastrophic, stand-replacing fires in pinyon-juniper woodlands and ponderosa pine forests of Arizona, for example, caused loss of 75% to 100% of the soil organic matter (Neary et al. 1999). Given the ability of an unplanned, uncontrolled, severe wildfire to cover a large geographic area, the detrimental effects of wildfire on soil quality have the potential to be high. Thus, vegetation management that reduces this risk would be beneficial to soil resources on public lands.

## Benefits of Mechanical and Biological Treatments

Mechanical treatments that ultimately result in improved plant cover and diversity can improve habitat for soil organisms. Chaining is a common and relatively inexpensive mechanical method of converting woodlands to grasslands. It is effective at uprooting and killing trees, such as pinyon and juniper, in preparing sites for seeding, and in adding litter to the soil surface (Grahame and Sisk 2002).

The Utah Department of Wildlife (2005) indicated that percent cover of perennial vegetation can be increased with chaining and planting, and advocates evaluation of site suitability prior to this type of vegetation treatment. The agency found that chaining was effective in treating pinyon-juniper sites on steep and rocky hillslopes that could not be treated using other methods. Chaining reduced the cover provided by pinyon-juniper trees and scattered debris over the site, holding soils in place until herbaceous plants became established. Chaining also efficiently thins and opens dense stands of sagebrush, while covering seeds of herbaceous species, which allows establishment of perennial herbs or development of suppressed understory herbs while retaining sagebrush in the midstory.

## Benefits of Chemical Treatments

Herbicide treatments would benefit soil by removing invasive species and other unwanted vegetation and allowing restoration of native vegetation and return of natural fire regimes. In many situations, herbicides are the only, or the most effective, method for controlling invasive vegetation. For example, mechanical and manual methods are not appropriate for large-scale treatments (hundreds to thousands of acres), or for treatments in remote areas that are difficult to access.

EFFECTS OF VEGETATION TREATMENTS

# Water Quality and Quantity

## Introduction

Invasive plants can create or exacerbate conditions that modify water quantity and quality. Directly or indirectly, invasive plants can affect streambank stability, sediment, turbidity, shade and stream temperature, dissolved oxygen, and pH. Invasive plants can also reduce water quantity. For example, tamarisk and giant reed can alter stream form and can use more water than native vegetation (USDA Forest Service 2005).

Vegetation treatments could affect both surface water and groundwater quality and quantity. Removal of vegetation could affect surface water by increasing surface runoff, promoting erosion and sedimentation, reducing shading and increasing water temperature, and limiting the amount of organic debris entering water bodies (BPA 2000). Potential groundwater effects would vary relative to type of treatment and herbicide applied at a specific location. These effects could be short-lived, recovering with vegetation reestablishment or dissipation of chemical contaminants (Satterlund and Adams 1992). The extent and duration of effects would be dependent on the geographic location, and the extent of vegetation removal, as well as on revegetation management practices.

## Scoping Comments and Other Issues Evaluated in Assessment

Many comments were received concerning water quality and water issues. Some felt that important issues should be considered on a watershed basis. One respondent felt that vegetative restoration to increase infiltration and reduce runoff and erosion is important. Assessing treatment effects on water yield, quality, and salt concentration was recommended. Respondents suggested restoring natural flood regimes and degraded fluvial systems. Other respondents indicated that erosion and stabilization of treated areas should be addressed, and the effects of burning on watershed stability should be researched.

There was concern about the effects of saltcedar on water quality, quantity, and riparian areas, with one respondent noting that water yield on the Mojave River has not increased since the removal of the saltcedar. One respondent was concerned for the species diversity in vernal pools and springs. Others felt that water for

wildlife should be of good quality and quantity, and that salt loading in the Colorado and other rivers is an important issue to address.

There was a considerable amount of concern from respondents regarding the negative effects of herbicides on water quality. Numerous respondents felt that the PEIS should address herbicide runoff, overspray, drift, and the effects and benefits of herbicide use in riparian areas. Respondents felt that the effects of decay products of herbicides in water should also be addressed. There was specific concern about the effects of herbicide use on aquatic life, the degradation of water quality, and the risk of herbicides accumulating in hydrological systems. Herbicide-related issues are addressed in more detail in the PEIS.

## Resource Program Goals

Approximately 5% of acres would be specifically treated to improve watershed functions by restoring streambank stability and channel integrity, improving vegetation diversity, and restoring habitat function. Of these acres, approximately 60% would be treated mechanically and 20% would be treated using fire. Seedbed preparation and seeding would comprise nearly all of the mechanical treatments.

The Soil, Water, and Air Management program oversees BLM efforts to improve water quality. The program has a goal to implement water quality improvement prescriptions, including vegetation treatments, in 20% of watersheds within priority sub-basins that do not meet state or tribal water quality standards. In addition, the BLM should be achieving an upward trend in the condition of uplands in 50% of watersheds within priority sub-basins. As of FY 2005, prescriptions had been implemented in 9% of watersheds and an upward trend in condition was observed in 34% of watersheds (Office of Management and Budget 2005.

The objectives of treatments would be to reduce hazardous fuels, reduce the risk of fire in the WUI, and improve habitat for fish and wildlife. These treatments, however, would also likely improve plant community structure and function, benefiting water resources in the treatment area.

As discussed below, fire exclusion policies, buildup in hazardous fuel levels, and increase in acreage dominated by invasive vegetation have led to more frequent fires of greater severity and duration and increased soil erosion over many areas of the West.

BLM_0008777

These conditions have often led to deterioration in water quality in affected areas (USDA Forest Service and USDI BLM 2000b). Although disturbances from fire, wind, plant disease, grazing by wildlife, floods, and other factors will always be important in shaping ecosystems in the western U.S., efforts by the BLM to restore vegetation to more natural conditions, reduce the frequency of catastrophic fires, and slow hazardous fuels buildup should lead to improvement in water quality in treated areas.

## Standard Operating Procedures

Standard Operating Procedures used to reduce adverse effects to water resources from non-herbicide vegetation treatments include prescribing burns that are consistent with water management objectives; planning burns to minimize negative impacts to water resources; minimizing burning on steep hillslopes or revegetating hillslopes shortly after burning; maintaining vegetated buffers between treatment areas and water bodies; and maintaining a vegetated buffer and minimizing the removal of vegetation near drinking water sources. Additionally, the BLM would not wash equipment or vehicles in water bodies, and would minimize use of domestic animals near drinking water sources and adjacent to water bodies if trampling is likely to cause soil erosion. Procedures to minimize the effects of herbicide treatments on water resources are presented in Table 2-5 of this PER and Table 2-8 of the PEIS.

## Adverse Effects of Treatments

### Effects Common to All Treatment Methods

#### *Water Quantity*

Removal of vegetation could temporarily affect water flows by altering the magnitude of low flows and the frequency and magnitude of peak flows, as compared to pre-treatment conditions. The removal of vegetation, especially over large areas, would improve groundwater availability over the short term by reducing water lost through evapotranspiration of plants. Low flows, which are dependent on the quantity of groundwater, would temporarily increase. These changes would be minor and usually short lived, unless long groundwater flow lines were involved (Sturges 1977, Satterlund and Adams 1992).

Several invasive plant species that occupy large expanses of public lands may play a role in the availability of groundwater. For example, western

juniper that has increased markedly over the last 100 years has outcompeted mountain big sagebrush in parts of central Oregon. Removal of western juniper in some areas was followed by an increase in flow from nearby springs, so increase in flow may be related to removal of western juniper. However, Schmidt (1987) concluded that there is little reason to expect large responses in streamflow to control of pinyon-juniper woodlands, and Belsky (1996) and Wilcox (2002) noted that there have been no documented increases in streamflow as a result of juniper control and that the relationship between streamflow and the abundance of pinyon-juniper trees is inconclusive.

The removal of vegetation could cause short-term increases in surface runoff, as there would be reduced interception of precipitation and evapotranspiration by plants. At a desert shrub and evergreen woodland site in New Mexico, one study documented a strong correlation between soil infiltration and vegetative cover (Wilcox et al. 1988). Effects of vegetation treatments on surface runoff and groundwater recharge would vary by site and post-treatment restoration.

Vegetation treatments that affect the interception of precipitation could increase the magnitude and frequency of peak flows and could subsequently alter the physical characteristics of the stream channel. If channel morphology has not been substantially altered, effects should persist until vegetation is reestablished. Restoration of native plant communities and vegetation structure would ultimately improve hydrologic function and watershed processes long term (USDA Forest Service and USDI BLM 2000b).

#### *Water Quality*

Increased surface water runoff resulting from vegetation removal could contribute to increased erosion, particularly in high gradient watersheds. This could further contribute to increased sediment loadings and the potential reduction in surface water quality. Sediment, which has been described as the greatest non-point source of pollution, increases turbidity and contributes to reduction in dissolved oxygen (Spence et al. 1996).

Vegetation treatments could affect water quality by reducing nutrient uptake by plants, resulting in a pulse of nutrients to nearby water bodies. Soluble nutrients, such as nitrogen, would likely enter streams or other water bodies via groundwater, while nutrients adsorbed to soil particles (e.g., phosphorous) could be carried to surface water in runoff. Nitrogen as nitrate is most often

BLM_0008778

## EFFECTS OF VEGETATION TREATMENTS

the nutrient of concern. Streams draining red alder forest in the Pacific Northwest, chaparral in California, and grasslands in California and Arizona have shown increased nitrate concentration following vegetation disturbance (Binkley and Brown 1993). Nutrient enrichment of aquatic systems can lead to algal blooms and eutrophication (i.e., deficiencies in oxygen) of lake and stream systems (Getsinger 2004).

Removal of streamside vegetation could increase water temperatures resulting from the loss of stream shade (Clark 2001). In coldwater systems, resulting temperature increases would contribute to water quality degradation and potential effects to coldwater fisheries. In the Pacific Northwest, the majority of streams on federally-administered forestlands are impaired by elevated stream temperatures (USDA Forest Service 2005).

The removal of hazardous fuels from public lands would result in a long-term benefit to surface water quality by reducing the risk of a future high-severity wildfire on the treatment site. A high-severity wildfire that removes excessive plants and litter could subsequently increase surface soil erosion and mass failures, resulting in short-term increases in stream flows (Debano et al. 1998). In addition, fire retardants could affect water quality. Fire retardants that are used most extensively for emergency suppression contain nitrogen and phosphorus that could cause nutrient enrichment of surface waters. When mixed with water and exposed to ultraviolet radiation, fire retardants break down into hydrogen cyanide, an extremely toxic substance (Fresquez et al. 2002). In highly alkaline waters, toxic concentrations of ammonia can also be produced. Finally, use of water from nearby sources to extinguish wildfires could reduce the quantity of surface water resources, particularly in arid climates or during dry seasons.

Reduced infiltration could have negative effects on groundwater recharge, leading to a decrease in groundwater supply and a decrease in the magnitude of base flows. The magnitude of effects to runoff and infiltration would vary depending on the treatment used, local conditions, and other management steps.

Loss of vegetation and erosion in areas with extensive natural sources of salt in the soil can lead to higher levels of salinity in nearby water bodies. Natural sources of salt are responsible for about half of the salinity in the Colorado River Basin, and human activities, including soil disturbance, irrigation, and

reservoir evaporation have increased the salinity level in the Colorado River Basin (USGS 1996a).

In the upper Colorado River Basin, salt enters the Colorado River and its tributaries from groundwater flows, surface runoff, and point sources such as saline springs and flowing wells. Dissolution of evaporite deposits in the upper Colorado River Basin results in highly saline ground water that ultimately contributes the largest amount of salt to the Colorado River System. The natural salt load for the Colorado River at Lees Ferry, Arizona, is estimated to be about 5.2 million tons per year. Contributions from BLM lands are included in this estimate. Surface runoff from public lands above Lees Ferry is estimated to contribute about 700,000 tons of salt per year, or about 14%. The remaining 4.5 million tons are contributed primarily by groundwater inflow and saline springs, and runoff from other federal, tribal, state, and private lands.

### Effects of Fire Treatments

The potential effects of fire on water resources would depend largely on the severity and size of the fire, with a low severity burn being less likely to degrade water quality and quantity than a severe burn, and a small fire affecting a smaller surface area than a large fire. In addition, the closer the fire is to a water body, the more likely it would be to affect water quality.

