allows it to persist in considerable quantities for 700 to 1,000 years between major stand-opening disturbances such as fire or severe blowdowns (Agee 1993). Scattered individual Douglas-fir survived fires and served as seed sources in the burn. Seeds of this species may also survive and mature in the crowns of some trees whose foliage was killed (but not consumed) by a late-summer fire. The seeds are also wind-dispersed from unburned stands. Douglas-fir seedlings grow readily on burned seedbeds and outcompete other conifers in the postburn environment.

Due to the great length of natural fire intervals, it is unlikely that significant successional changes have occurred in most of these forests (especially in Washington) as a result of attempts to exclude fire during this century. Large areas of these forests have been clearcut in recent decades, sometimes followed by broadcast burning. This has given rise to large areas of early seral communities dominated by native flora, often with planted Douglas-fir, which might offset a shortage of early seral communities resulting from natural fires. However, natural burns and clearcuts differ ecologically, for example, in seedbed preparation, in providing residual large woody debris, and in having an overstory of dead trees (Kauffman 1990).

**Effects of Mechanical Treatments**

Approximately 80% of mechanical treatments would occur in the Temperate Desert Ecoregion, and 7% and 5% would occur in the Temperate Steppe and Mediterranean ecoregions, respectively (Table 4-10). Forty-one percent of treatments would occur in evergreen shrubland and 18% in evergreen woodland communities. Drill seeding would be the most common method used, comprising a third of treatments; mowing and chaining would comprise 10% and 6% of treatments, respectively.

Mechanical treatments would injure or kill plants by removing some or all of the plant material on the treatment site. Undesirable vegetation and fuel loads would be targeted, with an overall goal of restoring ecosystem health. Mechanical treatments are typically selective and would minimize damage to non-target plants present at the treatment site.

Mechanical methods are effective in removing thick stands of vegetation, but have limited use for noxious weed control, unless followed up with herbicide treatments, because the machinery can spread seed and not kill roots.

Methods that remove entire plants by plowing or cutting roots would cause the most mortality to non-target plants, limiting their ability to recover without seeding. In many cases, revegetation would be required after treatments to ensure the recovery of the plant community and limit the invasion of the treated site by non-native species. Thus, mechanical treatments associated with revegetation, such as drill-seeding, would typically have both short-term and long-term positive effects by aiding in the recovery of native plant communities on a treated site. Methods that remove only aboveground plant biomass (e.g., mowing) would have few lasting effects on native plant communities, as non-target species would typically be able to recover quickly by resprouting.

Mechanical treatments would generally have the greatest effect on woody plant species, which typically take about 10 years or longer to recover and regain their dominance, depending on the effectiveness of control and the reproductive success of the species. Herbaceous plants would typically be more resilient to top-removal treatment methods, as many of these species die back annually. Growth of herbaceous plants often increases after mechanical treatments as a result of reduced competition with woody species for light, nutrients, and water (Cox et al. 1982). Treatments occurring during the growing period and prior to seed maturation and dispersal would have the greatest potential effects on herbaceous species.

The use of vehicles and other mechanical equipment could negatively affect native plant communities by bringing the propagules of non-native species into treatment sites and creating sites for weed establishment. In addition, repeated mechanical treatments, or treatments that remove large areas of vegetation, could adversely affect native communities by altering species composition.

**Tundra Ecoregion.** No mechanical treatments are proposed to occur in this ecoregion. However, if mechanical treatments were to occur in this ecoregion, effects to vegetation associated with mechanical equipment would depend on the type of equipment, the vegetation type, and whether or not snow was present. In general, low ground-pressure wheeled vehicles would have less effect on tundra than tracked vehicles or sleds on skids (USDI BLM 2005c).

The use of OHVs such as four-wheel vehicles and snowmachines could cause localized effects to tundra. Snowmachines used during the winter when the ground is frozen and there is adequate snow cover would have

**TABLE 4-10**
**Percentage of Acres Projected to be Treated using Mechanical Methods in Each Ecoregion for Each Vegetation Subclass**

| Vegetation Subclass[1] | All Ecoregions | Tundra | Subarctic | Marine | Mediterranean | Subtropical Desert | Subtropical Steppe | Temperate Desert | Temperate Steppe |
|---|---|---|---|---|---|---|---|---|---|
| Evergreen forest | 8 | 0 | 0 | 15 | 22 | 1 | 19 | 3 | 41 |
| Deciduous forest | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| Mixed evergreen/deciduous forest | 1 | 0 | 0 | 0 | <1 | 0 | 0 | 0 | 1 |
| Evergreen woodland | 20 | 0 | 0 | 81 | 56 | 1 | 63 | 14 | 18 |
| Deciduous woodland | <1 | 0 | 0 | 0 | <1 | 0 | 1 | 0 | 0 |
| Mixed evergreen/deciduous woodland | <1 | 0 | 0 | 0 | <1 | 0 | 0 | 0 | 0 |
| Evergreen shrubland | 40 | 0 | 0 | 0 | 16 | 13 | 13 | 46 | 22 |
| Deciduous shrubland | <1 | 0 | 0 | 0 | 0 | 16 | 0 | <1 | <1 |
| Evergreen dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deciduous dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Perennial graminoid | 4 | 0 | 0 | 3 | 2 | 2 | 0 | 4 | <1 |
| Annual graminoid or forb | 8 | 0 | 0 | 0 | 3 | 0 | 0 | 9 | 1 |
| Perennial forb | <1 | 0 | 0 | 0 | 0 | 0 | <1 | <1 | <1 |
| Riparian/wetland | <1 | 0 | 0 | <1 | <1 | 6 | 0 | <1 | 0 |
| More than one subclass | 18 | 0 | 0 | 0 | 1 | 60 | 4 | 21 | 14 |
| Total for all ecoregions | 100 | 0 | 0 | 4 | 5 | 1 | 3 | 80 | 7 |

[1] See Table 3-4 and Vegetation section in Chapter 3 for a description of vegetation subclasses.

little or no effect to the vegetation. However, heavy use of a trail could cause compaction of vegetation. In addition, the use of snowmachines during fall or spring or in areas without adequate snow cover could result in damage to the vegetative mat leading to thermokarst. Similarly, use of four-wheel vehicles on tundra could disrupt the vegetation and churn soil in the upper portion of the profile, leading to thermokarst in wet tundra and damage or death of plants in drier areas. The use of airboats in shallow marsh areas could also affect vegetation and soil, although if confined to the river channel, airboats would have no effect on vegetation.

**Subarctic Ecoregion.** No mechanical treatments are proposed to occur in this ecoregion. If mechanical treatments did occur, they would occur predominantly in mixed evergreen/deciduous forests and evergreen forests. Treatments would involve thinning of spruce, aspen, and poplar forests to reduce hazardous fuels, particularly in the WUI. Treatments would be expected to improve the health and vigor of overstory trees by reducing competition for nutrients and water from dense understory vegetation. Thinning would increase light availability to understory vegetation and encourage early-successional, light-dependent species. The overall effect of understory thinning treatments would be positive, as it would reduce the risk of future stand-replacing fires, and make the treated area more suitable for supporting fire treatments that mimic the historical fires in these forests.

**Temperate Desert Ecoregion.** An overwhelming majority of the proposed mechanical treatments would occur in the Temperate Desert Ecoregion, in evergreen shrubland (sagebrush) and evergreen woodland (pinyon-juniper) communities.

Evergreen Shrubland. Most of the mechanical treatments in evergreen shrubland would involve tilling or plowing of sagebrush, followed by seeding or drilling. Other mechanical treatments, such as mowing, chopping, and chaining, would be used to a lesser extent. Treatments would target woody species (e.g., big sagebrush, rabbitbrush, and greasewood), with the goal of encouraging certain species of perennial bunchgrasses, forbs, and shrubs. Plowing would be used in areas with little herbaceous understory, where soil

disturbance would help prepare the seedbed for revegetation.

After treatment, there would be a temporary reduction in overall shrub cover, including both undesirable species (e.g., rabbitbrush, horsebrush, and greasewood) and desirable species (e.g., bitterbrush, cliffrose, and western serviceberry). In addition, the understory composition and environmental conditions of the treatment site would determine which herbaceous species would increase in cover following treatments. Overall grass production generally doubles after sagebrush removal, because the cover of sagebrush is reduced and soil nutrient and water availability is increased (Sturges 1975, USDI BLM 1991a).

Mechanical treatments that do not uproot vegetation would have little overall effect on plant species composition. However, compositional changes to overstory shrub species may occur, as certain shrub species are more adapted to this type of disturbance and would resprout readily, while others must reseed themselves from shrubs that survive treatment or from adjacent areas. Mowing treatments would favor herbaceous species rather than shrubs. However, mowing is generally not considered to be useful for long-term control of sagebrush, as the effects last less than 5 years (Davis 1982) and in general little overall effect on plant species composition would be expected in the long term. Mowing treatments are useful in improving the structural diversity of sagebrush stands.

Herbaceous species present on the site prior to treatment would uniformly increase in abundance, and some species of shrubs would resprout fairly quickly. Undesirable species on the site would be unlikely to decrease in abundance, and could be favored by quickly taking advantage of the resources released by the removal of shrubs. Methods of uprooting vegetation, such as plowing and disking, would be more likely to alter the species composition of sagebrush communities. Plowing would typically result in 70% to 90% sagebrush mortality, which would generally be higher in summer, when the soil is dry and firm, than during the spring, when the soil is moist and compactable (Cluff et al. 1983). However, plowing, when used alone, is not an effective method of controlling sagebrush, which is capable of reseeding rapidly, and could eventually result in greater canopy coverage of sagebrush than was present on the site prior to treatment (Wambolt and Payne 1986).

Although the use of mechanical treatments in evergreen shrublands would have some benefit to herbaceous species over the short term, these methods could have adverse effects to native communities over the long term if used inappropriately. For example, repeated control of sagebrush through methods such as plowing would eventually alter the species composition of native plant communities, especially if revegetated with seed mixtures, which may only contain seeds for a small portion of the herbaceous species native to the site. Furthermore, mechanical treatments would not adequately mimic the fire disturbance regime of sagebrush communities. In most cases, mechanical treatments would need to be combined with other types of treatments in order to avoid adverse effects to native plant communities.

Evergreen Woodlands. Mechanical treatments in pinyon-juniper woodlands would primarily consist of thinning and machine piling of debris, as well as chipping/shredding and chaining to reduce the occurrence of pinyon and juniper species. In some instances, trees might be cut and removed from the site. As a result of tree removal, many native perennial grass species, forbs, and shrubs would increase on the site (Clary 1971, Jacobs and Gatewood 1999). Therefore, successful treatments would benefit native plant communities. However, partial removal of trees would not have lasting benefits to native communities, and benefits would be minimal on sites where low precipitation or shallow soils limit revegetation of understory species. In addition, mechanical treatments on sites with a large component of non-native herbaceous species could result in increased dominance of these undesirable species. Pinyon-juniper sites that are mechanically treated would have to be retreated fairly often, as small trees and seedlings often survive these treatments and may rapidly regrow once free from competition.

**Temperate Steppe Ecoregion.** In the Temperate Steppe Ecoregion, mechanical treatments would likely occur in evergreen forest, evergreen shrubland, and evergreen woodland communities.

Evergreen Forest. Mechanical treatments in forest communities would largely consist of treatments to reduce tree density, remove ladder fuels, reduce crown bulk density, and alter tree species composition in favor of fire-resilient species. In forests where fires have been suppressed, mechanical treatments could create openings in the canopy usually caused by fire, increasing the germination of grasses in open forests (e.g., ponderosa pine) and of shade-intolerant tree species in more closed forests (e.g., aspen). These disturbances could benefit evergreen forests by

returning the treated site to an earlier successional stage, thereby mimicking the historical role of fire.

Improvement cutting, thinning, and understory cutting with whole-tree removal or pile burning may be necessary to achieve open stocking levels that will sustain vigorous tree growth and to reduce ladder fuels (Fiedler et al. 1996). Harvesting and thinning should be designed to retain the most vigorous trees. If stems are tall and slender, as in dense second growth stands, it may be necessary to leave clumps of three to five trees for mutual protection against breakage by wet snow and windstorms. The restoration cutting process may require thinning in two to three steps over 15 to 20 years. Spot planting of the desired seral tree species in open burned microsites can be used when shade-tolerant species have taken over.

Evergreen Shrubland. The general effects of mechanical treatments on sagebrush communities in this ecoregion would be largely the same as the effects on sagebrush communities in the Temperate Desert Ecoregion. However, plant communities in the Temperate Steppe Ecoregion would generally experience more rapid and favorable rates of recovery following treatments due to the greater precipitation that falls in this region compared with the Temperate Desert Ecoregion.

Removal of shrubs using techniques that cut only aboveground portions of vegetation would result in very little change to plant communities, as shrub species would rapidly resprout from buds in the base, rhizomes, or roots (Cable 1975). Techniques that uproot vegetation, however, would favor pioneer species. Given the lack of an undeveloped understory, the spread of weeds into these communities would be encouraged. Shrubs would also return from seeds, favoring species that do not require fire to germinate. Therefore, these treatments would be likely to affect native plant communities by altering their species composition over the long term.

Evergreen Woodland. The general effects of mechanical treatments on pinyon-juniper woodlands in this ecoregion would be largely the same as the effects on pinyon-juniper in the Temperate Desert Ecoregion, except they would be less limited by moisture availability.

**Subtropical Steppe Ecoregion.** In the Subtropical Steppe Ecoregion, mechanical treatments would likely occur in evergreen woodland and evergreen forest communities.

Evergreen Woodland. The general effects of mechanical treatments on pinyon-juniper woodlands in this ecoregion would be largely the same as the effects on pinyon-juniper in the Temperate Desert Ecoregion. The warmer and wetter conditions in the Subtropical Steppe Ecoregion would likely result in more favorable vegetation response following treatment compared to similar vegetation types in the Temperate Desert Ecoregion.

Evergreen Forest. The general effects of mechanical treatments on evergreen forests in this ecoregion would be largely the same as the effects on evergreen forests in the Temperate Steppe Ecoregion.

**Subtropical Desert Ecoregion.** In the Subtropical Desert Ecoregion, some mechanical treatments are likely to occur in evergreen and deciduous shrublands. Mechanical treatments could increase the cover of annual weeds, such as halogeton and Russian thistle, thereby adversely affecting native plant communities. Because of the extremely low and irregular rainfall of this region, it would be difficult to revegetate native species after widespread treatments (Bleak et al. 1965; Jordan 1981; Cox et al. 1982; Blaisdell and Holmgren 1984; Roundy and Young 1985). Reestablishment of perennial vegetation, in particular, may require successive years of unusually high precipitation. Therefore, mechanical treatments, because of their large area of influence, could have longer-lasting effects to native plant communities in the Subtropical Desert Ecoregion than to plant communities in the other ecoregions receiving treatments.

**Mediterranean Ecoregion.** In the Mediterranean Ecoregion, mechanical treatments would likely occur in evergreen woodland, evergreen forest, and evergreen shrubland communities.

Evergreen Woodland. Some changes in understory species composition could occur as a result of mechanical treatments, as certain species would respond favorably to mechanical treatments, and others would not. Finally, the use of heavy equipment in oak woodlands could negatively affect oaks. The shallow root systems of oaks could be physically damaged by heavy equipment.

Evergreen Forest. The general effects of mechanical treatments on evergreen forests in this ecoregion would be largely the same as the effects on evergreen forests in the Temperate Steppe Ecoregion.

Evergreen Shrubland. The general effects of mechanical treatments on chaparral communities in this ecoregion would be largely the same as the effects on chaparral in the Temperate Steppe Ecoregion.

**Marine Ecoregion.** In the Marine Ecoregion mechanical treatments would likely occur in evergreen woodland and evergreen forest communities.

Evergreen Woodland. The general effects of mechanical treatments on oak woodlands in this ecoregion would be largely the same as the effects on oak woodland in the Mediterranean Ecoregion.

Evergreen Forest. The general effects of mechanical treatments on evergreen forests in this ecoregion would be largely the same as the effects on evergreen forests in the Temperate Steppe or Mediterranean ecoregions. However, evergreen forests in the Marine ecoregion would likely recover more quickly from mechanical treatments due to the more abundant rainfall in this region.

### Effects of Manual Treatments

Over half (53%) of manual treatments would occur in the Temperate Desert Ecoregion, and one-quarter of treatments in the Mediterranean Ecoregion. A third of manual treatments would occur in evergreen forest, 23% in evergreen woodlands, and 9% in evergreen shrublands (Table 4-11).

Manual treatments would generally benefit native plant communities on public lands, without the risks of adverse effects to non-target species associated with most of the other treatment methods. Manual methods are highly selective, causing injury and mortality only to target plants/fuels, and because of their high cost, would only be used in limited areas where other treatment methods were not feasible. Most of the manual treatments would occur in evergreen shrublands and woodlands of the Temperate Desert Ecoregion, and in evergreen forests of the Mediterranean and Marine ecoregions. Manual treatments in evergreen forests would consist primarily of hand thinning by chainsaws to reduce stand densities and reduce hazardous fuels, and pruning to reduce ladder fuels. In all ecoregions and vegetation types, manual treatments could result in small amounts of trampling or accidental removal of non-target plants, particularly since repeated treatments are often required to prevent the reestablishment of aggressive weeds. There would also be minor risks associated with spilling oil and fuels from hand-held equipment, such as chainsaws, which could kill or harm plants. The overall effects to native communities, however, would be minimal and short term in duration.

### Effects of Biological Treatments

Nearly 90% of biological control treatments would occur in the Temperate Steppe (48%) and Mediterranean (40%) ecoregions (Table 4-12). Over half of treatments would control annual grasses or forbs (e.g. medusahead and yellow starthistle) and 25% of treatments would control perennial forbs (e.g., some knapweeds, some thistles, leafy spurge, purple loosestrife, and dalmatian toadflax).

**Containment by Domestic Animals.** About two-thirds of the acres to be treated using biological methods would be subject to grazing by animals. These treatments would generally occur in herbaceous communities (annual and perennial grassland and perennial forb communities) that have significant weed infestations.

Domestic animals would likely affect non-target vegetation by browsing and trampling/kicking up plants. The extent of effects to non-target vegetation would depend on the animal species used, the plant species' tolerance to grazing, management of the grazing system (i.e., timing, area, intensity, frequency, and duration), and the site's pre-treatment condition and disturbance history. Different types of livestock have different food preferences. Sheep and goats typically prefer broadleaved forbs, although sheep will generally consume more grass than goats (Walker et al. 1994). Cattle prefer grasses (Olson 1999). These diet preferences could result in alterations to plant species composition after prolonged periods of grazing.

Many weed species are of poor forage quality and have low palatability due to toxins, spines, and distasteful compounds, which would cause domestic animals to avoid them in favor of native plant species. The effects of grazing would be greatest when conducted before plants have produced seed (resulting in reduced reproductive capacity), during times of drought or stress, or if conducted repeatedly.

Because of the numerous factors involved in determining the extent of effects to native plant communities from grazing, the BLM's grazing management systems would be required to involve the right combination of animals, timing, and stocking density, and be carefully designed, managed, and monitored, in order to avoid effects to native plant communities on treatment sites (Olson 1999).

**TABLE 4-11**
**Percentage of Acres Projected to be Treated using Manual Methods in Each Ecoregion for Each Vegetation Subclass**

| Vegetation Subclass[1] | All Ecoregion | Tundra | Subarctic | Marine | Mediterranean | Subtropical Desert | Subtropical Steppe | Temperate Desert | Temperate Steppe |
|---|---|---|---|---|---|---|---|---|---|
| Evergreen forest | 32 | 0 | 0 | 89 | 86 | 0 | 3 | 2 | 34 |
| Deciduous forest | <1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Mixed evergreen/deciduous forest | 2 | 0 | 0 | 0 | <1 | 0 | 0 | 1 | 2 |
| Evergreen woodland | 21 | 0 | 0 | 8 | 3 | 0 | 61 | 28 | 23 |
| Deciduous woodland | <1 | 0 | 0 | <1 | 0 | 0 | 0 | 0 | 0 |
| Mixed evergreen/deciduous woodland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Evergreen shrubland | 14 | 0 | 0 | 0 | 2 | 98 | 9 | 23 | 9 |
| Deciduous shrubland | <1 | 0 | 0 | 0 | 0 | <1 | 0 | 0 | 0 |
| Evergreen dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deciduous dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Perennial graminoid | 10 | 0 | 0 | 2 | <1 | 0 | 0 | 20 | 1 |
| Annual graminoid or forb | <1 | 0 | 0 | 0 | 1 | 0 | 0 | <1 | 0 |
| Perennial forb | 2 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 7 |
| Riparian/wetland | 2 | 0 | 0 | 2 | 2 | 1 | 26 | 1 | <1 |
| More than one subclass | 15 | 0 | 0 | 0 | <1 | 1 | 0 | 22 | 22 |
| Total for all ecoregions | 100 | 0 | 0 | 12 | 24 | <1 | 4 | 53 | 7 |

[1] See Table 3-4 and Vegetation section in Chapter 3 for a description of vegetation subclasses.

The use of domestic animals could indirectly affect native plant communities by encouraging weed infestations as a result of soil disturbance, which creates sites for weed establishment, and by spreading propagules in fur or dung. For example, livestock have been a major contributor in the dissemination of mesquite seeds into mesquite-free areas (Archer 1995). Therefore, grazing treatments not confined to areas of high weed infestation could adversely affect the surrounding native plant communities, or other sites to which grazers were moved, by increasing the coverage of weeds within them.

Livestock could alter the nutrient cycling processes of native plant communities receiving grazing treatments by depositing organic nitrogen in urine and feces, and by mixing surface organic matter. In traditionally nitrogen-limited ecosystems, such as those found in the arid West, increased nitrogen could benefit native plants (LeJune and Seastedt 2001). However, most nitrogen-limited systems contain species that are adapted to low nutrient levels, and deposition of nitrogen could actually favor weeds that require high nitrogen concentrations to become established (Evans and Ehleringer 1993). High soil nitrogen could also assist in the spread of established weeds, such as downy brome and medusahead, by stimulating seed germination (Belsky and Gelbard 2000).

Significant biological control treatments are proposed for the annual graminoid/forb communities of the Mediterranean Ecoregion. Of note is a single large proposed grazing project. Because annual grasslands in California evolved in conjunction with heavy grazing regimes, grazing treatments would be unlikely to cause major changes to the vegetation communities that currently exist (Sims 1988).

Biological treatments would also be prevalent in the Temperate Steppe Ecoregion, spread over a number of vegetation types. Prominent treatments would include grazing in perennial graminoid/forb and riparian communities in Montana.

**Biological Control Agents.** The effects of insects and pathogens on native plant communities are difficult to assess, as they have not been well documented. In

some cases, biological control agents can be very beneficial to plant communities with heavy weed infestations by reducing the vigor and dominance of their target weed species. For example, the release of flea beetles at one site was found to reduce densities of leafy spurge stems by 65% within 3 to 5 years after their release (Lym and Nelson 2000). Regardless of their degree of success in restoring degraded communities, the insects and pathogens approved for release under the proposed treatment programs would be unlikely to affect non-target species or cause any adverse effects to native plant communities. Biological control agents are tested extensively before being approved for field release to ensure host specificity (i.e., acting only on their target plants), and reports of extensive damage to non-target organisms are not widespread. However, the relationship between laboratory testing and field behavior is not always predictable, and there may be some potential risks to non-target plants. For example, a weevil released to control exotic thistles has also been observed to feed on native thistle flowerheads (Louda et al. 1997). Though adverse effects to native plant communities are not expected as a result of treatments using insects and pathogens, there would still be risks associated with unforeseen effects to these communities.

Release of insects would be prevalent in the Temperate Steppe Ecoregion in perennial graminoid and forb communities. Other plant communities currently scheduled to receive biological control treatments include perennial forb communities in the Temperate Desert Ecoregion, perennial graminoid communities in the Subtropical Desert and Marine ecoregions, and evergreen forests in the Subtropical Steppe Ecoregion. Biological treatments are not proposed for the Tundra or Subarctic ecoregions.

**Effects of Chemical Treatments**

The effectiveness of herbicide treatments in managing target plants and the extent of disturbance to native plant communities would vary by the extent and method of treatment (e.g., aerial vs. ground) and chemical used (e.g., selective vs. non-selective), as well as by local plant types and physical features (e.g., soil type, slope) and weather conditions (e.g., wind speed) at the time of application. Treatments would likely affect the plant species composition of an area and could affect plant species diversity. Species composition and species diversity are equally important contributors to ecosystem function (USDA Forest Service 2005). Because certain herbicides target certain types of plants (e.g., broadleaf species), an herbicide treatment program for a given ecosystem and area should include multiple types of herbicides. For example, if picloram or clopyralid were the only herbicides used in a highly invaded area, weedy annual grasses, such as medusahead, downy brome, and barbed goatgrass could begin to dominate. The following sections detail the possible effects of herbicide treatments on both target and non-target plants.

Over 70% of the treatment acres would be in the Temperate Desert Ecoregion, a much greater proportion than at present (Table 4-13). Sixteen percent of treatments would occur in the Temperate Steppe Ecoregion. Treatments in the Temperate Desert Ecoregion would primarily target sagebrush, rabbitbrush, and other evergreen shrubland species, and annual grass and perennial forb weeds, while those in the Temperate Steppe Ecoregion would focus on control of invasive annual and perennial grasses and forbs.

**Non-target Plants.** Herbicides could come into contact with and affect non-target plants through drift, runoff, wind transport, or accidental spills and direct spraying. Potential effects include mortality, reduced productivity, and abnormal growth. Risk to off-site plants from spray drift would be greater for applications with smaller buffer zones and from greater heights (i.e., aerial application or ground application with a high boom). Risk to off-site plants from surface runoff is influenced by precipitation rate, soil type, and application area. Most accidental scenarios (i.e., direct spray or spill) pose a risk to plant receptors. Persistent herbicides (e.g., bromacil) adsorbed to soil particles could also be carried off site by wind or water, affecting plants in other areas. Application rate is a major factor in determining risk, with higher application rates more likely to pose a risk to plants under various exposure scenarios.

Applications that would pose the greatest risk to non-target plant species, assuming SOPs were followed, are those with the greatest likelihood of off-site transport. The risk characterization process of the ERAs indicated that risk to typical terrestrial plants associated with off-site drift of bromacil, clopyralid, chlorsulfuron, dicamba, imazapyr, metsulfuron methyl, and triclopyr would be moderate to high. The risks to special status terrestrial plants associated with off-site drift of bromacil, clopyralid, chlorsulfuron, dicamba, diquat, diuron, imazapyr, metsulfuron methyl, sulfometuron methyl or triclopyr would be

**TABLE 4-12**
**Percentage of Acres Projected to be Treated Using Biological Control Methods in Each Ecoregion for Each Vegetation Subclass**

| Vegetation Subclass[1] | All Ecoregion | Tundra | Subarctic | Marine | Mediterranean | Subtropical Desert | Subtropical Steppe | Temperate Desert | Temperate Steppe |
|---|---|---|---|---|---|---|---|---|---|
| Evergreen forest | <1 | 0 | 0 | 14 | <1 | 0 | 49 | 0 | 0 |
| Deciduous forest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mixed evergreen/deciduous forest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Evergreen woodland | <1 | 0 | 0 | 0 | <1 | 0 | 0 | 0 | 0 |
| Deciduous woodland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mixed evergreen/deciduous woodland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Evergreen shrubland | 4 | 0 | 0 | 0 | 3 | 0 | 51 | 14 | 0 |
| Deciduous shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Evergreen dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deciduous dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Perennial graminoid | 14 | 0 | 0 | 86 | <1 | 100 | 0 | 7 | 23 |
| Annual graminoid or forb | 38 | 0 | 0 | 0 | 97 | 0 | 0 | 6 | <1 |
| Perennial forb | 13 | 0 | 0 | 0 | <1 | 0 | 0 | 59 | 18 |
| Riparian/wetland | 2 | 0 | 0 | 0 | <1 | 0 | 0 | 0 | 4 |
| More than one subclass | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 4 |
| Total for ecoregion | 100 | 0 | 0 | <1 | 40 | 2 | <1 | 8 | 48 |

[1] See Table 3-4 and Vegetation section in Chapter 3 for a description of vegetation subclasses.

moderate to high. There would be moderate risk to aquatic plants associated with off-site drift of diuron applied at the maximum application rate. None of the herbicides pose risk under wind erosion scenarios.

Effects to non-target plants would be minimal if herbicides were able to selectively target the desired species type. Herbicides that are selective for broad-leaved plants (e.g., imazapic and clopyralid) would only affect broad-leaved species, which are typically the only target species in grass-dominated plant communities. However, some changes in species composition could occur in these communities as a result of altered competitive relationships. The lasting effects of treatments using non-selective herbicides would depend on reestablishment of species present in the seedbank. In many cases, reseeding or replanting treatments would be required after the application of non-selective herbicides to ensure the presence of native species on the site following treatment.

The ALS-inhibiting herbicides evaluated in the PEIS are chlorsulfuron, imazapic, imazapyr, metsulfuron methyl, and sulfometuron methyl. These herbicides would be applied at low application rates, since only small concentrations are necessary to damage target plants. These herbicides would pose some risks to non-target plants; however, risks would be similar to those associated with the other evaluated herbicides. Nevertheless, because of the potency of these herbicides, they would be most appropriate for use against a dominant target species or a particularly aggressive invasive species that has not been controlled by other methods (USDA Forest Service 2005).

**Target Plants.** The effects of herbicides on target plants would depend on their mode of action. Contact herbicides (e.g., diquat) only kill the plant parts that they touch, while translocated herbicides (e.g., dicamba) are transported throughout the plant. Herbicides that provide long-term weed management (e.g., bromacil) affect plants when they are present in the soil, with the degree of damage and non-selectivity often increasing with herbicide concentration (Holecheck et al. 1995).

**TABLE 4-13**
**Percentage of Acres Projected to be Treated Using Herbicides in Each Ecoregion for Each Vegetation Subclass**

| Vegetation Subclass[1] | All Ecoregions | Tundra | Subarctic | Marine | Mediterranean | Subtropical Desert | Subtropical Steppe | Temperate Desert | Temperate Steppe |
|---|---|---|---|---|---|---|---|---|---|
| Evergreen forest | 4 | 0 | 0 | 79 | 76 | 0 | <1 | 1 | 1 |
| Deciduous forest | <1 | 0 | 0 | 0 | 0 | 0 | 0 | <1 | <1 |
| Mixed evergreen/deciduous forest | <1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | <1 |
| Evergreen woodland | 2 | 0 | 0 | 0 | 6 | 0 | 1 | 2 | <1 |
| Deciduous woodland | <1 | 0 | 0 | 0 | <1 | 5 | 5 | 0 | 0 |
| Mixed evergreen/deciduous woodland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Evergreen shrubland | 33 | 0 | 0 | 0 | 8 | 26 | 42 | 36 | 21 |
| Deciduous shrubland | <1 | 0 | 0 | 0 | 0 | 32 | 4 | <1 | 0 |
| Evergreen dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deciduous dwarf-shrubland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Perennial graminoid | 13 | 0 | 0 | 21 | <1 | 0 | 33 | 8 | 26 |
| Annual graminoid or forb | 15 | 0 | 0 | 0 | 10 | 0 | 8 | 20 | 2 |
| Perennial forb | 12 | 0 | 0 | 0 | <1 | <1 | 1 | 12 | 23 |
| Riparian/wetland | 1 | 0 | 0 | 0 | <1 | 2 | 4 | 1 | 0 |
| More than one subclass | 20 | 0 | 0 | 0 | 0 | 34 | 3 | 21 | 26 |
| Total for all ecoregions | 100 | 0 | 0 | <1 | 4 | <1 | 9 | 71 | 16 |

[1] See Table 3-4 and Vegetation section in Chapter 3 for a description of vegetation subclasses.

Selective herbicides only affect certain plant species, whereas non-selective herbicides affect all or most plant species. The non-selective herbicides evaluated in the PEIS include bromacil, diquat, diuron, fluridone (except at low concentrations), glyphosate, sulfometuron methyl, and tebuthiuron. The other herbicides (2,4-D, chlorsulfuron, clopyralid, diflufenzopyr, hexazinone, imazapic, imazapyr, metsulfuron methyl, Overdrive®, picloram, and triclopyr) exhibit some selective qualities. Diquat and fluridone would be used exclusively for the management of aquatic plants. 2,4-D, glyphosate, imazapyr, and triclopyr could be used for management of aquatic as well as terrestrial vegetation.

## Beneficial Effects of Treatments

Treatments that remove hazardous fuels from public lands would be expected to benefit the health of plant communities in which natural fire cycles have been altered. The suppression of fire results in the buildup of dead plant materials (e.g., litter and dead woody materials), and often increases the density of flammable living fuels on a site (e.g., dead branches on living shrubs or live plants, especially during dry periods). The resultant fires burn hotter, spread more quickly, and consume more plant materials than the historical fires that occurred under conditions of lower fuel loading. In addition, human-caused fires occur with greater frequency than they historically did, resulting in altered plant community structure. Treatments that restore and maintain fire-adapted ecosystems, through the appropriate use of mechanical thinning, fire use, and other vegetation treatment methods, would decrease the effects from wildfire to communities and improve ecosystem resilience and sustainability. Treatments should also reduce the incidence and severity of wildfires across the western U.S.

Treatments that control populations of non-native species on public lands would be expected to benefit native plant communities by reducing the importance of non-native species and aiding in the reestablishment of native species. The use of fire, herbicides, or other treatment methods to simply kill vegetation is often inadequate, especially for large infestations. Introducing

and establishing competitive plants is also needed for successful management of weed infestations and the restoration of desirable plant communities (Jacobs et al. 1999). The degree of benefit would depend on the success of these treatments over both the short and long term. Some treatments are very successful at removing weeds over the short term, but are not successful at promoting the establishment of native species in their place. In such cases, seeding of native plant species would be beneficial. Weeds may resprout or reseed quickly, outcompeting native species, and in some cases increasing in vigor as a result of treatments. The success of treatments would depend on numerous factors, and could require the use of a combination of methods discussed below to combat undesirable species.

Although modeling was not done as part of this PER to determine the long-term effects of vegetation treatments, modeling done for similar treatments proposed by the BLM and Forest Service in the Interior Columbia Basin showed that improvements in land condition would be slow. The drier parts of the restoration area would likely take longer to restore than wetter areas because the vegetation would respond more slowly and because treatment methods are less refined for more arid ecosystems (USDA Forest Service and USDI BLM 2000b).

Based on conclusions drawn from the Interior Columbia Basin assessment, public land treatments would provide a better mix of habitats so that vegetation would be more resilient to disturbance and sustainable in the long term. Treatments should reduce the extent of Douglas-fir and other shade tolerant species from current levels. Treatments would reduce the encroachment and density of woody species in shrublands and/or herblands. As a result, plant communities that have declined substantially in geographic extent from historical to current periods (e.g., big sagebrush and bunchgrasses) would increase. Although the acreage of weeds and other exotic and undesirable plants could continue to increase, the rate of expansion should be slower (USDA Forest Service and USDI BLM 2000b).

**Effects of Fire Treatments**

Fire suppression has altered natural fire regimes and led to an increase in hazardous fuels and the associated risk of catastrophic fire in the West. In addition, several weed and invasive plant species have increased dramatically due to altered fire cycles. Use of fire would help to restore native vegetation and natural ecosystem processes. It is effective in controlling some invasive annuals with short-live seed banks, such as downy brome, especially when followed up with herbicide treatments (Asher et al. 2001; Grace et al. 2001). One strategy for altering the balance between non-native annuals and native perennials is to burn early during the spring after the ground has dried out. Fires at this time would destroy much of the seed crop of both annuals and perennials, although the resprouting of the latter would make them more resilient to burning (Keeley 2001). However, other invasive species populations, such as leafy spurge, burningbush, bull thistle, sowthistle and diffuse knapweed, could be stimulated with fire, especially if large seedbanks were present (Harrod and Reichard 2001). In addition, restoration, including seeding, would have to occur in a timely manner after treatment to minimize the potential for erosion or weed invasion (Brooks and Pyke 2001).

Prescribed fire treatments in the arid perennial grasslands would potentially benefit these communities by controlling the invasion of shrubs such as mesquite, creosote bush, and tarbush. Fire can be used to deter the growth and invasion of several invasive shrubs, including mesquite (Grace et al. 2001). Fires may kill the seeds of this species, and be effective in topkilling smaller shrubs (Drewa et al. 2001). Fire has also been used to control cholla and pricklypear. In the Chihuahuan Desert, fire can be used to stimulate herb and grass production. If invasion by weeds is not likely, fire can be used in chaparral to open dense stands and improve habitat for wildlife. In mountain shrublands, fire use can improve species diversity (Payne and Bryant 1998). Fires at 5- to 40-year intervals would maintain perennial bunchgrass communities. Vegetation can be used as living firebreaks or greenstrips. Crested wheatgrass has been used as a firebreak because it photosynthesizes longer into the growing season compared with most native species in the Temperate Desert Ecoregion and therefore stays greener longer and is less capable of carrying a fire.

**Effects of Mechanical and Manual Treatments**

Mechanical and manual treatments would allow for more precise control of vegetation in the treatment area than other methods. In addition, mechanical and manual treatments pose fewer human health risks than fire use and use of herbicides, and would thus be favored for treatments in the WUI, along ROWs, and near high public use areas.

Manual and mechanical methods are often used for maintenance of ROWs and public facilities. Common manual techniques used at these sites include pulling, cutting, girdling, topping, and pruning. Chainsaws are

BLM_0008811

used by crews that travel along ROWs and remove target vegetation. Manual methods can be highly selective and remove only targeted vegetation. They can also be safer to use around powerlines and other hazard sites (BPA 2000).

Manual and mechanical treatments are effective in sensitive areas, such as wetland and riparian habitat, or near the habitat of plant and animal species of concern, where greater control over treatment effects is required or effects to non-target species are a concern. Equipment can be used to thin trees to increase the distance between tree crowns in order to reduce the chance that fire will spread between them, or to remove ladder fuels to reduce the possibility that a surface fire will become a crown fire. Chaining and shredding are effective in the control of shrubs, such as mesquite and juniper, and for management of sagebrush (Payne and Bryant 1998).

Materials generated from thinning and other vegetation treatments are available for use as soil amendments, as pulp chips for the paper industry, as construction material, or as biomass for fuel. The conversion of unwanted vegetation to biomass energy has gained more importance as our nation has become more reliant on foreign sources of energy. Specific sources of residue to biomass energy production include lands that have been degraded by the expansion in the distribution of woody species, such as western juniper, and by the accumulation of shade tolerant species within the Intermountain West. It is estimated that the BLM alone has the available biomass equivalent to 100,000 tons of coal on lands suitable for biomass production (USDI BLM 2006c).

Mechanical methods are often used to prepare a seedbed before planting. Dozer blades, grubbers, rootplows, disks, chains, and cables can be used to remove brush, roughen the seedbed, or shred vegetation that can be used as mulch. Seeding is accomplished by broadcast seeding, drill seeding, and by hand planting, among other methods (Payne and Bryant 1998).

Chaparral communities would receive mechanical treatments to reduce woody vegetation and increase herbaceous vegetation for improved forage or water yield, as well as for fuels reduction. Many species of chaparral communities are highly flammable, fire-dependent species. Chaparral communities tend to produce an abundance of dead fuels, which could be reduced with mechanical treatments.

Mechanical treatments could benefit native communities by controlling woody shrub species, which have invaded desert grasslands and now occur in much greater densities than they have historically. Mechanical treatments, when properly conducted and timed, can effectively control desert shrub species, such as creosote bush (Wood et al. 1991).

Mechanical treatments in oak woodlands would benefit native plant communities by removing conifers and other encroaching woody species that have increased the density of these communities, and by stimulating the growth of understory forbs and grasses. In these regards, mechanical treatments could act as a "replacement" for the historical fire disturbances that maintained the openness of oak woodlands. Treatments that favor oaks would also allow oaks to grow large and increase their reproductive success.

**Effects of Biological Treatments**

Biological control is a useful and proven method for controlling rangeland and aquatic weeds. The aim of biological control is not to eradicate the target species, but rather to put enough pressure on the species to reduce its dominance to more acceptable levels. Biological control is cost-effective, environmentally safe, self-perpetuating, and is well-suited to integration within an overall weed program (Wilson and McCaffrey 1999). Biological control agents have the additional advantage of not harming non-target vegetation.

A number of biological control agents are effective in controlling noxious weeds and invasive vegetation. The BLM would use insects, pathogens, and livestock to control vegetation. Insects are prominent in biological control of weeds because many species exhibit high host-specificity (Wilson and McCaffrey 1999). However, the success of biological control programs often depends on the presence of a more desirable plant community that can fill in the spaces opened by the removal of the weed. Thus, biological control would not be effective where large stands of annual grasses, such as downy brome, are present and have displaced native vegetation. If the weed is controlled, the space is often filled by another weed, or the plant community reverts to the weed annual grass understory.

The use of grazing animals has a greater likelihood of affecting non-target vegetation than insects and pathogens. Although grazing animals such as goats, sheep, and cattle are often looked upon negatively in terms of effects on vegetation, they can beneficially alter the appearance productivity, and composition of

plant communities if used in moderation and at appropriate stocking densities (Payne and Bryant 1998). Goats are effective in controlling shrubs such as oaks, mesquite, chamise, and sumac on desert shrublands and chaparral (USDI BLM 1991a). Goats are also effective in controlling vegetation in sensitive areas where use of fire or herbicides is undesirable, such as near residential areas or near streams and wetlands.

**Effects of Chemical Treatments**

Herbicides offer an effective and often resource-efficient means of treating and managing unwanted vegetation. Mechanical and manual treatments are often more time and labor intensive than herbicide applications, and they cause soil disturbance, which can provide the appropriate conditions for invasive weeds to resprout from roots and rhizomes or grow from dormant seeds. In addition, herbicide use may be less dangerous than treatment with prescribed fire in dry areas that have high fire risk. The use of herbicides would benefit plant communities with weed infestations by decreasing the growth, seed production, and competitiveness of target plants, thereby releasing native species from competitive pressures (e.g., water, nutrient, and space availability) and aiding in their reestablishment. The degree of benefit to native communities would depend on the toxicity of the herbicide to the target species, and its effects on non-target species, as well as the success of the treatments over both the short and long term.

Some treatments are very successful at removing weeds over the short term, but are not successful at promoting the establishment of native species in their place. In such cases, seeding of native plant species would be beneficial. The success of treatments would depend on numerous factors, and could require the use of a combination of methods to combat undesirable species. In addition, repeated use of a particular herbicide on a particular site could cause target weeds to develop a certain level of resistance to that herbicide over time, reducing the effectiveness of repeated treatments.

The focus of treatments in the Temperate Desert Ecoregion is to benefit greater sage-grouse and other wildlife that use sagebrush communities by creating openings in dense and crowded sagebrush and rabbitbrush stands, removing invasive species, and promoting production of perennial grasses and forbs desired by wildlife (Paige and Ritter 1999).

Treatments in the Temperate Steppe Ecoregion would be focused on annual and perennial grasses and forbs, including downy brome, knapweeds, and thistles. Control of broadleaf plants by selective herbicides, such as 2,4-D, usually increases grass production. 2,4-D is also effective in controlling weedy forbs, such as bull, musk, and Scotch thistle. 2,4-D can be tank mixed with other herbicides, such as glyphosate, dicamba, picloram, and triclopyr to enhance the activity of these herbicides. Applications of selective herbicides, such as 2,4-D, are expected to increase grasses and decrease broadleaf species (USDI BLM 1991a).

Herbicides such as picloram and tebuthiuron are used to control woody species such as mesquite, creosote bush, and snakeweed in Subtropical Desert Ecoregion habitats. These herbicides usually decrease woody plant growth and increase growth of grasses, although it may take several years before grass and forb production increases in response to reduced competition from shrubs. Picloram is effective in controlling snakeweed, while tebuthiuron is effective in controlling creosote bush and tarbrush (USDI BLM 1991a).

New herbicides proposed for use by the BLM (Overdrive®, diquat, fluridone, and imazapic) pose lower risks to terrestrial plants than bromacil and chlorsulfuron, and present similar or lower risks to terrestrial plants than the other currently-approved herbicides. Imazapic has been reported to successfully control the spread of aggressive invasives, including downy brome, Russian knapweed, and perennial pepperweed, would pose few risks to non-target vegetation, and would have positive effects on native prairie restoration (Whitson 2001, Shinn and Thill 2002).

## Effects to Special Status Plant Species

Public lands in the western U.S. support over 1,000 plant species that have been given a special status based on their rarity or sensitivity. Special status plants include approximately 150 species that are federally-listed as threatened or endangered, or are proposed for federal listing. The remaining special status species include candidates for federal listing, and other species that warrant special attention and could potentially require federal listing in the future. Many of these species are threatened by competition with non-native plants and other invasive species. The *Final Programmatic Biological Assessment Vegetation Treatments on Bureau of Land Management Lands in 17 Western States* (BA; USDI BLM 2007b) provides a description of the distribution, life history, and current threats for each federally-listed plant species, as well as species proposed for listing.

In general, the potential effects to special status plant species from the proposed vegetation treatments would be similar to those described for vegetation as a whole in the previous section. However, the rarity and sensitivity of special status species and their habitats make them more likely to be affected by disturbances associated with treatments. For all treatments, additional mitigation is required. In addition, populations of special status species may in some cases benefit more from fuels reduction and control of non-native species than plants with secure populations.

### Standard Operating Procedures

The BLM would implement SOPs to minimize the risks to special status plant species from vegetation treatments. Examples of SOPs include surveying for species of concern if the project may impact federally- and/or state-listed species; minimizing direct impacts to species of concern from fire treatments, unless studies show that these species will benefit from fire; minimizing the use of ground-disturbing equipment near species of concern; and using temporary roads when long-term access to treatment sites is not required (see Table 2-5).

### Adverse Effects of Treatments

#### *Effects of Fire Treatments*

As discussed in the BA, the potential effects of fire treatments on special status plant species would vary depending on a number of factors. The timing of the burn; the area, frequency, and severity of the burn; the level of resistance or adaptation by individual species to fire; the presence of fire-adapted vegetation; and the historical fire disturbance regime of the habitat would all influence the effects on special status population in the area. In most cases, mortality of some plants would occur if a fire were to burn directly through a population. The negative effect on the population would increase if a severe fire were to kill subsurface reproductive structures, or buried seeds. If an entire population was burned, extirpation of that population could potentially occur. Low intensity burns in fire adapted habitats could potentially benefit some special status species by increasing flower production and/or seed germination.

The indirect effects on special status plant species as a result of changes in habitat would largely depend on conditions of the site. Many special status species on public lands, particularly species found in the Marine Ecoregion, are early-successional species that would be expected to benefit indirectly from prescribed burns. In some cases special status plants would need to be protected from fire while the surrounding habitat was burned.

In habitats where non-native species have become adapted to fire (often in rangelands), fire treatments would be expected to further degrade the quality of the habitat because the fire-adapted invasive species would potentially outcompete native special status species in occupying sites cleared by burning.

As discussed in the BA, the majority of desert special status species (in Temperate Desert and Subtropical Desert ecoregions) occur in desert shrub communities. Pending an assessment at the local level prior to treatment, it is assumed that most special status plant species in desert habitats would be adversely affected by fire treatments because they are not likely to be adapted to fire. It is also assumed that the majority of special status plant species in the Subtropical Steppe Ecoregion would be adversely affected by fire. Many of these species are members of stable, climax communities that would not be expected to benefit from fire treatments. Many special status plants in the Temperate Steppe Ecoregion would be expected to respond positively to fire treatments, as many habitats in this ecoregion adapted with fire and grazing. The Mediterranean Ecoregion Division also contains a variety of habitat types, such as chaparral, oak woodlands, and grasslands, which are fire adapted and would be expected to benefit from the use of prescribed fire. Special status plant species in the Marine Ecoregion Division are also likely to benefit from fire. At the local level, BLM offices would need to make a determination about the possible effects of fire on special status plant species and their habitats prior to implementing fire treatments.

#### *Effects of Mechanical and Manual Treatments*

Because mechanical treatments are intended to control entire stands of vegetation or to enhance structural diversity, they could result in injury or mortality to any special status plants present on the treatment site if these plants were not avoided. In instances where the top layer of soil was removed, the seed bank of the species would also be negatively affected. Species with small populations or very limited distributions could be extirpated by such an occurrence. Populations of annual special status plants, however, should not be adversely affected, provided seedbank and germination conditions were not negatively affected by the treatment.

Case No. 1:20-cv-02484-MSK Document 28-7 filed 04/27/21 USDC Colorado pg 14 of 137

Effects to the habitat of special status plant species, in addition to the potential long-term benefits from the removal of weeds, would include short-term adverse effects such as erosion and hydrologic alteration, as discussed under effects to vegetation.

Over the long term, the suitability of the treatment site for supporting special status plant species would depend on the suite of species that became established after the site was cleared. A site cleared but not replanted or reseeded would typically favor early successional species, and would be expected to be beneficial for early successional special status plants. However, noxious weeds are also well-adapted to disturbed sites, and in many cases can outcompete special status plant species. It is expected that mechanical treatments would occur on sites with a large amount of undesirable vegetation, and it is likely that propagules of these species would be able to recolonize the site. Thus, it is possible that mechanical treatments alone would have no long-term effect on special status species habitat, or would have a negative effect. However, if replanting or reseeding with native species was also done at the site, long-term effects could be positive, by eventually replacing a site dominated by non-natives species to one dominated by native species.

Manual treatments would potentially provide benefits to special status species without causing injury to individual plants, provided workers were able to identify special status species and avoid disturbing them.

#### *Effects of Biological Treatments*

**Containment by Domestic Animals.** Adverse effects to special status plants and/or their habitat from weed containment by domestic animals could include foraging of individual plants, trampling, compaction of soils, and, for wetland species, hydrologic alteration. Although plants are typically able to recover from removal of their aboveground portions, heavy grazing could cause a reduction in plant biomass, vigor, and seed production (Kauffman 1988, Heady and Child 1994). In the case of non-secure populations of special status plants, the stresses associated with grazing could cause long-term adverse effects, particularly if special status plants were browsed or grazed before producing seed, or during times of drought or other environmental stress, or if the same plants were grazed repeatedly. Although treatments with domestic animals can improve the habitat of some special status species by reducing the cover and vigor of non-native or undesirable species, grazing can reduce the quality of habitat by spreading weed propagules. Since many populations of special status species occur in areas that have a large component of native species, introduction of weed propagules into these areas would be expected to have long-term adverse effects on special status populations.

**Other Biological Control Agents.** No adverse effects to special status plant species are expected from the use of biological control agents, since these insects and pathogens generally do not affect non-target plant species or habitats. However, there have been some instances of biological control agents attacking species other than the target plant. An example is the seed-head weevil, which was released to control alien species of thistle, but has also attacked the Chorro Creek bog thistle, an endangered species in the same genus. Under the review process, biological control agents undergo an extensive screening and testing process by USDA Animal and Plant Health Inspection Service before an organism can be released. Despite these safeguards, there is always a risk that the release of an agent into a habitat in which it does not occur could result in unforeseen ecological repercussions.

#### *Effects of Chemical Treatments*

The potential effects of herbicide treatments on special status plant species would depend on a number of factors, including the location of the application in relation to special status populations, the type of application method utilized, the type of chemical formulation used, and the timing of the application in relation to the phenology of the special status species. In the case of special status plant species, manual spot applications of herbicides may be the only suitable means of applying herbicides that can adequately ensure the protection of sensitive populations.

All of the herbicides analyzed in ERAs would pose risks to terrestrial special status plant species in a situation where plants were directly sprayed. Herbicides with the greatest likelihood of harming special status plants would include bromacil, chlorsulfuron, clopyralid, diflufenzopyr, diquat, imazapyr, metsulfuron methyl, Overdrive®, picloram, sulfometuron methyl, and triclopyr. These herbicides would also present the most risk to terrestrial special status plant species as a result of drift from a nearby application site. The herbicide with the lowest risk to terrestrial plants is imazapic, which, according to its ERA, can be broadcast sprayed by ground methods 25 feet from a sensitive plant without risk (ENSR 2005c-l; Syracuse Environmental Research Associates, Inc.[SERA] 2005).

BLM_0008815

Herbicides with the greatest likelihood of affecting special status plant species via surface runoff include imazapyr, metsulfuron methyl, picloram, and triclopyr. Of these herbicides, picloram has the longest soil half-life (see Soil Resources section). Herbicides with the least likelihood of affecting special status terrestrial plant species include imazapic, chlorsulfuron, glyphosate, and bromacil.

Aquatic special status plants could be harmed by a normal application of an aquatic herbicide, accidental direct spray or spray drift of a terrestrial herbicide from a nearby upland, accidental spill, or surface runoff from an upslope area into the water body where the plant is located. Use of 2,4-D and diquat to control vegetation in aquatic habitats would pose the greatest risks to any special status plant species also in the habitat. Aquatic herbicides that would be safe for use in aquatic habitats where special status plant species occur include fluridone and the low-toxicity formulations of glyphosate. In addition, triclopyr acid could be applied directly to the water column at the standard concentration without harm to sensitive aquatic plants. The safest terrestrial herbicides to use near aquatic habitats would be picloram and diflufenzopyr.

**Beneficial Effects of Treatments**

Many special status plant species are threatened by the spread of non-native plants. Although a discussion of individual plant species is beyond the scope of this PER, the BA provides additional information on which threatened, endangered, and proposed plants are most at risk from competition with non-native plants. The continued spread of non-native plants is expected to result in further encroachment on rare or sensitive plant populations, possibly resulting in reduced population size and vigor, and even extirpation of particularly vulnerable populations. Therefore, all vegetation treatments that limit the spread of non-native plants in habitats occupied by special status species would benefit these vulnerable populations. Improvement of habitat near populations of special status species could also be extremely beneficial by providing suitable habitat for expansion of populations, perhaps aiding in their recovery.

Because populations of special status plants are often small and isolated from other populations, they are highly susceptible to extirpation by catastrophic wildfires, even in habitats that are, or were once, adapted to fire. Therefore, vegetation treatments that reduce fuels in and near populations of special status species would be expected to provide long-term benefits to these species by reducing the likelihood that a future wildfire would extirpate or further weaken sensitive populations (Sheppard and Farnsworth 1997).

Prescribed fires may release resources to the benefit of special status plants. Plant height and numbers of flowerheads of Thompson's clover were significantly higher in burned than unburned areas where fires removed competing grasses and shrubs (Scherer et al. 1997).

Hand removal of competing vegetation and fuel sources within populations of special status species would likely help improve or maintain the vigor of these populations. Though not feasible over large areas, manual treatments are often the most appropriate means of improving habitats occupied by threatened and endangered species.

# Fish and Other Aquatic Organisms

The BLM administers lands directly affecting almost 155,000 miles of fish-bearing streams and 4 million acres of reservoirs and natural lakes (USDI BLM 2006c). These habitats range from isolated desert springs of the Southwest to large interior rivers and their numerous tributaries throughout the Pacific Northwest and Alaska. Today, the rapid expansion of invasive species and build-up of hazardous fuels across public lands are threats to ecosystem health and one of the greatest challenges in ecosystem management.

The BLM vegetation treatment program is designed to benefit ecosystems by removing and controlling the spread of invasive plant species. In aquatic systems, these plants (e.g., Eurasian watermilfoil and water-thyme) may clog slow-moving water bodies, contaminating water with an overabundance of organic material. Dense concentrations of invasive aquatic plants also reduce light and dissolved oxygen levels, eliminating habitat and decreasing growth or killing native species of plants and animals (Payne and Copes 1986). Fire exclusion policies, buildup in hazardous fuel levels, and increase in acreage dominated by invasive vegetation have led to more frequent fires of greater severity and duration and increased soil erosion over many areas of the West. These conditions have often led to deterioration in water quality and fish habitat in affected areas. Efforts to improve upland habitat conditions by reducing hazardous fuel levels and controlling invasive species and noxious weeds should lead to improved habitat for fish and other aquatic organisms.

## Scoping Comments and Other Issues Evaluated in Assessment

Numerous scoping comments were centered around a desire for the BLM to focus on long-term ecosystem sustainability and biological diversity. There was some concern about herbicide bioaccumulation in fish. Many reviewers expressed a desire that the BLM use newer, less toxic herbicides and/or limit or avoid herbicide use.

## Resource Program Goals

Approximately 30,000 acres of wetland and riparian habitat would be treated annually to benefit fish and other aquatic organisms. Of these acres, approximately 34% would be treated using chemical treatments, 30% using biological control methods, 28% using mechanical and manual methods, and 8% using fire. Herbicide treatments would be conducted using aerial and ground-based equipment, and more than 80% of treatments would occur in the Temperate Desert and Subtropical Steppe ecoregions. Biological control treatments would mostly involve the use of insects. Nearly all fire treatments in riparian areas would be 100 acres or less.

Uplands would be treated to meet other project objectives, including reducing hazardous fuels, reducing the risk of fire in the WUI, and improving habitat for wildlife. These treatments, however, would also likely improve plant community structure and function to the benefit of fish and other aquatic organisms in the treatment area.

The BLM has ongoing programs under the direction of the Fisheries Management, Riparian Management, and Soil, Water and Air Management programs to control invasive vegetation and noxious weeds, including saltcedar, in riparian areas. The BLM is working with Ducks Unlimited and other groups to create wetlands and improve stream habitat. Substantial effort is focused on removing and revegetating abandoned logging roads to reduce erosion and sedimentation of nearby aquatic bodies, and to restore habitat for salmon and other fish in the Columbia River Basin (USDI BLM 2005a). Columbia River Basin activities include fencing riparian areas to better control livestock access. In addition, the BLM is actively restoring degraded lands in the Colorado River Basin to reduce the amount of salt loading to the Colorado River.

Fire exclusion policies, buildup of hazardous fuels, and increase in acreage dominated by invasive vegetation have led to more frequent fires of greater severity and duration and increased soil erosion over many areas of the West. These conditions have often led to deterioration in water quality and fish habitat in affected areas (USDA Forest Service and USDI BLM 2000b). Although disturbances from fire, wind, plant disease, grazing by wildlife, floods, and other factors will always be important in shaping ecosystems in the western U.S., efforts by the BLM to restore vegetation to more natural conditions, and reduce fuels buildup and the frequency of catastrophic fires, should lead to a slow improvement in habitat for fish and other aquatic organisms in treated areas.

## Standard Operating Procedures

This assessment of effects assumes that SOPs (listed in Table 2-5 of the PER and Table 2-8 of the PEIS) are used to reduce potential unintended effects to fish and other aquatic organisms. These include developing and updating an operational plan for each project, which would include information on project specifications, key personnel responsibilities, communication procedures, safety, spill response, and emergency procedures. In addition, the BLM would maintain vegetated buffers between treatment areas and aquatic habitats. Vehicles would not be washed in streams or wetlands, and equipment would be fueled and serviced at least 100 feet from water bodies. Treatments would be minimized near fish-bearing streams, particularly during periods when fish are in sensitive life stages, and access of domestic animals to streams and other water bodies would be limited to minimize sediments entering water and potential for damage to fish habitat. For herbicide treatments, SOPs would include using spot, rather than aerial treatments, near water bodies, and using the herbicide that is least toxic to fish and other aquatic organisms, while still being effective. Minimum buffers and other herbicide use restrictions would be established based on guidance given in risk assessments prepared for the PEIS (see Appendix C of the PEIS) and the herbicide label.

## Adverse Effects of Treatments

All vegetation removal activities could disturb the soil and reduce the amount of vegetation that can bind to soil, potentially causing erosion and sedimentation of water bodies. Fish typically avoid turbid or silty water, and the density and diversity of fish and macroinvertebrate populations tend to decline as streams become more silted (Gore 1985; Wagner and LaPerriere 1985; Aldridge et al. 1987; Steinman and

McIntire 1990). Sedimentation can affect the feeding success of fish species that rely on visual search strategies, bury prime spawning habitat, prevent fry (early-stage fish) from emerging from spawning gravels, and foul the gills of aquatic organisms (Gardener 1981). Sediments can also affect plants that are used as food by aquatic organisms by reducing the amount of sunlight reaching plants and slowing or stopping their growth.

Removal of riparian vegetation would increase the amount of sunlight reaching water bodies, which could raise water temperatures above normal. Water temperature affects the metabolism, behavior, and survivorship of aquatic species (Beschta et al. 1987, Bjornn and Reiser 1991). Salmon and trout are cold-water fish that are especially sensitive to above-normal water temperatures. Temperatures above 80°F are lethal to most salmonids. Many streams in the West that once supported cold-water species now host mostly warm-water species, such as common carp and red shiner, as stream temperatures have risen due to loss of streamside vegetation from agriculture and other vegetation-removing practices. Warmer water temperatures also stimulate the production of algae, especially in waters with a high nitrogen content. While increased algae production may benefit macroinvertebrate production, algae can also crowd out more desirable plant species.

The removal of vegetation and soil disturbance decreases the amount of rainfall captured by plants, detritus, and soil, and can lead to increased stormwater flows and runoff velocity (Spence et al. 1996). Increased stormwater runoff can scour stream channels and modify stream channel morphology, affecting the distribution and abundance of aquatic organisms (Hicks et al. 1991). Although many aquatic species have evolved life-history strategies that allow them to succeed under rapidly changing water conditions, other species, such as those using wetlands, depend upon more stable conditions. For example, vegetation removal resulting in increased water flows to wetlands during the spring could flood the breeding sites of aquatic organisms that breed or lay eggs in moist soil, harming or killing eggs or juveniles.

The loss of large trees to mechanical or manual treatments could reduce the amount of large woody debris that would later fall into the water body and provide food and shelter for fish and other aquatic organisms. Loss of woody debris has been identified as a contributing factor in the decline of salmon populations in the Pacific Northwest (BPA 2000). Woody debris provides food and shelter for aquatic organisms, helps to capture and store sediments, reduces the erosional effects of high stream flows, and enhances pool development and maintenance (Bisson et al. 1987). The effects of debris removal would be greatest for smaller water bodies, or where vegetation was removed along lengthy stretches (300 feet or more) of a stream.

**Effects of Fire Treatments**

Embers, burning vegetation, and radiant heat generated by fire can raise water temperature (Fresquez et al. 2002). High mortality of juvenile coho and cutthroat trout were observed in Oregon when water temperature rose from 55 °F to 82 °F during a wildfire (Hall and Lantz 1969). However, evidence suggests that the increase in water temperature due to fire is usually short-term and confined to the immediate area (Amaranthus et al. 1989).

Hazardous fuels reduction would also decrease the likelihood that wildfire suppression activities would occur in or near aquatic habitats. Fire suppression activities can adversely affect aquatic organisms and their habitats. Fire retardants contain chemicals (e.g., ammonium polyphosphate or ammonium sulfate) that are especially harmful to aquatic organisms (Viereck and Schandelmeier 1980, Finger 1995), with retardant foams being more harmful than other types of retardants (Gaikowski et al. 1996a, 1996b; McDonald et al. 1996, 1997). Retardant that drops in or close to streams could have negative effects on fish.

Ash and smoke produced by fires can affect water chemistry. Ash falling into a stream can increase ammonia concentrations and acidity (pH) in the stream (Spencer and Hauer 1991), which are harmful to a variety of fish (Minshall et al. 1989). Changes in water temperature and water quality can be especially harmful to macroinvertebrates. For example, one study found that nearly all macroinvertebrates died in a stream in Arizona where a wildfire occurred, and even a year later, population numbers were only one-third of normal (Rinne 1996). Changes in temperature and nutrients were related to the volume of water in affected streams.

High intensity fires could kill large trees, with increased stream flow and erosion caused by the loss of vegetation toppling these trees into aquatic habitats. Over the short term, this woody debris would provide new fish habitat, sometimes continuing to fall into the water body for a year or more (Young 1994; Minshall et al. 1997; Berg et al. 2002). Eventually, however, the loss of trees would

result in little new woody debris entering the stream for many years.

Fires also cause changes in soil structure that may exacerbate erosion problems. The burning of litter and organic matter can reduce infiltration and increase runoff. Although many soils are naturally water repellant when dry, the consumption of litter over coarse textured soils can sometimes cause a waxy coating to form around soil particles below the surface. These layers repel water, increasing runoff, and can persist for years, unless the physical structure of the soil is somehow altered.

There would typically be fewer effects to aquatic organisms from heat, smoke, and ash from low intensity fires than from large, high severity fires. Prescribed fires can be designed to kill mostly shrubs and deciduous trees, rather than larger conifers. Since large trees would remain, soil stability would not be impaired, and conifers would still be available to contribute large woody debris to aquatic bodies in the future.

Different groups of invertebrates vary in their sensitivities to fire-caused changes in aquatic systems. Both generalist insects (which can live under a range of physical conditions and eat a wide range of foods) and mobile insects (which can readily flee intolerable conditions) tend to be least affected by burning (Minshall 2003). The abundance of aquatic invertebrates, however, is unlikely to differ from that in unburned streams shortly after a prescribed fire.

#### *Alaska and the Pacific Northwest*

No fire treatments are scheduled to occur in the Tundra Ecoregion of Alaska. In the Subarctic Ecoregion of Alaska, forestlands and deciduous shrublands would receive most of the fire treatments. Natural fire return intervals in these communities are generally greater than 100 years, and are typified by surface fires of low to moderate intensity that generally kill aboveground plant parts, but do not destroy underground parts (Viereck and Schandelmeier 1980).

In the Marine Ecoregion of the Pacific Northwest, fire treatments are proposed to occur in evergreen woodlands. These communities typically existed as fire climax oak woodlands maintained by frequent, low intensity burning (Agee 1993). Evergreen forests within this ecoregion include rain-fed coastal streams and snow-fed streams. Salmonids are the key fish species, located throughout tributaries and mainstems in this region.

Fire has been a relatively common occurrence in evergreen forests of the Pacific Northwest over the last 10,000 years (McMahon and deCalesta 1990). Fish in this region are apt to seek refuge in waters unaffected by adjacent burning, leaving burned areas poorly stocked until conditions become favorable once again (Minshall et al. 1990; Rieman and Clayton 1997; Gresswell 1999). Fish isolated from safe havens due to the extent of the burn or the lack of connectivity between affected and unaffected waters, however, must suffer any ill effects of burning on their habitat. The short-term effects of fire on fish populations are a function of both the degree and duration of fire-caused changes in water quality and quantity, and the proportion of each inhabited stream network affected by burning. An isolated or fragmented fish population would recover far more slowly from any adverse effects of burning than would a population inhabiting a widespread and well-connected stream system.

Severe fires that burn much or most of the organic layer down to mineral soil or permafrost could result in increased siltation and runoff into streams, negatively affecting local fish populations with an increase in turbidity and a potential loss of habitat. Furthermore, water temperatures could rise as a result of increased exposure of the stream surface to direct sunlight after removal of riparian vegetation by fire. Fire can also increase landslide potential for up to 5 years after the event because of the decay of anchoring root systems (Meehan 1991).

Frequent or intense fires could harm fish populations by removing vegetative cover and facilitating erosion. The extent to which surface runoff would affect water bodies would depend on the timing of the fires and the surrounding gradient; the steeper the topography the greater the runoff. However, maintaining buffers between burning areas and the aquatic resources would ensure that effects from runoff would be lessened.

The eastern portion of the Pacific Northwest is predominantly Temperate Steppe and Subtropical Steppe ecoregions. Basin vegetation types that would likely receive fire treatments in these ecoregions include evergreen forests, evergreen shrubland, and perennial graminoid communities.

The evergreen shrubland areas supporting chaparral shrub species in the Subtropical Steppe Ecoregion are fire-dependent, comprised of highly flammable species that grow rapidly after fire, taking about 25 years to mature and senesce (Brown and Smith 2000). A wildfire could alter riparian vegetation and affect

aquatic areas. Burning riparian vegetation would reduce available riparian habitat, increase streambank erosion, raise water temperatures, and reduce oxygen levels (Wright and Bailey 1982). Fish species, such as longfin dace and desert suckers, could be more affected by large wildfires and associated suppression activities (e.g., fire line construction and retardant drops) than is desirable in evergreen shrubland riparian communities. These effects could include displacement, mortality, and adverse loss or modification of habitat (e.g., cover and food resources). Severe wildfires occurring during critical reproductive periods for these species would be the most detrimental.

Prescribed fire in this ecoregion is not expected to result in direct mortality of local fish communities or cause indirect adverse effects to their habitat, including loss of forage, thermal cover, and hiding cover, as these projects would be designed to protect riparian vegetation and maintain unburned patches of vegetation in upland areas.

The perennial graminoid grasslands in the eastern Pacific Northwest support sparse shrubs and low trees, and exist on a continuum with evergreen woodlands (USDA Forest Service and USDI BLM 2000b). Aquatic bodies are very susceptible to surface runoff and erosion upon removal of grasslands. This increase in vegetation removal could have a major effect on native fishes and their habitat. The extent to which surface runoff would affect water bodies would depend on the timing of the prescribed fires and the surrounding gradient; the steeper the topography the greater the potential runoff. If streamflow increases because of the removal of encroaching conifers, riparian and aquatic organisms could benefit.

### *The Arid Environment*

**The Great Basin.** The main vegetation types that would be treated in the Temperate Desert Ecoregion are evergreen shrubland (sagebrush habitats) and evergreen woodland (pinyon-juniper habitats), with fire treatments predominantly occurring in evergreen shrublands.

While fish are adapted to extreme conditions in this region, those fishes living in small water bodies are most vulnerable to fire, which would modify the surrounding habitat and could change the amount of water in the system.

Fire is a natural process in the Great Basin, but with the spread of invasive grasses throughout evergreen shrublands, fires have increased in intensity and frequency. Fires have the potential to spread to riparian habitats, where loss of vegetation in riparian buffer zones is likely to destabilize stream banks and lead to erosion and sedimentation into aquatic habitats and potentially degrade fish habitat. Fire occurrence has decreased in upper elevation shrub communities, allowing establishment of substantial acreages of pinyon and juniper. Moisture competition eventually eliminates understory vegetation, resulting in substantial soil loss. Increased cover of surface vegetation and possible increase in soil water could lead to improved conditions in riparian and wetland areas.

On sites with a large component of invasive annual grasses, fires could negatively affect fish communities in the evergreen shrubland (sagebrush) areas. Because of the more continuous fuel loading on these sites, fires would affect a greater percentage of the surface on sites with a native-dominated understory. Residual vegetation would be less and initial recovery of weedy species would provide less protection to the soil surface than would a resprouting native grass community. Hot fires could increase the potential for surface erosion, although this is generally a temporary effect under prescribed fire conditions (DeBano 1981, Wright and Bailey 1982). Prescribed fires would likely be rare in sites dominated by invasive annual grasses, and would mostly used as a preparation for reseeding.

**Lower Colorado River Basin.** The Family Cyprinidae (chubs, dace, and suckers) is the most dominant native fish group within the Subtropical Desert Ecoregion. Vegetation types that are proposed for treatments include perennial graminoid communities, evergreen shrublands, and evergreen woodlands. Fire treatments would predominately occur in evergreen shrubland and perennial grassland communities in the Subtropical Desert Ecoregion.

Like the perennial graminoid grasslands in the Pacific Northwest, the perennial graminoid grasslands of the Lower Colorado River Basin support sparse shrubs and low trees, and exist on a continuum with evergreen woodlands. As a result, the general effects of fire on fish communities found within perennial graminoid grasslands and evergreen shrublands in this region would be largely the same as those described for fish in perennial graminoid and evergreen shrubland communities in the Subtropical Steppe and Temperate Steppe ecoregions of the Pacific Northwest.

The effects of prescribed fire to fish in evergreen woodland (pinyon-juniper) communities in this region would be similar to those discussed for evergreen

woodland (pinyon-juniper) communities in the Temperate Desert Ecoregion of the Upper Colorado River Basin below.

### *Upper Colorado River Basin*

Evergreen forests of the Rocky Mountains have historically had variable fire regimes, ranging from frequent, low severity understory burns in ponderosa pine forests to infrequent, stand replacing fires in lodgepole pine forests (Arno 2000). Fish in this region exhibit characteristics similar to those of fish in the Pacific Northwest. They are apt to seek refuge in waters unaffected by adjacent burning, leaving burned areas poorly stocked until conditions become favorable once again (Minshall et al. 1990; Riemann and Clayton 1997; Gresswell 1999).

Frequent or intense fires could harm fish populations by removing vegetative cover and facilitating erosion. The extent to which surface runoff would affect water bodies would depend on the rate and amount of vegetation recovery, the timing of the fires, and the surrounding gradient (the steeper the topography the greater the runoff). However, maintaining buffers between burned areas and the aquatic resources would ensure that effects from runoff would not be substantial.

Increases in water yield and surface water runoff within a watershed would be more dramatic immediately after a storm event. With the exposure of bare soils by fire, surface erosion could also increase. The increase in sedimentation into local streams could overload a channel and alter channel morphology, causing significant habitat changes for fish. Furthermore, heat from a fire can raise water temperatures to levels lethal to fish. After such fires, a lack of a riparian canopy would also expose fish to increased stream temperatures, potentially displacing local populations within an area.

Fish are apt to seek refuge in unaffected waters, leaving burned areas poorly stocked until conditions become favorable once again (Minshall et al. 1990; Riemann and Clayton 1997; Gresswell 1999). The short-term effects of fire on fish populations are a function of both the degree and duration of fire-caused changes in water quality and quantity, and the proportion of each inhabited stream network affected by burning.

Many areas occupied by fish (such as Gila trout and Lahontan cutthroat trout) in pinyon-juniper forests are under prescribed fire management that allows fires to burn in certain areas at certain times. Prescribed fires of low to moderate intensity that mimic natural fires are not likely to negatively affect fish populations within the areas proposed for burning, since these fires are unlikely to cause increases in stream temperature or turbidity, or increased streamflow during subsequent storms.

Any accelerated rates of runoff and sedimentation resulting from prescribed fires in upland areas would progressively diminish as these surrounding areas achieved proper functioning condition. Timing burns in these areas so that they occur during periods of little precipitation, and limiting the burning to areas designated outside of riparian areas, would reduce the effects of surface erosion and sedimentation entering aquatic habitats, reducing the effects to aquatic populations.

The general effects of prescribed fire to fish in evergreen shrubland communities of the Rocky Mountains would be similar to those discussed for evergreen shrubland communities in the Pacific Northwest.

### *California*

Fire treatment in the California hydrologic region would be directed at evergreen forests and evergreen woodlands. Fish habitat characteristics in this area are very similar to those observed in the western Pacific Northwest (as discussed above). Evergreen forests in this region historically had an understory fire regime or a mixed severity fire regime, and are presently at risk for high-intensity, stand-replacing crown fires due to large fuel accumulations.

Streams and rivers throughout the evergreen woodlands (oak woodlands) in this ecoregion are found at low elevations, and are used for rearing and foraging, rather than spawning, by salmonids (USDA Forest Service 2002a). Oak woodlands historically supported frequent, low intensity fires, which helped to maintain open stands with a grassy understory. Large oaks would be unlikely to be harmed during a low intensity fire, so that riparian areas and canopy coverage of water bodies would remain intact.

A concern within oak woodlands is the potential for erosion after a fire. High intensity fires can cause changes in soil structure that may exacerbate erosion problems (Neary et al. 1999), which can result in sediment from burned slopes clogging streams and reducing water quality. Oak woodlands typically occur in low gradient areas, so the potential effects to fish

from surface erosion from these habitats would be minimized. The reduced potential for surface erosion effects, combined with the low severity of prescribed fires, would minimize effects to fish within the project area.

The effects of prescribed fire to fish in evergreen shrublands of the Subtropical Desert Ecoregion would be similar to those discussed for evergreen shrubland in the eastern Pacific Northwest. In many areas of the Mojave and Sonoran deserts, plant communities are too sparse during most years to adequately carry a prescribed burn. Therefore, fire treatments would not be suitable for these areas, and fish would not be affected from prescribed fire in this region.

#### *Missouri River Basin*

The Missouri River Basin is predominantly in the Temperate Steppe Ecoregion. Basin vegetation types that would likely receive fire treatments in this ecoregion include evergreen forests, evergreen shrubland, and perennial graminoid communities. The general effects of fire on fish and other aquatic organisms found within these communities would be very similar to those observed in the eastern Pacific Northwest.

### Effects of Mechanical Treatments

The effects of mechanical treatments on fish and other aquatic organisms would be related to the types and amounts of soil disturbed and vegetation removed, proximity of the treatment to water, and potential for equipment fuel and lubricant spills to enter the water. Mechanical methods are appropriate for vegetation treatments near water in all ecoregions where a high level of control over vegetation removal is needed, the risks to aquatic organisms from the use of fire and herbicides are great, and residual vegetative cover is needed to minimize soil erosion.

A number of mechanical techniques are used to control aquatic vegetation. Mechanical harvesters are used to cut and collect aquatic plants. These machines can cut the plant from 5 to 10 feet below the water surface and may cut an area 6 to 20 feet wide. Harvesters can open up areas, but can also fragment and spread aquatic vegetation to new areas. In addition, harvesters may affect fish and other aquatic organisms by removing them with harvested material. Cutting plant stems too close to the bottom can result in resuspension of bottom sediments and nutrients (Madsen and Stewart 2004).

Weed rollers, which can be up to 30 feet long, compress the sediment and plants in an area. Frequent use allows only a small amount of invasive vegetation growth, but may disturb bottom-dwelling organisms and spawning fish. A rotovator is similar to an underwater rototiller, and functions to dislodge and remove plants and roots. Since the rotovator greatly disturbs the sediment, there is concern that use of the equipment can: 1) resuspend contaminated sediments; 2) release nutrients absorbed or precipitated in the sediment (e.g., phosphorus); 3) adversely affect benthic organisms; or 4) affect fish spawning areas.

Mechanical treatments used in upland areas, such as blading, tilling, and grubbing would likely disturb soil, which can degrade aquatic habitat if carried in stormwater runoff. Sediment entering stream channels can affect channel shape, stream substrate, fish habitats, and the structure and abundance of local fish populations. To reduce effects, the BLM would limit blading to relatively level areas, and would reseed bladed and grubbed sites to prevent runoff and erosion.

Chaining, roller chopping, and mowing would leave plant debris on the surface, which would aid in the control of erosion. Leaving a vegetated buffer between the treatment area and water could also reduce the risk of sediments entering water.

#### *Alaska and the Pacific Northwest*

No mechanical treatments are scheduled to occur in the Tundra and Subarctic ecoregion. In the Marine and Temperate Steppe ecoregions of the Pacific Northwest, mechanical treatments would occur predominantly in mixed evergreen/deciduous forests and evergreen forests, and would potentially affect salmonid species. Treatments could involve thinning of spruce, aspen, and poplar forests to reduce hazardous fuels. Small streams are responsible for a high proportion of salmonid production, but are very responsive to alterations by forest management activities. Treatments within the riparian zone of small streams would be expected to increase light availability to aquatic habitats, but decrease the available organic matter entering the stream. Therefore, thinning along these streams could increase water temperature, and reduce food (i.e., macroinvertebrates) availability and woody debris input. The overall effect of mechanical treatments within the riparian zone would be positive, as this treatment would be selective, creating openings in the canopy and enhancing primary production, while ensuring continued woody debris input and suitable rearing habitat.

In the eastern Pacific Northwest, most of the mechanical treatments in evergreen shrubland would involve tilling or plowing of sagebrush, followed by seeding or drilling. Other mechanical treatments, such as mowing, chopping, and chaining, would also be used, but to a lesser extent. Treatments would target woody species (e.g., big sagebrush, rabbitbrush, and greasewood), with the goal of encouraging certain species of perennial bunchgrasses, forbs, and shrubs. Plowing would be used in areas with little herbaceous understory, where soil disturbance would help prepare the seedbed for revegetation.

Removal of vegetation could temporarily increase surface erosion into nearby streams. Increases in water yield and surface water runoff within a watershed would be more dramatic immediately around storm events. The increase in sedimentation into local streams could overload a channel and alter channel morphology, causing significant habitat changes for fish. However, as a result of tree removal, many native perennial grass species, forbs, and shrubs would increase on the site (Clary 1971, Jacobs and Gatewood 1999). Grass production generally doubles after sagebrush removal, because the cover of sagebrush is reduced and soil nutrient and water availability is increased (Sturges 1975). With the introduction of these grasses, runoff and erosion into nearby waterbodies would be minimized.

***The Arid Environment***

The general effects of mechanical treatments on fish and other aquatic organisms in sagebrush areas in this region would be largely the same as the effects on these organisms in the sagebrush areas of the Pacific Northwest. Removal of vegetation could temporarily increase surface erosion into nearby streams or vernal pools. Increases in water yield and surface water runoff within a watershed would be more dramatic immediately around storm events. With the exposure of bare soils by mechanical treatment, surface erosion could also increase. Because of the extremely low and irregular rainfall of this region, increase sedimentation in pools or streams from mechanical treatments would not be significant to fish.

In the Subtropical Desert Ecoregion of the Lower Colorado River Basin, some mechanical treatments are likely to occur in evergreen and deciduous shrublands. Because of the extremely low and irregular rainfall of this region, increased sedimentation in pools or streams from mechanical treatments would not substantially alter aquatic habitats. Many trout species in this region occur in high elevation habitats that consist of small headwater streams with limited pool availability and low base flow. Removal of canopy vegetation could alter the diversity of macroinvertebrates available for trout to feed upon.

***Upper Colorado River Basin***

Mechanical treatments in pinyon-juniper woodlands would primarily consist of thinning and machine piling of debris, as well as chipping/shredding and chaining to reduce the occurrence of pinyon and juniper species on sites they have invaded. Any accelerated rates of runoff and sedimentation from upland areas as a result of mechanical treatments would progressively diminish as these surrounding areas achieved proper functioning condition. Timing burns in these areas so that they occur during periods of little precipitation, and limiting the burning to areas designated outside of riparian areas would reduce the effects of surface erosion and sedimentation entering aquatic habitats, reducing the effects to aquatic populations.

The warmer and wetter conditions in the Upper Colorado River Basin would likely result in a more favorable vegetation response following treatment compared to similar plant community types in the lower Pacific Northwest, Great Basin, and Lower Colorado River hydrologic regions, reducing the longevity of the effects.

Effects to trout species at high elevations from mechanical treatments would be similar to those for fish populations in evergreen forest and woodland communities in the Temperate Steppe Ecoregion in the Pacific Northwest and Missouri.

***California***

Mechanical treatments in oak woodlands would remove conifers but stimulate the growth of understory forbs and grasses. These treatments would reduce canopy coverage, increasing the amount of sunlight reaching streams and reducing food availability. The general effects of mechanical treatments on salmonid populations in mountainous area and evergreen forests in this region would be largely the same as the effects on salmonid populations in the Pacific Northwest.

***Missouri River Basin***

Mechanical treatments in forest communities in the Missouri River Basin would largely consist of thinning

BLM_0008823

to reduce the density of trees and the accumulation of understory fuels.

Many of the rivers in this basin historically carried heavy silt loads, collected from tributaries in the northern part of the drainage. Using mechanical treatments in this area could increase surface erosion in nearby water bodies. Fish such as sturgeon and sicklefin chub are suited to turbid and dynamic conditions historically observed throughout this area, and changes to instream sedimentation would have little effect on these species.

**Effects of Manual Treatments**

Manual treatments, which tend to be more selective and involve smaller treatment areas than other methods, would be less likely to affect aquatic organisms than other methods. Hand pulling and hand cutting are the two primary methods used to remove invasive aquatic vegetation. During hand pulling, the whole plant should be removed, and the process must be repeated often to control regrowth. When hand pulling, the entire root system and all fragments of the plants must be collected or plant and root fragments may result in additional growth of the species. Hand cutting is done with both powered and non-powered tools and is generally appropriate for small patches of vegetation in water that is less than 4 feet deep. As with hand pulling, vegetation can become fragmented and spread to other portions of the lake or stream. Removing aquatic plants may also result in increased shoreline erosion, as the roots are no longer present to stabilize the soils and dampen wave action. Replanting disturbed areas with native vegetation can help reduce or correct this problem (Madsen and Stewart 2004).

In most cases, unwanted vegetation near a stream or wetland could be removed without disturbing more desirable vegetation. Typically, plant debris would be left in place. Fuel and lubricant spills could occur during the use of chainsaws and trimmers. However, these spills would be small and, in most cases, easily cleaned up before they spread to aquatic bodies.

**Effects of Biological Treatments**

Approximately 9,400 acres of wetland and riparian habitat would be treated using biological control methods. Nearly all acres would be treated using insects. Most of the acres treated would occur in the Temperate Steppe Ecoregion. Approximately 317,000 acres of upland habitat would be treated and livestock would be used for about 60% of treatments; insects and pathogens would be used to treat the remaining acreage.

***Containment by Domestic Animals***

Although livestock can be used to control vegetation, they can also potentially have additional effects on wetlands, riparian areas, and aquatic organisms. The degree of effect would be dependent on the duration and intensity of grazing. Removal of riparian vegetation by livestock has led to stream channels that are wider and shallower than streams in ungrazed areas (Hubert et al. 1985; Platts and Nelson 1985), although this is not always the rule (George et al. 2002). With increasing width and water depth, streams become warmer, and cold-water species are displaced by more tolerant, warm-water species.

There may also be some direct effects on aquatic organisms as a result of livestock wading in streams. Animals defecating into aquatic systems could create water quality conditions that cause injury or mortality to aquatic organisms.

***Biological Control Agents***

Biological control can involve the use of 1) host-specific organisms, 2) opportunistic native or exotic pathogens or insects, 3) general feeders, such as grass carp that control most types of aquatic vegetation, and 4) native herbivores. A disadvantage of biological control is that it can take many years, and thus is most effective in low-priority areas, where other vegetation control methods are cost prohibitive or are not practical.

Biological treatments using insects or plant pathogens would have little or no effect on aquatic organisms, but could alter their habitats by killing or harming host plants. In most cases, these biological treatment organisms would be released on foot or from ATVs, and vegetation weakened or killed by these organisms would remain in place, resulting in little soil disturbance in the treatment area.

**Effects of Chemical Treatments**

The use of herbicides to control noxious and nuisance aquatic plant species represents one of the most widely known and effective management options available. Herbicide control of invasive aquatic weeds is often the first step in a long-term integrated control program. Herbicides that could be used by the BLM in aquatic and riparian areas include 2,4-D, glyphosate, imazapyr, and triclopyr. In addition, the BLM proposes to use

diquat and fluridone, and has prepared an HHRA and ERAs to address the risks associated with using these herbicides (see Appendixes B and C in the PEIS).

The remaining herbicides currently approved for use, or proposed for use, by the BLM would be used on uplands. Herbicides used to treat terrestrial vegetation on public lands would have the potential to enter water bodies and affect aquatic organisms through direct application into aquatic environments (of herbicides approved for use in these habitats), through accidental spraying (via aerial or ground applications), or through the movement of herbicides from upland areas to nearby water bodies in stormwater runoff. At low concentrations, herbicides would typically have little or no effect on aquatic organisms. At moderate concentrations, herbicides may not kill fish or other aquatic organisms, but could be detrimental to the survival, growth, reproduction, or behavior of certain organisms. At high concentrations, herbicides can be lethal to aquatic organisms.

Ecological risk assessments were conducted by the BLM and Forest Service to evaluate the risks to fish and other aquatic organisms from the use of 18 herbicides. The results of these assessments, including study methodology, herbicide mode of action, exposure scenarios, and toxicity characteristics for each herbicide, are summarized in the PEIS.

The purpose of the risk assessments was to identify the chronic and acute toxicity of herbicides to salmon and other aquatic organisms for typical exposures (runoff from nearby rangeland) as well as worst-case exposures (direct spray of water or accidental release of tank load from helicopter). For streams, the assessment assumed that fish reside in a small stream with limited water volume and dilution potential, characteristics that are typical of streams used by salmon for spawning and early rearing habitats. For each herbicide, the concentration of active ingredient likely to be found in the water under each exposure scenario was calculated, and then compared to the concentration that has been shown in scientific studies to be harmful to aquatic organisms, to determine whether the herbicides could affect aquatic species.

The extent of disturbance to fish and other aquatic populations caused by herbicide treatments would vary by the extent and method of treatment and chemical used. Herbicides could come into contact with and affect fish and aquatic invertebrates through drift, runoff, wind transport, or accidental spills and direct spraying. Potential effects include mortality, reduced productivity, abnormal growth, and alteration of critical habitat. In general, risk to aquatic invertebrates and fish from spray drift is greater with smaller buffer zones and application rates, and with application from greater heights (i.e., aerial application or ground application with a high boom). Risk to aquatic invertebrates and fish from surface runoff is influenced by precipitation rate, soil type, and application area. Under most accidental scenarios (direct spray or spill), there would be risks to aquatic invertebrates and fish. Furthermore, persistent herbicides adsorbed to soil particles could be carried off site by wind or water, affecting fish and aquatic invertebrates in nearby aquatic areas. However, in this analysis, wind transport of herbicide particles posed no risk, or only a low risk (diuron), to fish under the evaluated scenarios. Application rate was a major factor in determining risk, with scenarios involving maximum application rates most likely to pose a risk to fish.

The risk characterization process of the ERA suggested that chlorsulfuron, dicamba, diflufenzopyr, Overdrive®, and sulfometuron methyl are very safe to fish and aquatic invertebrates, as no risk was predicted for exposures involving these herbicides under any of the evaluated scenarios, including accidental direct spray and spill scenarios. In addition, imazapic does not pose a risk to fish or aquatic invertebrates, except when directly sprayed over a stream at the maximum application rate. There is no risk to fish or aquatic invertebrates associated with off-site drift of bromacil or tebuthiuron. Diuron can present a moderate to high risk to fish and aquatic invertebrates under surface runoff scenarios, if applied at the maximum application rate. The aquatic herbicides (i.e., diquat, fluridone, and glyphosate) do present a risk (low to high) to fish and aquatic invertebrates when applied to ponds and streams. This risk is greater for diquat than fluridone, which at the typical application rate only poses a risk to aquatic invertebrates in streams (aquatic herbicides are not typically applied to streams; therefore, this is an accidental scenario).

## Beneficial Effects of Treatments

About two-thirds of wetland habitats and one-half of stream habitats in the western U.S. are considered by the BLM to be properly functioning. Nearly 100% of the streams and wetlands in Alaska are properly functioning. Much of the habitat management for fish in the western U.S. is guided by several policy documents. Prior to the 1990s, habitat management for fish and other aquatic organisms was primarily addressed in land

use plans. In 1991, the Columbia River Basin Anadromous Fish Policy, a policy for anadromous fish protection in the Columbia Basin, was implemented. The PACFISH strategy, developed in 1995, outlines a strategy for anadromous fish habitat management, while the inland native fish strategy (INFISH), also implemented in 1995, provides guidance on management of resident fish outside of anadromous fish habitat in the Pacific Northwest. In addition, numerous Biological Opinions prepared by the USFWS and NMFS have helped to shape wetland and riparian habitat management.

Overfishing, mining, timber harvest, livestock grazing, agriculture, residential and commercial development, road building, and dam development and hydropower operations have been the primary factors contributing to the loss and modification of fish habitat in the western U.S. In addition to outright loss of habitat, turbidity, flow alteration, and high water temperatures are the primary factors that limit habitat quality for fish and other aquatic organisms on public lands. Habitat loss has not been uniform across the West; in wilderness and other protected areas, high quality habitat for fish and other aquatic organisms can still be found (USDA Forest Service and USDI BLM 2000b).

Of special concern to habitat managers in the West is the potential for a catastrophic event to occur, such as a wildfire or drawdown of water in a vernal pool, which would remove all of a species' habitat or severely limit the species' ability to move to more suitable habitat.

The BLM's highest priority is to use vegetation treatments to restore high priority subbasins within key watersheds to benefit fish and other aquatic organisms. Over the short term, adverse effects to aquatic organisms from vegetation treatment activities proposed by the BLM would occur, but treatments would lead to improved conditions for aquatic species over the long term. The eventual growth of desirable vegetation in treated areas would moderate water temperatures, buffer the input of sediment and herbicides from runoff, promote bank stability, and contribute woody debris to aquatic bodies. Ongoing efforts by the BLM to enhance riparian vegetation would also help to increase the number of miles of BLM-administered streams that are classified as "Proper Functioning."

Invasive aquatic vegetation spreads and rapidly colonizes water bodies. The canopy formed by invasive species can displace native species and alter animal communities in littoral zones and wetlands. An overabundance of an invasive species can create a visual barrier that interferes with the ability of larger predatory fish to feed. Reduced predation causes slower fish growth, favors smaller-sized fish, reduces the number of larger, harvestable fish, and results in poor quality sport fishing.

Removal of dense aquatic vegetation can lead to improved habitat for fish and other aquatic organisms (Dibble et al. 2004). Promotion of conditions that favor diverse aquatic plant communities increases the habitat complexity of aquatic systems, thereby providing a refuge for prey species and young predator species. Plants also provide habitat for invertebrates that are the food of many fish. Most fisheries studies have concluded that a moderate amount of vegetation is optimal for fish habitat. However, if a monoculture of an invasive species establishes that covers more than 85% of the pond or stream, most fish decrease in size and number. Thus, mechanical, manual, and herbicide treatments, and in some cases biological treatments, that reduce the amount of invasive aquatic vegetation would improve habitats for fish and other aquatic organisms. Because of concern over the spread of invasive aquatic species, two of the four new herbicides proposed for use by the BLM, fluridone and diquat, were chosen for evaluation based on their effectiveness against aquatic and riparian invasive species.

Vegetation treatments that restore native plant communities and ecosystem function would reduce sediment input into streams by improving degraded areas and providing suitable vegetative cover between areas of erosion and streams and other aquatic bodies (USDA Forest Service and USDI BLM 2000b). Improved cover adjacent to aquatic habitats would shade the water and reduce water temperatures. Removal of invasive vegetation, such as pinyon and juniper, could increase streamflow, while replacement of invasive species with native grasses, forbs, shrubs, and trees would stabilize streambanks and moderate streamflows. Furthermore, replacement of annual and perennial weeds and other invasive species with shrubs and trees would also increase the amount of woody debris in water bodies that can be used as habitat by fish.

**Effects of Fire Treatments**

Vegetation treatments that reduce hazardous fuels would benefit aquatic animals by reducing the chances that a large, uncontrolled wildfire would destroy a large amount of high quality aquatic habitat. Fire can adversely affect aquatic organisms by degrading water

quality and raising water temperature. However, effects would be less severe for prescribed fires than wildfires.

Prescribed fire treatments could benefit salmon species by reducing hazardous fuel loads, and therefore the risk of a destructive high intensity wildfire. In many cases, pre-treatment fuels reductions (e.g., thinning and pile burning) would be necessary to reduce the severity of prescribed burns near or within riparian zones.

**Effects of Mechanical and Manual Treatments**

Mechanical methods are appropriate for vegetation treatments near water where a high level of control over vegetation removal is needed or the risks to aquatic habitats from the use of fire and herbicides are great. These treatments are especially effective in treating sensitive habitats or habitats that support sensitive fish species.

Manual treatments, which tend to be more selective and involve smaller treatment areas than other methods, would be less likely to affect wetland and riparian areas than the other methods.

**Effects of Biological Treatments**

Although most biological control would be accomplished using insects, there is at least some potential to use livestock to control riparian vegetation. Wetland grazing has been shown to provide desirable plant response when applied under the right conditions. Seasonal exclusion of cattle has been proven to be an effective management tool in regulating soil and vegetation effects. With the right timing and amount of grazing pressure, invasive plants such as reed canarygrass, river bullrush, and cattails can be severely injured. The extensive root systems of such species are shredded by the cow hooves. Brush and weed management is the greatest potential benefit that managed grazing provides to riparian areas. Goats and sheep have long been used for weed control. The use of goats in areas infested with leafy spurge has proven to be successful. Goats, which show a strong preference for spurge, are less costly than chemical control measures.

If treatments using insects and pathogens are successful, the plant community near the water body should improve and provide good habitat for aquatic organisms. It is possible that some biological treatment organisms could provide food for fish. When used in conjunction with other treatment methods, such as mechanical and chemical methods, biological control can provide effective long-term control of unwanted vegetation. Grass carp are effective in controlling water-thyme and other plant species. Weevils (*Neochetina* spp., *Hydrellia* spp.) are effective in controlling water hyacinth and water-thyme. Several species of weevils and leaf beetles (loosestrife root weevil, black-margined loosestrife beetle, golden loosestrife beetle, blunt loosestrife seed weevil, and salvinia weevil) have been used to control purple loosestrife and giant salvinia (Confrancesco et al. 2004).

**Effects of Chemical Treatments**

This risks and benefits of herbicide treatments to aquatic organisms are discussed in more detail in the PEIS. Each of the currently available and new herbicides evaluated in the PEIS has different properties (e.g., mode of action), is suggested for different uses, and is most effective/least risky in different scenarios. The more herbicides available for use, the easier it is to select one or more that would result in the least risk to fish and aquatic invertebrates for specific aquatic applications or terrestrial applications near waterbodies.

The BLM's ability to use four new chemicals (fluridone and diquat for aquatic applications, and imazapic and Overdrive® for terrestrial applications) would allow the BLM to use herbicides that have less risk to fish and other aquatic organisms than herbicides that are currently available for use by the BLM.

## Effects to Special Status Fish and Other Aquatic Organisms

Public lands in the western U.S. support over 100 species of aquatic animals that have been given a special status based on their rarity or sensitivity. Included are 59 species of fish, 13 species of aquatic mollusks, and 6 species of aquatic arthropods that are federally-listed as threatened or endangered, or are proposed for federal listing. Some of these species have habitat requirements that have been or are being altered or reduced by invasions of non-native plant species. Populations of non-native aquatic species and riparian weeds may alter aquatic habitats, making them less suitable for special status fish and aquatic invertebrates. The *Final Programmatic Biological Assessment Vegetation Treatments on Bureau of Land Management Lands in 17 Western States* (USDI BLM 2007b) provides a description of the distribution, life history, and current threats for each federally-listed species, as well as species proposed for listing. The BA also discusses the risks to special status fish and aquatic

invertebrates associated with vegetation treatments proposed by the BLM.

In general, the potential effects to special status fish and aquatic invertebrate species from the proposed vegetation treatments would be similar to those described for fish and aquatic vertebrates as a whole in the previous section. However, the rarity and sensitivity of special status species and their habitats make them more likely to be affected by disturbances associated with treatments. For many species, additional mitigation is required. In addition, populations of special status species may in some cases benefit more from fuels reduction and control of non-native species than aquatic animals with secure populations.

**Standard Operating Procedures**

The BLM would implement SOPs to minimize the risks to special status fish and other aquatic organisms from vegetation treatments (see Table 2-5). Examples of SOPs include surveying for species of concern if the project may impact federally-listed species; minimizing direct impacts to species of concern from fire treatments, unless studies show that these species will benefit from fire; minimizing the use of ground-disturbing equipment near species of concern; and using temporary roads when long-term access to treatment sites is not required.

**Adverse Effects of Treatments**

A general reduction in the plant biomass of riparian areas, which could occur by any of the treatment methods proposed for use on public lands, can have multiple consequences for aquatic species, including an increase in water temperature and sedimentation, and a decrease in water storage capacity. Riparian cover provides shade to aquatic habitats, which cools water temperatures, and reduces the extent of water temperature fluctuation. In addition, riparian vegetation stabilizes the soil on banks, preventing erosion and sedimentation into streams and other aquatic habitats, and intercepts rainfall to reduce overland flow. Riparian vegetation also increases habitat quality by buffering streams from incoming sediments and other pollutants, building a sod of herbaceous plants to form undercut banks, increasing habitat complexity, and increasing terrestrial invertebrate prey for fish species (Platts 1991).

Increased sedimentation entering aquatic habitats as a result of destabilized streambanks and increased erosion can cover spawning/rearing areas, thereby reducing the survival of fish embryos and juveniles. Sedimentation can also fill pool habitats, making them unusable by fish and other aquatic organisms. A number of sublethal effects to aquatic species may also occur as a result of sedimentation, including avoidance behavior, reduced feeding and growth, and physiological stress (Waters 1995). Over the long-term, increased sediment loads reduce primary production in streams. Reduced instream plant growth, combined with the reductions in riparian vegetation, can limit populations of terrestrial and aquatic insects, which also serve as food sources for many special status fish species.

Removal of large amounts of riparian vegetation, while potentially causing a surge of nutrients into streams, can alter the nutrient dynamics of the aquatic habitat. In areas where riparian vegetation has been lost to fire, a shift in energy inputs from riparian organic matter to primary production by algae and vascular plants have been predicted (Minshall et al. 1989) and observed (Spencer et al. 2003). This change in a stream's food web could alter the composition of food and thus energy sources that are available to special status fish and other aquatic organisms.

The increased solar radiation that results from the loss of streamside or poolside vegetation causes temperatures, light levels, and autotrophic production (plants and algae) to increase. The resulting effects on some special status species, and particularly salmonids, may include reduced growth efficiency, an increased likelihood of succumbing to disease, and an increase in food production.

Numerous special status aquatic animals are most threatened by changes in water levels and quality associated with development, upslope land use practices, and groundwater pumping, and the expansion of non-native fish populations. For most of the special status aquatic animals discussed in the BA, invasions of non-native plant species into riparian and aquatic habitats were not listed as threats to the species' survival. For these animals, health risks and effects to aquatic habitats associated with vegetation treatments could outweigh any habitat improvements resulting from minimized weed infestations. In addition, some treatments could have short-term adverse effects on special status fish and aquatic invertebrates by reducing the overall cover of riparian vegetation that regulates water temperature through shading. It is also likely, however, that the weed infestations (if present) in or near the aquatic habitats that support some of these species do not currently require treatments under the BLM's vegetation management programs.

#### *Effects of Fire*

The effects of fire on water conditions, such as heating and chemical changes, would be short term in duration. However, a temporary impairment of water quality in habitat occupied by special status fish and other aquatic organisms could have lasting population-level effects if individual animals were killed or became more susceptible to predation as a result.

Other short-term effects on water quality as a result of fire treatments would be expected to pose a greater risk to special status fish and other aquatic organisms than species with more secure and extensive populations. The potential increase in water temperature and influx of sediments, ash, and chemicals (e.g., those associated with foam lines) resulting from removal of vegetation in riparian areas could reduce the vigor of special status species populations, particularly if all of a species' limited habitat were affected.

Furthermore, use of water from aquatic habitats that support special status species for creating wet lines and extinguishing hot spots could adversely affect those habitats, particularly in arid climates or during dry seasons, when water is limited. Taking water from aquatic habitats with special status species could also result in inadvertent entrainment and/or harassment of those species, which could have lasting effects on sensitive populations.

#### *Effects of Mechanical Treatments*

As discussed for aquatic animals in general, use of heavy equipment in riparian areas could physically degrade aquatic habitats through bank collapse, use of heavy vehicles directly in the water, and leaking of equipment fuel or lubricants into the water. For some special status species, loss of even a few individuals, or destruction of even a small area of habitat could substantially increase the susceptibility of the population to future extirpation. Risks would be greatest if the treatments occurred over the entire area occupied by a population.

As discussed previously, aquatic habitats would likely be altered by mechanical treatments in adjacent riparian and upland habitats. The degree of alteration would depend on the size and intensity of the treatment, as well as site conditions and other factors. Treatments resulting in sedimentation into aquatic habitats through soil disturbance and removal of stabilizing vegetation would be expected to affect populations of special status species, especially those that require clear water. Although most effects would be short term in duration, lasting effects to species with sensitive populations could occur. Furthermore, removal of plants and woody material from riparian areas could result in a future loss of coarse woody debris, which would have a lasting effect on special status species that use such debris for rearing habitat, substrate (in the case of aquatic invertebrates), and to hide from predators. These effects to habitats would be greatest if woody vegetation within the distance of one tree height away from the channel was removed (National Fire Plan Technical Team 2002).

#### *Effects of Manual Treatments*

Although some removal of vegetation would occur during manual treatments, it is unlikely that loss of riparian vegetation would be as extensive as that occurring during fire or mechanical treatments, since manual treatments are economically feasible only for limited weed infestations. Manual treatment methods are typically associated with minimal environmental effects, and as such are often appropriate for sensitive habitats, such as riparian areas. Some soil disturbance would occur during the removal of plants from the soil, but it would not be widespread and should not have a major effect on aquatic habitats. Provided manual methods are used appropriately (e.g., for small infestations and where native vegetation will replace the pulled weeds), effects of this treatment method should be beneficial to special status fish and aquatic invertebrates.

#### *Effects of Biological Control Treatments*

**Containment by Domestic Animals.** As discussed previously, the potential for weed containment by domestic animals to affect fish and other aquatic organisms is dependent on the size of the treatment area, the number of animals involved, the duration of the treatment, and how close to the water animals are allowed. Special status species would likely be more sensitive to water quality degradation from associated sedimentation or inputs of feces into the water than species with secure populations. Though most effects would be short term, they could have lasting effects on special status fish and aquatic invertebrates. If animals were allowed to enter the water occupied by special status species, some mortality or injury could occur, primarily to eggs and pre-emergent fry, but also adults of smaller fishes and other aquatic organisms. For species with small, isolated populations, increased risks of extirpation could result.

Special status fish and other aquatic organisms could also experience long-term effects from any structural changes to habitat resulting from intensive or repeated weed containment scenarios occurring in or near their habitats (e.g., widened or incised stream channels, streambank collapse, lowered water table, or loss of pools or undercut banks). Special status species often have very particular habitat requirements that contribute to their limited distribution. Loss of any of these habitat features could lead to extirpation of a population, with risks increasing the greater the portion of habitat affected.

**Other Biological Control Agents.** Use of biological control agents in aquatic and riparian habitats would result in the loss of some vegetation, so the general effects discussed above could potentially occur. Unlike under other treatment methods, however, the loss of vegetation resulting from biocontrol agents would be gradual, and therefore less likely to have a noticeable effect on aquatic systems. Some soil disturbance resulting from workers releasing agents in riparian areas could occur, but would be unlikely to have substantial effects on aquatic habitats.

Biological control agents would be thoroughly tested, and permitted by the USDA Animal and Plant Health Inspection Service prior to release. Despite these safeguards, there is always a risk that the release of an organism into a habitat in which it does not normally occur can result in unforeseen ecological repercussions. These unanticipated effects of biological control agents would be impossible to predict, although the appropriate precautions would be taken to prevent their occurrence.

### *Effects of Chemical Treatments*

Risks to special status aquatic animals from herbicide treatments could be greater than risks to aquatic species with more secure populations. Diquat could affect special status fish and aquatic invertebrates during a normal application to an aquatic habitat. Normal applications of 2,4-D and imazapyr would not pose a risk to special status fish or aquatic invertebrates.

Terrestrial herbicides with the greatest likelihood of affecting special status aquatic animals as a result of a spill, drift, accidental direct spray into an aquatic habitat, or surface runoff are diuron and picloram. According to ERAs, there would be no risks to fish or aquatic invertebrates associated with chlorsulfuron, dicamba, diflufenzopyr, imazapic, Overdrive®, or sulfometuron methyl.

**Beneficial Effects of Treatments**

The invasion and spread of non-native plant species into aquatic and riparian habitats may affect certain populations of special status fish and other aquatic organisms. An overview of the ways in which non-native aquatic and riparian plants may affect aquatic habitats is presented earlier in this section. As discussed in the BA, numerous special status fish species are threatened by changes in water quality and flow, which may result from weed infestations. Salmon, for example, require a high level of dissolved oxygen, which is reduced when aquatic weeds such as Eurasian watermilfoil and water-thyme invade an aquatic system. A decrease in dissolved oxygen associated with the encroachment/excessive growth of vegetation has also been listed as a threat to the Foskett speckled dace in south-central Oregon (USFWS 1985) and the unarmored threespine stickleback in southern California (NatureServe Explorer 2001). For species such as these, treatments to reduce coverage of non-native plant species in aquatic and riparian habitats would likely improve habitat over the long term.

Provided short-term adverse effects to special status aquatic animals were avoided, a well-managed prescribed fire could have a beneficial effect on special status aquatic species over the long term, as a result of improved and rejuvenated habitat, as well as increased productivity (Minshall and Brock 1991, Burton 2000). Over the long term, there could also be an increase in populations of special status species as a result of a more healthily functioning ecosystem. This benefit would especially be true for riparian habitats that were historically subject to frequent, low intensity burns. Both the condition of the site prior to burning and the intensity of the burn would influence whether the end result of the fire was beneficial. Even a high intensity burn could eventually have a beneficial effect on riparian/aquatic habitats, especially if site restoration measures were followed post-burn.

Treatments would help to restore natural fire regimes and reduce the risk of wildfire. Wildfires influence aquatic systems by heating water or changing its water chemistry. Indirect effects include changes in hydrologic regime, erosion, debris flows, woody debris loading, and riparian cover. Wildfires kill fish and have caused local extinctions. A study of bull trout and redband trout on the Boise National Forest showed that wildland fires resulted in extensive direct mortality, as well as increased erosion, debris torrents, and other habitat effects. Treatments that minimize the threat of wildfire would reduce these types of risks to fish.

Interestingly, the numbers of fish on the affected stream reaches returned to near normal within 3 years after the fire (Rieman et al. 1997). This may be because large disturbances have been common in these systems in the past (Meyer and Pierce 2003 *in* Rieman et al. 2005). Fire can contribute coarse woody debris and sediment to streams that provide structure (Bisson et al. 2003 *in* Rieman et al. 2005). Although it opens the canopy, resprouting and increased growth of riparian vegetation can offset shade losses because of canopy reduction, and provide a source of insects into the stream.

## Wildlife Resources

Wildlife occupies widely diverse habitats in the western U.S., and serves many different roles (e.g., herbivore, predator, scavenger). Many wildlife species can be found in several environments, but others are limited to one or two habitats. Species that are wide ranging and use several habitats are usually better able to adapt to change than species with narrow habitat requirements. As conditions worsen in one area, perhaps due to a large fire, they move to other areas. However, as animals move to a new area, the amount of food and other resources available to wildlife decreases per animal as the population in the area increases. Thus, a major habitat change in one area can indirectly cause a reduction in wildlife health and productivity, and potentially reduced habitat quality, in another area.

Species that depend on one or a few habitats are vulnerable to disturbance, and can become extinct as a result of extirpation from catastrophic wildfire or other major natural or man-made effects to habitats. Many of the species listed in the BA, which accompanies this PER, are restricted to small patches of habitat. Species with limited mobility are also susceptible to change.

Mobile species and animals that can use a variety of habitats usually move into other habitat types when change occurs. However, if change occurs across a broad area, as has occurred in sagebrush habitat in the Great Basin, even relatively adaptable and mobile species may decline in numbers. In addition, if habitats become fragmented, species populations may become isolated and unable to breed with other populations and exchange genetic material, which is often necessary to maintain small populations.

As a result of changes that have occurred on public lands and throughout the western U.S. from altered fire regimes, the spread of weeds and other invasive vegetation, and other human causes, habitat has declined for many wildlife species. Declines in habitat extent and quality during the past century are largely responsible for the listing of many species as threatened or endangered.

### Scoping Comments and Other Issues Evaluated in Assessment

Respondents felt that the BLM should manage for biodiversity and identify specific sites that have high wildlife value. Other respondents wanted the BLM to address the habitat requirements of different wildlife species and the ways in which vegetation treatments would influence these habitats. The potential effects of treatments on ground-nesting birds were also mentioned as an important issue to consider. It was noted that burning may remove desirable habitat, and protecting biodiversity before and after fire was suggested. Some respondents felt that spring burning would harm wildlife, and that it is not consistent with natural fire regimes. Some concern was expressed that firelines might be used as vehicle routes and cause degradation of vegetation and wildlife habitat.

Numerous comments also promoted the idea that wildlife habitat improvement efforts should be directed at restoring habitat and natural ecological processes. Several respondents suggested that the role of keystone species, such as the prairie dog, pronghorn, and American bison, are important considerations. Respondents were also concerned about the impacts of treatments on habitat of wildlife used for subsistence (e.g., reindeer).

The protection of greater sage-grouse and their habitat was advised. It was noted that carefully applied herbicides may improve greater sage-grouse habitat. Comments also suggested that impacts to northern spotted owl habitat should be identified and addressed. It was noted that the maintenance of early-successional deciduous vegetation and a mosaic of vegetation types is important for most wildlife. One respondent suggested that the treatment of critical habitat areas would force wildlife to other areas, and wondered whether the BLM would also manage those areas. One respondent noted that aggressive tamarisk removal efforts in the Mojave River have killed wildlife in the past. Respondents also felt that impacts of treatments on soil and litter organisms, insects, and snag habitat should be analyzed.

Numerous comments encouraged the BLM to use this process as an opportunity for the recovery of the full

range of native species and ecosystems across the western states, including the greater sage-grouse, white-tailed and black-tailed prairie dogs, black-footed ferret, Columbia spotted frog, Washington ground squirrel, and wolves.

## Resource Program Goals

The Wildlife Management program, a subprogram under the Wildlife and Fisheries Management program, is responsible for wildlife habitat management on public lands. The purpose of the program is to maintain and restore wildlife and their habitats by conserving and monitoring habitat conditions, conducting wildlife resource inventories, and developing cooperative management plans, while providing for environmentally responsible recreation and commercial uses. Management actions emphasize on-the-ground and in-the-water actions that measurably increase the health of wildlife populations and reduce the need to federally list species of wildlife. The program supports the BLM's strategic plan by improving the health of watersheds and sustaining biological communities. The overall goal is to restore and maintain proper functioning conditions in aquatic, wetland, riparian, and upland systems (USDI BLM 2006c).

## Standard Operating Procedures

This assessment of treatment effects assumes that SOPs listed in Table 2-5 for vegetation and wildlife would be used to reduce potential unintended effects to non-target vegetation and to minimize harm and disturbance to wildlife. Effort would be made to protect beneficial habitat characteristics and to protect special status species and their habitats. These SOPs include minimizing treatments during nesting and other important periods for birds and other wildlife; minimizing burns immediately prior to important use periods, unless the burn is designed to stimulate forage growth; retaining wildlife trees and other unique habitat features, where practical; and designing chaining activities to provide the maximum mosaic of treated and nontreated sites. For biological treatments with domestic animals, grazing would be minimized where/when it could impact nesting and/or other important periods for wildlife, and where it would be likely to result in removal or physical damage to vegetation that provides critical sources of food or cover for wildlife. SOPs for herbicide treatments, which are summarized in Table 2-8 of the PEIS, include using herbicides of low toxicity to wildlife, where feasible, and conducting pre-treatment surveys for sensitive habitat and wildlife species of concern. To minimize the potential for adverse effects to amphibians, the BLM would limit the use of herbicides in areas occupied by amphibians; and would avoid using glyphosate formulations that include R-11, and either avoid using formulations with POEA or use the formulation with the lowest amount of POEA available.

## Adverse Effects of Treatments

The extent of these disturbances would vary by the extent and type of treatment, as discussed in the sections that follow. Over the short term, fire and other treatments could make habitats less suitable for some wildlife species, requiring displaced wildlife to find suitable habitat elsewhere. If these habitats were already at or near capacity in the number of wildlife they could support, displaced animals might perish or suffer lower productivity. In many cases, the treatments would return all or a portion of the treated area to an early successional stage, favoring early successional wildlife species. In areas where fire suppression has historically occurred, vegetation treatments could benefit native plant communities by mimicking a natural disturbance component that has been missing from these communities. Treatments would also restore native vegetation in areas where weeds and other invasive vegetation have displaced native plant species. Wildlife that occurred historically in these areas would likely increase in numbers, while species that have adapted to the disturbed conditions would decline.

Approximately 15% of treatments would be specifically designed to benefit wildlife habitat, although nearly all treatments would provide some benefit to wildlife habitat. Most treatments would occur in the Temperate Desert (50% of all treatments), Temperate Steppe (28%), and Mediterranean (8%) ecoregions.

### Effects of Fire Treatments

Approximately 63% of fire treatments would occur in the Temperate Desert Ecoregion to benefit greater sage-grouse and other sagebrush-dependent species. Twelve and 9% of treatments would occur in the Subarctic and Subtropical Steppe ecoregions, respectively. Nearly half (48%) of all fire treatments would occur in evergreen shrublands and 19% would occur in evergreen woodlands. Six percent of treatments would occur in evergreen forests and perennial graminoid communities.

The effects of fire on wildlife and other fauna have received considerable attention in recent years, and there is an increasing literature base available

documenting fire-wildlife relationships. Several references were used as primary sources to prepare this section: *Fire: Its Effects on Plant Succession and Wildlife in the Southwest* (Wagle 1981); *Final Environmental Impact Statement Vegetation Treatment on BLM Lands in Thirteen Western States* (USDI BLM 1991a); *Wildlife Habitat Management of Forestlands, Rangelands, and Farmlands* (Payne and Bryant 1998); *Wildland Fire in Ecosystems: Effects of Fire on Fauna* (Smith 2000); and *Terrestrial Wildlife and Habitat* (Anderson 2001).

Fire has influenced the composition, structure, and landscape patterns of animal habitat for millions of years, so it can be assumed that wildlife have coexisted and adapted to perturbations from fire (Lyon et al. 2000b). Fire is irreplaceable for many organisms, and aside from using livestock as a tool to enhance habitat, it is more practical to use, ecologically and economically, than other treatment methods (Payne and Bryant 1998). Fire has an ecological role in the development of most habitats. Fire changes the composition and distribution of vegetation, and generally improves the palatability and nutritional value of forbs, grasses, and some shrubs. Fire also promotes early-spring greenup, which is important to the nutrition of pregnant animals and young, and can remove dead and dying material that may limit access by wildlife to living vegetation (USDA Forest Service and USDI BLM 2000b).

Fire can kill and injure animals, although the number of wildlife killed by fires is probably a small proportion of most animal populations (Lyon et al. 2000a). Animals with limited mobility that live above ground are most vulnerable, but at times even large mammals are killed by fire, as evidenced by the Greater Yellowstone Area fires in 1988 that killed about 1% of the elk population (Singer and Schullery 1989). Fire may threaten a population if it is limited in size, range, or mobility, such as the extinct heath hen, whose demise might have been accelerated by scrub fires (Lloyd 1938).

Time of year of fire is an important variable in wildlife mortality. The eggs and young of birds are susceptible to fire, especially ground-nesting birds. The nesting season often coincides with the active period of plant growth, when moisture conditions are too wet to sustain prescribed fires. If a fire burns in a mosaic pattern, leaving some areas of vegetation relatively unscathed, some young may survive. The young of small mammals that build dens or nests near the ground, such as small rodents and hares, are susceptible to fire. Woodrats are particularly susceptible to fire mortality because of their reluctance to leave their houses even when a fire is actively burning (Simons 1991). Small mammals can often escape fire by going into burrows or hiding in rock crevices, under stumps or roots, or in large dead wood (Ford et al. 1999).

Fire regime and microsite characteristics can influence wildlife mortality from fire. Many desert and semi-desert habitats burned infrequently in the past because of sparse fuels. In these areas, patchy fire spread may have provided areas of unburned habitat where reptiles and small mammals could escape fire. Some amphibians and reptiles, in addition to small mammals, escape fire by burrowing into the soil or hiding under moist duff or leaves that burn less readily than drier forest or rangeland materials (Ford et al. 1999).

Wildlife that leaves an area due to fire may return soon thereafter if food or cover is available in unburned areas, or even in burned areas. For example, scavengers and predators will often return to a burned area to feed upon insects or other dead or dying animals harmed by fire. Geese often move into burned marshes while plants are still smoldering to feed on plant roots, while deer and other herbivores may return to a burned area after greenup. Other wildlife may emigrate until more suitable conditions return. A number of bird species show declines in numbers for several years after a burn, while numbers of other species increase. Caribou may avoid burned areas for 50 years or more until lichens, a preferred food, become reestablished in the new forest (Thomas et al. 1995).

Fire creates a mosaic of different kinds of vegetation (Mushinsky and Gibson 1991), with variability in size, composition, and structure of patches, as well as connectivity among patches. Within a large fire, there can be substantial variation in fire severity and many patches of vegetation may not burn, resulting in variation in plant mortality and perpetuation of the mosaic nature of the landscape (Gasaway and DuBois 1985, Smith 2000). Some areas will burn more intensely than others, influencing the nature of the vegetation that remains. When fire increases the heterogeneity of the landscape, some species of wildlife benefit from having increased opportunities to select from a variety of habitat conditions and successional stages.

#### *Fire Effects by Ecoregion*

**Tundra Ecoregion.** Fire use is not planned for the Tundra Ecoregion (Table 4-9), and prescribed burning is generally not recommended. If fire were to occur it would consist of wildland fire use for resource benefit.

As stated in the *Alaska Interagency Wildland Fire Management Plan* (Alaska Wildland Fire Coordinating Group 1998), "lightning caused wildland fires are an important component of the boreal forest and Arctic tundra ecosystems, and the complete exclusion of these fires is neither ecologically sound nor economically feasible."

The effects of fire on northern ecosystems were discussed under Vegetation in this Chapter. Enhancement of grasses and sedges using fire would benefit nesting shorebirds and waterfowl, and their young. Fire would also reduce cover and may make birds and small mammals more visible for snowy owl and other raptors, Arctic foxes, and other predators.

**Subarctic Ecoregion.** About 12% of proposed fire treatments would occur in this ecoregion. In the Subarctic Ecoregion, deciduous shrublands would receive most of the fire treatments, but spruce and aspen stands could also be treated.

Stand replacing fires in the black spruce forest could cause a shift from canopy dwelling to ground- and shrub-dwelling bird species. In some cases, over 70% of birds found in a burned area were not present in the preburn area. Numbers of black-backed woodpeckers could increase in the post-burn community, while ovenbirds may avoid burned areas. Fire can also cause a substantial reduction in the number of nesting territories the first few years after fire (Apfelbaum and Haney 1981).

Stand replacing fires in the boreal forest may skip as much as 15% to 20% of the area within their perimeters, providing a variety of habitats for wildlife and allowing resident species to find habitat even after the burn (Smith 2000). Stand-replacing fires can reduce the lichens that caribou use as forage in winter. For winter use, caribou prefer open forests in which preferred lichen species have reestablished, which usually takes at least 50 years after a fire. Their preference is related to abundance of food, snow cover, visibility from predators, and nearness to traditional travel routes. Lichens decline in old stands (over 200 years); thus fires of moderate to high severity may be needed to maintain forage for caribou in the long term (Klein 1982; Auclair 1983; Schaefer and Pruitt 1991; Thomas et al. 1995).

**Temperate Desert Ecoregion.** Nearly 60% of fire treatments would occur in the Temperate Desert Ecoregion, where the main vegetation types that would be treated are evergreen shrubland (e.g., sagebrush) and evergreen woodland (e.g., pinyon-juniper).

Evergreen Shrubland. Fire kills big sagebrush, little sagebrush, and black sagebrush. Fire can stimulate bitterbrush in a mountain big sagebrush community, but damage bitterbrush in a basin big sagebrush community (Bunting et al. 1985). Autumn burns are most harmful to sagebrush, while summer burns are most damaging to bitterbrush (Britton and Clark 1985, Vallentine 1989).

Several species of birds, including greater sage-grouse, sage thrasher, sage sparrow, and Brewer's sparrow are sagebrush obligates. Although the number of bird species in sagebrush habitats is far less than in forest habitats, some species, such as the greater sage-grouse, live nowhere else (Paige and Ritter 1999). Site selection by these species is positively correlated with sagebrush cover; greater sage-grouse require mature sagebrush as part of their habitat (Benson et al. 1991). Thus, burning must be done with caution to ensure that sufficient and suitable habitat remains for these species.

Fewer birds were observed after a fire in big sagebrush in Montana killed nearly 100% of the sagebrush (Bock and Bock 1978b). Sagebrush obligates avoided burned areas and used areas with sagebrush, although western meadowlark, a grassland bird, was attracted to the burn site (Huff and Smith 2000). Male attendance at sage-grouse leks in prescribed burn areas in Idaho were greater than untreated areas (Connelly et al. 2000a) Burning can create a long-term negative effect on greater sage-grouse nesting habitat because it can take sagebrush 20 or more years of postburn growth to develop sufficient canopy cover needed for greater sage-grouse nesting. Thus, prescribed fire should be used sparingly, or not at all, in sagebrush habitats. Prescribed fire can also harm shrews and other small mammals if patches of unburned vegetation are not provided in the burn area (Klebenow and Beall 1977, USDI BLM 1991a).

Fire can be used to create a mosaic of sagebrush and grassy patches, as long as key habitats are protected (e.g., greater sage-grouse nesting and brooding habitat). Increased grass production benefits mule deer and bighorn sheep (Lauer and Peek 1976; Willms et al. 1981; Payne and Bryant 1998). Neither extensive dense sagebrush nor extensive open space constitute optimal habitat for greater sage-grouse. While burning may restore the balance of plant community components in greater sage-grouse habitat, it also raises the risk of increasing downy brome productivity, which may cause the area to reburn before the sagebrush can recover. In a literature review, Connelly et al. (2000b) noted that prescribed burning has led to declines in greater sage-grouse breeding populations and has had long-term

BLM_0008834

negative impacts on nesting and brood-rearing habitats. They also cited studies that showed that forb populations held steady, while insect populations declined, when an area was burned, as compared to nonburned areas. Baker (2006) noted that a mosaic of burned and unburned areas may be tolerated by certain wildlife, but can be detrimental to sagebrush obligates.

Burning large areas to eradicate sagebrush is detrimental to birds in sagebrush habitats because it removes shrub cover (Paige and Ritter 1999). More importantly, it can promote the conversion of shrubland to non-native annuals such as downy brome. Wildfire suppression should be encouraged in areas prone to downy brome infestations. Restoring native plants is crucial before fire is reintroduced or allowed to continue if further conversion to downy brome is to be avoided.

Evergreen Woodland. Under natural fire cycles, the successional stages following fire are typically annuals; mixed annuals and perennials; perennial forb; grass and shrub; shrub and pinyon-juniper; and climax pinyon-juniper. Young pinyon and juniper trees are readily killed by fires, but older trees may be less susceptible due to thicker bark and more open crowns.

Treatments would focus on reducing the encroachment of pinyon-juniper woodlands into sagebrush-grass and grassland habitats. However, there is limited information on the effects of these treatments on wildlife species, even though over 70 species of birds nest in pinyon-juniper woodlands, and mule deer and elk are also important inhabitants. Birds, including pinyon jays, and other wildlife often initiate the reestablishment of woodland by transporting pinyon and juniper seeds and berries to burned areas. Pinyon-juniper woodlands also provide habitat structure that would be lost if woodlands were converted to grasslands (Maser and Gashwiler 1978). Reduction of pinyon-juniper habitat would adversely affect species that favor pinyon-juniper habitat, but should benefit species that favor habitat, such as grasslands, that result from pinyon-juniper treatments. Creation of a mosaic of pinyon-juniper, and different ages of recovering sagebrush-grass, would provide the widest diversity of habitat for wildlife.

Large burns create more homogenous conditions that are less favored by wildlife, and remove thermal and hiding cover needed by deer and elk (USDI BLM 1991a). Large burns can also damage large, older trees that provide mast of juniper berries and pinyon nuts (Balda and Masters 1980). Often, fire may not have much effect unless combined with other treatments, including mechanical treatments such as chaining. Burns conducted during spring are often more successful in promoting grass development, while burns during drier periods can reduce herbaceous yields and increase erosion (Wink and Wright 1973).

**Subtropical Desert Ecoregion.** About 1% of fire treatments would occur in the Subtropical Desert Ecoregion, and fire treatments would predominately occur in evergreen shrubland and perennial grassland communities.

In many areas of the Mojave and Sonoran deserts, plant communities are too sparse during most years to adequately carry a prescribed burn. Therefore, this type of treatment would not be suitable for these areas. In areas that have increased fuel loading as a result of invasive annuals like red brome, prescribed fire would negatively affect plant communities by encouraging the further spread of these invasive species. In the denser desert shrublands, where there is an adequate amount of fuel to support a fire, many shrubs, trees, and cacti could be severely affected by burning, as these species are not adapted to fire. Paloverde, burroweed, bursage, broom snakeweed, ocotillo, and creosote bush are examples of desert species that can suffer high mortality rates from burning (Wright and Bailey 1980).

Fire in desert grasslands may benefit scaled quail, but harm Gambel's quail (Wright and Bailey 1982). Fire suppression in some desert areas has allowed mule deer and white-tailed deer to expand their range and increase in numbers, thus prescribed fire could reduce habitat for these species.

**Temperate Steppe Ecoregion.** Seven percent of fire treatments would occur in the Temperate Steppe Ecoregion. Vegetation types that would likely receive fire treatments include evergreen forests, evergreen shrubland, and perennial graminoid communities.

Perennial Graminoid. Prescribed fire could have either positive or negative effects on plains grasslands of the Temperate Steppe Ecoregion, depending on its timing and severity. In some areas, use of infrequent, low intensity fires could benefit grasslands by preventing the encroachment of woody species. Some shrubs, however, would be difficult to control using fire. Honey mesquite and sand shinnery oak, for example, both have the ability to resprout vigorously after fire (Wright and Bailey 1980). In addition, fires may not reach high enough to kill taller shrubs that are encroaching into shortgrass habitats. Fire can kill seedlings of these shrubs, and topkill taller plants. Resizing them can

reduce their dominance on the site and improve water availability for grasses, forbs, and smaller shrubs.

Some butterfly species require forbs found in fire-dependent grasslands. The larvae, however, are usually very sensitive to fire. To protect butterflies, managers will often divide the landscape so every burn area contains patches that are not burned so that the butterfly can repopulate after the burn (Kwilosz and Knutson 1999).

In mountain grassland communities, where fire has been actively suppressed, prescribed fires could be beneficial to wildlife that favor grasslands by preventing the encroachment of woody species such as ponderosa pine, Douglas-fir, lodgepole pine, and sagebrush. However, bird species abundance is often higher in areas with shrubs.

Evergreen Forests. Open forest types (e.g., ponderosa pine, Douglas-fir, and western larch) would likely benefit from low-intensity prescribed fires, which would reduce the density of understory shrubs and tree seedlings, and encourage vigorous and abundant herbaceous vegetation and resprouting shrubs. Thinning, and sometimes removal of thinning slash, can be required in some of the dense stands before fire can be reintroduced. If thinning slash is not removed, the stand can still be susceptible to mortality from surface fires, even though the likelihood of crown fires has been significantly reduced.

Stand replacing fires typically result in many or most of the bird species present before the fire being replaced by new species (Finch et al. 1997). In the Grand Teton-Yellowstone region, more bird species were unique to the postburn community than to later stages of succession (100+ years; Taylor and Barmore 1980). In ponderosa pine forests in Arizona, stand-replacing fire also resulted in many bird species that were unique to the postburn community, while birds present before the burn left for other habitats (Lowe et al. 1978).

In ponderosa pine forests, granivores, tree drilling species, and some aerial insectivores usually increase after fires, while tree- and foliage-gleaning species usually decrease. Birds closely tied to foliage availability, such as hermit thrush, begin recovering as foliage volumes increase in subsequent years. Woodpecker abundance may peak in the first decade after fire, but then gradually decline (Finch et al. 1997).

A study of thinning and wildfire on small mammal populations in ponderosa pine forests found that several species, and total small mammal biomass, increased following thinnings and wildfire. The authors hypothesized that fuel reduction treatments would have the largest positive impact on small mammal populations in areas where tree densities are especially high (Converse et al. 2006).

**Subtropical Steppe Ecoregion.** Approximately 9% of fire treatments would occur in this ecoregion. Vegetation types that are proposed for vegetation treatments include perennial graminoid communities, evergreen shrublands, and evergreen woodlands. Treatments would focus on reducing hazardous fuels.

Perennial Graminoid. The xerophytic grasslands of the Subtropical Steppe Ecoregion support sparse shrubs and low trees, and exist on a continuum with evergreen woodlands (described below). The common plant species of grasslands would show a variety of responses to fire.

Prescribed fire treatments in the arid perennial grasslands of this ecoregion would potentially benefit these communities, and the wildlife they support, by controlling the invasion of shrubs such as mesquite, creosote bush, and tarbush. As is true for all of the plant communities discussed in this section, the benefits of fire would be dependent on the frequency of fire and the condition of the site prior to the burn, as well as the timing of the burn. Fires would maintain perennial bunchgrass communities at 5 to 40 year intervals. Fires would displace wildlife that depend upon shrub communities.

The effects of prescribed burns in winter on the relative abundance and species richness of breeding and wintering birds in mesquite grassland showed that relative abundance was greater in burned areas, but species richness was not different. Thus, unburned areas should be maintained next to burned areas to provide habitat for bird species that favor both habitat types (Reynolds and Krausman 1998).

Evergreen Shrubland. Chaparral shrub species in the Subtropical Steppe Ecoregion are fire-dependent, are comprised of highly flammable species, and grow rapidly after fire, taking about 25 years to mature and senesce (Brown and Smith 2000). The production of dead fuels in chaparral stands is not well understood, but it probably increases with age and after a drought. Fuels in chaparral communities are not as easily ignited as grass fuels, but will burn readily under hot, dry conditions.

In Arizona, fire is the main management tool used to open dense shrub canopies for edge wildlife. Although chaparral sprout vigorously within a few years after a burn, repeated burns can harm plants. Fire plus herbicides eliminates birchleaf mountain mahogany, a preferred deer food (Severson and Medina 1983). Burns during the warmer and drier periods of the year can also be harmful to vegetation used by wildlife.

Fire and herbicide treatments have been used to control chaparral in Oklahoma. Herbicide applications without fire do not benefit most reptiles, while herbicide applications with fire can adversely affect amphibians. Where eastern red cedar has invaded grassland habitats and now dominates, reptile and amphibian populations are reduced from historic levels. Maintenance of a mosaic of habitats is needed to maintain a diversity of reptiles and amphibians in chaparral.

**Mediterranean Ecoregion.** Fire treatments in the Mediterranean Ecoregion would be directed at evergreen forest and evergreen woodland. About 4% of fire use would occur in this ecoregion, and treatments would support efforts to improve forest health and reduce hazardous fuels. Evergreen forests in this region historically had an understory fire regime or a mixed severity fire regime, and are presently at risk for high-intensity, stand-replacing crown fires due to large fuel accumulations.

Changes in avian communities were studied in evergreen forests in the Sierra Nevada range. Changes in the avian community were related to changes in vegetation structure with succession. In the first 8 years after the burn, bird abundance on burned plots was similar to that on unburned plots, but species that were characteristic of low shrub and ground habitats predominated in burned areas. Woodpeckers were also more common on the burn area after the burn than before. By year 15 after the burn, bird diversity had decreased, as fewer snags were present and the shrub cover became denser. As the shrub community continued to develop from years 15 to 25, birds that fed and nested in shrubs also increased (Bock et al. 1978).

Frequent, low intensity fires help to maintain open oak stands with a grassy understory in the Mediterranean and the Marine ecoregions (Agee 1993). More intense fires can kill oaks. Some oaks do not produce mast until they are a certain size, and if fire kills trees before they become large enough, mast production for birds and squirrels can be limited (McCulloch et al. 1965).

**Marine Ecoregion.** Approximately 2% of fire treatments would occur in the Marine Ecoregion, primarily in evergreen woodlands and forests.

These humid maritime forests are extensive at lower and middle elevations west of the Cascades and the British Columbia Coast Range. The cooler, wetter, and more northerly portions of the coastal Douglas-fir type (generally associated with the mountains of western Washington and southwestern British Columbia) burned in stand-replacement fires at long intervals, averaging 200 to several hundred years (Agee 1993).

In Washington, stand-replacing fires in western hemlock forests resulted in the bird community shifting from one dominated by canopy-dwelling species to one dominated by species that nested and foraged near the ground (Huff et al. 1985). Once a full canopy develops in a hemlock forest, few changes occur in bird species composition. Since fire return intervals are long in hemlock forests, bird species composition may remain relatively stable for centuries. Long fire return intervals and large forest stands would benefit forest-interior dwelling species, while forest-edge species and species that favor early successional plant communities would be found in recently-burned areas.

### Effects of Mechanical and Manual Treatments

Approximately 80% of mechanical treatments would occur in the Temperate Desert Ecoregion, and 7% and 5% would occur in the Temperate Steppe and Mediterranean ecoregions, respectively. Forty percent of treatments would occur in evergreen shrubland and 20% in evergreen woodland communities.

Mechanical treatments would injure or kill plants by removing some or all of the plant material on the treatment site. Mechanical methods are effective in restoring wildlife habitat and are the primary means of reseeding a site. However, equipment is often noisy, and noise may alter animal behavior or cause wildlife to leave an area during the disturbance period.

Manual treatments can be expensive, but they allow for more precise vegetation control than other methods and are often suitable in areas with sensitive wildlife species. Hand-held equipment, including chainsaws, create noise that can disturb animals and cause them to flee or alter their behavior or habitat use. These effects would be short-term and not likely to have much effect on the long-term health and habitat use of wildlife in the treatment area.

### *Mechanical Effects by Ecoregion*

**Tundra Ecoregion.** No mechanical treatments are scheduled to occur in this ecoregion. If treatments were to occur, they would be designed to minimize damage to tundra by scheduling them during the appropriate season and/or using the appropriate equipment.

**Subarctic Ecoregion.** No mechanical treatments are scheduled to occur in this ecoregion. If treatments were to occur, they would occur predominantly in mixed evergreen/deciduous forests and evergreen forests. Treatments could be used to create a mosaic of habitats for wildlife. Mechanical treatments would be favored in areas where habitat management was required, but where use of fire or chemicals would provide less control or could result in harm to human life or property or to species of concern and their habitats.

**Temperate Desert Ecoregion.** An overwhelming majority of the proposed mechanical treatments would occur in the Temperate Desert Ecoregion, in evergreen shrubland communities.

Evergreen Shrubland. Most of the mechanical treatments in evergreen shrubland would involve tilling or plowing of sagebrush, followed by seeding or drilling. Other mechanical treatments, such as mowing, chopping, and chaining, would also be used, but to a lesser extent. Treatments would target woody species (e.g., big sagebrush, rabbitbrush, and greasewood), with the goal of encouraging certain species of perennial bunchgrasses, forbs, and shrubs. Plowing would be used in areas with little herbaceous understory, where soil disturbance would help prepare the seedbed for revegetation.

Mechanical treatments can be used to create openings in sagebrush habitats for use as foraging habitat and greater sage-grouse leks. Mechanical treatments also eliminate the uncertainty of size and shape of treatment that is common with prescribed burning (Urness 1979). Mechanical treatments can be designed to avoid more important sagebrush species or patches of habitat.

Mechanical methods to treat sagebrush include plowing, disking, rotobeating, chaining, and shredding. Chaining is often favored because it does not kill all of the sagebrush and retains native grasses and forbs important to wildlife and their young. Chaining can further benefit wildlife if chaining is done in strips, rather than blocks, and by using natural terrain features to maximize edge effect (Autenrieth et al. 1982).

Mechanical treatments should leave at least 70% of sagebrush habitat intact and treatments should be made in alternating strips of treated and untreated vegetation. Disturbed strips should be no wider than 350 feet to maintain bird species diversity and satisfies greater sage-grouse needs (Castrale 1982).

Evergreen Woodlands. Mechanical treatments in pinyon-juniper woodlands would primarily consist of thinning and machine piling of debris, as well as chipping/shredding and chaining to reduce the occurrence of pinyon and juniper species on sites in which they have invaded. As a result of tree removal, many native perennial grass species, forbs, and shrubs would increase on the site (Clary 1971, Jacobs and Gatewood 1999).

Various mechanical methods, including chaining, cabling, and bulldozing, are used to treat pinyon-juniper woodlands. Extensive modifications over large areas should be avoided, however, as these woodlands provide habitat for numerous birds, small mammals, and other wildlife.

Treatments that remove large amounts of pinyon-juniper woodlands can adversely affect interior species of wildlife and species that feed upon insects found on the plant surface and under the bark. If possible, large 1,000-acre or larger blocks of pinyon-juniper should be retained. Effort should also be made to retain trees for cavity-nesting birds and as perches (Payne and Bryant 1998).

Mule deer use pinyon-juniper woodlands, and about 54% of mule deer winter habitat in Utah is pinyon-juniper. Removal of pinyon-juniper would reduce the amount of food and cover for these animals (Terrell and Spillet 1975). In Oregon, pinyon-juniper woodlands support a greater diversity of bird species than many forest communities. Reptiles, rodents, rabbits, and other small and large mammals depend upon these communities (Maser and Gashwiler 1978).

**Subtropical Desert Ecoregion.** In the Subtropical Desert Ecoregion, some mechanical treatments are likely to occur in evergreen and deciduous shrublands. Mechanical treatments could benefit native communities by controlling woody shrub species, which have invaded desert grasslands and now occur in much greater densities than they have historically.

Land managers should be careful when modifying shrub habitats. They are used by a variety of small mammals and birds, and some species, such as Gambel's quail,

prefer dense stands of desert shrub where shrub cover is more than 50% and shrubs are over 6 feet tall (Cooperrider et al. 1986). Shrub removal should be avoided in riparian areas and in draws, where shrubs provide important cover and forage for wildlife in an ecoregion where food and cover can be limiting (Short 1983). Short (1983) observed that several bird guilds used the creosote bush-bursage, Joshua tree-creosote bush, and saguaro-paloverde communities and that removing these plant communities would have adverse effects on many species of birds. In addition, management should strive to protect mature cactus, since they provide foraging sites, nest cavities, and perches for birds.

**Temperate Steppe Ecoregion.** In the Temperate Steppe Ecoregion, mechanical treatments would likely occur in evergreen forest, evergreen shrubland, and evergreen woodland communities. Mechanical treatments in forest communities would largely consist of thinning treatments to reduce the density of trees and the accumulation of understory fuels. Treatments would primarily be focused on reducing hazardous fuels in the WUI; improvement of wildlife habitat would be a secondary benefit.

Treatments would be used to reduce the extent of woodland communities, especially in areas where they are encroaching into grassland communities. Treatments include using chaining, blading, or similar methods to create openings, and then using fire to maintain openings (Payne and Bryant 1998). Livestock grazing can also be used to maintain openings. These openings interspersed with woodlands stands provide a good mosaic of habitat for wildlife. However, these treatments adversely affect interior species that depend on large, continuous stands of woodland.

Chaining, rootplowing, and disking have been used to control mesquite and juniper that invade prairies. Rootplowing kills plants, but also disturbs soil. Removal of woodland stands in bottomland sites and along drainages may reduce the amount of forage and cover for deer. Turkeys also avoid cleared areas. Treatments that open small patches or strips of woodland should provide the greatest benefits to species that use these habitats.

**Subtropical Steppe Ecoregion.** In the Subtropical Steppe Ecoregion, mechanical treatments would likely occur in evergreen woodland and evergreen forest communities.

The general effects of mechanical treatments on pinyon-juniper woodlands in this ecoregion would be largely the same as the effects on pinyon-juniper in the Temperate Desert Ecoregion. The warmer and wetter conditions in the Subtropical Steppe Ecoregion would likely result in more favorable vegetation response following treatment compared to similar vegetation types in the Temperate Desert Ecoregion.

Dense stands of chaparral could be treated mechanically to create openings. Rootplowing tends to be unfavorable for deer because it removes too much cover, and treatments that eliminate much of the midstory can negatively affect birds that forage and nest in these habitats (Urness 1974, Short 1983).

**Mediterranean Ecoregion.** In the Mediterranean Ecoregion, mechanical treatments would likely occur in evergreen woodland, evergreen forest, and evergreen shrubland communities.

Modification of oak woodlands can harm bird species if it reduces the number of niches or alters forage and cover habitat. Mechanical treatments in oak woodlands would benefit wildlife by removing conifers and other encroaching woody species that have increased the density of these communities, and by stimulating the growth of understory forbs and grasses.

The BLM could conduct treatments on juniper woodlands in northern California to reduce the spread of this species. Removal of junipers would reduce habitat for species that use the berries and structure of junipers for food and cover. However, removal would improve habitat for species that prefer herbaceous and shrub vegetation that would dominate the site after junipers were removed.

**Marine Ecoregion.** In the Marine Ecoregion, mechanical treatments would likely occur in evergreen woodland and evergreen forest communities.

The general effects of mechanical treatments on oak woodlands habitats would be similar to treatments in oak woodlands in the Mediterranean Ecoregion.

Thinnings and other woody biomass removal would be used in evergreen forests to maintain forests and improve forest health, and to reduce the amount of hazardous fuels present. Where thinnings promote development of the understory, wildlife species that favor more open understories would be harmed. If treatments were conducted to reduce understory vegetation to reduce the risk of fire, ground- and shrub-

nesting birds would be harmed and less browse would be available for deer, elk, and other herbivores. If treatments were used to promote mid-seral stages characteristic of most timber management, little habitat would be provided for old-growth species, such as northern spotted owl and black-tailed deer. In particular, removal of decayed and malformed trees would tend to reduce the number of tree cavities for owls, while fewer large trees would be available to intercept snow to improve conditions for deer during winter (Hunter 1990).

### Effects of Biological Treatments

Nearly 90% of biological control treatments would occur in the Temperate Steppe (48%) and Mediterranean (40%) ecoregions. Over half of treatments would control annual grasses or forbs (e.g. diffuse knapweed, medusahead, yellow starthistle) and perennial forbs (e.g., some knapweeds, some thistles, leafy spurge, purple loosestrife, dalmatian toadflax).

#### *Containment by Domestic Animals*

Domestic livestock can be used to reduce or contain undesirable vegetation in some situations. These treatments would generally occur in herbaceous communities (annual and perennial grassland and perennial forb communities) that have significant weed infestations.

Herbivores, whether wild or domestic, influence vegetation development. Improper grazing can 1) remove residual cover needed for ground-nesting birds; 2) create undesirable shifts in successions that can cause significant and difficult-to-reverse impacts to wildlife habitat; 3) reduce wildlife food and cover; and 5) reduce plant species diversity. Livestock can directly harm wildlife by trampling on animals or their nests, and grazing can alter grassland structure, to the detriment of birds and small mammals (Wiens and Dyer 1975).

In some cases, using prescribed grazing by domestic animals is not an effective tool for managing vegetation. When grazing is used for management, care should be taken to ensure that livestock do not substantially alter habitat structure. Certain habitats may be more sensitive to impacts caused by the use of livestock to control vegetation and therefore would require extra planning and management to be successful. The use of livestock in wetland and riparian areas not only has the potential to directly impact non-targeted vegetation, but there could also be unintended impacts to soils, streambanks, and stream morphology. Hot desert environments are fragile and recover slowly even after grazing exclusion. Tundra and subarctic environments are additional examples of habitat where livestock grazing is probably impractical and less likely to achieve desired results.

Significant biological control treatments are proposed for the annual graminoid/forb communities of the Mediterranean Ecoregion. Of note is a single large proposed grazing project. Because annual grasslands in California evolved in conjunction with heavy grazing regimes, grazing treatments would be unlikely to cause major changes to the vegetation communities that currently exist (Sims 1988). In addition, domestic animals would benefit these open communities by helping to prevent the encroachment of woody species.

#### *Biological Control Agents*

The effects of biological treatment using insects and pathogens would be minor. In most cases, the target plants would remain standing, although weakened or unable to reproduce. Insects are often used to control weeds because many species exhibit high host-specificity (Wilson and McCaffrey 1999). However, the success of biological control programs often depends on the presence of a more desirable plant community that can fill in the spaces opened by the removal of the weed. Thus, biological control would not be effective where large stands of annual grasses, such as downy brome, are present and have displaced native vegetation. If the weed is controlled, the space is often filled by another weed, or the plant community reverts to the weed annual grass understory. Because control using biological agents would take time, wildlife might be better able to respond to changes in habitat than after treatments that modify habitat over a short period of time, such as fire and herbicide use.

### Effects of Chemical Treatments

Approximately 16% of treatments would involve the use of herbicides; a similar percentage of acres are currently treated using herbicides. Over 70% of acres would be treated in the Temperate Desert Ecoregion, a much greater proportion than is currently treated in this ecoregion. Fifteen percent of treatments would occur in the Temperate Steppe Ecoregion. Treatments in the Temperate Desert Ecoregion would be targeted primarily toward sagebrush, rabbitbrush, and other evergreen shrubland species, and annual grass and perennial forb weeds, while those in the Temperate Steppe Ecoregion would focus on control of invasive annual and perennial grasses and forbs.

While some field studies suggest that appropriate herbicide use is not likely to directly affect wildlife (Cole et al. 1997; Sullivan et al. 1998), herbicides (used properly or improperly) can potentially harm wildlife individuals, populations, or species (USDA Forest Service 2005). Harm at the population or species level is unlikely for non-special status species because of the size and distribution of treatment areas relative to the dispersal of wildlife populations and the foraging area and behavior of individual animals.

Possible adverse direct effects to individual animals include death, damage to vital organs, change in body weight, decrease in healthy offspring, and increased susceptibility to predation. Adverse indirect effects include reduction in plant species diversity and consequent availability of preferred food, habitat, and breeding areas; decrease in wildlife population densities within the first year following application as a result of limited regeneration; habitat and range disruption (as wildlife may avoid sprayed areas for several years following treatment), resulting in changes to territorial boundaries and breeding and nesting behaviors; and increase in predation of small mammals due to loss of ground cover (USEPA 1998b).

In the absence of prominent direct effects, the main risk to wildlife from herbicide use is habitat modification. In forests, for example, herbicide use may result in minor and temporary effects on plant communities and wildlife habitats, including some beneficial effects, but usually result in a significant drop in forage the season following treatment. However, forage species and wildlife use of treated areas are likely to recover within 2 to several years after treatment (Escholz et al. 1996; McNabb 1997; Miller and Miller 2004).

The extent of direct and indirect effects to wildlife would vary by the effectiveness of herbicide treatments in controlling target plants and promoting the growth of native vegetation, as well as by the extent and method of treatment (e.g., aerial vs. ground) and chemical used (e.g., toxic vs. non-toxic; selective vs. non-selective), the physical features of the terrain (e.g., soil type, slope), and weather conditions (e.g., wind speed) at the time of application. The effects of herbicide use on wildlife would depend directly on the sensitivity of each species to the particular herbicides used (and the pathway by which the individual animal was exposed to the herbicide), and indirectly on the degree to which a species or individual was positively or negatively affected by changes in habitat. Species that reside in an area year round and have a small home range (e.g., amphibians, small mammals), would have a greater chance of being directly adversely affected if their home range was partially or completely sprayed because they would have greater exposure to herbicides—either via direct contact upon application or indirect contact as a result of touching or ingesting treated vegetation.

In addition, species feeding on animals that have been exposed to high levels of herbicide would be more likely to be affected, particularly if the herbicide bioaccumulated in their systems. Although these scenarios were not modeled for the PEIS, wildlife could also experience greater effects in systems where herbicide transport is more likely, such as areas where herbicides are aerially sprayed, dry areas with high winds, or areas where rainfall is high and soils are porous. Wildlife that inhabit subsurface areas (e.g., insects, burrowing mammals) may also be at higher risk if soils are non-porous and herbicides have high soil-residence times. The degree of vegetation interception, which depends on site and application characteristics, would also affect direct spray effects. The effects of herbicide use on wildlife would be site- and application-specific, and as such, site assessments would have to be performed, using available information to determine an herbicide-use strategy that would minimize impacts to wildlife, particularly in habitat that supports special status species.

The BLM and Forest Service risk assessments suggested several common effects of herbicides to wildlife. Birds or mammals that eat grass that has been sprayed with herbicides have relatively greater risk for harm than animals that eat other vegetation or seeds, because herbicide residue is higher on grass (Fletcher et al. 1994; Pfleeger et al. 1996); this phenomenon is apparent in risks predicted for large mammalian herbivores by the BLM risk assessments. Grass foragers might include deer, elk, rabbit and hare, chukar, quail, and geese (USDA Forest Service 2005). However, harmful doses of herbicide are not likely unless the animal forages exclusively within the treatment area for an entire day. For example, studies of white-tailed deer have reported an average home range of about 400 acres (Fowler 2005), which would be about the size of the typical application area (two-thirds of herbicide treatments would be 400 acres or less), and less than half the size of a large application area of 1,000 acres (20% of treatments would be 1,000 acres or larger). Scenarios of chronic consumption of contaminated vegetation would also be unlikely if vegetation were to show signs of damage (these signs may not occur immediately after spraying). In addition, insect foragers (e.g., bats, shrews, and numerous bird species) would be

at risk from herbicide applications because of the small size of insects and their correspondingly large surface area.

The PEIS includes additional information on the risks of using herbicides for wildlife habitat improvement. The reader is encouraged to review the PEIS and its Appendix C for more information.

## Beneficial Effects of Treatments

Treatments that remove hazardous fuels from public lands, reduce the spread of weeds and other invasive vegetation, and restore native vegetation in areas that have been degraded by human-related activities would benefit wildlife habitat. Treatments would help to restore natural succession and disturbance processes to which native wildlife have adapted. In addition, treatments would increase plant diversity across landscapes, and in turn increase the number and types of wildlife that can be supported.

Traditional forestry and fire management has resulted in the loss of large shade-intolerant trees and favored the development of dense mid-seral forests. These practices have also reduced the number of dead and dying trees that can be used by cavity nesting species, and by other species, such as amphibians and burrowing small mammals, that used dead and rotting wood for shelter and food. Overall, there has been a loss of habitat diversity and complexity in managed forests; the number and types of animals that can be supported by these forests has also declined (Hunter 1990, USDA Forest Service and USDI BLM 2000b). Forests are more susceptible to catastrophic wildfire, with its inherent negative effects to wildlife survivorship and habitat. Forest management that restores natural succession and disturbance regimes would improve the health of forests on public lands and ability of forests to support a diversity and abundance of wildlife.

Weeds and other invasive species provide forage and cover for wildlife, such as chukar, and treatments to reduce the spread of weeds and other invasive vegetation would be harmful to these wildlife. However, if invasive species management increased plant species diversity and fostered healthy ecosystems that were more resilient to fire and invasive species encroachment, greater numbers and types of wildlife should be supported by the area, and risks to special status species and other species found in low numbers in treated ecosystems should be reduced.

Wildland fire, spread of weeds, and other factors have caused habitat fragmentation and the loss of connectivity between blocks of habitat, especially in lower elevation forests, shrub steppe, and riparian areas. Fragmentation has isolated some animal populations and reduced the ability of populations to disperse across the landscape. Treatments that restore native vegetation in disturbed areas should reduce fragmentation and restore connectivity among blocks of similar habitat.

### Effects of Fire Treatments

Habitat structure follows successional trends in most communities. Short fire intervals tend to maintain or promote early successional plant communities characterized by herbaceous species and limited structural diversity (Anderson 2001). Long fire intervals and a typical successional pathway normally results in more woody species and greater structural diversity. Fires that set back succession tend to benefit herbivores and species that depend on herbaceous vegetation for cover. Red fox, gray fox, and weasel prey upon herbivores and are also associated with early to mid-successional habitats (Allen 1987). Older forests provide suitable prey, nest cavities, and more open flight corridors for owls than younger, denser forests. In the Pacific Northwest in areas of high snowfall, deer seek out more mature forests in winter for their snow-intercept thermal cover. In these forests, large branches capture much of the snowfall, keeping snowfall amounts at ground level much less than in younger forests, making it easier for deer to travel in snow and find shrubs and other forage.

Replacement of fire-adapted vegetation by fire-intolerant associations generally leads to overall declines in herpetofauna abundance and diversity. Prescribed fire is an appropriate management tool that can be used with other tools to benefit herpetofauna by restoring a historical mosaic of successional stages, habitat structures, and plant species composition. However, prescribed fire may not be appropriate for herpetofauna species that depend upon late-successional or climax vegetation (see review in Russell et al. 1999).

Fire generally leads to increases in plant nutrient density, palatability, and earlier "greenup." However, this phenomenon normally only lasts for a few growing seasons. Hobbs and Spowart (1984) observed that winter diet quality for deer and bighorn sheep improved as a result of burning. Although the quality of individual forage items did not change substantially, forage items were more readily available. Beneficial treatments

include those that target encroaching conifers that are reducing the acreage of bighorn winter range.

### *Tundra and Subarctic Ecoregions*

Burning is not generally recommended on tundra. However, burning to remove lichens that smother more desirable plants has been used to improve habitat for willow ptarmigan (Payne and Bryant 1998).

Mixed-severity fires stimulate growth of most herbaceous and shrub cover. Stand replacing fires improve woody browse for moose. Aspen and spruce stands that are replaced by stand-replacing fires produce more browse in the first few years after burns than older stands. The benefits of these fires to moose may peak at about 25 years after a fire and last less than 50 years (Oldemeyer et al 1977; Wolff 1978; MacCracken and Viereck 1990).

### *Temperate Desert Ecoregion*

Prescribed fire could reduce sagebrush cover and promote grass species that would be attractive to horned larks and meadowlarks. As burned areas recovered, sage and Brewer's sparrows would become more common (Rotenberry and Wiens 1978). It could take 4 or more years before bird populations reached pre-burn levels (Smith 2000). Pronghorn also benefit from a combination of grassland and shrubland, perhaps because dense stands of sagebrush can hinder pronghorn movement (Anderson 2001).

In shrublands where invasion by downy brome is not a factor, a mosaic-patterned fire is recommended in sagebrush as long as 50% to 60% of the sagebrush survives. Openings created in dense sagebrush stands were used as new leks for greater sage-grouse in Idaho (Connelly et al. 1981).

Forb and insect availability are important factors in sage-grouse productivity, and fire increases openings in sagebrush, increasing forb production. Fire may also increase the nutritional value of the browse and provide new lekking sites (Martin 1990; Benson et al. 1991; Pyle and Crawford 1996). However, intact stands of sagebrush are required as wintering habitat and to provide cover during all seasons. Prescribed burns should be conducted every 15 to 20 years or more (Payne and Bryant 1998). Extensive areas of higher elevation big sagebrush stands have been invaded, and in some places replaced, by pinyon and/or juniper. Treating these areas and allowing the reestablishment of grasses, forbs, and eventually big sage, can be beneficial to greater sage-grouse, especially as summer habitat.

A mosaic of pinyon-juniper woodland, grassland, and intermediate seral communities would optimize wildlife diversity (Belsky 1996). When conditions are favorable for stand-replacing fire, burning kills most of the pinyon-juniper overstory and increases plant diversity. However, some large, older trees should be maintained for mast and berry production for birds and other wildlife (Balda and Masters 1980). While loss of pinyon-juniper can reduce thermal and hiding cover for ungulates, an increase in plant species diversity after fire, particularly of forbs and grasses, can benefit deer and elk, as well as ground-nesting birds.

Burning can be used to create openings and early successional stages and to promote forage production (Payne and Bryant 1998). Small burns are favored because they create a greater variety of food and cover conditions than do larger burned or unburned areas (Short and McCulloch 1977).

### *Subtropical Desert Ecoregion*

Fuel accumulations in the Mojave, Sonoran, and Chihuahuan deserts are generally too sparse to carry a fire, except after wet winters and springs. Fires can affect grass and shrub cover and productivity, and thus must be used carefully, if at all, to modify wildlife habitat. Fire can be beneficial if it stimulates grass and forb production (Bock and Bock 1990, Payne and Bryant 1998). If burning creates a mosaic of habitats, with extensive unfragmented habitats, wildlife would benefit.

Fire has been used to control mesquite to the benefit of wildlife. Fire can also be used with mechanical and chemical methods to maintain openings to the benefit of mourning doves and other species than need a mix of openings and shrub cover (Payne and Bryant 1998). Mosaic sites with varying densities of mesquite support high reptilian diversity, while sites with scattered mesquite benefit doves and quail (Germano and Hungerford 1981, Bock and Bock 1990).

Fire has been used to increase forb production in mixed prairie and oak communities. Deer forage and density are often greater in burned than unburned areas, and burns can also benefit quail and other birds (Jackson 1965; Hutchenson et al. 1989). In some cases, oak habitats become so dense that deer and other animals cannot penetrate them, or trees grow beyond the reach of ungulates.

### *Temperate Steppe Ecoregion*

Patchy or irregular burns can enhance habitat diversity in grasslands that have little structural diversity. Heterogeneous mosaics of grasses and forbs are a more suitable habitat for some nongame birds than uniform stands of either (Verner 1975). Burning at 3- to 5-year intervals restores vigor and retards succession to optimize foraging habitat for prairie chickens (Kirsch 1974), although the quality of nesting habitat and availability of thermal and escape cover for prairie chickens may be reduced for several years following a burn (Boyd and Bidwell 2001).

Periodic burning also enhances small mammal populations in grasslands, although burns should be kept small and effort should be made to create a mosaic of habitats (Kaufman et al. 1990). For species that require protective cover, fall or early winter burns would be best. Wild ungulates also seek out burned areas. When conducting burns in grasslands, some shrub species should be protected to provide habitat for nesting and perching birds.

Fire should be limited to small, localized burns in prairie, as recovery of grass biomass can take several years. This type of management can benefit pronghorn and birds (Payne and Bryant 1998). Fire has been used to enhance waterfowl and shorebird nesting habitat (Kirsch and Kruse 1972). Fire can also help maintain prairie chicken habitat, but burned areas may not be used by sharp-tailed grouse for several years.

Understory fire regimes are needed to support northern goshawk populations in ponderosa pine forests. Management that increases the predominance of early-seral and mid-seral species, increases the number of large trees on the landscape, and maintains connectivity between patches benefits goshawks (Graham et al. 1999).

In Douglas-fir forests in Montana, small stand-replacing fires often leave many unburned patches. The burn areas attract wood-boring insects, woodpeckers, and warblers. The unburned areas attract Swainson's thrush. In ponderosa pine and Douglas-fir forest, patches of old-growth trees attract flammulated owls, but only if the patches of old growth are accompanied by grassy openings and some dense thickets of Douglas-fir. Stands embedded within a landscape of closed, mature forest do not support many owls. Thus, understory fire can be used to create openings and enhance habitat for the owls (Wright 1996).

In prairies, fires eliminate trees and increase the amount of forage available for grassland species. Grassland fires can cause early green-up of warm-season grasses, and increase grass forage production. Fire also increases the percentage of protein and minerals in prairie grasses and shrubs (Daubenmire 1969).

Burning produces positive results for deer and elk forage in evergreen forests by increasing grass and forb production after fires. These benefits generally last less than 30 years. However, if weeds and other invasive species predominate as a result of fire, the benefits to wildlife from fire in these forests would be few (Smith 2000). Mixed-severity and stand-replacement fires also stimulate berry-producing shrubs and their productivity for 20 to 60 years after fire, to the benefit of birds, small mammals, and bears.

Stand-replacement fires improve the protein content and other nutritional components of forage species in aspen, ponderosa pine, western larch, and Douglas-fir stands. Burning can also improve access to forage for elk and other wildlife. In one study, burns in mountain shrub and grassland habitats increased the level of protein and in vitro digestible organic matter in winter diets of bighorn sheep and mule deer, but had no detectable effects on spring diets (Hobbs and Spowart 1984).

### *Subtropical Steppe Ecoregion*

Fire has been used in evergreen woodlands in Arizona. Fire stimulates shrub browse and creates openings where grasses and forbs can thrive. Birds are often more abundant in burned areas than unburned areas, but rodent populations sometimes decline in burn areas. In dense chaparral, fire is used to create openings and increase edge habitat for wildlife. Fire can also improve forage quality. Burning chaparral can shift rodent populations from chaparral to grassland-dominant areas (Wright and Bailey 1982).

Most shrubs in chaparral sprout vigorously from the crown and can recover within 5 to 10 years after fire. Small burns conducted on a 10- to 20-year rotation are beneficial to wildlife (Severson and Medina 1983, Bock and Bock 1988). Rotational burning can greatly improve deer browse in chaparral communities (Wright and Bailey 1982).

Fire may enhance grassland communities. Bock and Bock (1978a) found more raptors and game birds in burned grasslands than unburned grasslands. Lark sparrow and mourning dove nest densities are also

Case No. 1:20-cv-02484-MSK Document 28-7 filed 04/27/21 USDC Colorado pg 44 of 137

greater in burned than unburned grasslands (Sontiere and Bolen 1976, Renwald 1977).

#### *Mediterranean Ecoregion*

In coastal sage scrub, a stand replacing fire would initially reduce the number of birds that use the scrub. However, by the end of the first year, species richness should be 70% to 90% of preburn levels, with species favoring more open areas being most abundant (Moriarty et al. 1985).

Burning has been used to create habitat for black-tailed deer in chamise chaparral. Taber and Dasmann (1958) found a 300% to 400% increase in deer use after a wildfire, and deer reproduction improved. Mechanical methods can be used along with fire to create openings for deer in chaparral (Biswell 1969). However, at least 30% of the area should be maintained to provide cover. Large burns are not good for deer or birds in chaparral habitats, as there is too much habitat fragmentation (Buttery and Shields 1975). Thus, small openings and brush islands within larger burns can increase bird species diversity.

Forage of deerbrush and other chaparral species is abundant after fire because it reproduces from seed that is stimulated to germinate by burning. Chaparral plants provide forage for many ungulate species (Burcham 1974).

#### *Marine Ecoregion*

Fire has been used to increase plant diversity and structural complexity in evergreen forestlands. Huff et al. (1985) found the greatest bird diversity in forests about 20 years after a burn.

Salmonberry provides fruit for birds and bears and leafy vegetation and twigs for deer, elk, mountain goats, and moose. Salmonberry sprouts prolifically after fire, although severe fire could reduce sprouting (Tappeiner et al. 1988; Zasada et al. 1989).

### Effects of Mechanical and Manual Treatments

Mechanical treatments are often preferred to fire and herbicide use because they allow for more precise control of the vegetation treated. Fire and large scale herbicide treatments have the potential to modify or eradicate large areas of vegetation, to the detriment of obligate species and species needing structural and floral diversity or hiding or thermal cover. Prudent, well-designed mechanical treatments can result in a mosaic of habitats in different stages of disturbance and successional recovery (Payne and Bryant 1998).

Manual and mechanical treatments are especially effective in sensitive areas, such as wetland and riparian habitat, or near habitats of plant and animal species of concern, where greater control over treatment effects is required or effects to non-target species are a concern.

Killing big sagebrush by mechanical methods can release rabbitbrush, a generally undesirable plant. Mechanical methods are favored to thin sagebrush stands, while leaving other shrubs, grasses, and forbs, to benefit big game winter range (Payne and Bryant 1998). Mechanical methods have been used to control the encroachment of pinyon and juniper into sagebrush sites. These woodland species can be removed or thinned, while still retaining some patches for wildlife.

Pronghorn, mule deer, and elk benefit from mechanical treatments by foraging on strips of grasses and forbs that are created. Similar treatments should be considered for greasewood and shadscale saltbush communities to provide suitable habitat for black-tailed jackrabbits, and kit fox that prey upon jackrabbits (Spowart and Samson 1986).

Opening dense stands of pinyon and juniper benefits edge species, ground-feeding and ground-nesting birds, and small mammals. Openings of 250 acres or less by mechanical means benefit deer, small mammals, and turkeys and other birds. Breeding bird densities differ in treated and untreated areas, with ground-nesting birds being more prevalent in chained versus unchained pinyon-juniper stands. Thus, treatments that create patches of treated and untreated pinyon and juniper should promote species diversity (Scott and Boeker 1977; O'Meara et al. 1981; Payne and Bryant 1998).

Leaving slash, debris, and downed trees provides microhabitat for rabbits and songbirds. For deer, slash and debris should cover 20% or less of the treated site (Terrell and Spillet 1975). Treatment costs can be reduced by using harvested material as biofuel.

Mechanical treatments in the Temperate Steppe Ecoregion would primarily occur in evergreen forests and woodlands. Thinning of trees using mechanical harvesting equipment would create openings and increase light penetration to the understory, improving forb and shrub production to the benefit of deer and other wildlife. Trees that are removed could be used in biofuel production to reduce treatment costs.

BLM_0008845

Disking and chaining to thin and remove woodland vegetation and create openings with forbs and grasses benefits birds and small mammals. When treating forestlands and woodlands, managers should create openings within the forest/woodland stand; leave slash and downed trees for rabbits and other ground-residing wildlife; maintain shrub canopies for vireos, thrushes, and other birds; create edge habitat while also maintaining large patches of woodland/forestland habitat for interior species; and use burning to maintain habitat (Payne and Bryant 1998).

Gambel and other oak woodlands are important to wildlife in the Subtropical Steppe Ecoregion. Over 40 species of birds and 20 species of mammals use Gambel oak communities (Harper et al. 1985). Mechanical treatments can benefit oak woodlands by increasing oak sprouts for ungulate forage, reducing oak dominance to promote the development of forbs and grasses as forage and cover, and protecting oak stands from ponderosa pine and other tree encroachment to ensure future mast production (Payne and Bryant 1998). Lack of disturbance can limit the distribution, vigor, and growth of Gambel oak (Vallentine 1989). Bulldozing generally results in more oak sprouting than hand cutting, and increases forage production for deer and other wildlife compared to untreated areas (Rutherford and Snyder 1983). However, mast producing trees should be protected by limiting bulldozing to trees less than 3 inches diameter at breast height to avoid loss of mast-producing trees. Chaining has been done in Utah to reduce Gambel oak and increase herbaceous forage (Plummer et al. 1968).

Where shinnery oak is too thick or has expanded distribution, shredding or mowing oak thickets while leaving about 10% of the area untreated would provide good habitat for quail while still protecting some mast trees (Payne and Bryant 1998). Groups of shinnery oak trees should be retained to provide habitat for quail, deer, and lesser prairie chicken.

Mechanical treatment has been used to increase grass production by creating openings in chaparral (Severson and Medina 1983). Treatments that are limited to about 50% or less of the chaparral, and leave undisturbed corridors and buffer zones, are more successful than smaller or larger clearings or clearings that alter natural travel routes. Rollerchopping is the preferred method in the mesquite-acacia woodland, as forb density and diversity can be enhanced while encouraging sprouting by shrubs (Everitt 1983, Fulbright and Beasom 1987). Leaving woody plant cover in strips, rather than clumps, can benefit quail and turkey. Maintaining old stands of brush, interspersed with younger, treated stands, maintains cover while stimulating browse for deer (Guthery 1986). However, no more than 40% of the area should be cleared, and clearing should be no more than 250 feet from shrub cover. Trees and shrubs should also be maintained near permanent water and in riparian areas to provide cover to species that use these aquatic bodies, such as turkey, quail, and deer, and to maintain travel corridors (Hauke 1975, Payne and Bryant 1998).

In California, mechanical treatments are used to create openings in chaparral to stimulate growth of grasses and forbs. Treatments also create new edge habitat, although this may be detrimental to birds and other wildlife that need larger patches of chaparral (Soule et al. 1988). Greater bird use has been observed in areas where treatments have left islands of untreated chaparral than areas where large patches of chaparral have been removed and no islands provided (Buttery and Shields 1975). Small, irregular shaped openings are recommended over large blocks. Cutting can be used to stimulate new growth. Disking can be used to open up areas, and bulldozing, chaining, and rollerchopping are sometimes used to prepare sites for burning (Taber and Dasmann 1958, Vallentine 1989).

Mechanical treatments that thin vegetation to reduce hazardous fuels could create openings in dense forest stands that would promote development of understory vegetation, to the benefit of ground- and shrub-dwelling birds and other wildlife in the Marine Ecoregion (Zeedyk and Evans 1975). Thinnings would also increase browse in the understory to benefit deer and elk. Thinnings remove the poor vigor and damaged trees that are most prone to develop cavities that can be used by cavity nesting birds, and bats and other small mammals (Zeedyk and Evans 1975). If some snags and other dead and dying trees were retained, suitable habitat would be provided for species that require cavities.

If harvested material were windrowed or piled, it would provide hiding cover for small mammals and rotting vegetation that could be used by reptiles and amphibians for cover; these species could also forage upon insects and other invertebrates found under this debris.

### Effects of Biological Treatments

#### *Containment by Domestic Animals*

The grazing discussed in this section refers to “prescribed grazing,” which can be defined as the

careful application of grazing or browsing prescriptions (i.e., specified grazing intensities, seasons, frequencies, livestock species, and degrees of selectivity) to achieve natural resource objectives. Livestock production is a secondary objective when using prescribed livestock grazing as a natural resource management tool.

The use of domestic livestock to contain vegetation has a greater likelihood of affecting non-target vegetation than insects and pathogens, but also allows for treatment of larger areas and may stimulate new growth of desirable species. Although grazing animals such as goats, sheep, and cattle are often looked upon negatively in terms of effects on vegetation, they can alter the appearance, productivity, and composition of plant communities to the benefit of wildlife if used in moderation and at appropriate stocking densities (Payne and Bryant 1998). Goats are effective in controlling shrubs such as oaks, mesquite, chamise, and sumac on desert shrublands and chaparral (USDI BLM 1991a). Goats are also effective in controlling vegetation in sensitive areas where use of fire or herbicides is undesirable, such as near residential areas or near streams and wetlands.

Use of domestic livestock in wildlife management must be used carefully, but it is an invaluable and cost-effective management tool if used wisely. Some species, such as black-tailed prairie dogs, and the black-footed ferret that feeds upon these prairie dogs, tend to be more abundant in heavily grazed areas (Koford 1958). Thus, efforts to promote ferret populations include grazing management of prairie dog towns. Livestock can be used strategically to benefit some wildlife by 1) promoting weedy patches for feeding sites for upland birds; 2) promoting grass cover when used in conjunction with rest-rotation grazing; 3) removing dead material; 4) encouraging sprouting by shrubs; and 5) removing competitive vegetation (Urness 1990). Grazing systems that include planned grazing and deferment periods are most successful.

Moderate to heavy grazing can open up shrub and herb layers and make it easier for raptors to locate prey, and can maintain shrub dominance on sites used by mule deer (Smith 1949; Olendorff et al. 1980). Livestock can also be used to maintain residual grass cover, and to create openings in sagebrush cover to benefit greater sage-grouse and their chicks (Crawford et al. 1992).

#### *Other Biological Control Agents*

The BLM would use insects and pathogens to control vegetation. The effects of biological treatments using insects and pathogens would be minor. In most cases, the target plants would remain standing, although weakened or unable to reproduce. Over time, the composition of the plant community could change as treated plants died out and native vegetation returned to the area. This would benefit species that favor the native vegetation, but harm species that have adapted to the plant species being treated. Strict controls would be used to ensure that insects and pathogens used in treatments are specific to the target vegetation and do not harm non-target species, as discussed in Chapter 2.

### Effects of Chemical Control Treatments

Herbicides are an effective means of controlling weeds and other invasive vegetation. Herbicide treatments and fire use may be the only effective ways to control large areas of annual weeds and other invasive vegetation Sagebrush rangelands are often treated with herbicides to increase herbaceous plants, with herbicides that remove broad-leaved plants without harming grasses being the most widely used. Olson et al. (1994) used low rates of tebuthiuron to thin big sagebrush stands and enhance wildlife habitat in Wyoming. Herbicides such as 2,4-D, picloram, tebuthiuron, and dicamba are used to control woody species such as mesquite, creosote bush, and snakeweed in desert habitats. Where dense canopies are a problem, treatment with triclopyr and clopyralid might be needed to thin woody vegetation. Germano (1978 *cited in* USDI BLM 1991a) observed that jackrabbits, antelope, quail, and lizards favored openings in mesquite stands.

Over three-quarters of herbicide treatments in the Temperate Steppe Ecoregion would be focused on annual and perennial grasses and forbs, including downy brome, leafy spurge, and several species of knapweeds and thistles. Much of this work would be done in support of the BLM's Conservation of Prairie Grasslands initiative to improve grassland habitat for wildlife. Over three-quarters of treatments in the Subtropical Steppe Ecoregion would be focused on sagebrush and other evergreen shrublands, while 12% of treatments would focus on pinyon, juniper, and other evergreen woodland species. Healthy pinyon-juniper woodlands, with a full complement of understory grasses, forbs, and shrubs, provide excellent wildlife habitat. However, in many areas, pinions and junipers have increased in density to the point that understory vegetation is excluded, to the detriment of wildlife

(USDA Forest Service and USDI BLM 2000b). Studies of wildlife use of treated pinyon-juniper habitats have shown that mule deer use was greater in a chemically treated plot than on a mechanically treated plot because herbicide treatment resulted in more openings in the woodlands and a greater retention of screening cover (Severson and Medina 1983).

Herbicides are an important tool for improving forest productivity in the Mediterranean and Marine ecoregions, and studies suggest that the range of wood volume gains from effectively managing forest vegetation (primarily using herbicides) is 30% to 450% for Pacific Northwest forests (Wagner et al. 2004). Herbicides can be effective in improving forest wildlife habitat by 1) reducing populations of invasive exotic plants, 2) creating snags and downed woody material, 3) maintaining patches of early-successional vegetation within late-successional communities, and 4) maintaining woody and herbaceous plant communities for browsing species (Wagner et al. 2004).

The benefits of using herbicides in each ecoregion are described in more detail in the PEIS.

## Effects to Special Status Wildlife Species

Public lands in the western U.S. support over 200 species of terrestrial wildlife (including birds, mammals, amphibians, reptiles, mollusks, and arthropods) that have been given a special status based on their rarity or sensitivity. Included are more than 75 species that are federally listed as threatened or endangered, or are proposed for federal listing. Some of these species have habitat requirements that have been or are being altered or reduced by invasions of non-native plant species. The *Final Programmatic Biological Assessment Vegetation Treatments on Bureau of Land Management Lands in 17 Western States* (USDI BLM 2007b) provides a description of the distribution, life history, and current threats for federally-listed animal species, as well as species proposed for listing. The BA also discusses the risks to listed and proposed terrestrial wildlife species associated with vegetation treatments proposed by the BLM.

In general, the potential effects to special status wildlife species from the proposed vegetation treatments would be similar to those described for wildlife as a whole in the previous section. However, the rarity and sensitivity of special status species and their habitats make them more likely to be affected by disturbances associated with treatments. In addition, populations of special status species may in some cases benefit more from fuels reduction and control of non-native species than wildlife species with secure populations.

### Standard Operating Procedures

The BLM would implement SOPs to minimize the risks to special status wildlife species from vegetation treatments (see Table 2-5). Examples of SOPs include surveying for species of concern if the project may impact federally and/or state-listed species; minimizing direct impacts to species of concern from fire treatments, unless studies show that these species will benefit from fire; minimizing the use of ground-disturbing equipment near species of concern; and using temporary roads when long-term access to treatment sites is not required. Additional SOPs would be implemented based on the species or habitat present on the treatment site. For example, in western greater sage-grouse habitat, the BLM would minimize off-road vehicle use, minimize fire use, and use treatments to create small openings in continuous or dense sagebrush.

### Adverse Effects of Treatments

Fire use and herbicide treatments could harm or kill special status wildlife, especially slow moving species and the eggs and young of ground-nesting or breeding species. Mechanical treatments that disturb soil could also harm burrowing and fossorial species found near the soil surface. All treatments would remove or alter vegetation and could affect the availability and quality of food, cover, and special habitat features needed by wildlife. Treatments could alter other resource conditions (e.g., air quality, soil, water), making them harmful or less suitable for use by special status wildlife. Treatments could also fragment habitats and isolate populations of special status species, especially those unable or unwilling to travel over disturbed ground.

Some special status wildlife species occupy a wide variety of plant community types, as long as they provide adequate food, cover, and breeding habitat. These species tend to be large animals that cover a large geographic area and eat a wide variety of food items, such as gray wolf, grizzly bear, and bald eagle. Although these species could potentially benefit to some degree from weed control, and are typically at low risk for impacts from exposure to herbicide, they could be affected through disturbances associated with vegetation treatments (e.g., presence of workers, trucks/ATVs, and other equipment in their habitat).

### *Effects of Fire Treatments*

The potential for a fire treatment to directly harm special status wildlife would depend on the animal's ability to escape the treatment area. Slow-moving wildlife, such as insects and other arthropods, desert tortoise, and several species of small mammals would be more at risk than species that would be able to flee the area.

Indirect effects to special status species as a result of habitat alteration would depend on the habitat needs of the species. Species that require dense vegetation for cover, such as the southwestern willow flycatcher, riparian woodrat, and Preble's meadow jumping mouse would likely be adversely affected by prescribed burns. For other species, such as the Sonoran pronghorn, fire could potentially reduce the availability of forage in the treatment area, although the new growth after fire would likely be of increased forage quality. Although habitats would quickly recover from fire treatments, the effects of habitat loss to species with non-secure populations could persist over the long term and make populations more susceptible to extirpation. In addition, if a fire treatment were to burn through the entire habitat of a small, isolated population, extirpation of that population could potentially occur. For example, frequent fires were important in maintaining grassland habitat for the Oregon silverspot butterfly, and fire suppression and urbanization have reduced grasslands historically used by this species to a few small remnants. Prescribed fire can help to restore the historic fire regime, but fires also kill the eggs and larvae of the butterfly (Pickering 1997).

Special status species with large home ranges and more general habitat requirements would be unlikely to be affected by fire treatments, provided they did not occur near denning or breeding areas, and human contact was avoided. These species are typically large enough to avoid a treatment area during a burn, and are not specifically dependent on the type or structure of vegetation in their habitat. Examples include gray wolf, grizzly bear, and ocelot.

### *Effects of Mechanical Treatments*

As discussed for wildlife in general, use of mechanical treatments to remove vegetation would run the risk of crushing small animals, including arthropods, reptiles and amphibians, the young and eggs of ground nesting birds, and small mammals. For some special status species, loss of even a few individuals as a result of crushing could substantially increase the susceptibility of the population to future disturbances. Risks would be greatest if treatments occurred over the entire area occupied by a population.

Disturbances associated with mechanical treatments would be substantial, though short in duration. Many mobile animals, such as large adult birds and mammals, could simply leave the area temporarily to avoid the disturbance. Less mobile animals might not be able to leave, particularly if the treatment area was relatively large. In addition, the noise and human presence associated with mechanical treatments would likely cause some animals to temporarily abandon nests. For particularly sensitive species, these disturbances could result in reduced breeding success, which could in turn have population-level effects.

Removal of large stands of vegetation during mechanical treatments could substantially alter the habitat of some special status wildlife species. Although the ultimate result of these treatments would likely be an improvement in habitat quality, the short term stresses on some special status species would outweigh the benefits. If the entire habitat of a special status species was removed during a treatment, extirpation of that population could occur. There would be substantially less risk associated with treatments in a portion of the habitat, provided the untreated habitat was large enough to provide a temporary refuge for the population, and animals and their nests or burrows were not destroyed during the treatment.

### *Effects of Manual Treatments*

Manual treatments would be unlikely to affect mobile animals that could temporarily leave the treatment area. Because manual treatments are not cost-effective for treating large areas, it is unlikely that special status wildlife would have to move far to avoid workers in their habitat. Less mobile animals might not be able to leave the area, resulting in disturbance and stress. These effects should be short term in nature, provided treatments did not require repeated entry into habitat. Some special status wildlife species would be forced to leave nests or young behind temporarily, resulting in a risk of reduced reproductive success to an already sensitive population.

### *Effects of Biological Treatments*

**Containment by Domestic Animals.** The effects of undesirable vegetation containment by domestic animals on special status wildlife species would depend on numerous factors, including the size and mobility of

the species, the length of the grazing treatment, and whether the domestic animals used would be likely to graze on important forage plants or other required habitat components.

Larger, mobile animals, and birds that nest out of reach of domestic animals should be able to avoid contact with grazers. Less mobile species and young animals, including the eggs of ground nesting birds and butterfly eggs and larvae, would be more susceptible to injury or mortality through trampling and crushing. For special status species with small, at-risk populations, loss of any animals or eggs could reduce the viability of the population, making it more susceptible to extirpation in the future.

Species that originally coexisted with grazers, or that prefer habitats dominated by low, sparsely growing grasses, could potentially benefit from containment of undesirable vegetation by domestic animals, provided nests and burrows were not damaged during treatments. Examples include the blunt-nosed leopard lizard, kangaroo rats, the Utah prairie dog, and the black-footed ferret. In the case of the giant kangaroo rat, moderate levels of grazing by domestic animals have maintained nearly optimum conditions for the species (USFWS 1998).

Special status species that are themselves grazers could be adversely affected by containment treatments by competing with domestic animals for prime forage plants. Effects would be greatest in areas where forage is already limited. Although the ultimate effect could be an increased quantity of preferred forage plants in subsequent years, loss of forage during a single year could have lasting effects on already small and sensitive populations. Effects would be greatest if the treatments occurred over a large area of existing habitat.

**Other Biological Control Agents.** Use of biological control agents to control weeds could result in minor disturbances to some species from the presence of workers in sensitive habitats (e.g., nesting areas during the breeding season). For most species, these effects would be minor and short term, and would not have lasting effects on populations. Certain special status species, such as piping plovers, are extremely sensitive to human disturbance, and can experience reduced population vigor if disturbed sufficiently. Provided workers did not return repeatedly to the habitats of these species during the breeding season, long-term effects to populations should not occur.

It is not anticipated that use of biological control agents would result in adverse effects to the habitats of special status species. Gradual reduction in weed cover would improve many habitats without causing sudden losses of vegetation or structural changes. There would be some risk associated with using agents that attack plant species that are closely related to species required by special status wildlife for survival (e.g., butterfly host plants). Biological control agents undergo an extensive screening and testing process prior to being permitted by the USDA APHIS program and released. Despite these safeguards, there is always a risk that the release of an agent into a habitat in which it does not normally occur could result in unforeseen ecological harm.

#### *Effects of Chemical Treatments*

Terrestrial herbicides with the greatest likelihood of affecting special status wildlife species, via any exposure pathway, include 2,4-D, bromacil, diuron, and hexazinone, which pose moderate to high risks to special status terrestrial wildlife under one or more exposure scenarios involving the typical application rate (see PEIS Tables 4-23 and 4-24). Terrestrial herbicides with the least likelihood of affecting special status wildlife species include chlorsulfuron, diflufenzopyr, imazapic, and sulfometuron methyl, for which no risks to special status wildlife were predicted via any exposure pathway.

Aquatic herbicides with the greatest likelihood of affecting special status amphibian species during a normal application to an aquatic habitat are diquat and some formulations of glyphosate. Normal applications of 2,4-D and imazapyr would not pose a risk to aquatic amphibians. Terrestrial herbicides with the greatest likelihood of affecting special status amphibian species as a result of a spill, drift, accidental direct spray into an aquatic habitat, or surface runoff are bromacil, diuron, and picloram. The following herbicides would pose no risk to aquatic amphibians, according to the ERAs: chlorsulfuron, diflufenzopyr, imazapic, Overdrive®, and sulfometuron methyl.

### Beneficial Effects of Treatments

Removal of non-native species and fuels from habitats that support special status wildlife populations would likely provide some degree of benefit to most special status species that occur on public lands by creating more native habitat conditions and reducing the likelihood of a future catastrophic wildfire. The degree of benefit to special status wildlife would depend, in

large part, on the habitat needs of the species and its ability to avoid a fire.

Non-native plant species reduce the suitability of some habitats to support special status wildlife species. For some species, particularly butterflies and moths, certain plant species must be present on a site to serve as larval host plants. Other species require, or at the very least prefer, certain plants as food sources. For example, lesser and Mexican long-nosed bats meet most of their dietary needs from agave and cactus (USFWS 1994, 1995a), and the northern Idaho ground squirrel feeds on native bunchgrasses to fulfill a large portion of its dietary needs (USFWS 2000). Encroachment of non-native plant species, and displacement of native plant species that serve as important sources of food, reduces the suitability of the habitat for these wildlife species. For these species, vegetation treatments would likely provide a long-term benefit to habitat, and could improve the suitability of other areas, potentially creating additional habitat into which the population could expand.

For some special status wildlife species, it is the structure, rather than the species composition of the habitat that makes it suitable. For example, the western snowy plover nests in areas where vegetation is sparse, the Yuma clapper rail is associated with dense marsh vegetation (USFWS 1997), the southwestern willow flycatcher occurs in riparian areas with dense growths of deciduous shrubs and trees (USFWS 1995b), and kangaroo rats require open, grassland conditions. In some cases, invasive plant species alter the structure of habitats, making them less suitable for supporting sensitive wildlife species (e.g., the encroachment of European beachgrass into western snowy plover habitat, or the exclusion of marsh vegetation by saltcedar and arrowweed in Yuma clapper rail habitat). For these species, treatments to control weed infestations would likely provide a long-term benefit. In other cases, non-native plant species may invade an area without making drastic structural changes, and the suitability of the habitat, though not ideal, is maintained (e.g., thickets of saltcedar and Russian olive providing nesting habitat for the southwestern willow flycatcher, or kangaroo rats thriving in annual grasslands dominated by non-native plant species such as red brome). For these species, vegetation treatments may result in some improvement of habitat, but the long-term benefits may not outweigh the short-term risks to the species associated with certain treatment methods.

Some special status wildlife species are more at risk from wildfires than others, particularly species that are not exceptionally mobile and are unable to flee the area or hide in protected refuges such as underground burrows, or are unable to find suitable habitat outside of burned areas. For example, wildfires have burned thousands of acres of northern spotted owl habitat in the Cascade Range (Boroja et al. 1997). Given the limited amount of suitable habitat for this species, it is possible that displaced birds were unable to find suitable habitat nearby and may have perished or suffered reduced productivity, although owls will continue to use traditional use areas where low intensity burns do not kill the overstory and the canopy remains mostly intact (Bevis et al. 1997). These species would receive the greatest long-term benefits from fuels reduction treatments, particularly those with small or fragmented populations, which could be extirpated by a fire.

Fires are often needed to maintain a mosaic of forest habitat types. Northern goshawk habitat in the Southwest is maintained by frequent surface fires that regenerate, clean, and kill forest vegetation. The uneven-age forest structure contains mostly large old trees. Prescribed fires are appropriate for maintaining this type of fire regime. However, forests maintained by catastrophic wildfire result in even-age stand structure and large openings that are not favored by goshawks (Graham et al. 1997). California gnatcatchers require coastal sage-scrub with a shrub canopy cover of 50% or more and average shrub height of 3 feet or more, and avoid recently burned areas. However, this habitat is conducive to wildfire, and use of prescribed fire is an appropriate management tool to control this vegetation, especially when it is found near developed areas. However, if patches of unburned shrubs are left within burned areas, California gnatcatchers will continue to use the burned area (Beyers and Wirtz 1997).

## Livestock

Public lands provide an important source of forage for many ranches and help to support the agricultural component of many communities scattered throughout the west. Approximately 165 million acres of public lands are open to livestock grazing, with use levels established by the Secretary of the Interior and administered through the issuance of grazing permits/leases. The majority of the grazing permits issued by the BLM involve grazing by cattle, with fewer and smaller grazing permits for other kinds of livestock, primarily sheep and horses. Many allotments are managed according to an allotment management plan, which outlines how livestock grazing is managed to meet multiple use, sustained yield, and other needs and

Case No. 1:20-cv-02484-MSK Document 28-7 filed 04/27/21 USDC Colorado pg 51 of 137

objectives, as determined through land use plans. Even if there is no allotment management plan, grazing is managed to ensure that 1) watersheds are in or are making significant progress towards properly functioning physical condition; 2) ecological processes including the hydrologic cycle, nutrient cycle, and energy flow are maintained; 3) water quality complies with state water quality standards; and 4) habitats are, or are making significant progress towards being, restored or maintained for proposed, candidate, or listed federal threatened and endangered species and other special status species.

Many noxious weeds and other invasive plants greatly reduce the land's carrying capacity for domestic livestock. In North Dakota, the value of lands infested with leafy spurge may be a third of that of uninfested lands. In Oregon, the value of a ranch dropped over 80% after it became infested with leafy spurge. Effects to livestock owners occur when weight gains of livestock are reduced, animals are poisoned, or capacity for cattle grazing decreases as a result of weeds. In addition, the costs of treating weeds must be subtracted from the income derived from the sale of animals or their products when figuring net return from a livestock operation (Sheley and Petroff 1998; Rees et al. 1999).

Healthy rangelands that support native grasses, forbs, and shrubs have the capacity to support domestic livestock in addition to wildlife. Altered fire regimes, past grazing practices, and other human-related activities have resulted in rangelands throughout the West that are dominated by invasive annual grasses, forbs, and shrubs, rather than the perennial grasses (with a minor component of forbs and shrubs) that were dominant historically. Even where livestock grazing contributed to the current situation, simply removing domestic livestock or reducing their numbers would not correct this situation. Passive treatments, where the underlying cause of the invasive species problem is identified and eliminated or moderated, and rapid response to weed invasion and spread on rangelands would help, but in many situations, more aggressive treatments are necessary to restore rangeland health (Olson 1999). In some situations, grazing can be used as part of the vegetation treatment program, especially when goats and sheep are used to control vegetation, in addition to domestic cattle.

## Scoping Comments and Other Issues Evaluated in Assessment

Some comments suggested that the dangers to livestock from noxious weeds need to be addressed. One respondent inquired about how livestock grazing would be prevented on areas treated with picloram. It was suggested that the BLM provide alternative grazing areas if livestock are displaced for vegetation treatment.

## Resource Program Goals

Livestock grazing is important to the economy and social fabric of many rural communities. The Rangeland Management program is primarily responsible for activities involving domestic livestock on public land. Activities within this program include range inventory and monitoring, rangeland health assessments and evaluations, rangeland improvement planning and implementation, and invasive vegetation management. The purpose of vegetation management is to restore native ecosystems that have the capacity to provide a steady source of forage for livestock while meeting the needs of native animals and other uses and resource values (USDI BLM 2006c).

## Standard Operating Procedures

Vegetation treatments pose risks to livestock; however, these risks can be minimized by following certain SOPs, which can be implemented at the local level according to specific conditions (see Table 2-5). These SOPs include notifying permittees of proposed treatments and identifying any needed livestock grazing, feeding, and slaughter restrictions. Notifying permittees of the project would improve coordination and help avoid potential conflicts and safety concerns during implementation of the treatment. Scheduling of applications should take into account normal livestock behavior, grazing patterns, and resting periods to minimize impacts to grazing permits. Alternative forage sites for livestock would be provided, if possible.

For herbicide treatments, herbicides of low toxicity to livestock would be used, where feasible. If possible, livestock would be removed from treatment sites prior to herbicide applications. The different types of application equipment and methods would be taken into account to reduce the probability of contaminating non-target food and water sources. These procedures would help minimize effects to livestock and rangeland on public lands to the extent practical. As a result, long-term benefits to livestock from the management of

BLM_0008852

invasive species would likely outweigh any short-term negative effects associated with herbicide use.

## Adverse Effects of Treatments

The proposed vegetation treatments would cause disturbances to rangeland plant communities by killing both target and non-target plants. In areas that have been highly degraded, merely restoring disturbance to the ecosystem could adversely affect native plant communities by encouraging the spread of weeds or the persistence of an altered vegetation structure and species composition. Treatments could require temporary rest from livestock grazing, forcing livestock operators to graze animals elsewhere. Herbicide treatments have the potential to affect the health of livestock.

Downy brome and other annual brome species are the most significant non-native species affecting rangelands in the West due to the sheer number of acres they cover and their site tenacity. Downy brome has a profound effect on sagebrush-grass rangelands because it replaces perennial native species. Once it becomes established, downy brome allows hot fires to occur in spring when perennial grasses are most susceptible to burning, thereby creating conditions favorable for downy brome to achieve dominance. Because downy brome creates fuels for fires, repeated fires eventually occur, which in turn allows downy brome to dominate.

The abundance of downy brome has caused some livestock producers to rely on it as a source of early spring forage. The disadvantage for livestock producers is the narrow window of grazing opportunity and the wide variation of total forage production from year to year.

### Effects of Fire Treatments

The effects of fire on livestock would depend largely on the timing of the fire and the pre-burn condition of the site. Over the short term, prescribed burning would likely reduce the cover of grass and forb species available to livestock. Livestock would also have to be relocated during the treatment. In addition, livestock would need to be kept off of treated areas for a short time after a prescribed fire to give forage ample time to recover. The length of time would vary by site, but would generally range from two to four growing seasons (Stinson 2001).

The burning of rangeland generally results in increased perennial grass production and grazing capacity as well as increased forage availability from the removal of physical obstructions posed by brush and small trees. Following fire, there may be greatly increased amounts of flowering and fruiting, including a significantly enhanced output of grass seed (Daubenmire 1975, Christenson and Muller 1975, Young 1986 *cited in* USDI BLM 1991a). The amount of flowering and fruiting may decrease over prefire levels for some time if plants are severely damaged by fire.

### Effects of Mechanical Treatments

Use of mechanical treatments could temporarily reduce the amount of livestock forage on the treatment site. Treatments that rip up plants, such as bulldozing or chaining, would be more likely to reduce forage than treatments that cut plants off at the base. These effects would be short-term in nature, as forage species would regrow following treatments.

Mechanical methods that remove competition and overstory vegetation would be expected to enhance grass production if grasses are present on the site. However, mechanical removal could negatively affect plants by compacting soils, creating bare ground, and uprooting desirable species. Ground disturbance could provide increased opportunities for weeds and increase the need to reseed after treatment.

### Effects of Manual Treatments

Manual treatments would have minimal effects on livestock and their forage. Manual treatments would target the removal of undesirable species, but would not affect desirable species. Therefore, any effects on livestock forage would be beneficial.

### Effects of Biological Treatments

#### *Containment by Domestic Animals*

Use of domestic animals to manage undesirable vegetation could affect the livestock that regularly graze on public lands under a grazing permit or lease. When managed improperly, these animals could compete for the same forage resources as domestic livestock. Under proper conditions, it has been demonstrated that the use of sheep and goats to manage leafy spurge through prescribed grazing has improved the conditions of the range, opening up infested sites for grass regrowth, and thus providing additional forage for authorized livestock grazing.

#### *Other Biological Control Agents*

Insects and pathogens released to manage noxious weeds on rangelands would not be likely to affect livestock. These agents target undesirable species, and could result in a long-term increase in the quality of forage on a treatment site. However, it is possible that in some situations use of these agents could prohibit animals from using a pasture for short periods of time.

### Effects of Chemical Treatments

The extent of direct and indirect effects to livestock from herbicide treatments are evaluated in the PEIS (USDI BLM 2007a). Several factors influence the effectiveness of the herbicide application, including timing and method of application, herbicide used, application site characteristics, and environmental conditions. The direct effects of herbicide use on livestock depend on the sensitivity of each species to the particular herbicide used. Indirect effects include the degree to which a species or individual is positively or negatively affected by changes in rangeland conditions.

Livestock would have a greater chance of being affected by herbicide use if their range extent was completely treated or areas frequented by the livestock were treated. However, livestock could be specifically removed from an area during vegetation treatment, as directed on the herbicide label, or treatments could be scheduled to occur when livestock were not present, adhering to the re-entry interval specified on the herbicide label. If livestock were removed from the area specifically to facilitate the vegetation treatment, the grazing permittee would be adversely affected as a result of the area being unavailable for grazing. The permittee would need to either find alternative grazing areas, or modify ranching operations to account for the unavailable forage. Even though large treatments would usually occur when livestock were not in the treated area, some risk of indirect contact and consumption of contaminated vegetation over a large area would still exist. The use of spot treatment applications, in accordance to label directions, would reduce the potential effect on livestock. The effects of herbicide use on livestock would be site and application specific, and as such, site assessments would have to be performed, using available information, to determine an herbicide-use strategy that would minimize effects to livestock.

The BLM and Forest Service risk assessments suggested several possible common effects of herbicides to livestock (ENSR 2005c-l; SERA 2005). Livestock, which likely consume large quantities of grass, have greater risk for harm than livestock or wildlife that feed on other herbaceous vegetation or seeds and fruits, because herbicide residue is higher on grass than it is on other plants (Fletcher et al. 1994; Pfleeger et al. 1996). However, exposure to harmful doses of herbicide would be unlikely, since animals would be removed from the area if there was a chance they could be harmed by an herbicide, as required by the label instructions.

In conjunction with the identified grazing restrictions listed on herbicide labels, additional restrictions may be identified that require the livestock owner to remove the livestock from the treated area for a specified period of time prior to slaughter. In reviewing the grazing and slaughter restrictions listed on herbicide labels, it is important to recognize that additional grazing restrictions may apply to grazing lactating dairy animals. As described for other vegetation treatment methods, some herbicide treatments may require additional rest from livestock to ensure that more desirable vegetation has the opportunity to increase and reestablish on those sites from which undesirable vegetation has been removed.

## Beneficial Effects of Treatments

All treatments that successfully reduce the cover of noxious weeds on rangelands would benefit livestock by increasing the number of acres suitable for grazing and the quality of forage. Noxious weed infestations can greatly reduce the land's carrying capacity for domestic livestock, which tend to avoid most weeds (Olson 1999). Cattle, in particular, preferentially graze native plant species over weeds, which often have low palatability as a result of toxins, spines, and/or distasteful compounds (Young 1992, Beck 1999, Olson 1999). Although goats and sheep are more likely to consume alien weeds than cattle, they also tend to select native or introduced forage species over weeds (Walker et al. 1994; Olson and Wallander 1998; Olson 1999). In addition, some noxious weeds (e.g., common tansy, houndstongue, Russian knapweed, and St. Johnswort) are poisonous to livestock. The success of weed removal would determine the level of benefit of the treatments over the long term.

Treatments that reduce the risk of future catastrophic wildfire through fuels reduction would also benefit livestock. Uncontrolled, high intensity wildfires can damage large tracts of rangeland, reducing its suitability for livestock grazing. Wildfires typically occur during drought conditions, when burning rangeland magnifies

the drought stress of forage species and hampers their recovery. Treatments that restore and maintain fire-adapted ecosystems, such as the appropriate use of mechanical thinning and fire, would decrease the effects from wildfire to rangeland plant communities and improve ecosystem resilience and sustainability.

Fire suppression causes a buildup of dead plant materials (e.g., litter), and often increases the density of flammable living fuels on a site. The resultant fires burn hotter, spread more quickly, and consume more plant materials than fires that historically occurred under conditions of lower fuel loading. Large fires in the Great Basin during the late 1990s burned grazing allotments, eliminating much of the forage for livestock. If burned sites are not restored, weeds invade damaged areas and displace grasses favored by livestock. Therefore, restoring rangeland after fire helps increase forage for livestock (USDI BLM 1999).

Treatments that control populations of non-native species on public lands would be expected to benefit native plant communities by reducing the importance of non-native species and aiding in the reestablishment of native species. The use of fire, herbicides, or other treatment methods to simply kill vegetation is often inadequate, especially for large infestations. Introducing and establishing competitive plants is also needed for successful management of weed infestations and the restoration of desirable plant communities (Jacobs et al. 1999). The degree of benefit would depend on the success of these treatments over both the short and long term. Some treatments are very successful at removing weeds over the short term, but are not successful at promoting the establishment of native species in their place. In such cases, seeding of native plant species would be beneficial. Weeds may resprout or reseed quickly, outcompeting native species, and in some cases increasing in vigor as a result of treatments. The success of treatments would depend on numerous factors, and could require the use of a combination of methods discussed below to combat undesirable species.

**Effects of Fire Treatments**

In many cases, fire would benefit livestock by reducing the cover of shrub species such as sagebrush and juniper, which can form dense stands that preclude the establishment of desirable forage species and create physical obstructions to forage. The effect of fire on forage would vary by site. Fires conducted during the dormant season, under moist conditions, would be likely to stimulate forage production (e.g., through increasing soil temperature and nutrient availability) and favor perennial grasses (Wright 1974). Cattle have been observed to preferentially graze burned areas over unburned areas, with greater weight gains observed in animals that graze on burned sites (McGinty et al. 1983). In contrast, burning during the early summer can kill bunchgrasses and favor undesirable annuals, such as downy brome. In addition, suitable forage must be present on the site prior to the burn in order for livestock to benefit from the fire. In sites that are in poor condition, a combination of treatments and/or reseeding may be required to benefit livestock.

**Effects of Mechanical and Manual Treatments**

Livestock could benefit from a reduction in woody species and other undesirable vegetation. The duration of these benefits would depend on the species' ability to resprout, which could be controlled by using a combination of treatments (e.g., mechanical treatments plus fire or herbicides). Where woody species do resprout quickly, their palatability could be improved in the form of new growth.

**Effects of Biological Control Treatments**

Insects and pathogens have been used to control rangeland weeds and other invasive plants that are poisonous to livestock and that displace more desirable forage species. For example, flea beetles have reduced leafy spurge stem densities by 90% or more, and over 80% of flea beetle introductions have become established (Team Leafy Spurge 1999). It is estimated that 60% to 70% of leafy spurge infestations will be controlled using biological control by 2025 (Bangsund et al. 1997). Beetles, moths, flies, and other insects and pathogens have been used to control knapweeds, yellow starthistle, St. Johnswort, tansy ragwort, thistles, and other weeds that make rangeland unsuitable for livestock and may be poisonous to animals.

**Effects of Chemical Treatments**

In cases where herbicide treatments are able to reduce the cover of noxious and unpalatable weeds on grazed lands, there would be short- and long-term benefits to livestock as a result of increased quality of forage. In some cases, herbicides are the most effective means of controlling or eradicating invasive plant species.

The extent of positive and negative effects to livestock would depend on the relative amount each herbicide was used, whether herbicides would be applied in rangeland environments, and the method of application. The risk of negative effects would be greatest if diuron,

diquat, bromacil and/or 2,4-D were used extensively. However, diquat would be used by the BLM exclusively as an aquatic herbicide, and the non-selective herbicides bromacil and diuron are not likely to be used extensively in rangelands. If these herbicides were used in restricted scenarios, as is proposed, and other herbicides were used effectively to increase the abundance of native forage relative to unpalatable weeds, positive effects to livestock could outweigh negative effects. Furthermore, the ability to use the four new herbicides proposed for use (diquat, fluridone, imazapic, and Overdrive®), as well as future herbicides that become registered with the USEPA, would allow BLM managers more options in choosing herbicides that best match treatment goals and application conditions and that are less toxic. As a result, there could be an increase in per capita benefits and a reduction in overall per capita risks to livestock (three of the four new herbicides present little to no risk to livestock) and an increase in habitat and ecosystem benefits from treatment.

# Wild Horses and Burros

The BLM, in conjunction with the Forest Service, manages wild horses and burros on BLM- and Forest Service-administered lands through the *Wild Free-Roaming Horse and Burro Act of 1971*. Animals are managed within 201 Wild Horse and Burro herd management areas, with the goal of managing self-sustaining populations of healthy animals in balance with other uses and the productive capacity of their habitat. Public lands inhabited by wild horses or burros are closed to grazing by domestic horses and burros under permit or lease. In February 2005, over 31,000 wild horses and burros lived on public lands, with nearly half of these animals living in Nevada. The population of wild horses and burros is currently 3,500 animals above the appropriate management level. The appropriate management level is the number of wild horses and burros that public lands can support while maintaining a thriving natural ecological balance.

Vegetation management activities could affect wild horses and burros by exposing them to fire and chemicals that could harm their health, or by causing changes in vegetation that could positively or negatively alter the carrying capacity of the herd management areas. Alternately, vegetation management activities could improve the amount and quality of forage, potentially increasing the carrying capacity of the herd management areas.

## Scoping Comments and Other Issues Evaluated in Assessment

Numerous respondents indicated that evaluation of the direct effects of herbicides to wild horses and burros would help in the selection of less-toxic herbicides, where feasible. Respondents were also concerned about how treatments would improve ecosystem health to benefit wild horses and burros.

## Resource Program Goals

The goal of the Wild Horse and Burro Management program is to manage for self-sustaining populations of healthy animals in balance with other uses and the productive capacity of their habitat. The BLM manages populations by monitoring the animals, establishing appropriate population levels, and removing animals when appropriate population levels are exceeded. Given that populations increase by 15 to 20% annually, it is necessary to remove animals to maintain populations at a level that does not adversely affect rangeland vegetation (USDI BLM 2006c). This helps to promote healthy rangelands for all users. Vegetation treatments that improve rangeland would ensure healthier herds and could allow for an increase in the numbers of animals that could be maintained on public lands without harming ecosystem health.

## Standard Operating Procedures

There are potential risks to wild horses and burros associated with herbicide use. However, these risks can be minimized by following certain SOPs, which can be implemented at the local level according to specific conditions: 1) minimizing potential hazards to wild horses and burros by ensuring adequate escape opportunities; 2) minimizing use of herbicides in areas actively grazed by wild horses and burros and/or using herbicides of low toxicity to horses and burros to reduce potential impacts; 3) removing wild horses and burros from identified treatment areas prior to herbicide application, in accordance with label directions for livestock; and 5) taking into account the different types of application equipment and methods to limit the probability of contaminating non-target food and water sources.

In addition the BLM should minimize potential hazards to horses and burros from all treatment methods by ensuring adequate escape opportunities, and 2) avoid critical periods and minimize impacts to critical habitat

BLM_0008856

that could adversely affect wild horse or burro populations (see Table 2-5).

These procedures would help to minimize effects to wild horses and burros and rangeland to the extent practical. As a result, long-term benefits to wild horses and burros from the control of invasive species would likely outweigh any short-term negative effects to these animals associated with vegetation treatments.

## Adverse Effects of Treatments

The proposed vegetation treatments would cause disturbances to rangeland plant communities by killing both target and non-target plants. In areas that have been highly degraded, merely restoring disturbance to the ecosystem could adversely affect native plant communities in some cases by encouraging the spread of weeds or the persistence of altered vegetation structure and species composition. Treatments also have the potential to adversely affect the health of wild horses and burros.

### Effects of Fire Treatments

Fire treatments occurring in herd management areas would have the potential to affect wild horse and burro herds in those areas. Direct effects to animals from fires would be unlikely, as they would be able to flee the burn area. With large fires, wild horses or burros may be forced onto areas that are not legally designated for wild horse and burro management.

Over the short term, fire could reduce the suitability of the treatment site to support wild horses and burros. The degree of effects would be dependent on the size and severity of the fire, the climatic conditions, and any other animals (i.e., domestic livestock or wildlife) using the site for grazing purposes. A large fire that consumed much of a herd management area could potentially result in a loss of animals, unless herds were temporarily relocated prior to treatment. In the case of a small, low severity fire, wild horses and burros would be likely to find suitable forage in the area. Wild horses are accustomed to migrating in search of food and shelter in response to climatic variation and natural disturbances that alter food supplies (Nevada Commission for the Preservation of Wild Horses 1999). Food stresses to populations following prescribed fire would be the greatest on sites occupied by large populations of other domestic animals, or during harsh climatic conditions, such as drought.

### Effects of Mechanical Treatments

Use of mechanical treatments could temporarily reduce the amount of forage on the treatment site, as discussed for livestock in the previous section. Long-term benefits to forage production could also occur. In addition, wild horses and burros could experience short-term disturbances associated with mechanical noise and the presence of humans. However, since animals could leave the area during treatments, effects would be minor.

### Effects of Manual Treatments

Manual treatments would have minimal effects on wild horses/burros or their forage, as they would occur over a very small area and target undesirable forage species.

### Effects of Biological Treatments

#### *Containment by Domestic Animals*

The use of domestic animals to control vegetation could result in minor competition with wild horses and burros. However, these effects would be localized and short-term in duration, and should not adversely affect wild horse and burro populations. Wild horses and burros are more generalists in regards to their feeding behavior than domestic livestock, and would graze over a larger area than animals brought in for treatments.

#### *Other Biological Control Agents*

Insects and pathogens that target noxious weed species would be unlikely to affect populations of wild horses and burros. These treatments target undesirable forage species, would generally not harm desired non-target species, and are slow-acting.

### Effects of Chemical Treatments

The extent of direct and indirect impacts to wild horses and burros would be influenced by several factors, including the herbicide selected for treatment, the species composition of the site to be treated, the type of application, the physical characteristics of the treatment area, environmental conditions, and the timing of the application in relation to the behavior of the wild horses and burros. The impacts of herbicide use on wild horses and burros would depend directly on the sensitivity of each species to the particular herbicide used and indirectly on the degree to which a species or individual is positively or negatively affected by changes in herd management area conditions.

Case No. 1:20-cv-02484-MSK Document 28-7 filed 04/27/21 USDC Colorado pg 57 of 137

Adverse indirect effects could include reduction in forage amount and preferred forage type. If their range extent was partially or completely sprayed, wild horses and burros would be at risk for exposure to herbicides directly via contact with the herbicide upon application, or indirectly via dermal contact with or ingestion of sprayed vegetation. It is unlikely that an animal's entire range would be sprayed, as these animals are wide ranging; herd management areas are often larger than 10,000 acres, while most (77%) of treatments would be less than 1,000 acres. On average, wild horses and burros use about 360 acres per animal, or about 3,600 acres for a herd of 10 animals.

The BLM and Forest Service risk assessments assessed the risks of herbicides to wild horses and burros (ENSR 2005c-l; SERA 2005). Wild horses and burros, which likely consume large quantities of grass, have relatively greater risk for harm than smaller wildlife or wildlife that feed on other herbaceous vegetation or seeds and fruits because herbicide residue is higher on grass than it is on other plants (Fletcher et al. 1994; Pfleeger et al. 1996). However, exposure to harmful doses of herbicide would be unlikely since animals would cover a large area during their daily movements, and thus would likely be exposed only to small amounts of herbicide.

## Beneficial Effects of Treatments

All treatments that successfully reduce the cover of noxious weeds on grazed lands would benefit wild horses and burros by increasing the acreage available for grazing and the quality of forage. In addition, some noxious weeds (e.g., common tansy, houndstongue, Russian knapweed, and St. Johnswort) are poisonous to wild horses and burros. The success of weed removal would determine the level of benefit of the treatments over the long term.

Treatments that reduce the risk of future catastrophic wildfire through fuels reduction would also benefit wild horses and burros. Weeds of concern that could be found in rangelands include downy brome, medusahead, halogeton, rabbitbrush, diffuse knapweed, Russian thistle, and perennial pepperweed. Much of the herd management area land for wild horses and burros occurs in drier habitats in Nevada. Uncontrolled, high intensity wildfires can damage large tracts of rangeland, reducing its suitability for wild horse and burro grazing. Wildfires typically occur during drought conditions, when burning rangeland magnifies the drought stress of forage species and hampers their recovery. Some herbicides are approved for use in BLM programs for rangeland as well as fuels management (e.g., glyphosate, imazapic, and sulfometuron methyl). Treatments that remove dominant woody vegetation, particularly pinyon and juniper that have invaded shrub-grass habitats, would enhance habitat for wild horses and burros as grasses and forbs establish.

### Effects of Fire Use

In the growing seasons following fire treatments, wild horses and burros would be able to return to treated sites. The condition of forage on the site would depend on the condition of the site prior to treatment and the response of the vegetation type receiving fire treatments. Improved forage would be likely as a result of fires conducted during the dormant season and under moist conditions.

### Effects of Mechanical and Manual Treatments

In some cases, wild horses and burros would benefit from the reduction in woody species and other undesirable vegetation. The duration of these benefits would depend on the species' ability to resprout, which could be controlled by using a combination of treatments (e.g., mechanical treatments plus fire or herbicides). Where woody species did resprout quickly, their palatability could be improved in the form of new growth. Shrubs are an important component of the diet of wild horses and burros, especially during winter (USDI BLM 2001a).

### Effects of Biological Treatments

Insects and pathogens have been used to control rangeland weeds and other invasive plants that are poisonous to wild horses and burros and that displace more desirable forage species. Beetles, moths, flies and other insects and pathogens have been used to control knapweeds, yellow starthistle, St. Johnswort, tansy ragwort, and thistles; these unpalatable or poisonous plant species make rangeland less desirable for wild horses and burros.

### Effects of Chemical Treatments

In cases where herbicide treatments reduce the cover of noxious and unpalatable weeds on grazed lands and replace them with more palatable native plants, there would be associated short- and long-term benefits to wild horses and burros from increased availability and quality of forage. If the forage amount was increased within a given herd management area, the carrying capacity of the herd management area would increase,

BLM_0008858

thus benefiting those areas where wild horse and burro populations exceed the appropriate management level.

The use of herbicides, or a combination of herbicides in conjunction with another treatment method, may be the most effective means of controlling or eradicating some invasive plant species. Noxious weed infestations can greatly reduce the land's carrying capacity for wild horses and burros, which tend to avoid weeds that have low palatability as a result of defenses such as toxins, spines, and/or distasteful compounds (e.g., thistle [Olson 1999]). In addition, some noxious weeds (e.g., horsetail, wild mustard, poison hemlock, tansy ragwort, yellow starthistle, and St. Johnswort) are poisonous to horses. Grazing alone can be an effective means of managing invasive plants in herd management areas. However, if vegetation is overgrazed (e.g., as a result of herd management areas in excess of the appropriate management level) another method, such as herbicide treatment, is required to return vegetation to a more desirable composition, followed by grazing within the carrying capacity of the herd management area. The success of weed removal would determine the level of benefit of the treatments over the long term.

The ability to use the four new herbicides (diquat, fluridone, imazapic, and Overdrive®), as well as future herbicides that become registered with the USEPA, would allow BLM managers more options in choosing herbicides that best match treatment goals and application conditions and are the least toxic. As a result, there could be an increase in per capita benefits and a reduction in overall per capita risks to wild horses and burros (three of the four new herbicides present little to no risk to wild horses and burros), and an increase in habitat and ecosystem benefits from treatment.

# Paleontological and Cultural Resources

As discussed below, wildfire has the potential to adversely affect paleontological, cultural, and traditional lifeway resources by destroying and altering resources. It is likely that invasive infestations have long-term negative effects on paleontological and cultural resource sites by altering native plant communities and increasing the potential for soil erosion, potentially leading to the loss of paleontological and cultural resources. Restoration of natural fire regimes and removal of invasive vegetation would limit these effects as well as contribute to the restoration and maintenance of historic and ethnographic cultural landscapes (USDI National Park Service 2003).

## Scoping Comments and Other Issues Evaluated in Assessment

Some respondents felt that cultural preservation is an important issue, and encouraged addressing the effects to cultural and archaeological sites. Other respondents suggested that traditional cultural properties should be approached in a way that is sensitive to cultural resources, with plan revisions and, in some cases, by project cancellation. There was concern about the effects of herbicides on basket plants and the people who collect them, in particular Native peoples. Plant parts are sometimes placed in the mouth for cutting, splitting, or softening, which can result in ingestion of contaminants. Respondents noted that fire generally helps these basket plants, while herbicides are detrimental.

## Resource Program Goals

The management of cultural and paleontological resources on public lands is overseen by the BLM's Cultural and Fossil Resources and Tribal Consultation programs. Goals of the programs include: 1) protection, study, management, and stabilization of the BLM's cultural and paleontological resources; 2) interpretation of these resources; 3) protection and curation of museum collections recovered from on-the-ground investigations; 4) consultation with Indian tribes and Alaska Native corporations; 5) development of partnerships with non-federal entities; and 6) repatriation of museum collections subject to the provisions of the Native American Graves Protection and Repatriation Act.

As discussed below, vegetation treatment activities could have substantial effects on paleontological and cultural resources and Native American traditional lifeway values. Thus, the program has a keen interest in ensuring that vegetation treatments are conducted in a manner that protects or enhances these resources while improving vegetation condition.

## Standard Operating Procedures

Before proceeding with vegetation treatments, the effects of BLM actions on cultural resources would be addressed through compliance with the NHPA, as implemented through a 1997 national Programmatic Agreement (*Programmatic Agreement among the*

*Bureau of Land Management, the Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers Regarding the Manner in Which BLM Will Meet Its Responsibilities Under the National Historic Preservation Act)* and state-specific protocol agreements with SHPOs. Effects on paleontological resources would be addressed as outlined in resource management plans developed under the authority of the FLPMA, and site specific NEPA documents developed for vegetative treatments. The BLM's responsibilities under these authorities would be addressed as early in the vegetation management project planning process as possible.

The processes for identifying and managing cultural resources are addressed in USDI BLM manuals 8100 *(The Foundations for Managing Cultural Resources)*, 8110 *(Identifying and Evaluating Cultural Resources)*, 8120 *(Tribal Consultation under Cultural Resource Authorities)*, 8130 *(Planning for Uses of Cultural Resources)*, 8140 *(Protecting Cultural Resources)*, and Handbook H-8120-1 *(Guidelines for Conducting Tribal Consultation)*. Processes for identifying and managing paleontological resources are outlined in Manual 8720 (*Paleontological Resource Management*) and Handbook H-8720-1 *(General Procedural Guidance for Paleontological Resource Management)*. The BLM Cultural Resource Management program is responsible for the study, evaluation, protection, management, stabilization, and inventory of paleontological, historical, and archeological resources. The program also guides close consultation with American Indian tribal and Alaska Native group governments as required by law for the maintenance, preservation, and promotion of native cultural heritage and resources, including plant and animal subsistence resources and vegetation used for religious and ceremonial purposes. The BLM initiated consultation with American Indian tribes and Alaska Native groups to identify their cultural values, religious beliefs, traditional practices, and legal rights that could be affected by BLM actions. Consultation included sending out letters to all tribes and groups that could be directly affected by vegetation treatment activities, and requesting information on how the proposed activities could affect Native American and Alaska Native interests, including the use of vegetation and wildlife for subsistence, religious, and ceremonial purposes (see Appendix C).

**Paleontological Resources**

The processes for identifying paleontological resources would include consultation with BLM regional paleontologists, paleontology program contacts in BLM field offices, state geological survey agencies, local colleges, universities, or museums, or SHPOs (if individual SHPOs deal with fossil resources) as part of the planning process. Procedures would be developed for protecting significant fossil resources as outlined in BLM Handbook H-8270-1 (*General Procedural Guidance for Paleontological Resource Management)*. Resource management plans may be in place that have classified sensitivity levels for important fossil resources and management prescriptions associated with each sensitivity level. Specific protective measures for paleontological resources would be identified at the local level during project development. If management plans lack this classification scheme, project specific analysis would be necessary to assess the need to conduct paleontological resource inventories based on available information. If a project area contained documented locations of paleontological resources, or had geological or geomorphic characteristics likely to contain vertebrate fossils, a field inventory could be required to locate and report previously unrecorded paleontological resources. Site specific mitigation measures would be developed during the implementation stage of the vegetation treatments, if needed.

**Cultural Resources**

Treatments would follow standard procedures for identifying cultural resources in compliance with Section 106 of the NHPA, as implemented through the national programmatic agreement and state protocols. The process would include necessary consultations with SHPOs and interested tribes, at the state or local level, as projects were planned.

As part of the process of planning for vegetation treatments, cultural resource specialists would identify historic properties eligible for the NRHP. Historic properties may include any prehistoric or historic district, site, building, structure, or object included in, or eligible for inclusion in, the NRHP. Effects to National Register-eligible cultural resources could be avoided through project redesign or could be mitigated through recordation, data recovery, monitoring, or other appropriate measures. Should National Register-eligible cultural resources be inadvertently discovered during vegetation treatments, appropriate actions would be taken to protect these resources or recover data following appropriate consultation. An important concern regarding the presence of non-cultural resource personnel on the ground during any of the treatment processes is the unauthorized collection of artifactual material, especially from National Register-eligible

properties. Procedures would be developed as part of an unanticipated discoveries plan that would include reporting previously unrecorded cultural resources to local BLM professionals. Ancestral tribal human remains and associated grave goods subject to the Native American Graves Protection and Repatriation Act would be further reported to appropriate American Indian tribes by local BLM officials.

**Traditional Lifeway Values**

Discussions would be held with American Indian tribes and Alaska Native groups to determine which plants with the potential to be affected by proposed project treatments have traditional lifeway values, and to identify any specific, traditional collecting areas. Target plants for vegetation treatments include oak, juniper, pinyon, lodgepole pine, cottonwood, mesquite, amaranth, cattail, and brackenfern, as well as many other plants identified in Native American ethnobotanical studies and pharmacopoeia. These plants are traditionally used for subsistence, clothing, basketry, shelter, utilitarian items, and possibly medicines by one or more tribes or groups in the western U.S. and Alaska. Since other target species have common names similar to those of some plants used traditionally, such as whorled milkweed or giant reeds, this should be made clear to Native Americans and Alaska Natives in areas where treatments are planned. Treatments that could adversely affect plants important for maintaining traditional lifeways could be modified or cancelled in certain areas, depending on the intensity of the effects as determined through NEPA analysis and if mitigation is required. On the other hand, there could be long-term benefits to traditional lifeways, since reducing or eliminating non-native or invasive plant competitors could allow traditionally used native species to proliferate, and possibly also improve access for tribal uses. Prescribed fire produces new growth that can benefit plant species desired for traditional tribal practices, such as basket weaving.

## Adverse Effects of Treatments

Treatment activities that disturb the ground or alter the distribution, health, and welfare of plants and animals used by Native peoples would result in the greatest potential to harm paleontological, cultural, and traditional use resources. One third of acres would be treated using fire, which has both short- and long-term effects, including beneficial effects, on resources important to Native peoples. Another third of the acres would be treated using mechanical methods. Ground disturbance associated with mechanical treatments could affect artifacts located near the soil surface. Other treatment methods would have little effect on paleontological, cultural, and subsistence resources, although herbicide treatments could harm non-target vegetation and the health of Native Americans, and could alter cultural landscapes associated with historic properties.

**Effects of Fire Treatments**

There are several good sources of information on the effects of fire on cultural and paleontological resources, including the *Fire Effects Guide: Cultural Resources* (Hanes 2001), *Bibliographic Sources Regarding the Effects of Fire on Cultural Properties* (Halford 2001), and the *Bare Bones Guide to Fire Effects on Cultural Resources for Cultural Resource Specialists* (Winthrop 2004). These sources were used to prepare the following discussion on the effects of fire on cultural resources.

The effects of fire on cultural resources would vary depending on temperature and duration of exposure to heat. Generally, higher temperature and/or longer exposure to heat increases the potential for damage to cultural resources. As a general rule, fire does not affect buried cultural materials. Studies show that even a few inches of soil cover are sufficient to protect cultural materials (Oster n.d.). However, there are times when conditions do carry heat below the surface, with the potential to affect buried materials.

Stumps that smolder and burn have the potential to affect nearby buried materials. Heavy duff, surface logs, and roots that smolder and burn have the potential to expose subsurface materials to heat over a period of time, and hence have the potential to affect cultural materials. Fires that burn hot and fast through a site may have less of an effect on certain types of cultural materials than fires that smolder in the duff, or than logs that burn for a period of time.

Some effects of fire on certain cultural materials may be insubstantial. That is, the fire might not actually diminish characteristics that make a site eligible for the NRHP. For example, although high heat could destroy obsidian hydration bands on surface artifacts, the surface component of the affected site might not be of particular value in the site's overall assessment. Fire could burn the solder out of a hole-in-cap can without diminishing the can's ability to provide chronological information for a site.

BLM_0008861

Wildland fire is generally more destructive to cultural resources than prescribed fire, since it results in effects from both uncontrolled fire and fire suppression. Management decisions may need to balance the potential effects of a prescribed burn with the risk of damage from an uncontrolled wildfire. Because prescribed fire can be controlled, cultural resource specialists could work with fire managers to determine the predicted temperature and duration of a fire through an area, and possibly to modify burn plans to minimize effects to cultural resources. The emergency nature of wildland fires can lessen management ability and priority to conserve cultural resources.

Protecting cultural resources during fire would begin with fire management planning. During planning, the BLM would define vulnerable cultural resources by classes of site-types and specific sites, identify appropriate protection measures for them, and identify appropriate management responses with regard to cultural resources in the event of fire. Consultation with SHPO, Tribes, and other appropriate entities should be part of the project planning process, especially when designing fire-specific protocols for identification and protection of potentially affected cultural resources.

### *Fire Effects on Lithics*

Fire can affect chipped and groundstone tools, primarily through changes in morphology rather than in chemistry. Residues on artifacts are not necessarily destroyed by fire. As a general rule of thumb, the hotter the temperature and the longer the exposure to fire, the greater the effect on lithic materials. When important artifacts are present in a treatment site, it could be necessary to take protective measures.

**Obsidian.** Fire can modify or destroy obsidian hydration rinds, but does not affect obsidian source analysis (Shackley and Dillian 2002). High temperatures, such as those experienced in a catastrophic wildfire, may be sufficient to cause obsidian to bubble and crack, losing shape as well as hydration capacity.

The exact temperature at which obsidian is affected varies, probably due to components of the field environment and/or differences in source materials. Duration of exposure increases the effect of heat on obsidian. High temperatures and smoldering fires can affect hydration bands, diminishing or obliterating them.

**Chert.** Fire can affect chert (including various silicates), through fracturing, pot-lidding, crazing, shattering, causing changes in color and internal luster, and other effects that might reduce an artifact's ability to render information about the past. Temperatures that affect chert vary and are possibly dependent on source or other variables such as prior heat-treatment for tool manufacture. Generally, the longer and hotter the fire, the more intense the effects on chert artifacts would be (Deal n.d.; Winthrop 2004). After a fire, it may be more difficult to distinguish whether chert artifacts were subjected to purposeful heat-treatment in the original manufacturing process.

**Basalt.** Fire can produce changes in basalt, including spalling, potlidding, crazing, and fracturing that possibly result from rapid cooling. There is little experimental data for fire effects on basalt. One study indicates that spalling or flaking may occur at temperatures around 662 ºF to 752 ºF (Deal n.d.). Peak production of combustible products from fire occurs above 600 ºF.

**Groundstone.** Rock types vary in their response to fire. Sandstone reportedly cracks or fractures at a lower temperature than basalt. Granites and quartzites withstand higher temperatures. Severe wildfire may cause portable groundstone to crack or fracture. Thermal shock, such as rapid heating or cooling, can cause fracturing and exfoliating of groundstone artifacts, including bedrock mortars. Burning or smoldering fuels on groundstone artifacts or features (e.g., a fallen tree on a bedrock mortar) may contribute to increased damage during a fire. As is true for other tool types, longer exposure to heat and/or hotter fires increases the potential for artifact damage (Deal n.d.; Buenger 2003).

### *Fire Effects on Ceramics*

Because of the different types of clays, inclusions, and manufacturing techniques, the effects of fire are different for different distinct pottery types. Since all pottery—historic and prehistoric—has been fired to some degree, heat damage is not as significant a consideration for this artifact type as it is for others. Generally, structural damage does not occur until temperatures exceed the original firing temperature. Most damage noted is to the surface decoration or glaze. Archaeological ceramic manufacturing facilities, like archaeological hearths, may have characteristics that could be altered or damaged by fire; thus, fire can potentially damage their suitability for dating by thermo-luminescence techniques.

**Prehistoric Ceramics.** Temperatures do not exceed the original firing temperature for most prehistoric ceramics until about 1,112 °F (Andrews 2004). Fire can, however, affect the appearance of pottery shards, possibly leading to misidentification. Effects from fire include surface spalling, alteration of painted decoration, blackening and sooting, and loss of appliqué designs, which may break off. In one experiment painted designs faded and changed color at temperatures greater than 1,472 °F. However, sooting or blackening may be removed by cleaning in a lab, and discoloration does not necessarily prevent identification of pottery type (Rude n.d). Fire-altered ceramic fragments may make field location of actual ceramic manufacturing facilities or sites more difficult, as such processes are identified by the presence of "waste fragments," the by-products of pottery production.

**Historic Ceramics.** Historic ceramics consist of earthenwares, stonewares, and porcelain. These types of pottery are differentiated in part by the heat of firing. All of these pottery types may be glazed, and the glaze or other decoration is likely to be the most vulnerable characteristic. Some early glazes (e.g., majolica glaze) and glazes on "whiteware" (refined earthenware common at 19th and 20th century sites) may crackle or spall even in a low temperature fire.

### *Fire Effects on Organic Materials*

Organics usually burn or alter at lower temperatures than inorganic items. Artifacts (e.g., basketry, digging sticks, clothing, textiles) and features (e.g., structures, bow-stave trees, wikiups, dendroglyphs) made of or containing organics such as wood, leather, hide, or cordage would require protection or treatment before allowing a fire to burn through a site containing such items. Bone and shell can sustain some degree of burning without complete destruction (Buenger 2003). Many historic structural elements are constructed of building materials that are highly flammable and severely affected by even low temperature fires.

### *Fire Effects on Inorganic Architectural Materials*

Fire damages architectural stone. Above about 572 °F, sandstone begins to oxidize, and at higher temperatures (1,292 °F), it spalls and fractures. These effects can significantly alter features constructed of this material and may constitute a significant effect to sites with these features (Buenger 2003).

Adobe bricks and mortar and rammed earth walls are created from non-flammable sand, silt, and clay. These materials are sometimes mixed with straw, however, and adobe structures are often constructed with wooden poles and posts, which may burn. Walls may be smoothed with adobe plaster. When intact, an adobe structure resists fire. Plaster that is made with gypsum spalls when exposed to sufficient heat, which may expose the more flammable parts of a structure. If the straw used in the adobe burns, the structure may also be weakened (Haecker n.d.). Sometimes roofing and flooring of adobe structures incorporate organic materials, although tile may be used. Mastic sealants may be weakened by fire.

Cement-mortared fieldstone, firebrick, cinder block, and cement aggregate are generally resistant to fire. Low-fired, non-commercial, locally made brick may weaken and crumble in a hot fire. Hot fires also calcinate lime-based mortar, causing it to crumble and eventually causing the wall to collapse. Masonry and cinder block may spall, resulting in damage to the surface of the structure (Haecker n.d.). These materials can also be discolored from soot.

### *Fire Effects on Rock Art*

Fire has a high potential to damage rock art. Though there are no specific temperature guidelines for rock art, fire effects include soot smudging and discoloration from smoke, which obscure the rock art images; degradation of the rock surface from spalling, exfoliation, and increased weathering; changes in organic paints due to heat; and damage to rock varnish, which may destroy its potential to date the art (Tratebas 2004, Kelly and McCarthy 2001 *cited in* Winthrop 2004).

### *Effects of Fire Suppression on Cultural Resources and Archaeological Sites*

Fire suppression activities have a considerable potential to damage archaeological and historic sites. Effects to cultural materials can occur from many activities, including fireline construction (hand line and bulldozer line), establishment of helicopter bases and fire camps, and related activities. Application of fire retardant and other chemical products has the potential to affect cultural resources, although use of fire retardants on historic structures may protect them from destruction during a fire. Cultural resource specialists might need to consider the effects of fire itself versus the effects of retardant use or the possibility of other protection options during a fire. Foam-lines or wetlines would not

affect cultural resources in general, however they might affect Native American traditional plant gathering areas. Fire camps and staging areas in or near known or unidentified archaeological or historic sites may subject the associated surface artifacts to removal or displacement.

#### *Other Effects of Fire*

Fire use increases visibility of cultural sites as a result of vegetation burn-off, and consequently increases the potential for vandalism. Fire can cause physical damage to sites from snags/trees falling on them, and can indirectly lead to loss of archaeological data due to increased damage from rain, changes in drainage patterns, soil erosion, and flooding after a fire. Field procedures for identifying cultural sites for protection and avoidance from fire-related activities (e.g., flagging site perimeters, etc.) attract local illegal artifact collectors to vulnerable site localities.

### Effects of Mechanical and Manual Treatments

Approximately 2.2 million acres would be treated annually using mechanical methods. Chaining, root plowing, tilling and drill seeding, mowing, roller chopping and cutting, blading, grubbing, and feller-bunching would damage surface and subsurface cultural resources if the sites were not avoided. Treatments involving surface and shallow subsurface disturbance would likely introduce organic materials to lower soil layers, thereby contaminating surface or shallow subsurface cultural resource sites containing early historic or prehistoric datable organics, such as charcoal, wood, or preserved plant materials. Plant and pollen contamination would lead to incorrect or inaccurate analytical results by researchers studying such remains preserved at sites. Surface and shallow subsurface effects would also include horizontal and vertical displacement of the upper portion of soils in which archaeological resources are contained, compromising depositional context and integrity, and artifact damage or destruction.

During treatments, the BLM would have limited ability to avoid plants identified by Native peoples as being important in traditional subsistence, religious, or other cultural practices. Timing of treatments would be critical to avoid conflict with traditional cultural practices. Once concerns of Native peoples were identified, the BLM would take these concerns into consideration when treating vegetation in sensitive areas.

About 270,000 acres would be treated using manual methods. The use of hand tools and hand-operated power tools to cut or clear vegetation could disturb both surface and subsurface cultural resources. However, such manual treatments have the least potential to affect known identified cultural sites. Although dating sample cleaning and processing has improved over the past few years, mulching with organic materials would complicate radiometric dating of materials from cultural resource sites.

### Effects of Biological Treatments

Biological treatments using grazing animals could damage surface artifacts and disrupt surface and shallow subsurface cultural materials. However, pretreatment site-specific investigations and development of measures to discourage livestock from using sensitive areas would decrease this possibility. Because of their small size and host-specific action, insects or pathogens would be unlikely to affect cultural resources, although organic site constituents (e.g., baskets, cordage, etc.) might be affected, if present.

Consultation with Indian tribes would be undertaken to locate any areas of vegetation of significance to tribes and that could be affected by biological treatments. The BLM would work with tribes to minimize effects to these resources from grazing or other biological treatments.

### Effects of Chemical Treatments

#### *Paleontological Resources*

The effect of herbicide treatments on fossil material would vary with respect to: 1) fossil type, 2) minerals, 3) degree of fossilization, 4) whether the fossil was exposed or buried, and 5) method of herbicide application. Although chemicals found in herbicides could possibly affect unique fossil material, herbicide treatments would be more likely to affect researchers, students, or other field personnel conducting paleontological research than the paleontological resources. The most likely cause of damage to fossil materials would be the use of wheeled equipment to apply herbicides. Vehicles driving cross-country would potentially crush fossil material exposed on the surface. Erosion channels or fractured soil crusts that increase or accelerate erosive action may also result from such off-road vehicle use.

### *Cultural Resources*

While herbicide treatments could affect buried organic cultural resources, they would be more likely to have a negative effect on traditional cultural practices of gathering plant foods or materials important to local tribes or groups. The effect of herbicide treatments on cultural resources would depend on the method of herbicide application and the herbicide type used. Some chemicals can cause soil acidity to increase, which would result in deterioration of artifacts—even some types of stone from which artifacts are made. Chemical treatments could also alter or obscure the surfaces of standing wall masonry structures, pictograph or petroglyph panels, and organic materials. While chemicals could affect the surface of exposed artifacts, they could also generally be removed without damage if the artifacts were treated soon after exposure. Organic substances used as inactive ingredients in herbicide formulations, such as diesel fuel or kerosene, could contaminate the surface soil and seep into the subsurface portions of a site. These organic substances could interfere with the radiocarbon or Carbon 14 (C-14) dating of site, and could be opposed by tribes for use near burials (USDI BLM 1991a).

Depending on the selected application method, herbicide applications would have limited ability to avoid plants identified by Native peoples as being important in traditional subsistence, religious, or other cultural practices. Consultation would be undertaken with tribes to locate any areas of vegetation of importance to the tribe that could be affected by herbicide treatments, which could then be subject to potential cancellation. Certain herbicides could also pose a possible health risk, through residues left on plants used as traditional foods or for ceremonial purposes, or by contaminating other food sources or drinking water, as discussed below. A study to assess the exposure of basketweavers to forestry herbicides showed that detectable residues of herbicides were found on 49% of plant materials used by Native Americans inside treatment areas, but only 3% outside of treatment areas, and that residues continued to be detected for several months (Segawa et al. 1997). Tribal basketweavers that gather wild vegetation often place plant parts into their mouths for processing (e.g., cutting, splitting, softening). However, a study of herbicide uptake by lomatium and bitteroot roots in rangeland treated with picloram and sulfometuron methyl showed that no herbicide residues were found in roots at 2, 6, and 45 weeks after treatment (ENSR 2001). Often tribally-gathered root crops occur on lithosols with little soil development and low forage value, such that vegetation treatments may rarely co-occur where traditional gathering takes place. Thus, risks would vary depending on the time of plant use and herbicide treatment, and the portions of the plants that are used.

### *Herbicide Effects on Native American Health*

**Exposure Characterization.** The potential risks to Native Americans from exposure to herbicides used in BLM programs were evaluated separately from risks to other public receptors (see Human Health and Safety section in this chapter). Native Americans could be exposed to herbicides as a result of subsistence and cultural activities such as plant gathering and consumption of fish caught in local streams; therefore, risk levels determined for Native American receptors reflect unique exposure scenarios as well as typical scenarios for public receptors, but with higher levels of exposure than general public receptors.

**Risk Characterization.** Native American adults face the same risks that public receptors face, as well as some additional risks as a result of unique subsistence practices or increased time spent in treated areas. Native American adults face health risks from the following scenarios: exposure to diquat when accidentally spilled or applied at the maximum rate (low risk), and consumption of fish contaminated with 2,4-D (high risk), hexazinone (moderate to high risk), or picloram (low risk). Native American children face health risks under scenarios where diquat is applied at the typical rate or fluridone is accidentally spilled; as well as risk from berry picking in an area sprayed with diquat at the typical rate. Native Americans eat far more fish than the general population, and could be exposed to or to ingest fish impacted by herbicide applications. Traditional cultural practitioners, usually elders with greater health vulnerability, may use roadside access where herbicidal treatments have been applied, and may ingest chemicals that have been directly or indirectly (e.g., wind drift) applied to cultural plants.

## Beneficial Effects of Treatments

The BLM proposes to treat up to 6 million acres annually. Although these treatments could have adverse effects on paleontological, archaeological, cultural, and traditional use resources and Native American health, effects should be short term, with the exception of loss or destruction of these resources and effects to health. In contrast, restoring natural fire regimes and native

ecosystems would have long-term benefits to these resources and traditional lifeways. Many of these benefits are described in more detail in Appendixes D (Native American Resource Use) and E (Cultural Resources) of the PER.

**Protection of Paleontological, Archaeological, and Cultural Resources**

Efforts to reduce fire risk through the use of prescribed fire and other treatment methods should ensure the long-term protection of these resources and improve ecosystem health to benefit the plants and animals upon which Native peoples depend. Stabilization and restoration of riparian systems would reduce streambank erosion and ensure that cultural and paleontological resources buried near streams remained intact. Surveys would be conducted to identify the locations of cultural and traditional lifeway resource values prior to treatment activities to ensure that these resources would be protected.

**Protection and Enhancement of Vegetation Used by Native Peoples**

Although universally important, plant use by Native peoples is extremely varied, both by region and by group. Subsistence use of such plant products as roots and tubers, stalks, leaves, berries, and nuts is essential to Native peoples. Vegetation also provides habitat for fish and wildlife used by Native peoples.

Although modern materials may now replace materials traditionally used by Native Americans, a variety of residential shelters and other buildings, such as ceremonial lodges and sweat houses, may be constructed using a combination of traditional materials and typically employing a locally derived or imported hardwood as part of the structural frame. The frame may then be covered with other materials, such as planks, mats, brush, hides, and other materials that are available. Wood is burned to cook food, smoke cure game and fish, warm dwellings, and facilitate making of native arts, such as ceramics and tools. Trees are often fashioned into various types of watercraft, ceremonial objects, and other structural or non-structural uses. In many cases, an emphasis may be placed on using native and traditional materials for a variety of purposes to perpetuate native arts from generation to generation.

The use of plants for medicinal purposes is widespread. Plants such as tobacco, sweet grass, cedar, and sage, have seen important religious and other ceremonial uses. The use of grasses and other plant resources for basket, box, and tool making also can be observed in the cultures of numerous Native American and Alaska Native groups (Zimmerman and Molyneaux 1996, Bol 1998). Plant products also have been used to make textiles, cordage, and matting, as well as to tan hides. The use of plant dyes, paints, and soaps is widespread.

The BLM's highest priority is to use vegetation treatments to restore high priority subbasins within key watersheds to benefit wetland and riparian vegetation, as well as fish and other aquatic organisms. Over the short term, adverse effects to aquatic organisms from vegetation treatment activities proposed by the BLM would occur, but treatments would lead to improved conditions for aquatic species over the long term. The eventual growth of desirable vegetation in treated areas would moderate water temperatures, buffer the input of sediment and herbicides from runoff, promote bank stability, and contribute woody debris to aquatic bodies. Ongoing efforts by the BLM to enhance riparian vegetation would also help to increase the number of miles of BLM-administered streams that are classified as "Proper Functioning," and provide good habitat for anadromous and other fish that are harvested by Native peoples.

Treatments that remove hazardous fuels from public lands would be expected to benefit the health of plant and animal communities in which natural fire cycles have been altered, and to improve accessibility for tribal cultural practices. The suppression of fire results in the buildup of dead plant materials (e.g., litter and dead woody materials), and often increases the density of flammable living fuels on a site (e.g., dead branches on living shrubs or live plants, especially during dry periods). The resultant fires burn hotter, spread more quickly, and consume more plant materials than fires that historically occurred under conditions of lower fuel loading.

Changes in vegetation composition, distribution, and structure can affect the habitats of fish and wildlife. Fire is an important element in habitat condition. Fire improves the palatability and nutritional value of forbs, grasses, and some shrubs. Fire can improve or enhance wild plant stands used for tribal basketry, such as beargrass, as the new regrowth is more pliable and more abundant. Fire suppression and change in fire regimes due to exotic plant invasions have reduced the quality and availability of many game habitats (Lyon et al. 1995; USDA Forest Service and USDI BLM 2000b).

Treatments that restore and maintain fire-adapted ecosystems, through the appropriate use of mechanical

thinning, fire use, and other vegetation treatment methods, would decrease the effects of future wildfires on communities and improve ecosystem resilience and sustainability. Treatments should also reduce the incidence and severity of wildfires across the West. Treatments that provide a mosaic of forbs, grasses, and shrubs, and reduce stand density in forests should benefit game species such as grouse, deer, and elk and many of the plant species used for traditional lifeway values.

Treatments that control populations of non-native species on public lands would be expected to aid in the reestablishment of native plant species. The use of fire, herbicides, or other treatment methods to simply kill vegetation is often inadequate, especially for large infestations. Thus, the BLM would introduce and establish competitive plants to successfully manage weed infestations and restore desirable plant communities (Jacobs et al. 1999). Treatments to control non-native species would benefit game species and plants used for traditional lifeway values, including species associated with shrubland habitats (e.g., greater sage-grouse, sharp-tailed grouse, quail), where most treatments would occur.

Use of herbicides would enhance the control of weeds and poisonous plants that adversely affect humans, especially weeds most effectively controlled by the four newly proposed herbicides. Herbicide treatments are especially effective in areas where there is insufficient fuel to carry a fire, or where the adverse effects of fire (e.g., erosion, loss of life and property) could be substantial, and where mechanical and other treatments would not be effective due to cost or location. Weeds and other invasive vegetation can displace native species that may be desirable to Native peoples, and may provide poorer quality forage and cover for wildlife used by Native peoples. Consultation between the BLM and affected tribes prior to treatment implementation should ensure that resources important to tribes are protected.

Three of the four new herbicides proposed in the PEIS (diflufenzopyr+dicamba [Overdrive®], diquat, fluridone, and imazapic) pose little risk to Native Americans and other human receptors. Of the 20 previously-approved herbicides, only four (clopyralid, imazapyr, metsulfuron methyl, and sulfometuron methyl) have negligible to low risks to humans. If available for use, the risk to humans per each herbicide application would be lower than under current treatment programs.

## Visual Resources

Visual resources consist of land, water, vegetation, wildlife, and other natural or man-made features visible on public lands. Vast areas of grassland, shrubland, and mountain ranges on public lands provide scenic views. In addition, highways, rivers, and trails pass through a variety of characteristic landscapes where natural attractions can be seen and where cultural modifications exist.

For the purpose of planning management activities, public lands are assigned VRM classes according to scenic quality, sensitivity level, and distance zone criteria. Scenic quality, a measure of the visual appeal of the land, is rated based on landform, vegetation, water, color, adjacent scenery, scarcity, and cultural modifications. Sensitivity levels, which are measures of public concern for scenic quality, consider the types of users of the area, the amount of use, public interest in the area, adjacent land uses, and whether the area is classified as a special area. Distance zone criteria are based on relative visibility of the area from treatment routes or observation points. The VRM classes assist in minimizing and/or mitigating adverse effects of land management activities on scenic values (USDI BLM 1986a).

The proposed vegetation treatments would affect visual resources by changing the scenic quality of the landscape. Vegetation treatments would kill or harm vegetation in the applied area, resulting in a more open, "browned" or "blackened" landscape until new plants were to grow in the area. Treatment areas would vary in terms of their visual appeal prior to treatment and their distance from human activity, as well as the resulting public sensitivity to the pre- and post-treatment visual character of the area. Effects on visual resources would be of substantial concern if they 1) reduced the visual rating of the treatment site over the long term, or 2) resulted in short- or long-term degradation of high-sensitivity visual resources. The effects of vegetation treatments on the visual quality of the landscape would be most notable to public land visitors, sightseers, and residents for the first year to several years following treatment, particularly in affected areas found near major roads, residential areas, or recreation areas.

## Scoping Comments and Other Issues Evaluated in Assessment

Scoping comments stressed that treatments should improve management of public lands for multiple use

and maximum public benefit. The visual quality of the landscape is seen as one component of public benefit, particularly if lands are located in highly visible areas along roads.

## Resource Program Goals

The BLM identifies and evaluates visual resource values through the VRM Inventory system (Handbook H-8410-1; BLM 1986a). The VRM system is a basic tool used by the BLM to inventory and manage visual resources on public land based on VRM classes describing scenic quality, sensitivity level, and distance zone criteria. Visual resource management objectives are established in resource management plans in conformance with land-use allocations (USDI BLM 1984c). These area-specific objectives provide the standards for planning, designing, and evaluating future management projects.

A Contrast Rating System (BLM Manual Handbook H-8431-1; *Visual Resource Contrast Rating*; USDI BLM 1986b) provides a systematic means to evaluate the approved VRM objectives, as well as to identify mitigation measures to minimize adverse visual effects. The Contrast Rating System is designed to compare the respective features of an existing landscape and a proposed project and to identify those parts that are not in harmony. These features include the basic design elements of form, line, color, and texture that characterize the landscape and the surrounding environment. Modifications to a landscape that repeat the natural landscape's basic elements are said to be in harmony with their surroundings, while those that differ markedly may be visually displeasing. The information generated is used as a guide for field managers to decide on the amount of visual change that is acceptable and to minimize potential visual effects. An evaluation should be made of what aspects of the current landscape are "natural," given the significant changes in vegetation caused by fire occurrences that are outside of normal fire regimes. Reference should be made to the fire regime condition classes when evaluating landscape qualities, as the classes help to assess the departure of landscapes from historical fire regimes.

The most dramatic effects would be seen in states and ecoregions with large total acreage treated, such as Nevada, Idaho, and Oregon, and in areas where fire or herbicides were used. Projects with the largest treatment acreage (those over 1,000 acres in size; 20% of all herbicide treatments) would be located in Idaho (22% of large-scale treatments), Wyoming/Nebraska (18%) and Oregon/Washington (16%). Although these states account for 56% of all large-scale treatments, only about 18% of public visitor days on public lands are associated with these states, suggesting that public exposure to treated areas would be less than expected based on size of treatment area and number of acres treated (USDI BLM 2006d). Fire use and herbicide treatments would comprise nearly 65% of these large-scale treatments. Treatments in drier states, such as New Mexico, Nevada, and Wyoming, could have fewer visual effects than comparable treatments in other states because visual color contrast between natural and browned or blackened treated areas would be less dramatic (versus wetter states with higher percentages of green vegetation, especially coniferous forests).

## Standard Operating Procedures

There are several SOPs that would help reduce the effects of treatments on visual resources. The BLM would minimize the use of fire and broadcast foliar applications in sensitive watersheds to avoid creating large areas of blackened or browned vegetation. Similarly, the BLM would consider the surrounding land use before assigning fire or aerial spraying as a treatment method, and would avoid fire use and aerial spraying near agricultural or densely populated areas, where feasible. This would serve to reduce the visual effects of large treatments and resulting landscape changes, since treatments would be unlikely to be near areas of high visibility. Furthermore, at areas such as visual overlooks, the BLM would leave sufficient vegetation in place, where possible, to screen views of vegetation treatments. In addition, SOPs for minimizing off-site drift and mobility of herbicides (e.g., do not treat when winds exceed 10 mph; avoid treating areas where herbicide runoff is likely; establish appropriate buffer widths between treatment areas and residences) would also serve to contain the visual changes to the intended treatment area.

During mechanical and manual treatments, the BLM would minimize dust drift, especially near recreational or other public-use areas, and would minimize loss of desirable vegetation near high public use areas. Earthwork would be minimized and located away from prominent topographic features, and sites would be revegetated after mechanical treatments.

In Class I or II visual resource areas, the BLM would ensure that changes to the characteristic landscape were minor and would not attract attention (Class 1), or if seen, would not attract the attention of the casual viewer

(Class II). Visual effects could be lessened by: 1) designing projects to blend in with topographic forms; 2) leaving some low-growing trees or planting some low-growing tree seedlings adjacent to the treatment area to screen short-term effects; 3) revegetating the site following treatment; 4) designing structures that fit in with the landscape; 5) minimizing ROW crossings; and 6) selecting colors that blend in with the land, and not the sky. When restoring treated areas, the BLM would design activities to repeat the form, line, color, and texture of the natural landscape character to meet established VRM objectives. A more detailed list of SOPs is found in BLM Manual Handbook H-8431-1 (*Visual Resource Contrast Rating*). All treatments should be evaluated with recognition that the most negative visual aspects would be short term. In the long term, treatments should increase plant species diversity and enhance visual characteristics of the landscape. The potential for extremely negative visual effects by wildfire should be weighed against short-term negative effects from vegetation treatments.

## Adverse Effects of Treatments

The removal of vegetation would affect the visual qualities of treatment sites by creating openings and other vegetation-free areas that provide a noticeable visual contrast to the surrounding areas. The degree of these effects would depend on the amount of area treated, the appearance of the background vegetation and the vegetation being removed, the type of treatment method used, and the season of treatment. In general, treatments would have short-term negative effects and long-term positive effects on visual resources.

The greater the area of vegetation removal, the greater the resultant visual effect. Large treatments alter a larger portion of the landscape than small treatments, and the effects are more likely to be observed by people. However, the areas receiving large-scale treatments are most likely to be degraded lands of low to moderate scenic quality, minimizing the extent of these effects. Color contrasts caused by vegetation removal would be most apparent in areas dominated by green vegetation and large plants, such as coniferous forests. The contrast between a cleared area and the surrounding vegetation would be much less for much of the arid west, where low-growing shrubs, and browns, grays, and earth tones dominate the landscape. Exposed soil would not be as apparent. In addition, the brown colors associated with vegetation treatments would be the least noticeable during the late fall and the winter, when they would blend more naturally with surrounding colors than in the spring and summer, when the green colors of new growth are more likely to be present.

### Effects of Fire Treatments

During fire treatments, there would be some effects to visual resources, with localized deterioration of air quality and reduced visibility caused by smoke. These effects would only persist as long as the fire itself. Prior to the 1930s, smoke was a common feature of the western landscape in summer (Barrett and Arno 1982). Since then, land managers have focused on controlling wildfires, and smoke has become increasingly viewed by the public and policymakers as undesirable and often avoidable (Schaaf 1994). In addition to affecting the visual characteristics of an area, smoke can also affect the health of humans, plants, and animals that come into contact with smoke.

Following a fire, the blackened appearance of the treated areas would create a color contrast, affecting visual resources. Darkened stumps and snags would be visible for many years following treatments. Although vegetation would begin to reappear in the growing season after the fire, softening the visual contrasts, there would be lasting evidence of the burn.

The total volume of smoke produced from a fire primarily depends on the amount of fuel consumed and the temperature of the burn. Factors influencing smoke production include fuel type, behavior, and moisture; fuel weight per unit area; and particle size and arrangement (see Air Quality section and Tables 4-1 and 4-2). Particulate matter is the most important air pollutant emitted from fire because of its far-reaching effects.

The quantity of emissions from wildfires, and thus the air quality effects from smoke, varies from fire to fire, depending on several factors. A fire's size, duration, intensity, fuel type, surface fuel loading by size class, and fuel moisture content all affect its total fuel consumption and emission characteristics. The fire's intensity and distance from receptors, as well as current meteorological conditions such as wind speed and atmospheric stability, affect the concentrations that arrive at downwind receptors. Regionally, visibility effects are roughly proportional to the total annual emissions from wildfires. The greater the emissions, the greater the expected effects on visibility.

Prescribed fire emissions can be reduced by 1) having clear smoke management objectives, 2) burning when conditions favor rapid combustion and dispersion, 3)

burning under favorable moisture conditions, 4) using backfires when applicable, 5) burning smaller vegetation blocks when appropriate, and 6) coordinating with regional and local air pollution and fire control officials to ensure that the burn plan complies with federal, state, and local regulations.

### Effects of Mechanical Treatments

Use of mechanical treatments to clear vegetation would be likely to remove large quantities of vegetation from a treatment site, in many cases exposing soil and leaving dead plant material on the ground to turn brown. Mechanical methods such as tilling, mowing, and chaining have the potential to scarify the landscape and leave bare soil and dead vegetation that contrast with the surrounding colors (BPA 2000). Mowing can also create an uneven, ragged appearance along roadsides and ROWs, but in other areas can result in a well-manicured, pleasing look.

Mechanical treatments on flat terrain, such as sagebrush communities, would have less effect on visual resources than treatments on steeper terrain, such as pinyon-juniper woodlands, which would be more visible on the landscape. The effects of mechanical treatments on visual resources would be temporary, and would only last until the reestablishment of vegetation on the treatment site, typically one or two growing seasons.

### Effects of Manual Treatments

There would be some visual changes to the landscape as a result of manual treatments, but since this treatment method would be limited to small areas, these changes would be much less noticeable than the alterations caused by other treatment methods. In some cases, manual treatments would result in the extraction of weeds from a sensitive site, immediately resulting in an improvement in the quality of visual resources on the site. In other cases, such as the removal of vegetation with chainsaws, the effects would be negative, though minor, and would last until the treated areas were concealed through revegetation.

### Effects of Biological Treatments

#### *Containment by Domestic Animals*

The use of domestic animals to contain undesirable vegetation would cause minimal effects to visual resources. The sight of domestic animals should not cause any adverse effects, as the presence of these animals is typically common and expected on public lands. Trampling and consumption of vegetation by livestock, as well as the presence of feces on the ground, would minimally reduce the quality of visual resources. However, these effects of grazing would not create sharp visual contrasts, and would be short term in nature, becoming largely unnoticeable after revegetation of the site.

#### *Other Biological Control Agents*

The use of insects and pathogens to control weeds would cause some visual alterations to the landscape. Plants attacked by these agents often show visual symptoms of disease or parasitism are regarded as visually unappealing. However, these changes would only be noticeable upon close examination of the site. The overall appearance of the treatment area would likely remain relatively unchanged. Because these agents kill target species gradually, the effects would be less visibly distinct than treatments that kill a large area of vegetation all at once.

### Effects of Chemical Treatments

In general, herbicide treatments would have short-term negative effects and long-term positive effects on visual resources. The greater the area of vegetation treatment, the greater the visual effect is likely to be. Large treatments alter a larger portion of the landscape than small treatments, and the effects are more likely to be observed by people. However, areas receiving large-scale treatments are most likely to be degraded lands of low to moderate scenic quality, resulting in a smaller visual effect from treatment and likely an improvement in the scenic quality of the land over the long term. Color contrasts caused by vegetation removal would be most apparent in areas dominated by green and/or flowery vegetation and by large plants, such as coniferous forests. The visual effects would be heightened if the herbicides also prevented the manifestation of seasonal changes in vegetation, such as spring flowers and/or fall color. The contrast between a cleared area and the surrounding vegetation would be less for much of the arid west, where low-growing shrubs, and browns, grays, and earth tones dominate the landscape, than for areas with greater amounts of rainfall (e.g., Marine Ecoregion). Therefore, browned vegetation would not be as apparent. In addition, the brown colors associated with vegetation treatments would be the least noticeable during the late fall and the winter, when they would blend more naturally with surrounding colors than in the spring and summer, when the green colors of new growth are more likely to be present.

Case No. 1:20-cv-02484-MSK Document 28-7 filed 04/27/21 USDC Colorado pg 70 of 137

For all treatment methods, effects to visual resources would begin to disappear within one to two growing seasons after treatment in most landscapes. The regrowth of vegetation on the site would eliminate much of the stark appearance of a cleared area. Effects would last for the longest amount of time in forests and other areas where large trees and shrubs were removed.

## Beneficial Effects of Treatments

The BLM proposes to treat 6 million acres annually. Thus, adverse and beneficial effects to visual resources should be about 3 times greater than current treatment effects. For all treatment methods, effects to visual resources would begin to disappear within one to two growing seasons after treatment. The regrowth of vegetation on the site would eliminate much of the stark appearance of a cleared area, and the area would develop a more natural appearance. Effects would last for the longest amount of time in forests and other areas where large trees and shrubs were removed.

Over the long term, vegetation treatments would likely improve visual resources on public lands. Treatments that aim to rehabilitate degraded ecosystems, if successful, would result in plant communities that are dominated by native species. Native-dominated communities tend to be more visually appealing than areas that have been overtaken by weeds (e.g., areas supporting a downy brome monoculture), or that have been invaded by woody species (e.g., grasslands experiencing encroachment by conifer seedlings). These improvements would be most evident in the Temperate Desert Ecoregion, where over half of all large-scale treatments would occur.

Fire use and other treatment methods that restore native fire regimes, vegetation, and ecosystem processes would reduce the spread of noxious weeds and other invasive vegetation that is less visually appealing than native vegetation. Catastrophic wildfires, which can affect thousands of acres, often occur in the WUI, or in close proximity to campgrounds and other recreational use areas, where their effects are visible to the public. In high visitor use areas or the WUI, non-fire treatments can be used to avoid the visual effects associated with smoke and to integrate treated and untreated areas into a more visually appealing mosaic of vegetation types.

The use of fire would allow the BLM to limit the size and duration of fires in areas of high public use to minimize visual contrasts between burned and unburned vegetation and effects of smoke. As discussed under Air Quality, an analysis of a vegetation management program in the Interior Columbia Basin showed that wildfire effects on air quality and visibility could be significantly greater in magnitude than effects from prescribed burning. Thus, vegetation treatment actions that improve ecosystem health and reduce hazardous fuels buildup, thereby reducing the risk of wildfire, should provide short- and long-term benefits to local and regional air quality.

The controlled use of domestic animals to contain undesirable vegetation may create a short-term visual impact associated with trampling and consumption of vegetation. These impacts would be dealt with on a case by case basis and mitigated as appropriate at the project level. The visual effects of containment by domestic animals would be short term in nature and would create a positive visual effect with the regrowth of desirable vegetation in a healthy, productive condition.

In general, herbicide treatments would have short-term negative effects and long-term positive effects on visual resources. The greater the area of vegetation treatment, the greater the visual effect is likely to be. Large treatments alter a larger portion of the landscape, and the effects are more likely to be observed by people. However, areas receiving large-scale treatments are most likely to be degraded lands of low to moderate scenic quality, where visual effects would be minimal and treatments would likely improve the scenic quality of the land over the long term. Color contrasts caused by vegetation removal would be most apparent in areas dominated by green and/or flowery vegetation and by large plants, such as coniferous forests. The visual effects would be heightened if the herbicides prevented the manifestation of seasonal changes in vegetation, such as spring flowers and/or fall color.

# Wilderness and Special Areas

The invasion of noxious weeds and nonnative plant species into wilderness ecosystems and their effects on wilderness naturalness is of great concern to resource managers and the public. The presence of nonnative and nonindigenous species is significantly increasing in wilderness. Some species have been introduced to wilderness areas through pack stock feces, or by wild horses and burros that may migrate in and out of wilderness areas (Hendee and Dawson 2002). Hikers and wildlife may also bring in weed seeds on their clothing, fur, or droppings. In addition, efforts to control and remove invasive species can sometimes cause

BLM_0008871

additional changes beyond restoring the preexisting "natural" conditions.

Because of their special status, wilderness and special areas have strict guidelines for vegetation treatments. These guidelines prohibit activities that degrade the quality, character, and integrity of these protected lands. Vegetation treatments used in wilderness areas follow the guidance contained in the BLM's *Interim Management Policy* (USDI BLM 1995) and the *Management of Designated Wilderness Areas* (USDI BLM 1988d). The guidance states:

- Prescribed burning would be used where necessary to maintain fire-dependent natural ecosystems.
- Noxious weeds may be controlled by grubbing or with chemicals when they threaten lands outside wilderness or are spreading within the wilderness, provided the control can be effected without serious impacts on wilderness values.
- Reseeding would be done by hand or aerial methods to restore natural vegetation.

There are no set restrictions on vegetation treatments in other types of special areas. However, the unique characteristics of these areas would be considered when preparing plans for treatment activities.

## Scoping Comments and Other Issues Evaluated in Assessment

Respondents suggested that weeds should be stopped from spreading into wilderness areas by treating them outside of these areas, while others requested that treatments within wilderness areas be undertaken only after the spread of weeds outside of these areas has been effectively halted. Other respondents proposed that unique natural areas, including riparian zones, roadless areas, old growth areas, and areas of highest biological integrity, should be protected and that roadless areas should not be treated.

## Resource Program Goals

The Wilderness Act of 1964 gave the Forest Service, National Park Service, and USFWS the authority to study, protect, and manage "legal" wilderness on lands under their jurisdiction; the Act failed to give the BLM comparable authority, even though the agency managed far more land than the other federal agencies (Hendee and Dawson 2002). In 1976, the FLPMA called on the BLM to study and manage legally designated wilderness, and to make recommendations to the president. The ANILCA of 1980 withdrew BLM roadless lands in Alaska from wilderness review, but stated that the Secretary of the Interior, at personal discretion, could periodically study and make wilderness recommendations to Congress. In 1981, the Secretary of the Interior issued a memorandum directing that no further wilderness inventory and review be done in Alaska; this memorandum remains in effect, except for a wilderness review of the Central Arctic Management Area specifically mandated by ANILCA legislation.

The primary activities of the Wilderness Management program are to inventory public lands for wilderness character, prepare activity plans, and monitor and manage wilderness and wilderness study areas. The BLM manages wilderness to provide the American people of present and future generations with the benefits of an enduring resource of wilderness (USDI BLM 2006c). Approximately 86% of wilderness acres administered by the BLM are achieving wilderness character as specified by statute, while about 73% of wilderness study areas are meeting their heritage resource objectives. Management of designated wilderness has included recent efforts to reclaim areas damaged by vehicles in California, and controlling saltcedar in the South Jackson Mountain Wilderness Area in Nevada.

## Standard Operating Procedures

Actions that reduce the spread of noxious weeds, prevent the establishment of new invaders, and promote public awareness would be encouraged by the BLM in wilderness and other special areas and would provide long-term benefits to wilderness and other special areas and to the users of these areas. In particular, the BLM would encourage backcountry pack and saddle stock users to feed their livestock only weed-free feed for several days before entering a wilderness area. In addition, stock users would be encouraged to tie and/or hold stock in such a way as to minimize soil disturbance and loss of native vegetation. Disturbed sites would be reseeded with native vegetation, where feasible, to enhance the long-term development of native vegetation. Educational materials would be provided at trailheads and other wilderness entry points to make the public aware of the need to prevent the spread of weeds.

The BLM would use the "minimum tool" to treat noxious and invasive vegetation, relying primarily on use of ground-based tools, including backpack pumps,

hand sprayers, and pumps mounted on pack and saddle stock. If mechanized equipment were used, the BLM would: 1) use the minimum amount of equipment needed; 2) time the work for weekdays or off-season; 3) require shut down of work before evening if work was located near campsites; and 4) if aircraft were used, plan flight paths to minimize disturbance to visitors and wildlife. In general, motorized equipment would only be used for emergency situations involving the health and safety of visitors, for administrative purposes, and in emergency situations involving criminal law. The BLM would give preference to those herbicides that have the least effect on non-target species and on the wilderness environment, and would implement herbicide treatments during periods of low human use, where feasible (USDI BLM 1988d). Other SOPs that would be followed by the BLM include addressing wilderness and special areas in management plans, maintaining adequate buffers for Wild and Scenic Rivers (¼ mile on either side of river; ½ mile in Alaska), and revegetating disturbed sites with native species if there is no reasonable expectation of natural regeneration.

## Adverse Effects of Treatments

The overall effect of treatments on wilderness areas and wilderness study areas would depend on whether the end condition of the treatment site (considering both long-term benefits and short-term effects) was an improvement in wilderness characteristics. In many cases (e.g., an eradication of a small population of an incipient pest, a prescribed fire that mimicked historical fire), communities in the treatment area would quickly recover, and the overall effect would be positive. In other cases (e.g., treatments that require the creation of access roads to treatment sites, treatments that require repeated access to a site in order to meet a desired objective), the effects of the treatment to the wilderness character of the site would outweigh the potential long-term benefits.

The short-term effects of vegetation treatments in other special areas would typically be less than those in wilderness areas, as human activities and influences are not necessarily incompatible with their unique qualities. However, all treatments would have the potential to alter these unique qualities, as well as to provide long-term benefits by controlling weeds and reducing fire risks.

### Effects of Fire Treatments

Periodic fires are a natural part of most wilderness ecosystems, and the goal of wilderness fire management is to restore fire as nearly as possible to its natural role (Hendee and Dawson 2002). Fire influences the species composition of plant communities, interrupts and alters plant succession, influences the scale of the vegetation mosaic, regulates fuel accumulations, and influences ecosystem productivity, all important factors determining the characteristics of wilderness.

The objectives of fire management in wilderness are to: 1) permit lightning-caused fires to play, as nearly as possible, their natural ecological role within wilderness, and 2) reduce, to an acceptable level, the risks and consequences of wildfire within wilderness or escaping from wilderness (USDI BLM 1988d). Fire caused by lightning will be permitted to burn or will be suppressed as prescribed in an approved burn plan. Prescribed fires ignited by people may be permitted to reduce unnatural buildup of fuels only if necessary to meet the above objectives. Although additional benefits may result from man-ignited prescribed fire, vegetative manipulation cannot be used to justify such fires.

Prescribed fire would be used in wilderness areas only as a means to meet the objectives of reducing the risks of wildfires and maintaining fire-dependent natural ecosystems within these areas (USDI BLM 1988d). The ability of a fire treatment to follow these guidelines would depend on a number of factors, including the amount of fuels accumulation and other conditions at the treatment site. Fires that were more intense than historical fires, or that were set more frequently than under historical regimes, would have the potential to alter the ecological characteristics of a wilderness area and endanger human life and property (Hendee and Dawson 2002). In areas where fire exclusion has changed an ecosystem's attributes (ponderosa pine forests, for instance), a well-planned controlled burn would likely benefit wilderness areas.

The effects of fire on other special areas would depend on a number of factors, such as the vegetation type of the site, the condition of the site, and the particular unique quality of the site that requires special management. In general, sites with special qualities that could be destroyed by fire would be the most likely to experience significant adverse effects from fire treatments. Sites at which natural fire cycles have been altered, and that do not contain attributes that would be susceptible to loss by burning, would be likely to benefit from these treatments.

**Effects of Mechanical Treatments**

Motorized equipment is allowed by the Wilderness Act to meet the minimum administration requirements of a wilderness area, as specified in Section 4(c) of the Act. However, very few activities and situations within wilderness justify or require the use of motorized equipment and/or mechanical transportation. The BLM State Director must approve or disapprove the use of motorized equipment and mechanical transport in writing by letter and a Decision Notice on a one time, case-by-case basis (USDI BLM 1988d). If mechanized equipment was allowed, effort would be made to: 1) use the minimum amount of equipment needed; 2) time the work for weekdays or off-season; 3) require shut down of work before evening if work was located near campsites; and 4) if aircraft were used, plan flight paths to minimize disturbance to visitors and wildlife.

For the most part, use of mechanical treatment methods would adversely affect wilderness areas and wilderness study areas because vehicles and heavy equipment are incompatible with the "unspoiled" nature of wilderness. For this reason, mechanical treatments would only be allowed on a very limited number of sites where no other method is feasible (e.g., tamarisk removal) and in the few areas where mechanical treatments have occurred in the past, and repeat treatments are required. Aerial reseeding would also be allowed to restore natural vegetation. In all of these cases, mechanical treatments would require special approval, and would be carefully planned to improve or maintain the quality of wilderness areas and wilderness study areas.

The effects of mechanical treatments on other special areas would be similar to the effects of fire, as discussed under Effects of Fire above, in that they would be highly dependent on the resources present at the site. In particular, the unique resources requiring special protection would be important factors to consider. Thinning treatments in areas that are managed primarily for recreational purposes, such as National Historic Trails, would not be likely to result in a loss of quality as long as their recreational assets were left intact. However, thinning treatments in forests with old-growth characteristics could have significant adverse effects.

**Effects of Manual Treatments**

Manual treatments would be the least obtrusive method for use in wilderness areas and the most appropriate. Because this method of vegetation removal is very selective, damage to non-target vegetation would be minimized.

**Effects of Biological Treatments**

In areas that did not historically support livestock grazing, and where grazing use does not currently occur, the use of domesticated grazing animals to control vegetation in wilderness areas and wilderness study areas would involve the introduction of a non-native domestic animal into these largely unaltered landscapes, thereby potentially introducing new effects. Domesticated grazing animals could alter plant communities, spread noxious weeds on their fur or through their feces, and potentially influence native wildlife movements and use patterns within wilderness areas.

Effects associated with the use of domestic grazing animals have the potential to affect wilderness areas and other types of special areas. However, in many cases, grazing would be compatible with the designated uses of these areas, and the use of grazing animals to control weeds would be less intrusive than other treatments, particularly mechanical methods.

The use of other biological control agents (e.g., insects, pathogens) to control vegetation in wilderness areas and wilderness study areas would involve the introduction of non-native organisms into these largely unaltered landscapes, thereby potentially introducing new effects. However, these other biological control agents would not be likely to adversely affect wilderness areas, wilderness study areas, or any other scenic resources or special areas managed by the BLM, provided that they were host-specific and only affected non-native plant species. Although the risks of its occurrence are slim, an inadvertent release of a biological control agent that affects native species could significantly degrade the ecological integrity of wilderness areas and make wilderness study areas unsuitable for wilderness designations.

**Effects of Chemical Treatments**

Use of herbicides to treat undesirable vegetation could potentially affect the "naturalness" of wilderness areas and wilderness study areas by killing non-target native vegetation through imprecise application and/or drift. The degree of effect would depend on the application method, with spot applications less likely to cause adverse effects than aerial applications. For the most part, vehicle-mounted sprayers would not be used to treat vegetation, given the existing restrictions on wilderness areas. However, vehicles could be used in extreme scenarios, if approved.

The potential effects of chemical treatments on other special areas would depend on numerous site-specific factors. Some special areas would support resources that are more sensitive to exposure to herbicides than the resources in other areas. There would also be human health risks involved with using certain types of herbicide application (e.g., aerial application) in special areas that are managed to support recreational activities. A more detailed discussion of these risks can be found in the Wilderness and Special Areas and Human Health and Safety sections of Chapter 4 of the PEIS.

## Beneficial Effects of Treatments

In general, vegetation treatments in wilderness and special status areas would have short-term negative effects and long-term positive effects on these specially designated areas. In wilderness areas and wilderness study areas, treatments would only be allowed in order to improve the natural condition of these areas. Therefore, if treatments were successful, long-term effects would be beneficial by reducing noxious weed infestations and reducing the risk of future catastrophic wildfires.

The reduction of hazardous fuels and noxious weeds on lands adjacent to or near wilderness and special areas would provide long-term benefits by reducing the likelihood that noxious weeds would spread onto these unique areas, or that a catastrophic wildfire would burn through them, thus degrading their unique qualities. Because there would be fewer restrictions on the intensity of treatments on lands adjacent to wilderness and special areas than on lands in these areas, preventative treatments in areas adjacent lands would eliminate or reduce the need for intrusive treatments in wilderness and special areas in the future. The need for emergency fire suppression activities, which can be very damaging, would also be reduced.

Prescribed fire would be used in wilderness areas only as a means to meet the objectives of reducing the risks of wildfires and maintaining fire-dependent natural ecosystems within these areas (USDI BLM 1988d). Few activities and situations within wilderness and other special areas would justify or require the use of motorized equipment and/or mechanical transportation. Manual treatments would maintain or improve the wilderness qualities of an area without causing effects that are incompatible with established wilderness principles. Other special areas would also benefit from manual treatments, with low risks that their definitive qualities would be degraded. Insects and pathogens used a biological control agents would have minimal effect on wilderness values. The long-term effects of herbicide treatments on wilderness and other special areas would depend on the success of the treatment in controlling noxious weeds. In most cases, the benefits of eradicating noxious weeds from wilderness and other special areas would far outweigh the potential short-term negative effects of using chemical treatments.

# Recreation

Approximately 40% of public lands are within a day's drive of 16 major urban areas in the west (USDI BLM 2006c). Outdoor recreation, nature, adventure, and heritage tourism are the fastest growing segments of the travel and tourism industry. In 2003, recreational use of public lands predominantly consisted of camping and picnicking, which represented 43% of all visitor days (USDI BLM 2006d). Other important recreational activities included non-motorized travel, such as hiking, horseback riding, and mountain biking; OHV travel; viewing public land resources, interpretation, and education; and hunting. Snow- and ice-based activities, such as cross-country skiing, snowmobiling, and snowshoeing represented less than 1% of visitor days. The BLM administers many acres of public lands and facilities, in part for these recreational pursuits. Many of these lands are managed for multiple uses, such that activities designed for one program or purpose (e.g., vegetation control/enhancement) must be compatible with other programs and purposes.

Intensively managed, developed recreation areas are near major urban centers in California, Arizona, and Utah. These areas include National Monuments and other National Conservation Areas (see Map 3-12). In recreation areas, the goals of vegetation treatments include maintaining the appearance of the area and protecting visitors from the adverse effects of contact with noxious weeds and other invasive or unwanted species. Treatments would likely be done using mechanical and manual methods, or with spot treatments using herbicides, and treatment effects on the public would be minimal. The likelihood of herbicide treatments would increase with increasing distance away from high-use visitor areas. Thus, hikers, hunters, campers, horsemen, livestock owners, and users of plant resources for cultural, social, and economic purposes would be at the greatest risk of coming into contact with herbicide treatment areas.

## Scoping Comments and Other Issues Evaluated in Assessment

Several respondents remarked that treatments should not be used as an excuse to close OHV trails. Another commenter requested that areas not be treated solely to improve recreational use. If any travel or access routes would be closed, the effects on recreation and nearby areas that would handle the shift in use should be addressed. The effects of herbicides on recreational users should also be addressed.

## Resource Program Goals

The long-term goal of the BLM's Recreation Management program is to provide opportunities to the public for environmentally responsible recreation. BLM-administered public lands host over 68 million visitors annually, and over 4,000 communities with a combined population of 23 million people are located within 25 miles of public lands. Although much of the focus of the program is on providing visitor services, the BLM's most daunting challenge is to manage travel on public lands. Technological advances in modes of transportation, coupled with the explosion of growth of this activity, have created a management challenge to meet these needs while protecting land resources (USDI BLM 2006c). As pointed out during scoping, the public recognizes the potential for travel access routes to spread weeds and for off-road travel activities to degrade land, leading to conditions that favor the establishment and spread of weeds and other unwanted vegetation.

## Standard Operating Procedures

Recreation activities on public lands are guided by BLM Handbook H-1601-1 (*Land Use Planning Handbook, Appendix C*). There are several SOPs that could help reduce the negative effects of herbicide treatments on recreation:

- Schedule treatments to avoid peak recreational use times, where feasible. However, managers must also time treatments when they would be most effective, which may be during peak public visitation periods.
- Notify the public of treatment methods, hazards, times, and nearby alternative recreation areas.
- Adhere to entry restrictions identified on the herbicide label for public and worker access.
- After herbicide treatments, post signs noting exclusion areas and their duration.

In addition, SOPs identified in Table 2-5 and in the Human Health and Safety, Fish and Aquatic Resources, and Wildlife Resources sections should be implemented to further reduce risks to recreationists and the resources they use.

## Adverse Effects of Treatments

Effects on recreation activities would likely be greatest in states with the most acres treated (Nevada, Idaho, Oregon, and Wyoming), or in which large-scale treatments are proposed to occur (Idaho, Oregon, Wyoming, and Montana; Table 4-14). However, based on visitor use days, the number of visitors to public lands in these states as a percentage of all visitors to public lands is small in relation to the number of acres treated in those states (USDI BLM 2006d), suggesting that effects to recreationists could be less than expected based on treatment acreage. Treatments that occur in states with a large number of visitors (Arizona, California, and Utah) could have a greater effect on recreationists. Over 85% of large-scale treatments would involve mechanical or chemical treatment methods, or use of fire, each in nearly equal proportion. These are also the methods most likely to have an adverse effect on the landscape and recreationists.

There would be some short-term scenic degradation, as well as distractions to users (e.g., noise from machinery), from treatments. In addition, there would be some human health risks to recreationists associated with exposure to herbicides or smoke from fire. These risks are discussed in more detail in the Human Health and Safety section. Finally, some areas would be off-limits to recreation activities as a result of treatments, for periods ranging from a few hours to days, or even one full growing season or longer, depending on the treatment. In most cases, recreationists would be able to find alternative sites offering the same amenities, although a lessened experience could result from more concentrated use in these alternative sites.

Dispersed recreation in non-developed areas would potentially be affected to a greater degree than recreation in developed sites because most of the 6 million acres of vegetation treatments would occur in these undeveloped, dispersed areas. Recreational activities in these areas are spread out across the

landscape, and different types of recreational activities would be affected differently. For example, hikers or backpackers would likely avoid using an area treated with herbicides, but would probably continue to use a trail passing through a mowed or mulched area. Effects to recreation in areas with an abundance of recreational opportunities (e.g., Alaska) would not be as significant as effects in areas with less extensive recreational opportunities. Recreational use of motorized vehicles on public lands is typically limited to designated routes and trails. Trails located in treatment areas would be closed during treatments and for a period of time following treatments to allow vegetation to recover. Closures could last for several growing seasons following more intensive treatments where vegetation was completely removed, while less intensive treatments might not require site closures beyond what was recommended for safety.

The effects of herbicide treatments and fire use on fish and wildlife could have indirect negative effects on recreational activities such as fishing, hunting, and wildlife viewing. For example, aerial application of an herbicide over a large area could adversely affect these types of recreation activities by harming or displacing game and non-game fish and wildlife species.

Vegetation treatments could also affect scenic views, particularly large treatments next to roads, and smoke-producing fire treatments. The effects of vegetation management on the visual quality of the landscape are discussed further in the Visual Resources section.

**Effects of Fire Treatments**

Prescribed burns would require the closure of burn areas to visitors during burn activities. People recreating in nearby areas would be able to see and perhaps smell smoke. The potential for smoke inhalation could result in some health risks to these users (see Human Health and Safety), depending on their vicinity and position (i.e., upwind or downwind) in relation to the fire. Because smoke impairs visibility, views of the landscape could be blocked during burning. These effects would reduce the recreation experience, but would typically last only as long as the burn treatment itself. After a fire, the burned area would appear blackened, and some residual vegetation would be charred, making the area undesirable for most recreational uses for a period of 1 or more years. Four-wheel drive vehicles and OHVs could be excluded from areas treated with fire to minimize damage to these sites while they revegetated. Low impact uses such as camping and hiking would generally not be restricted, but it is likely that burned areas would be avoided by users engaging in these types of activities. Visitation to a prescribed burn area would decline drastically or cease altogether in the short term, but would likely increase in the long term as a result of habitat improvement. Some visitors would be attracted to recently-burned areas to view wildflower blooms that often follow wildland fire.

**Effects of Mechanical Treatments**

Mechanical equipment would primarily be limited to mowers, trenchers, and graders in developed recreational sites, and would have limited effect on recreation activities. In dispersed recreation areas, however, mechanical treatments such as chaining, tilling, and seeding could require the temporary closure of treatment sites to visitors. Low intensity treatments such as thinning would generally be less restrictive to recreational uses than treatments such as chaining or plowing. People recreating in nearby areas would be able to hear the motorized equipment and could be exposed to some exhaust smells, but these effects would last only as long as the treatment itself (BPA 2000). After the completion of treatments, vegetation would be absent from large portions of the landscape and bare soil would be exposed, making the site less desirable for recreation. The use of heavy machinery would disrupt the treatment area, breaking limbs and disturbing soil. It is also likely that some large debris would be left behind, creating obstacles for certain types of uses (BPA 2000). In addition, use of heavy machinery could create routes for unauthorized OHV use in some areas. This activity could interfere with other types of recreation and potentially add to scenic degradation by interfering with recovery of the site and contributing to the spread of weed seeds. Some treatments (e.g., mowing) would improve the visual appearance of a site, making it more pleasurable to visit and increasing its accessibility (e.g., clearing vegetation around a lake for fishing). The removal of woody vegetation could also improve access for some recreational activities, such as authorized use of off-road vehicles. The negative effects of mechanical treatments on recreation could last from a few days to several years or more, depending on how much vegetation was removed and the rate of site recovery (USDI BLM 1991a).

**Effects of Manual Treatments**

Manual treatments would have few effects on recreationists since they would not occur over extensive areas, cause significant habitat disruption, or require closures of large sites during treatment. The noise associated with power tools such as chainsaws could

**TABLE 4-14**
**Percentage of Vegetation Treatments, Large-scale Vegetation Treatments, and Visitor Use Days for Each State/Region**

| State | All Treatments (%)[1] | Large-scale Treatments (%)[2] | Visitor Use Days (%)[3] |
|---|---|---|---|
| Alaska | 2.4 | 0.4 | 1.7 |
| Arizona | 4.7 | 6.4 | 23.7 |
| California | 3.9 | 1.7 | 23.7 |
| Colorado | 4.1 | 4.7 | 5.9 |
| Idaho | 15.7 | 22.2 | 6.7 |
| Montana, North Dakota, South Dakota | 4.6 | 9.6 | 4.1 |
| Nevada | 30.5 | 8.2 | 8.1 |
| New Mexico, Oklahoma, Texas | 3.2 | 6.4 | 2.5 |
| Oregon, Washington | 14.5 | 15.9 | 9.0 |
| Utah | 5.9 | 4.3 | 12.2 |
| Wyoming, Nebraska | 10.6 | 17.8 | 2.5 |

[1] Acres treated in each state as a percentage of total acres treated on public lands.
[2] Percentage of large-scale treatments (treatments > 1,000 acres) on public lands in each state.
[3] Visitor use days as a percentage of total visitor use days on public lands.
Source: USDI BLM (2000d).

distract nearby users (BPA 2000). In some instances, the presence of workers could also cause a minor distraction. These effects would be limited in extent and last only as long as the treatments. There would be some visual changes to the landscape as a result of manual treatments, but they would only occur on small areas, and would be much less noticeable than the alterations caused by other treatment methods.

### Effects of Biological Treatments

#### *Containment by Domestic Animals*

Domestic livestock would generally not be used in developed recreation sites, but are more likely to be used in dispersed recreation areas. There could be some adverse impacts to recreation as a result of biological control using domestic animals. Some recreational activities, particularly more intensive recreational events, may not be able to occur simultaneously with grazing treatments. If it was necessary to concentrate domestic livestock to provide intensive vegetation management, these areas may be off-limits to many recreational activities during grazing treatments, but restrictions would typically be short-term and would not be extensive. In many cases, recreationists would be able to bypass areas using concentrated livestock management and utilize alternative recreation sites. Other negative impacts during and following grazing treatment could include visual effects associated with the appearance of grazed and trampled vegetation and the presence of manure, but these effects would potentially be less noticeable than those associated with other methods that leave more dead, standing, piled, or burned vegetation on the treatment site.

#### *Other Biological Control Agents*

The use of biological control agents (e.g., insects and pathogens) would have few effects on recreation areas and visitors to public lands since they would specifically control undesirable species without disturbing desirable vegetation or the land. During the release of biological control agents, there would be some workers present that could cause a minor distraction to recreationists in the area. Death or injury to large numbers of plants could reduce the quality of the recreation experience. These effects would last until undesirable plant populations were reduced to the point where they no longer supported populations of these biological control agents.

### Effects of Chemical Treatments

Chemical treatments would affect the availability of recreational opportunities because of site closures, changes to wildlife habitat, loss of edible plants and fruits on the treated site, and possible contamination of vegetation and water bodies off site (USDA Forest Service 1988). Site closures would generally last for a short time period following herbicide application, depending on the recommendations on the herbicide

label. Usually the recommended exclosure periods would not exceed 24 hours; however, recreational access could be restricted for a season or more to allow vegetation to recover following treatment.

During site closures, signs stating the chemical used, the date of application, and a contact number for more information, and would be posted for a period of at least 2 weeks following treatment. Dead brown vegetation would temporarily reduce recreational potential until vegetation recovered. Herbicide treatments could also pose some health risks to recreational users, which would be greatest during aerial herbicide applications and when ingesting contaminated resources, such as berries or fish (see Human Health and Safety section of the PEIS). It is likely that herbicide use would negatively affect sightseeing recreational opportunities. Herbicide treatments would generally result in long-term benefits to recreationists by controlling noxious weeds and toxic plants.

Unintended effects of herbicides on non-target plants and animals could impact recreation activities (e.g., hiking, plant collecting, hunting, and fishing) in off-site areas. The longer an herbicide lingers in soil (depending on its ability to bind to soil [Koskinen et al. 2003]), the more likely it is to contaminate groundwater or run off into water bodies used by recreationists.

### Beneficial Effects of Treatments

Treatments that restore native vegetation and natural fire regimes and ecosystem processes would be beneficial to recreationists. Treatments would improve the aesthetic and visual qualities of recreation areas for hikers, bikers, horseback riders, and other public land users; reduce the risk of recreationists coming into contact with noxious weeds and poisonous plants; increase the abundance and quality of plants harvested from public lands; and improve habitat for fish and wildlife sought after by fishermen and hunters.

Developed recreation sites with public facilities would be treated in order to maintain the appearance of the area and to protect visitors from the adverse effects of unwanted vegetation (e.g., thistles, ragweed, and poison ivy). Some mechanical activities, such as mowing in visitor use areas or along ROWs, would provide an immediate benefit in terms of improved appearance of vegetation.

Recreationists in these dispersed recreation areas would likely benefit from a reduction in invasive plants (especially thorny or poisonous noxious weeds) provided by vegetation treatments. Removal of weedy vegetation would return public lands to a more "natural" or desirable condition, which hikers and nature enthusiasts would likely value over that of degraded lands. In addition, the increased aesthetic value of treated sites would benefit most recreational users. In some instances, treated sites could become more desirable as destinations for outdoor activities, making them more popular to recreational users. Treatment of sites to restore native vegetation would enhance fish and wildlife habitat, to the benefit of hunters, birdwatchers, and other users of these resources.

Fuels reduction treatments would reduce the severity of future wildfires on public lands used for recreation. As a result, recreationists would be provided with safer conditions, and there would be less of a chance that a wildfire would destroy a large acreage of lands used for recreation. Severe wildfires are capable of causing damage to recreational resources over large areas that subsequently require long periods of time for recovery. In addition, treatments that reduce the risk of wildfire would reduce the likelihood of recreationists being displaced from their favorite hunting, fishing, and camping sites by wildfires. During the recent wildfires that swept through the Great Basin, not only were traditional recreation activities affected, but some special events were altered or cancelled. Signs were destroyed, hiking and camping areas burned over, wildlife and game displaced, and the scenery in the Great Basin marred (USDI BLM 1999).

## Social and Economic Values

Vegetation treatments have the potential to affect people, communities, and economies in each of the 17 western states that could receive treatments. The susceptibility of these entities to social and economic effects stems from the importance of public lands to the lives of the people and communities in the West, especially in the states with the largest amounts of public land, either in total area or in percentage of the state. Public lands commonly provide a major portion of economic sustenance, especially in rural areas, by supporting ranching (grazing leases), mining, active and passive recreation opportunities, and a myriad of other activities that westerners rely on. The dollar value of the social sustenance may not be readily quantifiable, but it is important to the way of life of westerners. "Wide open spaces" are not just a cliché in western songs and novels, but a tangible part of the experience that attracts and/or retains people who live in western states. The large expanses of federal lands are a significant

contributor to the open spaces that define the "sense of place" in many parts of the West. Through support of economies and the social context of the West, federal lands are highly important to the western states. Actions that affect federal lands, including vegetation treatments, have the potential to affect the economic and social environment of the region.

The extent of potential effects would vary from state to state because of the differing prevalence of federal lands and also because the treatment area in each state would vary, both in acreage and in percentage of land area treated, depending on local issues and needs. The most pervasive effects would likely occur in states with large amounts of public land. BLM field offices provided information on the general location of proposed treatment projects. Based on this information, over 70% of the acreage to be treated in the proposed program would occur in Idaho, Nevada, Oregon and Wyoming, all of which have large areas of public lands. The largest increase in treatment area from current levels would likely occur in Nevada, where more than 6 times the current treatment acreage is proposed for treatments using all five methods under consideration.

This PER is programmatic in nature and very broad in scale. A programmatic analysis at this scale does not permit the completion of a detailed, quantitative social and economic analysis. Therefore, only general effects and expected trends are addressed here. Concerned individuals should be assured that more detailed, site-specific analyses would be conducted during the development of specific treatment projects. Public participation in the development of the details of such proposals would be encouraged at appropriate times in those processes.

## Scoping Comments and Other Issues Evaluated in Assessment

Among the major concerns identified during scoping were the ecological costs and benefits to local communities and residents from treatments. Some individuals proposed that the BLM's needs for people and fiscal resources should be addressed, as should costs to state and local governments and private individuals, including secondary costs from such things as loss of recreational opportunities. Environmental justice issues—disproportionate effects on minority, low-income, and child populations—and Indian Trust issues were raised. Several comments addressed potential economic effects on ranchers from grazing restrictions or changes to forage productivity, while

others questioned whether grazing permittees would pay for a portion of the treatment costs. A few respondents questioned whether the BLM would perform the treatment work or contract it out, others proposed contracting to local vendors, and some were concerned about potential economic effects on local fire fighters. Beneficial and detrimental effects of the proposed treatment program that pertain to these issues are addressed in this PER, as limited by the scale of the potentially affected geographic area and the necessarily inexact nature of the program in advance of specific treatment project proposals.

There are numerous stakeholders throughout the U.S. with differing needs and perspectives; all of their interests must be taken into consideration when planning the overall treatment program and subsequent implementation plans. On a local level, stakeholders include people in communities located in the vicinity of public lands, such as adjacent landowners, local businesses, users of public lands (e.g., ranchers and recreationists), as well as the county and state governments that benefit from BLM revenues. On a national level, the stakeholders include all taxpayers, whose tax dollars support BLM programs and who have partial "ownership" of federal public lands. Given the wide range in stakeholders whose needs and interests must be considered, many different and often conflicting opinions must be considered. A balance of both national and local interests must be pursued.

## Resource Program Goals

The BLM is required to manage public lands on the basis of multiple use and sustained yield and to meet the needs of present and future generations. As the human population continues to increase and social values evolve, resource conflicts are likely to increase. In addition, the American public is increasingly aware of the importance of public lands to its well-being, and is demanding a larger voice in resource management decisions. In this context, BLM program planning must take into account a constant balancing of competing needs, interests, and values.

By statute, regulation, and Executive Order, the BLM must address social and economic issues in the preparation of programs affecting planning decisions for public lands. Section 202(c)(2) of FLPMA requires the BLM to integrate physical, biological, economic, and other sciences in developing land-use plans (43 United States Code [USC] 1712(c)(2)). FLPMA regulations 43 CFR 1610.4-3 and 1610.4-6 also require the BLM to

BLM_0008880

analyze social, economic, and institutional information. Section 102(2)(A) of NEPA requires federal agencies to "insure the integrated use of the natural and social sciences . . . in planning and decision making" (42 USC 4332(2)(A)). Federal agencies are also required to "identify and address . . . disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations in the United States" in accordance with Executive Order 12898 on Environmental Justice.

In the context of these issues and regulatory guidance, the overall goals of the vegetation treatment program are to sustain the condition of healthy lands and to restore degraded lands. From the perspective of social and economic issues, the objectives are to accomplish these goals while minimizing adverse effects and optimizing beneficial effects for affected communities. For example, reducing hazardous fuels in the WUI would, over the long term, reduce economic losses from wildland fire. Reducing the spread of invasive plant species would improve the productivity of grazing lands for both domestic livestock and wildlife, which would be economically beneficial to ranchers and advantageous for sightseeing, thus benefiting recreation-oriented businesses as well.

## Standard Operating Procedures

Vegetation treatment projects would affect local social and economic resources; some effects would be beneficial while others could be adverse. Following certain SOPs would reduce adverse effects; Table 2-5 lists a number of SOPs designed to minimize unintended adverse effects of treatment projects. These SOPs include posting treatment areas; notifying adjacent landowners, grazing permittees, the public, and emergency personnel of treatments; controlling public access to treatment areas and observing restricted entry intervals given on herbicide labels; consulting with Native tribes that might be affected by the project; and, to the degree possible within the law, hiring local contractors and purchasing supplies locally.

## Adverse Effects of Treatments

### General Effects

It is expected that communities that are particularly dependent on a single industry would be more susceptible to the effects of vegetation treatment projects than other, more diverse, communities. In particular, ranching communities and recreation-dependent communities could be more affected than more diversified communities. However, it is not possible to identify effects on particular communities at this scale of analysis.

The vegetation treatment program would only apply to public lands; this PER does not attempt to predict possible decisions or actions by other agencies or private individuals. Also, it is not expected that any of the alternatives would significantly affect ongoing, long-term trends such as the increasing demand for outdoor recreation or the relatively high growth rates in urban, suburban, and rural populations, particularly in states from the Rocky Mountains to the Pacific.

It is assumed that vegetation treatment programs would meet, to varying degrees, the identified need for reducing the risk of wildland fire and improving ecosystem health. Vegetation treatments would reduce the amount and concentration of hazardous fuels, especially in the WUI, but also in the back country. As a result, the number, size, and severity of wildland fires would be reduced, as would the cost of wildland fire suppression and the risk of loss of life and property. Treatments that improve ecosystem health could increase or improve the amount and quality of commercial and casual uses of public lands, improve or maintain market and non-market values of public land resources, and reduce the cost of operations on public lands. However, it is not possible to quantify these benefits at this programmatic level of analysis since there is uncertainty as to when, where, and how specific treatments would occur.

Social effects of individual vegetation treatments are, for the most part, impossible to differentiate at the scale addressed by this PER. The potential for social effects would depend on people's perceptions about health and safety risks associated with different treatments. Data on such perceptions are not available, and could differ from one community to another, depending on the level of knowledge in the community about vegetation treatment methods and past experiences with these methods. The Human Health and Safety section in this chapter discusses health and safety issues related to the proposed treatments in more detail.

There is some potential for adverse effects on the social fabric of communities, depending on the success of vegetation treatment programs. Successful improvement in the productivity of rangeland, for example, would help sustain a ranching-dependent community, whereas lack of success could lead to additional economic

pressure on the community, which would tend to encourage emigration. Successfully reducing hazardous fuels in the WUI could encourage people to remain in, or move to, a community, whereas major fire losses, particularly in smaller communities, could encourage some people to move away. These potential effects are somewhat speculative, but should be examined more closely at the project-specific level.

Economic effects of vegetation treatment on communities could be similar to social effects. Changes in range productivity, wildfire risk, and access to or attractiveness of recreation activities could potentially affect employment opportunities and income levels in a community, in either a positive or negative fashion. As with social effects, however, the broad scale of this PER and the lack of data preclude the ability to accurately predict whether and where such effects would occur, and to what degree they would be beneficial or adverse.

#### *Population and Demography*

None of the proposed treatment methods is likely to cause substantive changes to existing patterns and trends in population or demographic conditions in the western states. In particular, it is unlikely that vegetation treatments would either exacerbate or counteract the trend of out-migration from small rural communities.

#### *Environmental Justice*

Executive Order No. 12898, "*Federal Action to Address Environmental Justice in Minority Populations and Low-Income Populations*" (59 FR 7629), is "intended to promote nondiscrimination in federal programs substantially affecting human health and the environment, and to provide minority communities and low-income communities access to public information on, and an opportunity for participation in, matters relating to human health and the environment." It requires each federal agency to achieve environmental justice as part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects, including social and economic effects, of its programs, policies, and activities on minority and low-income populations.

Environmental justice concerns are usually directly associated with effects on the natural and physical environment, but these effects are likely to be interrelated with social and economic effects as well. Native American and Alaska Native access to cultural and religious sites may fall under the umbrella of environmental justice concerns if the sites are on tribal lands or a treaty right has granted access to a specific location.

USEPA guidelines for evaluating potential adverse environmental effects of projects require specific identification of minority populations when either a minority population exceeds 50% of the population of the affected area, or a minority population represents a meaningfully greater increment of the affected population than of the population of some other appropriate geographic unit.

Public lands occur predominantly in rural areas. There are large minority populations in rural areas of the West and Alaska, particularly Hispanics and Native Americans. Approximately 63% of the nation's Hispanic population, 68% of the nation's American Indian population, and 50% of the nation's Asian/Pacific Islander population reside in the western U.S., which contains less than 32% of the nation's total population (Table 3-15). In addition, Hispanics represent a large percentage of the total population of some states, particularly New Mexico, California, Texas, and Arizona. Similarly, Alaska, New Mexico, and several other western states have disproportionately large percentages of Native Americans and Alaska Natives. Issues of concern might include the propensity of Native Americans and Alaska Natives to use native plants for cultural and traditional purposes, and the potential for vegetation treatments to damage some of these native plants if projects are not carefully planned and implemented. This combination of factors suggests the possibility that any significant effects associated with vegetation treatments could disproportionately affect these minority populations. Potential effects specific to the individual treatment methods are addressed in later sections.

It is not possible to determine whether minorities or low-income populations would actually be disproportionately affected at this broad scale of analysis, because it is not known if treatment areas would coincide with concentrations of minority or low-income populations, or with Native American and Alaska Native use areas. Specific evaluations of environmental justice effects would be conducted in concert with environmental analyses for site-specific treatment project proposals.

Issues specific to Native Americans (such as subsistence gathering of rangeland products) have been addressed in more detail in the Cultural and Paleontological

Resources section, but they, too, must be addressed in detail during project-specific analyses.

### *Protection of Children*

Executive Order 13045, *Protection of Children from Environmental Health Risks and Safety Risks,* instructs federal agencies to identify and assess environmental health risks and safety risks that may disproportionately affect children, and to ensure that their policies, programs, activities, and standards address disproportionate risks to children that result from environmental health or safety risks. Children could have a greater chance of being exposed to health and safety risks associated with vegetation treatments than adults because they typically spend more time outdoors, and because they tend to be more vulnerable to adverse effects from exposure to environmental contaminants. Although children may spend more time outdoors, they are not often on public land without adult supervision because of the remoteness of most of these areas. Thus, the increased opportunity for exposure would generally be negligible to minor. If there were potential risks for adverse effects to people who happen to be outside in the vicinity of vegetation treatments, a project could have a disproportionate effect on children.

### *Employment and Income*

Most employment and income effects from vegetation treatment projects would be beneficial. However, there could be some temporary loss of jobs and income if access to treated areas was restricted for rehabilitation of vegetation. Most closures would be expected to last for no more than one growing season. Where vegetation was completely removed, however, it is possible that closures would last longer, particularly in areas with arid climates and relatively poor soils. If long-term closures occurred over large acreages and conflicted with important grazing or recreation areas, they could result in job losses and associated reductions in income. Employment and income losses would have the greatest effect on smaller communities, where alternative employment opportunities would be scarce, and where these losses would represent a larger portion of the economy than they would near larger, more diversified towns and cities.

Regardless of the local economic situation, employment and related income effects would normally be short-term in nature and geographically dispersed, primarily affecting specific communities rather than large regions of the 17-state study area.

### *Perceptions and Values*

There would be a range of stakeholder perceptions and values associated with the various vegetation treatment methods. For example, individuals who have an aversion to chemical use in the environment could find herbicide treatments offensive. Alternatively, individuals with a much greater concern about wildfires or the effects of invasive species would likely favor the most efficient means of attacking vegetation problems. Westerners that are against government ownership and management of large land areas might be opposed to the substantial expansion of the BLM-administered vegetation treatment program, but somewhat encouraged by plans to employ private contractors for some of the treatment work. These individuals would presumably favor the most efficient means possible to reduce fire risk and improve range productivity. Some individuals place high values on the health and pristine nature of public lands, and would therefore prefer to see that the least intrusive methods be implemented. Generally, most of the treatment methods have similar negative and positive responses to these perceptions and values.

### *Economic Activity and Public Revenues Generated from BLM Lands*

Commercial activities that occur on public lands could be adversely affected by vegetation treatments in the short term. Treatments would not directly affect mineral resources but could temporarily reduce access to such resources. Treatments would be unlikely to cause a significant reduction in BLM revenues generated from mineral leases. Most of the BLM's mineral lease revenues come from Alaska, Colorado, and Montana (see Table 3-18), where only about 11% of the proposed vegetation treatments would occur. Further, restrictions on access for these activities would likely be minimal in most places because durable road access is generally required for commercial mineral extraction ventures. Consequently, any adverse effects on employment and revenue from mineral production due to vegetation treatments would likely be very minor.

Historically, nearly all of the BLM's revenues from timber sales have come from Oregon. In 2004, timber sales amounted to $23.4 million and nearly all timber revenues were from Oregon ($23.3 million, Table 3-18), where about 14% of all vegetation treatments are proposed to occur. No adverse effects on timber sale activities are anticipated from implementation of the vegetation treatment program.

Effects on harvesting non-timber plant products would depend on the product and the design of specific vegetation treatment projects. Indiscriminate use of any treatment method could potentially damage resources or reduce their value. Public involvement in project planning and environmental review should be encouraged to minimize adverse effects and maximize benefits.

Vegetation treatments would necessitate that some sites be closed to grazing activities during treatments and for a suitable recovery period afterward, both for effectiveness of the treatment and, in some cases, for safety of the livestock. Treatments requiring temporary rest from grazing would result in a reduction in forage for livestock. Although alternative grazing sites might be available, the costs associated with grazing in a different area would likely be higher. The economic effects of temporarily reducing forage production and/or access would vary depending on the size and flexibility of the affected ranching operations. It is not possible to quantify the effects at the 17-state regional scale. As for other vegetation products, public involvement in project planning and site-specific environmental review should be encouraged to minimize adverse effects on grazing and maximize benefits.

Recreation-based businesses such as outfitters, bait shops, OHV sales and repair shops, fish and hunting shops, and outdoor gear and equipment rental shops are direct beneficiaries of recreation use of public lands. Other services such as gas stations, restaurants, and hotels that are frequented by recreationists also benefit. Temporary closure of a popular recreation site, either to protect public safety during vegetation treatments or to decrease user-related effects during a site's post-treatment recovery, would result in temporary losses of revenues to surrounding businesses. In most cases, these effects would be short term in nature, lasting only as long as the site closure. In general, most recreational activities would continue, but would shift to other locations. Depending on the location of the alternate use area, the economic benefits could shift from one community to another. If there were a suitable nearby alternative to the closed site, the effects on surrounding businesses would be minimal; if not, the businesses would be adversely affected for a period of time. It is not possible to quantify the potential effects at the 17-state regional scale, or to identify communities or specific businesses that would benefit or be harmed from potential shifts in recreational activities.

Recreation provides revenues to the BLM through fees and permits. Closure of a popular fee-based recreation site would result in a loss of revenues to the BLM. The severity of any such losses cannot be determined at this scale because no specific fee-based recreation sites have been identified for treatment. Detailed effects would be examined at the site-specific project level.

#### *Expenditures by BLM*

Vegetation treatments would require a large commitment of financial resources by the BLM, which would vary by treatment method, location, terrain and other factors. The most cost-effective treatment method would be the one that would produce the greatest benefits for the least amount of financial investment. However, the cheapest method, if it did not substantially improve the health of the land, could require indefinite repeat treatments, thus costing more money over the long term. Benefits to the health of public lands depend on the specific problem to be addressed in each specific area. Consequently, these benefits would be evaluated on a site-specific basis as project proposals were developed, and the costs for the preferred treatment method would be determined at that time.

#### *Effects on Private Property*

Vegetation treatments could affect private property in the vicinity of public lands, particularly parcels adjacent to treatment areas. Over the short term, there would be minor risks for property damage associated with the effects of treatments extending beyond public land boundaries onto private property. Under such a scenario, crops or forage could be lost. Generally, losses would be minor and short term in nature, although the relative size of the affected property would be a factor in the degree of damage accruing to the property owner.

### Effects of Fire Treatments

Approximately 2.1 million acres are proposed for vegetation treatment with fire. Nevada (24%), Wyoming (20%), and Oregon (16%) would be the largest users of prescribed burn treatments. Adverse effects from use of fire include the risk that a prescribed burn would escape control. While the probability of such an occurrence is low, individual events in the past have occasionally been catastrophic, and public awareness is high because of the publicity major fires garner. Fires escaping control could have several adverse effects, including damage to private property, damage to recreational opportunities, loss of forage on public lands, potential loss of revenue to recreational businesses and ranchers, and increased costs to federal, state, and local public agencies to combat the fires.

They would also exacerbate concerns among a portion of the public about the advisability of using fire as a treatment method. Public concerns could cause conflict within communities near proposed burn areas or between concerned citizens and BLM personnel.

Although fires escaping control would cause the greatest adverse effects, they would not be common. Most prescribed fire treatments are relatively small and are successfully kept within planned boundaries. Adverse effects from controlled burns would include primarily smoke and aesthetic effects, both of which would be temporary in nature. Potential health risks from smoke are addressed in the Human Health and Safety section of this chapter. To the extent that fire treatments would be employed in low income and minority areas, health risks could cause environmental justice concerns. Similarly, if fire treatments were used near communities, they could raise concerns regarding the protection of children. Burn treatment areas would suffer from degraded aesthetic qualities both during the actual burning and for a period of a year or more afterward, which could adversely affect the quality and desirability of recreational opportunities in the area of the burn. Certain recreational features, such as trails and OHV routes, could be closed to the public for a period of time, pending successful revegetation of burn areas. In some areas, the loss or restriction of recreational opportunities would adversely affect businesses that either directly or indirectly depend on recreationists.

**Effects of Mechanical Treatments**

Mechanical vegetation treatments are proposed for over 2.2 million acres, with nearly half of the acreage (47%) in Nevada. Idaho would be a distant second with approximately 18% of the total. The type of mechanical treatment employed would be the major determinant of whether adverse effects would result. Mowing, for example, would have minimal effects, most of which would be considered beneficial by the public. Most mechanical methods involve use of heavy equipment, however, and are more disruptive. Chaining, for example, requires use of a pair of large crawler type tractors, which would generate noise and exhaust odors and would typically leave torn up soil and substantial amounts of debris in their wake. Some of the plant debris would remain for several years after the treatment and would degrade slowly, especially in arid and semiarid areas like Nevada, southern Idaho, eastern Oregon, and Utah. Adverse effects would be mainly aesthetic, but could physically disrupt certain recreation uses. In either case, the effects would be reduced desirability of a treated area for recreation, which could adversely affect recreation-dependent businesses as well. There would also be some potential for loss of grazing values until a disturbed area was successfully revegetated.

**Effects of Manual Treatments**

Slightly less than 271,000 acres are proposed for manual treatment. Manual treatments are particularly suited to small problem sites and areas, such as Oregon forestlands, where other treatment methods would be difficult to use or would be undesirable because their detrimental effects would outweigh their benefits. Adverse social or economic effects from manual treatments would be unlikely and would be minimal, at worst.

**Effects of Biological Treatments**

Biological treatments are proposed for approximately 454,000 acres of public land. Over 87% of the acreage would be in just three states: California (40%), Montana (35%), and Idaho (12%). Biological treatments could range from containment using domestic livestock to use of specific insects or pathogens to control unwanted plant species. Generally, there would be few, if any, adverse social or economic effects from use of domestic animals. There could be temporary, short-term interference with some recreation activities that would adversely affect recreation-dependent businesses, but the losses would likely be minor.

It is assumed that any insects or pathogens used for vegetation treatments would be properly tested and approved prior to use. There have been past occurrences, however, in which a species introduced for a positive purpose was later found to cause a different problem. For this reason, and because of the publicity such events have received, there could be public concerns about the use of insect or pathogen treatments. Efforts should be made to inform and educate the public in the vicinity of a proposed project to minimize adverse public perceptions about the use of these treatment methods.

**Effects of Chemical Treatments**

Chemical treatments are proposed for approximately 932,000 acres in 14 states. The largest application areas would be in Idaho (28%), Nevada (22%), and Wyoming (16%); no chemical treatments are proposed for Alaska, Nebraska, or Oklahoma. There is some potential that chemical treatments would disproportionately affect minority or low-income populations and children,

depending on where the treatments were located, although it is not possible at the scale of the PER to determine if such effects would occur. The Human Health and Safety section of this chapter, Chapter 4 of the PEIS, and the HHRA (PEIS Appendix B) all address health and safety issues that could influence the likelihood of environmental justice effects.

Chemical treatments have the potential to adversely affect plants used for ceremonial purposes by Native Americans because herbicides can affect non-target species or plants outside the application area. Similarly, there is some potential for chemical sprays to migrate onto private land or into areas used for grazing or recreational activities on public lands, especially when applied from the air. Such effects could adversely affect ranching or recreation-dependent business revenues in certain localities, although specific locations cannot be identified at the 17-state regional scale of this PER.

As with other treatment methods, chemical treatments would require closure of some treatment areas to grazing and recreational activities. Such closures would be temporary and typically short term, but might be somewhat longer in duration than other methods because, in some cases, chemical residuals could be a more persistent concern for adverse human or animal health reactions. Closures could adversely affect ranching or recreational economic activity.

Use of chemicals is often controversial, due to public perceptions about risks associated with chemicals. Efforts to inform and educate the public on specific project proposals prior to implementation would be advisable to ensure that public perceptions are based on facts rather than fears.

Standard operating procedures noted above and in greater detail in Chapter 2 would serve to minimize the potential adverse effects of chemical treatments. Also, project-specific environmental reviews would identify specific locations where effects would accrue.

Both beneficial and adverse effects of chemical treatments are addressed in greater detail in Chapter 4 of the PEIS.

## Beneficial Effects of Treatments

### General Effects

As noted above, there is no site-specific information on which types of treatment would be used in any particular area. Consequently, there is little or no

discussion of specific treatment parameters and it is not possible to identify effects on particular communities at this scale of analysis.

It is assumed that vegetation treatment programs would meet, to varying degrees, the identified need for reducing the risk of wildland fire and improving ecosystem health. Vegetation treatments would reduce the amount and concentration of hazardous fuels, especially in the WUI, but also in the back country. As a result, the number, size, and severity of wildland fires would all be reduced, causing a reduction in the cost of wildland fire suppression and the loss of life and property. Treatments that improve ecosystem health may increase or improve the amount and quality of commercial and casual uses, improve or maintain market and non-market values of existing uses, and reduce the cost of operations on public lands. However, it is not possible to quantify these benefits.

There would be potential beneficial effects on the social fabric of communities. Successful improvement in the productivity of rangeland would help sustain ranching-dependent communities. Successfully reducing hazardous fuels in the WUI could encourage people to remain in, or move to, a community. These potential effects should be examined more closely at the project-specific level.

Economic benefits of vegetation treatments on communities could be similar to social benefits. Improvements in range productivity, wildfire risk, and access or attractiveness for recreation activities would potentially improve employment opportunities and income levels in a community. The broad scale of this PER makes it impossible to quantify beneficial effects or to accurately predict whether, where, and to what degree they would occur.

There would be both direct and indirect economic effects from implementation of the vegetation treatment program. These effects would vary depending on several factors, including the treatment method selected for use. There would be dramatic differences in costs associated with different methods and with the different circumstances of each particular project. Treatment costs could vary from as little as $20 per acre for some applications of prescribed fire to as much as $700 per acre for difficult, remote manual treatments (see Chapter 2 and below). Regardless of the level of cost, expenditures by the BLM for labor, materials, and equipment would contribute to economic activity in the vicinity of a particular treatment project.

BLM_0008886

### *Population and Demography*

None of the proposed treatment methods would be likely to cause substantive changes to existing patterns and trends in population or demographic conditions in the western states. While there would be some increased employment generated by the increase in BLM acreage treated under each method, the jobs would generally be temporary positions or contracted work, which would not be sufficient to encourage measurable immigration of workers and their families. With some exceptions, including pilots, certified herbicide applicators, and heavy equipment operators, jobs generated by the increased vegetation treatments program would tend to pay moderate wages. Depending on the size and duration of any particular treatment project, there could be small, localized population increases, but it is not possible to ascertain if, or where, such changes would take place at this time. It is likely that any such growth would be viewed as a benefit in most communities in the West.

### *Environmental Justice*

It is not possible to determine whether minorities or low-income populations would be disproportionately affected at this broad scale of analysis because it is not known if treatment areas would coincide with concentrations of minority or low-income populations, or with Native American and Alaska Native use areas. Specific evaluations of environmental justice effects would be conducted in concert with environmental analyses for site-specific treatment project proposals. There could be small benefits for minority and low-income populations in localities where employment opportunities were created.

### *Employment and Income*

All of the vegetation treatment methods would produce economic benefits to western states and affected local communities by providing employment and labor income opportunities. The BLM would require the services of herbicide applicators, pilots, equipment operators, laborers, and others, creating jobs and generating income. The benefits are not quantifiable at the scale of this analysis; they would be small in the context of the 17-state region, but could be significant for some communities near larger treatment projects, depending on the expertise and availability of personnel in the relevant BLM offices and in the communities.

Although local effects cannot be determined at the scale of this PER, more specific economic effects would be determined through NEPA analysis at the time specific projects were proposed and analyzed. Regardless of the local economic situation, the nature of treatments indicates employment and related income effects would be short-term in nature and geographically dispersed, particularly benefiting certain communities throughout the 17-state area. In general, it is expected that communities located in areas with large amounts of public lands, and therefore the most potential treatment acreage, would be most likely to receive the greatest employment and economic benefits. Nevada, Idaho, Oregon, and Wyoming are the four states with the largest anticipated treatment acreage, which suggests that communities in these states would also be among the most likely to benefit from employment and income opportunities. Employment and income effects would be greatest in smaller communities, where the increases in jobs and dollars would have a greater influence on the area economy than they would near larger towns and cities.

One of the priorities of the *A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan* (USDI and USDA 2002) is to promote community assistance and increase contracting and jobs for forest health management. In FY 2004, the Department of the Interior assisted over 14,000 communities with risk assessment plans, fuels hazard treatments, wildfire preparedness, training, and other activities needed to reduce the risk of loss of life and property to local communities (USDI BLM 2006c). In addition, over $140 million in contracts were given out, and a meeting was held to discuss opportunities for expanded use of woody biomass as by-products of hazardous fuel reduction and forest restoration treatments.

### *Perceptions and Values*

Individuals with a concern about wildfires or the effects of invasive species would likely favor the most efficient means of attacking vegetation problems, regardless of the method involved. Some westerners might be encouraged by plans to employ private contractors for some of the treatment work.

### *Invasive Species Control Cost Savings*

Estimating the environmental and economic damages caused by invasive vegetation and the environmental benefits and cost savings from treating invasive vegetation, cannot be quantified at the 17-state regional scale. However, on a national scale, the costs of treating

invasive vegetation can be enormous. For example, purple loosestrife, which occurs in 48 states, costs approximately $45 million per year to control (ATTRA 1997). A total of $100 million is spent annually on aquatic invasive species control in the U.S. (U.S. Congress Office of Technology Assessment 1993). In U.S. agriculture, crop losses due to weeds are estimated at $24 billion annually, and costs of herbicide treatments are about $3 billion annually (Pimentel 1997, 2005; Pimentel et al. 2005). Forage losses due to weeds total about $1 million annually, and ranchers spend about $5 billion annually to control invasive vegetation in pastures and rangelands. Total direct and indirect costs of leafy spurge in Montana, South Dakota, and Wyoming are estimated at nearly $2 million annually for wildlands and up to $46 million annually for grazing lands (Bangsund and Leistritz 1991; Bangsund et al. 1993). Annual losses from knapweed in Montana are estimated at over $40 million annually (Hirsch and Leitch 1996). The Oregon Department of Agriculture (The Research Group 2000) evaluated the impacts of 21 species of weeds and estimated that both existing and potential invasive weeds are costing Oregon about $100 million annually.

Studies that have attempted to project the costs and benefits of treating leafy spurge have shown that benefits could total over $50 million or more annually if leafy spurge is controlled in the Great Plains region (Bangsund et al. 1997, 1999a). Still, net returns per acre are often negative early in the treatment program, with gains in net return not seen until 10 years or more after treatment, and the greatest returns from ground spraying rather than aerial spraying programs (Bangsund et al. 1996, 1999b; Hartmans et al. 1997). The cost of treating 50 acres of public lands using a single application of herbicides and a single attempt at revegetation has been estimated at $7,500 at year 0 (Kadrmas et al. 2003). However, if the 50 acres were not treated and the weeds continued to spread, weeds would cover an estimated 182 acres by year 18, and the amount required to restore a healthy ecosystem would be approximately $27,000.

### *Wildland Fire Cost Savings*

For all of the treatment methods, approximately half of the treatment acreage would be in the WUI. Neither the fire suppression cost savings nor the reduction in property losses can be quantified at the 17-state regional scale. The potential savings should be addressed further in environmental reviews for specific projects, although they may not be quantifiable even at that scale because of the number of variables contributing to when and where a fire may start and how much damage it may cause. Relevant variable factors include weather conditions, terrain, human acts of omission and commission, and structure type and density, among others. Further, it may take several years to build a sufficient experience base of data to quantitatively estimate the benefits of treatments associated with reduced damage and wildfire suppression costs. The Forest Service and BLM came to similar conclusions when trying to ascertain the effects of vegetation treatment activities on future fire suppression costs in the Interior Columbia Basin (USDA Forest Service and USDI BLM 2000b).

During 2005, the federal government spent about $984 million on fire suppression. On average, the Department of the Interior and Forest Service spent approximately $170 per acre to suppress fires during 1996 through 2005. In addition, these agencies spend approximately $24 million annually rehabilitating burned areas (USDI BLM 2006c). Despite the lack of quantifiable data, it is expected that vegetation treatments in both WUI and non-WUI areas would reduce hazardous fuels, including invasive weeds, which contribute disproportionately to fire risk. Downy brome provides one example of the potential cost savings from attacking invasive weeds. The costs of fighting downy brome-fueled fires have been estimated at around $20 million per year, and up to $15 million annually in southern Idaho alone, including rehabilitation costs (Duncan and Clark 2005). Consequently, it is expected that all of the alternatives would reduce the cost of fire suppression in the backcountry as well as in the WUI.

### *Economic Activity and Public Revenues Generated from BLM Lands*

Treatments would result in long-term improvements in the condition of forest resources on public lands and would lead to increases in revenues generated from forest products over the long term. The potential effects are not quantifiable at the scale of this PER.

Effects of treatments on harvest of non-timber vegetation products would depend on the product and the design of specific vegetation treatment projects. Indiscriminate use of any treatment method could potentially damage resources or reduce their value, but control of undesirable, invasive plants could enhance habitat for desirable species. Public involvement in project planning and environmental review should be encouraged to minimize adverse effects and maximize benefits.

Forage production could decrease initially following treatment, but production would likely increase over the long-term as woody vegetation and weed species were controlled, increasing the suitability of rangeland areas for grazing. Treatments would result in an increased quantity and quality of forage, increased animal production, reduced fire hazard, and a reduced risk of sickness in livestock as a result of ingesting poisonous plants. As for other vegetation products, public involvement in project planning and site-specific environmental review should be encouraged to minimize adverse effects and maximize benefits.

***Treatment Expenditures by the BLM***

Vegetation treatments, as proposed, would require a large financial investment by the BLM, which would vary by treatment method. These costs represent a substantial input of financial resources into the states and communities surrounding public lands, particularly in areas where public lands are extensive. The following paragraphs address the range of expected expenditures by treatment method.

**Prescribed Fire.** Use of fire for vegetation treatment is typically one of the least costly means of addressing unwanted vegetation. During 2005, it cost the BLM approximately $593 and $317 per acre to treat hazardous fuels in the WUI using fire and mechanical methods, respectively. During 2006, it cost the BLM approximately $373 and $236 per acre to treat hazardous fuels in the WUI using fire and mechanical methods, respectively. These costs primarily reflect the cost of implementation, although some overhead costs are included. Costs for treating hazardous fuels in 2005 were greatest in New Mexico ($726/acre) and Wyoming ($684/acre) and least in Alaska ($86/acre) and Arizona ($180/acre; USDI BLM 2006c, d).

During 2005, it cost the BLM approximately $585 and $239 per acre to treat hazardous fuels in non-WUI areas using fire and mechanical methods, respectively. During 2006, it cost the BLM approximately $171 and $105 per acre to treat hazardous fuels in non-WUI areas using fire and mechanical methods, respectively. Costs for treating hazardous fuels were greatest in California ($1,331/acre) and Nevada ($899/acre) and least in Wyoming ($53/acre) and Alaska ($78/acre).

Although the costs range from $50 per acre to $1,300 per acre depending on the location of the burn (higher costs are associated with treatment of forest lands in California and Oregon and lands in the WUI), the cost in most circumstances would be about $290 per acre in the WUI, and $105 per acre outside the WUI, based on average treatment costs during 2002 to 2006 (USDI BLM 2006c). With 2.1 million acres proposed for fire treatment, and assuming treatments would be about equally split between the WUI and non-WUI, this method would require an expenditure of at least $400 million (more if Pacific Northwest forestlands receive fire treatment), similar to what the BLM and Forest Service currently spend on hazardous fuels reduction using all treatment methods (USDI BLM 2006b). Prescribed fire would be the second most labor intensive of the five proposed methods, with approximately 58% of the cost typically going toward payments to labor (USDI BLM 1991a). No data are available on how much of the labor costs would go to existing BLM staff and how much would go toward hiring outside contractors and/or workers.

**Mechanical Treatment.** The range of costs for mechanical treatments is also quite broad: from $100 to $600 per acre. Using a midpoint of $350, the 2.2 million acres proposed for mechanical treatment would require an expenditure of $770 million. The range of costs reflects the range of possible types of mechanical treatments, some including just mowing and others employing multiple large pieces of heavy equipment (see Chapter 2). The type of terrain and the type and size of vegetation requiring treatment would also affect the cost. Mechanical treatment would direct approximately 39% of the expenditure, or $300 million, to labor costs (USDI BLM 1991a). The types of workers required would include mainly skilled equipment operators, who would be relatively highly paid. It is expected that a significant, but unquantified, portion of mechanical treatment work would be contracted out. Consequently, there would be a substantial number of non-government jobs supported by this treatment method.

**Manual Treatment.** Estimated costs for manual treatments range from $70 to $700 per acre. Manual treatment is the most labor intensive of the five methods proposed, with approximately 92% of the cost going to labor (USDI BLM 1991a). Manual treatment is the least favored method in the proposed program, accounting for only 270,910 acres. At the $385-per-acre midpoint of the cost range, the program would require an expenditure of $104 million, approximately $96 million of which would go to labor. It is likely that many of the jobs would be filled by unskilled laborers at relatively low wage levels, although specific labor requirements are not known.

**Biological Treatment.** Costs for biological treatment vary depending on the type of organism employed. Use of domestic animals—cattle, sheep or goats—is quite inexpensive, in the range of $12 to $15 per acre. This method has limited efficacy, however, and animals require continuous management to be productive. Use of biological control agents such as insects, nematodes, mites or other pathogens is more costly, ranging from $80 to $150 per acre for ground applications and $150 to $300 per acre for aerial applications. Based on information provided by field offices, about two-thirds of the acres subject to biological control would be treated using domestic animals, and the remainder using biological control agents. Assuming an average treatment cost $13.50 per acre for domestic animal use, and $150 per acre for biological control agents, treatment of the proposed 453,750 acres would result in a total cost of approximately $26.8 million. No data are available for the labor component of biological treatment, but it could be assumed that the labor component would be a relatively small part of the total.

**Chemical Treatment.** Chemical treatment costs are divided between the cost of the herbicide selected and the cost of applying it. As itemized in the PEIS, the herbicide costs range from about $1 per acre for ground-applied tebuthiuron to over $125 per acre for ground-applied bromacil (see Table 3-23). In addition to the chemical costs, there would be costs for applying the herbicides. The Forest Service estimated the average cost at $100 per acre for ground application and $25 per acre for aerial application (USDA Forest Service 2005). The BLM's range of estimated application costs is even broader. For ground applications, these estimates range from $50 to $300 per acre for backpack or ATV applications and from $25 to $75 per acre for boom sprayer applications. Aerial applications are estimated at $6 to $40 per acre for fixed-wing aircraft and $25 to $200 per acre for helicopters. The differences are largely due to the variation in labor and time required to cover an acre by each application mode. It takes many more man-hours to treat an acre on foot or from a small ATV, for example, than to treat an acre with an aircraft. The portion of the total herbicide application cost attributable to labor has been estimated at 17% for aerial applications and 26% for ground applications. Assuming the overall average cost per acre would be approximately $96 per acre, application of chemical treatments on the proposed 931,850 acres would require an expenditure of approximately $89.5 million.

**Summary.** At best, these estimates of the costs of vegetation treatments are crude averages; actual costs

would vary widely, dictated by terrain, scale of a treatment project, accessibility of the treatment area, size of the problem vegetation stand being treated, type of vegetation requiring treatment, and other factors. None of the specifics of these factors are available for evaluation at the programmatic level, but they would be analyzed in greater detail for specific projects as they were developed.

The source of labor for the five vegetation treatment methods would vary with the project. Aerial application projects would be contracted out in most cases. Ground applications would be done by a combination of contractors and BLM personnel, either full-time or part-time employees. The determination of in-house or contract application would be determined for each project individually, depending on the specific needs of the project and the capabilities of the state or local BLM offices.

If goods and services were purchased locally, or additional workers were hired locally in support of a vegetation treatment project, state and local economies would benefit both from direct local expenditures and from "multiplier" effects of the dollars circulating through additional local and state business enterprises. Further, state and local governments would benefit through increased tax revenues. The relative public benefits would depend on the taxing structure of the individual states.

An additional consideration pertaining to BLM expenditures is the distribution of payments to state and local governments (see Table 3-24). None of the vegetation treatment methods would affect these payments, since they are established by Congress; the proposed vegetation treatment program would have no effect on the formula.

Irrespective of the particular treatment method selected, the costs associated with restoring or maintaining an ecosystem through vegetation treatments is generally much less than the cost of suppressing wildfires and implementing fire rehabilitation programs (USDI 2001a). In FY 2005, $218 million was budgeted by the Department of the Interior for fire suppression; the Forest Service budget was nearly $650 million (USDI BLM 2006c). Annual costs of vegetation treatments, using the assumptions above, would be approximately $1.4 billion.

#### *Effects on Private Property*

Over the long term, a reduction in hazardous fuels on public lands would reduce the likelihood of wildfires migrating from public lands to nearby private property, including both private ranch lands and private residences in the WUI. Vegetation treatments would also reduce the risks of noxious weeds spreading onto neighboring parcels, including poisonous weeds, which could harm livestock. A reduction in such risks would ultimately tend to sustain or even improve property values. Any such effects are not quantifiable at this broad scale of analysis.

## Human Health and Safety

Vegetation treatments involve risk, or the perception of risk, to workers and members of the public living or engaging in activities in or near treatment areas. An important goal of treatments is to manage vegetation to reduce hazardous fuels and restore fire adapted ecosystems to reduce the incidence of loss of life and injury to the public and firefighters resulting from catastrophic wildfires. Part of this goal includes developing smoke management plans to reduce the health effects of smoke on the public, and to identify herbicides that are safe to use around the public.

A human health risk assessment was conducted for the PEIS to evaluate potential human health risks that could result from herbicide exposure both during and after treatment of public lands. The HHRA was conducted to be scientifically defensible, to be consistent with currently available guidance where appropriate, and to meet the needs of the BLM vegetation treatment program. This PER focuses on potential human health risks that could result from other treatment methods, and fire use in particular.

Risk to two types of human "receptors" would be associated with vegetation treatments: occupational receptors and public receptors. Receptors are representative population groups that could have specific exposures to the treatments. Occupational receptors considered in the HHRA include workers that mix, load, and apply herbicides, operate transport vehicles and equipment, or conduct prescribed burns. In some cases an occupational receptor may perform multiple tasks, increasing his or her exposure. Public receptors included members of the public most likely to come into contact with applied herbicides, fire, or other treatment controls.

### Scoping Comments and Other Issues Evaluated in Assessment

Respondents suggested that at-risk groups like infants, the elderly, sick people, and people with sensitivities to chemicals and smoke be specifically addressed. A number of comments proposed that risk assessments be performed for both prescribed and natural fires. During public scoping, a large number of respondents during public scoping were concerned about the risks to human health from herbicide treatments. Numerous respondents urged the BLM to describe all potential toxicological hazards of herbicide chemicals, including their ability to disrupt hormone systems and immune systems. Establishing a goal of using the minimum effective dosage and developing protocols for achieving this goal was encouraged. There was also concern for the effects of herbicides on basket plants and the people who collect them, in particular Native Americans. Some respondents felt that the uncertainties about the environmental effects of herbicides and inert ingredients should be disclosed. According to some respondents, Oust® (herbicide formulated with sulfometuron methyl) should be considered for evaluation even though it was evaluated previously in the 1991 13-State Vegetation EIS (USDI BLM 1991a). One respondent noted that if there are insufficient toxicological data to be found for a specific herbicide, then that herbicide should not be used.

### Resource Program Goals

Important goals of the vegetation treatment program are to ensure the health and welfare of visitors to public lands, reduce the risk of catastrophic loss of people and property from wildfires, and provide a safe work environment for workers involved in vegetation treatment activities. Treatments that remove noxious and poisonous weeds and other harmful vegetation near public use sites and facilities would benefit public health and welfare and would involve all treatment methods. Because of concern regarding the potential effects of fire use and herbicides on public health, manual, mechanical, and biological control treatments would comprise a greater portion of the treatments in areas with high levels of public use, in the WUI, in cultural and traditional use areas, and in areas where there is a risk that fire or herbicides could affect people, structures, and traditional lifeway values. Fire use and herbicides would be the predominant methods in areas where dispersed recreation occurs and where treatment of large areas is required. During all treatments, worker safety would be paramount. All treatment methods

could result in injury or death to workers if proper operating procedures were not followed.

During FY 2005, wildfires burned 6.8 million acres on public lands. Over three out of every four fires were caused by lightning, while the remainder were caused by humans (USDI BLM 2006d).

Wildfires cause the loss of life and property. According to the National Interagency Fire Center (2005), 12 people died from wildland fire-related accidents in 2005. From 1999 to 2005, the leading cause of firefighter deaths nationally, which include federal, state, and local firefighters and volunteers, as well as private individuals who were involved in direct support of wildland fire operations are: vehicle accidents (23.8%), heart attacks (22.7%), aircraft accidents (22.3%), and burnovers/entrapments (20.2%).

During FYs 2002 to 2005, 49 USDI personnel were injured conducting fire operations. During 2005, wildland fires resulted in the loss of 240 primary residences and 750 total structures on lands near BLM- or Forest Service-administered lands (USDI BLM 2006c).

## Standard Operating Procedures

Standard operating procedures designed to reduce potential unintended effects to human health are listed in Table 2-5. When conducting treatments, workers would always wear appropriate safety equipment and clothing and use equipment that is properly maintained. For fire use, the BLM would use some form of pretreatment, such as mechanical or manual treatments, in areas where fire could not be safely introduced because of hazardous fuel buildup. Workers would notify nearby residents who could be affected by smoke. Those involved in fire use treatments would maintain adequate safety buffers between the treatment area and residences/structures.

When cutting vegetation, all brush and tree stumps would be cut flat, where possible, to eliminate sharp points that could injure a worker or the public. Only qualified personnel would be allowed to cut trees near powerlines, and any burning of vegetation debris would take place outside of ROWs to ensure that smoke would not provide a conductive path from transmission lines or electrical equipment to the ground. Spark arrestors would be required on all equipment to reduce the risk of accidental fire.

Workers applying herbicides would minimize application areas where possible; establish appropriate (herbicide-specific) buffer zones; post treated areas with appropriate signs at common public access areas; and notify the public of the potential for exposure. In addition, the BLM would have a copy of Material Safety Data Sheets at work sites; notify local emergency personnel of proposed treatments; contain and clean up spills and request help as needed; and secure containers during transport. The results from the HHRA would help inform BLM field offices on the proper application of herbicides to ensure that effects to humans were minimized to the extent practical.

## Adverse Effects of Treatments

The health and safety of workers could be at risk from exposure to herbicides; from working on uneven ground, broken terrain, and in dense vegetation; from use of hand and power tools; from inhalation of smoke; from exposure to falling debris; and from other accidental situations. The public could be at risk from flying debris if they were near an area where manual or mechanical equipment was used. For example, rocks or other debris could fly out from under a mower or brushhog during treatments along ROWs and near public high use areas and facilities.

Sensitive members of the public, including children and the elderly, and workers could experience minor discomfort from fire use, including eye, nose, and lung irritation. Workers could also suffer burns from fires. These risks would be minimized or avoided by following fire management plans, conducting burns during periods of favorable meteorological conditions to reduce smoke effects to the public, and by using proper equipment and following proper safety procedures. As discussed in the PEIS, herbicides pose risks to workers and the public. In general, mixer/loader/applicators would be most at risk from use of herbicides, and people living in close proximity to treatment areas would also be at low to moderate risk for adverse effects from some herbicides used by the BLM.

Risks from using biological control would be similar to those common to any human activities in a wildland environment (USDA Forest Service 2005).

### Effects of Fire Treatments

Approximately 2.1 million acres would be treated using fire, with Nevada, Wyoming, and Oregon accounting for over half of the acres treated. Workers and the public would be at risk from wildland fire, prescribed

fire, and fire use for resource benefits. Risks to workers and the public would include injury and fatality as a result of the fire itself, from inhalation exposure from combustion products, and from inhalation of volatized herbicide residues.

#### *Risks from Fire*

Prescribed burning presents various hazards to ground crews, who could possibly receive injuries ranging from minor to severe burns resulting in permanent tissue damage. Risks to workers would be minimized by use of protective clothing and by following standard safety procedures. The public could be exposed to similar risks if the fire escaped from the treatment area. The remoteness of most treatment areas and presence of fire crews and safety equipment would make the risk of injury to the public extremely low (USDI BLM 1991a).

#### *Risks from Smoke*

Substances that may be found in wood smoke include water, particulate matter, carbon monoxide, carbon dioxide, nitrogen oxides, aldehydes, ketones, and other substances (USDI BLM 1991a). Carbon dioxide and water make up over 90% of total mass emitted from wildland fires. Carbon dioxide may affect the global radiation budget (Sandberg and Dost 1990).

Particulate matter is the principal pollutant of concern from fires, particularly for particles less than 10 microns in diameter (Sandberg and Dost 1990, USEPA 1996). Approximately 14 to 50 tons of particulate matter is produced per ton of fuel burned. Particulate matter affects pulmonary function; and children, the elderly, and asthmatics are especially sensitive to exposure (Sandberg et al. 2002). Studies have shown that fine particles are linked (along or with other pollutants) to increased mortality and aggravation of preexisting respiratory and cardiovascular disease. Particulate matter can also affect immune systems (Ammann et al. 2001).

Although the long-term health effects from occupational smoke exposure are not well known, evidence suggests that brief, intense exposures to carbon monoxide and particulate matter can easily exceed short-term exposure limits in peak exposure situations such as direct attack and holding firelines downwind of an active wildfire or prescribed burn (Reinhardt and Ottmar 2000; Reinhardt et al. 2000). Average exposure over a worker's shift only occasionally exceeds recommended instantaneous exposure limits set by the American Conference of Governmental Industrial Hygienists, and rarely does it exceed Occupational Safety and Health Administration time weighted average limits (Reinhardt and Ottmar 2000; Sandberg et al. 2002). The long-term health effects to firefighters from smoke exposure are unknown, although there is anecdotal evidence that the incidence of cardiopulmonary disease and death may be greater than in the general population.

Smoke can cause highway safety problems when it impedes a driver's ability to see the roadway. Although this is a minor issue in the more remote areas of the West where most public lands are located, it is a problem in the southeastern U.S., where over a 10-year period 28 fatalities and 60 serious injuries were implicated with smoke from prescribed burning (Sandberg et al. 2002).

The gaseous components of smoke, including carbon monoxide, carbon dioxide, and nitrogen oxides, generally decompose or diffuse into the atmosphere relatively quickly. Emissions of carbon monoxide range from about 80 pounds per ton of wood burned for flames to 800 pounds per ton for smoldering fires. Carbon monoxide could represent a direct hazard to human health at the fireline. Carbon monoxide from prescribed fires likely poses no risk to community air quality (Sandberg and Dost 1990).

Polynuclear aromatic hydrocarbons (PAHs) are of significant toxicological concern when evaluating the effects from wood smoke because they contain at least five carcinogenic materials (USDI BLM 1991a). Aldehydes and ketones are ciliary toxicants that inhibit the removal of foreign material from the respiratory tract. Aldehydes are also known irritants that may be adsorbed onto the surface of particulate matter.

An HHRA was done in 1991 for the *Final Environmental Impact Statement Vegetation Treatment on BLM Lands in Thirteen Western States* (1991 13-State EIS) to assess the risks to workers and the public from PAHs found in wood smoke. Based on this assessment, estimated cancer risks from exposure to PAHs are not expected to exceed 1 in 1 million for any worker or member of the public, even in extreme cases.

#### *Risks from Herbicides in Brown-and-burn Operations*

Vegetation may be treated with herbicides several weeks before beginning a prescribed burn, with the goal of drying the vegetation to accomplish a more efficient burn. Herbicides that could be used for this purpose include 2,4-D, glyphosate, hexazinone, picloram, and

triclopyr. An analysis of the risk from volatilization of herbicide residues was also done as part of the 1991 13-State EIS. Based on this assessment, neither workers nor the public would be expected to be at risk from herbicide residues volatilized in a brown-and-burn operation (USDI BLM 1991a). Other studies have shown that hot fires thermally degrade most herbicides, but that smoldering fires have the potential to volatilize large amounts of some herbicides (Bush et al. 1998). Exposure analyses indicate, however, that no significant health risks occur from herbicides incorporated into forest soils. Naturally occurring chemical by-products of combustion were of greater risk to human health.

**Effects of Mechanical Treatments**

Approximately 2.2 million acres would be treated using mechanical methods under the proposed treatment program, which is a 3-fold increase from current levels. Most mechanical treatments would occur on public lands in Nevada, Idaho, Oregon, and Utah. About 15% of mechanical treatments that remove vegetation would involve mowing, while the remaining treatments would involve cutting, crushing, shredding, and logging.

Workers using tractors and other heavy equipment would face the same types of risks as workers using similar equipment; however, risks of severe injuries from mechanical treatments would be low if workers adhered to standard safety procedures (BPA 2000). During a 4-year period, only one BPA worker was hurt operating mechanical equipment during vegetation control treatments; similar low accident rates would be likely for BLM workers and contractors.

Contact with cutting blades, mulchers, shredders, drills, or similar equipment during operation could hurt machinery workers. Operators could be injured or killed by losing control of their equipment, which would be most likely to occur during treatments on steep slopes, near wetlands or other unstable surfaces, or in dense foliage. Rocks and other flying debris kicked up by equipment could harm the operator or other workers near the treatment site. These risks could be minimized by avoiding treatments on steep slopes or traveling perpendicular to the slope, maintaining equipment in optimal working order, and using shields on equipment to deflect flying debris. High noise levels during equipment operations could cause operators to experience partial hearing impairment. Use of hearing protection devices would help to reduce noise risks (USDI BLM 1991a). Exhaust gases could be harmful to equipment operators working in tight spaces. Workers using machinery in powerline ROWs would need to be

extra careful to avoid contact with the powerline, or with vegetation touching the powerline, to avoid electrocution.

The public would be at a slight risk for injury from flying debris. Risks to the public would be greatest for vegetation treatment activities near public facilities and along ROW. Maintaining a safety buffer around treatment areas would limit the risk of harm to the public from mechanical treatment operations.

Fuels and lubricants used in mechanical equipment could spill into a stream or other water body from an accident or leak, or during refueling, potentially fouling drinking water sources. The BLM would refuel trucks, tractors, and other equipment away from water bodies, preferably at a designated fueling site, and would carry sorbents or other spill cleanup materials or equipment to work sites to clean up any minor spills that occurred during equipment operation.

**Effects of Manual Treatments**

Under the proposed treatment program, manual treatments would be used on about 5% of public lands. Nearly all manual treatments would involve pulling or cutting vegetation with non-motorized hand equipment or chainsaws. Workers would be exposed to a variety of risks when using hand tools and pulling weeds. Hand pulling exposes workers to the hazards of physical contact with irritant weeds, such as leafy spurge, common tansy, and poison ivy, which can cause blisters, dermatitis, and inflammation. Workers could also suffer allergic reactions to pollen from ragweed and other grasses and forbs.

Workers would be at risk from biting and sucking insects, such as ticks and mosquitoes. Certain tick species carry diseases such as Rocky Mountain spotted fever and Lyme disease. Workers could also come into contact with poisonous snakes in most regions except Alaska. Workers frightening or surprising bears and other wildlife would be at risk for attacks. Some manual treatments would occur in remote areas, especially in wilderness or other special areas where use of motorized equipment is discouraged. The time required to obtain medical treatment in remote areas might complicate some injuries (USDI BLM 1991a).

Workers implementing manual treatments should be in good physical condition. Nonetheless, physical exertion during hot weather could lead to heat stroke. Exertion could also exacerbate existing chronic health problems, such as arthritis or tendonitis, or result in a stroke or

heart attack. Falls or other accidents could also occur. When using hand tools, workers could hit or cut themselves with tools, be hit by falling trees, shrubs, or debris, or fall onto sharp equipment or the ends of cut vegetation. Injuries could range from minor scrapes to major bleeding or bone fractures. Severe injuries occurring in remote areas could become fatal. Maintaining equipment in optimal working condition and using automatic shut-off devices would help to reduce the likelihood of injury. Workers would be exposed to noise and exhaust from motorized equipment. Use of hearing protection and operation of equipment in well-ventilated areas would minimize effects to operator health.

It is unlikely that the public would be at risk from manual treatments. It is possible that flying debris could accidentally hit a person, but safety zones around work areas should minimize this possibility.

**Effects of Biological Treatments**

Approximately 8% of public lands would be treated using biological control methods, with half of these treatments occurring in Idaho, Montana, and Wyoming. Nearly two-thirds of all biological treatments would involve domestic animals (such as livestock). Most of the remaining biological treatments would utilize insects; pathogens would be used on less than 100 acres annually.

Livestock managers could be stepped on, trampled, kicked, or bitten by livestock, or hurt while operating vehicles when transporting livestock to or from the treatment area. Workers could also suffer minor discomfort from exposure to livestock fecal material and animal odors. Members of the public could experience similar effects if they were to come into contact with livestock. Large numbers of livestock, combined with a long period of vegetation containment, could result in large amounts of fecal material within the treatment area. If fecal material were to enter surface waters through direct deposition or from runoff, members of the public downstream from the treatment site could drink contaminated water. Using stock tanks as an alternate water source, constructing range fencing, and moving and dispersing livestock away from riparian and other aquatic areas would reduce this risk (USDI BLM 1991a).

Workers could be hurt during operation of equipment to transport and release insects and pathogens at treatment sites. Only biological control agents that have been studied and determined not to pose a risk to non-target or desirable species would be used to treat vegetation. Thus, it is unlikely that Native peoples or other members of the public would come into contact with these organisms when harvesting vegetation.

**Effects of Chemical Treatments**

The risks to workers and the public from the use of 24 herbicides currently available or proposed for use by the BLM were evaluated in the HHRA prepared for the PEIS (see Human Health and Safety in Chapter 4, and Appendix B). The following sections summarize the results of that assessment.

***Human Health Risks by Application Method and Amount***

Aerial applications of herbicides pose a greater risk to the public due to off-site drift than ground applications, as herbicides applied at greater distances from the ground are able to drift farther from the target application area. Therefore, public receptors within a larger radius of the treatment site would be at risk if the herbicide was applied aerially than if it was applied by a ground application method.

Spot applications would be less likely to pose a risk to downwind receptors than boom/broadcast applications. However, spot applications would be more likely to pose a risk to the worker charged with applying the herbicide; because these workers are more likely to come into contact with the herbicide, their exposure doses could be higher. In particular, there would be a low to moderate risk to workers applying diquat by backpack or horseback from exposure to the herbicide, whereas those applying diquat at the typical application rate by ATV or truck would not be at risk.

Most of the herbicides do not pose a risk to human receptors when applied at the typical application rate. At the maximum application rate, however, more herbicides, under more exposure scenarios, have the potential to adversely affect human health. Based on the HHRAs, fluridone, chlorsulfuron, clopyralid, glyphosate, picloram and triclopyr would not pose a risk when applied at the typical rate, but would pose a risk under one or more exposure scenarios involving applications at the maximum application rate. There would not be risks associated with scenarios involving applications of dicamba, diflufenzopyr, imazapic, imazapyr, metsulfuron methyl, or sulfometuron methyl at the maximum (or typical) application rate.

#### *Human Health Risks by Receptor*

There would be risk to workers treating vegetation with 2,4-D, 2,4-DP, asulam, atrazine, bromacil, diquat, diuron, fosamine, mefluidide, simazine, or tebuthiuron at either the typical or the maximum application rate. Atrazine and diuron pose risks to most receptors under scenarios involving the typical application rate. There would be low to moderate risks to receptors aerially applying 2,4-D, atrazine, diquat, bromacil, simazine, or tebuthiuron, even at typical rates, and most workers would be at risk when applying these herbicides at maximum application rates. 2,4-D, 2,4-DP, atrazine, and fosamine pose risks to ground applicators, particularly under scenarios involving the maximum application rate. Mixer/loaders would be at low risk during aerial applications of fluridone, and high risk during aerial applications of atrazine, bromacil, diuron, simazine, or tebuthiuron. Applicators would be at risk during ground broadcast applications of atrazine or diuron at the typical rate, and during ground broadcast applications of 2,4-DP, bromacil, chlorsulfuron, fosamine, or tebuthiuron at the maximum rate. All occupational receptors would be at risk from applying atrazine, hexazinone, tebuthiuron, and triclopyr at the maximum application rate. The rest of the potential occupational exposures would not pose a risk to receptors. Workers involved in the aerial application of herbicides appear to be at greater risk than other occupational receptors; however, the application method that poses the greatest risk to workers appears to vary depending on the herbicide, so application methods for each herbicide should be carefully evaluated with respect to potential human health effects.

In general, public receptors are less at risk than occupational receptors. However, within this category, children can be more at risk than adults. Public receptors do not appear to be at risk from applications of chlorsulfuron, dicamba, diflufenzopyr, imazapic, imazapyr, metsulfuron methyl, or sulfometuron methyl. Diquat application at the typical application rate poses low risks to child residents. When applied at the maximum rate, diquat would pose low to moderate risks to all public receptors, except swimmers. Diuron would pose risks to most public receptors under worst-case exposures. In addition, 2,4-D, 2,4-DP, asulam, atrazine (also at maximum exposure), bromacil, clopyralid, diuron, fluridone, fosamine, glyphosate, hexazinone, mefluidide, picloram, simazine, tebuthiuron, and triclopyr could pose risks to public receptors under one or more accidental exposure scenarios (e.g., exposure resulting from the spill of an herbicide into a small pond). For most herbicides (except diquat), risks to public receptors could be minimized or avoided by using the typical application rate and following SOPs that would greatly reduce the likelihood of accidents.

## Beneficial Effects of Treatments

As discussed in Chapter 1, Purpose of the Environmental Report, the President and Congress have directed the BLM, through implementation of the *National Fire Plan* (USDI and USDA Forest Service 2001), and the *Healthy Forests Restoration Act of 2003*, to take more aggressive actions to reduce catastrophic wildfire risk on public lands. These actions would be taken to protect life and property, and to manage vegetation in a manner that provides for long-term economic sustainability of local communities, improved habitat and vegetation conditions for fish and wildlife, and other public land uses. As outlined in this PER, these actions include a proposed 3-fold increase in the use of fire and other treatment methods from current levels to reduce hazardous fuels and the risk of catastrophic wildfire, and the identification and evaluation of several new herbicides that could be used to treat vegetation with less risk to humans than most other herbicides currently available to the BLM. About half of this effort would be conducted in the WUI, where risks to human health from smoke and fire are greater than in more remote lands.

Unplanned or unwanted fires, such as catastrophic wildfires, can pose serious threats to public health and safety, as well as to air quality. Because these fires are uncontrolled, they can pose significant threats to the safety of firefighters and the general public and destroy property. The intense or extended periods of smoke associated with uncontrolled fires can also cause serious health problems and decrease visibility (USEPA 1998a). Wildfires cause the loss of life and property. According to the National Interagency Fire Center (2005), 12 people died from wildland fire-related accidents in 2005. Wildfires have also destroyed thousands of structures and caused the evacuations of thousands of residents in recent years.

Prescribed fires and fire use for resource benefit, on the other hand, are used to restore natural fire cycles, reduce the buildup of hazardous fuels, and restore native vegetation and natural ecosystem processes. Scheduling burning during favorable weather conditions and controlling the amount of fuel and acreage burned can minimize emissions and adverse effects of smoke on public health and the environment. In addition, fire

management agencies, including the BLM, work closely with the USEPA, the National Interagency Fire Center, and tribal, state, and local fire agencies to manage smoke from prescribed fire activities. As part of this effort to manage smoke and its health effects, wildland owners and managers are encouraged to consider alternative treatments to fire, including mechanical, manual, and chemical treatments, and reduce fuel levels before burning. Mechanical thinning and biomass utilization are part of the suite of treatments the BLM would use in areas where fire presents an unacceptable risk. If fire were to lead to violation of the PM air quality standards, the USEPA would work with states or tribes to review and upgrade smoke management programs to ensure that human health was not compromised by use of fire (USEPA 1998a, USDA Forest Service and USDI BLM 2000b).

The *Restoring Fire-adapted Ecosystems on Federal Lands: A Cohesive Strategy for Protecting People and Sustaining Natural Resources* (Hann et al. 2002) modeled the effects of existing and proposed higher levels of treatments on fire risk to ecosystems and communities. In addition, the strategy looked at the benefits of less aggressive measures, such as creating defensible space around homes, in reducing loss of property and life. Based on the cohesive strategy, aggressive actions to reduce hazardous fuels and improve ecosystem function within the WUI, similar to those proposed in this PER, would reduce the risk to people and property by about one-third.

Herbicides would be used to treat vegetation to reduce hazardous fuels, restore native vegetation, and restore natural ecosystem processes. In addition to increasing the number of acres treated with herbicides, the BLM proposes to use four new herbicides (diflufenzopyr [as a formulation with dicamba], diquat, fluridone, and imazapic) that have been shown to be effective in the treatment of aquatic and terrestrial vegetation, as well as any new chemicals that become available in the future.

Based on an HHRA, three of the four new herbicides (all except diquat) appear to be relatively harmless to humans; therefore, there would be increased options for appropriately managing vegetation while minimizing the risk to human receptors. If these three new herbicides were used in place of currently-available herbicides that are more harmful to humans, there would be fewer risks than under current herbicide treatment programs. Since diquat potentially presents greater risk to humans under many application scenarios, it should not be used, or be used only in very limited scenarios at the typical application rate, where there is no risk to human receptors (e.g., ground applications from trucks in berry gathering sites or in areas that are not near residences).

Other treatment methods (mechanical, manual, and biological control), would have negligible to minor effects on worker and public health, while still contributing to overall control of vegetation and improvement in ecosystem function.

## CHAPTER 5

# REFERENCES

BLM_0008899

Case No. 1:20-cv-02484-MSK Document 28-7 filed 04/27/21 USDC Colorado pg 99 of 137

# CHAPTER 5

# REFERENCES

**Adams, L., W. Collins, B. Dale, and K. Joly. 2000.** Assessing Wildlife Fire Impacts on Winter Habitat Use and Distribution of Caribou within Alaska's Boreal Forest Ecosystem. U.S. Geological Survey and Alaska Department of Fish and Game. Juneau, Alaska.

**Adovasio, J.M. 1986.** Prehistoric Basketry. Pages 194-205 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Agee, J. K. 1993.** Fire Ecology of Pacific Northwest Forests. Island Press. Washington, D.C.

**________. 1994.** Fire and Weather Disturbances in Terrestrial Ecosystems of the Eastern Cascades. General Technical Report PNW-GTR-320. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

**Agyagos, J., A. Telles, and R. Fletcher. 2001.** Biological Assessment and Evaluation: Wildland Urban Interface Fuel Treatment. USDA Forest Service Southwestern Region. Albuquerque, New Mexico.

**Aikens, M.C. 1983.** The Far West. Pages 203-241 *in* Ancient North Americans (J.D. Jennings, ed.). W.H. Freeman and Company. New York, New York.

**________, and D.B. Madsen. 1986.** Prehistory of the Eastern Area. Pages 149-160 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Alaska Wildland Fire Coordinating Group. 1998.** Alaska Interagency Wildland Fire Management Plan. Anchorage, Alaska.

**Aldridge, D.W., B.S. Payne, and A.C. Miller. 1987.** The Effects of Intermittent Exposure to Suspended Solids and Turbulence on Three Species of Freshwater Mussels. Environmental Pollution 45:17-28.

**Allen, A.W. 1987.** The Relationship between Habitat and Furbearers. Pages 164-179 *in* Wild Furbearer Management and Conservation in North America (M. Novak, J.A. Baker, M.E. Obbard, and B. Malloch, eds.). Ontario Ministry of Natural Resources. Toronto, Ontario.

**Allen, M.F. 1991.** Ecology of Mycorrhizae. Cambridge University Press. Cambridge, England.

**Alley, W.M., T.E. Reilly, and O.L. Franke. 1999.** Sustainability of Ground-water Resources. U.S. Geological Survey Circular 1186. Available at: http://pubs.usgs.gov/circ/circ1186/index.html.

**Amaranthus, M., H. Jubas, and D. Arthur. 1989.** Stream Shading, Summer Streamflow, and Maximum Water Temperatures Following Intense Wildfires in Headwater Streams. General Technical Report PSW-109: 75-78. USDA Forest Service Pacific Southwest Research Station. Albany, California.

**Ames, K.M., D.E. Dumond, J.R. Galm, and R. Minor. 1998.** Prehistory of the Southern Plateau. Pages 73-80 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**________, and H.D.G. Maschner. 1999.** Peoples of the Northwest Coast: Their Archeology and Prehistory. Thames and Hudson Ltd. London, England.

**Ammann, H., R. Blaisdell, and M. Lipsett. 2001.** Wildfire Smoke: A Guide for Public Health Officials. Washington State Department of Health. Olympia, Washington.

BLM_0008900

**Anderson, D.C., K.T. Harper, and S.R. Rushforth. 1982.** Recovery of Cryptogamic Soil Crusts from Grazing on Utah Winter Ranges. Journal of Range Management 35(3):355-359.

**Anderson, D.D. 1984.** Prehistory of North Alaska. Pages 80-93 *in* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Anderson, L. 2001.** Terrestrial Wildlife and Habitat. Chapter 7 *in* Fire Effects Guide. National Wildfire Coordinating Group, National Interagency Fire Center. Boise, Idaho. Available at: http://www.nwcg.gov/pms/RxFire/FEG.pdf.

**Anderson, R. 1988.** Montane Hardwood-conifer. Pages 70-71 *in* A Guide to Wildlife Habitats in California (K.E. Mayer and W.F. Laudenslayer, Jr., eds.). California Department of Forestry and Fire Protection. Sacramento, California.

**Andreev, V. N. 1954.** The Growth of Forage Lichens and the Methods for Their Regulation. Geobotanika 9:11-74.

**Andrews, B. 2004.** Vegetative Treatments and Their Potential Effects to Cultural Resources. Uncompahgre Plateau Study Project, Contract No. UPSP03-01. Report on file at Bureau of Land Management, Durango Field Office. Durango, Colorado.

**Ansley, R.J., B.A. Kramp, and D.L. Jones. 1995.** Response of Honey Mesquite to Single and Repeated Summer Fires. Pages 13-14 *in* 1995 Research Highlights Vol. 26. College of Agricultural Sciences and Natural Resources, Range, Wildlife, and Fisheries Management. Texas Tech University. Lubbock, Texas.

**________, D.L. Jones, and B.A. Kramp. 1996.** Use of Different Intensity Fires to Convert Prosopis Woodlands to Grasslands or Savannas. Pages 13-14 *in* Proceedings of 5th International Rangeland Congress, Vol. 1 (N. West, ed.). Denver, Colorado.

**Apfelbaum, S., and A. Haney. 1981.** Bird Populations before and after Wildfire in a Great Lakes Pine Forest. Condor 83:347-354.

**Archer, S. 1994.** Woody Plant Encroachment into Southwestern Grasslands and Savannas: Ratios, Patterns, and Approximate Causes. Pages 13-68 *in* Ecological Implications of Livestock Herbivory in the West (M. Vavra, W.A. Laycock, and R.D. Pieper, eds.). Society for Range Management. Denver, Colorado.

**________. 1995.** Tree-grass Dynamics in a Prosopis-thornscrub Savanna Parkland: Reconstructing the Past and Predicting the Future. Ecoscience 2:83-99.

**Arend, J.L. 1950.** Influence of Fire and Soil on Distribution of Redcedar in the Ozarks. Journal of Forestry 48:129-130.

**Arno, S.F. 1980.** Forest Fire History in the Northern Rockies. Journal Forestry 78(8):460-465.

**________. 1988.** Fire Ecology and its Management Implications in Ponderosa Pine Forests. Pages 13-140 *in* Ponderosa Pine—the Species and Its Management: Symposium Proceedings (D.M. Baumgartner and J.E. Lotan, eds.). Spokane, Washington. Washington State University Cooperative Extension. Pullman, Washington.

**________. 2000.** Fire in Western Forest Ecosystems. Pages 97-120 *in* Wildland Fire in Ecosystems: Effects of Fire on Flora (J.K. Brown and J.K. Smith, eds.). General Technical Report RMRS-GTR-42-Volume 2. USDA Forest Service Rocky Mountain Research Station. Ogden, Utah.

**________, and G.E. Gruell. 1983.** Fire History at the Forest/grassland Ecotone in Southwestern Montana. Journal of Range Management 36:332-336.

**________, E.D. Reinhardt, and J.H. Scott. 1993.** Forest Structure and Landscape Patterns in the Subalpine Lodgepole Pine Type: A Procedure for Quantifying Past and Present Conditions. General Technical Report INT-294. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Asher, J.E., and S.A. Dewey. 2005.** Estimated Annual Rates of Weed Spread on Western Federal Wildlands. Draft White Paper. Federal Interagency Committee for Management of Noxious and Exotic Weeds (FICMNEW). Washington, D.C.

**________, S. Dewey, C. Johnson, and J. Olivarez. 2001.** Reducing the Spread of Invasive Exotic Plants Following Fire in Western Forests, Deserts, and Grasslands. Pages 102-103 *in* Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species (K.E.M. Galley and T.P. Wilson, eds.). Miscellaneous Publication No. 11. Tall Timbers Research Station. Tallahassee, Florida.

**ATTRA (National Sustainable Agriculture Information Service). 1997.** Purple Loosestrife: Public Enemy No. 1 on Federal Lands. ATTRA Interior Helper Internet. Washington, D.C. Available at: http://ceris.purdue.edu/napis/pests/pls/factspls.txt.

**Auclair, A.N.D. 1983.** The Role of Fire in Lichen-dominated Tundra and Forest-tundra. Pages 235-256 *in* The Role of Fire in Northern Circumpolar Ecosystems (R.W. Wein and D.A. MacLean, eds.). Scope 18. John Wiley and Sons. New York, New York.

**Autenrieth, R.W., W. Molini, and C. Braun. 1982.** Sage Grouse Management Practices. Western States Sage Grouse Committee. Twin Falls, Idaho.

**Bahre, C.J. 1985.** Wildfire in Southeastern Arizona Between 1859 and 1890. Desert Plants 7(4):190-194.

**Bailey, R.G. 1997.** Map: Ecoregions of North America (Revised). (Scale: 1:15,000,000). USDA Forest Service in Cooperation with The Nature Conservancy and the U.S. Geological Survey. Washington, D.C.

**________. 2002.** Ecoregions. Pages 235-245 *in* The Physical Geography of North America (A.R. Orme, ed.). Oxford University Press. Oxford, England.

**Bakeman, M.E., and T. Nimlos. 1985.** The Genesis of Mollisols under Douglas-fir. Soil Science 140(6):449-452.

**Baker, M.F., R.L. Eng, J.S. Gashwiler, M.H. Schroeder, and C.E. Braun. 1976.** Observation Committee Report on Effects of Alteration of Sagebrush Communities on the Associated Avifauna. Wilson Bulletin 88:165-171.

**Baker, W.L. 2006.** Fire and Restoration of Sagebrush Ecosystems. Wildlife Society Bulletin 34:177-185.

**Balda, R.P. 1975.** Vegetation Structure and Breeding Bird Density. Pages 59-80 *in* Proceedings of the Symposium on Management of Forests and Range Habitats for Nongame Birds (D.R. Smith, technical coordinator). General Technical Report WO-1. USDA Forest Service. Washington, D.C.

**________, and N. Masters. 1980.** Avian Communities in the Pinyon-juniper Woodland: A Descriptive Analysis. Pages 146-169 *in* Workshop Proceedings: Management of Western Forests and Grasslands for Nongame Birds (R.M. DeGraaf and N.G. Tilghman, eds.). General Technical Report INT-86. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Ball, D., P.J.S. Hutchinson, T.L. Miller, D.W. Morishita, R. Parker, R.D. William, and J.P. Yenish. 2001.** Pacific Northwest Weed Management Handbook. Oregon State University. Corvallis, Oregon.

**Bangsund, D. A., and F.L. Leistritz. 1991.** Economic Impacts of Leafy Spurge in Wildlands in Montana, South Dakota, and Wyoming. North Dakota State University, Agricultural Economics Station. Agricultural Report No. 275. Fargo, North Dakota.

**________, J.A. Leitch, and F.L. Leistritz. 1996.** Economic Analysis of Herbicide Control of Leafy Spurge in Rangeland. North Dakota State University Agricultural Experimental Station. Agricultural Economics Report No. 342. Fargo, North Dakota.

**________, J.F. Baltezore, J.A. Leitch, and F.L. Leistritz.. 1993.** Economic Impacts of Leafy Spurge in Wildlands in Montana, South Dakota, and Wyoming. North Dakota State University, Agricultural Economics Station. Agricultural Report No. 304. Fargo, North Dakota.

**________, F.L. Leistritz, and J.A. Leitch. 1997.** Predicted Future Economic Impacts of Biological Control of Leafy Spurge in the Upper Midwest. North Dakota State University Agricultural Experimental Station. Agricultural Economics Report No. 382. Fargo, North Dakota.

**________, ________, ________. 1999a.** Assessing Economic Impacts of Biological Control of Weeds: the Case of Leafy Spurge in Northern Great Plains of the United States. Journal of Environmental Management 56:35-53.

**________, D.J. Nudell, R.S. Sell, and F.L. Leistritz. 1999b.** Economic Analysis of Controlling Leafy Spurge with Sheep. North Dakota State University Agricultural Experimental Station. Economics Report No. 431. Fargo, North Dakota.

**Barrett, S. W., and S. F. Arno. 1982.** Indian Fires as an Ecological Influence in the Northern Rockies. Journal of Forestry 80:647-651.

**________, ________, and C.H. Key. 1991.** Fire Regimes of Western Larch-lodgepole Pine Forests in Glacier National Park, Montana. Canadian Journal of Forest Research 21:1711-1720.

**________, ________, and J.P. Menakis. 1997.** Fire Episodes in the Inland Northwest (1540-1940) Based on Fire History Data. General Technical Report INT-GTR-370. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Barrows, D.P. 1900.** The Ethnobotany of the Cahuilla Indians of Southern California. Ph.D. Dissertation, University of Chicago. Chicago, Illinois.

**Bartos, D.L. 1998.** Aspen, Fire, and Wildlife. Pages 44-48 *in* Fire and Wildlife in the Pacific Northwest. The Wildlife Society Oregon and Washington Chapters. Spokane, Washington.

**________, F.R. Ward, and G.S. Innis. 1983.** Aspen Succession in the Intermountain West: A Deterministie Model. General Teehnieal Report INT-153. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Basso, K.H. 1983.** Western Apache. Pages 462-488 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Battye, R., B. Bauer, and S. Walsh. 2001.** Wildland Smoke Management Program Survey. Prepared for the Western Governors' Association, Denver, Colorado. EC/R Incorporated. Chapel Hill, North Carolina.

**Battye, W., and R. Battye. 2002.** Development of Emissions Inventory Methods for Wildland Fire. Prepared for USEPA, Research Triangle Park, North Carolina. EC/R Incorporated. Durham, North Carolina.

**Bean, L.J., and K.S. Sabel. 1972.** Cahuilla Indian Knowledge and Usage of Plants. Malki Museum Press. Banning, California.

**Beck, K.G. 1999.** Biennial Thistles. Pages 145-165 *in* Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

**Beetle, A.A. 1960.** A Study of Sagebrush the Section Tridentatae of Artemisia. Bulletin No. 368. University of Arizona Agricultural Experiment Station. Tucson, Arizona.

**________. 1974.** Range Survey in Teton County, Wyoming. Part 4: Quaking Aspen. SM-27. University of Wyoming Agricultural Experiment Station. Laramie, Wyoming.

**Behnke, R.J. 1992.** Native Trout of Western North America. American Fisheries Society Monograph Number 6. Washington, D.C.

**Belnap, J. 1994.** Potential Role of Cryptobiotic Soil Crust in Semiarid Rangelands. Pages 179-185 *in* Proceedings: Ecology and Management of Annual Rangelands (S.B. Monsen and S.G. Kitchen, eds.). General Technical Report INT-GTR-313. USDA Forest Service Intermountain Research Station. Ogden, Utah.

________. **1995.** Surface Disturbances: Their Role in Accelerating Desertification. Environmental Monitoring and Assessment 37:39-57.

________**, and J.S. Gardner. 1993.** Soil Microstructure of the Colorado Plateau: The Role of the Cyanobacterium *Microcoleus vaginatus*. Great Basin Naturalist 53:40-47.

________**, and D.A. Gillette. 1998.** Vulnerability of Desert Soil Surfaces to Wind Erosion: Impacts of Soil Texture and Disturbance. Journal of Arid Environments 39:133-142.

________**, and S. L. Phillips. 2001.** Soil Biota in an Ungrazed Grassland: Response to Annual Grass (*Bromus tectorum*) Invasion. Ecological Applications 11:1261-1275.

________**, R. Rosentreter, S. Leonard, J.H. Kaltenecker, J. Williams, and D. Eldridge. 2001.** Biological Soil Crusts: Ecology and Management. USDI BLM National Science and Technology Center. Report Technical Reference 1730-2. Denver, Colorado.

**Belsky, A.J. 1996.** Viewpoint: Western Juniper Expansion: Is It a Threat to Arid Northwestern Ecosystems? Journal of Range Management 49:53-59.

________**, and J.L. Gelbard. 2000.** Livestock Grazing and Weed Invasions in the Arid West. Oregon Natural Desert Association. Bend, Oregon.

**Bender, G.L. (ed.). 1982.** Reference Handbook on the Deserts of North America. Greenwood Press. Westport, Connecticut.

**Bendix, J. 2002.** Pre-european Fire in California Chaparral *in* Fire, Native Peoples, and the Natural Landscape (T.R. Vale, ed.). Island Press. Washington, D.C.

**Benson, L.A., C.E. Braun, and W.C. Leininger. 1991.** Sage Grouse Response to Burning in the Big Sagebrush Type. Pages 97-104 *in* Issues and Technology in the Management of Impacted Wildlife: Proceedings of a National Symposium (R.D. Comer, P.R. Davis, S.Q. Foster, C.V. Grant, S. Rush, O. Thorne, II., and J. Todd, eds.). Thorne Ecological Institute. Boulder, Colorado.

**Berg, N.H., D. Azuma, and A. Carlson. 2002.** Effects of Wildfire on In-channel Woody Debris in the Eastern Sierra Nevada, California. General Technical Report PSW-GTR-181. USDA Forest Service Pacific Southwest Research Station. Albany, California.

**Bergeron, Y., and M. Dubuc. 1989.** Succession in the Southern Part of the Canadian Boreal Forest Region. Vegetation 79:51-63.

________**, and P.R. Dansereau. 1993.** Predicting the Composition of Southern Boreal Forest at Different Fire Cycles. Journal of Vegetation Science 4:1-6.

**Berndt, H.W. 1971.** Early Effects of Forest Fire on Streamflow Characteristics. Forest Service Research Note PNW-148. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

**Beschta, R.L. 2000.** Effects of Fire on Water Quantity and Quality. Pages 219-232 *in* Natural and Prescribed Fire in Pacific Northwest Forests (J.D. Walstad, S.R. Radosevich, and D.V. Sandberg, eds.). Oregon State University Press. Corvallis, Oregon.

________**, R.E. Bilby, G.W. Brown, L.B. Holtby, and T.D. Hofstra. 1987.** Stream Temperature and Aquatic Habitat: Fisheries and Forestry Interactions. Pages 191-232 *in* Streamside Management: Forestry and Fishery Interactions. University of Washington, Institute of Forest Resources Contribution 57. Seattle, Washington.

**Bevans, H.E., M.S. Lico, and S.J. Lawrence. 1998.** Water Quality in the Las Vegas Valley Area and the Carson and Truckee River Basins, Nevada and California, 1992-96. U.S. Geological Survey Circular 1170. Available at: http://pubs.usgs.gov/circ/circ1170/.

**Bevis, K.R., G.M. King, and E.E. Hanson. 1997.** Spotted Owls and 1994 Fires on the Yakama Indian Reservation. Pages 117-122 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

**Beyers, J.L., and W.O. Wirtz, II. 1997.** Vegetative Characteristics of Coastal Sage Scrub Sites Used by California Gnatcatchers: Implications for Management in a Fire-prone Ecosystem. Pages 81-89 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

**Binkley, D., and T. C. Brown. 1993.** Management Impacts on Water Quality of Forests and Rangelands. USDA Forest Service. General Technical Report, RM-239. Fort Collins, Colorado.

**Biological Resources Research Center. 2001.** Threatened and Endangered Animals of the Great Basin. University of Nevada. Reno, Nevada.

**Bisson, P.A., R.E. Bilby, M.D. Bryant, C.A. Dolloff, G.B. Grette, R.A. House, M.L. Murphy, K.V. Koski, and J.R. Sedell. 1987.** Large Woody Debris in Forested Streams in the Pacific Northwest: Past, Present, and Future. Pages 143-190 *in* Streamside Management: Forestry and Fishery Interactions (E.O. Salo and T.W. Cundy, eds.). University of Washington, Institute of Forest Resources Contribution 57. Seattle, Washington.

**_________, B.E. Rieman, C. Luce, P.F. Hessburg, D.C. Lee, J.L. Kershner, G.H. Reeves, and R.E. Gresswell. 2003.** Fire and Aquatic Ecosystems of the Western USA: Current Knowledge and Key Questions. Forest Ecology and Management 178(1-2): 213-229.

**Biswell, H.H. 1969.** Prescribed Burning for Wildlife in California Brushlands. North American Wildlife and Natural Resource Conference 34:438-446.

**Bjornn, T.C., and D.W. Reiser. 1991.** Habitat Requirements of Salmonids in Streams. American Fisheries Society Special Publication 19:83-138. Bethesda, Maryland.

**Blaisdell, J.P. 1949.** Competition between Sagebrush Seedlings and Reseeded Grasses. Ecology 30:512-519.

**________, and R.C. Holmgren. 1984.** Managing Intermountain Rangelands—Salt Desert Shrub Ranges. USDA Forest Service General Technical Report INT-163. Intermountain Research Station. Ogden, Utah.

**________, R.B. Murray, and E.D. McArthur. 1982.** Managing Intermountain Rangelands-sagebrush-grass Ranges. General Technical Report INT-134. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Blank, R.R., J.A. Young, and F.L. Allen. 1995.** The Soil Beneath Shrubs Before and After Wildfire: Implications for Revegetation. Pages 173-176 *in* Proceedings: Wildland Shrub and Arid Land Restoration Symposium. April 1995. General Technical Report GTR-315. USDA Forest Service Intermountain Forest and Range Experiment Station. Ogden, Utah.

**Bleak, A.T., N.C. Frischknecht, A.D. Plummer, and R. E. Eckert, Jr. 1965.** Problems in Artificial and Natural Revegetation of the Arid Shadscale Vegetation Zone of Utah and Nevada. Journal of Range Management 18:59-65.

**Bliss, L.C., and R.W. Wein. 1971.** Changes to the Active Layer Caused by Surface Disturbances. Pages 37-47 *in* Proceedings: Seminar on Permafrost Active Layer. Technical Memorandum 103. Canadian Natural Research Council, Association Geotechnical Research.

**________, and ________. 1972.** Plant Community Responses to Disturbances in the Western Canadian Arctic. Canadian Journal of Botany 50:1097-1109.

**Blumler, M.A. 1992.** Some Myths About California Grasslands and Grazers. Fremontia 20:22-27.

**Bock, C.E., and J.H. Bock. 1978a.** Response of Birds, Small Mammals, and Vegetation to Burning Sacaton Grasslands in Southeastern Arizona. Journal of Range Management 31:296-300.

**________, and ________. 1978b.** Avian Habitat Occupancy Following Fire in a Montana Shrubsteppe. Prairie Naturalist 19:153-158.

**________, and B. Webb. 1984.** Birds as Grazing Indicator Species in Southeastern Arizona. Journal of Wildlife Management 48: 1045-1049.

**________, and J.H. Bock. 1990.** Effects of Fire on Wildlife in Southwestern Lowland Habitats. Pages 50-64 *in* Effects of Fire Management of Southwestern Natural Resources (J.S. Krammes, technical editor). General Technical Report RM-191. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**________, M. Raphael, and J.H. Bock. 1978.** Changing Avian Community Structure during Early Post-fire Succession in the Sierra Nevada. Wilson Bulletin 90:119-123.

**________, J.H. Bock, W.R. Kenney, and V.M. Hawthorne. 1984.** Responses of Birds, Rodents, and Vegetation to Livestock Exclosure in a Semidesert Grassland Site. Journal of Range Management 37:239-242.

**Bodine, J.J. 1979.** Taos Pueblo. Pages 255-267 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Boertje, R.R., and C.L. Garner. 1998.** Factors Limiting the Fortymile Caribou Herd. Federal Aid Final Report Study 3.38. Alaska Department of Fish and Game. Fairbanks, Alaska.

**Bogan, M.A., C.D. Allen, E.H. Muldavin, S.P. Platania, J.N. Stuart, G.H. Farley, P. Mehlhop, and J. Belnap. 2003.** Southwest. *In* Status and Trends of the Nation's Biological Resources. Available at: http://biology.usgs.gov/s+t/SNT/index.htm.

**Bohn, C.C., and J.C. Buckhouse. 1985.** Coliforms as an Indicator of Water Quality in Wildland Streams. Journal of Soil and Water Conservation 40:95-97.

**Bol, M.C. 1998.** American Indians and the Natural World. Carnegie Museum of Natural History and Roberts Rinehart Publishers. Pittsburgh, Pennsylvania.

**Bolen, E.G. 1998.** Ecology of North America. John Wiley and Sons, Inc. New York, New York.

**Bonneville Power Administration (BPA). 2000.** Transmission System Vegetation Management Program Final Environmental Impact Statement. Portland, Oregon.

**Bonnickson, T.M., and E.C. Stone. 1982.** Reconstruction of a Presettlement giant Sequoia-mixed Conifer Forest Community Using the Aggregation Approach. Ecology 63:1134-1148.

**Boreson, K. 1998.** Rock Art. Pages 611-619 *in* Plateau (D.E. Walker, ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Boroja, M.T., K.D. Sanchez, and R.M. Gerts. 1997.** Collaborative Interagency Management of Threatened and Endangered Species in Fire Adapted Forest Ecosystems. Pages 3-5 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

**Bossard, C.C., J.M. Randal, and M.C. Hoshovsky (eds.). 2000.** Invasive Plants of California's Wildlands. University of California Press. Berkeley, California.

**Boubel, R.W., D.L. Fox, D.B. Turner, and A.C. Stern. 1994.** Fundamentals of Air Pollution. Academic Press. San Diego, California.

**Boyd, C.S., and T.G. Bidwell. 2001.** Influence of Prescribed Fire on Lesser Prairie-chicken Habitat in Shinnery Oak Communities in Western Oklahoma. Wildlife Society Bulletin 29:938-947.

**Boyd, R. 1986.** Strategies of Indian Burning in the Willamette Valley. Canadian Journal of Anthropology 5(1):65-86.

**________ (ed.). 1999.** Indians, Fire and the Land in the Pacific Northwest. Oregon State University Press. Corvallis, Oregon.

**Brabets, T.P., B. Wang, and R.H. Meade. 2000.** Environmental and Hydrologic Overview of the Yukon River Basin, Alaska and Canada. U.S. Geological Survey Water-resources Investigations Report 99-4204. Washington, D.C.

**Brady, N.C., and R.R. Weil. 1999.** The Nature and Properties of Soils (12th Edition). Prentice-Hall, Inc., Upper Saddle River, New Jersey.

**________, and R.R. Weil. 2002.** The Nature and Properties of Soils (13th Edition). Prentice-Hall, Inc. Upper Saddle River, New Jersey.

**Brennan, L.A., and S.M. Hermann. 1994.** Prescribed Fire and Forest Pests - Solutions for Today and Tomorrow. Journal of Forestry 92:34-37.

**Britton, C.M., and M.H. Ralphs. 1979.** Use of Fire as a Management Tool in Sagebrush Ecosystems. Pages 101-109 *in* The Sagebrush Ecosystem: A Symposium. Utah State University, College of Natural Resources. Logan, Utah.

**________, and R.G. Clark. 1985.** Effects of Fire on Sagebrush and Bitterbrush. Pages 22-26 *in* Rangeland Fire Effects: A Symposium (K. Sanders and J. Durham, eds.). USDI BLM. Boise, Idaho.

**Brooks, K., P. F. Ffolliott, H. Gregersen, and L. F. DeBano. 1997.** Hydrology and the Management of Watersheds. Second Edition. Iowa State University Press. Ames, Iowa.

**Brooks, M.L., and D.A. Pyke. 2001.** Invasive Plants and Fire in the Deserts of North America. Pages 1-14 *in* Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species (K.E.M. Galley and T.P. Wilson, eds.). Miscellaneous Publication No. 11. Tall Timbers Research Station. Tallahassee, Florida.

**Brown, D.E. (ed.). 1982.** Desert Plants. Volume 4 of Biotic Communities of the American Southwest – United States and Mexico. University of Arizona, for the Boyce Thompson Southwestern Arboretum. Tucson, Arizona.

**Brown, D.N., and L. Irwin. 2001.** Ponca. Pages 416-431 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Brown, J.C., R.A. Evans, and J.A. Young. 1985.** Effects of Sagebrush Control Methods and Seeding on Runoff and Erosion. Journal of Range Management 38:195-199.

**Brown, J.K. 1978.** Weight and Density of Rocky Mountain Conifers. Research Paper INT-197. USDA Forest Service Intermountain Forest and Range Experiment Station. Ogden, Utah.

**________. 1982.** Fuel and Fire Behavior Prediction in Big Sagebrush. Research Paper INT-290. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**________. 1985.** Fire Effects and Application of Prescribed Burning in Aspen. Pages 27-38 *in* Rangeland Fire Effects: a Symposium (K. Sanders and J. Durham, eds.). USDI BLM. Boise, Idaho.

**________. 1995.** Fire Regimes and Their Relevance to Ecosystem Management. Pages 171-178 *in* Proceedings of Society of American Foresters National Convention. Society of American Foresters. Bethesda, Maryland.

**________, and T.E. See. 1981.** Downed Woody Fuel and Biomass in the Northern Rocky Mountains. General Technical Report INT-117. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**________, and D.G. Simmerman. 1986.** Appraising Fuels and Flammability in Western Aspen: A Prescribed Fire Guide. General Technical Report INT-205. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**________, and N. DeByle. 1987.** Fire Damage, Mortality, and Suckering in Aspen. Canadian Journal of Forest Research 17:1100-1109.

**________, and ________. 1989.** Effects of Prescribed Fire on Biomass and Plant Succession in Western Aspen. USDA Forest Service Intermountain Research Station Research Paper INT-412. Ogden, Utah.

________, **and S.F. Arno. 1991.** Solving the Growing Predicament in Managing Wildland Fires. Pages 112-118 *in* Proceedings of Society of American Foresters National Convention: 1991. Society of American Foresters. Bethesda, Maryland.

________, **and Smith, J.K. 2000.** Wildland Fire in Ecosystems: Effects of Fire on Flora. General Technical Report RMRS-GTR-42-Volume 2. USDA Forest Service Rocky Mountain Research Station. Ogden, Utah. Available at: http://www.fs.fed.us/rm/pubs/rmrs_gtr042_2.pdf.

________, **S.F. Arno, S.W. Barrett, and J.P. Menakis. 1994.** Comparing the Prescribed Natural Fire Program with Presettlement Fires in the Selway-Bitterroot Wilderness. International Journal of Wildland Fire 4(3):157-168.

**Bruner, A.D., and D.A. Klebenow. 1979.** Predicting Success of Prescribed Fires in Pinyon-juniper Woodland in Nevada. Research Paper INT-219. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Buckhouse, J.C., and G.F. Gifford. 1976.** Grazing and Debris Burning on Pinyon-juniper Sites - Some Chemical Water Quality Implications. Journal of Range Management 29(4):299-301.

**Buenger, B. 2003.** The Impact of Wildland and Prescribed Fire on Archaeological Resources. Ph.D. Dissertation, University of Kansas. Lawrence, Kansas. Available at: http://www.blm.gov/heritage/docum/Fire/Dissertation_Buenger.htm.

**Buffington, L.C., and C.H. Herbel. 1965.** Vegetation Changes on a Semidesert Grassland Range from 1858 to 1963. Ecological Monographs 35:139-164.

**Bunting, S.C. 1984.** Prescribed Burning of Live Standing Western Juniper and Post-burning Succession. Page 69-73 *in* Proceedings: Western Juniper Management Short Course. Oregon State University Department of Rangeland Resources. Corvallis, Oregon.

________, **L.F. Neuenschwander, and G.E. Gruell. 1985.** Fire Ecology of Antelope Bitterbrush in the Northern Rocky Mountains. Pages 48-57 *in* Fire's Effects on Wildlife Habitat (J.E. Lotan and J.K. Brown, eds.). General Technical Report INT-186. USDA Forest Service Intermountain Research Station. Ogden, Utah.

________, **B.M. Kilgore, and C.L. Bushey. 1987.** Guidelines for Prescribed Burning Sagebrush-grass Rangelands in the Northern Great Basin. General Technical Report INT-231. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Burcham, L.T. 1974.** Fire and Chaparral before European Settlement. Pages 101-120 *in* Symposium on Living with Chaparral (M. Rosenthal, ed.). The Sierra Club. San Francisco, California.

**Burkhardt, J.W., and E.W. Tisdale. 1969.** Natural and Successional Status of Western Juniper Vegetation in Idaho. Journal of Range Management 22:264-270.

**Burton, T. 2000.** Effects of Uncharacteristically Large and Intense Wildfires on Native Fish: 14 Years of Observations – Boise National Forest, USDA Forest Service. Boise, Idaho.

**Bush, P.B., D.G. Neary, and C.K. McMahon. 1998.** Fire and Pesticides: Air Quality Considerations. Available at: http://www.bugwood.caes.uga.edu/factsheets/98-021.html.

**Bussan, A.J., and W.E. Dyer. 1999.** Herbicides and Rangeland. Pages 116-141 *in* Biology and Management of Noxious Weeds (R.L. Sheley and J.K. Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

**Butler, B.R. 1986.** Prehistory of the Snake and Salmon River Area. Pages 127-134 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W. C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Butler, V.L., and R.F. Schalk. 1986.** Holocene Salmonid Resources of the Upper Columbia. Institute for Environmental Studies, Office of Public Archaeology, University of Washington. Seattle, Washington.

**Buttery, R.F., and P.W. Shields. 1975.** Range Management Practices and Bird Habitat Values. Pages 183-189 *in* Proceedings of the Symposium on Management of Forests and Range Habitats for Nongame Birds. General Technical Report WO-1. USDA Forest Service Washington Office. Washington, D.C.

**Cable, D.R. 1949.** Damage to Mesquite, Lehmann Lovegrass, and Black Gramma by a Hot June Fire. Journal of Range Management 18:326-329.

________. **1961.** Small Velvet Mesquite Seedlings Survive Burning. Journal of Range Management 14:160-161.

________. **1973.** Fire Effects in Southwestern Semidesert Grassshrub Communities. Pages 109-127 *in* Proceedings of the 12th Tall Timbers Fire Ecology Conference 1972. Tall Timbers Research Station. Tallahassee, Florida.

________. **1975.** Range Management in the Chaparral Type and its Ecological Basis: The Status of Our Knowledge. Research Paper RM-155. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Calabrese, E.J., and M.W. Dorsey. 1984.** Healthy Living in an Unhealthy World. Simon and Schuster. New York, New York.

**Callaway, D., J. Janetski, and O.C. Stewart. 1986.** Ute. Pages 336-367 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Campbell, S.E. 1979.** Soil Stabilization by a Prokaryotic Desert Crust: Implications for Precambrian Land Biota. Origins of Life 9:335-348.

**Cannon, M.E., and G.A. Nielsen. 1984.** Estimating Production of Range Vegetation from Easily Measured Soil Characteristics. Journal of the Soil Science Society of America 48:1393-1397.

**Carlson, C.A., and E.M. Carlson. 1982.** Review of Selected Literature on the Upper Colorado River System and its Fishes. Pages 1-8 *in* Fishes of the Upper Colorado River System: Present and Future (W.H. Miller, H.M. Tyus, and C.A. Calrson, eds.). Western Division, American Fisheries Society.

**Cassell, M. 1998.** The Rio Grande. The Green Line Volume 9, Number 4. Colorado Riparian Association. Available at: http://www.coloradoriparian.org/GreenLine/V09-4/RioGrande.html.

**Castrale, J.S. 1982.** Effects of Two Sagebrush Control Methods on Nongame Birds. Journal of Wildlife Management 46:945-951.

**Cave, G.H., and D.T. Patten. 1984.** Short-term Vegetation Responses to Fire in the Upper Sonoran Desert. Journal of Range Management 37(6):491-496.

**Centers for Disease Control and Prevention (CDC). 2005.** Worker Health Chartbook 2004. Chapter 1. National Institute for Occupation Safety and Health. Hyattsville, Maryland. Available at: http://www2a.cdc.gov/niosh-Chartbook/ch1/ch1-3.asp.

________. **2007.** Injury and Violence. Department of Health and Human Services. Hyattsville, Maryland. Available at: http://www.cdc.gov/node.do/id/0900f3ec8000e539.

**Certini, G. 2005.** Effects of Fire on Properties of Forest Soils: A Review. Oecologia 143:1-10.

**Chamberlain, J., R. Bush, and A.L. Hammett. 1998.** Non-timber Forest Products - The Other Forest Products. Forest Products Journal 48:10-19.

**Chandler, C., P. Cheney, P. Thomas, L. Trabaund, and D. Williams. 1983.** Fire in Forestry. Vol. I: Forest Fire Behavior and Effects. John Wiley and Sons. New York, New York.

**Chang, C. 1996.** Ecosystem Responses to Fire and Variations in Fire Regimes. Pages 1071-1100 *in* Sierra Nevada Ecosystem Project Final Report to Congress, Status of the Sierra Nevada. Vol. II: Assessments and Scientific Basis for Management Options. University of California. Davis, California.

**Chatters, J.C. 1998.** Environment. Pages 29-48 *in* Plateau (D. Walker, ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

________, **and D.L. Pokotylo. 1998.** Prehistory: Introduction. Pages 73-80 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of North American Indians, Volume 12 (W.C. Sturtevant, general ed.) Smithsonian Institution. Washington, D.C.

**Christensen, N.L. 1985.** Shrubland Fire Regimes and Their Evolutionary Consequences. Pages 85-100 *in* The Ecology of Natural Disturbance and Patch Dynamics (S.T.A. Pickett and P.S. White, eds.). Academic Press. New York, New York.

________. **1988.** Succession and Natural Disturbance: Paradigms, Problems, and Preservation of Natural Ecosystems. Pages 62-86 *in* Ecosystem Management for Parks and Wilderness (J.K. Agee and D.R. Johnson, eds.). University of Washington Press. Seattle, Washington.

________, **and C.H. Muller. 1975.** Effects of Fire on Factors Controlling Plant Growth in Adenostoma Chaparral. Ecological Monographs 45:29-55.

**Clark, B. 2001.** Chapter V - Soils, Water and Watersheds. *In* Fire Effects Guide. National Wildfire Coordinating Group. Available at: http://www.nwcg.gov/pms/RxFire/FEG.pdf.

**Clark, G.M., T.R. Maret, M.G. Rupert, M.A. Maupin, W.H. Low, and D.S. Ott. 1998.** Water Quality in the Upper Snake River Basin, Idaho and Wyoming, 1992-95. U.S. Geological Survey Circular 1160. Available at: http://pubs.usgs.gov/circ/circ1160/.

**Clarke, S.E., and S.A. Bryce (eds.). 1997.** Hierarchical Subdivisions of the Columbia Plateau and Blue Mountains Ecoregions, Oregon and Washington. General Technical Report PNW-GTR-395. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

**Clary, W.P. 1971.** Effects of Utah Juniper Removal on Herbage Yields from Springerville Soils. Journal of Range Management 24:373-378.

**Clelow, C.W., Jr. 1978.** Prehistoric Rock Art. Pages 619-625 *in* California (R.F. Heizer, ed.). Handbook of North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Cluff, G.J., J.A. Young, and R.A. Evans. 1983.** Edaphic Factors Influencing the Control of Wyoming Big Sagebrush and Seedling Establishment of Crested Wheatgrass. Journal of Range Management 36(6):786-792.

**Coffin, P., and W. Cowan. 1995.** Lahontan Cutthroat Trout (*Oncorhynchus clarki henshawi*) Recovery Plan. U.S. Fish and Wildlife Service, Region 1. Portland, Oregon.

**Cofrancesco, A., R. Newman, and F. Nibling. 2004.** Biological Control Practices. Pages 5-7 *in* Aquatic Plant Management (K. Getsinger and M. Moore, leaders). Aquatic Ecosystem Restoration Foundation. Lansing, Michigan.

**Cohen, W.E., D.L. Drawe, F.C. Bryant, and L.C. Bradley. 1989a.** Observations on White-tailed Deer and Habitat Response to Livestock Grazing in South Texas. Journal of Range Management 42:361-365.

________, **R.J. Reiner, F.C. Bryant, D.L. Drawe, and L.C. Bradley. 1989b.** Daytime Activity of White-tailed Deer in Response to Short Duration and Continuous Grazing. Southwest Naturalist 34:428-431.

**Cole, E.D., W.C. McComb, M. Newton, C.J. Chambers, and J.P. Leeming. 1997.** Response of Amphibians to Clearcutting, Burning, and Glyphosate Application in the Oregon Coast Range. Journal of Wildlife Management 61:656-664.

**Cole, G.A. 1981.** Habitats of North American Desert Fishes. Pages 477-492 *in* Fishes in North American Deserts (Naiman, R.J., and D.L. Soltz, eds.). Wiley-Interscience Publication. New York, New York.

**Colorado Natural Areas Program. 2000.** Creating an Integrated Weed Management Plan: A Handbook for Owners and Managers of Lands with Natural Values. Colorado Natural Areas Program, Colorado State Parks, Colorado Department of Natural Resources; and Division of Plant Industry, Colorado Department of Agriculture. Denver, Colorado.

**Conetah, F.A. 1982.** Uintah-Ouray Tribe. *In* A History of the Northern Ute People (K.L. MacKay and F.A. O'Neil, eds.). Salt Lake City, Utah.

**Connelly, J.W., W.K. Arthur, and O.D. Markham. 1981.** Sage Grouse Leks on Recently Disturbed Sites. Journal of Range Management 34:153-154.

**________, K.P. Reese, R.A. Fischer, and W.L. Wakkinen. 2000a.** Response of a Sage Grouse Breeding Population to Fire in Southeastern Idaho. Wildlife Society Bulletin 28:90-96.

**________, M. A. Schroeder, A. R. Sands, and C. E. Braun. 2000b.** Guidelines to Manage Sage Grouse Populations and Their Habitats. Wildlife Society Bulletin 28:967-985.

**Converse, S.J., G.C. White, and W.M. Block. 2006.** Small Mammal Responses to Thinning and Wildfire in Ponderosa Pine-dominated Forests of the Southwestern United States. The Journal of Wildlife Management 70:1711-1722.

**Cooperative Extension Service, USDA Forest Service, USDA Natural Resource Conservation Service Grazing Land Technology Institute, and USDI BLM. 1999.** Sampling Vegetation Attributes Interagency Technical Reference. BLM Technical Reference 1734-4. Washington, D.C. Available at: http://www.blm.gov/nstc/library/pdf/samplveg.pdf

**Cooperrider, A.Y., R.J. Boyd, and H.R. Stuart (eds.). 1986.** Inventory and Monitoring of Wildlife Habitats. U.S. Bureau of Reclamation. Washington, D.C.

**Core Environmental Consulting. 1998.** Survey of Smoke Management Programs in the Western United States. Prepared for the USDI BLM National Applied Resource Sciences Center. Denver, Colorado. Portland, Oregon.

**Cornelius, D.R., and M.W. Talbot. 1955.** Rangeland Improvement Through Seeding and Weed Control on East Slope Sierra Nevada and on Southern Cascade Mountains. Agricultural Handbook No. 88. USDA Forest Service. Washington, D.C.

**Cox, J.R., F.A. Ibarra, and M.H. Martin. 1990.** Fire Effects on Grasses in Semiarid Deserts. Pages 43-49 *in* Symposium on Effects of Fire in Management of Southwestern Natural Resources (J.S. Krammes, technical coordinator). General Technical Report RM-191. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**________, H.L. Morton, T.N. Johnson, Jr., G.L. Jordan, S.C. Martin, and L.C. Fleo. 1982.** Vegetation Restoration in the Chihuahuan and Sonoran Deserts of North America. ARM-W-28. USDA Resource Service. Washington, D.C.

**Crawford, J.A., M.A. Gregg, M.S. Drut, and A.K. DeLong. 1992.** Habitat Use by Female Sage Grouse during the Breeding Season in Oregon. Final Report to the USDI BLM. Oregon State University Department of Fish and Wildlife. Corvallis, Oregon.

**Cronquist, A., A.H. Holmgren, N.H. Holmgren, and J.L. Reveal. 1972.** Intermountain Flora. Vascular Plants of the Intermountain West, U.S.A, Volume 1. Hafner Publishing Company, Inc. New York, New York.

**Culver, D. 1997.** Natural Heritage Baseline Survey and Fire Ecology/Effects Literature Review for United States Air Force Academy Colorado Springs, Colorado, by The Colorado Natural Heritage Program, Colorado State University. Fort Collins, Colorado.

**D'Antonio, C.M., T.L. Dudley, and M. Mack. 1999.** Disturbance and Biological Invasions: Direct Effects and Feedbacks. Pages 413-452 *in* Ecosystems of the World: Ecosystems of Disturbed Ground (L. R. Walker, ed.). Elsevier. Amsterdam, The Netherlands.

**Daubenmire, R. 1975.** Plant Succession on Abandoned Fields, and Fire Influences, in a Steppe Area in Southeastern Washington. Northwest Science 49:36-48.

**Davis, J.W. 1982.** Livestock vs. Riparian Habitat Management - There are Solutions. Pages 175-184 *in* Wildlife-livestock Relationships Symposium: Proceedings. University of Idaho Forest, Wildlife and Range Experiment Station. Moscow, Idaho.

**Deacon, J.E., and C.D. Williams. 1991.** Ash Meadows and the Legacy of the Devils Hole Pupfish. Pages 69-87 *in* Battle Against Extinction: Native Fish Management in the American West (W.L., Minckley and J.E. Deacon, eds.). University of Arizona Press. Tucson, Arizona.

**Deal, K. No date.** Fire Effects to Flaked Stone, Ground Stone, and Other Stone Artifacts. In Wildland Fire in Ecosystems: Effects of Fire on Cultural Resources and Archeology (K.C. Ryan and A.T. Jones, eds.). Rainbow Series, USDA Forest Service Rocky Mountain Research Station, USDA Forest Service. Fort Collins, Colorado.

**DeBano, L.F. 1981.** Water Repellent Soils. General Technical Report PSW-46. USDA Forest Service, Pacific Southwest Forest and Range Experiment Station. Berkeley, California.

________. **2000.** The Role of Fire and Soil Heating on Water Repellency in Wildland Environments: A Review. Journal of Hydrology 231:195-206.

________, **D.G. Neary, and P.F. Ffolliott. 1998.** Fire's Effects on Ecosystems. John Wiley & Sons. New York, New York.

**DeByle, N.V. 1976.** Aspen Forests under Harvest. Pages 35-40 *in* Utilization and Marketing as a Tool for Aspen Management in the Rocky Mountains. General Technical Report RM-29. USDA Forest Service, Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

________, **and R.P. Winokur. 1985.** Aspen: Ecology and Management in the Western United States. General Technical Report RM-119. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

________, **C.D. Bevins, and W.C. Fischer. 1987.** Wildfire Occurrence in Aspen in the Interior of the Western United States. Western Journal of Applied Forestry 2:73-76.

**Denevan, W. 1992.** The Pristine Myth: The Landscape of the Americas in 1492. Association of American Geographers Annals 82:369-385.

**Dennehy, K.F., D.W. Litke, C.M. Tate, S.L. Qi, P.B. McMahon, B.W. Bruce, R.A. Kimbrough, and J.S. Heiny. 1998.** Water Quality in the South Platte River Basin, Colorado, Nebraska, and Wyoming, 1992-95. U.S. Geological Survey Circular 1167. Available at: http://pubs.usgs.gov/circ/circ1167.

**Devesa, S.S., D.G. Grauman, W.J. Blot, G. Pennello, R.N. Hoover, and J.F. Franmeni, Jr. 1999.** Atlas of Cancer Mortality in the United States, 1950-1994. National Institute of Health Publication No. 99-4564. U.S. Government Printing Office. Washington D.C. Available at: http://www3.cancer.gov/atlasplus/.

**Dexter, A.G. 1993.** Herbicide Spray Drift. North Dakota State University Extension Service Fact Sheet A-657 (revised). Available at: http://www.ext.nodak.edu/extpubs/plantsci/weeds/a657w.htm.

**Dibble, E., E. Kafcas, M. Maceina, and V. Mudrak. 2004.** Fish and Wildlife Habitat and Invasive Aquatic Weeds BMPs. Pages 4-5 *in* Aquatic Plant Management (K. Getsinger and M. Moore, leaders). Aquatic Ecosystem Restoration Foundation. Lansing, Michigan.

**Dixon, E.J. 1999.** Bones, Boats, and Bison: Archaeology and the First Colonization of Western North America. University of New Mexico Press. Albuquerque, New Mexico.

**Domagalski, J.L., D.L. Knifong, P.D. Dileanis, L.R. Brown, J.T. May, V. Connor, and C.N. Alpers. 2000.** Water Quality in the Sacramento River Basin, California, 1994–98. U.S. Geological Survey Circular 1215. Available at: http://pubs.usgs.gov/circ/circ1215/.

**Dormaar, J.F., and W.D. Willms. 1998.** Effect of Forty-four Years of Grazing on Fescue Grassland Soils. Journal of Range Management 51:122-126.

**Douglas, M. E., and P. C. Marsh. 1996.** Population Estimates/Population Movements of *Gila cypha*, an Endangered Cyprinid Fish in the Grand Canyon Region of Arizona. Copeia 1996:15-28.

**________, ________, and W.L. Minckley. 1994.** Indigenous Fishes of Western North America and the Hypothesis of Competitive Displacement: *Meda fulgida* (Cryprinidae). Copeia 1994:9-19.

**Downs, J.L., W.H. Rickard, and L.L. Cadwell. 1995.** Restoration of Big Sagebrush Habitat in Southeastern Washington. Pages 74-77 *in* Proceedings: Wildland Shrub and Arid Land Restoration Symposium. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Drake, J.A., H.A. Mooney, F. Di Castri, R.H. Groves, E.J. Kruger, M. Rejmanek, and M. Williamson. 1989.** Biological Invasions: A Global Perspective. John Wiley and Sons. Chichester, England.

**Drewa, P., D.P.C. Peters, and K.M. Havstad. 2001.** Fire, Grazing, and Honey Mesquite Invasion in Black Grama-dominated Grasslands of the Chihuahuan Desert: A Synthesis. Pages 31-39 *in* Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species (K.E.M. Galley and T.P. Wilson, eds.). Miscellaneous Publication No. 11. Tall Timbers Research Station. Tallahassee, Florida.

**Driver, H.E., and W.C. Massey. 1957.** Comparative Studies of North American Indians. Transactions of the American Philosophical Society 47(2). Philadelphia, Pennsylvania.

**Dubrovsky, N.M., C.R. Kratzer, L.R. Brown, J.M. Gronberg, and K.R. Burow. 1998.** Water Quality in the San Joaquin-Tulare Basins, California, 1992-95. U.S. Geological Survey Circular 1159. Available at: http://pubs.usgs.gov/circ/circ1159/.

**Duchesne, L.C. 1994.** Fire and Biodiversity in Temperate Ecosystems. Pages 247-264 *in* Biodiversity, Temperate Ecosystems and Global Change (T.T. Boyle and C.E.B. Boyle, eds.). Springer-Verlag. New York, New York.

**________, and B.C. Hawkes. 2000.** Fire in Northern Ecosystems. Pages 35-51 *in* Wildland Fire in Ecosystems: Effects of Fire on Flora (J.K. Brown and J.K. Smith, eds.). General Technical Report RMRS-GTR-42-Volume 2. USDA Forest Service Rocky Mountain Research Station. Ogden, Utah.

**Duffy, W.G., C.R. Berry, and K.D. Keenlyne. 1996.** Biology of the Pallid Sturgeon with an Annotated Bibliography through 1994. South Dakota Cooperative Research Unit Technical Bulletin Number 5. South Dakota State University. Brookings, South Dakota.

**Dumond, D.E. 1987.** The Eskimos and Aleuts. Thames and Hudson, Ltd. London, England.

**Duncan, C.L., and J.K. Clark (eds.). 2005.** Invasive Plants of Range and Wildlands and Their Environmental, Economic, and Social Impacts. Weed Science Society of America. Lawrence, Kansas.

**Dunham, J. 1998.** Bringing Back the Lahontan Cutthroat Trout: Restoring Habitat for Fish and People. Trout Magazine (Spring), Trout Unlimited.

**Egan, H.R. 1917.** Pioneering the West, 1846-1878: Major Howard Egan's Diary. Howard R. Egan Estate. Richmond, Utah.

**Eldridge, D.J. 1996.** Distribution and Floristics of Terricolous Lichens in Soil Crusts in Arid and Semi-arid New South Wales, Australia. Australian Journal of Botany 44:581-599.

**________, and R.S.B. Greene. 1994.** Microbiotic Soil Crusts: A Review of Their Roles in Soil and Ecological Processes in the Rangelands of Australia. Australian Journal of Soil Research 2: 389-415.

**Elston, R.G. 1986.** Prehistory of the Western Area. Pages 135-148 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Elzinga, C., D. Salzer, and J. Willoughby. 1998.** Measuring and Monitoring Plant Populations. The Nature Conservancy and USDI BLM. Technical Reference 1730-1. Available at: http://www.blm.gov/nstc/library/pdf/MeasAndMon.pdf.

**Energy Information Administration. 2001.** U.S. Crude Oil, Natural Gas, and Natural Gas Liquids Reserves 2001 Annual Report. Available at: http://www.eia.doe.gov/pub/oil_gas/natural_gas/data_publications/crude_oil_natural_gas_reserves/current/pdf/cover.pdf.

**ENSR. 2001.** The Effects of Herbicides on Plants Used for Subsistence by Native Americans on Yakima Training Center, Washington. Prepared for the Department of the Army, Fort Lewis, Washington. Redmond, Washington.

________. **2003.** Air Quality Policies Summary Report for the Vegetation Treatments Programmatic EIS. Prepared for the USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005a.** Air Quality Modeling for BLM Vegetation Treatment Methods. Report Prepared for the USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005b.** Annual Emissions Inventory for BLM Treatment Alternatives. Prepared for the USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005c.** Vegetation Treatments Programmatic EIS – Bromacil Ecological Risk Assessment Final Report. Prepared for the USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005d.** Vegetation Treatments Programmatic EIS – Chlorsulfuron Ecological Risk Assessment Final Report. Prepared for the USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005e.** Vegetation Treatments Programmatic EIS – Diflufenzopyr Ecological Risk Assessment Final Report. USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005f.** Vegetation Treatments Programmatic EIS – Diquat Ecological Risk Assessment Final Report. USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005g.** Vegetation Treatments Programmatic EIS – Diuron Ecological Risk Assessment Final Report. USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005h.** Vegetation Treatments Programmatic EIS – Fluridone Ecological Risk Assessment Final Report. USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005i.** Vegetation Treatments Programmatic EIS – Imazapic Ecological Risk Assessment Final Report. USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005j.** Vegetation Treatments Programmatic EIS – Overdrive® Ecological Risk Assessment Final Report. USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005k.** Vegetation Treatments Programmatic EIS – Sulfometuron methyl Ecological Risk Assessment Final Report. USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

________. **2005l.** Vegetation Treatments Programmatic EIS – Tebuthiuron Ecological Risk Assessment Final Report. USDI BLM Nevada State Office, Reno, Nevada. Westford, Massachusetts.

**Environmental Laboratory. 1987.** Corps of Engineers Wetland Delineation Manual. Technical Report Y-87-1, U.S. Army Engineers Waterways Experimental Station. Vicksburg, Mississippi.

**Eschholz, W.E., and J.A. Young. 1978.** Effectiveness of Rehabilitation Practices Following Wildfire in a Degraded Big Sagebrush-downy Brome Community. Journal of Range Management 31(3):185-188.

________**, F.A. Servello, B. Griffith, K.S. Raymond, and W.B. Krohn. 1996.** Winter Use of Glyphosate-treated Clearcuts by Moose in Maine. Journal of Wildlife Management 60(4):764-769.

**Evans, R.D., and J.R. Ehleringer. 1993.** A Break in the Nitrogen Cycle in Aridlands? Evidence from $^{15}$N isotope of Soils. Oecologia 94:314-317.

**________, and J. Belnap. 1999.** Long-term Consequences of Disturbance on Nitrogen-cycling in an Arid Grassland. Ecology 80:150-160.

**Everitt, J.H. 1983.** Effects of Plant Shredding on Nutrient Content of Four South Texas Deer Forage Species. Journal of Range Management 36:779-781.

**Everett, R.L., and K. Ward. 1984.** Early Plant Succession on Pinyon-juniper Controlled Burns. Northwest Science 58:57-68.

**Fanning, D.S., and C.B. Fanning. 1989.** Soil: Morphology, Genesis, and Classification. John Wiley and Sons. New York, New York.

**Federal Register. 1994.** Endangered and Threatened Wildlife and Plants; Final Rule to List the Rio Grande Silvery Minnow as an Endangered Species. Department of the Interior, Fish and Wildlife Service, Volume 59, Number 138. Washington D.C.

**________. 2002.** Volume 67, Number 1, Page 102. Wednesday, January 2, 2002.

**Feldmeth, C.R. 1981.** The Evolution of Thermal Tolerance in Desert Pupfish (Genus *Cyprinodon*). Pages 357-384 *in* Fishes in North American Deserts (R.J. Naiman and D.L. Soltz, eds.). Wiley-Interscience Publication. New York, New York.

**Fiedler, C.E., S.F. Arno, and M.G. Harrington. 1996.** Flexible Silviculture and Prescribed Burning Approaches for Improving Health of Ponderosa Pine Forests. Pages 69-74 *in* Conference on Adaptive Ecosystem Restoration and Management (W. Covington and P.K. Wagner, technical coordinators). Restoration of Cordilleran Conifer Landscapes of North America General Technical Report RM-278. USDA Forest Service Rocky Mountain Forest and Range Experimental Station. Fort Collins, Colorado.

**Finch, D.M., J.L. Ganey, W. Young, R.T. Kimball, and R. Sallabanks. 1997.** Effects and Interactions of Fire, Logging, and Grazing. Pages 103-136 *in* Songbird Ecology in Southwestern Ponderosa Pine Forests: a Literature Review (W.M. Block and D.M. Finch, eds.). General Technical Report RM-GTR-292. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Finger, S.E. 1995.** Environmental Implications of Firefighting Chemicals. National Wildfire Coordinating Group Publication, Volume 7, Number 1. Boise, Idaho.

**Fire Use Working Team. 2001.** Fire Effects Guide. National Wildfire Coordinating Group, Boise, Idaho.

**Fisher, R.F., and D. Binkley. 2000.** Ecology and Management of Forest Soils. John Wiley & Sons. New York, New York.

**Fletcher, J.S., J.E. Nellessen, and T.G. Pfleeger. 1994.** Literature Review and Evaluation of the EPA Food-chain (Kenaga) Nomogram, and Instrument for Estimating Pesticide Residue on Plants. Environmental Toxicology and Chemistry 13(9):1383-1391.

**Fonda, R.W., and L.C. Bliss. 1969.** Forest Vegetation of the Montane and Subalpine Zones, Olympic Mountains, Washington. Ecological Monographs 39:271-301.

**Foote, M. J. 1983.** Classification, Description, and Dynamics of Plant Communities after Fire in the Taiga of Interior Alaska. USDA Forest Service. Pacific Northwest Forest and Range Experiment Station. Research Paper PNW-307.

**Ford, W.M., M.A. Menzel, D.W. McGill, J. Laern, and T.S. McCay. 1999.** Effects of a Community Restoration Fire on Small Mammals and Herpetofauna in the Southern Appalachians. Forest Ecology and Management 114:233-243.

**Forest Ecosystem Management Assessment Team. 1993.** Forest Ecosystem Management: An Ecological, Economic, and Social Assessment. U.S. Department of the Interior, U.S. Department of Agriculture, U.S. Department of Commerce, and U.S. Environmental Protection Agency. Washington, D.C.

**Foster, D.R. 1983.** The History and Pattern of Fire in the Boreal Forest of Southeastern Labrador. Canadian Journal of Botany 61:2459-2470.

**Fowler, C.S. 1986.** Subsistence. Pages 64-97 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Fowler, E. 2005.** The Deer of DeSoto National Wildlife Refuge. Nebraskaland Magazine. Nebraska Game and Parks Commission. Available at: http://www.ngpc.state.ne.us/nebland/articles/hunting/ desoto.asp.

**Franklin, J.F. 1988.** Pacific Northwest Forests. Pages 103-130 *in* North American Terrestrial Vegetation (M.G. Barbour and W.D. Billings, eds.). Cambridge University Press. New York, New York.

**________, and C.T. Dyrness. 1973.** Natural Vegetation of Oregon and Washington. Oregon State University Press. Corvallis, Oregon.

**Fresquez, T., C. Scheck, and B. Hopkins. 2002.** Biological Assessment for the Glenwood Spring Field Office Fire Management Plan. USDI BLM. Glenwood Springs, Colorado.

**Frison, G.C. 2001.** Hunting and Gathering Tradition: Northwestern and Central Plains. Pages 131-145 *in* Plains (R.J. Demailie. ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Frost, C.C. 1998.** Presettlement Fire Frequency Regimes of the United States: A First Approximation. Pages 70-81 *in* Fire in Ecosystem Management: Shifting the Paradigm from Suppression to Prescription. (T.L. Pruden and L.A. Brennan, eds.). Proceedings, 20th Tall Timbers Fire Ecology Conference. Tall Timbers Research Station. Tallahassee, Florida.

**________, and S.L. Beason. 1987.** Long-term Effects of Mechanical Treatments on White-tailed Deer Browse. Wildlife Society Bulletin 15:560-564.

**Gaikowski, M.P., S.J. Hamilton, K.J. Buhl, S.F. McDonald, and C. Summers. 1996a.** Acute Toxicity of Three Fire-retardant and Two Fire-suppressant Foam Formulations to the Early Life Stages of Rainbow Trout (*Oncorynchus mykiss*). Environmental Toxicology and Chemistry 15:1365-1374.

**________, ________, ________, ________, and ________. 1996b.** Acute Toxicity of Firefighting Chemical Formulations to Four Life Stages of Fathead Minnow. Ecotoxicology and Environmental Safety 34:252-263.

**Gardener, M.B. 1981.** Effects of Turbidity on Feeding Rates and Selectivity of Bluegills. Transactions of the American Fisheries Society 110:446-450.

**Garrison, G.A., A.J. Bjugstad, D.A. Duncan, M.E. Lewis, and D.R. Smith. 1977.** Vegetation and Environmental Features of Forest and Range Ecosystems. Agriculture Handbook No. 475. USDA Forest Service. Washington, D.C.

**Gasaway, W.C., and S.D. DuBois. 1985.** Initial Response of Moose, *Alces alces*, to a Wildfire in Interior Alaska. Canadian Field-Naturalist 90:135-140.

**Gautier D.L., G.L. Dolton, and E.D. Attanasi. 1998.** 1995 National Oil and Gas Assessment and Onshore Federal Lands. U.S. Geological Survey Open-file Report 95-75-N. Denver, Colorado.

**Gebhardt, K., S. Leonard, G. Staidl, and D. Prichard. 1990.** Riparian Area Management: Riparian and Wetland Classification and Review. USDI BLM /YA/PT-91/002+1737. Denver, Colorado.

**General Accounting Office (GAO). 1999.** Western National Forests: A Cohesive Strategy is Needed to Address Catastrophic Wildland Fire Threats. April 1999. GAO/RCED-99-65. Available at: http://www.gao.gov.

**George, M.R. 1996.** Creating Awareness of Clean Water Issues Among Private Landowners. Pages 96-100 *in* Sustaining Rangeland Ecosystems (W.D. Edge and S.L. Olson-Edge, eds.). Oregon State University Extension Service, Special Report 953. Corvallis, Oregon.

________, **R.E. Larson, N.K. McDougald, K.W. Tate, J.D. Gerlach, Jr., and K.O. Fulgham. 2002.** Influence of Grazing on Channel Morphology of Intermittent Streams. Journal of Range Management 55:551-557.

**Germano, D.J., and C.R. Hungerford. 1981.** Reptile Population Changes with Manipulation of Sonoran Desert Shrub. Great Basin Naturalist 41:129-138.

**Germano, D.S. 1978.** Response of Selected Wildlife to Mesquite Removal in Desert Grassland. Master's Thesis, University of Arizona. Tuscon, Arizona.

**Getsinger, K. 2004.** Aquatic Plant Management Best Management Practices Handbook in Support of Fish and Wildlife Habitat. The Aquatic Ecosystem Restoration Foundation. Lansing, Michigan.

**Gifford, G.F. 1982.** Impact of Burning and Grazing on Soil Water Patterns in the Pinyon-juniper Type. Journal of Range Management 35:697-699.

________, **G. Williams, and G.G. Coltharp. 1970.** Infiltration and Erosion Studies on Pinyon-juniper Conversion Sites in Southern Utah. Journal of Range Management 23:402-406.

**Gilbraith, D.M., M.J. Schwalbach, and C.R. Berry. 1998.** Preliminary Report on the Status of the Pallid Sturgeon, *Scaphirhychus albus*, a Candidate Endangered Species. Cooperative Fish and Wildlife Research Unit, South Dakota State University. Brookings, South Dakota.

**Glendening, G.E. 1952.** Some Quantitative Data on the Increase of Mesquite and Cactus on a Desert Grassland Range in Southern Arizona. Ecology 33(3):319-328.

**Glenn-Lewin, D.C. 1977.** Species Diversity in North American Temperate Forests. Vegetation 33:153-162.

**Gore, J.A. 1985.** Mechanisms of Colonization and Habitat Enhancement for Benthic Macroinvertebrates in Restored River Channels. Pages 81-102 *in* The Restoration of Rivers and Streams: Theories and Experience (J.A. Gore, ed.). Butterworth Publishers. Boston, Massachusetts.

**Gottfried, G.J., and K.E. Severson. 1993.** Distribution and Multiresource Management of Pinyon-juniper Woodlands in the Southwestern United States. Pages 108-116 *in* Managing Piñon-juniper Ecosystems for Sustainability and Social Needs. General Technical Report RM-236. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

________, **T.W. Swetnam, C.D. Allen, J.L. Betancourt, and Chung-MacCoubrey. 1995.** Pinyon-juniper Woodlands. Pages 95-132 *in* Ecology, Diversity, and Sustainability of the Middle Rio Grande Basin. General Technical Report RM-268. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Grace, J.B., M.D. Smith, S.L. Grace, S.L. Collins, and T.J. Stohlgren. 2001.** Interactions between Fire and Invasive Plants *in* Temperate Grasslands of North America. Pages 40-65 in Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species (K.E.M. Galley and T.P. Wilson, eds.). Miscellaneous Publication No. 11. Tall Timbers Research Station. Tallahassee, Florida.

**Graham, R.T., T.B. Jain, R.T. Reynolds, and D. A. Boyce. 1997.** The Role of Fire in Sustaining Northern Goshawk Habitat in Rocky Mountain Forests. Pages 69-76 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

________, **R.L. Rodriguez, K.M. Paulin, R.L. Player, A.P. Heap, and R. Williams. 1999.** The Northern Goshawk in Utah: Habitat Assessment and Management Recommendations. General Technical Report RMRS-GTR-22. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Grahame, J.D., and T.D. Sisk (eds.). 2002.** Canyons, Cultures and Environmental Change: An Introduction to the Land-use History of the Colorado Plateau. Center for Environmental Sciences and Education, Northern Arizona University. Flagstaff, Arizona. Available at: http://cpluhna.nau.edu/.

**Grand Canyon Visibility Transport Commission (GCVTC). 1996.** Report of the Grand Canyon Visibility Transport Commission to the United States Environmental Protection Agency. June 1996. Available at: http://www.westgov.org/wga/publicat/epafin.htm.

**Greenlee, J.M. (ed.). 1997.** Proceedings: First Conference on Fire Effects on Rare and Endangered Species and Habitats. International Association of Wildland Fire. Fairfield, Washington.

**Gresswell, R. E. 1999.** Fire and Aquatic Ecosystems in Forested Biomes of North America. Transactions of the American Fisheries Society 128:193-221.

**Griffith, J.S., and T.R. Tiersch. 1989.** Ecology of Fishes in Redfield Canyon, Arizona, with Emphasis on *Gila robusta intermedia*. Southwestern Naturalist 34:131-164.

**Groves, R. 2006.** Are Some Weeds Sleeping? Some Concepts and Reasons. Euphytica 148:111-120.

**Gruell, G.E. 1983.** Fire and Vegetative Trends in the Northern Rockies: Interpretations from 1871-1982 Photographs. General Technical Report INT-158. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**________. 1985.** Fire on the Early Western Landscape: an Annotated Record of Wildland Fires 1776-1900. Northwest Science 59(2):97-107.

**________, J.K. Brown, and C.L. Bushey. 1986.** Prescribed Fire Opportunities in Grasslands Invaded by Douglas-fir: State-of-the-art Guidelines. General Technical Report INT-198. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Gunnerson, J.H. 2001.** Plains Village Tradition: Western Periphery. Pages 234-244 *in* Plains (R.J. DeMallie, ed.). Handbook of North American Indians, Volume 13 (W.C. Sturtevant, ed.). Smithsonian Institution. Washington, D.C.

**Guthery, F.S. 1986.** Beef, Brush, and Bobwhites: Quail Management in Cattle Country. Caesar Kleberg Wildlife Research Institute, Texas A&I University. Kingsville, Texas.

**________, C.A. DeYoung, F.C. Bryant, and D.L. Drawe. 1990.** Using Short-duration Grazing to Accomplish Wildlife Habitat Objectives. Pages 41-55 *in* Can Livestock be Used as a Tool to Enhance Wildlife Habitat? (K.E. Severson, technical coordinator). General Technical Report RM-194. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Habeck, J.R. 1961.** The Original Vegetation of the Mid-Willamette Valley, Oregon. Northwest Science 35:65-77.

**________. 1976.** Forests, Fuels, and Fire in the Selway-Bitterroot Wilderness, Idaho. Pages 305-353 *in* Proceedings 14th Tall Timbers Fire Ecology Conference and Fire and Land Management Symposium. Tall Timber Research Station. Tallahassee, Florida.

**Habich, E.F. 2001.** Ecological Site Inventory. BLM Technical Reference 1734-7. Available at: http://www.blm.gov/nstc/library/1734-7direct.html.

**Haecker, C. No date.** Fire Effects on Materials of the Historic Period. *In* Wildland Fire in Ecosystems: Effects of Fire on Cultural Resources and Archeology (K.C. Ryan and A.T. Jones, eds.). Rainbow Series, USDA Forest Service Rocky Mountain Research Station, USDA Forest Service. Fort Collins, Colorado.

**Halford, K. 2001.** Bibliographic Sources Regarding Effects of Fire on Cultural Properties. USDI BLM Bishop California Field Office. Bishop, California.

**Hall, J.D., and R.L. Lantz. 1969.** Effects of Logging on the Habitat of Coho Salmon and Cutthroat Trout in Coastal Streams. Pages 335-375 *in* Symposium on Salmon and Trout in Streams (T.G. Northcote, ed.). H.R. MacMillian Lectures in Fisheries, University of British Columbia. Vancouver, British Columbia, Canada.

**Hamilton, J.G. 1997.** Changing Perceptions of Pre-european Grasslands in California. Madrono 44:311-333.

**Hanes, R.C. 2001.** Cultural Resources. In Fire Effects Guide. National Wildfire Coordinating Group. Boise, Idaho.

**Hann, W.J., M. Beighley, P. Teensma, T. Sexton, and M. Hilbruner. 2002.** A Cohesive Strategy for Protecting People and Sustaining Natural Resources: Predicting Outcomes for Program Options. Presented at Fire, Fuel Treatments, and Ecological Restoration Conference. Fort Collins, Colorado. Available at: http://www.frcc.gov/AssocPubs.html.

**Hardy, C.C., R.O. Ottmar, J.L. Peterson, J.E. Core, and P. Seamon. 2001.** Smoke Management Guide for Prescribed and Wildland Fire, 2001 Edition. National Wildfire Coordination Group PMS 420-2. Boise, Idaho.

**Harniss, R.O., and R.B. Murray. 1973.** Thirty Years of Vegetal Change Following Burning of Sagebrush-grass Range. Journal of Range Management 26:322-325.

**________, S.J. Harvey, and R.B. Murray. 1981.** A Computerized Bibliography of Selected Sagebrush Species (Genus *Artemisia*) in Western North America. General Technical Report INT-102. General Technical Report INT-198. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Harper, K.T., and J. Belnap. 2001.** The Influence of Biological Soil Crusts on Mineral Uptake by Associated Vascular Plants. Journal of Arid Environments 47(3):347-357.

**________, F.J. Wagstaff, and L.M. Kunzler. 1985.** Biology and Management of the Gambel Oak Vegetative Type: A Literature Review. General Technical Report INT-179. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Harrington, M.G., and S.S. Sackett. 1990.** Using Fire as a Management Tool in Southwestern Ponderosa Pine. Pages 122-133 *in* Effects of Fire Management for Southwestern Natural Resources (J.S. Krammes, technical coordinator). USDA Forest Service Rocky Mountain Forest and Range Experimental Station General Technical Report RM-191. Fort Collins, Colorado.

**Harrod, R.J., and S. Reichard. 2001.** Fire and Invasive Species within the Temperate and Boreal Coniferous Forests of Western North America. Pages 95-101 in Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species (K.E.M. Galley and T.P. Wilson, eds.). Miscellaneous Publication No. 11. Tall Timbers Research Station. Tallahassee, Florida.

**Hartmans, M.A., H. Zhang, and E.L. Michalson. 1997.** Costs of Yellow Starthistle Management. University of Idaho Agricultural Experimental Station Bulletin 793. Moscow, Idaho.

**Harvey, A.E. 1994.** Integrated Roles for Insects, Diseases and Decomposers in Fire Dominated Forests of the Inland Western United States: Past, Present and Future Forest Health. Journal of Sustainable Forestry 2:211-220.

**Hassan, M.A., and N.E. West. 1986.** Dynamics of Soil Seed Pools in Burned and Unburned Sagebrush Semi-deserts. Ecology 67(1):269-272.

**Hauke, H.H. 1975.** Winter Roost Characteristics of the Rio Grande Turkey in South Texas. Proceedings of the National Wild Turkey Symposium 3:164-169.

**Heady, H.F., and R.D. Child. 1994.** Rangeland Ecology and Management. Westview Press, Inc. Boulder, Colorado.

**Hein, L. 2002.** Checklist for the Potential Costs of Land Degradation and the Benefits of Mitigation Measures. Prepared for The International Centre for Environmental Assessment Foundation for Sustainable Development and The International Centre for Integrative Studies. Available at: http://www.icis.unimaas.nl/medaction/downs/Deliverable_12.pdf.

**Heinselman, M.L. 1981.** Fire Intensity and Frequency as Factors in the Distribution and Structure of Northern Ecosystems. Pages 7-57 *in* Fire Regimes and Ecosystem Properties: Proceedings of the Conference (H.A. Mooney, T.M. Bonnicksen, N.L. Christensen, J.E. Lotan, and R.A. Reiners, technical coordinators). General Technical Report WO-26. USDA Forest Service. Washington, D.C.

**Hemstrom, M.A., and J.F. Franklin. 1982.** Fire and Other Disturbances of the Forests in Mount Rainier National Park. Quaternary Research 18:32-51.

Case No. 1:20-cv-02484-MSK Document 28-7 filed 04/27/21 USDC Colorado pg 119 of 137

**Hendee, J.C., and C.P. Dawson. 2002.** Wilderness Management Stewardship and Protection of Resources and Values. Third Edition. Fulcrum Publishing. Golden, Colorado.

**Hershler, R., and D.W. Sada. 1987.** Springsnails (Gastropoda: Hydrobiidae) of Ash Meadows, Amargosa Basin, California-Nevada. Proceedings of the Biological Society of Washington 100:776-843.

**________, and W.L. Pratt. 1990.** A New *Pyrgulopsis* (Gastropoda: Hydrobiidae) from Southeastern California, With a Model for Historical Development of the Death Valley Hydrographic System. Proceedings of the Biological Society of Washington 103:279-299.

**Heske, E.J., and M. Campbell. 1991.** Effects of an 11-year Livestock Exclosure on Rodent and Ant Numbers in the Chihuahuan Desert, Southeastern Arizona. Southwestern Naturalist 36:89-93.

**Hesse, L.W., J.C. Schmulbach, J.M. Carr, K.D. Keenlyne, D.G. Unkenholz, J.S. Robinson, and G.E. Mestl. 1989.** Missouri River Resources in Relation to Past, Present, and Future Stresses. Pages 352-371 *in* Proceedings of the International Large River Symposium (D.P. Dodge, ed.). Canadian Special Publications in Fisheries and Aquatic Science 106. Department of Fisheries and Oceans, Ottawa. Ontario, Canada.

**Hessl, A., and S. Spackman. 1995.** Effects of Fire on Threatened and Endangered Plants: An Annotated Bibliography. USDI National Biological Service Information and Technology Report. Washington, D.C.

**Hicks, B.J., J.D. Hall, P.A. Bisson, and J.R. Sedell. 1991.** Responses of Salmonids to Habitat Changes. American Fisheries Publication 19:483-518.

**Higgins, S.I, D.M. Richardson and R.M. Cowling. 1996.** Modeling Invasive Plant Spread: The Role of Plant-Environment Interactions and Model Structure. Ecology 77(7): 2043-2054.

**Hilty, J.H., D.J. Eldridge, R. Rosentreter, and M.C. Wicklow-Howard. 2003.** Burning and Seeding Influence Soil Surface Morphology in an Artemisia Shrubland in Southern Idaho. Arid Land Research and Management 17:1-11.

**________, ________, ________, ________, and M. Pellant. 2004.** Recovery of Biological Soil Crusts Following Wildfire in Idaho. Journal of Range Management 57:89-96.

**Hirsch, S.A., and J.A. Leitch. 1996.** The Impact of Knapweed on Montana's Economy. North Dakota State University Agricultural Experimental Station. Agricultural Economics Report No 355. Fargo, North Dakota.

**Hobbs, N.T., and R.A. Spowart. 1984.** Effects of Prescribed Fire on Nutrition of Mountain Sheep and Mule Deer during Winter and Spring. Journal of Wildlife Management 48:551-560.

**Hobbs, R.J., and S.E. Humphries. 1995.** An Integrated Approach to the Ecology and Management of Plant Invasions. Conservation Biology 9(4):761-770.

**Hofman, V., and E. Solseng. 2001.** Reducing Spray Drift. North Dakota State University Extension Service, Agricultural and Biosystems Engineering. Fargo, North Dakota.

**Hole, F.D., and G.A. Neilsen. 1970.** Some Processes of Soil Genesis under Prairie. Pages 28-34 *in* Symposium on Prairie and Prairie Restoration. Special Publication No. 3. Knox College Field Station. Galesburg, Illinois.

**Holecheck, J.L., R.D. Pieper, and C.H. Herbel. 1995.** Range Management: Principles and Practices. Second Edition. Prentice Hall. Englewood Cliffs, New Jersey.

**Howard, G.L., S.R. Johnson, and S.L. Ponce. 1983.** Cattle Grazing Impact on Surface Water Quality in a Colorado Front Range Stream. Journal of Soil and Water Conservation: 124-128.

BLM_0008920

**Huber, A., S. Goodrich, and K. Anderson. 1999.** Diversity With Successional Status in the Pinyon-juniper/mountain mahogany/bluebunch wheatgrass Community Type Near Dutch John, Utah. *In* Proceedings: Ecology and Management of Pinyon-juniper Communities within the Interior West (S.B. Monsen and R. Stevens, compilers.). Proceedings RMRS-P-9. USDA Forest Service Rocky Mountain Research Station. Ogden, Utah.

**Hubert, W.A., R.P. Lanka, T.A. Wesche, and F. Stabler. 1985.** Grazing Management Influences on Two Brook Trout Streams in Wyoming. Pages 290-294 *in* Riparian Ecosystems and Their Management: Reconciling Conflicting Uses (R.R. Johnson, ed.). General Technical Report RM-120. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Hudson, B., J. Augsburger, M. Hillis, and P. Boehne. 2000.** Draft Biological Assessment for the Interior Columbia River Basin Ecosystem Management Project Final Environmental Impact Statement. USDI BLM and USDA Forest Service. Washington, D.C.

**Huff, M.H. 1984.** Post-fire Succession in the Olympic Mountains, Washington: Forest Vegetation, Fuels, and Avifauna. Ph.D. Dissertation. University of Washington. Seattle, Washington.

**________, and J.K. Smith. 2000.** Fire Effects on Animal Communities. Pages 35-42 *in* Wildland Fire in Ecosystems: Effects of Fire on Fauna. General Technical Report RMRS-GTR-42 Vol. 1. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**________, J.K. Agee, and D.A. Manuwal. 1985.** Postfire Succession of Avifauna in the Olympic Mountains, Washington. Pages 8-15 *in* Fire's Effects on Wildlife Habitat—a Symposium and Proceedings (J.E. Lotan and J.K. Brown, compilers). General Technical Report INT-186. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Huffman, J.M., and S.W. Blanchard. 1991.** Changes in Woody Vegetation in Florida Dry Prairie and Wetlands during a Period of Fire Exclusion, and after Dry-growing Season Fire. Pages 75-83 *in* Fire and the Environment: Ecological and Cultural Perspectives. Proceedings of an International Symposium (S.C. Nodvin and T.A. Waldrop, eds.). General Technical Report SE-69. USDA Forest Service Southeastern Forest Experiment Station. Ashville, North Carolina.

**Hughes, L.E. 1990.** Twenty Years of Rest-rotation Grazing on the Arizona Strip: An Observation. Rangelands 12:173-176.

**Humphrey, R.R. 1963.** The Role of Fire in the Desert and Desert Grassland Areas of Arizona. Pages 45-62 *in* Proceedings 2nd Tall Timbers Fire Ecology Conference. Tall Timbers Research Station. Tallahassee, Florida.

**________. 1974.** Fire in the Deserts and Desert Grasslands of North America. Pages 365-400 *in* Fire and Ecosystems (T.T. Kozlowski and C.E. Ahlgren, eds.). Academic Press. New York, New York.

**Hunn, E.S. 1990.** Nch'i-Wana: The Big River. University of Washington Press. Seattle, Washington.

**________, and D.H. French. 1998.** Western Columbia River Sahaptins. Pages 378-394 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of the North American Indian, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Hunter, Jr., M.L. 1990.** Wildlife, Forests, and Forestry. Principles of Managing Forests for Biological Diversity. Regents/Prentice Hall. Englewood Cliffs, New Jersey.

**Hutchenson, A., J.T. Baccus, T.M. McClean, and P.J. Fonteyn. 1989.** Response of Herbaceous Vegetation to Prescribed Burning in the Hill Country of Texas. Texas Journal of Agriculture and Natural Resources 3:42-47.

**Impara, P.C. 1997.** Spatial and Temporal Patterns of Fire in the Forests of the Central Oregon Coast Range. Ph.D. Dissertation, Oregon State University. Corvallis, Oregon.

**Irwin-Williams, C. 1979.** Post-pleistocene Archeology, 7000-2000 B.C. Pages 22-30 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Jackson, A.S. 1965.** Wildfires in the Great Plains Grasslands. Proceedings of the Tall Timbers Fire Ecology Conference 4:241-259.

**Jacobs, B.F., and R.G. Gatewood. 1999.** Restoration Studies in Degraded Pinyon-juniper Woodlands of North-central New Mexico. *In* Proceedings: Ecology and Management of Pinyon-juniper Communities within the Interior West (S.B. Monsen and R. Stevens, compilers). RMRS-P-9. USDA Forest Service Rocky Mountain Research Station. Ogden, Utah.

**Jacobs, J.S., M.F. Carpinelli, and R.L. Sheley. 1999.** Revegetating Noxious Weed-infested Rangeland. Pages 133-144 *in* Biology and Management of Noxious Rangeland Weeds (R.L Sheley and J.K Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

**Jacoby, P.W., and R.J. Ansley. 1991.** Mesquite: Classification, Distribution, Ecology, and Control. In Noxious Range Weeds (L.F. James, J.O. Evans, M.H. Ralphs, and R.D. Child, eds.). Westview Press, Inc. Boulder, Colorado.

**Janetski, J.C. 1991.** The Ute of Utah Lake. University of Utah Anthropological Papers Number 116. Salt Lake City, Utah.

**Jenny, H. 1980.** The Soil Resource: Origins and Behavior. Ecological Studies, Volume 37. Springer-Verlag. New York, New York.

**Jensen, M., I. Goodman, K. Brewer, T. Frost, G. Ford, and J. Nesser. 1997.** Biophysical Environments of the Basin. Pages 99-320 *in* An Assessment of Ecosystem Components in the Interior Columbia Basin and Portions of the Klamath and Great Basins (T.M. Quigley and S.J. Arbelbide, technical eds.). General Technical Report PNW-GTR-405. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

**Johansen, J.R. and W.R. Rayburn. 1989.** Effects of Range Fire on Soil Cryptogamic Crusts. Pages 107-109 *in* Prescribed Fire in the Intermountain Region. Forest Site Preparation and Range Improvement. Symposium Proceedings (D.M. Baumgartner, D.W. Breuer, B.A. Zamora, L.F. Neuenschwander, and R.H. Wakimoto, eds.). Washington State University. Pullman, Washington.

**Johnson, E.A., and C.P.S. Larsen. 1991.** Climatically Induced Change in Fire Frequency in the Southern Canadian Rockies. Ecology 72(1):194-201.

**Joly, K.B., W. Dale, W.B. Collins, and L.G. Adams. 2002.** Evaluating the Impacts of Wildland Fires on Caribou in Interior Alaska. Arctic Research of the United States 16:63–67.

**Jones, B., S.F. Fox, D.M. Leslie Jr., D.M. Engle, R.L. Lochmiller. 2000.** Herpetofaunal Responses to Brush Management with Herbicide and Fire. Journal of Range Management 53:154-158.

**Jones, K.B. 1986.** Deserts. Pages 123-145 *in* Inventory and Monitoring of Wildlife Habitat (A.Y. Cooperrider, R.J. Boyd, and H.R. Stuart, eds.). USDI BLM Service Center. Denver, Colorado.

**Jordan, G.L. 1981.** Range Seeding and Brush Management on Arizona Rangelands. T81121. University of Arizona Agricultural Experiment Station. Tucson, Arizona.

**Jorgensen, J. 1980.** Western Indians: Comparative Environments, Languages, and Cultures of 172 Western American Indian Tribes. W.H. Freeman and Company. San Francisco, California.

**Joseph, T.W., J.A. Sinning, R.J. Behnke, and P.B. Holden. 1977.** An Evaluation of the Status, Life History, and Habitat Requirements of Endangered and Threatened Fishes of the Upper Colorado River System (FWS/OBS-77/62). U.S. Fish and Wildlife Service. Fort Collins, Colorado.

**Kadrmas, T., W.S. Johnson, M. Eiswerth, and M. Coca. 2003.** The Estimated Costs of Treating Invasive Weeds in Elko County, Nevada. University of Nevada Cooperative Extension. Reno, Nevada. Available at: www.unce.unr.edu/publications/FS03/FS0341.pdf.

**Kaeding, L.R., B.D. Burdick, P.A., Schrader, and W.R. Noonan. 1986.** Recent Capture of a Bonytail (*Gila elegans*) and Observations on this Nearly Extinct Cyprinid from the Colorado River. Copeia 1986:1021-1023.

**Kaminski, R.M., H.R. Murkin, and C.E. Smith. 1985.** Control of Cattail and Bulrush by Cutting and Flooding. Pages 253-262 *in* Coastal Wetlands (H.H. Prince and F.M. D'itri, eds.). Lewis Publications, Inc. Chelsea, Michigan.

**Kantrud, H.A. 1981.** Grazing Intensity Effects on the Breeding Avifauna of North Dakota Native Grasslands. Canadian Field Naturalist 95:404-417.

**________, and R.L. Kologiski. 1982.** Effects of Soils and Grazing on Breeding Birds of Uncultivated Upland Grasslands of the Northern Great Plains. Wildlife Research Report 15. U.S. Fish and Wildlife Service. Washington, D.C.

**Kaufman, D.W., E.J. Finck, and G.A. Kaufman. 1990.** Small Mammals and Grassland Fires. Pages 46-80 *in* Fire in North American Tallgrass Prairies (S.L. Collins and L.L. Wallace, eds.). University of Oklahoma Press. Norman, Oklahoma.

**Kauffman, J.B. 1988.** The Status of Riparian Habitats in Pacific Northwest Forests. Pages 45-55 *in* Streamside Management: Riparian Wildlife and Forestry Interactions (K.J. Raedeke, ed.). Institute of Forest Resources, University of Washington. Seattle, Washington.

**________. 1990.** Ecological Relationships of Vegetation and Fire in Pacific Northwest Forests. Pages 39-52 *in* Natural and Prescribed Fire in Pacific Northwest Forests (J.D. Walstad, S.R. Radosevich, and D.V. Sandberg, eds.). Oregon State University Press. Corvallis, Oregon.

**________, and W.C. Krueger. 1984.** Livestock Impacts on Riparian Ecosystems and Streamside Management Implication. A Review. Journal of Range Management 37(5):430-438.

**Keeley, J.E. 2001.** Fire and Invasive Species in Mediterranean-climate Ecosystems of California. Pages 81-94 *in* Proceedings of the Invasive Species Workshop: The Role of Fire in the Control and Spread of Invasive Species (K.E.M. Galley and T.P. Wilson, eds.). Miscellaneous Publication No. 11. Tall Timbers Research Station. Tallahassee, Florida.

**Kehoe, A.B. 1992.** North American Indians: A Comprehensive Account (2nd Edition). Prentice Hall. Englewood, New Jersey.

**Kelly, I.T. 1964.** Southern Paiute Ethnography. Glen Canyon Series 21, University of Utah Anthropological Paper 69. Salt Lake City, Utah.

**________. 1976.** Southern Paiute Ethnography. Pages 11-223 *in* Paiute Indians II (D.A. Horr, ed.). Garland Publishing Inc. New York, New York.

**________, and C.S. Fowler. 1986.** Southern Paiute. Pages 368-397 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Kelly, R., and D.F. McCarthy. 2001.** Effects of Fire on Rock Art. Page 169-176 *in* American Indian Rock Art (S. Freers and A. Woody, eds.).

**Kennard, D., and C. Fowler. 2005.** Encyclopedia of Southern Fire Science. Forest Encyclopedia Network. Available at: http://fire.forestencyclopedia.net/.

**Kennard, E.A. 1979.** Hopi Economy and Subsistence. Pages 554-563 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Kennedy, D., and R.T. Bouchard. 1998.** Northern Okanogan, Lakes, and Colville. Pages 238-252 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of the North American Indian, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Khera, S., and P.S. Mariella. 1983.** Yavapai. Pages 38-54 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Kie, J.G. 1988.** Annual Grasslands. Pages 120-121 *in* A Guild to Wildlife Habitats of California (K.E. Mayer and W.F. Laudenslayer, eds.). California Department of Forestry and Fire Protection. Sacramento, California.

**Killbride, K.M., and F.L. Paveglio. 2000.** Integrated Pest Management to Control Reed Canarygrass in Seasonally Managed Wetlands of Southwestern Washington. Wildlife Society Bulletin 28:292-297.

**Kirsch, L.M. 1974.** Habitat Management Considerations for Prairie Chickens. Wildlife Society Bulletin 2:124-129.

**________, and K.F. Kruse. 1972.** Prairie Fires and Wildlife. Proceedings Tall Timbers Fire Ecology Conference 12:289-305.

**Klebenow, D.A., and R.C. Beall. 1977.** Fire Impacts on Birds and Mammals on Great Basin Rangelands. *In* Rangeland Management Fire Symposium. Casper, Wyoming.

**Kleijn, D., and G.I.J. Snoeijing. 1997.** Field Boundary Vegetation and the Effects of Agrochemical Drift: Botanical Change Caused by Low Levels of Herbicide and Fertilizer. Journal of Applied Ecology 34:1413-1425.

**Klein, D.R. 1982.** Fire, Lichens, and Caribou. Journal of Range Management. 35:390-395.

**Knoepp, J.D., and W.T. Swank. 1993.** Site Preparation Burning to Improve Southern Appalachian Pine-hardwood Stands: Nitrogen Responses in Soil, Soil Water, and Streams. Canadian Journal of Forest Resources 23:2263-2270.

**Koford, C.B. 1958.** Prairie Dogs, Whitefaces, and Blue Grama. Wildlife Monographs No. 3.

**Komarek, E. V. 1969.** Fire and Man in the Southwest. Pages 3-22 *in* Proceedings of the Symposium on Fire Ecology and the Control and Use of Fire in Wild Land Management. Journal of Arizona Academy of Sciences. Tucson, Arizona.

**Koskinen, W.C., J.C. Anhalt, O. Sakaliene, P.J. Rice, T.B. Moorman, and E.L. Arthur. 2003.** Sorption-desorption of "Aged" Sulfonylaminocarbonyltriazolinone Herbicide Metabolites in Soil. Journal of Agricultural and Food Chemistry 51:3604-3608.

**Krebill, R.G. 1972.** Mortality of Aspen on the Gros Ventre Elk Winter Range. Research Paper INT-129. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Kroeber, A.L. 1976.** Handbook of the Indians of California. Dover Publications, New York. Originally Published in 1925 as Bureau of Ethnology Bulletin 78. Smithsonian Institution. Washington, D.C.

**Kuchler, A.W. 1964.** Potential Natural Vegetation of the Conterminous United States. American Geographical Society, Special Publication No. 36. New York, New York.

**Kwilosz, J.R., and R.L. Knutson. 1999.** Prescribed Fire Management of Karner Blue Butterfly Habitat at Indiana Dunes National Lakeshore. Natural Areas Journal 19:98-108.

**Lantis, M. 1984.** Aleut. Pages 161-184 *in* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**LaPrade, J.C. 1992.** Fate of Pesticides in Soil and Water. Alabama Cooperative Extension System, Community Resource Development, Auburn University Document Number ANR-737. Auburn, Alabama. Available at: http://www.aces.edu/department/crd/publications/ANR-737.html.

**Laudenslayer, W.F., Jr., and J.R. Boggs. 1988.** Desert Scrub. Pages 114-115 *in* A Guide to Wildlife Habitats of California (K.E. Mayer and W.F. Laudenslayer, Jr., eds.). California Department of Forestry and Fire Protection. Sacramento, California.

**Lauer, J.L., and J.M. Peek. 1976.** Big Game-livestock Relationships on the Bighorn Sheep Winter Range, East Fork Salmon River, Idaho. University of Idaho Forest, Range, and Wildlife Experiment Station Bulletin No. 12.

**Leenhouts, B. 1998.** Assessment of Biomass Burning in the Conterminous United States. Conservation Biology 2(1):1-24. Available at: http://www.consecol.org/vol12/issl/art1/.

**LeJeune, K.D. and T.R. Seastedt. 2001.** *Centaurea* Species: The Forb that Won the West. Conservation Biology 15(6):1568-1574.

**Lelong, B., C. Lavoie, Y. Jodoin, and F. Belzile 2007.** Expansion Pathways of the Exotic Common Reed (I): a Historical and Genetic Analysis. Diversity and Distributions (Online Early articles). doi:10.1111/j.1472-4642.2007.00351.

**Lent, P.C. 1986.** Tundra. Pages 149-168 *in* Inventory and Monitoring of Wildlife Habitat (A.Y. Cooperrider. R.J. Boyd, and H.R Stuart, eds.). U.S. Bureau of Reclamation. Washington, D.C.

**Leopold, A. 1924**. Grass, Brush, and Timber Fire in Southern Arizona. Journal of Forestry 22(6):1-10.

**Levings, G.W., D.F. Healy, S.F. Richey, and L.F. Carter. 1998.** Water Quality in the Rio Grande Valley, Colorado, New Mexico, and Texas, 1992-95. U.S. Geological Survey Circular 1162. Available at: http://pubs.usgs.gov/circ/circ1162/.

**Levy, R. 1978.** Eastern Miwok. Pages 398-413 *in* California (R.F. Heizer, ed.). Handbook of the North American Indians, Volume 8 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Lewis, H.T. 1973.** Patterns of Indian Burning in California: Ecology and Ethnohistory. Ballena Press Anthropological Papers 1:1-101. Ramona, California.

**Liljeblad, S., and C.S. Fowler. 1986.** Owens Valley Paiute. Pages 412-434 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Lloyd, H. 1938.** Forest Fire and Wildlife. Journal of Forestry 36:1051-1054.

**Loeb, E.M. 1926.** Pomo Folkways. University of California Publications in American Archaeology and Ethnology 19(2):149-405. Berkeley, California.

**Long, C.J., C. Whitlock, P.J. Bartlein, and S.H. Millspaugh. 1998.** A 9000-year Fire History from the Oregon Coast Range, Based on a High-resolution Charcoal Study. Canadian Journal of Forest Research 28:774-787.

**Louda, S.M., D. Kendall, J. Conner, and D. Simberloff. 1997.** Ecological Effects of an Insect Introduced for the Biological Control of Weeds. Science 277:1088-1090.

**Lowe, P.O., P.F. Ffolliott, J.H. Dieterich, and D.R. Patton. 1978.** Determining Potential Wildlife Benefits from Wildfire in Arizona Ponderosa Pine Forests. General Technical Report RM-52. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Lucich, G.C., and R.M. Hanson. 1981.** Autumn Mule Deer Foods on Heavily Grazed Cattle Ranges in Northwestern Colorado. Journal of Range Management 34:72-73.

**Luginbuhl, J.M., J.T. Green, Jr., M.H. Poore, and A.P. Conrad. 2000.** Use of Goats to Manage Vegetation in Cattle Pastures in the Appalachian Region of North Carolina. Sheep and Goat Research Journal 16 (3):124–130.

**Lym, R.G. 2002.** Saltcedar (*Tamarix* spp.) Identification and Control. North Dakota State University Extension Service. Fargo, North Dakota. Available at: http://www.ext.nodak.edu/extpubs/plantsci/weeds/w1223w.htm.

**________, and J.A. Nelson. 2000.** Biological Control of Leafy Spurge (*Euphorbia esula*) with *Aphthona* spp. Along Railroad Right-of-ways. Weed Technology 14:642-646.

**Lyman, R.L. 1991.** Prehistory of the Oregon Coast: The Effects of Excavation Strategies and Assemblage Size on Archeological Inquiry. Academic Press. San Diego, California.

**Lyon, L.J., and P.F. Stickney. 1976.** Early Vegetal Succession Following Large Northern Rocky Mountain Wildfires. Pages 355-375 *in* Proceedings 14th Tall Timbers Fire Ecology Conference and Fire and Land Management Symposium. Tall Timber Research Station. Tallahassee, Florida.

**________, P. Harrington, and C. Christensen. 1995.** Ungulate Assessment in the Columbia River Basin. Interior Columbia Basin Ecosystem Restoration Project. Boise, Idaho.

**________, E. S. Telfer, and D.S. Schreiner. 2000a.** Direct Effects of Fire and Animal Responses. Pages 1723 *in* Wildland Fire in Ecosystems (J.K. Smith, ed.). General Technical Report RMRS-GTR-42, Volume 1. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**________, J.K. Brown, M.H. Huff, and J.K. Smith. 2000b.** Introduction. Pages 1-8 *in* Wildland Fire in Ecosystems (J.K. Smith, ed.). General Technical Report RMRS-GTR-42, Volume 1. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**MacCracken, J.G., and L.A. Viereck. 1990.** Browse Regrowth and Use by Moose after Fire in Interior Alaska. Northwest Science 64:11-18.

**Mack, R.N., D. Simberloff, W.M. Lonsdale, H. Evans, M. Clout, and F.A. Bazzazz. 2000.** Biotic Invasions: Causes, Epidemiology, Global Consequences, and Control. Ecological Applications 10(3):689-710.

**MacMahon, J.A. 1988.** Warm Deserts. Pages 231-264 *in* North American Terrestrial Vegetation (M.G. Barbour and W.D. Billings, eds.). Cambridge University Press. New York, New York.

**________. 1992.** Deserts. Alfred A. Knopf, Inc. New York, New York.

**Maddux, H.R., L.A. Fitzpatrick, and W.R. Noonan. 1993.** Colorado River Endangered Fishes Critical Habitat, Draft Biological Document. U.S. Fish and Wildlife Services. Salt Lake City, Utah.

**Madsen, J., and R.M. Stewart. 2004.** Mechanical and Physical Control Practices. Pages 6-10 in Aquatic Plant Management (K. Getsinger and M. Moore, leaders). Aquatic Ecosystem Restoration Foundation. Lansing, Michigan.

**Maikawa, E., and K.A. Kershaw. 1976.** Studies on Lichen-dominated Systems. XIX. The Postfire Recovery Sequence of Black Spruce-lichen Woodland in the Abitau Lake Region, N.W.T. Canadian Journal of Botany 54:2679-2687.

**Malanson, G.P., and J.F. O'Leary. 1985.** Effects of Fire and Habitat on Post-fire Regeneration in Mediterranean-type Ecosystems: *Ceanothus spinosus* Chaparral and Californian Coastal Sage Scrub. Acta Oecologica Plantarum 6(20):169-181.

**Manske, L.L., W.T. Barker, and M.E. Biondini. 1988.** Effects of Grazing Management Treatment on Grassland Plant Communities and Prairie Grouse Habitat. Pages 58-72 *in* Prairie Chickens on the Sheyenne National Grasslands (A.J. Bjugstad, technical coordinator). General Technical Report RM-159. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Martin, R.C. 1990.** Sage Grouse Reponses to Wildfire in Spring and Summer Habitats. M.S. Thesis, University of Idaho. Moscow, Idaho.

**Martin, S.C. 1983.** Responses of Semidesert Grasses and Shrubs to Fall Burning. Journal of Range Management 36(5):604-610.

**________, and H.L. Morton. 1993.** Mesquite Control Increases Grass Density and Reduces Soil Loss in Southern Arizona. Journal of Range Management 46(2):170-175.

**________, and R.M. Turner. 1977.** Vegetation Change in the Sonoran Desert Region, Arizona and Sonora. Journal of the Arizona Academy of Science 12:59-69.

**Maser, C., and J.S. Gashwiler. 1978.** Interrelationships of Wildlife and Western Juniper. Pages 37-82 *in* Proceedings of the Western Juniper Ecology and Management Workshop (R.E. Martin, J.E. Ealy, and O.L. Carter, eds.). General Technical Report PNW-74. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

**Maxwell, J.A. 1978.** America's Fascinating Indian Heritage. Reader's Digest Association, Inc. New York, New York.

**McCartney, A.P. 1984.** Prehistory of the Aleutian Region. Pages 119-135 *in* Arctic (D. Damas, ed.). Handbook of North American Indians, Volume 5 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**McClellan, C., and G. Deniston. 1981.** Environment and Culture in the Cordillera. Pages 372-386 *in* Sub-arctic (J. Helm, ed.). Handbook of North American Indians, Volume 6 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**McCulloch, C.Y., D.C. Wallmo, and P.F. Ffolliott. 1965.** Acorn Yield of Gambel Oak in Northern Arizona. Research Note RM-48. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**McDonald, P.M. 1988.** Montane Hardwood. Pages 72-73 *in* A Guild to Wildlife Habitats of California (K.E. Mayer and W.F. Laudenslayer, eds.). California Department of Forestry and Fire Protection. Sacramento, California.

**McDonald, S.F., S.J. Hamilton, K.J. Buhl, and J.F. Heisinger. 1996.** Acute Toxicity of Fire Control Chemicals to *Daphnia magna* Straus and *Selenastrum capricornutum* Printz. Ecotoxicology and Environmental Safety 33:62-72.

**________, ________, ________, and ________. 1997.** Acute Toxicity of Fire-retardant and Foam-suppressant Chemicals to *Hyalella azteca* Saussure. Environmental Toxicology and Chemistry 16:1370-1376.

**McGinty, A., F.E. Smeins, and L.B. Merrill. 1983.** Influence of Spring Burning on Cattle Diets and Performance on Edwards Plateau. Journal of Range Management 36(2):175-178.

**McGuire, T.R. 1983.** Walapai. Pages 25-37 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**McLaughlin, S.P., and J.E. Bowers. 1982.** Effects of Wildfire on a Sonoran Desert Plant Community. Ecology 63(1):246-248.

**McMahon, T.E., and D.S. deCalesta. 1990.** Effects of Fire on Fish and Wildlife. Natural and Prescribed Fire in Pacific Northwest Forests. Pages 233-250 *in* Natural and Prescribed Fire in Pacific Northwest Forests (S. Walstad, R. Radosevich, and D. V. Sandberg, eds.). Oregon State University Press. Corvallis, Oregon.

**McNabb, D.H., and F.J. Swanson. 1990.** Effects of Fire on Soil Erosion. Pages 159-176 *in* Natural and Prescribed Fire in Pacific Northwest Forests (J.D. Walstad, S.R. Radosevich, and D.V. Sandberg, eds.). Oregon State University Press. Corvallis, Oregon.

**McNabb, K. 1997.** Environmental Safety of Forestry Herbicides. Alabama Cooperative Extension System ANR-846. Available at: http://www.aces.edu/pubs/docs/A/ANR-0846/.

**Meehan, W.R. (ed.). 1991.** Influences of Forest and Rangeland Management on Salmonid Fishes and Their Habitats. American Fisheries Society Special Publication 19. Bethesda, Maryland.

**________, and T.C. Bjornn. 1991.** Salmonid Distribution and Life Histories. American Fisheries Society Special Publication 19:47-82. Bethesda, Maryland.

**Mehringer, P.J., Jr. 1986.** Prehistoric Environments. Pages 31-50 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Meyer, G.A., and J.L. Pierce. 2003.** Geomorphic and Climatic Controls on Fire-induced Sediment Pulses in Yellowstone and Central Idaho: A Holocene Perspective. Forest Ecology and Management 178(1-2): 89-104.

**Miller, J. 1998.** Middle Columbia River Salishans. Pages 253-270 *in* Plateau (D.E. Walker, Jr., ed.). Handbook of the North American Indians, Volume 12 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Miller, K.V., and J.H. Miller. 2004.** Forestry Herbicide Influences on Biodiversity and Wildlife Habitat in Southern Forests. Wildlife Society Bulletin 32(4):1049-1060.

**Miller, M. 2000.** Fire Autecology. Pages 9-34 in Wildland Fire in Ecosystems: Effects of Fire on Flora (J.K. Brown and J.K. Smith, eds.). USDA Forest Service Rocky Mountain Research Station General Technical Report RMRS-GTR-42 Volume 2. Fort Collins, Colorado.

**Miller, R.F., and J.A. Rose. 1999.** Fire History and Western Juniper Encroachment in Sagebrush Steppe. Journal of Range Management 52(6):550-559.

**Miller, W.H., H.M. Tyus, and C.A. Carlson (eds). 1982.** Fishes of the Upper Colorado River System: Present and Future. American Fisheries Society, Western Division. Bethesda, Maryland.

**Mills, M.J. 1994.** Harvest, Catch, and Participation in Alaska Sport Fisheries during 1993. Alaska Department of Fish and Game Fishery Data Series 94-28. Anchorage, Alaska.

**Minckley, W.L. 1973.** Fishes of Arizona. Arizona Game and Fish Department. Phoenix, Arizona.

**________, and J.E. Deacon (eds). 1991.** Battle Against Extinction: Native Fish Management in the American West. University of Arizona Press. Tucson, Arizona.

**Minino, A.M., E. Arias, K.D. Kochanek, S.L. Murphy, and B.L. Smith. 2002.** Deaths: Final Data for 2000. National Vital Statistics Reports Volume 50, Number 15. Centers for Disease Control and Prevention, Division of Vital Statistics. Washington, D.C.

**Minshall, G.W. 2003.** Responses of Stream Benthic Macroinvertebrates to Fire. Forest Ecology and Management 178:155-161.

**________, and J.T. Brock. 1991.** Observed and Anticipated Effects of Forest Fire on Yellowstone Stream Ecosystems. Pages 123-125 *in* The Greater Yellowstone Ecosystem: Redefining America's Wilderness Heritage (R.B. Keiter and M.S. Boyce, eds.). Yale University Press. New Haven, Connecticut.

**________, ________, and J.D. Varley. 1989.** Wildfires and Yellowstone Stream Ecosystem. BioScience 39:707-715.

**________, C.T. Robinson, and D.E. Lawrence. 1997.** Postfire Response to Lotic Ecosystems in Yellowstone National Park, USA. Canadian Journal of Fisheries and Aquatic Sciences 54:2509-2525.

**________, D.A. Andrews, J.T. Brock, C.T. Robinson, and D.E. Lawrence. 1990.** Changes in Wild Trout Habitats Following Forest Fire. Pages 174-177 *in* Wild Trout IV: Proceedings of the Symposium (F. Richardson and R. H. Hamre, eds.). Trout Unlimited. Arlington, Virginia.

**Moapa Memories. 2002.** Available at: http://www.xeri.com/Moapa/moapa-afidavits.htm.

**Monsen, S.B, R. Stvens, and N.L. Shaw (compilers). 2004.** Restoring Western Ranges and Wildlands. General Technical Report RMRS-GTR-136. USDA Forest Service Rocky Mountain Research Stations. Fort Collins, Colorado.

**Moratto, M.J. 1984.** California Archaeology. Academic Press, Inc. Orlando, Florida.

**Morgan, P., S.C. Bunting, A.E. Black, T. Merrill, and S. Barrett. 1998.** Past and Present Fire Regimes in the Interior Columbia River Basin. Pages 77-82 in Fire Management under Fire (Adapting to Change) (K. Close and R.A. Bartlette, eds.). Proceedings of the 1994 Interior West Fire Council Meeting and Program. International Association of Wildland Fire. Fairfield, Washington.

**________, G.H. Aplet, J.B. Haufler, H.C. Humphries, M.M. Moore, and W.D. Wilson. 1994.** Historical Range of Variability: A Useful Tool for Evaluating Ecosystem Change. Journal of Sustainable Forestry 2:87-111.

**Moriarty, D.J., R.E. Farris, D.K. Noda, and P.A. Stanton. 1985.** Effects of Fire on a Coastal Sage Scrub Bird Community. Southwestern Naturalist 30:452-453.

**Moseley, J.C., S.C. Bunting, and M.E. Manoukian. 1999.** Cheatgrass. *In* Biology and Management of Rangeland Weeds (R.L. Sheley and J. K. Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

**Moyle, P.B. 1976.** Inland Fishes of California. University of California Press. Berkeley, California.

**Mueggler, W.F., and J.P. Blaisdell. 1958.** Effects on Associated Species of Burning, Rotobeating, Spraying, and Railing Sagebrush. Journal of Range Management 11:61-66.

**________, and W.L. Stewart. 1980.** Grassland and Shrubland Habitat Types of Western Montana. General Technical Report INT-66. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Munn, L.C., G.A. Nielsen, and W.F. Mueggler. 1978.** Relationships of Soils to Mountain and Foothill Range Habitat Types and Production in Western Montana. Journal of the Soil Science of America 42:135-139.

**Murkin, H.R., and P. Ward. 1980.** Early Spring Cutting to Control Cattail in a Northern Marsh. Wildlife Society Bulletin 8:254-256.

**Murphy, P.J. 1985.** History of Forest and Prairie Fire Control Policy in Alberta. Research Paper T/77. Alberta Energy and Natural Resources. Edmonton, Alberta.

**Murphy, R.F., and Y. Murphy. 1986.** Northern Shoshone and Bannock. Pages 284-307 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Murray, M.P., S.C. Bunting, and P. Morgan. 1997.** Subalpine Ecosystems: The Roles of Whitebark Pine and Fire. Pages 295-299 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

**Mushinksy, H.R., and D.J. Gibson. 1991.** The Influence of Fire Periodicity on Habitat Structure. Pages 237-259 *in* Habitat Structure: the Physical Arrangement of Objects in Space (S.S. Bell, E.D. McCoy, and H.R. Mushinsky, eds.). Chapman and Hall. New York, New York.

**Mutch, R.W. 1994.** Fighting Fire with Prescribed Fire: A Return to Ecosystem Health. Journal of Forestry 92(11):31-33.

**________, and W.A. Cook. 1996.** Restoring Fire to Ecosystems: Methods Vary with Land Management Goals. Pages 9-11 *in* The Use of Fire in Forest Restoration (C.C. Hardy and S.F. Arno, eds.). General Technical Report INT-GTR-341. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Naiman, R.J. 1981.** An Ecosystem Overview: Desert Fishes and Their Habitats. Pages 493-531 *in* Fishes in North American Deserts (R.J. Naiman and D.L. Soltz, eds.). Wiley-Interscience Publication. New York, New York.

**Narog, M.G., A.L. Koonce, R.C. Wilson, and B.M. Corcoran. 1995.** Burning in Arizona's Giant Cactus Community. Pages 175-176 *in* Proceedings Biswell Symposium: Fire Issues and Solutions in Urban Interface and Wildland Ecosystems General Technical Report PSW-158. USDA Forest Service Pacific Southwest Forest and Range Experiment Station. Berkeley, California.

**Nash, L. 1993.** Water Quality and Health. Pages 25-39 *in* Water in Crisis: A Guide to the World's Fresh Water Resources (P.H. Gleick, ed.). Oxford University Press. New York, New York.

**National Academy of Sciences (NAS). 1968.** Principles of Plant and Animal Pest Control, Volume 2: Weed Control. Washington, D.C.

**National Center for Health Statistics. 2004.** Vital Statistics. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention. Hyattsville, Maryland. Available at: http://www.cdc.gov/nchs/.

**National Fire Plan. 2005.** National Fire Plan Website. Available at: http://www.fireplan.gov/.

**National Fire Plan Technical Team. 2002.** Criteria for At-Risk Salmonids: National Fire Plan Activities. Version 2.1.

**National Institute for Occupational Safety and Health (NIOSH). 1997.** NIOSH Facts. Work-related Musculoskeletal Disorders. Available at: http://www.cdc.gov/niosh/muskdsfs.html.

________. **2001.** Traumatic Occupational Injuries. Available at: http://www.cdc.gov/niosh/injury.

________. **2002.** Occupational Cancer. Available at: http://www.cdc.gov/niosh/occancer.html.

**National Interagency Fire Center. 2005.** Wildland Fire Statistics. Boise, Idaho. Available at: http://www.nifc.gov/stats/index.html.

**National Invasive Species Council. 2001.** Management Plan for Meeting the Invasive Species Challenge. Washington, D.C.

**National Network of Forest Practitioners. 2005.** Nontimber Forest Products (NTFP) Fact Sheet. Available at: http://www.nnfp.org/.

**National Wildfire Coordinating Group (NWCG). 2001.** Fire Effects Guide. (NFES 2394). Fire Use Working Team, National Interagency Fire Center. Boise, Idaho. Available at: http://www.nwcg.gov/pms/RxFire/FEG.pdf.

_________. **2007.** Glossary of Wildland Fire Terminology. (PMS 205). Incident Operations Standards Working Team. Available at: http://www.nwcg.gov/pms/pubs/pubs.htm#PMS205.

**NatureServe Explorer. 2001.** An Online Encyclopedia of Life. Version 1.6. Arlington, Virginia. Available at: http://www.natureserve.org/explorer.

**Neary, D.G., C.C. Klopatek, L.F. DeBano, and P.F. Ffolliott. 1999.** Fire Effects on Belowground Sustainability: A Review and Synthesis. Forest Ecology and Management 122:51-71.

**Nelson, C.M. 1990.** Prehistory of the Puget Sound Region. Pages 481-484 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Nevada Commission for the Preservation of Wild Horses. 1999.** A Plan of Goals, Strategies, and Recommendations for the Preservation and Protection of Wild Horses on Federal Lands in the State of Nevada. Carson City, Nevada.

**Norris, K.S. 1953.** The Ecology of the Desert Iguana, *Dipsosaurus dorsalis*. Ecology 34:265-287.

**Norton, J.B., T.A. Monaco, J.M. Norton, D.A. Johnson, and T.A. Jones. 2004.** Cheatgrass Invasion Alters Soil Morphology and Organic Matter Dynamics in Big Sagebrush-Steppe Rangelands. *In* Seed and Soil Dynamics in Shrubland Ecosystems: Proceedings; 2002, August 12-16 (A. L. Hild, N. L. Shaw, S. E. Meyer, D. T. Booth, and E. D. McArthur, eds.). USDA Forest Service Rocky Mountain Research Station. Laramie, Wyoming.

**Obrigawitch, T.T., G. Cook, and J. Wetherington. 1998.** Assessment of Effects on Non-target Plants from Sulfonylurea Herbicides Using Field Approaches. Pesticide Science 52:199-217.

**Office of Management and Budget. 2005.** PART Assessments. Office of Management and Budget Program Rating Tool. Available at: http://www.whitehouse.gov/omb/budget/fy2006/pma/interior.pdf.

**Oldemeyer, J.L., A.W. Franzmann, A.L. Brundage, P.D. Arneson, and A. Flynn. 1977.** Browse Quality and the Kenai Moose Population. Journal of Wildlife Management 41:533-542.

**Olendorff, R.R., R.S. Motroni, and M.W. Call. 1980.** Raptor Management—the State of the Art in 1980. Pages 468-523 *in* Workshop Proceedings: Management of Western Forests and Grasslands for Nongame Birds (R.M. DeGraaf and N.G. Tilghman, eds.). General Technical Report INT-86. USDA Forest Service Intermountain Forest and Range Experiment Station. Ogden, Utah.

**Olson, B.E. 1999.** Grazing and Weeds. Pages 85-97 *in* Biology and Management of Noxious Rangeland Weeds (R.L. Sheley and J.K. Petroff, eds.). Oregon State University Press. Corvallis, Oregon.

________**, and R.T. Wallander. 1998.** Effect of Sheep Grazing on a Leafy Spurge-infested Idaho Fescue Community. Journal of Range Management 51(2):247-252.

**Olson, J.S. 1963.** Energy Storage and Balance of Producers and Decomposers in Ecological Systems. Ecology 44:322-331.

**Olson, R.J., J.T. Hansen, T. Whitson, and K. Johnson. 1994.** Tebuthiuron to Enhance Rangeland Diversity. Rangelands 16:197-201.

**O'Meara, T.E., J.B. Haufler, L.H. Steleter, and J.G. Nagy. 1981.** Nongame Wildlife Responses to Chaining of Pinyon-juniper Woodlands. Journal of Wildlife Management 45:381-389.

**Opler, M.E. 1983.** Mescarlero Apache. Pages 419-439 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**O'Rourke, J.T., and R.R. Ogden. 1969.** Vegetative Response Following Pinyon-juniper Control in Arizona. Journal of Range Management 22(6):416-417.

**Oster, E. No date.** The Effects of Fire on Subsurface Archeological Materials. *In* Wildland Fire in Ecosystems: Effects of Fire on Cultural Resources and Archeology (K.C. Ryan and A.T. Jones, eds.). Rainbow Series, USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Ott, J.E., E.D. McArthur, and B.A. Roundy. 2003.** Vegetation of Chained and Non-chained Seedings After Wildfire in Utah. Journal of Range Management 56:81-91.

**Ott, R. 2000.** Factors Affecting Stream Bank and River Bank Stability, with an Emphasis on Vegetation Influences. Prepared for the Region III Forest Practices Riparian Management Committee. Tanana Chiefs Conference, Inc. Forestry Program. Fairbanks, Alaska.

**Owens, M.K., and B.E. Norton. 1990.** Survival of Juvenile Basin Big Sagebrush under Different Grazing Regimes. Journal of Range Management 43:132-135.

**Page, L.M., and B.M. Burr. 1991.** The Peterson Field Guide Series: A Field Guide to Freshwater Fishes. Houghton Mifflin Publishers. Boston, Massachusetts.

**Paige, C., and S.A. Ritter. 1999.** Birds in a Sagebrush Sea: Managing Sagebrush Habitats for Bird Communities. Partners in Flight Western Working Group. Boise, Idaho.

**Patterson, R.L. 1952.** The Sage Grouse in Wyoming. Sage Books. Denver, Colorado.

**Paulin, K.M., J.J. Cook, and S.R. Dewey. 1999.** Pinyon-juniper Woodlands as Sources of Avian Diversity. Pages 240-243 *in* Proceedings: Ecology and Management of Pinyon-juniper Communities within the Interior West. RMPRS-P-9. USDA Forest Service Rocky Mountain Research Station. Ogden, Utah.

**Paveglio, F.L., and K.M. Killbride. 2000.** Reponse of Vegetation to Control of Reed Canarygrass in Seasonally Managed Wetlands of Southwestern Washington. Wildlife Society Bulletin 28:730-740.

**Payette, S., C. Morneau, L. Sirois, and M. Desponts. 1989.** Recent Fire History of the Northern Quebec Biomes. Ecology 70:656-673.

**Payne, N.F., and F. Copes. 1986.** Wildlife and Fisheries Habitat Improvement Handbook. USDA Forest Service. U. S. Government Printing Office. Washington, D.C.

**________, and F.C. Bryant. 1998.** Wildlife Habitat Management of Forestlands, Rangelands, and Farmlands. Krieger Publishing Company. Malabar, Florida.

**Paysen, T.E., R.J. Ansley, J.K. Brown, G.J. Gottfried, S.M. Haase, M.G. Harrington, M.G. Narog, S.S. Sackett, and R.C. Wilson. 2000.** Fire in Western Shrubland, Woodland, and Grassland Ecosystems. Pages 121-159 *in* Wildland Fire in Ecosystems Effects of Fire on Flora (J.K. Brown and J.K. Smith, eds.). General Technical Report RMRS-GTR-42 Vol. 2. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Pechanec, J.F., and G. Stewart. 1944.** Sagebrush Burning—Good and Bad. Farmer's Bulletin No. 1948. USDA Forest Service. Washington, D.C.

**Pechanec, J.F., G. Stewart, A.P. Plummer, J.H. Robertson, and A.C. Hull, Jr. 1954.** Controlling Sagebrush on Rangelands. Farmer's Bulletin No. 2072. USDA Forest Service. Washington, D.C.

**Perala, D.A. 1990.** *Populus tremuloides* Michx. Quaking Aspen. Pages 555-569 *in* Silvics of North America: Vol. 2, Hardwoods (R.M. Burns and B.H. Honkala, eds.). Agricultural Handbook 654. USDA Forest Service. Washington, D.C.

**Peterjohn, W.T., and W.H. Schlesinger. 1990.** Nitrogen Loss from Deserts in the Southwestern United States. Biogeochemistry 10:67-79.

**Petersen, G.J., and F.R. Mohr. 1985.** Underburning on White Fir Sites to Induce Natural Regeneration and Sanitation. Fire Management Notes 45:17-20.

**Peterson, E. 2006.** Invasive Annual Grasses in Nevada. Nevada Natural Heritage Program. Carson City, Nevada.

**Peterson, E.B., and N.M. Peterson. 1992.** Ecology, Management and Use of Aspen and Balsam Poplar in the Prairie Provinces. Special Report 1. Canadian Forest Service, Northwest Region, Northern Forestry Centre. Edmonton, Alberta.

**Pfleeger, T.G., A. Fong, R. Hayes, H. Ratsch, and C. Wickliff. 1996.** Field Evaluation of the EPA (Kenaga) Nomogram, a Method for Estimating Wildlife Exposure to Pesticide Residues on Plants. Environmental Toxicology and Chemistry 15(4):535-543.

**Phillips, W.S. 1962.** Fire and Vegetation of Arid Lands. Tall Timbers Fire Ecology Conference 1:81-93.

**Pianka, E.R. 1966.** Convexity, Desert Lizards, and Spatial Heterogeneity. Ecology 47:1055-1059.

**Pickering, D.L. 1997.** The Influence of Fire on West Coast Grasslands and Concerns about its Use as a Management Tool: A Case Study of the Oregon Silverspot Butterfly *Speyeria zerene* (Lepidoptera, Nymphalidae). Pages 37-46 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

**Pieper, R.D. 1994.** Ecological Implications of Livestock Grazing. Pages 13-68 *in* Ecological Implications of Livestock Herbivory in the West. (M. Vavra, W.A. Laycock, and R.D. Pieper, eds.). Society for Range Management. Denver, Colorado.

**Pimentel, D. 1997.** Techniques for Reducing Pesticides: Environmental and Economic Benefits. John Wiley and Sons. New York, New York.

**________, R. Zuniga, and D. Morrison. 2004.** Update on the Environmental and Economic Costs Associated with Alien-invasive Species in the United States. Ecological Economics 52:273-288.

**_________. 2005.** Environmental and Economic Costs of the Application of Pesticides Primarily in the United States. Environmental, Development and Sustainability 7:229-252.

**________, R. Zuniga, and D. Morrison. 2005.** Update on the Environmental and Economic Costs Associated with Alien-invasive Species in the United States. Ecological Economics 52:273-288.

**Pitelka. F.A. 1979.** An Avi-faunal Review for the Barrow Region and North Slope of Arctic Alaska. Arctic and Alpine Research 6:161-184.

**Pittroff, W. 2001.** Grazing Weeds and Toxins: A Viable Control Alternative? Noxious Times (Winter). Available at: http://www.cdfa.ca.gov/phpps/ipc/noxioustimes/pdfs/2001winter.pdf.

**Platania, S.P. 2003.** Perils Facing the Gila Trout in the Status and Trends of the Nation's Biological Resources. Available at: http://biology.usgs.gov/s+t/SNT/index.htm.

**________, and K.R. Bestgen. 1988.** An Interim Report on the Fishes of the Lower San Juan River, New Mexico, 1987. New Mexico Department of Game and Fish. Santa Fe, New Mexico.

**Platts, W.S. 1991.** Livestock Grazing. Pages 389-424 *in* Influences of Forest and Rangeland Management on Salmonid Fishes and Their Habitats (W.R. Meehan, ed.). American Fisheries Society, Publication 19.

**________, and R.L. Nelson. 1985.** Impacts to Rest-rotation Grazing on Stream Banks in Forested Watersheds in Idaho. North American Journal of Fisheries Management 5:547-556.

**Plog, F. 1979.** Prehistory: Western Anasazi. Pages 108-130 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Plumb, T.R. 1980.** Response of Oaks to Fire. Pages 202-215 *in* Proceedings, Symposium on the Ecology, Management, and Utilization of California Oaks (T.R. Plumb, technical coordinator). General Technical Report PSW-44. U.S. Department of Agriculture Forest Service, Pacific Southwest Forest and Range Experiment Station. Berkeley, California.

**Plummer, A.P., D.R. Christensen, and S.B. Monsen. 1968.** Restoring Big-game Range in Utah. Utah Division of Fish and Game Publication 68-3. Salt Lake City, Utah.

**Poff, N.L., J.D. Allan, M.B. Bain, J.R. Karr, K.L. Prestegarrd, B.D. Richter, R.E. Sparks, and J.C. Stromberg. 1997.** The Natural Flow Regime: A Paradigm for River Conservation and Restoration. BioScience 47:769-784.

**Prescribed Fire and Fire Effects Working Team. 1985.** Prescribed Fire Smoke Management Guide. National Wildfire Coordinating Group. Boise, Idaho.

**Prichard, D., F. Berg, S. Leonard, W. Hagenbuck, M. Manning, R. Krapf, C. Noble, R. Leinard, and J. Staats. 2003.** Riparian Area Management: A User Guide to Assessing Proper Functioning Condition and the Supporting Science for Lentic Areas. TR 1737-16, USDI BLM BLM/RS/ST-99/001+1737+REV03. Denver, Colorado.

**Purdue Pesticide Programs. 2001.** Pesticide Impact Assessment Program. Purdue University Pesticide Program. Document Number PPP-35., Purdue Cooperative Extension Service, West Lafayette, Indiana. Available at: http://www.btny.purdue.edu/PPP/.

**Pyle, W.H., and J.A. Crawford. 1996.** Availability of Foods of Sage Grouse Chicks Following Prescribed Fire in Sagebrush-bitterbrush. Journal of Range Management 49:320-324.

**Pyne, S.J. 1982.** Fire in America: A Cultural History of Wildland and Rural Fire. Princeton University Press. Princeton, New Jersey.

**Racine, C.H., L.A. Johnson, and L.A. Viereck. 1987.** Patterns of Vegetation Recovery after Tundra Fires in Northwestern Alaska, USA. Arctic and Alpine Research 19:461-469.

**Rassman, J.P. 1993.** Prescribed Fire Effects in Southwestern Montana, Aspen Dominated Riparian Area. M.S. Thesis, Colorado State University. Fort Collins, Colorado.

**Rauzi, F., and C.L. Hanson. 1966.** Water Intake and Runoff as Affected by Intensity of Grazing. Journal of Range Management 19:351-356.

**Rees, N.E., P.C. Quimby Jr., G.L. Piper, C.E. Turner, N.R. Spencer, and L.V. Knutson (eds.). 1995.** Biological Control of Rangeland Weeds in the Northwestern United States. USDA Agricultural Research Service Range Weeds and Cereals Research Unit, Montana State University. Bozeman, Montana.

**________, ________, ________, E.M. Coombs, C.E. Turner, N.R. Spencer, and L.V. Knutson (eds.). 1996.** The Biological Control of Weeds in the West. Western Society of Weed Science. Bozeman, Montana.

**Reinhardt, T.E., and R.D. Ottmar. 2000.** Smoke Exposures at Western Wildfires. Research Paper PNW-RP-525. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

**________, ________, and A.J.S. Hanneman. 2000.** Smoke Exposure among Firefighters at Prescribed Burns in the Pacific Northwest. Research Paper PNW-RP-526. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

**Rejmanek, M., D.M. Richardson, and P. Pysek. 2005.** Plant Invasions and Invasibility of Plant Communities in (E. van der Maarel, ed.). Vegetation Ecology. Blackwell Publishing, Malden, Massachusets.

**Renwald, J.D. 1977.** Effects of Fire on Lark Sparrow Nesting Densities. Journal of Range Management 30:283-285.

**Resh, S.C., M.G. Ryan, L. Joyce, and D. Binkley. 2005.** Chipping and Mastication in Forest Ecosystems - A Synthesis. Unpublished Manuscript. Cited by Permission; Dan Binkley, July 20, 2005, Department of Forest, Rangeland, and Watershed Stewardship, Colorado State. Fort Collins, Colorado.

**Reynolds, H., G. Martin, and S. Clark. 1968.** Managing Grass-shrub Cattle Ranges in the Southwest. Agricultural Handbook No. 162. USDA Forest Service. Washington, D.C.

**Reynolds, M.C., and P.R. Krausman. 1998.** Effects of Winter Burning on Birds in Mesquite Grassland. Wildlife Society Bulletin 26:867-876.

**Rice, P.M. 2004.** Fire as a Tool for Controlling Nonnative Invasive Plants. Center for Invasive Plant Management. University of Montana. Missoula, Montana. Available at: http://www.weedcenter.org/management/burning_weeds.pdf.

**Richardson, C.R., E. Burnett, and R.W. Bovey. 1979.** Hydrologic Effects of Brush Control on Texas Rangelands. Transactions of the American Society of Agriculture and Engineering 22:315-319.

**Richter, D., C.W. Ralston, and W.R. Harms. 1982.** Prescribed Fire: Effects on Water Quality and Forest Nutrient Cycling. Science 215:661-663.

**Rieman, B.E., and J. Clayton. 1997.** Wildfire and Native Fish: Issues of Forest Health of Sensitive Species. Fisheries 22:6-15.

**________, D. Lee, G. Chandler, and D. Myers. 1997.** Does Wildfire Threaten Extinction for Salmonids? Responses of Redband Trout and Bull Trout Following Recent Large Fires on the Boise National Forest. Pages 47-57 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

**________, C. Luce, J.B. Dunham, and A. Rosenberger. 2005.** Implications of Changing Fire Regimes for Aquatic Systems. Pages 187-191 *in* Mixed Severity Fire Regimes: Ecology and Management. Symposium (L. Taylor, J. Zelnik, S. Cadwallader, and B. Hughes, eds.). Association for Fire Ecology and Washington State University. Pullman, Washington.

**Rinne, J.N. 1995.** The Effects of Introduced Fishes on Native Fishes: Arizona, Southwestern United States. Pages 149-159 *in* Protection of Aquatic Biodiversity, Proceedings of the World Fisheries Congress, Theme 3. Science Publishers, Inc. Lebanon, New Hampshire.

**________. 1996.** Short-term Effects of Wildfire on Fishes and Aquatic Macroinvertebrates in the Southwestern United States. North American Journal of Fish Management 16:653-658.

**________. 2003.** Native and Introduced Fishes: Their Status, Threat, and Conservation. Pages 194-213 *in* Ecology, Hydrology, and Management of Riparian Areas in the Southwestern United States (P.F. Ffolliott, M.B. Baker, L.F. Debano, and D.G. Neary, eds.). Lewis Publishers. Boca Raton, Florida.

**________, and W.L. Minckley. 1991.** Native Fishes of Arid Lands: A Dwindling Resources of the Desert Southwest. General Technical Report RM-206. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**________, and J.A. Stefferud. 1997.** Factors Contributing to Collapse Yet Maintenance of a Native Fish Community in the Desert Southwest (USA). *In* Developing and Sustaining World Fisheries Resources: The State of Science and Management (D.A. Hancock, D.C. Smith, A. Grant, and J.P. Beaumer, eds.). Second World Fish Congress. Brisbane, Australia.

**Robson, S.G., and E.R. Banta. 1995.** Ground Water Atlas of the United States: Arizona, Colorado, New Mexico, Utah. HA 730-C. Available at: http://capp.water.usgs.gov/gwa/.

**Rogers, G.F. 1986.** Comparison of Fire Occurrence in Desert and Nondesert Vegetation in Tonto National Forest, Arizona. Madrono 33(4):278-283.

Case No. 1:20-cv-02484-MSK Document 28-7 filed 04/27/21 USDC Colorado pg 134 of 137

________, **and J. Steele. 1980.** Sonoran Desert Fire Ecology. Pages 15-19 *in* Proceedings of the Fire History Workshop 1980. General Technical Report RM-81. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Romme, W.H., and D.G. Despain. 1989.** Historical Perspective on the Yellowstone Fires of 1988. BioScience 39(10):695-699.

**Ross, R.E. 1998.** Prehistory of the Oregon Coast. Pages 554-559 *in* Northwest Coast (W. Suttles, ed.). Handbook of North American Indians, Volume 7 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Rotenberry, J.T., and J.A. Wiens. 1978.** Nongame Bird Communities in Northwestern Rangelands. Pages 32-46 *in* Proceedings Nongame Bird Habitat Management in the Coniferous Forests of the Western U.S. (R.M. DeGraaf, technical coordinator). General Technical Report PNW-64. USDA Forest Service Pacific Northwest Research Station. Portland, Oregon.

________, **and J.A. Wiens. 1980.** Habitat Structure, Patchiness, and Avian Communities in North American Steppe Vegetation: A Multivariate Analysis. Ecology 61:1228-1250.

**Roundy, B.A., and J.A. Young. 1985.** Salt Deserts of the Great Basin. Pages 34-49 *in* Proceedings, Selected Papers Presented at the 38th Annual Meeting of the Society for Range Management. Denver, Colorado.

________, **W.H. Blackburn, and R.E. Eckert, Jr. 1978.** Influence of Prescribed Burning on Infiltration and Sediment Production in the Pinyon-juniper Woodland, Nevada. Journal of Range Management 31(4):250-253.

**Rowe, J.S., and G.W. Scotter. 1973.** Fire in the Boreal Forest. Quaternary Research 3:444-464.

________, **J.L. Bergsteinsson, G.A. Padbury, and R. Hermesh. 1974.** Fire Studies in the Mackenzie Valley. Indian and Northern Affairs Publication No. QS-1567-000-EE-A1. Arctic Land Use Research Program, Northern Economic Development Branch, Department of Indian Affairs and Northern Development. Ottawa, Canada.

**Rude, T., and A.T. Jones. No date.** Fire Effects to Prehistoric Ceramics. *In* Wildland Fire in Ecosystems: Effects of Fire on Cultural Resources and Archeology (K.C. Ryan and A.T. Jones, eds.). Rainbow Series, USDA Forest Service Rocky Mountain Research Station, USDA Forest Service. Fort Collins, Colorado.

**Russell, K.R., D.H. Van Lear, and D.C. Guynn, Jr. 1999.** Prescribed Fire Effects on Herpetofauna: Review and Management Implications. Wildlife Society Bulletin 27:374-384.

**Rutherford, W.H., and W.D. Snyder. 1983.** Guidelines for Habitat Modification to Benefit Wildlife. Colorado Division of Wildlife. Denver, Colorado.

**Ryder, R.A. 1980.** Effects of Grazing on Bird Habitats. Pages 51-66 *in* Workshop Proceedings: Management of Western Forests and Grasslands for Nongame Birds (R.M. DeGraaf and N.G. Tilghman, eds.). General Technical Report INT-86. USDA Forest Service Intermountain Forest and Range Experiment Station. Ogden, Utah.

**Salih, M.S., S. Taha, H. Faisalk, and G.F. Payne. 1973.** Water Repellency of Soils under Burned Sagebrush. Journal of Range Management 26(5):330-331.

**Samson, F.B. 1980a.** Use of Montane Meadows by Birds. Pages 113-129 *in* Workshop Proceedings: Management of Western Forests and Grasslands for Nongame Birds (R.M. DeGraaf and N.G. Tilghman, eds.). General Technical Report INT-86. USDA Forest Service Intermountain Forest and Range Experiment Station. Ogden, Utah.

________. **1980b.** Island Biogeography and the Conservation of Prairie Birds. Proceedings of the North American Prairie Conference 7:293-299.

**Sandberg, D.V., and F.N. Dost. 1990.** Effects of Fire on Air Quality and Human Health. Pages 191-218 *in* Natural and Prescribed Fire in Pacific Northwest Forests (J.D. Walstad, S.R. Radosevich, and D.V. Sandberg, eds.). Oregon State University Press. Corvallis, Oregon.

BLM_0008935

________, **J.M. Pierovich, D.G. Fox, and E. W. Ross. 1979.** Effects of Fire on Air: A State-of-knowledge Review. USDA Forest Service General Technical Report WO-9. USDA Forest Service, Pacific Northwest Research Station. Olympia, Washington.

________, **R.D. Ottmar, J.L. Peterson, and J. Core. 2002.** Wildland Fire in Ecosystems: Effects of Fire on Air. General Technical Report RMRS-GTR-42, Volume 5. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

________, **C.C. Hardy, R.D. Ottmar, J.A. Snell, A.A. Kendall, J.L. Peterson, P. Seamon, P. Lahm, and D. Wade. 1999.** National Strategic Plan: Modeling and Data Systems for Wildland Fire and Air Quality. USDA Forest Service, Pacific Northwest Research Station. Olympia, Washington.

**Satterlund, D.R., and P.W. Adams. 1992.** Wildland Watershed Management (2nd edition). John Wiley and Sons, Inc. New York, New York.

**Scarnecchia, D., S. Everett, T. Welker, and F. Ryckman. 2002.** Missouri River Fishes: Big Changes in the Big Muddy. North Dakota Outdoors (March).

**Schaaf, M.D. 1994.** Wildfire and Air Quality. Pages 82-88 *in* Proceedings of the Conference on Forest Health and Fire Danger in Inland Western Forests. Harmen Press. Spokane, Washington.

**Schaafsma, P. 1980.** Indian Rock Art of the Southwest. School of American Research, Southwest Indian Art Series. Santa Fe, New Mexico.

________. **1986.** Rock Art. Pages 215-226 *in* Great Basin (W. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general editor). Smithsonian Institution. Washington, D.C.

**Schaefer, J.A., and W.O. Pruitt, Jr. 1991.** Fire and Woodland Caribou in Southeastern Manitoba. Wildlife Monographs No. 116.

**Scherer, G., R. Everrett, and B. Zamora. 1997.** *Trifolium thompsonii* Stand Conditions Following a Wildfire Event in the Entiat Mountains of Central Washington. Pages 245-252 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

**Schier, G.A. 1975.** Deterioration of Aspen Clones in the Middle Rocky Mountains. Research Paper INT-170. USDA Forest Service Intermountain Forest and Range Experiment Station. Ogden, Utah.

**Schmidt, L.J. 1987.** Present and Future Themes in Pinyon-juniper Hydrology. Pages 474-479 *in* Proceedings – Pinyon-juniper Conference (R.L. Everett, compiler). General Technical Report INT-215. USDA Forest Service Intermountain Research Station. Ogden, Utah.

**Schmidt, K.M., J.P. Menakis, C.C. Hardy, W.J. Hann, and D.L. Bunnell. 2002.** Development of Coarse-scale Spatial Data for Wildland Fire and Fuel Management. General Technical Report RMRS-GTR-87. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Schroeder, A.H. 1979.** Pueblos Abandoned in Historic times. Pages 236-254 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 9 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Schuster, H.H. 1998.** Yakima and Neighboring Groups. Pages 308-335 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Schwartz, D.W. 1983.** Havasupai. Pages 13-24 *in* Southwest (A. Ortiz, ed.). Handbook of North American Indians, Volume 10 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Scott, V.E., and E.L. Boeker. 1977.** Responses of Merriam's Turkey to Pinyon-juniper Control. Journal of Range Management 30:220-223.

**Scurlock, D. 1998.** From the Rio to the Sierra: An Environmental History of the Middle Rio Grande Basin. General Technical Report RMRS-GTR-5. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Seaber, P.R., F.P. Kapinos, and G.L. Knapp. 1987.** Hydrologic Unit Maps. U.S. Geological Survey Water-supply Paper 2294. Available at: http://water.usgs.gov/GIS/huc.html.

**Segawa, R., A. Bradlye, P. Lee, D. Tran, J. White, J. Hsu, and K. Goh. 1997.** Residues of Forestry Herbicides in Plants of Interest to Native Americans: Phase One – Development of Methodologies and Pilot Sampling. Environmental Hazards Program, California Environmental Protection Program. Sacramento, California.

**Severson, K.E., and A.L. Medina. 1983.** Deer and Elk Habitat Management in the Southwest. Journal of Range Management 44:111-117.

**Shackley, M.S., and C. Dillian. 2002.** Thermal and Environmental Effects on Obsidian Geochemistry: Experimental and Archaeological Evidence. *In* The Effects of Fire and Heat on Obsidian (J.M. Loyd, T.M. Origer, and D. A. Fredrickson, eds.). Bureau of Land Management, Cultural Resources Publication, Bishop Field Office. Bishop, California.

**Sheley, R.L., and J.K. Petroff. 1999.** Biology and Management of Noxious Rangeland Weeds. Oregon State University Press. Corvallis, Oregon.

**Sheppard, G., and A. Farnsworth. 1997.** Fire Suppression in Threatened, Endangered, and Sensitive Species Habitats. Pages 337-340 *in* Fire Effects on Rare and Endangered Species and Habitats (J.M. Greenlee, ed.). International Association of Wildland Fire. Fairfield, Washington.

**Shimkin, D.B. 1986.** Eastern Shoshone. Pages 308-335 *in* Great Basin (W.L. d'Azevedo, ed.). Handbook of North American Indians, Volume 11 (W.C. Sturtevant, general ed.). Smithsonian Institution. Washington, D.C.

**Shinn, S.L., and D.C. Thill. 2002.** The Response of Yellow Starthistle (*Centaurea solstitialis*), Annual Grasses, and Smooth Brome (*Bromus inermis*) to Imazapic and Picloram. Weed Technology 16(2):366-370.

**Short, H.L. 1983.** Wildlife Guilds in Arizona Desert Habitats. USDI BLM Technical Note 362. Washington, D.C.

**________, and C.Y. McCulloch. 1977.** Managing Pinyon-juniper Ranges for Wildlife. General Technica Report RM-47. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Sieg, C.H. 1991.** Rocky Mountain Juniper Woodlands: Year-round Avian Habitat. Research Paper RM-296. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Silva, J.S., F.C. Rego, and S. Mazzoleni. 2002.** Fire Effects on Soil Water Dynamics in a Mediterranean Shrubland. Pages 1-11 *in* Forest Fire Research and Wildland Fire Safety. Millpress, Rotterdam.

**Simanton, J.R., D.D. Wingate, and M.A. Weltz. 1990.** Runoff and Sediment from a Burned Sagebrush Community. Pages 180-185 *in* Proceedings on the Effects of Fire Management of Southwestern Natural Resources Symposium 1988. General Technical Report RM-191. USDA Forest Service Rocky Mountain Forest and Range Experiment Station. Fort Collins, Colorado.

**Simberloff, D. 1996.** Impacts of Introduced Species in the United States. Consequences – the Nature and Implications of Environmental Change 2(2.): 13-22.

**Simons, L.H. 1991.** Rodent Dynamics in Relation to Fire in the Sonoran Desert. Journal of Mammalogy 72:518-524.

**Sims, P.L. 1988.** Grasslands. Pages 265-286 *in* North American Terrestrial Vegetation (M.G. Barbour and W.D. Billings, eds.). Cambridge University Press. New York, New York.

**Singer, F.J., and P. Schullery. 1989.** Yellowstone Wildlife Populations in Process. Western Wildlands 15:18-22.

**Sirois, L., and S. Payette. 1991.** Reduced Postfire Tree Regeneration along a Boreal Forest-forest Tundra Transect in Northern Quebec. Ecology 72:619-627.

**Smith, A.D. 1949.** Effects of Mule Deer and Livestock upon a Foothill Range in Northern Utah. Journal of Wildlife Management 13:421-423.

**Smith, J.K. 2000.** Wildland Fire in Ecosystems: Effects of Fire on Fauna. General Technical Report RMRS-GTR-42 Volume 1. USDA Forest Service Rocky Mountain Research Station. Fort Collins, Colorado.

**Smith, N.S. 1984.** Reproduction in Coues White-tailed Deer Relative To Drought and Cattle Stocking Rates. Pages 13-20 *in* Deer in the Southwest: a Workshop (P.R. Krausman and N.S. Smith, eds.). New Mexico State University. Las Cruces, New Mexico.

**Soil Quality Institute. 2001.** Soil Quality – Introduction, Prepared by the Soil Quality Institute, National Soil Survey Center, Natural Resource Conservation Service, U.S. Department of Agriculture, and the National Tilth Laboratory, ARS USDA. Available at: http://soils.usda.gov/sqi/concepts/concepts.html.

**Sontiere, E.C., and E.G. Bolen. 1976.** Mourning Dove Nesting on Toboss Grass-mesquite Rangeland Sprayed with Herbicides and Burned. Journal of Range Management 29:226-231.

**Soule, M.E., D.T. Bolder, A.C. Alberts, J. Wright, M. Sorice, and S. Hill. 1988.** Reconstructed Dynamics of Rapid Extinctions of Chaparral-requiring Birds in Urban Habitat Islands. Conservation Biology 2:75-92.

**Spahr, N.E., L.E. Apodaca, J.R. Deacon, J.B. Bails, N.J. Bauch, C.M. Smith, and N. Driver. 2000.** Water Quality in the Upper Colorado River Basin, Colorado, 1996-98. U.S. Geological Survey Circular 1214. Available at: http://pubs.usgs.gov/circ/circ1214/.

**Spence, B.C., G.A. Lomnicky, R.M. Hughes, and R.P. Novitzki. 1996.** An Ecosystem Approach to Salmonid Conservation, TR-4501-96-6057. Management Technology. Portland, Oregon.

**Spencer, C.N., K.O. Gabel, and F.R. Hauer. 2003.** Wildfire Effects on Stream Food Webs and Nutrient Dynamics in Glacier National Park, USA. Forest Ecology and Management 178:141-153.

**________, and F.R. Hauer. 1991.** Phosphorous and Nitrogen Dynamics in Streams During Wildfire. Journal of North American Benthological Society 10:24-30.

**Spowart, R.A., and F.B. Samson. 1986.** Carnivores. Pages 475-496 *in* Inventory and Monitoring of Wildlife Habitat (A.Y. Cooperrider. R.J. Boyd, and H.R Stuart, eds.). U.S. Bureau of Reclamation. Washington, D.C.

**Starnes, W.C. 1995.** Colorado River Basin Fishes *in* Our Living Resources: A Report to the Nation on the Distribution, Abundance, and Health of U.S. Plants, Animals, and Ecosystems (E.T. LaRoe, G.S. Farris, C.E. Puckett, P.D. Doran, and M.J. Mac, eds.). U.S. Department of the Interior National Biological Service. Washington, D.C.

**Steinman, A.D., and C.D. McIntire. 1990.** Recovery of Lotic Periphyton Communities after Disturbance. Environmental Management 14:598-604.

**Steward, J.H. 1939.** Changes in Shoshonean Indian Culture. Scientific Monthly 49:524-537.

**________. 1997.** Basin-plateau Aboriginal Sociopolitical Groups. Reprint. University of Utah Press, Salt Lake City. Originally Printed in 1938, Smithsonian Institution Bureau of American Ethnology Bulletin 120, United States Government Printing Office. Washington, D.C.

**Stewart, J.L. 1988.** Forest Insects and Disease Research: What is Needed. Presentation to Western Forestry and Conservation Association Pest Committee. Seattle, Washington.