Appendix 2.  List of minerals mined from the Uravan region from 1860 to 1960.  Includes major and minor minerals.  Shaded listings are uranium or vanadium bearing.

| Mineral | Formula | County/Counties | Mining District | Mine(s) | Color | Luster | Associated Minerals |
|---|---|---|---|---|---|---|---|
| Acanthite | $(Ag_2S)$ | Dolores | Rico | Enterprise | black | metallic | stephanite, polybasite, tetrahedrite, pyrargite, rhodochridite |
| Allophane | $(Al_2SiO_5*nH_2O)$ | Dolores | Rico | M.A.C. | pale blue | dull | |
| Alunite | $(KAl_3(SiO_4)_2(OH)_6$ | Dolores | Rico | Enterprise | | | Calico Peak porphry |
| Amalgam | $(Ag, Hg)$ | Montrose | | Cashin | | | nuggets of uraninite |
| Amphibole | (undivided) | | | Japan | | | gangue mineral |
| Anglesite | $(PbSO_4)$ | Dolores | | | | | limonite. Jarosite |
| Anhydrite | $(CaSO_4)$ | San Miguel | Iron Springs | | | | quartz, calcite, carbonates, barite |
| Argentite | $(Ag_2S)$ | Montrose/San Miguel | Rico | Cashin | black | | prousite, polybasite, stephanite (Newman Hill) |
| Autunite | $(Ca(UO_2)_2(PO_4)_2*10-12H_2O)$ | San Miguel | Placerville | | | | chalcopyrite, chalcocite, gold, erythrite, vanadiferous asphalt, mariposite |
| Azurite | $(Cu_3(OH)_2(CO_3)_2)$ | Montrose | | Cashin | dark blue | | malachite |
| Biotite | $(K(Mg,FE^{+2})_3(AlSi_3)O_{20}(OH,F)_2$ | San Miguel | Ophir | Badger | | | |
| Bismuth | (Bi) | San Miguel | Ophir | Santa Cruz | | | schimerite, chalcopyrite-galena |
| Bornite | $(Cu_5FeS_4)$ | Montrose | | Cashin | red-copper | | covellite, chalcocite, native copper, silver, cuprite, azurite, malachite; gangue minerals are kaolin, calcite, barite, quartz |
| Calciovol-borthite | $(CuCa(VO_4)(OH))$ | Montrose | Paradox Valley | Uranium PO | saffron green | | |
| Carnotite | $(K_2(UO2)_2(VO_4)_2*3H_2O)$ | Dolores/Montrose/San Miguel | Placerville | Dolores River | yellow | | roscoelite |
| Celestite | $(SrSO_4)$ | San Miguel | Rico | Enterprise | pale blue | | dolomite |
| Cerrussite | $(PbCO_2)$ | San Miguel | Telluride | Sawpit, Alta | | | galena |
| Chalcanthite | $(CuSO_4*5H_2O)$ | San Miguel | Mount Wilson/Telluride | Silver Pick, Special Session; Sunrise Mine | blue-green | | |
| Chalcocite | $(Cu_2S)$ | Montrose | | Cashin, Sunrise | sooty | | chalcocite, covellite, bornite, cuprite, azurite, malachite, copper, native silver, |
| Chlorite | (undivided) | Dolores/San Miguel | Rico/Ophir | Black Wonder/Lakeside,Single Standard, Badger, Smuggler | | | serpentine/ chlorite, calcite, pyrite |
| Copper | (Cu) | Dolores/Montrose | | | | | |
| Corvusite | $(V_2O_4*6V_2O_5*nH_2O)$ | Dolores/Montrose/San Miguel | Uravan, Paradox/Bull Cyn/Slick Rock | | | | carnotite, tyuyamunite, rauvite, hewettite |
| Covelite | $(CuS)$ | Montrose | | Cashin | | | chalcocite,bornite,native copper, cuprite, azurite, malachite |
| Delriotite | $(CaO*SrO*V_2O_5*3H_2O)$ | Montrose | | Jo Dandy | radial, acicular, yellow-green | | metarossite |
| Descloizite | $((Zn,Cu)Pb(VO4)OH)$ | Montrose | | | yellow-brick red | | cerussite |

BLM_0009635

| | | | | | | |
|---|---|---|---|---|---|---|
| Appendix 2. pg 2  List of minerals mined from the Uravan region from 1860 to 1960.  Includes major and minor minerals.  Shaded listings are uranium or vanadium bearing. | | | | | | |
| Digentite | $(Cu_{2-x}S)$ | San Miguel | Slick Rock | Cougar | blue-green | clausthalite, eucairite, chalcocite |
| Doloresite | $(3V_2O_4*4H_2O)$ | Montrose | Golden Cycle, J.J., Peanut | black | coffinite, paramontroseite, vanadium oxides |
| Domeykite | $(Cu_3As)$ | Montrose | | Cashin | | native copper, silver, chalcocite, amalgam |
| Duttonite | $(VO(OH)_3)$ | Montrose | | Peanut | | melanovanadite, native selenium |
| Embolite | $(Ag(Cl,Br))$ | Dolores | Rico | Puzzle | | argentite, native silver |
| Erythrite | $(CoNi_3(AsO_4*8H_2O)$ | San Miguel | Placerville | Black King #5 | | asphaltic mtl, chalcopyrite, chalcocite, azurite, malachite, galena, molybdenite, molybdite, uraninite, metatorbernite, jordisite, ilsemannite, chrome mica clay |
| Eucairite | $CuAgSe$ | San Miguel | Slick Rock | Cougar | | clausthalite, digenite, chalcocite |
| Famatinite | $(Cu_3SbS_4)$ | Montrose | | Cashine & nearby | | luzonite, sphalerite, galena, chalcopyrite, covellite, dolomite coatings, |
| Ferrimolybdite | $(Fe_2(MoO_4*8H_2O?)$ | San Miguel | Placerville | | | material |
| Ferroselite | $(FeSe_2)$ | Montrose | | Virgin #3 | | uranium-vanadium |
| Fervanite | $(Fe_4V_4O_{16}*5H_2O)$ | San Miguel/Montrose | Gypsum Valley/Bull Canyon/Uravan | Tiny/Hummer, Fox | yellow | selenite, carnotite, hewettite, metahewettite, black vanadium, steigerite, tyuyamunite |
| Fluorapatite | $(Ca_5(PO_4)_3F)$ | San Miguel | Ophir | Special Session, Carribeau | | |
| Franklinite | $(Fe,Zn,Mn)O*(Fe,Mn)_2O_3)$ | Dolores? | Rico? | | | |
| Galena | $(PbS)$ | Dolores | Rico | all mines | | argentite, freiberrgite, prousite, pyrargyrite |
| Glauconite | | Montrose | Uravan | | | montmorillanite, analcite |
| Gold | $Au$ | San Miguel | Telluride | | | chalcopyrite, quartz, sphalerite, galena, polybasite |
| Gold Amalgam | $Au_2Hg_3(?)$ | San Miguel | Telluride | Gold and Silver Chief | | |
| Gypsum | $CaSO_4*2H_2O$ | Dolores | Rico | Newman Hill | | silver |
| Halite | $NaCL$ | Montrose, San Miguel | | | | |
| Halloysite | $Al_2Si_2O_5(OH)_4$ | Dolores | Rico | Logan Mine | | |
| Hewettite | $CaO*3V_2O_5*n\,H_2O$ | Montrose | Uravan District | | red powder in sandstone | carnotite and gypsum |
| Hummerite | $K_2Mg_2V_{10}O_{23}*16H_2O$ | Montrose | Uravan District | | translucent yellow | vein fillings, sandstone cement |
| Ilsemannite | $Mo_2O_5*n\,H_2O?$ | San Miguel | Placerville District | | | uraninite, metaorbernite |
| Jarosite | $KFe_3(SO_4)_2(OH)_6$ | Dolores | Rico District | C.H.C. Hill | | limonite, earthy sulfates of lead |
| Jordisite | $MoS_2$ | San Miguel | Placerville District | Black King #5 | black powder | uraninite, metaorbernite |
| Limonite | | Dolores | Rico District | C.H.C. Hill | | gold or silver |
| Magnetite | $Fe_2O_4$ | Dolores | Rico District | Darling Ridge & Eagle Prospect | | chalcopyrite, gold, silver |

BLM_0009636

| Appendix 2. page 3. List of minerals mined from the Uravan region from 1860 to 1960. Includes major and minor minerals. Shaded listings are uranium or vanadium bearing. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Magnetite | $Fe_3O_4$ | Dolores | Rico District | Darling Ridge & Eagle Prospect | | | chalcopyrite, gold, silver |
| Malachite | $Cu_2(OH)_2(CO_3)$ | Montrose | | Cashin Mine | | | azurite |
| Manganite | $MnO(OH)$ | San Miguel | Cedar area | Disappointment Ck | | | barite, pyrolusite |
| Massicot | $PbO$ | Dolores | Rico District | | | | galena |
| Melano-vanadite | $Ca_2V_4^{+4}V_6^{+5}O_{25}$ | Montrose | | Bitter Creek | | | corvusite, hewettite4, pascoite, hummerite |
| Meta-hewettite | $CaV_6O_{16}*9H_2O$ | Montrose | Paradox Valley | | dark maroon powder | | uranium-vanadium |
| Metarossite | $CaV_2O_6*2H_2O$ | San Miguel | Slick Rock | Bull Pen Canyon; Buckhorn Claim | yellow | | |
| Metatyu-yamunite | $Ca(UO_2)_2(VO_4)_2*3-5H_2O$ | Montrose | | Joe Dandy, Small Spot, May Day, Calamity Mine, + 35 other localities | yellow crystals | | tyuyamunite, carnotite, dark purple fluorite |
| Molybdenite | $MoS_2$ | San Miguel | Ophir | Silver Tip | | | quartz & quartz monzanites |
| Montroseite | $VO(OH)$ | Montrose | Paradox Valley | Bitter Creek, Joe Dandy, Whitney, Virgin Mines | | | pitchblende, pyrite, galena, paramontroseite, corvusite, melanovanadite, hewettie, pascoite, hummerite |
| Paramont-roseite | $VO_2$ | Montrose | Paradox Valley | Bitter Creek | | | doloresite |
| Pearceite | $Ag_{16}As_2Su$ | Dolores; San Miguel | Rico District; Telluride | Marshall Basin, Liberty Bell Mine | | | high grade silver; tetrahedrite |
| Pintadoite | $Ca_2V_2O_7*9H_2O$ | Montrose | Paradox Valley | Jo Dandy | | | vanoxite, tyuyamunite, hewettite |
| Pisanite | $(Fe,Cu)SO_4*7H_2O$ | Dolores | Rico District | Wellington | green to blue-green; crusts on timbers | | pyrite, galena, sphalerite, chalcopyrite, gypsum |
| Platinum | $Pt$ | San Miguel | Naturita Canyon | | | | |
| Polybasite | $(AgCu)_{16}Sb_2S_{21}$ | San Miguel | Telluride | Smuggler, Mendota, Sheridan, Smuggler Union Mines | | | common sulfides, calcite, rhodochrosite, quartz, tetrahedritepyrargyrite |
| Proustite | $Ag_2AsS_3$ | Dolores; San Miguel | Dunton; | Smuggler Mine | | | argentite, pyrargyite, chalcopyrite; pyrargerite, polybasite |
| Pyrargyrite | $Ag_3SbS_3$ | Dolores; San Miguel | Dunton; Telluride | Emma, Smuggler-Almont Mines | | | proustite, argentite, polybasite, chalcopyrite; pearcite |
| Pyrite | $FeS_2$ | Dolores; San Miguel | Rico; Telluride | | | | quartz, chalcopyrite, galena, spahlerite; |
| Rauvite | $CaU_2V_{12}O_{30}*20H_2O$ | Montrose | Bull Canyon | Hummer Mine | | | tyuyamunite |
| Rhodo-chrocite | $MnCO_2$ | Dolores; San Miguel | Rico; Telluride | Newman Hill Lode, Enterprise Blanket; Big Elephant-Savage Basin; Smuggler Mine | | | |

| Appendix 2. page 4. List of minerals mined from the Uravan region from 1860 to 1960. Includes major and minor minerals. Shaded listings are uranium or vanadium bearing | | | | | | |
|---|---|---|---|---|---|---|
| Roscoelite | Na)(AlV)$_2$(AlSi$_3$)O$_{10}$(OH,F)$_2$ | San Miguel | Placerville | | vanadiferous muscovite | pyrite |
| Rossite | CaV$_2$O$_6$*4H$_2$O | San Miguel | BullPen Canyon | | yellow glassy kernals | hewattite, vanoxite, roscoelite |
| Schirmerite | PbAg$_4$Bi$_4$S$_9$ | San Miguel | Ophir | Santa Cruz Mine | | |
| Selenium | Se | Montrose; San Miguel | Telluride | Liberty Bell Mine | deep red prisms | |
| Sherwoodite | Ca$_3$V$_8$O$_{22}$*15H$_2$O | Montrose; San Miguel | Placerville | Peanut Mine; Jo-Dandy Group, Fall Creek Mine | blue-black tetragonal crystals | selenium, meatyuyamunite, melanovanadite, and vanadium minerals |
| Siderite | FeCO$_3$ | San Miguel | Ophir | | | |
| Silver | Ag | Montrose, San Miguel | | Cashin Mine; Smuggler Mine | | |
| Simplotite | CaV$_4$O$_9$*5H$_2$O | Montrose, San Miguel | Paradox valley | Peanut Mine; Sundown Claim; | dark green micaceous plates | duttonite, melanovanadite, selenium |
| Spinel | (Mg,Fe$^{+2}$)(Al,Fe$^{+2}$)$_2$O$_4$ | San Miguel | Mount Wilson District | Lakeside Mine | | |
| Stephanite | Ag$_5$SbS$_4$ | Montrose; San Miguel | Uravan District | Fox Mine; Smuggler, Humboldt | waxy | fills minute cracks in corvusite |
| Stibnite | Sb$_2$S$_3$ | Dolores; San Miguel | Dunton; Mount Wilson | Silver Pick & Magpie Mines | | pyrite, chalcopyrite, arsenopyrite, galena, sphalerite, tetrahedrite, calcite |
| Sulfur | S | Dolores | Rico | Calico Peak | | |
| Sylvanite | (Ag,Au)Te$_2$ | San Miguel | Telluride | Smuggler-Union Mine | | |
| Tetrahedrite | (Cu,Fe)$_{12}$Sb$_4$S$_{18}$ | Dolores; San Miguel | Rico; Telluride | Enterprise & Rico-Aspen Mines; Alta & Smuggler-Union Mines, | | sphalerite, polybasite, galena, rhodochrosite, quartz |
| Torbernite | Cu(UO$_2$)$_2$(PO$_4$)$_2$*8-12H$_2$O | Montrose | Paradox Valley | Grey Dawn Mine | | |
| Tyuyamunite | Ca(UO$_2$)$_2$(VO$_4$)$_2$*2H$_2$O | | all carnotite localites | | | metayuyamunite, rauvite, corvusite, hewettite |
| Uraninite | UO$_2$ | San Miguel | Ophir | | | |
| Vanadinite | Pb$_5$(VO$_4$)$_3$Cl | Montrose; San Miguel | | | | |
| Vanoxite | V$_4$V$_2$O$_{13}$*8H$_2$O(?) | Montrose | Paradox Valley | Joe-Dandy, Henry Clay, Long Park, Bill Bryan, Wild steer Canyon | black opaque | tyuyamunite, pintadoite, pascoite |
| Volborthite | Cu$_2$(VO$_4$)$_2$*3H$_2$O | San Miguel | Slick Rock | Radium No 5, San Juan No 3, Cougar Mines | | gypsum as coatings |
| "Wad" | | Dolores; San Miguel | Rico, Cedar | Disappointment Creek | | hydrous alumina, silver, lead, zinc; granular pyrolusite, barite |
| Wolframite | (Fe,Mn)WO$_4$ | San Miguel | Iron Springs | Ida Vein | | |
| Zoisite | HCa$_2$Al$_3$Si$_3$O$_{13}$ | San Miguel | Telluride (Bridal Veil Basin) | Carribeau & Horatio Mines, Yankee Boy Mine | | |

BLM_0009638

COC_70704; Bat Mine Withdrawal

New Mexico Geological Society Guidebook, 32nd Field Conference, Western Slope Colorado, 1981

337

# THE HANGING FLUME OF DOLORES RIVER CANYON, MONTROSE COUNTY, COLORADO

ELIZABETH A. LEARNED
Grand Junction, Colorado 81501

Gold was discovered in the headwaters of the San Miguel River in 1875. Subsequent downstream prospecting led to the discovery of the gold-bearing gravels along the Dolores River, near the confluence with Mesa Creek.

In 1887, the gravels, known as the Long Tree placers, came into the possession of the Montrose Placer Mining Company, capitalized at five million dollars. In a news item in 1887, the *Engineering and Mining Journal* (E&MJ), stated this company claimed to have 2.4 km² of placer ground underlain by gravels 4 to 35 m deep, worth from 50 cents to seven dollars per m³.

After preliminary prospecting, the company decided to build a flume and ditch to a point 17 km upstream on the San Miguel River. The total cost of the project was expected to be about $75,000 and would consist of half ditching and half fluming. The company anticipated this system would provide enough water under a hydraulic gradient to operate hydraulic mining equipment.

Built in 1889–1890, the flume traversed 10 km of the Dolores River Canyon at an elevation of 30 to 46 m above the river and from 61 to 152 m below the rims of the gorge. It was 1.8 m wide and 1.2 m deep, and was set on sills fastened to the cliff with iron pins and supported on the hanging end by posts of inclined timbers pinned to the cliff. The pins, 4 cm in diameter, were placed in holes drilled to a depth of 46 cm into the sandstone. The drilling was done by hand by men lowered over the cliffs on ropes. A sawmill was established at Pine Flats, Utah near the present site of Buckeye Reservoir to cut lumber. Only the best quality 5-cm thick pine boards were used.

The operations of the Montrose Placer Mining Company were managed by Colonel N. P. Turner, an experienced California miner. Under favorable conditions, with a gang of 12 men, 76 m of flume could be erected in one day. According to legend, Chinese coolies were brought in to work on the flume and died like flies during the construction. The only Chinaman connected with the job was a cook and the only casualty reported during the construction was the drowning of a worker in the Dolores River while swimming. Construction of the flume used 13,935 m² (1,800,000 board feet) of lumber and cost a purported $173,000. It carried over 303 million liters of water per day at a grade of 79 cm to the km. The flume was one of the early engineering triumphs in Colorado.

Work at the placers began in the early summer of 1891 utilizing the latest hydraulic equipment. At that time, Colonel Turner estimated the minimum gold content at 25 to 30 cents per m³.

In August, 1891, the E&MJ—quoting local newspapers—reported that the company realized $80,000 profit after operating only six weeks. Operations were suspended in 1893 as the gravel deposits proved much less extensive, and their value proved to be only a fraction of the company's estimates. The gold was extremely fine and could only be saved with the liberal use of quicksilver.

The gold in the Lone Tree placers undoubtedly was derived from mineralized areas in the headwaters of the San Miguel River and Lake (South) Fork. No placer deposits are known upstream on the Dolores River for many kilometers from its confluence with the San Miguel.

After the flume was abandoned, ranchers in the area salvaged some lumber to construct houses and ranch sheds. Today, the flume is in a deteriorated condition, as several sections have collapsed and fallen into the river, but the basic integrity of the structure remains intact (fig. 1).

## SUGGESTED READINGS

Engineering and Mining Journal, 1890, Flume work of the Montrose Placer Mining Company: Engineering and Mining Journal, v. 49, p. 563–565.
Parker, B. H., Jr., 1974, Gold placers of Colorado, book 2 of 2: Colorado School of Mines Quarterly, vol. 69, n. 4, p. 172–184.
Rockwell, Wilson, 1965, Uncompahgre County: Denver, Sage Books, p. 160–166.

NOTICE: This material may be protected by copyright law (Title 17 U. S. Code)



Figure 1. Remains of the hanging flume today (sketch by J. D. Moore).

Appendix 3.1

COC_70704; Bat Mine Withdrawal



Appendix 3.2

COC_70704; Bat Mine Withdrawal

Appendix 4. Mineral Resource Potential matrix taken from Gerlitz, et al., 1986.

## DEFINITION OF LEVELS OF MINERAL RESOURCE POTENTIAL AND CERTAINTY OF ASSESSMENT

### Definitions of Mineral Resource Potential

LOW mineral resource potential is assigned to areas where geologic, geochemical, and geophysical characteristics define a geologic environment in which the existence of resources is unlikely. This broad category embraces areas with dispersed but insignificantly mineralized rock as well as areas with few or no indications of having been mineralized.

MODERATE mineral resource potential is assigned to areas where geologic, geochemical, and geophysical characteristics indicate a geologic environment favorable for resource occurrence, where interpretations of data indicate a reasonable likelihood of resource accumulation, and (or) where an application of mineral-deposit models indicates favorable ground for the specified type(s) of deposits.

HIGH mineral resource potential is assigned to areas where geologic, geochemical, and geophysical characteristics indicate a geologic environment favorable for resource occurrence, where interpretations of data indicate a high degree of likelihood for resource accumulation, where data support mineral-deposit models indicating presence of resources, and where evidence indicates that mineral concentration has taken place. Assignment of high resource potential to an area requires some positive knowledge that mineral-forming processes have been active in at least part of the area.

UNKNOWN mineral resource potential is assigned to areas where information is inadequate to assign low, moderate, or high levels of resource potential.

NO mineral resource potential is a category reserved for a specific type of resource in a well-defined area.

### Levels of Certainty

| | U/A | H/B HIGH POTENTIAL | H/C HIGH POTENTIAL | H/D HIGH POTENTIAL |
|---|---|---|---|---|
| LEVEL OF RESOURCE POTENTIAL → | | M/B MODERATE POTENTIAL | M/C MODERATE POTENTIAL | M/D MODERATE POTENTIAL |
| | UNKNOWN POTENTIAL | L/B LOW POTENTIAL | L/C LOW POTENTIAL | L/D LOW POTENTIAL / N/D NO POTENTIAL |
| | A | B | C | D |

LEVEL OF CERTAINTY →

A. Available information is not adequate for determination of the level of mineral resource potential.
B. Available information suggests the level of mineral resource potential.
C. Available information gives a good indication of the level of mineral resource potential.
D. Available information clearly defines the level of mineral resource potential.

COC_70704; Bat Mine Withdrawal

Appendix 5. A resource/reserve classification matrix taken from Gerlitz, et al., 1986.

### RESOURCE / RESERVE CLASSIFICATION

| | IDENTIFIED RESOURCES | | | UNDISCOVERED RESOURCES | |
|---|---|---|---|---|---|
| | Demonstrated | | Inferred | Probability Range — (or) — | |
| | Measured | Indicated | | Hypothetical | Speculative |
| ECONOMIC | Reserves | | Inferred Reserves | | |
| MARGINALLY ECONOMIC | Marginal Reserves | | Inferred Marginal Reserves | | |
| SUB-ECONOMIC | Demonstrated Subeconomic Resources | | Inferred Subeconomic Resources | | |

Major elements of mineral resource classification, excluding reserve base and inferred reserve base. Modified from U. S. Bureau of Mines and U. S. Geological Survey, 1980, Principles of a resource/reserve classification for minerals: U. S. Geological Survey Circular 831, p. 5.

Plates
Plate 1. (Following page)
Map Showing Details of the Colorado Plateau, Rocky Mountain and Intermontane Basins, and Basin
    and Range Uranium Provinces

There are 310 uranium clusters in the province indicated on this plate. The large clusters are in the
    central part of the province so that they in themselves do not define the boundary of the
    province (taken from Plate 2 in Finch, 1996).



Plate 1 to:
*Mineral Potential Report for Withdrawal of Three Abandoned Uranium Mines*

51

Map Locating the Colorado Plateau Uranium Province
(After Finch, 1996)

## MAP SHOWING DETAILS OF THE COLORADO PLATEAU, ROCKY MOUNTAIN AND INTERMONTANE BASINS, AND BASIN AND RANGE URANIUM PROVINCES

By
Warren I. Finch
1996

There are 310 uranium clusters in the province indicated on this plate. The large clusters are in the central part of the province so that they in themselves do not define the boundary of the province (taken from Plate 2 in Finch, 1996).

Red outline circles indicate tabular sandstone deposit clusters.
Red dots indicate roll front sandstone deposit clusters.
Green diamonds indicate collapsed breccia pipe deposit clusters.

BLM_0009643

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**Bureau of Land Management**

# ENVIRONMENTAL ASSESSMENT

**NUMBER:** CO-150-2008-15

**CASEFILE/PROJECT NUMBER:  COC-70704**

**PROJECT NAME:**  Mineral Withdrawal for Townsend's Big-eared Bat Maternity Roosts within the, Dolores Public Lands Office, Grand Junction and Uncompahgre Field Offices

**PLANNING UNITS:** Grand Junction Resource Management Plan and San Juan/San Miguel Resource Management Plan



Photo taken by Lea Bonewell (CDOW) at the Cory Lode mine claim.

**LEGAL DESCRIPTION:**
New Mexico Principal Meridian, Colorado,

Cory Lode mine
T. 47 N., R. 17 W.,
Sec. 11, a metes and bounds parcel in the NW1/4NW1/4; CMC255462
The area described contains approximately 17.8 acres in Montrose County

1

BLM_0009644

Pup Tent mine
T. 49 N., R. 17 W.,
Sec. 4, a metes and bounds parcel within lot 1 and the NW1/4NW1/4; CMC255461
The area described contains approximately 1.31 acres in Mesa County.

Mother Bat Lode
T. 43 N., R. 18 W.,
Sec. 15, a metes and bounds parcel within the SW1/4SE1/4; CMC255463
The area described contains approximately 3.25 acres in San Miguel County

The areas described in the three sites aggregate approximately 23 acres.

## NEED FOR THE ACTION

The purpose of this withdrawal is to assure long term public and wildlife benefits from protection and preservation of the scarce and unique bat maternity roosting habitat within these mine workings. These three abandoned mine sites provide a unique habitat preferred by this bat species for raising their young. While there are other abandoned mines in the vicinity of these sites, the bats have selected these three particular abandoned mines for their unique and complex conditions. This bat species is a BLM sensitive species, a Colorado Species of Conservation Concern, and considered by the Western Bat Working Group to be at high risk of imperilment.

The Colorado Division of Wildlife (CDOW) submitted a formal request (March 17, 2006) to the Bureau of Land Management to withdraw approximately 23 acres of lands from the 1872 Mining Law to protect critical maternity roosting habitat for Townsend's big-eared bats (*Corynorhinus townsendii*) at three mine locations on the Dolores Public Lands Office, Grand Junction and Uncompahgre Field Offices (Map 1).

In November 2006 a briefing paper was sent to the Assistant Secretary requesting approval of a petition to file an application for withdrawal of public land for protection of natural resources. Permission was granted by the Assistant Secretary in December 2006. A Notice of Proposed Withdrawal was published in the Federal Register on February 23, 2007 (72[36]: 8200-8201). This notice segregates the public lands from surface entry and mining for up to 2 years (until February 22, 2009) while various studies and analysis are made to support a final decision on the withdrawal application.

## INTRODUCTION

There are three western sub-species of *C. townsendii*, two of which are found in Colorado; *C. t. pallescens*, found along the Front Range and in the central mountains on either side of the continental divide, and *C. t. townsendii*, found on the western slope and throughout the west (Piaggio and Perkins, 2005). A recent study by Piaggio and Perkins (2005) from the University of Colorado employed genetic analyses to review the taxonomic status of this species in North America. Results indicate that both *C. t. townsendii* and *C. t. pallescens* are found in Colorado, where each has a distinct geographical range. These findings make Colorado the only state with both sub-species. The conservation status of each sub-species is still in question. It should be noted that two eastern sub-species of *C. townsendii* are already listed as Endangered under the Endangered Species Act (*C. t. ingens* [Ozark big-eared bat] and *C. t. virginianus* [Virginia big-eared bat], 44 FR 69206-69208).

2

As part of the abandoned mine lands program, BLM and CDOW have worked together to survey sites for suitable bat habitat prior to permanent mine closures. Well over $1 million has been spent in federal, state, "Great Outdoors Colorado," and grant funds, as well as in volunteer efforts during the course of this program. Bat species, relative numbers, and type of habitat (maternity roosts, hibernacula, migratory roosts) are recorded. Recommendations were also made on how to safely close individual mines while maintaining existing habitat. In the interest of public safety the Colorado Division of Reclamation, Mining & Safety installed bat-friendly grates over the adits of the three abandoned mines. Post-gate bat surveys at the three sites conducted in June 2008 found all three mines occupied by Townsend's big-eared bats (K. Navo personal communication 6/17/2008).

With 4,772 mines and 18 caves evaluated in Colorado in 17 years of survey (1991-2007), only 12 Townsend's big-eared bat maternity roosts, of either sub-species, have been discovered. Most of these roosts are small, supporting colonies of less than 30 individuals. The three mine sites proposed for withdrawal are three of the four largest maternity colonies of this species found on the west slope of the Rocky Mountains. These abandoned uranium mines were originally developed during the uranium boom of the 1950s. The potential loss of these three maternity roosts could be significant to the status of the population in Colorado, as it represents 60% of known west slope maternity roosts of *C. t. townsendii*, and about 25% of all known maternity roosts in the state for this species. They are the only known sites on BLM lands.

Bat habitat is dynamic and highly complex. Townsend's big-eared bat is a colonial species, with relatively restrictive roost requirements. It involves both the mine's microclimate as well as the surface vegetative cover and climate. There is no list of mine characteristics that accurately predict the quality of bat habitat. Bats select a mine site for a relatively stable temperature, humidity, multiple entrances, aspect and width of entrance, adit length, local forage, protection from predators and human disturbance, and more. Warm "pockets" are used as maternity roosts and cool "pockets" are used for hibernation. Multiple entrances are necessary not only for access, but may also be important for their effect upon the dynamic airflow and temperature within the mine. Maternity roosts are especially sensitive to human disturbances or changes in microclimate. Maternity roosts are sites comprised totally of adult females and their young, and are the critical habitats in which young of the year are born and raised.

The bat habitat provided in these specific mines is a factor of micro-climate, provided by the mine configuration and lay-out on the landscape (Kirk Navo, personal communication). All three of these mines have aspect/exposure to sunlight that provides for the above-average warming of the mine site, and the mine configuration (and in the case of the Pup Tent mine, close to the surface) that allows the warm air to be drawn into the mines, and trapped inside to provide above average summer temps, most suitable for maternity uses. Relative humidity and oxygen ($O_2$) levels are probably not factors at these sites. The portals to these features are also large enough to provide some relief from predation factors. All 3 mine complexes have multiple adits available, and suitable, for use by the colony. This may allow for movement to deal with issues such as predation, parasites, and a variation of temperatures for use at different times during the maternity season. All of these factors are thought to be important for colony use. Additionally, a nearby water source, in the form of a river or stream, is available to the colony within a few miles. According to a 5-year study of several bat species (including *C. townsendii*) at ten Colorado water holes, reproductive females and juveniles are captured at higher frequencies at "hard" water holes common at mine sites. "Hard" water contains elevated levels of calcium and magnesium, and may supplement calcium not provided by their diet. The calcium, in turn, may

3

protect bats from uranium toxicity by competing for and occupying cell binding sites, according to a study of uranium toxicity in freshwater biota in Australia.

*C. townsendii*, a long lived species, is not thought to migrate long distances and remains highly loyal to roost sites year after year. While multiple mines or caves can serve as a part of a maternity roost "system," each appears to be important in its' role during a given maternity season, providing the appropriate temperature vital to the corresponding stage of birth and/or growth and development of the pups.

Populations of *C. townsendii* are declining throughout its range, due in part to habitat loss. It is currently listed as a Sensitive Species by the BLM in Colorado and 6 other western states; a Sensitive species by the U.S. Forest Service in several regions; a Species of Concern by Arizona, Montana, Wyoming and Utah State Agencies; and a Species of Special Concern by the Colorado Division of Wildlife. The Natural Heritage Program designates it a Rare and Imperiled Species with a Global (G4), State (S2) rating in Colorado. The Western Bat Working Group also lists this species as "High" in all regions of North America in their Bat Species Priority Matrix. They recommend that species in the High Status group should be considered the highest priority for funding, planning, and conservation actions and describes these species as imperiled or are at high risk of imperilment.

Increased mining activities, mine closures, construction and recreational caving drive bats to seek refuge habitat in abandoned mines, which are cave analogues. As explained earlier, not just any mine will do. Both the complex microclimate within the mine and a surrounding habitat of pinyon pine, juniper and sagebrush habitat abundant with its insect food forage are critical. Maternity roosts are especially sensitive to human disturbance or modifications in microclimate. *C. townsendii* bear only one young per year, and juvenile mortality rate is 50 percent. Protection of maternity habitat is absolutely critical to slow the decline of this species.

Though the threat of disturbance at the mines has been minimal for years, thousands of new uranium mining claims have been filed in the area due to the high market price of uranium and the recent boom in energy resource development. None of the new mining claims include the three sites of concern, but there is the possibility of future claims, which would threaten the preservation of sensitive and rare maternity roost habitat.

## DESCRIPTION OF PROPOSED ACTION AND ALTERNATIVES

### Proposed Action

The proposed action is to withdraw the sites (described in Table 1 below, and the Legal Description above) from operation of the public land laws and the general mining law of 1872. The withdrawn areas would not be open to the filing of mining claims. Mines would not be developed to remove locatable mineral resources from these withdrawn sites (a total of approximately 23 acres across the three sites). This includes the existing mine workings or the development of any new mine workings within the withdrawn areas. The planning area is the general area shown on Maps 2-4.

This would be a 20-year protective withdrawal of three small sites totaling approx. 23 acres of BLM managed land from settlement, sale, location, or entry under the general land laws, including the mining laws, subject to valid existing rights. At the end of the 20 years, these sites would have to be evaluated based on the current status of those lands in the existing Resource

BLM_0009647

Management Plans, and whether the sites continue in importance for bat maternity roosts.   A renewal of the protective withdrawal may need to be completed, or the lands may default back to open for mineral entry.

**Table 1.  Proposed mine withdrawal sites by Office and approximate acres of withdrawal.**

| mine Site | Office | Approx. Acres | Map |
|---|---|---|---|
| Mother Bat Lode | Dolores | 3.3 | Map 2 |
| Pup Tent | Grand Junction | 1.3 | Map 3 |
| Cory Lode | Uncompahgre | 17.8 | Map 4 |
| Total | | 22.4 | |

**No Action**

Without a withdrawal, the sites would retain their status as public land, subject to operation of the public land and mineral laws, ands would allow mineral entry into these sites.

**Alternatives Considered but Not Carried Forward**

Alternatives were considered to provide for mineral entry with mitigation to reduce effects to bats.  However, these alternatives would not meet the need for the action.  Title 43 CFR 3809 regulations do not provide adequate authority to prevent damage to the bat habitat and associated microclimate, should the lands remain open to location under the general mining laws.  New entrances to the mine working, even if they do not disturb current maternity sites within the mine workings, may irrevocably change the mine climate so that it is no longer suitable for maternity use.  A right-of-way would not segregate the lands to the extent needed to protect the sites from uses incompatible with maintaining bat habitat.  A cooperative agreement would not adequately provide for the protection of the bat habitat.

Given the complexity and dynamics of bat habitat, it would be cost prohibitive to attempt to develop an alternative to create or maintain habitat that would be acceptable to the maternity roosts of *C. townsendii*.  In addition, if the species were listed under the Endangered Species Act, the potential impacts and/or delays to the mining industry would far outweigh the limitations from protecting the approximately 23 acres proposed.

An alternative was considered that would withdrawal the entire 40 acres aliquot part for each site, for a total of 120 acres. This alternative was considered but eliminated because it was felt that we could meet the purpose and need for the withdrawal with a smaller portion surrounding just the adits in question, and thus limiting the impacts to minerals extraction.

An alternative was considered that would withdrawal only the portions of each parcel above the Wingate Sandstone (approximately the upper 600 topographic feet of each withdrawn parcel. This alternative was considered but eliminated because it was felt that mining below the withdrawn mine sites would not meet the purpose and need for the project by potentially changing the mine climate used for the bat maternity sites.

PLAN CONFORMANCE REVIEW:
The Proposed Action is subject to and has been reviewed for conformance with the following plans (43 CFR 1610.5, BLM 1617.3):

BLM_0009648

The existing plans do not directly address the specific small sites proposed for withdrawal. Knowledge of the extent of occupancy of the mine workings within the sites by Townsend's big-eared bat was lacking at the time the plans were written.  Pup Tent mine is within the Grand Junction Resource Management Plan; Cory Lode and Mother Bat mines are within the San Juan/San Miguel Resource Management Plan.

Name of Plan:  Grand Junction Resource Management Plan
Date Approved: 1987; revised by Plan Maintenance Decision 2008
Decision Number/Page:  ROD 2-6, 2-14 and 2-16; maintenance action February 2008
Decision Language:
ROD pg 2-6:  The objective of the locatable minerals management for the Grand Junction Field Office is to make public land available for exploration and development under the general mining laws unless otherwise withdrawn from mineral entry to protect other resources.

ROD pg 2-14: One of the wildlife management objectives for the Grand Junction Field Office is to maintain the existing species in the resource area, and improve the habitat of each species of game and nongame primarily according to the species' susceptibility to BLM influence and secondarily to the evidence of human demand.

ROD pg 2-16: The objectives of threatened and endangered species management  for the Grand Junction Field Office are to conserve plants and animals (and their habitats) listed by federal and Colorado governments as threatened and endangered species, and to conserve plants and animals that are candidates for these lists; and to maintain at least the present populations of threatened and endangered species populations and their habitat and contribute to the overall objective of improving them so that they can eventually be removed from the threatened or endangered status lists.

Plan Maintenance:  Due to new information on the importance of the Townsend's big-eared bat habitat in the Pup Tent mine, the RMP was revised (03/06/2008) through a maintenance action to propose a mineral withdrawal at the Pup Tent mine site.

Name of Plan:  San Juan/San Miguel Resource Management Plan
Date Approved: 1985
Decision Number/Page: ROD pg 12 and 17
Decision Language:
ROD Pg 12: The BLM wildlife habitat management program places special emphasis on, but is not limited to the protection, maintenance and enhancement of … Crucial habitats for nongame species of special interest and concern to state or other Federal agencies.

ROD Pg 12: Threatened, Endangered, and Sensitive Species.  Habitat. No activities will be permitted in threatened, endangered, or sensitive species habitat that would jeopardize their continued existence.

ROD Pg 17: 1. Except for Congressional withdrawals, public lands shall remain open and available for mineral exploration and development unless withdrawal or other administrative action is clearly justified in the national interest.

ROD Pg 17:  Locatable minerals.  All public land is open to mineral entry and development

BLM_0009649

unless previously withdrawn (i.e., wilderness, administrative withdrawals, etc.). mineral exploration and development on public land will be regulated under 43 CFR 3800 to prevent unnecessary and undue degradation of the land.

<u>Standards for Public Land Health</u>:  In January 1997, Colorado Bureau of Land Management (BLM) approved the Standards for Public Land Health.  Standards describe conditions needed to sustain public land health and relate to all uses of the public lands.  The following are the approved standards:

| Standard | Definition/Statement |
|---|---|
| #1 Upland Soils | Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff. |
| #2 Riparian Systems | Riparian systems associated with both running and standing water, function properly and have the ability to recover from major surface disturbances such as fire, severe grazing, or 100-year floods. Riparian vegetation captures sediment, and provides forage, habitat and bio-diversity. Water quality is improved or maintained. Stable soils store and release water slowly. |
| #3 Plant and Animal Communities | Healthy, productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species and habitat's potential. Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations, and ecological processes. |
| #4 Threatened and Endangered Species | Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhanced by sustaining healthy, native plant and animal communities. |
| #5 Water Quality | The water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and anti-degradation requirements set forth under State law as found in (5 CCR 1002-8), as required by Section 303(c) of the Clean Water Act. |

A finding for each standard must be made in the environmental analysis.  These findings are located in specific elements below.


**AFFECTED ENVIRONMENT/ENVIRONMENTAL CONSEQUENCES/MITIGATION MEASURES:**

*CRITICAL ELEMENTS*

**AIR QUALITY**

**Affected Environment**

Air quality concerns in this region primarily are from the impacts of a recent surge in energy development. In the 1990s, air quality concerns primarily were related to woodstoves and unpaved roads. These "area" sources were addressed in many Western Slope communities and are no longer as significant as the impacts from energy development, including direct emissions, support service impacts and associated growth. Controlled and uncontrolled burns are a significant source of air pollution in the Western Slope Region (CDPHE 2006). The subject mine

BLM_0009650

sites are in remote rural areas with no permanent residents. Air quality in the mine workings is unknown, but uranium mines commonly have elevated levels of radon.

Based on the recent evaluations by BLM (K. Navo, *personal communication*, and Wegweiser et. al 2008), the levels of gamma radiation at the Pup Tent and Cory Lode mines are very low. At some parts of the Mother Bat Lode mine, the levels are medium. However, the readings at Mother Bat Lode mine indicate that at a certain part of the mine complex, the readings are elevated. Readings within the parts of the mine where the bats are known to roost, or at other parts of the main complex are unknown due to hazard conditions for humans and the inability to access those areas safely.

### Environmental Consequences/Mitigation:

Proposed Action:  This proposed withdrawal action will not adversely affect air quality, but may help to maintain its status quo by preventing new mining in the old mine workings

No Action:  There would be no change in the management of the areas from current, and no change in effects to air quality.

## CULTURAL RESOURCES

### Affected Environment

Some of the localities involved have been inventoried for historic resources as part of abandoned mine lands efforts, and eligible historic resources have been identified (Eric Twitty 2006). National Register Eligible sites in the vicinity (as recorded by Twitty) includes the Cory Lode site (UFO), originally known as the Blackfoot mine (5Mn 7843, 5Mn 7844 and 5Mn 7845). This site complex was recorded by Twitty and determined to be eligible for nomination to the National Register. Withdrawal of these lands from mineral leasing will have no adverse effects to any of the contributing features of this historic property. The Pup Tent mine (GJFO) is likely historical, but there are no previous surveys, so the Pup Tent mine is unrecorded (Eric Twitty 2006). Cultural surveys were conducted at the Mother Bat Lode site (DFO) as part of the gate closures to protect the roost.   No cultural resources were documented within the vicinity of the Mother Bat Lode mine (aka Joe Davis mine; Brown 2002).

### Environmental Consequences/Mitigation

Proposed Action:  The proposed action has no potential to effect historic properties and creates no impacts to any identified historic properties. Removing historic mines from future production will serve to protect known documented eligible historic resources from the impacts of future Uranium mine development. These three sites have already had portal gates installed to exclude human entry. Under the proposed action, these existing portals will remain in place and continue to protect known cultural resource properties. No further analysis or mitigation is required.

No Action:  The no action alternative will continue to have mine portal gates to prevent general public entry, but could result in impacts to these sites from future Uranium mine development.

## ENVIRONMENTAL JUSTICE

### Affected Environment

On February 11, 1994, the President issued Executive Order. No. 12898 on Environmental

BLM_0009651

Justice as it affects minority and low income populations. The purpose of the order is to identify and address, as appropriate, disproportionately high and adverse human health and environmental effects of program, policies, or activities on minority or low income populations. The project areas are sparsely populated. BLM does not have population data for the project and surrounding areas for low income and minority populations.

### Environmental Consequences/Mitigation

Proposed Action:   The proposed action was developed based on a request from the Colorado Division of Wildlife, and a need to preserve long term public and wildlife benefits. The project would not disproportionately affect low or minority populations.

No Action:  There would be no change in the management of the areas from current, and no impact to Environmental Justice.

## FARMLANDS, PRIME AND UNIQUE

### Affected Environment

There is no Prime and Unique Farmland in the vicinity of the subject mines.

### Environmental Consequences/Mitigation

Proposed Action:  There would be no impact to Prime and Unique Farmlands from implementing the proposed action.

No Action:  There would be no change in the management of the areas from current, and no change in effects to Prime and Unique Farmlands.

## FLOODPLAINS

### Affected Environment

The subject mine locations are not located within any floodplain or flood prone area.

### Environmental Consequences/Mitigation

Proposed Action:  There would be no impact to floodplains or flood prone areas from implementing the proposed action.

No Action:  There would be no change in the management of the areas from current, and no change in effects to floodplains or flood prone areas.

BLM_0009652

## INVASIVE, NON-NATIVE SPECIES

### *Affected Environment*

The proposed action may be within an area where invasive weeds are a concern.

### *Environmental Consequences/Mitigation*

<u>Proposed Action</u>:  There would be no impact to invasive weeds from implementing the proposed action.

<u>No Action:</u>  There would be no change in the management of the areas from current, and no change in effects to weeds.

## MIGRATORY BIRDS

### *Affected Environment*

For the purposes of this analysis, the U.S. Fish and Wildlife Service list of Birds of Conservation Concern was used as a tool to complete this analysis (USFWS 2002, Table 16, pg 39 BCR 16 [Southern Rockies/Colorado Plateau]).  Table 2, below, contains the bird species used for this analysis, their status (resident, breeding, wintering or not present) within the Dolores, Grand Junction, and Uncompahgre Areas, and whether they are expected within the project area.

**Table 2.  Migratory Birds of Conservation Concern for the Dolores, Grand Junction and Uncompahgre Areas, used for this analysis.**

| Common Name | Scientific Name | Range | *May be Present*[1] DPLO | GJFO | UFO |
|---|---|---|---|---|---|
| Northern Harrier | *Circus cyaneus* | Resident | | | ✓ |
| Swainson's Hawk | *Buteo swainsoni* | Breeding | ✓ | | ✓ |
| Ferruginous Hawk | *Buteo regalis* | Winter | ✓ | | ✓ |
| Golden Eagle | *Aquila chrysaetos* | Resident | ✓ | ✓ | ✓ |
| Peregrine Falcon | *Falco peregrines* | Breeding | ✓ | | ✓ |
| Prairie Falcon | *Falco mexicanus* | Resident | ✓ | | ✓ |
| [Gunnison Sage-Grouse] | *Centrocercus minimus* | Resident | | | |
| Snowy Plover | *Charadrius alexandrinus* | -- | | | |
| Mountain Plover | *Charadrius montanus* | -- | | | |
| Solitary Sandpiper | *Tringa solitaria* | Migration | | | |
| Marbled Godwit | *Limosa fedoa* | Migration | | | |
| Wilson's Phalarope | *Phalaropus tricolor* | Breeding | | | |
| Yellow-billed Cuckoo | *Coccyzus americanus* | -- | | | |
| Flammulated Owl | *Otus flammeolus* | Breeding | | | |
| Burrowing Owl | *Athene cunicularia* | Breeding | | | ✓ |
| Short-eared Owl | *Asio flammeus* | Winter | | | ✓ |
| Black Swift | *Crypseloides niger* | Breeding | | | |
| Lewis's Woodpecker | *Melanerpes lewis* | Resident | ✓ | ✓ | ✓ |
| Williamson's Sapsucker | *Sphyrapicus thyroideus* | Breeding | | | |

BLM_0009653

| Gray Vireo | *Vireo vicinior* | Breeding | ✓ | ✓ | ✓ |
|---|---|---|---|---|---|
| Pinyon Jay | *Gymnorhinus cyanocephalus* | Resident | ✓ | ✓ | ✓ |
| Bendire's Thrasher | *Toxostoma bendirei* | -- | | | |
| Crissal Thrasher | *Toxostoma crissale* | -- | | | |
| Sprague's Pipit | *Anthus spragueii* | -- | | | |
| Virginia's Warbler | *Vermivora virginiae* | Breeding | ✓ | ✓ | ✓ |
| Black-throated Gray Warbler | *Dendroica nigrescens* | Breeding | ✓ | ✓ | ✓ |
| Grace's Warbler | *Dendroica graciae* | Breeding | | | ✓ |
| Sage Sparrow | *Amphispiza belli* | Breeding | ✓ | | ✓ |
| Chestnut-collared Longspur | *Calcarius ornatus* | Migration | | | |

[1]May be present in the project area; DPLO – Dolores Public Lands Office; GJFO – Grand Junction Field Office; UFO – Uncompahgre Field Office

Of the Birds of Conservation Concern (USFWS 2002) for the Southern Rockies/Colorado Plateau, the three mine sites contain potentially suitable habitat for 15 species.

### Environmental Consequences/Mitigation

Proposed Action:  The proposed action does not involve ground disturbance or modification of the habitats within the planning area, therefore this project is not expected to impact to migratory birds.

No Action:  There would be no change in the management of the areas from current, and no change in effects to migratory birds.

## NATIVE AMERICAN RELIGIOUS CONCERNS

### Affected Environment

Portions of the planning area have been inventoried for historic and prehistoric cultural resources (Brown 2002).  No cultural properties associated with any historically known Native American tribes have been found within those areas, and no Native American Religious Concerns have been noted.

### Environmental Consequences/Mitigation

Proposed Action:  There are no known Native American Religious Concerns for the planning area.  The proposed action will have no effects.  Should future inventories of consultations reveal such concerns; the appropriate Tribe or Tribes will be consulted.

No Action:  There would be no change in the management of the areas from current, and no change in effects to Native American Religious Concerns.

## THREATENED, ENDANGERED, AND SENSITIVE SPECIES  (includes a finding on Standard 4)

### Affected Environment

Only four maternity colonies for Townsend's big-eared bats are known on the Western Slope of Colorado.  Three of those mines, Cory Lode (UFO), Pup Tent (GJFO) and Mother Bat Lode

11

(DFO) mines, are within old uranium mines within the BLM.  Given the current atmosphere of Uranium exploration in Southwestern Colorado, these resources are thought to be at risk.  The fourth mine and largest maternity roost on the west slope is located on the Sopris Ranger District, is not a uranium mine, but a paint/pigment mine.  Interest in mining at this site is non-existent and the site remains relatively protected.

Cory Lode Mine (UFO):  This mine site is within pinyon-juniper woodland and is not likely to have any Federally listed species at this site (Table 3).  Three Federally listed species have the potential to be present within the general area: Mexican spotted owl (T), yellow-billed cuckoo (C) and Gunnison prairie dog (C).  Mexican spotted owl may use the area for foraging if they are present in the area, but no occurrences or breeding have been confirmed within the Uncompahgre Field Office (BLM 2006, pg 19).  Yellow-billed cuckoo could be found along the San Miguel River to the east of the site, but no suitable cottonwood habitat is located at the mine site.  The closest known yellow-billed cuckoo sighting is 9.5 miles to the southeast.  Gunnison prairie dog are known to be in the area, however the habitat around the planning area is not suitable for prairie dogs.  Several sensitive species have the potential to be within the mine site area (Table 4):  bald eagle (winter range), peregrine falcon, ferruginous hawk, Allen's big-eared bat, big free-tailed bat, spotted bat, Townsend's big-eared bat, fringed myotis, Yuma myotis, midget faded rattlesnake, Grand Junction milkvetch, Naturita milkvetch, San Rafael milkvetch, Paradox Valley lupine, and Paradox breadroot.  Of these, only the Townsend's big-eared bat is known to be at or near the mine site.  None of the other sensitive bat species have been found at the site (K. Navo, personal communication).

Pup Tent Mine (GJFO):  This mine area has no potential habitat or known locations for any Federally listed species. It is within the mapped winter range for bald eagles; however the closest known winter roosting site is 12 miles northwest of the Pup Tent mine.  Townsend's big-eared bats are known to be at the mine site.  None of the other sensitive bat species have been found at the site (K. Navo, personal communication)  No other sensitive animals or rare plants are known to occur near the Pup Tent mine.

Mother Bat Lode (DPLO):  This mine area overlooks the Dolores River near Joe Davis Hill.  The mesa tops above are dominated by mature pinyon-juniper woodlands.  Along the cliff faces and below the mine site there are sagebrush and other mountain shrub, among scattered pinyon pine and juniper.  There is no suitable habitat for the yellow-billed cuckoo, or Canada lynx. There is potential habitat for the Mexican spotted owl within the Dolores River Canyon.  Surveys were conducted in 2007 and 2008 resulting in no owl locations.  Sensitive species likely to occur in the area are: fringed myotis, Allen's big-eared bat, spotted bat, and Yuma myotis. None of the other sensitive bat species have been found at the site (K. Navo, personal communication)

**Table 3.  Threatened, Endangered and Candidate Species within the area of interest.**

| Common Name | Scientific name | Dolores PLO | Grand Junction FO | Uncompahgre FO | Within Species Range[1] | Occupied or Potential Habitat[2] | Designated Critical Habitat[3] | Species Present[4] |
|---|---|---|---|---|---|---|---|---|
| **Endangered** | | | | | | | | |
| Black-footed Ferret | *Mustela nigripes* | | | ✓ | Y | N | N | N |

BLM_0009655

| Common Name | Scientific name | | | | Within Species Range[1] | Occupied or Potential Habitat[2] | Critical Habitat[3] | Species Present[4] |
|---|---|---|---|---|---|---|---|---|
| Bonytail | *Gila elegans* | ✓ | ✓ | ✓ | Y | N | N | N |
| Clay-loving wild Buckwheat | *Eriogonum pelinophilum* | | | ✓ | N | N | N | N |
| Colorado Pikeminnow | *Ptychocheilus lucius* | ✓ | ✓ | ✓ | N | N | N | N |
| Humpback Chub' | *Gila cypha* | ✓ | ✓ | ✓ | N | N | N | N |
| Razorback Sucker' | *Xyrauchen texanus* | ✓ | ✓ | ✓ | N | N | N | N |
| Mancos milk-vetch | *Astragalus humillimus* | ✓ | | | Y | N | N | N |
| **Threatened** | | | | | | | | |
| Canada Lynx | *Lynx canadensis* | ✓ | ✓ | ✓ | N | N | N | N |
| Mexican Spotted Owl | *Strix occidentalis* | ✓ | | ✓ | Y | Y | N | N |
| Uinta Basin Hookless Cactus | *Sclerocactus glaucus* | | ✓ | ✓ | N | N | N | N |
| Mesa Verde cactus | *Sclerocactus mesae-verdae* | ✓ | | | Y | N | N | N |
| **Candidate** | | | | | | | | |
| DeBeque Phacelia | *Phacelia submutica* | | ✓ | | N | N | N | N |
| Yellow-billed Cuckoo | *Coccyzus americanus* | ✓ | ✓ | ✓ | Y | Y | N | N* |
| Gunnison's prairie dog | *Cynomys gunnisoni* | ✓ | ✓ | ✓ | Y | Y | N | N |
| Sleeping Ute milk-vetch | *Astragalus tortipes* | ✓ | | | Y | N | N | N |

[1] Project are is within the range of the animal; [2] Occupied or potential habitat is located within the project area; [3] Critical habitat is located within the project area; [4] Species is known to be present within the project area; ✓ = within the range of the animal for the Field Office; Y=yes, N=no, W= winter foraging;* closest reported yellow-billed cuckoo is 9.5 miles to south east; [+] = San Miguel Subbasin

**Table 4. BLM Sensitive Species within the area of interest.**

| Common Name | Scientific name | Dolores PLO | Grand Junction FO | Uncompahgre FO | Within Species Range[1] | Occupied or Potential Habitat[2] | Species Present[3] |
|---|---|---|---|---|---|---|---|
| **Sensitive Birds** | | | | | | | |
| Bald Eagle | *Haliaeetus leucocephalus* | ✓ | ✓ | ✓ | Y | Y, W | P,F |
| Curlew, Long-billed | *Numenius americanus* | | ✓ | ✓ | Y | N | N |
| Falcon, peregrine | *Falco peregrinus anatum* | ✓ | ✓ | ✓ | Y | Y | P,F* |
| Goshawk, northern | *Accipter gentilis* | | ✓ | ✓ | Y | Y, W | P, F |
| Grouse, Gunnison sage | *Centrocercus minimus* | | ✓ | ✓ | Y | N | N |
| Hawk, ferruginous | *Buteo regalis* | | | ✓ | Y | Y | P |
| Ibis, white-faced | *Plegadis chihi* | | ✓ | ✓ | Y | N | N |
| Sharp-tailed Grouse, Columbian | *Tympanuchus phasianellus columbian* | | | | N | N | N |
| Tern, black | *Chlidonias niger* | | | ✓ | Y | N | N |
| Western Yellow-billed Cuckoo | *Coccyzus americanus occidentalis* | | ✓ | ✓ | Y | Y | N* |
| **Fish** | | | | | | | |
| Chub, Roundtail | *Gila robusta* | ✓ | ✓ | ✓ | Y | Y | Y |
| Sucker, bluehead | *Catostomus discobolus* | ✓ | | ✓ | N | N | N |
| Sucker, flannelmouth | *Catostomas latipinnis* | ✓ | | ✓ | Y | Y | Y |

BLM_0009066

| Common Name | Scientific Name | [1] | [2] | [3] | | | |
|---|---|---|---|---|---|---|---|
| Trout, Colorado River cutthroat | *Oncorhynchus clarki pleuriticus* | | ✓ | ✓ | Y | Y | Y |
| **Mammals** | | | | | | | |
| Fox, Kit | *Vulpes macrotis* | | ✓ | ✓ | N | N | N |
| Otter, River | *Lutra canadensis* | ✓ | ✓ | ✓ | Y | Y | N |
| **Sensitive Bats** | | | | | | | |
| Bat, Allen's (Mexican) big-eared | *Idionycteris phyllotis* | ✓ | ✓ | ✓ | P | Y | P |
| Bat, big free-tailed | *Nyctinomops macrotis* | ✓ | ✓ | ✓ | Y | N | P |
| Bat, spotted | *Euderma maculatum* | ✓ | ✓ | ✓ | Y | Y | P |
| Bat, Townsend's big-eared | *Corynorhinus townsendii* | ✓ | ✓ | ✓ | Y | Y | Y |
| Myotis, fringed | *Myotis thysanodes* | ✓ | ✓ | ✓ | Y | N | P |
| Myotis, Yuma | *Myotis yumanensis* | ✓ | ✓ | ✓ | Y | Y | P |
| **Reptiles** | | | | | | | |
| Lizard, longnose leopard | *Gambelia wislizenii* | | ✓ | ✓ | Y | Y | P |
| Rattlesnake, Midget Faded | *Crotalus viridis concolor* | | ✓ | ✓ | Y | Y | P |
| **Amphibians** | | | | | | | |
| Frog, Northern leopard | *Rana pipiens* | | | ✓ | Y | Y | P |
| Treefrog, Canyon | *Hyla arenicolor* | | ✓ | ✓ | Y | Y | P |
| **Invertebrates** | | | | | | | |
| Butterfly, Great Basin silverspot | *Speyeria nokomis nokomis* | ✓ | ✓ | | Y | Y | P |
| **Sensitive Plants** | | | | | | | |
| Grand Junction milkvetch | *Astragalus linifolius* | | | ✓ | Y | N | N |
| Naturita milkvetch | *Astragalus naturitensis* | ✓ | | ✓ | Y | N | N |
| San Rafael milkvetch | *Astragalus rafaelensis* | | | ✓ | Y | Y | P |
| Sandstone milkvetch | *Astragalus sesquiflorus* | | | ✓ | Y | Y | P |
| Rocky Mountain thistle | *Cirsium perplexans* | | | ✓ | N | N | N |
| Kachina daisy | *Erigeron kachinensis* | | | ✓ | N | N | N |
| Montrose bladderpod | *Lesquerella vicina* | | | ✓ | N | N | N |
| Colorado desert parsley | *Lomatium concinnum* | | | ✓ | N | N | N |
| Paradox Valley lupine | *Lupinus crassus* | | | ✓ | Y | Y | P |
| Dolores skeleton plant | *Lygodesmia doloresensis* | | | ✓ | N | N | N |
| Eastwood monkey-flower | *Mimulus eastwoodiae* | | | ✓ | Y | P | P |
| Paradox breadroot | *Pediomelum aromaticum* | | | ✓ | Y | Y | P |

[1] Project are is within the range of the animal; [2] Occupied or potential habitat is located within the project area; [3] Species is known to be present within the project area; ✓ = Office is within the range of the species; Y=yes; N=no; F=foraging; W=winter; P=potential; * closest reported yellow-billed cuckoo is 9.5 miles to south east; + = San Miguel Subbasin

### Environmental Consequences/Mitigation

<u>Proposed Action</u>:  At all three mine sites the proposed action is expected to have a beneficial effect on the Townsend's big-eared bat.  For the remainder of the listed and sensitive species at the three mine sites, the proposed action is expected to have no effect/impact for most species.  It should have a beneficial effect on the other sensitive bat species and midget faded rattlesnake by

BLM_0009657

eliminating habitat modification at the mine site from mining activities.

No Action:  The no action alternative may lead to negative effects particularly for the Townsend's big-eared bat, and potentially the other sensitive bats species and midget faded rattlesnake.  Under the no action alternative, the areas continue to have the potential to be actively mined in the future.  Mining activities could create direct impacts to roosting bats during activities, but could also create indirect, long term effects due to changes in microclimates within the mine workings that are key to bat habitat.

### Finding on the Public Land Health Standard for Special Status plant and animal species (Standard 4):

Those areas that are meeting Standard 4 are expected to continue meeting under the Proposed Action. Under the No Action Alternative, conditions for TES species may decline for some species.

### WASTES, HAZARDOUS OR SOLID

### Affected Environment

Some of the mine sites on the subject lands might have hazardous wastes in the form of waste rock or hazardous wastes from the mining operations.  However, the determination as to whether this material is solid waste or historic artifacts has not been made at this point.

### Environmental Consequences/Mitigation

Proposed Action:  The withdrawal would not introduce hazardous or solid wastes into the environment.  Therefore, the proposed withdrawal would have no effect.

No Action:  There would be no change in the current management of the areas, and no change in effects to hazardous wastes.

### WATER QUALITY, SURFACE AND GROUND

### Affected Environment

The subject lands are within the Dolores River Basin (3rd Level HUC 140300). None of the streams that receive drainage from the proposed mine sites are on the Colorado State 303 (d) list of impaired waters.  Limited information is currently available on the status of these mines in terms of water in the mines, and not mention was made of water issues in the mineral Potential Report (Wegweiser et al. 2008).

 Within the Basic Water Quality Standards for Colorado, a narrative standard is included to address potential impacts from excessive sediment loading. In part, the narrative standard reads: state surface waters shall be free from substances attributable to human-caused point or non-point source discharge in amounts, concentrations or combinations that:

> 1. Can settle to form bottom deposits detrimental to the beneficial uses (e.g. silt and

BLM_0009658

mud).
2. Are harmful to the beneficial uses or toxic to humans, animals, plants, or aquatic life.
3. Produce a predominance of aquatic life.

16

BLM_0009659

The Cory Lode mine (UFO) is located in the lower San Miguel Basin and is drained by several, low order, ephemeral drainages, that discharge directly in to the San Miguel river. These tributaries are included in the San Miguel River Basin, stream segment 12, which is classified for the following beneficial uses: Aquatic Life Cold 2, Recreation E, Water Supply, and Agriculture. Aquatic Life Cold 2 waters are those incapable of sustaining a wide variety of cold water biota including sensitive species, due to physical habitat, water flows or levels, or uncorrectable water quality conditions that result in substantial impairment of the abundance and diversity of species. The remaining beneficial uses are similar to those for the Pup Tent mine, defined below. State water quality standards set to achieve the designated uses appear to be met as no impairments are shown on the 303(d) list of impaired water bodies or on the Monitoring and Evaluation list.

The Pup Tent mine (GJFO) is located in the North Fork Mesa Creek watershed, which is one of many southwest trending streams draining to the Dolores River from the Uncompahgre Plateau. North Fork Mesa Creek is included in Lower Dolores River Basin, stream segment 3a, which is classified for the following beneficial uses: aquatic life warm 2, recreation E, and agriculture. Aquatic life warm 2 waters are those incapable of sustaining a wide variety of warm water biota, including sensitive species, due to physical habitat, water flows, or uncorrectable water quality problems. Recreation E indicates waters where existing primary contact use is occurring. The agriculture designation is for surface waters that are or can become suitable for crops and livestock watering. State water quality standards set to achieve the designated uses appear to be met as no impairments are shown on the 303(d) list of impaired water bodies or on the Monitoring and Evaluation list. BLM water quality data for North Fork Mesa Creek are not available; however, one spot sample from Calamity Creek, approximately six miles to the northwest, was taken in the summer of 2007. The data indicate water that is slightly alkaline, very hard, and high in calcium and magnesium. Conductivity was around 500 µS/cm.

The Mother Bat Lode mine (DPLO) is located in the lower Dolores River watershed, within ¼ miles of the Dolores River Basin, stream segment 1, which is classified for the following beneficial uses: aquatic life cold 1, recreation E, water supply and agriculture. Aquatic life cold 1 waters are those currently capable of sustaining a wide variety of cold water biota, including sensitive species, or could sustain such biota but for correctable water quality conditions. Waters shall be considered capable of sustaining such biota where physical habitat, water flows or levels, and water quality conditions result in no substantial impairment of the abundance and diversity of species. Recreation E indicates waters where existing primary contact use is occurring. Water supply is water that is suitable or intended to become suitable for potable water supplies. The agriculture designation is for surface waters that are or can become suitable for crops and livestock watering. State water quality standards set to achieve the designated uses appear to be met as no impairments are shown on the 303(d) list of impaired water bodies or on the Monitoring and Evaluation list. However, the water quality of these areas may not have been sampled and analyzed; impairments may exist given that TMDL's have been completed upstream.

### *Environmental Consequences/Mitigation*

Proposed Action:  The proposal to withdrawal Pup Tent mine (GJFO), Cory Lode mine (UFO), and the Mother Bat Lode mine (DPLO) from surface disturbance for twenty years may potentially benefit water quality, as uranium mining may impact water quality and quantity through its demand, usage, and disposal of surface and ground water. It may also reduce the

BLM_0009660

potential for accelerated levels of sediment to originate on these.

No Action:  There would be no change in the current management of the areas, and no change in effects to water quality.  New mine activity (re-opening, expansion) in these mines could have impacts to water quality through ground disturbance (vegetation removal, topsoil clearing) and associated erosion/sedimentation issues.  Activities could need treatment of contaminated groundwater from the mine prior to discharge into natural water bodies.  Elevated uranium, radium, selenium tend to be issues at similar sites that have been re-opened in recent years.

### Finding on the Public Land Health Standard for Water Quality:

No changes to Land Health Standard 5 would occur as a result of the proposed action.

### WETLANDS & RIPARIAN ZONES

### Affected Environment

The subject mine locations are not located within any wetland or riparian area.

### Environmental Consequences/Mitigation

Proposed Action:  There would be no impact to wetlands and riparian zones from implementing the proposed action.

No Action:  There would be no change in the current management of the areas, and no change in effects to wetlands and riparian zones.

### Finding on the Public Land Health Standard for riparian systems:

No changes to riparian areas relative to Land Health Standard 2 would occur as a result of the proposed action.

### WILDERNESS, AREAS OF CRITICAL ENVIRONMENTAL CONCERN, WILD AND SCENIC RIVERS

### Affected Environment

There are no Wilderness, Areas of Critical Environmental Concern (ACECs), or Wild and Scenic Rivers in the vicinity of the subject mines.

### Environmental Consequences/Mitigation

Proposed Action:  There would be no impact to Wilderness, ACECs, or Wild and Scenic Rivers from implementing the proposed action.

No Action:  There would be no change in the current management of the areas, and no change in effects to Wilderness, ACECs or Wild and Scenic Rivers.

BLM_0009661

*NON-CRITICAL ELEMENTS*

## SOILS (includes a finding on Standard 1)

### Affected Environment

The soils in the vicinity of the subject mines are derived from interbedded shale and sandstone, mostly from the Morrision and Dakota formations. Typically, these soils are fine sandy loams that can range from very shallow to deep depending on the topographic position. Due to the semi-arid environment, vegetation cover is usually limited which exposes the soil surface to erosion. On many of the soils, cryptobiotic crusts that grow on the soil surface help to bind the soil aggregates and minimize the soils erodability.

### Environmental Consequences/Mitigation

Proposed Action:  With the proposed action to withdraw the subject lands from surface occupancy from future mineral development, the potential for soil surface disturbance would be reduced, thereby reducing the potential for soil erosion.

No Action:  There would be no change in the current management of the areas, and no change in effects to soils.

### Finding on the Public Land Health Standard for soils:

Overall, the soils on the subject areas would be less subject to erosion and disturbance with implementation of the proposed action, and would meet the intent of Public Land health Standard #1, Soils.

## VEGETATION (includes a finding on Standard 3)

### Affected Environment

Cory Lode mine:  Vegetation on the site consists of a medium density pinyon/juniper (*Pinus edulis* and *Juniperus osteosperma*) community with the following associated species in the undisturbed areas:  Wyoming sagebrush, black sagebrush, Indian rice grass, blue grama, bottlebrush squirreltail, galleta, shadscale saltbush, four wing saltbush, and salina rye.

Pup Tent mine:  Vegetation on the site consists of a sparse density of pinyon/juniper community, with sparse understory vegetation.  The following understory species can be found in undisturbed areas near the mine: Wyoming sagebrush, prickly pear, Indian rice grass, cryptantha, twinpod, and bottlebrush squirreltail.

Mother Bat Lode mine:  Vegetation on the site consists of pinyon pine and juniper.  The mine site is on an exposed and rocky slope with scattered vegetation.

Some native vegetation in the project area has been altered by historic mining activities.  Species common to the previously disturbed areas are similar to those in the neighboring undisturbed pinyon/juniper community, with a few exceptions.  Small amounts of cheatgrass and other native

19

and non-native annual plants are present in these areas.

### Environmental Consequences/Mitigation

Proposed Action:  Implementation of the proposed action will not impact existing vegetation.

No Action: Future mining activity in the proposed project area would have the potential to impact existing vegetation by disturbing the native plant community and spreading non-native invasive plants.

### Finding on Public Land Health Standard for Plant and Animal Communities (partial, see also Aquatic and Terrestrial Wildlife):

The Cory Lode area (UFO) was determined to meet the Standard for Healthy Plant Communities in the 1999 East Paradox Landscape Health Assessment.  The proposed action will not impact that determination.  Public Land Health determinations have not been completed for the Pup Tent (GJFO) or Mother Bat Lode (DPLO) areas.  The proposed action would have no adverse effects on this Standard.  It could have a beneficial effect on plant and animal communities that potential would be disturbed by the mining and exploration activities that the proposed action would preclude. The proposed action will not impact that determination.

### WILDLIFE, AQUATIC (includes a finding on Standard 3)

### Affected Environment

No aquatic species occur in the immediate area of the three mine sites.

### Environmental Consequences/Mitigation

Proposed Action:  The proposed action does not involve ground disturbance, therefore this project is not expected to impact aquatic species.

No Action:  There would be no change in the current management of the areas, and no change in effects to aquatic wildlife.

### Finding on Public Land Health Standard for Plant and Animal Communities (partial, see also Vegetation and Terrestrial Wildlife):

Implementation of the proposed action would not affect Public Land Health Standard 3 for aquatic plant and animal communities.

### WILDLIFE, TERRESTRIAL (includes a finding on Standard 3)

### Affected Environment

The Pup Tent mine (GJFO) and Mother Bat Lode mine (DPLO) is within CDOW mapped winter range for deer and elk.  The Cory Lode mine (UFO) is within CDOW mapped winter range for bighorn sheep, elk and mule deer, and winter concentration areas for elk and mule deer.  Other terrestrial species common to the area include mountain lion, coyote, and a variety of small mammals, reptiles, amphibians, and resident birds.

BLM_0009663

*Environmental Consequences/Mitigation*

Proposed Action:  The proposed action does not involve ground disturbance or modification of the habitats surrounding the mine sites, therefore this project is not expected to impact  terrestrial wildlife species.  Wildlife species associated with cave/mine habitat will benefit from the long term protection the withdrawal of these mine sites would provide from future mining activities (see TES Section for more details).

No Action:  There would be no change in the current management of the areas, and no change in effects to wildlife.  However, the areas may be actively mined in the future.  Mining activities would likely create indirect impacts to various wildlife species due to changes in microclimates within the mine workings, disturbance of habitats surrounding the mine sites, and general noise and activity in the areas.

**Finding on Public Land Health Standard for Plant and Animal Communities (partial, see also Vegetation and Wildlife, Aquatic):**

Implementation of the proposed action would not affect Public Land Health Standard 3 for terrestrial plant and animal communities.

*OTHER NON-CRITICAL ELEMENTS:*
For the following elements, those brought forward for analysis will be formatted as shown above.

| Non-Critical Element | NA or Not Present | Applicable or Present, No Impact | Applicable & Present and Brought Forward for Analysis |
|---|---|---|---|
| Access | X | | |
| Cadastral Survey | X | | |
| Fire | X | | |
| Forest Management | | X | |
| Geology and minerals | | | X |
| Hydrology/Water Rights | | X | |
| Law Enforcement | X | | |
| Paleontology | | X | |
| Noise | X | | |
| Range Management | | X | |
| Realty Authorizations | X | | |
| Recreation | X | | |
| Socio-Economics | | | X |
| Transportation | | X | |
| Visual Resources | X | | |

**RANGE MANAGEMENT**

*Affected Environment*

Cory Lode mine (UFO):  The project area is located within the Sawtooth livestock grazing allotment.  Livestock grazing use is authorized for 180 head of cattle from January 9 through

21

BLM_0009664

March 31 and 70 head of cattle from April 1 through April 30. Eighty eight percent of the forage within the allotment is on public land for a permitted use of 488 AUMs. The portion of the grazing allotment that includes the planned project area has historically received little or no use by livestock.

Pup Tent mine (GJFO): The project area is located in the Blue Mesa livestock grazing allotment. Livestock grazing use in this 42,428-acre allotment is authorized for 184 head of cattle (1114 AUMs), from November 1 to May 31. The portion of the grazing allotment that includes the planned project area has historically received little or no use by livestock.

Mother Bat Lode (DPLO): The proposed site withdrawal includes BLM administered public land along the Dolores River in T.43N., R18W.; in western San Miguel County, Colorado. In this area no livestock use is authorized along the river, which is topographically isolated from the upland benches and mesas on either side of the river canyon by rock cliff faces. Most of this proposed withdrawal would be located below the rim of the rim river canyon and outside of active grazing allotments. Adjacent to the withdrawal site includes: upland portions west of the Dolores River located in the Spud Patch Grazing Allotment; uplands east of the river canyon located in the RCA Grazing Allotment. In both instances the proposed withdrawal is located in steep, rocky terrain far from sources of livestock water; consequently the portions of the proposed withdrawal located in active grazing allotments receive little or no use by livestock.

### Environmental Consequences/Mitigation

Proposed Action: There would be no impacts to Range management.

No Action: There would be no change in the current management of the areas, and no change in effects to Range management.

## TRANSPORTATION AND ACCESS

### Affected Environment

There are several routes within the vicinity of the subject mines.

### Environmental Consequences/Mitigation

Proposed Action: There would be no impact to any access and/or transportation routes from implementing the proposed action.

No Action: There would be no change in the current management of the areas, and no change in effects to access and/or transportation routes.

## FOREST MANAGEMENT

### Affected Environment

Cory Lode mine: Vegetation on the site consists of a medium density pinyon/juniper (see Vegetation section). Woodcutting for personal use may occur in the area. Past mining activities have been attributed as the cause of small amounts of cheatgrass and other native and non-native annual plants present in these areas.

22

Pup Tent mine:  The site is within an area where firewood permits are issued for dead and down pinyon and juniper.  Due to past mining disturbance there is very little firewood available on this site.

Mother Bat Lode mine:  The site is within an area where firewood permits are available for dead and down pinyon and juniper.  Due to past mining disturbance and the remote location, the area is not heavily used for firewood removal.

### Environmental Consequences/Mitigation

Proposed Action:  There would be no impacts to Forest Management.

No Action:  There would be no change in the current management of the areas, and no change in effects to Range management.

### GEOLOGY AND MINERALS

A mineral potential report was completed for the three abandoned uranium mines proposed for withdrawal (Wegweiser, et al, 2008; Appendix A).  A brief summary of the report will be included here.

### Affected Environment

All the mining claims involved in this examination were located in 2005 by members of the Colorado Bat Society as a protective measure. These mining claims, therefore, probably do not represent mineral exploration interest in the parcels. The Cory Lode mining claim is located in the former San Miguel Mining District; the Pup Tent mining claim is located in the former Montrose Mining District; and the Mother Bat Lode mining claim is located in the former Dolores Mining District, all in the State of Colorado. All of the mining claims were located and named by recent locators in effort to prevent overstaking, and are not historically named.

All of the mines within the proposed withdrawal are within the Uravan mineral belt, which has been a major producer of radium, vanadium and uranium for more than 100 years.  Production continues at this time, with bona-fide proposals for opening new mines and mills, and with considerable new exploration activity.

There is no active mining within or near the boundaries of the mine adits requested for withdrawal.  About four miles southwest of the Mother Bat Lode, slightly weathered wooden stakes were found.  These are indicative of a proposed exploration drilling program, however, no indications of drilling were detected.

Sandstone-hosted uranium deposits are abundant in the Uravan mineral Belt, where they occur most commonly in the Salt Wash Member of the Upper Jurassic Morrison Formation.  The potential for uranium mineral to be found in the Uravan mineral Belt remains high.  Previous uranium and vanadium mining did not completely remove all of the potential uranium and vanadium resources in the area, therefore the potential for new economically profitable mines in the region remains high. It is reasonable to expect that new exploration coupled with modern mining techniques will extract additional uranium resources from the Uravan mineral Belt. That being said, for the case of these three mines (Pup Tent, Cory Lode, and Mother Bat Lode), the

BLM_0009666

examination of the drifts in these mines shows that the mineral resource has been mined out from the workings, and considerable money and effort would need to be undertaken to explore these workings for additional economic mineral deposits.

### Environmental Consequences/Mitigation

Proposed Action: Withdrawing these three mines from future development will have no negative impacts to geological or mineralogical resources. Since these resources are related to uranium and vanadium deposits, and many specimens have been excavated from uranium mines, the lack of uranium mining at these sites would cause any remaining mineral resources to remain in place and undiscovered. Withdrawal could prove beneficial in preserving some mineral specimens from being collected.

No Action: There would be no change in the current management of the three mining areas, and therefore no change in effects to geological and mineralogical resources.

### PALEONTOLOGY

### Affected Environment
Uranium mining is frequently associated with significant paleontological resources, as Uranium mines in this area are situated in the Morrison Formation. Uranium deposits are commonly found as pre-mineralized replacement in fossils.

### Environmental Consequences/Mitigation
Proposed Action: Withdrawing these mines from future development will have no negative impacts to paleontological resources. Since paleontological resources are commonly associated with uranium deposits, and many specimens have been excavated from uranium mines, the lack of uranium mining at these sites would cause any paleontological resources to remain buried and undiscovered. Withdrawal could prove beneficial in preserving some fossil materials.

No Action: There would be no change in the current management of the areas, and no change in effects to paleontological resources.

### SOCIO ECONOMICS

### Affected Environment
The nearest communities to the three mine sites are: Gateway (Pup Tent), Naturita (Cory Lode) and Slick Rock (Mother Bat Lode). There are few opportunities for employment in the far western portions of these Field Office areas. Most new jobs are being created by the rapidly growing recreation and service industry associated with the Gateway Canyon Resort, and Telluride area. A few dozen new jobs are being created by the reemergence of the uranium mining industry and minor oil and gas activity.

### Environmental Consequences/Mitigation
Proposed Action: The withdrawal would prohibit construction and operation of a mine at these three sites. There would be a loss of potential short-term jobs (probably less than 10) that could

BLM_0009667

have been associated with re-opening and operation of mines at the three sites over a 1 year period.

<u>No Action:</u>  There would be no change in the current management of the areas, and no change in current effects to socio economics.  If new proposals were developed for these mine sites, potential short-term jobs would still be a potential under this Alternative.

## *CUMULATIVE IMPACTS SUMMARY*

Cumulative impacts are the environmental impacts that could result from the proposed activity, added to the impacts from all other activities, regardless of who is conducting such activity.

No negative biological cumulative impacts are expected from the proposed action.  The three mine sites continue in their current state with portal gates excluding human entry.  This continues to protect the various resources within the mines (Townsend's big-eared bat maternity sites, potential paleontological resources, etc.) as well as maintaining the sites as secure as a human safety hazard. Natural resources within the planning area remain in place, with no surface disturbing activities and no change to Land Health standards.

All of the mines within the proposed withdrawal are within the Uravan Mineral belt (Salt Wash member of the Morrison Formation), which has been a major producer of radium, vanadium and uranium for more than 100 years.  It cannot be said that there is no mineral potential for these three areas, however the mine adits examined for the mineral report appear to be mined out.  The majority of production in the Uravan Mineral Belt came from the Salt Wash member of the Morrison Formation, with minor production from the Chinle Formation (several hundred feet stratigraphically beneath the Morrison Formation).  If uranium mineralization in the Chinle Formation were to be eventually discovered in the vicinity of the parcels proposed for withdrawal, removing these small parcels from the mineral exploration would prove to be an impediment to future mining in the area.  This is based on difficulty of locating the withdrawn zones underground, and could produce tiny islands, pinnacles or columns of unmined land within the mined area.

The No Action alternative, by retaining the sites as part of the available mineral base, could result in cumulative impacts to critical (maternity) habitat locations for a rare species in the West. Townsend's big-eared bats are already considered Rare and Imperiled by the Natural Heritage Program.  Potential loss of these three maternity roosts could be negative to the status of the population in Colorado, as it represents 60% of known west slope maternity roosts of *C. t. townsendii*, and about 25% of all known maternity roosts in the state for this species.  This could contribute to the need to list the species as threatened or endangered under the Endangered Species Act.  Activities associated with active mining in the project area, could have impacts to the other resources within the mine workings (other wildlife, paleontological, etc.) as well as the surface resources surrounding the mine sites.

## *LITERATURE CITED*

BLM.  1985.  San Juan/San Miguel Resource Management Plan.  Bureau of Land Management, Montrose District, Montrose, CO.

BLM.  1987.  Grand Junction Resource Management Plan.  Bureau of Land Management, Grand Junction District, Grand Junction, CO.

BLM. 1999.  East Paradox Land Health Assessment.  Uncompahgre Field Office, Montrose, CO

BLM. 2006. TES Species Descriptions:  Uncompahgre Field Office.  Bureau of Land

25

BLM_0009668

Management, Montrose, CO.

Brown, B. 2002 Archaeological Inventory of the Joe Davis and Hawkeye mine Bat Gates Project, San Miguel County, Colorado (SJ03001). Manuscript on file, Dolores Public Lands Office, Dolores, Colorado.

CDPHE.  2006. Colorado Air Quality Control Commission – Report to the Public, 2005-2006.

Piaggio, A. J., and S. L. Perkins. 2005. Molecular phylogeny of North American big-eared bats (Vespertilionidae: Corynorhinus): inter- and intraspecific relationships inferred from mitochondrial and nuclear DNA sequences. *Molecular Phylogenetics and Evolution* 37:762-765.

Twitty. 2006. *Radioactive Metals Mining on the Western Slope: An Inventory of Select Historic Sites.* Prepared by Mountain States Historical, Boulder, Colorado.  Submitted to Bureau of Land Management, Uncompahgre Field Office, Montrose Colorado.

USFWS. 2002. Birds of conservation concern 2002. Division of Migratory Bird Management, U.S. Fish and Wildlife Service, Arlington, Virginia. 99 pp. [Online version available at <http://migratorybirds.fws.gov/reports/bcc2002.pdf>]

Wegweiser, M.D., M.W. Shumaker and B.W. Clay.  2008.  Mineral Potential Report for Withdrawal of Three Abandoned Uranium mines:  Cory Lode mine, Pup Tent mine, Mother Bat Lode mine.  Bureau of Land Management.

**PERSONS/AGENCIES CONSULTED**

Kirk Navo, Wildlife Biologist, Colorado Division of Wildlife Resources, Monte Vista, CO.

Matt Shumaker, P.Geo. (Arizona), Bureau of Land Management, Phoenix, AZ

Burrett W. Clay, Supervisory Geologist, CRME001, BLM, National Training Center, Phoenix, AZ.

John E. Burghardt, Coordinator, NPS Abandoned Mine Lands and Mining Claim Validity Programs.


A Notice of Proposed Withdrawal was published in the Federal Register on February 23, 2007 (72[36]: 8200-8201).  It stated that comments and requests for a public meeting must be received by May 24, 2007.  No requests were received for public meeting, however comments were received from Center for Native Ecosystems (5/23/2007) supporting the proposal (Appendix B).  In addition letters were received from Western Bat Working Group (11/19/07), Colorado Bat Society (4/28/08), Bat Conservation International (December 2008) and Colorado Chapter of the Wildlife Society (March 2008) in support of the proposal.


**INTERDISCIPLINARY REVIEW:**

| Name | Title | Area of Responsibility |
| --- | --- | --- |
| Min Choy | Hydrologist | GJFO  Water Quality, Surface and Groundwater |
| Jim Cooper | Recreation Planner | GJFO Wilderness, Wild & Scenic Rivers |
| Rob Ernst | Geologist | UFO Geology |
| Scott Gerwe | Geologist | GJFO Geology |
| Glade Hadden | Archeologist | UFO Archeology |
| Shauna Jensen | Hydrologist | DPLO Hydrology |
| Helen Mary Johnson | Geologist | DPLO Geology |
| Alan Kraus | Hazardous Materials Program | GJFO Wastes, Hazardous or |

BLM_0009669

|  | Specialist | Solid |
|---|---|---|
| Bruce Krickbaum | NEPA Planner | UFO Environmental Justice, ACEC |
| Aline Laforge | Archeologist | GFO Archeology |
| David Lehmann | Supervisory Natural Resource Specialist | GJFO Lands |
| Lynn Lewis | Geologist | UFO Geology |
| Anna Lincoln | Ecologist | GJFO T&E and  Special Status Species |
| Vince MacMillan | Archaeologist | DPLO Archeology |
| Dennis Murphy | Hydrologist | UFO Hydrology, Soils, Air |
| Kathy Nickell | Wildlife Biologist | DPLO TE & Special Status Species, Wildlife |
| Teresa Pfifer | Lands and minerals Staff Supervisor | UFO Lands |
| Heidi Plank | Wildlife Biologist | GJFO TE & Special Status Species, Wildlife |
| Melissa Siders | Biological Staff Supervisor | UFO TE & Special Status Species, Wildlife |
| Dean Stindt | Range Management Specialist | UFO Range, Vegetation |

BLM_0009670

Map 1. Bat mine withdrawal locations for the Dolores Public Lands Office, Grand Junction and Uncompahgre Field Offices, Western Colorado.



BLM_0009671



Map 2. Approximate location of Mother Bat Lode mine withdrawal site for the Dolores Public Lands Office, Western Colorado. Note: mine withdrawal is approximately 3.3 acres. Exact location is not shown to protect the site.

*Mother Bat Lode*

**LAND OWNERSHIP LEGEND**

| | | |
|---|---|---|
| Private Lands | Indian Lands or Reservations | BLM Wilderness Area |
| State Lands | Bureau of Land Management (BLM) | BLM Wilderness Study Area |
| City, State, County Parks | National Forest Lands (USFS) | USFS Wilderness Area |
| Other Federal Lands | National Park Service (NPS) | USFS Special Protection Area |
| National Grasslands | USFW Service, National Wildlife Refuges | Bat Mine Withdrawal Area |
| | | BLM Field Office Area |

Colorado

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
COLORADO STATE OFFICE

Map produced by the BLM,
Uncompahgre Field Office

Land Status updated as of May 1, 2006

CAUTION:
Land ownership data is derived from less accurate data than the 1:24000 scale base map. Therefore, land ownership may not be shown for parcels smaller than 40 acres, and land ownership lines may have plotting errors due to source data.

Map created on November 19, 2008

No warranty is made by the Bureau of Land Management for the use of the data for purposes not intended by the BLM.



Map 3. Approximate location of Pup Tent mine withdrawal site for the Grand Junction Field Office, Western Colorado. Note: mine withdrawal is approximately 1.3 acres. Exact location is not shown to protect the site.

**LAND OWNERSHIP LEGEND**

Private Lands
State Lands
City, State, County Parks
Other Federal Lands
National Grasslands

Indian Lands or Reservations
Bureau of Land Management (BLM)
National Forest Lands (USFS)
National Park Service (NPS)
USFW Service, National Wildlife Refuges

BLM Wilderness Area
BLM Wilderness Study Area
USFS Wilderness Area
USFS Special Protection Area
Bat Mine Withdrawal Area
BLM Field Office Area

Colorado

Map created on November 19, 2008

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
COLORADO STATE OFFICE

Map produced by the BLM,
Uncompahgre Field Office

Land Status updated as of May 1, 2006

CAUTION:
Land ownership data is derived from less
accurate data than the 1:24000 scale base
map. Therefore, land ownership may not be
shown for parcels smaller than 40 acres, and
land ownership lines may have plotting errors
due to source data.

No warranty is made by the Bureau of Land Management
for the use of the data for purposes not intended by the BLM.

BLM_0009673



Map 4. Approximate location of Cory Lode mine site withdrawal for the Uncompahgre Field Office, Western Colorado. Note: mine withdrawal is approximately 17.8 acres. Exact location is not shown to protect the site.

Cory Lode

**LAND OWNERSHIP LEGEND**

| | | |
|---|---|---|
| Private Lands | Indian Lands or Reservations | BLM Wilderness Area |
| State Lands | Bureau of Land Management (BLM) | BLM Wilderness Study Area |
| City, State, County Parks | National Forest Lands (USFS) | USFS Wilderness Area |
| Other Federal Lands | National Park Service (NPS) | USFS Special Protection Area |
| National Grasslands | USFW Service, National Wildlife Refuges | Bat Mine Withdrawal Area |
| | | BLM Field Office Area |

0   0.25   0.5      1      1.5      2      2.5
Miles

0   0.25   0.5      1      1.5      2      2.5
Kilometers

Colorado

N
W    E
S

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
COLORADO STATE OFFICE

Map produced by the BLM,
Uncompahgre Field Office

Land Status updated as of May 1, 2006

CAUTION:
Land ownership data is derived from less
accurate data than the 1:24000 scale base
map. Therefore, land ownership may not be
shown for parcels smaller than 40 acres, and
land ownership lines may have plotting errors
due to source data.

Map created on November 19, 2008

No warranty is made by the Bureau of Land Management
for the use of the data for purposes not intended by the BLM.

BLM_0009674

**APPENDIX A:  MINERAL REPORT**

BLM_0009675

BLM_0009676

**<u>APPENDIX B:  LETTERS AND COMMENTS</u>**

BLM_0009677

# DECISION RECORD AND FINDING OF NO SIGNIFICANT IMPACT

## Withdrawal for Protection of Townsend's Big-Eared Bat Maternity Roosting Sites

EA Number CO-150-2008-15                    Serial Number COC-70704

**RECOMMENDATION:**   The Bureau of Land Management (BLM) Dolores Public Lands Office, Uncompahgre and Grand Junction Field Offices recommend that the Secretary of the Interior issue a public land order to withdraw 23 acres of public land in three separate sites in San Miguel, Montrose, and Mesa Counties as describe in **Proposed Action** of the attached Environmental Assessment CO-150-2008-15.  This recommendation can be summarized as a 20-year protective withdrawal of 23 acres of BLM managed land from settlement, sale, location, or entry under the general land laws, including the mining laws, subject to valid existing rights.

Only one comment was received from the public; it was in favor of the withdrawal.  An analysis of management alternatives in the environmental assessment supports selection of **the Proposed Action** as the best course of action to meet management goals for protection of the unique bat habitat extant in old mine workings within the three sites.

**RATIONALE:**   This withdrawal recommendation addresses three small sites on public lands which contain special natural resources whose values and management options may be compromised or jeopardized if the lands are left open to the "General Land Laws" and particularly to mineral entry under the general mining laws.

The sites contain mine workings from the uranium boom of the 1940s-1950s but are believed to be of generally moderately low potential for economic recovery of uranium ores, even under the currently rising prices and increased demand for uranium ore.

Preservation of the unique habitat extant in the very small acreages containing these old mine workings that is favorable for maternity roosting sites for the Townsend's big-eared bat outweighs the potential small benefits from allowing these workings to again be claimed under the general mining laws and used for extraction of uranium ore.

The purpose of this withdrawal is to assure long term public and wildlife benefits from protection and preservation of the scarce and unique bat maternity roosting habitat within these mine workings.

Selecting **the Proposed Action** allows BLM to withdraw only the very small sites needed for the specific purpose of preserving the bat habitat.

This proposed action is consistent with the Grand Junction, Uncompahgre Basin, and San Juan/San Miguel Resource Management Plans.

**DECISION:**   The above recommendations and rational are adopted as my decision, being that the Bureau recommend the withdrawal decision outlined in the Proposed Action to the Secretary of the Interior.

**FINDING OF NO SIGNIFICANT IMPACT**    Based on the analysis of potential environmental impacts contained in the environmental assessment, we have determined that impacts are not expected to be significant and therefore an environmental impact statement is not required for the proposed withdrawal action.

_Barbara Sharrow_                                   12-5-08
Barbara Sharrow, Uncompahgre Field Manager          Date

_Raul Morales (for)_                                12/8/08
for Catherine Robertson, Grand Junction Field Manager   Date

_Steve Beverlin_                                    12/4/08
Steve Beverlin, Dolores Public Lands Office Manager     Date

Attachment:  Environmental Assessment CO-150-2008-15

# UNCOMPAHGRE FIELD OFFICE

# FIRE MANAGEMENT PLAN

## June, 2008

## Implementation Guide

BLM_0009680

BLM_0009681

# ACRONYMS

| | |
|---|---|
| **ACEC** | Area of Critical Environmental Concern |
| **AMR** | Appropriate Management Response |
| **AOP** | Annual Operating Plan |
| **BA** | Biological Assessment |
| **BLCA/** | Black Canyon of the Gunnison National Park |
| **CURE** | Curecanti National Recreation Area |
| **BI** | Burning Index |
| **BIA** | Bureau of Indian Affairs |
| **BLM** | Bureau of Land Management |
| **BO** | Biological Opinion |
| **CA** | Community Assistance |
| **CAR** | Communities At Risk |
| **CC** | Condition Class |
| **CDOW** | Colorado Division of Wildlife |
| **CSFS** | Colorado State Forest Service |
| **CWPP** | County Wildfire Protection Plan |
| **EIS** | Environmental Impact Statement |
| **ESA** | Endangered Species Act |
| **ERC** | Energy Release Component |
| **ESR** | Emergency Stabilization and Rehabilitation |
| **FIL** | Fire Intensity Level |
| **FMP** | Fire Management Plan |
| **FMU** | Fire Management Unit |
| **FPA** | Fire Program Analysis |
| **FPU** | Fire Planning Unit |
| **FPD** | Fire Protection District |
| **FRCC** | Fire Regime Condition Class |
| **FWFMP** | Federal Wildland Fire Management Policy |

BLM_0009682

| | |
|---|---|
| **GFO** | Gunnison Field Office |
| **GMUG** | Grand Mesa/Uncompahgre/Gunnison National Forest |
| **HFR** | Historic Fire Regime |
| **ICS** | Incident Command System |
| **IM** | Internal Memorandum |
| **LUP** | Land Use Plan |
| **MCA** | Management Concern Areas |
| **MIST** | Minimum Impact Suppression Tactics |
| **MIFMU** | Montrose Interagency Fire Management Unit |
| **MOU** | Memorandum of Understanding |
| **NEPA** | National Environmental Policy Act |
| **NCA** | National Conservation Area |
| **NFP** | National Fire Plan |
| **NFRP** | Normal Year Fire Rehabilitation Plan |
| **NPS** | National Park Service |
| **NWCG** | National Wildfire Coordination Group |
| **RAWS** | Remote Automated Weather Stations |
| **RFA** | Rural Fire Assistance |
| **RFD** | Rural Fire Department |
| **RMP** | Resource Management Plan |
| **SHPO** | State Historic Preservation Office |
| **SSS** | Special Status Species |
| **UFO** | Uncompahgre Field Office |
| **USDA** | United States Department of Agriculture |
| **USDI** | United States Department of the Interior |
| **USFS** | United States Forest Service |
| **USFWS** | United States Fish and Wildlife Service |
| **WFIP** | Wildland Fire Implementation Plan |
| **WFSA** | Wildland Fire Situation Analysis |
| **WFU** | Wildland Fire Use |
| **WUI** | Wildland-Urban Interface |

BLM_0009683

### III. WILDLAND FIRE MANAGEMENT STRATEGIES

## D. Wildland Strategies by Fire Management Units (FMUs)

This section identifies and describes the 13 fire management units (FMUs) that contain BLM lands managed by the UFO out the total of 17 FMUs within the Montrose Interagency Fire Management Unit (Map 4, Appendix A).  The 17 FMUs in the MIFMU are as follows (see FMU Management Tables in the following section).  The 13 FMUs with BLM lands under UFO management are identified by an asterisk.

**Table 1. MIFMU Fire Management Units with Acreages**

| Name | Acres |
|---|---|
| *Black Canyon | 358,726 |
| *Carpenter | 63,700 |
| Divide | 139,995 |
| *East Uncompahgre | 152,596 |
| Gunnison Basin | 682,259 |
| *LaGarita | 837,581 |
| *Naturita Division | 67,093 |
| *Roubideau | 290,187 |
| *Sneffles | 363,707 |
| *South Grand Mesa | 258,646 |
| *Tabeguache | 209,256 |
| Taylor | 715,766 |
| *Uncompahgre Valley | 482,277 |
| West Elk | 398,948 |
| *West Uncompahgre | 204,766 |
| *West Muddy | 256,754 |
| *Wray Mesa | 155,988 |

---

FMP Implementation Plan                                           BLM, Uncompahgre Field Office

BLM_0009684

# Common Management Guidelines Across the Fire Planning Unit (FPU)

*Management Concern Areas (MCA)*

Across all the FMUs in the FPU, there are specific sites or areas that present some additional concern for fire management or constitute special values to be protected - such as utility corridors, WUI areas, and wildlife habitat - where fire may not be desired or where a particular vegetation mosaic will optimize conditions for the issue or resource of concern. Management concern areas (MCA) are identified as polygons within the FMUs, and they have specific mosaic descriptions and management guidelines (see Common Management Guidelines below for specific guidelines). These polygons are also assigned an A,B,C, or D fire management category based on the relative risk posed by wildland fire. The specific management guidelines for these polygons are listed in the following section.

*Management Mosaic Descriptions*

To provide an overall framework for developing vegetation treatment objectives and monitoring and evaluating at a landscape level, landscapes in the management area are described in terms of vegetation mosaics in various seral stages, with ranges of percentages of seral stages and patch sizes identified. Mosaic tables have been developed for all FMUs and MCAs that are not individual sites (i.e. communication sites). The MCA vegetation mosaics, because they are designed to enhance single resource concerns such as sage grouse habitat, mule deer habitat, or wildland urban interface, are typically not those that would have developed under the presuppression fire and disturbance regimes. They characterize the optimal vegetation patterns needed to promote the specific management concern, so they tend to have tighter requirements as well as a smaller scale than the mosaics developed for the FMUs. The FMU mosaics, by contrast, characterize the historic ranges of variability of vegetation age classes and structures influenced primarily by the natural processes summarized in the FMU narratives.

These mosaic tables can be used to develop vegetation management objectives and strategies for fire and fuel treatments, habitat improvements and other types of vegetation treatments to achieve coordinated landscape level effects. They are loosely intended to guide the management of fires and other powerful and unpredictable disturbance forces. In those areas of the FMUs not managed for specific management concerns, a natural ignition can be managed as a natural process as long as the fire is not likely to drive the landscape substantially away from the range of natural variability identified in the mosaic table for that unit. For the MCA areas, which are managed for a specific objective, a natural ignition may be managed if it is possible to do so in a way that is compatible with the mosaic specified.

In general, the vegetation objectives for the MCAs can best be met utilizing more precise management tools such as mechanical treatment, and to some extent, prescribed fire to meet their tighter constraints. In some locations and under certain environmental conditions, a highly managed natural ignition may provide an opportunity to achieve the specified mosaic for the MCA (as long as fire fighter safety is not compromised by the intensity of management). Some MCAs, such as those for elk winter range and elk calving areas, have

BLM_0009685

desired mosaics that are somewhat larger in scale than those for sage grouse, deer winter range, and wildland urban interface (ie, patch sizes of hundreds of acres versus dozens of acres). These MCAs with larger scale mosaics have increased potential for WFU to be effective within them since they trend more toward a more natural mosaic.

The objectives for the FMUs can best be met utilizing wildland fire use and prescribed fire. Mechanical treatments can be used to achieve FMU objectives, although meeting the broader, landscape scale FMU mosaics using mechanical means is somewhat inefficient in scale. This information is based on the resource specialists' knowledge of fuels, fire behavior, topography, vegetation dynamics, and ignition patterns. These descriptions are subject to change once more is known about ecosystem function, the range of natural variation, and the needs of particular species.

*Guidance Parameters*

To guide the decision making process in determining eligibility for a WFU candidate fire, individual parameters are also provided for each of the FMUs. These parameters are important input for determining potential fire size and severity. They will be used in the Wildland Fire Implementation Plan (WFIP) process to help fire and resource managers assess the relative risk and potential gains from managing a fire for resource benefit. (For information on the WFIP process, see pages 99-102 in this Implementation Guide). It is important to note that when assessing the eligibility of a natural ignition in an MCA area, the current and long-range assessment of fire size and intensity may suggest that conditions are conducive to managing the event to achieve the MCA mosaic objectives. However, conditions are likely to change over the life of the fire, resulting in a mosaic that trends more toward the overall FMU mosaic. If the risk of achieving larger patch sizes than desired in an MCA is unacceptable, then the fire should be designated for suppression.

**Common Management Guidelines Across the Fire Planning Unit**

The following guidelines are common for all UFO managed BLM lands throughout the FMUs. The general management guidelines apply to all fire management actions, unless otherwise specified. The Management Tables for the FMUs and MCAs further refine this list and address specific considerations tailored to the objectives for that area. The constraints for all C and D polygons are additional constraints beyond those specified for the particular polygon.

Mechanical, chemical or other types of vegetation treatments can be used to accomplish the specific goals identified for both Prescribed Fire and Non-Fire Fuels Treatments under the Strategies in each FMU and MCA. In many of these units, projects will require 2 to 3 entries (mechanical followed by prescribed burning) before prescribed fire can be used as a single treatment type for maintenance (see Chapter IV: Section C: Prescribed Fire).

BLM_0009686

APPROPRIATE MANAGEMENT RESPONSE
- As a general rule, fire retardant will not be used in riparian areas of near waterways.
- For all surface facilities and structures, the appropriate fire suppression activity will be decided on a case-by-case basis. Such determinations may include simply notifying the land owner or authorization holder and/or actual full suppression activities.
- As a general rule, fire retardant will not be used on facilities and structures in order to protect their appearance and function. However, BLM will not be held liable for any damage to facilities and structures as a result of wildland fires.
- No motorized equipment in WSA, wilderness areas, and ACECs without prior approval.
- It is recommended that all vehicles go through a wash station before entering a fire area and before they exit to minimize the potential for spread of invasive species.

REHABILITATION
- All burned areas will be evaluated to determine whether fire ESR is needed.
- For all escaped wildfires, if the evaluation shows that ESR is needed, an Emergency Fire Rehabilitation Plan (EFRP) will be prepared and implemented in accordance with the Emergency Fire Rehabilitation (EFR) Handbook and the Uncompahgre Basin and San Juan/San Miguel Basin RMPs.
- All EFR plans will be developed by an inter-disciplinary (and interagency, where appropriate) team.

MONITORING
- Fire occurrence, both planned and natural, as well as other vegetative treatments will be evaluated each year following the fire season to ensure that resource management objectives and constraints have been met or to reevaluate if those objectives and constraints need to be modified.
- The hazard fuel treatments accomplished will be reviewed annually and changes in polygon classification considered based on the results of this review.

BLM_0009687

*Constraints for all C and D Polygons*

Any FMU or MCA polygon designated as a C or D category may have additional constraints for managing a fire beyond those specified for the particular polygon. Those areas that require additional constraints are listed below:

MOUNTAIN SHRUB
Vegetation consists of the mountain shrub community with oakbrush, serviceberry, and mountain mahogany. This site is found at higher elevations and also contains healthy pinyon-juniper sites. The desired outcome is to improve forage production for wintering big game.

Suppression constraints - Suppression disturbance will be reseeded and rehabilitated.

DESERT SHRUB
These areas are desert shrub sites with four winged saltbush, galleta, and rabbitbrush. The noxious weeds halogeton, cheatgrass, and members of the thistle complex are present. On adjacent sites (steep slopes towards the river) are plant species of concern. The desired outcome is to maximize ground cover and improve livestock and wildlife forage production, as well as to reduce salinity loads in the Colorado River basin.

Suppression constraints - No heavy equipment or handline construction is allowed. Any surface disturbance requires rehabilitation and reseeding. Be aware of the adjacent unit where there are plant species of concern on the steep slopes (adjacent to river).

HEALTHY P/J
These are healthy pinyon-juniper sites with an adequate understory and a fully stocked seedbank. Noxious weeds are isolated and not likely to dominate a site after a fire. The desired outcome is to allow the fully stocked seed bank to express itself.

*Suppression constraints* - Suppression related disturbance will be reseeded and rehabilitated.

LOW PROBABILITY OF CULTURAL SITES
Pinyon-juniper vegetation types that are generally at lower elevation and have a poor understory and depleted seed bank.

*Suppression constraints* - Unknown cultural sites may exit. Consult with cultural specialist before using heavy equipment, No heavy equipment use is allows in the Adobe Badlands ACEC. All surface disturbing activities and fires will be rehabed, including reseeded. Burn only if area can be reseeded within the year.

## HIGH PROBABILITY OF CULTURAL SITES

Rugged pinyon-juniper area east of the San Miguel and Dolores Rivers below Naturita. The area has interspersed sagebrush and grass parks, old burns, and vegetation treatments. High possibility of containing wooden cultural structures.

*Suppression constraints* - Use of heavy equipment will require the direction of a cultural specialist. Any surface disturbance will require reseeding and other appropriate rehab measures.

## THREATENED AND ENDANGERED OR RARE SPECIES
Various locations throughout the FPU.

*Resource and Suppression constraints* - Consult with T&E specialist before using heavy equipment. Sites where any surface disturbing fire-fighting activities should be reseeded and rehabed to prevent the spread of noxious weeds by providing competition. Burn only if area can be reseeded within the year. Fires within the one-mile buffer around Colorado River fish habitat will require emergency consultation to determine the appropriate management action.

## INVASIVE SPECIES
Various locations throughout the FPU.

*Resource and Suppression constraints* - Consult with weed specialist before using heavy equipment. Sites where any surface disturbing fire-fighting activities should be reseeded and rehabed to prevent the spread of noxious weeds by providing competition. Burn only if area can be reseeded within the year.

---

BLM_0009689

**MCA – Management Concern Area Tables**

**A:  BALD EAGLE ROOSTING AREA**

**Management Concern**

Mature cottonwood galleries and Ponderosa Pine trees and snags adjacent the San Miguel River.

**Objectives**

*Management Emphasis –* Save the trees. Maintain the existing condition.

**Strategies**

*Suppression Constraints –* Retardant and heavy equipment may be used in this riparian zone to protect the mature trees.

*Wildland Fire Use –* No.

*Prescribed Fire –* No.

*Non-fire fuels Treatments –* None.

## B:  WILDLAND URBAN INTERFACE (WUI)

### Management Concern

Wildland Urban Interface areas throughout the FPU.  The vegetation at these locations ranges across salt desert, sage, pinyon, and mountain shrub.

### Objectives

*Management Emphasis* – Priority is to protect life and property.  Reduce hazard of wildfire to adjacent homes and property through fuel reduction on federal lands.  Also, in conjunction with CSFS counties, fire protection districts, work with stakeholders to complete CWPPs and support CSFS work with private landowners on the mitigation of wildfire.  Also work to develop an agreement with counties and landowners on conducting prescribed fires across federal/state/private ownership.

*Desired Mosaic* – In vicinity of communities or infrastructure, desire high proportion of grass-forb and low shrub vegetation types.  Trees and taller shrubs in patches, older stands thinned.  Large areas having savanna appearance, cheatgrass areas green-stripped.

*Prescribed fire and Non-fire fuel Treatments* – Where sage grouse, deer or elk concern areas overlap urban interface, modify sizes and patterns of fuels treatments to accommodate the needs of these species.

### Strategies

*Suppression -* None.

*Wildland Fire Use* – No.

*Prescribed Fire* – Evaluated on a case-by-case basis.  A total of up to 2,000 acres per year for all the B polygons combined.

*Non-fire fuels Treatments* – A total of 2,000 acres per year for all B polygons combined for the foreseeable future to mitigate hazard fuels problems.  These treatments could be accomplished by methods, such as mechanical treatments, fuelwood sales, or handcrews.

BLM_0009691

**B - WUI**

**Description of unit:** ranges across salt desert, sage, pinyon, mountain shrub types, some aspen/tall conifer, typically within ½ to 1/4 mile of rural subdivision/development

**Likely Presuppression Fire Regime:** Varied

**Management Emphasis:** Priority is to work with counties to complete County Fire Management Plans and in conjunction with CSFS and partners, work with private landowners on the mitigation of wildfire.  Also work to develop an agreement with counties and landowners on conducting prescribed fires across federal/state/private ownership. Reduce hazard of wildfire to adjacent homes and property through fuel reduction.

**Desired Mosaic:** Desire high proportion of grass and low shrub vegetation types. Trees and mature shrubs in patches, older stands thinned. Large areas having a savanna appearance, cheatgrass areas green-stripped

| patch size | early mainly grass and forbs (includes savanna with herbaceous understory) | early-mid shrub dominant, maybe scattered young trees, some grass and forbs (includes savanna with shrub understory) | late-mid dense young to mature trees, remnant shrubs | late/old growth mixed age stand, dead and down trees, trees reproducing |
|---|---|---|---|---|
| **% of unit** | 20% | 55% MATRIX | 15% | 10% |
| **small** 1-5 acres | 20% | ▓▓▓ | 80% | 80% |
| **medium** 5-50 acres | 30% | ▓▓▓ | 20% | 20% |
| **large** >50 acres | 50% | ▓▓▓ | | |

BLM_0009692

## B:  FEDERAL FACILITIES AND RECREATION STRUCTURES

### Management Concern

Various federal and state facilities, cabanas, cabins, and recreation structures located throughout the FPU.

### Objectives

*Management Emphasis* – Protect and preserve structures and capital investments.  In Ridgway State Park, maintain present vegetative condition.

### Strategies

*Suppression Constraints* – Try not to get retardant on the structures.  Contain all fires in Ridgway State Park at 20 acres or less 90% of the time.

*Wildland Fire Use* – No.

*Prescribed Fire* – Evaluated on a case-by-case basis.

*Non-fire fuels Treatments* – These sites need to be evaluated on a periodic basis under routine conditions.  If there is a WFU event in the vicinity, these sites will be evaluated and mitigated, if needed.  It is anticipated that most sites will require some hazard fuels reduction projects.  These treatments could be accomplished by methods, such as mechanical treatments, fuelwood sales, or handcrews.

BLM_0009693

## B:  COMMUNICATION SITES

### Management Concern

Various communication sites, substations, and compressor stations located throughout the FPU.

### Objectives

***Management Emphasis –*** Provide some form of protection (ranging from suppression to notification of entity) to all surface facilities and structures to preserve capital investments.

### Strategies

***Suppression Constraints –*** Try not to get retardant on the structures.

***Wildland Fire Use –*** No.

***Prescribed Fire –*** No.

***Non-fire fuels Treatments –*** These sites need to be evaluated on a periodic basis under routine conditions.  If there is a WFU event in the vicinity, these sites will be evaluated and mitigated, if needed.  It is anticipated that most sites will require some hazard fuels reduction projects.  The BLM may participate with the private users on a cooperative basis to reduce hazardous fuels at these sites.  However, the BLM will not be held liable for any damage to facilities and structures as a result of fire.

## B:  UTILITY CORRIDORS AND SUBSTATIONS

### Management Concern

Various above-ground transmission power lines (typically 115kV and above) and substations located throughout the FPU.

### Objectives

*Management Emphasis* – Provide the appropriate level of protection (ranging from suppression to notification of entity) to these utility lines and substations to maintain functionality throughout a fire event and preserve capital investments.   In working cooperatively to reduce hazardous fuels, specific fire objectives are:
1.   reduce impact of heat and flame to the facilities.
2.   reduce smoke production so that the line does not arc and go out of service
3.   provide a safe location for firefighters to work in, both in regards to the fire and to arcing powerlines.

### Strategies

*Suppression Constraints* – Try not to get retardant on the power lines or substations. Additional safety constraints include keep engines from spraying water too close/into the lines, and keep heavy equipment from getting too close to 'sagging' lines.

*Wildland Fire Use* – No.

*Prescribed Fire* – Yes.

*Non-fire fuels Treatments* – These sites are being evaluated as part of our unit-wide WUI Risk Assessment.  The highest 'at risk' sites are being mitigated through mechanical or prescribed treatments. The BLM may participate on a cooperative basis to reduce hazardous fuels at these sites.  However, the BLM will not be held liable for any damage to facilities and substations as a result of fire

## B:  HISTORIC AND CULTURAL SITES/STRUCTURES

### Management Concern

Various historic sites located throughout the FPU.

### Objectives

*Management Emphasis* – Protect and preserve rock art, structures and historical sites that have been restored.

### Strategies

*Suppression Constraints* – Try not to get retardant on the structures or rock art panels. Stay 300 feet away from any structures with dozers.

*Wildland Fire Use* – No.

*Prescribed Fire* – Evaluated on a case-by-case basis.

*Non-fire fuels Treatments* –These treatments could be accomplished by methods such as mechanical treatments, fuelwood sales, or handcrews.

BLM_0009696

## B:  SAN MIGUEL RIVER CANYON

### Management Concern

Canyon corridor along both sides of the San Miguel River that runs along the west and south ends of the Uncompahgre Plateau.  This corridor has a riparian vegetation association complex that is unique worldwide.

### Objectives

*Management Emphasis* – Allow the system to function without disturbances that were not present prior to humans. Maintain or improve the existing condition.

*Suppression -* Contain all fires at 5 acres or less of riparian vegetation 90% of the time in the San Miguel River ACEC.

### Strategies

*Suppression Constraints* –
- Do not use heavy equipment within the riparian zone (except near Bald Eagle Roosting Trees).
- Do not use retardant in the riparian zone or in the major drainage feeding the San Miguel River (except near Bald Eagle Roosting Trees).

*Wildland Fire Use* – No.

*Prescribed Fire* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations. The riparian area is not suitable for prescribed fire.

*Non-fire fuels Treatments* – Non-fire fuels treatments are not suitable for maintaining the natural character of this area.

BLM_0009697

## C:  GUNNISON SAGE GROUSE OVERALL RANGE

### Management Concern

Gunnison Sage Grouse habitat areas throughout the FPU. These are predominately large areas of sagebrush in historic sage grouse range that are often being invaded by pinyon and juniper trees at lower elevations, with some areas of oakbrush and serviceberry at the higher elevations.

### Objectives

*Management Emphasis* – Improve habitat for sage grouse.

*Resource Objective:* Within sagebrush stands, create scatterings of small (1-5 aces) open grassy areas within much larger (>10 acre) patches of sagebrush, grass, and forbs intermix, with little or no taller vegetation.  Some extensive stands of sagebrush (>100 acres) needed for winter habitat.

*Desired Mosaic* – A fine grained mosaic with patches of 5-100 acres in a matrix of eary-mid seral sagebrush. The late seral vegetation confined to draws and the upper elevation part of the unit, also in mainly medium size patches.  Within sagebrush stands create scattering of small (1-5 acre) open grassy areas within much larger (>10 acre) patches of sagebrush, grass, and forbs intermix, with little or no taller vegetation.  Some extensive stands of sagebrush (>100 acres) needed for winter habitat.

*Suppression* – Fires can go up to 350 acres in sagebrush stands, except in those stands below 7500 feet which currently have no pinyon-juniper encroachment; such stands should not burn more than 50 acres at a location. Throughout the sage grouse MCA, fires should burn no more than 10% of the entire area in any one year.

*Wildland Fire Use* – Allow sites with pinyon/juniper encroachment to burn up to 350 acres per incident, with seeding of grass, forbs, and sagebrush to follow.  In sagebrush stands above 7500 feet (Mtn. Big sagebrush) allow fire to consume up to 350 acres per incident. Allow no more than 10% of the polygon to burn in any year.

*Prescribed fire and Non-fire fuel Treatments* –Where mule deer and elk winter concentration areas overlap this unit, grouse habitat improvement should be designed to be compatible with big game needs.

### Strategies

*Suppression* –Pursue active suppression of natural ignitions in sagebrush stands with no pinyon/juniper encroachment with suitable sage grouse habitat (mesa tops, sagebrush areas) below 7500 feet (basin big and black sage). Less aggressive control

BLM_0009698

actions can be considered if prescriptive criteria are met and resource constraints are within limits.

***Wildland Fire Use*** – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Prescribed Fire*** – Use extreme control with prescribed fire in these areas to create a mosaic of small patches < ½ acre in size with no more than 10% of the area burned, followed by seeding of grasses, forbs, and sagebrush.  Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Non-fire fuels Treatments*** – Use mechanical means to reduce fuel hazard. Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Guidance Parameters*** – See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009699

**Gunnison Sage Grouse Overall Range**

**Written Description of Unit:** Large areas of sagebrush in historic sage grouse range that are often being invaded by pinyon and juniper trees at lower elevations, with some areas of oakbrush and serviceberry at the higher elevations.

**Likely Presuppression Fire Regime and Mosaic**: Varied - dependent on locations.

**Current Management Emphasis:** Improve habitat for sage grouse. Where mule deer and elk winter concentration areas overlap this unit, grouse habitat improvement should be designed to be compatible with big game needs.

**Desired Mosaic:** A fine grained mosaic with patches of 5-100 acres in a matrix of eary-mid seral sagebrush. The late seral vegetation confined to draws and the upper elevation part of the unit, also in mainly medium size patches.

| patch size | early<br>mainly grass and forbs may have a small % of shrubs | early-mid<br>mainly sagebrush (few low mountain shrubs) grass and forb understory | late-mid<br>mature sagebrush with some young pinyon-juniper | late/old growth<br>mature pinyon-juniper (or dense tall mountain shrubs) |
|---|---|---|---|---|
| **% of unit** | 10-15 | 60-70 | 10-15 | 0-20 |
| **tiny**<br>0-5 acres | 0-5% | 0-5% | 0-5% | 0-5% |
| **small**<br>5-20 acres | 10-30% | 30-40% | 30-40% | 20-30% |
| **medium**<br>20-100 ac. | 60-80% | 30-40% | 30-40% | 60-70% |

FMP Implementation Plan                                    BLM, Uncompahgre Field Office

BLM_0009700

## C:  MULE DEER WINTER CONCENTRATION AREAS

### Management Concern

Existing mule deer winter concentration areas.  These are predominately areas with an intermix of sage, mountain shrubs, and grass and forbs interspersed with pinyon-juniper woodland.

### Objectives

*Management Emphasis* – Manage vegetation to improve mule deer winter habitat.

*Desired Mosaic* – Majority of the area with varying age classes of trees and shrubs. Ideally, have 40-50% of these areas in early seral grass/forb or shrub dominated patches, <100 acres in size, that are 1/10 to 1/4 mile apart.

*Wildland Fire Use* - The actual mosaic pattern and size of fires will be left up to the discretion of the resource advisor.  However, as a guideline, fires should create a mosaic pattern with openings limited to <200 acres in size, preferably <100 acres.

### Strategies

*Suppression* - Less aggressive control actions can be considered if prescriptive criteria are met and resource constraints are within limits.  Fires can be up to 1,500 acres, but if larger than 200 acres, they should be patchy with many islands.

*Suppression Constraints* – Some areas will require consultation with a cultural and/or T&E specialist prior to use of heavy equipment.

*Wildland Fire Use and Prescribed Fire Constraints* – Burn only if area can be reseeded within the year.

*Prescribed Fire* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

*Non-fire fuels Treatments* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

*Rehabilitation* - Sites where any surface disturbing fire fighting activities occur should be reseeded and rehabilitated to prevent the spread of noxious weeds by providing competition.

*Guidance Parameters* – See pages 107-111 (Wildland Fire Implementation Plan)

**Mule Deer Winter Concentration Areas**

**Description of unit:** Mule deer winter concentration areas, intermix of sage and grass parks interspersed with pinyon-juniper woodland.
**Likely Presuppression Fire Regime:** Varied.
**Management Emphasis:** Manage vegetation to improve mule deer winter habitat.
**Desired Mosaic**: Majority of landscape with mature trees and shrubs. 40-50% of landscape in grass or shrub dominated patches, 5-25 acres in size. Patches 1/8 to 1/10 mile apart.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub, may be a few, sparsely scattered young trees | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 15-35% | 15-35% | 15-35% MATRIX | 15-35% MATRIX |
| **small**<br>0-5 acres | 30-50% | 30-50% | | |
| **medium**<br>6-25 acres | 30-50% | 30-50% | | |
| **large**<br>26-100 acres | 10-30% | 10-30% | | |

BLM_0009702

## C: ELK WINTER CONCENTRATION AREAS

### Management Concern

Existing elk winter concentration areas.  These are predominately areas with an intermix of sage, mountain shrubs, and grass and forbs interspersed with pinyon-juniper woodland. These areas include many of the old pinyon-juniper chainings.

### Objectives

*Management Emphasis* – Manage vegetation to improve habitat for wintering elk.

*Desired Mosaic* – Majority of landscape in mature trees and shrubs broken up by patches of early seral grass/forb-dominated patches <200 acres in size that are 1/4 to 1/3  mile apart.

*Wildland Fire Use* - Fires may be up to 1,000 acres in size and should be at least ½ mile apart on the landscape.  No more than 50% of the pinyon-juniper in the unit should be burned in a 30- year period.

### Strategies

*Suppression* - Less aggressive control actions can be considered if prescriptive criteria are met and resource constraints are within limits.

*Suppression Constraints* – Some areas will require consultation with a cultural and/or T&E specialist prior to use of heavy equipment.

*Wildland Fire Use and Prescribed Fire Constraints* – Burn only if area can be reseeded within the year.

*Prescribed Fire* – To be determined by analysis of the BLM land health assessment recommendations.

*Non-fire fuels Treatments* – To be determined by analysis of the BLM land health assessment recommendations.

*Rehabilitation* - Sites where any surface disturbing fire fighting activities occur should be reseeded and rehabilitated to prevent the spread of noxious weeds by providing competition.

*Guidance Parameters* – See pages 107-111 (Wildland Fire Implementation Plan)

**Elk Winter Concentration Areas**

**Description of unit:** Elk winter concentration areas. Pinyon-juniper woodlands and mountain shrub areas. Old treatments.
**Likely Presuppression Fire Regime:** varied.
**Management Emphasis:** Manage to improve habitat for wintering elk
**Desired Mosaic**: Majority of landscape in mature trees and shrubs, broken up by grass-dominated patches 50-200 acres in size and ½ to 3 miles apart.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 20-40% | 5-20% | 10-30% MATRIX | 30-50% MATRIX |
| **small**<br>0-50 acres | 5-20% | 5-20% | | |
| **medium**<br>51-200 ac. | 70-90% | 70-90% | | |
| **large**<br>>200 acres | 5-20% | 5-20% | | |

## C:  ELK CALVING

### Management Concern

Elk calving areas.  Typically these are montane areas, with a mix of spruce-fire, aspen, mountain shrub and meadows.

### Objectives

**Management Emphasis** – Manage vegetation to improve habitat for elk calving.

**Desired Mosaic** – Small patches (5-10 acres) of conifers, aspen, shrub and grass intermixed.

**Wildland Fire Use** - Fires can be up to 100 acres if less than 100% is black.

### Strategies

**Suppression** - Less aggressive control actions can be considered if prescriptive criteria are met and resource constraints are within limits.

**Suppression Constraints** – Some areas will require consultation with a cultural and/or T&E specialist prior to use of heavy equipment.

**Wildland Fire Use and Prescribed Fire Constraints** – Some areas will require cultural specialist approval before burning.  Some areas should be burned only if area can be reseeded within the year.  Some areas cannot burn more than once within a 5-year period.

**Prescribed Fire** – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

**Non-fire fuels Treatments** – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

**Rehabilitation** - Sites where any surface disturbing fire fighting activities occur should be reseeded and rehabilitated to prevent the spread of noxious weeds by providing competition.

**Guidance Parameters** – See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009705

**Elk Calving**

**Description of unit:** Elk calving areas. Typically montane areas, mix of spruce-fir, aspen, mountain shrub and meadows
**Likely Presuppression Fire Regime:** Varied.
**Management Emphasis:** Manage to improve habitat for elk calving
**Desired Mosaic:** Small patches (5-10 acres) of conifers, aspen, shrub and grass intermixed. Multi-vegetation site, not limited to seral stages.

| patch size | (early)<br>mainly grass and forbs | (early-mid)<br>grass and shrub/ deciduous shrubs | (late-mid)<br>aspen | (late/old growth)<br>conifers |
|---|---|---|---|---|
| **% of unit** | 15-35% | 15-35% | 15-35% | 15-35% |
| **small**<br>1-5 acres | 30-50% | 30-50% | 30-50% | 30-50% |
| **medium**<br>6-15 ac. | 30-50% | 30-50% | 30-50% | 30-50% |
| **large**<br>>15 acres | 10-30% | 10-30% | 10-30% | 10-30% |

BLM_0009706



FMP Implementation Plan                                          BLM, Uncompahgre Field Office

BLM_0009707

# Fire Management Unit (FMU)Tables

## Black Canyon – Description

*Location -* This FMU is in the very center of the planning unit, and is comprised primarily of the foothills and ridges around the Gunnison Gorge, Crawford, Paonia, and Cimarron areas that skirt the western and southern rim of the West Elk Mountains (Map 7, Appendix A).   It extends down toward the North Fork Valley and Uncompahgre Valley, and includes the areas around the Black Canyon of the Gunnison National Park, Fruitland Mesa, Black Mesa, and Cimarron.   There is a total of 358,726 acres within the boundary of the FMU.  It consists of 95,102 acres of BLM land (27%), 21,318 acres of USFS land (6%), 31,214 acres of NPS land (8%), 10,070 acres of State land (3%), and 201,022 acres of Private (56%).

*Historic Fire Occurrence -* Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Aspen* – Because aspen is mixed with several other vegetation types (spruce-fir, ponderosa pine,mountain shrub, and even sagebrush) and is successional in most locations, it is difficult to place it in any specific fire regime.  If it does burn, it is usually in a high intensity, stand replacing fire associated with other stand components such as spruce-fir, which kills the aspen overstory so that suckering occurs to create new stands.
- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

### The Fire Management Situation

1. *Weather patterns influencing fire behavior and historic weather analysis.*  Black Canyon RAWS best represents this FMU.

2. *Fuel conditions in the FMU likely to influence fire behavior.*  The fire behavior fuel models for the Black Canyon FMU are as follows: These fuel models have been altered due to the lack of fire in the last 60-80 years. There is the potential for large, stand replacing fires in nearly all of the fuel models.
   - Fuel Model 2 (Grass/Sage)          30%
   - Fuel Model 6 (Pinyon-juniper)    20%
   - Fuel Model 5 (Oak/Brush)           40%
   - Fuel Model 8 (Aspen)                  10%

---

27

BLM_0009708

3. *Other elements of the fire environment affecting management.* The Black Canyon FMU contains the following attributes:

***A and B Category Areas:*** These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

*Wildland Urban Interface* – There is a total of 72,104 acres of WUI within this FMU (all landowners), which includes 17 Communities at Risk (CAR). The FMU contains the Black Canyon of the Gunnison National Park and the Crawford State Recreation Area, which have multiple facilities and developed recreation sites. There are also four communication sites and multiple high voltage transmission lines within the FMU. Significant development is occurring in this FMU, with houses being built in patches of dense vegetation. In addition, cheatgrass is becoming established in many locations, primarily in previous disturbances and treatments but also more recently under standing, untreated pinyon-juniper. These two issues both increase the potential impacts of wildfires and make fire management more complex. To locate the Federal Register CAR see the following website**: http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 4,835 acres of High Public use within the FMU, mostly associated with the trailheads and undeveloped campgrounds in the Black Canyon of the Gunnison National Park, Gunnison Gorge National Conservation Area, Crawford State Recreation Area, and West Elk Wilderness area. There is fairly intensive recreational use throughout the FMU.

*Sensitive Watersheds* – There is a total of 11,079 acres of sensitive watershed in the south and east portions of the FMU.

*Cultural Areas* - There is a total of 9 acres of cultural/historical sites within the FMU. The western portion of the FMU has been identified as an area with high potential for cultural sites.

*Important Habitat* – There is a total of 33,173 acres in the FMU that have been identified as important habitat. One of the key management species in this FMU is the Gunnison sage grouse. The Fruitland Mesa, Black Ridge area within the sagebrush and mountain shrub communities is the most important area occupied by this species. Other areas with some activity include Cimarron and the Bostwick Park areas. Wintering bald eagles are heavily concentrated within the inner Gunnison Gorge, but there are no known active nests or communal roosts for this species. There is one known occurrence of the Uinta Basin hookless cactus at the northern end of this unit, and some potential for the presence of the clay-loving wild buckwheat.

BLM sensitive species with potential to occur in the FMU include, the Townsend's big-eared bat, spotted bat, Yuma myotis, fringed myotis, big free-tailed bat, northern goshawk, ferruginous hawk (migrant only), Gunnison sage grouse, sharp-tailed

---

BLM_0009709

grouse, white-faced ibis, long-billed curlew, roundtail chub, flannelmouth sucker, bluehead sucker, Colorado River cutthroat trout, midget faded rattlesnake, northern leopard frog, Montrose bladderpod, Rocky Mountain thistle, and Colorado desert parsley.

*Special Management Areas* - These is a total of 2,485 acres of special management areas along the northwestern boundary of the FMU.

*Suitable Timber* - There is a total of 2,245 acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

**C and D Category Areas** - These are renewable values or attributes in the FMU that could be enhanced by fire. The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 119,652 acres in the FMU that are big game habitat areas that would be enhanced by fire. This unit provides substantial amounts of crucial winter range for mule deer and elk, especially in the Fruitland Mesa, Black Ridge, and on the slopes of the Cimarron Ridge. Some Rocky Mountain bighorn sheep habitat is located in the inner Gunnison Gorge and in the oakbrush and mountain meadow areas near Cow Creek and Ouray. There are some populations of Gunnison's prairie dog in the lower elevation salt desert shrub areas of this unit. Other species commonly found include coyotes, black bear, mountain lion, golden eagle, red-tailed hawk, Canada geese, mallard, and other waterfowl.

*Wilderness* - There is a total of 34,591 acres of designated wilderness, mostly associated with the Gunnison Gorge NCA, which contains the Gunnison Gorge Wilderness. The Black Canyon of the Gunnison Wilderness is within NPS boundaries, and there is a small portion of the West Elk Wilderness in the northeast corner of the FMU.

FMP Implementation Plan                                    BLM, Uncompahgre Field Office

BLM_0009710

## Black Canyon – Objectives

*Management Emphasis* – The emphasis for management in the Black Canyon FMU include:
- Protect communities at risk and other WUI.
- Provide for high quality sensitive watersheds.
- Provide high quality Gunnison sage grouse habitat.
- Restore fire, where possible, in the remaining mountain shrub and sagebrush communities.

*Suppression* –
- Suppress all fires in sensitive watershed areas.
- In desert shrub/grasslands, prevent repeated fires on the same site (more than 2 fires on the same site in 5 years) to minimize the potential of cheatgrass establishment.
- Average desired acreage burned/year under different fire intensity levels (FIL) is 6 acres at FIL 1-2, 120 acres at FIL 3-4, and 25 acres at FIL 5-6.  (This is based on 151 acres/year average over 20 years).

*Wildland Fire Use* –
- Natural ignitions managed for WFU in the mountain shrub can burn no more than 2,000 acres per incident.

*Prescribed Fire* –
- Do not violate National Ambient Air Quality Standards (NAAQS)
- Do not violate Colorado department of Health Smoke Permit requirements.
- On USFS lands, using the successional tables as a guide, convert 10% per year of Condition Class 3 acres to a Condition Class 1, where appropriate.
- The primary goal of WUI prescribed fire treatments is to change the vegetation to minimize risk and make it easier to fight fires, so these treatments may not be designed to improve vegetation conditions.

*Community Protection/Community Assistance Objectives* –
- Over next 2 years, work with CSFS and Montrose and Ouray Counties to complete the County Fire Management Plans/Community Wildfire Protection Plans with accompanying risk assessment maps, identify and prioritize communities at risk, and identify areas for fuel reduction treatments.

## Black Canyon - Strategies

*Suppression Constraints* –
- No mechanized equipment or retardant drops in riparian areas.
- Unknown cultural sites may exit.  Possibility of wooden cultural structures in the woodland sites. Consult with cultural advisor before using heavy equipment.
- In desert shrub/grass-lands, no heavy equipment is allowed.

BLM_0009711

***Wildland Fire Use –***
- Natural ignitions managed for WFU in the mountain shrub can burn no more than 2,000 acres per incident.
- Prevent repeated fires on the same site (more than 2 fires on the same site in 5 years) to minimize the potential of cheatgrass establishment.

***Prescribed Fire –***
- Do not violate air quality NAAQS.
- Do not violate Colorado Department of Health Smoke Permit requirements.
- Ensure that there are no unacceptable impacts to cultural resources or threatened and endangered species.  East of the Uncompahgre River, burns will require prior cultural approval.
- Ensure socio-political and economic impacts are considered, including WUI.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Non-fire fuels Treatments (include by-products utilized) –***
- Design treatments to improve and protect Gunnison sage-grouse habitat
- Design treatments to improve and protect big game habitat on BLM lands and prepare these areas for future WFU or prescribed fire.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Post Fire Rehabilitation and/or actions needed for Restoration –***
- Consider seeding and watershed restoration in sensitive watershed areas.
- Fires in this area will likely require reseeding to reestablish a healthy plant community.
- Any surface disturbance requires rehab and reseeding.

***Community Protection/Community Assistance –***
- Continue to work with CSFS, Montrose and Delta Counties to complete risk assessments and hazard mitigation plans for high priority WUI areas.

***Guidance Parameters –*** See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009712

## Black Canyon – Mosaics:

**Description of unit:** This FMU is in the very center of the planning unit, and is comprised primarily of the foothills and ridges around the Gunnison Gorge, Crawford, Paonia, and Cimarron areas that skirt the western and southern rim of the West Elk Mountains.   The dominant vegetation in the northern portion of this FMU includes sagebrush/grasslands (30%), sagebrush/mountain shrub (30%), pinyon-juniper (30%), and aspen (10%). In the southern portion of the FMU, the dominant vegetation is made up of the following community types: sagebrush/grasslands (10%), sagebrush/mountain shrub (20%), pinyon-juniper (60%), and other (10%).

**Likely Presuppression Fire Regime:** North of the Gunnison Gorge up to the Paonia area, a high percentage of the area was probably in early seral stages with small patch sizes created by low intensity fires.   South and east of the Gunnison Gorge, a higher percentage of the area was probably in late seral stages, with larger patch sizes created by more high intensity fires.

**Management Emphasis:** Develop a landscape pattern that will be largely sustained by naturally occurring, mixed severity type fires that burn like the earlier fire regime, and thereby achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands. Manage riparian areas for desired plant communities which contribute to stability and productivity.

**Desired Mosaic**: Area north of Gunnison Gorge up to Paonia area; the desired mosaic is a high percent of the area in grass and shrub dominated types, occurring in small patches with scattered patches of woodland. South and east of the Gunnison gorge; the desired mosaic is dominantly woodland, with occasional large patches of shrub-grass types.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub, sparse young trees and/or tall shrub | late-mid<br>dense young-mature trees, remnant shrubs | late/old growth<br>mixed age stand, dead and down trees, trees reproducing |
|---|---|---|---|---|
| **% of unit** | 10-30% | 20-40% | 10-30% MATRIX on east side | 20-40% MATRIX on east side |
| **small**<br>0-10 acres | 40-60% | 40-60% | 40-60% west side | 40-60% west side |
| **medium**<br>10-50ac. | 20-40% | 20-40% | 20-40% west side | 20-40% west side |
| **large**<br>>50 acres | 10-30% | 10-30% | 10-30% west side | 10-30% west side |

BLM_0009713

## Carpenter Fire Management Unit (FMU)

## Carpenter – Description

*Location* - The FMU is located in the northwestern part of the planning area and is comprised of the ridges, mesas and canyons northeast of Paradox Valley to the San Miguel River (Map 8, Appendix A). There are a total of 63,700 acres within the boundary of the FMU. It consists of 58,546 acres of BLM land (92%), 8 acres of USFS land (>001%), and 5,145 acres of private land (8%).

*Historic Fire Occurrence* - Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Pinyon-Juniper* – Numerous single tree fires with rare larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35-100+ year interval, mixed severity fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20 -100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

### Fire Management Situation

1) *Weather patterns influencing fire behavior and historic weather analysis.* Carpenter Ridge RAWS best represents this FMU.

3) *Fuel conditions in the FMU likely to influence fire behavior.* The Fire Behavior Fuel Models in Carpenter FMU are:

- Fuel Model 2 (Grass/sage)          68%
- Fuel Model 6 (Pinyon-juniper)      32%

6) *Other elements of the fire environment affecting management.* The Carpenter FMU contains the following attributes:

*A and B Category Areas*: These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

*Wildland Urban Interface* – There is a total of 24,324 acres of WUI within this FMU (all landowners). The FMU contains two communication sites. There is one area identified as a community at risk, but no significant amount of development, To locate the Federal Register CAR see the following website: **http://www.fireplan.gov/communities_at_risk.cfm.**

BLM_0009714

*Cultural Areas* - There are no established cultural sites that have been identified, but there are portions of the area with low probability of cultural sites.

*Important Habitat* – There are no acres of threatened and endangered habitat in the FMU.

BLM sensitive species with potential to occur in the FMU include, the Townsend's big eared bat, spotted bat, Yuma myotis, fringed myotis, big free tailed bat, ferruginous hawk (migrant only), roundtail chub, flannelmouth sucker, bluehead sucker, midget faded rattlesnake, northern leopard frog, canyon tree frog, and Naturita milkvetch.

**C and D Category Areas** - These are renewable values or attributes in the FMU that could be enhanced by fire. The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 56,981 acres in the FMU that are big game habitat areas that would be enhanced by fire. The CDOW considers all of this unit, except the top of Carpenter Ridge, to be crucial winter range for mule deer and elk. The Dolores River Canyon in this unit has been mapped as desert bighorn sheep habitat by CDOW, but use of the area is very light. Other species commonly found include coyotes, mountain lion, golden eagle, red-tailed hawk, prairie falcon, Canada geese, mallards, and other waterfowl.

*Wilderness* - There is a total of 1,657 acres of the Sewemup Mesa WSA located in the northern tip of this FMU.

A portion of the FMU has been identified as a C area because of the potential for cultural sites and the presence of exotic species, particularly cheatgrass, which is becoming established in many locations, primarily in previous disturbances and treatments but also more recently understanding, untreated pinyon-juniper.

FMP Implementation Plan                                    BLM, Uncompahgre Field Office

BLM_0009715

## Carpenter – Objectives

### Management Emphasis –
- Develop landscape pattern that will be largely sustained by naturally occurring, topography constrained fire that burns like it used to.
- Restore fire to healthy sites that can respond positively to fire without the threat of domination by noxious weeds.
- Allow the fully stocked seed bank to express itself.
- Achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands.
- Manage riparian areas for desired plant communities which contribute to stability and productivity.

### Suppression -
- *C area* –No more than 50% of the pinyon-juniper should be burned in a 30-year period. In lower part of unit, fires may be up to 1,500 acres in size or 2,000 acres if the area is only 40% black.
- *D area* – In desert shrub/grasslands, prevent repeated fires on the same site (more than 2 fires on the same site in 5 years) to minimize the potential of cheatgrass establishment. No size restriction of fire in this area.

Average desired acreage burned/year under different fire intensity levels is 3 acres at FIL 1-2, 10 acres at FIL 3-4, and 10 acres burned at FIL 5-6. (This is based on 23 acres/year average over 20 years). When fires burn with FIL5-6 they can be expected to burn over dozens to hundreds of acres. Events like this, however, will only occur once or twice in any decade.

### Community Protection/Community Assistance Objectives – Over next 2 years, work with CSFS and Montrose Counties to complete County Fire Management Plans.

## Carpenter – Strategies

### Suppression Constraints –
- *C area* – Unknown cultural sites may exit. Consult with cultural advisor before using heavy equipment. Consult with T&E specialist before using heavy equipment in open pinyon-juniper stands at western end of unit.
- *D area* – Possibility of wooden cultural structures occupying the site. Consult with cultural advisor before using heavy equipment.

### Wildland Fire Use –
- *C area* –No more than 50% of the pinyon-juniper should be burned in a 30-year period. Burn only if the area can be reseeded within the year. In lower part of unit, fires may be up to 1,500 acres in size or 2,000 acres if the area is only 40% black.
- *D area* – No size restriction of fire in this area.

BLM_0009716

***Prescribed Fire –***
- *C area* – East of the Uncompahgre, burns will require prior cultural approval.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- *D area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Non-fire fuels Treatments (include by-products utilized) –***
- *C area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- *D area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Post Fire Rehabilitation and/or actions needed for Restoration –***
- *C area* – In top half of unit, burn only if the area can be reseeded within the year. In lower part of unit, fires will likely require reseeding to reestablish a healthy plant community. Sites where surface disturbing activities take place should be reseeded and rehabed to prevent the spread of noxious weeds by providing competition.
- *D area* – Areas with surface disturbance or sites where there is a noxious weed source require rehab and reseeding.

***Community Protection/Community Assistance –*** There is one community needing risk assessment and hazard mitigation plans. We will continue to work with CSFS to assist in completing county fire management plans.

***Guidance Parameters –*** See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009717

## Carpenter – Mosaics

**Description of unit:** Ridges and mesas northeast of Paradox Valley to the San Miguel River: dominant vegetation includes pinyon-juniper woodland (47%), pinyon-juniper/sagebrush mix (14%), sagebrush/grass mix (11%), grass-forb rangeland (11%), sagebrush community (9%), saltbush community (3%), and pinyon-juniper/mountain shrub mix (2%).

**Likely Presuppression Fire Regime:** Very few fires, small, limited by topography, mainly older seral stages, woodlands dominate.

**Management Emphasis:** Develop landscape pattern that will be largely sustained by naturally occurring, topography constrained fire that burns like it used to. Restore fire to heathy sites that can respond positively to fire without the threat of domination by noxious weeds. Allow the fully stocked seed bank to express itself. Achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands. Manage riparian areas for desired plant communities which contribute to stability and productivity. A varied landscape mosaic desired for wildlife.

**Desired Mosaic:** Pinyon-juniper woodlands dominant, few small patches of shrub or grass, size limited by topography.

| patch size | **early** mainly grass and forbs | **early-mid** grass and shrub | **late-mid** dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | **late/old growth** mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 5-20% | 10-30% | 20-40% MATRIX | 30-50% MATRIX |
| **small** 1-5 acres | 40-60% | 40-60% | ▨ | ▨ |
| **medium** 5-25 ac. | 30-50% | 30-50% | ▨ | ▨ |
| **large** >25 acres | 5-20% | 5-20% | ▨ | ▨ |

BLM_0009718



FMP Implementation Plan                    BLM, Uncompahgre Field Office

BLM_0009719

# East Uncompahgre Fire Management Unit (FMU)

## East Uncompahgre - Description

*Location -* This FMU is the area on the northeast side of the Uncompahgre Plateau (Map 9, Appendix A). It runs from the Log Hill/Government springs area in the southeast to Dominguez Creek to the northwest. There is a total of 152,596 acres within the boundary of the FMU.  It consists of 4,351 acres of BLM land (3%), 62,063 acres of USFS land (41%) 304 acres of CDOW land (1%), 24 acres of State land (<1%), and 85,854 acres of Private land (56%).

*Historic Fire Occurrence -* Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Ponderosa Pine* – There are two distinct fire regimes on the Uncompahgre Plateau. The one located in the East Uncompahgre FMU on the north and east side of the Uncompahgre Plateau is a 35-100 year return interval, mixed severity.  The other regime is limited primarily to the southwestern portion of the Uncompahgre plateau and is classified as a 5 – 35 year frequency and low to mixed severity (surface fires most common).  There is some gradation of these regimes on the southern end of the Uncompahgre Plateau.  The primary difference in the two regimes is the type of understory fuel that drives the regime.
- *Aspen* – Because aspen is mixed with several other vegetation types (spruce-fir, ponderosa pine, mountain shrub, and even sagebrush) and is successional in most locations, it is difficult to place it in any specific fire regime.  If it does burn, it is usually in a high intensity, stand replacing fire associated with other stand components such as spruce-fir, which kills the aspen overstory so that suckering occurs to create new stands.
- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

### The Fire Management Situation

1. *Weather patterns influencing fire behavior and historic weather analysis.* The Cottonwood and Black Canyon RAWS best represent this FMU.

2. *Fuel conditions in the FMU are likely to influence fire behavior.* The fire behavior fuel models for the East Uncompahgre FMU are as follows:
   - Fuel Model 2 (Grass)     10%
   - Fuel Model 6 (Brush)     30%

BLM_0009720

- Fuel Model 8 (Aspen)    44%
- Fuel Model 9 (PPine)    16%

***A and B Category Areas***: These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

*Wildland Urban Interface* – There is a total of 23,710 acres of WUI within this FMU (All Landowners), which includes 11 communities at risk. There are also numerous communication sites and multiple high voltage transmission lines within the FMU. To locate the Federal Register communities at risk see the following website**: http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 69 acres of High Public use within the FMU.

*Cultural Areas* – There is a total of 51 acres of cultural/historical.

*Special Management Areas* - There is a total of 46 acres of special management areas in the FMU.

*Suitable Timber* - There is a total of 12,869 acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

***C and D Category Areas*** - These are renewable values or attributes in the FMU that could be enhanced by fire. The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 2,066 acres in the FMU that are big game habitat areas that would be enhanced by fire.

*Wilderness* - There is a total of 7,478 acres of designated WSAs in the FMU.

A portion of the FMU has been identified as a C area because of the potential for cultural sites and the presence of exotic species, particularly cheatgrass.

## East Uncompahgre – Objectives

*Management Emphasis* – The emphasis for management in the East Uncompahgre FMU include:
- Protect communities at risk and other WUI
- On USFS, provide for high quality suitable timber production areas
- Restore fire, where possible, in the remaining mountain shrub and ponderosa pine communities

*Suppression* –
- Average desired acreage burned/year under different fire intensity levels is 2 acres at FIL 1-2, 4 acres at FIL 3-4, and 4 acres at FIL 5-6.  (This is based on 10 acres/year average over 20 years).   Fires that burn at FIL 5-6 will most likely consume more acreage but will occur only once or twice in any 10 year period.

*Wildland Fire Use* –
- No more than 50% of the pinyon-juniper in the unit should be burned in a 30-year period.

*Prescribed Fire* –
- Conduct 100 % of all prescribed burns in a manner consistent with all Federal, State, Tribal, and local smoke management requirements.
- On USFS lands, using the successional tables as a guide, convert 10% per year of Condition Class 3 acres to return them to a Condition Class 1, where appropriate.
- The goal of WUI prescribed fire treatments is to change the vegetation to minimize risk and make it easier to fight fires, so these treatments may not be designed to improve vegetation conditions.

*Community Protection/Community Assistance Objectives* –
- Over next 2 years work with CSFS and Montrose and Delta Counties to complete the County Fire Management Plans/Community Wildfire Protection Plans, with accompanying risk assessment maps, identify and prioritize communities at risk, and identify areas for fuel reduction treatments.

## East Uncompahgre - Strategies

*Suppression Constraints* –
- No mechanized equipment or retardant drops in riparian areas.
- In C areas, unknown cultural sites may exit.  Consult with cultural resource advisor before using heavy equipment.

*Wildland Fire Use* –
- In C areas, burn only if area can be reseeded within the year.
- In C areas, burns will require prior cultural approval.

---

BLM_0009722

***Prescribed Fire –***
- Do not violate air quality NAAQS
- Do not violate Colorado Department of Health Smoke Permit requirements.
- Ensure that there are no unacceptable impacts to cultural resources or threatened and endangered species.
- Ensure socio-political and economic impacts are considered, including WUI.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Non-fire fuels Treatments (include by-products utilized) –***
- Treatments should be designed to improve and protect habitat for big game winter range and to prepare these areas for future WFU.
- Treatments should be designed to improve and protect areas suitable for timber production and prepare these areas for future WFU or prescribed fire.
- Use stewardship contracting to reduce treatment costs.
- East of the Uncompahgre, burns will require prior cultural approval.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Post Fire Rehabilitation and/or actions needed for Restoration*** –
- Consider seeding with native plant mix in pinyon/mountain shrub type to prevent invasion by non-native plant species.
- Areas with surface disturbance or sites where there is a noxious weed source require rehab and reseeding.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Community Protection/Community Assistance*** –
- Continue to work with CSFS and Montrose and Delta Counties to complete risk assessments and hazard mitigation plans for high priority WUI areas.

***Guidance Parameters*** – See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009723

## East Uncompahgre – Mosaics:

**Table 2-5. Succession (Seral Stages) in Aspen PNV Type**

|  | Early | Early-Mid | Late-Mid | Late |
|---|---|---|---|---|
| Seral Stage Descriptions* | New stand of aspen seedlings/suckers with grass and forb understory lasting 10 to 20 years | Dense pole-sized aspen, grass and forb understory, lasting 50 to 80 years | Mature aspen overstory, aspen regeneration in the understory where overstory gaps results from individual tree mortality, lasting up to 80 years | Stable multi-storied, multi-aged aspen stand, predominantly forb understory.Lasts until next stand replacing disturbance |
| VDDT Modeled Range of Seral Conditions | 8-14% | 23-26% | 17-24% | 23-43% |
| Current Seral Conditions | 5% | 58% | 36% (Limited age data makes it difficult to differentiate between late-mid and late seral conditions.) | |

*Romme et al, 2003

**Table 2-5. Succession (Seral Stages) in Ponderosa Pine - Oak PNV Type**

|  | Early | Early-Mid | Late-Mid | Late | Fire-Maintained Open |
|---|---|---|---|---|---|
| Seral Stage Descriptions* | Aspen and Gambel oak regeneration, grass and forb understory lasting 20 to 40 years | Pole-sized aspen, oak shrub, grass and forb understory, may include some ponderosa pine seedlings. Ponderosa pine seedlings eventually codominate with aspen, lasting up to 100 years | Mixed aspen and ponderosa pine overstory, , ponderosa pine regeneration in the understory where gaps results from individual tree mortality, lasting 100 to 200 years | Stable multi-storied, multi-aged mixed stands with ponderosa pine dominant, and remant mature aspens, oak, grass/forb understory. Conditions last until a disturbance kills a large percentage of the overstory. | Low density of large ponderosa pine trees. Dense ground cover in grass, forb with oak/serviceberry shrub understory. Open stands maintained by frequent low-intensity fires. |
| VDDT Modeled Range of Seral Conditions | 14-16% | 11-14% | 2-10% | 7-12% | 48-65% |
| Current Seral Conditions | <1% | 25% | 55% | 1% | 19% |

*Romme et al, 2003

FMP Implementation Plan                                    BLM, Uncompahgre Field Office

BLM_0009724

**Table 2-6 Succession (Seral Stages) in Piñon-Juniper-Oak-Serviceberry PNV Type**

|  | Early | Mid | Late |
|---|---|---|---|
| Seral Stage Descriptions* | Dominant shrubs re-sprout and form dense cover. Grasses and forbs occur in the understory. Persists from 50-70 years | Shrubs still dominate site but young piñon pine and juniper trees become established. Persists from 100 to 150 years. | Dominated by mature, often dense piñon and/or juniper trees, some shrubs present in the understory. Persists until next stand replacing disturbance. |
| VDDT Modeled Range of Seral Conditions | 28-51% | 39-43% | 9-29% |
| Current Seral Conditions | 3% | 2% | 95% |

*Romme et al, 2003

---

FMP Implementation Plan                                        BLM, Uncompahgre Field Office

BLM_0009725

# La Garita Fire Management Unit (FMU)

## La Garita - Description

***Location*** – This FMU occupies the southeast to southwest portions of the upper Gunnison Basin and contains the Lake Fork of the Gunnison, Cebolla Creek, and Cochetopa Creek drainages (Map 10, Appendix A).  There is a total of 837,581 acres within the boundary of the FMU.  It consists of 225,458 acres of BLM land (27%), 378,615 acres of USFS land (45%), 2,574 acres of CDOW land (<1%), 378 acres of State land (<.01%), 559 acres of City land (<.01%), and 229,997 acres of Private land (28%).

***Historic Fire Occurrence*** - Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Spruce-Fir* – 200+ year return interval, high intensity stand replacing fires, which could cover areas from 500 to 10, 000 acres, mixed with infrequent low-intensity surface fires that affected much smaller areas (<5 acres).  Fire return intervals tended to be longer at higher elevations and in moist depressions and valley bottoms – up to 500 years.
- *Lodgepole Pine* –
  a.   Varies from 35 – 100 year return interval to 200+ year return interval, high severity, stand replacement above 10,000 feet, depending on topography and stand age.
  b.   35-100 year return interval with mixed severity (crown and surface fire) under 10,000 feet, especially where Douglas-fir/ponderosa pine grade into lodgepole pine and/or dwarf mistletoe is present.
- *Douglas-Fir* - 35 to 100 year fire return interval with surface fire and some mixed severity fire on wetter, more productive sites.
- *Ponderosa Pine* –35-100 year return interval, mixed severity fire regime (surface fires most common).
- *Aspen* – Because aspen is mixed with several other vegetation types (spruce-fir, ponderosa pine,mountain shrub, and even sagebrush) and is successional in most locations, it is difficult to place it in any specific fire regime.  If it does burn, it is usually in a high intensity, stand replacing fire associated with other stand components such as spruce-fir, which kills the aspen overstory so that suckering occurs to create new stands.
- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

BLM_0009726

*The Fire Management Situation*

1. *Weather patterns influencing fire behavior and historic weather analysis.* The RAWS stations that best represent this FMU are Lujan, Sanborn, and Needle.

2. *Fuel conditions in the FMU likely to influence fire behavior.* The Fire Behavior Fuel Models in the LaGarita FMU are as follows:

   - Fuel Model 2 (Grass)          20%
   - Fuel Model 6 (Brush)          09%
   - Fuel Model 8 (Aspen)          17%
   - Fuel Model 9 (P Pine)         06%
   - Fuel Model 10 (Spruce-fir)    48%

3. *Other elements of the fire environment affecting management.* The LaGarita FMU contains the following attributes:

*A and B Category Areas*: These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

*Wildland Urban Interface* – There is a total of 168,870 acres of WUI in this FMU, which includes 13 Communities at Risk (CAR) such as Lake City and Powderhorn as well as existing and new housing developments scattered throughout the FMU. Continued development is anticipated throughout this area. To locate the Federal Register communities at risk see the following website: **http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 4,538 acres of high public use areas scattered throughout the FMU, mostly associated with the trailheads and undeveloped campgrounds around the wilderness areas.

*Sensitive Watersheds* – There is a total of 121,011 acres that have been identified as a sensitive watershed area.

*Important Habitat* – There are a total of 18,932 acres in the FMU that have been identified as important habitat. Special status species within this FMU may include the threatened Canada lynx, which was reintroduced several years ago, threatened Mexican spotted owl and the candidate boreal toad.

Extensive spruce fir habitat exists within this FMU for the Canada lynx, and this species probably has utilized this area since the reintroduction program began. Mexican spotted owls have never been identified within this area, and steep canyons with cliffs important for nesting may be lacking. In addition, an extensive survey for boreal toads was conducted in 2002 within and adjacent to the Powderhorn Wilderness in areas that were thought to be the best available habitat, however this species was not found.

*Cultural Areas* - There are 7 cultural sites within the FMU, for a total of 159 acres.

*Special Management Areas* - There are 5,738 acres in the FMU that have been identified as special management areas because of the concern with noxious weeds.

*Suitable Timber* - There are a total of 189,364 acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

**C and D Category Areas** - These are renewable values or attributes in the FMU that could be enhanced by fire. The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 163,701 acres in the FMU that are big game habitat areas that would be enhanced by fire. Big game wildlife includes elk, mule deer, bighorn sheep, pronghorn antelope, and moose. Big game use is approaching habitat capacity and some vegetation damage at lower elevations is occurring.

*Wilderness* - There are a total of 272,290 acres of wilderness, including the Powderhorn, Uncompahgre, and La Garita Wilderness Areas.

FMP Implementation Plan                                BLM, Uncompahgre Field Office

BLM_0009728

## LaGarita – Objectives

### Management Emphasis –
- Develop landscape patterns that will be largely sustained by naturally occurring, low intensity fires that burn like they used to, and thereby achieve diverse, productive, and desired plant communities with high vegetative cover.  However, anticipate spread to heavy fuel load areas at higher elevations.  Keep in mind possible spread to private land.

### Suppression –
- Try to limit catastrophic fuel load to 5000 acres within Wilderness area.

### Community Protection/Community Assistance Objectives –
- Over next 2 years, work with CSFS and Gunnison, Hinsdale, and Saguache Counties to complete County Fire plans.  Continue to work on CWPPs with interested communities.  Implement the Indian Creek, and Gold Basin projects to reduce WUI fuels.

- On USFS lands, conduct 100 percent of all prescribed burns in a manner consistent with all Federal, State, Tribal, and local smoke management requirements.
- On USFS lands, treat 10% per year of Condition Class 3 acres to a better Condition Class.
- On USFS lands, of the planned prescribed fire and mechanical treatments within the FMU, 60% of the acres treated will be within the Wildland-Urban Interface.

## LaGarita - Strategies

### Suppression Constraints –
- Light hand on the land and minimum tool constraints within the wilderness.  No mechanized equipment or retardant drops in riparian areas.

### Wildland Fire Use –
- Ignitions within .5 miles of private land in Cebolla Creek and Lake Fork drainage will not be considered for fire use.

### Prescribed Fire –
- Implement up to 200 acres of prescribed fire as described in the Indian Creek and Gold Basin fuels reduction projects.

### Non-fire fuels Treatments (include by-products utilized) –
- Implement up to 200 acres of mechanical treatments annually as described in the Indian Creek and Gold Basin fuels reduction project.

BLM_0009729

***Post Fire Rehabilitation and/or actions needed for Restoration*** –
- Heavily timbered areas that are impacted by stand replacing fire may require contour falling, seeding and tree planting.

***Community Protection/Community Assistance*** –
Continue to work with CSFS and Gunnison and Hinsdale County to assist in completing county fire management plans.

***Strategies***

- Do not violate air quality NAAQS

- Do not violate Colorado Department of Health Smoke Permit requirements.

- Ensure that there are no unacceptable impacts to cultural resources or T&E species.

- Ensure socio-political and economic impacts are considered including wildland urban interface.

***Guidance Parameters*** – See pages 107-111 (Wildland Fire Implementation Plan)

## LaGarita – Mosaic Tables

**Description of unit:** This FMU occupies the southeast to southwest portions of the upper Gunnison Basin and contains the Lake Fork of the Gunnison, Cebolla Creek, and Cochetopa Creek drainages. This FMU captures the timbered lands above 9,000 feet in the southern portion of the upper Gunnison Basin. The dominant vegetation in this FMU includes spruce-fir (48%), aspen (17%), and grasses and forbs (20%) with significant acres of sagebrush (9%) and mixed conifer, including Douglas-fir, ponderosa pine, and lodgepole pine (6%) at the lower elevations.

**Likely Presuppression Fire Regime:** Very diverse, with some high intensity, infrequent events occurring in the high elevation vegetation types (aspen, spruce/fir) and a mixed regime in the middle elevation vegetation types (mountain shrub and upper pinyon/juniper areas).

**Management Emphasis:** Develop landscape patterns that will be largely sustained by naturally occurring, low intensity fires that burn like they used to, and thereby achieve diverse, productive, and desired plant communities with high vegetative cover. However, anticipate spread to heavy fuel load areas at higher elevations. Keep in mind possible spread to private land.

**Desired Mosaic:** Small to moderate size shrub and grass patches dominate unit at the lower elevations, woodland mostly limited to areas protected by topography.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 30% | 30% | 20% | 20% |
| **small**<br>0-5 acres | 30% | 30% | 30% | 30% |
| **medium**<br>5-50 ac. | 50% | 50% | 50% | 50% |
| **large**<br>>50 acres | 20% | 20% | 20% | 20% |

BLM_0009731

Table 2-3. Succession (Seral Stages) in Spruce-Fir-Aspen PNV Type

|  | Early | Early-Mid | Late-Mid | Late |
|---|---|---|---|---|
| Seral Stage Descriptions* | New stand of aspen seedlings/suckers with grass and forb understory lasting 30-50 years | Dense pole-sized aspen, grass and forb understory, lasting up to 100 years | Mature aspen overstory with conifer trees growing in the understory. May take 100 to 200 years for conifers to dominate stand. | Mature conifer, scattered mature aspen in overstory. New trees can become established in gaps in canopy. Lasts until next stand replacing disturbance |
| VDDT Modeled Range of Seral Conditions | 13-19% | 22-29% | 13-16% | 35-49% |
| Current Seral Conditions | 3% | 45% | 52% (Limited age data makes it difficult to differentiate between late-mid and late seral conditions.) | |

*Romme et al, 2003

Table 2-6 Succession (Seral Stages) in Piñon-Juniper-Oak-Serviceberry PNV Type

|  | Early | Mid | Late |
|---|---|---|---|
| Seral Stage Descriptions* | Dominant shrubs re-sprout and form dense cover. Grasses and forbs occur in the understory. Persists from 50-70 years | Shrubs still dominate site but young piñon pine and juniper trees become established. Persists from 100 to 150 years. | Dominated by mature, often dense piñon and/or juniper trees, some shrubs present in the understory. Persists until next stand replacing disturbance. |
| VDDT Modeled Range of Seral Conditions | 28-51% | 39-43% | 9-29% |
| Current Seral Conditions | 3% | 2% | 95% |

*Romme et al, 2003

FMP Implementation Plan  BLM, Uncompahgre Field Office

BLM_0009732

Fire Management Plan                    BLM, Uncompahgre Field Office

BLM_0009733

## Naturita Division Fire Management Unit (FMU)

### Naturita Division - Description

***Location:***  The Naturita Division FMU is located southwest of Norwood (Map 11, Appendix A).  It is the northern end of a plateau which is divided by several canyons that run south to north.  The Naturita Canyon includes upper Naturita Canyon and the McKee Creek drainage.  There are a total of 67,093 acres within the boundary of the FMU.  It consists of 10,043 acres of BLM (15%), 25,810 acres of USFS (38%), 23 acres of CDOW lands (<.01%), 2007 acres of State lands (3%), and 29,210 acres of Private lands (44%)

***Historic Fire Occurrence -*** Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:
- *Ponderosa Pine* –5-35 year return interval, mixed severity fire regime (surface fires most common).
- *Aspen* – Because aspen is mixed with several other vegetation types (spruce-fir, ponderosa pine,mountain shrub, and even sagebrush) and is successional in most locations, it is difficult to place it in any specific fire regime.  If it does burn, it is usually in a high intensity, stand replacing fire associated with other stand components such as spruce-fir, which kills the aspen overstory so that suckering occurs to create new stands.
- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires.  These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

### Fire Management Situation

1) *Weather patterns influencing fire behavior and historic weather analysis.  The* Sanborn and Nucla RAWS stations best represent this FMU.

3) *Fuel conditions in the FMU likely to influence fire behavior.*  The Fire Behavior Fuel Models in Naturita Division FMU are:
  - Fuel Model 2 (Grass)          66%
  - Fuel Model 5 (PJ/Oak)        34%

6) *Other elements of the fire environment affecting management.*  The Naturita Division FMU contains the following attributes:

BLM_0009734

**A and B Category Areas:** These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

*Wildland Urban Interface* – There is a total of 21,237 acres of WUI in this FMU. To locate the Federal Register communities at risk see the following website**: http://www.fireplan.gov/communities_at_risk.cfm.**

*Important Habitat* – There are a total of 18,932 acres in the FMU that have been identified as important habitat.   There is also some potential Gunnison Sage Grouse habitat with a known nesting area just outside the planning area.

*Special Management Areas* - There are 1,956 acres in the FMU that have been identified as special management areas because of the concern with noxious weeds.

*Suitable Timber* - There are a total of 14,857 acres inthe FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

**C and D Category Areas** - These are renewable values or attributes in the FMU that could be enhanced by fire.  The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy. The BLM has some limited application (much of the BLM land burned during the Burn Canyon fire).

*Wildlife Habitat* - There are 11,215 acres in the FMU that are big game habitat areas that would be enhanced by fire. Big game wildlife includes elk and mule deer,

Fire Management Plan                                        BLM, Uncompahgre Field Office

BLM_0009735

## Naturita Division - Objectives:

**Management Emphasis -** The emphasis for management in the Naturita Division FMU include:
- Protect Communities at risk
- Provide for high quality Gunnison sage grouse habitat.
- Manage undesired, invasive species (focus on the Burn Canyon Fire area).
- Diminish fire hazard by reducing fuels, and tree densities in areas that might affect the 5 adjacent communities (Communities at risk: North Norwood/Redvale, Norwood, South Norwood, Gurley Reservoir Area, Hamilton Mesa, and Basin.)

**Prescribed Fire-**
- Conduct 100% of all prescribed burns in a manner consistent with Federal, State and county smoke management requirements.
- On USFS lands, treat fuels in Ponderosa Pine that are within condition class 2 and 3 to initiate a maintenance cycle of burning to manage fuels.
- On USFS lands, treat 10% per year of Condition Class 3 acres to improve the existing condition class.

**Community Protection/Community Assistance Objectives-**
- Work collaboratively with San Miguel County as they complete their County Fire Management Plan.
- Work in association with the county, state and private land owners to treat hazardous fuels adjacent to developed private land and cooperate with the private land owners, as desired, to reduce fire risk on private land adjacent to federal lands.
- Plan and implement fuels treatment for the East Naturita area in order to address perceived hazards adjacent to private land.

## Naturita Division - Strategies:

*Suppression Constraints-*
- No mechanized equipment or retardant will be used in riparian areas.

*Wildland Fire Use-*
- Manage within mosaic parameters identified below.

*Prescribed Fire-*
- Do not violate air quality NAAQS
- Ensure there are no unacceptable impacts to cultural resources, Management Indicator Species, or T&E species.
- The planning unit is adjacent to Norwood.  Prescribed burns shall be planned to minimize the smoke impact upon Telluride, Norwood, Ridgeway/Ouray, and Naturita/Nucla.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

BLM_0009736

***Non-fire fuels Treatments (include by-products utilized)-***
- Use mechanical treatments, including understory thinning, as stand alone fuels treatments or as preparation for prescribed burns.
- Design treatments to reduce hazards exposure to private lands and improve/protect habitat for big game winter and transitional range.
- Use stewardship contracting to reduce treatment costs.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Post Fire Rehabilitation and/or actions for Restoration-***
- Monitor and take aggressive actions for limit noxious weed invasion into the Burn Canyon Rehabilitation area.
- Continue to implement the Burned Area Rehabilitation Plan for Burn Canyon.

***Community Protection/Community Assistance-***
- Continue to work with San Miguel County to complete the county-wide CWPP.

***Guidance Parameters*** – See pages 107-111 (Wildland Fire Implementation Plan)

## Roubideau Fire Management Unit (FMU)

### Roubideau - Description

***Location*** - This FMU is the area on the northeast side of the Uncompahgre Plateau (Map 12, Appendix A). It runs from the Log Hill/Government springs area in the southeast to Dominguez Creek to the northwest. This area takes in the lower 1/3 of the slope on the northeast side of the Plateau as it grades down into the Uncompahgre Valley floor. There is a total of 290,187 acres within the boundary of the FMU.  It consists of 193,437 acres of BLM land (67%), 22,644 acres of USFS land (8%) 3,594 acres of CDOW land (1%), 136 acres of State land (<1%), and 70,375 acres of Private land (24%).

***Historic Fire Occurrence*** - Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Aspen* – Because aspen is mixed with several other vegetation types (spruce-fir, ponderosa pine,mountain shrub, and even sagebrush) and is successional in most locations, it is difficult to place it in any specific fire regime.  If it does burn, it is usually in a high intensity, stand replacing fire associated with other stand components such as spruce-fir, which kills the aspen overstory so that suckering occurs to create new stands.
- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

### The Fire Management Situation

1. *Weather patterns influencing fire behavior and historic weather analysis.* The Cottonwood RAWS station best represents this FMU.

2. *Fuel conditions in the FMU are likely to influence fire behavior.* The fire behavior fuel models for the Roubideau FMU are as follows:
   - Fuel Model 2 (Grass)    30%
   - Fuel Model 6 (Shrub)    30%
   - Fuel Model 8 (Aspen)    40%

3. *Other elements of the fire environment affecting management.* The Roubideau FMU contains the following attributes:

***A and B Category Areas:*** These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

BLM_0009738

*Wildland Urban Interface* – There is a total of 69,804 acres of WUI within this FMU (All Landowners), which includes 11 communities at risk. There is one communication site and multiple high voltage transmission lines within the FMU. To locate the Federal Register communities at risk see the following website: **http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 142 acres of High Public use within the FMU.

*Sensitive Watersheds* – This FMU contains 1,980 acres of sensitive watershed.

*Important Habitat* – There are no acres in the FMU that have been identified as important habitat.

*Cultural Areas* – There are 2 historic sites for a total of 11 acres of cultural/historical.

*Special Management Areas* - There is a total of 2,345 acres of special management areas in the FMU.

*Suitable Timber* - There is a total of 164 acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

**C and D Category Areas** - These are renewable values or attributes in the FMU that could be enhanced by fire. The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 173,010 acres in the FMU that are big game habitat areas that would be enhanced by fire.

*Wilderness* - There is a total of 50,263 acres of designated WSAs in the FMU, including the Dominguez Canyon and Camelback WSAs.

A portion of the FMU has been identified as a C area because of the potential for cultural sites and the presence of exotic species, particularly cheatgrass.

Fire Management Plan                                          BLM, Uncompahgre Field Office

BLM_0009739

## Roubideau – Objectives

*Management Emphasis* – The emphasis for management in the Roubideau FMU include:
- Protect communities at risk and other WUI
- Provide for high quality sensitive watersheds
- Restore fire, where possible, in the remaining mountain shrub and woodland communities
- Slow or reverse the invasion of cheatgrass

*Suppression* –
- Suppress all fires in sensitive watershed areas.
- Average desired acreage burned/year under different fire intensity levels is 2 acres at FIL 1-2, 4 acres at FIL 3-4, and 4 acres at FIL 5-6.  (This is based on 10 acres/year average over 20 years).   Fires that burn at FIL 5-6 will most likely consume more acreage but will occur only once or twice in any 10 year period.

*Wildland Fire Use* –
- No more than 50% of the pinyon-juniper in the unit should be burned in a 30-year period.
- Burn only if area can be reseeded within the year.
- Burns will require prior cultural approval.
- Prevent repeated fires on the same site (more than 2 fires on the same site in 5 years) to minimize the potential of cheatgrass establishment.

*Prescribed Fire* –
- Conduct 100 % of all prescribed burns in a manner consistent with all Federal, State, Tribal, and local smoke management requirements.
- Using the successional tables as a guide, convert 10% per year of Condition Class 3 acres to return them to a Condition Class 1, where appropriate.  The goal of WUI prescribed fire treatments is to change the vegetation to minimize risk and make it easier to fight fires, so these treatments may not be designed to improve vegetation conditions.

*Community Protection/Community Assistance Objectives* –
- Over next 2 years work with CSFS and Montrose and Delta Counties to complete the County Fire Management Plans/Community Wildfire Protection Plans, with accompanying risk assessment maps, identify and prioritize communities at risk, and identify areas for fuel reduction treatments.

## Roubideau - Strategies

*Suppression Constraints* –
- No mechanized equipment or retardant drops in riparian areas.
- In C areas, unknown cultural sites may exit.  Consult with cultural resource advisor before using heavy equipment.

BLM_0009740

- In desert shrub/grass-lands, no heavy equipment is allowed.

*Wildland Fire Use* –
- In C areas, burn only if area can be reseeded within the year.
- In C areas, burns will require prior cultural approval.

*Prescribed Fire* –
- Do not violate air quality NAAQS
- Do not violate Colorado Department of Health Smoke Permit requirements.
- Ensure that there are no unacceptable impacts to cultural resources or threatened and endangered species.
- Ensure socio-political and economic impacts are considered, including WUI.
- In C areas, burn only if area can be reseeded within the year.
- In C areas, burns will require prior cultural approval.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- Review Spring Creek/Dry Creek Vegetation Management Strategy for to ensure burns are compatible with specific mosaic objectives and past/planned treatments

*Non-fire fuels Treatments (include by-products utilized)* –
- Treatments should be designed to improve and protect habitat for big game winter range and to prepare these areas for future WFU.
- Use stewardship contracting to reduce treatment costs.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- Review Spring Creek/Dry Creek Vegetation Management Strategy for to ensure burns are compatible with specific mosaic objectives and past/planned treatments

*Post Fire Rehabilitation and/or actions needed for Restoration* –
- Consider seeding with native plant mix in mountain shrub type to prevent invasion by non-native plant species.
- Consider seeding and watershed restoration in sensitive watershed areas.
- Areas with surface disturbance or sites where there is a noxious weed source require rehab and reseeding

*Community Protection/Community Assistance* –
- Continue to work with CSFS and Montrose and Delta Counties to complete risk assessments and hazard mitigation plans for high priority WUI areas.

*Guidance Parameters* – See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009741

**Roubideau** – **Mosaics**:

Table 2-5. Succession (Seral Stages) in Aspen PNV Type

|  | Early | Early-Mid | Late-Mid | Late |
|---|---|---|---|---|
| Seral Stage Descriptions* | New stand of aspen seedlings/suckers with grass and forb understory lasting 10 to 20 years | Dense pole-sized aspen, grass and forb understory, lasting 50 to 80 years | Mature aspen overstory, aspen regeneration in the understory where overstory gaps results from individual tree mortality, lasting up to 80 years | Stable multi-storied, multi-aged aspen stand, predominantly forb understory.Lasts until next stand replacing disturbance |
| VDDT Modeled Range of Seral Conditions | 8-14% | 23-26% | 17-24% | 23-43% |
| Current Seral Conditions | 5% | 58% | 36% (Limited age data makes it difficult to differentiate between late-mid and late seral conditions.) | |

*Romme et al, 2003

Table 2-6 Succession (Seral Stages) in Piñon-Juniper-Oak-Serviceberry PNV Type

|  | Early | Mid | Late |
|---|---|---|---|
| Seral Stage Descriptions* | Dominant shrubs re-sprout and form dense cover. Grasses and forbs occur in the understory. Persists from 50-70 years | Shrubs still dominate site but young piñon pine and juniper trees become established. Persists from 100 to 150 years. | Dominated by mature, often dense piñon and/or juniper trees, some shrubs present in the understory. Persists until next stand replacing disturbance. |
| VDDT Modeled Range of Seral Conditions | 28-51% | 39-43% | 9-29% |
| Current Seral Conditions | 3% | 2% | 95% |

*Romme et al, 2003

Fire Management Plan                                          BLM, Uncompahgre Field Office

BLM_0009742

## Roubideau

**Description of unit:** East slope of the Uncompahgre Plateau: Dominant vegetation includes pinyon-juniper (41%), sagebrush community (12%), grass-forb rangeland (13%), pinyon-juniper/sagebrush mix (10%), pinyon-juniper/mountain shrub mix (7%), sagebrush/grass mix (7%), and pinyon-juniper/oak mix (3%).
**Likely Presuppression Fire Regime:** Few, large fires, typically high intensity crown fires, resulting in widely scattered large patches within a predominantly woodland landscape
**Management Emphasis:** Develop landscape pattern that will be largely sustained by naturally occurring, mixed severity type fires that burn like the earlier fire regime, and thereby achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands. Manage riparian areas for desired plant communities which contribute to stability and productivity. Varied landscape mosaic desired for wildlife.
**Desired Mosaic:** Pinyon-juniper woodland dominant, with occasional large patches of grass or shrub vegetation.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 10-30% | 10-30% | 10-30% MATRIX | 30-50% MATRIX |
| **small**<br>0-50 acres | 5-20% | 5-20% | | |
| **medium**<br>51-200 ac. | 70-90% | 70-90% | | |
| **large**<br>>200 acres | 5-20% | 5-20% | | |

BLM_0009743

## Sneffles Fire Management Unit (FMU)

## Sneffles - Description

*Location* – This FMU is the southern-most area in the planning unit (Map 13, Appendix A). It consists of the western portion of the San Juan Mountains, and contains the Sneffles wilderness area and east and west Dallas areas. There is a total of 363,707 acres within the boundary of the FMU. It consists of 15,483 acres of BLM land (4%), 157,807 acres of USFS land (43%), 158 acres of CDOW land (<1%), 2,469 acres of State land (1%), 39 acres of City land (<1%), and 187,751 acres of Private land (52%).

*Historic Fire Occurrence* - Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Spruce-Fir* – 200+ year return interval, high intensity stand replacing fires, which could cover areas from 500 to 10,000 acres, mixed with infrequent low-intensity surface fires that affected much smaller areas (5 acres). Fire return intervals tended to be longer at higher elevations and in moist depressions and valley bottoms – up to 500 years.
- *Aspen* – Because aspen is mixed with several other vegetation types (spruce-fir, ponderosa pine,mountain shrub, and even sagebrush) and is successional in most locations, it is difficult to place it in any specific fire regime. If it does burn, it is usually in a high intensity, stand replacing fire associated with other stand components such as spruce-fir, which kills the aspen overstory so that suckering occurs to create new stands.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.

### The Fire Management Situation

1. *Weather patterns influencing fire behavior and historic weather analysis.* The Lujan and Sanborn RAWS stations best represent this FMU.

2. *Fuel conditions in the FMU likely to influence fire behavior.* The fire behavior fuel models for the Sneffles FMU are as follows:
   - Fuel Model 4 (Shrub)          18%
   - Fuel Model 8 (Aspen)          19%
   - Fuel Model 10 (Spruce-fir)    63%

3. *Other elements of the fire environment affecting management.* The Sneffles FMU contains the following attributes:

*A and B Category Areas*: These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

BLM_0009744

*Wildland Urban Interface* – There is a total of 85,705 acres of WUI within this FMU (All Landowners), which includes several communities at risk, 4 developed USFS campgrounds (Ampitheatre, Woods Lake, Sunshine, Matterhorn) and 1 communication site (Greyhead) within the FMU.  To locate the Federal Register communities at risk see the following website: **http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 1,701 acres of High Public use within the FMU associated with the trailheads and undeveloped USFS campgrounds at three locations (East and West Dallas and Yankee Boy).

*Sensitive Watersheds* – This FMU contains 107,164 acres of sensitive watershed.

*Important Habitat* – There is a total of 6,354 acres in the FMU that have been identified as important habitat.

*Cultural Areas* - There is a total of 203 acres of cultural/historical sites within the FMU.

*Special Management Areas* - There are 5,245 acres of special management areas in the FMU.

*Suitable Timber* - There is a total of 45,472 acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

***C and D Category Areas*** - These are renewable values or attributes in the FMU that could be enhanced by fire.  The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 4,667 acres in the FMU that are big game habitat areas that would be enhanced by fire.

*Wilderness* - There is a total of 69,851 acres of designated wilderness in the southeastern portion of the FMU.

BLM_0009745

## Sneffles – Objectives

***Management Emphasis*** – The emphasis for management in the Sneffles FMU include:
- Protect communities at risk and other WUI
- Provide for high quality sensitive watersheds
- Restore fire, where possible, in the remaining mountain shrub communities

***Suppression*** –
- Suppress all fires in sensitive watershed areas.
- Until the new Forest Plan is completed (18 to 36 months), no WFU will be employed on US Forest Service lands.  Therefore, appropriate suppression strategies will be used on all fires.  Control 90% or more of all unplanned and unwanted wildfires during initial attack, with the additional goal of keeping the fire size to less than 50 acres.
- Average desired acreage burned/year under different fire intensity levels is 32 acres at FIL 1-2, 95 acres at FIL 3-4, and 150 acres at FIL 5-6.  (This is based on 277 acres/year average over 20 years).   It is to be expected that when fires burn with FIL 2-3, and 5-6 they will consume dozens, hundreds, or even thousands of acres, but will occur only two or three times in a decade.

***Wildland Fire Use*** –
- Natural fires managed for WFU in the mountain shrub can burn no more than 2000 acres per incident.
- No more than 50% of the pinyon-juniper in the unit should be burned in a 30-year period.

***Prescribed Fire*** –
- Conduct 100 % of all prescribed burns in a manner consistent with all Federal, State, Tribal, and local smoke management requirements.
- Using the successional tables as a guide, convert 10% per year of Condition Class 3 acres to return them to a Condition Class 1, where appropriate.  The goal of WUI prescribed fire treatments is to change the vegetation to minimize risk and make it easier to fight fires, so these treatments may not be designed to improve vegetation conditions.

***Community Protection/Community Assistance Objectives*** –
- Over next 2 years work with CSFS and San Miguel and Ouray Counties to complete the County Fire Management Plans/Community Wildfire Protection Plans, with accompanying risk assessment maps, identify and prioritize communities at risk, and identify areas for fuel reduction treatments.

## Sneffles - Strategies

***Suppression Constraints*** –
- No mechanized equipment or retardant drops in riparian areas.

Fire Management Plan                                            BLM, Uncompahgre Field Office

BLM_0009746

*Wildland Fire Use* –
- Prescriptions for WFU fires in mountain shrub community types should be managed for high intensity burns).

*Prescribed Fire* –
- Do not violate air quality NAAQS
- Do not violate Colorado Department of Health Smoke Permit requirements.
- Ensure that there are no unacceptable impacts to cultural resources or threatened and endangered species.
- Ensure socio-political and economic impacts are considered, including WUI.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

*Non-fire fuels Treatments (include by-products utilized)* –
- Emphasize brush mowing and understory thinning treatments in small isolated ponderosa pine and Douglas fir stands on north and east-facing slopes.
- Treatments should be designed to improve and protect habitat for big game winter range and to prepare these areas for future WFU or prescribed fire.
- Use stewardship contracting to reduce treatment costs.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

*Post Fire Rehabilitation and/or actions needed for Restoration* –
- Consider seeding with native plant mix in mountain shrub type to prevent invasion by non-native plant species.
- Consider seeding and watershed restoration in sensitive watershed areas.

*Community Protection/Community Assistance* –
- Continue to work with CSFS and San Miguel and Ouray Counties to complete risk assessments and hazard mitigation plans for high priority WUI areas.

*Guidance Parameters* – See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009747

## Sneffles – Mosaic Tables

**Description of unit:** This FMU is the southern most area in the planning unit. It consists of the western portion of the San Juan Mountains, and contains the Sneffles wilderness area and east and west Dallas areas Dominant vegetation includes The dominant vegetation in this FMU includes spruce-fir (63%), aspen (19%),mountain shrub vegetation (18%). The area includes lower elevation shrublands of pinyon-juniper-oak-serviceberry, which transitions to aspen then to spruce-fir at the higher elevations.

**Likely Presuppression Fire Regime:** Very diverse, with some high intensity, infrequent events occurring in the high elevation vegetation types (aspen, spruce/fir) and a mixed regime in the middle elevation vegetation types (mountain shrub and upper pinyon/juniper areas).

**Management Emphasis:** Develop landscape pattern within historic range of variability (HRV) and thereby achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands. Manage riparian areas for desired plant communities which contribute to stability and productivity. Varied landscape mosaic desired for wildlife.

**Desired Mosaic**: Small to moderate size shrub and grass patches dominate unit at the lower elevations, woodland mostly limited to areas protected by topography.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 20-40% | 20-40% | 10-30% | 10-30% |
| **small**<br>0-5 acres | 20-40% | 20-40% | 20-40% | 20-40% |
| **medium**<br>5-50 ac. | 40-60% | 40-60% | 40-60% | 40-60% |
| **large**<br>>50 acres | 10-30% | 10-30% | 10-30% | 10-30% |

Fire Management Plan

BLM, Uncompahgre Field Office

BLM_0009748

**Table 2-3. Succession (Seral Stages) in Spruce-Fir-Aspen PNV Type**

|  | Early | Early-Mid | Late-Mid | Late |
|---|---|---|---|---|
| Seral Stage Descriptions* | New stand of aspen seedlings/suckers with grass and forb understory lasting 30-50 years | Dense pole-sized aspen, grass and forb understory, lasting up to 100 years | Mature aspen overstory with conifer trees growing in the understory. May take 100 to 200 years for conifers to dominate stand. | Mature conifer, scattered mature aspen in overstory. New trees can become established in gaps in canopy. Lasts until next stand replacing disturbance |
| VDDT Modeled Range of Seral Conditions | 13-19% | 22-29% | 13-16% | 35-49% |
| Current Seral Conditions | 3% | 45% | 52% (Limited age data makes it difficult to differentiate between late-mid and late seral conditions.) | |

*Romme et al, 2003

**Table 2-6 Succession (Seral Stages) in Piñon-Juniper-Oak-Serviceberry PNV Type**

|  | Early | Mid | Late |
|---|---|---|---|
| Seral Stage Descriptions* | Dominant shrubs re-sprout and form dense cover. Grasses and forbs occur in the understory. Persists from 50-70 years | Shrubs still dominate site but young piñon pine and juniper trees become established. Persists from 100 to 150 years. | Dominated by mature, often dense piñon and/or juniper trees, some shrubs present in the understory. Persists until next stand replacing disturbance. |
| VDDT Modeled Range of Seral Conditions | 28-51% | 39-43% | 9-29% |
| Current Seral Conditions | 3% | 2% | 95% |

*Romme et al, 2003

Fire Management Plan | BLM, Uncompahgre Field Office

BLM_0009749

# South Grand Mesa Fire Management Unit (FMU)

## South Grand Mesa - Description

***Location*** – This FMU is on the north end of the planning unit, and consists of the south and south west flanks of Grand Mesa (Map 14, Appendix A). There is a total of 258,646 acres within the boundary of the FMU.  It consists of 67,148 acres of BLM land (26%), and 53,490 acres of USFS land (21%), and 138,008 acres of Private land (53%).

***Historic Fire Occurrence*** - Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Aspen* – Because aspen is mixed with several other vegetation types (spruce-fir, ponderosa pine, mountain shrub, and even sagebrush) and is successional in most locations, it is difficult to place it in any specific fire regime.  If it does burn, it is usually in a high intensity, stand replacing fire associated with other stand components such as spruce-fir, which kills the aspen overstory so that suckering occurs to create new stands.
- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 25 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

## *The Fire Management Situation*

1. *Weather patterns influencing fire behavior and historic weather analysis.* The Jay RAWS station best represents this FMU.

2. *Fuel conditions in the FMU are likely to influence the fire behavior.* The fire behavior fuel models for the South Grand Mesa FMU are as follows:
   - Fuel Model 5 (Oak/Brush)      61%
   - Fuel Model 6 (P/J)                  27%
   - Fuel Model 8 (Aspen)            12%

3. *Other elements of the fire environment affecting management.* The South Grand Mesa FMU contains the following attributes:

   ***A and B Category Areas***: These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

Fire Management Plan                                              BLM, Uncompahgre Field Office

BLM_0009750

*Wildland Urban Interface* – There is a total of 88,393 acres of WUI within this FMU (All Landowners), which includes numerous communities at risk. There are several developed campgrounds or high voltage transmission lines within the FMU. To locate the Federal Register communities at risk see the following website: **http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 20 acres of High Public use within the FMU.

*Sensitive Watersheds* – This FMU contains 7,053 acres of sensitive watershed.

*Important Habitat* – There is a total of 87acres in the FMU that have been identified as important habitat.

*Cultural Areas* - There are no acres of cultural/historical sites within the FMU.

*Special Management Areas* - There are no special management areas in the FMU.

*Suitable Timber* - There is a total of 6,857 acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

***C and D Category Areas*** - These are renewable values or attributes in the FMU that could be enhanced by fire. The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 58,666 acres in the FMU that are big game habitat areas that would be enhanced by fire.

*Wilderness* - There are 3,095 acres of the Adobe Badlands Wilderness Study Area in this FMU.

A portion of the FMU has been identified as a C area because of the potential for cultural sites and the presence of exotic species, particularly cheatgrass.

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009751

## South Grand Mesa – Objectives

***Management Emphasis*** – The emphasis for management in the South Grand Mesa FMU include:
- Protect communities at risk and other WUI
- Provide for high quality sensitive watersheds
- Restore fire, where possible, in the remaining mountain shrub communities
- Slow or reverse the invasion of cheatgrass

***Suppression*** –
- Suppress all fires in sensitive watershed areas.
- Average desired acreage burned/year under different fire intensity levels is 1 acre at FIL 1, 9 acres at FIL 2-3, 80 acres at FIL 4-5, and 150 acres at FIL 6 (240 acres average over 20 years).

***Wildland Fire Use*** –
- Natural fires managed for WFU in the mountain shrub can burn no more than 2000 acres per incident.
- Prevent repeated fires on the same site (more than 2 fires on the same site in 5 years) to minimize the potential of cheatgrass establishment.

***Prescribed Fire*** –
- Conduct 100 % of all prescribed burns in a manner consistent with all Federal, State, Tribal, and local smoke management requirements.
- Using the successional tables as a guide, on USFS lands convert 10% per year of Condition Class 3 acres to return them to a Condition Class 1, where appropriate. The goal of WUI prescribed fire treatments is to change the vegetation to minimize risk and make it easier to fight fires, so these treatments may not be designed to improve vegetation conditions.

***Community Protection/Community Assistance Objectives*** –
- Over next 2 years work with CSFS and Delta County to complete the County Fire Management Plans/Community Wildfire Protection Plans, with accompanying risk assessment maps, identify and prioritize communities at risk, and identify areas for fuel reduction treatments.

## South Grand Mesa - Strategies

***Suppression Constraints*** –
- No mechanized equipment or retardant drops in riparian areas.
- In the eastern end of the unit, unknown cultural sites may exit.  Consult with cultural resource advisor before using heavy equipment.
- In the western end of the unit, no heavy equipment is allowed.  Be aware of the adjacent unit where there are plant species of concern on the steep slopes (adjacent to the river).

BLM_0009752

***Wildland Fire Use –***
- Prescriptions for WFU fires in mountain shrub community types should be managed for high intensity burns.
- In the eastern end of the unit, allow fires up to 2,000 acres. Fires in this area will likely require reseeding to reestablish a healthy plant community.

***Prescribed Fire –***
- Do not violate air quality NAAQS
- Do not violate Colorado Department of Health Smoke Permit requirements.
- Ensure that there are no unacceptable impacts to cultural resources or threatened and endangered species.
- Ensure socio-political and economic impacts are considered, including WUI.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Non-fire fuels Treatments (include by-products utilized) –***
- Treatments should be designed to improve and protect habitat for big game winter range and to prepare these areas for future WFU.
- Use stewardship contracting to reduce treatment costs.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Post Fire Rehabilitation and/or actions needed for Restoration –***
- Consider seeding with native plant mix in pinyon juniper type to prevent invasion by non-native plant species.
- Consider seeding and watershed restoration in sensitive watershed areas.

***Community Protection/Community Assistance –***
- Continue to work with CSFS and Delta County to complete risk assessments and hazard mitigation plans for high priority WUI areas.

***Guidance Parameters –*** See pages 107-111 (Wildland Fire Implementation Plan)

## South Grand Mesa – Mosaic Tables

**Description of unit:** South and east flanks of South Grand Mesa includes pinyon-juniper(30%), grassland (10%), mountain shrub vegetation (40%).
**Likely Presuppression Fire Regime:** Very diverse, with some high intensity, infrequent events occurring in the high elevation vegetation types (aspen) and a mixed regime in the middle elevation vegetation types (mountain shrub and upper pinyon/juniper areas).
**Management Emphasis:** Develop landscape pattern within historic range of variability (HRV) and thereby achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands. Manage riparian areas for desired plant communities which contribute to stability and productivity. Varied landscape mosaic desired for wildlife.
**Desired Mosaic:** On the eastern slope of Grand Mesa high proportion of grass and shrub vegetation types in small patches, some areas of savanna. Western slopes of Grand Mesa more woodland with mature shrubs, vegetation arranged in larger patches.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub, may be some sparsely scattered young trees/tall shrubs | late-mid<br>dense young-mature pinyon-juniper, remnant shrubs | late/old growth<br>mixed age stand, dead and down trees, trees reproducing |
|---|---|---|---|---|
| **% of unit** | 15-35% | 10-30% | 5-20%<br>MATRIX | 35-55% MATRIX |
| **small**<br>0-5 acres | 1-15% | 1-15% | 10-30% including savanna areas | 10-30% including savanna areas |
| **medium**<br>6-50 ac. | 30-50% | 30-50% | | |
| **large**<br>50-200 ac | 40-60% | 30-50% | | |
| **very large**<br>>200 ac | 1-15% | 1-15% | | |

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009754

**Table 2-6 Succession (Seral Stages) in Piñon-Juniper-Oak-Serviceberry PNV Type**

|  | Early | Mid | Late |
|---|---|---|---|
| Seral Stage Descriptions* | Dominant shrubs re-sprout and form dense cover. Grasses and forbs occur in the understory. Persists from 50-70 years | Shrubs still dominate site but young piñon pine and juniper trees become established. Persists from 100 to 150 years. | Dominated by mature, often dense piñon and/or juniper trees, some shrubs present in the understory. Persists until next stand replacing disturbance. |
| VDDT Modeled Range of Seral Conditions | 28-51% | 39-43% | 9-29% |
| Current Seral Conditions | 3% | 2% | 95% |

*Romme et al, 2003

**Table 2-5. Succession (Seral Stages) in Aspen PNV Type**

|  | Early | Early-Mid | Late-Mid | Late |
|---|---|---|---|---|
| Seral Stage Descriptions* | New stand of aspen seedlings/suckers with grass and forb understory lasting 10 to 20 years | Dense pole-sized aspen, grass and forb understory, lasting 50 to 80 years | Mature aspen overstory, aspen regeneration in the understory where overstory gaps results from individual tree mortality, lasting up to 80 years | Stable multi-storied, multi-aged aspen stand, predominantly forb understory.Lasts until next stand replacing disturbance |
| VDDT Modeled Range of Seral Conditions | 8-14% | 23-26% | 17-24% | 23-43% |
| Current Seral Conditions | 5% | 58% | 36% (Limited age data makes it difficult to differentiate between late-mid and late seral conditions.) | |

*Romme et al, 2003

Fire Management Plan                                        BLM, Uncompahgre Field Office

BLM_0009755

## Tabeguache Fire Management Unit (FMU)

## Tabeguache- Description

*Location* - The FMU is located in the west central portion of the planning area and is comprised of the western Slope of the Uncompahgre Plateau down to Horsefly Creek (Map 15, Appendix A).  There are a total of 209,256 acres within the boundary of the FMU.  It consists of 137,501 acres of BLM land (66%), 6,211 acres of USFS land (.3%), 324 acres of State land (<1%), and 65,220 acres of Private land (31%).

*Historic Fire Occurrence -* Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:
- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

*Fire Management Situation*

*1) Weather patterns influencing fire behavior and historic weather analysis.*  The Nucla and Carpenter RAWS best represent this site.

3)   *Fuel conditions in the FMU likely to influence fire behavior.*  The Fire Behavior Fuel Models in Tabeguache FMU are:
- Fuel Model 2 (Grass)      23%
- Fuel Model 6 (PJ)         77%

6)   *Other elements of the fire environment affecting management.*  The Tabeguache FMU contains the following attributes:

*A and B Category Areas*: These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

*Wildland Urban Interface* – There is a total of 65,316 acres of WUI within this FMU (All Landowners), which includes numerous communities at risk.  There are several developed campgrounds or high voltage transmission lines within the FMU.  To locate the Federal Register communities at risk see the following website: **http://www.fireplan.gov/communities_at_risk.cfm.**

Fire Management Plan                                     BLM, Uncompahgre Field Office

BLM_0009756

*High Public Use Areas* – There is a total of 250 acres of High Public use within the FMU.

*Sensitive Watersheds* – This FMU contains 19,278 acres of sensitive watershed.

*Important Habitat* – There is a total of 1 acre in the FMU that have been identified as important habitat.

*Cultural Areas* - There are 52 acres of cultural/historical sites within the FMU.

*Special Management Areas* - There are 397 acres of special management in the FMU primarily associated with the riparian vegetation association complex in the San Miguel Canyon corridor.

*Suitable Timber* - There is a total of no acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

***C and D Category Areas*** - These are renewable values or attributes in the FMU that could be enhanced by fire. The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 119,121 acres in the FMU that are big game habitat areas that would be enhanced by fire.

*Wilderness* - There are 6,894 acres of the Tabeguache Wilderness Area in this FMU.

A portion of the FMU has been identified as a C area because of the potential for cultural sites and the presence of exotic species, particularly cheatgrass.

---

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009757

## Tabeguache – Objectives

### Management Emphasis –
- Develop landscape pattern that will be largely sustained by naturally occurring fires of varying intensities that have varied fire effects, maintaining some of the open areas and removing pockets of woody species, as well as missing some areas, which subsequently might succeed to woody species.
- Manage riparian areas for desired plant communities which contribute to stability and productivity.

### Suppression –
- *C area* – Fire size may be up to 200 acres in size and at least ½ mile apart.  No more than 50% of the pinyon-juniper in the unit should be burned in a 30-year period.
- *D area* – No size restriction of fire in this area.
- On USFS lands, average desired acreage burned/year under different fire intensity levels is 1 acre at FIL 1-2, 5 acres at FIL 3-4, and 50 acres at FIL 5-6.  (This is based on 56 acres/year average over 20 years).   It is to be expected that when fires burn with FIL 5-6 they will consume dozens, hundreds, or even thousands of acres, but will occur only once or twice each decade.

### Community Protection/Community Assistance Objectives –
- Over next 2 years, work with CSFS and Montrose County to complete County Fire Management Plans.

## Tabeguache - Strategies

### Suppression Constraints –
- *C area* – Consult with T&E specialist before using heavy equipment in southern portions of the unit.  All surface disturbing activities should be reseeded and rehabed to prevent the spread of noxious weeds by providing competition.
- *D area* – Possibility of wooden cultural structures occupying the site.  Areas with surface disturbance or sites where there is a noxious weed source require rehab and reseeding.

### Wildland Fire Use –
- *C area* – Fire size may be up to 200 acres in size and at least ½ mile apart.  No more than 50% of the pinyon-juniper in the unit should be burned in a 30-year period.  Burn only if area can be reseeded within the year.
- *D area* – No size restriction of fire in this area.

### Prescribed Fire –
- *C area* – Burn only if area can be reseeded within the year.  Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

BLM_0009758

- *D area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

**Non-fire fuels Treatments (include by-products utilized) –**
- *C area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- *D area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

**Post Fire Rehabilitation and/or actions needed for Restoration –**
- *C area* – Burn only if area can be reseeded within the year.  All surface disturbing activities should be reseeded and rehabed to prevent the spread of noxious weeds by providing competition.
- *D area* – Areas with surface disturbance or sites where there is a noxious weed source require rehab and reseeding.

**Community Protection/Community Assistance** – There are 5 communities needing risk assessment and hazard mitigation plans.  We will continue to work with CSFS to assist in completing County FMPs.

**Guidance Parameters** – See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009759

## Tabeguache - Mosaics

**Description of unit:** Western Slope of the Uncompahgre Plateau down to Horsefly Creek: Dominant vegetation includes pinyon-juniper woodland (55%), mountain shrub (10%), sagebrush (25%), grassland (5%), and limited riparian (5%).
**Likely Presuppression Fire Regime:** A mix of frequent, low intensity ground fires producing grass and shrub patches of various size and less frequent, more intense stand replacement fires in the pinyon-juniper-shrub vegetation types that ranged in size from small to large.
**Management Emphasis:** Develop landscape pattern that will be largely sustained by fires of varying intensities and fire effects, maintaining some of the open areas and removing pockets of woody species, as well as missing some areas, which subsequently might succeed to woody species.  Manage riparian areas for desired plant communities which contribute to stability and productivity. Varied landscape mosaic desired for wildlife.
**Desired Mosaic**: High proportion of grass or shrub types in small patches, and savanna vegetation. Woodland mainly in areas protected by topography.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 30% | 30% | 20% | 20% |
| **small**<br>0-50 acres | 30% | 30% | 30% | 30% |
| **medium**<br>51-200 ac. | 50% | 50% | 50% | 50% |
| **large**<br>>200 acres | 20% | 20% | 20% | 20% |

BLM_0009760



Fire Management Plan                                        BLM, Uncompahgre Field Office

BLM_0009761

## Uncompahgre Valley Fire Management Unit (FMU)

### Uncompahgre Valley – Description

*Location* - The FMU is located in the north central portion of the planning area and is comprised of the valley bottoms and foothills along the Gunnison and Uncompahgre Rivers. There are a total of 482,277 acres within the boundary of the FMU (Map 16, Appendix A).  It consists of 117,925 acres of BLM land (24%), 40 acres of USFS (<1%), 4,833 acres of CDOW land (1%), 727 acres of State land (<1%), 80 acres of City land (<1%), and 358,672 acres of private land (75%).

*Historic Fire Occurrence* - Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

### Fire Management Situation

1)  *Weather patterns influencing fire behavior and historic weather analysis.*  The Cottonwood and Jay RAWS stations best represent this FMU.

3)  *Fuel conditions in the FMU likely to influence fire behavior.*  The Fire Behavior Fuel Models in Uncompahgre Valley FMU are:
    - Fuel Model 2 (Grass)     66%
    - Fuel Model 6  (Shrub)    34%

6)  *Other elements of the fire environment affecting management.*  The Uncompahgre Valley FMU contains the following attributes:

*A and B Category Areas*: These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

*Wildland Urban Interface* – There is a total of 69,931 acres of WUI within this FMU. There are three communication sites and one recreation site within the FMU, as well as three cultural/historical sites (cabins and rock art). There are also major utility lines that run through this FMU and clusters of developed areas adjacent to public lands. This FMU is 75 percent private land, with significant development is occurring. Houses are being built in patches of dense vegetation.  In addition, cheatgrass is

BLM_0009762

becoming established in many locations, primarily in previous disturbances and treatments but also more recently under standing, untreated pinyon-juniper.  These two issues both increase the potential impacts of wildfires and make fire management more complex. To locate the Federal Register CAR see the following website: **http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 277 acres of High Public use within the FMU.  There is fairly intensive recreational use throughout the FMU.

*Sensitive Watersheds* – There are no acres of sensitive watershed in the FMU.

*Cultural Areas* - There is a total of 15 acres of cultural/historical sites within the FMU.  There is also a high probably of cultural sites on public lands all along the southern and western borders of the FMU.

*Important Habitat* – There is a total of 2,984 acres in the FMU that have been identified as important habitat.  This unit contains occupied habitat for the Uinta Basin hookless cactus, especially in the salt desert shrub communities in the canyon areas along the lower Gunnison River and the major tributaries, such as Dominguez Creeks, Escalante Creeks, and  Roubideau Creek.  The endangered clay-loving wild buckwheat is found only within this FMU in the salt desert shrub communities confined to Mancos shale soils.  Critical habitat for this species is located on private land near Lawhead Gulch.
Winter bald eagle use in this area includes concentration areas along the Uncompahgre and Gunnison Rivers.  There are no known nests or communal roosts on public land, however, communal roosts are present along the Uncompahgre River near Colona and in the Billy Creek area.

Gunnison sage grouse habitat is present in the sagebrush communities of Sims Mesa and the Bostwick Park area.  The Colorado State listed sandhill cranes utilize the lower Gunnison River and Fruitgrowers Reservoir during migration, and to some degree during the winter months.  Kit fox a Colorado state listed species is found in the salt desert shrub communities within the Uncompahgre and lower Gunnison River watersheds.

There is potential habitat for Mexican spotted owls in the major canyons of the Uncompahgre Plateau, but the species has not been found here.  Because of the prairie dog colonies in this unit, there is some potential for the presence of black-footed ferrets, but no ferrets have been found. The 100 year flood plain of the lower Gunnison River below Delta is designated critical habitat for the endangered Colorado pikeminnow and razorback sucker, and both species are located within this stretch of the river.  Habitat for yellow-billed cuckoos, a candidate for listing under the ESA is found along the lower Gunnison River, Uncompahgre River, and the riparian woodlands of the major tributaries.

BLM sensitive species with potential to occur in the FMU include, the Townsend's big eared bat, spotted bat, Yuma myotis, fringed myotis, big free tailed bat, northern goshawk, ferruginous hawk (migrant only), Gunnison sage grouse, sharp-tailed grouse, white-faced ibis, long-billed curlew, roundtail chub, flannelmouth sucker, bluehead sucker, Colorado River cutthroat trout, midget faded rattlesnake, northern leopard frog, canyon tree frog, Grand Junction milkvetch, Montrose bladderpod, Rocky Mountain thistle, Eastwood's monkey flower, little penstemon, and Colorado desert parsley.

*Special Management Areas* - These is a total of 1,300 acres of special management areas in the FMU.

*Suitable Timber* - There are no acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

***C and D Category Areas*** - These are renewable values or attributes in the FMU that could be enhanced by fire. The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 112,659 acres in the FMU that are big game habitat areas that would be enhanced by fire. This FMU provides substantial crucial winter range for mule deer and elk, in the pinyon/juniper, sagebrush and salt desert shrub communities. The north western portion of the unit provides habitat for a resident herd of antelope in the salt desert shrub, saltbrush, and scattered pinyon/juniper saltbrush communities. Bighorn sheep are present in the Dominguez Canyon area, Escalante Canyon area, and in the Roubideau Creek Canyon, and infrequently in the habitats between these canyons. Merriam turkey populations along the slopes of the Uncompahgre Plateau are common in the winter months within the major drainages. There are known nesting areas for peregrine falcons within some of the major canyons on the Uncompahgre Plateau. White-tailed and Gunnison's prairie dogs are common in this FMU. Other species commonly found include coyotes, black bear, mountain lion, golden eagle, red-tailed hawk, Canada geese, mallards, and other waterfowl.

*Wilderness* - There is a total of 34,591 acres of wilderness study areas within the FMU. Along the northern border of the FMU there are portions of the Dominguez Canyon and Adobes Badlands WSAs, and along the west central border, there is a small portion of the Camelback WSA. Those areas have been identified as C areas because of the potential for cultural sites and the presence of special status species and exotics.

A portion of the FMU has been identified as a C area because of the potential for cultural sites and the presence of exotic species, particularly cheatgrass.

BLM_0009764

## Uncompahgre Valley – Objectives

### *Management Emphasis* –
- Develop landscape pattern that will be largely sustained by naturally occurring, mixed severity type fires that burn like the earlier fire regime, and thereby achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands.
- Manage riparian areas for desired plant communities which contribute to stability and productivity.

### *Suppression* –
- *C area* – Less aggressive control actions can be considered in this polygon if prescriptive criteria are met and resource constraints are within limits.  North of the Gunnison River, fires may be up to 1,500 acres in size or 2,000 acres if the area is only 40% black.  Fires in this area would likely require reseeding.  West of the Uncompahgre, fires may be up to 200 acres in size and at least ½ mile apart.  No more than 50% of the pinyon-juniper in the unit should be burned in a 30-year period.
- *D area* – In desert shrub/grasslands, prevent repeated fires on the same site (more than 2 fires on the same site in 5 years) to minimize the potential of cheatgrass establishment.  No size restriction of fire in this area.
- *On USFS lands* - Average desired acreage burned/year under different fire intensity levels is 25 acres at FIL 1-2, 150 acres at FIL 3-4, and no acres at FIL 5-6, since most vegetation in this FMU will not support these kinds of FILs.  (This is based on 175 acres/year average over 20 years).

***Community Protection/Community Assistance Objectives*** – Over next 2 years, work with CSFS and Delta and Montrose Counties to complete County Fire Management Plans.

## Uncompahgre Valley – Strategies

### *Suppression Constraints* –
- *C area* – Unknown cultural sites may exit.  Consult with cultural advisor before using heavy equipment.  All surface disturbing activities will be rehabed, including reseeded.  East of the Uncompahgre, burns will require prior cultural approval.
- *D area* – Possibility of wooden cultural structures in the woodland sites.  In desert shrub/grass-lands, no heavy equipment or handline construction is allowed.  Be aware of the adjacent unit where there are plant species of concern on the steep slopes (adjacent to the River). Retardant will not be applied to rivers and adjacent riparian/upland areas.

### *Wildland Fire Use* –
- *C area* – North of the Gunnison River, fires may be up to 1,500 acres in size or 2,000 acres if the area is only 40% black.  Fires in this area would likely require

BLM_0009765

reseeding.  West of the Uncompahgre, fires may be up to 200 acres in size and at least ½ mile apart.  No more than 50% of the pinyon-juniper in the unit should be burned in a 30-year period.  Burn only if area can be reseeded within a year.

- *D area* – No size restriction of fire in this area.

**Prescribed Fire –**
- *C area* –East of the Uncompahgre, burns will require prior cultural approval. Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- *D area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

**Non-fire fuels Treatments (include by-products utilized) –**
- *C area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- *D area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

**Post Fire Rehabilitation and/or actions needed for Restoration –**
- *C area* –All surface disturbing activities will be rehabilitated, including reseeded.
- *D area* – Any surface disturbance requires rehab and reseeding.

**Community Protection/Community Assistance** – Continue to work with CSFS to assist in completing county FMPs.

**Guidance Parameters** – See pages 107-111 (Wildland Fire Implementation Plan)

BLM_0009766

## Uncompahgre Valley – Mosaics

**Description of unit:** Valley bottoms and foothills along the Gunnison and Uncompahgre Rivers. Vegetation includes saltbush and salt desert shrub communities (27%), grass-forb rangeland (22%), sagebrush/grass mix (12%), pinyon-juniper/sagebrush mix (9%), pinyon-juniper (14%), sagebrush community (5%), barren land (3%), and greasewood (3%).
**Likely Presuppression Fire Regime:** riparian: infrequent, small, moderate-high intensity fires; upland salt-desert shrub areas: rare, small, low intensity fires; grassland/shrub areas: moderately frequent, moderate size wind-driven low intensity fires; sagebrush areas: moderately frequent, small to moderate fires confined by topography, wind-driven, intense fires.
**Management Emphasis:** Develop landscape pattern that will be largely sustained by naturally occurring, mixed severity type fires that burn like the earlier fire regime, and thereby achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands. Manage riparian areas for desired plant communities which contribute to stability and productivity. Varied landscape mosaic desired for wildlife.
**Desired Mosaic:** Widely scattered, small patches of herbaceous vegetation in the salt desert shrub type, moderately sized herbaceous patches in desert shrub/grassland, sagebrush areas broken up with smal lto moderate sized patches of herbaceous vegetation.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 10-30% | 70-90% MATRIX | NA | NA |
| **small/med** 1-20 acres | 40-60% | | | |
| **large** >20 acres | 40-60% | | | |

BLM_0009767

## West Uncompahgre Fire Management Unit (FMU)

### West Uncompahgre - Description

***Location -*** This FMU is located on the west side of the Uncompahgre Plateau (Map 17, Appendix A). It covers almost the entire length of the Plateau. It includes the central portion of the San Miguel canyon and the McKenzie Creek, Horsefly Creek, Cottonwood Creek and Bucktail Creek drainages. The planning unit lies North and East of Norwood and contains Sanborn Park, and Ute (identified as communities at risk, Federal Register 8-17-2001). There is a total of 256,754 acres within the boundary of the FMU. It consists of 27,557 acres of BLM land (11%), 140,187 acres of USFS land (55%), 1,362 acres of State land (<1%), and 87,648 acres of Private land (34%).

***Historic Fire Occurrence -*** Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Douglas-Fir* – 25 –100+ years return interval, with both stand replacing fires, which could cover areas from 1,000 to 10, 000 acres, and infrequent low-intensity surface fires that affected much smaller areas.
- *Ponderosa Pine* – There are two distinct fire regimes on the Uncompahgre Plateau. The one located in the West Uncompahgre FMU on the southwestern portion of the Uncompahgre Plateau is classified as a 5 – 35 year frequency and low to mixed severity (surface fires most common). The other regime is a 35-100 year return interval, mixed severity. There is some gradation of these regimes on the southern end of the Uncompahgre Plateau. The primary difference in the two regimes is the type of understory fuel that drives the regime.
- *Aspen* – Because aspen is mixed with several other vegetation types (spruce-fir, ponderosa pine,mountain shrub, and even sagebrush) and is successional in most locations, it is difficult to place it in any specific fire regime. If it does burn, it is usually in a high intensity, stand replacing fire associated with other stand components such as spruce-fir, which kills the aspen overstory so that suckering occurs to create new stands.
- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

BLM_0009768

**The Fire Management Situation**

1. *Weather patterns influencing fire behavior and historic weather analysis.* The Sanborn and Jacks Canyon RAWS best represent this FMU.

2. *Fuel conditions in the FMU likely to influence fire behavior.* The Fire Behavior Fuel Models in West Uncompahgre FMU are:
   - Fuel Model 5 (PJ/oak,sage)     58%
   - Fuel Model 9 (Ppine)     32%
   - Fuel Model 10  (S/SF,Aspen)     10%

3. *Other elements of the fire environment affecting management.* The West Uncompahgre FMU contains the following attributes:

**A and B Category Areas:** These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

*Wildland Urban Interface* – There is a total of 83,156 acres of WUI within this FMU (All Landowners), which includes 11 communities at risk.  There is one communication site and multiple high voltage transmission lines within the FMU. To locate the Federal Register communities at risk see the following website**: http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 556 acres of High Public use within the FMU.
*Sensitive Watersheds* – This FMU contains 8,647 acres of sensitive watershed.

*Important Habitat* – There are 1,538 acres in the FMU that have been identified as important habitat. Information is needed for Managed Indicator Species (MIS) for the planning unit.  The unit does have critical winter habitat for big game.  There is also some Gunnison Sage Grouse habitat in the Sanborn Park area.

*Cultural Areas* – There are a total of 81 acres of cultural/historical.

*Special Management Areas* - There is a total of 17,199 acres of special management areas in the FMU.

*Suitable Timber* - There is a total of 49,439 acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

**C and D Category Areas -** These are renewable values or attributes in the FMU that could be enhanced by fire.  The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 12,492 acres in the FMU that are big game habitat areas

---

Fire Management Plan                                                                 BLM, Uncompahgre Field Office

BLM_0009769

that would be enhanced by fire.

*Wilderness* - There is a total of 9,631 acres of designated WSAs in the FMU, including the Dominguez Canyon and Camelback WSAs.

A portion of the FMU has been identified as a C area because of the potential for cultural sites and the presence of exotic species, particularly cheatgrass.

Fire Management Plan                                                              BLM, Uncompahgre Field Office

BLM_0009770

## West Uncompahgre - objectives:

**Management Emphasis**
- Protect Communities at risk
- Provide for high quality Gunnison sage grouse habitat.
- Manage undesired, invasive species (focus on the Burn Canyon Fire area).
- Diminish fire hazard by reducing fuels, and tree densities in areas adjacent to the communities at risk.

**Prescribed Fire-**
- Conduct 100% of all prescribed burns in a manner consistent with Federal, State and county smoke management requirements.
- On USFS lands, treat fuels in Ponderosa Pine that are within condition class 2 and 3 to initiate a maintenance cycle of burning to manage fuels.
- On USFS lands, treat 10% per year of Condition Class 3 acres to improve the existing condition class.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

**Community Protection/Community Assistance Objectives-**
- Work collaboratively with Montrose County as they complete their County Fire Management Plan.
- Work in association with the county, state and private land owners to treat hazardous fuels adjacent to developed private land and cooperate with the private land owners, as desired, to reduce fire risk on private land adjacent to federal lands.

## West Uncompahgre - Strategies:

***Suppression Constraints-***
- No mechanized equipment or retardant will be used in riparian areas.

***Prescribed Fire-***
- Do not violate air quality NAAQS
- Ensure there are no unacceptable impacts to cultural resources, Management Indicator Species, or T&E species.
- The planning unit is near Nucla and Norwood.  Prescribed burns shall be planned to minimize the smoke impact upon Telluride, Norwood, Ridgeway/Ouray, and Naturita/Nucla.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Non-fire fuels Treatments (include by-products utilized)-***
- Use mechanical treatments, including understory thinning, as stand alone fuels treatments or as preparation for prescribed burns.

BLM_0009771

- Design treatments to reduce hazards exposure to private lands and improve/protect habitat for big game winter and transitional range.
- Use stewardship contracting to reduce treatment costs.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Post Fire Rehabilitation and/or actions for Restoration-***
- Monitor and take aggressive actions for limit noxious weed invasion.
- Continue to implement the Burned Area Rehabilitation Plan for Burn Canyon.

***Community Protection/Community Assistance-***
- Continue to work with Montrose County to complete the County Fire Plan.

***Guidance Parameters*** – See pages 107-111 (Wildland Fire Implementation Plan)



BLM_0009773

## West Muddy Fire Management Unit (FMU)

### West Muddy - Description

*Location* – This FMU is situated at the eastern end of the Grand Mesa and borders the northern portion of the planning unit, from Stevens Gulch on the west to the Delta-Mesa county line on the north to the Paonia District boundary on the east (Map 18, Appendix A). There is a total of 204,766 acres within the boundary of the FMU.  It consists of 2,739 acres of BLM land (1%), and 163,477 acres of USFS land (80%), and 38,549 acres of Private land (19%).

*Historic Fire Occurrence* - Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Spruce-Fir* - 250 - 400 years return interval, stand replacing fires, which could cover areas from 1,000 to 10, 000 acres, mixed with infrequent low-intensity surface fires that affected much smaller areas.  Fire return intervals tended to be longer at higher elevations and in moist depressions and valley bottoms – up to 500 years.
- *Aspen* -
  a. 220 to 400 year return interval, stand replacement at higher elevations where spruce-fir reinvaded aspen.
  b. 70 to 100 year return interval, low intensity, surface type fires in lower elevation aspen, where fire killed the over story so that suckering occurred to create new stands.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.

### The Fire Management Situation

1. *Weather patterns influencing fire behavior and historic weather analysis.*  The McClure RAWS station best represents this FMU.

2. *Fuel conditions in the FMU likely to influence fire behavior.*  The fire behavior fuel models for the West Muddy FMU are as follows:

   - Fuel Model 6 (Brush)          26%
   - Fuel Model 8 (Aspen)          45%
   - Fuel Model 10 (Spruce-Fir)   29%

3. *Other elements of the fire environment affecting management.* The West Muddy FMU contains the following attributes:

*Protection Attributes*: These are either renewable or non-renewable values or attributes in the FMU that could be damaged or destroyed by fire.  They are listed below in the order in which they are weighted for FPA.

BLM_0009774

*Wildland Urban Interface* – There is a total of 69,457 acres of WUI within this FMU (All Landowners), which includes the communities at risk of Ragged Mountain Estates, Erikson Springs Properties and Crystal Meadows Resort.  There are no developed campgrounds or high voltage transmission lines within the FMU. To locate the Federal Register communities at risk see the following website**: http://www.fireplan.gov/communities_at_risk.cfm.**

*High Public Use Areas* – There is a total of 215 acres of High Public use within the FMU, mostly associated with the trailheads and undeveloped campgrounds in the Paonia Reservoir Area.

*Sensitive Watersheds* – This FMU contains 21,487 acres of sensitive watershed.

*Important Habitat* – There is a total of 8,189 acres in the FMU that have been identified as important habitat, which includes Canadian lynx linkage areas along the eastern border.

*Cultural Areas* - There is 1 cultural site, for a total of 1 acre of cultural/historical sites within the FMU.

*Special Management Areas* - There are no special management areas in the FMU.

*Suitable Timber* - There is a total of 82,658 acres in the FMU that are identified in the current GMUG Forest Plan as being suitable for timber production.

***C and D Category Areas*** - These are renewable values or attributes in the FMU that could be enhanced by fire.  The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 2,836 acres in the FMU that are big game habitat areas that would be enhanced by fire.

*Wilderness* - There is a total of 22,785 acres of designated wilderness in the central and northern portions of the FMU.

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009775

## West Muddy – Objectives

***Management Emphasis*** – The emphasis for management in the West Muddy FMU include:
- Protect communities at risk and other WUI
- Provide for high quality sensitive watersheds
- Provide for high quality suitable timber production areas
- Restore fire, where possible, in the remaining mountain shrub communities
- Slow or reverse the invasion of cheatgrass

***Suppression*** –
- Suppress all fires in sensitive watershed areas.
- On USFS lands, average desired acreage burned/year under different fire intensity levels is 1 acre at FIL 1, 9 acres at FIL 2-3, 80 acres at FIL 4-5, and 150 acres at FIL 6 (240 acres average over 20 years).

***Wildland Fire Use*** –
- Natural fires managed for WFU in the mountain shrub can burn no more than 2000 acres per incident.
- Prevent repeated fires on the same site (more than 2 fires on the same site in 5 years) to minimize the potential of cheatgrass establishment.

***Prescribed Fire*** –
- Conduct 100 % of all prescribed burns in a manner consistent with all Federal, State, Tribal, and local smoke management requirements.
- Using the successional tables as a guide, on USFS lands convert 10% per year of Condition Class 3 acres to return them to a Condition Class 1, where appropriate. The goal of WUI prescribed fire treatments is to change the vegetation to minimize risk and make it easier to fight fires, so these treatments may not be designed to improve vegetation conditions.

***Community Protection/Community Assistance Objectives*** –
- Over next 2 years work with CSFS and Delta County to complete the County Fire Management Plans/Community Wildfire Protection Plans, with accompanying risk assessment maps, identify and prioritize communities at risk, and identify areas for fuel reduction treatments.

## West Muddy - Strategies

***Suppression Constraints*** –
- No mechanized equipment or retardant drops in riparian areas.

***Wildland Fire Use*** –
- Prescriptions for WFU fires in mountain shrub community types should be managed for high intensity burns.
- In the southwest portion of the unit, allow fires up to 2,000 acres. Fires in this area will likely require reseeding to reestablish a healthy plant community.

Fire Management Plan                                             BLM, Uncompahgre Field Office

BLM_0009776

*Prescribed Fire* –
- Do not violate air quality NAAQS
- Do not violate Colorado Department of Health Smoke Permit requirements.
- Ensure that there are no unacceptable impacts to cultural resources or threatened and endangered species.
- Ensure socio-political and economic impacts are considered, including WUI.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

*Non-fire fuels Treatments (include by-products utilized)* –
- Treatments should be designed to improve and protect habitat for big game winter range and to prepare these areas for future WFU or prescribed fire.
- On USFS lands, treatments should be designed to improve and protect areas suitable for timber production and prepare these areas for future WFU or prescribed fire.
- Use stewardship contracting to reduce treatment costs.
- Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

*Post Fire Rehabilitation and/or actions needed for Restoration* –
- Consider seeding with native plant mix in mountain shrub type to prevent invasion by non-native plant species.
- Consider seeding and watershed restoration in sensitive watershed areas.

*Community Protection/Community Assistance* –
- Continue to work with CSFS and Delta County to complete risk assessments and hazard mitigation plans for high priority WUI areas.

*Guidance Parameters* – See pages 107-111 (Wildland Fire Implementation Plan)

Fire Management Plan                                               BLM, Uncompahgre Field Office

BLM_0009777

## West Muddy – Mosaic Tables

**Description of unit:** This FMU is situated at the eastern end of the Grand Mesa and borders the northern portion of the planning unit, from Stevens Gulch on the west to the Delta-Mesa county line on the north to the Paonia District boundary on the east.  Dominant vegetation includes pinyon-juniper-oak-serviceberry (26%), aspen (45%), spruce-fir (29%).

**Likely Presuppression Fire Regime:** Very diverse, with some high intensity, infrequent events occurring in the high elevation vegetation types (aspen, spruce/fir) and a mixed regime in the middle elevation vegetation types (mountain shrub and upper pinyon/juniper areas).

**Management Emphasis:** Develop landscape pattern within historic range of variability (HRV) and thereby achieve diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands. Manage riparian areas for desired plant communities which contribute to stability and productivity. Varied landscape mosaic desired for wildlife.

**Desired Mosaic**: On the eastern slope of Grand Mesa high proportion of grass and shrub vegetation types in small patches, some areas of savanna. Western slopes of Grand Mesa more woodland with mature shrubs, vegetation arranged in larger patches.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 25% | 20% | 10% MATRIX | 45% MATRIX |
| **small**<br>0-5 acres | 5% | 5% | 20% including savanna areas | 20% including savanna areas |
| **medium**<br>6-50 ac. | 40% | 40% | | |
| **large**<br>50-200 ac | 50% | 40% | | |
| **very large**<br>>200 ac | 5% | 15% | | |

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009778

**Table 2-6 Succession (Seral Stages) in Piñon-Juniper-Oak-Serviceberry PNV Type**

|  | Early | Mid | Late |
|---|---|---|---|
| Seral Stage Descriptions* | Dominant shrubs re-sprout and form dense cover. Grasses and forbs occur in the understory. Persists from 50-70 years | Shrubs still dominate site but young piñon pine and juniper trees become established. Persists from 100 to 150 years. | Dominated by mature, often dense piñon and/or juniper trees, some shrubs present in the understory. Persists until next stand replacing disturbance. |
| VDDT Modeled Range of Seral Conditions | 28-51% | 39-43% | 9-29% |
| Current Seral Conditions | 3% | 2% | 95% |

*Romme et al, 2003

**Table 2-4. Succession (Seral Stages) in Spruce-Fir-Aspen PNV Type**

|  | Early | Early-Mid | Late-Mid | Late |
|---|---|---|---|---|
| Seral Stage Descriptions* | New stand of aspen seedlings/suckers with grass and forb understory lasting 30-50 years | Dense pole-sized aspen, grass and forb understory, lasting up to 100 years | Mature aspen overstory with conifer trees growing in the understory. May take 100 to 200 years for conifers to dominate stand. | Mature conifer, scattered mature aspen in overstory. New trees can become established in gaps in canopy. Lasts until next stand replacing disturbance |
| VDDT Modeled Range of Seral Conditions | 13-19% | 22-29% | 13-16% | 35-49% |
| Current Seral Conditions | 5% | 63% | 32% (Limited age data makes it difficult to differentiate between late-mid and late seral conditions.) | |

*Romme et al, 2003

Fire Management Plan        BLM, Uncompahgre Field Office

BLM_0009779

## Wray Mesa Fire Management Unit (FMU)

### Wray Mesa - Description

*Location* - The FMU is located on the western border of the planning area and is comprised of the mesa and canyon country southwest of Paradox Valley, including the area of pinyon-juniper and above (Map 19, Appendix A).  There are a total of 155,988 acres within the boundary of the FMU.  It consists of 116,849 acres of BLM land (75%), 646acres of USFS land (<1%), 24 acres of State land (<1%), and 38,469 acres of private land (25%).

*Historic Fire Occurrence* - Prior to European settlement, the following are the estimated return interval and intensity levels for the major community types within the FMU:

- *Pinyon-Juniper* – Numerous single tree fires with larger, high intensity stand-replacing fires (50-3,000 acres) every 200+ years, where fire reinitiates the grass-shrub-tree successional sequence.
- *Mountain Shrub* – 35 – 100+ year interval, small stand replacement fires, where the shrubs quickly resprout and return to dominance.
- *Sagebrush/grassland* – generally 20-100 year interval, some mixed severity fires. These species are found at various locations, and their fire regimes tend to be dependent on their mix with other species.

### Fire Management Situation

1)  *Weather patterns influencing fire behavior and historic weather analysis.*  Carpenter Ridge RAWS best represents this FMU.

3)  *Fuel conditions in the FMU likely to influence fire behavior.*  The Fire Behavior Fuel Models in Wray Mesa FMU are:
    - Fuel Model 2 (Grass)          21%
    - Fuel Model 6 (PJ/sage/grass)  79%

6)  *Other elements of the fire environment affecting management.*  The Wray Mesa FMU contains the following attributes:

    **A and B Category Areas:** These are either renewable or non-renewable values in the FMU that could be damaged or destroyed by fire. They are listed below in the order in which they are weighted for FPA.

    *Wildland Urban Interface* – There is a total of 44,305 acres of WUI within this FMU (all landowners).  There is one recreation site within the FMU.  There is no significant amount of development, but cheatgrass is becoming established in many locations, primarily in previous disturbances and treatments but also more recently under standing, untreated pinyon-juniper. To locate the Federal Register CAR see the following website: **http://www.fireplan.gov/communities_at_risk.cfm.**

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009780

*High Public Use Areas* – There is a total of 65 acres of High Public use within the FMU.

*Important Habitat* – There are 286 acres of important habitat in the FMU.

This unit provides some dispersed foraging habitat for wintering bald eagles but no nests, communal roosts or concentration areas.   Some of the canyon areas within the unit provide suitable habitat for Mexican spotted owls, but these birds have not been documented within this unit.   There are known peregrine falcon aeries within the Dolores River Canyon.  A small amount of Gunnison sage grouse habitat, connected to the Dry Creek Basin population, is present on Monogram Mesa

BLM sensitive species with potential to occur in the FMU include, the Townsend's big eared bat, spotted bat, Yuma myotis, fringed myotis, big free tailed bat, ferruginous hawk (migrant only), roundtail chub, flannelmouth sucker, bluehead sucker, midget faded rattlesnake, northern leopard frog, canyon tree frog, San Rafael milkvetch, little penstemon, Naturita milkvetch,  and Paradox breadroot.

*Cultural Areas* - There are a total of 35 acres of cultural sites that have been identified, and over half of the area is designated as a C polygon because of the probability of cultural sites and the concern with exotic species, particularly cheatgrass.

**C and D Category Areas** - These are renewable values or attributes in the FMU that could be enhanced by fire.  The determination to allow WFU as an appropriate management response in these areas is based on current agency fire management policy.

*Wildlife Habitat* - There are 112,735 acres in the FMU that are big game habitat areas that would be enhanced by fire. This unit provides winter range for both mule deer and elk, but is not known to be crucial range for either species.  Desert bighorn sheep are present in the Dolores River Canyon and it's major tributaries.  Other species commonly found in the unit include Canada geese, various waterfowl, golden eagles, prairie falcons, coyotes, mountain lions, and bobcats.

*Wilderness* - There is a total of 13,347 acres of the Dolores River WSA is located in the northern end of this FMU.

A portion of the FMU has been identified as a C area because of the potential for cultural sites and the presence of exotic species, particularly cheatgrass.

BLM_0009781

# Wray Mesa – Objectives

### Management Emphasis –
- Develop landscape pattern that will be largely sustained by naturally occurring, mixed severity type fires that burn like the earlier fire regime, thereby achieving diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands.
- Manage riparian areas for desired plant communities which contribute to stability and productivity.

### Suppression: –
- *C area* – Fire size may be up to 1,500 acres in size or 2,000 acres if the area is only 40% black.  Fires in this area will likely require reseeding to reestablish a healthy plant community.
- *D area* – No size restriction of fire in this area.
- *A*verage desired acreage burned/year under different fire intensity levels is 1 acre at FIL 1-2, 9 acres at FIL 3-4, and 20 acres at FIL 5-6.  (This is based on 30 acres/year average over 20 years).   It is to be expected that when fires burn with FIL 5-6 they will consume dozens to hundreds of acres, but will occur only once or twice each decade.

### Community Protection/Community Assistance Objectives – Protect the scattered developments in the Wray Mesa area of this FMU.

# Wray Mesa - Strategies

### Suppression Constraints –
- *C area* – Unknown cultural sites may exit.   Consult with cultural advisor before using heavy equipment.  All surface disturbing activities will be rehabed, including reseeded.
- *D area* – Possibility of wooden cultural structures occupying the site.  Consult with cultural advisor before using heavy equipment.

### Wildland Fire Use –
- *C area* – Fire size may be up to 1,500 acres in size or 2,000 acres if the area is only 40% black.  Fires in this area will likely require reseeding to reestablish a healthy plant community.
- *D area* – No size restriction of fire in this area.

### Prescribed Fire –
- *C area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- *D area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

Fire Management Plan                                      BLM, Uncompahgre Field Office

BLM_0009782

***Non-fire fuels Treatments (include by-products utilized)*** –
- *C area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.
- *D area* – Treatments to be determined by analysis of the BLM Land Health Assessment recommendations.

***Post Fire Rehabilitation and/or actions needed for Restoration*** –
- *C area* – Fires in this area will likely require reseeding to reestablish a healthy plant community.  All surface disturbing activities will be rehabed, including reseeded.
- *D area* – Areas with surface disturbance or sites where there is a noxious weed source require rehab and reseeding.

***Community Protection/Community Assistance*** – There are no communities needing risk assessment and hazard mitigation plans.

***Guidance Parameters*** – See pages 107-111 (Wildland Fire Implementation Plan)

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009783

## Wray Mesa - Mosaics

**Description of unit:** Mesa and canyon country southwest of Paradox Valley- dominant vegetation includes pinyon-juniper (45%), sagebrush community (23%), pinyon-juniper/sagebrush mix (10%), grass-forb rangeland (7%), saltbush community (7%), pinyon-juniper/mountain shrub mix (5%), and sagebrush/grass mix (2%).

**Likely Presuppression Fire Regime:** Fires mostly infrequent, hot crown fires, limited in extent by topography, some cooler ground fires resulting in limed areas of savanna.

**Management Emphasis:** Develop landscape pattern that will be largely sustained by naturally occurring, mixed severity type fires that burn like the earlier fire regime, thereby achieving diverse, productive, and desired plant communities with high vegetative basal area cover in the uplands. Manage riparian areas for desired plant communities which contribute to stability and productivity. Varied landscape mosaic desired for wildlife.

**Desired Mosaic**: Mainly woodland with some areas of savanna. Occasional patches of grass or shrub dominated vegetation that are limited in size by topography.

| patch size | early<br>mainly grass and forbs | early-mid<br>grass and shrub | late-mid<br>dense young-mature pinyon-juniper, remnant sage, some deciduous shrubs | late/old growth<br>mature pinyon-juniper with small percent of deciduous shrubs |
|---|---|---|---|---|
| **% of unit** | 20% | 20% | 20% MATRIX | 40% MATRIX |
| **small**<br>0-20 acres | 50% | 50% | | |
| **medium**<br>20-50 ac. | 30% | 30% | | |
| **large**<br>>50 acres | 20% | 20% | | |

BLM_0009784



Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009785

## IV. FIRE MANAGEMENT COMPONENTS

### Fire Weather and Fire Danger

The MIFMU maintains a total of eight Remote Automated Weather Stations (RAWS), five of which are in the UFO planning area (Table 16).

**Table 16.  UFO Remote Automated Weather Stations (RAWS)**

| Name | NWS ID | Fuel Types | Elev. (ft.) | Lat/Long | T/R/S |
|------|--------|-----------|-------------|----------|-------|
| Jay | 052704 | F3A2-Oakbush T3A2-Sagebrush, grass H3A2-Spruce/Fir, P/J | 6257ft. | 38.850X107.733 | T14S, R93W, S13 |
| Sanborn Park | 053804 | C2P3-Ponderosa, grass F2P3-Oakbrush | 7930 ft. | 38.186X108.202 | T46 N, R12W, S32 |
| Cottonwood | 053805 | A1A2-Grasses H1A2-Conifers F1A2-Oakbrush | 7220 ft. | 38.573X108.278 | T50N, R13W, S25 |
| Black Canyon | 053806 | A2A2-Grasses F2A2-Oakbush H2A2-Pinyon/Juniper | 8560 ft. | 38.543X107.687 | T49N, R7W, S5 |
| Nucla | 053807 | A1A2-Grasses H2A2-Pinyon/Juniper, sage | 5860 ft. | 38.23X108.558 | T46N, R15W, S18 |

### Initial Attack

Initial attack of all fires within the UFO will be consistent with the Montrose Interagency Fire Dispatch Operational Procedures.  The closest available resources will implement initial attack.  Cooperative agreements are in place with the Colorado State Forest Service in the following Counties: Delta, Montrose Ouray, San Miguel, and portions of Mesa.

All fires on BLM lands will be managed in conformance with resource management objectives identified in this plan.  Tactics and strategies will be based on current and predicted weather and fire behavior.  Firefighter and public safety is always the first priority.

For initial attack, the highest priority areas in the FPU are ranked according to their ratings of A,B,C, D category areas, where category A areas are highest priority for initial attack.  These are areas where fire is not desired at all, so all fires in these areas will be aggressively suppressed.  Category B areas are second priority for initial attack.  These are areas where an unplanned ignition could have negative effects without mitigation.  Fire suppression in these areas will be aggressive.  Category C areas are third priority for initial attack.  These are areas where fire is desired, but where there may be social, political, or ecological constraints that must be considered.  Category D areas are last priority for initial attack.  These are areas where fire is desired and there are few to no constraints to its use. (The A,B,C,D Categories are fully described in Chapter III, Section C: Wildland Fire Management Options).

Fire Management Plan                                       BLM, Uncompahgre Field Office

BLM_0009786

As fire complexity increases, additional staffing will be requested as appropriate and consistent with incident complexity.

Initial attack dispatch and fire reporting procedures are located in the MTC Mobilization Plan, which is located in the Montrose Interagency Dispatch Center.

**Extended Attack and Large Fire Suppression**

For any fire that burns beyond a 24-hour period, the Incident Commander (IC) and/or FMO will review the incident organization complexity and complete and update either a Wildland Fire Implementation Plan (WFIP) or a Wildland Fire Situation Analysis (WFSA). This analysis, together with guidance from the Interagency Standards for Fire and Fire Aviation Operations (Red Book), will be used to determine the appropriate incident organization.

During extended attack fire suppression operations, the UFO Field Office Manager or delegated official will be notified, and for WFU fires, a Resource Specialist(s) identified. All fire management activities will also comply with the policies on fire identified in federal regulations on wilderness, threatened and endangered species, and cultural/historical preservation as well as federal and state regulations for air and water quality.

# B. Wildland Fire Use

**Description of the wildland fire use opportunities**

Within the FPU, wildland fire may be used for resource benefit within the majority of all 13 of the FMUs. The areas identified as not suitable for managing wildland fires for resource benefit are designated as Category A and B areas (see Map 20, Appendix A.)

**Objectives**

Wildland fire will be used to protect, maintain, and enhance resources and, as nearly as possible, will be allowed to function in its natural ecological role to modify and maintain vegetation within the range of natural variability. The determination to manage a fire for resource benefit and the management objectives for each fire will be evaluated relative to its interrelated ecological, economic, and social components. Firefighter and public safety is the first priority. All fire management plans and activities must reflect this commitment.

When a wildland fire is determined to be a wildland fire use candidate through the strategic fire size up, the required action will be: "the application of the appropriate management response to naturally-ignited wildland fire(s), in order to accomplish specific resource management objectives in pre-defined designated areas outlined in the FMP".

**Preplanned Implementation Procedures**

Several factors must be considered when making decisions regarding designation of Wildland Fire Use fires. These factors include proximity (or 'threat') to life and property,

the safety of the public as well as firefighters, the impacts of the fire, both positive and negative, to cultural and natural resources, and adjacent fires and fire activities and associated commitment of fire resources.  Additionally the risk assessment process requires knowledge, or pre-decision analysis, of 1)natural and cultural resource concerns, 2)social and economic concerns, 3)location of values, 4)Fire Regime Condition Class, 5)potential fire size, 6)fire behavior, 7)time of fire season, 8)seasonal severity, and 9)barriers to fire spread.

Each of these factors have been mapped, analyzed, or considered during the development of this plan.  When an ignition occurs, its location, time of season, fire behavior, etc, will allow it to be specifically considered in light of these factors.  For more specifics regarding these factors see specific FMU discussions in the FMP, as well as the WFIP Decision Criteria Checklist, the WFIP Relative Risk Assessment, and the Guidance Parameters listed below.

**Wildland Fire Implementation Plan (WFIP)**

A WFIP will be completed for all naturally ignited wildland fires that are managed for resource benefit. It will be used initially as a progressively developed assessment and operational management plan documenting the analysis and description of an appropriate management response for wildland fire use activity in a FMU.  The WFIP will also be used to plan and guide the management of a Wildland Fire Use fire.  The plan will be completed in compliance with the guidance found in the *Wildland Fire Use Implementation Procedures Reference Guide*, May 2005 (March/April 2006 revision).

**A WFIP consists of three distinct stages:**

> • **Stage I** - The initial fire assessment, or size-up, is the preliminary information gathering stage. It compares current fire information to established fire behavior guidance parameters for estimating the potential size and severity of the fire (see guidance parameters listed below). This is an initial decision making tool which assists managers in classifying fires for resource benefit or suppression actions. Components include: Strategic Fire Size-Up, Decision Criteria Checklist, Management Actions, and Periodic Fire Assessment.

> • **Stage II** - Defines management actions required in response to a changing fire situation as indicated by monitoring information and the periodic fire assessment from Stage I. This stage is used to manage larger, more active fires with greater potential for geographic extent than Stage I. Components include: Objectives, Fire Situation, Management Actions, Estimated Costs, and Periodic Fire Assessment.

> • **Stage III** - Defines management actions required in response to an escalating fire situation, potential long duration, and increased need for management activity, as indicated by the periodic assessment completed in Stage II. Components include: Objectives and Risk Assessment  Considerations, Maximum Manageable Area Definition and Maps, Weather Conditions and Drought Prognosis, Long-term Risk Assessment, Threats, Monitoring Actions, Mitigation Actions,

BLM_0009788

Resources Needed to Manage the Fire, Contingency Actions, Information Plan, Estimated Costs, Post-burn Evaluation, Signatures and Date, and Periodic Fire Assessment.

**Table 17.  WFIP Completion Timeframes**

| WFIP Stage | Maximum Completion Timeframe |
|---|---|
| Stage I | 8 hours after confirmed fire detection and Strategic Fire Size-Up |
| Stage II | 48 hours after need indicated by Planning Needs Assessment |
| Stage III | 7 days after need indicated by Planning Needs Assessment |
| Periodic Fire Assessment | As part of all stages and on assigned frequency thereafter |

**Guidance Parameters**

The environmental parameters identified below will be used in the Decision Criteria Checklist and the Relative Risk Assessment.

*General Seasonality\**

|  |  |
|---|---|
| Early Season Fires | April 1-May 31 |
| Mid Season Fires | June 1-July 15 |
| Late Season Fires | 15July 16-Nov 15 |

\*Specific seasonality in the Montrose Unit is difficult to determine.  Certain fuel types, particularly the lower elevation types such as pinyon/juniper and sagebrush, do not support fire to any significant extent after the monsoon has become well established, however, other fuel types, particularly spruce/fir, may readily burn throughout the monsoon and following the monsoon.  Ignition by ignition analysis for seasonality parameters should take into account these variations.

BLM_0009789

*Potential Fire Size*

**Table 18: Potential Fire Size Breakpoints**

| FMUs | Vegetation Types | Fire Size Breakpoints |
|---|---|---|
| Wray, Carpenter, Tabaguache, Uncompahgre East, Roubideau, and Grand Mesa South | Pinyon-Juniper NFDRS Model H | Small-<100 Medium-100-4000 Large->4000 |
| Naturita Division and Uncompahgre West | Ponderosa Pine NFDRS Model C | Small-<100 Medium-100-1000 Large->1000 |
| Gunnison Basin | Sage/Grass NFDRS Model C | Small-<100 Medium-100-500 Large->500 |
| Divide, West Elk, Taylor, La Garita, Sneffels, and Grand Mesa Top | Spruce/Fir NFDRS Model G | Small-<100 Medium-100-3000 Large->3000 |
| Uncompahgre Valley | Grassland NFDRS Model A | Small-<100 Medium-100-1000 Large->1000 |
| Black Canyon and Battlement Mesa | Oakbrush NFDRS Model F | Small-<100 Medium-100-1000 Large->1000 |
| West Muddy | Aspen NFDRS Model P | Small->100 Medium-100-500 Large->500 |

*Seasonal Severity*

Currently Energy Release Components (ERCs) and Burning Indices (BIs) are the primary measure of seasonal severity used in this decision process. We recognize, however, that other factors can modify the actual severity of a fire season. These factors include herbaceous fuel moisture (green up/cure out), the live woody fuel moisture, 1000 hour fuel moisture, previous winter snowpack, and elevation. Though ERCs and BIs will be the dominate factor to consider when determining seasonal severity these other factors should be used as modifiers in order to make higher quality decisions. In future FMPs some of these factors may be included along with ERCs and BIs in a matrix format to make more informed, and accurate, decisions.

BLM_0009790

25

**Table 19:  Seasonal Severity Guidance (All ERCs except FMU 9-Uncompahgre Valley, which is BIs)**

| FMU | Fuel Model | Adjective Class | Range | Comments |
|---|---|---|---|---|
| 1-Wray<br>2-Carpenter<br>3-Tabeguache<br>7-Uncompahgre East<br>8-Roubideau<br>11-Grand Mesa South | H | Low/Moderate<br>High<br>Very High<br>Extreme | <46<br>46-50<br>51-54<br>>55 | Larger fires occur with ERCs from the high 40s and up. The most effective fires occur in low to mid-50s |
| 4-Naturita Division<br>5-Uncompahgre West<br>14-Gunnison Basin | C | Low/Moderate<br>High<br>Very High<br>Extreme | <20<br>20-21<br>22-23<br>>24 | Limited range using FM C.  Perhaps another model would be better. |
| 6-Divide<br>13-West Elk<br>15-Taylor<br>16-Sneffels<br>17-La Garita | G | Low/Moderate<br>High<br>Very High<br>Extreme | <63<br>63-72<br>73-75<br>>76 | Larger fires occur with ERCs between 70 and 90 |
| 9-Uncompahgre Valley | A | Low/Moderate<br>High<br>Very High<br>Extreme | <50*<br>50-56*<br>57-63*<br>>64* | These are BIs, not ERCs, due to fuel type and wind sensitivity |
| 10-Black Canyon | F | Low/Moderate<br>High<br>Very High<br>Extreme | <35<br>35-43<br>44-51<br>>52 | Most large fire occur from mid-30s to low-50s |
| 12-West Muddy | P | Low/Moderate<br>High<br>Very High<br>Extreme | <34<br>34-35<br>36-38<br>>39 | |

## 4.  Impacts of Plan Implementation

See the associated NEPA document (Uncompahgre Field Office Fire Management Plan Environmental Assessment, June 1999) for a full disclosure and analysis of impacts.

## 5.  Approval Authority

The appropriate Agency Administrator or designee will be the responsible individual for the final determination to manage a WFU event based on recommendation from the fire managers.  S/he will also ultimately be responsible for the validation, approval, and periodic assessment of the Decision Criteria Checklist for managing a WFU event. The Agency Administrator and the Fire Management Officers will use of the Decision Criteria Checklist and the Wildland Fire Relative Risk Assessment to guide their decision to use fire for natural resource benefit.

BLM_0009791

Field personnel will determine if they can safely implement the management decision.  It is the responsibility of the field personnel to advise management on the appropriate tactics on all fires with primary regard for their safety.

**6.  Required Personnel**

Organizational needs to complete this management action will vary significantly with site-specific circumstances. All wildland fires managed for resource benefits (wildland fire use) will have a position(s) commensurate with the fire situation and needs (see "Wildland Fire Use Management Assessment") assigned. Additional personnel necessary to accomplish the objectives and implementation of the WFIP will be determined for the specific situation locally.

**Table 20. WFIP Planning Minimum Qualifications**

| WFIP Stage | Minimum Planning Qualifications |
|---|---|
| Stage I | Unit Duty Officer |
| Stage II | Fire Use Manager Type 2 (FUM2) |
| Stage III | Fire Use Manager Type 2 (FUM2)* |

*In some instances the Stage III Planning will best be done under the supervision of a Fire Use Manager Type 1 (FUM1), typically using a Fire Use Team ordered specifically to manage the incident.

**Table 21. WFIP Minimum Implementation (Operational) Qualifications**

| WFIP Stage | Minimum Implementation Qualifications (Use Fire Use Manager Decision Chart to determine recommended position) |
|---|---|
| WFIP Stage I | Incident Commander Type 4 (ICT4) (Must have local knowledge or prior experience in implementing WFIPs and managing wildland fire use events.) |
| WFIP Stage II | Incident Commander Type 4 (ICT4) (Must have local knowledge or prior experience in implementing WFIPs and managing wildland fire use events.)* |
| WFIP Stage III | Incident Commander Type 4 (ICT4) (Must have local knowledge or prior experience in implementing WFIPs and managing wildland fire use events.)* |

*In many instances it will be appropriate to manage the fire using a more qualified individual or Team (ICT3, FUM2, or FUM1) depending on complexity, fire activity, risk, etc.

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009792

Fire Management Plan

BLM, Uncompahgre Field Office

BLM_0009793

## VII. GLOSSARY

**Area of Critical Environmental Concern (ACEC) -** Acreage within BLM public lands where special management attention is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historical, cultural, or visual values; fish and wildlife resources, or other natural systems or processes; or to protect life and safety from natural hazards.

**Critical Habitat -** Under the Endangered Species Act, critical habitat is defined as habitat of federally listed threatened or endangered species where those physical and biological features essential to conservation of the species are found and which may require special management considerations or protection. This habitat may currently be occupied or determined by the Secretary of the Interior to be essential for areas outside the species' current range.

**Ecosystem -** 1) A community of living plants and animals interacting with each other and with their physical environment; a geographic area where it is meaningful to address the interrelationships with human social systems, sources of energy, and the ecological processes that shape change over time. 2) The complex of a community of organisms and its environment functioning as an ecological unit in nature.

**Endangered Species -** Any species of animal or plant in danger of extinction throughout all or a significant portion of its range and so designated by the Secretary of Interior in accordance with the 1973 Endangered Species Act.

**Environmental Assessment (EA)** – Environmental Assessments were authorized by the NEPA of 1969. They are concise, analytical documents prepared with public participation that determine if an Environmental Impact Statement (EIS) is needed for a particular project or action. If an EA determines an EIS is not needed, the EA becomes the document allowing agency compliance with NEPA requirements.

**Environmental Impact Statement (EIS)** – A detailed public document which complies with NEPA law and regulation; an EIS describes a major Federal action which significantly affects the quality of the human
environment, provides alternatives to the proposed action, and analyzes the effects of the proposed action.

**Fire Frequency (Fire Return Interval) -** How often fire burns a given area; often expressed in terms of fire return intervals (e.g., fire returns to a site every 5-15 years).

**Fire Management Unit** – A land management area definable by objectives, management constraints, topographic features, access, values to be protected, political boundaries, fuel types, and fire regime groups; that set it apart from the management characteristics of an adjacent FMU.

**Fire Regime -** Periodicity and pattern of naturally occurring fires in a particular area or vegetative type, described in terms of frequency, biological severity, and area of extent.

BLM_0009794

**Fire Severity** – Denotes the scale at which vegetation and a site are altered or disrupted by fire, from low to high. It is a combination of the degree of fire effects on vegetation and on soil properties.

**Fire-Adapted Ecosystem** - An ecosystem with the ability to survive and regenerate in a fire-prone environment.

**Fireline Intensity Level (FIL) -** The rate of heat energy released during combustion per unit length of fire front. It is usually expressed in BTUs/second/foot.

**Fuel Model -** Simulated fuel complex (or combination of vegetation types) for which all fuel descriptors required for the solution of a mathematical rate of spread model have been specified.

**Fuel Type -** An identifiable association of fuel elements of distinctive species, form, size, arrangement or other characteristics that will cause a predictable rate.

**Fuel Reduction -** Manipulation, including combustion, or removal of fuels to reduce the likelihood of ignition and/or to lessen potential damage and resistance to control.

**Hazardous Fuels -** A fuel complex defined by kind, arrangement, volume, condition, and location that forms a special threat of ignition or of suppression difficulty.

**Impact Zones -** Any area that the AG recognizes to be smoke sensitive and/or have an existing air quality problem. There are seven impact zones in Montana and ten in Idaho.

**Interdisciplinary Team -** A group of individuals with different specialized training assembled to solve a problem or perform a task. The team is assembled out of recognition that no one discipline is sufficiently broad to adequately solve the problem; through interaction, participants bring different points of view and a broader range of expertise to bear on the problem.

**Maximum Manageable Area -** The maximum manageable area in a Wildland Fire Implementation Plan designates the ultimate acceptable size for a given wildland fire managed for resource benefits. It provides for a closely directed fire management application in a specific area defined by resource objectives, fire and weather prescription elements, social needs, political considerations, and management capability.

**Noxious Weeds -** Any plant designated by a federal, state, or county government to be injurious to public health, agriculture, recreation, wildlife, or any public or private property. Noxious weeds generally possess one or more of the following characteristics: aggressive and difficult to manage, poisonous, toxic, parasitic, a carrier or host for serious insects or diseases, and generally non-native.

BLM_0009795

**Preparedness -** Activities that lead to a safe, efficient, and cost-effective fire management program in support of land and resource management objectives through appropriate planning and coordination.

**Prescribed fire (Rx) -** Any fire ignited by management actions to meet specific objectives. A written, approved prescribed fire plan must exist and NEPA requirements must be met prior to ignition.

**Prescribed Fire Plan (Burn Plan)** – This document provides the prescribed fire burn boss information needed to implement an individual prescribed fire project.

**Prescription -** Measurable criteria that define conditions under which a prescribed fire may be ignited, guide selection of appropriate management responses, and indicate other required actions. Prescription criteria may include safety, economic, public health, environmental, geographic, administrative, social, or legal considerations.

**Prevention -** Activities directed at reducing the number of person-caused fires, including public education, law enforcement, dissemination of information, and the reduction of hazards.

**Rehabilitation -** The activities necessary to repair damage or disturbance caused by wildland fires or the fire suppression activity.

**Resource Management Plan -** A document prepared by BLM Field Office staff with public participation and approved by the State Director that provides general guidance and direction for land management activities.

**Riparian Habitat Conservation Areas -** Portions of watersheds where riparian-dependent resources receive primary emphasis and management activities are subject to specific standards and guidelines. RHCAs include traditional riparian corridors, wetlands, intermittent headwater streams, and other areas where proper ecological functioning is crucial to maintenance of the stream's water, sediment, woody debris, and nutrient delivery systems.

**Sensitive Species -** Those plant and animal species identified by the BLM State Director as sensitive, usually in cooperation with the State Agency responsible for managing the species. Sensitive species are also defined as those (a) which are under status review by the USFWS or NOAA Fisheries; or (b) whose numbers are declining so rapidly that Federal listing may become necessary; or (c) with typically small and widely dispersed populations; or (d) inhabiting ecological refugia of other specialized or unique habitats.

**Special Recreation Management Area** – BLM administrative units established to direct recreation program priorities, including the allocation of funding and personnel, to those public lands where a commitment has been made to provide specific recreation activities and experience opportunities on a sustained yield basis.

**Suppression** – All the work of extinguishing or containing a fire, beginning with its discovery.

**Threatened Species** - Any species likely to become endangered within the foreseeable future throughout all or a significant portion of its range and that has been designated in the Federal Register by the Secretary of Interior as such.

**Watershed** - The area of land bounded by a divide, that drains water, sediment, and dissolved materials to a common outlet at some point along a stream channel, or to a lake, reservoir, or other body of water; also called drainage basin or catchment.

**Wildland** - An area in which development is essentially non-existent, except for roads, railroads, powerlines, and similar transportation facilities; structures, if any, are widely scattered.

**Wildland Fire for Resource Benefit (also known as Wildland Fire Use)** - The management of naturally ignited wildland fires to accomplish specific prestated resource management objectives in predefined geographic areas outlined in FMPs.

**Wildland Fire Implementation Plan** - A progressively developed assessment and operational management plan that documents the analysis and selection of strategies and describes the appropriate management response for a wildland fire being managed for resource benefits.

**Wildland Fire Situation Analysis** – A decision making process that evaluates alternative management strategies against selected safety, environmental, social, economic, political, and resource management objectives.

**Wildland-Urban Interface** - The line, area, or zone where structures or other human development meet or intermingle with undeveloped wildland or vegetative fuels.

Fire Management Plan                                    BLM, Uncompahgre Field Office

BLM_0009797



# United States Department of the Interior
## BUREAU OF LAND MANAGEMENT
Utah State Office
P.O. Box 45155
Salt Lake City, UT 84145-0155
http://www.blm.gov



IN REPLY REFER TO:
UT-060-1610-016J

Dear Reader:

Enclosed is the Proposed Resource Management Plan (PRMP) and Final Environmental Impact Statement (FEIS) for the Moab Field Office. The Bureau of Land Management (BLM) prepared the PRMP/FEIS in consultation with cooperating agencies, taking into account public comments received during this planning effort. This PRMP/FEIS provides a framework for the future management direction and appropriate use of BLM-administered lands and resources located in Grand and San Juan counties, Utah. The document contains both land use planning decisions and implementation decisions to guide the BLM's management of the Moab Field Office. The PRMP/FEIS is open for a 30-day review and protest period beginning the date the U.S. Environmental Protection Agency (EPA) publishes the Notice of Availability of the FEIS in the *Federal Register*.

This PRMP/FEIS has been developed in accordance with the National Environmental Policy Act of 1969 (NEPA) and the Federal Land Policy and Management Act of 1976 (FLPMA). The PRMP/FEIS is largely based on Alternative C, the Preferred Alternative in the Draft RMP and EIS, which was released in August 2007. This PRMP/FEIS contains the proposed plan and potential impacts of the proposed plan. The alternatives presented in the Draft RMP/EIS are also provided for comparative purposes. Major comments received during the public review period of the Draft RMP/EIS and responses to these comments are provided on an attached CD. To aid the reader, substantive changes made between the Draft RMP/EIS and the PRMP/FEIS are described in Chapter 1 and are gray-shaded throughout the document. In addition, every change is detailed in Appendix U.

Pursuant to BLM's planning regulations at 43 CFR 1610.5-2, any person who participated in the planning process for this PRMP and has an interest which is or may be adversely affected by the planning decisions may protest approval of the planning decisions within 30 days from date the Environmental Protection Agency publishes the Notice of Availability in the *Federal Register*. For further information on filing a protest, please see the accompanying protest regulations in the pages that follow (labeled as Attachment 1). The regulations specify the required elements of your protest. Take care to document all relevant facts. As much as possible, reference or cite the planning documents or available planning records (e.g. meeting minutes or summaries, correspondence, etc.). To aid in ensuring the completeness of your protest, a protest check list is attached to this letter (labeled as Attachment 2). If your protest does not include all of the elements outlined in 43 CFR 1610.5-2 the BLM will not respond to your protest.

E-mailed and faxed protests will not be accepted as valid protests unless the protesting party also provides the original letter by either regular or overnight mail postmarked by the close of the protest period. Under these conditions, the BLM will consider the e-mailed or faxed protest as an advance copy and will afford it full consideration. If you wish to provide the BLM with such advance notification, please direct faxed protests to the attention of Brenda Hudgens-Williams- BLM protest coordinator at 202-452-5112, and e-mailed protests to: Brenda_Hudgens-Williams@blm.gov.

All protests, including the follow-up letter (if e-mailing or faxing) must be in writing and mailed to the following address:

<table>
<tr><td>Regular Mail:</td><td>Overnight Mail:</td></tr>
<tr><td>Director (210)</td><td>Director (210)</td></tr>
<tr><td>Attention: Brenda Williams</td><td>Attention: Brenda Williams</td></tr>
<tr><td>P.O. Box 66538</td><td>1620 L Street, N.W., Suite 1075</td></tr>
<tr><td>Washington, D.C. 20035</td><td>Washington, D.C. 20036</td></tr>
</table>

Before including your address, phone number, e-mail address, or other personal identifying information in your protest, be advised that your entire protest – including your personal identifying information – may be made publicly available at any time. While you can ask us in your protest to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

The BLM Director will make every attempt to promptly render a decision on each protest. The decision will be in writing and will be sent to the protesting party by certified mail, return receipt requested. The decision of the BLM Director shall be the final decision of the Department of the Interior.

Upon resolution of all land use plan protests, the BLM will issue an Approved RMP and Record of Decision (ROD). The Approved RMP and ROD will be mailed or made available electronically to all who participated in the planning process and will be available to all parties through the "Planning" page of the BLM national website (*http://www.blm.gov/planning*), or by mail upon request.

Unlike land use planning decisions, implementation decisions are not subject to protest under the BLM planning regulations, but are subject to an administrative review process, through appeals to the Office of Hearings and Appeals (OHA), Interior Board of Land Appeals (IBLA) pursuant to 43 CFR, Part 4 Subpart E. Implementation decisions generally constitute the BLM's final approval allowing on-the ground actions to proceed. Where implementation decisions are made as part of the land use planning process, they are still subject to the appeals process or other administrative review as prescribed by specific resource program regulations once the BLM resolves the protests to land use planning decisions and issues an Approved RMP and ROD. Implementation-level decisions in the PRMP/FEIS are indicated by *italic text* and an asterisk (*) in Chapter 2. The Approved RMP and ROD will also clearly identify the implementation decisions made in the plan that may be appealed to the Office of Hearing and Appeals.

Sincerely,

Selma Sierra
Utah State Director

*Attachment 1*

[Code of Federal Regulations]
[Title 43, Volume 2]
[Revised as of October 1, 2002]
From the U.S. Government Printing Office via GPO Access
[CITE: 43CFR1610.5-2]

[Page 20]

TITLE 43--PUBLIC LANDS: INTERIOR

CHAPTER II--BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR

PART 1600--PLANNING, PROGRAMMING, BUDGETING--Table of Contents

Subpart 1610--Resource Management Planning

Sec. 1610.5-2  Protest procedures.

(a) Any person who participated in the planning process and has an
interest which is or may be adversely affected by the approval or
amendment of a resource management plan may protest such approval or
amendment. A protest may raise only those issues which were submitted
for the record during the planning process.
(1) The protest shall be in writing and shall be filed with the
Director. The protest shall be filed within 30 days of the date the
Environmental Protection Agency published the notice of receipt of the
final environmental impact statement containing the plan or amendment in
the Federal Register. For an amendment not requiring the preparation of
an environmental impact statement, the protest shall be filed within 30
days of the publication of the notice of its effective date.
(2) The protest shall contain:
(i) The name, mailing address, telephone number and interest of the
person filing the protest;
(ii) A statement of the issue or issues being protested;
(iii) A statement of the part or parts of the plan or amendment
being protested;
(iv) A copy of all documents addressing the issue or issues that
were submitted during the planning process by the protesting party or an
indication of the date the issue or issues were discussed for the
record; and
(v) A concise statement explaining why the State Director's decision
is believed to be wrong.
(3) The Director shall promptly render a decision on the protest.
The decision shall be in writing and shall set forth the reasons for the
decision. The decision shall be sent to the protesting party by
certified mail, return receipt requested.
(b) The decision of the Director shall be the final decision of the
Department of the Interior.

Attachment 2

# Resource Management Plan Protest
## Critical Item Checklist
### The following items *must* be included to constitute a valid protest whether using this optional format, or a narrative letter.
### (43 CFR 1610.5-2)

Before including your address, phone number, e-mail address, or other personal identifying information in your **protest**, be advised that your entire **protest**--including your personal identifying information--may be made publicly available at any time. While you can ask us in your **protest** to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so. All submissions from organizations and businesses, and from individuals identifying themselves as representatives or officials of organizations and businesses, will be available for public inspection in their entirety.

**Resource Management Plan (RMP) or Amendment (RMPA) being protested:**

**Name:**
**Address:**
**Phone Number:** (   )

**Your interest in filing this protest (how will you be adversely affected by the approval or amendment of this plan?):**

**Issue or issues being protested:**

**Statement of the part or parts of the plan being protested:**

**Chapter:**
**Section:**
**Page:**
**(or) Map:**

**Attach copies of all documents addressing the issue(s) that were submitted during the planning process by the protesting party, OR an indication of the date the issue(s) were discussed for the record.**
**Date(s):**

**A concise statement explaining why the State Director's decisions is believed to be wrong:**

# U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## THE MOAB FIELD OFFICE
## PROPOSED RESOURCE MANAGEMENT PLAN
## AND FINAL ENVIRONMENTAL IMPACT STATEMENT

Bureau of Land Management
Utah State Office
Salt Lake City, Utah

Prepared by the
Moab Field Office
August 2008

Selma Sierra
Utah State Director

**Moab Field Office Planning Area**
**Proposed Resource Management Plan and**
**Final Environmental Impact Statement**

**Lead Agency:** U.S. Department of the Interior, Bureau of Land Management

| **Type of Action:** | Draft ( ) | Final  (X) |
| --- | --- | --- |
| | Administrative  (X) | Legislative ( ) |

**Jurisdiction:** All of Grand and the northern one-third of San Juan Counties, Utah.

**Abstract:** This Proposed Resource Management Plan (RMP) and Final Environmental Impact Statement (EIS) describes and analyzes the Proposed Plan and draft alternatives for the planning and management of public lands and resources administered by the Bureau of Land Management (BLM), Moab Field Office. The Moab planning area is located in southeastern Utah and includes approximately 2.5-million acres of land in Grand and San Juan Counties. Within the Moab planning area, the BLM manages approximately 1.8-million acres of BLM-administered public land surface as well as about 29,000 acres of federal mineral estate.

Alternatives A through D were presented in the Draft RMP and EIS. **Alternative A** is a continuation of the existing management (No Action Alternative). Under this alternative, use of the public lands and resources continue to be managed under the 1985 Grand Resource Area RMP as amended. **Alternative B** emphasizes the protection/preservation of natural resources and minimizes human activities, over commodity production and extraction and motorized recreation access. **Alternative C** provides for a balanced approach of protection/preservation of natural resources while providing for commodity production and extraction. **Alternative D** emphasizes commodity production and extraction as well as motorized recreation access over the protection/preservation of natural resources. After careful consideration of both public and internal comments received on the Draft RMP/EIS, adjustments and clarifications have been made to Alternative C. As modified, Alternative C is now presented as the Moab Proposed RMP in the Final EIS. The major issues addressed include: 1) travel management, 2) recreation, 3) mineral development, 4) special designations, and 5) non-WSA lands with wilderness characteristics.

**Protests:** Protests on the Proposed Resource Management Plan and Final Environmental Impact Statement must be postmarked or received no later than 30 days after publication of the Notice of Availability by the Environmental Protection Action in the *Federal Register*. The 30-day protest period (identified above) will not be extended. The close of the protest and period will be announced in news releases, newsletters, and on the Moab RMP website at:
http://www.blm.gov/ut/st/en/fo/moab/planning.html

For further information, contact:

Brent Northrup, Moab RMP Project Manager
Bureau of Land Management
Moab Field Office
82 E. Dogwood
Moab, UT 84532
(435) 259-2100
Brent_Northrup@blm.gov

BLM_0009803

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0009804

**VOLUME 1**
**Table of Contents**

Abstract................................................................................................................................. i

List of Figures.................................................................................................................. xvii

List of Tables .................................................................................................................... xix

List of Maps .................................................................................................................... xxxi

List of Appendices ........................................................................................................xxxv


EXECUTIVE SUMMARY ........................................................................................ ES-1

ES.1 Introduction ...........................................................................................................ES-1

ES.2 Purpose and Need...................................................................................................ES-1

ES.2.1 Purpose ..........................................................................................................ES-1

ES.2.2 Need ...............................................................................................................ES-2

ES.3 Public Involvement ...............................................................................................ES-2

ES.4 Proposed Plan and Draft Alternatives ...................................................................ES-2

ES.4.1 Alternative A - No Action............................................................................ES-2

ES.4.2 Alternative B .................................................................................................ES-2

ES.4.3 Proposed Plan................................................................................................ES-2

ES.5.4 Alternative D ................................................................................................ES-3

ES.5  Environmental Consequences ...............................................................................ES-5

ES.6: Changes From The Draft RMP To The Proposed RMP .......................................ES-5

ES.7:  Next Steps ............................................................................................................ES-6

CHAPTER ONE Purpose and Need ........................................................................ 1-1

1.1 Purpose and Need for the Plan................................................................................. 1-1

1.1.1 Purpose........................................................................................................... 1-1

1.1.2 Need ............................................................................................................... 1-1

1.2 Description of the Moab Planning Area (MPA)....................................................... 1-2

1.2.1 Overview......................................................................................................... 1-2

1.2.2 Land Uses........................................................................................................ 1-3

1.3 BLM's Planning Process .......................................................................................... 1-4

1.3.1 Nine-step Planning Process............................................................................ 1-4

1.3.2 Scoping and Identification of Issues For Development of The Proposed Plan and Draft Alternatives.............................................................................................. 1-7

    1.3.2.1 The Scoping Process .................................................................................... 1-7

    1.3.2.2 Issues Addressed Through Policy or Administrative Action............................... 1-8

    1.3.2.3 Issues Eliminated from Detailed Analysis Because They Are Beyond the Scope of the Plan .................................................................................... 1-9

1.3.3 Development of Planning Criteria ............................................................................ 1-10

1.4 Relationship to Other Policies, Plans, and Programs........................................................ 1-11

    1.4.1 State of Utah ....................................................................................................... 1-11

    1.4.2 County Land Use Plans........................................................................................ 1-11

    1.4.3 Other Federal Plans ............................................................................................ 1-11

    1.4.4 Endangered Species Recovery Plans .................................................................... 1-12

    1.4.5 Energy Policy and Conservation Act (EPCA) ....................................................... 1-12

    1.4.6 Energy Policy Act of 2005 and the Western Energy Corridor Programmatic EIS (PEIS)................................................................................................................ 1-13

    1.4.7 Memorandum of Understanding (MOU) Between the U.S. Department of the Interior; the Bureau of Land Management (BLM); and the U.S Department of Agriculture, U.S. Forest Service Concerning Oil and Gas Leasing Operations .... 1-13

    1.4.8 Activity Plans and Amendments to the Grand Resource Area RMP (1985)............ 1-13

    1.4.9 Habitat Management Plans (HMP) ....................................................................... 1-14

1.5 Summary of Changes from the Draft RMP/EIS to the Proposed Plan RMP/Final EIS .. 1-15

    1.5.1 Summary Of Changes To Decisions Between The Preferred Alternative (Draft EIS) And The Proposed Plan (Final EIS) .............................................................. 1-15

    1.5.2 Clarifications ...................................................................................................... 1-16

    1.5.3 Updates To Data ................................................................................................. 1-17

    1.5.4 Map Changes ...................................................................................................... 1-17

    1.5.5 Crucial Wildlife Habitat CHANGES .................................................................... 1-18

    1.5.6 Summary of Changes .......................................................................................... 1-18

**CHAPTER TWO Proposed Plan and Draft Alternatives....................................................... 2-1**

2.1 Description of Alternatives from the Proposed RMP/EIS................................................. 2-2

    2.1.1 Brief Summary and Highlights of the Proposed Plan and Draft Alternatives in Table 2.1 ............................................................................................................ 2-2

        2.1.1.1 Travel Management .................................................................................... 2-2

        2.1.1.2 Recreation ................................................................................................. 2-3

        2.1.1.3 Oil and Gas Leasing and Development ........................................................ 2-3

        2.1.1.4 Special Designations .................................................................................. 2-4

        2.1.1.5 Special Status Species................................................................................. 2-5

        2.1.1.6 Wildlife .................................................................................................... 2-5

        2.1.1.7 Non-WSA Lands with Wilderness Characteristics........................................ 2-5

BLM_0009806

2.2 Summary of Impacts ........................................................................................... 2-59

2.3 Alternatives Considered but Eliminated from Analysis ............................... 2-117

    2.3.1 Livestock Grazing Adjustments Alternative ........................................ 2-117

    2.3.2 No Grazing Alternative ....................................................................... 2-117

    2.3.3 No Leasing Alternative ....................................................................... 2-118

    2.3.4 The Red Rock Heritage Travel Plan Alternative ............................... 2-119

**CHAPTER THREE Affected Environment ........................................................ 3-1**

**3.1 Project Area Overview ................................................................................ 3-1**

    3.1.1 Geographic Setting ............................................................................... 3-1

    3.1.2 Climate .................................................................................................. 3-1

**3.2 Air Quality .................................................................................................. 3-3**

    3.2.1 Introduction ........................................................................................... 3-3

    3.2.2 Status of Emissions ............................................................................ 3-10

**3.3 Cultural Resources ................................................................................... 3-13**

    3.3.1 Introduction ......................................................................................... 3-13

    3.3.2 Resource Overview ............................................................................. 3-13

**3.4 Fire Management ...................................................................................... 3-23**

    3.4.1 Introduction and Resource Overview ................................................. 3-23

    3.4.2 Fire Management Plan ........................................................................ 3-25

    3.4.3 Desired Wildland Fire Condition (DWFC) ........................................ 3-25

    3.4.4 Landscape Level Management ............................................................ 3-25

    3.4.5 Fire Management Priorities ................................................................ 3-27

    3.4.6 Fire Management Activities to Meet DWFC ...................................... 3-27

    3.4.7 Summary ............................................................................................. 3-29

**3.5 Health and Safety ..................................................................................... 3-29**

    3.5.1 Introduction ......................................................................................... 3-29

    3.5.2 Hazardous Materials ........................................................................... 3-30

    3.5.3 Abandoned Mines ............................................................................... 3-30

**3.6 Lands and Realty ...................................................................................... 3-32**

    3.6.1 Resource Overview ............................................................................. 3-32

    3.6.2 MFO Lands and Realty Program ........................................................ 3-32

**3.7 Livestock Grazing .................................................................................... 3-39**

    3.7.1 Resource Overview ............................................................................. 3-39

    3.7.2 Current Management Practices ........................................................... 3-41

    3.7.3 Specific Allotments of Concern .......................................................... 3-42

BLM_0009807

3.7.4 Resource Demand ............................................................................................ 3-45

**3.8 Minerals ..................................................................................................... 3-45**

3.8.1 Leasable Minerals ........................................................................................ 3-46

3.8.2 Locatable Minerals ....................................................................................... 3-57

3.8.3 Salable Minerals .......................................................................................... 3-63

**3.9 Non-WSA Lands with Wilderness Characteristics ..................................... 3-68**

3.9.1 Resource Overview ....................................................................................... 3-68

3.9.2 Management Direction for Non-WSA Lands with Wilderness Characteristics ...... 3-70

**3.10 Paleontological Resources ........................................................................ 3-72**

3.10.1 Resource Overview ...................................................................................... 3-72

3.10.2 Current Management Practices ..................................................................... 3-73

3.10.3 Resource Demand and Analysis ................................................................... 3-74

3.10.4 Issues and Concerns ................................................................................... 3-74

3.10.5 Resource Capability and Condition .............................................................. 3-74

**3.11 Recreation ................................................................................................. 3-77**

3.11.1 Resource Overview ...................................................................................... 3-77

3.11.2 Current Management Practices ..................................................................... 3-88

**3.12 Riparian ..................................................................................................... 3-93**

3.12.1 Introduction ................................................................................................ 3-93

3.12.2 Resource Overview ...................................................................................... 3-94

3.12.3 Riparian/Wetland Status .............................................................................. 3-94

3.12.4 Invasive and/or Non-native Species ............................................................. 3-96

3.12.5 Riparian/Wetland Improvement and Restoration ............................................ 3-98

**3.13 Socioeconomic Resources ......................................................................... 3-100**

3.13.1 Social and Economic Conditions .................................................................. 3-100

3.13.2 Tribal Interests ........................................................................................... 3-121

3.13.3 Environmental Justice .................................................................................. 3-122

**3.14 Soil and Water ........................................................................................... 3-124**

3.14.1 Watersheds ................................................................................................. 3-124

3.14.2 Soils ........................................................................................................... 3-125

3.14.3 Surface Water ............................................................................................. 3-127

**3.15 Special Designations ................................................................................. 3-130**

3.15.1 Areas of Critical Environmental Concern (ACECs) .......................................... 3-130

3.15.2 Wild and Scenic Rivers ............................................................................... 3-141

3.15.3 Wilderness Study Areas and Designated Wilderness ...................................... 3-142

BLM_0009808

**3.16 Special Status Species** ................................................................................................. **3-147**

3.16.1 Threatened, Endangered, and Candidate Species ................................................. 3-147

3.16.2 BLM Sensitive Species ........................................................................................ 3-152

3.16.3 Conservation Agreement Species ........................................................................ 3-164

**3.17 Travel** ............................................................................................................................ **3-164**

3.17.1 Overview ............................................................................................................. 3-164

3.17.2 Vehicular Routes ................................................................................................. 3-165

3.17.3 Current Management ........................................................................................... 3-167

**3.18 Vegetation** .................................................................................................................... **3-168**

3.18.1 Resource Overview ............................................................................................. 3-168

3.18.2 Dominant Vegetation Communities ................................................................... 3-168

3.18.3 Special Status Plant Species ............................................................................... 3-171

3.18.4 Invasive Species and Noxious Weeds ................................................................ 3-171

**3.19 Visual Resources** ......................................................................................................... **3-173**

3.19.1 Resource Overview ............................................................................................. 3-173

3.19.2 Current Management Practices ........................................................................... 3-174

**3.20 Wildlife and Fisheries** ................................................................................................. **3-176**

3.20.1 Resource Overview ............................................................................................. 3-176

3.20.2 Big Game ............................................................................................................. 3-176

3.20.3 Upland Game ....................................................................................................... 3-186

3.20.4 Raptors ................................................................................................................. 3-187

3.20.5 Reptile, Amphibian, and Other Non-game Species ............................................ 3-187

3.20.6 Riparian and Aquatic Species ............................................................................. 3-187

**3.21 Woodlands** .................................................................................................................... **3-189**

3.21.1 Resource Overview ............................................................................................. 3-189

3.21.2 Current Management ........................................................................................... 3-190

BLM_0009809

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0009810

# VOLUME 2
# Table of Contents

**CHAPTER FOUR Environmental Consequences of Proposed Plan and Draft Alternatives** ........................................................................................... 4-1

4.1 Introduction .......................................................................................................... 4-1

4.1.1 Organization of Chapter.................................................................................... 4-1

4.1.2 Analytical Assumptions .................................................................................... 4-2

4.1.3 Assumptions and Methodology for Minerals Development Impacts ........................ 4-3

    4.1.3.1 Oil and Gas ............................................................................................. 4-3

    4.1.3.2 Coal-bed Methane .................................................................................... 4-6

    4.1.3.3 Potash and Salt........................................................................................ 4-6

    4.1.3.4 Uranium-Vanadium ................................................................................. 4-6

    4.1.3.5 Copper.................................................................................................... 4-6

    4.1.3.6 Sand and Gravel ...................................................................................... 4-6

    4.1.3.7 Building Stone ......................................................................................... 4-6

    4.1.3.8 Travertine ............................................................................................... 4-6

    4.1.3.9 Clay ....................................................................................................... 4-6

    4.1.3.10 Humate ................................................................................................. 4-7

    4.1.3.11 Existing Oil and Gas Leases ................................................................... 4-7

    4.1.3.12 Mining Claims for Locatable Minerals..................................................... 4-7

4.1.4 Types of Impacts to be Addressed ...................................................................... 4-8

4.2 Impacts to Critical Elements.................................................................................... 4-8

4.3 Environmental Consequences of Alternatives............................................................ 4-9

**4.3.1 Air Quality and Climate**.................................................................................. 4-10

    4.3.1.1 Global Climate Change ........................................................................... 4-10

    4.3.1.2 Impacts Common to All Alternatives ......................................................... 4-10

    4.3.1.3 Alternatives Impacts ............................................................................... 4-13

    4.3.1.4 Summary of Impacts................................................................................ 4-31

**4.3.2 Cultural Resources**........................................................................................ 4-32

    4.3.2.1 Analysis Considerations........................................................................... 4-33

    4.3.2.2 Impacts Common to All Alternatives, Including the Proposed Plan ............... 4-34

    4.3.2.3 Impacts Common to All Action Alternatives (B, D, and the Proposed Plan) ......................................................................................................... 4-37

    4.3.2.4 Alternatives Impacts ............................................................................... 4-39

    4.3.2.5 Summary of Impacts................................................................................ 4-56

**4.3.3 Fire Management** .......................................................................................... 4-56

    4.3.3.1 Impacts Common to All Alternatives ......................................................... 4-56

    4.3.3.2 Alternatives Impacts ............................................................................... 4-58

**4.3.4 Health and Safety** ......................................................................................... 4-64

    4.3.4.1 Hazardous Materials ............................................................................... 4-64

BLM_0009811

4.3.4.2 Abandoned Mine Lands (AML) ....................................................................... 4-67
**4.3.5 Lands and Realty ................................................................................................. 4-67**
4.3.5.1 Impacts Common to All Alternatives ............................................................... 4-68
4.3.5.2 Impacts Common to All Action Alternatives (B, D, and the Proposed
Plan) ............................................................................................................................ 4-69
4.3.5.3 Alternatives Impacts ....................................................................................... 4-69
**4.3.6 Livestock Grazing ................................................................................................ 4-73**
4.3.6.1 Impacts Common to All Alternatives ............................................................... 4-73
4.3.6.2 Alternative A .................................................................................................... 4-76
4.3.6.3 Alternative B .................................................................................................... 4-77
4.3.6.4 Proposed Plan ................................................................................................. 4-80
4.3.6.5 Alternative D .................................................................................................... 4-83
4.3.6.6 Summary of Impacts ....................................................................................... 4-84
**4.3.7 Minerals ................................................................................................................ 4-85**
4.3.7.1 Resource Decisions That Would Have Negligible Impacts On Mineral
Resource Development ............................................................................................... 4-85
4.3.7.2 Assumptions .................................................................................................... 4-86
4.3.7.3 Alternative Impacts ......................................................................................... 4-89
4.3.7.4 Summary of Impacts ..................................................................................... 4-113
**4.3.8 Non-WSA Lands with Wilderness Characteristics ........................................... 4-113**
4.3.8.1 Impacts Common to All Alternatives ............................................................. 4-114
4.3.8.2 Alternatives Impacts ..................................................................................... 4-114
4.3.8.3 Summary ....................................................................................................... 4-166
**4.3.9 Paleontological Resources ................................................................................ 4-173**
4.3.9.1 Paleontological Resource Assessment ......................................................... 4-173
4.3.9.2 Paleontological Resource Impacts ................................................................ 4-177
4.3.9.3 Impacts to Paleontological Resources Common to All Alternatives .............. 4-178
4.3.9.4 Alternatives Impacts ..................................................................................... 4-179
4.3.9.5 Summary of Impacts to Paleontological Resources ...................................... 4-194
**4.3.10 Recreation ........................................................................................................ 4-194**
4.3.10.1 Impacts Common to All Action Alternatives (B, D, and the Proposed
Plan) .......................................................................................................................... 4-197
4.3.10.2 Alternatives Impacts ................................................................................... 4-197
4.3.10.3 Summary of Impacts ................................................................................... 4-243
**4.3.11 Riparian Resources ......................................................................................... 4-243**
4.3.11.1 Impacts of Fire Management Decisions on Riparian Resources ................. 4-243
4.3.11.2 Impacts of Lands and Realty Decisions on Riparian Resources ................. 4-243
4.3.11.3 Impacts of Livestock Grazing Decisions on Riparian Resources ................ 4-244
4.3.11.4 Impacts of Mineral Resource Decisions on Riparian Resources ................. 4-245
4.3.11.5 Impacts of Non-WSA Lands with Wilderness Characteristics Decisions
on Riparian Resources .............................................................................................. 4-246
4.3.11.6 Impacts of Recreation and Travel Decisions on Riparian Resources .......... 4-246
4.3.11.7 Impacts of Riparian Management Decisions on Riparian Resources .......... 4-248

BLM_0009812

4.3.11.8 Impacts of Soil and Water Decisions on Riparian Resources........................ 4-250
4.3.11.9 Impacts of Special Designations Decisions on Riparian Resources............. 4-250
4.3.11.10 Impacts of Special Status Species Decisions on Riparian Resources.......... 4-252
4.3.11.11 Impacts of Vegetation Decisions on Riparian Resources ............................ 4-253
4.3.11.12 Impacts of Wildlife Decisions on Riparian Resources ................................ 4-253
4.3.11.13 Impacts of Woodlands Decisions on Riparian Resources .......................... 4-253
4.3.11.14 Summary of Impacts ................................................................................... 4-253

**4.3.12 Socioeconomic Resources ...................................................................... 4-254**
4.3.12.1 Impacts Common to All Alternatives ......................................................... 4-254
4.3.12.2 Alternatives Impacts ................................................................................... 4-255
4.3.12.3 Summary of Impacts ................................................................................... 4-280

**4.3.13 Soil and Water.......................................................................................... 4-280**
4.3.13.1 Impacts of Fire Management Decisions on Soil and Water ........................ 4-282
4.3.13.2 Impacts of Health and Safety Decisions on Soil and Water ....................... 4-283
4.3.13.3 Impacts of Lands and Realty Decisions on Soil and Water........................ 4-283
4.3.13.4 Impacts of Livestock Grazing Management Decisions on Soil and Water ... 4-285
4.3.13.5 Impacts of Mineral Resource Decisions on Soil and Water ....................... 4-289
4.3.13.6 Impacts of Non-WSA lands with Wilderness Characteristics Resource
            Decisions on Soil and Water........................................................................ 4-294
4.3.13.7 Impacts of Recreation and Travel Management Decisions on Soil and
            Water............................................................................................................ 4-295
4.3.13.8 Impacts of Riparian Management Decisions on Soil and Water ................. 4-299
4.3.13.9 Impacts of Soil and Water Management Decisions on Soil and Water
            Resources ..................................................................................................... 4-300
4.3.13.10 Impacts of Special Designation Decisions on Soil and Water.................... 4-303
4.3.13.11 Summary of Impacts ................................................................................... 4-305

**4.3.14 Special Designations................................................................................. 4-306**
4.3.14.1 Assumptions................................................................................................. 4-306
4.3.14.2 Areas of Critical Environmental Concern (ACECs)..................................... 4-308
4.3.14.3 National Historic Trail – Old Spanish Trail................................................ 4-336
4.3.14.4 Wild and Scenic Rivers (WSRs)................................................................. 4-337
4.3.14.5 Wilderness Study Areas (WSAs) and Wilderness Areas (WAs)................... 4-353
4.3.14.6 Summary of Impacts ................................................................................... 4-355

**4.3.15 Special Status Species ............................................................................. 4-356**
4.3.15.1 Analysis Assumptions.................................................................................. 4-356
4.3.15.2 Impacts Common to All Alternatives ......................................................... 4-363
4.3.15.3 Impacts of Cultural Resource Decisions on Special Status Species............. 4-366
4.3.15.4 Impacts of Fire Management Decisions on Special Status Species............... 4-368
4.3.15.5 Impacts of Health and Safety Decisions on Special Status Species ............. 4-370
4.3.15.6 Impacts of Lands and Realty Decisions on Special Status Species............... 4-371
4.3.15.7 Impacts of Livestock Grazing Decisions on Special Status Species ............ 4-374
4.3.15.8 Impacts of Mineral and Energy Development Decisions on Special Status
            Species ......................................................................................................... 4-377
4.3.15.9 Impacts of Non-WSA Lands with Wilderness Characteristics Decisions
            on Special Status Species.............................................................................. 4-387

BLM_0009813

4.3.15.10 Impacts of Paleontological Resources Decisions on Special Status
Species ............................................................................................ 4-388
4.3.15.11 Impacts of Recreation Decisions on Special Status Species......................... 4-389
4.3.15.12 Impacts of Riparian Decisions on Special Status Species ........................... 4-393
4.3.15.13 Impacts of Soil and Water Decisions on Special Status Species ................. 4-395
4.3.15.14 Impacts of Special Designations Decisions on Special Status Species ....... 4-397
4.3.15.15 Impacts of Special Status Species Decisions on Special Status Species ..... 4-402
4.3.15.16 Impacts of Travel Decisions on Special Status Species................................ 4-404
4.3.15.17 Impacts of Vegetation Decisions on Special Status Species ....................... 4-407
4.3.15.18 Impacts of Visual Resource Decisions on Special Status Species............... 4-408
4.3.15.19 Impacts of Wildlife and Fisheries Decisions on Special Status Species ..... 4-410
4.3.15.20 Impacts of Woodlands Decisions on Special Status Species....................... 4-413
4.3.15.21 Summary of Impacts .................................................................................. 4-414
4.3.16 Travel Management ............................................................................................. 4-414
4.3.16.1 Impacts Common to All Action Alternatives (B, D, and Proposed Plan) ..... 4-414
4.3.16.2 Alternatives Impacts ................................................................................... 4-415
4.3.16.3 Summary of Impacts ................................................................................... 4-422
4.3.17 Vegetation .......................................................................................................... 4-422
4.3.17.1 Impacts Common to All Alternatives .......................................................... 4-422
4.3.17.2 Impacts Common to All Action Alternatives (B, D, and Proposed Plan) ..... 4-422
4.3.17.3 Impacts of Fire Management Decisions on Vegetation Resources ............... 4-423
4.3.17.4 Impacts of Lands and Realty Decisions on Vegetation Resources................ 4-424
4.3.17.5 Impacts of Livestock Grazing Decisions on Vegetation Resources ............. 4-425
4.3.17.6 Impacts of Minerals Decisions on Vegetation Resources.............................. 4-426
4.3.17.7 Impacts of Non-WSA Lands with Wilderness Characteristics Decisions
on Vegetation Resources............................................................................ 4-427
4.3.17.8 Impacts of Recreation Decisions on Vegetation Resources ......................... 4-428
4.3.17.9 Impacts of Riparian Decisions on Vegetation Resources .............................. 4-429
4.3.17.10 Impacts of Soils/Watershed Decisions on Vegetation Resources................ 4-430
4.3.17.11 Impacts of Special Designations Decisions on Vegetation Resources........ 4-431
4.3.17.12 Impacts of Special Status Species Decisions on Vegetation Resources...... 4-433
4.3.17.13 Impacts of Travel Management Decisions on Vegetation Resources ......... 4-436
4.3.17.14 Impacts of Vegetation Decisions on Vegetation Resources ....................... 4-437
4.3.17.15 Impacts of Wildlife and Fisheries Decisions on Vegetation Resources ..... 4-438
4.3.17.16 Impacts of Woodlands Decisions on Vegetation Resources....................... 4-440
4.3.17.17 Summary of Impacts .................................................................................. 4-440
4.3.18 Visual Resources ................................................................................................. 4-440
4.3.18.1 Impacts Common to All Action Alternatives (B, D, and Proposed Plan) ..... 4-442
4.3.18.2 Alternatives Impacts ................................................................................... 4-442
4.3.18.3 Visually Sensitive Areas ............................................................................. 4-444
4.3.18.4 Summary of Impacts ................................................................................... 4-449
4.3.19 Wildlife and Fisheries ......................................................................................... 4-449
4.3.19.1 Impacts of Resource Management Decisions with Negligible Impacts on
Wildlife and Fisheries ................................................................................ 4-451
4.3.19.2 Impacts of Fire Management Decisions on Wildlife and Fisheries............... 4-451

BLM_0009814

4.3.19.3 Impacts of Health and Safety Decisions on Wildlife and Fisheries............... 4-452
4.3.19.4 Impacts of Lands and Realty Decisions on Wildlife and Fisheries .............. 4-453
4.3.19.5 Impacts of Livestock Grazing Decisions on Wildlife and Fisheries............. 4-455
4.3.19.6 Impacts of Minerals Decisions on Wildlife and Fisheries ............................ 4-460
4.3.19.7 Impacts of Non-WSA Lands with Wilderness Characteristics Decisions
on Wildlife and Fisheries ................................................................................. 4-470
4.3.19.8 Impacts of Recreation Decisions on Wildlife and Fisheries.......................... 4-470
4.3.19.9 Impacts of Riparian Decisions on Wildlife and Fisheries ............................ 4-473
4.3.19.10 Impacts of Soils/Watershed Decisions on Wildlife and Fisheries............... 4-473
4.3.19.11 Impacts of Special Designation Decisions on Wildlife and Fisheries ........ 4-475
4.3.19.12 Impacts of Special Status Species Decisions on Wildlife and Fisheries ..... 4-476
4.3.19.13 Impacts of Travel Management Decisions on Wildlife and Fisheries........ 4-478
4.3.19.14 Impacts of Vegetation Decisions on Wildlife and Fisheries........................ 4-480
4.3.19.15 Impacts of Visual Resources Decisions on Wildlife and Fisheries ............ 4-481
4.3.19.16 Impacts of Wildlife and Fisheries Management Decisions on Wildlife
and Fisheries .................................................................................................... 4-482
4.3.19.17 Impacts of Woodlands Decisions on Wildlife and Fisheries ...................... 4-487
4.3.19.18 Impacts of Habitat Fragmentation on Wildlife ........................................... 4-488
4.3.19.19 Summary of Impacts .................................................................................... 4-493
**4.3.20 Woodlands .......................................................................................................... 4-493**
4.3.20.1 Impacts Common to All Alternatives.............................................................. 4-493
4.3.20.2 Impacts Common to All Action Alternatives (B, D, and Proposed Plan) ..... 4-494
4.3.20.3 Alternatives Impacts ...................................................................................... 4-494
4.3.20.4 Summary of Impacts ...................................................................................... 4-498
**4.3.21 Unavoidable Adverse Impacts ........................................................................... 4-498**
**4.3.22 Short-term Use Versus Long-term Productivity ............................................. 4-499**
4.3.22.1 Air Quality ...................................................................................................... 4-499
4.3.22.2 Cultural Resources .......................................................................................... 4-499
4.3.22.3 Fire Management ............................................................................................. 4-499
4.3.22.4 Health and Safety ........................................................................................... 4-500
4.3.22.5 Lands and Realty............................................................................................. 4-500
4.3.22.6 Livestock Grazing........................................................................................... 4-500
4.3.22.7 Minerals .......................................................................................................... 4-500
4.3.22.8 Non-WSA Lands with Wilderness Characteristics........................................ 4-500
4.3.22.9 Paleontological Resources .............................................................................. 4-501
4.3.22.10 Recreation ..................................................................................................... 4-501
4.3.22.11 Riparian Resources ....................................................................................... 4-501
4.3.22.12 Socioeconomic Resources ............................................................................ 4-501
4.3.22.13 Soil and Water............................................................................................... 4-501
4.3.22.14 Special Designations..................................................................................... 4-501
4.3.22.15 Special Status Species................................................................................... 4-502
4.3.22.16 Travel Management ....................................................................................... 4-502
4.3.22.17 Vegetation ..................................................................................................... 4-502
4.3.22.18 Visual Resources ........................................................................................... 4-502
4.3.22.19 Wildlife and Fisheries Resources................................................................. 4-502

BLM_0009815

4.3.22.20 Woodlands .................................................................................. 4-503

**4.3.23 Irreversible and Irretrievable Commitment of Resources............................. 4-503**

4.3.23.1 Cultural Resources ......................................................................... 4-503
4.3.23.2 Fire Management ........................................................................... 4-504
4.3.23.3 Lands and Realty........................................................................... 4-504
4.3.23.4 Minerals ...................................................................................... 4-504
4.3.23.5 Non-WSA Lands with Wilderness Characteristics........................... 4-504
4.3.23.6 Riparian Resources ....................................................................... 4-504
4.3.23.7 Soil and Water.............................................................................. 4-504
4.3.23.8 Special Designations...................................................................... 4-504
4.3.23.9 Special Status Species.................................................................... 4-505

**4.3.24 Cumulative Impacts ........................................................................ 4-505**

4.3.24.1 Air Quality .................................................................................. 4-506
4.3.24.2 Cultural Resources ........................................................................ 4-507
4.3.24.3 Health and Safety .......................................................................... 4-508
4.3.24.4 Lands and Realty........................................................................... 4-508
4.3.24.5 Livestock Grazing ......................................................................... 4-509
4.3.24.6 Minerals ...................................................................................... 4-509
4.3.24.7 Non-WSA Lands with Wilderness Characteristics........................... 4-509
4.3.24.8 Paleontological Resources ............................................................. 4-510
4.3.24.9 Recreation .................................................................................... 4-511
4.3.24.10 Riparian Resources ..................................................................... 4-512
4.3.24.11 Socioeconomic Resources ........................................................... 4-512
4.3.24.12 Soil and Water............................................................................ 4-513
4.3.24.13 Special Designations.................................................................... 4-514
4.3.24.14 Special Status Species, Vegetation, and Wildlife ........................... 4-514
4.3.24.15 Travel Management ..................................................................... 4-515
4.3.24.16 Visual Resources......................................................................... 4-516
4.3.24.17 Woodlands ................................................................................. 4-517

**CHAPTER FIVE Consultation and Coordination ................................................. 5-1**

**5.1 Introduction.......................................................................................... 5-1**

**5.2 Consultation and Coordination with Tribes, State and Local Governments, and
Federal Agencies ....................................................................................... 5-2**

5.2.1 Native American Consultation.................................................................. 5-2

5.2.2 Cooperating Agency Involvement ............................................................ 5-4

5.2.3 State Agency Coordination ..................................................................... 5-5

5.2.4 Consultation and Coordination with Other Federal Agencies ...................... 5-5

5.2.4.1 U.S. Fish and Wildlife Service ........................................................ 5-5
5.2.4.2 Environmental Protection Agency .................................................... 5-6
5.2.4.3 National Park Service ..................................................................... 5-6
5.2.4.4 U.S. Forest Service ........................................................................ 5-6

BLM_0009816

**5.3 Consistency with Other Plans** ......................................................................................... **5-6**

**5.4 Public Outreach and Participation** ............................................................................. **5-20**

5.4.1 Notice of Intent (NOI) to Plan and Scoping ........................................................... 5-20

5.4.2. Mailing List ...................................................................................................................... 5-21

5.4.3 Planning Bulletins ........................................................................................................... 5-22

5.4.4 Website ............................................................................................................................. 5-22

5.4.5 Notice of Availability (NOA) of the Draft RMP/EIS ............................................... 5-22

5.4.6 Public Meetings ............................................................................................................... 5-23

**5.5 Public Comments on the Moab DRMP/EIS** ............................................................. **5-23**

5.5.1 Process and Methodology ........................................................................................... 5-23

5.5.2 Comment Analysis .......................................................................................................... 5-24

5.5.3 Summary of Public Comments .................................................................................... 5-36

5.5.4 Public Comments and Responses ............................................................................. 5-36

**5.6 Record Of Decision** ....................................................................................................... **5-159**

**5.7 Distribution List for the Proposed RMP/Final EIS** ................................................ **5-159**

**5.8 List of Preparers** ............................................................................................................ **5-164**

**References** .................................................................................................................................. **X-1**

**Acronyms and Glossary** ...................................................................................................... **X-25**

**Index** ......................................................................................................................................... **X-47**

BLM_0009817

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0009818

## List of Figures

Figure 1.1. Nine-step planning process............................................................................... 1-5

Figure 3.1. Thirty-year precipitation and air temperature plots for Moab, Utah (WRCC 2004)...................................................................................................................... 3-3

Figure 3.2. Seasonal windroses in the MPA. ...............................................................3-5

Figure 3.3. Annual Mean Temperature Change for Northern Latitudes (24–90° N). ................ 3-8

Figure 3.4. Trend in air pollution impacts on visibility observed in Canyonlands National Park, Utah, 1990 through 2004 (EPA 2003c).......................................................3-10

Figure 3.5. Acres within grazing allotments of the MPA. .........................................3-39

Figure 3.6. Seasonal unemployment in Grand County, 1999–2001.......................................3-106

Figure 3.7. Changes in the Grand County economy (by SIC code), 1980–2000. ..................3-111

Figure 3.8. Tourist spending in millions, Grand County, 1993–2003. ...................................3-114

Figure 3.9. Farm income by category. ...................................................................3-117

Figure 3.10. Oil (barrels) and gas production (mcf) in Grand County, 1984–2007 ...............3-119

BLM_0009819

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0009820

# List of Tables

Table ES1. OHV Categories (acres) in No Action Alternative vs. Proposed Plan...................ES-3

Table ES2. Designated Routes (miles) In Inventory vs. Proposed Plan..................................ES-4

Table ES3. SRMAs and Focus Areas In No Action Alternative vs. Proposed Plan................ES-4

Table ES4. Special Designations  In No Action Alternative vs. Proposed Plan ......................ES-4

Table ES5. Non-WSA Areas Managed for Wilderness Characteristics In No Action
Alternative vs. Proposed Plan................................................................................ES-4

Table ES6. Oil and Gas Leasing Stipulations (acres) .............................................................ES-5

Table 1.1. Land Management within the MPA (acres)..............................................................1-3

Summary Table A. OHV Categories (acres), by Alternative ....................................................2-2

Summary Table B. SRMAs (quantity and acres) and Focus Areas (quantity), by
Alternative ........................................................................................................2-3

Summary Table C. Oil and Gas Leasing Stipulations (acres), by Alternative ...........................2-3

Summary Table D. Potential ACECs (quantity and acres) Meeting the Relevance and
Importance Criteria, by Alternative...................................................................2-4

Summary Table E. Eligible/Suitable WSR Segments (river miles) with Tentative
Classifications, by Alternative...........................................................................2-5

Summary Table F. Non-WSA Lands Managed to Protect Wilderness Characteristics
(quantity and total acres), by Alternative ..........................................................2-6

Table 2.1. MOAB PROPOSED PLAN and Draft RMP Alternatives ........................................2-7

Table 2.2. Impacts Summary Table ......................................................................................2-60

Table 3.1. Temperature and Precipitation Data Available for Three Locations in the Moab
Planning Area (MPA; WRCC 2004) ........................................................................3-2

Table 3.2. Ambient Air Quality Data for the MPA ...................................................................3-5

Table 3.3. Summary of Visibility Impairment Pollutants Measured in the Canyonlands
National Park [a] ....................................................................................................3-9

Table 3.4. 2005 Emissions Inventory for Grand and San Juan Counties, Utah........................3-10

Table 3.5. National Register-listed Sites, Buildings, and Districts Located on BLM Lands
within the MPA......................................................................................................3-18

Table 3.6. Native American Organizations Historically Consulted by the MFO.....................3-19

Table 3.7. Estimated Acreage within the MFO with High, Medium, and Low Probability
to Contain Cultural Resource Sites.......................................................................3-22

Table 3.8. Withdrawals in the MPA .......................................................................................3-36

Table 3.9. Current Number of Grazing Allotments in Each Management Category ...............3-40

BLM_0009821

Table 3.10. Current Acreages of Plants that Are Similar to Potential Natural Community (PNC) ........................................................................................................... 3-41

Table 3.11. Current Number of Permitted Allotments under Each Grazing Management System .......................................................................................................... 3-42

Table 3.12. Ratings for Mineral Occurrence and Development Potential and Certainty .......... 3-46

Table 3.13. Cumulative Oil and Gas Production in the MPA, by Field, as of December 31, 2003 ................................................................................................................. 3-51

Table 3.14. Historical Locations and Hosts of Uranium and Vanadium Deposits in the MPA, by Mining District ..................................................................................... 3-58

Table 3.15. Historical Uranium Grade and Production in the MPA, by Mining District[1] ........ 3-59

Table 3.16. Non-WSA Lands Inventoried in the *1999 Utah Wilderness Inventory* (revised 2003), Total Acreage and Acreage with and without Wilderness Characteristics ............................................................................................................ 3-69

Table 3.17. Non-WSA Lands with and without Wilderness Characteristics (WC and NWC, Respectively) from Wilderness Characteristics Review ............................. 3-70

Table 3.18. Activities in the MPA, by Use Level ..................................................................... 3-85

Table 3.19. River Recreation Use in the MPA ......................................................................... 3-87

Table 3.20. Comparison of 1985 RMP OHV Designations and Present OHV Designations ........................................................................................................... 3-88

Table 3.21. Utah OHV Registrations*, 1998 Compared with 2002 .......................................... 3-88

Table 3.22. 2003 Condition Status of Riparian Areas by Watershed within the MPA ............. 3-94

Table 3.23. Common Riparian Plant Species Occurring in the MPA ....................................... 3-96

Table 3.24. Watersheds and Issues Receiving Corrective Restoration Action ......................... 3-97

Table 3.25. Priority Riparian/Wetland Ecosystems in the MPA, 2004 vs. 1990 ...................... 3-98

Table 3.26. Land Jurisdiction in Grand County ..................................................................... 3-100

Table 3.27. Population by Category in Grand County, 1990 and 2000 ................................... 3-104

Table 3.28. Unemployment Rates .......................................................................................... 3-105

Table 3.29. Per-Capita Personal Income ............................................................................... 3-107

Table 3.30. Poverty Rates ....................................................................................................... 3-107

Table 3.31. Population by Household Type in Grand County, 2000 ...................................... 3-108

Table 3.32. Employment by Industry in Grand County .......................................................... 3-110

Table 3.33. Trends in Employment (SIC code), Grand County, 1980, 1990, and 2000 .......... 3-111

Table 3.34. PILT Payments to Grand County ........................................................................ 3-112

Table 3.35. Tourism-Related Tax Trends in Grand County ................................................... 3-114

Table 3.36. Visitation Trends ................................................................................................. 3-115

BLM_0009822

Table 3.37. Budget and Fee Collections for Programs in the MPA, 2003 ............................ 3-116

Table 3.38. Grand County Agricultural Data ............................................................................. 3-117

Table 3.39. Current Oil and Gas Activity on Lands Administered by the MFO .................... 3-119

Table 3.40. Grand County Population by Race and Ethnicity ................................................. 3-122

Table 3.41. Summary of Potential Areas of Critical Environmental Concern ....................... 3-130

Table 3.42. River Segments in the MPA Meeting Wild and Scenic River Eligibility ........... 3-143

Table 3.43. BLM Wilderness Study Areas under Jurisdiction of the MFO[1] ......................... 3-145

Table 3.44. Inventoried Ways and Known Impairments within WSA in the MPA ............... 3-146

Table 3.45. U.S. Fish and Wildlife Service Threatened, Endangered and Candidate
            Species Occurring in the MPA, Utah ................................................................. 3-148

Table 3.46. BLM Sensitive Species Occurring in the MPA .................................................... 3-152

Table 3.47. State/BLM Sensitive Wildlife Species Potentially Occurring in the MPA,
            though Not Detected in the Last 10 Years .......................................................... 3-155

Table 3.48. BLM Sensitive Plant Species with the Potential to Occur in the MPA ............... 3-162

Table 3.49. Acres of Land by GAP Cover Type in the MPA .................................................. 3-169

Table 3.50. Noxious and Invasive Species of Grand County, Utah ........................................ 3-172

Table 3.51. 2003 VRM Inventory Classes ............................................................................... 3-176

Table 3.52. BLM-managed Mule Deer Habitat in the MPA ................................................... 3-177

Table 3.53. UDWR Target Wintering Mule Deer Herd Size and Annual Harvest for the
            Two WMUs Associated with the Planning Area ................................................ 3-178

Table 3.54. UDWR Current Mule Deer Estimates .................................................................. 3-178

Table 3.55. BLM-managed Rocky Mountain Elk Habitat in the MPA ................................... 3-179

Table 3.56. UDWR Wildlife Management Goals for Rocky Mountain Elk ........................... 3-179

Table 3.57. UDWR Current Rocky Mountain Elk Estimates .................................................. 3-180

Table 3.58. UDWR Wildlife Management Goals, Estimates, and Trends for Pronghorn ....... 3-182

Table 3.59. UDWR Current Desert Bighorn Sheep Estimates in the MPA ........................... 3-184

Table 3.60. UDWR Wildlife Management Goals for Desert Bighorn Sheep in the MPA ...... 3-184

Table 3.61. BLM-managed Upland Game Habitat in the MPA .............................................. 3-186

Table 3.62. UDWR Inventory of Fisheries within the MPA .................................................. 3-187

Table 4.1. Predicted Oil and Gas Development and Associated Surface Disturbance for
            Each RFD Area within the MPA (All Lands) ...................................................... 4-4

Table 4.2. Summary of Predicted Surface Disturbance for Oil and Gas Activity on BLM
            Lands Only ............................................................................................................ 4-4

BLM_0009823

Table 4.3. Summary of Total Predicted Surface Disturbance for Mineral Development
Activities (acres) ................................................................................................ 4-7

Table 4.4. Critical Elements ................................................................................................. 4-8

Table 4.5. Resources Not Impacted by Program Decisions in Chapter 2 (X = No Impact) ...... 4-11

Table 4.6. Emission Rates for Compressors ......................................................................... 4-17

Table 4.7. Emission Rates for Glycol Dehydrators ............................................................... 4-18

Table 4.8. Emission Rates for Flaring .................................................................................. 4-18

Table 4.9. Average Predicted Oil and Gas Wells on BLM Lands within RFD Areas under
Alternative A over 15 years ............................................................................... 4-21

Table 4.10. Summary of Predicted Emissions and Comparison to Regional Base-year
Emissions for the Moab FO Related to Expected Oil and Gas Development
under Alternative A ........................................................................................... 4-21

Table 4.11. Predicted Emissions of Hazardous Air Pollutants (HAPs) for the Moab FO
Related to Expected Oil and Gas Development Under Alternative A .................... 4-22

Table 4.12. Average Predicted Oil and Gas Wells on BLM Lands within RFD Areas
under Alternative B over 15 years ...................................................................... 4-23

Table 4.13. Summary of Predicted Emissions and Comparison to Regional Base-year for
the Moab FO Related to Expected Oil and Gas Development Under
Alternative B .................................................................................................... 4-24

Table 4.14. Predicted Emissions of Hazardous Air Pollutants (HAPs) for the Moab FO
Related to Expected Oil and Gas Development under Alternative B .................... 4-25

Table 4.15. Average Predicted Oil and Gas Wells on BLM Lands within RFD Areas
under the Proposed Plan over 15 years .............................................................. 4-26

Table 4.16. Summary of Predicted Emissions and Comparison to Regional Base-year for
the Moab FO Related to Expected Oil and Gas Development Under the
Proposed Plan .................................................................................................. 4-27

Table 4.17. Predicted Emissions of Hazardous Air Pollutants (HAPs) for the Moab FO
Related to Expected Oil and Gas Development under the Proposed Plan ............. 4-27

Table 4.18. Average Predicted Oil and Gas Wells on BLM Lands within RFD Areas
under Alternative D over 15 years ...................................................................... 4-29

Table 4.19. Summary of Predicted Emissions and Comparison to Regional Base-year for
the Moab FO Related to Expected Oil and Gas Development Under
Alternative D .................................................................................................... 4-30

Table 4.20. Predicted Emissions of Hazardous Air Pollutants (HAPs) for the Moab FO
Related to Expected Oil and Gas Development Under Alternative D ................... 4-30

Table 4.21. Comparison Among Alternatives of Emitted Pollutants Associated with Oil
and Gas Development ........................................................................................ 4-31

Table 4.22. Impacts Common to All Alternatives ................................................................. 4-34

BLM_0009824

Table 4.23. Impacts Common to All Action Alternatives .........................................................4-38

Table 4.24. Impacts to Cultural Resources Under Alternative A ..............................................4-39

Table 4.25. Impacts to Cultural Resources Under Alternative B ..............................................4-43

Table 4.26. Acres of High Site Density Lands in ACECs with Stipulations Affecting
Cultural Resources, Alternative B ........................................................................4-47

Table 4.27. Impacts to Cultural Resources Under the Proposed Plan ......................................4-48

Table 4.28. Acres of High Site Density Lands in ACECs with Stipulations Affecting
Cultural Resources, the Proposed Plan .................................................................4-52

Table 4.29. Impacts to Cultural Resources Under Alternative D ..............................................4-52

Table 4.30. Acreage of MPA Lands Open to Surface-disturbing Mineral Development
(% of Planning Area) .............................................................................................4-58

Table 4.31. SRMA Acreage by Alternative................................................................................4-59

Table 4.32. Acreage of ACEC Restrictions on Fire Management and Fuels Treatment
(acres) .....................................................................................................................4-60

Table 4.33. Acres of Seasonal Restrictions on Surface-disturbing Activities in Sensitive
Species Habitat Areas (For Decisions Not Common To All Alternatives
Only) .......................................................................................................................4-61

Table 4.34. Travel Restrictions Impacting Fire Management and Risk (acres) .......................4-62

Table 4.35. Acres of Seasonal Restrictions on Surface-disturbing Activities in Wildlife
Habitat Areas (For Decisions Not Common To All Alternatives) ........................4-63

Table 4.36. Woodland Resource Decisions Impacting Fire Management and Risk (acres)......4-64

Table 4.37. Acres and AUMs of Forage Not Available to Grazing under All Alternatives......4-74

Table 4.38. Acres and AUMs of Forage Not Available to Grazing under Alternative A .........4-76

Table 4.39. Acres and AUMs of Forage Not Available to Grazing under Alternative B..........4-77

Table 4.40. Riparian Acres Not Available for Grazing and AUMs of Forage under
Alternative B[1] ........................................................................................................4-78

Table 4.41. Additional Acres and AUMs of Forage Not Available to Grazing under the
Proposed Plan .........................................................................................................4-80

Table 4.42. Acres Unavailable for Grazing and AUMs of Forage under the Proposed Plan ....4-81

Table 4.43. Additional Acres and AUMs of Forage Not Available to Grazing under
Alternative D ..........................................................................................................4-83

Table 4.44. Total AUMs of Forage Available and Not Available to Livestock by
Alternative ..............................................................................................................4-84

Table 4.45. Total Acreage Available and Not Available to Livestock by Alternative..............4-84

Table 4.46. Annual Average Acres of Disturbance Due to Minerals Extraction Activities
Under All Alternatives, as well as Percent of Total Planning Area .......................4-85

BLM_0009825

Table 4.47. Baseline/RFD Acreages of Lands and Average Predicted Number of Oil and Gas Wells in the Seven RFD Areas, over 15 Years ............................................... 4-86

Table 4.48. Acres of BLM Lands Available for Mineral Resource Development under Each Alternative ................................................................................................... 4-88

Table 4.49. Number of Predicted Oil and Gas Wells on BLM Lands within RFD Areas under Alternative A, Average over 15 Years and Maximum per Year (MPY) ...... 4-91

Table 4.50. Number of Predicted Oil and Gas Wells on BLM Lands within RFD Areas under Alternative B, Average over 15 Years and Maximum per Year (MPY) ...... 4-93

Table 4.51. Number of Predicted Oil and Gas Wells on BLM Lands within RFD Areas under the Proposed Plan, Average over 15 Years and Maximum per Year (MPY) ............................................................................................................... 4-94

Table 4.52. Number of Predicted Oil and Gas Wells on BLM Lands within RFD Areas under Alternative D, Average over 15 Years and Maximum per Year (MPY) ...... 4-95

Table 4.53. Acreages of Potential ACECs that are Available to Mineral Resource Development under Alternative B ................................................................... 4-103

Table 4.54. Suitable Rivers and Restrictions on Mineral Development under Alternative B ................................................................................................................... 4-104

Table 4.55. Acreages of Potential ACECs that are Available to Mineral Resource Development under the Proposed Plan ........................................................... 4-105

Table 4.56. Suitable Rivers and Restrictions on Mineral Development under the Proposed Plan ................................................................................................................ 4-106

Table 4.57. Acreages of Each VRM Class, by Alternative .................................................... 4-109

Table 4.58. Acres of Avoidance or Exclusion for Rights-of-way (ROWs) in Non-WSA Lands with Wilderness Characteristics .............................................................. 4-117

Table 4.59. Bookcliffs RFD Area and Non-WSA Lands with Wilderness Characteristics .... 4-121

Table 4.60. Big Flat-Hatch Point RFD Area and Non-WSA Lands with Wilderness Characteristics ................................................................................................. 4-121

Table 4.61. Eastern Paradox RFD Area and Non-WSA Lands with Wilderness Characteristics ................................................................................................. 4-122

Table 4.62. RFD Areas with Projected Number of Wells per Year, over 15 Years ............... 4-122

Table 4.63. Non-WSA Lands with Wilderness Characteristics Leasing Stipulations By Alternative ...................................................................................................... 4-123

Table 4.64. OHV Management in Non-WSA Lands with Wilderness Characteristics .......... 4-149

Table 4.65. VRM Designation in Non-WSA Lands with Wilderness Characteristics (acres) .............................................................................................................. 4-158

Table 4.66. Wood-Cutting Restrictions in non-WSA Lands with Wilderness Characteristics ................................................................................................. 4-163

BLM_0009826

Table 4.67. Summary of Oil and Gas Leasing Involving Non-WSA Lands with Wilderness Characteristics.................................................................................4-168

Table 4.68. Summary of VRM Classes Involving Non-WSA Lands with Wilderness Characteristics.................................................................................4-168

Table 4.69. Summary of OHV Area Designations Involving Non-WSA Lands with Wilderness Characteristics....................................................................4-169

Table 4.70. Acres of Woodland Harvest Designations Involving Non-WSA Lands with Wilderness Characteristics..........................................................4-169

Table 4.71. Mapped Geologic Units Within the MPA and their PFYC Classes in Approximate Descending Stratigraphic Order .....................................4-174

Table 4.72. Proposed Acreages per PFYC Classes Open to Oil and Gas Leasing Under Alternative A for Each of the RFD Areas Within the MPA................................4-183

Table 4.73. Proposed Acreages per PFYC Classes Open to Oil and Gas Leasing Under Alternative B for Each of the RFD Areas Within the MPA ................................4-184

Table 4.74. Proposed Acreages per PFYC Classes Open to Oil and Gas Leasing Under the Proposed Plan for Each of the RFD Areas Within the MPA...........................4-184

Table 4.75. Proposed Acreages per PFYC Classes Open to Oil and Gas Leasing Under Alternative D for Each of the RFD Areas Within the MPA................................4-185

Table 4.76. WSA Acreages by PFYC Class.................................................................4-189

Table 4.77. Recreation Activity Participation.............................................................4-197

Table 4.78. Acres Open to Minerals Development and Projected Acres of Surface Disturbance (RFD) Associated with Oil and Gas Development, by Alternative ...............................................................................................4-204

Table 4.79. Summary of SRMA Recreation Analysis Data by Alternative ............4-208

Table 4.80. VRM Management Classes I and II Acreage, by Alternative ..............4-240

Table 4.81. Grazing Restrictions (i.e., in Riparian Areas, by Alternative).............4-244

Table 4.82. Acreage Managed as SRMA, by Alternative........................................4-246

Table 4.83. Acres of Riparian Areas, by OHV Area Designation, by Alternative .................4-247

Table 4.84. Livestock Grazing Acres Available per Alternative.............................4-260

Table 4.85.A. Summary of Well Potential and Acres Open to Leasing on BLM Land per Alternative ..................................................................................4-261

Table 4.86.A. Annual Estimated Royalty Revenue per Alternative .......................4-264

Table 4.86.B. Annual Estimated Severance and Ad Valorem (Property) Taxes per Alternative ...................................................................................4-265

Table 4.87. VRM Class Acreages by Alternative.....................................................4-279

Table 4.88. Factors Contributing to Site Degradation and Their Inherent Risks* .................4-281

BLM_0009827

Table 4.89 Sensitive Soils in Designated Utility Corridors .................................................... 4-284

Table 4.90. Grazing Impacts on Erodible and Reclamation-limited Soils, by Alternative ..... 4-286

Table 4.91. Sensitive Soils with Potential to be Impacted by Oil and Gas Leasing, All
RFD Areas ...................................................................................................... 4-291

Table 4.92. Oil and Gas Leasing Impacts on Erodible and Reclamation-limited Soils in
the Bookcliffs and Greater Cisco RFD Areas .................................................... 4-292

Table 4.93. Sensitive Soils with Potential to be Impacted by OHV Use, by Alternative ........ 4-296

Table 4.94. SRMA Acreage, by Alternative .......................................................................... 4-297

Table 4.95. Acres of Sensitive Soils adjacent to River Segments Eligible for WSR
Designation as Wild, by Alternative ................................................................. 4-304

Table 4.96. Acres ACEC Designated and % WSA by Alternative ......................................... 4-309

Table 4.97. Potential ACECs, Number of Wells Predicted, and Currently Leased Acreage .. 4-310

Table 4.98. Acres of Behind the Rocks Potential ACEC Likely to be Impacted by Oil and
Gas Development*, by Alternative ..................................................................... 4-312

Table 4.99. Acres of Book Cliffs Potential ACEC Likely to be Impacted by Oil and Gas
Development*, by Alternative ............................................................................ 4-314

Table 4.100. Acres of Canyon Rims Potential ACEC Likely to be Impacted by Oil and
Gas Development*, by Alternative ..................................................................... 4-316

Table 4.101. Acres of Cisco White-tailed Prairie Dog Complex Potential ACEC Likely to
be Impacted by Oil and Gas Development*, by Alternative ................................ 4-317

Table 4.102. Acres of Colorado River Corridor Potential ACEC Likely to be Impacted by
Oil and Gas Development*, by Alternative ......................................................... 4-320

Table 4.103. Acres of Highway 279/Shafer Basin/Long Canyon Potential ACEC Likely
to be Impacted by Oil and Gas Development*, by Alternative ............................ 4-324

Table 4.104. Acres of Labyrinth Canyon Potential ACEC Likely to be Impacted by Oil
and Gas Development*, by Alternative ............................................................... 4-326

Table 4.105. Acres of Mill Creek Canyon Potential ACEC Likely to be Impacted by Oil
and Gas Development*, by Alternative ............................................................... 4-328

Table 4.106. Acres of Ten Mile Wash Potential ACEC Likely to be Impacted by Oil and
Gas Development*, by Alternative ..................................................................... 4-329

Table 4.107. Acres of Upper Courthouse Potential ACEC Likely to be Impacted by Oil
and Gas Development*, by Alternative ............................................................... 4-331

Table 4.108. Acres of White Wash Potential ACEC Likely to be Impacted by Oil and Gas
Development*, by Alternative ............................................................................ 4-334

Table 4.109. Acres of Wilson Arch Potential ACEC Likely to be Impacted by Oil and
Gas Development*, by Alternative ..................................................................... 4-336

BLM_0009828

Table 4.110. River Segments that would be Determined Suitable and Total River Miles by Alternative ................................................................................................ 4-337

Table 4.111. WSRs, Number of Wells Predicted, and Currently Leased Acreage .................. 4-339

Table 4.112. Management Proposed for River Segments Considered for WSR Designation, by Alternative .................................................................................. 4-341

Table 4.113. WSA Acreages within the MPA ......................................................................... 4-353

Table 4.114. OHV Designations in WSAs, by Alternative .................................................... 4-354

Table 4.115. Miles of Route Designated, by WSA and by Alternative ................................... 4-354

Table 4.116. Special Status Species in the MPA, by Habitat Type ......................................... 4-359

Table 4.117. Federally Listed Species' Riparian Habitat Proposed for Utility Corridors, in Acres and Percent of Total Habitat in the MPA, by Alternative .......................... 4-373

Table 4.118. Acres of Grazing Exclusions in Special Status Species Habitats, by Alternative ................................................................................................ 4-374

Table 4.119. Salable Minerals Acres of Desert Shrub Habitat by Alternative ........................ 4-378

Table 4.120. Salable Minerals Acres of Sagebrush and Perennial Grassland Habitat by Alternative ................................................................................................ 4-378

Table 4.121. Salable Minerals Acres of Piñon-Juniper Woodland Habitat by Alternative ..... 4-379

Table 4.122. Salable Minerals Acres of Conifer and Mountain Shrub Habitat by Alternative ................................................................................................ 4-379

Table 4.123. Percentage of Species Habitat Affected by Habitat Fragmentation, by Alternative ................................................................................................ 4-380

Table 4.124. Salable Minerals Acres of Riparian Habitat by Alternative ............................... 4-381

Table 4.125. Average Acre-Feet of Water Required for Drilling and Extraction by Alternative, Over the Life of the Plan ................................................................ 4-382

Table 4.126. Existing Protected Special Status Species Habitat, and Acres and Percentage of This Total Habitat Proposed as Closed to Leasing or NSO, by Alternative .... 4-383

Table 4.127. Acres of Predicted Special Status Species' Habitat Disturbance in the MPA, by Alternative ................................................................................................ 4-385

Table 4.128. Acres of Designated Non-motorized Focus Areas, by Alternative .................... 4-390

Table 4.129. Special Status Species Habitats Included within ACECs for Alternative B ....... 4-399

Table 4.130. Special Status Species Habitats Included within ACECs for the Proposed Plan ................................................................................................ 4-400

Table 4.131. Acres of Federally Listed Species Habitat Managed as Wild and Scenic River, by Alternative ........................................................................................ 4-401

Table 4.132. Acreage of OHV Travel Designation Impacts, by Alternative ........................... 4-405

BLM_0009829

Table 4.133. Acreage Within Select Special Status Species Habitats Closed to OHV Use, by Alternative ................................................................................................... 4-405

Table 4.134. Acreages in Each VRM Class, by Alternative ................................................... 4-408

Table 4.135. Acreage of All Wildlife Timing Restrictions for Vegetation Types by Alternative ....................................................................................................... 4-411

Table 4.136. OHV Designations by Alternative .................................................................... 4-418

Table 4.137. Acreage of Vegetation Types Potentially Impacted in Utility Corridors, by Alternative ....................................................................................................... 4-424

Table 4.138. Acres of Each Vegetation Type Excluded from Grazing by Alternative .......... 4-426

Table 4.139. Predicted Surface Disturbance on BLM Lands from Minerals Activities for the 15-Year Life of the Plan (Acres) ................................................................... 4-427

Table 4.140. SRMA Acreages Proposed Under Each Alternative ......................................... 4-428

Table 4.141. Acres of Each Vegetation Type Protected in the Action Alternatives Due to Slope Steepness Category ................................................................................... 4-430

Table 4.142. OHV Area Designations for All Alternatives ................................................... 4-436

Table 4.143. Number of Acres in the MPA Open and Closed to Woodland Harvesting ........ 4-440

Table 4.144. VRM Class Acreages by Alternative ................................................................ 4-442

Table 4.145. MPA VRM Acreage Designations (by percent) ................................................ 4-443

Table 4.146. Acreage Comparison of Action Alternatives' VRM Management Classes to Alternative A VRM Inventory Classes ................................................................ 4-443

Table 4.147. The 15-year Oil and Gas Reasonably Foreseeable Development within the Big Flat-Hatch Point and Eastern Paradox RFD Areas ....................................... 4-444

Table 4.148. Grouping of Wildlife Species by Habitat Type ................................................. 4-450

Table 4.149. Acres of Surface Disturbance due to Utility Corridors by Major Habitat Type .................................................................................................................. 4-454

Table 4.150. Estimated Surface Disturbance (in acres) for Oil and Gas Well Development, by Vegetation (Wildlife Habitat) Type ......................................... 4-462

Table 4.151. Acres of Big Game Crucial Habitat Open and Closed to Surface Disturbance in the MPA by Alternative .................................................................................. 4-463

Table 4.152. Estimated Surface Disturbance (in Acres) on BLM Lands Associated with Geophysical Exploration by Vegetation Type ..................................................... 4-464

Table 4.153. Acres of SRMAs and Designated "Non-Motorized Focus Areas" by Alternative* ....................................................................................................... 4-472

Table 4.154. Number of Acres Within Big Game Habitats That are Protected for Special Status Species ................................................................................................... 4-476

Table 4.155. Wildlife Habitat Closed to OHV Use Under Each Alternative ......................... 4-479

BLM_0009830

Table 4.156. OHV Use Stipulations in Wildlife Habitat Under Each Alternative .................. 4-479

Table 4.157. Number of Acres in the MPA Open and Closed to Woodland Harvesting ........ 4-488

Table 4.158. Percent of Mule Deer and/or Elk Habitat Considered Unfavorable After Fragmentation by Roads (road density > 0.16 km/km²) ...................................... 4-490

Table 4.159. Percent of Mule Deer and/or Elk Habitat Considered Unfavorable After Fragmentation by Roads (road density > 0.62 km/km²) ...................................... 4-490

Table 4.160. Desert Bighorn Sheep Habitat Fragmentation .................................................. 4-491

Table 4.161. Rocky Mountain Bighorn Sheep Habitat Fragmentation Analysis (acres) ......... 4-491

Table 4.162. Percentage of Vegetation Habitat Types Impacted by 400-meter Road Buffer for Migratory Birds ................................................................................... 4-492

Table 4.163. Acres Closed to Woodland Harvesting within Non-WSA Areas Identified with Wilderness Characteristics ................................................................................. 4-495

Table 4.164. Acres Closed to Woodland Harvesting within SRMAs ..................................... 4-495

Table 4.165. Acres Closed to Woodland Harvesting within Potential ACECs ...................... 4-497

Table 4.166. Woodland Acres in the MPA ........................................................................... 4-497

Table 5.1. Tribal Organizations Contacted by the BLM, Utah State Director ............................ 5-3

Table 5.2. Meetings with Tribal Organizations as part of Scoping for the Land-use Plan .......... 5-4

Table 5.3. Meetings with Tribal Organizations to Discuss Draft Alternatives ........................... 5-4

Table 5.4. Plan Consistency Review ......................................................................................... 5-7

Table 5.5. Open House Locations and Attendance .................................................................. 5-21

Table 5.6 Open House Locations, Dates, and Attendance ....................................................... 5-23

Table 5.7. List of Organizations and Individuals that Submitted Substantive Comments ........ 5-27

Table 5.8. List of Individuals that Submitted Substantive Comments ..................................... 5-31

Table 5.9.a–c Public Comments and Responses ...................................................................... 5-37

Table 5.10.a–t Comments Requiring a Change in the Document ........................................... 5-118

Table 5.11. Distribution List Proposed RMP/Final EIS ......................................................... 5-160

Table 5.12. List of Preparers ................................................................................................. 5-164

BLM_0009831

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0009832

**List of Maps**
**(MAPS CONTAINED IN VOLUME 3)**

1-1          Moab Planning Area

2-1          Existing Withdrawals from Mineral Entry

2-2-B        Utility Corridors-Alternative B

2-2-C        Utility Corridors-Proposed Plan

2-2-D        Utility Corridors-Alternative D

2-3          Lands Identified for Disposal

2-4          Grazing Allotments in the Moab Field Office

2-4-A        Areas Not Available for Livestock Grazing-Alternative A

2-4-B        Areas Not Available for Livestock Grazing-Alternative B

2-4-C        Areas Not Available for Livestock Grazing-Proposed Plan

2-4-D        Areas Not Available for Livestock Grazing-Alternative D

2-5-A        Oil and Gas Leasing Stipulations-Alternative A

2-5-B        Oil and Gas Leasing Stipulations-Alternative B

2-5-C        Oil and Gas Leasing Stipulations-Proposed Plan

2-5-D        Oil and Gas Leasing Stipulations-Alternative D

2-6          Known Potash Leasing Areas

2-7          Salable Minerals Sites

2-8-A        Special Recreation Management Areas-Alternative A

2-8-B        Special Recreation Management Areas-Alternative B

2-8-C        Special Recreation Management Areas-Proposed Plan

2-8-D        Special Recreation Management Areas-Alternative D

2-9-B        Recreation Focus Areas-Alternative B

2-9-C        Recreation Focus Areas-Proposed Plan

2-9-D        Recreation Focus Areas-Alternative D

2-10-A       Off Highway Vehicle Categories-Alternative A

2-10-B       Off Highway Vehicle Categories-Alternative B

2-10-C       Off Highway Vehicle Categories-Proposed Plan

2-10-D       Off Highway Vehicle Categories-Alternative D

2-11-A       Inventoried Routes-Alternative A

2-11-B       Designated Routes-Alternative B

BLM_0009833

| | |
|---|---|
| 2-11-C | Designated Routes-Proposed Plan |
| 2-11-D | Designated Routes-Alternative D |
| 2-11-E (A) | Inventoried Motorcycle Routes-Alternative A |
| 2-11-E (B) | Designated Motorcycle Routes-Alternative B |
| 2-11-E (C) | Designated Motorcycle Routes-Proposed Plan |
| 2-11-E (D) | Designated Motorcycle Routes-Alternative D |
| 2-11-F (B) | Mountain Bike Single Track Trails-Alternative B |
| 2-11-F (C) | Mountain Bike Single Track Trails-Proposed Plan |
| 2-11-F (D) | Mountain Bike Single Track Trails-Alternative D |
| 2-12 | Steep Slopes (Over 30 Percent) in Bookcliffs |
| 2-13 | Moderate to High Saline Soils |
| 2-14-A | Areas of Critical Environmental Concern-Alternative A |
| 2-14-B | Areas of Critical Environmental Concern-Alternative B |
| 2-14-C | Areas of Critical Environmental Concern-Proposed Plan |
| 2-15-B | Wild and Scenic Rivers-Alternative B |
| 2-15-C | Wild and Scenic Rivers-Proposed Plan |
| 2-16 | Wilderness Areas and Wilderness Study Areas |
| 2-17 | Endangered Colorado River Fish Critical Habitat |
| 2-18 | Mexican Spotted Owl Habitat |
| 2-19 | Bald and Golden Eagle Habitat |
| 2-20 | Sage Grouse Habitat |
| 2-21 | Prairie Dog Sensitive Species Habitat |
| 2-22 | Ferruginous Hawk and Burrowing Owl Habitat |
| 2-23-A | Visual Resource Management-Alternative A |
| 2-23-B | Visual Resource Management-Alternative B |
| 2-23-C | Visual Resource Management-Proposed Plan |
| 2-23-D | Visual Resource Management-Alternative D |
| 2-24-B | Areas Managed for Wilderness Characteristics-Alternative B |
| 2-24-C | Areas Managed for Wilderness Characteristics-Proposed Plan |
| 2-25 | Pronghorn Habitat |
| 2-25-A | Pronghorn Habitat-Alternative A |
| 2-26-A | Desert Bighorn Sheep Protected Habitat-Alternative A |

BLM_0009834

2-26-B        Desert Bighorn Sheep Lambing, Rutting, and Migration Habitat-Alternative B

2-26-C        Desert Bighorn Sheep Lambing, Rutting, and Migration Habitat-Proposed Plan

2-26-D        Desert Bighorn Sheep Lambing, Rutting, and Migration Habitat-Alternative D

2-27-A        Deer and/or Elk Protected Habitat-Alternative A

2-27-B        Deer and/or Elk Habitat-Alternative B

2-27-C/D      Deer and/or Elk Habitat-Proposed Plan and Alternative D

2-28          Rocky Mountain Bighorn Sheep Habitat

2-29-A        Areas Not Available for Woodland Harvest and Wood Gathering-Alternative A

2-29-B        Areas Not Available for Woodland Harvest and Wood Gathering-Alternative B

2-29-C        Areas Not Available for Woodland Harvest and Wood Gathering-Proposed Plan

2-29-D        Areas Not Available for Woodland Harvest and Wood Gathering-Alternative D

3-1           Moab Planning Area Oil and Gas Fields

3-2           Moab Planning Area Composite Oil and Gas Development Potential

3-3           Moab Planning Area Coalbed Methane-Development Potential

3-4           Moab Planning Area Coal Deposit-Development Potential

3-5           Moab Planning Area Potash and Salt Deposit-Development Potential

3-6           Moab Planning Area Uranium/Vanadium Deposit-Development Potential

3-7           Moab Planning Area Copper Deposit-Development Potential

3-8           Moab Planning Area Limestone Deposit-Development Potential

3-9           Moab Planning Area Sand and Gravel Deposit-Development Potential

3-10          Moab Planning Area Building Stone Deposit-Development Potential

3-11          Moab Planning Area Travertine Deposit-Development Potential

3-12          Moab Planning Area Humate Deposit-Development Potentail

3-13          Moab Planning Area Clay Deposit-Development Potential

3-14          Generalized Geology of the Planning Area

3-15          Vegetation Types

3-16          Moab Reasonably Foreseeable Development (RFD) Areas

BLM_0009835

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0009836

# List of Appendices
## (APPENDICES CONTAINED IN VOLUME 3)

Appendix A   Land Tenure Adjustment And Withdrawal Criteria

Appendix B   Film Permits: Minimum Impact Criteria

Appendix C   Stipulations and Environmental Best Practices Applicable to Oil And Gas Leasing And Other Surface-disturbing Activities

Appendix D   Lands Identified For Disposal In Revised Moab RMP

Appendix E   Moab Field Office Recreation Rules

Appendix F   Special Recreation Management Areas: Goals, Settings, Outcomes and Management Prescriptions

Appendix G   Travel Plan Development

Appendix H   Hydraulic Considerations for Pipelines Crossing Stream Channels; Technical Note 423

Appendix I   Relevance and Importance Evaluations of Area of Critical Environmental Concern (ACEC) Nominations

Appendix J   Wild and Scenic Rivers Study Process

Appendix K   Conservation Measures For T & E Species Of Utah From The Use Plan Programmatic Bas And Section 7 Consultations

Appendix L   Desired Future Condition for Vegetation

Appendix M   Drought Classification System

Appendix N   Additional Wildlife Information

Appendix O   Best Management Practices for Raptors and their Associated Habitats in Utah, August 2006

Appendix P   Identification of Wilderness Characteristics on Non-WSA Lands Managed by Moab BLM

Appendix Q   Standards and Guides for Grazing Management

Appendix R   Standards for Public Land Health and Guidelines for Recreation Management for BLM Lands in Utah

Appendix S   Wildlife Impacts by RFD Area

Appendix T   Utah State University Study Results

Appendix U   Changes Between Moab Draft RMP/EIS and Moab Proposed RMP/Final EIS

Appendix V   Letter from the State of Utah Regarding Air Quality Mitigation Strategies

BLM_0009837

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0009838

# EXECUTIVE SUMMARY

## ES.1 INTRODUCTION

The BLM Moab (Utah) Field Office (Moab FO) has prepared this Proposed Resource Management Plan and Final Environmental Impact Statement (PRMP/FEIS) to provide direction for managing public lands within the Moab Field Office and to analyze the environmental effects. A Draft RMP/EIS with four alternatives was presented to the public on August 25, 2007, which initiated a 90-day public comment period. The comments submitted by the public were considered in formulating the Proposed RMP, also referred to as the Proposed Plan.

The Proposed RMP will replace the Grand Resource Area Resource Management Plan (RMP), which was signed in 1985. The Proposed RMP covers the same area as that covered by the 1985 RMP, which is all of Grand County and the northern one-third of San Juan County (BLM 1985). The Moab planning area (MPA) comprises approximately 2,756,065 acres of land, of which approximately 1,822,562 acres is public land administered by the BLM. Due to its easier access, the BLM Vernal FO presently manages a small amount of public land at the top of the Book Cliffs along the northern portion of the MPA.

The MPA is situated in the canyon, plateau, and desert areas of the Colorado Plateau Physiographic Province. Geographically, the Moab FO is bounded by the Bookcliffs to the north, the Utah-Colorado state line to the east, Harts Point and Lisbon Valley to the south, and the Green River to the west. Major waterways within the planning area include the Colorado River, the Dolores River, and the Green River. Elevations within the planning area range from approximately 13,000 feet above mean sea level in the La Sal Mountains to approximately 3,900 feet above mean sea level at Mineral Bottom along the Green River.

The planning area encompasses Arches National Park, Dead Horse Point State Park, and the La Sal Mountains of the Manti-La Sal National Forest. The Moab FO shares boundaries with lands administered by the BLM Vernal, Monticello, Grand Junction, Uncompahgre, Dolores, and Price FOs, as well as with the Uintah/Ouray Indian Reservation and Canyonlands National Park.

The Proposed RMP was prepared using the BLM's planning regulations and guidance issued under the authority of the Federal Land Policy and Management Act (FLPMA) of 1976. An Environmental Impact Statement (EIS) is incorporated into this document to meet the requirements of the National Environmental Policy Act of 1969 (NEPA), the Council on Environmental Quality regulations for implementing NEPA (40 CFR 1500-1508) and requirements of BLM's NEPA Handbook 1790-1.

## ES.2 PURPOSE AND NEED

### ES.2.1 PURPOSE

FLPMA requires that the BLM "develop, maintain, and when appropriate, revise land-use plans" (43 United States Code [U.S.C.] 1712 [a]). The BLM has determined it is necessary to revise existing land-use plans (LUP) and prepare a new RMP for the MPA based on a number of new issues that have arisen since preparation of the existing land-use plan (1985). The purpose of this Proposed RMP is to provide a comprehensive framework for BLM's management of the public

lands within the MPA and its allocation of resources pursuant to the multiple-use and sustained yield mandate of FLPMA.

## ES.2.2 NEED

The Proposed Plan as presented in this document is necessary because there have been significant changes within the MPA since the time of the 1985 RMP.

## ES.3 PUBLIC INVOLVEMENT

Public involvement has been an integral part of BLM's RMP effort.

The scoping period for the Moab RMP began on June 4, 2003 and ended on January 31, 2004. Comments obtained from the public during the scoping period were used to define the relevant issues that would be resolved by presenting a broad range of alternative management actions.

The Draft RMP/EIS was released to the public on August 25, 2007, with publication of the Notice of Availability by the Environmental Protection Agency. A 90-day public comment period ended on November 30, 2007. The BLM hosted four open houses during the public comment period to provide information to the public on the content of the Draft RMP/EIS and how to provide comments. The preferred alternative (Alternative C) in the Draft RMP/EIS was adjusted based on public comment to formulate the Proposed Plan which is presented in this document. See Chapter 5, Consultation and Coordination, for additional information on public involvement in the RMP process.

## ES.4 PROPOSED PLAN AND DRAFT ALTERNATIVES

The Proposed Plan and three alternatives from the Draft RMP/EIS are presented in the Proposed RMP/Final EIS. Alternative C has been adjusted based on public comment and review of the Draft RMP/EIS and now represents the BLM's Proposed Plan.

### ES.4.1 ALTERNATIVE A - NO ACTION

Alternative A would be a continuation of existing management under the current Grand Resource Area RMP (1985), as amended.

### ES.4.2 ALTERNATIVE B

Alternative B would offer more protection for wildlife and other natural resources, and favor natural systems over commodities development. It would emphasize the protection of natural resources and landscapes as well as non-motorized recreation.

### ES.4.3 PROPOSED PLAN

The Proposed Plan would protect important environmental values and sensitive resources while allowing for commodities development. It would provide a balance between protection of important natural resources and commodity production, as well as offer a full range of recreation opportunities.

Under the Proposed Plan, 1,866 acres would be open to cross country OHV use, 339,298 acres would be closed, and OHV use would be limited to designated routes in the remainder of the

planning area (Table ES1). Approximately 2,642 miles of travel routes (including motorcycle trails) would be designated (Table ES2). Under the Proposed Plan, ten Special Recreation Management Areas (SRMAs) would be designated, and 30 Focus Areas which emphasize a particular recreation activity would be established (Table ES3).

Five Areas of Critical Environmental Concern (ACECs) would be designated under the Proposed Plan, and 10 segments of 3 eligible rivers would be recommended as suitable for Wild and Scenic River (WSR) designation (Table ES4). Approximately 47,761 acres of non-Wilderness Study Area (WSA) lands (in 3 areas) would be managed to protect, preserve, and maintain their wilderness characteristics (Table ES5). All BLM lands within the MPA are classified for oil and gas leasing stipulations. About 370,250 acres would be closed to oil and gas leasing. About 217,480 acres would be managed with No Surface Occupancy (NSO) stipulations, and 427,273 acres would be open with standard stipulations (Table ES6). The remaining 806,994 acres would be managed with timing limitation or controlled surface use stipulations.

## ES.5.4 ALTERNATIVE D

Alternative D would emphasize commodity development over the protection of natural resources, and would emphasize motorized recreation.

The following Tables present a summary of decisions, comparing the Proposed Plan to the No Action alternative. Table ES1 provides the acreage open, limited and closed to OHVs; Table ES2 provides the miles of designated routes; Table ES3 shows the SRMAs and Focus Areas; Table ES4 gives the Special Designations; Table ES5 provides the acreage of lands managed to protect, preserve and maintain their wilderness characteristics; and Table ES6 compares the oil and gas stipulations in the Proposed Plan and the No Action alternative.

### Table ES1. OHV Categories (acres) in No Action Alternative vs. Proposed Plan

| Category | Alt A No Action | PROPOSED PLAN |
|---|---|---|
| Closed | 5,062 | 339,298 |
| Limited to Existing | 1,196,920[1] | 0 |
| Limited to Designated | 0 | 1,481,334 |
| Open | 620,212 | 1,866 |

[1] 48,169 acres would be limited to designated roads and trails; and 309,749 acres would be limited to inventoried routes in WSAs.

BLM_0009841

*Moab PRMP/FEIS*                                                                 *Executive Summary*

**Table ES2. Designated Routes (miles) In Inventory vs. Proposed Plan**

| Item | Inventory | PROPOSED PLAN |
|---|---|---|
| D and B routes | 6,199 | 3,693 |
| D Routes[1] only | 4,673 | 2,519 |
| Singletrack Motocycle Routes | 129 | 150 |
| Motorcycle Routes on Existing D Routes | 142 | 163 |

[1] At time of publication.

**Table ES3. SRMAs and Focus Areas In No Action Alternative vs. Proposed Plan**

| Category | Alt A (ac) No Action | PROPOSED PLAN |
|---|---|---|
| SRMAs | 3 (141,234) | 10 (658,642) |
| Focus Areas | 0 | 30 |

**Table ES4. Special Designations In No Action Alternative vs. Proposed Plan**

| | | Alt A No Action | PROPOSED PLAN |
|---|---|---|---|
| Areas of Critical Environmental Concern | Number | 0 | 5 |
| | Acres | 0 | 63,232 |
| Wild and Scenic Rivers | Eligible Segments | 12 | 29 |
| | Suitable Segments | Deferred | 10 |

**Table ES5. Non-WSA Areas Managed for Wilderness Characteristics In No Action Alternative vs. Proposed Plan**

| | Alt A No Action | PROPOSED PLAN |
|---|---|---|
| Units (#) | 0 | 3 |
| Acres | 0 | 47,761 |

BLM_0009842

**Table ES6. Oil and Gas Leasing Stipulations (acres)**

| Stipulation | Alt A No Action | PROPOSED PLAN |
|---|---|---|
| Standard | 1,038,344 | 427,273 |
| TL and CSU | 389,605 | 806,994 |
| NSO | 38,912 | 217,480 |
| Closed | 353,293 | 370,250 |
| Projected No. of wells/LOP | 451 | 432 |

## ES.5  ENVIRONMENTAL CONSEQUENCES

Selection of Alternative A, the No Action Alternative, would maintain the current rate of progress in meeting land health standards and protecting resource values. It would allow for use levels to mostly continue at current levels in the same places in the MPA, with adjustments required in order to meet Standards for Rangeland Health or to mitigate resource concerns in compliance with existing laws and regulations.

Alternative B would have the least potential to adversely impact physical and biological resources and would protect a variety of vegetation types and wildlife habitats. Alternative B would be the most restrictive to commodity extraction. Consequently, Alternative B would have the greatest potential for short-term adverse impacts to local economies and businesses that depend on public land for commodity extraction.

Implementation of the Proposed Plan would allow for many uses to continue but would constrain certain activities in order to maintain or protect important natural resources. This could result in some short-term adverse impacts to local economies and resource extraction businesses, but long-term economic benefits would be gained from the emphasis on a diversity of recreational activities.

Alternative D offers the greatest potential benefits to the local economy from traditional commodity extraction. Commodity extraction uses would generally be least encumbered by management decisions under this alternative. Alternative D would result in greater impacts on the physical and biological environment than actions proposed under Alternative B or the Proposed Plan.

See Table 2.2 at the end of Chapter 2, Proposed Plan and Draft Alternatives, for a summary of potential impacts of the Proposed Plan and the three alternatives brought forward from the Draft RMP/EIS. Detailed descriptions of impacts of the Proposed Plan and the draft alternatives are provided in Chapter 4.

## ES.6: CHANGES FROM THE DRAFT RMP TO THE PROPOSED RMP

As a result of public comment and internal review of the Draft RMP/EIS, the Preferred Alternative has been adjusted and now represents BLM's Proposed Action in the Proposed RMP/Final EIS.   Changes regarding alternatives focused on adjustments to the Preferred

BLM_0009843

Alternative in order to address public concerns while continuing to meet BLM's legal and regulatory mandates. Changes between the Draft RMP/EIS and the Proposed RMP/FEIS include clarifications in wording, changes to the Preferred Alternative (such as adding two allotments as unavailable for grazing). Additional information and changes throughout the document have been shaded in light gray (with the exception of Chapter 5). See the end of Chapter 1, Introduction, Purpose and Need, for a summary of these changes. See Appendix U for a complete listing of every change between the Draft RMP/EIS and the present document.

## ES.7: NEXT STEPS

Following publication by the EPA and the BLM of a Notice of Availability of the Proposed RMP/Final EIS in the Federal Register and distribution of the Proposed RMP/Final EIS, there will be a 30 day protest period. In addition, a 60-day Governor's Consistency Review period runs concurrently with the first half of the protest period.

The State Director will approve the Proposed RMP/FEIS by issuing a public Record of Decision (ROD), which is a concise document summarizing the findings and decisions brought forward from the Proposed RMP. However, approval shall be withheld on any portion of a plan being protested until final action has been completed on such protest. Before such approval is given, there shall be public notice and opportunity for public comment on any significant change made to the proposed plan. Among other decisions, the proposed ACEC designations and OHV categories (limitations and closures) will be approved when the ROD is signed. Implementation level decisions brought forward into this planning process will be appealable for 30 days after the ROD is signed.

BLM_0009844

# 1.0 INTRODUCTION, PURPOSE AND NEED

The Federal Land Policy and Management Act of 1976 (FLPMA) directs the Bureau of Land Management (BLM) to develop and periodically revise its Resource Management Plans (RMPs), which guide management of BLM-administered public lands. The BLM Moab, Utah, Field Office (MFO) is revising the Grand Resource Area RMP, which was last revised in 1985 (BLM 1985a). The new plan, which is to be called the Moab RMP, in conjunction with the accompanying Environmental Impact Statement (EIS), will provide future management direction for public lands within the boundaries of the Moab Planning Area (MPA). The Moab RMP covers all of Grand County and the northern third of San Juan County. The Proposed Plan presented in this document was crafted from the four alternatives presented in the Draft RMP/EIS that was released to the public for a 90-day comment period on August 25, 2007.

## 1.1 PURPOSE AND NEED FOR THE PLAN

### 1.1.1 PURPOSE

FLPMA requires that the BLM "develop, maintain, and when appropriate, revise land-use plans" (43 United States Code [U.S.C.] 1712 [a]). The BLM has determined it is necessary to revise existing land-use plans (LUP) and prepare a new RMP for the MPA based on a number of new issues that have arisen since preparation of the existing plans. In general, the purpose of this RMP is to provide a comprehensive framework for the BLM's management of the public lands within the MPA and its allocation of resources pursuant to the multiple-use and sustained yield mandate of FLPMA. In addition, the purpose of this plan revision is as follows:

- To consolidate the existing LUP and its amendments.
- To reevaluate, with public involvement, existing conditions, resources, and uses, and reconsider the mix of resource allocations and management decisions designed to balance uses and the protection of resources pursuant to FLPMA and applicable law.
- To resolve multiple-use conflicts or issues between resource values and resource uses. The resulting Moab RMP will establish consolidated guidance and updated goals, objectives, and management actions for the public lands in the decision area. The RMP will be comprehensive in nature and will address issues that have been identified through agency, interagency, and public scoping efforts.
- To disclose and assess the direct, indirect, and cumulative impacts of the reasonably foreseeable future actions resulting from the management actions in the Proposed Plan and draft alternatives pursuant to the requirements of the National Environmental Policy Act (NEPA), its implementing regulations, and other applicable laws.

### 1.1.2 NEED

A revision to the 1985 RMP is necessary because there have been significant alterations in the MPA in light of new information and changed resources, circumstances, and policies that may be relevant to the future management of public lands and allocation of resources under the multiple-

use and sustained yield mandate. This determination is further corroborated by a Special Evaluation Report, completed in 2002 by the MFO (BLM 2002a), which concluded that some of the decisions within the 1985 RMP are in need of revision.

There have been changes in the laws, policies, and regulations that direct the management of the resources on MPA public lands. There has also been an increase in the amount of new information and resource data that need to be considered to better manage the public lands. Population in and visitation to the region have grown, and population demographics have changed, as have public awareness and use of lands within the MPA. Specifically, there may be a need to evaluate management prescriptions and resource allocations to address the increases in recreation and visitor use, including scenic quality and open spaces, as well as the increased interest in oil and gas development. Land use plan decisions may be changed only through the amendment or revision process.

## 1.2 DESCRIPTION OF THE MOAB PLANNING AREA (MPA)

### 1.2.1 OVERVIEW

The MPA is situated in the canyon, plateau, and desert areas of the Colorado Plateau physiographic province (Figure 1.1). It is located in southeastern Utah and includes all of Grand County and the northern third of San Juan County. Geographically, the MPA is bounded by the Book Cliffs to the north, the Utah-Colorado state line to the east, Harts Point and Lisbon Valley to the south, and the Green River to the west. Major waterways within the MPA include the Colorado River, the Dolores River, and the Green River. Elevations within the MPA range from approximately 13,000 feet above mean sea level in the La Sal Mountains to approximately 3,900 feet above mean sea level at Mineral Bottom along the Green River.

The MPA encompasses Arches National Park, Dead Horse Point State Park, the La Sal Mountains of the Manti–La Sal National Forest, and the Uintah/Ouray Indian Reservation. The MPA shares boundaries with lands administered by the BLM Vernal, Monticello, Grand Junction, Uncompahgre, Dolores, and Price FOs, as well as with Canyonlands National Park (within the Monticello FO).

The MPA comprises approximately 2,756,065 acres of land, of which approximately 1,822,562 acres is public land administered by the BLM (Table 1.1). In addition, the MFO also manages approximately 29,680 acres of subsurface mineral estate within the MPA and manages leasable minerals on 141,240 acres under U.S. Forest Service lands on the Manti–La Sal National Forest. Due to its easier access, the BLM Vernal FO presently manages a small amount of public land (33,331 acres) at the top of the Book Cliffs along the northern portion of the MPA. Decisions for these 33,331 acres are contained in the Vernal RMP. It is important to note that the BLM may only make decisions that affect public lands and resources, but it is responsible for collaborative planning with the public and adjacent jurisdictions so as to consider the impacts of its actions on all the resources in the region. Land ownership and administration of lands within the MPA are described in Table 1.1 and Map 1-1.

BLM_0009846

**Table 1.1. Land Management within the MPA (acres)**

| Land Management | Grand County | San Juan County | Total |
|---|---|---|---|
| BLM | 1,529,390* | 293,172 | 1,822,562* |
| Indian Lands | 197,992 | 0 | 197,992 |
| Department of Defense | 1,631 | 0 | 1,631 |
| National Park Service | 76,396 | 0 | 76,396 |
| Private | 101,976 | 56,294 | 158,270 |
| State Trust Lands | 283,613 | 56,608 | 340,221 |
| State Parks, County, City, Wildlife Park, and Outdoor Recreation Areas | 16,339 | 1,068 | 17,407 |
| USDA Forest Service | 57,298 | 83,942 | 141,240 |
| Acreage of Water | 168 | 178 | 346 |
| Total | 2,264,803 | 491,262 | 2,756,065 |

*This total includes the 33,331 acres managed by the BLM Vernal FO.
*Source*: BLM 2004a.

Also contained within the MPA are several communities, diverse terrain, and scenic landscapes that figure prominently in the settlement, history, culture, and recreational enjoyment of southern Utah. Many occupational pursuits historically associated with this region of the Intermountain West—including farming, ranching, mining, tourism, retail trade, transportation, and construction—are practiced by residents within the MPA. Major communities in the MPA are Moab, La Sal, Castle Valley, Thompson, Crescent Junction, and Elgin. Major transportation routes include Interstate 70 (I-70), U.S. Highway 191, and State Routes 279 (Potash State Scenic Byway), 128 (Colorado River State Scenic Byway), and 313 (Dead Horse Mesa State Scenic Byway).

### 1.2.2 LAND USES

The MPA is internationally renowned for both its scenic quality and its recreational opportunities, which are the primary land uses in the MPA. Approximately 2 million visitors per year enjoy the diverse and varied recreational opportunities of the MPA and form the basis for Grand County's tourism-based economy. Recreational opportunities include scenic driving, mountain biking, hiking, rafting and boating, rock climbing, riding off-highway vehicles (OHVs), and horseback riding. The many trail-based recreational activities in the MPA are highly dependent upon route systems. Many of these route systems have been based on the network of roads and trails created originally for mineral exploration.

Mineral exploration and development are the next most prominent use of public lands in the MPA. Oil and gas exploration and production has occurred within the MPA continually for the past 100 years. Production of oil and gas is currently taking place in Greater Cisco and the eastern Book Cliffs, in Lisbon Valley, and on Big Flat. Another current mineral activity in the MPA is copper development; a large commercial copper deposit has been delineated in Lisbon Valley, and production is currently underway. Uranium deposits can be found throughout the southern half of the MPA. These deposits have been mined continually for over 90 years, first for

BLM_0009847

their radium content and later for their vanadium co-product. Other mineral deposits within the MPA include potash, coal, placer gold, limestone, building stone, travertine, humate, sand and gravel, and clay.

Another aspect of the MPA is the protection of certain natural and cultural resources from the impacts of human use. A number of federally listed endangered or threatened wildlife species inhabit the MPA, including the Mexican spotted owl, southwestern willow flycatcher, Colorado pikeminnow, humpback chub, bonytail chub, bald eagle, and peregrine falcon. The MPA also contains habitat for deer, elk, bighorn sheep (both desert and Rocky Mountain), and pronghorn. Prehistoric archaeological sites of ancestral Pueblo and Fremont cultures are also known to be in the MPA, as are later historical sites of cultural significance.

Other land uses within the MPA include rights-of-way (ROWs) for roads, pipelines, power lines, and communication sites, as well as commercial filming and livestock grazing.

## 1.3 BLM'S PLANNING PROCESS

FLPMA requires the BLM to use LUPs as tools by which "present and future use is projected" (43 United States Code [U.S.C.] 1701 [a][2]). FLPMA's implementing regulations for planning, 43 CFR Part 1600, state that land-use plans are a preliminary step in the overall process of managing public lands, "designed to guide and control future management actions and the development of subsequent, more detailed and limited scope plans for resources and uses" (43 CFR Part 1601.0-2). Public participation and input are important components of land-use planning.

Revision of an existing plan is a major federal action for the BLM. NEPA requires federal agencies to prepare an EIS for major federal actions; thus, this EIS accompanies the revision of the existing RMP. This EIS analyzes the impacts of the Proposed Plan and three draft alternatives for the MPA, including the No Action Alternative. The No Action Alternative reflects current management (the existing plan). NEPA requires analysis of a No Action Alternative.

### 1.3.1 NINE-STEP PLANNING PROCESS

The BLM uses a nine-step planning process (Figure 1.1) when developing and revising RMPs as required by 43 CFR Part 1600 and planning program guidance in the BLM Handbook H-1601-1, Land Use Planning Handbook (BLM 2005a). The planning process is designed to help the BLM identify the uses of BLM-administered lands desired by the public and to consider these uses to the extent they are consistent with the laws established by Congress and the policies of the executive branch of the federal government.

As depicted in Figure 1.1, the planning process is issue-driven (**Step 1**). The plan revision process is undertaken to resolve management issues and problems as well as to take advantage of management opportunities. The BLM utilized the public scoping process to identify planning issues to direct (drive) the revision of the existing plan. The scoping process also was used to

BLM_0009848

introduce the public to preliminary planning criteria, which set limits to the scope of the RMP revision (**Step 2**).



**Figure 1.1. Nine-step planning process.**

As appropriate, the BLM used existing data from files and other sources and collected new data necessary to update or supplement existing data in order to address planning issues and to fill data gaps identified during public scoping (**Step 3**). Using these data, information concerning the resource management programs, and the planning criteria, the BLM completed an Analysis of the Management Situation (AMS) (**Step 4**) to describe current management and to identify management opportunities for addressing the planning issues. Current management reflects management under the existing plan as well as management that would continue through selection of the No Action Alternative. The existing affected environment is summarized from the AMS into Chapter 3, Affected Environment, of the Draft RMP/EIS revision.

Results of the first four steps of the planning process clarified the purpose and need and identified key planning issues that need to be addressed by the RMP revision. Key planning issues reflect the focus of the RMP revision and are described in more detail in Section 1.3.2, below.

Alternatives constitute a range of management actions that set forth different priorities and measures to emphasize certain uses or resource values over other uses or resource values (usually representing a continuum from extraction and development to preservation/conservation) pursuant to the multiple-use and sustained yield mandates, so as to achieve certain goals or

BLM_0009849

objectives. During alternative formulation (**Step 5**), the BLM collaborated with cooperating agencies to identify goals and objectives (desired outcomes) for resources and resource uses in the MPA. These desired outcomes addressed the key planning issues, were constrained by the planning criteria, and incorporated the management opportunities identified by the BLM. The details of alternatives were filled in through the development of management actions and allowable uses anticipated to achieve the goals and objectives. The alternatives represent a reasonable range for managing resources and resource uses within the MPA. Chapter 2 of this document, Proposed Plan and Draft Alternatives, describes and summarizes the Proposed Plan and draft alternatives considered in detail.

This Proposed RMP/Final EIS also includes an analysis of the impacts of the Proposed Plan and the draft alternatives in Chapter 4, Environmental Consequences of Proposed Plan and Draft Alternatives, (**Step 6**). With input from cooperating agencies and BLM specialists, and consideration of planning issues, planning criteria, and the impacts of alternatives, the BLM identified and recommended that, at the time of the Draft RMP/EIS, Alternative C was the Preferred Alternative from among the four alternatives presented (**Step 7**). This is documented in the Draft RMP/EIS, which was distributed for a 90-day public review and comment period on August 25, 2007.

**Step 8** of the land-use planning process occurred following receipt and consideration of public comments on the Draft RMP/EIS. In preparing the Proposed RMP/Final EIS, the BLM considered all comments it received during the public comment period. The Proposed Plan was crafted from the draft alternatives.

**Step 9** is the monitoring and evaluation process. Monitoring is the repeated measurement of activities and conditions over time. Evaluation is a process in which the plan and monitoring data are reviewed to see if management goals and objectives are being met and if management direction is sound. Monitoring data gathered over time is examined and used to draw conclusions on whether management actions are meeting stated objectives, and if not, why. Conclusions are then used to make recommendations on whether to continue current management or what changes need to be made in management practices to meet objectives.

The two types of monitoring that are tied to the planning process include implementation and effectiveness monitoring. Land use plan monitoring is the process of (1) tracking the implementation of land use planning decisions and (2) collecting and assessing data/information necessary to evaluate the effectiveness of land use planning decisions. The two types of monitoring are described below.

**Implementation Monitoring:** Implementation monitoring is the most basic type of monitoring and simply determines whether planned activities have been implemented in the manner prescribed by the plan. Some agencies call this compliance monitoring. This monitoring documents BLM's progress toward full implementation of the land use plan decision. There are no specific thresholds or indicators required for this type of monitoring.

**Effectiveness Monitoring:** Effectiveness monitoring is aimed at determining if the implementation of activities has achieved the desired goals and objectives. Effectiveness

BLM_0009850

monitoring asks the question:   Was the specified activity successful in achieving the objective? This requires knowledge of the objectives established in the RMP as well as indicators that can be measured. Indicators are established by technical specialists in order to address specific questions, and thus avoid collection of unnecessary data. Success is measured against the benchmark of achieving desired future conditions established by the plan.

Regulations at 43 CFR 1610.4-9 require that the proposed plan establish intervals and standards, as appropriate, for monitoring and evaluation of the plan, based on the sensitivity of the resource decisions involved. Progress in meeting the plan objectives and adherence to the management framework established by the plan is reviewed periodically.   CEQ regulations implementing NEPA state that agencies may provide for monitoring to assure that their decisions are carried out and should do so in important cases (40 CFR 1505.2(c)).   To meet these requirements, the BLM will review the plan on a regular schedule in order to provide consistent tracking of accomplishments and provide information that can be used to develop annual budget requests to continue implementation.

Land use plan evaluations will be used by BLM to determine if the decisions in the RMP, supported by the accompanying NEPA analysis, are still valid.   Evaluation of the RMP will generally be conducted every five years per BLM policy, unless unexpected actions, new information, or significant changes in other plans, legislation, or litigation triggers an evaluation. Land use plan evaluations determine if decisions are being implemented, whether mitigation measures are satisfactory, whether there are significant changes in the related plans of other entities, whether there is new data of significance to the plan, and if decisions should be changed through amendment or revision.   Evaluations will follow the protocols established by the BLM Land Use Planning Handbook H-1601-1 in effect at the time the evaluation is initiated.   Specific monitoring and evaluation needs are identified by resource/uses throughout Chapter 2.

### 1.3.2 SCOPING AND IDENTIFICATION OF ISSUES FOR DEVELOPMENT OF THE PROPOSED PLAN AND DRAFT ALTERNATIVES

#### 1.3.2.1 THE SCOPING PROCESS

Public input was generated through a formal public scoping period, which began with the publication of the Notice of Intent in the Federal Register on June 4, 2003. The scoping period included six public scoping meetings. The formal scoping period ended on January 31, 2004. The majority of comments emphasized OHV management, recreation, and areas of special designation. Other issues of high interest included non–WSA lands with wilderness characteristics, minerals, livestock grazing, wildlife resources, and cultural resources. The scoping process identified the affected public and agency concerns, defined the relevant issues and draft alternatives that were examined in detail in the Draft RMP/EIS, and eliminated those that are not significant.

For the Moab planning process, scoping comments received from the public were placed in one of three categories:

1.  Issues identified for consideration in the Moab RMP;

BLM_0009851

2. Issues to be addressed through policy or administrative action (and therefore not addressed in the RMP);

3. Issues eliminated from detailed analysis because they are beyond the scope of the RMP (and therefore not addressed in the RMP).

The Final Scoping Summary (available for review on the Moab planning web page at www.blm.gov/rmp/ut/moab), prepared in conjunction with the Draft RMP/EIS, summarizes the scoping process. Other resource and use issues are identified in the BLM Planning Handbook and Manual (H1610-1). All of these issues were considered in developing the draft alternatives that were brought forward in the Draft RMP/EIS.

## 1.3.2.2 ISSUES ADDRESSED THROUGH POLICY OR ADMINISTRATIVE ACTION

Policy or administrative actions include those actions that are implemented by the BLM because they are standard operating procedure, because federal law requires them, or because they are BLM policy. They are, therefore, issues that are eliminated from detailed analysis in this planning effort. Administrative actions do not require a planning decision to implement. The following issues raised during scoping are already addressed by administrative actions:

- Compliance with existing laws and policies (e.g., FLPMA, NEPA, Endangered Species Act, American Antiquities Act, Clean Air Act, Colorado River Basin Salinity Control Act, and the National Historic Preservation Act).

- Application of the BLM's Standards for Rangeland Health and Guidelines for Livestock Grazing Management addresses, among other issues, the allocation of forage for grazing animals and wildlife, the numbers of livestock, and changes in grazing management practices.

- Education, enforcement/prosecution, vandalism, and volunteer coordination.

- Consistency with existing federal, state, and local plans.

- Management of cultural resources, which includes up-to-date inventories, non-disclosure of sensitive sites, proposal of cultural sites for the National Register of Historic Places, and Native American consultation.

- Management of the MPA's 11 existing Wilderness Study Areas (WSAs; approximately 348,800 acres) under the Interim Management Policy for Lands Under Wilderness Review (IMP; H-8550-1; BLM 1995). These WSAs are statutorily required (pursuant to FLPMA Section 603[c]) to be managed to protect their suitability for Congressional designation into the National Wilderness Preservation System. There are, however, a few decisions that will be made for WSAs in this planning effort. They include applying a visual resources management (VRM) Class I objective to the WSAs and determining if the WSAs will be limited or closed to off-highway vehicle (OHV) use. Because this planning effort will also consider designating ways in the limited areas as an implementation action, specific ways available for use will be disclosed and analyzed.

- Management of the Black Ridge Canyons Wilderness Area. This wilderness area was Congressionally designated in 2000 under Public Law 106-353 and is managed by the Grand Junction Field Office through an RMP for the McInnis Canyons National Conservation Area and Black Ridge Canyons Wilderness.

- Completion of inventory of riparian and wetland areas and the use of monitoring and mitigation to help protect these resources.

- Continuing work on a comprehensive sign system and maps for recreational and other users.

- Administration of existing mineral leases, permits, and other authorized uses.

- Use of valid existing rights.

- Monitoring wildlife and biodiversity.

- Monitoring air quality.

- Mitigation measures for site-specific projects.

- Eligibility standards for specially designated areas.

- Protection of threatened, endangered, or sensitive species.

- Coordination with local, state, and federal agencies.

- Cooperation with user groups.

- The allocation of forage between livestock and wildlife and the application of specific management practices on allotments within the planning area. (This issue is provided for through the application of Utah's Standards for Rangeland Health and Guidelines for Livestock Management and supporting monitoring data. When monitoring and inventory data indicate, changes are made to livestock and wildlife numbers and their management to assure that resource objectives will be met. These allocation and management adjustments are implementation decisions according to the BLM's planning handbook and are done on an allotment or other site specific basis.)

### 1.3.2.3 ISSUES ELIMINATED FROM DETAILED ANALYSIS BECAUSE THEY ARE BEYOND THE SCOPE OF THE PLAN

Issues beyond the scope of the RMP planning process include all issues not related to decisions that would occur as a result of the planning process. They include decisions that are not under the jurisdiction of the MFO or that are beyond the capability of the BLM to resolve as part of the planning process. Issues identified in this category include the following:

- The State of Utah and Grand and San Juan counties may hold valid existing rights-of-way in the planning area pursuant to Revised Statute (RS) 2477, Act of July 28, 1866, Chapter 262, 8, 14 Stat. 252, 253, *codified at* 43 U.S.C. 932. On October 21, 1976, Congress repealed R.S. 2477 through passage of FLPMA. This RMP does not adjudicate, analyze, or otherwise determine the validity of claimed rights-of-way. However, nothing in the RMP extinguishes any valid right-of-way, or alters in any way the legal rights the state and counties have to assert and protect RS 2477 rights or to challenge in federal court or other appropriate venues any use restrictions imposed by the RMP that they believe are inconsistent with their rights.

- New wilderness or WSA proposals.

- Eliminating grazing, mineral development, and OHV use on all public lands.

- Activities and uses beyond the jurisdiction of the BLM.

- Changing existing laws, policies, and regulations.

BLM_0009853

- Availability of funding and personnel for managing programs.
- Considering alternative energy sources as substitutes for activities related to mineral development.

### 1.3.3 DEVELOPMENT OF PLANNING CRITERIA

Planning criteria are based on appropriate laws, regulations, BLM Manual sections, and policy directives, as well as on public participation and coordination with cooperating agencies, other federal agencies, state and local governments, and Indian tribes. Planning criteria are the standards, rules, and factors used to resolve issues and develop alternatives. Planning criteria are prepared to ensure decision making is tailored to the issues and to ensure that the BLM avoids unnecessary data collection and analysis.

Planning criteria have been developed to guide the development of the Proposed Plan and draft alternatives. The planning criteria to be considered in the development of the RMP are as follows:

- The planning process would recognize the existence of valid existing rights, including water rights.
- All decisions made in the planning process would apply only to public lands and, where appropriate, split-estate lands where the subsurface mineral estate is managed by the BLM.
- As described by law and policy, the BLM would strive to ensure that its management actions are as consistent as possible with other adjoining planning jurisdictions, both federal and non-federal.
- Management of existing WSAs would be guided by the IMP (BLM 1995). Should Congress release all or part of a WSA from wilderness study, resource management would be determined by preparing an amendment to the RMP. Actions inconsistent with RMP goals and objectives would be deferred until completion of requisite plan amendments. Because the management direction of the released land would continue in accordance with the goals and objectives established in the RMP, there is no separate analysis required in this land-use plan to address resource impacts if any WSAs are released. If Congress acts to designate any lands within the MPA as wilderness, they would be managed pursuant to Congress's designation and the Wilderness Act.
- The Standards for Public Land Health (BLM 1997a, 2002b) would apply to all activities and uses. The Standards, as well as the BLM guidelines for grazing and recreation management implemented to achieve the Standards, would be applicable to the Proposed Plan and the draft alternatives to the RMP analyzed in this Final EIS.
- Baseline Reasonably Foreseeable Management/Development scenarios would be developed and portrayed for oil and gas, and other uses as appropriate, based on historical, existing, and projected levels for all mineral resource programs.
- Based on consultation with Native Americans, the BLM would consider sites, areas, issues, and objects important to their cultural and religious heritage.
- The BLM would adhere to all applicable laws, including those on water rights and state and local laws where appropriate; regulations; BLM manual sections; and current policy

BLM_0009854

directives pertaining to management of public lands. For example, all management actions would comply with the Endangered Species Act and all laws concerning cultural resources.

- The socioeconomic impacts of the Proposed Plan and draft alternatives would be addressed.
- Areas potentially suitable for designation as ACECs and other special designations would be identified and, where appropriate, brought forward for analysis in the EIS.
- River segments would be considered for inclusion in the National Wild and Scenic Rivers System, and determinations of eligibility, suitability, tentative classification, and protective management would be made in accordance with Section 5(d) of the Wild and Scenic Rivers Act and BLM Manual 8351.

## 1.4 RELATIONSHIP TO OTHER POLICIES, PLANS, AND PROGRAMS

This RMP is a preliminary step in the overall process of managing public lands. Subsequent more detailed or limited decisions and plans may implement BLM's projections. As a result, this planning process must recognize the many ongoing programs, plans, and policies that are being implemented in the MPA by other land managers and government agencies. The BLM will seek to be consistent with or complementary to other management actions whenever possible. Plans that need to be considered during the MFO's planning effort include the following:

### 1.4.1 STATE OF UTAH
- Dead Horse Point State Park Resource Management Plan
- Plans of the Utah School and Institutional Trust Lands Administration (SITLA)
- Regional plans of the Utah Department of Transportation (UDOT)
- State of Utah plans relating to water management, water quality, nonpoint source pollution, watershed management, and air quality
- Utah's State Comprehensive Outdoor Recreation Plan (SCORP)

### 1.4.2 COUNTY LAND USE PLANS
- San Juan County, Utah: San Juan County Master Plan (1996)
- Grand County, Utah: Grand County General Plan Update (2004)

### 1.4.3 OTHER FEDERAL PLANS
- Canyonlands National Park Natural Resource Management Plan
- Canyonlands National Park general management plans (NPS 1974, 2003, 2006)
- Canyonlands National Park backcountry management plan (1984, 1995)
- Land and Resource Management Plan, Manti–La Sal National Forest (USDA [USFS] 1986)
- General Management Plan and Development Concept Plan: Arches National Park (NPS 1989)
- RMPs for the BLM Vernal, Grand Junction, Uncompahgre, Dolores, and Price field offices (BLM 1985b, 1985c, 1985d, 1987, 1989a, 1993a)

BLM_0009855

- Colorado Canyons National Conservation Area Management Plan (BLM 2003a)

### 1.4.4 ENDANGERED SPECIES RECOVERY PLANS

Endangered species recovery plans are prepared by the U.S. Fish and Wildlife Service to promote the recovery of threatened and endangered species.

- Colorado Pikeminnow Recovery Plan (USFWS 1978, 1990, 1991, 2002a)
- Humpback Chub Recovery Plan (USFWS 1979, 1990a, 2002b)
- Northern States Bald Eagle Recovery Plan (USFWS 1983)
- Bonytail Chub Recovery Plan (USFWS 1984, 1990b, 2002c)
- Recovery Implementation Program EA for the Endangered Fish Species in the Upper Colorado River Basin (USFWS 1987)
- Black-footed Ferret Recovery Plan (USFWS 1988)
- Mexican Spotted Owl Recovery Plan (USFWS 1995)
- Razorback Sucker Recovery Plan (USFWS 1999, 2002d)
- Final Recovery Plan for the Southwestern Willow Flycatcher (USFWS 2002e)

### 1.4.5 ENERGY POLICY AND CONSERVATION ACT (EPCA)

In May 2001, the Bush administration's Comprehensive National Energy Policy was issued, which directed the Secretary of the Interior to

> examine land status and lease stipulation impediments to federal oil and gas leasing, and review and modify those where opportunities exist (consistent with the law, good environmental practice and balanced use of other resources).

Under this directive, the Assistant Secretary of the Interior for Land and Minerals Management delivered to Congress an inventory of U.S. oil and gas resources in five western basins, as well as the extent and nature of any restrictions or impediments to their development. This report was prepared at the request of Congress under the provisions of the 2000 Energy Policy and Conservation Act (EPCA).

In April 2003, the BLM specified four EPCA integration principles, as follows:

1. Environmental protection and energy production are both desirable and necessary objectives of sound land management practices and are not to be considered mutually exclusive priorities.
2. The BLM must ensure appropriate accessibility to energy resources necessary for the nation's security, while recognizing that special and unique non-energy resources can be preserved.
3. Sound planning will weigh the relative resource values, consistent with the multiple use and sustained yield mandates required by FLPMA.
4. All resource impacts, including those associated with energy development and transmission, will be mitigated to prevent unnecessary or undue degradation.

BLM_0009856

### 1.4.6 ENERGY POLICY ACT OF 2005 AND THE WESTERN ENERGY CORRIDOR PROGRAMMATIC EIS (PEIS)

Section 368 of the Energy Policy Act of 2005 (designation of West-wide energy corridors) is being implemented via the current development of an interagency, Programmatic EIS (PEIS). The Final PEIS could amend numerous RMPs in the western U.S., providing decisions that will address numerous energy corridor-related issues, including the utilization of existing corridors (with enhancements and upgrades), identification of new corridors, supply and demand considerations, and compatibility with other corridor and project planning efforts.

### 1.4.7 MEMORANDUM OF UNDERSTANDING (MOU) BETWEEN THE U.S. DEPARTMENT OF THE INTERIOR; THE BUREAU OF LAND MANAGEMENT (BLM); AND THE U.S DEPARTMENT OF AGRICULTURE, U.S. FOREST SERVICE CONCERNING OIL AND GAS LEASING OPERATIONS

The purpose of this Memorandum of Understanding (MOU) is to establish joint BLM and Forest Service policies and procedures for managing oil and gas leasing and operational activities pursuant to oil and gas leases on National Forest Service (NFS) lands, consistent with applicable law and policy. The MOU was signed in 2006 for the purpose of efficient, effective compliance with statutory and regulatory requirements. The MOU establishes the roles of the Forest Service and the BLM in processing Applications for Permits to Drill and review of subsequent operations.

### 1.4.8 ACTIVITY PLANS AND AMENDMENTS TO THE GRAND RESOURCE AREA RMP (1985)

The existing Grand Resource Area RMP has undergone numerous land-use plan amendments from which decisions will either be carried forward under this new RMP or would be changed via the Proposed Plan and draft alternatives. The same is true for the activity level plans that have been completed in conformance with the Grand Resource Area RMP. The activity plans and amendments that will continue to be brought forward under the Proposed Plan and draft alternatives are noted below. Those that may be changed under the Proposed Plan and draft alternatives are also noted.

- Grazing Amendment to RMP (Livestock conversions) (1988); (changed by the Proposed Plan and draft alternatives in this planning process)

- Grand Resource Area RMP Oil and Gas Supplemental Environmental Assessment (1988); (changed by the Proposed Plan and draft alternatives in this planning process)

- Bighorn Sheep Amendment (1990, 1993b); (common to the Proposed Plan and draft alternatives)

- Colorado Riverway Recreation Area Management Plan (1992a); (common to the Proposed Plan and draft alternatives)

- Sand Flats Recreation Management Plan (1994a); (common to the Proposed Plan and draft alternatives)

- Livestock Grazing Use Adjustments (1996); (common to the Proposed Plan and draft alternatives)

BLM_0009857

- Ken's Lake Emergency Plan (1996); (common to the Proposed Plan and draft alternatives)
- Utah's Colorado Riverway Special Management Recreation Area Amendment (2001a); (common to the Proposed Plan and draft alternatives)
- Mill Creek Canyon Management Plan (2001b); (common to the Proposed Plan and draft alternatives)
- Canyon Rims Recreation Area Management Plan (2003b); (common to the Proposed Plan and draft alternatives)
- Three Rivers Withdrawal (2004b); (common to the Proposed Plan and draft alternatives)
- Cameo Cliffs Special Recreation Management Area Plan (2005b); (common to the Proposed Plan and draft alternatives)
- Normal Year Fire Rehabilitation and Stabilization Plan (2006a); (common to the Proposed Plan and draft alternatives)
- Moab District Fire Management Plan (2006b); (common to the Proposed Plan and draft alternatives)

### 1.4.9 HABITAT MANAGEMENT PLANS (HMP)

A Habitat Management Plan (HMP) provides guidance for the management of a defined habitat for a target wildlife species, protecting and improving habitat for that species and for other species utilizing the habitat. These plans are usually written in coordination with the Utah Division of Wildlife Resources

- Cisco Desert HMP (1985a); (common to the Proposed Plan and draft alternatives)
- Hatch Point HMP (1985b); (common to the Proposed Plan and draft alternatives)
- Dolores Triangle HMP (1985c); (common to the Proposed Plan and draft alternatives)
- The Potash-Confluence HMP (1986); (common to the Proposed Plan and draft alternatives)
- Wild and Scenic River Study Colorado and Lower Dolores Rivers EIS (NPS 1979); (changed by the Proposed Plan and draft alternatives in this planning process)
- Utah BLM Statewide Wilderness EIS (1990); (common to the Proposed Plan and draft alternatives)
- Lisbon Valley Copper Project EIS (BLM 1997b); (common to the Proposed Plan and draft alternatives)
- Questar, Williams, and Kern River Pipeline Project EIS (BLM 2001c); (common to the Proposed Plan and draft alternatives)
- Remediation of the Moab Uranium Tailings, Grand and San Juan Counties, Utah EIS (DOE 2005); (common to the Proposed Plan and draft alternatives)
- Vegetation Treatment on BLM Lands in Thirteen Western States (1991a); (common to the Proposed Plan and draft alternatives)
- Final Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Impact Statement and Associated Record of Decision. USDI, Bureau of Land Management, 2007 (FES 07-21)

BLM_0009858

- Final Vegetation Treatments on Bureau of Land Management Lands in 17 Western States Programmatic Environmental Report. USDI, Bureau of Land Management, 2007 (FES07-21)

## 1.5 SUMMARY OF CHANGES FROM THE DRAFT RMP/EIS TO THE PROPOSED PLAN RMP/FINAL EIS

The Draft RMP/EIS was released to the public on August 25, 2007, which initiated a 90-day comment period. Comments were received from the public, cooperators, and other interested parties. See Chapter 5, Consultation and Coordination, for details of the public comment process.

As a result of public comment and internal review of the Draft RMP/EIS, the BLM has formulated the Proposed Plan in the Proposed RMP/Final EIS. The Proposed Plan/FEIS does not carry forward Alternative C (the Preferred Alternative) from the Draft RMP/EIS. Rather the Proposed Plan/RMP consists of a combination of all the alternatives.

Changes regarding the Proposed Plan and draft alternatives focused on adjustments in order to address public concerns while continuing to meet the BLM's legal and regulatory mandates. Additional information and changes throughout Chapters 1 through 4 have been shaded in light gray. Changes are a result of

- adjustments to Decisions,
- clarifications to better explain the management proposed in the Draft RMP/EIS,
- updates to information,
- updates to maps, and
- minor corrections, including typographical errors.

### 1.5.1 SUMMARY OF CHANGES TO DECISIONS BETWEEN THE PREFERRED ALTERNATIVE (DRAFT EIS) AND THE PROPOSED PLAN (FINAL EIS)

- Add six decisions clarifying the BLM's responsibilities regarding Air Quality.
- Delete the Cultural Resources decision allocating percentages of sites to various categories.
- Delete prioritization of National Register nominations.
- Add a decision to Lands and Realty that specifically grants reasonable access to SITLA lands.
- Add two grazing allotments (Pear Park and Ida Gulch) to those not available for grazing.
- Add a decision to Minerals on working with stakeholders to determine emissions mitigation strategies for future leases.
- Add a decision regarding management of the Fisher Towers Trail as a National Recreation Trail.
- Delete a decision on AUMs in the Cisco Allotment in the Riparian Resources section.
- Add exception language to the decision prohibiting new OHV routes in saline soils. New routes would be allowed in saline soils in the Utah Rims SRMA and in the Dee Pass Motorized Focus Area.

BLM_0009859

- Add "Mel's Loop" motorcycle route to the Travel Plan.
- Delete the decision regarding voluntary relinquishment of grazing in Ten Mile Wash.
- Add three decisions regarding Wild and Scenic rivers that recognize existing rights, privileges, and contracts along these rivers.
- Change the classification of Segment 1 of the Green River to "Wild," Segment 2 of the Green River to "Recreational," and Segment 5 of the Colorado River to "Scenic."
- Change the greater sage-grouse lek buffer area from 0.5 miles to 2.0 miles.
- Replace the Wildlife decision on mitigation to comply with BLM policy.
- Delete Parcel R-11 as an area available for disposal due to the presence of special status species on that parcel.

### 1.5.2 CLARIFICATIONS

In addition to the modifications to the Proposed Plan, information has been updated and language clarified in the Proposed RMP/Final EIS in response to questions and comments received on the Draft RMP/EIS. Major clarifications are

- Implementation-level decisions have been identified by placing them in italics and asterisking with a footnote.
- clarify the definition of a "new route" for the cultural resources inventory requirement;
- clarify the extent of the Area of Potential Effect (660 feet) for cultural actions;
- clarify "reasonable access" to SITLA lands;
- clarify the merger of two utility corridors in the Proposed Plan and Alternatives B and D (rather than the elimination of a corridor);
- clarify that SITLA has priority in land exchanges;
- clarify the Spring Creek–Buckhorn allotment's location;
- clarify the three types of Special Recreation Management Areas;
- clarify boating management numbers on Colorado and Dolores Rivers;
- clarify authority for potential recreation fee for White Wash Sand Dunes;
- clarify protection of relevant and important values for those ACECs not carried forward to the Proposed Plan;
- clarify Wild and Scenic River management by listing the oil and gas leasing category, Visual Resource Management class and OHV designation for each suitable river segment;
- clarify wording in Travel Management to fully explain actions;
- clarify that elk and deer habitat are not identical;
- clarify development of cultural model for analysis; and
- clarify motorcycle routes in the Proposed Plan and Alternatives B and D.

BLM_0009860

### 1.5.3 UPDATES TO DATA

- Correct acreages of non–WSA lands with wilderness characteristics in Alternative B
- Add information on global climate change
- Add air quality data from Canyonlands National Park
- Add information on SITLA lands within the Moab Field Office
- Add Utah State University social survey results
- Add wage distribution for recreation jobs
- Remove bald eagle from Threatened and Endangered Species headings
- Update socioeconomic data from the year 2000 to the year 2007
- Add data on socioeconomics, including severance taxes and property taxes
- Add mileage data on miles of routes not designated for various resource values
- Add information on fiscal impacts to SITLA from BLM restrictions
- Add data on OHV impacts to resources in Appendix G (Travel Plan)
- Update Conservation Measures from the U.S. Fish and Wildlife Service

### 1.5.4 MAP CHANGES

- Map 2-3: Remove parcel R-11 from Lands Identified for Disposal.
- Map 2-4: Correct confusion concerning Spring Creek allotments.
- Map 2-4-C: Add Pear Park and Ida Gulch to allotments not available for livestock grazing.
- Maps 2-5-B, C and D: Remove area in Arches National Park as erroneously shown as available for leasing.
- Map 2-9-C: Adjust acreage of White Wash Sand Dunes Open OHV Area.
- Map 2-10-C: Adjust acreage of area open to cross country OHV.
- Map 2-11-A: Add map showing designated routes.
- Map 2-11-B, C and D: Remove roads in Arches National Park; add two routes on Colorado border.
- Map 2-11-E: Add Alternatives A and B maps for motorcycle routes; add Slickrock Trail; distinguish which motorcycle routes are also available for ATV's; add Thompson-Colorado BLM Alt C route to map; add Mel's Loop to the Proposed Plan.
- Map 2-24-C: Add names of areas with wilderness characteristics.
- Map 2-25: Make correction to pronghorn kidding habitat.
- Map 2-27 A, B, and C/D: Change name to Deer and/or Elk Habitat.

In addition to the above changes, adjustments were made to correct typographical or grammatical errors, add references, and clarify wording. Changes of this nature are not listed above.

BLM_0009861

### 1.5.5 CRUCIAL WILDLIFE HABITAT CHANGES

In August 2005, the Utah Division of Wildlife Resources (UDWR) changed its wildlife habitat classification system. Prior to 2005, the UDWR classification system distinguished between "critical" habitat (an area that provides for biological and/or behavioral requisites necessary to sustain the existence and/or perpetuation of a wildlife population) and "high value" habitat (an area that provides for intensive use by the species). The UDWR has been criticized for using the term "critical," as the same term refers to habitat federally designated by the U.S. Fish and Wildlife Service as required by the Endangered Species Act (ESA).

In previous BLM planning efforts, mitigation decisions (usually timing stipulations) for impacts to the UDWR's "critical" habitats have been integrated into the planning process. The BLM rarely incorporated management decisions in its RMPs for "high value" habitats. The UDWR changed its classification system to include "critical" habitat with "high value" habitat, in part to accommodate the limitations of having classifications that were of no practical value to land managers. The new term "crucial" habitat is defined by the UDWR as "habitat on which the local population of a wildlife species depends for survival because there are no alternative ranges or habitats available. Crucial habitat is essential to the life-history requirements of a wildlife species. Degradation or loss of crucial habitat will lead to significant declines in the wildlife population in question."

Crucial habitat boundaries appear larger on the wildlife maps in this Proposed Plan because they are a combination of the UDWR's old "critical" habitat and "high value" habitat, with some minor modifications. Timing stipulations for each of the species now apply to the whole crucial habitat area. It is important to note, however, that the application of waivers, exceptions, and modifications, as outlined in Appendix C, will be taken into consideration and used where/when applicable for all surface-disturbing activities in these areas. The range of alternatives in the Draft RMP/Draft EIS considered both of the UDWR's old classifications of critical and high value habitat. Minor boundary modifications have been made by the UDWR prior to incorporating them into crucial habitat boundaries. Because this information was taken into consideration and analyzed in the Draft, these minor changes are not considered significant in terms of resource uses and/or analysis in this Proposed Plan, and therefore a supplement to this EIS is not necessary for this purpose.

### 1.5.6 SUMMARY OF CHANGES

The BLM has made numerous changes between the Draft RMP/Draft EIS and Proposed RMP/Final EIS. These changes are described above and detailed in Appendix U. The BLM has prepared this appendix to document whether changes between the Draft RMP/Draft EIS and the Proposed RMP/Final EIS resulted in a significant change in circumstances or conditions, or whether the Proposed RMP/Final EIS contains different information from that which was presented to the public in the Draft RMP/Draft EIS. Finally, the BLM wanted to confirm that all changes made to the Proposed RMP/Final EIS fall within the range of alternatives presented and analyzed in the Draft RMP/Draft EIS.

BLM_0009862

The regulation controlling whether or not a supplement is required is found at 40 CFR 1502.9(c), which provides that agencies

- shall prepare supplements to either draft or final environmental impact statements if (1) the agency makes substantial changes in the proposed action that are relevant to environmental concerns, or (2) there are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impact;
- may also prepare supplements when the agency determines that the purposes of the Act will be furthered by doing so;
- shall adopt procedures for introducing a supplement into its formal administrative record, if such a record exists; and
- shall prepare, circulate, and file a supplement to a statement in the same fashion (exclusive of scoping) as a draft and final statement unless alternative procedures are approved by the Council.

All changes to the MFO Draft RMP/Draft EIS were made in response to public comment and/or internal review. The majority of the changes were editorial changes made to add clarity to the document. In some cases, alternatives presented in the Draft RMP/Draft EIS were modified in the PRMP to reflect technical corrections and data updates. In other cases, such as in Chapter 3, Affected Environment, incorporation of updated information was necessary to refine the analysis in Chapter 4, Environmental Consequences of Proposed Plan and Draft Alternatives, that was incomplete or needed augmentation.

None of the changes described above and further detailed in Appendix U meet the regulatory definition for significance in 40 CFR 1508.27(a) and (b). These regulations require an agency preparing a NEPA document to review the changes for significant new circumstances or information relevant to environmental concerns and bearing on the Proposed Plan or its impacts, using context and intensity as the trigger for significance. The BLM has reviewed each substantive change through this regulatory standard and has determined that none of the changes, individually or collectively, require a supplement to this Final EIS.

BLM_0009863

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0009864

## 2.0 PROPOSED PLAN AND DRAFT ALTERNATIVES

This chapter presents the Proposed Plan which was crafted from the four alternatives in the Draft RMP/EIS. The Proposed Plan primarily mirrors the Preferred Alternative (Alternative C) from the Draft RMP, but has been modified through public comment, internal review, and cooperating agency coordination to reflect specific decisions carried forward from the other alternatives in the Draft RMP. The Moab field office (MFO) formulated this Proposed Plan from the reasonable range of alternatives presented in the Draft RMP/EIS for managing resources within the planning areas that considered issues and concerns raised during the scoping period (see Chapter 1, Section 1.3.2), planning criteria, and the guidance applicable to the resource uses. The Proposed Plan and the draft alternatives constitute a range of management actions that set forth different priorities and measures to emphasize certain uses or resource values over other uses or resource values under the multiple-use and sustained yield mandate so as to achieve certain goals or objectives.

BLM recognizes that social, economic, and environmental issues cross land ownership lines and that extensive cooperation is needed to actively address issues of mutual concern. To the extent possible, the Proposed Plan and the draft alternatives (Alternatives A, B, and D) were crafted utilizing input from public scoping comments, Grand and San Juan County representatives, and other cooperating agencies. There are two other alternatives that were considered for detailed analysis, but did not meet the purpose and need for this plan revision or were not technically feasible or economically practical to carry forward. They were eliminated from detailed consideration and are briefly discussed in the last section of this chapter.

Chapter 2 has been organized in the following manner:

- Section 2.1 provides a brief summary of the major components of the Proposed Plan and of each draft alternative, and Table 2.1 provides the detailed alternative management strategies proposed under all four alternatives.
- Section 2.2 provides a comparative summary of the environmental impacts associated with the Proposed Plan and with each draft alternative.
- Section 2.3 outlines those alternatives the BLM initially considered but later eliminated, and the justifications for their dismissal from further evaluations.

Evaluation of a reasonable range of alternatives is required by NEPA and by the Council on Environmental Quality (CEQ) (40 CFR Part 1502.14), as well as by BLM planning regulations. As is also required in the CEQ regulations, one alternative consists of "no action," which is the same as the continuation of management under the current Grand RMP (BLM 1985a) and subsequent plan amendments.

The range of alternatives has been developed to:

- meet the Purpose and Need outlined in Chapter 1;
- respond to environmental, operational, and economic concerns raised by the public, agencies, business and other special interest groups during the scoping process; and
- address potential environmental issues identified during review of the proposed management actions.

## 2.1 DESCRIPTION OF ALTERNATIVES FROM THE PROPOSED RMP/EIS

The four alternatives presented in detail in Table 2.1 of this chapter are as follows:

- Alternative A is the No Action alternative and represents the continuation of existing management under the current Grand Resource Area RMP (1985a), as amended.
- Alternative B emphasizes the protection/preservation of natural resources and minimizes human activities, over commodity production and extraction and motorized recreation access.
- The Proposed Plan provides for a balanced approach of protection/preservation of natural resources while providing for commodity production and extraction.
- Alternative D emphasizes commodity production and extraction as well as motorized recreation access over the protection/preservation of natural resources.

Some of the decisions in this PRMP/FEIS are carried forward from the existing Grand RMP (BLM 1985a) because there are no impending issues associated with them, and they do not need to change. They are decisions that are common to all alternatives, thus, a range of alternative decisions are not necessary for these resources or uses. Other decisions are common to all action alternatives (Alternatives B, D and the Proposed Plan), but are different from the No Action Alternative due to a change in circumstances.

### 2.1.1 BRIEF SUMMARY AND HIGHLIGHTS OF THE PROPOSED PLAN AND DRAFT ALTERNATIVES IN TABLE 2.1

The major resources/uses where issues were identified during scoping were: travel management, recreation, oil and gas leasing and development, special designations (ACECs and Wild and Scenic Rivers), special status species, wildlife, and non-WSA lands with wilderness characteristics. These resources/uses, among others, are displayed under a range of management alternatives that set forth different priorities and measures to emphasize uses or resource values over other uses or resource values to achieve specific goals or objectives outlined in detail in Table 2.1. Below is a brief summary of the range of alternatives for those major resources/uses brought forward during scoping. Much more detail for each of these resources and uses, among others, and their proposed management is in Table 2.1.

#### 2.1.1.1 TRAVEL MANAGEMENT

All public lands are required to have off-highway vehicle (OHV) area designations. Areas must be classified as open, limited, or closed to motorized travel activities. OHV designation areas, or categories, are listed by alternative. Within the "Limited" category, routes would be limited to "designated roads and trails" (43 CFR Part 8340.0-5(g)). Specific routes are being designated as open to motorized use by alternative as part of implementation level planning. Summary Table A portrays how travel and access management would be designated under each alternative.

**Summary Table A. OHV Categories (acres), by Alternative**

| Category | Alternative A No Action | Alternative B | PROPOSED PLAN | Alternative D |
|---|---|---|---|---|
| Closed | 5,062 | 437,424 | 339,298 | 57,351 |
| Limited | 1,196,920 | 1,475,074 | 1,481,334 | 1,762,083 |

BLM_0009866

Case No. 1:20-cv-02484-MSK   Document 29   filed 04/27/21   USDC Colorado   pg 233 of 239

*Moab PRMP/FEIS*                                    *Chapter 2: Proposed Plan and Draft Alternatives*
*2.1 Description of Alternatives from the Proposed RMP/EIS*

**Summary Table A. OHV Categories (acres), by Alternative**

| Category | Alternative A No Action | Alternative B | PROPOSED PLAN | Alternative D |
|---|---|---|---|---|
| Miles of D Routes Designated[1] | 4,673 | 2,144 | 2,519 | 2,671 |
| Open | 620,212 | 0 | 1,866 | 3,064 |

[1] At time of publication

## 2.1.1.2 RECREATION

Special Recreation Management Areas (SRMAs) are proposed to manage intensively used recreation areas, and do not restrict other uses. Focus Areas are Recreation Management Zones and are proposed in order to emphasize and provide particular types of recreation opportunities. In Alternative B, non-motorized recreation in emphasized; in Alternative D, motorized recreation is emphasized. The Proposed Plan provides opportunities for both non-motorized and motorized recreation, as depicted in Summary Table B.

**Summary Table B. SRMAs (quantity and acres) and Focus Areas (quantity), by Alternative**

| Category | Alternative A No Action | Alternative B | PROPOSED PLAN | Alternative D |
|---|---|---|---|---|
| SRMAs | 3 (141,252 acres) | 11 (976,173 acres) | 10 (658,642 acres) | 6 (277,471 acres) |
| Focus Areas | 0 | 22 | 30 | 10 |

## 2.1.1.3 OIL AND GAS LEASING AND DEVELOPMENT

One of the major decisions in a land-use plan is to determine which areas should be: 1) open to leasing subject to the terms and conditions of the standard lease form stipulations, 2) areas open to leasing subject to moderate constraints such as timing limitations (TL) or controlled surface use (CSU) restrictions, 3) areas open to leasing subject to major constraints such as no surface occupancy (NSO) stipulations, or 4) areas unavailable to leasing. All of these proposed decisions must be consistent with the goals and objectives of other resources and uses for each alternative. Summary Table C depicts how oil and gas leasing would be managed under each alterative.

**Summary Table C. Oil and Gas Leasing Stipulations (acres), by Alternative**

| Stipulation | Alternative A No Action | Alternative B | PROPOSED PLAN | Alternative D |
|---|---|---|---|---|
| Standard | 1,038,344 | 264,344 | 427,273 | 797,031 |
| TL/CSU | 389,605 | 543,751 | 806,994 | 590,442 |
| NSO | 38,912 | 342,931 | 217,480 | 84,772 |
| Closed | 353,293 | 671,444 | 370,250 | 350,219 |

BLM_0009867

Case No. 1:20-cv-02484-MSK   Document 29   filed 04/27/21   USDC Colorado   pg 234 of 239

Moab PRMP/FEIS                                                Chapter 2: Proposed Plan and Draft Alternatives
                                                              2.1 Description of Alternatives from the Proposed RMP/EIS

In addition, this planning revision has applied the same oil and gas stipulations to all other surface-disturbing activities where they are not contrary to laws, regulations, or policy under all of the action alternatives. For example, if an area has a timing stipulation on it for oil and gas development, it would also apply that same timing stipulation on a right-of-way (ROW) construction proposal or an organized recreational event.

## 2.1.1.4 SPECIAL DESIGNATIONS

### 2.1.1.4.1 POTENTIAL AREAS OF CRITICAL ENVIRONMENTAL CONCERN (ACEC)

The *Federal Register* Notice of Intent (June 2003) for this plan revision requested ACEC nominations from the public for consideration in the planning effort. In order to be considered and carried forward into the range of alternatives for planning, an ACEC must meet the relevance and importance criteria in 43 CFR 1610.7-2(a), and must require special management. The MFO received and evaluated a total of 35 ACEC nominations of which 14 were determined to meet the relevance and importance criteria. The relevance and importance criteria encompass scenery, sensitive plant species, rare plants, cultural and historic resources, wildlife, fish, natural systems, and natural hazards. Summary Table D shows that all of the 14 potential ACECs were brought forward into Alternative B for designation consideration, and 5 potential ACECs were brought forward into the Proposed Plan for designation consideration. There are no existing designated ACECs in the Moab Planning Area (MPA); thus, there are none in the No Action Alternative (Alternative A). There were no ACECs brought forward for consideration in Alternative D. Where ACECs are designated, special management attention would be directed at the relevant and important values, resources, natural systems and/or natural hazards.

**Summary Table D. Potential ACECs (quantity and acres) Meeting the Relevance and Importance Criteria, by Alternative**

| Alternative A No Action | Alternative B | PROPOSED PLAN | Alternative D |
|---|---|---|---|
| 0 | 14 (613,077 acres) | 5 (63,232 acres) | 0 |

### 2.1.1.4.2 WILD AND SCENIC RIVERS (WSRS)

During planning, the BLM must assess all eligible river segments and determine which are suitable or non-suitable per Section 5(d)(1) of the Wild and Scenic Rivers Act of 1958, as amended. The MFO reviewed all river segments for wild and scenic river eligibility and suitability as part of the RMP process. Twenty-eight river segments were found to meet the eligibility criteria. BLM Manual 8351 directs BLM to provide tentative classifications of Wild, Scenic, or Recreational to the eligible river segments. Because the No Action Alternative (Alternative A) currently has no suitable river segments designated, the 29 river segments identified for eligibility would remain in eligibility status by BLM policy. Alternative B would propose all the segments, except Salt Wash, as suitable for Congressional designation into the Wild and Scenic River System, and the Proposed Plan would propose 10 river segments as suitable for Congressional designation into the system. This information is condensed in Summary Table E. Where rivers are determined to be suitable, protection of the outstandingly remarkable values, tentative classification, and free-flowing nature would be provided.

BLM_0009868

**Summary Table E. Eligible/Suitable WSR Segments (river miles) with Tentative Classifications, by Alternative**

| Alternative | # River Segments | River Miles | Suitable or Eligible? | Classifications |
|---|---|---|---|---|
| A | 29 | 287.5 | Eligible | 12 Wild, 9 Scenic, 8 Recreational |
| B | 28 | 287.2 | Suitable | 11 Wild, 9 Scenic, 8 Recreational |
| PROPOSED PLAN | 10 | 127.3 | Suitable | 1 Wild, 4 Scenic, 4 Recreational, 1 Scenic/Recreational |
| D | 0 | NA | NA | NA |

### 2.1.1.5 SPECIAL STATUS SPECIES

Land-use plan decisions must be consistent with BLM's mandate to recover listed species and must be consistent with objectives and recommended actions in approved recovery plans, conservation agreements and strategies, MOUs, and applicable biological opinions for threatened and endangered species. The MFO has three listed bird species (and one candidate species), one listed mammal species, and one listed plant species. Species conservation measures (Appendix K) have been developed in coordination with the U.S. Fish and Wildlife Service. They will be implemented under all alternatives.

In addition, there are 43 sensitive species, including the Greater and Gunnison Sage-grouse, White-tailed and Gunnison prairie dog, where there is some discretion in management.

Timing Limitations and Controlled Surface Use stipulations are applied to the habitat for these four species and are spread by alternative.

### 2.1.1.6 WILDLIFE

In planning, BLM should identify actions and area wide use restrictions needed to achieve desired population and habitat conditions while maintaining a thriving natural ecological balance and multiple-use relationships. The range of alternatives for wildlife actions and habitats includes:

- **Pronghorn antelope** – A Timing Limitation stipulation for surface-disturbing activities, including oil and gas development, of 45 days would be applied to pronghorn habitat. The size of habitat varies by alternative.
- **Desert bighorn sheep** – Alternatives B and the Proposed Plan: A no surface occupancy stipulation would be applied to lambing/rutting grounds and migration corridors. Alternative D: a Timing Limitation stipulation would be applied to lambing habitat.
- **Deer and elk** – A Timing Limitation stipulation for surface-disturbing activities, including oil and gas development. Timing limitation and acreage vary by alternative.
- **Rocky mountain bighorn sheep** – The objective is to manage and improve habitat. Habitat size varies by alternative.

### 2.1.1.7 NON-WSA LANDS WITH WILDERNESS CHARACTERISTICS

During planning, the MFO identified decisions to protect, preserve and maintain non-WSA lands with wilderness characteristics (naturalness, outstanding opportunities for solitude, and

BLM_0009869

outstanding opportunities for primitive and unconfmed recreation). In Alternative B and the Proposed Plan, there are goals and objectives to protect the resource and there are management actions presented that are necessary to achieve those goals and objections. As portrayed in Summary Table F, there are 33 areas, totaling 266,485 acres that were found to have wilderness characteristics outside of existing WSAs; all of them would be protected, preserved and maintained to preserve their wilderness characteristics values in Alternatives B. In the Proposed Plan, three of the areas totaling 47,761 acres would have decisions carried forward to protect, preserve and maintain the wilderness characteristics values. In Alternatives A and D, management of other resources values and uses would take precedent over the protection of wilderness characteristics.

**Summary Table F. Non-WSA Lands Managed to Protect Wilderness Characteristics (quantity and total acres), by Alternative**

| Alternative A No Action | Alternative B | PROPOSED PLAN | Alternative D |
|---|---|---|---|
| 0 areas | 33 areas 266,485 acres | 3 areas 47,761 acres | 0 areas |

Table 2.1 provides a comprehensive description of the alternatives carried forward for detailed environmental analysis.

BLM_0009870

**Table 2.1.** MOAB PROPOSED PLAN and Draft RMP Alternatives

| AIR QUALITY |
|---|

**Goals and Objectives:**

Maintain existing air quality and air quality related values (e.g., visibility) by ensuring that all authorized uses on public lands comply with and support Federal, State, and local laws and regulations for protecting air quality.

**Management common to the PROPOSED PLAN and Draft RMP Alternatives A, B, and D:**

- As appropriate, quantitative analysis of potential AQ impacts would be conducted for project-specific developments.
- Prescribed burns would be consistent with the State of Utah Division of Environmental Quality (UDEQ) permitting process and timed so as to minimize smoke impacts.
- Comply with Utah Air Conservation (UAC) Regulation R446-1. The best air quality control technology, as per guidance from the Utah Division of Air Quality (UDAQ), would be applied to actions on public lands as needed to meet air quality standards.
- Comply with UAC Regulation R446-1-4.5.3, which prohibits the use, maintenance, or construction of roadways without taking appropriate dust abatement measures. Compliance would be obtained through special stipulations as a requirement on new projects and through the use of dust abatement control techniques in problem areas.
- Manage all BLM and BLM-authorized activities to maintain air quality within the thresholds established by the State of Utah Ambient Air Quality Standards and to ensure that those activities continue to keep the area as attainment, meet prevention of significant deterioration (PSD) Class II standards, and protect the Class I air shed of the National Parks (e.g., Arches and Canyonlands National Parks).
- Comply with the current Smoke Management Memorandum of Agreement (MOU) between BLM, USFS, and UDAQ. The MOU, in accordance with UAC regulation R446-1-2.4.4, requires reporting size, date of burn, fuel type, and estimated air emissions from each prescribed burn.
- BLM will continue to work cooperatively with state, federal, and tribal entities in developing air quality assessment protocols to address cumulative impacts and regional air quality issues.
- BLM will continue to work cooperatively with the Utah Airshed Group to manage emissions from wildland and prescribed fire activities.
- National Ambient Air Quality Standards are enforced by the Utah Department of Environmental Quality, Division of Air Quality (UDEQ-DAQ), with EPA oversight. Special requirements to reduce potential air quality impacts will be considered on a case-by-case basis in processing land-use authorizations.
- BLM will utilize BMPs and site specific mitigation measures, when appropriate, based on-site specific conditions, to reduce emissions and enhance air quality. Examples of these types of measures can be found in the Four Corners Air Quality Task Force Report of Mitigation Options, November 1, 2007.
- Project specific analyses will consider use of quantitative air quality analysis methods (i.e. modeling), when appropriate as determined by BLM, in consultation with state, federal, and tribal entities.

| CULTURAL RESOURCES |
|---|

**Goals and Objectives:**

- Identify, preserve and protect significant cultural resources and ensure that they are available for appropriate uses by present and future generations (FLPMA, Section 103(c), 201(a) and (c); National Historic Preservation Act, Section 110(a); Archaeological Resources Protection Act, Section 14(a)).
- Seek to reduce imminent threats and resolve potential conflicts from natural or human-caused deterioration, or potential conflict with other resource uses (FLPMA, Section 103(c), National Historic Preservation Act, Sections 106, 110(a)(2)) by ensuring that all authorizations for land use and resource use will comply with the NHPA Section 106.

**Management common to the PROPOSED PLAN and Draft RMP Alternatives A, B, and D:**

- The BLM would comply with all pertinent statutes, regulations, formal agreements, Executive Orders, and policy as it applies to cultural resource management for all actions resulting from decisions in this land-use plan.
- Protect burial sites, associated burial goods, and sacred items in accordance with the Native American Graves Protection and Repatriation Act and the Archaeological Resources Protection Act.
- Native American requests to practice traditional activities on public lands would be considered on a case-by-case basis and would be allowed where practical and appropriate. Reasonable access to specific sacred sites would be allowed under the American Indian Religious Freedom Act.
- All treaty and trust responsibilities as they apply to public lands within the resource area would be honored.

**Management common to the PROPOSED PLAN and Draft RMP Alternatives B and D:**

- All land-disturbing activities within Traditional Cultural Properties would be designed to avoid or minimize impacts, where reasonable. Proposed projects or actions would be modified to avoid the area or site, avoid time of use by Native American groups, or would be eliminated altogether. Cultural sites may be closed to visitation when it is determined that this visitation is endangering site integrity.
- Camping would be prohibited and posted within or on archaeological and historic sites eligible for listing on the National Register of Historic Places.
- Class III inventory is not required prior to designations that allow continued use of an existing route, impose new limitations on an existing route, close an open area or travel route, keep a closed area closed, or keep an open area open.
- Class III cultural resources inventory would be conducted on newly designated ATV, motorcycle and mountain bike routes (48" wide or less) based on potential resource conflicts. Routes identified for survey would be prioritized based on landscape level overviews, cultural resource predictive models, and available site location, environmental, and contextual information. If eligible archaeological sites along these routes are being adversely impacted by continued route use, impacts would be mitigated. "New routes" are defined as those designated in the Travel Plan accompanying this RMP?
- Where there is a reasonable expectation that a proposed route designation would shift, concentrate or expand travel into areas where historic properties are likely to be adversely affected, Class III inventory and compliance with Section 106, focused on areas where adverse effects are likely to occur, is required prior to designation.
- Proposed designations of new routes would require Class III inventory of the Area of Potential Effect (APE) and compliance with Section 106 prior to designation. Class III inventory of the APE and compliance with Section 106 would also be required prior to identifying new locations proposed as staging areas or similar areas of concentrated OHV use.
- Eligible cultural sites would be protected and impacts mitigated when it is determined that any are being impacted from grazing activities.
- New field inventories would be prioritized in areas of special cultural designation (e.g., ACECs, National Historic Trails, National Historic Landmarks) that have not been fully inventoried.
- Sego Rock Art Site and Wall Street/Colorado River Rock Art District, which have educational and recreational values, would be developed for public visitation and interpretation as long as such work does not contribute to the deterioration or destruction of the resources being interpreted. Work would be conducted in partnership with universities, museums, Tribes, and interested site stewards for the creation of interpretive materials on the archaeology of the Moab Planning Area (MPA.)
- Specific management plans would be developed for up to seven culturally sensitive areas unless integrated into other activity plans. These plans would also include, but would not be limited to, developing a site monitoring system; identifying sites in need of stabilization, restoration, and protective measures (e.g., fences, surveillance equipment); developing research designs for selected sites/areas; and developing specific mitigation measures.
- Cooperate with counties to ensure county road and trail construction and maintenance activities avoid or minimize impacts to cultural resources.
- Cultural plants, once identified by interested tribes, would be managed to insure that ground-disturbing activities on the land do not contribute to the decline of cultural sensitive plant communities. Collection of plant resources would be considered on a case-by-case basis and would be allowed where practical and

**Table 2.1. MOAB PROPOSED PLAN and Draft RMP Alternatives**

- appropriate.
- Cultural resource management priority for the Ten Mile Wash and Mill Creek Canyon would be scientific research of prehistoric sites and cultural landscapes. Manage the Mill Creek planning area in accordance with the Mill Creek Management Plan (2001b).
- Continue to allocate cultural sites, including ethnographic properties, to one of six management categories: a) scientific use; b) conservation for future use; c) traditional use; d) public use; e) experimental use; and f) discharged from management.
- Alternative management strategies for cultural resources are disclosed in the Special Designations sections. This section identifies areas with substantial cultural resources and alternative management prescriptions to protect these resources. These areas include the Behind the Rocks, Ten Mile Wash, and Mill Creek Canyon ACFCs, and the Wall Street portion of Highway 279/Shafer Basin/Long Canyon proposed ACFC.
- Cultural use allocations would be made at the time of site documentation; allocations can be changed as new information or management direction becomes available, subject to consistency with the approved plan.
- Cultural management plans will be a component of the implementation plans for the Labyrinth Canyons, Colorado Riverway, and South Moab SRMAs. Heritage tourism may be considered in these cultural management plans.

| Alternative A (No Action) | Alternative B | PROPOSED PLAN | Alternative D |
|---|---|---|---|
| No priority for field inventory. | Priority for new field inventory would be a 1.00-mile vulnerability zone surrounding cities and towns.<br><br>Prioritize for Class II and Class III surveys: a total of 50,000 acres within the following areas: Bookcliffs, Dolores Triangle, Hidden Canyon/Bartlett Lisbon Valley, North Fork of Mill Creek , South Fork of Mill Creek, Seven Mile Canyon with adjacent uplands, and Ten Mile Wash and its tributaries. | Priority for new field inventory would be a 0.50-mile vulnerability zone surrounding cities and towns.<br><br>Prioritize for Class II and Class III surveys: a total of 30,000 acres within the following areas: Bookcliffs, Dolores Triangle, North Fork of Mill Creek, South Fork of Mill Creek, Seven Mile, and Ten Mile Wash and its tributaries. | Priority for new field inventory would be a 0.25-mile vulnerability zone surrounding cities and towns.<br><br>Prioritize for Class II and Class III surveys: a total of 20,000 acres within the following areas: North Fork of Mill Creek, South Fork of Mill Creek, and Ten Mile Wash and its tributaries. |
| No priority for restoration of damaged cultural resources. | To prevent further degradation from occurring, target the following areas for restoration of damaged cultural resources: Kane Springs Canyon from Highway 191 downstream to the Colorado River, Seven Mile Canyon, South and North Forks of Mill Creek, Bartlett/Hidden Canyon and Hell Roaring uplands, Ten Mile Wash and Wall Street Rock Art District. | To prevent further degradation from occurring, target the following areas for restoration of damaged cultural resources: South and North Forks of Mill Creek, Bartlett/Hidden Canyon, Hell Roaring uplands, Ten Mile Wash and Wall Street Rock Art District. | To prevent further degradation from occurring, target the following areas for restoration of damaged cultural resources: South and North Forks of Mill Creek, Ten Mile Wash and Wall Street Rock Art District. |
| No priority for public interpretation sites. | The following sites would be hardened and interpreted for public use: 3 sites in the Wall Street Rock Art District. | The following sites would be hardened and interpreted for public use: one site in Lower Kane Springs Canyon, and 3 sites in the Wall Street Rock Art District. | The following sites would be hardened and interpreted for public use: 3 sites in Lower Kane Springs Canyon, and 4 sites in the Wall Street Rock Art District. |

**FIRE MANAGEMENT**

**Goals and Objectives:**

Fire management would adopt the comprehensive Utah Land-use Plan Amendment for Fire and Fuels Management, September 2005 (LUP Amendment; BLM 2005c). This document maybe found at www.ut.blm.gov/fireplanning/index/htm. Direction and guidance approved by the LUP Amendment is carried forward under all alternatives and incorporated by reference into this PRMP/FEIS. The content and purpose of the LUP Amendment is summarized as follows:

- Establishes landscape-level, fire management goals and objectives.
- Describes Desired Wildland Fire Conditions (DWFC) and the management strategies and actions to meet DWFC goals.
- Describes areas where fire may be restored to the ecosystem through wildland fire use for resource benefit and areas where wildland fire use is not appropriate.
- Identifies Resource Protection Measures (RPMs) for fire management practices to protect natural and cultural resource values.
- Identifies criteria used to establish fire management priorities.

**Management common to the PROPOSED PLAN and Draft RMP Alternatives A, B, and D:**

- The Moab Fire District Fire Management Plan (FMP) would be updated and amended to meet the direction and objectives of the RMP.
- Firefighter and public safety are the primary goals in all fire management decisions and actions.
- Wildland fire would be utilized to protect, maintain and enhance resources and, when possible, will be allowed to function in its natural ecological role.
- Hazardous fuels reduction treatments would be used to restore ecosystems; protect human, natural and cultural resources; and reduce the threat of wildfire to communities.
- Fires would be suppressed at minimum cost, taking into account firefighter and public safety as well as benefits and values to be protected that are consistent with resource objectives.
- The BLM would implement a consistent, safe and cost-effective fire management program through appropriate planning, staffing, training, and equipment.
- Fire management objectives would be established for every area with burnable vegetation, based on sound science and consideration of other resource objectives.
- Emergency stabilization, rehabilitation, and restoration efforts would be implemented to protect and sustain resources, public health and safety, and community infrastructure.
- The BLM would work together with partners and other affected groups and individuals to reduce risks to communities and to restore ecosystems.
- The Reasonable and Prudent Measures and Terms and Conditions identified in consultation with the USFWS for the LUP Amendment would be implemented in fire-related actions.

BLM_0009872

**Table 2.1. MOAB PROPOSED PLAN and Draft RMP Alternatives**

**Criteria for Establishing Fire Management Priorities:**

Protection of human life is the primary fire management priority. Establishing a priority among protecting human communities and community infrastructure, other property and improvements, and natural and cultural resources is based on human health and safety, the values to be protected, and the costs of protection. When firefighters and other personnel have been committed to an incident, these human resources become the highest values to be protected. Priorities for all aspects of fire management decisions and actions are based on the following:

- Protecting the Wildland-Urban Interface (WUI; including At-risk Communities and At-risk Watersheds).
- Maintaining existing healthy ecosystems.
- High priority sub-basins (HUC-4) or watersheds (HUC-5).
- Threatened, endangered, or special species.
- Cultural resources and/or cultural landscapes.

**Suppression:**

An "Appropriate Management Response" (AMR) procedure is required for every wildland fire that is not a prescribed fire. In all fire management decisions, strategies and actions, firefighter and public safety are the highest priority followed by consideration of benefits and values to be protected as well as suppression costs. The AMR can range from full suppression to managing fire for resource benefit (wildland fire use). Resource goals and objectives outlined in the RMP guide the development and implementation of AMR fire management activities in regard to the accomplishment of those objectives. The FMP establishes fire suppression objectives with minimum and maximum suppression targets for each Fire Management Unit (FMU) within the MPA. While firefighter and public safety are the first priority, considerations for suppression activities also include fire intensity, acreage, and spread potential, threats to life and property, potential to impact high-value resources such as critical habitat for threatened, endangered and sensitive species, crucial wildlife habitat, cultural resources and/or riparian areas, historic fire regimes, and other special considerations such as wilderness and/or adjacent agency lands.

**Wildland Fire Use for Resource Benefit:**

Wildland fire is authorized as a tool, when appropriate, to allow naturally ignited wildland fire to accomplish specific resource management objectives. Due to existing resource conditions and proximity to values at risk, fire cannot be allowed to resume its natural role on all BLM lands in the MPA. Consideration of ongoing management actions and other natural changes would direct periodical reassessment of DWFC and determination of potential areas for wildland fire use. Operational management of wildland fire use is described in the Wildland Fire Implementation Plan (WFIP).

The FMP identifies areas (FMUs) that may have the potential for wildland fire use. Wildland fire use may be authorized for all areas, except when the following resources and values may be negatively impacted and there are no reasonable Resource Protection Measures to protect such resources and values:

- WUI areas.
- Areas that are known to be highly susceptible to post-fire cheatgrass or invasive weed invasion.
- Important terrestrial and aquatic habitats.
- Non-fire-adapted vegetation communities.
- Sensitive cultural resources.
- Areas of soil with high or very high erosion hazard.
- Class I air attainment areas and PM-10 non-attainment areas.
- Administrative sites.
- Developed recreation sites.
- Communication sites.
- Oil, gas and mining facilities.
- Above-ground utility corridors.
- High-use travel corridors, such as interstates, railroads, and/or highways.

**Fuels Treatment:**

Fuels management activities outlined in the FMP would be consistent with the resource goals and objectives contained in the RMP. To reduce hazards and to restore ecosystems, authorized fuels management actions include wildland fire use, prescribed fire, and mechanical, manual, chemical, biological, and seeding treatments. The FMP describes fuels management goals and objectives and the full range of fuels management strategies and actions authorized for fuels reduction. Fuels treatments are focused on the DWFC of restoring historic fire regimes to ecosystems when feasible, so that future wildland fire use actions can be more easily implemented.

- Fuels management actions may include but are not limited to the following activities:
  - Mechanical treatments such as mowing, chopping, or chipping/grinding (brush cutter), chaining, tilling, or cutting.
  - Manual treatments such as hand-cutting (chainsaw or handsaw) and hand-piling.
  - Prescribed fire including broadcast, underburn, and hand-pile burning.
  - Chemical spraying or biological treatments such as insects or goats/sheep.
  - Seeding including aerial or ground application (manual or mechanical).
- Targeted areas may be treated in phases over a period of several years and may involve multiple and varied treatments.
- Estimated fuels reduction treatments of 5,000 to 10,000 acres/year are targeted dependent on budgetary and time constraints. These treatments are in addition to those to be accomplished under the Utah Watershed Restoration Initiative and the National Healthy Lands Initiative.
- Implementation of fuels management actions would be prioritized using the following criteria:
  - WUI areas.
  - Areas with fuel loading that could potentially result in the loss of ecosystem components following wildland fire.
  - Resource management goals and objectives.

BLM_0009873