## Attachment 4: Suitability Considerations by Eligible River Segment

| Suitability Considerations | Consideration Applied to Eligible River |
|---|---|
| designated. | ◆ Recreation: no difference if designated or not<br>◆ Riparian / Vegetative / Wildlife: enhancement or protective mgmt are available under law/policy.<br>◆ Grazing: occurs in area<br>◆ WSA/Wilderness: No WSAs |
| Interest of federal, public, state, tribal, local, or other public entity in designation of non-designation, including administration sharing. | ◆ Interest/Support: from some local residents, and environmental organizations<br>◆ Participation: other federal agencies are actively participating in WSR process<br>◆ NPS: none<br>◆ USFS: none<br>◆ Other BLM Areas: none |
| Manageability of the river if designated and other means of protecting values. | BLM uses management prescriptions and applicable laws / policies to protect the river and its ORVs. Thompson Canyon has no management overlays. |
| The estimated costs of administering the river, including costs for acquiring lands. | There should be no acquisition costs involved in the potential designation of the Thompson Canyon as a WSR. Administration costs would include staff / time to develop and complete study and management reports. |
| The extent to which administration costs will be shared by local and state governments. | No support from state or local governments. |
| **Rattlesnake Canyon** | |
| Characteristics which would or would not make it suitable | Rattlesnake Canyon possesses outstandingly remarkable scenery, wildlife, geology and ecology. |
| Land ownership status and current use of the area. | 91% BLM, 9% SITLA<br>◆ Recreational activities including sight-seeing, hiking, hunting, and horseback riding.<br>◆ Available for grazing<br>◆ OHV use limited to existing roads and trails. |
| Uses, including reasonably foreseeable uses, that would be enhanced or curtailed if designated; and values that would be diminished if not designated. | ◆ Interstate [water] compacts are not affected by WSR [WSRA, Sec 13: Jurisdiction of the States]<br>◆ There are no withdrawals in the area.<br>◆ Open to mineral leasing.<br>◆ Oil and gas category is open with special stipulations.<br>◆ Recreation: no difference if designated or not;<br>◆ Geology: is millions of years old and will not change except for natural weathering / erosion<br>◆ Riparian / Vegetative / Wildlife: enhancement or protective mgmt are available under law/policy.<br>◆ Grazing: occurs in area<br>◆ WSA/Wilderness: Is within the Desolation Canyon WSA. |
| Interest of federal, public, state, tribal, local, or other public entity in designation of non-designation, including administration sharing. | ◆ Interest/Support: from some local residents, and environmental organizations<br>◆ Participation: other federal agencies are actively participating in WSR process<br>◆ NPS: none<br>◆ USFS: none<br>◆ Other BLM Areas: none |

BLM_0013248

### Attachment 4: Suitability Considerations by Eligible River Segment

| Suitability Considerations | Consideration Applied to Eligible River |
|---|---|
| Manageability of the river if designated and other means of protecting values. | BLM uses management prescriptions and applicable laws / policies to protect the river and its ORVs. Rattlesnake Canyon has management overlays, it is in a WSA. |
| The estimated costs of administering the river, including costs for acquiring lands. | There should be no acquisition costs involved in the potential designation of the Rattlesnake Canyon as a WSR. Administration costs would include staff / time to develop and complete study and management reports. May need to acquire easements from SITLA. |
| The extent to which administration costs will be shared by local and state governments. | No support from state or local governments. |
| **Green River – Segments 1 through 6** | |
| Characteristic which would or would not make it suitable | The Green River possesses outstandingly remarkable scenic, recreation, wildlife, historic, cultural, fish, geologic, and ecologic values many of which are nationally significant. These values are described in detail in Table 3. |
| Land ownership and current use | Ownership within Price's eligible river corridor is 66-percent federal (BLM lands), 18-percent Indian reservation, 1-percent State lands, and 15-percent private. Although the west bank is mostly BLM owned, the east bank of the river corridor in Desolation and Gray Canyons is Uintah and Ouray Indian Reservation for about 66 miles. A large majority of the private land is concentrated north and south of the town of Green River. <br><br> The upper river segment through Desolation and Gray Canyons is managed according to the Desolation and Gray Canyons River Management Plan (1979), which provides for the allocation of private and commercial boating trips. The segment through Labyrinth Canyon is also managed for recreational boating through an MOU between the BLM and the State of Utah. <br><br> Desolation and Gray Canyons receive high levels of primitive recreation use from early spring to late fall. Six private and commercial river launches of up to 25 people per launch are permitted every day of the high-use season (May 15 to August 15). Total user day capacity for the area is 35,000 user days per season. Desolation Canyon and Lower Gray Canyon SRMAs have been established to give focus to recreation management along the river corridor and side canyons. <br><br> The river corridor and adjacent lands through Labyrinth Canyon, also a SRMA, attracts a large number of recreationists seeking a scenic river float. Roughly 3,000 to 4,000 visitors experience this flatwater float annually. <br><br> About 66 of the roughly 80 miles of eligible river through Desolation and Gray Canyons either form the eastern boundary of Desolation Canyon WSA or bisect it. Also, roughly 22 of the 50 miles of river between the mouth of the San Rafael River and where the river enters Canyonlands National Park (the stretch of river through Labyrinth Canyon) form the eastern boundary of Horseshoe Canyon WSA. The river corridor within the WSAs is managed |

**Attachment 4: Suitability Considerations by Eligible River Segment**

| Suitability Considerations | Consideration Applied to Eligible River |
|---|---|
| | according to the IMP. |
| | Downstream of where the river exits Gray Canyon, below Swaseys Rapid, the river is considered a navigable waterway with State jurisdiction. Much of the lands between Swaseys Rapid and the confluence with the San Rafael River is private, used for agriculture, and has residential, commercial, and municipal development in and around the town of Green River. There is a large diversion dam at Tusher Wash, upstream of the town of Green River. A wide variety of activities occur within the river corridor. |
| Uses, including reasonably foreseeable uses, that would be enhanced or curtailed if designated; and values that would be diminished if not designated | Congressional designation would provide permanent protection specifically of the free-flowing condition of the river, its water quality, and ORVs in addition to protection already afforded portions of the river corridor by its WSA status. Those portions of the Green River corridor within WSAs have been recommended by BLM to Congress for wilderness designation. Designation of this river for inclusion in the National Wild and Scenic Rivers System would be compatible with and enhance wilderness use and management of these areas. |
| | Local municipalities, industries, and other water users have expressed concerns that existing water rights could be affected and that opportunities for future water development could be foreclosed, not only within the designated river segments, but also upstream or downstream of these segments; however, for the reasons discussed below, congressional designation of the Green River for inclusion in the National Wild and Scenic Rivers System would be expected to have no effect on water use, allocation, or flow regimes. |
| | Inclusion of a river in the National Wild and Scenic Rivers System could preclude dams or other water-related projects if they occur within the designated segment and have direct or adverse effects on the ORVs or free-flowing condition. None are currently proposed. Other projects on federal lands within the designated river area, such as construction of roads, pipelines, or other structures would not be allowed, and the lands would be closed to mineral location if Congress were to classify this segment as wild; however, in the preferred alternative considered in the Draft RMP/EIS, the recommendation is that Congress classify the river as Scenic, which would allow for various types of development. This classification is in keeping with a Scenic classification committed to in a MOU between the U.S. Department of the Interior and the Ute Tribe of the Uintah and Ouray Reservation for transfer of previous oil shale reserve lands on the east bank of the river to the Ute Tribe (described in more detail below). No development is currently proposed or foreseeable within the federal portions of this segment considering the area's WSA status. Water-related projects proposed outside the segment would be precluded only if they would invade or unreasonably diminish scenic, recreational, fish, or wildlife within the designated segment. None are currently proposed. |

BLM_0013250

**Attachment 4: Suitability Considerations by Eligible River Segment**

| Suitability Considerations | Consideration Applied to Eligible River |
|---|---|
| | Although the Wild and Scenic Rivers Act infers a federal reserved water right upon designation, rather than establishing an amount, it actually imposes a limit, stating that any such right is to be the minimum necessary for the purposes of the Act. Such a right would have to be adjudicated through the State and would be junior to any existing rights. |
| | Under normal operations, reservoir releases through the Flaming Gorge power plant, the primary influence of river flows outside of spring run-off flows, range from 800 to 4,600 cubic feet per second (cfs). These flows adhere to the interim operating criteria for Flaming Gorge Dam established by the Bureau of Reclamation in September 1974. Under these criteria, the Bureau of Reclamation agreed to provide (1) a minimum flow of 400 cfs at all times, (2) flows of 800 cfs under normal circumstances and for the foreseeable future, and (3) flows exceeding 800 cfs when compatible with other Colorado River Storage Project reservoir operations. These minimum flows are maintained to enhance the use of the river for fishing, fish spawning, and boating (United States Department of the Interior 2003). |
| | The Bureau of Reclamation completed the final EIS on the operation of Flaming Gorge Dam in February 2006. The purpose of the proposed action in the *Record of Decision, Operation of Flaming Gorge Dam, Final Environmental Impact Statement, February 26, 2006,* is to protect and assist in recovery of the populations and designated critical habitat of the four endangered fishes, while maintaining all authorized purposes of the Flaming Gorge Unit of the Colorado River Storage Project, including those related to the development of water resources in accordance with the Colorado River compact. BLM supports these recommendations and recognizes that the proposed minimum flow release from Flaming Gorge Dam would be sufficient to maintain or enhance the values for which the river was determined eligible. Because this minimum flow release would be adequate to maintain the ORVs, BLM sees no need for and would not pursue a federal reserved water right in any recommendation that is forwarded to Congress. |
| | On the other hand, failure of Congress to include these segments of the Green River in the National Wild and Scenic Rivers System would not necessarily diminish the values for which the river was determined eligible inasmuch as the area's WSA status would continue. The Lower Gray, Labyrinth Rim/Gemini Bridges SRMAs provide for the protection and enjoyment of certain values within the river corridor. The status of the WSAs, SRMAs, and other management prescriptions are subject to change as a result of congressional action or future revisions to land use plans. Such prescriptions would be temporary and could be changed through plan amendment or plan revision. |
| Interest of federal, public, state, tribal, local, or other public entity in designation or non-designation, including | Some private citizens and regional and national conservation groups have promoted congressional designation of the Green River. |

BLM_0013251

**Attachment 4: Suitability Considerations by Eligible River Segment**

| Suitability Considerations | Consideration Applied to Eligible River |
|---|---|
| administration sharing | The Navajo Tribe supports designation of the Green River, recognizing the river as a Traditional Cultural Property. |
| | Members of the Uintah and Ouray Indian Reservation Ute Tribal Council have expressed concerns pertaining to the effects of designation on potential use of tribal lands within the designated corridor; however, there is an agreement in place between the tribe and the Department of the Interior to administer the river corridor, including Reservation lands, consistent with "Scenic" Wild and Scenic River classification. |
| | The State of Utah has also expressed concerns regarding the designation of the Green River; however, it is supportive of designating portions of the Green River only if the Department of the Interior does not seek to acquire a federal reserved water right to ensure a minimal instream flow for the river. The State recognizes that the proposed minimum flow releases from Flaming Gorge Dam would be sufficient to maintain or enhance the river values that make the river eligible for designation and that no change in water use or allocation would be necessary or prudent. |
| Manageability of the river if designated, and other means of protecting values | BLM would be capable of managing this river if it were designated, particularly with adequate funding. Congressional designation of the Green River for inclusion in the National Wild and Scenic Rivers System would increase Utah BLM's ability to compete for agency dollars, and with increased funding and focused management, the agency's ability to deal with recreational and other management of the area would improve. Designation would promote national and public recognition of the values associated with this stream and further the goals and policy established by Congress in the Wild and Scenic Rivers Act. |
| | Designation of the Green River would not result in a substantial shift in management of the river corridor from current management, particularly those portions of the Green River within Desolation, Gray, and Labyrinth Canyons. The Desolation and Gray Canyons River Management Plan is consistent with the objectives of congressional Wild and Scenic river designation. Other protective management prescriptions currently in place that would complement National Wild and Scenic Rivers System management, if designated, are those for OHV use, fluid minerals leasing, SRMAs, WSAs, riparian habitat, and visual resources. The current management would provide a high degree of continuity and make the adjustment to Wild and Scenic management easy because current objectives are substantially similar to those of congressional designation. |
| | The U.S. Department of the Interior and the Ute Tribe of the Uintah and Ouray Reservation (among other government entities) signed the Memorandum of Understanding Concerning the Transfer of Naval Oil Shale Reserves Numbered 2, dated February 11, 2000. As part of the MOU agreement, a "Green River Protective Corridor" was established, which conveyed a scenic easement to the U.S. Department of the Interior for the river area lying within one-quarter |

**Attachment 4: Suitability Considerations by Eligible River Segment**

| Suitability Considerations | Consideration Applied to Eligible River |
|---|---|
|  | mile east of the Green River within the Hill Creek Extension of the Uintah and Ouray Reservation. This MOU included a commitment by the Ute Tribe to administer this corridor consistent with the Scenic tentative classification, while preserving and protecting its values. This MOU is clearly, if not intentionally, consistent with potential congressional Wild and Scenic river designation.

Another MOU between the State of Utah and BLM provides for the cooperative management of recreational boating through Labyrinth Canyon. The MOU established a permit system to ensure the scenic river experience is maintained, while reducing some of the negative impacts, whether on recreational or other river values, associated with a popular river float. This cooperative management would be perpetuated and likely enhanced if the Green River were congressionally designated.

The free-flowing nature of this stream is not currently at risk, and the identified ORVs could be effectively managed with existing and other land-use prescriptions considered in the Moab Proposed RMP/Final EIS should designation not occur and if the management prescriptions were implemented. The status of the WSAs, SRMAs, and other management prescriptions are subject to change as a result of congressional action or revised land use plans; therefore, the protection they afford the river values is subject to change. |
| The estimated costs of administering the river, including costs for acquiring lands | The initial costs of administration for the first 3 years would involve management plan preparation. Yearly administration costs thereafter would involve plan implementation and could include additional studies, monitoring, and additional BLM presence in the area. Funding is not expected to be sought for the acquisition of private land (given willing sellers) because adequate management of the designated segments would not require acquisition of these lands. |
| The extent to which administration costs will be shared by local and state governments | Local governments have made it clear that they would not share management costs if the Green River were designated.

The State of Utah would probably limit its support to the cooperative management of Labyrinth Canyon in accordance with the MOU between the State and the BLM. |

BLM_0013253

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0013254

BLM_0013255

# APPENDIX K.
# CONSERVATION MEASURES FOR T & E SPECIES OF UTAH FROM THE USE PLAN PROGRAMMATIC BAS AND SECTION 7 CONSULTATIONS

As part of the proposed action, the BLM has included conservation measures to minimize or eliminate adverse impacts to federally listed species. The species known to currently inhabit the Moab planning area are: Mexican spotted owl, southwestern willow flycatcher, Jones cycladenia, and the four Colorado river fishes. The bald eagle is no longer a federally listed species; however, conservation measures to ensure the species' protection during the required monitoring period following delisting are included here. These measures are listed by species.

## K.1 BALD EAGLE (*HALIAEETUS LEUCOCEPHALUS*) CONSERVATION MEASURES

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Bald eagle (*Haliaeetus leucocephalus*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the Service.

1. BLM will place restrictions on all authorized (i.e. permitted) activities that may adversely impact bald eagles, their breeding habitat, roosting sites, and known winter concentration areas, in order to avoid or minimize potential impacts.

Measures have been adapted from guidance published in the *Utah Field Office Guidelines for Raptor Protection from Human and Land-use Disturbances* (USFWS 2002), as well as coordination between BLM and the Service. Measures include, but may not be limited to seasonal/daily timing limitations, and/or spatial buffers as follows:

o Temporary activities[1] or habitat alterations that may disturb nesting bald eagles will be restricted from January 1st, to August 31st within 1.0 mile of Bald eagle nest sites. Exceptions may be granted where no nesting behavior is initiated prior to June 1st.

o Temporary activities or habitat alterations that may disturb bald eagles will be restricted within 0.5 mile of known winter concentration areas from November 1st to March 31st. Additionally, where daily activities must occur within these spatial buffers, and are approved through subsequent consultation, activities should be properly scheduled to occur after 9 a.m. and terminate at least one hour before official sunset to ensure that bald eagles using these roosts are allowed the opportunity to vacate their roost in the morning and return undisturbed in the evening.

---

[1] Temporary activities are defined as those that are completed prior to the start of the following raptor breeding season, leaving no permanent structures and resulting in no permanent habitat loss.

- No permanent2 infrastructure will be placed within 1.0 mile of bald eagle nest sites or within 0.5 mile of bald eagle winter concentration areas.
- Where activities are authorized within breeding habitats or known winter concentration areas, monitoring efforts would document what, if any, impacts occur during project implementation, and to what extent the species was affected. The results of these monitoring efforts would be carried forward in the design and implementation of future projects as part of the adaptive management process.

2. For all project-related survey and monitoring actions:
   - Reports must be provided to affected field offices within 15 days of completion of survey or monitoring efforts. Reports must follow field office guidance for BLM-specified formats for written and automated databases.
   - Any detection of bald eagle presence during survey or monitoring efforts must be reported to the authorized officer within 48 hours of detection.

3. Appropriately timed surveys in suitable bald eagle nesting habitat or identified concentration areas shall be conducted in accordance with approved protocols prior to any activities that may disturb bald eagles. Surveys would only be conducted by BLM-approved individuals or personnel.

4. BLM shall in coordination with cooperating agencies and/or partners (e.g., UDWR, Service, etc.), verify annual status (active vs. inactive) of all known bald eagle nests, and other identified concentration areas on BLM administered lands.

5. When project proposals that may affect threatened and endangered species are received, BLM will coordinate with the Service at the earliest possible date so that the Service can provide necessary information to minimize, or avoid, the need to redesign projects at a later date to include conservation measures that may be determined as appropriate by the Service.

6. BLM administered lands within 1.0 mile of bald eagle nests, or identified communal winter roosts, should not be exchanged or sold. If it is imperative that these lands be transferred out of BLM ownership, then every effort should be made to include conservation easements or voluntary conservation restrictions to protect the bald eagles and support their conservation.

7. Proponents of BLM authorized actions will be advised that roadside carrion can attract foraging bald eagles and potentially increase the risk of vehicle collisions with individuals feeding on carrion. When carrion occurs on the road, appropriate officials will be notified for necessary removal.

8. Power lines will be built to standards and guidelines identified by the Avian Protection Plan (APP) Guidelines (APLIC and USFWS 2005).

9. BLM will make educational information available to project proponents and the general public pertaining to the following topics:
   - appropriate vehicle speeds and the associated benefit of reduced vehicle collisions with wildlife.

---

2 Permanent activities continue for more than one breeding season and/or cause a loss of habitat or displace individuals through disturbance (e.g., creation of a permanent structure including but not limited to well pads, roads, pipelines, electrical power line).

BLM_0013256

> o  use of lead shot (particularly over water bodies);
> o  use of lead fishing weights; and
> o  general ecological awareness of habitat disturbance.

10. Since bald eagles are often dependent on aquatic species as prey items, BLM will periodically review existing water quality records (e.g., UDEQ, UDWR, USGS) from monitoring stations on, or near, important bald eagle habitats (i.e., nests, roost, concentration areas) on BLM lands for any conditions that could adversely affect bald eagles or their prey. If water quality problems are identified, BLM will contact the appropriate jurisdictional entity to cooperatively monitor the condition and/or take corrective action.

## K. 2 MEXICAN SPOTTED OWL (*STRIX OCCIDENTALIS LUCIDA*) CONSERVATION MEASURES

The following list of measures provides species-specific guidance, intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Mexican spotted owl (*Strix occidentalis lucida*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the Service.

1. BLM will place restrictions on all authorized (permitted) activities that may adversely affect the Mexican spotted owl in identified PACs, breeding habitat, or designated critical habitat, to reduce the potential for adverse impacts to the species. Restrictions and procedures have been adapted from guidance published in the Utah Field Office Guidelines for Raptor Protection from Human and Land-useDisturbances (USFWS 2002b), as well as coordination between BLM and the Service. Measures include:

    o  Surveys, according to USFWS protocol, will be required prior to any disturbance related activities that have been identified to have the potential to impact Mexican spotted owl, unless current species occupancy and distribution information is complete and available. All surveys must be conducted by USFWS certified individuals, and approved by the BLM authorized officer.

    o  Assess habitat suitability for both nesting and foraging using accepted habitat models in conjunction with field reviews. Apply the appropriate conservation measures below if project activities occur within 0.5 mile of suitable owl habitat, dependent in part on if the action is temporary3 or permanent4:

    For all temporary actions that may impact owls or suitable habitat:

    o  If action occurs entirely outside of the owl breeding season, and leaves no permanent structure or permanent habitat disturbance, action can proceed without an occupancy survey.

---

[3] Temporary activities are defined as those that are completed prior to the start of the following raptor breeding season, leaving no permanent structures and resulting in no permanent habitat loss.
[4] Permanent activities continue for more than one breeding season and/or cause a loss of owl habitat or displaces owls through disturbances, e.g., creation of a permanent structure including but not limited to well pads, roads, pipelines, electrical power line.

BLM_0013257

- o If action will occur during a breeding season, survey for owls prior to commencing activity. If owls are found, activity should be delayed until outside of the breeding season.
- o Eliminate access routes created by a project through such means as raking out scars, revegetation, gating access points, etc.

For all permanent actions that may impact owls or suitable habitat:

- o Survey two consecutive years for owls according to established protocol prior to commencing of activity.
- o If owls are found, no actions will occur within 0.5 mile of identified nest site.
- o If nest site is unknown, no activity will occur within the designated Protected Activity Center (PAC).
- o Avoid placing permanent structures within 0.5 mi of suitable habitat unless surveyed and not occupied.
- o Reduce noise emissions (e.g., use hospital-grade mufflers) to 45 dBA at 0.5 mile from suitable habitat, including canyon rims (Delaney et al. 1997). Placement of permanent noise-generating facilities should be determined by a noise analysis to ensure noise does not encroach upon a 0.5 mile buffer for suitable habitat, including canyon rims.
- o Limit disturbances to and within suitable owl habitat by staying on designated routes.
- o Limit new access routes created by the project.

2. BLM will, as a condition of approval (COA) on any project proposed within identified PACs, designated critical habitat, or within spatial buffers for Mexican spotted owl nests (0.5 mile), ensure that project proponents are notified as to their responsibilities for rehabilitation of temporary access routes and other temporary surface disturbances, created by their project, according to individual BLM Field Office standards and procedures, or those determined in the project-specific Section 7 Consultation.

3. BLM will require monitoring of activities in designated critical habitat, identified PACs, or breeding habitats, wherein it has been determined that there is a potential for take. If any adverse impacts are observed to occur in a manner, or to an extent that was not considered in the project-specific Section 7 Consultation, then consultation must be reinitiated.

- o Monitoring results should document what, if any, impacts to individuals or habitat occur during project construction/implementation. In addition, monitoring should document successes or failures of any impact minimization, or mitigation measures. Monitoring results would be considered an opportunity for adaptive management, and as such, would be carried forward in the design and implementation of future projects.

4. For all survey and monitoring actions:

- o Reports must be provided to affected field offices within 15 days of completion of survey or monitoring efforts.
- o Report any detection of Mexican spotted owls during survey or monitoring to the authorized officer within 48 hours.

BLM_0013258

5. BLM will, in areas of designated critical habitat, ensure that any physical or biological factors (i.e., the primary constituent elements), as identified in determining and designating such habitat, remains intact during implementation of any BLM-authorized activity.

6. For all BLM actions that *"may adversely affect"* the primary constituent elements in any suitable Mexican spotted owl habitat, BLM will implement measures as appropriate to minimize habitat loss or fragmentation, including rehabilitation of access routes created by the project through such means as raking out scars, revegetation, gating access points, etc.

7. Where technically and economically feasible, use directional drilling from single drilling pads to reduce surface disturbance, and minimize or eliminate needing to drilling in canyon habitats suitable for Mexican spotted owl nesting.

8. Prior to surface-disturbing activities in Mexican spotted owl PACs, breeding habitats, or designated critical habitat, specific principles should be considered to control erosion. These principles include:

    o Conduct long-range transportation planning for large areas to ensure that roads will serve future needs. This will result in less total surface disturbance.

    o Avoid surface disturbance in areas with high erosion hazards to the greatest extent possible. Avoid mid-slope locations, headwalls at the source of tributary drainages, inner valley gorges, and excessively wet slopes such as those near springs. In addition, avoid areas where large cuts and fills would be required.

    o Locate roads to minimize roadway drainage areas and to avoid modifying the natural drainage areas of small streams.

9. Project developments should be designed, and located to avoid direct or indirect loss or modification of Mexican spotted owl nesting and/or identified roosting habitats.

10. Water production associated with BLM authorized actions should be managed to ensure maintenance or enhancement of riparian habitats.

## K. 3 SOUTHWESTERN WILLOW FLYCATCHER (*EMPIDONAX TRAILLII EXTIMUS*) CONSERVATION MEASURES

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Southwestern willow flycatcher (*Empidonax traillii extimus*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Surveys will be required prior to operations that *"may adversely affect"* the Southwestern willow flycatcher unless species occupancy data and distribution information is complete and available. Surveys will only be conducted by BLM-approved personnel. In the event species occurrence is verified, project proponents may be required to modify operational plans at the discretion of the authorized officer. Modifications may include appropriate measures for minimization of adverse effects to the Southwestern willow flycatcher and its habitat.

BLM_0013259

2. BLM will monitor and restrict, when and where necessary, authorized or casual use activities that *"may adversely affect"* the Southwestern willow flycatcher, including but not limited to, recreation, mining, and oil and gas activities. Monitoring results should be considered in the design and implementation of future projects.

3. To monitor the impacts of BLM-authorized projects determined *"likely to adversely affect"* the Southwestern willow flycatcher, BLM should prepare a short report describing progress, including success of implementation of all associated mitigation. Reports shall be submitted annually to the USFWS Utah Field Office by March 1st beginning one full year from date of implementation of the proposed action. The report shall list and describe the following items:

   o When, or if, the level of anticipated take (as allowed by separate Incidental Take Statements from site- Any unforeseen adverse effects resulting from activities of each site-specific project (may also require reinitiation of formal Consultation);

   o When, and if, any level of anticipated incidental take is approached (as allowed by separate Incidental Take Statements of site-specific Formal Section 7 Consultation efforts);

   o specific formal consultations) is exceeded; and

   o Results of annual, periodic monitoring which evaluate the effectiveness of the reasonable and prudent measures or terms and conditions of the site-specific Consultation.

4. BLM should avoid granting activity permits or authorizing development actions in Southwestern willow flycatcher habitat. Unoccupied potential habitat should be protected in order to preserve them for future management actions associated with the recovery of the Southwestern willow flycatcher.

5. BLM will ensure project design incorporates measures to avoid direct disturbance to populations and suitable habitats where possible. At a minimum, project designs should include consideration of water flows, slope, seasonal and spatial buffers, possible fencing, and pre-activity flagging of critical areas for avoidance.

6. The BLM will continue to address illegal and unauthorized OHV use and activity upon BLM administered lands. In order to protect, conserve, and recover the Southwestern willow flycatcher in areas of heavy unauthorized use, temporary closures, or use restrictions beyond those which are already in place, may be imposed. As funding allows, BLM should complete a comprehensive assessment of all OHV use areas that interface with Southwestern willow flycatcher populations. Comparison of Southwestern willow flycatcher populations and OHV use areas using GIS would give BLM personnel another tool to manage and/or minimize impacts.

7. All surface-disturbing activities should be restricted within a 0.25 mile buffer from suitable riparian habitats and permanent surface disturbances should be avoided within 0.5 mile of suitable Southwestern willow flycatcher habitat.

   o Unavoidable ground disturbing activities in occupied Southwestern willow flycatcher habitat should only be conducted when preceded by current year survey, should only occur between August 16 and April 30 (the period when Southwestern willow flycatcher are not likely to be breeding), and should be monitored to ensure that adverse impacts to Southwestern willow flycatcher are minimized or avoided, and to document the success of project specific

BLM_0013260

> mitigation/protection measures. As monitoring is relatively undefined, project specific requirements must be identified.

8.  BLM will properly consider nesting periods for Southwestern willow flycatcher when conducting horse gathering operations in the vicinity of habitat.

9.  BLM will ensure that plans for water extraction and disposal are designed to avoid changes in the hydrologic regime that would likely result in loss or undue degradation of riparian habitat.

10. Native species will be preferred over non-native for revegetation of habitat in disturbed areas.

11. BLM will coordinate with other agencies and private landowners to identify voluntary opportunities to modify current land stewardship practices that may impact the Southwestern willow flycatcher and its habitats.

12. Limit disturbances to within suitable habitat by staying on designated routes.

13. Ground-disturbing activities will require monitoring throughout the duration of the project to ensure that adverse impacts to Southwestern willow flycatcher are avoided. Monitoring results should document what, if any, impacts to individuals or habitat occur during project construction/implementation. In addition, monitoring should document successes or failures of any impact minimization or mitigation measures. Monitoring results would be considered an opportunity for adaptive management and, as such, would be carried forward in the design and implementation of future projects.

14. Where technically and economically feasible, use directional drilling or multiple wells from the same pad to reduce surface disturbance and eliminate drilling in Southwestern willow flycatcher habitat.

15. Habitat disturbances (i.e., organized recreational activities requiring special use permits, drilling activities, etc.) will be avoided within 0.25 mile of suitable Southwestern willow flycatcher habitat from May 1 to August 15.

Grazing allotments that contain habitat for the species will be managed with consideration for recommendations provided by the Southwestern Willow Flycatcher Recovery Plan, and other applicable research.

## K. 4 JONES CYCLADENIA (*CYCLADENIA HUMILIS* VAR. *JONESII*) CONSERVATION MEASURES

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Jones cycladenia (*Cycladenia humilis* var. *jonesii*). This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1.  Prior to surface-disturbing activities in habitat for the species, presence/absence surveys of potentially affected areas will be conducted in accordance with established protocols.

2.  Appropriate avoidance/protection/mitigation will be used to manage potential impacts of similar subsequent projects. These measures should include, but are not limited to:
    o   the stabilization of soils to minimize or avoid impacts related to soil erosion,

BLM_0013261

   o  marking/flagging of suitable and/or occupied habitat (including predetermined buffers) prior to development to avoid trampling by crew members or equipment during disturbance related activities; and

   o  require project proponents to conduct surveys and monitoring actions using BLM-approved specialists to document population effects and individual impacts.

3.  BLM shall continue to document new populations of Jones cycladenia (*Cycladenia humilis* var. *jonesii*) as they are encountered.

4.  To assist and support recovery efforts, BLM will minimize or avoid surface disturbances in habitats that support the species.

5.  BLM will encourage and assist project proponents in development and design of their proposed actions in order to avoid direct disturbance to populations or individuals where feasible. Designs should consider water flow, slope, appropriate buffer distances, possible fencing needs, and pre-activity flagging of sensitive areas that are planned for avoidance.

6.  BLM will consider emergency OHV closure or additional restrictions to protect, conserve, and recover the species.

7.  In areas where dispersed recreational uses are identified as threats to populations of the species, BLM will consider the development of new recreational facilities/opportunities that concentrate dispersed recreational use away from habitat, especially occupied habitat.

8.  Cultural and paleontological survey/recovery technicians (i.e., archeologists and/or paleontologists), conducting work in the vicinity of known populations, will be educated in the identification of listed species in order to avoid inadvertent trampling or removal during survey, mapping, or excavation of cultural or paleontological resources.

9.  Areas of viable habitat, in the vicinity of populations considered for prescribed burning, will be surveyed according to established protocols for new or undocumented populations of the species.

10. Lands being considered for exchange or disposal that contain suitable habitat for the species will be surveyed for undocumented populations, according to established protocols, prior to approval of such disposal. Lands supporting populations shall not be disposed of unless it is determined that the action will not threaten the survival and recovery of the species in accordance with the ESA and BLM Guidance and Policy Manual 6840 – Special Status Species Management.

11. BLM will encourage the avoidance of key habitats during livestock herding and trailing activities on BLM administered lands. (Key habitats are those that are deemed necessary for the conservation of the species including, but not necessarily limited to, designated critical habitat and other occupied or unoccupied habitats considered important for the species survival and recovery as determined in coordination with the USFWS).

