# *Director's Protest Resolution Report*

Resource Management Plan Amendment/Environmental Assessment for the Uncompahgre Field Office Dry Creek Travel Management Plan



## *Contents*

Reader's Guide ................................................................................................. 3

List of Commonly Used Acronyms ................................................................. 4

Protesting Party Index ..................................................................................... 5

Issue Topics and Responses ............................................................................ 6

Purpose and Need ............................................................................................ 6

Range of Alternatives ...................................................................................... 7

Issues Disclosed ............................................................................................ 10

Land Health Assessments (LHA) .................................................................. 11

User Conflicts ................................................................................................ 14

Natural Values ............................................................................................... 16

Fish, Wildlife, Plants, Special Status Species .............................................. 18

Recreation, Visitor Services .......................................................................... 20

Socio-economic Interests .............................................................................. 21

Soil ................................................................................................................ 24

Travel Management ....................................................................................... 25

BLM_0014830

## *Reader's Guide*

*How do I read the Report?*

The Director's Protest Resolution Report is divided up into sections, each with a topic heading, excerpts from individual protest letters, a summary statement (as necessary), and the BLM's response to the summary statement.

## **Report Snapshot**



*How do I find my Protest Issues and Responses?*

1. Find your submission number on the protesting party index which is organized alphabetically by protester's last name.
2. In Adobe Reader search the report for your name, organization or submission number (do not include the protest issue number). Key word or topic searches may also be useful.



3

## *List of Commonly Used Acronyms*

| | | | |
|---|---|---|---|
| ACEC | Area of Critical Environmental Concern | IB | Information Bulletin |
| APD | Application for Permit to Drill | IM | Instruction Memorandum |
| BA | Biological Assessment | MOU | Memorandum of Understanding |
| BLM | Bureau of Land Management | NEPA | National Environmental Policy Act of 1969 |
| BMP | Best Management Practice | NHPA | National Historic Preservation Act of 1966, as amended |
| BO | Biological Opinion | | |
| CAA | Clean Air Act | NOA | Notice of Availability |
| CEQ | Council on Environmental Quality | NOI | Notice of Intent |
| | | NRHP | National Register of Historic Places |
| CFR | Code of Federal Regulations | | |
| COA | Condition of Approval | NSO | No Surface Occupancy |
| CSU | Controlled Surface Use | OHV | Off-Highway Vehicle (has also been referred to as ORV, Off Road Vehicles) |
| CWA | Clean Water Act | | |
| DM | Departmental Manual (Department of the Interior) | | |
| | | RFDS | Reasonably Foreseeable Development Scenario |
| DOI | Department of the Interior | | |
| EA | Environmental Assessment | RMP | Resource Management Plan |
| EIS | Environmental Impact Statement | ROD | Record of Decision |
| EO | Executive Order | ROW | Right-of-Way |
| EPA | Environmental Protection Agency | SHPO | State Historic Preservation Officer |
| ESA | Endangered Species Act | SO | State Office |
| FEIS | Final Environmental Impact Statement | T&E | Threatened and Endangered |
| | | USC | United States Code |
| FLPMA | Federal Land Policy and Management Act of 1976 | USGS | U.S. Geological Survey |
| | | VRM | Visual Resource Management |
| FO | Field Office (BLM) | WA | Wilderness Area |
| FWS | U.S. Fish and Wildlife Service | WSA | Wilderness Study Area |
| GIS | Geographic Information Systems | WSR | Wild and Scenic River(s) |

4

BLM_0014832

*Protesting Party Index*

| Protester | Organization | Submission Number | Determination |
|---|---|---|---|
| Brown, Pam & Ron | | PP-CO-DryCreek-PR-09-0003 | Dismissed |
| Graham, Glenn Riggle, Don | Colorado Off-Highway Vehicle Coalition | PP-CO-DryCreek-PR-09-0001 | Denied |
| Tunget, Arnold & Eleanor | | PP-CO-DryCreek-PR-09-0002 | Dismissed |

5

BLM_0014833

*Issue Topics and Responses*
*Purpose and Need*

**Comment Number:** PP-CO-DryCreek-PR-09-0001-143
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
E9. Land health is not connected to user conflict, quiet use, or even "natural values." Incorporating all of these concepts in a TMP causes this reviewer to wonder: what objectives are we implementing; reducing route proliferation, improving land health promoting quiet use, or stopping user conflict? The Purpose and Need for this TMP is muddled by too many differing objectives. The result is a great deal of irrational and conflicting claims and statements, many, but not all of which we have pointed out.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-6

**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
2. The need for this document and the new, complex regulations it should be able to justify, has not been established in the Purpose and Need section.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-7
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
3. No evidence has been provided that the proposed action will satisfy the goals as defined in the purpose and need statement. In fact, the stated DFC's for some sub-regions ensure that goal can never be met.

*Summary*

The purpose and need has too many differing goals and objectives, which results in a great deal of irrational and conflicting claims and statements.

*Response*

The purpose and need for the Dry Creek Travel Management Plan Environmental Assessment (TMP EA) are distinct from the goals and objectives anticipated to be achieved. The Purpose and Need statement specifies "the underlying purpose and need to which the agency is responding in proposing the alternatives including the proposed action" (40 CFR 1502.13). The Purpose and Need statement helps to define the range of alternatives that must be analyzed to make a reasonable choice among alternatives (40 CFR 1502.14). Goals and objectives establish desired outcomes (see 43 CFR 1610.0-4(b)) and direct the BLM's actions in meeting legal mandates; numerous regulatory responsibilities; national policy, including the Department of the Interior's Strategic Plan Goals; State Director Guidance; and other resource or social needs.

The management direction presented in the TMP EA is to afford protection to the resources in the planning area while allowing for a variety of recreational and commercial opportunities. Goals are broad statements that are not quantifiable and typically apply to the entire planning area. Objectives are specific desired outcomes that are quantifiable and may apply to either the planning area, a specific geographic location within the planning area, or to an area that needs to maintain its ecological/biological/social condition or to a specific place in need of restoration to meet land health standards.

The goals and objectives were written in the form of Desired Future Conditions (DFCs). These DFCs describe the physical, biological, social and resource conditions that are expected to be achieved within the planning area and that directly respond to the major issues and concerns that

6

were identified through the public scoping process. The goals are to Maintain and Improve Land Health, Enhance Motorized And Non-Motorized Recreation, Maintain Appropriate, Sustainable, And Reasonable Access, and Improve Natural Values (Resource Management Plan Amendment (RMPA), Appendix 3, Sub-Region General Settings and Desired Future Conditions).

The BLM strives to balance protection of the resources in the planning area with recreational and commercial use. The Need for the Action states the Escalante (1999) and the Roubideau (2006) Land Health Assessments show the effects of resource use on vegetation, soils, water quality, and wildlife habitats (TMP EA, p. 10). Since the 1985 Uncompahgre Basin Resource Area RMP has been in effect, travel management planning has been under-implemented in the planning area, resulting in on-route and cross-country motorized and mechanized travel occurring yearlong except within the Camel Back Wilderness Study Area (WSA). Demand for and types of Off-Highway Vehicle (OHV) use have changed, thereby resulting in the need for different OHV designations to achieve the DFCs (TMP EA, p. 11). This under-implementation has contributed to land health effects that need to be addressed, as well as a need to provide for active management and to encourage responsible use.

BLM. 1999. Escalante Landscape Health Assessment, Uncompahgre Field Office, Bureau of Land Management, Montrose, CO.

BLM. 2006. Roubideau Landscape Health Assessment. Uncompahgre Field Office, Montrose, CO.

## Range of Alternatives

**Comment Number:** PP-CO-DryCreek-PR-09-0001-176
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
G1. Based on this summary any of the action alternatives, or the alternative we have submitted, would have nearly identical land health and social consequences. The BLM has not demonstrated that simply restricting motor vehicles to the existing routes only, and eliminating cross country travel, would not have an equal effect. This is especially true because many of the routes closed to motor vehicle will remain open to other uses, and it is the bare soil that reduces vegetation and erodes.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-177

**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
G2. Table 5 even tells us that the differences in consequences between alternatives are very little. None of the statements comparing Environmental Consequences have quantifiable or numerically comparable information from which to make an informed decision as to scale of effects.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-178
**Organization:** Colorado Off-Highway Vehicle CoalitionTrails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
We protest the absence of differences in effects between the alternatives.

### Summary

The environmental consequences do not have quantifiable or numerically comparative information to make an informed decision as to scale of effects and to distinguish between alternatives.

BLM_0014835

*Response*

Effects on some of the resources from each of the alternatives in the TMP EA cannot be quantified. The BLM National Environmental Policy Act (NEPA) Handbook (H-1790-1) provides the BLM guidance in implementing the NEPA, and states in Section 6.8.1.2 Analyzing Effects, that:

"The effects analysis must demonstrate that the BLM took a "hard look" at the impacts of the action. The level of detail must be sufficient to support reasoned conclusions by comparing the amount and the degree of change (impact) caused by the proposed action and alternatives (40 CFR 1502.1). A "hard look" is a reasoned analysis containing quantitative or detailed qualitative information."

The TMP EA contains both qualitative and quantitative analysis of the impacts associated with each alternative. Where possible, impacts were quantified, but in areas where quantification of impacts was not possible, or in cases where the impacts/resources are not conducive to such analysis, the TMP EA thoroughly examines these impacts qualitatively and presents the results to help the reader understand the differences.

Quantitative analysis has also been provided in the TMP EA. Table 5 of the TMP EA shows the degree of increase or decrease in OHV route mileage for each alternative that in turn can be associated with potential effects. Page 133 of the TMP EA identifies the acreage of soils with a high potential to support biological soil crusts, which are currently affected by existing routes: "At present, the planning area has 440 miles (4.69 miles per square mile) of routes that occur on soils with a high potential to support biological soil crusts (Table 33). This equates to about 530 acres of sensitive soils that would continue to be disturbed."

On page 134 of the TMP EA, the effects to the potential biological soil crusts as a result of implementing the Proposed Action are described:

"Compared to Alternative 1, major reductions in impacts would occur due to the elimination of routes on sensitive soils and the prohibition of all cross-country motorized and mechanized travel in this alternative. Approximately 169 miles of existing motorized and non-motorized routes, on soils with a high potential to support biological soil crusts, would be closed under this alternative so rehabilitation could occur, which would result in about 205 fewer acres of this sensitive soil type being disturbed, or a 38% reduction in the overall route density on biological soil crust soils, (Table 35). Closing these routes would permit rehabilitation to occur on these acres."

Many other examples of quantitative analysis and comparison of effects to land health among alternatives are found in the Summary of Comparison of Environmental Consequences section (TMP EA, pp. 36-49).

Qualitative analysis was used in the Socio-Economic and Environmental Justice analysis sections. Land health has a direct bearing on social consequences within and adjacent to the planning area. Effects to social components would be different among the alternatives, depending upon the degree of change implemented. Alternatives 2, 3, and 4 in the TMP EA

8

BLM_0014836

contain different activities or actions that, if implemented, would result in different effects to land health indicators, and thus different social consequences. For instance, if elk and deer habitat types, which can be indicators of land health, were to be altered by an alternative, then hunting, a socio-economic factor in the local communities could be affected. This effect could result in less income to local outfitters.

Another example of qualitative analysis is the potential impact to the Threatened, Endangered, and Sensitive Species component. Language in paragraph 4, on page 89 of the RMPA, describes the difficulty in measuring indicators to this resource:

"In summary, OHV activities may have effects to wildlife, fish and plant populations in the following areas: habitat fragmentation, patch size, edge to interior ratio, barriers to movement, facilitation of invasions of non-native and/or opportunistic species, mortality rates, noise and other disturbance factors. Measuring indicators of all these factors for the numerous species of interest would be an excessively difficult task. In addition, for most of the species of interest, the relationships between these factors and population dynamics are not well understood. Because of these difficult to measure potential impacts to sensitive wildlife and plant populations, we assume that any reduction in routes, or reduction in class of use (from motorized to non-motorized) would, in general, improve wildlife, fish and plant habitats in the area."

Regardless of whether an existing route is closed to motorized uses while remaining open to hiking or horseback use, or is targeted for reclamation, accelerated soil erosion from trails or trail usage would result in mitigation actions being taken, such as relocating a route, changing the type of use permitted, or changing the maintenance technique or frequency. For a complete summary of the travel use categories by miles see Table 1 (TMP EA, p. 15) and Table 2 (TMP EA, p. 16). The mileage in Table 1 varies from 0 miles under Alternative 1 (the No Action Alternative) to 369 miles under Alternative 3. Some closed routes would remain available to the public for foot and equestrian travel, while others would be reclaimed either naturally or by mechanical means, if the route conditions warrant. Under Alternative 2, many of the existing routes that are causing or have the potential to cause environmental effects would be closed, re-routed, or maintained. Under Alternative 2, some existing routes selected for closure may not have soil or vegetative effects occurring but may have other resource concerns such as preserving cultural sites. Many existing routes that are experiencing or would potentially experience environmental effects from increasing recreation use are designated for the appropriate uses.

The environmental consequences of each alternative are summarized in Table 5 (Summary of Comparison of Environmental Consequences) beginning on page 36 of the TMP EA. Table 5 is intended to provide highlights of effects only. A more thorough and detailed description of the affected environment and comparison of potential effects between alternatives begins on page 50 of the TMP EA.

The BLM has adequately analyzed the probable effects from implementing a reasonable range of alternatives. These alternatives were developed to address the issues and concerns identified during scoping, considering the existing OHV designations and conditions on the ground, impacts to sensitive resources, public input, existing recreational uses, route density, route condition, and the need for administrative access. Please see page 14 for more information on

9

developing alternatives for this TMP EA.  The development of the alternatives included the involvement of Resource Advisory Councils, cooperators, and interested members of the public, all whom identified issues and concerns that needed to be addressed in alternative development.

The Council on Environmental Quality (CEQ) regulations 40 CFR 1500.2, 40 CFR 1502.14 and 1505.1 establish the responsibility to consider and document reasonable range of alternatives in the NEPA process.  What constitutes a reasonable range of alternatives depends on the nature of the proposal and the facts in each case.  An environmental assessment (EA) shall describe a range of reasonable alternatives to the project, or to the location of the project, which would feasibly attain most of the basic objectives of the project but would avoid or substantially lessen any of the potential effects of the project, and evaluate the comparative merits of the alternatives. The BLM need not consider every conceivable alternative to a project.  Rather it must consider a reasonable range of potentially feasible alternatives that will foster informed decision making and public participation.

## *Issues Disclosed*

**Comment Number:** PP-CO-DryCreek-PR-09-0001-122
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
D1. The issues discussed and identified internally must be disclosed in a NEPA compliant analysis. The individual agency specialists have ample opportunity for full disclosure in the document; in fact, it is required.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-123
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
D2. The resolution of internal matters or philosophical disputes between staff is not a function of any EA.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-124
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
D3. Internal issues that are not reviewable in the time allotted are not permitted in the analysis. Undisclosed elements in the NEPA decision-making process is prohibited at 40CFR1502.21.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-126
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
D5. We protest the inclusion of unspecified internal issues as a factor used in the formulation of any alternative, the FONSI, or the Decision.

### *Summary*

Inclusion of unspecified internal issues, as a factor used in the formulation of any alternative, the Finding of No Significant Impact (FONSI), or the Decision is contrary to NEPA requirements.

### *Response*

The term "internal issues and concerns" used in the TMP EA refers to the scoping process the BLM used in the initial planning stages of the TMP EA. The BLM began the planning process with internal agency scoping to help identify the preliminary planning issues and concerns anticipated for the TMP.  Internal scoping meetings were held with an interdisciplinary team of BLM staff to identify the preliminary planning issues and the methods, procedures, and data that

10

were used or collected for the preparation of the TMP EA. Internal scoping is routinely used to set the stage for external scoping, and it is not the sole source of issues, concerns or alternatives. Internal and external scoping are used to solicit internal and external input on the issues, effects and the potential alternatives that are to be addressed in the TMP EA.

All of the issues identified in the internal scoping process relevant to the TMP EA were disclosed to the public during the external scoping process. The issues and the management concerns from these scoping meetings are included in the TMP EA on page 13. The agency, public and individual scoping comments were placed into subject categories and summarized in the TMP EA in Appendix 5 (TMP EA, p. A13-A16). These categories were determined to be the issues and concerns to be addressed in the different alternatives.

The section titled Issues and Concerns (TMP EA, p. 13), describes the process used to determine the issues to be resolved or addressed in this EA. The process began with public and internal scoping meetings. The issues determined to be relevant for the scope of analysis in the document include Access and Transportation, Cultural and Historic Resource Management, Land Health and Threats, Reality Authorizations, Law Enforcement and Public Safety, Multiple Use Management, Noise, Recreation, Socioeconomics, Soils, Vegetation, Water Resources, and Wildlife. These issues and concerns were also included in the Draft RMPA (p. 11). This set of issues consists of, or contains, all concerns and issues identified by the public, the BLM and other agency personnel. All issues and concerns identified during development of this TMP EA were specifically and fully discussed and disclosed in the Draft and Final RMPA/EA for the Uncompahgre Field Office Dry Creek Travel Management Plan (TMP) published in December, 2008 and April, 2009, respectively, and in the Notice of Intent (March, 2007) prepared for this TMP EA.

## *Land Health Assessments (LHA)*

**Comment Number:** PP-CO-DryCreek-PR-09-0001-129
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
E1. We obtained a copy of the Roubideaux LHA and we regret to say that we did not find any factual report that indicated that existing routes are contributing to land health issues.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-133
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
We found roads mentioned once and trails never mentioned as possible causes of the problems.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-135
**Organization:** Colorado Off-Highway Vehicle

Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
E3. A reasonable person can look at BLM vegetation treatments of thirty acres, conducted in many sites across the area, and look at a one-foot wide motorcycle trail, and say (regardless of scientific experience) the vegetation treatments cause enormous habitat fragmentation --thus, we find those listed in the LHA far more frequently than roads or trails in the lists of causes for any noted "not up to standard" resources.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-136
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
E4. Next question, to what is the LHA comparing in order to claim declines? What baseline? The LHA provides a standard; but we do not know if the

11

BLM_0014839

resources are up to standard compared to ten years ago, or whether the standards are similar enough between assessments, over time, to produce comparable data.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-141
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
E8. Thus, the assertion on EA p. 10 that The LHA shows that existing routes are contributing to land health concerns is false. We may have missed it, but we did not find that claim in the LHA. The primary reference to roads and trails is a recommendation of more monitoring. It does not say that roads and trails are contributing to land health "concerns."

**Comment Number:** PP-CO-DryCreek-PR-09-0001-150
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
Further, the last column in Table 28 is in complete conflict with the LHA, which states on page 45 that

the great majority of sites evaluated at "relatively low erosion risk." Thus, BLM jumps from "low erosion risk" in the LHA to "land base loss" in an EA whose need (we think but are not sure) is to stop route proliferation by motor vehicles.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-154
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
However, in the LHA, BLM does not find any causal relationship between recreational motor access and the sites that do not meet the standards.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-51
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
However, in the LHA, BLM does not find any causal relationship between recreational motor access and the sites that do not meet the standards, nor does BLM identify a change over time indicating that lawful public access needs to be curtailed.

*Summary*

The Roubideau LHA does not indicate the baseline or trend in the indices monitored to conclude that existing travel routes are contributing to land health issues, and does not recognize vegetation treatment impacts to the land's health.

*Response*

The Roubideau and Escalante LHA documents are identified under the Purpose for the Action (TMP EA, p. 11) along with a note in parentheses stating the documents are available to the public at the Uncompahgre Field Office.

During the scoping period, comments were received regarding existing routes effecting LHAs. During the route-by-route analysis conducted by the BLM, modifications to the existing situation were made based on these comments relative to the issues identified and the DFCs. No one requested a copy of either of the LHAs during the scoping period. During the comment period only one request was made for a copy of the Roubideau LHA document. That request was made by James Cooper by phone on June 2, 2009. T he LHA was mailed directly to him on June 3, 2009. Mr. Cooper also on June 9, 2009 left a voicemail requesting a copy of the "Roubideau Landscape Health Assessment Causative Factor Determination" document, which was electronically mailed to him on June 12, 2009.

The Roubideau LHA contains a complete description of the baseline conditions of the health indices monitored. "Roubideau Landscape Health Assessment Causative Factor Determination"

12

further describes the causal factors for areas that exhibited health problems.  Trends for the health indicators are neither assessed in the LHA, nor in the causative factor attachment, because this health assessment was the first for this landscape unit.

The Causative Factor Determination describes (TMP EA, p. 3) land health problems associated with roads as follows:

"**Roads:**  Poor road placement, road maintenance, and weeds associated with road maintenance cause problems with soil and vegetation indicators.  These include causing high bare ground, runoff drainage problems, gullying, noxious weed infestation and exotic plant dominance. Roads were a contributing factor for 10,167 acres failing to meet either Standard and 26,863 acres meeting Standards 1 or 3 with problems. Standards 2, 4 and 5 were not evidently affected by roads.  The nearly completed road inventory for the area also showed a substantial mileage of the road segments are contributing to gullying which was not detected during the health assessment."

Land Health problems associated with off-road travel are also discussed in the Causative Factor Determination (TMP EA, p. 4) as follows:

"**OHV Use and other Dispersed Recreation:**  Off-road driving whether by motorcycle, ATV, or four wheel vehicle can cause problems with high bare soil, excessive runoff drainages, reduced understory cover, and exotic plants.  Together, this type of recreation contributed to 8,230 acres failing to meet Standard 1 or 3.  Another 11,534 acres had problems meeting Standards 1 and 3, in part because of OHV and dispersed recreation impacts. Standards 2, 4 and 5 were not obviously affected."

These determinations were made based on the following method outlined in the Roubideau LHA under step 9 (TMP EA, p. 40) as follows:

"**9**. Polygon rating (Meeting, Not Meeting, Meeting With Problems) was then entered into the geo-database, along with land health problems and causes.  Causes for polygons not meeting or meeting with problems for any standard were discussed by an ID team.  The team considered evidence which included observations made on the site of possible disturbances, grazing dates, actual use, records of past treatments, and proximity to roads and recreational or mining related disturbance."

Other causes for land health problems, including vegetation treatments, are also cited in the Causative Factor Determination. Page 1 of the TMP EA describes how these causal factors may overlap or interrelate:

"**CAUSATIVE FACTOR DETERMINATION**

Causative factors behind land health problems are addressed here for all standards taken together.  The reason behind this is that one cause may impact several indicators and health standards at once.  In addition, most of the land health problems observed in the landscape unit are not clearly linked to one causative factor, nor are they always related to a cause that is

BLM_0014841

presently occurring.  Often, causes were indirectly suggested, using the condition of indicators as evidence.  In many areas, problems are occurring as a result of several causative factors which overlap spatially.  As a result, acreage figures reported below may overlap for various causes."

## *User Conflicts*

**Comment Number:** PP-CO-DryCreek-PR-09-0001-112
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
C16. We will say it again: How this conflict is manifested is not disclosed. The reason it is not disclosed is because it is impossible: "User conflict," as a social issue, is ephemeral, its occurrence is often hearsay, and there is rarely anything but anecdotal evidence. But most important of all, there are no standards by which public land visitors can reliably adjust their behavior such that the BLM does not construe more, or less, "user conflict."