Vegetation treatments using fire have produced mixed results in attempts to increase water yield from watersheds. For example, conversion of shrublands to grasslands has been thought to increase off-site water yield (Clark 2001). After large, "clean" fires, water retention by litter and debris and water loss via transpiration both decrease, offsetting the loss of water through evaporation and leading to an increase in surface water runoff. However, the effect is quickly reduced as vegetation and litter return. Small springs and streams near burned areas often produce greater amounts of water and flow longer into the summer (USDI BLM 1988a). A similar relationship has been noted in forested watersheds after wildfires. Annual water yields and short-term baseflows generally increase if overstory vegetation is removed by fire, only to return to preburn levels as vegetation recovers. Prescribed burning generally has little effect on water yields (Beschta 2000).

In Utah, soil water patterns were studied in pinyon-juniper woodlands in areas that were untreated, chained, and burned, and chained and grazed (Gifford 1982). The untreated sites had the lowest soil water, and grazing of

BLM_0008779

chained sites did not affect soil water. However, burned sites had significantly more water the second year after treatment. A study of soil water in burned and unburned areas in a Mediterranean shrubland showed a similar pattern—soil moisture content was higher in burned areas (Silva at al. 2002).

The burning of vegetation would be expected to lead to an increase in surface runoff and sediment inputs to water, and a decrease in infiltration and thus groundwater recharge. The amount of runoff would be a factor of the timing and severity of the fire, the slope of the treatment site, and the timing, amount, and intensity of precipitation. High severity fires tend to burn much of the organic material on a site, exposing mineral soil, and sometimes forming hydrophobic soil layers Erosion, runoff, and water quality are often unaffected on level areas after a low severity prescribed burn, whereas adverse effects to water resources may persist for 9 to 15 months on moderate slopes, and for 15 to 30 months on steep slopes (Wright et al. 1976). Wright et al. (1976) further determined that average sediment yield was less than 0.01 tons per acre during the first 6 months after burning from level sites, but was about 10-fold to 100-fold greater on moderate to steep slopes. If a fire was of low enough severity that litter and duff layers were undamaged during the burn, effects to water resulting from runoff and erosion would be minimized (Beschta 2000). Additionally, burn timing is important; prescribed fire conducted prior to a precipitation event would have the greatest risks of increased surface runoff and sedimentation. Generally, low severity burns would result in no changes to stream flow. This is in contrast to conditions resulting after large or severe fires that increase stream flows for several years following the fire (Brooks et al. 1997). Sedimentation may be reduced by avoiding burns on steep slopes; retaining buffers along water bodies; revegetating treated sites; and minimizing use of burned sites by equipment, livestock, OHVs, and other ground-disturbing activities until the site has revegetated (Clark 2001).

The effects of fire on water chemistry occur as a function of mobilization of nutrient loading from ash (Clark 2001). Primary effects would result from increased nitrogen, phosphorus, and cations. Increased ammonium nitrogen and small increases in phosphorus and nitrate levels in water are common in burned areas (Richter et al. 1982; Swanston 1991; Knoepp and Swank 1993). Burning of pinyon-juniper woodlands in southeastern Utah, for example, resulted in a 400% increase in phosphorus (Buckhouse and Gifford 1976).

Nutrient levels typically "normalize" within 1 to 2 years (Clark 2001).

Use of ground-disturbing fire equipment and firelines on erosive and/or steep slopes can exacerbate erosion and sedimentation of nearby water bodies. Limiting the use of fire fighting trucks and equipment to roads or disturbed areas can reduce soil loss.

Daily temperature fluctuations in forest streams are largely regulated by the amount of solar radiation they receive (Beschta 2000). Removal of overhead vegetation along watercourses can lead to increased water temperatures after a prescribed fire. Elevated stream temperatures are detrimental to most coldwater fish species. Retaining vegetated buffers between stream courses and treatment areas, and revegetating burned areas along streams, can help to reduce effects to water temperature and stream organisms.

**Effects of Mechanical Treatments**

The effects of mechanical treatments on water quality would largely depend on the techniques used to remove vegetation, the proximity of the treatment site to a stream or water body, and the slope of the site. The soil disturbance associated with machinery used to remove vegetation, such as grubbing, plowing, scraping, chaining, or rutting from wheels or tracks, would increase the likelihood of soil and plant material being carried into streams by surface runoff. In addition, the compaction of soil by heavy equipment would increase the likelihood of surface runoff by reducing the soil's infiltration capacity. However, leaving debris in place after treatments would limit the negative effects on infiltration rates and sedimentation into streams (Gifford et al. 1970). There would be risks to water quality associated with the use of heavy machinery or mechanized equipment used to treat vegetation, as fuel leaks and spills could occur. Releases of fuel would be more likely to affect surface water than groundwater, and would have the greatest effects to water quality if fuel was released directly into the water.

**Effects of Manual Treatments**

Because manual treatments would occur over small areas (65% of treatments would be less than 100 acres), and would involve minimal soil disturbance or vegetation removal, the effects to water resources would be minimal. Manual treatment seldom results in exposed soil, and plant materials would remain in the treatment areas, minimizing the risks of sedimentation and alterations to water flow. Precautions would be

EFFECTS OF VEGETATION TREATMENTS

taken to minimize risks associated with the use of chainsaws or other power tools, including fuel spills.

## Effects of Biological Treatments

### Containment by Domestic Animals

Approximately 60% of acres treated using biological control methods would be treated using livestock, including sheep and goats. Vegetation treatments using domestic animals could affect water depending on the intensity and duration of grazing and the location of the treatment site relative to a given water body. Domestic animals can affect surface runoff as a function of trampling, soil disturbance, and soil compaction. Past studies observed that runoff from a heavily grazed watershed was 1.4 times that of a moderately grazed watershed, and 9 times greater than that of lightly grazed watershed (Rauzi and Hanson 1966). In some cases, grazing may actually improve soil infiltration by breaking up physical crusts on the soil (Walter 1984).

Livestock that graze in proximity to aquatic systems could affect water quality as a function of nutrient loading (e.g., nitrogen and phosphorous) and increase in bacterial and fecal coliforms. Cattle, for example, produce about 5 billion fecal coliforms in each feces and average 12 defecations per day, making them capable of contributing significant numbers of these organisms to surface water (Howard et al. 1983). Furthermore, the nutrients found in livestock waste stimulate algal and aquatic plant growth when deposited directly or immediately adjacent to a water body. Although this plant growth can provide a food base for aquatic organisms, an excess of nutrients can stimulate algal blooms, which reduces water quality by lowering dissolved oxygen levels. The effects of grazing treatments on water quality would depend on the number of animals, the intensity of the program, and the proximity to surface water bodies.

### Biological Control Agents

Approximately 40% of acres treated using biological control methods would be treated using insects and pathogens to control vegetation. There would be minimal effects to water resources as a result of introducing insects or pathogens into treatment sites. These agents typically kill target plants slowly, after which plants remain on the site, reducing the likelihood of surface runoff and sedimentation.

## Effects of Chemical Treatments

### Aquatic Vegetation Control Using Herbicides

Applications of herbicides to aquatic systems would not directly modify water quantity. Indirect effects to water quantity could occur if treatments that removed unwanted aquatic vegetation reduced plant uptake of water, increasing the amount of available water.

The BLM currently uses four herbicides in riparian and aquatic habitats—2,4-D, glyphosate, imazapyr, and triclopyr—and is proposing to use diquat and fluridone in these areas, as well. The remaining herbicides available to the BLM, or proposed for use, are registered for use only on terrestrial sites.

Herbicides applied to streams, ponds, and lakes for aquatic vegetation control could affect surface water quality if applied at concentrations that exceed label requirements. Based on the HHRA (see the Human Health and Safety section and Appendix B in the PEIS), there would be low risk to drinking water in areas treated with diquat, fluridone, glyphosate, or imazapyr, even if these herbicides were accidentally spilled in streams, ponds, or lakes used by humans. However, risk is moderate to high for drinking water if treated with 2,4-D or triclopyr.

Aquatic plant control can cause a high rate of plant decomposition and may cause rapid oxygen loss from water that can seriously degrade water quality. The magnitude of this effect depends on water temperature, lake or pond stratification, and the amount and rate of plant decomposition. The effects can persist from a few weeks to an entire growing season, but are generally not permanent.

Water quality degradation could result from removal of riparian vegetation and a reduction in shade. With the loss of shade, the resulting increase in surface-water temperature fluctuations may drive water temperature beyond tolerable limits for temperature sensitive fish and other aquatic species.

### Terrestrial Vegetation Control Using Herbicides

The use of herbicides to remove vegetation could affect water quantity by altering the magnitude and frequency of base flows and the magnitude of peak flows. For some treatment areas, large-scale vegetation removal could improve groundwater recharge by limiting the amount of water lost through sublimation or plant evapotranspiration. In such cases, base flow, which is

BLM_0008781

dependent on groundwater discharge, would increase. These changes could be very minor or short-lived if the vegetation did not evapotranspirate or sublimate large proportions of precipitation, or if areas were revegetated quickly (Satterlund and Adams 1992).

In contrast to increasing base flows, vegetation removal could result in the reduction of groundwater discharge and reduced base flows as a function of reduced infiltration rates. Reduced infiltration rates result in more surface runoff reaching streams and lakes immediately after a rain event, thus increasing the velocity, frequency, and magnitude of peak stream flows. These changes in water quantity could alter the physical characteristics of stream channels. Any effects would persist until the sites were revegetated, unless channel characteristics were substantially changed during this period.

The four primary means of offsite movement of herbicides are runoff, drift, misapplication/spills, and leaching. Surface water could be affected by any of these means, while groundwater potentially would be affected only by leaching.

Herbicides registered for use in terrestrial habitats may affect surface water and groundwater as a result of unintentional spills or movement of herbicides from upland sites into aquatic systems. Pollution results from herbicide concentrations that are elevated enough to impair water quality and the beneficial use of that water (USDI BLM 1991a). The potential for upland herbicide applications to reach water is affected by the herbicide's physical properties, the application method and rate, and site conditions (BPA 2000).

The vegetation, ground cover, or soil type between a treatment area and a water body can influence whether herbicides will reach water. Thick vegetation might block drift or absorb an herbicide moving through water or ground before it reaches a water body. In comparison, where little to no vegetation is present, the herbicide would encounter less resistance when washing toward the water body.

Additional effects to water quality that could occur from herbicide treatments include increased nutrient loads to surface water and groundwater. Soluble nutrients can enter surface water or groundwater. Nutrients adsorbed to particles may be moved to water bodies by wind and water erosion. Nutrient enrichment of aquatic systems can lead to algal blooms and eutrophication (mineral and organic nutrient loading and subsequent proliferation of plant life), resulting in decreased

dissolved oxygen contents. The extent and duration of effects would be dependent on the geographic location, and on the extent of vegetation removal, as well as on revegetation management practices. Removal of large amounts of vegetation along streams could lead to warmer water temperatures, to the detriment of fish and other aquatic organisms.

From a watershed perspective, the concentration and amount of the herbicide applied can influence the risk of water contamination. The ratio of treated to untreated surface area in any given watershed is usually sufficiently low to permit rapid dilution. This ratio is much lower than for the concentrated areas or blocks of land typically targeted by the BLM for rangeland and forestry treatments. For example, aerial application of herbicides along a 100-foot wide ROW would result in treatment of about 2% to 3% of a 640-acre area. In contrast, treatment of 10% to 75% per 640 acres is common in forestry and rangeland applications. Risk of direct application of herbicides to streams along ROWs would increase if the linear flight path of the applicator crosses several streams.

## Beneficial Effects of Treatments

Over the long term, vegetation treatments that move forests and rangelands toward historical ranges of variability, with a preponderance of native plant communities in natural mosaic patterns and relatively uninterrupted disturbance regimes, would provide favorable conditions for water quality (USDA Forest Service and USDI BLM 2000b; Hann et al. 2002). To better ensure favorable long-term conditions, the BLM proposes to increase the number of acres treated annually 3-fold, and to focus treatment efforts on high priority watersheds where state or tribal water quality standards are not met.