## K.5 Colorado River Endangered Fishes Conservation Measures

**Bonytail (*Gila elegans*), Colorado pikeminnow (*Ptychocheilus lucius*), Humpback chub (*Gila cypha*), and Razorback sucker (*Xyrauchen texanus*)**

The following list of measures provides species-specific guidance intended to avoid, minimize, or reduce potential adverse impacts from implementation of BLM actions under the authority of current Utah BLM LUPs on the Colorado pikeminnow, Humpback chub, bonytail, and razorback

BLM_0013262

sucker, herein referred to as the Colorado River fishes. This list is not comprehensive. Additional conservation measures, or other modified versions of these measures, may be applied for any given BLM-authorized activity upon further analysis, review, coordination efforts, and/or appropriate levels of section 7 consultation with the USFWS.

1. Monitoring of impacts of site-specific projects authorized by the BLM will result in the preparation of a report describing the progress of each site-specific project, including implementation of any associated reasonable and prudent measures or reasonable and prudent alternatives. This will be a requirement of project proponents and will be included as a condition of approval (COA) on future proposed actions that have been determined to have the potential for take. Reports will be submitted annually to the USFWS - Utah Field Office, beginning after the first full year of implementation of the project, and shall list and describe:

   o Any unforeseen direct or indirect adverse impacts that result from activities of each site-specific project;

   o Estimated levels of impact or water depletion, in relation to those described in the original project-level Consultation effort, in order to inform the Service of any intentions to reinitiate Section 7 Consultation; and

   o Results of annual, periodic monitoring which evaluates the effectiveness of any site-specific terms and conditions that are part of the formal Consultation process. This will include items such as an assessment of whether implementation of each site-specific project is consistent with that described in the BA, and whether the project has complied with terms and conditions.

2. The BLM shall notify the USFWS immediately of any unforeseen impacts detected during project implementation. Any implementation action that may be contributing to the introduction of toxic materials or other causes of fish mortality must be immediately stopped until the situation is remedied. If investigative monitoring efforts demonstrate that the source of fish mortality is not related to the authorized activity, the action may proceed only after notification of USFWS authorities.

3. Unoccupied, suitable habitat areas should be protected in order to preserve them for future management actions associated with the recovery of the Endangered Colorado River Fish, as well as approved reintroduction, or relocation efforts.

   o BLM will avoid impacts where feasible, to habitats considered most representative of prime suitable habitat for these species.

   o Surface-disturbing activities will be restricted within ¼ mile of the channel centerline of the Colorado, Green, Duchesne, Price, White, and San Rafael Rivers

   o Surface-disturbing activities proposed to occur within floodplains or riparian areas will be avoided unless there is no practical alternative or the development would enhance riparian/aquatic values. If activities must occur in these areas, construction will be designed to include mitigation efforts to maintain, restore, and/or improve riparian and aquatic conditions. If conditions could not be maintained, offsite mitigation strategies should be considered.

4. BLM will ensure project proponents are aware that designs must avoid as much direct disturbance to current populations and known habitats as is feasible. Designs should include:

   o protections against toxic spills into rivers and floodplains;

BLM_0013263

- o  plans for sedimentation reduction;
- o  minimization of riparian vegetation loss or degradation;
- o  pre-activity flagging of critical areas for avoidance;
- o  design of stream-crossings for adequate passage of fish; and
- o  measures to avoid or minimize impacts on water quality at the 25-year frequency runoff

5.  Prior to surface-disturbing activities, specific principles will be considered to control erosion. These principles include:

- o  Conduct long-range transportation planning for large areas to ensure that roads will serve future needs. This will result in less total surface disturbance.
- o  Avoid, where possible, surface disturbance in areas with high erosion hazards.
- o  Avoid mid-slope location of drill pads, headwalls at the source of tributary drainages, inner valley gorges, excessively wet slopes such as those near springs and avoid areas where large cuts and fills would be required.
- o  Design and locate roads to minimize roadway drainage areas and to avoid modifying the natural drainage areas of small streams.

6.  Where technically and economically feasible, project proponents will use directional drilling or multiple wells from a single pad to reduce surface disturbance and eliminate drilling in suitable riparian habitat. Ensure that such drilling does not intercept or degrade alluvial aquifers. Drilling will not occur within 100 year floodplains that contain listed fish species or their designated critical habitats.

7.  The Utah Oil and Gas Pipeline Crossing Guidance (BLM National Science and Technology Center), or other applicable guidance, will be implemented for oil and gas pipeline river/stream crossings.

8.  In areas adjacent to 100-year floodplains, particularly in systems prone to flash floods, BLM will analyze the risk for flash floods to impact facilities. Potential techniques may include the use of closed loop drilling and pipeline burial or suspension as necessary to minimize the potential for equipment damage and resultant leaks or spills.

9.  Water depletions from any portion of the Upper Colorado River drainage basin above Lake Powell are considered to adversely affect and adversely modify the critical habitat of these endangered fish species. Section 7 consultation will be completed with the Service prior to any such water depletions.

10. Design stream-crossings for adequate passage of fish (if present), minimum impact on water quality, and at a minimum, a 25-year frequency run-off.

## OIL AND GAS LEASE NOTICES

Standard terms and conditions (oil and gas lease notices) applicable to all surface-disturbing activities which are required to protect special status species and comply with the endangered species act, are described in full in Appendix C : Stipulations Applicable to Oil and Gas Leasing and Other Surface-disturbing Activities. These standard lease terms and conditions are found on pages C-31 through C-39.

BLM_0013264

## RESOURCE PROTECTION MEASURES INCORPORATED FROM THE UTAH LAND-USE PLAN AMENDMENT FOR FIRE AND FUELS MANAGEMENT (UT-USO-04-01)

1. Initiate emergency Section 7 consultation with U.S. Fish and Wildlife Service upon the determination that wildfire suppression may pose a potential threat to any listed threatened or endangered species or adverse modification of designated critical habitat.

2. Prior to planned fire management actions, survey for listed threatened and endangered and non-listed sensitive spies. Initiate Section 7 consultation with U.S. Fish and Wildlife Service as necessary if proposed project may affect any listed species. Review appropriate management, conservation and recovery plans and include recovery plan direction into project proposals. For non-listed special status plant and animal species, follow the direction contained in the BLM 6840 Manual. Ensure that any proposed project conserves non-listed sensitive species and their habitats and ensure that any action authorized, funded or carried out by the BLM does not contribute to the need for any species to become listed.

3. Follow Terms and Conditions identified in the Biological Opinion accompanying the Utah Land-use Plan Amendment for Fire and Fuels Management

## CONSERVATION MEASURES FROM THE BIOLOGICAL OPINION FOR THE UTAH BLM LAND USE PLANS (LUP) AMENDMENTS BA AND FIRE MANAGEMENT PLANS (FMP) BAS

Firefighter and public safety is the first priority in every fire management activity. Setting priorities among protecting human communities, community infrastructure, other property and improvements, and natural and cultural resources must be based on the values to be protected, human health and safety, and costs of protection. The Applicant Committed Resource Protection Measures will apply to the species covered in this consultation, unless a threat to human life or property exists.

During the wildfire suppression activities, the Incident Commander has the final decision-making authority for suppression operations and tactics, including implementation of resource protection operations, thereby minimizing or avoiding many effects to federally protected species. However, in the event that measures cannot be implemented during fire suppression operations due to safety concerns, some effects may occur to federally protected species. In these cases, BLM would initiate emergency consultation with the Service for these fire suppression efforts.

BLM_0013265

## LAND USE PLAN AMENDMENT

The project proponent commits to the following resource protection measures as identified in the March 4, 2005 Biological Assessment. These measures have been developed as part of the proposed action to provide statewide consistency in reducing the effects of fire management activities on listed, proposed, and candidate species and their habitats. Resource protection measures for fire management practices use the following codes to represent which actions fir within each of the measures:

> SUP: wildland fire suppression,
>
> WFU: wildland fire use for resource benefit,
>
> RX: prescribed fire,
>
> NF: non-fire fuel treatments,
>
> ESR: Emergency Stabilization and Rehabilitation

**Measures designed to protect air quality include:**

A-1   Evaluate weather conditions, including wind speed and atmospheric stability, to predict impacts from smoke from prescribed fires and wildland fire uses. Coordinate with Utah Department of Environmental Quality for prescribed fires and wildland fire use (RX, WFU).

A-2   When using chemical fuels reduction methods, follow all label requirements for herbicide application (NF).

**Measures designed to protect soil and water quality include:**

SW-1   Avoid heavy equipment use on highly erosive soils (soils with low soil loss tolerance), wet or boggy soils and slopes greater than 30%, unless otherwise analyzed and allowed under appropriate NEPA evaluation with implementation of additional erosion control and other soil protection mitigation measures. (SUP, WFU, RX, NF, ESR)

SW-2   There may be situations where high intensity fire will occur on sensitive and erosive soil types during wildland fire use or prescribed fire. If significant areas show evidence of high severity fire, then evaluate area for soil erosion potential and downstream values at risk and implement appropriate or necessary soil stabilization actions such as mulching or seeding to avoid excessive wind and water erosion. (SUP, WFU, RX)

SW-3   Complete necessary rehabilitation on fire lines or other areas of direct soil disturbance, including but not limited to water barring fire lines, covering and mulching fire lines with slash, tilling and/or sub soiling compacted areas, scarification of vehicle tracks, OHV closures, seeding and/or mulching for erosion protection. (SUP, WFU, RX)

SW-4   When using mechanical fuels reduction treatments, limit tractor and heavy equipment use to periods of low soil moisture to reduce the risk of soil compaction. If this is not practical, evaluate sites, post treatment and if necessary, implement appropriate remediation, such as sub soiling, as part of the operation. (NF)

BLM_0013266

SW-5   Treatments such as chaining, plowing and roller chopping shall be conducted as much as practical on the contour to reduce soil erosion. (NF, ESR)

SW-6   When using chemical fuel reduction treatments follow all label directions, additional mitigations identified in project NEPA evaluation and the Approved Pesticide Use Permit. At a minimum, provide a 100-foot-wide riparian buffer strip for aerial application, 25 feet for vehicle application and 10 feet for hand application. Any deviations must be accordance with the label. Herbicides would be applied to individual plants within 10 feet of water where application is critical. (NF)

SW-7   Avoid heavy equipment in riparian or wetland areas. During fire suppression or wildland fire use, consult a Resource Advisor before using heavy equipment in riparian or wetland areas. (SUP, WFU, RX, NF, ESR)

SW-8   Limit ignition within native riparian or wetland areas. Allow low-intensity fire to burn into riparian areas. (RX)

SW-9   Suppress wildfires consistently with compliance strategies for restoring or maintaining the restoration of water quality impaired [303(d) listed] water bodies. Do not use retardant within 300 feet of water bodies. (SUP, WFU)

SW-10  Plan and implement projects consistent with compliance strategies for restoring or maintaining the restoration of water quality impaired [303(d) listed] water bodies. Planned activities should take into account the potential impacts on water quality, including increased water yields that can threaten fisheries and aquatic habitat; improvements at channel crossings; channel stability; and downstream values. Of special concern are small headwaters of moderate to steep watersheds, erosive or saline soils; multiple channel crossings; at-risk fisheries, and downstream residents. (RX, NF, ESR)

**Measures designed to protect vegetation include:**

V-1   When restoring or rehabilitating disturbed rangelands, non-intrusive, non-native plant species are appropriate for use when native species: (1) are not available; (2) are not economically feasible; (3) cannot achieve ecological objectives as well as non-native species; and/or (4) cannot compete with already established native species. (RX, NF, ESR)

V-2   In areas known to have weed infestations, aggressive action should be taken in rehabilitating fire lines, seeding and follow-up monitoring and treatment to reduce the spread of noxious weeds. Monitor burned areas and treat as necessary. All seed used would be tested for purity and for noxious weeds. Seed with noxious weeds would be rejected. (SUP, WFU, RX, NF, ESR)

**Measures designed to protect special status species (including threatened and endangered species) include:**

SSS-1  Initiate emergency Section 7 consultation with United States Fish and Wildlife Service (Service) upon the determination that wildfire suppression may pose a potential threat to any listed threatened or endangered species or adverse modification of designated critical habitat. (SUP)

BLM_0013267

SSS-2  Prior to planned fire management actions, survey for listed threatened, endangered, and non-listed sensitive species. Initiate Section 7 consultation with the Service as necessary if a proposed project may affect any listed species. Review appropriate management, conservation and recovery plans and include recovery plan direction into project proposals. For non-listed special status plant and animal species, follow the direction contained in the BLM 6840 Manual. Ensure that any proposed project conserves non-listed sensitive species and their habitats and ensure that any action authorized, funded, or carried out by BLM does not contribute to the need for any species to become listed. (RX, NF, ESR)

SSS-3  Incorporate site-specific conservation measures identified in this BA. (SUP, WFU, RX, NF, ESR)

**Measures designed to protect fish and wildlife resources include:**

FW-1  Avoid treatments during nesting, fawning, spawning, or other critical periods for wildlife or fish. (RX, NF, ESR)

FW-2  Avoid if possible or limit the size of, wildland fires in important wildlife habitats such as, mule deer winter range, riparian and occupied sage grouse habitat. Use Resource Advisors to help prioritize resources and develop Wildland Fire Situation Analyses (WFSAs) and Wildland Fire Implementation Analyses (WFSAs) and Wildland Fire Implementation Plans (WFIPs) when important habitats may be impacted. (SUP, WFU)

FW-3  Minimize wildfire size and frequency in sagebrush communities where sage grouse habitat objectives will not be met if a fire occurs. Prioritize wildfire suppression in sagebrush habitat with an understory of invasive, annual species. Retain unburned islands and patches of sagebrush unless there are compelling safety, private property and resource protection or control objectives at risk. Minimize burn out operations (to minimize burned acres) in occupied sage-grouse habitats when there are not threats to human life and/or important resources. (SUP)

FW-4  Establish fuel treatment projects at strategic locations to minimize size of wildfires and to limit further loss of sagebrush. Fuel treatments may include green stripping to help reduce the spread of wildfires into sagebrush communities. (RX, NF)

FW-5  Use wildland fire to meet wildlife objectives. Evaluate impacts to sage grouse habitat in areas where wildland fire use for resource benefit may be implemented. (WFU, RX)

FW-6  Create small openings in continuous or dense sagebrush (>30% canopy cover) to create a mosaic of multiple-age classes and associated understory diversity across the landscape to benefit sagebrush-dependent species. (WFU, RX, NF)

FW-7  On sites that are currently occupied by forests or woodlands, but historically supported sagebrush communities, implement treatments (fire, cutting, chaining, seeding, etc.) to re-establish sagebrush communities. (RX, NF)

FW-8  Evaluate and monitor burned areas and continue management restrictions until the recovering and/or seeded plant community reflect the desired condition. (SUP, WFU, RX, ESR)

BLM_0013268

FW-9   Utilize the Emergency Stabilization and Rehabilitation program to apply appropriate post fire treatments within crucial wildlife habitats, including sage grouse habitats. Minimize seeding with non-native species that may create a continuous perennial grass cover and restrict establishment of native vegetation. Seed mixtures should be designed to re-establish important seasonal habitat components for sage grouse. Leks should not be re-seeded with plants that change the vegetation heights previously found on the lek. Forbs should be stressed in early and late brood-rearing habitats. In situations of limited funds for emergency stabilization and rehabilitation actions, prioritize rehabilitation of sage grouse habitats. (ESR)

**Measures designed to protect wild horses and burros include:**

WHB-1 Avoid fencing that would restrict access to water. (RX, NF, ESR)

**Measures designed to protect cultural resources include:**

CR-1   Cultural Resource Advisors should be contacted when fires occur in areas containing sensitive cultural resources. (SUP)

CR-2   Wildland fire use is discouraged in areas containing sensitive cultural resources. A Programmatic Agreement is being prepared between the Utah State Historic Preservation Office, BLM, and the Advisory Council to cover the finding of adverse effects to cultural resources associated with wildland fire use. (WFU)

CR-3   Potential impacts of proposed treatments should be evaluated for compliance with the National Historic Preservation Act (NHPA) and the Utah Statewide Protocol. This should be conducted prior to the proposed treatment. (RX, NF, ESR)

**Measures designed to protect paleontology resources include:**

P-1   Planned projects should be consistent with BLM Manual and Handbook H-8270-1, Chapter III (A) and III (B) to avoid areas where significant fossils are known or predicted to occur or to provide for other mitigation of possible adverse effects. (RX, NF, ESR)

P-2   In the event that paleontological resources are discovered in the course of surface fire management activities, including fires suppression, efforts should be made to protect these resources. (SUP, WFU, RX, NF, ESR)

**Measures designed to protect forestry resources include:**

F-1   Planned projects should be consistent with HFRA Section 102(e)(2) to maintain or contribute to the restoration of old-growth stands to a pre-fire suppression condition and to retain large trees contributing to old-growth structure. (SUP, WFU, RX, NF)

F-2   During planning, evaluate opportunities to utilize forest and woodland products prior to implementing prescribed fire activities. Include opportunities to use forest and woodland stands, consider developing silvicultural prescriptions concurrently with fuel treatments prescriptions. (RX, NF)

**Measures designed to protect livestock grazing resources include:**

LG-1   Coordinate with permittees regarding the requirements for non-use or rest of treated areas. (SUP, WFU, RX, NF, ESR)

BLM_0013269

LG-2   Rangelands that have been burned by wildfire, prescribed fire, or wildland fire use, would be ungrazed for a minimum of one complete growing season following the burn. (SUP, WFU, RX)

LG-3   Rangelands that have been re-seeded or otherwise treated to alter vegetation composition, chemically or mechanically, would be ungrazed for a minimum of two complete growing seasons. (RX, NF, ESR)

**Measures designed to protect recreation and visitor services include:**

Rec-1   Wildland fire suppression efforts would preferentially protect Special Recreation Management Areas and recreation site infrastructure in line with fire management goals and objectives. (SUP)

Rec-2   Vehicle tracks created off of established routes would be obliterated after fire management actions in order to reduce unauthorized OHV travel. (SUP, WFU, RX, NF, ESR)

**Measures designed to protect land and reality resources include:**

LR-1   Fire management practices would be designed to avoid or otherwise ensure the protection of authorized rights-of-way and other facilities located on the public lands, including coordination with holders of major rights-of-way systems within rights-of-way corridors and communication sites. (WFU, RX, NF, ESR)

LR-2   Fire management actions must not destroy, deface, change or remove to another place any monument or witness tree of the Public Land Survey System. (SUP, WFU, RX, NF, ESR)

**Measures designed to minimize impacts confounded by hazardous waste include:**

HW-1   Recognize hazardous wastes and move fire personnel to a safe distance from dumped chemicals, unexploded ordnance, drug labs, wire burn sites, or any other hazardous wastes. Immediately notify BLM Field Office hazmat coordinator or state hazmat coordinator upon discovery of any hazardous materials, following the BLM hazardous materials contingency plan. (SUP, WFU, RX, NF, ESR)

**Measures designed to protect mineral resources include:**

M-1   A safety buffer should be maintained between fire management activities and at-risk facilities. (SUP, WFU, RX)

**Measures designed to protect wilderness and wilderness study areas (WSAs) include:**

Wild-1 The use of earth-moving equipment must be authorized by the field office manager. (SUP, WFU, RX, ESR)

Wild-2 Fire management actions would rely on the most effective methods of suppression that are least damaging to wilderness values, other resources and the environment, while requiring the least expenditure of public funds. (SUP, WFU)

Wild-3 A Resource Advisor should be consulted when fire occurs in Wilderness and WSAs. (SUP, WFU)

BLM_0013270

## ADDITIONAL RESOURCE PROTECTION MEASURES

In addition to the resource protection measures listed in the LUP Amendment and five FMPs, the following conservation measures were developed through the Section 7 (of the ESA) consultation process. The BLM has incorporated these measures into the six Proposed Actions by reference to their BA, and include:

- Manage natural and prescribed Fire Regimes to protect or improve Utah prairie dog habitat.
- Within Utah prairie dog habitat, reseeding would be implemented according to the Utah Prairie Dog Recovery Plan.
- Manage prescribed fire and wildland fire use within Mexican spotted owl Protected Activity Centers (PACs) to ensure protection of nesting, roosting, and foraging habitats.
- Wildland fire suppression would be prioritized for use in Mexican spotted owl PACs. When feasible, fire camps associated with suppression efforts would be built outside of the PACs and nest protection areas.
- For treatments within suitable habitat for listed species, pre- and post-monitoring would take place as determined on a case-by-case basis.
- Incorporate the standards and guidelines recommended by the Inland Native Fish Strategy (USFS 1995)
- As per the decision of the Resource Advisor, avoid construction of fire lines using mechanized equipment across the stream channel. If used, the mechanized equipment would terminate at, and not cross, the stream channel.
- Avoid transferring water from one watershed into another for the purpose of water drops, as this could aid in the spread of water-borne diseases such as whirling disease.
- Avoid retardant use in any riparian/wetland communities.
- Restrict use of mechanical treatments and hand tools.
- Per-burn acreage limitations of 5-100 acres, as long as human life or property are not threatened.
- If the white-tailed prairie dog is listed, initiate emergency Section 7 consultation with the Service upon the determination that wildland fire suppression may pose a potential threat to the species. (SUP)

Prior to planned fire management actions, survey for listed threatened and endangered and non-listed sensitive species. Initiate Section 7 consultation with the Service as necessary if proposed projects may impact the white-tailed prairie dog, if listed. Review appropriate management, conservation, and recovery plans and include recovery plan direction into project proposals, if listed. Until the white-tailed prairie dog is listed, follow the direction contained in the BLM 6840 Manual. Ensure that any proposed project conserves non-listed sensitive species and their habitats and ensure that any action, authorized, funded or carried out by BLM does not contribute to the need for any species to become listed.

BLM_0013271

## MEASURE SPECIFIC TO THE MOAB FIRE REGION (MOAB, PRICE, AND MONTICELLO FIELD OFFICES)

Restoration and rehabilitation measures may follow prescribed and non-fire management actions. They would emphasize the re-establishment and perpetuation of habitat diversity and prevention of reduction of invasive weeds species. The short-term objective would be to stabilize soils, reduce potential impacts to values at risk (cultural, watershed, fish and wildlife, and any adjacent private holdings), and prevent the establishment of non-native invasive species. Long-term objectives include further stabilization of sites to assist in the re-establishment of the native vegetation community that existed prior to the disturbance. Restoration and rehabilitation efforts are selectively applied to planned management actions. Emergency stabilization and rehabilitation is a part of wildland fire suppression action and is considered separately from standard restoration and rehabilitation.

BLM_0013272

# APPENDIX L.
## DESIRED FUTURE CONDITION FOR VEGETATION

## L.1 INTRODUCTION

The purpose of this report is to provide a description of desired vegetative conditions on the landscape over the life of the Moab RMP. This process is referred to as determining the Desired Future Condition (DFC). The determination of the DFC takes a number of factors into consideration such as:

- Current vegetation communities and conditions on the landscape;
- Landscape setting;
- Current uses of vegetative resources;
- Desired management direction for specific uses across the landscape;
- Vegetative treatment/manipulation potentials and methods;
- Current and projected climatic conditions; and
- Soil conditions and availability.

The <u>DFC provides general landscape level guidelines, not site specific prescriptions for project or activity level work</u> within the Moab area. When initiating "on the ground activities", either in response to management related disturbance (vegetative manipulations, damaged land restoration, fuel reductions, etc.) or natural disturbance (flooding, fire, drought, etc.), area specific guidelines would be utilized that are provided in corresponding Natural Resource Conservation Service (NRCS) Ecological Site Inventories and State and Transition model data (as these models are developed). The types of data found in these documents would allow the development of detailed prescriptions for specific vegetative type's, recommended percentages by species, distribution, etc., based on the particular elevational, climatic, soil, and landform features present at that site.

The distribution of vegetative communities across a landscape are primarily influenced by soil type, elevation, precipitation, topography, and to varying degrees by land management activities such as livestock and wildlife grazing, road and mineral development, and OHV use. These vegetative communities subsequently form a mosaic across the landscape, sometimes occurring in relatively homogenous individual species stands, more often however, occurring in various species combinations and associations dependent on the abiotic factors listed above.

Of more recent influence however, are changes in types and distribution of vegetation communities as a result of extended regional drought across southeastern Utah during the last 5-6 years. This has resulted in severe stress and in some cases loss of significant portions of vegetative communities in the region, in particular pinyon pine, sagebrush and salt desert shrub species. We have also seen an increase in the distribution of invasive species, particularly halogeton and cheatgrass. And perhaps more alarming and potentially impacting than below normal precipitation patterns over the region, is the increasing temperatures recorded over the

BLM_0013273

past century. This temperature increase could have a variety of long-term effects including: plants entering spring green up earlier and going into dormancy later, altered snowmelt patterns and subsequent water availability, evapotranspiration dynamics and increased losses for soil infiltration, in addition to affecting growth of some plants as a result of decreased nutrient uptake.

The uncertainty associated with future climatic conditions makes the identification of DFC's uncertain to some extent. The DFC's developed herein are based on some level of return to regional climatic conditions over the past 20 to 30 years. If the current ongoing regional dry trend continues, and temperatures continue to rise, these DFC's could be difficult to obtain, and any treatment efforts undertaken to help achieve these DFC's could be subject to failure.

## L.2 PROCESS

The primary data source for development of the DFC for the Moab Field Office is the Southwest ReGAP (SW ReGAP) terrestrial ecological classification system. The SW ReGAP is an update of the GAP Analysis Program's mapping and assessment of regional biodiversity for a five state region (NM, AZ, CO, UT, and NV) completed in 1995. Both endeavors were multi-institutional cooperative efforts coordinated by the U.S. Geological Survey GAP Analysis Program. The classification was conducted using Landsat-7 satellite imagery, field data, digital elevation models, and other spatial data. The remote imagery utilized and the subsequent processing of this data provides a spatial resolution of 5 hectares.

Although GAP analysis was never intended to provide fine scale resolution, stand alone vegetation maps, the outcome of the terrestrial ecological system classification process provides a useful set of "proxy" vegetation association maps. The classification methodology used specifically group's terrestrial ecological systems as plant community types (associations) that co-occur within landscapes with similar ecological processes, substrates, and/or environmental gradients. The systems approach complements the National Vegetation Classification system (NVCS), whose finer-scale units provide a basis for interpreting larger-scale ecological system patterns and concepts.

Three methodological improvements were utilized in the ReGAP program to increase the accuracy and utility of the vegetation map: 1) a universal standard for the identification of plant communities, the NVCS, 2) the use of a single methodology for constructing predictive models of plant community distribution, classification and regression trees (CART), and 3) the subdivision of the 5-state regions into map zones, or provinces of homogeneous geology, climate and phenology, to reduce the complexity of predictive landcover models.

Plant community types utilized in SW ReGAP are derived from a vegetation classification unit at the association or alliance level, where these are available in the NVCS (Grossman et al. 1998, Jennings et al. 2003, NatureServe 2003), or, if these are not available, other comparable vegetation units. NVCS associations are used wherever possible to describe the component biotic communities of each terrestrial system. The NVCS provides a multi-tiered, nested hierarchy for classifying vegetation types.

BLM_0013274

The SW ReGAP is intended to provide classification at a "meso-scale," both spatially and temporally, and the specific spatial and temporal scales are further refined by the biotic and ecological distinctiveness of the systems identified. A given system will typically manifest itself in a landscape at intermediate geographic scales of tens to thousands of hectares and will persist for 50 or more years. This temporal scale allows typical successional dynamics to be integrated into the concept of each classified unit. Mapping at this scale is spatially comparable to the scale of analysis for most RMPs.

The DFC recommendations for the current revision of the Moab RMP are based on grouping the various vegetative land cover classifications identified in the SW ReGAP program for the Moab area. Analysis of the SW ReGAP data identified 43 vegetative classifications within the overall boundaries of the Moab Field office. We subsequently grouped these 43 units into 12 broader categories for the Moab RMP DFC. These groups were determined primarily by the dominant vegetation type present. These DFC groupings also correspond with vegetation groupings in the draft Utah Fire Management Plan. These groupings are shown on the Table at the end of this Appendix.

The following discussion of each vegetative group is taken primarily from information presented for each classification unit identified in SW ReGAP. The information presented includes a description of the physical environment the vegetation association occurs in, the dynamics of that system, and the vegetation types present. <u>It should be emphasized that these descriptions describe current conditions and dynamics.</u> At the end of each section is the DFC for that vegetation grouping. In many instances the DFC will reflect a continuation of the current systems described, with some exceptions, particularly for invasive or exotic species. The DFC will also describe what types of treatment actions would work best in that system in the event of management or natural disturbances requiring rehabilitation or restoration.

Again it will be emphasized that this DFC is a landscape level analysis, and is intended to provide general descriptions of what the desired conditions should include in any given broad vegetation community. Any details that would be required to conduct restoration or rehabilitation projects would use this only as general guidance and would refer to NRCS Ecological Site Inventories, soil surveys and other site specific data that may be available specific details for that system. The Figure illustrating the Desired Future Condition of vegetation in the Moab Field Office is shown at the end of this Appendix.

## L.3 DOMINANT VEGETATION COMMUNITIES AND DESIRED FUTURE CONDITIONS FOR THE MOAB FIELD OFFICE RMP

### L.3.1 GRASSLANDS

**Corresponding SW ReGAP Landcover Classification:**

- S090 Inter-mountain Basins Semi-desert Grassland

**Environment:** Low-elevation grasslands in the region occur in semi-arid to arid climates at approximately 4,750-7,610 feet in elevation. Grasslands within this system are typically

BLM_0013275

characterized by a sparse to moderately dense herbaceous layer dominated by medium-tall and short bunch grasses, often in a sod-forming growth. These grasslands occur in lowland and upland areas and may occupy swales, playas, mesa tops, plateau parks, alluvial flats, and plains. These grasslands typically occur on xeric sites. This system experiences cold temperate conditions. Hot summers and cold winters with freezing temperatures and snow are common. Annual precipitation is usually from 7.9-15.7 inches. A significant portion of the precipitation falls in July through October during the summer monsoon storms, with the rest falling as snow during the winter and early spring months. These grasslands occur on a variety of aspects and slopes. Sites may range from flat to moderately steep. Soils supporting this system also vary from deep to shallow, and from sandy to fmer-textured. The substrate is typically sand or shale-derived. Some sandy soil occurrences have a high cover of cryptogams on the soil. These cryptogamic species would tend to increase the stability of the highly erodible sandy soils of these grasslands during torrential summer rains and heavy wind storms (Kleiner and Harper 1977).

**Vegetation:** These grasslands are typically dominated or codominated by *Achnatherum hymenoides, Aristida* spp., *Bouteloua gracilis, Hesperostipa comata, Muhlenbergia pungens,* or *Pleuraphis jamesii,* and may include scattered shrubs and dwarf-shrubs of species of *Artemisia, Atriplex, Coleogyne, Ephedra, or Gutierrezia.* The dominant perennial bunch grasses and shrubs within this system are all very drought-resistant plants.

**Dynamics:** This system is maintained by frequent fires and sometimes associated with specific soils, often well drained clay soils. A combination of precipitation, temperature, and soils limits this system to the lower elevations within the region. The dominant perennial bunch grasses and shrubs are all very drought resistant plants. Grasses that dominate semi-arid grasslands develop a dense network of roots concentrated in the upper parts of the soil where rainfall penetrates most frequently (Blydenstein 1966, Cable 1969, Sala and Lauenroth 1985, as cited by McClaran and Van Devender 1995). *Bouteloua gracilis* is also very grazing-tolerant and generally forms a short sod. *Pleuraphis jamesii* is only moderately palatable to livestock, but decreases when heavily grazed during drought and in the more arid portions of its range where it is the dominant grass (West 1972). This grass reproduces extensively from scaly rhizomes making the plant resistant to trampling by livestock and providing good soil-binding properties (Weaver and Albertson 1956, West 1972). *Achnatherum hymenoides* is one of the most drought-tolerant grasses in the western U.S. (USDA 1937). It is also a valuable forage grass in arid and semiarid regions. Improperly managed livestock grazing could increase soil erosion, decrease cover of this palatable plant species and increase weedy species (USDA 1937). *Muhlenbergia asperifolia,* along with the flooding regime and high evaporation rate in its preferred habitat, causes accumulations of soluble salts in the soil. Total vegetation cover (density and height), species composition and soil salinity depend on the amount and timing of precipitation and flooding. Growth-inhibiting salt concentrations are diluted when the soil is saturated allowing the growth of less salt-tolerant species. As the saturated soils dry, the salt concentrates until it precipitates out on the soil surface (Dodd and Coupland 1966, Ungar 1968).