**Comment Number:** PP-CO-DryCreek-PR-09-0001-97
**Organization:** Colorado Off-Highway Vehicle

Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
C2. BLM declines to identify the circumstances of the above noted "conflict." BLM declines to report whether property damage occurred. BLM declines to report whether personal injury occurred. BLM declines to report even what was reported "verbally" other than "user conflicts have been observed..."

**Comment Number:** PP-CO-DryCreek-PR-09-0001-98
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
C2. BLM declines to define--even vaguely--what it means by user conflict.

### Summary

The TMP EA declines to define user conflicts, and identify the procedural method and data collected to imply user conflict occurrence

### Response

The Uncompahgre Field Office does not monitor user conflicts on a day-to-day basis; however users of the National System of Public Lands and private landowners have expressed verbal concerns.  Additionally, written public input received during scoping periods identified user conflicts.  The following excerpted information was received by the BLM during initial scoping.

"Our main concern with the Sub-region D is the fact that there are two in holdings of private property, both belonging to my family.  They are the only, two complete in-holdings, in sub-region D.  In 1995, I wrote a letter of proposal to the BLM proposing to trade the lower piece of ground for land that would connect the private ground to the SW where the majority of private ground in that area lays as even in 1995, there was constant conflict with recreation.  We would still be interested in either trading or selling that piece, for public use.  Twenty-one years ago I closed all the roads going to that piece of ground, and I appreciate the fact that the BLM has those roads marked as closed on all 4 alternatives, but that does not stop the constant trespassing by ATV's.  I believe any alternative except alternative one would demand more consideration of the deeded in-holdings in the area."

"I am glad to see that BLM is taking the initiative to help protect our public lands for ourselves. I would like to ask that in your planning you may consider separate areas available to

14

BLM_0014842

mechanized, equestrian and hiking modes of travel. Many of us enjoy the public lands for the quiet peacefulness they provide. Often, horses and engines don't mix well and many people don't appreciate that a panicked horse can literally prove to be fatal."

"However, I have personally witnessed many instances where motorized recreation caused serious resource damage or user conflicts."

"On January 3, 2008 Members of COPMOBA and Motorcycle Trail Riding Association met to discuss the Dry Creek TMP Draft Alternatives. Both groups agreed that most single track trails should remain open to multi-use, including motorcycles, but no larger vehicles. The two groups also agreed that the following single track trails should remain open to non-motorized use only." "This is the most prized single-track motorized, and needs to remain as such."

"We Equestrians are grateful for the opportunity to respond to your request for input. This is a large area. I believe all multiple use is possible with careful planning. The "Motor users" will feel restricted I am sure from what they are presently doing; but right now. They are destroying the whole area. I have not personally had any bad experiences with motor traffic, but I would suggest "Motorcycle Riders." Need their own areas since they prefer difficult challenges and they come up very fast on horses. People with backpacks on and those on mountain bikes scare the horses the most especially when in close quarters and difficult areas on trails."

The written comments received and a summary of the comments received are available at the Uncompahgre Field Office. Because of the volume of the information received, this information was not reproduced in the planning documents. User conflicts can be social or physical concerns. These issues were considered when developing the DFCs s for the planning area. One of the DFCs discussed on page A-5 in Appendix 3 of the TMP EA, Sub-Region General Settings and Desired Future Conditions, is Enhance Motorized and Non-Motorized Recreation, which discusses social and physical aspects of non-motorized and motorized recreation:

"These tools will enable recreationists to choose where to go and what to do based on route designations. Management of the area will sustain the undeveloped character of the Dry Creek area's wide-open spaces for diverse, dispersed recreation use and enjoyment – protecting and rehabilitating the distinctive and productive capacity of its biophysical resources."

User conflicts can occur when travel occurs in the same location at the same time, or when an existing route becomes intensively used for a variety of activities. During the route-by-routes analysis, the BLM considered the variety of activities, uses, safety, terrain, and location in conjunction with other natural resources and sought to eliminate perceived and real conflicts. As the BLM conducted its route-by-route analysis during the finalization of alternatives prior to publication of the Draft RMPA, all individual scoping comments were considered. The DFCs were discussed and considered in determining the disposition of each existing or proposed route in each alternative. The BLM recorded information during the route-by-route analysis to document how that input was considered and used.

15

BLM_0014843

## Natural Values

**Comment Number:** PP-CO-DryCreek-PR-09-0001-20
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
The goal of improving natural values has no agreed-upon standards. "Natural Values" means different things to different people. We have no way of knowing which or whose values will be applied.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-21
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
Decisions based on "natural values" can too easily be construed as arbitrary. Further, the statement in paragraph 4 implies that "natural values" are at risk, which has not been confirmed by this analysis.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-25
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
We find that the statement to "Improve natural values" appears nowhere in the Act.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-33
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
What we have learned is that a close reading of FLPMA shows that the BLM is not directed to improve natural values---not even in special areas of environmental concern.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-34
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
A3. Furthermore, none of these words or phrases is all-inclusive; that is, they only apply to various resources in varying degrees, and in some cases, the application is quite narrow. And, even in special areas of concern, such as Wilderness or the Fossil

Forest or ACEC's, we still do not see the instruction to "improve natural values."

**Comment Number:** PP-CO-DryCreek-PR-09-0001-36
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
Page A-5 and A-6 list four DFC's, and one of them is: "IMPROVE NATURAL VALUES – Some areas would be managed to achieve higher standards than others, as they are special landscapes and possess unique values that require these higher standards." A5. The trouble with this statement is, when there is no statutory authority for an action or goal, the agency cannot do it regardless if it is raised during the planning process.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-40
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
A7. Further, the BLM response appears to have no connection to our request to remove "improving natural values" as a goal of this document. Our contention in this matter is supported by Title 40 CFR,

**Comment Number:** PP-CO-DryCreek-PR-09-0001-43
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
A8. For example, the preservation of natural values is not reflected in the VRM classification, (with the exception of the WSA) or in the other recreation activities and BLM actions in the planning area.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-44
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
For example, natural values are not consistent with vegetation type conversions, firewood cutting, livestock grazing, high tension power lines, agricultural water developments, decorative rock collection permits, and commercial mineral extraction.

16

BLM_0014844

**Comment Number:** PP-CO-DryCreek-PR-09-0001-46
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
A9. Therefore, we protest the inclusion of the goal of improving natural values. Specifically, we protest the differing "values" assigned due to a perceived higher or lower quality of land, for the purpose of excluding or severely limiting lawful activities, or for the purpose of causing a presently lawful activity to become unlawful.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-61
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**

A22. Throughout all of this, the tables, the formulas, the charts, and so forth, BLM still declines to say what natural value is so in need of improvement that the trespass must be done, and all of these routes--the ones next to the water, and the ones high on the dry mesa tops, and the ones that aren't in very good habitat for the deer and elk calving, must be closed.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-64
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
If one of the goals of this TMP is to "improve natural values," then improving livestock forage conditions appears to be completely inappropriate. Many acres of native vegetation must be destroyed for livestock forage to thrive.

### Summary

"Improve Natural Values" is not a statutory requirement of Federal Land Policy Management Act (FLPMA), and so the inclusion of the phrase in this TMP EA implies the application of an undisclosed higher management standard inconsistent with vegetation type conversions, firewood cutting, livestock grazing, high tension power lines, agricultural water developments, decorative rock collection permits, and commercial mineral extraction.

### Response

The concepts of Natural Values, Natural Conditions, and Natural Resources occur many times in the FLPMA. Here are some examples

"Sec. 102. [43 U.S.C. 1701] (a):  The Congress declares that it is the policy of the United States that – (8) the public lands be managed in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition; that will provide food and habitat for fish and wildlife and domestic animals; and that will provide for outdoor recreation and human occupancy and use."

"Sec. 103. [43 U.S.C. 1702] Without altering in any way the meaning of the following terms as used in any other statute, whether or not such statute is referred to in, or amended by, this Act, as used in this Act – (c) The term "multiple use" means the management of the public lands and their various resource values so that they are utilized in the combination that will best meet the present and future needs of the American people; making the most judicious use of the land for some or all of these resources or related services over areas large enough to provide sufficient latitude for periodic adjustments in use to conform to changing needs and conditions; the use of some land for less than all of the resources; a combination of balanced and diverse resource uses that takes into account the long-term needs of future generations for renewable and non-renewable resources, including, but not limited to, recreation, range, timber, minerals, watershed,

BLM_0014845

wildlife and fish, and natural scenic, scientific and historical values; and harmonious and coordinated management of the various resources without permanent impairment of the productivity of the land and the quality of the environment with consideration being given to the relative values of the resources and not necessarily to the combination of uses that will give the greatest economic return or the greatest unit output."

"Sec. 302 (2)(d)(2) Use of public lands pursuant to a general authorization under this subsection shall be limited to areas where such use would not be inconsistent with the plans prepared pursuant to section 202. Each such use shall be subject to a requirement that the using department shall be responsible for any necessary cleanup and decontamination of the lands used, and to such other terms and conditions (including but not limited to restrictions on use of off-road or all-terrain vehicles) as the Secretary of the Interior may require to –

(A) minimize adverse impacts on the natural, environmental, scientific, cultural, and other resources and values (including fish and wildlife habitat) of the public lands involved; and

(B) minimize the period and method of such use and the interference with or restrictions on other uses of the public lands involved."

The reference in Sec. 103(c) of FLPMA clearly mandates the BLM to consider natural, environmental, scientific, cultural, and other resources and values as the agency manages public lands, and sometimes not necessarily in a manner that will give the greatest economic return or the greatest unit output.

Managing for natural values would be consistent with all forms of multiple-use management, including vegetation type conversions, firewood cutting, livestock grazing, high tension power lines, agricultural water developments, decorative rock collection permits, commercial mineral extraction, and many other uses, such as solar energy applications. Some examples that show how natural values would be managed under the TMP EA include:  Description of the Alternatives Management Common to Alternatives 2 (Proposed) Action, 3, and 4, Design Features,(TMP EA, p. 21) (concerning  soils, visual resources, wetlands, and riparian areas); Affected Environment / Environmental Consequences, Wilderness, (TMP EA, pp. 128 and 129) (naturalness and supplemental values identified as wilderness values for the area); Affected Environment / Environmental Consequences, Wilderness, Environmental Consequences, Impacts from Alternative 2, (TMP EA, pp. 128 and 129); Affected Environment / Environmental Consequences Wetlands and Riparian Zones, Impacts from Alternative 2, (TMP EA, pp. 120-123) (discusses impacts that would occur to wetlands and riparian areas, a natural  resource).

Recreation guidelines and Visual Resource Management guidelines provide direction for considering natural values as multiple-use management occurs on the public lands.

## *Fish, Wildlife, Plants, Special Status Species*

| | |
|---|---|
| **Comment Number:** PP-CO-DryCreek-PR-09-0001-205 | **Protester:** Glenn Graham, Don Riggle |
| **Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance | **Protester Type:** Organization |
| | **Issue Excerpt Text:** |
| | BLM assumes that any reduction in routes, or |

18

reduction in class of use (i.e., from motorized to non-motorized) would in general improve wildlife habitats.

*Summary*

The BLM assumes that any reduction in routes or reduction in class of use (e.g., from motorized to non-motorized) would in general improve wildlife habitats.

*Response*

The statement is correct. The BLM assumed that any reduction in routes or reduction in class of use would in general improve wildlife habitat. The rationale for this assumption, which is found in currently accepted literature, was described in the Threatened, Endangered, and Sensitive Species (pp. 88-90); Migratory Birds (p. 75); Aquatic Wildlife (pp. 151-152); Terrestrial Wildlife (p. 157) sections of the TMP EA. A summary of relative effects is described in Table 5 of the TMP EA (pp. 39, 40, 44, and 45). The key point in this analysis is that "Networks of routes fragment habitat, reduce patch size, and increase the ratio of edge to interior. This may have serious consequences for sensitive species, predator-prey relationships, and overall population dynamics." (TMP EA, p. 88).

Alternatives were developed considering the existing OHV designations and present resource conditions, effects to sensitive resources, public input, existing and future recreational uses, route density, route condition, and the need for administrative access. In addition, the BLM conducted extensive agency coordination and public involvement to ensure that relevant resources are considered in the analysis. The effects assessment made use of the best available data on environmental and wildlife habitat conditions.

The NEPA does not require quantitative analysis of effects. The BLM may use existing environmental analyses to determine effects associated with a proposed action. This builds on work that has already been done and helps to document the analytical and decision making process. Qualitative analysis methods based on a team of resource experts are equally valid as long as the agency has taken the "hard look" at the issues and potential effects. Typical methods for estimating environmental effects based on land use change include purely qualitative descriptions of the location and magnitude of potential effects, impact calculations based on simple assumptions about recreation use, employment growth, and trend analyses of future effects based on the historical relationship between land use change and environmental effects.

Environmental effects that alter the function of natural systems that are separated from the project location by time and distance must also be considered. This type of indirect effect is associated with encroachment. Since it is difficult to measure the effects to numerous wildlife, fish and plant populations and because their habitat distributions are not all well understood, the BLM evaluated the relationship between the reduction in routes, or in the class of use (from motorized to non-motorized) and the potential effect on habitat function (TMP EA, pp. 88-89). The effects of reducing encroachment will decrease the fragmentation of habitat and disturbance of species, benefiting a number of wildlife, fish and rare plant species, including migratory birds. By decreasing habitat fragmentation and disturbance effects in the area, it is assumed that the existing habitat quality would generally increase. These effects will protect and enhance the riparian areas and increase the diversity of vegetative communities, which the BLM identified as

19

important in the TMP EA.

The BLM evaluated all reasonable alternatives in the TMP EA. The impacts associated with cross-country OHV use in each alternative are described in the Environmental Consequences subsection, beginning on page 35 of the TMP EA. The No Action Alternative proposes no changes in existing routes or OHV designations. Alternatives 2, 3 and 4 change the existing OHV designations by limiting travel to designated routes. The effects from the current baseline situation are considered in the cumulative effects analysis. The analysis determines how the TMP EA affects outcomes for wildlife habitat.

## *Recreation, Visitor Services*

**Comment Number:** PP-CO-DryCreek-PR-09-0001-172
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
F11. No monitoring data is included in the EA. The only reference to visitor numbers is an estimate of a single year. No trend data is presented to substantiate the leap from The BLM has thus concluded that current growing populations will engage in more OHV use, dispersed recreation, and more user created routes would potentially occur to, the most complex, most expensive, and most difficult to enforce regulatory scheme available.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-74
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
Because BLM persists in its failure to acknowledge the effects that the climate will have on the type of recreation that predominates in the planning area.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-75
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
BLM evades by: taking issue with calling the planning area a "desert;" adding data from two weather stations far outside the study area, at substantially higher elevations (Potter Basin and Columbine Pass, see EA page A-27); constructing a chart showing that some areas of the planning area apparently receive as much as 25 to 30 inches of rainfall, but the line on the chart goes to that amount only because of the two added weather stations more than a thousand feet higher than the highest part of the planning area.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-78
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
B4. The point of our comment was simple: we expected BLM to include in its analysis the effects that the climate has on what recreation activities are likely to occur within the planning area.

*Summary*

The TMP EA does not identify visitor numbers, temperature, precipitation, monitoring data or recreation trends relative to increased OHV use, dispersed recreation, and more user created routes.

*Response*

The BLM used the most current visitor use data available (TMP EA, pp. 185-187). This data is reliable and represents the best available data for the analysis. The data is not a definitive snapshot of recreation use within the Dry Creek planning area but is a data source to be considered with other data when projecting trends in recreation and visitor use. The question also exists whether to use qualitative or quantitative methods when conducting an indirect effects

20

BLM_0014848

analysis.  The use of a panel of resource experts to assist in qualitative analyses is acceptable for identifying indirect effects and defining probable future actions.  This method has been used to supplement quantitative analyses, particularly in situations where there is not an established recreational travel demand model.

The protestors assert that the BLM did not take a look at weather factors related to potential recreation activities in the TMP EA.  There is no technical basis or standard accepted protocols for evaluating recreation activities conducted under this EA or making changes to alternatives considered based on temperature or precipitation.  The existing analysis remains valid because (1) it is not possible at this time to link specific weather conditions to specific effects on recreation or the environment (e.g., change in temperature or ambient atmospheric concentration), (2) the TMP EA addresses  recreational use issues adequately, given the information available at the time such analyses were conducted, and (3) the information on weather conditions cited in the protest does not meet the criteria for new or significant information, nor does it change the context or intensity of the effects analyzed in this decision.

## *Socio-economic Interests*

**Comment Number:** PP-CO-DryCreek-PR-09-0001-145
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
E11. In soils and hydrology, we find no scale of effects by which to analyze the potential effects, when weighed against the social or economic costs of the proposed action or any of the alternatives, including doing nothing.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-183
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle

**Issue Excerpt Text:**
H1. Yet Table 5 on page 36 in the row titled Impacts on Transportation and Access makes only general statements about the impacts to land health but makes no comparison about the social, economic or access issues.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-9
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
5. The Benefits of the various alternatives to the public in terms of social and economic impacts have not been included in the evaluation of the cumulative effects nor in the individual, direct impacts.

### *Summary*

The social or economic costs and benefits of the alternatives are not analyzed with respect to soil, hydrology, land health, and access.

### *Response*

Healthy public lands and the uses of those lands contribute to the health and economic well-being of Colorado communities.  Healthy public lands and healthy human communities are interrelated; therefore, social, economic, and environmental considerations must be properly balanced.  An important goal of this analysis is to inform decision makers of the social and economic conditions evident in the planning area.

For the TMP EA, the goals were written in the form of Desired Future Conditions (DFCs), which are brief statements that describe the physical, biological, social and management conditions that

21

BLM_0014849

are expected to be achieved when the TMP has been implemented.  The purpose of DFCs is to define the kinds and amounts of activities or uses (social component) that a given land area can sustain while maintaining the area's health (physical and biological components) and complying with any special management requirements (management component) that may apply in the area.

We acknowledge that there is a range of methods that may be used to predict future social and economic effects as well as the well-being of local and regional community uses of the National System of Public Lands.  Often this type of analysis differs from other analyses because it considers the perception of social effects and well-being.  Social meaning and significance of objective changes that are produced by cumulative actions may vary from different perspectives of affected socio economic groups.  The weighing of the cost and benefits of the various alternatives need not be evaluated using quantitative measures.  Social effects are less quantifiable and are determined through a qualitative assessment of potential changes to the existing conditions as a result of actions specific to the various alternatives.  Social and economic well-being may affect tastes, preferences, and demand for recreational opportunities.

We chose to use qualitative measures for population characteristics, political and social resources and community and institutional organizations and potential change in business activities as the basis for our analysis.  The relationship between the lifestyles, attitudes, beliefs, and values of constituents has many components.  Effects vary by communities of interest according to their uses of the Dry Creek area.   Recreational and environmental interest groups are becoming increasingly involved in the land management process which is depicted by the array of comments received throughout the process.  Their lifestyles, attitudes, beliefs, and values also depend on the use and management of natural resources.  With such a variety of communities of interest, the TMP EA influences livelihoods in many ways.  Balancing the interests of each group is an issue that must be taken into account during the travel management process.

The TMP EA is an extensive route system and identifies travel management support facilities for most forms of travel (see Appendix 6 in TMP EA and supporting maps).  The TMP is a transportation system on public lands for managing and supporting all modes of travel.  Consideration was given to the uses of the routes which include socioeconomic access to public lands and resources for multiple uses while protecting sensitive natural and cultural resources.  These socioeconomic related uses include but are not limited to:  recreation, fuel wood gathering, hunting, mineral activities, and the BLM and other authorized administrative and program management, such as weed control, livestock grazing management, wildlife habitat management, rights-of-way maintenance and operation.

The planning area is largely dominated by natural-resource-based activities that support a rural lifestyle.  A rural lifestyle is one that relies on agricultural opportunities and outdoor recreation supported by natural resources to maintain a sense of self-sufficiency and self-worth.  The BLM expects Alternative 2 to improve recreation overall, which would have a positive effect on the social component of recreation and travel.  Recreation visitors generate important economic stimulus for many businesses, which effects employment and income levels (TMP EA, pp. 185-191 and 192-195).

22

Travel management decisions, as they pertain to recreation, may affect the condition and relative importance of tourism and recreation-based sectors in the local economy. The natural resources sector (including grazing, wood products and processing, mining, and agriculture) makes up a small percent of total employment in the area (TMP EA, p 193). Thus, natural resource-based industries are not a major contributor to employment in the local communities; however, that sector could be of greater importance to individual communities within the region.

This alternative would also potentially have positive influences on the ranching community who use the area as part of their viable economic base of operation. Our understanding of the complex inter-relationships among economic, sociological, and ecological components of the rangeland system is improving. We discuss the direct economic benefits to the ranching community on page 183 who use the area for economic sustenance, the public in the recreation section on page 187 and economics section on page 194 of the TMP EA, which address the economic contribution of OHV use in Colorado. These semi-primitive areas provide direct and substantial economic benefits to local communities because of their importance and array of activities for recreational tourism. Several sub-regions specifically provide local economic benefits related to motorized recreation. Big game hunting also provides economic benefits to local businesses and communities. It would enhance activities for commercial outfitters because new routes would be planned, designed, designated and developed over time. It would benefit commercial big game (elk and deer) outfitters by somewhat reducing human contact with these species and potentially increase success in tracking and hunting.

The benefits of the various alternatives to the public in terms of social and economic effects have been included in the evaluation of the cumulative effects to that component (TMP EA, p. 197):

"Cumulative Effects

Population growth and residential development of surrounding private lands, along with other resource impacting trends, will occur throughout the greater region that will result in increased amounts of recreational usage on public lands therefore increasing the potential for increasing economic benefits. Activities on public lands in the travel planning area that could also potentially impact (positively or negatively) socio-economic and require possible mitigation include, Forest Service planning and projects, Uncompahgre Plateau Project activities, local land use planning, soil research, BLM Uncompahgre Field Office Resource Management Plan revision, continued population growth, vegetation treatments, county road upgrades, special recreation permits and activities, utility rights of way and corridors, fuels reduction projects, and utility corridor maintenance and upgrades. The cumulative effects to socio-economic from these activities in addition to action alternatives that would be measurable would not likely occur as a result of implementation of any alternative."

The BLM is required to address the socio-economic component while preparing a resource management plan or plan amendment according to Appendix D: Social Science Considerations in Land Use Planning Decisions, in BLM's Land Use Planning Handbook (H-1601-1). The scope of analysis required for this component in an EA prepared for a land-use-plan amendment is explained in Appendix D (H-1601.1, p. 3):

BLM_0014851

"In the Environmental Consequences section of the EIS, characterize impacts to existing conditions and trends from each of the alternatives under consideration, including the no action alternative, relative to the baseline assessment. Impacts include direct, indirect, and cumulative effects for all resources that make up the human environment.  In particular, impact analyses should:

   a) Analyze the positive and negative economic effects of each alternative developed within the Resource Management Plan on those communities and groups;
   b)  analyze the positive and negative social effects of each alternative developed within the Resource Management Plan on those communities and groups; and
   c)  in fulfillment of Environmental Justice requirements, identify any disproportionate negative effect on low-income or minority populations associated with one or more proposed alternatives (see Appendix D, Section IV)."