The proliferation of invasive and unwanted aquatic vegetation in surface waters can affect water quality, resulting in water quality degradation. Blooms of weedy vegetation can result in reduced drinking water quality, potentially limit recreation opportunities, and lead to depletion of oxygen in water, which can degrade fish and wildlife habitat. Infestations can block channels or culverts, causing flooding. Use of aquatic herbicides to remove weedy and invasive aquatic vegetation could reverse such infestations and greatly improve water quality and enhance fish and wildlife habitat and recreational opportunities. Of the two herbicides proposed for use by the BLM, fluridone demonstrates the best potential efficacy to reduce dense infestations

## EFFECTS OF VEGETATION TREATMENTS

of aquatic plants while having few adverse effects on water quality and fish. Diquat is effective in aquatic weed control, but is a known groundwater contaminant that could harm native fish and plants. Its use should be limited to areas where vegetation control is paramount and risks to fish and water quality are of less concern.

Historical fire suppression may have affected water quality and quantity. On rangelands, fire suppression is partly responsible for the spread of pinyon-juniper woodlands. The spread of western juniper and increase in the density of juniper stands could lead to conditions that favor decreased soil infiltration and increase in peak discharges. Fire suppression in forests has led to increased aboveground vegetation that may contribute to increased evapotranspiration rates and decreased runoff. Where high severity fires have increased due to fire suppression, soil porosity has decreased and led to increasing soil erosion and runoff. Efforts to reduce the risk of catastrophic wildfires would reduce the potential for excessive loss of plant and litter cover and the potential for soil erosion and mass failures that cause a decrease in water quality. Fire use and other treatments that restore natural fire regimes and ecosystem processes would reduce the effects of fire suppression and benefit water resources and quality, especially in high priority watersheds, in Fire Regime Condition Class 3 areas, and in areas dominated by downy brome and other invasive species.

Mechanical and other methods to control pinyon-juniper have been used in attempts to increase water yield and groundwater recharge. Chaining and windrowing debris from pinyon-juniper woodlands may reduce infiltration and increase streamflow, while double-chaining and leaving debris in place may not affect infiltration and water yield (Williams et al. 1972; USDI BLM 1991a). Creation of large depressions in the soil during treatments could reduce runoff and increase infiltration by storing water (Richardson et al. 1979). Rootplowing of creosote bush sites in Subtropical Steppe rangelands reduced runoff by increasing surface roughness and water storage, but rootplowing of creosote bush and seeding grass in New Mexico resulted in less vegetative cover and lower infiltration rates than in untreated areas (Tromble 1980). Infiltration rates increased on rootplowed areas when seeded grass cover had sufficient time to increase.

Herbicide use can benefit water quality if vegetation removal reduces the risk of catastrophic fire. Treatment of upland areas to reduce fuel loading could contribute to long-term benefits to surface water quality by reducing the risk high-intensity wildfires. In addition,

the use of herbicides to control invasive species in terrestrial and aquatic systems could provide long-term benefits to water quality with the return of more stable soils, attenuated nutrient cycling, and return to normal fire cycles.

Approximately 10% of treatment acres could be treated using new herbicides proposed for use in the PEIS, and the BLM could use additional new herbicides in the future. Diquat and fluridone could be directly applied in aquatic systems to control unwanted submersed aquatic vegetation. Approval of diquat and fluridone would provide new capabilities for controlling invasive aquatic plants and could provide benefits to water quality if invasive aquatic plants were eliminated. Fluridone, in particular, has been effective at controlling Eurasian watermilfoil without resulting in effects to drinking water quality or recreation (Washington Department of Ecology 2003). Imazapic is not known to contaminate groundwater and would be used to control downy brome infestations. Diflufenzopyr is not known to contaminate groundwater, but has a high potential to leach to groundwater. Except for fluridone, which has a high potential for surface water runoff, the proposed herbicides have low potential to flow to aquatic bodies in stormwater runoff.

Much of the effort by the BLM to reduce salinity levels in the Colorado River Basin is focused on minimizing surface disturbance and revegetating disturbed sites in soils with a high natural content of salt. Controlling salinity in rangeland surface runoff is closely related to controlling soil erosion. Vegetation cover is usually the most important management variable influencing runoff and erosion rates on rangelands. In systematically targeted watersheds, the payoff for salinity control is that decreased sediment yields and moderated flood flow energies should combine to transport less salt from the uplands, as well as from gullies and established channels.

The Forest Service and BLM used modeling to predict the effects of an aggressive program of treating vegetation and controlling land disturbances, similar to those proposed in this PER, on water resources and quality in the Interior Columbia Basin. Although few benefits would be expected during the first 10 years after treatment, long-term benefits included reduced rates of soil erosion and improvement in other water quality parameters. Implementation of restoration activities, including restoring natural fire regimes, restoring native grasses, forbs, and shrubs, managing land uses to reduce the extent of exotic plant invasions,

BLM_0008783

and focusing treatments in high priority watersheds, would result in the greatest benefits.

# Wetlands and Riparian Areas

The BLM manages over 23 million acres classified as riparian or wetland. Wetlands and riparian areas in the western U.S. and Alaska are influenced by human activity, natural disturbance, and local physical and biological conditions. Invasive plant species degrade wetland and riparian area function and present a challenge to vegetation management. An estimated 59,000 acres of wetland habitat and 17,500 stream miles on BLM lands lack characteristics necessary for "high" functioning wetland and riparian habitats (USDI BLM 2006d). Invasive plant species are one factor that degrades wetland and riparian function. Hazardous fuels buildup can lead to catastrophic wildfires that can also adversely affect wetland and riparian habitat.

Wetlands and riparian areas provide important ecological functions, including flood water attenuation, sediment trapping, and nutrient transformation and retention (Westbrooks 1998). In addition to physically displacing native vegetation, invasive plant species and wildfires can alter the fire frequency, hydrologic properties, soil chemistry, and physical structure of wetland and riparian ecosystems.

Invasive plants often spread quickly over large areas, displacing native vegetation and habitat for wildlife. Invasive plants outcompete native species because they have no natural predators to limit their reproduction and spread (Westbrooks 1998). Thus, removal of non-native and invasive plants would be expected to result in an improvement in the environmental health of wetland and riparian ecosystems.

Vegetation treatments would benefit wetland communities by decreasing the growth, seed production, and competitiveness of target plants, thereby releasing native species from competitive pressures and aiding in their reestablishment. The degree of benefit would depend on the success of the treatments over both the short and long term. Some treatments that are successful at removing weeds over the short term may not accommodate the establishment of native species. In such cases, seeding of native plant species would be beneficial.

## Scoping Comments and Other Issues Evaluated in Assessment

Comments were received concerning water quality and water issues and the potential for increased infiltration, reduced runoff and erosion, and sediment transportation within wetlands and riparian areas from vegetation treatments. Concern was also expressed regarding the effect of grazing in riparian areas. Recommendations were made to scale back fuels reduction in riparian areas and to suppress fires near rivers.

## Resource Program Goals

The Soil, Water, and Air Management and Riparian Management programs are primarily responsible for activities that affect wetlands and riparian areas. Wetland and riparian areas comprise only about 9% of public lands, but support some of the most ecologically diverse and important plant and animal communities occurring on public lands (USDI BLM 2006c).

Treatments would be focused on watersheds that fail to meet resource objectives and/or that provide habitat for greater sage-grouse. The BLM would also initiate restoration efforts in wetland and riparian areas in less than proper functioning condition, with much of the emphasis on controlling invasive and noxious weeds (USDI BLM 2006c). The BLM has ongoing programs to control invasive vegetation and noxious weeds in riparian areas, including saltcedar. The BLM is working with Ducks Unlimited and other groups to create wetlands and improve stream habitat. Substantial effort is focused on removing and revegetating abandoned logging roads to reduce erosion and sedimentation of nearby aquatic bodies, and to restore habitat for salmon and other fish in the Columbia River Basin (USDI BLM 2006c).

Fire exclusion policies, buildup in hazardous fuel levels, and increase in acreage dominated by invasive vegetation have led to more frequent fires of greater severity and duration and increased soil erosion over many areas of the West. These conditions have often led to deterioration in wetland and riparian habitat in affected areas (USDA Forest Service and USDI BLM 2000b). Although disturbances from fire, wind, plant disease, grazing by wildlife, floods, and other factors will always be important in shaping ecosystems in the western U.S., efforts by the BLM to restore wetland and riparian vegetation to more natural conditions, and to reduce fuels buildup and the frequency of catastrophic

BLM_0008784

EFFECTS OF VEGETATION TREATMENTS

fires, should lead to a slow improvement in wetland and riparian habitat in treated areas.

## Standard Operating Procedures

This assessment of effects assumes that SOPs (listed in Table 2-5) would be used to reduce potential unintended effects to riparian and wetland areas. Prevention and early detection is the least costly and most effective weed control method. Weeds colonize highly disturbed ground and invade plant communities that have been degraded, but are also capable of invading intact communities.

Reseeding or replanting may be required to revegetate sites in which the soil has been disturbed or vegetation has been removed, and where there is insufficient vegetation or seed stores to naturally revegetate the site. Disturbed riparian and wetland areas may be reseeded or planted with desirable vegetation when the native plant community cannot recover and occupy the site sufficiently. The goal of revegetation is to stabilize and restore vegetation on a disturbed site and to eliminate or reduce the conditions that favor invasive species. Plant materials that are brought onto public lands should be free of disease. Chances for revegetation success are improved by selecting seeds with high purity and percentage germination; selecting species native or adapted to the area; planting at proper depth, seeding rate, and time of the year for the region; choosing the appropriate planting method; and, where feasible, removing competing vegetation. Planting mixtures are adapted for the treatment area and site uses. For example, a combination of shrubs and trees might be favored for riparian sites.

For application of herbicides not labeled for aquatic use, the BLM would specify herbicide-free buffer zones based on risk assessment guidance, with minimum widths of 100 feet for aerial, 25 feet for vehicle, and 10 feet for hand spray applications. Buffers would reduce the potential for transport of terrestrial herbicides into wetland and riparian habitats. Operational plans should also include information on project specifications, key personnel responsibilities, communication procedures, safety, spill response, and emergency procedures. Additional SOPs for herbicide treatments may be found in Table 2-8 of the PEIS.

## Adverse Effects of Treatments

Approximately 30,000 acres of wetland and riparian habitat would be treated annually. Of these acres, approximately 34% would be treated using chemical treatments, 30% using biological control methods, 28% using mechanical and manual methods, and 8% using fire. Herbicide treatments would be conducted using ground-based equipment, and over 80% of treatments would occur in the Temperate Desert and Subtropical Steppe ecoregions. Biological control treatments would primarily involve the use of insects. Although there are no current plans to use prescribed grazing to contain vegetation in riparian or wetland habitat, based on information provided by BLM field offices, there is at least some potential to use livestock grazing as a biological control in these habitats. The use of livestock to control vegetation in riparian and wetland habitats would require very careful planning and execution to avoid impacts to other resources. In these habitats the timing, amount, and duration of grazing would be very specifically designed to impact the growth and reproduction of target plant species without inhibiting the ability of native vegetation to reproduce and revegetate the treatment area. Although prescribed grazing may not be an effective tool in many riparian and wetland habitats, it may be useful in some situations and should therefore be considered. Nearly all fire treatments in riparian areas would be 100 acres or less. An increase in soil erosion and surface water runoff could result from vegetation removal, which could lead to streambank erosion and sedimentation in wetlands and riparian areas (Ott 2000). Rates of runoff would be influenced by precipitation, rate of vegetation recovery, soil types, and proximity to the treated area. All vegetation removal activities could disturb the soil and reduce the amount of vegetation that can bind to soil, potentially causing erosion and increased sedimentation of wetlands and riparian areas. Sediments can affect plants within wetlands and riparian areas by reducing the amount of sunlight reaching plants and slowing or stopping plant growth.

The removal of vegetation would decrease the amount of ramfall captured by plants, detritus, and soil, potentially leading to increased stormwater flows and runoff velocity in both ecosystems. Increased stormwater runoff can scour wetlands and modify their morphology, and affect the distribution and abundance of aquatic organisms within the area. Many species that use wetlands have evolved life-history strategies that depend on stable conditions (i.e., stable water quality and quantity). For example, vegetation removal resulting in increased water flows to wetlands during the spring could flood the breeding sites of aquatic organisms that breed or lay eggs in moist soil, harming or killing eggs or juveniles.