**Desired Future Condition:** Where native grasslands occurred historically the DFC is native grass and forb communities. In many instances native grasslands have been lost to pinyon and juniper encroachment, cheatgrass/halogeton invasion and non-native plant seedings (e.g., crested

BLM_0013276

wheatgrass, perennial ryegrass, etc.). Where non-native grasslands occur the DFC may be the restoration of the native grassland or shrub community. Treatments of these native grasslands with fire, mechanical, or chemical treatments to reduce encroaching trees (mainly juniper), shrubs and invasive plants results in the potential for cheatgrass/halogeton invasion (areas below 7,000 feet that have adjacent cheatgrass/halogeton populations) (Pellant 2002). Following disturbance, these grasslands should be aggressively seeded to reduce potential for cheatgrass/halogeton and other invasive weeds.

## L.3.2 SALT DESERT SHRUB

This vegetation grouping for Moab is a combination of 5 SW ReGAP vegetative cover types that occur within the boundaries of the Moab Field Office. These groupings are similar enough in characteristics to serve the purposes of broad vegetation groupings for this DFC.

**Corresponding SW ReGAP Landcover Classification:**

- S011 - Inter-mountain Basins Shale Badland
- S045 - Inter-mountain Basins Mat Saltbush Shrubland
- S065 - Inter-mountain Basins Mixed Salt Desert Scrub
- S079 - Inter-mountain Basins Semi-Desert Shrub Steppe
- S096 - Inter-mountain Basins Greasewood Flat

**Environment:** Vegetative communities within this broad area receive relatively low annual precipitation (5 to 10 inches) and infiltration rates are typically low, which translates into very little soil moisture available for plant growth. Elevation ranges from 4,000 to 5,400 feet. Regionally, thirty-three plant communities have been recognized in this zone, indicated by the dominant species: shadscale, greasewood, blackbrush, salt cedar, fourwing saltbush, nuttall saltbush, mat saltbush, buckwheat, spiny hopsage, salina wildrye, and other perennial grasses. Soils are often very saline or alkaline and vary in moisture availability from drier, well-drained sites to areas where the water table is near the surface (MacMahon 1988).

The shale-badland portions of this community are primarily composed of barren and sparsely vegetated substrates (<10% plant cover) typically derived from marine shales, but also including substrates derived from siltstones and mudstones (clay). Landforms are typically rounded hills and plains that form a rolling topography. The harsh soil properties and high rate of erosion and deposition are driving environmental variables supporting sparse dwarf-shrubs and herbaceous vegetation.

The mat saltbush shrubland areas occur on gentle slopes and rolling plains primarily associated with the Mancos Shale badlands in the Moab area. Substrates are shallow, typically saline, alkaline, fine-textured soils developed from shale or alluvium. Infiltration rate is typically low. These landscapes that typically support dwarf shrublands composed of relatively pure stands of *Atriplex* spp. The herbaceous layer is typically sparse. Scattered perennial forbs occur and the perennial grasses may dominate the herbaceous layer. In less saline areas, there may be inclusion grasslands. Annuals are seasonally present in some areas.

BLM_0013277

The mixed salt desert scrub communities consist of open-canopied shrublands of typically saline basins, alluvial slopes and plains. Substrates are often saline and calcareous, medium- to fine-textured alkaline soils, but include some coarser-textured soils. The vegetation is characterized by a typically open to moderately dense shrubland composed of one or more *Atriplex* species. Other shrubs present may also codominate. The herbaceous layer varies from sparse to moderately dense and is dominated by perennial graminoids. Various forbs are also present.

The semi-desert shrub steppe component typically occurs at lower elevations on alluvial fans and flats with moderate to deep soils. This semi-arid shrub-steppe is typically dominated by graminoids (>25% cover) with an open shrub layer, but includes sparse mixed shrublands without a strong graminoid layer. The woody layer is often a mixture of shrubs and dwarf-shrubs. Scattered *Artemisia tridentata* may be present but does not dominate. The general aspect of occurrences may be either open shrubland with patchy grasses or patchy open herbaceous layer. Disturbance may be important in maintaining the woody component. Microphytic crust is very important in some occurrences.

The greasewood flat component of this group typically occurs near drainages on stream terraces and flats or may form rings around playas. Sites typically have saline soils, a shallow water table and flood intermittently, but remain dry for most growing seasons. This system usually occurs as a mosaic of multiple communities, with open to moderately dense shrublands dominant or codominant. Occurrences are often surrounded by mixed salt desert scrub. The herbaceous layer, if present, is usually dominated by graminoids. There may be inclusions of herbaceous types.

**Vegetation:** Occurrences of these grouped ecological systems varies from almost pure occurrences of single species to fairly complex mixtures. The characteristic mix of low shrubs and grasses is sparse, with large open spaces between the plants (Blaisdell and Holmgren 1984). Occurrences have a sparse to moderately dense cover of woody species that is dominated by *Atriplex canescens* (may codominate with *Artemisia tridentata*), *Atriplex confertifolia* (may codominate with *Lycium andersonii*), *Atriplex obovata*, *Picrothamnus desertorum*, or *Krascheninnikovia lanata*. Other shrubs that may occur within these occurrences include *Purshia stansburiana*, *Psorothamnus polydenius*, *Ephedra* spp., *Acacia greggii*, *Encelia frutescens*, *Tiquilia latior*, *Atriplex polycarpa*, *Atriplex lentiformis*, *Picrothamnus desertorum* (= *Artemisia spinescens*), *Artemisia frigida*, *Chrysothamnus* spp., *Lycium* ssp., *Suaeda* spp., *Yucca glauca*, and *Tetradymia spinosa*.

Dwarf-shrubs include *Gutierrezia sarothrae* and *Eriogonum* spp. Warm-season medium-tall and short perennial grasses dominate in the sparse to moderately dense graminoid layer. The species present depend on the geographic range of the grasses, alkalinity/salinity and past land use. Species may include *Pleuraphis jamesii*, *Bouteloua gracilis*, *Sporobolus airoides*, *Sporobolus cryptandrus*, *Achnatherum hymenoides*, *Elymus elymoides*, *Distichlis spicata*, *Leymus salinus*, *Pascopyrum smithii*, *Hesperostipa comata*, *Pseudoroegneria spicata*, *Poa secunda*, *Leymus ambiguus*, and *Muhlenbergia torreyi*. A number of annual species may also grow in association with the shrubs and grasses of this system, although they are usually rare and confined to areas of recent disturbance (Blaisdell and Holmgren 1984). Forb cover is generally sparse. Perennial forbs that might occur include *Sphaeralcea coccinea*, *Chaetopappa ericoides*, *Xylorhiza venusta*, *Descurainia sophia*, and *Mentzelia* species. Annual natives include *Plantago* spp., *Vulpia*

BLM_0013278

*octoflora*, or *Monolepis nuttalliana*. Associated halophytic annuals include *Salicornia rubra*, *Salicornia bigelovii*, and *Suaeda* species. Exotic annuals that may occur include *Salsola kali* and *Bromus tectorum*. Cacti like *Opuntia* spp. and *Echinocereus* spp. may be present in some occurrences. Trees are not usually present but some scattered *Juniperus* spp. may be found.

**Dynamics:** West (1982) stated that "salt desert shrub vegetation occurs mostly in two kinds of situations that promote soil salinity, alkalinity, or both. These are either at the bottom of drainages in enclosed basins or where marine shales outcrop." However, salt-desert shrub vegetation may be an indication of climatically dry as well as physiologically dry soils (Blaisdell and Holmgren 1984). Not all salt-desert shrub soils are salty, and their hydrologic characteristics may often be responsible for the associated vegetation (Naphan 1966). Species of the salt-desert shrub complex have different degrees of tolerance to salinity and aridity, and they tend to sort themselves out along a moisture/salinity gradient (West 1982). Species and communities are apparently sorted out along physical, chemical, moisture, and topographic gradients through complex relations that are not understood and are in need of further study (Blaisdell and Holmgren 1984). The winter months within this system are a good time for soil moisture accumulation and storage. There is generally at least one good snow storm per season that will provide sufficient moisture to the vegetation. The winter moisture accumulation amounts will affect spring plant growth. Plants may grow as little as a few inches to 1 m. Unless more rains come in the spring, the soil moisture will be depleted in a few weeks, growth will slow and ultimately cease, and the perennial plants will assume their various forms of dormancy (Blaisdell and Holmgren 1984). If effective rain comes later in the warm season, some of the species will renew their growth from the stage at which it has stopped. Others, having died back, will start over as if emerging from winter dormancy (Blaisdell and Holmgren 1984). *Atriplex confertifolia* shrubs often develop large leaves in the spring, which increase the rate of photosynthesis. As soil moisture decreases, the leaves are lost, and the plant takes on a dead appearance. During late fall, very small overwintering leaves appear which provide some photosynthetic capability through the remainder of the year (IVC 1999). Other communities are maintained by intra- or inter-annual cycles of flooding followed by extended drought, which favor accumulation of transported salts. The moisture supporting these intermittently flooded wetlands is usually derived off-site, and they are dependent upon natural watershed function for persistence (Reid et al. 1999).

In summary, desert communities of perennial plants are dynamic and changing. The composition within this system may change dramatically and may be both cyclic and unidirectional. Superimposed on the compositional change is great variation from year to year in growth of all the vegetation – the sum of varying growth responses of individual species to specific conditions of different years (Blaisdell and Holmgren 1984). Desert plants grow when temperature is satisfactory, but only if soil moisture is available at the same time. Because amount of moisture is variable from year to year and because different species flourish under different seasons of soil moisture, seldom do all components of the vegetation thrive in the same year (Blaisdell and Holmgren 1984).

**Desired Future Condition:** The DFC for this vegetation community consists of native, open salt desert scrub vegetation with little to no cheatgrass or halogeton cover, and scattered pockets and

patches of herbaceous material and forbs, primarily in the lower areas of the terrain. These communities should exhibit the types of dynamic interactions identified above.

Soils that these communities often occur on are generally highly sensitive to erosion under most types of disturbance, and are usually the first soils to show evidence of stress and/or failure during long sustained periods of drought. As indicted, most of the plant species present have developed a natural level of drought resistance based on the minimal amounts of precipitation they receive even during good climatic cycles; however extended periods of low precipitation can cross critical precipitation required thresholds for the plants. Salt desert shrub communities are often susceptible to severe drought and may require partial or total removal of livestock during prolonged drought (USDA, SCS, Grand County Soil Survey, Central Part, 1989). The best management practices in trying to achieve the DFC during extended drought conditions are to avoid unnecessary disturbance.

Treatments on salt desert scrub types can consist of a combination of mechanical, chemical, seeding and biological treatments to reduce cheatgrass and halogeton cover and restore native communities. However, restoration potentials for salt desert shrub communities are often limited due to high salt contents within the soil and degree of aridity which limit vegetative response (USDA, SCS, Grand County Soil Survey, Central Part, 1989). Surface disturbing treatments should not be attempted during drought conditions however. Prescribed fire may be used in conjunction with seeding when part of a cheatgrass/halogeton control objective (Pellant 2002). However, fire within these communities often results in high densities of exotic annual grasses (*Eremopyrum triticeum*, MFO). Due to the high incidence of cheatgrass and halogeton in this vegetation type, consider seeding following any surface disturbing activity.

## L.3.3 BLACKBRUSH

### Corresponding SW ReGAP Landcover Classification:

- 059 Colorado Plateau Blackbrush-Mormon Tea Shrubland

**Environment:** This ecological system typically occurs on gentle benchlands, colluvial slopes, pediments or bajadas, and steep or rocky slopes of mountains, canyons, and mesas with varying aspects. This system is an evergreen, microphyllous desert scrub with succulents, half-shrubs, and scattered deciduous shrubs typically found at elevations ranging from 1,900-5,250 feet. This shrubland system occurs in an arid to semi-arid climate with annual precipitation in the form of summer monsoons and winter storms averaging approximately 8 in. Soils are highly variable and parent materials may include shale, sandstone, limestone, quartzites, and igneous rocks. Soils are generally coarse-textured, calcareous, non-saline and gravelly, often rocky, shallow and well-drained. Substrates are shallow, typically sandy soils over sandstone alluvium or caliche. It also occurs in deeper soils on sandy plains where it may have invaded desert grasslands. Effective soil moisture appears to be primarily controlled by regolith depth and position in relation to the water table. This brushland system occupies most sites where regolith is uniformly shallow. In association with blackbrush (*Coleogyne ramosissima*) sites, the soil moisture is concentrated on top of impermeable bedrock at a shallow depth. This perching effect allows for gradual uptake of moisture by the plants roots (Loope and West 1979). This permits growth of plants with more mesic habitat requirements (Warren et al. 1982). On sites with deep soil, blackbrush may occur

in almost pure occurrences with only a few associated species (Warren et al. 1982). Dark-colored cryptogamic soil crusts composed of lichens, mosses, fungi, and algae, are often present in this system in fairly undisturbed areas. Sandy soils may have more cryptogamic crusts than clayish or silty soil surfaces.

**Vegetation:** The vegetation within this ecological system is characterized by extensive open shrublands dominated by *Coleogyne ramosissima* often with *Ephedra viridis, Ephedra torreyana,* or *Grayia spinosa.* Sandy portions may include *Artemisia filifolia* as codominant. Within a blackbrush shrubland disturbed patches are dominated by shrubs such as *Chrysothamnus viscidiflorus, Ericameria* spp., *Ephedra* spp., *Grayia spinosa, Poliomintha incana* or exotic annual grasses. There is usually a sparse herbaceous layer with some perennial grasses and forbs such as *Achnatherum hymenoides, Pleuraphis jamesii,* or *Sporobolus cryptandrus.* Annual grasses and forbs are present seasonally. Some characteristic species associated with this system include the shrubs *Gutierrezia sarothrae, Chrysothamnus viscidiflorus, Yucca baccata,* and succulents such as *Opuntia* spp., *Echinocereus* spp., *and Echinocactus* spp., the graminoid *Pleuraphis rigida,* and perennial forbs such as *Machaeranthera pinnatifida* and *Sphaeralcea ambigua.* Adjacent vegetation often includes *Atriplex* dominated shrubland communities and upland areas of pinyon-juniper woodlands. Grasslands dominated by *Pleuraphis jamesii, Hesperostipa comata,* and *Achnatherum hymenoides* also occur.

**Dynamics:** Fire does not appear to play a role in maintenance of shrublands within this system. Topographic breaks dissect the landscape, and isolated pockets of vegetation are separated by rock walls or steep canyons. Blackbrush is fire-intolerant (Loope and West 1979). Following fires, these communities are often colonized by non-native grasses, which serve to encourage recurrent fires and delay shrub regeneration (IVC 1999). In shallow regolith situations, secondary succession, in the sense of site preparation by seral plants, may not occur at all (Loope and West 1979).

**Desired Future Condition:** The DFC recommends a vegetative composition of dense-to-scattered shrubs and dense-to-open native grasses. Disturbances should be avoided whenever possible in blackbrush communities due to invasive species concerns and extremely poor regeneration of blackbrush following disturbance.

Following surface disturbing activities, aggressively seed to reduce potential for invasion of cheatgrass/halogeton and noxious weeds.

## *L.3.4 SAGEBRUSH*

This vegetation grouping for Moab is a combination of 3 SW ReGAP vegetative cover types that occur within the boundaries of the Moab Field Office. These groupings are similar enough in characteristics to serve the purposes of broad vegetation groupings for this DFC. The groupings range from relatively pure stands of big sage to mixed stands to montane steppe environments.

BLM_0013281

**Corresponding SW ReGAP Landcover Classification:**

- 054 - Inter-Mountain Basins Big Sagebrush Shrubland
- 056 - Colorado Plateau Mixed Low Sagebrush Shrubland
- 071 - Inter-Mountain Basins Montane Sagebrush Steppe

**Environment:** The predominant community in the Moab Field Office area is the Colorado Plateau <u>mixed low sagebrush shrubland</u>. This ecological system occurs in canyons, gravelly draws, hilltops, and dry flats at elevations generally below 5,900 feet. Soils are often rocky, shallow, and alkaline. It includes open shrublands and steppe. Semi-arid grasses are often present and may form a graminoid layer with over 25% cover.

The climate regime is cool, semi-arid to subhumid, with yearly precipitation ranging from 10 to 35 in/year. Much of this precipitation falls as snow. Temperatures are continental with large annual and diurnal variation. In general this system shows an affinity for mild topography, fine soils, and some source of subsurface moisture. Soils generally are moderately deep to deep, well-drained, and of loam, sandy loam, clay loam, or gravelly loam textural classes; soils often have a substantial volume of coarse fragments, and are derived from a variety of parent materials. This system primarily occurs on deep-soiled to stony flats, ridges, nearly flat ridgetops, and mountain slopes. All aspects are represented, but the higher elevation occurrences may be restricted to south- or west-facing slopes.

The environment for the <u>big sagebrush shrubland</u> system is typically broad basins between mountain ranges, plains and foothills between 4,900-7,500 feet elevation. Soils are typically deep, well drained and non-saline. These shrublands are dominated by *Artemisia tridentata ssp. tridentata* and/or *Artemisia tridentata ssp. wyomingensis*. Scattered Juniper may be present in some stands. *Ericameria nauseosa, Chrysothamnus viscidiflorus, Purshia tridentata,* or *Symphoricarpos oreophilus* may codominate disturbed stands. Perennial herbaceous components typically contribute less than 25% vegetative cover. Common graminoid species include *Achnatherum hymenoides, Bouteloua gracilis, Elymus lanceolatus, Hesperostipa comata, Leymus cinereus, Pleuraphis jamesii, Pascopyrum smithii, Poa secunda,* or *Pseudoroegneria spicata*.

The environment of the <u>montane sagebrush steppe</u> includes sagebrush communities occurring at montane and subalpine elevations from 3,200 feet to over 9,800 feet. Climate is cool, semi-arid to subhumid. This system primarily occurs on deep-soiled to stony flats, ridges, nearly flat ridgetops, and mountain slopes. It is composed primarily of mountain sagebrush and related taxa such as *Artemisia tridentata ssp*, non-riparian *Artemisia cana ssp. viscidula,* and *Artemisia arbuscula ssp. arbuscula*. *Purshia tridentata* may codominate or even dominate some stands. Other common shrubs include *Symphoricarpos* spp., *Amelanchier* spp., *Ericameria nauseosa, Peraphyllum ramosissimum, Ribes cereum,* and *Chrysothamnus viscidiflorus*. Most stands have an abundant perennial herbaceous layer (over 25% cover), but this system also includes *Artemisia tridentata ssp. vaseyana* shrublands. Common graminoids include *Hesperostipa comata, Poa fendleriana, Elymus trachycaulus, Bromus carinatus, Poa secunda, Leucopoa kingii, Deschampsia caespitosa,* and *Pseudoroegneria spicata*. Frequent wildfire maintains an open herbaceous-rich steppe condition.

BLM_0013282

**Vegetation:** Vegetation types within these ecological systems are dominated by *Artemisia tridentata* ssp. *vaseyana*, *Artemisia cana* ssp. *viscidula*, or *Artemisia tridentata* ssp. *spiciformis*. A variety of other shrubs can be found in some occurrences, but these are seldom dominant. They include *Artemisia frigida*, *Artemisia arbuscula*, *Ericameria nauseosa*, *Chrysothamnus viscidiflorus*, *Symphoricarpos oreophilus*, *Purshia tridentata*, *Peraphyllum ramosissimum*, *Ribes cereum*, *Rosa woodsii*, *Ceanothus velutinus*, and *Amelanchier alnifolia*. The canopy cover is usually between 20-80%. The herbaceous layer is usually well represented, but bare ground may be common in particularly arid or disturbed occurrences. Graminoids that can be abundant include *Festuca idahoensis*, *Festuca thurberi*, *Festuca ovina*, *Elymus elymoides*, *Stipa* spp., *Pascopyrum smithii*, *Bromus carinatus*, *Elymus trachycaulus*, *Pseudoroegneria spicata*, *Poa fendleriana*, or *Poa secunda*, and *Carex* spp. Forbs are often numerous and an important indicator of health. Forb species may include *Castilleja, Potentilla, Erigeron, Phlox, Astragalus, Geum, Lupinus*, and *Eriogonum, Balsamorhiza sagittata, Achillea millefolium, Antennaria rosea*, and *Eriogonum umbellatum, Fragaria virginiana, Artemisia ludoviciana, Hymenoxys hoopesii (= Helenium hoopesii)*, etc.

**Dynamics:** Healthy sagebrush shrublands are very productive, are often grazed by domestic livestock, and are strongly preferred during the growing season (Padgett et al. 1989). Prolonged livestock use can cause a decrease in the abundance of native bunch grasses and increase in the cover of shrubs and non-native grass species, such as *Poa pratensis*. Research suggests that stand-replacement fires burned every 10–100 years depending on the particular sagebrush species and its associated habitat (Miller 2002, Brown 2000). *Artemisia cana* resprouts vigorously following spring fire, and prescribed burning may increase shrub cover. Conversely, fire in the fall may decrease shrub abundance (Hansen et al. 1995). *Artemisia tridentata* is generally killed by fires and may take over ten years to form occurrences of some 20% cover or more. The condition of most sagebrush steppe has been degraded due to fire suppression and heavy livestock grazing. It is unclear how long restoration will take to restore degraded occurrences.

**Desired Future Condition:** The DFC for this vegetative community is healthy sagebrush defined as diverse age classes with an understory of native grasses and forbs (Paige and Ritter 1999).

Treatments for dense sagebrush (>30%) (Winward 1991) with fire, mechanical or chemical treatments would be to reduce sagebrush canopy cover and improve native grass and forb density and cover; an additional objective in treating sagebrush is to remove encroaching pinyon and juniper trees (Miller and Tausch 2001).

Following wildfire, areas should be aggressively re-seeded to promote native understory grasses and forbs and reduce invasion of cheatgrass/halogeton and noxious weeds. Consider including sagebrush in seeding mixes or planting sagebrush seedlings in high-value wildlife areas following large, high-severity wildfires when natural seed sources would be lacking.

BLM_0013283

### L.3.5 PINYON-JUNIPER

This vegetation grouping for Moab is a combination of 3 SW ReGAP vegetative cover types that occur within the boundaries of the Moab Field Office. These groupings are similar enough in characteristics to serve the purposes of broad vegetation groupings for this DFC.

**Corresponding SW ReGAP Landcover Classification:**

- S039 - Colorado Plateau Pinyon-Juniper Woodland
- S052 - Colorado Plateau Pinyon-Juniper Shrubland
- S010 - Colorado Plateau Mixed Bedrock Canyon and Tableland

**Environment:** The woodlands portion of this ecological system occurs on dry mountains and foothills in the Moab region. It is typically found at lower elevations ranging from 4,900-8,000 feet. These woodlands occur on warm, dry sites on mountain slopes, mesas, plateaus, and ridges. Severe climatic events occurring during the growing season, such as frosts and drought, are thought to limit the distribution of pinyon-juniper woodlands to relatively narrow altitudinal belts on mountainsides. Soils supporting this system vary in texture ranging from stony, cobbly, gravelly sandy loams to clay loam or clay.

The shrubland component of this system is typically found on rocky mesa tops and slopes, but these stunted tree shrublands may extend further upslope along the low elevation margins of taller pinyon-juniper woodlands. Sites are drier than Colorado Plateau Pinyon-Juniper Woodland. Substrates are shallow/rocky and shaley soils at lower elevations (3,900-6,500 feet). Sparse examples of the system grade into Colorado Plateau Mixed Bedrock Canyon and Tableland. The vegetation is dominated by dwarfed (usually <3 m tall) *Pinus edulis* and/or *Juniperus osteosperma* trees forming extensive tall shrublands in the region along low-elevation margins of pinyon-juniper woodlands. Other shrubs, if present, may include *Artemisia nova, Artemisia tridentata ssp. wyomingensis, Chrysothamnus viscidiflorus,* or *Coleogyne ramosissima.* Herbaceous layers are sparse to moderately dense and typically composed of xeric graminoids

The mixed bedrock canyon and tableland component of this larger ecological system is found from foothill to subalpine elevations and includes barren and sparsely vegetated landscapes (generally <10% plant cover) of steep cliff faces, narrow canyons, and smaller rock outcrops of various igneous, sedimentary, and metamorphic bedrock types. Also included are unstable scree and talus slopes that typically occur below cliff faces. Widely scattered trees and shrubs may include *Abies concolor, Pinus edulis, Pinus flexilis, Juniperus* spp., *Artemisia tridentata, Purshia tridentata, Cercocarpus ledifolius, Ephedra* spp., *Holodiscus discolor,* and other species often common in adjacent plant communities.

**Vegetation:** *Pinus edulis* and/or *Juniperus osteosperma* dominate the tree canopy. *Juniperus scopulorum* may codominate or replace *Juniperus osteosperma* at higher elevations. Understory layers are variable and may be dominated by shrubs, graminoids, or be absent. Associated species include *Arctostaphylos patula, Artemisia tridentata, Cercocarpus intricatus,*

BLM_0013284

*Cercocarpus montanus, Coleogyne ramosissima, Purshia stansburiana, Purshia tridentata, Quercus gambelii, Bouteloua gracilis, Pleuraphis jamesii,* or *Poa fendleriana.*

**Dynamics**: Evidence indicates many pinyon-juniper stands have encroached on native grasslands and shrubland over the past 100 years (Miller and Wigand 1994). The exact mechanics of this encroachment are not fully understood, but is likely driven by a combination of fire exclusion, grazing and the relatively wet climate of the 20th century. The historical role of fire (estimated 15–50 years) prevented encroachment of pinyon and juniper into other vegetation communities (Heyerdahl et al. 2004, Miller and Tausch 2001, Bradley et al. 1992, Romme et al. 2002).

Pinyon dominate at higher elevations, and tend to form more closed-canopied stands that exhibit forest like dynamics and species composition, commonly including a significant shrub component of oaks and alder leaf, mountain mahogany and limited grasses. Juniper tends to grow at lower elevations and in more arid areas as its scaled foliage allows it to conserve water more effectively than pinyon pine. Juniper dominated woodlands tend to include open savannas of scattered trees without a significant shrub component, except in areas where big sagebrush has become dominant as a consequence of overgrazing.

Over the past 50 years, anecdotal evidence suggests tree densities and canopy cover have increased, and junipers and pinyon pines have expanded upslope into ponderosa pine forests and downslope into grass and shrub communities. Densities have increased in some areas to the point that larger proportions of pinyon-juniper woodland can now support crown fires. Additionally, pinyon is very susceptible to large scale die-offs from engraver beetles during drought induced stress. Over the past 5 to 6 years millions of acres of pinyon have been lost to this insect across the entire southwest US, including some pinyon stands in the Moab area.

Historical occurrence of pinyon and juniper is difficult to map, but pre-settlement trees are generally located in shallow, rocky soils and tend to have a unique growth form characterized by rounded, spreading canopies; large basal branches; large irregular trunks; and furrowed fibrous bark (Miller and Rose 1999). Historic fire return intervals in these protected sites are greater than 100 years (Romme et al. 2002).

**Desired Future Condition:** Where pinyon and juniper occur historically the DFC are open stands of pinyon and juniper with native grass and shrub understory (Miller and Wigand 1994, FEIS 2004). Where pinyon and juniper did not occur historically, the DFC is the native shrub, grass and forest communities that the pinyon and juniper have invaded.

Follow disturbance or treatments in these communities with seeding in stands which lack native understory vegetation. Seeding will help discourage the establishment of invasive annual grasses.

### L.3.6 PONDEROSA PINE

**Corresponding SW ReGAP Landcover Classification:**

- S036 - Rocky Mountain Ponderosa Pine Woodland

BLM_0013285

**Environment:** This ecological system within the region occurs at the lower treeline/ecotone between grassland or shrubland and more mesic coniferous forests typically in warm, dry, exposed sites at elevations ranging from 6,500-8,500 feet. It can occur on all slopes and aspects; however, it commonly occurs on moderately steep to very steep slopes or ridgetops. This ecological system generally occurs on igneous, metamorphic, and sedimentary material derived soils (Youngblood and Mauk 1985). Characteristic soil features include good aeration and drainage, coarse textures, circumneutral to slightly acid pH, an abundance of mineral material, and periods of drought during the growing season. Some occurrences may occur as edaphic climax communities on very skeletal, infertile, and/or excessively drained soils, such as pumice, cinder or lava fields, and scree slopes. Surface textures are highly variable in this ecological system ranging from sand to loam and silt loam. Exposed rock and bare soil consistently occur to some degree in all the associations. Precipitation generally contributes 10-23 in annually to this system, mostly through winter storms and some monsoonal summer rains. Typically a seasonal drought period occurs throughout this system as well. Fire plays an important role in maintaining the characteristics of these open canopy woodlands. However, soil infertility and drought may contribute significantly in some areas as well.

**Vegetation:** *Pinus ponderosa* is the predominant conifer; *Pseudotsuga menziesii, Pinus edulis,* and *Juniperus* spp. may be present in the tree canopy. The understory is usually shrubby; with *Artemisia nova, Artemisia tridentata, Arctostaphylos patula, Arctostaphylos uva-ursi, Cercocarpus montanus, Cercocarpus ledifolius, Purshia stansburiana, Purshia tridentata, Quercus gambelii, Symphoricarpos oreophilus, Prunus virginiana, Amelanchier alnifolia,* and *Rosa* spp. are common species. *Pseudoroegneria* spicata and species of *Hesperostipa, Achnatherum, Festuca, Muhlenbergia,* and *Bouteloua* are some of the common grasses.

**Dynamics:** *Pinus ponderosa* is a drought-resistant, shade-intolerant conifer which usually occurs at lower treeline in the major ranges of the western United States. Historically, ground fires and drought were influential in maintaining open-canopy conditions in these woodlands. With settlement and subsequent fire suppression, occurrences have become denser. Presently, many occurrences contain understories of more shade-tolerant species, such as *Pseudotsuga menziesii* and/or *Abies* spp., as well as younger cohorts of Pinus ponderosa. These altered occurrence structures have affected fuel loads and alter fire regimes. Presettlement fire regimes were primarily frequent (5-15 year return intervals), low-intensity ground fires triggered by lightning strikes or deliberately set fires by Native Americans. With fire suppression and increased fuel loads, fire regimes are now less frequent and often become intense crown fires, which can kill mature *Pinus ponderosa* (Reid et al. 1999). Establishment is erratic and believed to be linked to periods of adequate soil moisture and good seed crops as well as fire frequencies, which allow seedlings to reach sapling size. Longer fire-return intervals have resulted in many occurrences having dense subcanopies of overstocked and unhealthy young *Pinus ponderosa* (Reid et al. 1999). Mehl (1992) states the following: "Where fire has been present, occurrences will be climax and contain groups of large, old trees with little understory vegetation or down woody material and few occurring dead trees. The age difference of the groups of trees would be large. Where fire is less frequent there will also be smaller size trees in the understory giving the occurrence some structure with various canopy layers. Dead, down material will be present in varying amounts along with some occurring dead trees. In both cases the large old trees will have irregular open, large branched crowns. The bark will be lighter in color, almost yellow, thick and

BLM_0013286

some will like have basal fire scars." Grace's warbler, Pygmy nuthatch, and flammulated owl are indicators of healthy ponderosa pine woodlands. All of these birds prefer mature trees in an open woodland setting (Winn 1998, Jones 1998, Levad 1998 as cited in Rondeau 2001).

**Desired Future Condition:** The DFC for Ponderosa pine communities consists of open stands with a native grass and forb understory. Consider mechanical treatments in dense stands. Reduce juniper encroachment through fire (preferred when fuels conditions allow) or mechanical treatments. Following wildfires or other disturbance, consider seeding to reduce invasive weeds and planting ponderosa pine seedlings for forest restoration and rehabilitation.

## *L.3.7 MOUNTAIN SHRUB*

**Corresponding SW ReGAP Landcover Classification:**

- S046 - Rocky Mountain Gambel Oak-Mixed Montane Shrubland
- S047 - Rocky Mountain Lower Montane-Foothill Shrubland

**Environment:** The gambel oak-mixed montane shrubland ecological system occurs in the mountains, plateaus and foothills. These shrublands are most commonly found along dry foothills, lower mountain slopes, from approximately 6,500 to 9,500 feet elevation, and are often situated above pinyon-juniper woodlands. Substrates are variable typically poorly developed and include soil types ranging from calcareous, heavy, fine-grained loams to sandy loams, gravelly loams, clay loams, deep alluvial sand, or coarse gravel. Climate is semi-arid and characterized by mostly hot-dry summers with mild to cold winters and annual precipitation of 10 to 27 inches. Precipitation mostly occurs as winter snows but may also consist of some late summer rains. Although this is a shrub-dominated system, some trees may be present. In older occurrences, or occurrences on mesic sites, some of the shrubs may acquire tree-like sizes. Adjacent communities often include woodlands or forests at higher elevations, and *Pinus edulis* and *Juniperus osteosperma* on the lower and adjacent elevations. Shrublands of *Artemisia tridentata* or grasslands of *Festuca* sp., *Stipa* sp., or *Pseudoroegneria* sp. may also be present at the lower elevations.