To expand that analysis to soil, hydrology, land health, and access is beyond the scope of the analysis required and performed in the TMP EA.

## Soil

**Comment Number:** PP-CO-DryCreek-PR-09-0001-148
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
E14. The description on EA page 130 and 131 and A46 of the factors "traditionally" used build the erosion models omit one element that is in every model's formula. It is also the single most important equation factor in every erosion model. It is called R. R stands for rain, or precipitation.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-57
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle

**Issue Excerpt Text:**
Perhaps it is rainfall, eroding the road and trail surfaces?  On page EA 130 and 131, we find the method BLM uses to estimate erosion rate and potential.  The method is a model, as no one has ever actually physically measured the real-time erosion rates in this planning area.  Models are an accepted scientific method for estimating.  However, on page 130 and 131 the description of the factors "traditionally" used build the erosion models omit one element that is in every model's formula. It is also the single most important equation factor in every erosion model.  It is called R. R stands for rain, or precipitation.  No erosion model can estimate soil movement--potential or otherwise-- without an R in the formula.

### Summary

Factors traditionally used build the erosion models omit "R," which stands for rain or precipitation and is used to estimate erosion potential.

### Response

The "R" factor used in soil erosion models reflects the kinetic energy of falling rain on the subject area.  The average "R" factor for both Montrose and Delta Counties (travel plan area is mostly in Montrose County), used by the State of Colorado for storm water permitting, is 10. The "R" factor is an important and required input parameter for erosion models that quantify erosion rates (usually in tons per acre), such as the Universal Soil Loss Equation (USLE), and the Water Erosion Prediction Project (WEPP).

24

The model used in the TMP EA does not attempt to predict rates of erosion.  The model does use both topographic slope and physical soil properties to evaluate the potential for erosion expressed as a dimensionless fraction between 0.01 (little potential for erosion) and 1 (greatest potential for erosion).  The erosion potential categories in the TMP EA (slight, moderate, and severe) are determined from even divisions of this decimal fraction. Since this model is designed to assess the hazard or risk of soil loss from un-surfaced roads and trails, the ratings are further defined as follows:

- Slight – little or no erosion likely,
- Moderate – some erosion likely, occasional road/trail maintenance may be needed, and
- Severe – significant erosion can be expected, roads/trails require frequent maintenance.

The footnotes attached to Table 28 (TMP EA, p. A-47) detail the erosion hazard criteria for the model used and states: "high "R" factors (e.g., > 200), snowmelts influences during spring thaw and other factors may require changes to slope values in the table or adjustments of ratings to one or more class".

This statement implies that where "R" factors are less than 200, which the travel plan area is, the model used in the TMP EA is appropriate to estimate the potential erosion hazard as stated above.  Additionally, this soil erosion hazard model is promoted for use by the U.S. Forest Service in planning efforts, and by the U.S. Department of Agriculture, Natural Resources Conservation Service.

## Travel Management

**Comment Number:** PP-CO-DryCreek-PR-09-0001-47
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
A10. Refer to Appendix 3; page A-5, Sub-Region A. We object to excluding general public access outside the WSA by closing existing motor routes because BLM perceives the land as "higher quality". It is unlawful, and it is particularly of concern in the absence of any analysis that shows at least an identifiable connection between declines of a resource and the public access.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-48
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
A11. At this point in the process, the BLM has not identified any measured declines.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-54
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
A18. So: the question remains. The rationale for closing all of these routes listed, and many, many more (in Sub-region A), is still unsubstantiated. BLM even goes so far as to close routes it cannot itself lawfully get to (1022, 1023 for example). BLM provides no rationale for those closures; in fact, it is difficult to imagine how BLM intends to enforce these closures.

**Comment Number:** PP-CO-DryCreek-PR-09-0001-69
**Organization:** Colorado Off-Highway Vehicle Coalition Trails Preservation Alliance
**Protester:** Glenn Graham, Don Riggle
**Issue Excerpt Text:**
However, BLM has failed to establish that there is any difference in effects between a cow trail and single-track motorcycle trail.

25

*Summary*

The TMP EA lacks rationale for closing routes such as distinguishing the difference between a cow trail and a single-track motorcycle trail; closing access to areas outside WSAs, listed in Sub-region A; and closing routes it cannot lawfully access.

*Response*

In preparing for this TMP, one of the first tasks conducted was an inventory of the existing routes so the BLM could determine a baseline of routes and types.  This inventory was used in formulating alternatives.  Please refer to page 51 of the TMP EA for an additional discussion about the route inventory.  As the BLM conducted its route-by-route analysis during the finalization of alternatives prior to publication of the Draft RMPA, all individual scoping comments were considered.  Please see page 13 of the TMP EA for a discussion of the scoping process. During the scoping process, the BLM asked the public to submit additional information regarding existing routes that might have been missed during the inventory process.  Several respondents submitted new information and those routes were considered.

The DFCs were instrumental in determining how each existing or proposed route would best fit each alternative being considered.  Please see the discussion concerning DFCs in the response to the issue about Purpose and Need section above.  In some alternatives, various individual routes were proposed for closure.; the rationale for closing, not closing , and selecting the uses permitted on specific routes was discussed and considered  during route-by-route analysis and, especially, during the analysis of environmental effects of each alternative.  The BLM recorded information during the route-by-route analysis to document how that input was considered and used.

The Affected Environment/Environmental Consequences section of the TMP EA provides the analysis of the environmental consequences that would be expected to occur by implementing the alternatives analyzed (TMP EA, p.35).  This serves as a basis for the BLM's rationale.  During the analysis of these alternatives, all trail types were considered, including those established by domestic livestock and wildlife.  A comparison of effects between alternatives shows that closing certain routes would result in improved land health conditions.  Routes that are proposed to be closed are located where resource impacts are occurring.  For example, effects to Threatened, Endangered, and Sensitive Species that would be anticipated to occur from implementing Alternatives 1 and 2 are discussed (TMP EA, pp. 88-95):

"**Impacts from Alternative 1**

Existing routes and management would continue along with existing levels of associated resource disturbance and habitat fragmentation.  New user-created routes would continue to potentially further impact habitat and/or the species in Table 13 relative to habitat fragmentation, patch size, edge to interior ratio, barriers to movement, facilitation of invasions of non-native and/or opportunistic species, mortality rates, noise and other disturbance factors. Routes would continue to cross perennial streams at 84 stream crossings (See Water Quality section for potential effects to sediment loads).

26

BLM_0014854

In addition, increased travel routes may improve predator efficiency or increased opportunistic predation. This could lead to potential increased indirect mortality or increased competition for the same prey resources.

*Federally Listed Species:*

 Motorized and non-motorized uses would continue on public lands, on routes and cross-country, that cut through Federally listed Uinta Basin hookless cactus (52.6 existing miles), Canada lynx (1.26 existing miles), and yellow-billed cuckoo (97 existing miles) habitat.

*Sensitive Species:*

The current motorized and non-motorized activity would also affect peregrine falcon known (4 miles of existing, affecting routes) and potential cliff habitat (8.6 miles of existing, affecting routes), Gunnison sage grouse (2.9 existing miles in potential habitat), and cutthroat trout (698.9 existing miles of affecting routes) habitat (Table 13). Existing routes would continue to affect native fish habitat in perennial streams at 84 crossings and amphibian habitat in perennial and intermittent streams at 881 crossings. See Water Quality section for potential effects to sediment loads.

Existing motorized and non-motorized routes would continue to cross or traverse San Rafael milkvetch (589.3 existing miles), Grand Junction milkvetch/Eastwood monkey flower (109.5 existing miles), and Rocky Mountain thistle/Montrose bladderpod/Colorado desert parsley (698.9 existing miles) habitat.

**Impacts from Alternative 2**

Existing levels of disturbance and habitat fragmentation would be reduced in varying degrees, because of the large reductions in miles of existing routes through listed and sensitive species habitat that would be designated and available for motorized and non-motorized travel. By reducing overall motorized and non-motorized route mileages, limiting use to designated routes, and changing permitted uses on some routes to non-motorized travel only, effects from habitat fragmentation, patch size, edge to interior ratio, barriers to movement, facilitation of invasions of non-native and/or opportunistic species, mortality rates, noise and other disturbance factors would reduce impacts to wildlife, fish and plants (Table 13).

*Federally Listed Species:*

New routes would not be established or constructed through habitat for federally listed species. Implementing the travel management plan in this alternative would have no adverse effect on the Threatened Uinta hookless cactus, or Canada lynx, and would not contribute toward the need to list the Candidate yellow-billed cuckoo. Reducing the number of existing motorized and non-motorized routes by a total of approximately 80 miles or an average of 47%, through habitat for these three listed species would result in a large reduction in potential impacts from OHV activities.

27

Compared to Alternative 1 – No Acton, Alternative 2 would result in large reductions in the number of miles of existing routes that pass through Uinta Basin hookless cactus (-39% or 20.7 fewer miles), Canada lynx LAU (-1%, or 0.01 fewer miles), and yellow-billed cuckoo (-33% or 32.3 fewer miles) habitat (Table 13). Considering only the number of miles of motorized routes that would be designated in this alternative, there would be even larger reductions in the number of miles of existing routes that would be available for travel through Uinta Basin hookless cactus (-45%, 23.6 fewer miles), Canada lynx LAU (-26%, 0.33 fewer miles), and yellow-billed cuckoo (-43%, 42.2 fewer miles) habitat.

*Sensitive Species:*

Alternative 2 would generally have a beneficial impact on BLM Sensitive species. There may still be impacts to individual BLM Sensitive species, but implementing this alternative would not likely result in a trend toward federal listing or loss of viability, or would not greatly or adversely impact the continued existence of a BLM Sensitive species.

Compared to Alternative 1 – No Acton, Alternative 2 would result in reductions in the number of miles of existing routes that pass through peregrine falcon known (-30%, or 1.2 fewer miles) and potential (-16%, or 1.4 fewer miles) habitat, Gunnison sage grouse (-25%, or 0.7 fewer miles), Cutthroat trout (-40%, or 280.2 fewer miles), and amphibian (-52%, or 461 fewer stream crossings) habitat (Table 13). This alternative would result in slight increases in the number of stream crossings in native fish habitat, compared to Alternative 1 (+4%, or 3 more stream crossings); however when considering stream crossings along motorized routes only, there would be a large decrease in the number of crossings (-58%, or 14 fewer crossings) from Alternative 1 to Alternative 2 (See Water Quality section for potential effects to sediment loads).

Compared to Alternative 1 – No Acton, Alternative 2 would result in reductions in the number of miles of existing routes that pass through San Rafael milkvetch (-41%, or 243.1 fewer miles), Grand Junction milkvetch/Eastwood monkey flower (-34%, or 36.9 fewer miles), and Rocky Mountain thistle/Montrose bladderpod/Colorado desert parsley (-40%, or 280.2 fewer miles) habitat from Alternative 1. In this alternative, there would be even larger reductions in the number of existing miles of motorized routes that would be available and designated and that would pass through San Rafael milkvetch (-47%, or 278.2 fewer miles), Grand Junction milkvetch/Eastwood monkey flower (-58%, or 49.3 fewer miles) and Rocky Mountain thistle/Montrose bladderpod/Colorado desert parsley (-49%, or 327.4 fewer miles) habitat types."

The BLM has proposed closing several miles of existing routes that enter onto public lands from private lands and are not connected to other existing routes(routes 1022, 1023, 568, and 786). These routes are proposed to be closed to discourage trespass onto private lands. If no vehicular access exists from public lands to these routes, BLM personnel would contact the landowners for permission to cross their land or hike on public lands to the closed routes to post signs or install barriers as needed.

BLM_0014856



**United States Department of the Interior**
BUREAU OF LAND MANAGEMENT
Uncompahgre Field Office
2465 S. Townsend Avenue
Montrose, Colorado  81401
www.blm.gov



IN REPLY REFER TO:
8340(CO-S05)

May 11, 2009

Dear Dry Creek Planning Participant:

The BLM Uncompahgre Field Office (UFO) has completed the Dry Creek Travel Management Plan Environmental Assessment (DCTMP-EA).  This document reports analysis of impacts of Off-Highway Vehicle (OHV) area, road, and trail designations on public lands in Montrose and Delta Counties, Colorado.

This is the BLM's next step in the decision making process for revising travel management in this particular portion of the BLM's Uncompahgre Field Office Resource Management Area.  In this step the UFO is proposing to amend the Uncompahgre Basin Resource Management Plan (RMP).  The proposed RMP amendment will:

- Change existing OHV designations on Public Lands categorized as "Open" and "Limited" to "Limited to designated routes" yearlong or with seasonal restrictions.

An EA was prepared by the UFO that addressed limiting all motorized use (including snowmobiles) and mechanical devices not powered by a motor to designated routes.  The EA was distributed for a 30-day comment period that ended January 14, 2009.  Comments on the Draft RMP amendment received from the public were considered and incorporated as appropriate into the proposed plan.  Public comments resulted in the addition of clarifying text, but did not significantly change proposed land use plan decisions.  The EA can be seen and downloaded at http://www.blm.gov/co/st/en/fo/ufo.html.  Paper and CD copies of the EA are available upon request.  Please contact the Uncompahgre Field Office, 2505 South Townsend Ave., Montrose, CO, phone (970)240-5300, or by email at cotmpufo@blm.gov.

A 30-day period in which to protest the BLM proposed plan amendments will end on June 12, 2009.  There is no provision for a protest time extension.  Following the 30-day protest period, there will be a 30-day appeal period where the public can appeal route by route decisions.

**Protest Procedures**
The BLM planning regulations (43 CFR 1610.5-2) state that "any person who participated in the planning process and has an interest which is or may be adversely affected by the approval or amendment of a resource management plan" may protest the BLM's proposed amendments to the RMP.  A protest may raise only those issues which were submitted for the record during the planning process.  A person who meets the conditions and files a protest must file the protest by June 12, 2009.  Copies of the EA are available for public inspection at the BLM Uncompahgre Field Office, 2505 S. Townsend Ave., Montrose, CO; and the Montrose and Delta Public Libraries.  Instructions for filing a protest with the Director of the

BLM regarding the proposed amendment to the RMP may be found at 43 CFR 1610.5-2. Interested persons may also review the EA on the Internet at http://www.blm.gov/co/st/en/fo/ufo.html. All protests must be in writing and mailed to the following addresses:

**If sent by regular mail to:**
Director (210)
Attention: Brenda Hudgens-Williams
P.O. Box 66538
Washington, D.C. 20035
cc: BLM-Dry Creek Plan/EA Attn: Julie Jackson, Uncompahgre Field Office, 2465 South Townsend Avenue, Montrose, CO 81401.

**For overnight mailing (must be Federal Express) send to:**
Director (210)
Attention: Brenda Hudgens-Williams
1620 L Street, N.W. Suite 1075
Washington, D.C. 20036

For complete protest procedures, please contact the BLM Uncompahgre Field Office, 2505 S. Townsend Ave., Montrose, CO: phone (970)240-5300 or email at cotmpufo@blm.gov. E-mail and faxed protests will not be accepted as valid protests unless the protesting party also provides the original letter by either regular or overnight mail postmarked by the close of the protest period. Under these conditions, the BLM will consider the e-mail or faxed protest as an advanced copy and it will receive full consideration. If you wish to provide the BLM with such advance notification, please direct protests to the attention of the BLM protest coordinator at:

**Fax protests to:** (202) 452-5112, and
**E-mail protests to:** Brenda_Hudgens-Williams@b1m.gov.
Please also courtesy copy (cc:) advance notification of protest to Julie Jackson, Recreation Planner (e-mail: Julie_Jackson@blm.gov) and Bruce Krickbaum, Environmental Coordinator (e-mail: Bruce_Krickbaum@blm.gov).

All protests, including the follow-up letter (if e-mailing or faxing) must be in writing and mailed to the appropriate address provided above. Before including your phone number, e-mail address, or other personal identifying information in your protest, you should be aware that your entire protest – including your personal identifying information – may be made publicly available at any time. While you can ask the BLM to withhold your personal identifying information from public review, the BLM cannot guarantee that it will be able to do so.

Thank you for your time and participation throughout this project. We look forward to implementing this plan.

Sincerely,
Barbara L. Sharrow
Field Office Manager

BLM_0014858

# West Paradox Land Health Assessment
## 2008-2009



**Uncompahgre Field Office - BLM**

BLM_0014859

## *Land Health Assessment*
## *West Paradox Area 2008-2009*

### SUMMARY

This land health assessment evaluated over 70,000 acres of public land. The evaluation resulted in a determination of the acreage meeting Colorado BLM's Rangeland Health Standards, the acreage not meeting, and the nature and location of the problems on the landscape. A small amount of the landscape area was not evaluated due to inaccessibility, or because it was located on ecological sites which were not commonly occurring in the area. The following table and chart show the amount of land meeting or not meeting the Standards.

| Acres Meeting Standards 1, 3,& 4 | Acres Not Meeting Standards 1,3,& 4 | Acres Unknown Or N/A |
|---|---|---|
| 66,459 (94%) | 2,069 (3%) | 2,118 (3%) |
| Stream Miles Meeting Standards 2&5 | Stream Miles Not Meeting Standards 2&5 | Stream Miles Unknown or N/A |
| 25.7 (78%) | 7.0 (22%) | 0 |

In order to make the above determination, the West Paradox Area was first rated according to each of the five Rangeland Health Standards separately. The following table better indicates the general nature of problems in the assessment area.

| Standard | Meeting | Meeting With Problem Areas | Not Meeting | Unknown or N/A |
|---|---|---|---|---|
| Standard 1-Soils (acres) | 33,355 (47%) | 35,173 (50%) | 0 | 2,118 (3%) |
| Standard 2-Riparian (miles) Perennial and intermittent streams | 11.2 (64%) | 6.4 (36%) | 0 | 0 |
| Standard 3-Healthy Communities (acres) | 49,552 (70%) | 16,907 (24%) | 2,069 (3%) | 2,118 (3%) |
| Standard 4-T&E Species (acres) | 61,565 (87%) | 6,841 (10%) | 122 (0.2%) | 2,118 (3%) |
| Standard 5-Water Quality (miles) All streams | 16.1 (49%) | 9.7 (30%) | 7 (21%) | 0 |

The West Paradox Land Health Assessment should serve as BLM's foundation for managing lands in the unit so that health standards are met. To this end, the results of this assessment will be used in the livestock grazing permit renewal process, for Resource Management Plan revision, and as a basis for Budget and Planning System projects ranging from

2

travel management to weed control, to prairie dog colony mapping.

**Major Land Health Problems**

**Standard 1 Soils:** Soils across nearly half of the area met Standard 1 without any problems. A slightly larger area had some soil problems, but still met Standard 1, while there were no lands which did not meet this standard. Soil erosion was accelerated above natural levels in only few areas as evidenced by isolated occurrences of gully erosion or excessive runoff drainage patterns. A portion of the West Paradox Area is at increased risk of soil erosion because levels of plant basal area and litter are too low to adequately protect the soil surface from erosion, and there is too much bare, exposed soil. The network of old uranium exploration and development roads is also contributing to soil problems.

**Standard 2 Riparian Areas:** The majority of stream miles fully met this standard, and exhibited healthy riparian vegetation, and normal channel morphology and hydrologic processes. Around 36% of streams had some riparian vegetation or channel problems ranging from minor to significant, and mostly related to channel and floodplain alterations from flow diversions, flow regulations from upstream dams, and tamarisk.

**Standard 3 Healthy Native Communities:** The majority of areas (70%) fully met this standard. A little under a quarter of the unit had minor problems, and about 3% of the unit had significant problems. Primary problems included low levels of cool and warm season grasses and perennial forbs in many areas. Low shrub vigor was a problem in some parts of the unit, and there were isolated problems with exotic plants. Problems with the existing vegetation mosaic are present in some parts of the unit as well.

**Standard 4 Special Status Species:** Nearly 90% of the upland areas met this standard, and 10% met with problems. Less than one percent of the area did not meet this standard. Common habitat problems included weed and exotic plant cover, low cover of perennial vegetation, and poor vigor of native shrubs. There was inadequate data for some sensitive species—particularly animals--and recommendations are made to address this data gap.

**Standard 5 Water Quality:** About half of the streams and drainages in the West Paradox Area fully met this standard. The remaining stream segments either met this standard with problems or failed to meet it because the surrounding watersheds had multiple problems with high levels of bare soil and poor vegetation cover. Such watersheds are vulnerable to accelerated erosion and associated sedimentation of waterways, which may ultimately violate Colorado Clean Water laws and regulations. Because of the impact that roads have on hydrology and the additional bare ground associated with roads, watersheds which contained the network of old uranium exploration and development roads were also rated as having problems.

**Recommendations (note that these are paraphrased from the detailed recommendations made at the end of this report.)**

**Standard 1 Soils**

Implement grazing practices that leave more litter on the soil surface, prevent grazing on regrowth by limiting time of use to 2 weeks or less, and minimize instances where livestock graze the same areas in both the spring and fall seasons. Provide for occasional, year-long rest.

Develop a complete road map, use GIS to identify road-caused soil loss, and use to direct road maintenance and rehab areas so that road and travel related erosion is reduced. Complete RMP

3

amendment to limit travel to existing routes. Pursue route designation to further limit road-related damage to soils.

Reduce erosion by identifying and maintaining or decommissioning eroding range and watershed projects.

Re-introduce fire or simulate its effects on some sites that are losing herbaceous vegetation cover so that communities with more herbaceous plants and higher plant basal area can be established. Reseed erosion-prone disturbances such as natural fires.

Investigate cheatgrass control options, experiment with different methods.

Implement monitoring system that will address trends in soils indicators.

**Standard 2 Riparian**
Acquire updated instream flow and water rights map. Identify stream segments still needing protection. Promote instream flow protection and gages in Rights of Ways stipulations. Develop instream flow recommendations to ensure all perennial and intermittent streams have some flow protected.

Continue and increase weed management in riparian zones, work in coordination with our partners, and follow strategic weed management plans for efficient use of weed control resources.

Reduce grazing use on native riparian woody species to 30%. Limit livestock utilization of woody riparian plant communities during the fall and winter periods.

Implement a monitoring system that will address trends in riparian indicators.

**Standard 3 Native Plant and Animal Communities**
Implement grazing practices that improve perennial grass, cool season grass and forb cover by limiting time of use to 2 weeks during the active growing season, minimize instances where livestock graze the same areas in both spring and fall seasons, and provide for occasional, year-long rest.

Continue support of the native seed development project. Whenever possible, use seeds from this project to reseed fires and similar disturbances with native, adapted species where threat of weed invasion is likely, or the native community is depleted.

Improve perennial grass, cool season grass and forb cover, shrub vigor and vegetation mosaic by reintroducing fire, or simulating its effect consistent with the mosaic objectives in the UFO Fire Management Plan.

Increase knowledge of small mammals, herptiles, birds, and predators, their habitat needs and the existing condition of their habitats.