BLM_0008785

A reduction in non-target aquatic vegetation can result in oxygen depletion as the vegetation begins to decompose. Siltation of wetlands could reduce water quality and the amount of oxygen available to aquatic organisms. In addition, siltation could reduce the acreage of wetland and riparian habitat.

**Effects of Fire Treatments**

Only about 2,300 acres of wetland and riparian habitat would be treated annually using fire, the smallest acreage of all the treatment methods, and only 0.1% of all acres would be treated using fire. The effect of fire on wetland and riparian areas would depend on the natural fire regime of the area, the time of year the fire occurred, and the extent of the fire. Fires can also consume or degrade peat soil, change the vegetation composition and structure of an area, and increase erosion and turbidity in wetlands. In general, prescribed fires would have fewer impacts than wildfires, as they are low severity and can be controlled to occur in one particular area.

Because of the high productivity of wetlands, and the density at which many wetland species occur (e.g., phragmites, cordgrass, cattail, and reed canarygrass), fuel loads are often considerably higher per unit area in wetlands than in uplands. In riparian areas where vegetation density is high, the potential for hotter, more extensive burns is elevated (Thompson and Shay 1984). High intensity fires could also kill large trees, with increases in stream flow and erosion as a result of vegetation loss.

Replacement of native vegetation by exotic plant species, many of which are highly flammable, can contribute to an increased incidence of fire in riparian areas. Tamarisk, giant reed, and annual grasses such as red brome all are highly flammable. The spread of many of these exotics is due in part to the same changes in stream flow regimes that render the riparian areas more susceptible to fire.

Fire intensity, magnitude, and behavior vary with the composition, density, and structure of local vegetation, litter depth, fuel loading and moisture content, soil composition, water table, and climate (Rassman 1993 *cited in* Culver 1997). As a result, fire may lightly char or slowly burn an area or may burn rapidly, resulting in crown-destroying burns, depending on the combination of these variables and site conditions (Berndt 1971; Minshall et al. 1989; Rassman 1993 *cited in* Culver 1997).

**Effects of Mechanical Treatments**

Mechanical treatments would occur on approximately 3,500 acres of wetland and riparian habitat annually, or about 0.2% of all acres treated using mechanical methods. Treatments would involve mowing, disking, and chopping. The effects of mechanical treatments on wetland and riparian areas would be related to the types and amounts of soil disturbance and vegetation removal, the proximity of the treatment to a wetland or riparian area, and the incidence of accidental spill.

Methods for controlling aquatic vegetation include harvesting aquatic plants using machines that can cut the plant in an area 6 to 20 feet wide and from 5 to 10 feet below the water surface. These harvesters can "open" up an area, but can also lead to the spread of aquatic vegetation to new areas. In addition, harvesters may affect fish and other aquatic organisms by removing them in harvested material. Cutting plant stems too close to the bottom can result in resuspension of bottom sediments and nutrients (Madsen and Stewart 2004).

Weed rollers, which can be up to 30 feet long, compress the sediment and plants in an area. Frequent use of rollers allows only limited growth of vegetation, and may disturb bottom-dwelling organisms and spawning fish. A rotovator is similar to an underwater rototiller. The equipment dislodges and removes plants and roots. Since the rotovator greatly disturbs the bottom sediments, there is concern that use of the equipment can: 1) resuspend contaminated sediments; 2) release nutrients absorbed or precipitated in the sediment (e.g., phosphorus); 3) adversely affect benthic organisms; or 4) affect fish spawning areas.

Blading, tilling, and grubbing disturb soil and can increase erosion, and thus may degrade aquatic habitat, especially when the treatment is performed on hillslopes. Erosion can be a problem on slopes greater than 20%. Thus, such mechanical methods should be avoided on steep hillslopes. To reduce effects, the BLM would limit blading to relatively level areas, and would reseed bladed and grubbed sites to prevent runoff and erosion.

Chaining, roller chopping, and mowing that mulches plant debris can aid in erosion control. Retention of a vegetated buffer between the treatment area and water could also reduce the risk of sedimentation and stabilize soils within an area. Emergent plants, such as cattail, common reed, whitetop, and sedge, that are mowed as close as possible to the substrate to facilitate inundation

BLM_0008786

EFFECTS OF VEGETATION TREATMENTS

of the stubble during the growing season, can be effective in reducing shoot density by 50% or more (Kaminski et al. 1985). Dense stands of cattail and or other emergents can be controlled by burning during winter, shredding the remaining stubble, and then flooding the cut stalks for at least 2 weeks (Weller 1975, Murkin and Ward 1980).

The use of heavy equipment can result in soil compaction, particularly in areas of moist soils that can increase surface runoff from the surrounding treated areas. Compaction by vehicles and other heavy equipment can reduce the porosity of soils, thus limiting water infiltration. The magnitude of effects to wetlands would depend on soil compaction and weather. One means to minimize the effect of heavy equipment on soil involves the use of tracked or low-pressure tires, which distribute vehicle weight over a larger area, thus reducing pressure on soil. Treatment by mechanical methods during dry months can also minimize the effects to wetlands by reducing the potential for surface water runoff into wetlands.

Spills resulting from fueling, equipment maintenance, and operation could adversely affect water quality and the health of wetland or riparian areas. These risks would be minimized by having provisions for incident response in the SOPs.

**Effects of Manual Treatments**

Manual treatments, which can target smaller areas, would be less likely to affect wetland and riparian areas than the other methods. Manual treatments would occur on approximately 4,400 acres of wetland and riparian habitat. Over 50% of the acres treated would be in Nevada. Treatments would involve the use of chainsaws and seeding or planting.

Hand treatments would remove the overstory and would cause little soil disturbance or erosion. In most cases, unwanted vegetation near a wetland or riparian zone could be removed without disturbing more desirable species. Typically, plant debris would be mulched and left on site. Fuel and lubricant spills that could result from using chainsaws and trimmers would be contained or cleaned up before contamination spread to surrounding sensitive areas.

**Effects of Biological Treatments**

Approximately 9,400 acres of wetland and riparian habitat would be treated using biological control methods. Nearly all acres would be treated using

insects. Most of the acres treated would occur in the Temperate Steppe Ecoregion.

*Containment by Domestic Animals*

Although most biological control in wetlands and riparian areas would be accomplished using insects, there could be some use of livestock. The degree of effect to wetlands and riparian areas from treatments using domestic animals would be dependent on the timing, duration, and intensity of grazing. Direct effects could include stream channel/wetland morphology alteration, and loss of native wetland or riparian vegetation. Improper grazing management can have a considerable effect on vegetation vigor and biomass, and species diversity (Kauffman and Krueger 1984). The potential loss of vegetation as a function of improper grazing management can lead to further loss of aquatic habitat as channels widen and water depths become shallower (Hubert et al. 1985; Platts and Nelson 1985; but see George et al. 2002). These potential impacts highlight the need for very carefully planned prescribed grazing which would require control of the timing, amount, and duration of grazing to limit these potential impacts. Temporary electric fencing, short term use of a pasture, preconditioning livestock to encourage grazing of the targeted vegetation, and herding are examples of measures that could be taken to minimize impacts.

*Biological Control Agents*

In most cases, these biological treatments would involve the release of organisms intended to weaken or kill vegetation. Vegetation would remain in place, resulting in little soil disturbance in the treatment area. If treated successfully, the plant community near or within the wetland or riparian area should improve.

**Effects of Chemical Treatments**

Approximately 10,000 acres of wetland and riparian habitat would be treated annually using herbicides. Herbicides may directly or indirectly affect the survival, health, or reproduction of non-target wetland or riparian plants or may affect characteristics of these plant communities and their ecosystem functions. Additionally, aquatic system herbicides are not species-specific, and the use of these herbicides may result in direct and indirect effects on wetland and riparian species diversity, competitive interactions, species dominance, and vegetation distribution (Kleijn and Snoeijing 1997). Herbicide applications could reduce plant cover leading to increased sedimentation,

BLM_0008787

increased nutrient loading, alterations in native vegetation, and changes to temperature and hydrologic conditions. The effect of an herbicide's damage to non-target plants and the surrounding ecosystem can be evaluated by looking at its effects on 1) species diversity, 2) functionality of the wetland or riparian area in terms of wildlife habitat, recreational use, or groundwater recharge, 3) forest product (e.g., timber, wood pulp) production, and 4) aspects affecting environmental quality (e.g., soil erosion, invasion of noxious weeds, creation of vegetative barriers; Obrigawitch et. al 1998).

An increase in soil erosion and surface water runoff could result from vegetation reduction near riparian and wetland areas, which could lead to streambank erosion and sedimentation (Ott 2000). The amount and likelihood of streambank erosion and sedimentation would be directly proportional to the size of the treatment area (i.e., larger treatment areas would have increased risk of streambank erosion and sedimentation). Additionally, sedimentation could result in a reduction in the acres of wetland and riparian habitat.

Risks to wetland and riparian non-target species would depend on a number of factors, including the amount, selectivity, and persistence of the herbicide used; the application method used; the timing of the application; and the plant species present. Risks to wetlands and riparian areas from surface water runoff would be influenced by precipitation rates, soil types, and proximity to the application area. Some herbicides (e.g., sulfometuron methyl) that adsorb into soil particles could be carried off-site, increasing their risk of affecting vegetation in wetlands and riparian areas.

Unintentional applications could have severe negative effects for wetlands and riparian systems. In particular, accidental spills near wetland and riparian areas could be particularly damaging to wetland and riparian vegetation. Spray drift can also degrade water quality in wetlands and riparian areas and could damage non-target vegetation.

## Beneficial Effects of Treatments

Successful control of invasive plants in wetlands and riparian areas would lead to improved conditions in these habitats over the long term. The eventual growth of desirable vegetation in treated areas would moderate water temperatures, buffer the input of sediment and herbicides from runoff, and promote bank stability in

riparian areas. Ongoing efforts by the BLM to enhance wetland and riparian vegetation would also help to increase the number of miles of stream and acres of wetlands that are in proper functioning condition. Improvement of riparian and wetland habitat would also benefit salmonids and other species of concern that depend on these habitats for their survival (USDA Forest Service and USDI BLM 2000b).

Control of aquatic and riparian vegetation can improve habitat quality for fish and wildlife, improve hydrologic function, and reduce soil erosion. Much of the BLM's vegetation control efforts in wetlands and riparian areas would focus on non-native species that can substantially alter wetland and riparian habitats, such as purple loosestrife, water-thyme, and Eurasian watermilfoil. Purple loosestrife forms extensive monotypic stands that displace native vegetation used by wetland animal species for food and cover (Bossard et al. 2000). Purple loosestrife can also alter the hydrology and soil conditions of wetland pastures and affect recreational activities. Water-thyme is an aquatic species that forms large mats that fill the water column and can severely restrict water flow, leading to a decrease in habitat for fish and wildlife and degraded water quality. Eurasian watermilfoil is another aquatic species that has spread across the West and that has been found to alter the physical and chemical characteristics of lakes and streams.

Vegetation treatments that reduce hazardous fuels would benefit wetlands and riparian areas by reducing the potential for catastrophic wildfires and resultant loss of high quality wetland and riparian habitat. Hazardous fuels reduction would also decrease the likelihood that wildfire suppression activities would occur in or near aquatic habitats.

### Effects of Fire Treatments

Fires in wetlands or riparian areas can have both a positive and negative effect on the ecosystem. In addition to restoring conditions that more closely resemble those that would occur under natural fire conditions, prescribed fire may decrease hazardous fuels, trigger germination of some plant species, stimulate growth of new vegetation, and open up and create new habitat for wildlife (Agee 1994, Brennan and Hermann 1994, Payne and Bryant 1998). By removing vegetative debris, cover burns temporarily release more desirable plants that have an earlier growing season than more objectionable plants, such as cordgrass. Peat burns made during a drought can convert a marsh into aquatic habitat (Payne and Bryant 1998).