The lower montane-foothill scrubland ecological system is found in the foothills, canyon slopes and lower mountain slopes on outcrops and canyon slopes. These shrublands occur between 4,900-9,500 feet elevations and are usually associated with exposed sites, rocky substrates, and dry conditions, which limit tree growth. It is common where *Quercus gambelii* is absent and in drier foothills and prairie hills. Scattered trees or inclusions of grassland patches or steppe may be present, but the vegetation is typically dominated by a variety of shrubs. Grasses are represented as species of *Muhlenbergia*, *Bouteloua*, *Hesperostipa*, and *Pseudoroegneria spicata*. Fires play an important role in this system as the dominant shrubs usually have a severe die-back, although some plants will stump sprout. *Cercocarpus montanus* requires a disturbance such as fire to reproduce, either by seed sprout or root crown sprouting. Fire suppression may have allowed an invasion of trees into some of these shrublands, but in many cases sites are too xeric for tree growth.

**Vegetation:** Vegetation types in this system may occur as sparse to dense shrublands composed of moderate to tall shrubs. Occurrences may be multi-layered, with some short shrubby species

BLM_0013287

occurring in the understory of the dominant overstory species. In many occurrences of this system, the canopy is dominated by the broad-leaved deciduous shrub *Quercus gambelii*, which occasionally reaches small tree size. Occurrences can range from dense thickets with little understory to relatively mesic mixed-shrublands with a rich understory of shrubs, grasses and forbs. These shrubs often have a patchy distribution with grass growing in between. Scattered trees are occasionally present in stands and typically include species of *Pinus* or *Juniperus*. Characteristic shrubs that may co-occur, or be singularly dominant, include *Amelanchier alnifolia, Amelanchier utahensis, Arctostaphylos patula, Artemisia tridentata, Cercocarpus montanus, Prunus virginiana, Purshia stansburiana, Rosa* spp., *Symphoricarpos oreophilus,* and *Symphoricarpos rotundifolius.* The herbaceous layer is sparse to moderately dense, ranging from 1-40% cover. Perennial graminoids are the most abundant species, particularly *Bouteloua curtipendula, Bouteloua gracilis, Aristida* spp., *Carex geyeri, Festuca* spp., *Muhlenbergia* spp., and *Stipa* spp. Many forbs and fern species can occur, but none have much cover. Commonly present forbs include *Achillea millefolium, Artemisia* spp., *Geranium* spp., *Thalictrum fendleri,* and *Vicia americana.* Ferns include species of *Cheilanthes* and *Woodsia.* Annual grasses and forbs are seasonally present, and weedy annuals are often present, at least seasonally.

**Dynamics:** Fire typically plays an important role in this system, causing die-back of the dominant shrub species in some areas, promoting stump sprouting of the dominant shrubs in other areas, and controlling the invasion of trees into the shrubland system. Natural fires typically result in a system with a mosaic of dense shrub clusters and openings dominated by herbaceous species. In some instances these associations may be seral to the adjacent *Pinus ponderosa, Abies concolor,* and *Pseudotsuga menziesii* woodlands and forests. Ream (1964) noted that on many sites in Utah, Gambel oak may be successional and replaced by bigtooth maple (*Acer grandidentatum*).

**Desired Future Condition:** The DFC for these vegetation communities consists of stands with patches of differing age classes and densities. In fuel hazard situations the DFC is greatly reduced vegetation density or a conversion to less-flammable vegetation. When possible, allow fire to play its natural role in a historical fire-return.

Treat large expanses of even-aged, dense, homogenous stands to result in patches of diverse age classes [see Rondeau (2001) for patch size guidance]. To achieve greater habitat diversity and decreased potential for large-scale high-severity fire, reduce invasion of pinyon and juniper and reduce the average age of stands through fire, mechanical or biological (i.e., grazing goats) treatments. Since most of these species sprout following wildfire, consider seeding only to reduce potential for invasive weeds.

### L.3.8 DOUGLAS FIR - MIXED CONIFER

This vegetation grouping for Moab is a combination of 6 SW ReGAP vegetative cover types that occur within the boundaries of the Moab Field Office. These groupings are similar enough in characteristics to serve the purposes of broad vegetation groupings for this DFC. In addition, most of the spruce, fir and aspen woodlands on BLM lands within the Moab Field Office boundary occur in the rugged and remote terrain of the Book Cliffs, where these vegetation types occur in a mixed mosaic across a significant elevational gradient. Vegetation and dynamics of

BLM_0013288

these systems are not all described in detail, with some of this information presented under the environment heading.

**Corresponding SW ReGAP Landcover Classification:**

- S023 - Rocky Mountain Aspen Forest and Woodland
- S028 - Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and Woodland
- S030 - Rocky Mountain Subalpine Mesic Spruce-Fir Forest and Woodland
- S032 - Rocky Mountain Montane Dry-Mesic Mixed Conifer Forest and Woodland
- S034 - Rocky Mountain Montane Mesic Mixed Conifer Forest and Woodland
- S042 - Inter-Mountain Basins Aspen-Mixed Conifer Forest and Woodland

**Environment:** Climate within these systems is temperate with a relatively long growing season, typically cold winters and deep snow. Mean annual precipitation is greater than 15 inches and typically greater than 20 inches, except in semi-arid environments where occurrences are restricted to mesic microsites such as seeps or large snow drifts. Occurrences at high elevations are restricted by cold temperatures and are found on warmer southern aspects. At lower elevations occurrences are restricted by lack of moisture and are found on cooler north aspects and mesic microsites. The soils are typically deep and well developed with rock often absent from the soil. Soil texture ranges from sandy loam to clay loams.

The aspen forest and woodland ecological system occurs primarily in the montane and subalpine zones. Elevations generally range from 5,000-10,000 feet, but occurrences can be found at lower elevations in some regions. Topography is variable, sites range from level to steep slopes. Distribution of this ecological system is primarily limited by adequate soil moisture required to meet its high evapotranspiration demand, and secondarily is limited by the length of the growing season or low temperatures. Occurrences of this system originate and are maintained by stand-replacing disturbances such as avalanches, crown fire, insect outbreak, disease and windthrow, or clearcutting by man or beaver, within the matrix of conifer forests.

The subalpine dry-mesic spruce-fir forest and woodland consists primarily of Engelmann spruce and subalpine fir forests. Elevations range from 5,000-11,000 feet. Sites within this system are cold year-round, and precipitation is predominantly in the form of snow, which may persist until late summer. Snowpacks are deep and late-lying, and summers are cool. Frost is possible almost all summer and may be common in restricted topographic basins and benches. Despite their wide distribution, the tree canopy characteristics are remarkably similar, with *Picea engelmannii* and *Abies lasiocarpa* dominating either mixed or alone. *Pinus contorta* is common in many occurrences and patches of pure *Pinus contorta* are not uncommon, as well as mixed conifer/*Populus tremuloides* stands. Disturbance includes occasional blow-down, insect outbreaks and stand-replacing fire.

The subalpine mesic spruce-fir forest and woodland is a high-elevation system of the Rocky Mountains, dominated by *Picea engelmannii* and *Abies lasiocarpa*. Occurrences are typically found in locations with cold-air drainage or ponding, or where snowpacks linger late into the summer, such as north-facing slopes and high-elevation ravines. They can extend down in

BLM_0013289

elevation below the subalpine zone in places where cold-air ponding occurs; northerly and easterly aspects predominate. These forests are found on gentle to very steep mountain slopes, high-elevation ridgetops and upper slopes, plateaulike surfaces, basins, alluvial terraces, well-drained benches, and inactive stream terraces. Disturbances include occasional blow-down, insect outbreaks and stand-replacing fire.

The montane dry-mesic mixed conifer forest and woodland is a highly variable ecological system of the montane zone of the Rocky Mountains. These are mixed-conifer forests occurring on all aspects at elevations ranging from 4,000 to 10,500 feet. Rainfall averages less than 30 in per year with summer "monsoons" during the growing season contributing substantial moisture. The composition and structure of overstory is dependent upon the temperature and moisture relationships of the site, and the successional status of the occurrence. This system was undoubtedly characterized by a mixed severity fire regime in its "natural condition", characterized by a high degree of variability in lethality and return interval.

The rocky mountain montane mesic mixed conifer forest and woodlands are mixed-conifer forests, occurring predominantly in cool ravines and on north-facing slopes. Elevations range from 4,000 to 10,500 feet. Occurrences of this system are found on cooler and more mesic sites than Rocky Mountain Montane Dry-Mesic Mixed Conifer Forest and Woodland. Such sites include lower and middle slopes of ravines, along stream terraces, moist, concave topographic positions and north- and east-facing slopes which burn somewhat infrequently. Naturally occurring fires are of variable return intervals, and mostly light, erratic, and infrequent due to the cool, moist conditions.

The inter-mountain basins aspen-mixed conifer forest and woodland ecological system occurs on montane slopes and plateaus at elevations ranging from 5,500 to 9,000 feet. Occurrences are typically on gentle to steep slopes on any aspect, but are often found on clay-rich soils in intermontane valleys. Soils are derived from alluvium, colluvium and residuum from a variety of parent materials, but most typically occur on sedimentary rocks. Distribution of this ecological system is primarily limited by adequate soil moisture required to meet its high evapotranspiration demand (Mueggler 1988). Secondarily, its range is limited by the length of the growing season; or low temperatures (Mueggler 1988). At lower elevations aspen is restricted by lack of moisture and is found on cooler north aspects and mesic microsites. The soils are typically deep and well-developed with rock often absent from the soil. Soil texture ranges from sandy loam to clay loams. Parent materials are variable and may include sedimentary, metamorphic or igneous rocks, but it appears to grow best on limestone, basalt, and calcareous or neutral shales (Mueggler 1988). Most occurrences at present represent a late-seral stage of aspen changing to a pure conifer occurrence. Nearly a hundred years of fire suppression and livestock grazing have converted much of the pure aspen occurrences to the present-day aspen-conifer forest and woodland ecological system.

**Vegetation:** Vegetation in the aspen forest and woodland have a somewhat closed canopy of trees of 15-65 feet tall dominated by the cold deciduous, broad-leaved tree *Populus tremuloides*. Conifers that may be present but never codominant include *Abies concolor, Abies lasiocarpa, Picea engelmannii, Picea pungens, Pinus ponderosa*, and *Pseudotsuga menziesii*. Conifer species may contribute up to 15% of the tree canopy before the occurrence is reclassified as a

BLM_0013290

mixed occurrence. Because of the open growth form of *Populus tremuloides*, enough light can penetrate for lush understory development. Depending on available soil moisture and other factors like disturbance, the understory structure may be complex with multiple shrub and herbaceous layers, or simple with just an herbaceous layer. The herbaceous layer may be dense or sparse, dominated by graminoids or forbs. Common shrubs include *Acer glabrum, Amelanchier alnifolia, Artemisia tridentata, Juniperus communis, Prunus virginiana, Rosa woodsii, Shepherdia canadensis, Symphoricarpos oreophilus*, and the dwarf-shrubs *Mahonia repens* and *Vaccinium* spp. The herbaceous layers may be lush and diverse. Common graminoids may include *Bromus carinatus, Calamagrostis rubescens, Carex siccata (= Carex foenea), Carex geyeri, Carex rossii, Elymus glaucus, Elymus trachycaulus, Festuca thurberi*, and *Hesperostipa comata*. Associated forbs may include *Achillea millefolium, Eucephalus engelmannii (= Aster engelmannii), Delphinium* spp., *Geranium viscosissimum, Heracleum sphondylium, Ligusticum filicinum, Lupinus argenteus, Osmorhiza berteroi (= Osmorhiza chilensis), Pteridium aquilinum, Rudbeckia occidentalis, Thalictrum fendleri, Valeriana occidentalis, Wyethia amplexicaulis*, and many others. Exotic grasses such as the perennials *Poa pratensis* and *Bromus inermis* and the annual *Bromus tectorum* are often common in occurrences disturbed by grazing.

Vegetation in the montane dry-mesic mixed conifer forest and woodland is comprised of mixed conifer forests at montane elevation. The four main alliances in this system are found on slightly different, but intermingled, biophysical environments: *Abies concolor* dominates at higher, colder locations; *Picea pungens* represents mesic conditions; *Pseudotsuga menziesii* dominates intermediate zones. As many as seven conifers can be found growing in the same occurrences, with the successful reproduction of the diagnostic species determining the association type. Common conifers include *Pinus ponderosa, Pinus flexilis, Abies lasiocarpa, Abies lasiocarpa, Juniperus scopulorum*, and *Picea engelmannii*. *Populus tremuloides* is often present as intermingled individuals in remnant aspen clones, or in adjacent patches. The composition and structure of overstory is dependent upon the temperature and moisture relationships of the site, and the successional status of the occurrence (DeVelice et al. 1986, Muldavin et al. 1996).

A number of cold-deciduous shrub and graminoid species are found in many occurrences (e.g., *Arctostaphylos uvaursi, Mahonia repens, Paxistima myrsinites, Symphoricarpos oreophilus, Jamesia americana, and Quercus gambelii*). Other important species include *Acer glabrum, Acer grandidentatum, Amelanchier alnifolia, Arctostaphylos patula, Holodiscus dumosus, Jamesia americana, Juniperus communis, Physocarpus monogynus, Quercus X pauciloba, Rubus parviflorus*, and *Vaccinium myrtillus*. Where soil moisture is favorable, the herbaceous layer may be quite diverse, including graminoids *Bromus ciliatus (= Bromus canadensis), Calamagrostis rubescens, Carex geyeri, Carex rossi, Carex siccata (= Carex foenea), Festuca occidentalis, Koeleria macrantha, Muhlenbergia montana, Muhlenbergia virescens, Poa fendleriana, Pseudoroegneria spicata*, and forbs *Achillea millefolium, Arnica cordifolia, Erigeron eximius, Fragaria virginiana, Linnaea borealis, Luzula parviflora, Osmorhiza berteroi, Packera cardamine (= Senecio cardamine), Thalictrum occidentale, Thalictrum fendleri, Thermopsis rhombifolia, Viola adunca*, and species of many other genera, including *Lathyrus, Penstemon, Lupinus, Vicia, Arenaria, Galium*, and others.

BLM_0013291

Vegetation in the inter-mountain basins aspen-mixed conifer forest and woodland is open to moderately closed, mixed evergreen needle-leaved and deciduous broad-leaved tree canopy is composed of short to moderately tall trees, and is codominated by *Populus tremuloides* and conifers, including *Pseudotsuga menziesii, Abies concolor, Abies lasiocarpa, Picea engelmannii, Picea pungens, Pinus contorta, Pinus flexilis,* and *Pinus ponderosa.* As the occurrences age, *Populus tremuloides* is slowly reduced until the conifer species becomes dominant (Mueggler 1988). The sparse to moderately dense understory may be structurally complex and includes tall-shrub, short-shrub and herbaceous layers, or simple with just an herbaceous layer. Because of the open growth form of *Populus tremuloides,* more light can penetrate the canopy than in a pure conifer occurrence. Typically the understory is usually denser in younger occurrences that are dominated by *Populus tremuloides,* and in more mesic sites with open canopies. If present the tall-shrub layer may be dominated by *Amelanchier alnifolia, Prunus virginiana,* or *Acer grandidentatum,* and short-shrub by *Symphoricarpos oreophilus, Juniperus communis,* or *Mahonia repens.* Other common shrubs include *Paxistima myrsinites, Rosa woodsii, Spiraea betulifolia, Symphoricarpos albus,* and in wet areas *Salix scouleriana.* Where dense, the herbaceous layer is often dominated by graminoids such as *Bromus carinatus, Calamagrostis rubescens, Carex geyeri, Elymus glaucus, Poa* spp., and *Stipa* spp. More sparse herbaceous layers are generally a more even mixture of forbs like *Achillea millefolium, Arnica cordifolia, Eucephalus engelmannii* (= *Aster engelmannii), Erigeron speciosus, Fragaria vesca, Galium boreale, Geranium viscosissimum, Lathyrus* spp., *Lupinus argenteus, Mertensia arizonica, Mertensia lanceolata, Maianthemum stellatum, Osmorhiza berteroi* (= *Osmorhiza chilensis),* and *Thalictrum fendleri.* Annuals are typically uncommon. The exotic species *Poa pratensis* and *Taraxacum officinale* are more common in livestock-impacted occurrences (Mueggler 1988).

**Dynamics:** Occurrences of the aspen forest and woodland ecological system often originate, and are likely maintained, by stand-replacing disturbances such as crown fire, disease and windthrow, or clearcutting by man or beaver. The stems of these thinbarked, clonal trees are easily killed by ground fires, but they can quickly and vigorously resprout in densities of up to 30,000 stems per hectare (Knight 1993). The stems are relatively short-lived (100-150 years), and the occurrence will succeed to longer-lived conifer forest if undisturbed. Occurrences are favored by fire in the conifer zone (Mueggler 1988). With adequate disturbance a clone may live many centuries. Although *Populus tremuloides* produces abundant seeds, seedling survival is rare because of the long moist conditions required to establish are rare in the habitats that it occurs in. Superficial soil drying will kill seedlings (Knight 1993).

Within the subalpine dry-mesic spruce-fir forest and woodlands *engelmannii* can be very long-lived, reaching 500 years of age. *Abies lasiocarpa* decreases in importance relative to *Picea engelmannii* with increasing distance from the region of Montana and Idaho where maritime air masses influence the climate. Fire is an important disturbance factor, but fire regimes have a long return interval and so are often stand-replacing. *Picea engelmannii* can rapidly recolonize and dominate burned sites, or can succeed other species such as *Pinus contorta* or *Populus tremuloides.* Due to great longevity, *Pseudotsuga menziesii* may persist in occurrences of this system for long periods without regeneration. Old-growth characteristics in *Picea engelmannii* forests will include treefall and windthrow gaps in the canopy, with large downed logs, rotting woody material, tree seedling establishment on logs or on mineral soils unearthed in root balls, and snags.

BLM_0013292

Forests in the <u>montane dry-mesic mixed conifer forest and woodland</u> represent the gamut of fire tolerance. Formerly, *Abies concolor* in the Utah High Plateaus were restricted to rather moist or less fire-prone areas by frequent ground fires. These areas experienced mixed fire severities, with patches of crowning in which all trees are killed, intermingled with patches of underburn in which larger *Abies concolor* survived. With fire suppression, *Abies concolor* has vigorously colonized many sites formerly occupied by open *Pinus ponderosa* woodlands. These invasions have dramatically changed the fuel load and potential behavior of fire in these forests. In particular, the potential for high-intensity crown fires on drier sites now codominated by *Pinus ponderosa* and *Abies concolor* has increased. Increased landscape connectivity, in terms of fuel loadings and crown closure, has also increased the potential size of crown fires. *Pseudotsuga menziesii* forests are the only true 'fire-tolerant' occurrences in this ecological system. *Pseudotsuga menziesii* forests were probably subject to a moderate-severity fire regime in presettlement times, with fire-return intervals of 30-100 years. Many of the important tree species in these forests are fire-adapted (*Populus tremuloides, Pinus ponderosa, Pinus contorta*) (Pfister et al. 1977), and fire-induced reproduction of *Pinus ponderosa* can result in its continued codominance in *Pseudotsuga menziesii* forests (Steele et al. 1981). Seeds of the shrub *Ceanothus velutinus* can remain dormant in forest occurrences for 200 years (Steele et al. 1981) and germinate abundantly after fire, competitively suppressing conifer seedlings. Successional relationships in this system are complex. *Pseudotsuga menziesii* is less shade-tolerant than many northern or montane trees such as *Tsuga heterophylla, Abies concolor, Picea engelmannii*, and seedlings compete poorly in deep shade. At drier locales, seedlings may be favored by moderate shading, such as by a canopy of *Pinus ponderosa*, which helps to minimize drought stress. In some locations, much of these forests have been logged or burned during European settlement, and present-day occurrences are second-growth forests dating from fire, logging, or other occurrence-replacing disturbances (Mauk and Henderson 1984, Chappell et al. 1997). *Picea pungens* is a slow-growing, long-lived tree which regenerates from seed (Burns and Honkala 1990a). Seedlings are shallow-rooted and require perennially moist soils for establishment and optimal growth. *Picea pungens* is intermediate in shade tolerance, being somewhat more tolerant than *Pinus ponderosa* or *Pseudotsuga menziesii*, and less tolerant than *Abies lasiocarpa* or *Picea engelmannii*. It forms late-seral occurrences in the subhumid regions of the Utah High Plateaus. It is common for these forests to be heavily disturbed by grazing or fire. In general, fire suppression has lead to the encroachment of more shade-tolerant, less fire-tolerant species (e.g., climax) into occurrences and an attendant increase in landscape homogeneity and connectivity (from a fuels perspective). This has increased the lethality and potential size of fires.

Within the <u>inter-mountain basins aspen-mixed conifer forest and woodland</u> *Populus tremuloides* is thin-barked and readily killed by fire. It is a fire-adapted species that generally needs a large disturbance to establish and maintain dominance in a forest. These mixed forests are generally seral and, in the absence of stand-replacing disturbance such as fire, will slowly convert to a conifer-dominated forest (Mueggler 1988). The natural fire-return interval is approximately 20 to 50 years for seral occurrences (USFS 1996). Intervals that approach 100 years are typical of late-seral occurrences (USFS 1996). Although the young conifer trees in these occurrences are susceptible to fire, older individuals develop self-pruned lower branches and develop thick corky bark that makes them resistant to ground fires. Most of the occurrences sampled by Mueggler (1988) have had a history of livestock grazing as evidenced by relative abundance of the exotic plants *Taraxacum officinale, Poa pratensis*, and other grazing-tolerant plants, and the scarcity of

BLM_0013293

grazing-susceptible plants (Mueggler 1988). Most occurrences that we see today represent a late-seral stage of aspen changing to a pure conifer occurrence. Nearly a hundred years of fire suppression and livestock grazing have converted much of the pure aspen occurrences to the present-day aspen-conifer forest and woodland ecological system.

**Desired Future Condition**:   It will be difficult to provide detailed DFC's for each of the individual components of this grouping.   For specific questions and project level activities the Ecological Site Guides should be consulted, along with an understanding of the dynamics of these systems.

However, in general the DFC for vegetation communities within these various groups should consist of mixed conifer stands and an array of age classes, structure, and densities. Tree planting should occur following disturbance to restore or rehabilitate the forest resource to promote forest regeneration. Treatments should result in a landscape containing patches of large old trees.

## L.3.9 RIPARIAN / WETLANDS

**Corresponding SW ReGAP Landcover Classification:**

- S093 - Rocky Mountain Lower Montane Riparian Woodland and Shrubland
- S102 - Rocky Mountain Alpine-Montane Wet Meadow

**Environment:** Riparian/wetland systems are found throughout the Rocky Mountain and Colorado Plateau regions within a broad elevation range from approximately 2,950 to 9,100 feet. These systems often occur as a mosaic of multiple communities that are often tree-dominated with a diverse shrub and grass component. Riparian areas are typically dependent on a natural hydrologic regime, especially annual to episodic flooding. Wetland areas typically dependent upon continuous saturation or inundation of soils to support wetland obligate species. Occurrences are found within the flood zone of rivers, on islands, sand or cobble bars, and immediate streambanks. They can form large, wide occurrences on mid-channel islands in larger rivers or narrow bands on small, rocky canyon tributaries and well-drained benches. Wetland areas are typically found in backwater channels and other perennially wet but less scoured sites, such as floodplains swales and irrigation ditches. Both riparian and wetland systems may also occur in upland areas of mesic swales and hillslopes below seeps and springs.

The climate of riparian/wetland systems is continental with typically cold winters and hot summers. Surface water is generally high for variable periods. Soils are typically alluvial deposits of sand, clays, silts and cobbles that are highly stratified with depth due to flood scour and deposition. Highly stratified profiles consist of alternating layers of clay loam and organic material with coarser sand or thin layers of sandy loam over very coarse alluvium. Soils are often fine-textured with organic material over coarser alluvium. Some soils are more developed due to a slightly more stable environment and greater input of organic matter.

Riparian/wetland areas commonly contain specialized vegetation associated with surface or subsurface moisture. Riparian resources include wetland areas which require prolonged saturation of soils and contain certain vegetative species dependent upon saturation. Less than 2

BLM_0013294

percent of the Moab FO planning area contains riparian/wetland resources, which are commonly located along major rivers, drainages, or spring sites

Moisture for <u>wet meadow</u> community types is acquired from groundwater, stream discharge, overland flow, overbank flow, and on-site precipitation. Salinity and alkalinity are generally low due to the frequent flushing of moisture through the meadow. Depending on the slope, topography, hydrology, soils and substrate, intermittent, ephemeral, or permanent pools may be present. These areas may support species more representative of purely aquatic environments. Standing water may be present during some or all of the growing season, with water tables typically remaining at or near the soil surface. Fluctuations of the water table throughout the growing season are not uncommon, however. On drier sites supporting the less mesic types, the late-season water table may be one meter or more below the surface. Soils typically possess a high proportion of organic matter, but this may vary considerably depending on the frequency and magnitude of alluvial deposition (Kittel et al. 1998). Organic composition of the soil may include a thin layer near the soil surface or accumulations of highly sapric material of up to 120 cm thick. Soils may exhibit gleying and/or mottling throughout the profile. Wet meadow ecological systems provide important water filtration, flow attenuation, and wildlife habitat functions.

**Vegetation:** Dominant trees may include *Acer negundo, Populus angustifolia, Populus balsamifera, Populus deltoides, Populus fremontii, Salix amygdaloides, Salix goodingii, Fraxinus velvutina*, or *Celtis* sp. Dominant shrubs include *Acer glabrum, Alnus incana, Betula occidentalis, Cornus sericea, Crataegus rivularis, Forestiera pubescens, Prunus virginiana, Rhus trilobata, Salix monticola, Salix drummondiana, Salix exigua, Salix irrorata, Salix lucida, Shepherdia argentea*, or *Symphoricarpos* spp. Invasive vegetation is common within riparian areas, consisting of exotic trees (*Elaeagnus angustifolia, Tamarix* spp). dominant in many stands, and noxious species (*Acroptilon repens, Lythrum salicaria*) Generally, the upland vegetation surrounding this riparian system is different and definable and ranges from grasslands to forests and can include *Quercus gambelii, Pseudotsuga menziesii, Picea pungens, Juniperus scopulorum, Atriplex canescens* and *Chrysothamnus nauseosus.*

Grass communities and species are a major component in most riparian and wetland areas. A mix of grasses can normally be found, with wide variability in the number of species, extent or location within the riparian/wetland area. Depending on the degree of inundation or saturation, grasses can include obligate wetland species where sufficient saturation occurs yearlong (*Juncus bufonius, Scirpus* spp., *Carex* spp., *Typha* spp.); facultative wetland grasses (*Distchlis spicata, Phragmites* spp.); or upland grass species (*Oryzopsis*,spp., *Sporobolus* spp.).

**Dynamics:** This ecological system contains early-, mid- and late-seral riparian plant associations. It also contains non-obligate riparian species. Cottonwood communities are early-, mid- or late-seral, depending on the age class of the trees and the associated species of the occurrence (Kittel et al. 1998). Cottonwoods, however, do not reach a climax stage as defined by Daubenmire (1952). Mature cottonwood occurrences do not regenerate in place, but regenerate by "moving" up and down a river reach. Over time a healthy riparian area supports all stages of cottonwood communities (Kittel et al. 1999b). Riparian ecosystems are extremely susceptible to

BLM_0013295

fire, containing native woody species which are fire intolerant (*Populus fremontii*), often resulting in catastrophic loss to fire in response to exotic species including tamarisk.

Associations in this ecological system are adapted to soils that may be flooded or saturated throughout the growing season. They may also occur on areas with soils that are only saturated early in the growing season, or intermittently. Typically these associations are tolerant of moderate-intensity ground fires and late-season livestock grazing (Kovalchik 1987). Most appear to be relatively stable types, although in some areas these may be impacted by intensive livestock grazing.

**Desired Future Condition:** The DFC for riparian/wetland areas is to support the appropriate ecological conditions, composition and age-class of native communities to maintain a healthy and properly functioning ecosystem as identified by Utah BLM Standards and Guidelines. Proper management and restoration of native riparian/wetland is a primary goal where systems are degraded. Reduction of flammable tamarisk and other invasive species can be common and widespread to improve native diversity, functioning condition, and reduce fire hazards.

Apply high priority to suppression of wildfires within riparian/wetland areas to maintain diverse native communities and reduce erosion into adjacent waterways (maintain buffer strips). Limit use of fire retardants near waters to reduce contamination of water quality and fisheries resources. Consider active restoration options, when native riparian and wetland communities are unlikely to recover with passive restoration (due to invasive species, stream bank erosion, etc).

Restore native riparian and wetland species through adjustment of management practices and/or implementation of mechanical, chemical, biological and fire treatments. Mechanical treatment as the initial fire treatment would be emphasized where there is a moderate to high potential for riparian and wetland to be burned to a high severity. For prescribed fire, allow low intensity fire to back into riparian and wetland areas through ignition outside of riparian and wetland.

## *L.3.10 INVASIVES*

**Corresponding SW ReGAP Landcover Classification:**

- D04 - Invasive Southwest Riparian Woodland and Shrubland
- D08 - Invasive Annual Grassland

**Environment:** Invasive species can occur in nearly any environment within the Moab Field Office, however the major occurrences are in lower elevations (<6,500 feet). The major native vegetation types that have been displaced by invasives are salt desert scrub, sagebrush and grasslands. Observations indicate they are found to a greater extent in areas that have been disturbed by natural events or management activities. Drought also plays a key role in distribution of these species by limiting competition from native species for moisture.

This category does not include exotic species such as tamarisk or Russian olive, nor does it include other types of listed weeds which occur in smaller patches.

BLM_0013296

**Vegetation:** Within the distribution of vegetation normally associated with grasslands, salt desert scrub and sagebrush communities, the primary invasive species present include: Bromus spp., Salsola spp. and Halogeton glomeratus.

**Dynamics:** The invasives share the overall system dynamic features of the communities they occur in, and in some cases can be primary system dynamic drivers once established. The invasives take advantage of moisture earlier in the year than most native species, in some instances they alter soil characteristics of a site to favor nutrient uptake, both to the point of becoming dominate in the system they occur within. Fire and other management tools can often invigorate growth rates for these species. The complete role of invasives and their relationship to disturbance is not conclusive, but large scale occurrences with areas of certain types and intensities of management overuse or natural disturbance events, particularly on saline soil types, seems to indicate a strong link.

*Cheat Grass Dynamics:* Cheatgrass or downy brome (*Bromus tectorum* L.) is a winter annual $C_3$ grass that is self-pollinating (McKone 1985, Allen & Meyer 2002). Cheatgrass normally germinates in the fall, but seeds germinate at other times of year as well (Mack 1981). Seedlings that emerge in the fall develop a rudimentary root and shoot system that remains quiescent during the winter. Cheatgrass begins rapidly growing in late winter and early spring with warmer night and daytime temperatures and reaches full vegetative and reproductive maturity over a period of 6 to 8 weeks (Mack & Pyke 1983, Pierson & Mack 1990). These life history traits, especially rapid growth and corresponding depletion of soil water and N, which results in lower resource availability for perennial neighbors (Gordon et al. 1989, Welker et al. 1991), have contributed to the success of cheatgrass. Cheatgrass has large impacts on plant communities and ecosystems. It has been implicated in increasing fire frequencies and intensities (Klemmedson & Smith 1964, Stewart & Hull 1949, Knick & Rotenberry 1997), which has led to its replacement of shrubs and perennial grasses (DiTomaso 2000). It is the most ubiquitous weed in steppe vegetation in Western North America (Mack 1981). Cheatgrass is known to have negative effects on native species through competition, reducing establishment and growth of native perennial grasses (Harris 1967, Young & Evans 1985, Svejcar 1990, Rafferty and Young 2002). Cheatgrass can change N dynamics in ecosystems (Paschke et al. 2000, Evans et al. 2001) and its dominance can alter the composition of microbial communities (Belnap and Phillips 2001, Al-Qarawi 2002, Kuske et al. 2002), which can result in loss of plant species diversity (van der Heijden et al. 1998). Land managers report that cheatgrass now occurs at elevations where it was not found in the past.