4

BLM_0014862

Support neotropical migratory birds by improving and maintaining riparian and oakbrush habitat, supporting the Breeding Bird Survey, and following best management practices.

Work with the Colorado Division of Wildlife through their Habitat Partnership Program and private landowners (individually and through Natural Resource Conservation Service) to encourage participation in habitat improvement programs.

Increase weed management activities across the unit; work in coordination with our partners, follow and expand existing strategic weed management plans. Improve funding for weed control from uses which contribute to the weed problem.

Restore seriously degraded plant communities.

Revise the Resource Management Plan to include protections or special designations for CNHP, TNC or SREP Potential Conservation Areas, biodiversity conservation areas, remnant or relic sites, or wildlife movement corridors.

Develop complete road map, use GIS to identify road-related habitat and weed problems, and use to direct road maintenance and rehab areas. Complete RMP amendment to limit travel to existing routes. Pursue route designation to further limit road-related damage to vegetation and to control the spread of weeds.

Implement a monitoring system that will address trends in native community indicators.

**Standard 4 Special Status Species:**
Work with CDOW, CNHP, and other partners to improve information, improve monitoring methodologies and best management practices for special status species in the area

Continue to assess the potential for increasing the amount of sage grouse suitable habitat within the unit (i.e., mesa-top sagebrush parks).

Monitor grazing, recreation, mining, and other impacts on Payson's lupine, sandstone milkvetch, and Paradox breadroot.

Expand baseline data for raptor nests, habitats, and territories.

Continue to monitor peregrine falcon eyries and territories.

Monitor/ inventory for hanging garden sensitive species: Eastwood's monkeyflower, Kachina daisy, etc.

Consider amending the San Juan/San Miguel Resource Management Plan with special designations for CNHP, TNC or SREP Potential Conservation Areas, biodiversity conservation areas or wildlife movement corridors.

5

BLM_0014863

Enhance the management of those streams that are functioning at risk in order to improve habitat conditions for sensitive fish species (see recommendations for Standard 2.)

Evaluate sites for possible pinyon-juniper thinning to restore sagebrush parks and healthy understories.

**Standard 5 Water Quality:**
Improve upland plant basal cover and reduce levels of bare soil through improving management of grazing, travel, etc.

Perform road maintenance and/or closures on roads, trails and range projects identified with drainage or erosion problems.

Reseed burns and consider mulching, rollerchopping, or hydroaxing of burned areas that are prone to accelerated sediment production where existing vegetation or rock is unlikely to stabilize the site, or if the invasion of cheatgrass is a threat.

Continue to assess the condition of stream and riverine environments to identify potential impacts to water quality. Additionally, pursue instream flow recommendations to the state of Colorado on streams needing flow protection to sustain flow-related resource values.

6

BLM_0014864

## *TABLE OF CONTENTS*

**Introduction and Background** ........................................................... *Pg. 8*

**Methods**     ........................................................... *Pg. 45*

**Results**  **Standard 1** ........................................................... *Pg. 47*
     **Standard 2** ........................................................... *Pg. 56*
     **Standard 3** ........................................................... *Pg. 59*
     **Standard 4** ........................................................... *Pg. 82*
     **Standard 5** ........................................................... *Pg. 84*

**Causative Factors**  ........................................................... *Pg. 94*

**Recommendations**  ........................................................... *Pg. 94*

**References**   ........................................................... *Pg. 98*

**Preparers**   ........................................................... *Pg. 100*

**Appendix 1**   ........................................................... *Pg. 101*

**Causative Factors**  ........................................................... *Attachment 1*

BLM_0014865

# Land Health Assessment
# West Paradox Area, 2008-2009

## INTRODUCTION AND BACKGROUND
### Overview

The West Paradox Land Health Assessment (LHA) area is located in western Montrose County in west-central Colorado (Figure 1.1). The LHA area is primarily centered around the northern and western ends of Paradox Valley. Colorado State Highway 90 cuts the LHA unit in half, and State Highway 141 runs along the northeastern boundary of the unit. The unit is bounded to the northwest by Manti-La Sal National Forest. The Colorado-Utah State line forms the boundary on the west, while the Dolores River forms the boundary to the south and southeast (see Figure 1.2). Towns in the area include Bedrock and Paradox. The West Paradox Landscape boundary encompasses just over 90,000 acres, with BLM lands making up the majority of the unit. It is made up of parts of three Level 5 watersheds: Blue Creek, and two unnamed watersheds. The unit was identified in 1998, prior to the directive to base units on fifth order watershed boundaries. However, it is centered in the extreme western part of the Uncompahgre Field office around a large and distinctive landscape feature—Paradox Valley--thereby forming a cohesive landscape "chunk".

The West Paradox unit is the tenth and final landscape unit in the Uncompahgre Field Office to undergo the initial, generalized land health evaluation process. From this point onward, each units will be reevaluated every ten years, using a process based on more specific and specialized sampling procedures as a follow up to the initial evaluation process.

### Land Ownership Pattern

The West Paradox Land Health Assessment boundary encompasses about 90,000 acres of which 70,646 acres are public land. These public lands are distributed across the area in large blocks which are separated by the private agricultural lands in the bottom of Paradox Valley and along La Sal Creek. There are also a few isolated patented mining claims scattered within the blocks of BLM land (see Fig.1.2).

### BLM Resource Management Plan Guidance

All public lands in the unit are covered by the San Juan/San Miguel Resource Management Plan (RMP, USDI BLM 1985), as shown in Figure 1.3. The area falls into five main RMP management emphasis units. The largest management emphasis unit in the LHA area is for livestock grazing. General management is the direction for much of the lower elevation BLM land that lies adjacent to private lands in Paradox Valley. Wilderness emphasis is identified for the areas in the northeast near Sewemup Mesa, and the Dolores Canyon on the western side of the LHA unit. There are small areas of forestry emphasis where ponderosa pine grows at the highest elevation areas, and areas of aquatic/riparian emphasis along Roc and La Sal Creeks.

### Grazing Allotments

There are 16 grazing allotments in the West Paradox LHA unit. Allotment name, number, class of livestock, season of use and federal acres are depicted in Table 1.1. See Figure 1.4 for a map of allotments and location within the West Paradox LHA area.

BLM_0014866

Table 1.1 Grazing Allotments and Management.

| Allotment Name and Number | Class of Livestock | Season of Use | Federal Acres per Allotment | AUMs |
|---|---|---|---|---|
| Ray Mesa #17048 | Cattle | Spring/Winter | 48,797 | 802 |
| Mesa Creek CRMP #17014 | Cattle | Spring/Winter /Fall | 94,524 | 4,255 |
| Carpenter Ridge #17100 | Cattle | Spring/Fall | 7,135 | 265 |
| Roc Creek #17020 | Cattle | Winter | 1,268 | 28 |
| Lower Roc Creek #07216 | Cattle | Winter | 145 | 5 |
| Buckeye #17033 | Cattle | Spring/Fall | 835 | 48 |
| Pocket Individual #17085 | Cattle | Spring/Fall | 1,375 | 5 |
| Sunrise Gulch #17102 | Cattle | Winter | 1,597 | 63 |
| River #17079 | Cattle | Winter/Spring | 1,300 | 22 |
| Nyswonger #17082 | Cattle | Fall/Winter/ Spring | 3540 | 57 |
| Feedlot #17078 | Cattle | Fall/Winter/ Spring | 510 | 13 |
| Swain Bench #17081 | Cattle | Fall/Winter/ Spring | 5,422 | 23 |
| Rowher Canyon #17080 | Cattle | Fall/Winter/ Spring | 680 | 30 |
| Lion Creek Basin #17044 | Cattle | Spring/Fall | 5,247 | 350 |
| Lion Canyon #17012 | Cattle | Spring/ Summer/Fall | 313 | 14 |
| Rawlings Individual #17021 | Cattle | Spring/ Summer/Fall | 353 | 18 |

9

Figure 1.1 West Paradox LHA general location map.



10

BLM_0014868

Figure1.2 West Paradox LHA land ownership.



BLM_0014869

Figure 1.3 West Paradox LHA land management designations from the San Juan/San Miguel Resource Management Plan. Non-BLM lands appear as tinted white.



12

Figure 1.4 West Paradox LHA Area grazing allotment boundaries. Private portions of allotments appear as tinted white, unalloted BLM or allotments which have already been analyzed in another LHA as tan.



13

**Landform and Topography**

Elevations range between 4,800 feet in the northeastern part of the unit along the Dolores River to 7,800 feet above Carpenter Ridge in the northern part of the unit (Figure 1.5). Paradox Valley—which is a collapsed salt dome forming a dramatic valley walled in by steep cliffs—forms the most notable part of the LHA unit. The Dolores River flows perpendicular to the axis of Paradox Valley, and creates a deep canyon on either side of the valley where it has cut down through the high mesa country. The La Sal Mountains rise up to the northwest, and have formed high elevation plateaus which include Carpenter Ridge. The other surrounding plateaus are subdivided into Nyswonger, Wray, and Martin Mesas.   These have been isolated from one another by steep drainages such as La Sal Creek, Roc Creek, and Red Canyon (Figure 1.6). Because of variety of landforms, slopes in the LHA unit range across the spectrum from flat valley bottoms to sheer escarpments.

**Geology**

The LHA area is located west of the Colorado Plateau physiographic province in the vicinity of the Paradox Valley.  The area is typical of Colorado Plateau geology: gently dipping sedimentary rocks, altitudes exceeding 5,000 feet, the climate is semi-arid to arid, erosion has produced innumerable escarpments and structural benches and relief is the result of the incision of deep canyons below moderately flat terrain.   The Paradox Valley was formed when an underlying salt dome collapsed and the central portion partially eroded away.

The primary formations that outcrop in the area are Cretaceous and Jurassic sedimentary formations. These consist of the Mancos Shale, Dakota sandstone, Morrison Formation, and Triassic age Entrada, Moenkopi, and Chinle Formations. Quaternary age deposits consist of alluvium, colluvium and landslide deposits primarily of fluvial and aeolian origin.

Geologic hazards include landslides, rock falls, debris flows, soil creep, and slumping of large blocks of material. Areas susceptible to landslides are found on steep slopes, saturated soils and mesas that are capped with resistant rock that overlie weaker, more easily erodible rocks.

A portion of the LHA unit lies in the Uravan Mineral Belt, with commercial deposits of uranium and vanadium.  Natural gas has been found in many of the sedimentary formations occurring in Colorado, and there is exploratory natural gas drilling in the LHA unit at this time. Other mineral resources in the LHA are sand and gravel, dimension stone and clay.

BLM_0014872

Figure 1.5 West Paradox LHA Area elevations, from 30 meter Digital Elevation Model (US Geological Survey).



15

Figure 1.6 West Paradox LHA Area slopes and landforms. (From 30 meter Digital Elevation Model, US Geological Survey).



16

BLM_0014874

Figure 1.7 Surficial geology of the West Paradox LHA area.



BLM_0014875

**Soils**

Soils on public lands in the LHA area reflect the diverse geology and climate of the area. The soils are described in detail in the San Miguel Soil Survey (UDSA NRCS 2003.) The soil units in the LHA area are listed and described in Table S1 in the Appendix of this document, and are shown in Figure 1.8. The soils at the lower elevations of the LHA area are dominated by soils classified in the orders of Aridisols and Entisols, and collectively these soils make up about 70% of the land area of the LHA unit. These soils have limited development from their parent material due to low climatic intensity, and have a limited potential for vascular plant establishment and growth. Many of these lower elevation soils either support or have the potential to support significant populations of Biological Soil Crusts (BSC).

At the higher elevations of the LHA area the soils are in the Mollisol order. These soils have a higher degree of development with distinct horizons in the soil profile. Surface soil horizons are typically darkened by accumulations of organic matter. The potential for vegetation production on these higher elevation soils is much greater than the lower elevation soils. On these higher elevation soils, competition from vascular plants limits the establishment of BSC.

Soil resource issues the resource staff was aware of prior to the LHA evaluation include: insufficient plant cover and composition to protect the soil surface from accelerated erosion, and poorly located and maintained roads that are commonly a source of erosion and concentrated runoff. High road densities in some areas of the LHA are a result of historic uranium mining activity.

**Vegetation**

At least 18 distinct vegetation classes occur at significant levels on BLM land in the landscape unit (Figure 1.9). These are tied to soil type as well as elevation and precipitation. Of the 18 classes, 14 cover substantial acreage, or are otherwise notable within the LHA unit.

The drainages with intermittent or perennial water contain riparian vegetation, which is most prevalent where there is reliable flow of water. On BLM these include the Dolores River, and La Sal, Lion Canyon, Lion, Ice Lake, Spring, and Roc Creeks. Small pockets of riparian vegetation are also present along some of the ephemeral drainages.

Within the broad category of riparian vegetation are many distinct, interwoven native plant communities. Among the most widespread are communities dominated by sandbar willow (*Salix exigua*) occurring alone or in combination with strapleaf willow (*Salix ligulifolia*). River birch (*Betula occidentalis*) and box elder (*Acer negundo*) are fairly common along some streams and form the primary tree community. There are also small areas of narrowleaf cottonwood (*Populus angustifolia*) either in combination with sandbar willow or skunkbush sumac (*Rhus trilobata*), and Wood's rose (*Rosa woodsii*).  On some of the higher stream terraces shrub-dominated communities including skunkbush sumac and New Mexico privet (*Forestiera pubescens*) are found. Small pockets of scouringrush horsetail (*Equisetum hyemale*) and common reed (*Phragmites australis*) can also be found in some locations. Ephemeral and lower elevation drainages are often dominated by the alien tamarisk (*Tamarix chinensis*). Detailed descriptions of these communities can be found in the Field Guide to the Wetland and Riparian Plant Associations of Colorado (Colorado Natural Heritage Program 2003).

18

Figure 1.8 Soils of the West Paradox Area (From San Miguel Soil Survey NRCS 2003).



19

BLM_0014877

Figure 1.9 West Paradox LHA Area vegetation classes derived from 1993 Landsat Imagery.



20

The drought tolerant vegetation class described as saltbush community occurs in limited amounts at the lowest elevations and some of the steep, south facing slopes of the LHA unit, typically on more saline soils. This community includes the following shrubs in varying amounts: shadscale (*Atriplex confertifolia*), black greasewood (*Sarcobatus vermiculatus*), four-wing saltbush (*Atriplex canescens*), black sagebrush (*Artemesia nova*), snakeweed (*Gutierrezia sarothrae*) and prickly pear cactus (*Opuntia polycantha*). Native grasses including galleta grass (*Pleuraphis jamesii*), bottlebrush squirreltail (*Elymus elymoides*), Salina wildrye (*Leymus salinus*) and Indian ricegrass (*Achnatherum hymenoides*) are found on better condition sites. Many different forbs occur, but some of the most common are wild buckwheats (*Eriogonum* spp.), milkvetches (*Astragalus* spp.), cat's-eye (*Cryptantha* spp.), breadroot (*Pediomelum* spp.) and biscuitroots (*Lomatium* and *Cymopterus* spp.) In some areas, weedy exotic species are also present, with cheatgrass (*Bromus tectorum*) the most common.

With increasing elevation and precipitation, drought tolerant plant communities grade into the pinyon-juniper woodland class or the sparse pinyon-juniper/shrub mix on rocky, steeper soils and the pinyon-juniper/sagebrush mix, sagebrush community, and sagebrush/grass mix classes on less rocky or deeper soils. The pinyon-juniper woodland is dominated by Utah juniper (*Juniperus osteosperma*), with Colorado pinyon (*Pinus edulis*) in most areas. There is typically a sparse and variable understory that may contain remnant shrubs like Wyoming big sagebrush (*Artemesia tridentata wyomingensis*), birchleaf mountain mahogany (*Cercocarpus montanus*), Utah serviceberry (*Amelanchior utahensis*), cliffrose (*Purshia stansburiana*), snakeweed, yucca (*Yucca harrimaniae* and *Yucca baccata*), Cutler's jointfir (also known as green mormontea or *Ephedra cutleri*), potato cactus (*Opuntia fragilis*), muttongrass (*Poa fendleriana*), and bottlebrush squirreltail.

The sagebrush community is dominated by Wyoming big sagebrush or black sagebrush. Frequently snakeweed, yellow rabbitbrush (*Chrysothamnus viscidiflorus*) or four-wing saltbush are secondary shrubs in these communities, and there is an understory of the same native grasses found in the saltdesert shrub zone, with the addition of blue grama (*Bouteloua gracilis*), Sandberg bluegrass (*Poa secunda*) muttongrass, needleandthread (*Heterostipa comata*) and western wheatgrass (*Pascopyrum smithii*). Primary forbs in this zone are scarlet globemallow (*Sphaeralcea coccinea*), rock goldenrod (Petradoria pumila), rose heath (*Chaetopappa ericoides*), Fendler's sandmat (*Chamaesyche fendleri*), and numerous species of *Penstemon, Arabis, Astragalus, Lomatium, Erigeron, Castilleja,* and *Machaeranthera.* Nonnative forbs are limited with filaree (*Erodium cicutarium*) among the most common. Nonnative grasses are very common with cheatgrass very widespread, and crested wheatgrass (*Agropyrum cristatum*) persisting in areas where it has been seeded in the past. In some areas, sagebrush may be a successional stage that follows fire or other major natural disturbance. Several fire scars of varying ages are evident in parts of the LHA unit.

In limited areas at higher elevations the pinyon-juniper/mountain shrub mix, mesic mountain shrub mix, sagebrush-Gambel oak mix, and Gambel oak classes are found. The pinyon-juniper community contains birchleaf mountain mahogany, Utah serviceberry and Gambel oak (*Quercus gambelii*). With increasing elevation, Utah juniper and pinyon trees drop out of the community, and the mountain shrubs dominate the vegetation. In some areas Gambel's oak forms almost closed stands. Where there are openings between the typically dense shrub canopies, or in areas where the canopy is significantly above the ground surface, a productive

21

understory of forbs and grasses exists. Commonly found species include elk sedge (*Carex geyeri*), muttongrass, Sandberg bluegrass, bottlebrush squirreltail, and western wheatgrass. Forbs are abundant and there are many species. The most widespread and dominant include pussytoes (*Antennaria rosea*), western yarrow (*Achillea millefolium*), ballhead sandwart (*Arenaria conjesta*), lupine (*Lupinus* spp.), biscuitroot (*Lomatium* spp.), and northern sweetvetch (*Hedysarum boreale*).

At the very highest elevations in the LHA unit, ponderosa pine (*Pinus ponderosa*) occurs on BLM. The understory in this community is sparse and includes some of the species found in the high elevation pinyon-juniper woodland sites. There are small areas of green manzanita (*Arctostaphylos patula*) on inclusions of sandy soil in this elevation zone as well.

Grass-forb rangeland is a vegetation class that occurs across the range of elevations. In some cases it is related to soil characteristics, in others it is a result of disturbance, and is a successional stage to other vegetation classes. The species are typically those grasses and forbs found in each of the different community types listed above.

In addition to the non-native species listed above, state listed noxious weeds are scattered in still isolated infestations across the unit. Russian knapweed (*Acroptylon repens*) is the most common in disturbed areas at lower elevations. Tamarisk (*Tamarix chinensis*) is present in some of the lower elevation drainages, and Canada thistle (*Cirsium arvense*) is also found along some drainages and in higher elevation disturbances. Musk thistle (*Carduus nutans*) occurs sporadically throughout the area. Isolated occurrences of houndstongue (*Cynoglossum officinale*) and Dalmation toadflax (*Linaria dalmatica*) have been documented. A complete weed inventory of the area has not been carried out to date.

Prior to the land health assessment, the UFO staff considered the extent of noxious weeds and invasive species to be a significant vegetation problem in the area. Partly due to this, BLM has seeded all vegetation treatments and disturbances to provide competition against weeds, and is working with Montrose County to control some of its noxious weed infestations as well, but treatment has been minimal in this remote part of the county. The staff also believes that fire suppression, heavy winter wildlife use and historic grazing (1890s-1960s) have impacted the vegetation, leading to age class distribution and browse plant condition problems. A few vegetation treatment projects have taken place in this unit. These have been largely driven by the desire to increase forage for livestock and big game. A concern over low levels of desirable grasses and forbs has also been addressed by seeding these habitat projects.

## Wildlife

*General:* The Paradox LHA area supports a diversity of upland, riparian, and aquatic wildlife species. Common species, other species of interest, and their habitats are listed below in Table 1.2. Some species are year-long residents while others are migrants. A variety of small mammals, birds, and herptiles occur throughout the unit where habitat is suitable. Habitat in the Paradox area varies based on precipitation, elevation, topography, slope, aspect, geology, soils, and other variables. The vegetation section of this report provides an apt description of most wildlife habitats that occur in the area of interest.

BLM_0014880

Table 1.2 West Paradox LHA common or noted terrestrial wildlife species, groups of species, their occurrence, and basic habitat types in which they are found.

| Species (Common Name) | Habitat Type | Occurrence |
|---|---|---|
| Mule deer | Mixed conifer/Douglas fir and spruce-fir, aspen/mesic mountain shrub mix, alpine meadow, pinyon-juniper, oak-mountain shrub, riparian, sagebrush, grassland. | Common, year-long with seasonal altitude and habitat type variation |
| Elk | Mixed conifer/Douglas fir and spruce-fir, aspen/mesic mountain shrub mix, alpine meadow pinyon-juniper, oak-mountain shrub, riparian, sagebrush, grassland. | Mostly winter use of Paradox Valley and Wray Mesa, move down from La Sal Mts. in Utah |
| Bighorn Sheep | Canyon benches, mesa tops, and valley bottoms | Uncommon, small herd present in the Dolores River Canyon, Martin Mesa edge |
| Cougar | All types, mostly along rim-rock areas. | Common, year-long |
| Bobcat | All types | Uncommon, year-long |
| Canada lynx | Mixed conifer/ Douglas fir and spruce-fir, aspen/mesic mountain shrub mix, riparian, alpine meadow | Rare, no habitat present in LHA area |
| Coyote | All types | Common, year-long |
| Jackrabbit, White-tailed | All types | Infrequent, year-long |
| Cottontail, Mountain | All types | Common, year-long |
| Porcupine | Pinyon-juniper, riparian | Common, year-long |
| Prairie Dog (Gunnison) | Sagebrush, desert shrub, grassland | Common, year-long |
| Raptor; Eagles, Hawks, Falcons. | All types | Common, year-long |
| Merriam's Turkey | Riparian forests, pinyon-juniper, oak-mountain shrub | Riparian communities and PJ in the winter and oak-mtn. shrub spring and fall. |
| Blue grouse | Oak/Serviceberry | Common, year-long |
| Chukar | Salt desert | Uncommon, year-long |
| Neo-tropical birds | All types | Common, warm season |
| Small mammals | All types | Common, year-long |
| Amphibians-Reptiles | All types | Common year-long |
| Bats | All types | Common, mostly warm season |

*Deer, Elk and Desert Bighorn:* Mule deer are probably the most recognized wildlife species that occur in the LHA area due to their historic prominence in the ecosystem and economic value. Deer summer and winter ranges are scattered throughout the Paradox LHA region. Elk use the Paradox LHA area primarily as winter range, spending summers in the La Sal Mountains in Utah, and migrating into the Paradox area as snow levels increase. There is a small population of mule deer and elk that have become year-round residents of agricultural land in the Paradox Valley. The intensity of use by each species varies widely from year to year and is controlled primarily by population size and the timing and amount of snowfall. Elk generally stay above 8,000 feet during the warm season, and move down to pinyon juniper and mountain shrub zones for winter. Deer will migrate to lower elevations than the elk for winter, into sagebrush and desert shrublands. During most winters there is spatial segregation of deer and elk except for the most severe winters. Elk tend to dominate food resources where winter ranges overlap.