BLM_0008788

EFFECTS OF VEGETATION TREATMENTS

Fire may provide indirect benefits to wetlands by raising the pH of soil in certain areas. Since nutrient availability is related to soil acidity, elements critical for plant growth, such as phosphorus and nitrogen, become more available to plants as the soil pH increases. Fire also helps to release nutrients that may be tied up in forms that are unavailable to plants, such as woody material. The burning of surface organic matter releases some nutrients onto the soil in the form of ash, resulting in increased calcium, phosphorus, and potassium. This influx of nutrients could contribute to vegetation growth (DeBano et al. 1998).

Fires that kill trees create a source of standing wood that ultimately provides fish habitat. The input of woody debris can continue for a year or more after a burn (Young 1994; Minshall et al. 1997; Berg et al. 2002). Large wood in streams and wetlands provides hydraulic roughness, serves as a food source for aquatic and wildlife species, and provides habitat for wildlife. Conversely, devastating fires that result in fewer trees on a site would limit the input of woody debris to aquatic systems.

Prescribed fire or low intensity fires would be more likely to kill shrubs and deciduous trees than larger conifers. Since many species of shrubs and trees resprout, soil stability should not be impaired and conifers could continue to serve as a source of wood to aquatic habitats. For a comprehensive treatment of a site, however, prescribed fire may be followed by additional treatment. For example, burning followed by mechanical treatment has proven to be a successful treatment for invasive vegetation such as saltcedar (Ball et al. 2001).

### Effects of Mechanical and Manual Treatments

Mechanical methods are appropriate for vegetation treatments near water where a high degree of control is necessary to reduce the risk to aquatic habitats from the use of fire and herbicides. Manual treatments, which tend to be more selective and involve smaller treatment areas than other methods, would be less likely to affect wetland and riparian areas than the other methods. Stump cutting and application of Arsenal® has been effective in control of saltcedar. Saltcedar topgrowth should not be removed for 3 years following herbicide application or resprouting will occur (Lym 2002).

### Effects of Biological Control Treatments

With proper management, grazing can result in desirable plant response from riparian vegetation.

Seasonal exclusion of cattle is effective in minimizing effects to soil and vegetation. With the right timing and amount of grazing pressure, invasive plants such as reed canarygrass, river bullrush, and cattail can be effectively controlled. The extensive root systems of these species are shredded by the cow's hooves. Studies have shown that rest-rotation and/or specialized grazing management of riparian zones as special use pastures is successful (Kauffman and Krueger 1984). For example, Davis (1982 *cited in* Kauffman and Krueger 1984) in Arizona found that a four-pasture rest-rotation system was a cost-effective and successful method for rehabilitating riparian areas when each pasture received spring/summer rest for 2 years out of 3.

Brush and weed management through grazing can benefit riparian areas. Goats and sheep have long been used for weed control. Goats are often used to control weeds and non-native brush species in riparian areas. Grazing allows for the release of more desirable plants, contributing to improved riparian and wetland conditions (Luginbuhl et al. 2000; Pittroff 2001). For example, the use of goats in areas infested with leafy spurge has proven successful. Goats show a strong preference for spurge and are less costly to use than chemical control measures.

Insects have been used effectively for biological control. For example, *Diorhabda elongata deserticola*, a leaf beetle from central Asia, has been used as a biological control agent for saltcedar. This insect can defoliate large areas of saltcedar (USDA 2003).

Several insects feed upon purple loosestrife, including the black-margined loosestrife beetle, golden loosestrife beetle, loosestrife root weevil, and blunt loosestrife seed weevil. These insects feed upon the exposed shoots during early spring. The golden loosestrife beetle was found to reduce flowering spike density by over 80% at two sites in Oregon. The loosestrife root weevil larvae feed on the roots of purple loosestrife, while the adults feed upon the foliage. The blunt loosestrife seed weevil feeds on leaves and immature seed capsules, while larvae eat the developing seeds within the capsules. Larvae destroy about 50% of the seeds within the capsules they infest (Rees et al. 1996).

The salvinia weevil has been shown to be an extremely effective biological control agent for giant salvinia. This highly specific insect feeds only on salvinia species from South America, rejecting closely related species from Africa and Europe. Biomass declined from more than 100 tons of fresh weight salvinia per acre at some sites in Louisiana and Texas to less than 2 tons during

BLM_0008789

the same period. At two sites, one each in Texas and Louisiana, the mats of giant salvinia have almost completely collapsed. These waterbodies formerly choked with the weed are now mostly open water (USDA ARS 2004).

**Effects of Herbicide Treatments**

The BLM's ability to use four new chemicals (fluridone and diquat for aquatic applications, and imazapic and Overdrive® for terrestrial applications), and new herbicides as they would become available and approved for use, would provide new capabilities to the BLM for controlling problematic invasive species and would provide benefits to these wetland and riparian areas if invasive species were controlled or eliminated.

Risks to wetland and riparian areas from use of these herbicides are similar to or lower than for risks associated with currently-approved herbicides. The risks to wetland and riparian plants from accidental spill and drift scenarios would be lower with the proposed herbicides than with currently-approved herbicides. In addition, fluridone is specifically indicated for aquatic use, whereas none of the other currently-approved herbicides are strictly aquatic herbicides. Under the other herbicide treatment alternatives, diquat and fluridone would be used to treat aquatic vegetation, and both have shown to be effective in the control of Eurasian watermilfoil, water-thyme, water hyacinth, and giant salvinia. The other herbicides registered for aquatic use, glyphosate and triclopyr, are not as effective in controlling these species. However, disking with a follow-up spraying of Rodeo® (formulation of glyphosate), was effective in treating reed canarygrass in Washington State wetlands (Killbride and Paveglio 1999, Paveglio and Killbride 2000)

Overdrive® and imazapic would primarily be used on rangelands, but could still provide benefits. Overdrive® would be used to treat thistles and knapweeds, while imazapic could be used to control downy brome. These invasive plant species degrade riparian habitats and can lead to shortened fire cycles, followed by soil erosion and sedimentation.

The BLM does not propose to use herbicides in Alaska, where the majority of the wetland and riparian areas on BLM lands are found. However, the BLM would retain the option to use herbicides in Alaska should the need arise and the benefits of using herbicides outweigh the risks of other treatment methods.

# Vegetation

The present-day composition and distribution of plant communities in the western U.S. are influenced by many factors, including physical factors (e.g., climate, drought, wind, geology, topography, elevation, latitude, slope, exposure) and natural disturbance and human-management patterns (e.g., insects, disease, fire, cultivation, domestic livestock grazing, wildlife browsing; Gruell 1983). In addition, competition with invasive plant species has resulted in the loss of some native plant communities in the western U.S. The rapid expansion of invasive plant species across public lands continues to be a primary cause of ecosystem degradation, and control of these species is one of the greatest challenges in ecosystem management. The recent increase in wildfires has been influenced by changes in vegetation on public lands over the past 100 years, which have resulted in increases in hazardous flammable fuels.

## Scoping Comments and Other Issues Evaluated in Assessment

The largest number of comments submitted pertained to vegetation. Numerous scoping comments were centered around a desire for the BLM to focus on long-term ecosystem sustainability and biological diversity. Numerous comments suggested that the PEIS and PER address all invasive plants, not just weeds. One respondent proposed focusing on minimizing the spread of existing weed infestations, while others wanted to ensure that weed control measures do not result in more ecological disturbances than the weeds themselves. A large number of comments recommended evaluating the effect of herbicides on other plant and animal species within the areas considered for treatment. Several comments called for the PEIS to address the effects of new-generation, high-potency herbicides on non-target plants. There was some concern about weeds becoming resistant to herbicides, and how the BLM would prevent the death of beneficial native plants from herbicides. To improve greater sage-grouse habitat, one respondent recommended that instead of burning sagebrush, strips of vegetation should be treated with herbicides, then cattle allowed to break the vegetation down, followed by planting with grass.

## Resource Program Goals

The goals of vegetation management are to manage vegetation to sustain the condition of healthy lands, and,

BLM_0008790

EFFECTS OF VEGETATION TREATMENTS

where land conditions have degraded, to restore desirable vegetation to more healthy conditions. Eventually, the number of acres needing treatment should be reduced as a result of overall improvement in conditions.

To achieve these goals, the BLM must 1) understand and plan for the condition and use of public lands, 2) focus on restoring those sites that would most benefit from treatments, 3) select the appropriate treatments and SOPs to improve the likelihood of restoration success, 4) monitor treatments to better understand what works and what does not work, and 5) convey information about treatment activities to BLM staff and the public.

Concurrently, public lands must be administered under the principles of multiple use and sustained yield in accordance with the intent of Congress as stated in the FLPMA. Thus, vegetation must be managed to protect and enhance the health of the land while providing a source of food, timber, and fiber for domestic needs (USDI BLM 2000c). Land-disturbing activities must be conducted in a manner that minimizes ecosystem fragmentation and degradation, and lands should be rehabilitated when necessary to safeguard the long-term diversity and integrity of the land.

A discussion of individual BLM vegetation treatment programs and their responsibilities is in Chapter 2, Vegetation Treatment Programs, Policies, and Methods.

## Standard Operating Procedures

This assessment of treatment effects assumes that SOPs listed in Table 2-5 would be used to reduce potential unintended effects to non-target vegetation. For all treatment methods, the BLM would identify and implement any temporary domestic livestock grazing and/or supplemental feeding restrictions needed to enhance the recovery of desirable vegetation following treatment, and consider adjustments in the existing grazing permit (including the application of state or regional grazing administration guidelines) needed to maintain recovery of desirable vegetation following treatment.

For fire use, the BLM would keep fires as small as possible to meet the treatment objectives, conduct low intensity burns to minimize adverse impacts to large vegetation, limit the area cleared for fire breaks and clearings to reduce the potential for weed infestations, and use mechanical treatments to prepare forests for the reintroduction of fire, where appropriate.

For mechanical and manual treatments, the BLM would remove damaged trees and treat woody residue to limit subsequent mortality by bark beetles. For mechanical treatments, workers would power wash vehicles and equipment to prevent the introduction and spread of weed and exotic species. For chaining activities, the BLM would use lighter chains with 40- to 60-pound links where the objective is to minimize disturbance to the understory species; avoid chaining in areas where annual rainfall is less than 6 to 9 inches, especially if downy brome is present; and use two chainings to reduce tree competition and prepare the seedbed, as appropriate. The second chaining would be carried out at the most advantageous time for seeding.

For biological control treatments, domestic animals would be used at the time they are most likely to damage invasive species, and animals would be managed to prevent overgrazing and to minimize damage to sensitive areas. For herbicide treatments, SOPs include using drift reduction agents, using the appropriate application rate to treat weeds and other noxious vegetation to minimize effects to non-target vegetation, and conducting pre-treatment surveys for sensitive habitat and species of concern.

Prevention and early detection are the least costly and most effective weed control methods. Weeds colonize highly disturbed ground and invade plant communities that have been degraded, but are also capable of invading intact communities. Passive treatments, such as removing the cause of disturbance (e.g., livestock, OHVs) may be more effective over the long term than active treatments, and would be evaluated for their merit before implementing active treatments.

Reseeding or replanting may be required to revegetate sites in which the soil has been disturbed or vegetation has been removed, and where there is insufficient vegetation or seed stores to naturally revegetate the site. Disturbed areas may be reseeded or planted with desirable vegetation when the native plant community cannot recover and occupy the site sufficiently. The goal of revegetation is to stabilize and restore vegetation on a disturbed site and to eliminate or reduce the conditions that favor invasive species. Plant materials that are brought onto public lands should be free of weeds and disease. Chances for revegetation success are improved by selecting seeds with high purity and percentage germination; selecting species native or adapted to the area; planting at proper depth, seeding rate, and time of the year for the region; choosing the appropriate planting method; and, where feasible, removing competing vegetation. Planting mixtures are

BLM_0008791

adapted for the treatment area and site uses. For example, a combination of shrubs and trees might be favored for riparian sites.

These procedures would help minimize effects on plants to the extent practical. As a result, long-term benefits to natural communities from the control of invasive species would likely outweigh any short-term negative effects to non-target plants associated with treatments.