**Desired Future Condition:** Where invasive species are present or in areas determined to be at risk, the DFC is to control this spread and take actions to restore the native vegetation community that has been invaded. Fires in cheatgrass invaded areas or areas with high potential for invasion should be aggressively suppressed and aggressively rehabilitated following wildfire. Wildland fire use would not be appropriate in cheatgrass/halogeton-invaded sites or in areas with high potential for invasion because of the lack of ability to properly rehabilitate.

BLM_0013297

## L.3.11 DISTURBED AREAS

### Corresponding SW ReGAP Landcover Classification:

- D11 - Recently Chained Pinyon-Juniper Areas

**Environment:** These mapped areas consist predominantly of management treatment areas for pinyon-juniper and sagebrush control that have occurred over the past 50 years. They typically occur on flat to gentle terrain. In some cases the treatment has been maintained, in other case the pinyon-juniper or sage has returned to varying degrees of success.

**Vegetation:** In those areas where the treatments were successful, the predominant vegetation consists of various grasses, crested wheat grass in many instances, and various forbs and shrubs. In less successful areas, the vegetation treated for has retuned and in some instances the areas have been subject to invasive species spread.

**Dynamics:** Over time many of these treatment areas have not been maintained with proper tools such as fire or herbicide. In some cases livestock were allowed onto the treated areas too early which altered the preferred vegetation composition.

**Desired Future Condition:** The assumption is made that since time and funding were invested to conduct these treatment operations, there would be interest in seeing the treatments maintained. The desired future condition for these treatments should therefore be the same as the rationale for initiating the treatment. In some instances species composition may need to be altered through re-seeding, in other areas recruitment of new woody species may require fire to reduce recruitment to acceptable levels.

### DFC Table: Moab RMP Desired Future Conditions (DFC) - Vegetative Community Analysis Groupings[1]

| Vegetation Groupings from Draft Utah FMP | Land Cover Groupings from Southwest ReGAP Analysis Occurring within Moab FO Boundaries | Final Grand RMP DFC Vegetation Community Groupings and Associated SW ReGAP Cover Types and Utah FMP Vegetation Groupings | | Acres |
|---|---|---|---|---|
| Salt Desert Scrub<br><br>Pinyon and Juniper Woodland<br><br>Sagebrush<br><br>Grassland<br><br>Blackbrush<br><br>Mountain Shrub<br><br>Mixed Conifer<br><br>Ponderosa Pine<br><br>Creosote Bursage[2] | D01 - Disturbed, non-specific<br>D02 - Recently burned<br>D03 - Recently mined or quarried<br>D04 - Invasive Southwest Riparian Woodland and Shrubland<br>D06 - Invasive Perennial Grassland<br>D08 - Invasive Annual Grassland<br>D09 - Invasive Annual and Biennial Forbland<br>D10 - Recently Logged Areas<br>D11 - Recently Chained Pinyon- | **Salt Desert Scrub** | S011 - Inter-Mountain Basins Shale Badland<br>S045 - Inter-Mountain Basins Mat Saltbush Shrubland<br>S065 - Inter-Mountain Basins Mixed Salt Desert Scrub<br>S079 - Inter-Mountain Basins Semi-Desert Shrub Steppe<br>S096 - Inter-Mountain Basins Greasewood Flat | 648,817 |

BLM_0013298

**DFC Table: Moab RMP Desired Future Conditions (DFC) - Vegetative Community Analysis Groupings[1]**

| Vegetation Groupings from Draft Utah FMP | Land Cover Groupings from Southwest ReGAP Analysis Occurring within Moab FO Boundaries | Final Grand RMP DFC Vegetation Community Groupings and Associated SW ReGAP Cover Types and Utah FMP Vegetation Groupings | | Acres |
|---|---|---|---|---|
| Riparian Wetland Aspen[3] | Juniper Areas<br>D14 - Disturbed, Oil Well<br>N21 - Developed, Open Space—Low Intensity<br>N22 - Developed, Medium – High Intensity<br>N80 - Agriculture<br>S002 - Rocky Mountain Alpine Bedrock and Scree<br>S006 - Rocky Mountain Cliff and Canyon<br>S010 - Colorado Plateau Mixed Bedrock Canyon and Tableland<br>S011 - Inter-Mountain Basins Shale Badland<br>S012 - Inter-Mountain Basins Active and Stabilized Dune<br>S023 - Rocky Mountain Aspen Forest and Woodland<br>S028 - Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and Woodland<br>S030 - Rocky Mountain Subalpine Mesic Spruce-Fir Forest and | **Pinyon and Juniper Woodland** | S039 - Colorado Plateau Pinyon-Juniper Woodland<br><br>S052 - Colorado Plateau Pinyon-Juniper Shrubland<br><br>S010 - Colorado Plateau Mixed Bedrock Canyon and Tableland | 1,111,114 |
| | | **Sagebrush** | S054 - Inter-Mountain Basins Big Sagebrush Shrubland<br><br>S056 - Colorado Plateau Mixed Low Sagebrush Shrubland<br><br>S071 - Inter-Mountain Basins Montane Sagebrush Steppe | 273,242 |
| | | **Grassland** | S090 - Inter-Mountain Basins Semi-desert Grassland | 61,087 |
| | | **Blackbrush** | S059 - Colorado Plateau Blackbrush-Mormon Tea Shrubland | 254,509 |

BLM_0013299

**DFC Table: Moab RMP Desired Future Conditions (DFC) - Vegetative Community Analysis Groupings[1]**

| Vegetation Groupings from Draft Utah FMP | Land Cover Groupings from Southwest ReGAP Analysis Occurring within Moab FO Boundaries | Final Grand RMP DFC Vegetation Community Groupings and Associated SW ReGAP Cover Types and Utah FMP Vegetation Groupings | | Acres |
|---|---|---|---|---|
| | Woodland<br>S032 - Rocky Mountain Montane Dry- Mesic Mixed Conifer Forest and Woodland<br>S034 - Rocky Mountain Montane Mesic Mixed Conifer Forest and Woodland<br>S036 - Rocky Mountain Ponderosa Pine Woodland<br>S039 - Colorado Plateau Pinyon-Juniper Woodland<br>S042 - Inter-Mountain Basins Aspen-Mixed Conifer Forest and Woodland<br>S045 - Inter-Mountain Basins Mat Saltbush Shrubland<br>S046 - Rocky Mountain Gambel Oak-Mixed Montane Shrubland<br>S047 - Rocky Mountain Lower Montane-Foothill Shrubland<br>S052 - Colorado Plateau Pinyon-Juniper Shrubland<br>S054 - Inter-Mountain Basins Big Sagebrush Shrubland<br>S056 - Colorado Plateau Mixed Low Sagebrush Shrubland<br>S059 - Colorado Plateau Blackbrush-Mormon Tea Shrubland<br>S065 - Inter-Mountain Basins Mixed Salt Desert Scrub<br>S071 - Inter-Mountain Basins Montane Sagebrush Steppe<br>S079 - Inter-Mountain Basins Semi-Desert Shrub Steppe<br>S083 - Rocky Mountain Subalpine Mesic Meadow<br>S085 – Southern Rocky Mountain | Mixed Conifer | S023 - Rocky Mountain Aspen Forest and Woodland<br><br>S028 - Rocky Mountain Subalpine Dry-Mesic Spruce-Fir Forest and Woodland<br><br>S030 - Rocky Mountain Subalpine Mesic Spruce-Fir Forest and Woodland<br><br>S032 - Rocky Mountain Montane Dry- Mesic Mixed Conifer Forest and Woodland<br><br>S034 - Rocky Mountain Montane Mesic Mixed Conifer Forest and Woodland<br><br>S042 - Inter-Mountain Basins Aspen-Mixed Conifer Forest and Woodland | 173,169 |
| | | Ponderosa Pine | S036 - Rocky Mountain Ponderosa Pine Woodland | 20,347 |
| | | Riparian Wetland | S093 - Rocky Mountain Lower Montane Riparian Woodland and Shrubland<br><br>S102 - Rocky Mountain Alpine-Montane Wet Meadow | 36,000 |
| | | Disturbed Areas | D11 - Recently Chained Pinyon-Juniper Areas | 19,730 |
| | | Invasives | D04 - Invasive Southwest Riparian Woodland and Shrubland<br><br>D08 - Invasive Annual Grassland | 43,230 |

BLM_0013300

**DFC Table: Moab RMP Desired Future Conditions (DFC) - Vegetative Community Analysis Groupings[1]**

| Vegetation Groupings from Draft Utah FMP | Land Cover Groupings from Southwest ReGAP Analysis Occurring within Moab FO Boundaries | Final Grand RMP DFC Vegetation Community Groupings and Associated SW ReGAP Cover Types and Utah FMP Vegetation Groupings | | Acres |
|---|---|---|---|---|
| | Montane-Subalpine Grassland<br><br>S090 - Inter-Mountain Basins Semi-desert Grassland<br><br>S093 - Rocky Mountain Lower Montane Riparian Woodland and Shrubland<br><br>S096 - Inter-Mountain Basins Greasewood Flat<br><br>S102 - Rocky Mountain Alpine-Montane Wet Meadow<br><br>S136 - Southern Colorado Plateau Sand Shrubland | **Dunes** | S012 - Inter-Mountain Basins Active and Stabilized Dune<br><br>S136 - Southern Colorado Plateau Sand Shrubland | 28,022 |
| | | **Mountain Shrub** | S046 - Rocky Mountain Gambel Oak-Mixed Montane Shrubland<br><br>S047 - Rocky Mountain Lower Montane-Foothill Shrubland | 159,292 |

[1] The following SW ReGAP classification covers will not be used for RMP DFC because they do not occur in sufficient distribution to be considered, or occur on lands administered by another agency.

| | |
|---|---|
| D01 - Disturbed, non-specific | N21 - Developed, Open Space—Low Intensity |
| D02 - Recently burned | N22 - Developed, Medium – High Intensity |
| D03 - Recently mined or quarried | N80 - Agriculture |
| D06 - Invasive Perennial Grassland | S002 - Rocky Mountain Alpine Bedrock and Scree |
| D09 - Invasive Annual and Biennial Forbland | S006 - Rocky Mountain Cliff and Canyon |
| D10 – Recently logged areas | S083 - Rocky Mountain Subalpine Mesic Meadow |
| D14 - Disturbed, oil well | S085 – Southern Rocky Mountain Montane-Subalpine Grassland |

[2] Creosote Bursage does not occur in the Moab Field Office.

[3] Aspen within the Moab Field Office is relatively small aerial extent and is grouped with the mixed conifer community.

BLM_0013301

*Moab PRMP/FEIS*                                    *Appendix L: Desired Future Condition for Vegetation*



*L-30*

BLM_0013302

# APPENDIX M.
## DROUGHT CLASSIFICATION SYSTEM

Drought intensity categories are based on six key indicators and numerous supplementary indicators. The accompanying drought severity classification table shows the ranges for each indicator for each dryness level. Because the ranges of the various indicators often do not coincide, the final drought category is based on what the majority of the indicators show. The analysts producing the map also weight the indices according to how well they perform in various parts of the country and at different times of the year.

Also, additional indicators are often needed in the West, where winter snowfall has a strong bearing on water supplies.

D0-D4: The Drought Monitor summary map identifies general drought areas, labeling droughts by intensity, with D1 being the least intense and D4 being the most intense. Drought watch areas (D0) are either drying out and possibly heading for drought, or are recovering from drought but not yet back to normal - suffering long-term impacts such as low reservoir levels.

**Table M.1 Drought Severity Classifications**

| Category | Description | Possible Impacts | Palmer Drought Index | CPC Soil Moisture Model (Percentiles) |
|----------|-------------|------------------|---------------------|---------------------------------------|
| D0 | Abnormally Dry | Going into drought: short-term dryness slowing planting, growth of crops or pastures; fire risk above average. Coming out of drought: some lingering water deficits; pastures or crops not fully recovered. | -1.0 to -1.9 | 21-30 |
| D1 | Moderate Drought | Some damage to crops, pastures; fire risk high; streams, reservoirs, or wells low, some water shortages developing or imminent, voluntary water use restrictions requested. | -2.0 to -2.9 | 11-20 |
| D2 | Severe Drought | Crop or pasture losses likely; fire risk very high; water shortages common; water restrictions imposed. | -3.0 to -3.9 | D2 |
| D3 | Extreme Drought | Major crop/pasture losses; extreme fire danger; widespread water shortages or restrictions. | -4.0 to -4.9 | D3 |
| D4 | Exceptional Drought | Exceptional and widespread crop/pasture losses; exceptional fire risk; shortages of water in reservoirs, streams, and wells, creating water emergencies. | -5.0 or less | |

Additional indices used, mainly during the growing season, include the USDA/NASS Topsoil Moisture, Crop Moisture Index (CMI), and Keetch Byram Drought Index (KBDI). Indices used primarily during the snow season and in the West include the River Basin Snow Water Content, River Basin Average Precipitation, and the Surface Water Supply Index (SWSI).

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0013304

# APPENDIX N.
## ADDITIONAL WILDLIFE INFORMATION

## N.1 HABITAT MANAGEMENT PLANS

### N.1.1 CISCO DESERT HABITAT MANAGEMENT PLAN

The Cisco Desert Habitat Management Plan, signed in September of 1978, was written particularly for pronghorn, and is primarily concerned with the development of water. An Agreement of Cooperation Between UDWR and BLM Moab was signed in August of 1979, agreeing that 1) BLM and UDWR would inspect and fill water developments, 2) BLM and UDWR would install locks and provide keys on water developments, 3) UDWR would provide BLM population trend data, distribution, and population estimates for the Cisco herd unit, 4) BLM would provide fecal analysis study results to UDWR. The UDWR and the BLM also agreed that a reasonable population goal after completion of phase one would be 350 to 400 pronghorn and after a two year evaluation the BLM and UDWR would jointly agree on reasonable numbers during phases two and three of the plan.

Under this HMP, 242,560 acres of land administered by the BLM were to be improved to provide habitat capable of supporting at least 350 to 400 pronghorn after the completion of phase one and up to 750 adult pronghorn year-round upon completion of projects. These numbers would be attained through habitat management and natural reproductive processes. Eleven specific management objectives were established and were to be implemented in three stages as follows:

Phase One focused on the eastern third of the HMP area:

1. Improve 70,000 acres of pronghorn habitat on the eastern third of the HMP area by developing reliable water sources to provide water for approximately 400 pronghorn.
2. On the eastern third of the HMP area modify or remove fences in areas that do not meet BLM specifications for fencing on pronghorn range.
3. Determine the similarity of diet of domestic livestock, pronghorn and mule deer utilizing the 242,560 acres of the HMP.
4. Establish six seeding study plots in greasewood and shad scale vegetation types within HMP area to determine the suitability of these types of browse and forb introduction.

Phase Two focused on the central third of the HMP area:

1. Improve 86,000 acres of pronghorn habitat on the central third of the HMP area by developing reliable water sources to provide water for approximately 200 pronghorn.
2. Increase the percent browse and forb species on 6,375 acres of grass vegetation from less the 5% to 30% browse and forb on the central third of the HMP area.

Phase Three focused on the western third of the HMP area:

1. Increase 86,000 acres of pronghorn habitat on the western third of the HMP area by developing reliable water sources to provide water for approximately 150 pronghorn.
2. Improve 86,000 acres of pronghorn habitat on the western third of the HMP area by modification of the Nash Wash Allotment fence to allow pronghorn un-restricted passage.

Other objectives:

1. Improve 1000 acres of pronghorn habitat in wash bottoms by changing the greasewood vegetation to a more palatable species type as indicated by study results obtained from objective four accomplishments.
2. Improve pronghorn habitat by excluding livestock grazing and oil and gas exploration activities from May 15th through June 20th or during extreme snow conditions.
3. Maintain or improve HMP area for pronghorn habitat by insuring the oil and gas, pipeline, fire and other vegetative rehab projects include at lease 30% browse and 30% forb species when re-seeding.

These objectives were to be met by constructing water developments, removing fencing along the Colorado-Utah state line, conducting range and vegetative studies, manipulating vegetation, constructing needed pronghorn fences to protect water developments, changing season of use and restricting oil and gas exploration on kidding grounds to reduce disturbance, using seed mixtures that enhance pronghorn forage on rehab areas and ensuring that all livestock concentration locations (feeding, salting, watering, sheep camps) are not within a half mile of pronghorn water developments.

### N.1.2 HATCH POINT HABITAT MANAGEMENT PLAN

The Hatch Point HMP, signed in September of 1976, was intended to benefit 309 pronghorn. A Memorandum of Understanding was signed in 1968 between the BLM and the Utah State Division of Fish and Game (now the UDWR) to transplant 150 pronghorn into this area and allow the population to increase by natural reproduction to whatever the optimum herd size is jointly determined by the BLM and UDWR. Under this HMP, 109,002 acres of land administered by the BLM are to be maintained in good condition and habitat is to be improved where needed. Six specific management objectives were established:

1. a. Maintain the present big sagebrush association at 31% of the total wildlife habitat.

   b. Increase the forb cover within the big sagebrush association in the key areas from less then 1% to 5%.
2. Improve the habitat for pronghorn by eliminating barriers to their movements caused by fencing.
3. Improve pronghorn, sage-grouse and other big game and non-game species habitat by improving year-round water resources on Hatch Point.
4. Improve pronghorn habitat by eliminating livestock grazing on known kidding grounds from May 1st through June 30th.

BLM_0013306

5. Improve pronghorn, sage-grouse and other game and non-game species habitat by protecting and establishing riparian and succulent forage areas around exiting and proposed water sources.

6. Improve the pronghorn habitat by a change of class of livestock from sheep to cattle on the Hatch Point area. Change of class of livestock from cattle to sheep will be prohibited within this area.

These objectives will be attained through water developments, changes in season of use (November 1st through June 1st), number of livestock (27% reduction), change in livestock class from sheep to cattle, fencing, seeding and rest/rotation. For the rest/rotation to be implemented, three pastures were developed on the Hatch Point Allotment. One pasture was to be grazed from November 1st to March 1st, the second from March 1st to June 1st and the third to receive a yearlong rest from grazing. Pronghorn kidding areas were to have livestock grazing removed by May 1st and if critical sage-grouse habitat was located, livestock grazing would be excluded within a one-mile radius from these areas from April 1st through June 15th. A total of 69 acres were to be seeded to attain a combination of succulent forbs, grasses and shrubs that would provide spring forage. Fencing was to be a management tool to eliminate livestock grazing from the following projects: a) 10 acres of drainage fenced at the Hatch Point Reservoir; b) 20 acres of drainage fenced at Hatch Point Section 4 Permit Reservoir; c) 3 acres fenced around each Hatch Point catchment.

## N.1.3 DOLORES TRIANGLE HABITAT MANAGEMENT PLAN

The Dolores Triangle HMP, signed in November of 1979, was intended for deer, elk, and bighorn sheep, but also has objectives for raptors, waterfowl, and native trout. Under this plan, 100,686 acres of land administered by the BLM are to be improved and maintained by providing food, cover, water and open space. Eight specific management objectives were established:

1. Improve and maintain 100,686 aces of public land to provide:
   a. Winter habitat for 3,500 mule deer from November 1st through May 1st
   b. Year-round habitat for approximately 350 resident mule deer

2. Maintain approximately 20,000 acres of public land within the Dolores Triangle Planning Unit to provide year-round habitat to support 150 desert bighorn sheep.

3. Improve approximately 25,000 acres of public land within the Dolores Triangle Planning Unit to provide winter habitat to support 250 head of Rocky Mountain Elk from November 1st through April 1st.

4. Improve approximately 300 acres of public land within the Dolores Triangle Planning Unit to provide shorebird and waterfowl nesting habitat.

5. Improve approximately 10 miles of aquatic and associated riparian habitat in Granite Creek Canyon to increase self-sustaining brook trout populations

6. Improve approximately 20 miles of aquatic and associated riparian habitat in Coates, Ryan and Renegade Creeks to support a self-sustaining warm-water fish population

7. Improve species diversity of wildlife habitats within planning area by cooperating with both UDWR and USFWS in attempts to re-establish wildlife populations within this area.

BLM_0013307

8.  Enhance bald eagle wintering habitat and non-game habitat along river and stream corridors.

Deer and elk winter habitat were to be improved through chaining, herbicides, prescribe fires, vegetative seeding with mixes to improve browses and forage for wildlife, water developments and improvements. These winter ranges were to be protected from grazing by forage reallocation from and oil and gas disturbance. Bighorn sheep would be supported by improving habitat, reallocating forage, and reducing harassment. The bighorn sheep area would be closed to OHV use by a rock barrier. Bald eagle habitat was to be improved through the installation of fencing and enclosures to protect cottonwoods. Raptor surveys would determine location and density of nesting location so that these areas could be protected from surface disturbances. Quarter mile buffers would protect nest sites from February 15th through June 1st from oil and gas occupancy. Riparian habitat along Granite, Coates, Ryan, and Renegade Creeks would be improved by installing in-stream structures such as drop structures, log, earth and rock dams, deepening and channelization of stream channels, erosion control with rock and soil berms, and seeding. Riparian areas would be fenced to prevent livestock from entering these areas, helping to improve shorebird and waterfowl nesting habitat. Nest structures were to be installed.

### N.1.4 POTASH-CONFLUENCE HABITAT MANAGEMENT PLAN

The Potash-Confluence HMP, signed in June of 1986, was developed from direction established in the Grand RMP. This HMP provides management guidance primarily for desert bighorn sheep, but also includes guidance for chukar partridge, bald eagles, and peregrine falcon. Under this HMP, 278,000 acres of land administered by the BLM are to be maintained in good condition and habitat is to be improved where needed. Eight specific management objectives were established:

1.  Improve 42,500 acres of critical bighorn sheep habitat by preventing major human disturbance during lambing and breeding seasons.
2.  Provide additional water sources at a minimum spacing of 1 water development in each 2 square mile area on lambing grounds.
3.  Adopt fence standards to adequately restrict livestock while providing for free movement of bighorn sheep.
4.  Maintain water developments used by bighorn sheep, chukar partridge and other wildlife by providing funding where needed and ensuring that wildlife escape ramps are placed in all water troughs.
5.  Assist in the development of livestock manipulation techniques on Horsethief Point, Spring Canyon Bottom, and Ten-Mile Point allotments to improve or maintain bighorn sheep habitat.
6.  Change season of use on the Potash allotment to reduce competition on lambing and breeding grounds.
7.  Maintain 64,000 areas of cliff habitat to support 4 breeding pairs of peregrine falcon along the Colorado and Green Rivers to achieve as annual production of 10 peregrines by 1990.
8.  Protect and maintain 5,000 acres of riparian habitat to provide wintering habitat for bald eagles and support a diversity of game and non-game species.

BLM_0013308

Human disturbance in critical habitat would be lessened by using protective stipulations for oil and gas leasing, disallowing oil and gas exploration and occupancy, including seismic exploration, controlling filming activities and solid mineral extraction during lambing and rutting seasons. Water developments were to be installed to alleviate conflicts created by human occupancy (recreational and industrial) and to reduce competition between livestock and bighorn for forage, water and space. Most bighorn water developments were installed in areas inaccessible to both people and cattle. This spatial separation lessens the potential for bighorn and people and cattle interaction. The risk of bighorn contacting diseases, which could be carried by the cattle, is also lessened.

## N.2 WILDLIFE LAND-USE PLAN AMENDMENTS TO THE 1985 GRAND RMP

### N.2.1 BIGHORN SHEEP AMENDMENT TO THE GRAND RMP

An RMP amendment (EA #UT-068-89-036) was completed in 1989 involving the improvement of desert bighorn and Rocky Mountain bighorn habitat. The amendment provided for installation of new water facilities and modified the Grand RMP from supporting current estimated bighorn sheep population of 259 and managing bighorn sheep habitat to support prior stable numbers of 1440 desert bighorn sheep. Population goals would be reached by big games releases, reestablishment, and through change of livestock class. Furthermore, the amendment prevents changes in livestock from cattle to domestic sheep to prevent forage competition and disease transmittal to bighorns. Current allotments grazing domestic sheep were not required to change to cattle. Allotments that were effected by this plan amendment include: Ten Mile Point, Big Flat-Ten Mile, Spring Canyon Bottom, Horsethief Point, Arth's Pasture, Potash, Kane Springs, Rattlesnake, Showerbath Springs, Tusher Wash, Lone Cone, Coal Canyon, Floy Canyon, Horse Canyon, Thompson Canyon, Crescent Canyon, Floy Creek, Little Hole, Lost Canyon-Sugar Bench, Agate, Steamboat Mesa, South Beaver Mesa, Dakota Rock, Dolores Point, Taylor (Fisher Valley), Professor Valley, Ida Gulch, Hotel Mesa, Taylor (Highlands) North River and Hatch Point.

This change will allow desert bighorn sheep populations to also attain their prior stable population level providing that favorable habitat and environmental conditions prevail.

### N.2.2 LIVESTOCK GRAZING USE ADJUSTMENTS AMENDMENT TO THE GRAND RMP (1995)

An RMP amendment (EA #UT-068-94-047) was implemented in 1995 which benefited wildlife across much of Moab FO area. The amendment allowed for the removal of cattle from the Bogart, Diamond, Cottonwood, North Sand Flats, South Sand Flats, and Between the Creeks allotments. This action resulted in a retirement of 5,066 BLM AUMs that are now reserved for wildlife, riparian vegetation, watershed and recreational values.

The amendment included the reallocation of cattle grazing privileges in the Cisco, Main Canyon-Middle Canyon, and Arth's pasture allotments to enhance, protect and improve wildlife habitat, riparian vegetation, watershed, and recreation values. These reductions totaled 3,206 AUMs. Main and Middle Canyon were combined and a rest/rotation system implemented, allowing

BLM_0013309

pastures to be rested every third or forth year. AUMs remaining for cattle on the Arth's Pasture allotment were to be actively managed using fencing and herding to benefit desert bighorn sheep, by reducing spatial competition, social intolerance, disease transmittal, and competition for forage and water. These reductions in AUMs are summarized in Table 1:

**Table 1: Reductions in Grazing from the 1995 Amendment to the Grand RMP**

| Allotment | Permitted BLM AUMs | Reallocation of BLM AUMs | Remaining BLM AUMs | Permitted Season of Use |
|---|---|---|---|---|
| Cisco | 4,149 | 2,330 (56%) | 1,819 | 10/25-6/20 |
| Main Canyon-Middle Canyon | 951 | 451 (47%) | 500 | 6/01-10/30 |
| Arth's Pasture | 808 | 425 (53%) | 353 | 11/6-5/17 |
| Bogart | 206 | 206 (100%) | 0 | |
| North Sand Flats | 797 | 797 (100%) | 0 | |
| South Sand Flats | 597 | 597 (100%) | 0 | |
| Between the Creeks | 260 | 260 (100%) | 0 | |
| **TOTAL** | **7,768** | **5,066** | **2,672** | |

All livestock AUMs in the Horse Pasture-Nash Wash area of the Cisco allotment were reallocated for use by deer and pronghorn. The domestic sheep grazing that was permitted was redistributed throughout the remaining portion of the Cisco Allotment. Approximately 3 miles of fence was constructed on the unfenced portion to exclude livestock from the Horse Pasture area. The Horse Pasture area is an area where large numbers of deer concentrate during the winter months and is considered to be a crucial deer winter area and competition for forage and space had existed for decades. Wintering deer would no longer have to compete with cattle and domestic sheep for sagebrush and the early spring season grasses. It was hoped that there would be an increase in the deer population resulting from increased reproductive success rates (fawn: doe ratio) through increased forage availability. Any disturbance which had been caused by the presence of sheep dogs, sheep camps and the domestic sheep herd, which may have interfered with deer movement and their use of pinyon-juniper trees for thermal and escape cover, would no longer occur.

Of the 2,330 reallocated AUMs in the Cisco allotment, 500 are specifically for pronghorn habitat enhancement. The additional 500 AUMs of forage specifically allocated for pronghorn should allow the herd to increase by approximately 400 animals. Approximately 300-400 pronghorn could occupy the Cisco Allotment yearlong, except during the winter months when pronghorn gather into large herds. Possibly 600-800 pronghorn could occupy a portion of the Cisco Allotment for a two to three month period.

This RMP Amendments allows for additional flexibility to modify the grazing season of use for individual allotments within the entire Resources Area.

This RMP Amendments allows for the relinquishment of grazing permits and reallocation of forage previously reserved for livestock to non-livestock purposes such as wildlife habitat,

BLM_0013310

riparian vegetation, watershed and recreational values. This would result in partial or complete removal of livestock from specific grazing allotments

### N.2.3 LIVESTOCK GRAZING USE ADJUSTMENTS AMENDMENT TO THE GRAND RMP ON DIAMOND-COTTONWOOD ALLOTMENTS (1996)

An RMP amendment (EA #UT-068-94-047) was implemented in 1996 which benefited wildlife in the Diamond and Cottonwood Allotments. The amendment allowed for the removal of cattle from the Diamond and Cottonwood allotments, resulting in the retirement of 1,491 BLM AUMs. These AUMs are now reserved for wildlife, riparian vegetation, watershed and recreational values. These reductions in AUMs are summarized in Table 2:

**Table 2: Grazing Adjustments in the Diamond and Cottonwood Allotments**

| Allotment | Permitted BLM AUMs | Reallocation of BLM AUMs | Remaining BLM AUMs |
|---|---|---|---|
| Diamond | 590 | 590 (100%) | 0 |
| Cottonwood | 901 | 901 (100%) | 0 |
| **TOTAL** | **1491** | **1491** | **0** |

## N.3 BIRD HABITAT CONSERVATION AREAS (BHCA)

### N.3.1 CISCO DESERT BIRD HABITAT CONSERVATION AREA

199,484 Acres: Low desert Shrub

**Species of Concern**: Golden Eagle, Ferruginous Hawk, Burrowing Owl, Long-billed curlew

### N.3.2 COLORADO & DOLORES RIVERS BIRD HABITAT CONSERVATION AREA

43,393 Acres: Lowland Riparian

**Species of Concern:** North American Waterfowl, Virginia & Lucy's Warbler, Yellow-breasted Chat, Blue Grosbeak, Yellow-billed Cuckoo, Bald Eagle, Peregrine, Mexican Spotted Owl

### N.3.3 GREEN RIVER BIRD HABITAT CONSERVATION AREA

30,110 Acres: Lowland Riparian

**Species of Concern:** North American Waterfowl, Virginia & Lucy's Warbler, Yellow-breasted Chat, Blue Grosbeak, Yellow-billed Cuckoo, Bald Eagle, Peregrine, Mexican Spotted Owl

BLM_0013311

## N.3.4 COTTONWOOD & WILLOW CREEKS BIRD HABITAT CONSERVATION AREA

38,487 Acres: Lowland Riparian

**Species of Concern:** Cordilleran & Olive-sided Flycatchers, Mexican Spotted Owl, Virginia & Lucy's Warbler, Broad-tailed Hummingbird, Goshawk, Fox Sparrow, Red-napped Sapsucker, Western Bluebird

BLM_0013312

# APPENDIX O.
## BEST MANAGEMENT PRACTICES FOR RAPTORS AND THEIR ASSOCIATED HABITATS IN UTAH, AUGUST 2006

## O.1 INTRODUCTION

Raptors, or *Birds of Prey,* are found on public lands throughout Utah. Approximately 31 species of raptors utilize public lands for at least a portion of their life cycle. These include 20 diurnal raptors, including the eagles, hawks, falcons, osprey, turkey vulture and California condor; and 11 mostly nocturnal owl species. At least 16 of the diurnal raptors are known to nest, roost and forage on public lands; while 2 others are probable nesters within the southern part of the state. The California condor is known to utilize public lands for roosting and foraging, but is not currently known to nest within the state. The rough-legged hawk is a winter resident that uses public lands for foraging. All of the owl species nest, roost and forage on public lands in Utah.

Eight of Utah's raptors are considered to be Special Status Species by the BLM, and currently receive enhanced protection, in addition to the regulatory authority provided by the Migratory Bird Treaty Act (MBTA), which covers all raptor species. The bald eagle and Mexican spotted owl are listed as Federally threatened species and are afforded the protection, as well as the Section 7 consultation requirements, of the Endangered Species Act (ESA). The bald eagle is currently being proposed for delisting by the Fish and Wildlife Service. Both the bald eagle and golden eagle are protected by the provisions of the Eagle Protection Act. The California condor is a Federally endangered species, however, the birds found in southern Utah are part of an Experimental Non-essential Population reintroduced to northern Arizona under Section 10(j) of the Endangered Species Act. The BLM is required to treat the condor as a species proposed for listing for Section 7 purposes of the ESA. The northern goshawk is managed by a multi-agency Conservation Agreement. The ferruginous hawk, short-eared owl and burrowing owl are listed as Wildlife Species of Concern by the Utah Division of Wildlife Resources (UDWR, May 12, 2006), and are therefore recognized as BLM state-sensitive species under the Bureau's 6840 Manual. The BLM's 6840 Policy states that "*BLM shall...ensure that actions authorized, funded, or carried out...do not contribute to the need for the species to become listed*".