BLM_0014881

The Colorado Division of Wildlife (CDOW) has classified the Paradox Valley as mule deer and elk severe winter range. Elk winter concentration areas occur outside the West Paradox LHA boundary to the northeast, in the Dolores River corridor and bordering mesas to the east. There is a mule deer winter concentration area at the western tip of the valley, near the town of Paradox. Mule deer and elk severe winter range is primarily on private lands, and the majority of this is irrigated agricultural property. Crop damage in these agricultural areas is a concern, as increasing numbers of mule deer and elk become year-round residents of the valley. Figure 1.10 shows areas identified by CDOW as winter range and winter concentration areas for elk and mule deer.

The Colorado Division of Wildlife manages big game on a herd, or population basis, using Data Analysis Units (DAU), with sub-regions of Game Management Units (GMU) (Figure 1.11). A DAU is the geographic area representing the year-round (includes seasonal) range of a big game herd. Herds are expected to move within one or more GMUs in the DAU. Portions of GMUs 60 and 70 occur within the Paradox LHA area. These GMUs occur in the following DAUs: D-23 and D-24 for mule deer; and E-40 and E-24 for elk. For this LHA analysis, the data for D-23 (the Gateway-Paradox deer herd, GMU 60) and E-40 (Paradox elk herd) were used, as these are considered the most representative of the area.

The current population for deer in D-23 is 2,020 animals with a buck to doe ratio of 35 to 100. Since 1995, the total population and sex ratio have been stable to slightly increasing. The population low was estimated at 1,660 in 1995 and 2,400 in 2006. CDOW recommends a long-term population objective for D-23 below 3,000 to avoid deterioration of winter range, increased susceptibility to disease, and conflicts with private landowners. Current population estimates and buck to doe ratios are within the herd management objective ranges. Hunting pressure has decreased in GMU-60 as the number of licenses issued for the area has gone down. Chronic wasting disease (CWD) is a concern in this area, as it has been found in mule deer in the La Sal Mountains; this area is one of the hot spots for CWD in Utah, with an infection rate of 2% in the mule deer buck population. Since a high percentage of the Paradox mule deer herd migrates from the La Sals seasonally, a close watch is being kept on this disease in the Paradox area (CDOW 2008).

The West Paradox elk population is currently meeting objectives with an estimated 1,060 individuals. There has been a gradual increase from 70 to the current number over the last twenty years. The ratio of bull to cow elk is also at objective with 25-30:100. Hunting pressure varies widely in this unit depending on the weather conditions, as more severe winter weather pushes the herd down from the La Sals. Hunting success rates are also variable, as this unit presents difficult terrain. There has been an increase in available licenses recently to keep the herd from increasing and to maintain winter range in good condition. As with the mule deer population, chronic wasting disease is a concern in the Paradox elk herd, since the Utah hot spot for CWD in deer is the La Sal Mountains, where this elk herd summers (CDOW 2008).

The Paradox area provides some mule deer fawning and elk calving habitat at higher elevations within oak/serviceberry and big sage/aspen communities. These mountain shrub/aspen areas are primarily in the northern and western fringes of the Paradox LHA area, and continue up into Forest Service lands that are contiguous with BLM land in these areas.

Desert bighorn sheep territory is on the fringes of the LHA, in the Dolores River Canyon and its connecting mesas and canyons. The Dolores herd (S-63) population has remained stable at approximately 30 animals for the past several years. The herd is in fair to poor condition, and

24

BLM_0014882

Figure 1.10 West Paradox LHA mule deer and elk crucial winter ranges, and overall bighorn sheep range.



BLM_0014883

Figure 1.11 Colorado Division of Wildlife Game Management Units within the West Paradox LHA.



26

BLM_0014884

under constant predation pressure from the thriving local mountain lion population (Brad Banulis, CDOW biologist, personal communication). Habitat within the LHA area is marginal.

*Merriam's turkey:* Merriam turkey habitat within this LHA area is found mostly on the higher mesas with woody habitat, and along the major stream drainages. They use the larger canyon bottoms at lower elevations as winter range and the pinyon-juniper, oak/serviceberry areas at higher elevations for breeding, nesting, and brood rearing. The turkey population suffered a decrease after the long cold winter of 2008, but is considered generally stable and abundant.

*Carnivores:* Large predators, such as coyotes, cougars, and black bears use the LHA area regularly as parts of their larger overall ranges. Of the predators, coyotes are the most numerous and widespread, and the population appears to be stable or increasing at this time. Cougars are common in the region due to the prime habitat and plentiful mule deer as prey. Since 2000, hunting quotas for cougar have been about 50% of objective. Black bear primarily use the higher elevation oak/serviceberry areas northwest of Paradox in the Manti La Sal Forest, especially during spring, late summer, and fall for feeding. They are not often found within the Paradox LHA area. In general, black bear populations in the region have been stable.

*Prairie dogs:* Gunnison's prairie dogs (GUPD) are found in the lower elevation areas of the LHA. Generally, they occur in areas characterized by open grassland, grass/sagebrush, or salt desert shrub where soils are conducive for building burrow systems. Information on prairie dogs can be found in the CDOW draft Gunnison's and White-tailed Prairie Dog Conservation Plan, found on the CDOW website (CDOW 2009). This population of GUPD is in the Southwest Individual Population Area (IPA), and historic population data for the area is spotty. There are no current population estimates for the Paradox area. The largest areas of prairie dog activity are in the Paradox Valley, in agricultural and natural areas, mostly in small fragmented populations. Gunnison's prairie dogs are divided into montane and prairie population segments, and the Paradox colonies are considered prairie species. While the montane populations of GUPD are currently under consideration for listing under the Endangered Species Act, the GUPD prairie populations are not being considered for listing. In the Paradox LHA area, as elsewhere in the western slope, there has likely been a general reduction in the total number of prairie dogs living in the area. Surveys in the Montezuma County area of the Southwest IPA have shown periodic die-offs not associated with intentional control measures. It is likely that much of this apparent trend is due to sylvatic plague, although other factors such as shooting, habitat fragmentation and drought may also have contributed.

*Aquatic wildlife:* Aquatic wildlife are present in and adjacent to perennial streams, tributaries, and some intermittent streams. The LHA borders the Dolores watershed on the north and west. Perennial water features include La Sal, West Paradox, and lower Roc Creeks. Dolores River flows in the Paradox area are regulated and modified by discharge from McPhee Reservoir. The watershed is populated by warm water native fishes including the bluehead sucker, flannelmouth sucker, and roundtail chub. Due to extreme fluctuations in flow caused by reservoir releases (especially low summer flows), the Dolores River fishery is in generally poor condition. The non-native channel catfish and common carp also inhabit the Dolores. The upstream portions of the Dolores (within the wilderness study area) provide better habitat for the native fish. La Sal Creek includes healthy populations of native mottled sculpin and speckled dace in addition to the above native species, and will be sampled by CDOW in 2009 (Dan Kowalski, CDOW fisheries biologist, personal communication). Northern leopard frogs, canyon

BLM_0014885

treefrogs, Great Basin spadefoot toads, and many snake species also occur here.

Riparian habitat along the La Sal Creek, Dolores River and other waterways is extremely important for a variety of wildlife, including songbirds, mammals, amphibians, and raptors. The Colorado Natural Heritage Program (CNHP, 2000) indicates there is a diverse array of riparian habitats in the LHA area and at least 4 birds, 2 plants, 2 fish and 2 amphibian species on the Program's list of tracked species. Most of these species have not been inventoried, and their status is unknown.

### Threatened, Endangered and Special Status Species

Within the LHA area there are several species listed as threatened or endangered, as well as species that are candidates for listing under the Endangered Species Act, as amended. For this analysis, the species list for Montrose County was obtained from the U.S. Fish and Wildlife Service. Descriptions of these species are found in *TES Species Descriptions for the Uncompahgre Field Office* (VanReyper 2006). Also, based on the inventory data maintained by the UFO, and available from the Colorado Natural Heritage Program, there are other special status species present in the LHA area. Table 1.3 below presents a list of the Threatened, Endangered, and special status species that are found, or potentially found within the LHA area. Note: It was not intended as part of this land health assessment to identify new locations of rare plants or animals, or to determine their status. However, if conflicts with rare plants or animals on public land had been detected, they would have been documented and discussed in this report.

Table 1.3 List of potential Threatened, Endangered or Special Status Species for the Paradox LHA[1].

| Common Name | Scientific name | Status[2] | May be Present |
|---|---|---|---|
| ENDANGERED,THREATENED, and CANDIDATE ANIMALS | | | |
| Black-footed ferret | *Mustela nigripes* | E | |
| Bonytail | *Gila elegans* | E | ✓ |
| Canada lynx | *Lynx canadensis* | T | |
| Colorado pikeminnow | *Ptychocheilus lucius* | E | |
| Gunnison's prairie dog[4] | *Cynomys gunnisoni* | C | ✓ |
| Greenback cutthroat trout | *Oncorhynchus clarkia stomias* | T | |
| Humpback chub | *Gila cypha* | E | |
| Mexican spotted owl | *Strix occidentalis* | T | |
| Razorback sucker | *Xyrauchen texanus* | E | |
| Southwestern willow flycatcher | *Epidonax trailii existima* | E | |
| Uncompahgre fritillary butterfly | *Boloria acrocnema* | E | |
| Yellow-billed cuckoo | *Coccyzus americanus* | C | ✓ |
| ENDANGERED AND THREATENED PLANTS | | | |
| Clay-loving wild buckwheat | *Eriogonum pelinophilum* | E | |
| Colorado hookless cactus | *Sclerocactus glaucus* | T | |

BLM_0014886

| Common Name | Scientific name | Status[2] | May be Present |
|---|---|---|:---:|
| **SENSITIVE ANIMALS** | | | |
| Bat, Allen's big-eared | *Idionycteris phyllotis* | | ✓ |
| Bat, big free-tailed | *Nyctinomops macrotis* | G5, S1 | ✓ |
| Bat, Townsend's big-eared | *Corynorhinus townsendii* | G4/S2, FS | ✓ |
| Bat, spotted | *Euderma maculatum* | G4/S2, FS | ✓ |
| Butterfly, Great Basin silverspot | *Speyeria nokomis nokomis* | G3T1, S1 | ✓ |
| Chub, Roundtail | *Gila robusta* | G2G3/ S2,  SC | ✓ |
| Curlew, Long-billed | *Numenius americanus* | G5/S2BSZN, FS, SC | ✓ |
| Eagle, Bald[3] | *Haliaeetus leucocephalus* | G5, S1B, S4N, Delisted | ✓ |
| Falcon, peregrine | *Falco peregrinus anatum* | G4T3, S2B | ✓ |
| Fox, Kit | *Vulpes macrotis* | SC | |
| Frog, Northern leopard | *Rana pipiens* | G5/ S3,  FS,  SC | ✓ |
| Goshawk, northern | *Accipter gentilis* | G5/S3S3BS2N, FS | ✓ |
| Grouse, Gunnison sage | *Centrocercus minimus* | G1/S1,  SC | ✓ |
| Grouse, sharp-tailed | *Tympanuchus phasianellus columbian* | G4T3, S2 | ✓ |
| Hawk, ferruginous | *Buteo regalis* | G4/ S3BS4N, FS, SC | ✓ |
| Ibis, white-faced | *Plegadis chihi* | G5/S2BSZN, FS | ✓ |
| Lizard, longnose leopard | *Gambelia wislizenii* | G5, S1 | ✓ |
| Lizard, Texas horned | *Phrynosoma cornutum* | G4G5, S1 | |
| Myotis, fringed | *Myotis thysanodes* | G5/S3 | ✓ |
| Myotis, Yuma | *Myotis yumanensis* | | ✓ |
| Otter, River | *Lutra canadensis* | SC | ✓ |
| Rattlesnake, midget faded | *Crotalus viridis concolor* | G5T4, S3? | ✓ |
| Sucker, bluehead | *Catostomus discobolus* | G4/S4,  SC | ✓ |
| Sucker, flannelmouth | *Catostomus latipinnis* | G3G4/S3S4,  SC | ✓ |
| Tern, black | *Chlidonias niger* | | |
| Treefrog, canyon | *Hyla arenicolor* | G5, S2 | ✓ |
| Trout, Colorado River cutthroat | *Oncorhynchus clarki pleuriticus* | G5T3/S3, SC | ✓ |
| **SENSITIVE PLANTS** | | | |
| Grand Junction milkvetch | *Astragalus linifolius* | G3Q/S3 | |
| Naturita milkvetch | *Astragalus naturitensis* | G3/S3 | ✓ |
| San Rafael milkvetch | *Astragalus rafaelensis* | G3Q/S1 | ✓ |
| Sandstone milkvetch | *Astragalus sesquiflorus* | G3/S1 | ✓ |
| Rocky Mountain thistle | *Cirsium perplexans* | G3/S1 | |
| Kachina daisy | *Erigeron kachinensis* | G2/S1 | ✓ |

29

BLM_0014887

| Common Name | Scientific name | Status[2] | May be Present |
|---|---|---|---|
| Montrose bladderpod | *Lesquerella vicina* | G1/S1 | |
| Colorado desert parsley | *Lomatium concinnum* | G2/S1 | |
| Payson lupine | *Lupinus crassus* | G2/S2 | ✓ |
| Dolores skeleton plant | *Lygodesmia doloresensis* | G1G2/S1 | ✓ |
| Eastwood monkey-flower | *Mimulus eastwoodiae* | G3/S1 | ✓ |
| Paradox breadfruit | *Pediomelum aromaticum* | G3/S2 | ✓ |

[1]Updated species list provided by Allen Pfister of the USFWS Ecological Services, Grand Junction, CO.

[2]STATUS: The source used to assign status is from: Colorado's Natural Heritage: Rare and Imperiled Animals ,Plants, and Plant Communities; Vol.3, No.1, 10/1997.;Colorado's Threatened, Endangered, and Special Concern Wildlife; May/98.Conservation Status Handbook: Colorado's Animals, Plants and Plant Communities of Special Concern Vol. 3, No.2, 5/1999

FEDERAL STATUS: T- Threatened,  E-Endangered,  C-Candidate

GROUP: Colorado Natural Heritage Program  (CNHP)

CNHP   - Global Rarity Ranking is based on the range-wide status of a species: G1- Critically imperiled globally because of extreme rarity (5 or fewer occurrences, or very few remaining individuals), or because of some factor of its biology making it especially vulnerable to extinction. (Critically endangered throughout its range); G2-Imperiled globally because of rarity (6 to 20 occurrences), or because of other factors demonstrably making it very vulnerable to extinction throughout its range (Endangered throughout its range); G3-Very rare or local throughout its range or found locally in a restricted range (21 to 100 occurrences) (Threatened throughout its range); G4-Apparently secure globally, though it might be quite rare in parts of its range, especially at the periphery; G5-Demonstrably secure globally, though it may be quite rare in parts of its range, especially at the periphery. T- Taxa of subspecies or varieties, ranked on same criteria as G1-G5.  CNHP - State Rarity Ranking is based on the status of a species (relative abundance of individuals) in each state.  S1- Critically imperiled in state because of extreme rarity (5 or fewer occurrences, or very few remaining individuals), or because of some factor of its biology making it especially vulnerable to extirpation from the state. (Critically endangered in state); S2- Imperiled in state because of rarity (6 to 20 occurrences), or because of other factors demonstrably making it very vulnerable to extirpation from the state.  (Endangered or threatened in state); S3- Rare in state (21 to 100 occurrences).

[3] On June 28, 2007, Secretary of the Interior Dirk Kempthorne announced the removal of the bald eagle from the list of threatened and endangered species. For a description of bald eagle distribution and status within the Colona LHA, refer to the sensitive species section below.

[4]Gunnison's prairie dog montane populations are a candidate species, not including the prairie segment populations.

[5]Southwestern willow flycatcher not known to occur in UFO, but species retained on list.

[6]Uncompahgre fritillary butterfly is not known to occur in UFO, but species retained on list.

[7]DeBeque phacelia is not known to occur in UFO, species removed from list.

## Threatened and Endangered Species

*Black-footed ferret:* Black-footed ferrets depend on prairie dogs for food and shelter.  For the Uncompahgre Field Office, this includes Gunnison's and white-tailed prairie dogs. Based on bioenergetics, the basic requirements for suitable ferret habitat include prairie dog towns 200 acres or greater in size with an average density of 8 active burrows/acre. In general, prairie dog communities have either been abandoned or reduced in size in Montrose County over the past 10 years (Hunt 2007). It is unlikely black-footed ferrets could survive in the area due to the small size and fragmentation of the prairie dog locations. The black-footed ferret is believed to have been extirpated from the area.

*Canada lynx:* Canada lynx are adapted to higher altitude forests and riparian areas. The species was in considered extirpated in Colorado by the mid 1970's.  A lynx reintroduction program was initiated in 1999 in the San Juan Mountains (south of Montrose, Colorado) with 200 adult animals released by 2005.  Reproduction was first noted in Colorado lynx in 2003 and recorded for subsequent years.  In 2007 and 2008 however, no successful reproduction was discovered.  No potential habitat for lynx is found in the West Paradox LHA area, although some potential exists in the nearby La Sal Mountains and northeast of the valley in the upper reaches of the Uncompahgre Plateau (known occurrence on the Plateau). There is also a possibility for migrating or dispersing individuals to travel through the area.

BLM_0014888

*Greenback cutthroat*: These trout are inhabitants of small high elevation creeks, and have been re-introduced to stream systems throughout Colorado as part of the recovery effort. They are not present in any of the West Paradox area stream systems at this time.

*Gunnison's prairie dog*: As discussed in the wildlife section above, there are prairie dog populations in the West Paradox area. These are members of the prairie subspecies of Gunnison's prairie dog, and it is the montane subspecies that are candidates for listing at this time.

*Mexican spotted owl:* Mexican spotted owls typically inhabit areas having a component of old-growth/mature forest of mixed evergreen, conifer, Douglas-fir, ponderosa pine, pine-oak, riparian or others. Rocky, steep canyons often near water are another selected habitat type for nesting. The Paradox LHA area is within range for this subspecies and contains typical habitat types for breeding, dispersal, and migration. Although potential habitat occurs in the LHA, no birds have been documented in the area. Areas surveyed in the early 90's included La Sal Creek, Coyote Wash, and other side canyons of the Dolores River in the West Paradox area. There is one account of a sighting near Buckeye Reservoir on USFS lands north of the LHA. This was thought to be a migrant or dispersing individual. The only areas with confirmed spotted owls in Colorado are the Pike-San Isabel National Forest and nearby BLM lands (Canon City area) and Mesa Verde National Park and adjacent Ute Mountain Ute tribal land. (Boyle and Franklin 1993).

*Razorback sucker, Colorado pikeminnow, Humpback chub:* The West Paradox LHA area is in the Dolores River watershed. The only known populations of these fish species are the Upper Colorado River Basin watershed in Mesa and Delta Counties. Changes in stream flow and water temperatures, direct loss of habitat due to inundation by reservoirs, blockage of migration routes and the introduction of non-native fish species are primarily responsible for the decline of the endangered fish species. These species are not expected within the LHA area.

*Southwestern willow flycatcher*: The flycatcher was returned to the TES list for Montrose County in 2009. They are residents of dense woody riparian areas, but there are no records of them in the West Paradox area. This species is considered extirpated from the Uncompahgre Field Office area (A. Pfister USFWS, pers. comm.)

*Uncompahgre fritillary butterfly*: This butterfly is a resident of high elevation mountain tundra in the San Juans where there are dwarf willow patches. It is not found in the West Paradox LHA area.

*Yellow-billed cuckoo:* An extensive survey of yellow-billed cuckoos in the western slope of Colorado was conducted in 2008. Eighty locations along the Colorado, Dolores, Gunnison, San Miguel, Uncompahgre, and Yampa Rivers were surveyed. Cuckoos were found at 11 of these, including one near Nucla on the San Miguel River. The highest concentration of breeding birds (6) was reported along the North Fork of the Gunnison near Hotchkiss. The cuckoos are neotropical migrants in western Colorado often associated with open woodlands and riparian areas with low shrubby cover usually near watercourses. Potential habitat appears to be present in a few areas along the Dolores River, La Sal Creek, and tributaries (RMBO 2008).

*Clay-loving wild buckwheat:* Clay-loving wild buckwheat is confined to whitish alkaline clay soils in Montrose and Delta Counties. In the Paradox LHA, there is no habitat and no known populations of this species.

*Uinta Basin hookless cactus*: The Uintah Basin hookless cactus occurs in Mancos shale-derived river terraces and dry slopes. It is documented in Mesa, Delta and northern Montrose

31

Counties.  The West Paradox LHA area is outside of the range for this species.

Sensitive Species

*Bald eagle:* Bald eagles may be found foraging in the West Paradox region during winter, but there are no winter concentration areas found in the LHA region.  The bald eagle was removed from the Endangered Species list in July of 2007 [72 Federal Register (FR) 37345-37372].  Management of eagles and habitat are still subject to guidance under the delisting monitoring plan (5-year duration) and the Bald and Golden Eagle Protection Act.

*Peregrine falcon:* Peregrine falcons were removed from the Endangered Species list in 1999 and are still managed under the delisting monitoring plan (64FR 46541-46558, 71FR60583).  The UFO considers the peregrine a sensitive species.  Peregrine nesting areas are identified in the Paradox Valley and Slick Rock Canyon along the Dolores River in association with high-elevation cliffs and rock faces (Fig. 1.12).  Peregrine populations are considered stable in the area and nest sites should be kept protected from human intrusion (CNHP 2000).

*Gunnison sage grouse:* The Gunnison sage grouse is found in sagebrush communities with a diversity of grasses and forbs and associated riparian systems.  Sagebrush is an essential habitat feature and provides cover and forage throughout the year.  In the current highly fragmented distribution of the Gunnison sage grouse, only eight small populations occur in Colorado – Pinon Mesa, Crawford, San Miguel Basin, Gunnison Basin, Dove Creek, Cerro Summit-Cimarron-Sims Mesa, and Poncha Pass.  There are no documented occurrences of the Gunnison Sage Grouse within the Paradox LHA area at this time.  The closest known population is in Dry Creek Basin, in northern San Miguel County. Historical habitat occurs in Paradox Valley to the east of the Paradox LHA.