## Adverse Effects of Treatments

Some vegetation treatments would cause disturbances to plant communities by killing both target and non-target plants, while others would improve the vigor and health of plants (e.g., seedings and plantings and treatments that "release" more desirable vegetation). The extent of these disturbances would vary by the extent and type of treatment, as discussed in the sections that follow. In many cases, the treatments would return all or a portion of the treated area to an early successional stage, killing off disturbance intolerant species, such as sagebrush, and freeing up resources such as light and nutrients for early successional species, such as perennial grasses and forbs. In areas where fire suppression has historically occurred, vegetation treatments would be expected to benefit native plant communities by mimicking a natural disturbance component that has been missing from these communities, altering them over time. In areas that have been highly degraded, merely restoring disturbance to the ecosystem may in some cases adversely affect native plant communities because many of the desired native species are no longer present, and treatments can result in the spread of weeds or the persistence of an altered vegetation structure and species composition. These effects, which would vary depending on the treatment used, the type of vegetation on the treatment site, the amount of degradation on the site, as well as numerous other factors, are discussed in more detail by treatment type, ecoregion, and vegetation type in the sections that follow.

Approximately 2.2 million acres would be treated annually using mechanical methods, and 2.1 million acres using fire. The remaining treatments would involve chemical (932,000), biological control (545,000) and manual (270,000) methods. Most treatments would occur in the Temperate Desert (50% of all treatments), Temperate Steppe (28%), and Mediterranean (8%) ecoregions. Fewest treatments would occur in the Subtropical Desert (1%) and Marine (2%) ecoregions. Over 40% of treatments would occur in the evergreen shrubland (31% of all treatments) and

evergreen woodland (12%) plant communities. Twenty-two percent of treatments would involve multiple plant communities (e.g., evergreen shrubland and riparian).

**Effects of Fire Treatments**

Fire treatments would injure and kill plants, causing the most harm to species that are intolerant of fire, and in most cases benefiting fire-adapted or fire-dependent species. Fire would also stimulate the growth of certain plants, such as grasses and aspen. Many woody species would be top-killed by fire. Forbs, grasses, shrubs, and deciduous trees that have the capacity to resprout would be capable of recovering quickly. Some species readily reproduce from seed. Established perennial plants that can recover vegetatively would typically have a short-term competitive advantage over plants developing from seed because their well-developed root systems and stored energy reserves support rapid regrowth. Plants with growing points near the surface (e.g., black grama) or dense growth at their base that concentrates heat (e.g., bluegrasses, Idaho fescue, and needle-and-thread grass) are more likely to be negatively affected by fire (Paysen et al. 2000). Plants with their growing points protected by soil, such as perennial forbs and shrubs with deep roots, would generally respond more favorably to burning. Tables 4-5 through 4-8 show the effects of fire on representative invasive species and the ability of native trees and brush to regenerate after fire.

Approximately 63% of fire treatments would occur in the Temperate Desert Ecoregion, and 12% and 9% would occur in the Subarctic and Subtropical Steppe ecoregions, respectively. Nearly half (48%) of treatments would occur in evergreen shrublands and 19% would occur in evergreen woodlands. Six percent of treatments would occur in evergreen forest and perennial graminoid communities (Table 4-9).

### Fire Effects by Ecoregion

**Tundra Ecoregion.** Fire use is not planned for the Tundra Ecoregion. If fire was used, it would likely consist of wildland fire use for resource benefit. As stated in the *Alaska Interagency Wildland Fire Management Plan* (Alaska Wildland Fire Coordinating Group 1998), "lightning caused wildland fires are an important component of the boreal forest and arctic tundra ecosystems, and the complete exclusion of these fires is neither ecologically sound nor economically feasible."

Tundra environments are fire-dependent ecosystems that have evolved in association with fire and lose their

BLM_0008792

EFFECTS OF VEGETATION TREATMENTS

vigor and floral diversity if fire is excluded. Fire may be the chief factor maintaining productivity in cold Alaska soils, where most nutrients are tied up in the vegetative overstory, and in the thick moss and organic layers, and are not available to plants. Burning organic material changes nutrients from complex forms unavailable to plants to simpler and readily available forms in ash (Alaska Wildland Fire Coordinating Group 1998).

The effects of fire on northern ecosystems are discussed in Alaska Wildland Fire Coordinating Group (1998) and Duschesne and Hawkes (2000). The following discussion, and references cited therein, is from these reports. Generally, fire favors rapidly growing species, particularly grasses, and there is a decreased abundance of slow-growing species such as evergreen shrubs following a fire. The recovery of mosses and lichens is slow, as opposed to sedges and grasses (Bliss and Wein 1971). Establishment of pioneer species is mainly by wind-borne seeds (Viereck and Schandelmeier 1980, Auclair 1983). Most lichens establish within the first years following a burn, but their slow growth limits their abundance for the first 25 to 30 years.

The depth of burn has a great effect on the postfire community. If a fire just scorches or burns the surface of the organic mat, for the most part killing just the aboveground stems, rapid and often prolific sprouting occurs from roots, rhizomes, and root crowns of species found in the surface organic layers. If fire heat penetrates into the organic mat, killing plant parts to some depth but not consuming all organic matter, sprouts may develop from deeply buried plant parts. Severe wildfire favors species with deeply buried structures over those with structures primarily in the upper organic layer.

Efforts to contain or stop the spread of fire in the tundra often produce more drastic long-term effects than the fire itself (Brown 1971, Viereck and Schandelmeier 1980). Construction of firelines with bulldozers strips away all insulating moss and peat layers and exposes bare mineral soil. This allows the summer heat to penetrate directly into the frozen ground, which in turn increases the depth of the active layer under the firelines compared to under burned areas. As a result, there is a more rapid and greater degree of subsidence under the firelines than under the burned areas due to the melting of ground ice (Brown 1971), erosion, and gully formation (Brown 1983).

**Subarctic Ecoregion.** About 12% of proposed fire treatments would occur in the Subarctic Ecoregion. Natural fire return intervals in these communities are

generally greater than 100 years, and are typified by surface fires of low to moderate intensity that generally kill conifers and aboveground plant parts, but do not destroy underground parts (Viereck and Schandelmeier 1980).

Prescribed fires of low to moderate severity that mimic natural fires would be expected to benefit plant communities in this ecoregion by facilitating the recovery of species such as sedge tussock and bluejoint that readily resprout after fire. Shrubs such as willows, cloudberry, and Labrador tea would begin to recover from fire quickly by resprouting from underground rhizomes, stems, or stump sprouts.

A high severity fire could destroy more of the organic layer, delaying the recovery of shrubs, and requiring some species to reestablish from seed sources. Areas of exposed mineral soil would favor forb seedlings such as fireweed, Jacob's ladder, and other early-successional species, as well as black and white spruce. In areas near the treeline, scattered trees could also be eliminated by fire because of the colder soils and increased soil moisture that would follow a high severity fire. All of these effects of fire, however, would be within the normal range of succession within subarctic plant communities, and would be unlikely to harm native communities unless areas were burned at a much greater frequency than under historical fire regimes.

**Temperate Desert Ecoregion.** Over 60% of fire treatments would occur in the Temperate Desert ecoregion, predominantly in evergreen shrubland (sagebrush) and evergreen woodland (pinyon-juniper) vegetation types.

Evergreen Shrubland. As discussed in Chapter 3, the sagebrush communities in the Temperate Desert Ecoregion vary in terms of species of sagebrush, shrub density, and richness of understory vegetation, largely in response to the amount of soil moisture on the site. In general, most species of sagebrush are quite susceptible to fire, and habitats may take many decades to recover (Brown and Smith 2000). Sagebrush is typically killed during a burn, and because most species do not resprout (Young and Evans 1977; Cluff et al. 1983), it must reseed after fire, requiring a fire-free period of at least 30 to 50 years to regain its dominance (Brown and Smith 2000) on most sites. Sagebrush communities in the temperate desert historically had a fire return frequency of 50 to 100 years, with fires typically increasing the importance of grass species until shrubs regained their dominance of the site. A typical "healthy" site, then, experiences periodic disturbances and

BLM_0008793

**TABLE 4-5**
**Effects of Fire on Representative Invasive Species**

| Species | Enhancement of Colonization by Fire | Effects of Fire on Survival | Ability to Regrow after Fire |
|---|---|---|---|
| Bermudagrass | Unknown | Direct mortality unlikely | Dormant season burns enhance growth |
| Chinese tallow | Likely | Hot fires can topkill even large trees | Rapid recovery |
| Cogongrass | Slight enhancement | Mortality unlikely | Very rapid recovery |
| Crested wheatgrass | Likely | Various results reported | Various results reported |
| Downy brome | Likely | Killed by fire | Must reestablish by seed |
| Common buckthorn | Unknown | Seedlings die and mature trees topkilled | Rapid recovery |
| Japanese brome | Fire removes litter and inhibits colonization | Plants and seeds killed | Populations slow to recover |
| Kentucky bluegrass | Likely | Direct mortality low | Burns during spring growth period more strongly reduce plant density |
| Leafy spurge | Unclear | Mortality unlikely | Extremely rapid recovery |
| Musk thistle | Likely | Survival likely | Rapid recovery |
| Purple loosestrife | Unknown | Most survive | Rapid recovery |
| Quackgrass | Unknown | Direct mortality low | Plants can regrow quickly; may depend on burn time |
| Russian knapweed | Unknown | Some survival likely | Unknown |
| Saltcedar | Likely | Topkilled, but most survive and resprout | Rapid recovery |
| Smooth brome | Likely | Direct mortality low | Burns during spring growth period more strongly reduce plant density |
| Spotted knapweed | Enhanced | Substantial mortality | Population recovery aided by persistent seedbank |
| Yellow starthistle | Enhanced | Adult plants killed | Must recover by seed |
| Yellow sweetclover | Enhanced | Killed by growing-season burns | Rapid recovery by seed if burning infrequent |

Source: Grace et al. 2001.

supports a mosaic of sagebrush communities in varying states of successional development.

At sites in which fires have been suppressed and the density of sagebrush plants has increased, prescribed burns would likely mimic a natural fire event by killing sagebrush and increasing the importance of the grass component of the community over the short term. At a site in Idaho, for example, prescribed fire in a sagebrush community generally supported increased grass cover for about 12 years, until shrubs regained their importance (Harniss and Murray 1973). Sagebrush regained its dominance after 30 years. Provided the site does not have a large component of non-native species, a prescribed fire would not alter the community over the long term. Repeated fires in less than 30- to 50-year cycles would generally adversely affect native communities by interfering with the cycle of plant succession, eventually reducing the dominance of sagebrush on the site, although mountain big sagebrush can be burned at intervals less than 30 years and still thrive.

On sites with a large component of invasive annual grasses, prescribed fires would likely negatively affect sagebrush communities by helping to maintain the dominance of downy brome, which outcompetes seedlings of most native perennial species on sites that have been burned. Once established, downy brome increases the frequency of fires and the uniformity with which they burn the landscape, thereby precluding the establishment of sagebrush and other perennial shrubs and grasses (Moseley et al. 1999).

Evergreen Woodland. It is believed that fire was the most important natural disturbance in pinyon-juniper

## EFFECTS OF VEGETATION TREATMENTS

woodlands before the introduction of livestock in the 19th century (Gottfried et al. 1995). It is estimated that small surface fires historically occurred every 10 to 30 years (Leopold 1924) Large, stand-replacing fires occurred every 100 to 300 years (Paysen et al. 2000). Fires apparently restricted the junipers to shallow, rocky soils and rough topography (Arend 1950, Burkhardt and Tisdale 1969, O'Rourke and Ogden 1969). Under natural fire cycles, the successional stages following fire are typically annuals; mixed annuals and perennials; perennial forb; grass and shrub; shrub and pinyon-juniper; and climax pinyon-juniper. On sites with frequent fire, pinyon-juniper communities are rarely dominant, because pinyon pines and juniper trees are killed by fire when they are young. Older stands may be less susceptible because trees have thicker bark and more open crowns. On sites where pinyon pines and juniper trees become dense and canopies overlap or canopy gaps are small. Competition from trees usually causes a loss of the shrub and herbaceous layer, making the site less capable of carrying fire, or of supporting a fire of sufficient intensity to carry into the crowns of the trees.