Future raptor management on BLM lands in Utah will be guided by the use of these Best Management Practices (BMPs), which are BLM-specific recommendations for implementation of the U.S. Fish and Wildlife Service, Utah Field Office's "*Guidelines for Raptor Protection From Human and Land Use Disturbances*" ("*Guidelines*"). The "*Guidelines*" were originally developed by the Fish and Wildlife Service in 1999, and were updated during 2002 to reflect changes brought about by court and policy decisions and to incorporate Executive Order 13186, *Responsibilities of Federal Agencies to Protect Migratory Birds.* The "*Guidelines*" were provided to BLM and other land-managing agencies in an attempt to provide raptor management consistency, while ensuring project compatibility with the biological requirements of raptors, and encouraging an ecosystem approach to habitat management.

BLM_0013313

These Best Management Practices, or specific elements of the BMP's which pertain to a proposal, should be attached as Conditions of Approval to all BLM use authorizations which have the potential to adversely affect nesting raptors, or would cause occupied nest sites to become unsuitable for nesting in subsequent years.

Raptor management is a dynamic and evolving science, and consequently, as the science evolves, these BMP's will undergo subsequent revision. As more information becomes available through implementation of these raptor BMP's, and as our knowledge of raptor life cycle requirements increases, findings will be incorporated into future revisions of the BMP document. Additionally, BLM and the Department of Energy are initiating a 3-year Raptor Radii study which will test traditional spatial and seasonal nest buffers during actual oil and gas development activities for a select suite of species. Study results would be incorporated into new BMP revisions as well.

To adequately manage raptors and their habitats, and to reduce the likelihood of a raptor species being listed under the Endangered Species Act (ESA), BLM-authorized or proposed management activities and/or land disturbing actions would be subject to the criteria and processes specified within these BMPs. The implementation of raptor spatial and seasonal buffers under the BMPs would be consistent with Table 2 of the *"Guidelines"*, included here as Attachment 2. As specified in the *"Guidelines"*, modifications of spatial and seasonal buffers for BLM-authorized actions would be permitted, so long as protection of nesting raptors was ensured. State and/or Federally-listed, proposed, and candidate raptor species, as well as BLM state-sensitive raptor species, should be afforded the highest level of protection through this BMP process; however, all raptor species would continue to receive protection under the Migratory Bird Treaty Act. Modification of the buffers for threatened or endangered species would be considered pending results of Section 7 Consultation with USFWS.

As stated in the *"Guidelines"*, spatial and seasonal buffers should be considered as the best available recommendations for protecting nesting raptors under a wide range of activities state-wide. However, they are not necessarily site-specific to proposed projects. Land managers should evaluate the type and duration of the proposed activity, the position of topographic and vegetative features, the sensitivity of the affected species, the habituation of breeding pairs to existing activities in the proposed project area, and the local raptor nesting density, when determining site-specific buffers. The BLM would be encouraged to informally coordinate with UDWR and USFWS anytime a site-specific analysis shows that an action may have an adverse impact on nesting raptors. The coordination would determine if the impact could be avoided or must be mitigated, and if so, to determine appropriate and effective mitigation strategies.

Potential modifications of the spatial and seasonal buffers identified in the *"Guidelines"* may provide a viable management option. Modifications would ensure that nest protection would occur, while allowing various management options which may deviate from the suggested buffers within the *"Guidelines"*, which, if adequately monitored, could provide valuable information for incorporation into future management actions.

Seasonal raptor buffers from Attachment 2 should be reviewed by local raptor nesting authorities who are knowledgeable of raptor nesting chronologies within their local area. For those nesting

BLM_0013314

raptors for which local nesting chronologies remain uncertain, the seasonal buffers provided in Attachment 2 should serve as the default. However, for those raptor species whose known nesting chronologies differ from the seasonal buffers provided in Attachment 2, the local seasonal buffers may be utilized as a modification of the "*Guidelines*".

Criteria that would need to be met, prior to implementing modifications to the spatial and seasonal buffers in the "*Guidelines*", would include the following:

1. Completion of a site-specific assessment by a wildlife biologist or other qualified individual. See example (Attachment 1)

2. Written documentation by the BLM Field Office Wildlife Biologist, identifying the proposed modification and affirming that implementation of the proposed modification(s) would not affect nest success or the suitability of the site for future nesting. Modification of the "Guidelines" would not be recommended if it is determined that adverse impacts to nesting raptors would occur or that the suitability of the site for future nesting would be compromised.

3. Development of a monitoring and mitigation strategy by a BLM biologist, or other raptor biologist. Impacts of authorized activities would be documented to determine if the modifications were implemented as described in the environmental documentation or Conditions of Approval, and were adequate to protect the nest site. Should adverse impacts be identified during monitoring of an activity, BLM would follow an appropriate course of action, which may include cessation or modification of activities that would avoid, minimize or mitigate the impact, or, with the approval of DWR and F&WS, BLM could allow the activity to continue while requiring monitoring to determine the full impact of the activity on the affected raptor nest. A monitoring report would be completed and forwarded to UDWR for incorporation into the Natural Heritage Program (NHP) raptor database.

In a further effort to provide additional support and expertise to local BLM Field biologists, a network of biologists from various agencies with specific expertise in raptor management has been identified and included as Attachment 3. The personnel identified have extensive backgrounds in raptor management issues and are available, upon request, to assist BLM Field biologists on a case by case basis. Field biologists are encouraged to use this network, via informal conference, with one or more of the individuals identified. This coordination should be clearly distinguished from the consultation process required under Section 7 of the ESA. Individuals on the expert panel should not be expected to provide formal advise, but should serve as a sounding board for discussing potential affects of a proposal, as well as potential mitigation measures on specific projects which may be useful to BLM biologists.

## O.2 HABITAT ENHANCEMENT

As recommended in the "*Guidelines*", raptor habitat management and enhancement, both within and outside of buffers, would be an integral part of these BMPs, with the understanding that in order for raptors to maintain high densities and maximum diversity, it is necessary that the habitat upon which they and their prey species depend be managed to promote healthy and productive ecosystems. Habitat loss or fragmentation would be minimized and/or mitigated to the extent practical and may include such measures as; drilling multiple wellheads per pad,

BLM_0013315

limiting access roads and avoiding loop roads to well pads, effective rehabilitation or restoration of plugged and abandoned well locations and access roads that are no longer required, rehabilitation or restoration of wildland fires to prevent domination by non-native invasive annual species, vegetation treatments and riparian restoration projects to achieve Rangeland Health Standards, etc.

In some cases, artificial nesting structures, located in areas where preferred nesting substrates are limited, but where prey base populations are adequate and human disturbances are limited, may enhance some raptor populations, or may serve as mitigation for impacts occurring in other areas.

## O.3 PROTECTION OF NEST SITES AND BUFFER ZONES

As stated in the *"Guidelines"*, protection of both occupied and unoccupied nests is important since not all raptor pairs breed every year, nor do they always utilize the same nest within a nesting territory. Individual raptor nests left unused for a number of years are frequently reoccupied, if all the nesting attributes which originally attracted a nesting pair to a location are still present. Nest sites are selected by breeding pairs for the preferred habitat attributes provided by that location.

Raptor nest buffer zones are established for planning purposes because the nest serves as the focal point for a nesting pair of raptors. The buffer should serve as a threshold of potential adverse affect to nest initiation and productivity. Actions proposed within these buffer zones are considered potentially impacting and, therefore, trigger the need for consideration of site-specific recommendations.

Seasonal (temporal) buffer zones are conservation measures intended to schedule potentially impacting activities to periods outside of the nesting season for a particular raptor species. These seasonal limitations are particularly applicable to actions proposed within the spatial buffer zone of a nest for short duration activities such as, pipeline or powerline construction, seismic exploration activity, vegetative treatments, fence or reservoir construction, permitted recreational events, etc., where subsequent human activity would not be expected to occur.

Spatial buffer zones are those physical areas around raptor nest sites where seasonal conservation measures, or surface occupancy restrictions may be applied, depending on the type and duration of activity, distance and visibility of the activity from the nest site, adaptability of the raptor species to disturbance, etc. Surface occupancy restrictions should be utilized for actions which would involve human activities within the buffer zone for a long duration (more than one nesting season) and which would cause an occupied nest site to become unsuitable for nesting in subsequent years.

### O.3.1 UNOCCUPIED NESTS

**All Activities, including All Mineral Leases:** Surface-disturbing activities, occurring outside of the breeding season (seasonal buffer), but within the spatial buffer, would be allowed during a minimum three-year nest monitoring period, as long as the activity would not cause the nest site

BLM_0013316

to become unsuitable for future nesting, as determined by a wildlife biologist. Facilities and other permanent structures would be allowed, if they meet the above criteria.

Some examples of typical surface disturbing actions, occurring outside of the seasonal buffer, which may not be expected to affect nest production or future nesting suitability, would include; pipelines, powerlines, seismographic exploration, communication sites, an oil or gas well with off-site facilities which does not require routine visitation, recreation events, fence or reservoir construction, vegetative treatments, and other actions with discreet starting and ending times, and for which subsequent human activity or heavy equipment operation within the spatial buffer would not be expected to occur, or could be scheduled outside of the seasonal buffer in subsequent years.

Surface disturbing activities that would be expected to potentially affect nest production or nest site suitability, include; oil and gas facilities requiring regular maintenance, sand and gravel operations, road systems, wind energy projects, mining operations, and other actions requiring continual, random human activity, or heavy equipment operation during subsequent nesting seasons.

A nest site which does not exhibit evidence of use, such as; greenery in the nest, fresh whitewash, obvious nest maintenance or the observed presence of adults or young at the nest, for a period of three consecutive years, (verified through monitoring), would be deemed abandoned and all seasonal and spatial restrictions would cease to apply to that nest. All subsequent authorizations for permanent activities within the spatial buffer of the nest could be permitted. If the nest becomes reoccupied after authorized activities are completed, conservation measures would be considered to reduce potential adverse affects and to comply with the Migratory Bird Treaty Act and the Eagle Protection Act.

The three-year non-use standard varies from the "*Guidelines*" suggested seven-year non-use standard before declaring nest abandonment. This variation is based upon a similar standard which has been applied for over 20 years in two administrative areas within Utah. Empirical evidence would suggest the three-year non-use standard has been effective in conserving raptor species. The three-year standard has been applied without legal challenge or violation of "Take" under the Migratory Bird Treaty Act or the Eagle Protection Act.

Because prey base populations are known to be cyclic, and because raptor nest initiation or nesting success can be affected by drought and other random natural events, care should be taken when applying the 3-year non-activity standard. The 3-year nest occupancy monitoring requirement should be viewed as a minimum time period during those years of optimal raptor nesting conditions. During sub-optimal raptor nesting years, when nesting habitat may be affected by drought, low prey base populations, fire, or other events, the monitoring standard should be increased to allow raptors the opportunity to reoccupy nesting sites when nesting conditions become more favorable.

BLM_0013317

## O.3.2 OCCUPIED NESTS

**All Activities:** Land use activities which would have an adverse impact on an occupied raptor nest, would not be allowed within the spatial or seasonal buffer.

## O.4 CONSIDERATION OF ALTERNATIVES AND MITIGATION MEASURES

Alternatives, including denial of the proposal, should be identified, considered and analyzed in a NEPA document anytime an action is proposed within the spatial buffer zone of a raptor nest. Selection of a viable alternative that avoids an impact to nesting raptors should be selected over attempting to mitigate those impacts. If unavoidable impacts are identified, mitigation measures should be applied as necessary to mitigate adverse impacts of resource uses and development on nesting raptors. Monitoring of the effectiveness of the mitigation measures should be mandatory and should be included as a Condition of Approval.

## O.5 SPECIFIC STRATEGIES TO BE IMPLEMENTED REGARDING OTHER RESOURCE USES

The following are management strategies designed to reduce or eliminate potential conflicts between raptors and other resource uses. This is a list of examples and is not intended to be an all-inclusive list. In all cases, when an activity on BLM lands is proposed, and a NEPA document developed, the site-specific analysis process identified in Attachment 1 may be implemented to identify and either avoid or mitigate impacts to raptors from the proposal. These strategies apply to both BLM and applicant-generated proposals. The strategies are as follows:

## O.5.1 CULTURAL RESOURCES

Excavation and studies of cultural resources in caves and around cliff areas should be delayed until a qualified biologist surveys the area to be disturbed or impacted by the activity for the presence of raptors or nest sites. If nesting raptors are present, the project should be rescheduled to occur outside of the seasonal buffer recommended by the *"Guidelines"*.

## O.5.2 FORESTRY AND HARVEST OF WOODLAND PRODUCTS

Timber harvest would be subject to NEPA analysis and would be conducted in a manner that would avoid impacts to raptor nests. This could also apply to areas identified for wood gathering and firewood sales.

## O.5.3 HAZARDOUS FUEL REDUCTION/HABITAT RESTORATION PROJECTS

Hazardous fuels reduction projects and shrubsteppe restoration projects should be reviewed for possible impacts to nesting raptors. Removal of trees containing either stick nests or nesting cavities, through prescribed fire, or mechanical or manual treatments, should be avoided.

BLM_0013318

It is important to note that certain raptor species are tied to specific habitat types, and that consideration must be made on a site-specific basis when vegetation manipulation projects are proposed, to determine which raptor species may benefit and which may be negatively affected by the vegetation composition post-treatment.

## O.5.4 LIVESTOCK GRAZING

Manage rangelands and riparian areas in a manner that promotes healthy, productive rangelands and functional riparian systems. Rangeland Health Assessments should be conducted on each grazing allotment, and rangeland guidelines should be implemented where Rangeland Health Standards are not being met, to promote healthy rangelands.

Locations of sheep camps and other temporary intrusions would be located in areas away from raptor nest sites during the nesting season. Placement of salt and mineral blocks would also be located away from nesting areas.

Season of use, kind of livestock, and target utilization levels of key species affect vegetative community attributes (percent cover, composition, etc.) and influence small mammal and avian species diversity and density. While not all raptor species would be affected in the same way, livestock management practices which maintain or enhance vegetative attributes, will preserve prey species density and diversity which will benefit the raptor resource.

## O.5.5 OHV USE

Special Recreation Management Areas (SRMAs) that are developed for OHV use would not be located in areas that have important nesting, roosting, or foraging habitat for raptors.

Off highway vehicle use would be limited to designated roads, trails and managed open areas. Lands categorized as "Open" for OHV use should not be in areas important to raptors for nesting, roosting, and foraging

When proposals for OHV events are received, the area to be impacted, would be surveyed by a qualified wildlife biologist to determine if the area is utilized by raptors. Potential conflicts would be identified and either avoided or mitigated prior to the issuance of any permit.

## O.5.6 OIL AND GAS DEVELOPMENT

The Code of Federal Regulations (CFR), 43 CFR 3101.1-2, allows for well site location and timing to be modified from that requested by the lessee to mitigate conflicts at the proposed site, and states that the location can be moved up to 200 meters and the timing of the actual drilling can be delayed for up to 60 days to mitigate environmental concerns. The regulation also allows BLM to move a location more than 200 meters, or delay operations more than 60 days to protect sensitive resources, with supporting rationale and where lesser restrictions are ineffective. The Site Specific Analysis (Attachment 1) would provide the supporting rationale. Provisions are also present within Sections 3 and 6 of the Standard Lease Form which require compliance with existing laws and would allow the BLM to impose additional restrictions at the permitting phase,

BLM_0013319

if the restrictions will prevent violation of law, policy or regulation, or avoid undue and unnecessary degradation of lands or resources.

## O.5.7 REALTY

Lands proposed for disposal which includes raptor nesting, roosting, or important foraging areas would be analyzed and evaluated for the relative significance of these resources before a decision is made for disposal or retention.

A priority list of important raptor habitat areas, especially for Federally listed or state sensitive raptor species, on state and private lands should be developed and utilized as lands to be acquired by BLM when opportunities arise to exchange or otherwise acquire lands.

Lands and realty authorizations would include appropriate conservation measures to avoid and/or mitigate impacts to raptors.

## O.5.8 RECREATION

Development of biking trails near raptor nesting areas would be avoided.

Rock climbing activities would be authorized only in areas where there are no conflicts with cliff nesting raptors.

In high recreation use areas where raptor nest sites have been made unsuitable by existing disturbance or habitat alteration, mitigation should be considered to replace nest sites with artificial nest structures in nearby suitable habitat, if it exists, and consider seasonal protection of nest sites through fencing or other restrictions.

Dispersed recreation would be monitored to identify where this use may be impacting nesting success of raptors.

## O.5.9 WILD HORSE PROGRAM

In areas where wild horse numbers are determined to be in excess of the carrying capacity of the range, removal of horses, as described in the various herd management area plans, would continue, to prevent further damage to rangelands.

## O.6 INVENTORY AND MONITORING

- Each Field Office should cooperatively manage a raptor database, with UDWR and USFWS, as part of the BLM Corporate database. Raptor data should be collected and compiled utilizing the Utah Raptor Data Collection Standards developed by the Utah State Office, so that personnel from other agencies can access the data. Appropriate protocols for survey and monitoring should be followed, when available. This database should be updated as new inventory and monitoring data becomes available. The data should also be forwarded to

BLM_0013320

UDWR and the Natural Heritage Program, which has been identified as the central repository for raptor data storage for the State of Utah.

- Use of Seasonal Employees and volunteers, as well as "Challenge Cost Share" projects, should be utilized to augment the inventory and monitoring of raptor nests within a planning area, with the data entered into the above-mentioned databases at the close of each nesting season. Project proponents, such as energy development interests, would be encouraged to participate and help support an annual raptor nest monitoring effort within their areas of interest.

- Active nest sites should be monitored during all authorized activities that may have an impact on the behavior or survival of the raptors at the nest site. A qualified biologist would conduct the monitoring and document the impacts of the activity on the species. A final report of the impacts of the project should be placed in the EA file, with a copy submitted to the NHP. The report would be made available for review and should identify what activities may affect raptor-nesting success, and should be used to recommend appropriate buffer zones for various raptor species.

- As data are gathered, and impact analyses are more accurately documented, "adaptive management" principles should be implemented. Authorization of future activities should take new information into account, better protecting raptors, while potentially allowing more development and fewer restrictions, if data indicates that current restrictions are beyond those necessary to protect nesting raptors, or conversely indicates that current guidance is inadequate for protection of nesting raptors.

BLM_0013221

# ATTACHMENT 1

## Site Specific Analysis Data Sheet

**Observer(s)** _____   **Date**_____

**1. Conduct a site visit to the area of the proposed action and complete the raptor nest site data sheet according to BLM data standards.**

2. Area of Interest Documentation (**Bold** items require completion, other information is optional)

**State**_____   **Office** _____   **Management Unit** _____

**Project ID#** _____

**Location (Description)**

Legal T_____, R _____, Sec. _____, 1/4, _____ 1/4, _____      or UTM Coordinates

Latitude_____Longitude_____

**Photos Taken**         Y(  )   N(  )

Description of photos:

_____

_____

_____

_____

_____

_____

**Raptor Species**_____         Confirmed _____     Unconfirmed _____

**Distance From Proposed Disturbance to:  Nest** _____
                                                                         **Perch** _____
                                                                         **Roost** _____

BLM_0013322

**Line of Site Evaluation From**:　　　**Nest** _____

　　　　　　　　　　　　　　　　　**Perch** _____

　　　　　　　　　　　　　　　　　**Roost** _____

**Extent of Disturbance**:　　Permanent **_____**　　　Temporary _____

　　　　　Distance from Nest/Roost _____　　　　Acreage _____

Length of Time_____Timing Variations_____ Disturbance Frequency_____

_____

_____

_____

**Other Disturbance Factors**: Yes　　No　　(If yes, explain what and include distances from nest to disturbances)

_____

_____

_____

_____

**Approximate Age of Nest**: New____  **Historical**: (Number of Years)____

**Evidence of Use** (Describe):

_____

_____

_____

**Habitat Values Impacted:**

_____

_____

_____

**Proportion of Habitat Impacted** (Relate in terms of habitat available):

_____

_____

_____

**Estimated Noise Levels of Project** (db):_____

**Available Alternative(s)** (e.g., location, season, technology):

_____

_____

_____

BLM_0013323

**Associated Activities:**

_____

_____

_____

**Cumulative Effects of Proposal and Other Actions in Habitat Not Associated With the Proposal**:

_____

_____

_____

**Potential for site Rehabilitation:     High_____   Low_____**

Notes/Comments:

_____

_____

_____

_____

**Summary of Proposed Modifications:**
Possible modifications to the spatial and seasonal buffers within the FWS *"Guidelines"* include the following:

_____

_____

_____

Rationale:

_____

_____

_____

**Summary of Proposed Mitigation Measures:**
Possible mitigation measures related to the proposal include the following:

_____

_____

_____

Rationale:

_____

_____

_____

BLM_0013324

**Summary of Alternatives Considered:**
<u>Possible alternatives to the proposal include the following:</u>

_____

_____

_____

<u>Rationale</u>:

_____

_____

_____

**Recommendation to FO Manager Based on Above Findings:**

_____

_____

_____

_____

_____

_____          _____
Field Office Wildlife Biologist                              Date

BLM_0013325

# ATTACHMENT 2 - NESTING PERIODS AND RECOMMENDED BUFFERS FOR RAPTORS IN UTAH

| Attachment 2 - Nesting periods and recommended buffers for raptors in Utah | | | | | | |
|---|---|---|---|---|---|---|
| Species | Spatial Buffer (miles) | Seasonal Buffer | Incubation, # Days | Brooding, # Days Post-Hatch | Fledging, # Days Post-Hatch | Post-fledge Dependency to Nest, # Days[1] |
| Bald eagle | 1.0 | 1/1-8/31 | 34-36 | 21-28 | 70-80 | 14-20 |
| Golden eagle | 0.5 | 1/1-8/31 | 43-45 | 30-40 | 66-75 | 14-20 |
| N. Goshawk | 0.5 | 3/1-8/15 | 36-38 | 20-22 | 34-41 | 20-22 |
| N. Harrier | 0.5 | 4/1-8/15 | 32-38 | 21-28 | 42 | 7 |
| Cooper's hawk | 0.5 | 3/15-8/31 | 32-36 | 14 | 27-34 | 10 |
| Ferruginous hawk | 0.5 | 3/1-8/1 | 32-33 | 21 | 38-48 | 7-10 |
| Red-tailed hawk | 0.5 | 3/15-8/15 | 30-35 | 35 | 45-46 | 14-18 |
| Sharp-shinned hawk | 0.5 | 3/15-8/31 | 32-35 | 15 | 24-27 | 12-16 |
| Swainson's hawk | 0.5 | 3/1-8/31 | 33-36 | 20 | 36-40 | 14 |
| Turkey vulture | 0.5 | 5/1-8/15 | 38-41 | 14 | 63-88 | 10-12 |
| California condor | 1.0 | NN yet | 56-58 | 5-8 weeks | 5-6 months | 2 months |
| Peregrine falcon | 1.0 | 2/1-8/31 | 33-35 | 14-21 | 35-49 | 21 |
| Prairie falcon | 0.25 | 4/1-8/31 | 29-33 | 28 | 35-42 | 7-14 |
| Merlin | 0.5 | 4/1-8/31 | 28-32 | 7 | 30-35 | 7-19 |
| American kestrel | NN[2] | 4/1-8/15 | 26-32 | 8-10 | 27-30 | 12 |
| Osprey | 0.5 | 4/1-8/31 | 37-38 | 30-35 | 48-59 | 45-50 |
| Boreal owl | 0.25 | 2/1-7/31 | 25-32 | 20-24 | 28-36 | 12-14 |
| Burrowing owl | 0.25 | 3/1-8/31 | 27-30 | 20-22 | 40-45 | 21-28 |
| Flammulated owl | 0.25 | 4/1-9/30 | 21-22 | 12 | 22-25 | 7-14 |
| Great horned owl | 0.25 | 12/1-9/31 | 30-35 | 21-28 | 40-50 | 7-14 |
| Long-eared owl | 0.25 | 2/1-8/15 | 26-28 | 20-26 | 30-40 | 7-14 |
| N. saw-whet owl | 0.25 | 3/1-8/31 | 26-28 | 20-22 | 27-34 | 7-14 |
| Short-eared owl | 0.25 | 3/1-8/1 | 24-29 | 12-18 | 24-27 | 7-14 |
| Mex. Spotted owl | 0.5 | 3/1-8/31 | 28-32 | 14-21 | 34-36 | 10-12 |
| N. Pygmy owl | 0.25 | 4/1-8/1 | 27-31 | 10-14 | 28-30 | 7-14 |
| W. Screech owl | 0.25 | 3/1-8/15 | 21-30 | 10-14 | 30-32 | 7-14 |
| Common Barn-owl | NN[2] | 2/1-9/15 | 30-34 | 20-22 | 56-62 | 7-14 |

[1] Length of post-fledge dependency period to parents is longer than reported in this table. Reported dependency periods reflect the amount of time the young are still dependent on the nest site; i.e. they return to the nest for feeding. [2] Due to apparent high population densities and ability to adapt to human activity, a spatial buffer is not currently considered necessary for maintenance of American kestrel or Common barn-owl populations. Actions resulting in direct mortality of individual bird or take of known nest sites is unlawful

BLM_0013326

# ATTACHMENT 3.

## UTAH RAPTOR MANAGEMENT EXPERTS FROM VARIOUS AGENCIES

The following list of personnel from various agencies in Utah, are recognized experts in the field of raptor ecology or have extensive field experience in managing raptor resources with competing land uses. The list is provided to inform BLM field biologists and managers of this network of specialized expertise that may be able to assist, as time permits, with specific raptor management issues. Individuals in this Utah Raptor Network, also have well established contacts with an informal extended network of highly qualified raptor ecologists outside the state (i.e. USGS, State Wildlife Agencies, and Universities etc.) which could provide an additional regional perspective.

It should be pointed out that this list is not intended to replace or interfere with established lines of communication but rather supplement these lines of communication.

| | | | |
|---|---|---|---|
| Utah BLM | David Mills | david_mills@blm.gov | 435-896-1571 |
| Utah BLM | Steve Madsen | steve_c_madsen@blm.gov | 801-539-4058 |
| Utah DWR | Dr. Jim Parrish | jimparrish@utah.gov | 801-538-4788 |
| Utah DWR (NERO) | Brian Maxfield | brianmaxfield@utah.gov | 435-790-5355 |
| USFWS | Laura Romin | laura_romin@usfws.gov | 801-975-3330 |
| USFWS | Diana Whittington | diana_whittington@usfws.gov | 801-975-3330 |
| USFS | Chris Colt | ccolt@fs.fed.us | 801-896-1062 |
| HawkWatch Intl | Jeff Smith | jsmith@hawkwatch.org | 801-484-6808 |

BLM_0013327

**ATTACHMENT 4**
**References Cited**

Code of Federal Regulations; 43 CFR 3101.1-2, Leasing Regulations.

Endangered Species Act (ESA); 16 U.S.C. 1513-1543

Migratory Bird Treaty Act (MBTA); 16 U.S.C. 703-712

Romin, Laura A. and James A. Muck, 2002, "Utah Field Office Guidelines For Raptor Protection From Human And Land Use Disturbances." U.S. Department of Interior, U.S. Fish and Wildlife Service, Utah Field Office, Salt Lake City, Utah.

Standards for Rangeland Health and Guidelines for Grazing Management; 1997. U.S. Department of Interior, Bureau of Land Management.

U.S. Department of the Interior, Bureau of Land Management; 6840 Manual.

BLM_0013328

# APPENDIX P.
## IDENTIFICATION OF WILDERNESS CHARACTERISTICS ON NON-WSA LANDS MANAGED BY MOAB BLM

## P1. BACKGROUND

The BLM's manual for wilderness inventory, "Wilderness Inventory and Study Procedures Handbook" (H-1630-1), was rescinded on September 29, 2003 by Bureau of Land Management (BLM) Instruction Memorandum 2003-274, "BLM Implementation of the Settlement of Utah v. Norton Regarding Wilderness Study". On October 23, 2003, Instruction Memorandum 2003-275, Change 1, "Consideration of Wilderness Characteristics in Land Use Plans," was issued and became the sole guidance for the consideration of non-WSA lands with wilderness characteristics in the land use planning process until the revised Land Use Planning Handbook was published in 2005. Instruction Memorandum 2003-275, Change 1 states that "the BLM may consider information on wilderness characteristics, along with information on other uses and values, when preparing land use plans." The guidance also states that the consideration of non-WSA lands with wilderness characteristics in the land use planning process has the potential for three distinct outcomes:

1) to give priority to other uses over the protection of wilderness characteristics;

2) to give priority to other uses but applying management restrictions to protect some or all of the wilderness characteristics; or

3) to give priority to the protection of wilderness characteristics.

The current BLM Land Use Planning Handbook (H-1601-1, 2005) states that land use plans must:

> Identify decisions to protect or preserve wilderness characteristics (naturalness, outstanding opportunities for solitude, and outstanding opportunities for primitive and unconfined recreation). Include goals and objectives to protect the resource and management actions necessary to achieve these goals and objectives. For authorized activities, include conditions of use that would avoid or minimize impacts to wilderness characteristics.

The Land Use Planning Handbook also authorizes the BLM to consider wilderness proposals from the public during the land use planning process.

Prior to scoping for the Moab RMP, the BLM had received new information from the Southern Utah Wilderness Alliance (SUWA) concerning several areas, using guidelines from the now rescinded "Wilderness Inventory and Study Procedures Handbook". In response to this information, Moab BLM's Interdisciplinary Team reviewed the new information in conjunction with other available information, and made findings regarding the existence of non-WSA lands with wilderness characteristics. For three areas (Mexico Point, Hideout Canyon, Hells Hole), BLM concluded that there was a reasonable probability that these areas contained at least 5000

BLM_0013329

acres of non-WSA lands possessing wilderness characteristics. The areas were not reviewed in total – just the portions of the areas potentially affected by the actions proposed at the time of the interdisciplinary review. For two other areas, BLM found that the relatively small portions potentially affected by the specific actions proposed at the time of the interdisciplinary review lacked wilderness characteristics. The remainder of these areas were not considered.

During scoping for the Moab RMP Revision, SUWA provided information to Moab BLM concerning that organization's wilderness proposals. In a document received December 30, 2003, SUWA identified all the areas encompassed in the proposed Redrock Wilderness Act as possessing wilderness characteristics, with the promise that additional information would be provided for areas not already established by BLM as wilderness study areas (WSAs) or as wilderness inventory areas (WIAs) with wilderness characteristics (*1999 Utah Wilderness Inventory*). In the December 30, 2003 communication, no information other than a list of the names of the proposed areas was provided. This list remains the only information on these areas received by BLM from SUWA specific to wilderness characteristics. However, SUWA did provide Moab BLM with proposals for creation of Areas of Critical Environmental Concern (ACECs), in which SUWA suggested wilderness characteristics as one of the values needing protection. All of the areas in the Moab Field Office that were identified by SUWA as being in the proposed America's Redrock Wilderness Act were included in these ACEC proposals.

## P.2.2. OVERVIEW OF WILDERNESS CHARACTERISTICS IDENTIFICATION PROCESS SUBSEQUENT TO RECEIVING SCOPING COMMENTS ON THE RMP REVISION

Moab BLM used an interdisciplinary team to review all the SUWA-proposed wilderness areas that had not been already established as WSAs or inventoried in the *1999 Utah Wilderness Inventory*. All five of the areas that had previously been reviewed in part were now reviewed in total.

In addition to reviewing digital aerial photos from 2006, BLM used other GIS information including county road data (previously verified as part of travel plan formulation), county intrusion data, and BLM files for such resource uses as range improvements and community pits. The review identified impacted areas, as well as those areas that appeared relatively free of impacts on naturalness. Moab BLM also made field trips to many of the areas. For these areas, the GIS review was used to confirm the field data.