*Other sensitive birds:* Higher altitude forest could provide nesting habitat for northern goshawks, and the entire LHA area may be used during the winter by foraging birds. Ferruginous hawks are considered a migrant in this area, with potential habitat in open country with sagebrush, saltbush-greasewood shrubland, and the periphery of pinyon-juniper. Wintering ferruginous hawks concentrate in areas with high densities of small mammals such as prairie dog colonies or rabbits.  They generally avoid areas of intensive agriculture or human activity. White-faced ibis are known to breed in Montrose County but no locations have been identified in the West Paradox LHA unit.  However, wetland habitat is present within the area. Columbian sharp-tailed grouse inhabit areas of both open grasslands and grasslands with a shrub component. Presence of this species within the UFO has not been recently observed or documented, and is assumed to be extirpated from the area.  Black terns are semicolonial, nesting in emergent vegetation in freshwater.  The LHA is included in the breeding range for black terns, but no breeding has been recorded in Montrose or Ouray Counties.  Both breeding and migration habitats occur in the area.   The West Paradox LHA area is unlikely habitat for most of these sensitive species, as it has limited areas of wetland and forest habitat.

*Fish:* Roundtail chub, bluehead sucker, and flannelmouth sucker occur in the La Sal Creek and Dolores Rivers. There are healthy reproducing populations of the native suckers in La Sal Creek. Although historically wide-ranging, the Colorado River cutthroat is confined to isolated headwaters and lakes including upper drainages of the watershed, most notably Roc Creek.  Restoring natural river flow regimes is important for the survival of all these species. Introduced, non-native fish are another concern because of their ability to outcompete and prey

32

Figure 1.12 Important peregrine falcon habitat in the West Paradox LHA area.



BLM_0014891

on native species. Carp and channel catfish are both introduced species present in the Dolores River (Dan Kowalski, CDOW, personal communication).

*Amphibians:* Northern leopard frogs inhabit springs, slow-moving streams, marshes, reservoirs, and lakes. There are numerous small wetlands created by manmade ponds, creeks and rivers in the West Paradox area. Throughout its range, leopard frog populations have declined due to habitat loss and degradation, non-native species invasion, and undetermined causes. The canyon treefrog is another sensitive species that has been documented in the lower Dolores watershed including La Sal Creek, but its population status at this time is unknown.

*Reptiles:* The longnose leopard lizard and midget faded rattlesnake are both inhabitants of low elevation desert areas, and can be expected in the Paradox area, although not documented there. The Texas horned lizard range is southeastern Colorado, and not expected in the Paradox area (Colorado Herpetological Society, 2009).

*Bats:* Several sensitive bat species have been documented in the West Paradox LHA area. These include the fringed myotis, Yuma myotis, spotted bat, big free-tailed bat, Townsend's big-eared bat, and Allen's big eared bat. Foraging habitat for Townsend's big-eared bat includes juniper woodlands, sagebrush steppe, and mountain shrub areas, which are found throughout the area. Roosting habitat includes caves, mines, and buildings. Townsend's big-eared bats were identified by echolocation in the 2008 survey. Allen's big-eared bat is found in pinyon juniper, riparian and rocky cliff areas, with brooding/roosting in mines and crevices. Echolocation calls of this species were documented near La Sal Creek in 2006, and spotted bats were also documented through call identification during surveys in the Paradox area in 2008 (Hayes and Hall, 2008). Spotted bats forage in pinyon-juniper woodland, canyon bottoms, open pasture, and hayfields found throughout the LHA; roosting habitat is typically rock crevices in cliffs. Yuma myotis were captured in the Paradox area during the 2008 survey (Hayes and Hall 2008). Yuma myotis are closely associated with water, and also prefer to inhabit buildings, bridges, cliff crevices and trees. Fringed myotis foraging habitat in the area includes ponderosa pine, pinyon/juniper, greasewood, saltbush, and scrub oak. They roost in caves, mines, rock crevices, buildings, and other protected sites found throughout the West Paradox LHA area. During the 2008 bat survey, big free-tailed bats were documented by call identification. Big free-tailed bats roost in crevices on cliff faces or buildings. Foraging is primarily in sagebrush and semi-desert shrub.

*River otter:* River otters are believed to have historically ranged throughout Colorado but never in abundance. The species was thought to be close to extirpation in Colorado resulting from water pollution and altered stream flows. Otters were reintroduced to the Dolores River in 1989. Since then, populations have been monitored and surveyed periodically by CDOW, and the Dolores population appears to be doing well (CDOW interagency reports, UFO files).

*Naturita milkvetch:* The Naturita milkvetch has been found on mesas adjacent to the Dolores River, and in Little Gypsum Valley. In 2008 CNHP mapped a new population on the east side of the Dolores near Roc Creek (Lyon 2008). Its habitat is mainly rocky shallow soils on and near sandstone cliffs and in pinyon juniper, so there may be additional populations around the Paradox LHA area. Based on recent surveys and clearance results, the species may be more ubiquitous than previously thought.

*San Rafael milkvetch:* Found on soils derived from Morrison formation, the San Rafael milkvetch prefers the banks of sandy clay gulches, pockets at the foot of sandstone outcrops, or boulder areas along dry watercourses. It has not been documented within the Paradox LHA, but

BLM_0014892

has potential habitat in the area.

*Sandstone milkvetch*: The sandstone milkvetch has been found in the Dolores and Roc Creek drainages and in the West Paradox area on Entrada sandstone rock ledges and fissures, on talus at the base of cliffs, and sometimes in sandy washes. It is associated with pinyon juniper and desert shrub habitat.

*Kachina daisy*: Cliff seeps known as hanging gardens are the habitat for the Kachina daisy. CNHP has documented populations of this plant in Coyote Wash at the southern boundary of the West Paradox LHA, also along the edge of Sewemup Mesa near the Dolores River.

*Payson's lupine*: Paradox is one of the prime locations for Payson's lupine, also known as Paradox Valley lupine. It occurs on dark red Chinle formation alluvial soils, particularly in draws. Its key identification features are white flowers and rhizomes, and it is associated with scattered junipers. Populations were observed during LHA field surveys in the Paradox valley near the Dolores River.

*Dolores skeleton plant*: Although there have been no populations of the Dolores skeleton plant reported in the West Paradox LHA area, it has been found to the north near Gateway and in the Dolores River valley. It prefers sandy reddish-purple alluvial soils derived from sandstone outcrops (Cutler Group), desert shrub and pinyon juniper communities.

*Eastwood monkey-flower*: Found in the same hanging garden habitats as the Kachina daisy, the Eastwood monkey-flower can also be found in Coyote Wash in the Paradox LHA area, and in seeps along Sewemup Mesa.

*Paradox breadroot*: The Paradox breadroot is often associated with Payson's lupine, and is found in the West Paradox LHA area on red clay, clay outcrops, sandy or rocky soils, and rock outcrops. Associated vegetation is pinyon juniper, sagebrush and desert shrub. Populations have been documented in La Sal and Paradox Creek drainages. This plant was seen during LHA field surveys in 2008 near the Dolores River.

**Sensitive Birds, Including Migratory Birds**

The U.S. Fish and Wildlife Service uses data from Partners In Flight (PIF) to identify migratory and non-migratory species that are not currently listed as threatened, endangered or candidate species. The following table lists the most recent U.S. Fish and Wildlife Service Birds of Conservation Concern (USFWS, 2008). Bird Conservation Region (BCR) No. 16 (Southern Rockies/Colorado Plateau) includes the West Paradox LHA area.

Table 1.4 Birds of Conservation Concern for Bird Conservation Region 16, Southern Rockies/Colorado Plateau

| Common Name | Scientific Name | Habitat/Status in Colorado | May be Present |
|---|---|---|---|
| [Gunnison Sage-Grouse] | *Centrocercus minimus* | Resident | ✓ |
| American Bittern | *Botaurus lentiginosus* | Wetland/breeding | ✓ |
| Bald Eagle | *Haliaeetus leucocephalus* | Riparian/resident | ✓ |
| Bendire's Thrasher | *Toxostoma bendirei* | Mixed woodland/ breeding | ✓ |
| Common Name | Scientific Name | Habitat/Status in Colorado | May be Present |

35

| | | | |
|---|---|---|---|
| Black Rosy-Finch | *Leucosticte arctoa* | Resident | ✓ |
| Brewer's Sparrow | *Spizella breweri* | Shrub-steppe/breeding | ✓ |
| Brown-capped Rosy-Finch | *Leucosticte arctoa* | Resident | ✓ |
| Burrowing Owl | *Athene cunicularia* | Grassland/breeding | ✓ |
| Cassin's Finch | *Carpodacus cassinii* | Mixed woodland/resident | ✓ |
| Chestnut-collared Longspur | *Calcarius ornatus* | Annual, grassland/ migration | ✓ |
| Ferruginous Hawk | *Buteo regalis* | Grassland, shrub-steppe/ winter | ✓ |
| Flammulated Owl | *Otus flammeolus* | Open ponderosa/ breeding | ✓ |
| Golden Eagle | *Aquila chrysaetos* | Open woodland/resident | ✓ |
| Grace's Warbler | *Dendroica graciae* | Mixed woodland/breeding | ✓ |
| Grasshopper Sparrow | *Ammodramus savannarum* | Grassland/breeding | |
| Gray Vireo | *Vireo vicinior* | Pinyon juniper/breeding | ✓ |
| Juniper Titmouse | *Baeolophus ridgwayi* | Pinyon juniper/resident | ✓ |
| Lewis's Woodpecker | *Melanerpes lewis* | Open woodland/resident or breeding | ✓ |
| Long-billed Curlew | *Numenius americanus* | Grassland/migration | ✓ |
| Mountain Plover | *Charadrius montanus* | Grasslands/migration | ✓ |
| Peregrine Falcon | *Falco peregrinus* | Generalist/resident | ✓ |
| Pinyon Jay | *Gymnorhinus cyanocephalus* | Pinyon juniper/resident | ✓ |
| Prairie Falcon | *Falco mexicanus* | Annual, grassland/resident | ✓ |
| Snowy Plover | *Charadrius alexandrinus* | Riparian/migration | ✓ |
| Veery | *Catharus fuscescens* | Woodland-Riparian/breeding | ✓ |
| Willow Flycatcher | *Empidonax traillii* | Riparian/breeding | ✓ |
| Yellow-billed Cuckoo | *Coccyzus americanus* | Riparian/breeding | ✓ |

Migratory birds are protected under numerous federal laws and executive orders including the Migratory Bird Treaty Act, Bald Eagle Protection Act, Lacey, Act and Wild Bird Conservation Act. To that end, the UFO strives to conserve these species and their habitat and minimize impacts by applying avoidance measures and other mitigation to project design.

The variety of habitats in the Paradox LHA offers opportunities for breeding, foraging, roosting and migratory stopovers for most of the birds on the species of conservation concern list that potentially occurring in the UFO area. Riparian areas are particularly important for migrating birds, and many resident/breeding birds nest and forage in deciduous vegetation associated with water systems. These systems as well as seepage from irrigation canal activities support willow and cottonwoods critical for nesting and roosting birds.

Pinyon juniper woodlands and sagebrush areas are important breeding habitats for corvids, sparrows, and numerous warbler species. These vegetation types also support a diversity of base prey including lagomorphs and rodents important to raptors.

Throughout their range and including the LHA area, migratory bird populations are threatened by loss of habitat due to residential development, mining activities, increased OHV

36

use, overgrazing by livestock, water diversion, and possibly drought.    Agricultural use of pesticides may contribute to direct poisoning and can have indirect impacts by reducing invertebrate prey populations.

**Biodiversity Focal Areas**

Several efforts to identify and conserve regional and global biodiversity have been initiated by non-governmental groups. The Colorado Natural Heritage Program has been inventorying Colorado counties for the past several years to identify sites containing high-value plant communities, rare plants and/or animals that they feel warrant protection and management for biodiversity conservation at a statewide level. Western Montrose County, including the West Paradox LHA area, was inventoried in 2000 (Lyon et al).  Each PCA was ranked for its biodiversity values, protection urgency, and management urgency.

The Nature Conservancy (TNC) has sponsored ecoregional assessments to identify areas important for regional biodiversity conservation. The West Paradox LHA area falls into the Colorado Plateau regional analysis (Tuhy et al. 2002). While similar to the CNHP effort in many respects, this assessment is broader in scope in that a region-wide network for biodiversity conservation is identified using computer-based optimization models to identify areas which would most efficiently and cost effectively conserve all of an ecoregion's known biodiversity. Because the ecoregional assessments are done at a large scale and not ground-truthed, the areas identified provide only loose guidance as to what the targets for conservation in a given area are, and what the actual location on the ground might be.

The Southern Rockies Ecosystem Project (SREP) is focused on preserving and restoring connectivity across the ecoregion, primarily to provide for the safe movement and migration of various wildlife species (Southern Rockies Ecosystem Project 2005). Using wildlife experts from throughout Colorado, they have put together a map of important corridors and landscape linkages across the state. These linkages are not highly detailed, but indicate the general locations, types of animals using the corridors, the degree of threat and statewide priority for securing or enhancing each of these corridors. No important corridors for movement of wildlife species were identified in the West Paradox LHA area.

Figure 1.13 shows 9 PCAs and two TNC recommended conservation areas in the LHA area. Table 1.5 shows the important resource values in each of the identified biodiversity conservation areas, and their relative ranking in terms of conservation importance.

At the present time, the San Juan/San Miguel RMP, as amended, does not place any of these areas into special management categories that directly benefit the specific resources of the PCA.  The BLM land is open to off-highway vehicle travel, mineral material disposal, locatable mineral activities, construction of rights-of-ways, and permitted livestock grazing.

BLM_0014895

Figure 1.13 West Paradox LHA area locations identified as being important for biodiversity conservation across the ecoregion, as recommended by the Colorado Natural Heritage Program and The Nature Conservancy.



38

Table 1.5 Recommended conservation areas in the West Paradox LHA area

| Site Name | Resource Values | Biodiversity or Conservation Value Rank [1] | Management/ Protection Urgency Rank [2, 3] |
|---|---|---|---|
| CNHP: Coyote Wash | Best CO occurrence of kachina daisy, also has needleandthread grass community, Eastwood monkey flower, helleborine orchid and spotted bat | B2 | M4, P4 |
| CNHP: Dolores Canyon-Slickrock to Bedrock | An excellent occurrence of globally imperiled New Mexico privet riparian community, also kachina daisy, needleandthread grass community, roundtail chub, Naturita milkvetch, hanging gardens, paradox breadroot, Eastwood monkey flower, flannelmouth sucker, helleborine orchid, gray vireo, Abajo Penstemon, peregrine falcon, Yuma skipper, canyon tree frog, Plateau striped whiptail, tree lizard, coyote willow community, and smooth cliff-brake | B1 | M4, P4 |
| CNHP: Dolores Canyon-Uravan to Roc Creek | Two good occurrences of San Rafael milkvetch, and roundtail chub, sandstone milkvetch, flannelmouth sucker, helleborine orchid, and pale lump-nose bat | B3 | M3, P3 |
| CNHP: East Paradox Creek | The best occurrence of Payson lupine, along with needleandthread grass community, pinyon/needleandthread community, roundtail chub, Paradox breadroot, blue grama-galleta shortgrass prairie, flannelmouth sucker, cold desert shrublands, gray vireo, peregrine falcon, sage sparrow, Plateau striped whiptail, and mesic western slope pinyon-juniper woodlands | B2 | M2, P4 |
| CNHP: Garvey Gulch | Values not described | B3 | M?, P? |
| CNHP: La Sal Creek | The only known location of box elder/river birch community, and needleandthread grass community, Payson lupine, Paradox breadroot, xeric western slope pinyon-juniper woodlands, Plateau striped whiptail, and tree lizard | B1 | M2, P3 |
| CNHP: Paradox Valley North | An excellent occurrence of Payson lupine, and Paradox breadroot, Abajo penstemon, and peregrine falcon | B2 | M2, P4 |
| CNHP: Sewemup Mesa | A good occurrence of Kachina daisy, and xeric western slope pinyon-juniper woodlands, roundtail chub, hanging gardens, Eastwood monkey flower, which is imperiled on a global scale and hanging gardens, blue grama-galleta shortgrass prairie, flannelmouth sucker, great plains salt meadows, Grand Junction milkvetch, helleborine orchid, Mesa dropseed, smooth cliff-brake, Plateau striped whiptail, and southern maiden-hair | B2 | M4, P4 |
| CNHP: West Paradox Creek | A good to excellent occurrence of Douglas fir/red osier dogwood community | B4 | M4, P4 |

39

| Site Name | Resource Values | Threats to Values |
|---|---|---|
| TNC: La Sal Mountains | Little-leaf mountain mahogany sparse shrubland, Isely milkvetch, Franklin's ceanothus, La Sal daisy, yellowish phlox, spotted bat, Abert's squirrel, dwarf shrew, Lewis's woodpecker, three-toed woodpecker, Williamson's sapsucker, Virginia's warbler, gray vireo, smooth green snake, Colorado River cutthroat trout, stonefly, alpine/subalpine bare substrate/meadow, aspen forest, foothill and desert riparian woodland/ shrubland, lower montane shrubland, montane riparian woodland and shrubland, pinyon-juniper and juniper woodland, ponderosa pine woodland, sagebrush shrubland, sagebrush steppe, sandstone-mixed bedrock cliff and tableland, subalpine spruce-fir forest, headwater and creek, low and intermediate, and montane and above, intermittent and perennial-Upper Colorado River | Very high threats from energy and mineral development , high threats from vehicles, roads and recreation and timber/woodland management, moderate threats from fire and hydrologic regime alteration and habitat loss, and low threats from exotic species |
| TNC: Lower Dolores River | Fisher milkvetch, Kachina daisy, Payson lupine, Dolores River skeletonplant, Paradox breadroot, Townsend's big-eared bat, spotted bat, desert bighorn sheep, western yellow-billed cuckoo, southwestern willow flycatcher, peregrine falcon, gray vireo, roundtail chub, ash leaf maple/water birch woodland, columbine-Eastwood monkey flower hanging garden, wild privet shrubland, two-needle pinyon/needleandthread woodland, narrowleaf cottonwood/fragrant sumac woodland, eastern cottonwood/skunkbush sumac woodland, skunkbush sumac-sandbar willow shrubland, needleandthread grass community, foothill and desert riparian woodland/shrubland, lower montane shrubland, pinyon-juniper and juniper woodland, ponderosa pine woodland, sagebrush shrubland, headwater and creek, low and intermediate, and montane and above, intermittent and perennial Upper Colorado River streams | Very high threats from energy and mineral development and exotic species, high threats from vehicles, roads and recreation and hydrologic regime alteration, moderate threats from fire regime alteration, habitat loss, and improper grazing, and low threats from timber/woodland management |

[1] Biodiversity Rank: B1= Outstanding significance such as the only known site for a globally species. B2= Very high significance, such as one of the best examples of a community type, or good occurrence of a globally imperiled species or a species with very restricted range. B3= High significance, such as an excellent example of any community type or a good occurrence of any species with very restricted range or a good occurrence of a state rare species, B4 is an occurrence of moderate or regional significance

[2] Management Urgency Rank: M1=Management action required at once to prevent the loss or irreversible degradation of one or more of the species or communities for which the PCA was identified. M2= Management action required within 5 years to prevent the loss of one of the items for which the PCA was identified. M3= Management action needed within 5 years to maintain the current quality of identified resources. M4= Management actions may be needed in the future to maintain the quality of the identified resources. M5= No serious management needs identified. U=Uncategorized.

[3] Protection Urgency Rank: P1: Immediately threatened by severely destructive forces, within 1 year of rank date; protect now or never. P2: Threat expected within 5 years. P3: Definable threat but not in the next 5 years. P4: No threat is known for the foreseeable future. P5 Land protection complete or adequate reasons exist not to protect the site; do not act on this site.

40

BLM_0014598

**Surface and Ground Water**

The West Paradox Landscape Unit includes portions of both the Lower and Upper Dolores 4th Field River Basins. Table 1.6 and Figure 1.14 show the Hydrologic Unit subdivision of the LHA area by 4th and 5th field (Hydrologic Unit Codes) watersheds and the associated area included in this assessment. Water quality designations and classifications, on the LHA area's streams, are listed and described in Table 1.7. These designations and classifications became effective in July, 2007, by the Colorado water Quality Control Commission, and are reviewed and updated every 3 years (the next tri-annual review for the Lower Dolores is scheduled for 2010).

Table 1.6 Watershed Subdivisions (Hydrologic Unit Codes) and Water Quality Designations and Classifications for the West Paradox Landscape Unit.

| 4th Field Watershed | 5th Field Watershed | Land Status Acres | |
|---|---|---|---|
| | | BLM | Other |
| Upper Dolores Basin 14030002 | Paradox Creeks 1403000215 | 34,345 | 17,990 |
| | Big Gypsum Valley 14003000214 | 15,764 | 0 |
| Lower Dolores Basin 14030004 | Blue Creek 1403000442 | 19,223 | 1,425 |

The major waterway in the assessment area is the Dolores River. The more prominent tributaries to the Dolores in the LHA area include: La Sal Creek, Roc Creek, and West Paradox Creek. Many of the low order tributaries to the Dolores River flow intermittently or ephemerally, due to both the semi-arid climate and water diversions. Both Roc Creek and La Sal Creek headwater in the La Sal Mountains and experience seasonal high flow from snow melt in the spring. Short duration flood flows occur from high intensity precipitation events associated with monsoonal air flow patterns in mid to late summer. Typically, these summer floods are localized and more significant on the smaller, low order drainages.

Annual precipitation varies from less than 12 inches at the lower elevations in the Paradox Valley to more than 15 inches at the higher elevations on Wray Mesa and Carpenter Ridge (PRISM Group at Oregon State University). From 25 to 50% of the annual precipitation falls as snow during the colder months, depending on elevation. Most of the precipitation outside of the mid to late summer season occurs from frontal type storm systems, which are typically regional in size. Precipitation from frontal events occurs over a relatively long duration but at

41

Table 1.7 Water Quality Designations and Classifications for the West Paradox Landscape Unit.

| Stream Segment | Stream Designation[4] | Stream Classification[1,2,3] |
|---|---|---|
| Dolores River | | Aquatic Life Warm 1<br>Recreation E<br>Agriculture |
| Tributaries to Dolores River except for West Paradox Creek | Use protected | Aquatic Life Warm 2<br>Recreation E<br>Agriculture |
| West Paradox Creek | | Aquatic Life Warm 2<br>Recreation E<br>Agriculture |

1    - Waters are designated either warm or cold based on water temperature regime. Class 1 water's are capable of sustaining a wide variety of cold or warm water biota, while class 2 waters are not.
2    -Class E - Existing Primary Contact Use - These surface waters are used for primary contact recreation or have been used for such activities since November 28, 1975.
3    - Waters suitable for irrigating crops usually grown in Colorado.
4    - The Colorado Water Quality Control Commission designates waters of the state, "Use Protected" if they do not warrant special protection provided by the outstanding waters designation or the antidegradation review process.

low intensity rates. In contrast, summer precipitation is commonly associated with the southwest monsoon air flow pattern, which can produce localized, short duration, and intense precipitation events.