### TABLE 4-6
### Plant Communities and Their Tolerance to Fire
### (based on interval between fire and recovery)

| Level of Tolerance[1] | Plant Communities |
|---|---|
| Tolerant | Tallgrass prairie<br>Northern mixed prairie<br>Southern mixed prairie<br>Chaparral<br>Palouse prairie<br>Oak woodland<br>Mesquite-acacia woodland |
| Moderate tolerance | Shortgrass prairie<br>California annual grassland<br>Pinyon-juniper<br>Mountain shrub |
| Low tolerance | Desert<br>Alpine tundra<br>Arctic tundra<br>Semidesert grasslands<br>Subarctic forests |

[1] Tolerant = Interval between fire and recovery is 2-5 years; Moderate tolerance = Interval between fire and recovery is 5-15 years; Low tolerance = Interval between fire and recovery is 20+ years.
Source: Payne and Bryant (1988).

The effect of fire on pinyon-juniper communities would depend on the successional stage and species composition of the site. Pinyon-juniper communities that are regarded as "invasive" are those in which trees have established, or densities have increased as a result of fire exclusion, and in which pinyons and junipers outcompete herbaceous species for soil moisture and nutrients, altering the community structure. In many of these cases, pinyon-juniper woodlands have expanded into grassland and shrub-steppe/sagebrush habitats. Burning of these encroaching woodlands would benefit the plant communities that they have invaded.

Typically, the response of native understory species to fire is rapid and vigorous when the canopy cover of the pre-burned site is relatively open (Huber et al. 1999). Burning of sites with this amount of canopy coverage that are relatively undisturbed by human activities and non-native species could have a long-term positive effect by mimicking natural fire, opening up the site, and reducing accumulated fuel loads. However, in pinyon-juniper stands with over 40% canopy cover, post-fire succession would be reduced because of reduced numbers of understory plants capable of resprouting, and depleted seed reserves, negatively affecting native plant communities by allowing weeds such as downy brome to invade if the site is not reseeded.

Although a primary goal of fire treatments would be to utilize light burns to return dense pinyon-juniper communities to an earlier successional stage, adverse effects to native communities could occur if site conditions were not considered. For example, regrowth of native understory vegetation can be enhanced on sites with high soil moisture (Everett and Ward 1984) and restricted under dry conditions, such as drought (Paysen et al. 2000). An older stand of junipers with minimal understory diversity will recover differently than a younger stand with a highly diverse understory (Bunting 1984). Regrowth of native shrubs and grasses is unlikely to occur if these understory species are not present on the site prior to the burn. If downy brome or other undesirable species are present on the site, however, these species can increase in dominance after a fire treatment. Very hot fires, in particular, can seriously slow initial succession of desirable species (Bunting 1984). Use of fire treatments in areas where fire has been excluded could potentially increase fuels and associated fire risk on a site if fire-adapted annuals such as downy brome are present to spread into the treated site. Use of other treatment methods and/or

BLM_0008795

**TABLE 4-7**
**Trees, Their Fire Resistance, and Their Ability to Regenerate after Fire[1]**

| Species | Ability to Regenerate after Fire | Size when Fire Resistance Gained[2] | Fire Resistance at Maturity |
|---|---|---|---|
| **Pines** | | | |
| Jack pine | None[3] | None | Low |
| Jeffrey pine | None | Pole | High |
| Longleaf pine | Root crown | Seedling[4] | High |
| Pinyon pine | None | None | Low |
| Pitch pine | Root crown, stump sprouts | Mature | Medium |
| Ponderosa pine | None | Sapling/pole | High |
| Red pine | None | Pole | Medium |
| Rocky Mountain lodgepole pine | None | Mature | Medium |
| Shortleaf pine | Root crown | Sapling[4] | High |
| Western white pine | None | Mature | Medium |
| Whitebark pine | None | Mature | Medium |
| **Firs** | | | |
| Balsam fir | None | None | Low |
| Douglas-fir | None | Pole/mature | High |
| Douglas-fir, Rocky Mountain | None | Pole | High |
| Grand fir | None | Mature | Medium |
| Noble fir | None | Mature | Medium |
| Pacific silver fir | None | None | Low |
| Subalpine fir | None | None | Very low |
| White fir | None | Mature | Medium |
| **Junipers** | | | |
| Eastern red cedar | None | None | Low |
| Oneseed juniper | None | Mature | Low/medium |
| Utah juniper | None | Mature | Low/medium |
| Western juniper | None | Mature | Low/medium |
| **Other Conifers** | | | |
| Alaska cedar | None | None | Low |
| Black spruce | None | Mature | Low/medium |
| Blue spruce | None | None | Low |
| Engelmann spruce | None | None | Low |
| Sitka spruce | None | None | Low |
| Tamarack | None | Mature | Medium |
| Western hemlock | None | None | Low |
| Western larch | None | Pole | High |
| Western red cedar | None | Mature | Medium |
| White spruce | None | Mature | Medium |
| **Oaks** | | | |
| California black oak | Root crown, stump sprouts | Mature | Low/medium |
| Canyon live oak | Root crown, stump sprouts | Mature | Medium |
| Gambel oak | Root crown, roots | None | Low |
| Oregon white oak | Root crown, stump sprouts | Pole | Medium |
| Post oak | Root crown, stump sprouts | Mature | Low/medium |
| White oak | Root crown, stump sprouts | Mature | Low/medium |

BLM_0008796

EFFECTS OF VEGETATION TREATMENTS

**TABLE 4-7 (Cont.)**
**Trees, Their Fire Resistance, and Their Ability to Regenerate after Fire[1]**

| Species | Ability to Regenerate after Fire | Size When Fire Resistance Gained[2] | Fire Resistance at Maturity |
|---|---|---|---|
| **Other Hardwoods** | | | |
| Aspen | Roots, root collar | Mature | Low/medium |
| Bigleaf maple | Root crown, stump sprouts | None | Low |
| Honey mesquite | Root crown, roots | None | Very low |
| Pacific madrone | Root crown | None | Low |
| Paper birch | Root collar | None | Low |
| Red alder | Stump sprouts | Mature | Low/medium |
| Red maple | Root crown, stump sprouts | Mature | Low/medium |
| White ash | Root crown, stump sprouts | None | Low |

[1] The ratings of physical attributes are relative among the range of conditions observed for all tree species based on reviews of the literature.
[2] Sizes are defined as follows: seedlings = < 1 inch diameter at breast height [dbh]; saplings = 1-4 inches dbh; pole = 5-10 inches dbh; and mature = > 11 inches dbh. This is the size when medium or high fire resistance is gained.
[3] This species has serotinous cones and regenerates by seed following fire.
[4] For seedlings (longleaf and shortleaf pines) and saplings (shortleaf pine), shortleaf pine is a fairly strong sprouter and longleaf pine is a weak sprouter.
Source: Miller (2000).

reseding after treatments would likely be necessary at these sites.

Mechanical methods of clearing pinyon-juniper woodlands are increasingly expensive, but prescribed fire is an economical alternative. The method used in Arizona is to ignite the crowns from prepared fuel ladders of cut lower limbs that are piled around the base of the tree. Ladders are ignited one season after the limbs are cut. In denser stands, fire spreads into the crown layer and through the stand from fuel ladders that are created below strategically placed trees. A method used in central Oregon on sites converted to juniper from sagebrush/grass is to conduct prescribed fires several years after cutting trees. The increased production of herbaceous vegetation following cutting provides fuels to carry the fire, which reduces residual slash and kills juniper seedlings (Paysen et al. 2000).

Research in the Great Basin suggests that fire is most effective on sites with scattered trees (9% to 23% cover) where the trees begin to dominate the understory and in dense stands (24% to 35% cover; Bruner and Klebenow 1979), because there is enough fuel to carry the fire, and enough understory vegetation to rapidly revegetate the site. Dense stands where pinyon pine is more common than juniper are easier to burn than pure juniper stands (Wright et al. 1979). Bunting (1984) indicated that burning of western juniper stands in southwestern Idaho was only successful during the mid-August to mid-

September period; burning in the fall did not achieve desired results because of low temperatures, low wind speeds, and lack of fine fuels. Prescribed fire can be used in previously treated areas to control new tree regeneration. This technique is most effective if the area is ungrazed for one or two seasons prior to burning (Paysen et al. 2000).

**Subtropical Desert Ecoregion.** About 2% of fire treatments would occur in the Subtropical Desert Ecoregion, predominately in evergreen shrubland and perennial grassland communities. About half of the acres would be treated to reduce hazardous fuels, and half would be treated to improve watershed functions.

In many areas of the Mojave and Sonoran deserts, plant communities are too sparse during most years to adequately carry a prescribed fire. Therefore, this type of treatment would not be suitable for these areas. In areas that have increased fuel loading as a result of invasive annuals like downy brome, prescribed fire would negatively affect plant communities by encouraging the further spread of these invasive species. In the denser desert shrublands, where there is an adequate amount of fuel to support a fire, many shrubs, trees, and cacti could be severely affected by burning, as these species are not adapted to fire. Paloverde, burroweed, bursage, broom snakeweed, ocotillo, and creosote bush are examples of desert species that can

BLM_0008797

**TABLE 4-8**
**Generalized Influence of Selected Brush Control Treatments on Vegetation.**

| Vegetation Control Method | Influence on Vegetation | |
| --- | --- | --- |
| | **Woody Plants** | **Grasses and Forbs** |
| Fire | Short-term reduction in woody plant canopies and some woody plants often rapidly regrow. | Varies, but short-term decrease in herbaceous cover; fine mulch consumed; and there may be flush of herbaceous growth the first growing season because of increase in available nutrients. |
| Mechanical | | |
| Top removal | | |
| Shredding | Removes top ground and many species regrow vigorously. | Grass cover increases, but improvement may be short term. |
| Roller chopping | Generally the same as for shredding. | Generally the same as for shredding. |
| Hand slashing | Generally the same as for shredding. | Generally the same as for shredding. |
| Entire plant removal | | |
| Grubbing | Individual plants extracted and little or no regrowth. Removes rhizomatous and stump-sprouting species. | General increase in herbaceous species. |
| Bulldozing | Removes stumps and large trees. Individual plants extracted; little or no regrowth. Small or limber plants may remain. Does not control rhizomatous and stump-sprouting species. Not suited for shallow or rocky soils. Least efficient clearing method. | Grass cover increases in interspaces; forbs increase in disturbed areas; and weeds may appear initially, but should revegetate to perennials. |
| Chaining/cabling | Large woody plants extracted. Small or limber plants remain. Thins or clears dense extensive mature trees stands. Most economical tree-felling method. | Grasses and forbs generally increase. |
| Root plowing | Woody plants removed by severing below ground line. Controls stump-sprouting species on large areas. | Grasses may be reduced and short-term increase in forbs. |
| Disk plowing | Thins or clears dense extensive mature shrub stands. Large woody plants extracted. Small or limber plants may remain. | Grasses are reduced and short-term increase in forbs. |
| Source: USDI BLM (1991a) and Payne and Bryant (1998). | | |

suffer high mortality rates from burning (Wright and Bailey 1980).

Although fires would negatively affect desert shrublands, they would likely be beneficial in areas where fire suppression and/or overgrazing have resulted in the invasion of shrubs into desert grassland communities. The elimination of shrubs from these areas would encourage the return of native grass-dominated communities.

Fire as a management tool for controlling mesquite has its limitations. Mesquite may become more prevalent 5 years following a burn than it was before fire (Martin 1983). Mesquite can root sprout; top-killed individuals may resprout from dormant buds found in upper branches or from the base of the trunk

below the ground surface. Mesquite seedlings can survive fire (Cable 1961), but on a burned site mesquite is sometimes reduced (Wright 1980). Fire may kill a good proportion of mature mesquite, particularly the smaller trees (<2 inch diameter; Cable 1949, 1973). It is most susceptible to fire during the hottest and driest part of the year (Cable 1973). Drought years may increase mortality of mesquite if eradication is attempted.