IM 275-Change 1, unlike the revoked *Wilderness Inventory and Study Procedures Handbook*, does not mention size as an essential wilderness characteristic. However, Moab BLM took into consideration the language of the 1964 Wilderness Act, and concluded that a size criterion is an important indicator of whether or not outstanding opportunities for solitude and/or primitive recreation exist. Areas of less than 5,000 acres are generally not large enough to provide for these opportunities. Also, because the size criterion had been used for all previous wilderness inventories, applying it here allowed for consistency in both application and findings. BLM used the same criteria for determining Wilderness Characteristics as in the 1979 wilderness inventory. The 5,000-acre value was helpful to BLM in making preliminary judgments but it was not considered a limiting factor.

BLM_0013330

The size criterion of 5,000 acres was applied only to "stand-alone" units; that is, units not contiguous with other federal lands previously determined to possess wilderness characteristics (including designated wilderness, WSAs, WIAs with wilderness characteristics, and National Park Service and U.S. Forest Service lands that are administratively endorsed for wilderness). Units that are contiguous to federal lands with wilderness characteristics as identified above were evaluated for naturalness alone. Opportunities for solitude and primitive recreation were assumed to be present in association with the larger contiguous area.

The acreage described in the following tables, when added to acreage within Wilderness Study Areas, encompasses the totality of acreage included in external wilderness proposals as of September 30, 2003.

Table P1 presents the lands inventoried in the *1999 Utah Wilderness Inventory (revised 2003),* and BLM findings regarding wilderness characteristics.

**Table P1. Non-WSA Lands Inventoried in the *1999 Wilderness Inventory* (*revised 2003),* Total Acreage, and Acreage with and without Wilderness Characteristics**

| Name (areas marked with an asterisk are contiguous with a WSA of the same name) | Total Acreage of Inventoried Unit | Acreage with Wilderness Characteristics (WC) | Total BLM[1] Acres not Brought Forward (NWC) | Acres Lacking Naturalness[2] | Acres Not Practicable to Manage for Wilderness Characteristics.[3] |
|---|---|---|---|---|---|
| Beaver Creek | 33,357 | 25,722 | 7,635 | 5,539 | 2,096 |
| *Behind the Rocks | 7,961 | 3,381 | 4,580 | 4,578 | 2 |
| *Coal Canyon | 15,229 | 13,951 | 1,278 | 1,269 | 9 |
| *Desolation Canyon | 10,690 | 10,498 | 192 | 0 | 192 |
| Fisher Towers | 17,095 | 16,668 | 427 | 414 | 13 |
| *Floy Canyon | 12,228 | 9,983 | 2,245 | 0 | 2,245 |
| *Flume Canyon | 5,344 | 3,520 | 1,824 | 500 | 1,281 |
| Goldbar | 12,876 | 6,106 | 6,770 | 6,602 | 168 |
| Gooseneck | 5,540 | 805 | 4,735 | 4,735 | 0 |
| Granite Creek | 5,328 | 4,528 | 800 | 800 | 0 |
| Harts Point (MFO) | 5404 | 1,465 | 3,939 | 3,939 | 0 |
| Hatch Wash | 24,096 | 10,983 | 13,113 | 12570 | 543 |
| Hunter Canyon | 4,492 | 4,465 | 27 | 27 | 0 |
| Labyrinth Canyon | 68,717 | 24,832 | 43,885 | 43,885 | 0 |
| *Lost Spring Canyon | 12,661 | 11,456 | 1,205 | 1,160 | 45 |
| Mary Jane Canyon | 25,158 | 24,748 | 410 | 410 | 0 |
| *Mill Creek Canyon | 6,684 | 3,388 | 3,296 | 3,296 | 0 |

---

[1] Although the 1999 inventory evaluated State lands for wilderness character, BLM has no authority to manage such areas for wilderness characteristics. Therefore, no State lands are being carried forward into the DEIS.

[2] Acreage found lacking naturalness either as part of the 1999 inventory findings, or by post-inventory field checks and reported in the 2003 revision document.

[3] Most of this acreage consists of public lands found to possess naturalness, but cut off from the larger unit (usually a WSA) by State lands, resulting in a lack of size as a stand-alone unit sufficient to provide these opportunities.

BLM_0013331

**Table P1. Non-WSA Lands Inventoried in the *1999 Wilderness Inventory* (*revised 2003*), Total Acreage, and Acreage with and without Wilderness Characteristics**

| Name (areas marked with an asterisk are contiguous with a WSA of the same name) | Total Acreage of Inventoried Unit | Acreage with Wilderness Characteristics (WC) | Total BLM[1] Acres not Brought Forward (NWC) | Acres Lacking Naturalness[2] | Acres Not Practicable to Manage for Wilderness Characteristics.[3] |
|---|---|---|---|---|---|
| *Negro Bill Canyon | 13,724 | 2,324 | 11,400 | 11,400 | 0 |
| Shafer Canyon | 3,045 | 1,842 | 1,203 | 1,203 | 0 |
| *Spruce Canyon | 2,213 | 1,131 | 1,082 | 0 | 1,082 |
| *Westwater Canyon | 2,328 | 2,328 | 0 | 0 | 0 |
| Westwater Creek | 9,100 | 7,188 | 1,912 | 1,912 | 0 |
| Totals | 303,270 | 191,312 | 111,958 | 104,239 | 7676 |

Table P2 displays all other non-WSA lands currently proposed for wilderness, and findings by the BLM Interdisciplinary review team.

**Table P.2 Other Non-WSA Lands Proposed for Wilderness; Total Acreage, and Acreage with and without Wilderness Characteristics**

| External Proposal Area (Name) | Total Acres[4] | Acres possessing Wilderness Characteristics(WC)[5] | Acres not having Wilderness Characteristics (NWC) | Comments |
|---|---|---|---|---|
| Arches Adjacent | 11,650 | 6,396 | 5,254 | Adjacent to NPS/AE or WIA with WC |
| Beaver Creek | 9,294 | 0 | 9,294 | Adjacent to WIA with WC |
| Behind the Rocks | 286 | 262 | 24 | Adjacent to WIA with WC or WSA |
| Big Triangle | 20,542 | 5200 | 15,342 | Stand-alone unit |
| Coyote Wash | 28,069 | 0 | 28,069 | Heavily impacted by past mining activities, especially uranium. |
| Dead Horse Cliffs | 2,346 | 797 | 1549 | Adjacent to WIA with WC and NPS unit |
| Diamond Canyon | 15,467 | 7,681 | 7,783 | Adjacent to WIA with WC and WSA |
| Dome Plateau | 25,818 | 14,207 | 11,611 | Adjacent to WIA with WC or WSA or NPS unit; |

---

[4] Public lands managed by Moab Field Office. Excludes acreage encompassed by State lands, Wilderness Study Areas, and lands inventoried in 1999 and found by BLM to lack wilderness character.

[5] Acres judged by BLM as likely to possess wilderness characteristics.

BLM_0013332

**Table P.2 Other Non-WSA Lands Proposed for Wilderness; Total Acreage, and Acreage with and without Wilderness Characteristics**

| External Proposal Area (Name) | Total Acres[4] | Acres possessing Wilderness Characteristics(WC)[5] | Acres not having Wilderness Characteristics (NWC) | Comments |
|---|---|---|---|---|
| Duma Point | 14,698 | 0 | 14,698 | Stand-alone unit; heavily impacted by roads, past mining activities, and OHV routes. |
| Fisher Towers | 1,740 | 567 | 1173 | Adjacent to WIA with WC |
| Goldbar Canyon | 435 | 331 | 104 | Adjacent to WIA with WC |
| Gooseneck | 53 | 38 | 15 | Adjacent to WIA with WC |
| Hatch/Lockhart/ Hart | 46,729 | 2,670 | 44,059 | Shared boundary with BLM Monticello Field Office |
| Hells Hole | 2,540 | 2,538 | 2 | Stand-alone unit; proposal shared by 4 BLM offices |
| Hideout Canyon | 12,269 | 11,607 | 662 | Stand-alone unit; RPD completed addressing entire unit |
| Horsethief Point | 14,172 | 8,358 | 5,814 | Adjacent to NPS unit with AE |
| Labyrinth Canyon | 21,189 | 529 | 20660 | Adjacent to WIA with WC |
| Mary Jane Canyon | 86 | 31 | 55 | Adjacent to WIA with WC |
| Mexico Point | 13,597 | 12,837 | 760 | Stand-alone unit; RPD completed addressing entire unit |
| Mill Creek Canyon | 1,028 | 0 | 1,028 | |
| Morning Glory | 96 | 6 | 90 | Adjacent to WIA with WC or WSA |
| Porcupine Rim | 67 | 3 | 64 | Adjacent to WIA with WC or WSA |
| Renegade Point | 6,635 | 0 | 6,635 | Stand-alone unit |
| Survey Point | 10 | 0 | 10 | |
| Westwater | 4,509 | 758 | 3751 | |
| Yellow Bird | 2,212 | 357 | 1855 | Adjacent to WIA with WC or NPS unit |
| Totals | 255,537 | 75,173 | 180,361 | |

A complete record of findings regarding non-WSA lands with wilderness characteristics can be found in the Administrative Record accompanying the Moab RMP Revision.

BLM_0013333

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0013334

# APPENDIX Q.
## STANDARDS AND GUIDES FOR GRAZING MANAGEMENT

The BLM has developed the following Fundamentals of Rangeland Health and their companion rules-Standards for Rangeland Health and Guidelines for Grazing Management for BLM in Utah ([BLM-UT-GI-97-001-4000] U.S. Department of Interior, Bureau of Land Management, Utah State Office 1997).

## Q.1. FUNDAMENTALS OF RANGELAND HEALTH

As provided by regulations, developed by the Secretary of the Interior on February 22, 1995, the following conditions must exist on BLM lands:

1. Watersheds are in, or making significant progress toward, properly functioning physical condition, including their upland, riparian –wetland, and aquatic components; soil and plant conditions support infiltration, soil moisture storage, and the release of water that are in balance with climate and landform and maintain or improve water quality, and timing and duration of flow.

2. Ecological processes, including the hydrologic cycle nutrient cycle, and energy flow, are maintained, or there is significant progress toward their attainment, in order to support healthy biotic populations and communities.

3. Water quality complies with State water quality standards and achieves, or is making significant progress towards achieving established BLM management objectives such as meeting wildlife needs.

4. Habitats; are, or are making significant progress toward being, restored or maintained for Federal threatened and endangered Species, Federal proposed, Category 1 and 2 Federal candidate and other special status Species.

In 1997, the BLM in Utah developed rules to carry out the Fundamentals of Rangeland health. These are called Standards for Rangeland health and Guidelines for grazing management.

**Standards** spell out conditions to be achieved on BLM Lands in Utah, and **Guidelines** describe practices that will be applied in order to achieve the Standards.

BLM_0013335

## Q.2. STANDARDS FOR RANGELAND HEALTH

**STANDARD 1. UPLAND SOILS EXHIBIT PERMEABILITY AND INFILTRATION RATES THAT SUSTAIN OR IMPROVE SITE PRODUCTIVITY, CONSIDERING THE SOIL TYPE, CLIMATE, AND LANDFORM.**

*As indicated by:*

1. Sufficient cover and litter to protect the soil surface from excessive water and
2. wind erosion, promote infiltration, detain surface flow, and retard soil moisture loss by evaporation.
3. The absence of indicators of excessive erosion such as rills, soil pedestals. and actively eroding gullies.
4. The appropriate amount, type, and distribution Of vegetation reflecting the presence of (1) the Desired Plant Community IDPCI, where identified in a land use plan, or (2) where the PVC is not identified, a community that equally sustains the desired level of productivity and properly functioning ecological conditions.

**STANDARD 2. RIPARIAN AND WETLAND AREAS ARE IN PROPERLY FUNCTIONING CONDITION. STREAM CHANNEL MORPHOLOGY AND FUNCTIONS ARE APPROPRIATE TO SOIL TYPE, CLIMATE AND LANDFORM.**

*As indicated by:*

1. Stream bank vegetation consisting of or showing a trend toward species with root masses capable of withstanding high stream flow events. Vegetative cover adequate to protect stream banks and dissipate stream flow energy associated with high-water flows. protect against accelerated erosion. capture sediment. and provide for groundwater recharge.
2. Vegetation reflecting: Desired Plant Community. maintenance of riparian and wetland soil moisture characteristics, diverse age structure and composition. high vigor. large woody debris when site potential allows. and providing food. cover and other habitat needs for dependent animal species.
3. Revegetating point bars: lateral stream movement associated with natural sinuosity: channel width. depth, pool frequency and roughness appropriate to landscape position.
4. Active floodplain.

**STANDARD 3. DESIRED SPECIES, INCLUDING NATIVE, THREATENED.**

*As indicated by:*

1. Frequency, diversity, density, age classes, and productivity of desired native species necessary to ensure reproductive capability and survival.
2. Habitats connected at a level to enhance species survival.
3. Native species reoccupy habitat niches and voids caused by disturbances unless management objectives call for introduction or maintenance of nonnative species.

BLM_0013336

4. Appropriate amount, type, and distribution of vegetation reflecting the presence of (1) the Desired Plant Community DPC, where identified in a land use plan conforming to these Standards, or (2) where the DPC is identified a community that equally sustains the desired level of productivity and properly functioning ecologic processes.

**STANDARD 4. BLM WILL APPLY AND COMPLY WITH WATER QUALITY STANDARDS ESTABLISHED BY THE STATE OF UTAH (R.317-2) AND THE FEDERAL CLEAN WATER AND SAFE DRINKING WATER ACTS. ACTIVITIES ON BLM LANDS WILL FULLY SUPPORT THE DESIGNATED BENEFICIAL USES DESCRIBED IN THE UTAH WATER QUALITY STANDARDS {R.317-2) FOR SURFACE AND GROUNDWATER. 1**

*As indicated by:*

1. Measurement of nutrient loads, total dissolved solids, chemical constituents, fecal coliform, water temperature and other water quality parameters.
2. Macro-invertebrate communities that indicate water quality meets aquatic objectives.

Because BLM Lands provide forage for grazing of wildlife, wild horses and burros, and domestic livestock, the following rules have been developed to assure that such grazing is consistent with the Standards listed here.

1. BLM will continue to coordinate monitoring water quality activities with other Federal, State and technical agencies.

## Q.3. GUIDELINES FOR GRAZING MANAGEMENT

1. Grazing management practices will be implemented that:

   a. Maintain sufficient residual vegetation and litter on both upland and riparian sites to protect the soil from wind and water erosion and support ecological functions;

   b. Promote attainment or maintenance of proper functioning condition riparian/wetland areas, appropriate stream channel morphology, desired soil permeability and permeability and infiltration, and appropriate soil conditions and kinds and amounts of plants and animals to support the hydrologic cycle, nutrient cycle, and energy flow.

   c. Meet the physiological requirements of desired plants and facilitate reproduction and maintenance of desired plants to the extent natural conditions allow;

   d. Maintain viable and diverse populations of plants and animals appropriate for the site,

   e. Provide or improve within the limits of site potentials, habitat for Threatened or Endangered Species;

   f. Avoid grazing management conflicts with other species that have the potential of becoming protected or special status species;

   g. Encourage innovation, experimentation and the ultimate development of alternatives to improve rangeland management practices;

   h. Give priority to rangeland improvement projects and land treatments that offer the best opportunity for achieving the Standards.

BLM_0013337

2. Any spring or seep developments will he designed and constructed to protect ecological process and functions and improve livestock, wild horse and wildlife distribution.

3. New rangeland projects for grazing will be constructed in a manner consistent with the Standards. Considering economic circumstances and site limitations, existing rangeland projects and facilities that conflict with the achievement or maintenance of the Standards will be relocated and/or modified.

4. Livestock salt blocks and other nutritional supplements will be located away from riparian/wetland areas or other permanently located, or other natural water sources. It is recommended that the locations of these supplements be moved every year.

5. The use and perpetuation of native species will be emphasized. However, when restoring or rehabilitating disturbed or degraded rangelands nonintrusive, nonnative plant species are appropriate for use where native species (a) are not available, (b) are not economically feasible, (c) can not achieve ecological objectives as well as nonnative species, and/or (d) cannot compete with already established native species

6. When rangeland manipulations are necessary, the best management practices, including biological processes, fire and intensive grazing, will be utilized prior to the use of chemical or mechanical manipulations.

7. When establishing grazing practices and rangeland improvements, the quality of the outdoor recreation experience is to be considered. Aesthetic and scenic values, water, campsites and opportunities for solitude are among those considerations.

8. Feeding of hay and other harvested forage (which does not refer to miscellaneous salt, protein, and other supplements) for the purpose of substituting for inadequate natural forage will not be conducted on BLM lands other than in (a) emergency situations where no other resource exists and animal survival is in jeopardy, or (b) situations where the Authorized Officer determines such a practice will assist in meeting a Standard or attaining a management objective.

9. In order to eliminate, minimize, or limit the spread of noxious weeds, (a) only hay cubes, hay pellets, or certified weed-free hay will be fed on BLM lands, and (b) reasonable adjustments in grazing methods, methods of transport, and animal husbandry practices will be applied.

10. To avoid contamination of water sources and in advertent damage to non-target species, aerial application of pesticides will not be allowed within 100 feet of a riparian wetland area unless the product is registered for such use by the EPA.

11. On rangelands where a standard is not being met, and conditions are moving toward meeting the standard, grazing may be allowed to continue. On lands where a standard is not being met, conditions are not improving toward meeting the standard or other management objectives, and livestock grazing is deemed responsible, administrative action with regard to livestock will be taken by the Authorized Officer pursuant to CUR 4180.2(c).

12. Where it can he determined that more than one kind of grazing animal is responsible for failure to achieve a Standard, and adjustments in management are required. those adjustments will be made to each kind of animal, based on interagency cooperation as needed. in proportion to their degree of responsibility.

13. Rangelands that have been burned, reseeded or otherwise treated to alter vegetative composition will be closed to livestock grazing as follows: (I) burned rangelands, whether by wildfire or prescribed burning, will be ungrazed for a minimum of one complete growing

season following the burn; and (2) rangelands that have been reseeded or otherwise chemically or mechanically treated will be ungrazed for a minimum of two complete growing seasons.

14. Conversions in kind of livestock (such as from sheep to cattle) will be analyzed in light of Rangeland Health Standards. Where such conversions are not adverse to achieving a Standard, or they are not in conflict with BLM land use plans, the conversion will be allowed.

BLM_0013339

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0013340

# APPENDIX R.
## STANDARDS FOR PUBLIC LAND HEALTH AND GUIDELINES FOR RECREATION MANAGEMENT FOR BLM LANDS IN UTAH

## R.1. INTRODUCTION

The mission of the BLM is to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations. The resources of these lands include timber, minerals, soils, riparian areas, water, air, and vegetation, historical and archaeological sites, wildlife habitats, threatened and endangered species habitats, and wilderness. Recreational uses of public land is a highly regarded social value of our society. Recognizing that social and economic factors must be considered in achieving healthy public lands, the Utah BLM, will consult with citizens, interest groups and local governments, to conduct planning, and to establish partnerships with stakeholders to manage and to pursue funding sources. Public lands will be managed so that various services, activities, and all renewable resources of the land are environmentally sustainable and non-renewable resources are recovered in ways that ensure the long-term health of the land.

Standards for Rangeland [ecological] Health of BLM Lands in Utah, and grazing management guidelines to meet these standards, were adopted in May 1997. The following guidelines for recreational use of the public lands are intended to assist in meeting not only the Rangeland [ecological] Health Standards but also to minimize harm to public land values as listed above. A premise of these guidelines is that health of the land and quality of the recreation experience are inseparable.

It is the intent of the following guidelines to encourage and allow for outdoor recreational opportunities, to enhance the quality of the outdoor experience, and to serve diverse recreational interests while minimizing conflicts between various kinds of users. However, recreation on public land is a limited and precious resource whose long-term use is dependent on the users= responsible and ethical behavior.

Field managers are encouraged to establish partnerships with stakeholders affected by guideline implementation. Communication protocols will be implemented to inform and involve those affected stakeholders.

## R.2. RECREATION MANAGEMENT GUIDELINES

### RANGELAND HEALTH STANDARD 1. UPLAND SOILS EXHIBIT PERMEABILITY AND INFILTRATION RATES THAT SUSTAIN OR IMPROVE SITE PRODUCTIVITY, CONSIDERING THE SOIL TYPE, CLIMATE, AND LAND FORM.

1. Designate areas for intensive recreational use or cross-country motorized travel where disturbance of soil and vegetation is acceptable, either because impacts are insignificant

and/or temporary or because the value of intensive use of the land outweighs whatever ecological changes may occur. Decisions on such designation should take into account conflicts with other users as well as adverse effects on archaeological or historical sites, threatened or endangered species habitat, wildlife habitat, or social values such as beauty, solitude, and quiet.

2.  In all other areas, travel routes and other disturbances should be kept to the minimum necessary to provide access and visitor facilities appropriate to the area. Through blocking, signing, and public education, unneeded travel routes should be eliminated and rehabilitated and unplanned development of new ones discouraged.

3.   It may be necessary to manage some areas to be entirely free of planned travel routes.

## RANGELAND HEALTH STANDARD 2. RIPARIAN AND WETLAND AREAS ARE IN PROPERLY FUNCTIONING CONDITION. STREAM CHANNEL MORPHOLOGY AND FUNCTIONS ARE APPROPRIATE TO SOIL TYPE, CLIMATE AND LAND FORM.

1.  Where feasible, and consistent with user safety, developed travel routes should be located/relocated away from sensitive riparian and wetland areas.

2.  Camping in riparian areas should be avoided and must be managed, monitored, and modified as conditions dictate to reduce vegetation disturbance and sedimentation.

3.  Stream crossings will be limited to the number dictated by the topography, geology, and soil type. Design any necessary stream crossings to minimize sedimentation, soil erosion, and compaction.

## RANGELAND HEALTH STANDARD 3. DESIRED SPECIES, INCLUDING NATIVE, THREATENED, ENDANGERED, AND SPECIAL STATUS SPECIES, ARE MAINTAINED AT A LEVEL APPROPRIATE FOR THE SITE AND SPECIES INVOLVED.

1.  Protect against the establishment and/or spread of noxious or other weeds from intensive recreation, including the use of riding and pack animals, hiking, motorized, or other mechanized vehicles.

    a.  Conduct an educational campaign to inform recreational users about the damage caused by noxious weeds and how their spread can be minimized.

    b.   Where appropriate, apply restrictions, e.g. don=t permit surface disturbing activities.

2.  Protect wildlife and/or habitat by:

    a.  Preserving connectivity and avoiding fragmentation.

    b.   Controlling recreational activities that would interfere with critical wildlife stages such as nesting, reproduction, or seasonal concentration areas.

    c.  Avoiding creation of artificial attractions such as the feeding of wild animals or improper disposal of garbage.

BLM_0013342

3.  Where necessary, control recreational use by changing location or kind of activity, season, intensity, distribution, and/or duration in order to protect plant and animal communities, especially those containing threatened, endangered or candidate species.

**RANGELAND HEALTH STANDARD 4. BLM WILL APPLY AND COMPLY WITH WATER QUALITY STANDARDS ESTABLISHED BY THE STATE OF UTAH (R. 317-2) AND THE FEDERAL CLEAN WATER AND SAFE DRINKING WATER ACTS. ACTIVITIES ON BLM LANDS WILL FULLY SUPPORT THE DESIGNATED BENEFICIAL USES DESCRIBED IN THE UTAH WATER QUALITY STANDARDS (R. 317-2) FOR SURFACE AND GROUNDWATER.**

1.  Manage recreational uses in coordination with other uses on public lands to comply with applicable water quality standards by:

    a. Identifying areas where recreational activities may seriously impair water quality.

    b. Establishing thresholds for numbers, types, and duration of visitor use, and when those thresholds are reached, by developing facilities and/or possibly limiting or relocating use.

2.  Monitor and control disposal of human or domesticated animal waste, trash, and other pollutants to prevent serious impairment of water quality.

## R.3. IMPLEMENTING THE RECREATION GUIDELINES

The Recreation Guidelines integrate the recreation program with the standards for rangeland health, and broadly define the procedures that would be applied to achieve the standards for rangeland health within the recreation program. Implementing the Recreation Guidelines means defining a more specific management approach and recommending actual practices that could be followed to implement the Guidelines. The Guidelines in this document are designed as Atools@ to assist managers in implementing recreation management decisions and actions. At this stage, the environmental effects of implementing the guidelines are too broad, speculative, or conjectural to lend themselves to meaningful environmental analysis under the National Environmental Policy Act (NEPA). Furthermore, implementing actions will be subject to further NEPA review and analysis. Therefore, the adoption of the guidelines is categorically excluded from NEPA analysis (516 DM, Chapter 6, Appendix 5, 5.4, categorical exclusions).

As consistent with existing policies, guidance, and budgetary constraints, it is recommended that the BLM do the following:

- Recognize that in some cases various levels of regulations and limits on users are necessary. Restrictions and limitations on public uses should be as small as possible without compromising the primary goal.

- Use on-the-ground presence as a tool to protect public lands.

- Where long-term damage by recreational uses is observed or anticipated, limit or control activities through specialized management tools such as designated campsites, permits, area closures, and limitations on number of users and duration of use. Revise recreation management plans and management framework plans when they prove to be either overly restrictive or inadequate to maintain public land health.

BLM_0013343

- Coordinate with federal and state agencies, county and local governments, and tribal nations in recreation planning and managing traffic, search and rescue operations, trash control and removal and public safety.

- Consider and, where appropriate, implement management methods to protect the resource as well as maintain the quality of experience of the various user groups. These could include limitation of numbers, types, timing and duration of uses.

- Encourage the location of public land recreational activities near population centers and highway corridors by placement of appropriate visitor use infrastructure. Provide restrooms and other facilities adequate for anticipated uses at designated campgrounds, trail heads, and other areas where there is a concentration of recreational users.

## R.4. BUILDING A STEWARDSHIP ETHIC FOR PUBLIC LAND USE

A critical step in achieving and maintaining public land health and enjoyment of the public land is that the users of the public land practice responsible stewardship ethics. All users, from recreationists to commodity producers, should understand, practice and promote behavior that does not damage the environment. Below are recommended strategies to instill principles of public land user ethics:

- Use information and interpretative services as major tools to protect public land health as well as significant natural, cultural, and recreational resources. Where feasible, improve public knowledge by locating kiosks, interpretive signs, and visitor information facilities at visitor contact points. Provide guidebooks and pamphlets for users.

- Incorporate information about public land values and user ethics into the terms and conditions of permits and land use authorizations.

- Increase efforts to educate public land visitors and users about an ethic of responsible use through programs such as Tread Lightly, Leave No Trace, Project Archaeology, the International Mountain Bike Association=s ARules of the Trail,@ and Public Lands Watch program.

- Communicate to the members of the public their individual rights and responsibilities in the use and preservation of public lands, including the recognition of the rights and responsibilities of others.

- Initiate and maintain collaborative partnerships among government agencies, local governments, business communities, volunteers, user groups, stakeholders, educational institutions, individuals, and the private sector to achieve Rangeland Health Standards and implement associated guidelines.

- Encourage the development of a concise educational program to be implemented at the initial point of contact with the public and public land users. The program should promote public land values, knowledge of rights and responsibilities, environmental awareness, and communication between the BLM and the public. It should inform the public about changing management practices and policies. In addition, the educational program should demonstrate the connection between the health of the public land and the benefits users and local communities receive from those lands.

BLM_0013344

- Encourage the private sector to conduct responsible marketing of activities available on public lands while avoiding use of products and services in ways that may harm public lands.

- Educate the public in proper human and solid waste disposal techniques.

## R.5. GLOSSARY

**Guidelines, Recreation:** Recreation management tools, methods, and techniques designed to provide activities, experiences, and benefits for the recreating public while maintaining or achieving healthy public lands as defined by the standards. The recreation guidelines contained in this document are directed toward maintaining or achieving public land health.

**Mechanized Vehicle:** Any motorized or non-motorized vehicle capable of, or designed for, travel on or immediately over land. An example of a mechanized, but not motorized vehicle is a mountain bike. All motorized vehicles are mechanized.

**Motorized Vehicle:** Synonymous with off-road and off-highway vehicle. Examples of this type of vehicle include all-terrain vehicles (ATV), sport utility vehicles (SUV), motorboats, and snowmobiles.

**Non-Motorized Use:** Recreational human and animal foot traffic. Examples include horses, llamas, and other domestic animals. Wheel chairs designed for indoor use as a medical appliance are not considered mechanized.

**Protect**: To take actions to guard against or minimize injury or loss.

**Riparian:** Of, on, or relating to the bank of a natural course of water.

**Special Status Species/Sensitive Species**: Those species designated by a State Director, usually in cooperation with the State agency responsible for managing the species as sensitive.

**Standards for Public Land Health:** A description of conditions needed to sustain public land health; the standards relate to all uses of the public lands in Utah.

**Threatened and Endangered Species**: those species officially listed as threatened or endangered by the Secretary of the Interior under the provisions of the Endangered Species Act.

**Visitor Use Infrastructure:** Amenities such as roads, parking areas, and facilities, to protect the resource and support the recreation user in his/her pursuit of activities, experiences, and benefits.

BLM_0013345

**THIS PAGE INTENTIONALLY LEFT BLANK**

BLM_0013346

# APPENDIX S.
## WILDLIFE IMPACTS BY RFD AREA

**Table S.1. Alternative A -- Estimated Surface Disturbance (in acres) for Oil and Gas Well Development, by Vegetation (Wildlife Habitat) Type**

| RFD Areas | Total Acres of Disturbance | Conifer and Mountain Shrub | Desert Scrub | Invasive Species / Weeds | Pinyon-Juniper | Sagebrush/ Perennial Grassland |
|---|---|---|---|---|---|---|
| Book Cliffs | **1563** | 265 | 190 | 26 | 954 | 123 |
| Greater Cisco | **2941** | 8 | 2347 | 110 | 360 | 65 |
| Roan Cliffs | **30** | 7 | 0 | 0 | 21 | 1 |
| Salt Wash | **189** | 0 | 158 | 1 | 26 | 0 |
| Big Flat - Hatch Point | **697** | 0 | 228 | 2 | 373 | 76 |
| Lisbon Valley | **840** | 6 | 31 | 5 | 531 | 250 |
| Eastern Paradox | **512** | 3 | 234 | 5 | 234 | 27 |
| Entire MPA | **6772** | 267 | 2829 | 150 | 2801 | 488 |

Note that the acreages do not add up to the "Total Acres of Disturbance" in any category. Recall that Agricultural, Disturbed, Developed, Riparian/Wetlands, and Water categories were removed from this analysis; they represent a small percentage of the total lands that are not relevant to this analysis.

Note also that values for most vegetation types under the three RFD areas do not add up to the total value listed under "Entire MPA" – this is due to rounding errors during calculations.

**Table S.2. Alternative B -- Estimated Surface Disturbance (in acres) for Oil and Gas Well Development, by Vegetation (Wildlife Habitat) Type**

| RFD Areas | Total Acres of Disturbance | Conifer and Mountain Shrub | Desert Scrub | Invasive Species / Weeds | Pinyon-Juniper | Sagebrush/ Perennial Grassland |
|---|---|---|---|---|---|---|
| Book Cliffs | **995** | 169 | 121 | 16 | 607 | 78 |
| Greater Cisco | **1373** | 4 | 1096 | 51 | 168 | 30 |
| Roan Cliffs | **11** | 3 | 0 | 0 | 8 | 0 |
| Salt Wash | **159** | 0 | 133 | 1 | 22 | 0 |
| Big Flat - Hatch Point | **292** | 0 | 96 | 1 | 156 | 32 |
| Lisbon Valley | **813** | 6 | 30 | 5 | 513 | 242 |
| Eastern Paradox | **320** | 2 | 146 | 3 | 146 | 17 |
| **Entire MPA** | **3963** | 157 | 1656 | 47 | 1639 | 285 |

Note that the acreages do not add up to the "Total Acres of Disturbance" in any category. Recall that Agricultural, Disturbed, Developed, Riparian/Wetlands, and Water categories were removed from this analysis; they represent a small percentage of the total lands that are not relevant to this analysis.

Note also that values for most vegetation types under the seven RFD areas do not add up to the total value listed under "Entire MPA" – this is due to rounding errors during calculations.