The Colorado's Unified Watershed Assessment (Table 1.8), 12/1998, ranked both the Uncompahgre Basin as Category 1, defined as "Watersheds in Need of Restoration", due to salinity management issues and lower reaches of the Uncompahgre on the state's 3030(d) list. Table 1.9 shows the Dolores River to be water quality limited, or in violation of state water quality standards for total recoverable iron. This standard is established by the US Environmental Protection Agency to protect aquatic life. Much of the iron in the Dolores River is considered to be from natural sources such as ground water inflow and/or eroded into streams from the local geology. The BLM, Colorado Public Land Health Standards, which require land management activities minimize soil erosion and sediment yields would also limit any accelerated iron contributions to the Dolores River from public lands. There are no stream segments in the LHA area on the Colorado Monitoring and Evaluation List.

42

BLM_0014900

Figure 1.14 West Paradox LHA area streams and 5th level watersheds.



43

BLM_0014901

Table 1.8 Colorado Unified Watershed Assessment Ranking[1]

| 4th Field Watershed | Category Ranking for BLM Portion of Watersheds | Rationale for ranking |
|---|---|---|
| 14030002 Upper Dolores | Category 2 – Watersheds meeting goals | - 50% federally managed<br>- Moderate salinity potential<br>- Unit predominantly in Colorado |
| 14030004 Lower Dolores | Category 4 – Insufficient data to make an assessment. | - 50% federally managed<br>- BOR project Paradox Valley<br>- Healthy waters that need to be maintained for fish species of concern (flannel mouth, blue head sucker, and round tail chub<br>- Unit predominantly in Colorado |

1. Colorado Unified Watershed Assessment, Colorado Department of Public Health and Environment, Water quality Control Division, and USDA Natural Resources Conservation Service, November, 1998

Table 1.9 Water Quality Limited Stream Segments Requiring the Implementation of the Total Maximum Daily Load Process (TMDLs) – (303)d List

| Segment Description | Portion | Impairment | Priority |
|---|---|---|---|
| Dolores River from Little Gypsum Valley bridge to Colorado/Utah border | all | Fe(Trec) (iron) | High |

The Town of Paradox manages a spring and pipeline to supply domestic water to local residents (public Water System ID 143600). The spring source, pipeline, and the source water assessment area are not located on public lands. The Source Water Assessment report showed a total susceptibility rating to potential contaminants as "Moderately Low".

44

BLM_0014902

**METHODS**

The land health assessment was conducted on public lands in the West Paradox LHA Unit during the period spanning May through June of 2008. The following procedures were used:

**1)**. The area was first broken apart into 32 different polygons. Polygons were based on ecological sites (NRCS-USDA 2003) derived from soil mapping units (where available) and allotment boundaries. Polygons ranged from 53 to 11,274 acres in size. Some ecological sites within allotments were too small or minor to evaluate, and are categorized as "Unknown". Other areas were not sampled because they were on steep and rocky slopes. These were generally considered to be meeting the Land Health Standards. Other areas were not upland, so were not evaluated for Standards 1 or 3.

**2)**. The interdisciplinary team made up of range, wildlife, ecology, hydrology, and T&E specialists ranged between 6-8 people. At the beginning of the field work period, the entire team worked together collecting data in order to gain consistency. Afterwards data was collected primarily by interdisciplinary teams of two to three people.

**3)**. Each polygon was visited in the field, and land health assessment forms were used to describe the plant community characteristics, and various soil and community health attributes. Polygons were evaluated at two to five sites spread across the polygon. The sites were predetermined on maps, and not subjectively chosen in the field. Data collection occurred in the field. Most points were mapped by a GPS unit in the field. A photo of each site was also taken.

**4)**. Riparian Proper Functioning Condition (PFC) data was collected at points along nearly all perennial and intermittent streams within each grazing allotment during the summer of 2007. Where data was not collected, PFC data from 1995-1997 was used. This data was used to address Standard 2.

**5)**. In addition to the PFC data, water chemistry was analyzed, and macroinvertebrate samples were collected in 2007 at the PFC points where there was live water. Qualitative data on sediment and water quality was also collected at these points. On ephemeral or intermittent drainages, qualitative data on likely sediment production was also collected. Standard 5 was evaluated using this data in association with the PFC data and upland health assessment data. This data was evaluated against Colorado's stream water quality designations.

**6)**. Data from the field forms and location data were entered into an ARCGIS personal geodatabase. The databases were linked to the polygons and to the stop points to provide a system that allows maps to be made based on any of the data attributes collected. Based on the data collected in the field, mean values of groundcover and plant growth form cover were also calculated for each ecological site type (unique combinations of ecological site, slope and aspect).

**7)**. A final determination for Standard 1 and for the vegetation portion of Standard 3 for each polygon was made by the ID team. This was done by evaluating all the sites in each polygon, and identifying problems with the range health indicators or by finding substantially lower than average values for the ecological site type. Problems were defined as a score of 1 or 2 for the following health indicators: runoff drainages, pedestals, plant distribution, community diversity, exotic plants, or noxious weeds; or for scores of substantially more than 10% worse than average for soil cover or plant cover. Browse plant vigor attributes were also considered. The ID team judged each polygon as to whether it was meeting the standard (no substantive problems at any site in the polygon), not meeting the standard (substantive problems at one half or the majority of sites in the polygon), or meeting with problem areas (substantive problems at less than half of the

45

stops in polygon), based on a preponderance of evidence. The "meeting with problem areas" category has been used in past land health assessments, and denotes polygons which on balance meet a health standard, but have some indicators or locations within them that the ID team would like to see tracked and managed for improvement. Reasons for the rankings, and likely causes were documented. Riparian Functioning at Risk ratings were directly translated into "Meeting with Problems", as they had been in past land health assessments.

**8).** Polygon ratings (Meeting, Not Meeting, Meeting with Problems) were then entered into the geodatabase, along with land health problems and causes. Causes for polygons not meeting or meeting with problems for any standard were discussed by an ID team. The team considered evidence which included observations of possible disturbances made on the site, grazing dates, reported livestock Actual Use, records of past treatments, and proximity to roads and recreational or mining related disturbance.

**9).** Numerous maps were created showing the locations of different types of problems across the assessment area, based on the data collected at sample points.

**10).** Large scale health issues were assessed by using a remotely sensed vegetation map (from 1993 Landsat imagery) and the desired landscape map that has been developed through the fire planning process, in addition to wildlife population data. In some cases this information may have influenced the final ratings for Standard 3 for the polygons.

**11).** Standard 4 was rated based on existing location data of special status species and Colorado BLM's listed species of concern, together with habitat needs data and the data from the Health Evaluation.

**12).** The overall stream rating for Land Health Standard 5 was determined by the number of surrogate, soil surface indicators occurring on any given area, those being: amount of bare soil surface, density of plant basal cover, amount of plant litter, and the density of secondary roads on sites having a severe erosion potential. On areas that have two soil surface indicators showing problems, the intersecting drainages are rated as meeting standard 5 with problems (Figure 6.1, 6.4, and 6.5). The streams intersecting areas that showed problems with three of the four soil surface indicators, do not meet Public Land Health Standard 5.

BLM_0014904

# RESULTS

**Standard 1:**
*Upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic process. Adequate soil infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff.*

*Indicators used to assess this standard include: rills and* **pedestals**, *active* **gullies**, *appropriate* **groundcover** *and plant canopy cover,* **litter accumulation**, **litter movement**, *appropriate soil organic material, plant species diversity and vigorous, desirable plants.*[*]

[*] *bold text identifies the indicators which were most important for this assessment*

**Acreage Figures**

| Meeting Standard 1 | | Not Meeting Standard 1 | Unknown | Water or other N/A |
|---|---|---|---|---|
| Meeting | Meeting with problems | | | |
| 33,355 | 35,173 | 0 | 1,863 | 255 |

See figure 2.1 for map showing polygon ratings.

**Specific Problems**
**Active Soil Erosion-Pedestals and Gullies**

Soil erosion is a concern because it reflects loss of site productivity and potential that usually cannot be regained for centuries or more. Gullies along with other downcutting or widening drainage channels, and the formation of pedestals on the soil surface were the primary indicators used to evaluate active soil erosion. Pedestal problems were insignificant, as was gullying across nearly all of the West Paradox area (see Figure 2.2). There were only a few isolated areas with gullies observed. Gullies follow an evolutionary process which includes headcutting that pushes the gully upstream of its initial starting point. Because of this characteristic, the presence of a gully at a site may or may not be attributable to other characteristics or management of the site. It does however reflect a loss of soil at the site, which is very important to site productivity.

**Active Soil Erosion–Runoff Drainages**

Runoff drainages occur where water fails to infiltrate into the soil and instead runs off the site as overland flow. Water running over the soil surface is an important source of soil erosion, carrying off soil particles as it goes. An additional concern is that water which does not enter into the soil is unavailable for plant growth. This reduces productivity in an area that is already constrained by a dry climate. Runoff drainage problems were minor across the unit (Figure 2.3), with only a few isolated sites having pronounced overland flow and drainage patterns.

BLM_0014905

Figure 2.1 West Paradox LHA Standard 1 Polygon Ratings.



48

BLM_0014906

Figure 2.2 West Paradox LHA Area soil erosion problems: map shows all sites with gully activity (Rosgen type F and G channels), and soil pedestals (sites with scores of 1 or 2 on the Rangeland Health Indicators data sheet.)



49

Figure 2.3 West Paradox LHA Area runoff related problems. Sites with erosion associated with overland flow: runoff drainage scores of 1 or 2 on the Rangeland Health Indicator sheet are considered problem sites.



50

**Elevated Bare Soil Levels**

Bare soil is that part of the ground surface that is not protected by rock, plant basal area, cryptogamic crust, or litter. Bare soil is vulnerable to the erosive forces of water and wind. The percent cover of bare soil was an important indicator used to evaluate the soil's vulnerability to erosion. High levels of bare soil were found at a number of sites throughout the West Paradox unit (Figure 2.4). These sites had substantially higher bare soil than the average values for the ecological sites. Two large regions with concentrations of problem sites were found and are identified by blue circles in Figure 2.4.

**Low Plant Basal Cover**

Plant basal cover is one of the best sources of soil protection since it protects the soil surface from wind and water erosion, and binds soil particles together with roots. The percent of ground covered by the crowns of perennial plants (basal area) was used as an important indicator of the level of soil protection. In addition to elevating the risk of soil erosion, low basal cover is a concern because the site is producing less vegetation, less vigorous vegetation, or a different type of vegetation than it is capable of producing. Low basal cover was found at numerous sites throughout the LHA area, to a greater degree than bare soil (Figure 2.5). Several regions were found with concentrations of sites having low plant basal area. These regions occur throughout the LHA area, and are identified by the blue circles in Figure 2.5.

**Low Litter Cover**

Litter (the term for dead plant parts on the soil surface) is another plant-related source of soil protection. Litter is made up of persistent or long term litter which is typically the larger and woodier component, and nonpersistent litter which is finer and quickly degrades. Although the nonpersistent portion of litter tends to be less permanent than plant basal cover, persistent and nonpersistent together serve to protect the soil surface and enhance water infiltration by slowing movement of overland flow of water. In addition, as litter decomposes it adds to the organic material in the soil, increasing soil productivity.

Low litter cover was found to occur at a number of sites throughout the unit, although to a lesser degree than low basal and high bare areas (Figure 2.6). Some regions having concentrations of sites with low litter cover were identified by the blue circles in Figure 2.6.

**High Road Density Areas**

Within the LHA there are locations where access and operations for historic uranium mining have resulted in high densities of secondary roads, many of which receive little or no maintenance. Additionally, the steep topography and physical properties of the soils on much of the LHA area result in a high erosion potential, which is often accelerated in areas having a dense network of secondary roads. Figure 2.7 highlights the areas where the combination of high road density and "severe" erosion potential occur, primarily in the La Sal Creek and Martin Mesa/Red Canyon Watersheds.

51

BLM_0014909

Figure 2.4 West Paradox LHA Area sites vulnerable to soil erosion because of high levels of bare soil.  On this map red dots denote sites with bare soil levels worse than 10% higher than average for the ecological site.



BLM_0014910

Figure 2.5 West Paradox LHA Area sites with low plant basal cover. On this map red dots denote sites with basal cover worse than 10% below average for the ecological site.



53

BLM_0014911

Figure 2.6 West Paradox LHA Area sites with low litter cover. On this map red dots denote sites with litter cover worse than 10% below average for the ecological site.



54

Figure 2.7 West Paradox LHA Area areas with high road and mine disturbance density.



BLM_0014913

**Standard 2:** *Riparian systems associated with both running and standing water function properly and have the ability to recover from major disturbance such as fire, severe grazing, or 100 year floods. Riparian vegetation captures sediment, and provides forage, habitat and biodiversity. Water quality is improved or maintained. Stable soils store and release water slowly.*

    *Indicators used to assess this standard include: native or desirable vegetation dominant, vigorous vegetation, diversity of vegetation age classes, vertical and compositional structure, vegetation that has root systems capable of withstanding high stream flows, species that indicate maintenance of riparian moisture, stream in balance with water and sediment supplied from watershed, indications of high water tables, point bars colonized by vegetation in range of age classes, active floodplain, floodplain vegetation available to capture sediment and dissipate flood energies, appropriate channel meander patterns, woody debris a part of stream morphology where appropriate.*

**Mileage Figures[1]**

| Meeting Standard 2 | | Not Meeting Standard 2 | Unknown |
|---|---|---|---|
| Meeting | Meeting with problems | | |
| 11.2 miles | 6.4 miles | 0 miles | 0 miles |

[1] The majority of LaSal Creek has already been analyzed in the East Paradox LHA.

See figure 3.1 for stream segment ratings.

**Specific Problems**

    The majority of riparian areas on public land in the landscape unit fully meet Standard 2. These streams have no evident problems with hydrology, vegetation, or excessive erosion and deposition from either the stream channel or from the watershed. While some of these streams do have minor weed problems, they are not yet affecting stream functionality. This is the case despite some of the streams having significant flow alterations from upstream dams or water diversions. Out of the total 17.6 miles of perennial or intermittent streams, 6.4 miles were rated as "functioning at risk", which we have translated into "meeting Standard 2 with problem areas". There are no streams which did not meet Standard 2. All problem streams are detailed below.

    ***Lower Dolores River:*** Segments of this river have been assessed in the Mesa Creek Land Health Assessment as well, because the river forms the dividing line between the two landscape units. The public land segments which were assessed in the West Paradox LHA total 4.9 miles. Problems identified along this reach included some lateral and vertical instability, a floodplain that cannot dissipate energy effectively, riparian plants in poor vigor, problems with sinuousity and the width:depth ratio, a constricted riparian area, water and sediment imbalance with the channel, and upland watershed problems. Causes were cited as flow regulations from McPhee Reservoir, and the noxious weeds which are common along this river. McPhee Reservoir has greatly reduced spring floods and overall flows in the river throughout much of the year because it and associated water management for agricultural activities have diverted water out of the watershed. Tamarisk is common along this reach of river, as is Russian knapweed (see Figure 3.1). These species are known to create unsuitable growing conditions for native species, and greatly degrade the function and resilience of the native vegetation.

BLM_0014914

Figure 3.1 West Paradox LHA Standard 2 ratings. Only streams with perennial or intermittent flow are considered for this standard.



57

***Spring Creek:*** Approximately 1.4 miles of the entire length of Spring Creek on BLM land was rated as meeting Standard 2 with problems. A number of problems were found along this stream, but it was still considered to be functioning at risk. The problems included some areas of lateral and vertical channel instability, lack of flooding on the floodplain, inadequate energy dissipation, and not enough vegetation cover to protect streambanks. Other problems were areas with riparian plants in poor vigor and species composition, apparent lack of soil moisture, water and sediment imbalances with the channel, roots not capable of withstanding flooding, channel morphology problems, a constrained riparian zone, and point bars that are not revegetating. These problems were thought to be related to upstream water diversions, which may also have blown out and caused channel downcutting.

Figure 3.1 Top: Lower Dolores River showing tamarisk, a noxious weed, bank-cutting and channel morphology problems. Bottom: Spring Creek showing a problem area with down-cut channel and lack of riparian species.





58

**Standard 3 (Vegetation):** *Healthy productive plant and animal communities of native and other desirable species are maintained at viable population levels commensurate with the species' and habitats' potentials. Plants and animals at both the community and population level are productive, resilient, diverse, vigorous, and able to reproduce and sustain natural fluctuations, and ecological processes.*

*Indicators used to assess this standard include: native plant and animal communities distributed adequately to assure sustainability, age class diversity to sustain recruitment and mortality fluctuations, adequate habitat connectivity, photosynthetic activity throughout the growing season, resilience to human activities, appropriate plant litter accumulations, and landscapes composed of a variety of successional stages.*

**Acreage Figures**

| Meeting Standard 3 | | Not Meeting Standard 3 | Unknown | Water |
|---|---|---|---|---|
| Meeting | Meeting with problems | | | |
| 49,552 | 16,907 | 2,069 | 1,863 | 255 |

See figure 4.1 for map showing polygon ratings.

**Specific Problems**
**Plant Diversity**

Native plant diversity indicates that the soil and water resources are being efficiently and maximally used by the vegetation. A diverse community also has greater resilience to disturbance, since the various species represent more survival and reproductive strategies and capabilities than would be present in monocultures. Figure 4.2 shows that diversity problems are not a widespread problem throughout the West Paradox LHA unit. However, there are several low diversity sites along Highway 90 where it climbs up out of Paradox Valley.

**Cool Season Grass Cover**

Perennial grass is an important if not dominant plant type in most of the plant communities occurring in the unit, particularly in the non-forested communities. It is also one of the plant community components most reduced by historic and present day uses, especially grazing. Cool season perennial grasses are those which are actively growing in the spring and fall months, and are generally dormant during the heat of the summer. On the majority of public lands managed by the Uncompahgre Field Office, low cool season grass cover is a particular problem because most grazing on BLM has historically taken place during the fall and spring. This coincides with the cool season grasses' vulnerable, active growing period. When these species are reduced in a plant community, the community loses productivity because spring and fall resources (sunlight and moisture) are not being fully used. In addition, cool season grasses are important for the competition they provide against cheatgrass and many other annual invasive species, because they use the same growing period. The percent canopy cover of cool season perennial grass was used as an indicator of plant community health and wildlife habitat quality (Figure 4.3).

59

Figure 4.1 West Paradox LHA Area Standard 3 ratings.



BLM_0014918

Figure 4.2 West Paradox LHA Area plant diversity. This map shows sites with Rangeland Health Sheet scores of 1 or 2 as diversity problem sites, scores of 3, 4 or 5 as adequate to good diversity.



61

Figure 4.3 West Paradox LHA Area perennial cool season grass cover. On this map red dots denote sites with perennial cool season grass canopy cover worse than 10% below the average value for the ecological site.



62

Problems with low cool season grass cover were observed in many parts of the West Paradox unit. These problems were concentrated along the lower part of Highway 90, the Paradox Valley floor, near the southernmost part of the Forest boundary, and on parts of Carpenter Bench, and Martin, Wray and Nyswonger Mesas.

**Warm Season Grass Cover**

Warm season grasses germinate and grow during periods of summer moisture. This capability enables them to use monsoonal moisture during warm periods when cool season grasses are mostly dormant. Warm season grasses are growing and vulnerable to grazing during the summer, a season in which only higher elevation BLM lands are grazed. Historically, vegetation treatments and seedings have reduced warm season grasses in many areas across BLM lands. The West Paradox area has had a number of vegetation treatments where the topography permitted. Several broad areas that had problems with warm season grasses were observed across the LHA unit (Figure 4.4).

**Perennial Forb Cover**

Perennial forbs are a source of diversity, nectar, seeds, palatable forage, varied photosynthetic periods and root morphologies. These characteristics increase a community's water and sunlight capturing capabilities, biomass production, and ability to support animals. Although typically not a dominant plant type, forbs fill many important niches in a plant community. Like the cool season perennial grasses, perennial forbs are one of the native plant types that appear to have been most impacted by historic grazing, especially at lower elevations. Native perennial forbs have also been reduced in many areas by past BLM treatments and seedings. Percent perennial forb canopy cover is used as an indicator of plant community health and wildlife habitat quality.

Low perennial forb cover was found across many parts of the West Paradox LHA unit (Figure 4.5). Problems with forbs were found in many of the same locations where both warm and cool season grasses were at low levels.

**Pinyon-Juniper Invasion and Decline**

Pinyon and juniper trees are native species which live for centuries and have been common in the region for thousands of years. However, historic photos and tree stand structure indicate that in some areas across the Uncompahgre Field Office, pinyon-juniper woodlands are becoming denser than they were in the past and are expanding into other plant communities. As this occurs, herbaceous and shrub species visibly decline in dominance and vigor, and the landscape loses patch diversity at the larger scale. Pinyon and juniper invasion (as evidenced by young age classes of trees dominating a site) is used as an indicator of plant community health and wildlife habitat quality. Tree invasion was found in two parts of the unit (Figure 4.6), and was occurring mainly as tree reestablishment in formerly chained woodland or what appeared to be old burns.

Recent long-term drought has brought on an ips beetle epidemic in much of southwestern Colorado. Many other pinyon pathogens have also combined with these to create "pinyon decline" which kills the pinyon trees. Because pinyon are such an important part of the plant communities in western Colorado, pinyon decline was used as an indicator of health, and captured by evaluating pinyon tree vigor at each site. Only two sites had

63

Figure 4.4 West Paradox LHA Area perennial warm season grass cover. On this map red dots denote sites with canopy cover values worse than 10% below the average value for the ecological site. WSP is used in the map legend for Warm Season Perennial.



64

BLM_0014922

Figure 4.5 West Paradox LHA Area perennial forb cover. On this map red dots denote sites with perennial forb canopy cover values worse than 10% below the average value for the ecological site.



65

BLM_0014923

Figure 4.6 West Paradox LHA Area pinyon-juniper invasion and pinyon decline. Red dots denote sites where young age classes of either pinyon or juniper are the dominant tree age classes on the site. Yellow dots denote sites where most of the living pinyon trees are in a state of low vigor.



BLM_0014924

much evidence of dying trees. This indicates that most of the pinyon decline has bypassed this part of western Colorado.

**Exotic Plant Cover**

Exotic plants are those species which were not present in the region prior to European settlement of the area, and were brought in from other countries or regions. Therefore, they have not co-evolved with the plants and animals that are native to the area. In some cases, this provides the exotic plants with a competitive advantage allowing them to push out native species. In other cases, the exotics are weedy species associated with disturbance of the native plant community or soil. Prevalence of exotic plant species was used as an indicator of poor plant community health and wildlife habitat quality.

Exotics are presently a problem in only localized areas across the LHA unit (Figure 4.7). Under 7% of the sites visited were dominated by exotic plants, and these were located in fairly isolated areas in the northern and central parts of the unit. Exotics were present at significant levels within the communities, but not dominant at an additional 20% of the sites.