Low-intensity fire may allow mesquite to retain apical dominance on upper branches while reducing overall foliage. Single and repeated summer burns kill mesquite aboveground, but do not kill roots (Ansley et al. 1995). Prescribed burning may be used to kill mesquite seedlings while leaving tree sized and

EFFECTS OF VEGETATION TREATMENTS

**TABLE 4-9**
**Percentage of Acres Projected to be Treated using Fire in Each**
**Ecoregion for Each Vegetation Subclass**

| Vegetation Subclass[1] | All Ecoregions | Tundra | Subarctic | Marine | Mediterranean | Subtropical Desert | Subtropical Steppe | Temperate Desert | Temperate Steppe |
|---|---|---|---|---|---|---|---|---|---|
| Evergreen forest | 6 | 0 | 0 | 7 | 57 | 1 | 1 | 4 | 22 |
| Deciduous forest | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 |
| Mixed evergreen/deciduous forest | 1 | 0 | 0 | 0 | <1 | 0 | 0 | 1 | 4 |
| Evergreen woodland | 19 | 0 | 0 | 92 | 30 | 0 | 15 | 16 | 19 |
| Deciduous woodland | <1 | 0 | 0 | 0 | 3 | 0 | <1 | <1 | 0 |
| Mixed evergreen/deciduous woodland | <1 | 0 | 0 | 0 | <1 | 0 | 0 | 0 | 0 |
| Evergreen shrubland | 48 | 0 | 0 | 0 | 3 | 53 | 37 | 69 | 28 |
| Deciduous shrubland | 12 | 0 | 100 | 0 | 0 | 9 | 0 | <1 | 0 |
| Evergreen dwarf-shrubland | <1 | 0 | 0 | 0 | 0 | 0 | 0 | <1 | 0 |
| Deciduous dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Perennial graminoid | 6 | 0 | 0 | 1 | 0 | 12 | 46 | <1 | 16 |
| Annual graminoid or forb | 2 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 |
| Perennial forb | <1 | 0 | 0 | 0 | <1 | 0 | <1 | <1 | 0 |
| Riparian/wetland | <1 | 0 | 0 | <1 | <1 | <1 | 1 | <1 | 0 |
| More than one subclass | 5 | 0 | 0 | 0 | <1 | 25 | 0 | 6 | 7 |
| Total for all ecoregions | 100 | 0 | 12 | 2 | 5 | 2 | 9 | 63 | 7 |

[1] See Table 3-4 and Vegetation section in Chapter 3 for a description of vegetation subclasses.

shaped older individuals, preventing mesquite density from increasing.

**Temperate Steppe Ecoregion.** Seven percent of fire treatments would occur in the Temperate Steppe Ecoregion. Vegetation types that would likely receive fire treatments include evergreen forests, evergreen shrubland, and perennial graminoid communities.

Perennial Graminoid. Prescribed fire could have either positive or negative effects on plains grasslands of the Temperate Steppe Ecoregion, depending on its timing and severity. In some areas, use of infrequent, low severity fires could benefit grasslands by preventing the encroachment of woody species. Some shrubs, however, would be difficult to control using fire. Honey mesquite and sand shinnery oak, for example, both have the ability to resprout vigorously after fire (Wright and Bailey 1980). In addition, fires may not reach high enough to kill taller shrubs that are encroaching into shortgrass habitats.

Frequent or severe fires could harm plains grasslands communities by removing vegetative cover and

facilitating erosion. These effects would be exacerbated during periods of drought, when wind erosion can retard the process of succession. Prairie grasses would also take longer to recover from fires occurring during dry years than from fires occurring during years with above-normal precipitation. For example, buffalograss, annual bluegrass, and western wheatgrass can take 3 or more years to recover from burns during dry periods (Wright and Bailey 1980). However, during years with precipitation that is above-normal, these grass species can be very tolerant of fire (Wright 1974).

In mountain grassland communities, where fire has been actively suppressed, prescribed fires could be beneficial by removing encroaching woody species such as ponderosa pine, Douglas-fir, lodgepole pine, and sagebrush. Frequent or severe fires could harm Idaho fescue, which can withstand burning under some conditions, but recovers slowly from fire when killed because it has to rely on its seedbank for recovery. Needlegrasses can also be severely damaged by fire. Burning when soils are moist would be expected to

BLM_0008799

result in the least amount of harm to native grass species in mountain grassland communities.

<u>Evergreen Forests.</u> Open forest types (e.g., ponderosa pine, Douglas-fir, and western larch) would likely benefit from low-intensity prescribed fires, which would reduce the density of understory shrubs and tree seedlings, and encourage vigorous and abundant herbaceous vegetation. In areas with substantial fuel accumulations, pre-treatment fuel reductions would be necessary in order to avoid high-intensity stand-replacing fires. Such high-intensity fires, much like stand-replacing wildfires, would harm these forest communities by damaging the dominant overstory tree species and cause soil damage, long-term structural conversion to brush, and loss of biodiversity (Brown and Smith 2000).

Failed attempts to restore more natural stand conditions with prescribed burning alone may result from inappropriate use of fire as a selective thinning tool in dense fire-excluded stands, or from burning too little or too much of the accumulated forest floor fuels. A better approach to the latter problem may be to apply two or even three burns to incrementally reduce loadings (Harrington and Sackett 1990). Once a semblance of the desired stand and fuel conditions have been established, stands can thereafter be maintained with periodic burning or a combination of cutting and fire treatments. Prescribed fire can be used in wilderness and natural areas to maintain natural processes.

Forests dominated by aspen often occur as interspersed or extensive stands within the evergreen forests of the Rocky Mountains. Fire exclusion has threatened the continued existence of aspen by allowing conifer seedlings to increase in dominance. The return of fire disturbances to aspen forests would stimulate their regeneration. Low severity fires kill conifer seedlings and thin aspen to encourage all-aged stands, while high severity fires result in new even-aged stands (Duchesne and Hawkes 2000). However, it is often difficult to get fires to carry in aspen stands under conditions that would support low severity fires. Fires in aspen stands often cannot occur until a large number of conifers are present.

**Subtropical Steppe Ecoregion.** Approximately 9% of fire treatments would occur in this ecoregion. Vegetation types that are proposed for vegetation treatments include perennial graminoid communities, evergreen shrublands, and evergreen woodlands. Treatments would focus on reducing hazardous fuels,

improving conditions in the WUI, and controlling weeds.

<u>Perennial Graminoid.</u> The xerophytic grasslands of the Subtropical Steppe Ecoregion support sparse shrubs and low trees, and exist on a continuum with evergreen woodlands (described below). The common plant species of Subtropical Steppe grasslands would show a variety of responses to fire.

Fire may stimulate or damage grasses, depending on climatic conditions, season, and fire severity (Brown and Smith 2000). In addition, perennial grasses are mildly to severely harmed by fires during dry years, but quickly recover during wet years (Wright and Bailey 1980). Although bunchgrass species vary in their individual susceptibility to fire damage, repeated fires at intervals of about 5 to 40 years historically maintained the bunchgrass community. Encroachment into grasslands by woody species was an ongoing process kept in check by repeated fires (Grnell et al. 1986).

<u>Evergreen Shrubland.</u> Chaparral shrub species in the Subtropical Steppe Ecoregion are fire-dependent and comprised of highly flammable species, and sites recover rapidly after fire (Brown and Smith 2000). The production of dead fuels in chaparral stands is not well understood, but probably increases with age and after a drought. Fuels in chaparral communities are not as easily ignited as grass fuels, but will burn readily under hot, dry conditions.

Prescribed burns in chaparral communities would be expected to benefit these communities, provided fires were not too frequent or too hot, by reducing fuel accumulations and increasing structural diversity (Paysen et al. 2000). Typically, the aboveground shrub biomass would be killed by fire, but many species (e.g., scrub oak, leather oak) are deep rooted and would sprout readily from the root crown after burning (D.E. Brown 1982). The seeds of many species can withstand high soil temperatures (Agyagos et al. 2001). After prescribed fire, early successional herbaceous plants, especially annual grasses and forbs, would initially be abundant, but shrubs would dominate the site again after about 4 years. Too-frequent fires could negatively affect chaparral habitats by damaging young or resprouting shrubs before they became reproductively mature, thus depleting the seedbank. These alterations in the fire cycle could cause the typically dominant chaparral shrubs to be outcompeted by herbaceous vegetation. In addition, some chaparral communities have accumulated so much fuel that the severity of a prescribed fire in these areas would be much larger than

BLM_0008800

EFFECTS OF VEGETATION TREATMENTS

that of historical fires, potentially causing excessive damage to chaparral communities and requiring a long recovery time. Burning during a drought would also increase the severity of a fire in chaparral stands.

Individual shrubs can be killed outright by fire, and shrubs lacking in vigor will probably not respond to fire normally. Thus, stresses such as drought might cause an unexpected effect if fire were to be introduced. An extremely severe fire can result in little reproduction from either sprouting or seed germination. A series of fires with short return intervals may result in reduced chaparral shrub density if shrubs burn before they reach seed-bearing age, or if young shrubs developing from sprouts are physiologically unable to respond (Paysen et al. 2000).

Evergreen Woodland. The general effects of fire on pinyon-juniper woodlands in this ecoregion would be largely the same as the effects on pinyon-juniper woodlands in the Temperate Desert Ecoregion. There would be benefits to surrounding communities being invaded by pinyons and juniper trees, and potentially negative effects to communities with a large component of non-native species, or in pinyon-juniper stands with over 40% canopy cover (Paysen et al. 2000).

**Mediterranean Ecoregion.** Fire treatments in the Mediterranean ecoregion would be directed at evergreen forest and evergreen woodland. About 5% of fire use would occur in this ecoregion, and treatments would support efforts to improve forest health and reduce hazardous fuels.

Evergreen Forest. Evergreen forests in this region historically had an understory fire regime or a mixed severity fire regime, and are presently at risk for high-intensity, stand-replacing crown fires due to large fuel accumulations. Suppression of these natural patchy fires in high elevation forests may eventually result in a landscape mosaic consisting largely of contiguous stands with comparatively heavy loadings of dead trees (standing and fallen) and canopy fuels. Prescribed fire treatments could benefit these forests by creating open, early successional conditions, reducing hazardous fuel loads, and improving forest health (Arno 1988). In addition, open forest types could benefit from understory burns, as discussed under evergreen forests the Temperate Steppe Ecoregion. In many cases, pre-treatment fuels reductions (e.g., thinning and pile burning) would be necessary to reduce the severity of prescribed burns. High severity or too-frequent fires could kill overstory species and reduce post-fire recovery rates, altering the species composition of

forests over the long term. Fire history and experience burning in white fir types suggest that understory burning might be useful in some California red fir/lodgepole forests (Petersen and Mohr 1985; Weatherspoon 1990).

Evergreen Woodland. In recent centuries, fire regimes in western oak forests were characterized by frequent, low intensity fires. This was probably due to use of these areas by Native Americans, who probably carried out programs of frequent underburning. Frequent, low intensity fires helped to maintain open stands with a grassy understory. In the last half of the 20th century, higher severity fires at longer intervals were more common. Such fires can kill a stand of oaks outright (Brown and Smith 2000), although most oaks will resprout after fire if the underground portions of the plant are still alive (Plumb 1980). Because conditions in oak woodlands have changed significantly since historic fire regimes, there are many concerns surrounding the use of prescribed fire in these systems. Reintroduction of low severity fire into these communities could benefit them by killing young oaks and other woody species, restoring the open conditions that these ecosystems historically supported. Large oaks would be unlikely to be harmed during a low severity fire. A high severity wildfire, however, could kill much of an oak woodland's understory, increasing the recovery time of the community and potentially altering species composition.

**Marine Ecoregion.** Approximately 2% of fire treatments would occur in the Marine Ecoregion, primarily in evergreen woodlands and forests.

Evergreen Woodlands. Oak woodlands are maintained by frequent, low severity burning (Agee 1993). The effects of prescribed fire in these communities would be similar to those discussed for oak woodlands in the Mediterranean Ecoregion, above.

Evergreen Forest. Maritime forests are extensive at lower and middle elevations west of the Cascades and British Columbia Coast Range. The cooler, wetter, and more northerly portions of the coastal Douglas-fir type (generally associated with the mountains of western Washington and southwestern British Columbia) burned in stand-replacement fires at long intervals, averaging 200 to several hundred years (Agee 1993).

Western hemlock is the potential climax dominant tree, but seral Douglas-fir, which arose after replacement fires during the last several hundred years, is the actual dominant. The greater size and longevity of Douglas-fir

BLM_0008801