**Table S.3. Alternative C -- Estimated Surface Disturbance (in acres) for Oil and Gas Well Development, by Vegetation (Wildlife Habitat) Type**

| RFD Areas | Total Acres of Disturbance | Conifer and Mountain Shrub | Desert Scrub | Invasive Species / Weeds | Pinyon-Juniper | Sagebrush/ Perennial Grassland |
|---|---|---|---|---|---|---|
| Book Cliffs | **1556** | 264 | 189 | 26 | 950 | 122 |
| Greater Cisco | **2962** | 8 | 2364 | 110 | 362 | 65 |
| Roan Cliffs | **27** | 6 | 0 | 0 | 19 | 1 |
| Salt Wash | **171** | 0 | 143 | 1 | 24 | 0 |
| Big Flat - Hatch Point | **508** | 0 | 166 | 2 | 272 | 58 |
| Lisbon Valley | **836** | 6 | 30 | 5 | 528 | 249 |
| Eastern Paradox | **423** | 3 | 193 | 4 | 193 | 2 |
| **Entire MPA** | **6483** | 256 | 2708 | 76 | 2682 | 467 |

Note that the acreages do not add up to the "Total Acres of Disturbance" in any category. Recall that Agricultural, Disturbed, Developed, Riparian/Wetlands, and Water categories were removed from this analysis; they represent a small percentage of the total lands that are not relevant to this analysis.

Note also that values for most vegetation types under the seven RFD areas do not add up to the total value listed under "Entire MPA" – this is due to rounding errors during calculations.

**Table S.4. Alternative D -- Estimated Surface Disturbance (in acres) for Oil and Gas Well Development, by Vegetation (Wildlife Habitat) Type**

| RFD Areas | Total Acres of Disturbance | Conifer and Mountain Shrub | Desert Scrub | Invasive Species / Weeds | Pinyon-Juniper | Sagebrush/ Perennial Grassland |
|---|---|---|---|---|---|---|
| Book Cliffs | **1575** | 267 | 192 | 26 | 961 | 124 |
| Greater Cisco | **2962** | 8 | 2364 | 110 | 362 | 65 |
| Roan Cliffs | **29** | 7 | 0 | 0 | 21 | 1 |
| Salt Wash | **186** | 0 | 155 | 1 | 26 | 0 |
| Big Flat - Hatch Point | **665** | 0 | 218 | 2 | 356 | 72 |
| Lisbon Valley | **836** | 76 | 267 | 9 | 403 | 74 |
| Eastern Paradox | **486** | 3 | 222 | 5 | 222 | 26 |
| **Entire MPA** | **6739** | 266 | 2815 | 79 | 2788 | 485 |

BLM_0013348

**Table S.5. Alternative A – Acreage of Each Vegetation Cover Type, by Salable Minerals Category**

| Vegetation Type | Standard Stipulations | Timing and/or Controlled Surface Use | No Surface Occupancy | Closed to Leasing |
|---|---|---|---|---|
| Total Acres* | 1,467,768 | 0 | 0 | 353,606 |
| Conifer/ Mountain shrub | 57,974 | 0 | 0 | 13,967 |
| Desert shrub (saltbush, blackbrush) | 613,154 | 0 | 0 | 147,717 |
| Pinyon-juniper | 607,166 | 0 | 0 | 146,275 |
| Riparian | 17,235 | 0 | 0 | 4,152 |
| Sagebrush and grassland | 105,679 | 0 | 0 | 25,460 |

* Note that the acreages do not add up to the "Total Acres" in any category. Recall that Agricultural, Disturbed, Developed, Riparian/Wetlands, and Water categories were removed from this analysis; they represent a small percentage of the total lands that are not relevant to this analysis.

**Table S.6. Alternative B – Acreage of Each Vegetation Cover Type, by Salable Minerals Category**

| Vegetation Type | Standard Stipulations | Timing and/or Controlled Surface Use | No Surface Occupancy | Closed to Leasing |
|---|---|---|---|---|
| Total Acres* | 355,750 | 468,130 | 598,390 | 399,104 |
| Conifer/ Mountain shrub | 14,051 | 18,490 | 23,635 | 15,764 |
| Desert shrub | 148,613 | 195,559 | 249,975 | 166,724 |
| Pinyon-juniper | 147,162 | 193,650 | 247,534 | 165,096 |
| Riparian | 4,177 | 5,497 | 7,026 | 4,686 |
| Sagebrush and grassland | 25,614 | 33,705 | 43,084 | 28,735 |

* Note that the acreages do not add up to the "Total Acres" in any category. Recall that Agricultural, Disturbed, Developed, Riparian/Wetlands, and Water categories were removed from this analysis; they represent a small percentage of the total lands that are not relevant to this analysis.

BLM_0013349

**Table S.7. Alternative C – Acreage of Each Vegetation Cover Type, by Salable Minerals Category**

| Vegetation Type | Standard Stipulations | Timing and/or Controlled Surface Use | No Surface Occupancy | Closed to Leasing |
|---|---|---|---|---|
| Total Acres* | 549,226 | 672,909 | 220,423 | 378,816 |
| Conifer/ Mountain shrub | 21,693 | 26,579 | 8,706 | 14,963 |
| Desert shrub | 229,437 | 281,105 | 92,081 | 158,249 |
| Pinyon-juniper | 227,196 | 278,360 | 91,182 | 156,703 |
| Riparian | 6,449 | 7,901 | 2,588 | 4,448 |
| Sagebrush and grassland | 39,544 | 48,449 | 15,870 | 27,275 |

\* Note that the acreages do not add up to the "Total Acres" in any category. Recall that Agricultural, Disturbed, Developed, Riparian/Wetlands, and Water categories were removed from this analysis; they represent a small percentage of the total lands that are not relevant to this analysis.

**Table S.8. Alternative D – Acreage of Each Vegetation Cover Type, by Salable Minerals Category**

| Vegetation Type | Standard Stipulations | Timing and/or Controlled Surface Use | No Surface Occupancy | Closed to Leasing |
|---|---|---|---|---|
| Total Acres* | 962,733 | 393,469 | 111,662 | 353,510 |
| Conifer/ Mountain shrub | 38,026 | 15,541 | 4,410 | 13,963 |
| Desert shrub | 402,178 | 164,370 | 46,646 | 147,677 |
| Pinyon-juniper | 398,250 | 162,765 | 46,191 | 146,235 |
| Riparian | 11,305 | 4,620 | 1,311 | 4,151 |
| Sagebrush and grassland | 69,317 | 28,330 | 8,040 | 25,453 |

\* Note that the acreages do not add up to the "Total Acres" in any category. Recall that Agricultural, Disturbed, Developed, Riparian/Wetlands, and Water categories were removed from this analysis; they represent a small percentage of the total lands that are not relevant to this analysis.

BLM_0013350

# APPENDIX T.
## UTAH STATE UNIVERSITY STUDY RESULTS

## T.1 UTAH PUBLIC LANDS STUDY – KEY SOCIAL SURVEY FINDINGS FOR GRAND AND SAN JUAN COUNTIES

A statewide social survey was conducted by Utah State University in 2007 to assess the ways in which Utah residents use and value public land resources, and their views about public land management. Random samples of residential households were selected in each of the state's 29 counties. Sampled households were contacted by mail, and a randomly-selected adult from the household was asked to participate in the survey. Self-completion questionnaires were distributed to potential survey participants using a multiple-wave survey administration procedure. The discussion that follows is focused on key survey results obtained for Grand County (n = 146 survey responses) and for San Juan County (n = 124 survey responses).

## T.2 ECONOMIC LINKAGES TO PUBLIC LANDS

One major focus of the survey questionnaire involved assessment of the various ways in which Utahans' may engage in economic activities that are linked directly or indirectly to public land resources in the state.

### T.2.1 PERMIT-BASED ECONOMIC ACTIVITIES

As indicated in Table 1, only a minority of survey respondents in either Grand or San Juan Counties reported that a portion of their household income is directly linked to activities that involve permitted uses of lands or resources administered by the U.S. Forest Service, the Bureau of Land Management (BLM), other federal agencies, or the State of Utah. In both counties permit-based economic activities on public lands were more commonly linked to lands administered by the BLM than lands administered by other agencies. In addition, the percentage of respondents indicating that some portion of their household incomes is derived from such permit-based activities was uniformly higher for each of the agency categories in San Juan County than was the case in Grand County.

**Table 1. Percent of Survey Respondents Reporting that a Portion of Household Income is Directly Linked to Permitted Use of Public Lands or Resources**

| Agency | Grand County | San Juan County |
|---|---|---|
| Forest Service | 4.1 | 13.9 |
| BLM | 11.0 | 18.9 |
| Other federal agency | 8.2 | 7.4 |
| State of Utah | 6.2 | 11.5 |
| Number of cases | 146 | 124 |

BLM_0013351

As indicated in Table 2, the percentage of respondents reporting these types of permit-based economic linkages to public lands who indicated that 25% or more of their total household income is derived from those activities was highest among Grand County respondents who reported use of BLM, other federal agency, and State-administered lands, and highest among San Juan County respondents who reported use of lands administered by federal agencies other than the Forest Service or BLM, or of lands administered by the State of Utah.

**Table 2. Percent of Survey Respondents Reporting Permit-based Economic Activities on Public Lands who Indicated that 25% or More of Their Household Income is Derived From Those Activities**

| Agency | Grand County | San Juan County |
|---|---|---|
| Forest Service | 16.7 | 23.5 |
| BLM | 50.0 | 29.2 |
| Other Federal Agency | 53.8 | 55.6 |
| State of Utah | 45.5 | 42.9 |

## T.2.2 HOUSEHOLD PARTICIPATION IN SELECTED COMMERCIAL ACTIVITIES

The next series of questions asked respondents to indicate whether they or members of their households participate in any of a number of commercial activities that, while commonly associated with public land use, can involve the use of either public or private lands. Results summarized in Table 3 indicate that for any of these activities only a minority of survey respondents in either Grand County or San Juan County reported participation. Among Grand County respondents, the activities reported most frequently were operation of an outfitting or guiding business (9.7% of respondents), other miscellaneous commercial activities (5.2%), and mining of coal, uranium or other minerals (4.9%) In San Juan County participation was reported most frequently for livestock grazing and related work (20.2% of respondents), commercial firewood cutting (17.6%), logging and other timber-related work (11.8%), mining of coal, uranium or other minerals (10.1%), and oil and gas exploration or development (9.2%). On balance, these response patterns indicate that there is a substantially higher level of engagement in nearly all of these types of resource-based commercial activities among residents of San Juan County than is the case in Grand County.

**Table 3. Percentage of Survey Respondents Reporting that They or Members of Their Households Participate in Selected Resource-based Commercial Activities, on Either Public or Private Lands**

| Economic Activity | Grand County | San Juan County |
|---|---|---|
| Livestock Grazing and Related Work | 2.8 | 20.2 |
| Commercial Firewood Cutting | 1.4 | 17.6 |

BLM_0013352

| Table 3. Percentage of Survey Respondents Reporting that They or Members of Their Households Participate in Selected Resource-based Commercial Activities, on Either Public or Private Lands | | |
|---|---|---|
| **Economic Activity** | **Grand County** | **San Juan County** |
| Logging, Post and Pole Cutting or other Timber-related Work | 1.4 | 11.8 |
| Mining of Coal, Uranium or Other Solid Minerals | 4.9 | 8.5 |
| Mining of Sand, Gravel, or Other Construction Materials | 2.8 | 10.1 |
| Oil and Gas Exploration and Development | 2.8 | 9.2 |
| Operating an Outfitting or Guiding Business | 9.7 | 6.8 |
| Film Making/Commercial Photography | 3.5 | 5.9 |
| Other Commercial Activities | 5.2 | 3.5 |

## T.2.3 HOUSEHOLD INVOLVEMENT IN BUSINESSES LINKED TO RECREATION/TOURISM

Survey respondents were also asked whether they or any member of their household operates or works at a business linked to recreation or tourism activity that is influenced by the presence of public lands and resources. Over one-third (38.5%) of Grand County respondents and over one-fourth (26.7%) of San Juan County respondents said "yes" to this question. When asked to assess how important activities and uses linked to public lands are to the success of this business, nearly two thirds (63.6%) of Grand County respondents and over one-half (53.1%) of San Juan County respondents who reported involvement in such businesses said that the influence of public lands is "extremely important."

## T.2.4 HOUSEHOLD INVOLVEMENT IN BUSINESSES LINKED TO COMMODITY PRODUCTION

A similar question asked about the involvement of survey participants and members of their households in business that provide services and supplies to farming or ranching operations, logging firms, or other commercial enterprises that use or process natural resources located on public lands. The percentage of respondents reporting participation by a household member in such businesses was considerably lower in Grand County (6.9%) than in San Juan County (15.7%).

BLM_0013353

## T.2.5 OWNERSHIP OF PROPERTY OR ASSETS WITH VALUES INFLUENCED BY NEARBY PUBLIC LANDS

When asked whether they own land, buildings, or other assets that they believe have a monetary value that is significantly influenced by the presence and condition of nearby public lands, 55.2% of Grand County respondents and 40% of San Juan County respondents said "yes." Those who did perceive the existence of such a relationship were then asked to identify specific types of assets that they own and that they believe have a value influenced by the close proximity of public lands. Respondents in both counties most frequently cited their residential property, (48.6% in Grand County, 27.4% in San Juan County). The only other types of asset identified by more than 10% of respondents in either county were undeveloped non-agricultural land (12.1% of respondents in San Juan County) and agricultural land (12.7% of respondents in San Juan County).

## T.3 PERCEIVED IMPORTANCE OF PUBLIC LANDS FOR OVERALL QUALITY OF LIFE

Survey participants were also asked to report how important they think fifteen different types of public land resources and resource uses are for the overall quality of life experienced by people living in their communities. Table 4 summarizes response patterns to this series of questions for Grand and San Juan Counties, with a focus on the percentage of respondents from each county who indicated that they consider a particular type of resource use to be "very important" for local quality of life.

In Grand County six of the fifteen types of public land resource use presented in this question were considered "very important" by fewer than one-half of respondents (grazing of livestock, energy resource development, sand/gravel or other construction-related mineral development, timber production, opportunities to hunt, and opportunities to fish).

**Table 4. Percentage of Survey Respondents Indicating that Selected Public Land Resource Uses are "Very Important" to the Overall Quality of Life in their Community**

| Resource Use | Grand County | San Juan County |
|---|---|---|
| Grazing of livestock on public lands | 34.6 | 74.4 |
| Water resources used to irrigate crops and pastures | 64.0 | 89.8 |
| Water resources used to supply homes and businesses | 83.6 | 94.1 |
| Water resources that provide important fish/wildlife habitat | 82.0 | 76.9 |
| Energy resources such as oil, gas, coal or uranium | 48.2 | 72.0 |

BLM_0013354

**Table 4. Percentage of Survey Respondents Indicating that Selected Public Land Resource Uses are "Very Important" to the Overall Quality of Life in their Community**

| Resource Use | Grand County | San Juan County |
|---|---|---|
| Sand, gravel or other minerals used in building and construction industries | 28.8 | 53.0 |
| Forested areas that provide timber used by logging operations and lumber mills | 21.3 | 33.0 |
| Areas where trees or other vegetation provide important wildlife habitat | 73.9 | 74.4 |
| Areas that attract tourism and recreational activity | 78.8 | 61.0 |
| Opportunities to enjoy off-road vehicles, snowmobiling, or other motorized recreation | 62.1 | 70.3 |
| Opportunities to enjoy hiking, backpacking, cross-country skiing, horseback riding, or other types of non-motorized recreation | 74.3 | 65.3 |
| Opportunities to hunt for wild game | 41.3 | 66.6 |
| Opportunities to fish in area lakes, streams and rivers | 47.9 | 58.5 |
| Undeveloped landscapes where motorized access and resource development are restricted | 56.9 | 30.7 |
| Areas managed to maintain biodiversity and protect habitat for sensitive or important plants or wildlife | 54.4 | 28.1 |

BLM_0013355

At the same time, over three-fourths of Grand County respondents considered water resources used to supply homes and businesses, water resources used to supply fish and wildlife habitat, and the presence of areas that attract tourism and recreation activity to be "very important" to the local quality of life.

In San Juan County only three of these resource uses were considered "very important" by fewer than one-half of respondents (timber production, undeveloped landscapes where motorized access and resource development are restricted, and areas managed to maintain biodiversity and to protect habitat). Conversely, three resource uses -- water resources used to irrigate crops and pastures, water resources used to supply homes and businesses, and water resources used to provide important fish and wildlife habitat -- were considered "very important" to the local quality of life by more than three-fourths of San Juan County respondents.

## T.4 RECREATIONAL USES OF PUBLIC LANDS

Survey participants were also asked to report whether they had participated in any of a broad range of outdoor recreation activities and other non-commodity use activities on Utah public lands during the prior twelve months. Results from this series of questions are reported in Table 5 and Table 6. These findings clearly indicate that there is widespread participation in many of these public land activities among residents of both Grand County and San Juan County.

Table 5 reports the extent of reported participation in thirty different outdoor recreation activities. Among survey participants living in Grand County, more than one-half reported participation in camping, picnicking, day hiking, wildlife viewing, visiting historical sites, 4-wheel driving, and driving for pleasure/sightseeing on public lands during the preceding twelve months. In San Juan County over half of respondents reported that they had participated in camping, picnicking, day hiking, wildlife viewing, hunting, fishing, visiting historical sites, , ATV riding, 4-wheel driving, and driving for pleasure/sightseeing.

Responses to a question focusing on participation in a variety of non-commodity use activities on public lands are summarized in Table 6. Among this list of activities, Grand County respondents were most likely to report that they participate in collection of rocks for home landscaping and collecting fossils, rocks or other minerals from public land areas. In San Juan County, respondents most frequently reported that they collect firewood for home use, collect rocks for home landscaping, and gather pinyon nuts from public lands.

Respondents were also asked to identify the one or two activities from the lists presented in these questions that they participate in most often, and to provide detail on where they engage in those activities. Among Grand County respondents the first of these activities listed by respondents most often involved day hiking (27.8% of responses) or camping (18.8% of responses). In San Juan County the first listed activity most often involved ATV riding (21.2% of responses), camping (13.6%), day hiking (12.7%) or hunting (11.9%). When asked to indicate where they participate in the first-listed of their "most frequently pursued" activities, 81.8% of Grand County respondents and 97.5% of San Juan County residents identified a location within the county where they live.

BLM_0013356

**Table 5. Percentage of Survey Respondents Reporting Participation in Selected Recreation Activities on Utah Public Lands During the Past Twelve Months**

| Activity | Grand County | San Juan County |
|---|---|---|
| Camping | 67.4 | 72.7 |
| Picnicking | 77.1 | 84.4 |
| Backpacking | 30.4 | 29.6 |
| Day hiking | 72.4 | 70.0 |
| Bird watching | 35.8 | 37.2 |
| Wildlife viewing | 67.4 | 80.2 |
| Nature photography | 42.3 | 41.2 |
| Canoeing/kayaking | 23.5 | 10.8 |
| River rafting | 33.1 | 9.1 |
| Motor boating | 19.4 | 20.4 |
| Jet skiing | 5.9 | 8.2 |
| Swimming | 39.0 | 36.3 |
| Rock climbing | 18.4 | 21.4 |
| Mountain climbing | 22.2 | 22.8 |
| Hang gliding | 0.0 | 0.0 |
| Mountain bike riding | 33.3 | 17.7 |
| Hunting | 25.0 | 55.1 |
| Fishing | 43.3 | 50.4 |
| Horseback riding | 15.6 | 33.0 |
| Orienteering/geo-caching | 7.5 | 15.7 |
| Rock hounding | 39.3 | 33.6 |
| Visiting historical sites | 62.9 | 68.9 |
| Resort skiing/snowboarding | 7.5 | 3.7 |
| Backcountry skiing/snowboarding | 19.1 | 4.6 |
| Snowshoeing | 9.6 | 4.5 |
| Snowmobiling | 7.4 | 8.9 |
| ATV riding | 29.5 | 65.0 |
| Dirt bike riding | 16.5 | 20.4 |
| 4-wheel driving/jeeping | 51.1 | 60.2 |
| Sightseeing/pleasure driving | 83.2 | 87.9 |

BLM_0013357

*Moab PRMP/FEIS*                                                   *Appendix T: Utah State University Study Results*

**Table 6. Percentage of Survey Respondents Reporting Participation in Selected Non-commodity use Activities on Utah Public Lands During the Past Twelve Months**

| Activity | Grand County | San Juan County |
|---|---|---|
| Collecting firewood for home use | 25.9 | 4.75 |
| Cutting Christmas trees | 19.9 | 29.4 |
| Collecting material for craft projects | 22.0 | 29.1 |
| Collecting rocks for home landscaping | 42.7 | 46.6 |
| Collecting plants for home landscaping | 12.1 | 20.0 |
| Gathering wild mushrooms | 7.9 | 4.5 |
| Gathering pinyon nuts | 13.6 | 47.5 |
| Gathering berries, herbs or wild foods | 15.0 | 13.4 |
| Collecting fossils, rocks or minerals | 34.7 | 28.0 |

## T.5 ATTITUDES AND PREFERENCES REGARDING PUBLIC LAND MANAGEMENT

Two similar sets of survey questions focused on respondents' attitudes and preferences regarding the extent to which various natural resource use activities or management practices should be reduced or increased by those responsible for managing public lands in Utah. Response patterns to these questions are summarized in Table 7 and Table 8.

The data presented in Table 7 indicate that Grand County respondents were considerably more likely to prefer an increase rather than a decrease in protection of important fish and wildlife habitat, protection of endangered species, use of controlled burns to improve ecological conditions, thinning of forested areas to reduce wildfire risk, designation of wild and scenic rivers, and development of water storage and delivery systems on Utah public lands. They were also more likely to prefer a reduction in timber harvest levels and in livestock grazing levels. On the other hand, attitudes were more evenly split between preferences for reducing and preferences for increasing mineral exploration/extraction and for designation of wilderness areas.

Among San Juan County residents respondents were more likely to prefer an increase rather than a decrease in mineral exploration/extraction, timber harvest, oil and gas development, protection of fish and wildlife habitat, use of controlled burns to improve ecological conditions, livestock grazing, and development of water storage and delivery systems. They also expressed a strong preference for a reduction in the designation of wilderness areas, and were more likely to prefer a reduction as opposed to an increase in designation of wild and scenic rivers.

Results summarized in Table 8 indicate that Grand County respondents were more likely to prefer an increase rather than a reduction in permitting of commercial guiding or outfitter services, provision of road access to recreation areas, provision of hunting opportunities, development of trails for non-motorized recreation, regulations that restrict motorized vehicles to designated trails, and regulations to limit noise and emissions from snowmobiles and ATVs.

BLM_0013358

More evenly mixed attitudes were evident with respect to development of trails for off-highway motorized recreation, and for development of visitor facilities to increase tourism. In San Juan County, respondents were far more likely to prefer an increase rather than a decrease in provision of road access to recreation areas, provision of hunting opportunities, development of trails for off-highway motorized recreation, and development of trails for non-motorized recreation.

**Table 7. Survey Respondents' Attitudes Regarding the Extent to Which Various Activities Occurring on Utah Public Land Should be Reduced or Increased\***

| Type of Use/ Activity | Grand County | | San Juan | |
|---|---|---|---|---|
| | Reduce (%) | Increase (%) | Reduce (%) | Increase (%) |
| Mineral exploration/extraction | 28.5 | 37.2 | 17.2 | 58.7 |
| Timber harvest | 37.4 | 15.2 | 15.8 | 47.4 |
| Designation of wilderness areas | 34.3 | 33.6 | 63.9 | 15.1 |
| Exploration for/development of oil and gas resources | 33.8 | 41.2 | 15.5 | 53.5 |
| Protection of important fish and wildlife habitat | 6.6 | 61.4 | 13.7 | 41.9 |
| Protection of endangered species | 17.4 | 50.7 | 30.8 | 26.5 |
| Use of controlled burns to improve ecological conditions | 13.8 | 48.7 | 13.4 | 46.4 |
| Thinning of forested areas to reduce wildfire risk | 15.1 | 52.3 | 5.3 | 60.2 |
| Livestock grazing | 36.2 | 23.9 | 13.8 | 39.6 |
| Designation of wild and scenic rivers | 18.4 | 40.4 | 32.1 | 17.5 |
| Developing water storage and delivery systems to meet needs of nearby communities | 11.9 | 63.5 | 1.7 | 86.4 |

\* Original response categories were "major reduction" and "moderate reduction" (combined to create "reduce") and "major increase" and "minor increase" (combined to create "increase"). "Stay about the same" responses not reported here.

BLM_0013359

**Table 8. Survey Respondents' Attitudes Regarding the Extent to Which the Emphasis Placed on Various Activities Occurring on Utah Public Land Should be Reduced or Increased by Public Land Managers\***

| Type of Use/ Activity | Grand County | | San Juan | |
|---|---|---|---|---|
| | Reduce (%) | Increase (%) | Reduce (%) | Increase (%) |
| Permitting of commercial guiding or outfitter services | 12.8 | 21.2 | 22.5 | 21.6 |
| Providing road access to recreation areas | 19.7 | 33.1 | 11.7 | 61.7 |
| Providing hunting opportunities | 17.9 | 27.2 | 10.2 | 50.8 |
| Developing trails for off-highway motorized recreation | 28.4 | 34.1 | 15.3 | 61.0 |
| Developing trails for hiking, biking, and other non-motorized recreation | 7.1 | 53.9 | 12.0 | 46.1 |
| Regulations that require motorized vehicles to stay on designated trails | 10.6 | 62.0 | 26.3 | 37.3 |
| Regulations that limit levels of noise and emissions from snowmobiles and ATVs | 10.1 | 59.0 | 33.3 | 26.5 |
| Developing visitor facilities to increase tourism | 21.4 | 35.0 | 20.9 | 32.2 |

\* Original response categories were "major reduction" and "moderate reduction" (combined to create "reduce") and "major increase" and "minor increase" (combined to create "increase"). "Stay about the same" responses not reported here.

BLM_0013360

# APPENDIX U.
## CHANGES BETWEEN MOAB DRAFT RMP/EIS AND MOAB PROPOSED RMP/FINAL EIS

This Appendix presents the changes that the BLM has made between the Draft RMP/Draft EIS and Proposed RMP/Final EIS. The BLM has prepared this Appendix to document if changes between the Draft RMP/Draft EIS and the Proposed RMP/Final EIS resulted in a significant change in circumstances or conditions, or if the Proposed RMP/Final EIS contains different information from that which was presented to the public in the Draft RMP/Draft EIS. Finally, the BLM wanted to confirm that all changes made to the Proposed RMP/Final EIS fall within the range of alternatives presented and analyzed in the Draft RMP/Draft EIS.

The regulation controlling whether or not a supplement is required is found at 40 CFR 1502.9(c), which provides:

*Agencies:*
*(1)   Shall prepare supplements to either draft or final environmental impact statements if:*
*(i)   The agency makes substantial changes in the proposed action that are relevant to environmental concerns; or*
*(ii) There are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impact.*
*(2)   May also prepare supplements when the agency determines that the purposes of the Act will be furthered by doing so.*
*(3)   Shall adopt procedures for introducing a supplement into its formal administrative record, if such a record exists.*
*(4)   Shall prepare, circulate, and file a supplement to a statement in the same fashion (exclusive of scoping) as a draft and final statement unless alternative procedures are approved by the Council.*

All changes to the Moab Field Office Draft RMP/Draft EIS were made in response to public comment and/or internal review. The majority of the changes were editorial changes made to add clarity to the document. In some cases, alternatives presented in the Draft RMP/Draft EIS were modified in the Proposed RMP to reflect technical corrections and data updates. In other cases, such as in Chapter 3, incorporation of updated information was necessary to refine the analysis in Chapter 4 that was incomplete or needed augmentation.

None of the changes detailed in Appendix U meet the regulatory definition for significance in 40 CFR 1508.27(a) and (b). These regulations require an agency preparing a NEPA document to review the changes for significant new circumstances or information relevant to environmental concerns and bearing on the Proposed Plan or its impacts, using context and intensity as the trigger for significance. BLM has reviewed each substantive change through this regulatory standard and has determined that none of the changes, individually or collectively, require a supplement to this Final EIS.

BLM_0013361

**Table 1. List of Changes Between Draft RMP/EIS and Proposed RMP/Final EIS Moab Field Office Resource Management Plan**

| Description of Changes | Location in DRMP/EIS | Approximate Location in PRMP/FEIS |
|---|---|---|
| **Table of Contents** | | |
| Expand Table of Contents to include listed resources in Table 2.1. | p. iv | ~p. iv |
| **Executive Summary** | | |
| Correct number of segments and number of rivers recommended as suitable in Wild and Scenic Rivers summary in Executive Summary. | ES-5 | ~ES-5 |
| Correct mileage in Table ES2 (Designated Routes by Alternative). | ES-6 | ~ES-6 |
| Correct number of segments and number of rivers recommended as suitable in Wild and Scenic Rivers Table ES4. | ES-6 | ~ES-6 |
| **Changes Made Throughout Document** | | |
| Change "deer and elk habitat" to deer and/or elk habitat. | Throughout document | Throughout document |
| Change "trail" to "route" when referring to motorized travel. | Throughout document | Throughout document |
| Change "critical" wildlife habitat to "crucial" wildlife habitat where habitat is not for Threatened, Endangered, or Candidate species. | Throughout document | Throughout document |
| Reword bald eagle references, as bald eagle is now de-listed. Bald eagles remain Federally protected under the Migratory Bird Treaty Act and the Bald and Golden Eagle Protection Act (based on U.S. Fish and Wildlife comment). | Throughout document | Throughout document |
| **Chapter 1** | | |
| Add "water rights" to valid existing rights. | p. 1-13 | ~p. 1-13 |
| Update title and date of MOU with U.S. Forest Service regarding oil and gas leasing. | p. 1-16 | ~p. 1-16 |
| Update references to 2007 Vegetation EIS. | p. 1-17 | ~p. 1-17 |
| Add section in Chapter 1 summarizing changes to document, including information on UDWR wildlife habitats, and why they differ between 1985 and the present. | p. 1-17 | ~p. 1-18 to 1-21 |

BLM_0013362

**Table 1. List of Changes Between Draft RMP/EIS and Proposed RMP/Final EIS Moab Field Office Resource Management Plan**

| Description of Changes | Location in DRMP/EIS | Approximate Location in PRMP/FEIS |
|---|---|---|
| **Chapter 2**<br>(Changes between the preferred alternative of the DRMP/EIS and the proposed alternative of the PRMP/FEIS) | | |
| **Summary of Alternatives:** Clarification of types of status for special status species (based on USFWS comment). | p. 2-5 | ~p. 2-5 |
| **Summary of Alternatives:** Italicize and asterisk implementation level decisions throughout Chapter 2. | p. 2-6 | ~p. 2-6 |
| **Air Quality:** Add five air quality objectives clarifying the BLM's responsibilities, based on coordination of Utah Division of Air Quality. | p. 2-7 | ~p. 2-7 |
| **Cultural Resources:** Add decision regarding development of implementation -level cultural management plans within the Labyrinth, Colorado Riverway and South Moab SRMAs. | p. 2-7 | ~p. 2-8 |
| **Cultural Resources:** Clarify the definition of a "new route" for the Class III cultural resources inventory requirement. | p. 2-7 | ~p. 2-7 |
| **Cultural Resources:** Delete decision concerning placing of sheep camps near eligible cultural sites because the decision is not needed. | p. 2-7 | Deleted from p. 2-7 |
| **Cultural Resources:** Delete decision on cultural resource allocation percentages (scientific, conservation, traditional, public use etc. This deletion is in response to comment from the Hopi Tribe. | p. 2-8 | Deleted from p. 2-8 |
| **Cultural Resources:** Delete decision prioritizing National Register nominations as this decision is unnecessary because all are important. | p. 2-8 | Deleted from p. 2-8 |
| **Cultural Resources:** Delete "scientific" from description of cultural restoration because this term is too restrictive. | p. 2-8 | Term deleted from p. 2-8 |
| **Lands and Realty:** Clarify the decision to merge two utility corridors rather than to eliminate a corridor. | p. 2-11 | ~p. 2-11 |
| **Lands and Realty:** Reword decision recognizing working with the State of Utah on Land Tenure Adjustments with wording that more strongly states the priority of SITLA exchanges (based on State of Utah comment). | p. 2-11 | ~p. 2-11 |
| **Lands and Realty:** Add decision on providing reasonable access to SITLA lands (Utah v. Andrus). This addition is based on State of Utah comment. | p. 2-11 | ~p. 2-11 |
| **Livestock Grazing:** Add Pear Park to the list of allotments not available for livestock grazing in the Proposed Plan (in response to the State of Utah's comment). This allotment has been unavailable for grazing since the time of the 1985 Grand RMP. UDWR wishes to continue its unavailable status to benefit wildlife habitat in the Bookcliffs. | p. 2-12 | ~p. 2-13 |

BLM_0013363