The primary exotic species encountered were cheatgrass (*Bromus tectorum*), and the seeded species crested wheatgrass (*Agropyron cristatum*). Cheatgrass is an exotic species of particular concern, as it has completely overtaken and transformed many plant communities in the Great Basin. Land managers in the Colorado Plateau region are concerned that this area may be on the threshold of a similar level of cheatgrass invasion. Of the 104 sites visited in the West Paradox LHA area, cheatgrass occurred at very high levels at about 3% of the sites, and an additional 7% had significant cover of cheatgrass. Cheatgrass was present at low canopy cover levels in 19% of the remaining sites, and was at trace amounts at another 22% (Figure 4.8). The remaining 49% of sites were free of cheatgrass. The cheatgrass problems were found throughout the unit except at the upper elevations. Burned and other heavily disturbed areas in the West Paradox unit appear to have the most widespread and densest infestations of cheatgrass.

**Noxious Weed Infestations**

Noxious weeds are those exotic species which are formally designated by the state of Colorado as noxious. On or very near to West Paradox area BLM lands, the following noxious weed species are established: Russian knapweed (*Acroptylon repens*), Canada thistle (*Cirsium arvense*), Russian olive (*Eleagnus angustifolia*), tamarisk (*Tamarix chinensis*), Siberian elm (*Ulmus pumila*), bull thistle (*Cirsium vulgare*), field bindweed (*Convolvulus arvensis*), and dalmation toadflax (*Linaria dalmatica*). Of these species, Russian knapweed and tamarisk are the most widespread.

Although a comprehensive weed inventory has not yet been completed for this LHA area, noxious weeds appear to be infrequent across the unit (Figure 4.9). Most of the sites visited during the LHA were completely free of noxious weeds, and very few were noted en route to these sites. Incidental inventory information shows few noxious weeds known from the area. The most heavily infested areas appear to occur along the Dolores River, Highway 90, and Carpenter Ridge Road. Work in other LHA areas has shown a strong relationship between the presence of noxious weeds and stock ponds, roads (particularly frequently maintained roads) and drainages. This unit also has a very high density of old mining roads in some areas, which would be another disturbance vulnerable to weed invasion. Once these disturbed areas are inventoried, we will have a more complete idea of the severity of the noxious weed problem in this unit.

BLM_0014925

Figure 4.7 West Paradox LHA Area exotic plants. This map shows sites with Rangeland Health Sheet scores of 1 or 2 as exotics dominant, scores of 3 as exotics present, and scores of 4 or 5 as exotics minimal.



68

Figure 4.8 West Paradox LHA Area cheatgrass infestations. This map shows sites with cheatgrass at varying levels of canopy cover.



69

Figure 4.9 West Paradox LHA Area noxious weed occurrences. This data comes from two sources-an ongoing weed inventory which maps large patch infestations, linear weed infestations and small point infestations. The LHA data collection points also generated weed data.



70

BLM_0014928

**Shrub Utilization**

Hedging is the alteration of a shrub's growth form into a compact, dense growth of twigs. Hedging on shrubs is caused by repeated browsing by wildlife or livestock, and can result in reduced productivity and vigor of the shrub, or even death. Hedging is indicative of the balance between browsers and habitat carrying capacity. It is used here as one indicator of plant and animal community health. Problems with shrub hedging are limited in this unit. Two areas which have moderate to high levels of hedging are identified in the northern part of the unit (Figure 4.10). Browsing animals appear to concentrate here because of the numbers of sites with heavy and moderate hedging in these areas. As a result, shrub hedging in these areas has the potential to become a problem if an imbalance develops between vegetation and browsing animals.

**Shrub Vigor**

Shrubs are an important component of most plant communities across the unit. They are often the dominant life form of the plant community and also provide structure, diversity and food, thus shaping many aspects of the plant and animal community. Shrub vigor, (or health and productivity) is used as an indicator of plant community health and wildlife habitat quality. Low vigor indicates the plants are stressed, more vulnerable to disease, unlikely to reproduce successfully, and produce less food for wildlife. We observed only limited problems with shrub vigor across the unit (Figure 4.11). Vigor problems were only observed with Wyoming big sagebrush, green mormon-tea, and snakeweed at a scattering of sites across the range of elevations.

**Native Plant Distribution**

One hundred seventy three different plant species were found to occur in the unit. Of those native species which occurred in significant amounts on at least one site, Utah juniper was the most widespread species. It was at 62 out of a total of 104 sites where data was collected. Colorado pinyon was the second most widespread species occurring in significant amounts on 52 sites, with Wyoming big sagebrush the third most common on 30 sites, followed by snakeweed at 24 sites The most common perennial cool season grass was muttongrass—a dominant at 20 sites, while blue grama was the most common perennial warm season grass, and a dominant at 18 sites. The most common perennial forb was rock goldenrod which was significant on 14 sites. Thirty four species occurred at substantial levels on only one site, and another 41 occurred on less than 10 sites as a significant component of the plant community. This distribution of plant species reflects the general dominance of the community by a few species, with the majority of species being comparatively infrequent and sporadically distributed, or at very low levels across the landscape.

As expected, both elevation and soils appear to drive where most of the plant species are located. Deeper soils typically support some different species than shallow and rocky soils, although many species also occur on both soil types. Elevation and aspect also affect plant distribution, with the moist, higher elevations and aspects typically supporting a greater variety of species.

The most obvious problems observed with plant populations are associated with the ongoing climatic influences such as the 2001-2003 drought and series of years with late spring freezes. While these have been much more pronounced in other LHA units, there was some evidence of these processes occurring here as well in isolated areas. However, both pinyon and Gambel oak are still persisting as a dominant plants, and do not appear threatened to this point.

71

Figure 4.10 West Paradox LHA Area shrub utilization and hedging levels. Sites with shrubs falling in hedge classes 3 or 6 depicted as seriously hedged, sites with shrubs in hedge class 2 or 5 are moderately hedged, and sites with shrubs in hedge class 1 or 4 are not hedged.

BLM_0014930

Figure 4.11 West Paradox LHA Area browse plant vigor. Red dots denote sites with at least one major browse shrub species that is in predominantly low vigor across the site.



73

At the level of data collection, it appears that the major plant species appropriate to soil and elevation are found broadly scattered across their available habitat. This evidence suggests that major plant distribution problems are not occurring which would interfere with region-level population viability or resilience among the more common species.

**Connectivity**

Not much information is available, nor are we aware of formal procedures that are outlined for assessing connectivity of habitat in dry woodland, mountain shrub or semi-desert shrubland vegetation types, particularly in very rough terrain. Because the West Paradox area is highly fragmented by topography, we assume that land uses like agriculture, and residential areas together with manmade constructs like roads interact with natural barriers or corridors to alter wildlife movement. A map of likely barriers and dispersal routes is included (Figure 4.12). Possible barriers and dispersal routes are outlined below.

***Steep rock outcrops and rocky slopes:*** While steep rocky areas typically do not cover much area within the West Paradox unit, there are several areas of vertical cliffs which are impassable to wildlife which can't fly. These cliffs are found along the western and eastern reaches of the Dolores River as it passes through the LHA area, and rimming the northeastern edge of Paradox Valley. These are continuous bands that completely cut off movement from mesa top to drainage bottom. They are substantial enough to funnel movement of migratory animals into passable areas, and to isolate populations of non-migratory species above and below the cliffs. It is unlikely that seed dispersal is affected by these cliffs.

***Barren areas:*** There are very few areas of barren land which are not cliffs in the West Paradox unit. These small areas are unlikely to influence connectivity of the larger landscape.

***Rivers, streams, and dams:*** The Dolores River (Upper and Lower) is a small river that forms the eastern boundary of the West Paradox LHA area. It may present some barrier to movement, especially for smaller animals which are not able to swim across it. However, it is often nearly dried up as a result of upstream reservoir management and out-of-basin water diversion. This reduces its ability to form a barrier to terrestrial plant and animal movement. However, this management and diversion of river flows may form a barrier to fish movement. The smaller streams within the unit do not present significant barriers to terrestrial plant and animal movement because they are narrow, and often dry in places during some parts of the year. As with the Dolores River, water diversions for irrigation have probably restricted fish movement.

In addition to being a barrier for some animals, rivers, streams and canals act as dispersal and movement corridors for both plant and animal species. Weed species often move along streams because water transports their seeds, and because they find a similar habitat to irrigated cropland or landscaping (which are often sources of weeds) in the riparian zone. Russian knapweed and tamarisk form numerous infestations along drainages throughout the LHA unit, and particularly along the river.

***Agriculture and intensive human land uses:*** Agriculture and residential use of land can act as a barrier to movement by species that don't use the nonnative vegetation, tolerate the presence of humans and domesticated animals like dogs, need hiding cover, or cannot travel long distances in unsuitable habitat. Agriculture and residential development can also act as corridors for other species. For example, species that thrive in disturbed areas, those that are transported by domestic species, others that benefit from the irrigation systems and more abundant moisture, or those that use crop species are able to move through agricultural lands and populate the areas adjacent to them. Species like the European starling, raccoon, domestic cats, red fox, cockleburr,

74

BLM_0014932

Figure 4.12 West Paradox Area landscape and habitat connectivity. Map shows potential barriers and corridors to plant and animal movement (roads, barren areas, cliffs, rivers or streams, and irrigated agriculture)



BLM_0014933

and Russian olive are spreading in the West. They are present in the private, developed part of the unit, and probably utilizing neighboring BLM land. Deer and elk also feed on the irrigated lands, and their behavior and movement patterns are altered by the presence of these fields. Irrigated agriculture and residential development are the dominant land uses along a 2-3 mile wide swath which follows the bottom of Paradox Valley and bisects the LHA unit. The location and position of these lands in addition to the presence of cliffs to the northeast undoubtedly create a substantial barrier to movement from southwest to northeast. The presence of intermingled rangeland in between tracts of more intensive agriculture may reduce this effect somewhat.

***Roads and trails:*** Roads can be a barrier to movement because they are a strip of bare or altered ground, and because they are a focus of human activity and disturbance. In the case of heavily traveled roads, they can be a major cause of mortality for animals trying to cross. State Highways 90 and 141 are lightly travelled, two-lane, 65 mile per hour roads which pass through the unit. At the current level of use, these probably present only a minor barrier.

Because of the historic uranium mining activity, an extremely dense road network has developed on BLM lands in some areas of this unit. Most of these roads are lightly traveled dirt roads, or else bulldozer scrapes which have eroded into impassability. These probably do not act as a barrier in this ecosystem. Instead, they probably facilitate spread of some species, such as elk and coyote in the pinyon-juniper woodland, and weed species, which spread along the disturbed ground, particularly where the roads are maintained and graded or graveled.

***Livestock, wildlife, people, vehicles, and pets:*** Livestock, deer and elk provide a mechanism for dispersal of seeds, insects, and disease. They are likely a principal source of weeds in native communities because they can transport seeds in their fur or digestive tracts, and because they often move between heavily disturbed or agricultural private lands, up into native rangelands. They can also reduce the competitive capabilities of native plant species through grazing, and are a source of soil disturbance. People, their vehicles and their pets transport weed seeds in the same way.

**Wildlife Habitat and Wildlife Communities**

Problems related to wildlife and habitats parallel those described under the vegetation section. Polygons with a rating less than "meeting" typically exhibited one or more of the following symptoms:

1) Degraded or unsuitable habitat due to past vegetation treatments

Certain vegetation treatments within the LHA have rendered some areas poor or unsuitable for wildlife. LHA observers noted invasion by cheatgrass, annuals, and/or noxious weeds at several treatment sites. Crested wheatgrass plantings create a monoculture that typically results in poor habitat structure and diversity for wildlife (with some exceptions—e.g. big game) and are in part to blame for declines in sagebrush obligate species (Reynolds and Trost 1980). Some treatment areas within the LHA are recovering well and have apparently resulted in improved conditions for wildlife.

2) Overbrowsed shrubs and trees

Much of the West Paradox LHA contains severe winter range and/or winter concentration areas for elk and deer. These areas can experience relatively heavy pressure from big game, particularly during harsh winters and in areas where livestock graze. Wild ungulates have the ability to cause dramatic shifts in vegetation, impacting birds, small mammals, and other

76

wildlife. Some shrub overbrowsing and damage by big game was observed at some sites, suggesting a possible imbalance between big game numbers and habitat carrying capacity. However, this does not appear to be as big a problem with the West Paradox LHA as has been the case in other LHAs. Furthermore, deer and elk herd sizes are meeting population objectives for carrying capacity (refer to CDOW DAUs information in the Wildlife section). Shrub vigor was generally good across the LHA although some drought stress problems were noted.

3) Habitat fragmentation, degradation and loss due to anthropogenic disturbances
Road expansion, recreation (primarily ORV), agriculture, mining, and residential developments are increasing habitat fragmentation and are degrading some habitats through the introduction of weeds.

4) Excessive weeds and/or threat of invasion
Weeds including cheatgrass, annuals, and noxious species are at moderate levels in some areas and also occur at undisturbed sites. In some cases, weed presence was at levels which pose a risk for invasion if a major disturbance was to occur (i.e., fire). For most wildlife, exotic and noxious weeds result in degraded or unsuitable habitat through displacement of native vegetation.

5) Low plant community diversity
Plant community diversity at several sites was lower than expected for the ecological type. This problem was often observed in connection with other indicators (weeds, vegetation treatments, overbrowsing, etc.) Diverse plant communities and mosaics are typically more resilient and provide habitat components and features for a greater number of wildlife species.

6) Poor cover by perennial cool and warm season grasses and forbs
This condition was noted at a few sites. Good cover by native perennial grasses and forbs provides essential cover and forage for multiple wildlife species.

**\*Please refer to the introductory Wildlife Section in this document for a discussion on species' population status and trends.**

**The Vegetation Mosaic**
It is commonly thought that disruptions in the amounts and types of disturbances in the landscape have changed the vegetation mosaic from what existed prior to European settlement. In order to manage for a healthy vegetation mosaic and coordinate activities that affect the mosaic, large scale plans and strategies have been developed that set objectives for the how the mosaic should look. The Uncompahgre Field Office Fire Management Plan (FMP) (USDI 2002) states objectives for vegetation mosaics for vegetation management subunits and polygons within them. These mosaic objectives describe desired proportions for each seral stage and patch sizes within the mosaic for different types of management polygons on various parts of the landscape. This plan is not only for fire planning and management, but it also is used to direct vegetation management as a whole. The objectives were based on the best information available at the time, but were designed to be flexible if assumptions proved wrong. Recent studies on fire history and the range of natural variability in pinyon woodlands (Eisenhart 2004), and input from fire ecologists (USDI Bureau of Land Management 2003) may cause the existing objectives to change soon, and reduce the amount of early and early mid seral stages prescribed. These adjustments will be made to this plan's recommendations if they come to pass, and/or will be incorporated into the upcoming Resource Management Plan revision.

77

BLM_0014935

The West Paradox LHA assessment area is broken into two vegetation management subunits (Figure 4.14): Ray Mesa and West Paradox. These units are further subdivided into polygons, each representing different landscape mosaic objectives (Figure 4.13). The existing vegetation mosaic on BLM lands is shown in Figure 4.14. Table V1 in the Appendix compares the existing seral stage proportions on BLM lands with the desired amounts specified by objectives from the Fire Management Plan.   Please see this appendix for a more graphical representation of discrepancies between the mosaic objectives and the existing habitat. Patch sizes for each of the vegetation management subunits in the West Paradox LHA area are also compared with objectives.

**Ray Mesa Unit**

The largest portion of this unit (98%) is made up of the "Southwest Paradox Mesas and Canyons Natural Mosaic" polygon. This polygon is located in the high country to the southwest of Paradox Valley which shares similar topographic and storm (including lightening and to a lesser extent precipitation) patterns. The objective behind this unit is to restore a natural and appropriate vegetation mosaic that can be maintained over time through natural processes as opposed to intensive vegetation management practices. Existing vegetation in this subunit is somewhat divergent from the vegetation mosaic objectives described in the Fire Management Plan. Early seral vegetation is short of objectives by about 5,800 acres while early mid seral vegetation is in excess by over 10,700 acres. Late mid vegetation is short by 6,600 acres while late stage vegetation is meeting objectives. Some of the extra early mid seral vegetation should develop over time to fill the void in late mid seral vegetation. Some of the early mid could also be converted to early seral vegetation, especially through the use of prescribed or natural fire. The current matrix of late seral vegetation is meeting objectives, and patch size distribution of the other vegetation stages also seems appropriate.

The other polygon in this unit is the Urban Interface polygon which has the objective of creating a mosaic which impedes fire spread and enables fire fighters to better manage wildfire. The existing vegetation in this unit deviates substantially from the mosaic objective. Over 100 additional acres of early seral vegetation and 100 acres of early mid seral vegetation are needed, while there is an over abundance of 300 acres of late stage vegetation. The current matrix of late stage vegetation needs to be broken into late seral patches which are mostly no larger than 5 acres in size. Additional early mid seral vegetation should be created so as to make it the matrix stage. In addition, the current small patches of early seral stage should be enlarged to average 50 acres in size.

**West Paradox Unit**

The majority of this unit (82%) is comprised of the "Northeast Paradox Natural Mosaic" polygon. This polygon is located in the high country to the northeast of Paradox Valley which shares similar topographic and storm behavior patterns. The objective behind this unit is to restore a natural and appropriate vegetation mosaic that can be maintained over time through natural processes as opposed to intensive vegetation management practices. The current vegetation mosaic deviates somewhat from mosaic objectives as specified in the Fire Management Plan. There are presently about 3,800 too many acres of early mid seral vegetation, and 3,100 too few acres of late mid seral stage. As the vegetation ages, this discrepancy should be reduced, as long as large-scale fires do not occur. The current arrangement of patches seems appropriate, with late stage vegetation forming the matrix, as specified in the objective. Early and early mid seral patches are currently somewhat larger than called for, but this does not seem

78

BLM_0014936

Figure 4.13 West Paradox LHA Area Vegetation management subunits and polygons within them that prescribe various desired vegetation mosaics. From BLM, 2002: UFO Fire Management Plan.



BLM_0014937

Figure 4.14 West Paradox LHA Area existing vegetation seral and structural stages. Colors that denote more than one stage indicate areas where the exact seral stage is uncertain so the range of possible stages for the area is shown.



BLM_0014938

to be a problem. Past fire and vegetation treatments appear to be skewing this distribution, but inspection of the seral stage map shows that the large treatment and fire polygons are many-lobed resulting in a smaller effective patch size.

The next largest polygon in this unit is the Urban Interface polygon, as described above. The existing vegetation is close to meeting objectives for seral stage proportions, with only 500 too many acres of late stage vegetation. Early mid seral vegetation forms the matrix, as specified in the mosaic objective. Late stage vegetation is currently in patches which are larger than called for by the objective. The large late stage patches should be broken down into smaller patches that are mostly less than 5 acres in size.

The remaining polygon in this unit is the "Deer Winter Habitat" polygon. It makes up 5% of this unit. It is also close to meeting Fire Management Plan mosaic objectives, but in this case the objective is for optimal deer winter habitat. Currently, there are about 200 too few acres of early seral vegetation, while the other stages are in the correct ranges. Late stage vegetation is most abundant, so this should probably be the main source of additional early patches. The existing arrangement of patches is about right, with late and late mid stage vegetation forming the matrix. The current patch sizes of early and early mid vegetation are appropriate, with small patches dominating, and very few patches greater than 25 acres in size.

BLM_0014939

**Standard 4:**

*Special status, threatened and endangered species (federal and state), and other plants and animals officially designated by the BLM, and their habitats are maintained or enhanced by sustaining healthy, native plant and animal communities.*

*Indicators used to assess this standard include: stable and increasing populations of endemic and protected species, suitable habitat is available, minimal levels of undesirable or noxious plants, native plant and animal communities distributed adequately to assure sustainability, age class diversity to sustain recruitment and mortality fluctuations, adequate habitat connectivity, photosynthetic activity throughout growing season, community exhibits resilience to human activities, appropriate plant litter accumulations, and landscapes are composed of a variety of successional stages.*

Acreage Figures

| Meeting Standard 4 | | Not Meeting Standard 4 | Unknown | Water |
|---|---|---|---|---|
| Meeting | Meeting with problems | | | |
| 61,565 | 6,841 | 122 | 1,863 | 255 |

**Note on Standard 4 Rating**

Healthy plant communities typically translate to healthy habitats for wildlife and plants, particularly for wide-ranging or generalist species. However, because endemic and special status wildlife are typically restricted in their range and have more specific habitat requirements, those portions of the polygon containing habitat for these species were evaluated independently. As a result, in some cases, a particular polygon may have been found to be meeting Standard 3 for native animal communities but not meeting or meeting with problems for Standard 4, or vice-versa. The indicators listed in the "Specific Problems" subsection for Standard 3 (Wildlife) are also the basis for this evaluation. Please refer to the introductory Wildlife Section in this document for a discussion on species' population status and trends.

BLM_0014940

Figure 5.1 Standard 4 Ratings for West Paradox LHA area.



BLM_0014941

**Standard 5:** *The water quality of all water bodies, including groundwater where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the state of Colorado. Water Quality Standards for surface and ground waters include the designated beneficial uses, numeric criteria, narrative criteria, and antidegradation requirements set forth under State law as found in (5 CCR 1002-8), as required by Section 303(c) of the Clean Water Act.*

*Indicators used to assess this standard include: appropriate populations of macroinvertebrates, vertebrates, and algae, pollutants and sedimentation attributable to human activity is within amounts specified by the Water Quality Standards established by the State of Colorado.*

**Mileage Figures: Stream Miles Evaluated Against Standard 5 [1,2]**

| Stream Type | Meeting Standard 5 | | Miles Not Meeting | Unknown |
|---|---|---|---|---|
| | Miles Meeting | Miles Meeting but Problem Areas | | |
| **Perennial** | 9.9 | 4.2 | 0 | 0 |
| **Intermittent** | 1.4 | 2.1 | 0 | 0 |
| **Ephemeral** | 4.8 | 3.4 | 7.0 | 0 |
| **Total** | 16.1 | 9.7 | 7.0 | 0 |

1. See figure 6.1 for map showing polygon ratings.
2. The majority of LaSal Creek has already been analyzed in the East Paradox LHA.

Table 6.1 shows chemical water quality characteristics of the landscape areas surface waters. The electrical conductivity (EC) values, which correlates with total dissolved solids, is highest in Roc Creek which appears to be influenced from a saline, ground water seep that discharges into the stream channel, at an approximate location being in the NW1/4 of section 8, T. 48 N, R 18 W., NMPM. The electrical conductivity of the seep water when measured on April 25, 2001, was 85,000 uS/cm. The Roc Creek drainage does contain isolated, remnants of the highly gypsiferous, Paradox formation, the most likely source of the saline groundwater. The Paradox formation is also the source of the saline inflow to the Dolores River as it crosses the Paradox valley.

La Sal Creek and its tributaries have electrical conductivity values implying low to moderate salinity concentrations. These creeks receive flow contributions from groundwater that most likely has a source area associated with the La Sal Mountains. Many of the springs listed in Table 6.2 are in the vicinity of La Sal Creek and its tributaries and similarly reflect moderate to low electrical conductivity values.

Nitrate and phosphate concentrations, being largely responsible for eutrophication of aquatic environments, are in relatively low concentrations in most streams sampled within the landscape area. Data from USGS Open File report 97-233 showed average nitrate and phosphate concentrations average 0.81 mg/l (2,076 samples) and 0.09 mg/l (287 samples), respectively, in

84