Figure 6.1 West Paradox LHA area Standard 5 Polygon Ratings.



BLM_0014943

the Upper Colorado Basin. All of the streams sample averages in the LHA are lower than the Upper Colorado Basin average (Table 1.10).

Table 6.1 Water Quality Chemistry Summaries for Streams in the West Paradox LHA Area

| Stream | Date | Flow Rate (CFS) | EC umhos/cm | Temp. C | Dominant Ions | Nitrate mg/l | Phosphate mg/l |
|---|---|---|---|---|---|---|---|
| Roc Creek | 6/29/2007 | 1.36 | 1809 | 23 | sodium-chloride | 0.03 | 0.02 |
| Ice lake Creek | 6/27/2007 | 0.19 | 222 | 12 | calcium-bicarbonate | 0.19 | 0.02 |
| Lion Canyon | 6/26/2007 | 0.13 | 248 | NA | calcium-bicarbonate | 0.16 | 0.02 |
| Lion Creek | 6/27/2007 | 0.44 | 198 | 15 | calcium-bicarbonate | 0.17 | 0.02 |
| La Sal Creek, Upper | 7/12/2006 | 5.07 | 406 | 20 | calcium-bicarbonate | 0.05 | 0.01 |
| La Sal Creek, Lower | 7/12/2006 | 7.23 | 436 | 18 | calcium-bicarbonate | 0.03 | not detected |
| Spring Creek | 6/29/2007 | 0.13 | 334 | 13 | calcium-bicarbonate | 0.08 | not detected |

Groundwater in the LHA area occurs in sedimentary, bedrock aquifers, and in unconsolidated surface deposits of alluvium and colluvium. Groundwater in the bedrock aquifers flows in the direction of the geologic dip. On public lands within the LHA area, there are about 20 known springs, several of which discharge from aquifers at impervious geologic contacts (table 6.2). On average these springs have Total Dissolved Solids concentrations less than 1,000 ppm. as implied by the conductance values.

**Macroinvertebrates**

Aquatic macroinvertebrate population density and composition are commonly evaluated to assess the stream health. Macroinvertebrates are good indicators of stream health, as there are usually many species that are relatively immobile, many invertebrates are sensitive to pollutants and because of their year round presence in the stream environment and they are capable of reacting to intermittent discharges.

Several instream factors control the composition and abundance of stream invertebrates, including: river flow rate and water velocity, channel substrate size and concentration of suspended solids, winter processes such as river icing, the composition and density of aquatic and riparian vegetation, and the chemistry of the river's water.

Table 6.3 summarizes the macroinvertebrate composition of selected stream sites within the LHA. The sample results are compared against average indicators for 524 samples taken at 245 stream sites in the Colorado Plateau Ecoregion. La Sal, Spring, and Ice lake Creeks show the majority of their indicators rate higher than the ecoregion average. Lion Canyon and Roc Creek show the majority of their values are below the ecoregion average. The invertebrate population in Roc Creek is most likely influenced from the highly saline, groundwater inflow. Lion Canyon Creek experiences drainage from historic uranium mining, and has low base flows which may limit suitable habitat for macroinvertebrates.

BLM_0014944

Table 6.2 Springs within the West Paradox LHA Unit.

| Spring name | Flow rate cfs | Elevation feet | Location | Sample Date | Temperature Degrees C | Conductance (umhos/cm) | pH (su) |
|---|---|---|---|---|---|---|---|
| Lizard Spring | 0.001 | 5260 | T47N, R19W, NENE 36 | 6/27/1985 | 15 | 820 | 6.7 |
| Fir Spring | 0.0006 | 5400 | T46N, T19W, NWSE 2 | 5/16/1985 | 15 | 800 | 8.0 |
| Big Bowl Seep | 0.0006 | 5860 | T47N, R19W, NENE 18 | 7/31/1986 | 18 | 760 | 7.8 |
| Lion Creek Spring | 0.004 | 6520 | T47N, R20W, NESW 1 | 9/18/1986 | 12 | 220 | 8.5 |
| Richards Spring | 0.25 | 6400 | T47N, R20W, NESW 1 | 9/18/1986 | 10 | 215 | 8.0 |
| Reed House Spring | 0.002 | 6000 | T47N, R20W, SWSW 12 | 6/25/1981 | 17 | 140 | 8.2 |
| Road X2 Seep #1 | 0.0006 | 6600 | T47N, R20W,NESE 11 | 7/29/1986 | 29 | 840 | 8.8 |
| Ice lake Creek Spring | 0.0006 | 6600 | T47N, R20W,SWNE 11 | 7/29/1986 | 18 | 760 | 7.8 |
| Road X2 Seep #2 | 0.0006 | 6500 | T47N, R20W,SWNE 11 | 7/29/1986 | 29 | 925 | 8.8 |
| Lion Canyon Springs | 0.2 | 6200 | T47N, R20W,NWNW 14 | 7/29/1986 | 21 | 290 | 8.5 |
| Veda Springs | 0.02 | 6160 | T47N, R20W,NENE 15 | 5/7/1986 | 11 | 180 | 7.8 |
| Lion Spring Reservoir | 0.001 | 7140 | T47N, R20W,NENW 2 | 5/13/1987 | 11 | 550 | 7.3 |
| Canyon Wren Spring | NA | 4700 | T49N, R18W, NESE 33 | 8/3/1981 | 18 | 500 | 8.0 |
| Rock Grotto Spring | 0.007 | 5000 | T48N,R18W, SWNW 4 | 6/24/1987 | 16 | 920 | 8.0 |
| Garvey Gulch Spring | 0.003 | 5160 | T48N, R18W, NWNW 7 | 6/24/1987 | 16 | 1020 | 7.5 |
| Tree Trunk Spring | 0.001 | 6870 | T48N, R18W, SWSW 8 | 6/11/1987 | 24 | 900 | 8.0 |
| Short Draw Spring | 0.0003 | 5300 | T48N, R18W, NENE 15 | 8/3/1981 | 22 | 700 | 8.6 |
| Slow Go Spring | NA | 5400 | T48N, R18W, NESW 23 | 8/4/1981 | 19 | 1000 | 8.3 |
| Two Owl Spring | 0.0006 | 5100 | T48N, R18W, SENW 23 | 6/24/1986 | 28 | 900 | 9.0 |
| Air Plant Spring | 0.005 | 4980 | T48N, R18W, NESW 14 | 6/23/1986 | 16 | 780 | 7.7 |

BLM_0014945

Table 6.3 Summary of aquatic macroinvertebrate metrics in West Paradox LHA area streams, compared to the average for the Colorado Plateau Ecoregion. Data collected summer 2007.

| Stream | Lat . | Long. | Dominant Family | Total[2] Abundance | EPT[3] Taxa | EPT[4] Abundance | Intolerant[5] Abundance | Tolerant[6] Abundance |
|---|---|---|---|---|---|---|---|---|
| La Sal Creek | 38.309 | 108.952 | Mayfly - Baetidae | 5276 | 13 | 925 | 586 | 0 |
| Lion Canyon | 38.333 | 109.055 | Mayfly- Baetidae | 500 | 4 | 262 | 13 | 0 |
| Spring Creek | 38.381 | 107.954 | Stonefly - Nemouridae | 14136 | 8 | 11755 | 7688 | 0 |
| Lion Creek | 38.337 | 109.023 | Diptera - Chironomidae | 1804 | 10 | 925 | 286 | 24 |
| Ice Lake Creek | 38.335 | 109.039 | Mayfly - Baetidae | 3634 | 11 | 2546 | 435 | 5 |
| Roc Creek | 38.442 | 108.878 | Caddisfly - Hydropsychidae | 948 | 14 | 487 | 24 | 0 |
| Colorado Plateau Ecoregion Average (mean of 524 samples taken at 245 sites) | | | | 1953 | 9 | 848 | 148 | 10 |

1. Values in RED rate higher than the Colorado Plateau Ecoregion average. Tolerant Abundance rates, rate higher with lower values.
2. The number of invertebrates per 0.74 square meters of stream bottom.
3. Number of invertebrate families in the Orders: Ephemeroptera (mayflies), Plecoptera (stoneflies), and Tricoptera (caddisflies).
4. The total number of invertebrates in the Orders: Ephemeroptera (mayflies), Plecoptera (stoneflies), and Tricoptera (caddisflies).
5. The total number of invertebrates rated as intolerant to pollution.
6. The total number of invertebrates rated as tolerant to pollution.

## Watershed Condition

Accelerated yield of sediment from the erosion of upland soil is the most widespread water quality issue in the LHA area. Much of the sediment derived from the LHA uplands is detached and transported during intense rainfall events in the summer months. These rainfall events are usually short duration, typically lasting from less than one to no more than three hours. The resultant runoff in the LHA area's streams is also short duration, making quantitative water quality assessments difficult. Thus, to assess a stream's potential for suspended sediment loading in the LHA area, surrogate indicators (soil surface conditions) in place of water quality analyses were used.   The specific surrogate indicators used for this assessment, include the amount of bare soil surface, live plant basal coverage, amount of plant litter on the soil surface, and the density of secondary roads on erodible sites. Low amounts of plant litter and plant basal cover, and high amounts of bare soil surface (soil surface with no plant, rock, or litter cover) are indicative of soils susceptible to high rates of erosion.

The LHA process did not include an evaluation of the condition of roads and trails in the area but did take note of problem areas when encountered. It was observed that several travel routes associated mostly with historic uranium mining are in need of maintenance or rehabilitation. Presently, many of these routes are not maintained and are sources of accelerated sediment yield into receiving surface waters, possibly increasing the total recoverable iron concentration in the 303(d) listed reach of the Dolores River. An example would be the secondary road in Lion Canyon shown in Figures 6.2 and 6.3. Roads in this condition intercept

88

surface runoff from lands upslope and route sediment-laden, channelized water to downstream receiving streams.  Figure 6.4 shows secondary road locations throughout the LHA area and their respective soils' erosion potential. The erosion potential was evaluated using the soil Kw factor, land surface slope, and rock content in the surface soil (US Forest Service). Table 6.3 shows road and soil erosion potential metrics by 6th level watersheds in the LHA area. The La Sal Creek Watershed (# 2415) and the Martin Mesa/Red Canyon Drainages (# 2360) have both the highest road density and total road miles on soils with severe erosion potential.

Figure 6.2 Historic mine related roads are often in poor condition and contributing to downstream sediment yields.



BLM_0014947

Figure 6.3 Road network in Lion Canyon Drainage (location of road in Figure 3 highlighted by red circle).



BLM_0014948

Figure 6.1 West Paradox LHA area showing network of secondary roads, the potential for erosion on unsurfaced roads, and the 6th level drainage delineations.



91

BLM_0014949

Table 6.3 Secondary road metrics on the LHA area, by 6 level watershed and potential soil erosion category.

| HUC 6 Unique ID | HUC Metrics BLM Only | | | Erosion Rating (sq. Miles) | | | Road Miles by Rating | | |
|---|---|---|---|---|---|---|---|---|---|
| | Miles of Road | Area of HUC 6 (sq Miles) | Road Density Miles/Sq Miles | Slight | Moderate | Severe | Slight | Moderate | Severe |
| **2360** | 114.13 | 14.75 | 7.74 | 0.13 | 1.78 | 10.99 | 0.63 | 15.81 | 92.72 |
| **2415** | 173.99 | 32.18 | 5.41 | 1.67 | 8.56 | 14.02 | 20.68 | 84.77 | 60.62 |
| **2357** | 36.12 | 11.67 | 3.10 | 0.22 | 2.32 | 8.50 | 1.00 | 11.07 | 23.42 |
| **2318** | 32.92 | 14.51 | 2.27 | 0.27 | 2.47 | 9.19 | 1.70 | 12.03 | 18.37 |
| **2482** | 69.24 | 14.23 | 4.86 | 1.37 | 5.58 | 5.11 | 12.34 | 38.60 | 17.93 |
| **2402** | 12.12 | 8.37 | 1.45 | 0.33 | 2.53 | 3.91 | 0.78 | 4.35 | 6.54 |
| **2489** | 26.35 | 5.26 | 5.01 | 0.19 | 1.45 | 1.21 | 3.78 | 16.70 | 5.87 |
| **2477** | 12.62 | 3.02 | 4.17 | 0.20 | 1.42 | 1.38 | 2.14 | 8.18 | 2.21 |
| **2466** | 8.54 | 3.00 | 2.85 | 0.05 | 0.78 | 0.52 | 0.54 | 6.98 | 1.02 |
| **2501** | 1.47 | 2.67 | 0.55 | 0.05 | 0.62 | 0.82 | 0.37 | 0.72 | 0.38 |
| **2254** | 0 | 0.78 | n/a | 0.00 | 0.0002 | 0.68 | n/a | n/a | n/a |

BLM_0014950

Figure 6.5 West Paradox stream channels affected by the high density road and mine disturbance network.



93

BLM_0014951

**Causal Discussion and Determinations**

For discussion and analysis of probable causes for land health problems, see the separate document entitled "Causal Determinations for West Paradox LHA"

# Recommendations

**Standard 1 Soils**

In areas with elevated bare soil levels, leave more plant litter on the soil surface. Limit grazing season utilization during the dormant season to 50% use on palatable species.

In areas with low plant basal cover, minimize grazing impacts to plants during periods when the grasses are actively growing. Prevent grazing on regrowth by limiting time of use to 2 weeks or less in a given pasture or grazing area. Minimize instances where livestock graze the same areas in both spring and fall seasons. Provide for occasional, year-long rest.

Use the range project inventory information in combination with the map of high erosion risk areas to identify projects contributing to accelerated soil erosion. Identify and implement corrective measures for project maintenance, management, or deconstruction.

Ensure that existing mosaic objectives (UFO Fire Management Plan [USDI BLM 2002]) are reasonable and consistent with recent information concerning regional historic ranges of variability. Subsequently reevaluate existing mosaics, and then implement measures to ensure objectives are met by allowing natural disturbances to take place, simulating natural disturbances, and restoring past vegetation treatments to increase herbaceous cover and minimize vegetation stages that provide little soil protection.

Reseed burns and consider mulching/rollerchopping/hydroaxing burned areas that are prone to erosion where existing vegetation or rocks on the soil surface are unlikely to stabilize the site within the first 1-2 years post fire.

Coordinate or participate in research on controlling cheatgrass invasions in new disturbances as well as reducing existing invasions. Implement measures/mitigation to reduce spread of cheatgrass and other invasive annuals for all permitted activities.

Complete the road and trail map (also see Figure 2.7), and use it in a GIS to identify road-caused soil loss. This analysis should be used to direct road maintenance and rehab areas so that road and travel related erosion is reduced. Monitor use to better understand soil impacts from OHVs. Where necessary, close and rehab abandoned roads and trails to prevent further erosion. Complete RMP amendment to limit travel to existing routes. Pursue route designation to further limit road-related damage to soils.

**Standard 2 Riparian**

Continue to work on the control of tamarisk, knapweed, and other invasive exotics that infest riparian communities in the LHA area. Continue active involvement in and implementation of UP's weed management plan for the Paradox area, and the TNC project to restore the Dolores River.

BLM_0014952

Prevent additional damage to existing native riparian species by limiting livestock grazing use on willows and cottonwoods to 30% where grazing is found to exceed that level. Reducing stress on native woody species should make them more competitive with tamarisk and other invasive plants.

Acquire an updated map of water rights and instream flows (online from the Colorado Water Conservation Board) within the West Paradox area to better understand controls on stream flows, to identify segments still needing protection, and to help ensure existing water rights are being correctly managed. Incorporate mitigation in BLM issued rights of ways associated with private water right developments that includes installing equipment to monitor instream flow rights and make sure they are upheld.

Advocate for additional instream flows in the Dolores River to maintain riparian values through active involvement in the Dolores River instream flow group.

Put into place a comprehensive series of riparian cross-section studies to monitor riparian condition changes over the long term.

**Standard 3 Native Plant and Animal Communities**
Improve cool season perennial grass and forb cover by adjusting livestock grazing where it is a contributing factor to low cover. Prevent grazing on regrowth during the growing season (which can start in early February) by limiting time of use to 2 weeks or less in a given pasture or grazing area. Minimize instances where livestock graze the same areas in both spring and fall seasons. Provide for occasional, year-long rest to improve plant vigor.

Promote and support the native seed development program to generate a source of adapted, truly native species for rehabilitating damaged areas in the LHA unit.

Complete route mapping across the LHA area. Implement more intensive monitoring of OHV use focusing on the potential for loss of native plant and animal species, and the increase in invasive plants. Use this information to help develop regional Best Management Practices for road and trail placement and management. Complete RMP amendment to limit travel to existing routes, and then pursue route designation to further limit travel-related damage to vegetation and weed spread.

Prevent disturbed areas—particularly fires—from transitioning to dominance by invasive annuals. Evaluate findings from the UFO treatment studies, Goetz (2006), and Shinneman (2006) to determine whether seeding is correlated with cheatgrass, and their other conclusions on factors associated with cheatgrass spread.   Based on review of data, determine best management practices including seeding, spraying with Roundup or Plateau, and priority areas for combating cheatgrass. When seeding, use the best adapted seed possible as determined by treatment monitoring studies, and use the products of the UP native plant material development effort as they become available.

Where the spread of weeds is not a threat, improve warm and cool season grass and forb cover, shrub vigor and abundance, and the vegetation mosaic by reintroducing fire and other natural

95

disturbances, or simulating their effects:
1) Review Fire Management Plan landscape units and objectives.
2) Develop vegetation management strategies for each vegetation management unit. Use mosaic analysis (Chapter 4, this document) to guide vegetation treatment design, both in terms of quantity and pattern.
2) Review findings by Eisenhart (2004) and Shinneman (2006) and retool mosaic descriptions in the UFO Fire Management Plan (USDI BLM 2002) for natural landscape conditions based on this new data.
3) Where new mosaic objectives are developed, reevaluate existing mosaic versus desired mosaics to develop acreage figure recommendations for treatment.

Improve weed management by:
1) Following a strategic approach to first contain spread then reduce existing infestations by implementing the Paradox Weed Management Plan and broadening it to include the LHA area.
2) Utilizing existing partnership with Montrose County to help implement this strategy.
3) Incorporating weed management responsibilities into grazing permits on allotments for new range projects. Develop mechanism to get greater involvement of range permittees, the range budget, and the Grazing Advisory Board to help fight weeds where grazing or livestock management are contributing factors.
4) Enforcing Right of Way weed control stipulations.

In seriously degraded plant communities implement vegetation restoration activities to reduce competition from weeds or woody species, and seed with native species. Conduct literature review and trials to investigate restoration of challenging areas including crested wheat seedings and semidesert sites.

During revision of the Resource Management Plan, consider how to include special designations to protect CNHP, TNC or SREP Potential Conservation Areas, biodiversity conservation areas, relict or remnant plant communities, and wildlife movement corridors.

Put into place a comprehensive series of monitoring transects (several per grazing allotment) to track plant community changes over time, and to monitor effects of management on Standard 3.

Work with CNHP, Black Canyon Audubon, Rocky Mountain Bird Observatory and academic partners to better understand small mammals, herptiles, birds, and predators, their habitat needs and the existing condition of their habitats.

Work with the Colorado Division of Wildlife through their Habitat Partnership Program and private landowners (individually and through Natural Resource Conservation Service) to encourage participation in habitat improvement programs.

Promote Neotropical Migratory Bird (NTMB) species by:
1) Continuing control work on noxious weeds to improve habitat for NTMB species
2) Following the Best Management Practices developed for woodland and sage dependent species when implementing vegetation treatments.

BLM_0014954

3) Maintaining support for the Rocky Mountain Bird Observatory to continue with Breeding Bird Survey transects on BLM land

4) Reduce or eliminate activities that degrade the structure and quality of the overstory or understory of riparian systems.

5) Monitor livestock grazing to ensure tree and shrub regeneration in riparian areas. Design recreational facilities such as roads, trails, and campgrounds to allow the long-term persistence of wooded riparian areas. Include plant species that attract large numbers of insect pollinators as prey in rehabilitation schemes in lowland riparian areas.

6) Maintain stands of large-diameter Gambel oaks, which produce acorns for deer, bears, wild turkeys, and band-tailed pigeons and which provide shade and access to elk sedge understory production for deer and elk, and benefit Virginia's warblers as well.

7) Defer grazing in a rotation that has some pastures with flowering forbs at all times through the growing season. This should benefit the security of the forage resource for both livestock and hummingbirds.

**Standard 4 Special Status Species:**

Monitor grazing, recreation, mining, and other impacts on Payson's lupine, sandstone milkvetch, and Paradox breadroot.

Expand baseline data for raptor nests, habitats, and territories.

Continue to monitor peregrine falcon eyries and territories.

Monitor/inventory for hanging garden sensitive species: Eastwood's monkeyflower, Kachina daisy, etc.

Evaluate the potential for increasing the amount of suitable habitat within the unit for reintroduction and expansion of Gunnison sage grouse populations (i.e., mesa top sagebrush parks to enhance connectivity between Dry Creek Basin and Paradox Valley historical habitat).

Implement BLM surveys and monitoring to fill data gaps. Support habitat inventories and surveys for yellow-billed cuckoo within the major riparian areas in the LHA area. Update plant species maps for sensitive plant species in the area (see list and descriptions in the Special Status Species section).

Consider amending the Uncompahgre Resource Management Plan to include special designations and management decisions for the CNHP, TNC, or SREP Potential Conservation Areas, biodiversity conservation areas, and wildlife movement corridors.

Enhance the management of those streams that are functioning at risk in order to improve habitat conditions for sensitive fish species (see recommendations for Standard 2.)   Investigate the opportunities for natural flow regimes to improve stream habitat for native fish.

**Standard 5 Water Quality:**

Implement management strategies to maintain or increase plant litter, and basal vegetation cover

BLM_0014955

across the LHA area, and decrease amount of bare soil surface on the uplands in the areas rated as "Not Meeting" or "Meeting with Problems".

Assess the network of roads as to their needed maintenance and/or closures to reduce soil erosion and sediment yield. The priority watersheds are the La Sal Creek and Red Canyon/Martin Mesa 6th level watersheds.

Reseed burns and consider mulching/rollerchopping/hydroaxing burned areas that are prone to accelerated sediment production where existing vegetation is unlikely to stabilize the site within the first 1-2 years post fire, or if the invasion of cheatgrass is a threat.

Continue to assess the condition of stream and riverine environments to identify potential impacts to water quality, including the annual thermal regime. Additionally, pursue instream flow recommendations to the state of Colorado on streams needing new or enlarged flow protection to sustain flow-related resource values.

**References**

Banulis, B. 2008. La Sal Deer Management Plan. Unpublished report. Colorado Division of Wildlife, Montrose, Colorado.

Banulis, B. 2008. Paradox Elk Management Plan. Unpublished report. Colorado Division of Wildlife, Montrose, Colorado.

Boyle, S. and S. Franklin. 1993. Mexican spotted owl surveys in Colorado by all agencies and companies (UFO files).

Colorado Natural Heritage Program (CNHP). 2003. Field Guide to the Wetland and Riparian Plant Associations of Colorado. Colorado State University.

Colorado Division of Wildlife (CDOW). 2006a. Gunnison sage grouse range-wide conservation plan.

Colorado Division of Wildlife (CDOW). 2009. Draft Gunnison's and white-tailed prairie dog conservation plan. Avaliable: http://wildlife.state.co.us/WildlifeSpecies/GunnisonWhitetailPrairieDogConsPlanlhtm. Accessed 6/16/2009.

Colorado Herpetological Society website: http://webspinners.com/coloherp/index.php.

Colorado Natural Heritage Program (CNHP). 2003 Field Guide to the Wetland and Riparian Plant Associations of Colorado. Colorado State University.

Colorado Partners in Flight. 2000. Colorado Landbird Conservation Plan, website http://www.rmbo.org/pif/bcp/phy87/87.htm, accessed 3/30/2009.

BLM_0014956

Colorado Water Quality Control Commission, The Basic Standards and Methodologies for Surface Water, (5 CCR 1002-31), Amended 8/8/2005, effective 12/31/05 and 12/31/07.

Eisenhart, Karen. 2004. Historic Range of Variability of Pinyon-Juniper Woodlands in Pinon-Juniper Woodlands of Western Colorado. PhD Dissertation submitted to the University of Colorado.

Federal Register. 2008. 12-month finding on a petition to list the Gunnison's prairie dog as threatened or endangered (Feb. 5, 2008).

Federal Register, July, 1999. Proposed delisting of bald eagle from threatened status.

Goetz, Hillary, 2006. MSc. Thesis on the relationship between cheatgrass, wildfires, and fire rehabilitation. 2006. University of Wyoming.

Hayes, M. and M. Hall. 2008. Bats in the Paradox Valley Area and Gunnison Gorge National Conservation Area. Results of Mist Netting and Acoustic Surveys During 2008.

Hunt, G. 2007. Parliamentary [sic] findings of prairie dog status on BLM land within the Uncompahgre district. BLM unpublished report. 17 September.

Lyon, Peggy. 2008. Rare Plant Survey of BLM Lands. Gateway, Colorado. Colorado State University, Colorado Natural Heritage Program.

Lyon, Peggy and J Sovell 2000. A Natural Heritage Assessment San Miguel and Western Montrose Counties, Colorado. Colorado Natural Heritage Program. Ft. Collins, CO.

PRISM Group at Oregon State University. June, 2006. United States Average Monthly or Annual Precipitation, 1971 – 2000. Corvallis, Oregon, USA.

Reynolds, T.D., and C.H. Trost. 1980. The response of native vertebrate populations to crested wheatgrass planting and grazing by sheep. Journal of Range Management 33:122-125. From: Beck, JL, DL Mitchell. 2000. Influences of livestock grazing on sage grouse habitat. Wildlife Society Bulletin 28:993-1002.

Rocky Mountain Bird Observatory. 2008. The Primary Source, October newsletter.

San Miguel Basin Gunnison Sage Grouse Working Group. 2009. Gunnison Sage Grouse Conservation Plan, San Miguel Basin, draft March 2009. http://www.freewebs.com/sanmiguelsagegrouse/conservationplan.htm.

Shinneman, Doug 2006. PhD thesis on restoration opportunities for sagebrush and pinyon-juniper communities on the Uncompahgre Plateau. University of Wyoming.

Southern Rockies Ecosystem Project, 2005. Linking Colorado's landscapes: phase 1 report.

BLM_0014957

Tuhy, J.S., P. Comer, D. Dorfman, M. Lammert, J. Humke, B. Cholvin, G. Bell, B. Neely, S. Silbert, L. Whitmam, and B. Baker. 2002. A conservation assessment of the Colorado Plateau ecoregion. The Nature Conservancy, Moab Project Office, Moab UT. 110 p. + appendices.

USDA-NRCS 2003 Ecological Sites, information available at http://nasis.nrcs.usda.gov/documents/help/Ecological_Sites_(NASIS - 2003-08-07).

USDA-NRCS 2003. Soil Survey of San Miguel Area, Colorado. Parts of Dolores, Montrose and San Miguel Counties. USDA NRCS in cooperation with USDI BLM and Colorado Agricultural Experiment Station. 499 p.

USDI Bureau of Land Management, 1985. San Juan, San Miguel Resource Management Plan. Uncompahgre Field Office, Montrose, Colorado.

USDI Bureau of Land Management, 2002. Uncompahgre Field Office Fire Management Plan. Uncompahgre Field Office, Montrose, Colorado.

US Geological Survey Digital Elevation Model 30 meter pixels. Information at http://edc.usgs.gov/products/elevation/dem.html

US Department of Agriculture-NRCS 2003. Soil Survey of San Miguel Area, Colorado. Parts of Dolores, Montrose and San Miguel Counties. USDA NRCS in cooperation with USDI BLM and Colorado Agricultural Experiment Station. 499 p.

US Forest Service, Rocky Mountain Region, Soils Group, Interpretations Rating Guide (page 66)

US Geological Survey, Nitrogen and Phosphorus Data for Surface Water in the Upper Colorado River Basin, Colorado, 1980-94. Open-File report 97-233, Denver, Colorado, 1997.

US Geological Survey, Nitrogen and Phosphorus Data for Surface Water in the Upper Colorado River Basin, Colorado, 1980-94. Open-File report 97-233, Denver, Colorado, 1997

Van Reyper G. 2006. TES Species Descriptions for the Uncompahgre Field Office, BLM Uncompahgre Field Office, Montrose, CO.

**List of Preparers**

| | |
|---|---|
| Amanda Clements: Ecologist | Plant Communities, Soils, Riparian areas |
| Dennis Murphy: Hydrologist | Climate, Watersheds and Water Quality |
| Robb Ernst: Geologist | Geologic resources |
| Dean Stindt: Rangeland Specialist | Domestic Livestock Grazing Weeds |
| Charlie Sharp, Melissa Siders and | Special Status Species, Wildlife |

BLM_0014958

Gretchen VanReyper
Lynae Rogers                                    Weed Input
Ken Holsinger                                   Forestry Input

BLM_0014959

APPENDIX

Table S1 Dominant soil units in the West Paradox LHA area and descriptions of their characteristics.

| Soil Map Unit | Soil Description and Attributes | BLM Acreage in Unit |
|---|---|---|
| 6 | Acree loam, 6 to 12 percent slopes<br>Elevation:7,400 to 8,500 feet<br>Mean Annual precipitation:17 to 19 inches<br><br>Acree and similar soils: 85% of unit<br>Soil Order: Mollisol<br>Landform: Mesa, structural bench<br>Depth to restrictive feature: greater than 60 inches<br>Drainage class: well drained<br>Permeability: slow<br>Available water capacity: high<br>Runoff class: Very high<br>Water erosion potential: Slight<br>Wind erosion potential: Low<br>Ecological site: Mountain loam<br>Potential native vegetation: Arizona fescue, Patty's danthonia, mountain muhly, western wheatgrass, mountain big sagebrush, nodding brome, slender wheatgrass | 813 |
| 18 | Begay fine sandy loam, 1 to 6 percent slopes<br>Elevation: 4,900 to 6,200 feet<br>Mean annual precipitation: 9 to 12 in.<br><br>Begay and similar soils: 85% of unit<br>Soil Order: Aridisol<br>Landform: Old terrace<br>Depth to restrictive feature: Greater than 60 inches<br>Available water capacity: moderate<br>Runoff class: very low<br>Water erosion potential: Slight<br>Wind erosion potential: Moderate<br>Ecological site: Semidesert Sandy loam<br>Potential native vegetation: galleta, Wyoming big sagebrush, Indian ricegrass, needleandthread, blue grama, bottlebrush squirreltail, sand dropseed | 7,284 |
| 19 | Beje fine sandy loam, 3 to 25 percent slopes<br>Elevation: 6,200 to 9,700 feet<br>Mean Annual precipitation: 15 to 17 inches<br><br>Beje and similar soils 80% of unit<br>Soil Order: Mollisol<br>Landform: Mesa<br>Permeability: moderately slow<br>Available water capacity: very low<br>Runoff class: Very high<br>Water erosion potential: Slight<br>Wind erosion potential: Moderate<br>Ecological site: Pinyon-Juniper<br>Potential native vegetation: Utah juniper, twoneedle pinyon, black sagebrush, blue grama, bottlebrush squirrel, muttongrass, true mountain mahogany, Gambel's oak, Utah serviceberry, antelope bitterbrush, hairy goldenaster, prairie Junegrass. | 3,272 |

102

BLM_0014960

| 23 | Bodot, dry-Ustic Torriorthents complex, 5 to 50 percent slopes<br>Elevation:5,400 to 6,800 feet<br>Mean annual precipitation: 10 to 12 inches<br><br>Bodot and similar soils 45% of unit<br>Soil Order: Entisol<br>Landform: Terrace, structural bench, landslide Drainage class: Well drained<br>Permeability: slow<br>Available water capacity: low<br>Depth to restrictive feature: 20 to 40 inches<br>Runoff class: Very High<br>Water erosion potential: Moderate<br>Wind erosion potential: Low<br>Ecological site: Basin shale<br>Potential native vegetation: black sagebrush, galleta, western wheatgrass, winterfat, Wyoming big sagebrush, bottlebrush squirreltail, fourwing saltbush shadscale saltbush.<br><br>Ustic Torriorthents and similar soils: 40 percent of unit<br>Soil Order: Entisol<br>Landform:  Structural bench, landslide, terrace<br>Drainage class: Well drained<br>Permeability: Moderately slow<br>Available water capacity: low<br>Depth to restrictive feature: greater than 72 inches<br>Runoff class: Very High<br>Water erosion potential: Moderate<br>Wind erosion potential: Moderate<br>Ecological site: Pinyon-Juniper<br>Potential native vegetation: Utah juniper, two needle pinyon, Indian ricegrass, Wyoming big sagebrush, blue grama, bottlebrush squirreltail, galleta, Salina wildrye | 31 |
| 43 | Fluvaquents, 0 to 6 percent slopes<br>Elevation:  5,100 to 6,200 feet<br>Mean annual precipitation:  10 to 12 inches<br><br>Fluvaquents and similar soils 90 percent of unit<br>Soil Order: Entisol<br>Landform: Flood plains<br>Drainage class:  Somewhat poorly drained<br>Slowest permeability: Moderately slow<br>Available water capacity: high<br>Runoff class:  Low<br>Water erosion potential: Slight<br>Wind erosion potential: Low<br>Potential native vegetation:  narrowleaf cottonwood, inland saltgrass, rush, sedge, willow, tamarisk | 21,454 |

BLM_0014961

| 45 | Gladel-Bond-Rock outcrop complex, 1 to 50 percent slopes<br>Elevation: 5,500 to 6,800 feet<br>Mean Annual precipitation: 10 to 14 inches<br><br>Gladel and similar soils: 35% of unit<br>Soil Order: Entisol<br>Landform: Mesa, structural bench, escarpment<br>Depth to restrictive feature: 5 to 15 inches<br>Drainage class: Well drained<br>Slowest permeability: moderately rapid<br>Available water capacity: very low<br>Runoff class: Very high<br>Water erosion potential: Moderate<br>Wind erosion potential: Moderate<br>Ecological site: Pinyon-Juniper<br>Potential native vegetation: Utah juniper, twoneedle pinyon, Indian ricegrass, bluebunch wheatgrass, galleta, blue grama, bottlebrush squirreltail<br><br>Bond and similar soils: 30% of unit<br>Soil Order: Aridisol<br>Landform: Escarpment, mesa, structural bench<br>Depth to restrictive feature: 6 to 20 inches<br>Drainage class: Well drained<br>Slowest permeability: Moderately slow<br>Available water capacity: very low<br>Runoff class: Very high<br>Water erosion potential: Moderate<br>Wind erosion potential: Moderate<br>Ecological site: Pinyon-Juniper<br>Potential native vegetation: Utah juniper, twoneedle pinyon, galleta, Indian ricegrass, Wyoming big sagebrush, blue grama, true mountain mahogany, antelope bitterbrush, big sagebrush, singleleaf ash, squaw apple<br><br>Rock outcrop: 30% of unit<br>Landform: Mesa, escarpment, structural bench<br>Runoff class: Very high | 233 |
| 49 | Gypsiorthids, 3 to 25 percent slopes<br>Elevation: 4,900 to 6,600 feet<br>Annual precipitation: 10 to 12 inches<br><br>Gypsiorthids and similar soils 85% of unit<br>Soil Order: Aridisol<br>Landform: Valley floor, terrace<br>Depth to restrictive feature: Greater than 60 inches<br>Drainage class: Well drained<br>Slowest permeability: Moderate<br>Available water capacity: low<br>Runoff class: Medium<br>Water erosion potential: Moderate<br>Wind erosion potential: Moderate<br>Potential native vegetation: Indian ricegrass, Greene's rabbitbrush, sand dropseed, New Mexico feathergrass, Wyoming big sagebrush, bottlebrush squirreltail, cryptantha, fourwing saltbush, galleta, scarlet globemallow, winterfat | 46 |

104

BLM_0014962

| 61 | Monticello-Witt loams, 1 to 3 percent slopes<br>Elevation: 6,800 to 7,400 feet<br>Annual precipitation: 13 to 15 inches<br><br>Monticello and similar soils: 60% of unit<br>Soil Order: Mollisol<br>Landform: Mesa, ridge<br>Depth to restrictive feature: Greater than 74 inches<br>Drainage class: Well drained<br>Slowest permeability: Moderate<br>Available water capacity: moderate<br>Runoff class: Low<br>Water erosion potential: Slight<br>Wind erosion potential: Low<br>Ecological site: Loamy Foothills<br>Potential native vegetation: muttongrass, western wheatgrass, Indian ricegrass, Utah serviceberry, black sagebrush, bottlebrush squirreltail, green rabbitbrush<br><br>Witt and similar soils: 30% of unit<br>Soil Order: Aridisol<br>Landform: Mesa, ridge<br>Depth to restrictive feature: Greater than 74 inches<br>Drainage class: Well drained<br>Slowest permeability: moderately slow<br>Available water capacity: high<br>Runoff class: Medium<br>Water erosion potential: Slight<br>Wind erosion potential: Low<br>Ecological site: Loamy Foothills<br>Potential native vegetation: western wheatgrass, muttongrass, Indian ricegrass, Wyoming big sagebrush, needleandthread | 406 |
| 69 | Nortez-Fivepine loams, 1 to 2 percent slopes<br>Elevation: 7,400 to 8,500 feet<br>Annual precipitation: 16 to 19 inches<br><br>Nortez and similar soils 45% of unit<br>Soil Order: Mollisol<br>Landform: Mesa, structural bench<br>Depth to restrictive feature: 20 to 40 inches<br>Drainage class: Well drained<br>Slowest permeability: slow<br>Available water capacity: low<br>Runoff class: High<br>Water erosion potential: Slight<br>Wind erosion potential: Low<br>Ecological site: Pine Grasslands<br>Potential native vegetation: ponderosa pine, Arizona fescue, needleandthread, parry's danthonia. Mountain muhly, western wheatgrass, Gamble's oak, antelope bitterbrush, mountain big sagebrush, mountain brome, prairie Junegrass<br><br>Fivepine and similar soils: 40% of unit<br>Soil Order: Mollisol<br>Landform: Mesa, structural bench<br>Depth to restrictive feature: 10 to 20 inches<br>Drainage class: Well drained<br>Slowest permeability: slow<br>Available water capacity: very low<br>Runoff class: Very high<br>Water erosion potential: Slight<br>Wind erosion potential: Low<br>Ecological site: Ponderosa Pine<br>Potential native vegetation: Rocky mountain juniper, ponderosa pine, twoneedle pinyon, Gambel's oak, mountain muhly, prairie Junegrass, elk sedge, muttongrass | 1,794 |

BLM_0014963

| 71 | Nyswonger silty clay loam, 1 to 4 percent slopes<br>Elevation: 4,900 to 6,800 feet<br>Annual precipitation: 10 to 14 inches<br><br>Nyswonger and similar soils: 90% of unit<br>Soil Order: Mollisol<br>Landform: Alluvial fan, valley floor, terrace<br>Depth to restrictive feature: Greater than 60 inches<br>Drainage class: Moderately well drained<br>Slowest permeability: slow<br>Available water capacity: high<br>Runoff class: High<br>Water erosion potential: Slight<br>Wind erosion potential: Moderate<br>Ecological site: Foothill Swale<br>Potential native vegetation: basin wildrye, basin big sagebrush, streambank wheatgrass, western wheatgrass, fourwing saltbush | 10,732 |
| 73 | Paradox fine sandy loam, 1 to 4 percent slopes<br>Elevation: 4,900 to 6,500 feet<br>Annual precipitation: 10 to 12 inches<br><br>Paradox and similar soils: 85%<br>Soil Order: Entisol<br>Landform: Valley floor, alluvial fan<br>Drainage class: Well drained<br>Slowest permeability: Moderate<br>Available water capacity: high<br>Runoff class: Low<br>Water erosion potential: Slight<br>Wind erosion potential: Moderate<br>Ecological site: Semidesert sandy loam<br>Potential native vegetation: Indian ricegrass, galleta, fourwing saltbush, needleandthread, Wyoming big sagebrush, sand dropseed | 83 |
| 79 | Pojoaque-Chilton complex, 5 to 30 percent slopes, extremely stony<br>Elevation: 5,400 to 5,900 feet<br>Annual precipitation: 10 to 12 inches<br><br>Pojoaque and similar soils: 50% of unit<br>Soil Order: Entisol<br>Landform: Alluvial fan<br>Depth to restrictive feature: Greater than 72 inches<br>Drainage class: Well drained<br>Slowest permeability: Moderately<br>Available water capacity: moderate<br>Runoff class: Medium<br>Water erosion potential: Slight<br>Wind erosion potential: Low<br>Ecological site: Pinyon-Juniper<br>Potential native vegetation: Utah juniper, twoneedle pinyon, Utah serviceberry, true mountain mahogany, Indian ricegrass, New Mexico feathergrass, blue grama, galleta<br><br>Chilton and similar soils: 30% of unit<br>Soil Order: Entisol<br>Landform: Alluvial fan<br>Depth to restrictive feature:  Greater than 72 inches<br>Drainage class: Excessively drained<br>Slowest permeability: Moderate<br>Available water capacity: low<br>Runoff class: Medium<br>Water erosion potential: Slight<br>Wind erosion potential: Moderate<br>Ecological site: Pinyon-Juniper<br>Potential native vegetation: Utah juniper, twoneedle pinyon, Utah serviceberry, true mountain mahogany, Indian ricegrass, New Mexico feathergrass, blue grama, galleta | 14,966 |

BLM_0014964

| 87 | Rock outcrop (40 to 120 percent slopes)<br>Elevation:  4,700 to 10,000 feet<br>Annual precipitation: 10 to 22 inches<br><br>Rock outcrop 90% of unit<br>Landform:  Canyon, mesa<br>Runoff class:  Very high | 12,576 |
| --- | --- | --- |
| 88 | Rock outcrop-Orthents complex, 40 to 90 percent slopes<br>Elevation:  4,700 to 9,200 feet<br>Annual precipitation: 10 to 19 inches<br><br>Rock outcrop: 50% of unit<br><br>Orthents and similar soils: 45% of unit<br>Soil Order: Entisol<br>Landform:  Structural bench, canyon, mesa<br>Depth to restrictive feature:  Greater than 60 inches<br>Drainage class:  Well drained<br>Slowest permeability: Moderately slow<br>Runoff class: High<br>Water erosion potential: Very Severe<br>Wind erosion potential: Low<br>Ecological site:  Douglas-Fir<br>Potential native vegetation:   Rocky mountain Douglas-fir, twoneedle pinyon, Utah juniper, ponderosa pine, Indian ricegrass, Salina wildrye, Bigelow's sagebrush, bottlebrush squirreltail, galleta, blue grama, bluebunch wheatgrass | 71 |
| 107 | Witt loam, dry, 1 to 12 percent slopes<br>Elevation:  6,000 to 6,800 feet<br>Annual precipitation:  11 to 13 inches<br><br>Witt and similar soils: 85% of unit<br>Soil Order: Aridisol<br>Landform: Mesa, structural bench, ridge<br>Depth to restrictive feature: Greater than 72 inches<br>Drainage class: Well drained<br>Slowest permeability: Moderately slow<br>Available water capacity: high<br>Runoff class: High<br>Water erosion potential: Slight<br>Wind erosion potential: Low<br>Ecological site: Semidesert loam<br>Potential native vegetation: Wyoming big sagebrush, galleta, needleandthread, Indian ricegrass, blue grama, muttongrass | 3,127 |
| 108 | Wrayha stony clay loam, 3 to 40 percent slopes<br>Elevation:  7,000 to 7,800 feet<br>Annual precipitation:  14 to 16 inches<br><br>Wrayha and similar soils: 85% of unit<br>Soil Order: Entisol<br>Landform: Ridge<br>Depth to restrictive feature: Greater than 72 inches<br>Drainage class: Well drained<br>Slowest permeability: Slow<br>Available water capacity: High<br>Runoff class: Very High<br>Water erosion potential: Moderate<br>Wind erosion potential: Moderate<br>Ecological site: Pinyon-Juniper<br>Potential native vegetation: Utah Juniper, twoneedle pinyon, Gambel's oak, muttongrass, Indian ricegrass, elk sedge, Saskatoon serviceberry, true mountain mahogany | 340 |

BLM_0014965

Table V1. Existing vegetation mosaic versus desired vegetation mosaic for major Fire Management Plan units. The estimated % seral stages are more accurately portrayed along a spectrum from young to old in the top row, and classified for analysis in the bottom row in the green blocks. Where percentages do not add up to 100, the balance is made up of rock, water, etc. These are approximations of what exists due to inaccuracies in the vegetation mapping.

**Polygons from UFO Fire Management Plan**

| Subunit, Polygon type, Acreage | % of Sub-unit | Desired % of each Vegetation Seral Stage<br>e=early (herbaceous)<br>em=early mid (shrub/grass)<br>m=mid (shrub/young tree)<br>lm=late-mid (tree-shrub; tall shrub)<br>l=late (tree)<br>* designates matrix stages | | | | | Estimated % of each Vegetation Seral Stage<br>e=early (herbaceous)<br>em=early mid (shrub/grass)<br>m=mid (shrub/young tree)<br>lm=late-mid (shrub/mature tree; tall shrub)<br>l=late (mature/old tree)<br>top numbers are an accurate portrayal of estimated percentages along the seral stage spectrum, while bottom bolded numbers have been interpreted to fit into a single seral stage | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | e | em | m | lm | l | e-----------em----------m----------lm----------l | | | | |
| **Ray Mesa** Southwest Paradox Mesas and Canyons Natural Mosaic **41,229 acres** Patch Sizes: | 98% | 20 | 20 | | 20* | 40* | 6   5   33   4   4       4   43 | | | | |
| | | | | | | | **6   38   8   4   43** | | | | |
| | | Early seral patches range from 1-175 acres in size with an average size of about 6 acres. Early mid seral vegetation is found in a near matrix in the southern part of the unit, with patch sizes from 1-6,341 acre patches and a mean patch size of 35 acres.  Mid seral vegetation ranges from 1-636 acres with a mean patch size of 70 acres.  Late mid stage vegetation ranges from 1-117 acre patches, averaging 4 acres in size.  Late seral vegetation forms the matrix throughout most of the unit. The prescription calls for a matrix of late mid and late stages, with half the early and early mid seral acreage in small (<20 acre) patches, and the remainder in patches larger than 20 acres. | | | | | | | | | |
| **Ray Mesa** Urban Interface **714 acres** Patch Sizes: | 2% | 20 | 55* | | 15 | 10 | 5   1   32   7       2   53 | | | | |
| | | | | | | | **5   33   7   2   53** | | | | |
| | | Early seral patches range from 1-6 acres, with a mean patch size of 3 acres. Early mid (and mid seral) patches range from 1-55 acres with a mean patch size of 15 acres.  Late mid vegetation ranges from 1-8 acres with an average patch size of 5 acres.  Late stage vegetation forms the matrix stage.  The prescription calls for the matrix of early-mid stage with early seral acreage distributed equally between patches smaller than 50 acres and patches larger than 50 acres (20% of early seral patches should be less than five acres in size). Late mid and late stage vegetation should mainly occur as small (<5 acre) patches. | | | | | | | | | |
| **West Paradox** Northeast Paradox Natural Mosaic **24,041 acres** Patch Sizes: | 82% | 10 | 20 | | 30 | 40* | 13   6   14   3   13       1   16   31 | | | | |
| | | | | | | | **13   20   16   17   31** | | | | |
| | | The early seral patches range in size from <1-442 acres, with a mean size of 14 acres. Early mid patches range from <1-1,157 acres with a mean patch size of 9 acres . Mid seral vegetation occurs in patches ranging from 1-279 acres with a mean patch size of 10 acres. Late mid seral stage patches range in size from 1-305 acres. Old age class vegetation forms the matrix in the unit. The prescription calls for the matrix to be formed from a combination of late mid and late stage vegetation, with half of the earlier vegetation stages in patches under 5 acres, 40% between 5-25 acres,  and 10% over 25 acres in size. | | | | | | | | | |

BLM_0014966

| Subunit, Polygon type, Acreage | % of Sub-unit | Desired % of each Vegetation Seral Stage See top of table for definitions | | | | | Estimated % of each Vegetation Seral Stage See top of table for definitions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | e | em | m | lm | l | e-----------em----------m---------lm----------l | | | | | |
| **West Paradox** **Urban Interface** **3,800 acres** **Patch Sizes:** | 13% | 20 | 55* | | 15 | 10 | 14 | 1 | 50 | 4 | 6 | 24 |
| | | | | | | | 14 | 51 | 4 | 6 | | 24 |
| | | Early seral patches range from 1-73 acres, with a mean of 8 acres. Early mid and mid seral vegetation forms the matrix. Later mid vegetation occurs in patches ranging from 1-27 acres with a mean patch size of 5 acres. Late stage vegetation ranges from 1-435 acre patches with a mean patch size of 23 acres. The prescription calls for a matrix of early-mid stage with early seral acreage distributed equally between patches smaller than 50 acres and patches larger than 50 acres (20% of early seral patches should be less than five acres in size). Late mid and late stage vegetation should mainly occur as small (<5 acre) patches. | | | | | | | | | | |
| **West Paradox** **Deer Winter Habitat** **1,118 acres** **Patch Sizes:** | 5% | 25 | 25 | | 25* | 25* | 6 | 7 | 12 | 13 | 16 | 32 |
| | | | | | | | 6 | 19 | 13 | 16 | | 32 |
| | | Early seral vegetation ranges from <1-8 acres, with an average patch size of 3 acres. Early mid vegetation patches range from 1-31 acres in size with a mean patch size of 5 acres. Later mid and late vegetation form the matrix stage when taken together. The prescription for this unit calls for late mid and late vegetation to form the matrix together, while numerous small (1-5 acre) and medium (6-25 acre) patches of early and early mid vegetation dominate. Only 20% percent of early and early mid stage vegetation should occur in larger patches of 26-100 acres. | | | | | | | | | | |

BLM_0014967

BLM Colorado State Director's Sensitive Species List

Last updated November 20th, 2009

| Common Name | Scientific Name | Designation of other agencies: CNHP Global and State Ranking **G_** / **S_** ; Forest Service **FS**; Colorado Div. of Wildlife **S_** | Occurrence BLM Field Offices/Districts | | |
|---|---|---|---|---|---|
| | | | Northwest | Southwest | Front Range |
| **MAMMALS** | | | | | |
| Townsend's big-eared bat | *Corynorhinus townsendii pallescens* | G4T4/S2, FS, SC | GJ, GS, WR | SJ, UN | LJ, RG, S |
| Gunnison's prairie dog | *Cynomys gunnisoni* | G5/S5, FS, *Federal Candidate* in Montane populations | | GN, SJ, UN | LJ, RG, S |
| White-tailed prairie dog | *Cynomys leucurus* | G4/S4, FS | GJ, GS, K, LS, WR | UN | |
| Black-tailed prairie dog | *Cynomys ludovicianus* | G4/S3, FS, SC | | | RG |
| Spotted bat | *Euderma maculatum* | G4/S2, FS | GJ, LS, WR | SJ, UN | |
| Allen's (Mexican) big-eared bat | *Idionycteris phyllotis* | G3G4/S2, FS | | SJ, UN | |
| Fringed myotis | *Myotis thysanodes* | G4G5/S3, FS | GJ, GS, WR | SJ, UN | RG |
| Big free-tailed bat | *Nyctinomops macrotis* | G5/S1 | GJ | SJ, UN | LJ, RG, S |
| Desert bighorn sheep | *Ovis canadensis nelsoni* | G4T4; FS | GJ | SJ, UN | |
| Kit fox | *Vulpes macrotis* | G4/S1, FS, SE | GJ | UN | |
| Swift fox | *Vulpes velox* | G3/S3, FS, SC | LS | | RG |
| New Mexico meadow jumping mouse | *Zapus hudsonius luteus* | *Federal Candidate* | | SJ | |
| **BIRDS** | | | | | |
| Northern goshawk | *Accipter gentilis* | G5/S3B, FS | GJ, GS, K, LS, WR | GN, SJ, UN | LJ, RG, S |
| Burrowing owl | *Athene cunicularia* | G4/S4B, FS, ST | GJ, LS, WR | SJ | |
| Ferruginous hawk | *Buteo regalis* | G4/S3BS4N, FS, SC | GJ, LS, K, WR | SJ, UN | LJ, RG, S |
| Gunnison sage-grouse | *Centrocercus minimus* | G1/S1, FS, SC | GJ | GN, SJ, UN | S |
| Greater sage-grouse | *Centrocercus urophasianus* | G4/S4, FS, SC | GJ, GS, K, LS, WR | | |
| Western snowy plover | *Charadrius alexandrinus nivosus* | G4T3/S1B, SC | GJ | | LJ, RG, S |
| Mountain plover | *Charadrius montanus* | G2/S2B, FS, SC | LS, K, WR | | LJ, RG, S |
| Western yellow-billed cuckoo | *Coccyzus americanus occidentalis* | *Federal Candidate* | GJ | UN | LJ |
| Black swift | *Cypseloides niger* | G4/S3B | | GN, SJ | LJ |
| American perigrine falcon | *Falco peregrinus anatum* | G4T4/S2B, FS, SC | LS, GS, WR | SJ, UN | LJ |

Attachment 1 - 1

BLM_0014968

BLM Colorado State Director's Sensitive Species List

Last updated November 20th, 2009

| Common Name | Scientific Name | Designation of other agencies: CNHP Global and State Ranking **G**_/ **S**_ ; Forest Service **FS**; Colorado Div. of Wildlife **S**_ | Occurrence BLM Field Offices/Districts | | |
|---|---|---|---|---|---|
| | | | Northwest | Southwest | Front Range |
| Bald eagle | *Haliaeetus leucocephalus* | G5/S1B/S3N, FS, ST | GJ, GS, LS, WR | GN, SJ, UN | LJ, RG, S |
| Long-billed curlew | *Numenius americanus* | G5/S2B, FS, SC | GJ, LS, WR | UN | RG |
| White-faced ibis | *Plegadis chihi* | G5/S2B, FS | GJ, GS, K, LS, WR | GN, SJ, UN | LJ, RG, S |
| American white pelican | *Pelecanus erythrorhynchos* | G3/S1B | GJ, K, LS, WR | UN | LJ, RG, S |
| Brewer's sparrow | *Spizella breweri* | G5/S4B | GJ, K, LS, WR | GN, SJ, UN | LJ, RG, S |
| Lesser prairie chicken | *Tympanuchus pallidicinctus* | *Federal Candidate* | | | RG |
| Columbian sharp-tailed grouse | *Tympanuchus phasianellus columbian* | G4G3/S2, FS, SC | LS, WR | SJ, UN | |
| **FISH** | | | | | |
| Bluehead sucker | *Catostomus discobolus* | G4/S4, FS | GJ, GS, K, LS, WR | SJ, UN | |
| Flannelmouth sucker | *Catostomas latipinnis* | G3G4/S3, FS | GJ, GS, K, LS, WR | SJ, UN | |
| Mountain sucker | *Catostomas platyrhynchus* | G5/S2, FS, SC | GS, LS, WR | | |
| Rio Grande sucker | *Catostomus plebeius* | G3G4/S1, FS, SE | | | LJ |
| Arkansas darter | *Etheostoma cragini* | *Federal Candidate* | | | RG |
| Rio Grande chub | *Gila pandora* | G3/S1?, FS, SC | | | LJ, S |
| Roundtail chub | *Gila robusta* | G3/ S2, FS, SC | GJ, GS, LS, WR | SJ, UN | |
| Colorado River cutthroat trout | *Oncorhynchus clarki pleuriticus* | G4T3/S3, FS, SC | GJ, GS, K, LS, WR | GN, SJ, UN | |
| Rio Grande cutthroat trout | *Oncorhynchus clarki virginalis* | G4T3/ S3, FS, SC | | | LJ, RG, S |
| **REPTILES** | | | | | |
| Midget faded rattlesnake | *Crotalus viridis concolor* | G5T4/S3?, SC | GJ, GS, LS, | UN | |
| Longnose leopard lizard | *Gambelia wislizenii* | G5/S1, SC | GJ | SJ, UN | |

BLM Colorado State Director's Sensitive Species List

Last updated November 20th, 2009

| Common Name | Scientific Name | Designation of other agencies:  CNHP Global and State Ranking **G_** / **S_** ;  Forest Service **FS**; Colorado Div. of Wildlife **S_** | **Occurrence** BLM Field Offices/Districts | | |
|---|---|---|---|---|---|
| | | | Northwest | Southwest | Front Range |
| Common kingsnake | *Lampropeltis getula* | G5/S1, SC | | | RG |
| Milk snake | *Lampropeltis triangulum taylori* | G5T4Q/ S2?, FS, SC | GJ | UN | RG, LJ, S |
| Desert spiny lizard | *Sceloporus magister* | G5/ S2 | | SJ | |
| Massasauga | *Sistrurus catenatus* | G4/ S3, FS, SC | | | RG |
| AMPHIBIANS | | | | | |
| Northern cricket frog | *Acris crepitans* | G5/SH, SC | | | RG |
| Boreal toad | *Anaxyrus boreas boreas* | FS, SE, G4T1Q/S1 | LS, WR | GN, SJ, UN | |
| Canyon treefrog | *Hyla arenicolor* | G5/ S2 | GJ | SJ, UN | |
| Plain's leopard frog | *Rana blairi* | G5/S3, FS, SC | | | RG |
| Northern leopard frog | *Rana pipiens\** | G5/ S3,  FS, SC | GJ, GS, K, LS, WR | SJ, UN | RG, LJ, S |
| Great Basin spadefoot | *Spea intermontana* | G5/ S3 | GJ, GS, LS, WR | | |
| INVERTEBRATES | | | | | |
| Butterfly, Great Basin silverspot | *Speyeria nokomis nokomis* | G4T2/S1 | GJ | SJ, UN | |
| PLANTS | | | | | |
| Narrow-stem gilia | *Aliciella stenothyrsa (Gilia stenothyrsa)* | G3/S1 | GJ, WR | | |
| Jones' bluestar | *Amsonia jonesii* | G4/S1 | GJ | SJ | |
| Rydberg's golden columbine | *Aquilegia chrysantha var. rydbergii* | G4T1/S1; FS | | | RG |
| Crandall's rockcress | *Arabis crandallii (Boechera crandallii)* | G4/S2 | | GN | RG |
| Dwarf milkweed | *Asclepias uncialis* | G3G4/T2T3/S2; FS | | | RG |
| Gunnison milkvetch | *Astragalus anisus* | G3/G2 | | GN | |
| DeBeque milkvetch | *Astragalus debequaeus* | G2/S2 | GJ, GS | | |
| Horseshoe milkvetch | *Astragalus equisolensis* | G5T1/S1 | GJ | | |
| Debris milkvetch | *Astragalus detritalis* | G3/S2 | LS, WR | | |
| Duchesne milkvetch | *Astragalus duchesnensis* | G3/S1S2 | LS, WR | | |
| Grand Junction milkvetch | *Astragalus linifolius* | G3Q/S3 | GJ | UN | |
| Skiff milkvetch | *Astragalus microcymbus* | G1/S1 | | GN | |

BLM_0014970

BLM Colorado State Director's Sensitive Species List

| Common Name | Scientific Name | Designation of other agencies: CNHP Global and State Ranking **G_** / **S_** ; Forest Service **FS**; Colorado Div. of Wildlife **S_** | Occurrence BLM Field Offices/Districts | | |
|---|---|---|---|---|---|
| | | | Northwest | Southwest | Front Range |
| Ferron's milkvetch | *Astragalus musiniensis* | G3/S1 | GJ | | |
| Naturita milkvetch | *Astragalus naturitensis* | G2G3/S2S3 | GJ | SJ, UN | |
| Fisher milkvetch | *Astragalus piscator* | G1?/S1 | GJ | | |
| San Rafael milkvetch | *Astragalus rafaelensis* | G3Q/S1 | GJ | UN | |
| Ripley's milkvetch | *Astragalus ripleyi* | G3/S2; FS | | | LJ |
| Sandstone milkvetch | *Astragalus sesquiflorus* | G3/S1? | | UN | |
| Sleeping Ute milkvetch | *Astragalus tortipes* | *Federal Candidate* | | SJ | |
| Grand Junction suncup | *Camissonia eastwoodiae* | G2/S1 | GJ | | |
| Slender spiderflower | *Cleome multicaulis* | G2G3/S2S3 | | | LJ, S |
| Crescent bugseed | *Corispermum navicula* | G1?/S1 | K | | |
| Tufted cryptantha | *Cryptantha caespitosa (Oreocarya caespitosa)* | G3/S2 | LS, WR | | |
| Gypsum Valley cateye | *Cryptantha gypsophila* | G1G2/S1S2 | GJ | SJ, UN | |
| Osterhout's cryptantha | *Cryptantha osterhoutii (Oreocarya osterhoutii)* | G3/S1S2 | GJ | GN | |
| Rollins' cryptantha | *Cryptantha rollinsii (Oreocarya rollinsii)* | G4/S2 | WR | | |
| Fragile rockbrake | *Cryptogramma stelleri* | G5/S2 | K | GN, SJ, UN | LJ |
| Uinta Basin springparsley | *Cymopterus duchesnensis* | G3/S1 | LS | | |
| Kachina fleabane | *Erigeron kachinensis* | G2/S1 | GJ | SJ | |
| Singlestem buckwheat | *Eriogonum acaule* | G3/S1 | LS | | |
| Brandegee's buckwheat | *Eriogonum brandegeei* | G1G2/S1S2; FS | | | RG |
| Comb Wash buckwheat | *Eriogonum clavellatum* | G2/S1 | | SJ | |
| Colorado buckwheat | *Eriogonum coloradense* | G3/S2 | | GN | RG |
| Grand buckwheat | *Eriogonum contortum* | G3/S2 | GJ | | |
| Ephedra buckwheat | *Eriogonum ephedroides* | G3/S1 | LS, WR | | |
| Woodside buckwheat | *Eriogonum tumulosum* | G3Q/S2 | LS | | |
| Clay hill buckwheat | *Eriogonum viridulum* | G4Q/S1 | LS | | |
| Tufted frasera | *Frasera paniculata* | G4/S1 | GJ | | |
| Cathedral Bluff dwarf gentian | *Gentianella tortuosa* | G3?/S1 | WR | | |
| Lone Mesa snakeweed | *Gutierrezia elegans* | G1/S1 | | SJ | |
| Pagosa skyrocket | *Ipomopsis polyantha* | *Federal Candidate* | | SJ | |

BLM Colorado State Director's Sensitive Species List

| Common Name | Scientific Name | Designation of other agencies:  CNHP Global and State Ranking **G**_ / **S**_ ;  Forest Service **FS**; Colorado Div. of Wildlife **S**_ | **Occurrence** BLM Field Offices/Districts | | |
|---|---|---|---|---|---|
| | | | Northwest | Southwest | Front Range |
| Piceance bladderpod | *Lesquerella parviflora* | G2/S2 | GJ, WR | | |
| Pagosa Springs bladderpod | *Lesquerella pruinosa* | G2/S2; FS | | SJ | |
| Uncompahgre bladderpod | *Lesquerella vicina* | G2/S2 | | UN | |
| Adobe desertparsley | *Lomatium concinnum* | G2G3/S2S3 | | UN | |
| Canyonlands biscuitroot | *Lomatium latilobum (Aletes latilobus)* | G1/S1 | GJ | | |
| Paradox lupine | *Lupinus crassus* | G2/S2 | | UN | |
| Dolores River skeletonplant | *Lygodesmia doloresensis* | G1G2/S1 | GJ | SJ | |
| Gold blazingstar | *Mentzelia chrysantha (Nuttallia chrysantha)* | G2/S2 | | | RG |
| Royal Gorge blazingstar | *Mentzelia densa (Nuttallia densa)* | G2/S2 | | | RG |
| Roan cliffs blazingstar | *Mentzelia rhizomata (Nuttallia argillosa, Mentzelia argillosa)* | G2/S2 | GJ, GS | | |
| Eastwood's monkeyflower | *Mimulus eastwoodiae* | G3G4/S1 | GJ | SJ, UN | |
| Bill's neoparrya | *Neoparrya lithophila (Aletes lithophilus)* | G3/S3; FS | | | LJ, S |
| Flaming Gorge evening primrose | *Oenothera acutissima* | G2/S2 | LS, WR | | |
| Few-flower ragwort | *Packera pauciflora* | G4G5/S1S2 | | | RG |
| Colorado feverfew | *Parthenium ligulatum (Bolophyta ligulata)* | G3/S2 | LS, WR | | |
| Aromatic Indian breadroot | *Pediomelum aromaticum* | G3/S2 | GJ | SJ, UN | |
| Parachute beardtongue | *Penstemon debilis* | *Federal Candidate* | GJ, GS | | |
| Degener's beardtongue | *Penstemon degeneri* | G2/S2 | | | RG |
| Gibbens' beardtongue | *Penstemon gibbensii* | G1G2/S1 | LS | | |
| Graham's beardtongue | *Penstemon grahamii* | G2/S1 | WR | | |
| Harrington's beardtongue | *Penstemon harringtonii* | G3/S3; FS | GS, K | | |
| White River beardtongue | *Penstemon scariosus* var. *albifluvis* | *Federal Candidate* | WR | | |
| DeBeque phacelia | *Phacelia submutica* | *Federal Candidate* | GJ, GS | | |

BLM_0014972

BLM Colorado State Director's Sensitive Species List                                    Last updated November 20th, 2009

| Common Name | Scientific Name | Designation of other agencies: CNHP Global and State Ranking **G_** / **S_** ; Forest Service **FS**; Colorado Div. of Wildlife **S_** | **Occurrence** BLM Field Offices/Districts | | |
|---|---|---|---|---|---|
| | | | Northwest | Southwest | Front Range |
| Cushion bladderpod | *Physaria pulvinata* | G1/S1 | | SJ | |
| Pale blue-eyed grass | *Sisyrinchium pallidum* | G2G3/S2 | K | | RG, S |
| Rock tansy | *Sphaeromeria capitata* | G3/S1 | LS | | |
| Cathedral Bluff meadow-rue | *Thalictrum heliophilum* | G2/S2, FS | GJ, GS, WR | | |
| Hairy Townsend daisy | *Townsendia strigosa* | G4/S1 | LS | | |
| Rolland's bulrush | *Trichophorum pumilum (Scirpus rollandii)* | G5/S2 | | GN | RG |

1 STATUS: The source used to assign status is from:

Colorado's Natural Heritage: Rare and Imperiled Animals ,Plants, and Plant Communities; Vol.3, No.1, 10/1997.

Colorado's Threatened, Endangered, and Special Concern Wildlife; May/98.

Conservation Status Handbook: Colorado=s Animals, Plants and Plant Communities of Special Concern Vol. 3, No.2, 5/1999.

GROUP: Colorado Natural Heritage Program (CNHP)

CNHP - Global Rarity Ranking is based on the range-wide status of a species.

G1- Critically imperiled globally because of extreme rarity (5 or fewer occurrences, or very few remaining individuals), or because of some factor of its biology making it especially vulnerable to extinction. (Critically endangered throughout its range).

G2-Imperiled globally because of rarity (6 to 20 occurrences), or because of other factors demonstrably making it very vulnerable to extinction throughout its range. (Endangered throughout its range).

G3-Very rare or local throughout its range or found locally in a restricted range (21 to 100 occurrences). (Threatened throughout its range).

G4-Apparently secure globally, though it might be quite rare in parts of its range, especially at the periphery.

G5-Demonstrably secure globally, though it may be quite rare in parts of its range, especially at the periphery.

T- Taxa of subspecies or varieties, ranked on same criteria as G1-G5.

CNHP - State Rarity Ranking is based on the status of a species (relative abundance of individuals) in each state.

S1- Critically imperiled in state because of extreme rarity (5 or fewer remaining individuals), or because of some factor of its biology making it especially vulnerable to extirpation from the state. (Critically endangered in state).

S2- Imperiled in state because of rarity (6 to 20 occurrences), or because of other factors demonstrably making it very vulnerable to extirpation from the state. (Endangered or threatened in state).

S3- Rare in state (21 to 100 occurrences).

S#B- Refers to the breeding season imperilment of elements that are not permanent residents.

S#N- Refers to the non-breeding season imperilment of elements that are not permanent residents. Where no consistent location can be discerned for migrants or non-breeding populations, a rank of SZN is used.

SZ- Migrant whose occurrences are too irregular, transitory, and/or dispersed to be reliably identified, mapped, and protected.

AGENCY: U.S. Forest Service, Region 2

FS - Sensitive: those plant and animal species identified by the Regional Forester for which population viability is a concern as evidenced by:

a. Significant current or predicated downward trends in population numbers or density.

b. Significant current or predicated downward trends in habitat capability that would reduce a species' existing distribution.

State: Colorado Division of Wildlife

SC - Species of Special Concern

2 OCCURRENCE:

Indicates Field Office of known occurrence using the following codes:

Northwest=

LS Little Snake

WR White River

KR Kremmling

GJ Grand Junction

GS Glenwood Springs

Southwest=

UN Uncompahgre

GN Gunnison

SJ San Juan

Front Range =

RG Royal Gorge

LJ LaJara

S Saguache

BLM_0014973

Report # 23b                                                         Page 1 of 1

**Visits and Visitor Days By Office**

**Fiscal Year Range**

Oct 01, 2008  -  Sep 30, 2009

Bureau of Land Management
Recreation Management Information System

3 December 2013

**LLCOS05000-Uncompahgre Field Office**

**Visits:**                        **Visitor Days:**

396,340                          320,867

**Totals:**

**Visits:**                        **Visitor Days:**

**396,340**                        **320,867**

BLM

# Community Assessment
# of the
# Uncompahgre Planning Area







UNCOMPAHGRE FIELD OFFICE

**February 2009**

**Bureau of Land Management**
**2465 S Townsend Avenue**
**Montrose, CO 81401**



## Mission Statement

It is the mission of the Bureau of Land Management (BLM), an agency of the Department of the Interior, to manage BLM-administered lands and resources in a manner that best serves the needs of the American people. Management is based upon the principles of multiple use and sustained yield, taking into account the long-term needs of future generations for renewable and nonrenewable resources.

BLM_0014976

# *FINAL*
# Community Assessment
## of the
## Uncompahgre Planning Area

**Lead Agency**: US Department of the Interior (DOI), Bureau of Land Management (BLM)

**Location**: Uncompahgre Field Office, Colorado

**Date:** February 20, 2009

**Contacts**: Bruce Krickbaum: (970) 240-5300, Bruce_Krickbaum@blm.gov

**Abstract:**

The Bureau of Land Management (BLM) is proposing to update the resource management plan (RMP) for the Uncompahgre Field Office (UFO) planning area. The UFO is responsible for the management and stewardship of 787,628 acres of public land within the UFO planning area in southwestern Colorado; the UFO planning area does not include the Gunnison Gorge NCA. As part of the pre-planning process for the RMP revision, the BLM contracted a community assessment to gather input from counties, cities, towns, and local organizations in the planning area on their views of BLM-managed lands and BLM management practices. The results of the community assessment are presented in this Community Assessment Report.

**Prepared by:**



**Bureau of Land Management**
2465 S Townsend Avenue
Montrose, CO 81401



**EMPSi:** Environmental Management and Planning Solutions, Inc.
3775 Iris Ave., Ste. 1A
Boulder, CO 80301

**West Slope Mediation and Facilitation, LLC**
63272 Orange Road
Montrose, Colorado 81401

This page intentionally left blank.

BLM_0014978

# TABLE OF CONTENTS

Section | Page

**EXECUTIVE SUMMARY** .......... **ES-1**

Community Profiles .......... ES-3
Community Relationships to Public Lands .......... ES-3
Applying the Community Assessment to the RMP Revision Process .......... ES-4
Conclusions .......... ES-6

**1. INTRODUCTION** .......... **1-1**

1.1 Community Assessment Process .......... 1-1
1.2 Reader's Guide to This Report .......... 1-3

**2. COMMUNITY PROFILES** .......... **2-1**

2.1 Participating Communities and Their Demographics .......... 2-1
2.2 Reasons People Live in Their Communities .......... 2-5
2.3 Community Visions in 20 Years .......... 2-5
2.4 Barriers to Overcome for Communities to Achieve Their Visions .......... 2-7

**3. COMMUNITY RELATIONSHIPS TO PUBLIC LANDS** .......... **3-1**

3.1 Community-Desired Benefits from Public Lands .......... 3-1
Social Benefits from Public Lands .......... 3-1
Environmental Benefits from Public Lands .......... 3-3
Economic Benefits from Public Lands .......... 3-4
3.2 Community Vision for Public Lands .......... 3-5
Physical Characteristics .......... 3-6
Social Characteristics .......... 3-8
Administrative Characteristics .......... 3-8

**4. APPLYING THE COMMUNITY ASSESSMENT TO THE RESOURCE MANAGEMENT PLAN REVISION** .......... **4-1**

4.1 Group Areas with Similar Socioeconomic Characteristics .......... 4-1
4.2 Address Planning Issues and Concerns .......... 4-4
Access to Public Lands .......... 4-4
General Recreation .......... 4-4
Motorized and Nonmotorized Recreation .......... 4-4
Energy Development and the Natural Landscape .......... 4-5
Livestock Grazing .......... 4-5
Economic Growth and Small-town Living .......... 4-6
Other Topics of Note .......... 4-6
4.3 Community-Based Suggestions for the RMP Revision Process .......... 4-6
Management Actions That Should Be Continued .......... 4-7

| | Recommended Management Changes | 4-7 |
|---|---|---|
| 4.4 | Partnership Opportunities | 4-13 |
| | Municipal Governments | 4-14 |
| | County Governments | 4-14 |
| | Others | 4-14 |
| **5.** | **LIST OF PREPARERS** | **5-1** |
| **6.** | **REFERENCES** | **6-1** |

## FIGURES                                                     PAGE

| Figure 1-1 | Uncompahgre Field Office Planning Area | 1-2 |
|---|---|---|
| Figure 4-1 | Socioeconomic Units in the Planning Area | 4-2 |

## TABLES                                                      PAGE

| Table 2-1 | Socioeconomic Indicators | 2-3 |
|---|---|---|
| Table 2-2 | Why People Choose to Live in Their Communities | 2-5 |
| Table 2-3 | Community Visions in 20 Years | 2-6 |
| Table 2-4 | Barriers to Overcome for Communities to Achieve Community Visions | 2-7 |
| Table 3-1 | Desired Social Benefits from BLM Public Lands | 3-2 |
| Table 3-2 | Desired Environmental Benefits from BLM Public Lands | 3-4 |
| Table 3-3 | Desired Economic Benefits from BLM Public Lands | 3-5 |
| Table 3-4 | Physical Landscape Vision for BLM Public Lands | 3-7 |
| Table 3-5 | Social Landscape Vision for BLM Public Lands | 3-8 |
| Table 3-3 | Administrative Landscape Vision for BLM Public Lands | 3-9 |
| Table 4-1 | Recommended Changes for the Uncompahgre Field Office RMP Revision | 4-8 |
| Table 4-2 | Recommendations for the RMP Revision Process | 4-9 |
| Table 5-1 | Document Preparers and Reviewers | 5-1 |
| Table A-1 | Stakeholder Meeting Schedule | A-1 |
| Table C-1 | List of Meeting Participants | C-1 |
| Table C-2 | Index to Meeting Notes in Appendix C | C-5 |
| Table F-1 | Land Status Within the Uncompahgre Field Office Planning Area | F-1 |
| Table F-2 | BLM Lands by County within the Uncompahgre Field Office Planning Area | F-2 |

BLM_0014980

# APPENDICES

Appendix A    Meeting Schedule
Appendix B    Meeting Agenda and Questions
Appendix C    List of Participants and Summaries of Meetings
Appendix D    Sample Invitation Letters
Appendix E    Learning from the Community Assessment Process
Appendix F    Information about the Uncompahgre Field Office

# ACRONYMS AND ABBREVIATIONS                                Full Phrase

| | |
|---|---|
| ATV | All-Terrain Vehicle |
| BLM | Bureau of Land Management |
| OHV | Off-Highway Vehicle |
| RMP | Resource Management Plan |
| SRMA | Special Recreation Management Areas |
| UFO | Uncompahgre Field Office |

BLM_0014981

This page intentionally left blank.

BLM_0014982

# EXECUTIVE SUMMARY

The Bureau of Land Management (BLM) is proposing to update the resource management plan (RMP) for the Uncompahgre Field Office (UFO) planning area. The UFO is responsible for the management and stewardship of 787,628 acres of public land within the UFO planning area in southwestern Colorado; the UFO planning area does not include the Gunnison Gorge NCA. As part of the pre-planning process for the RMP revision, the BLM contracted a community assessment to gather input from counties, cities, towns, and local organizations in the planning area on their views of BLM-managed lands and BLM management practices. The results of the community assessment are presented in this Community Assessment Report.

The BLM, assisted by a community facilitator and contractor staff, held 22 community assessment meetings from late October to mid-December 2008. Targeted participants were county, city, and town governmental staff representatives, elected officials, planning or commission members, local chamber of commerce representatives, members of the BLM Southwest Resource Advisory Council, organizations that are actively engaged with the UFO, and individuals active in BLM management concerns. A total of 166 individuals from the following groups participated in the meetings. These individuals were selected by their groups to act as representatives at the meetings.

- The towns and communities of Cedaredge, Orchard City/Austin, Crawford, Hotchkiss, Mountain Village/Telluride, Naturita, Norwood, Olathe, Paonia, Ridgway, and Sawpit;

- The cities of Delta, Montrose, and Ouray;

- The counties of Delta, Gunnison, Montrose, Ouray, and San Miguel;

- Montrose County West End Planning Commission Advisory Committee;

- Public Lands Partnership; and

BLM_0014983

- San Miguel Watershed Coalition.

The primary objectives of the meetings were twofold:

1. Ensure that when the BLM carries out the RMP revision process, it addresses what is important to local communities in relation to public lands; and

2. Start a dialogue between UFO staff and community leaders so that relationships have been established before the RMP revision process begins.

The community assessment meetings, and the information gathered from them, enabled the BLM to:

- Determine how communities and local governments view themselves.

- Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- Identify and address important issues of common concern related to public lands.

- Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

- Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

- Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

- Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

The BLM will be able to use the information gathered from the community assessment to help shape the RMP revision.

## COMMUNITY PROFILES

### Reasons People Live in Their Communities

The community assessment gathered input on what people like about their communities and why they choose to live there. The reasons most often cited included recreational opportunities, natural and scenic beauty, proximity to public lands, and the quality of life their communities afford them in terms of a strong sense of community, the availability of quality services, and a family-friendly, small town, safe environment.

### Community Visions in 20 Years

In addition to what people like about their communities, participants shared the visions they have for their communities over the next 15 to 20 years. Many do not want their communities to change in population or make up, and some want their communities to be like they were 20 years ago. Local economies would grow and become more diversified, and jobs would be created closer to home. Infrastructure would be improved to provide better transportation, educational facilities, and medical services. Communities would update land use plans, and planning tools would be adopted that would guide and control growth. As change occurs, communities would retain the life styles and quality of life elements that are currently valued by those who choose to live there. In addition, communities would play a greater role in how public lands are managed, with improved access to these lands, increased availability of information, and improved interface between communities and land management agencies.

### Barriers to Overcome for Communities to Achieve Their Visions

Participants identified barriers that need to be overcome if their visions for their communities are to be realized. The most frequently identified concerns were lack of funding at all levels, increases in population growth and the accompanying demands placed on local services, and inadequate local land use regulations, plans, and tools to manage population growth and development. Participants also identified public land management barriers to achieving their visions, including overregulation that is perceived as slowing down actions proposed on public lands, and existing BLM travel management decisions, other regulations, and agency decisions that are made at a level higher than the local Field Office.

## COMMUNITY RELATIONSHIPS TO PUBLIC LANDS

Participants expressed how they currently benefit—and how they hope to continue to benefit—socially, environmentally, and economically from the surrounding BLM public lands.

- Social benefits of public lands include recreational opportunities, access to public lands, scenery/aesthetics/open space, and rural/western lifestyle.

BLM_0014985

- Environmental benefits of public lands include open space and the natural landscape, water quality and quantity, air quality, wildlife populations, cultural resources.

- Economic benefits of public lands include resource use and development and recreational tourism.

## APPLYING THE COMMUNITY ASSESSMENT TO THE RMP REVISION PROCESS

The community assessment process yielded a number of lessons that can be applied to the RMP revision process. These lessons are summarized below.

### Grouping Areas with Similar Socioeconomic Characteristics

The results of the community assessment meetings showed some geographical commonality in terms of how communities perceive and interact with public lands. This commonality can be a valuable tool in understanding how public lands could be managed in different areas to meet regional needs. A delineation of socioeconomic units within the UFO could be used to help define actual management units for the RMP revision; suggested socioeconomic landscape units are included in Section 4.1.

### Addressing Planning Issues and Concerns

The meetings highlighted specific issues and concerns that local communities have about public land management. Issues and concerns, and how they can be addressed during the RMP revision process, include the following:

- **Access to Public Lands.** Address this issue through recreation planning, travel management planning, and land tenure adjustments.

- **General Recreation.** Involve local communities in the development of Special Recreation Management Areas (SRMAs) and in defining the desired benefits of Recreation Management Zones within the SRMAs.

- **Motorized and Nonmotorized Recreation.** Identify SRMAs where there is intensive motorized and nonmotorized use. Within the SRMAs, define Recreation Management Zones focused on specific desired outcomes. This process could help identify conflict and segregate use, as appropriate.

- **Energy Development and the Natural Landscape.** Include a wide range of alternatives for energy development, and use the socioeconomic management units to help define where development may be more appropriate for community needs. Consider establishing parameters or limits on the level of acceptable change that would occur in the management units over time as the public lands are used for various forms of energy development, especially related to off-site potential impacts to residents and communities.

BLM_0014986

- **Livestock Grazing.** Recognize the importance grazing has in some of the local economies, the rural/western way of life it represents, and the concern by some communities and individuals that it be managed in way that is sustainable and in balance with other values like land health and wildlife.

- **Economic Growth and Small-Town Living.** This is an issue that is not directly under the control of the BLM, but the RMP revision should use this as a criterion in alternatives development to ensure that management allocations and actions are complementary to this desire.

**Community-Based Suggestions for the RMP Revision Process**

A majority of communities offered suggestions for ensuring the success of the RMP revision process. These suggestions focused on what the BLM is doing well and should continue, and where management actions can be improved. By expressing their opinions and providing ideas, the participants brought up issues, conflicts, or concerns they have with BLM management practices and methods, regulations, or policies, and their effects on the participants. The BLM could consider using this input to tailor RMP revision outreach programs to further explore these issues and continue the dialogue with participants. In addition, some people did not have a good understanding of the BLM or its management responsibilities. The BLM should inform and educate the public on the BLM and its responsibilities during outreach programs to increase the value of public input.

<u>Management Actions That Should Be Continued</u>

All communities recognized positive aspects of BLM management actions. In addition, participants recognized and appreciated the high quality and helpful professional staff of the UFO. BLM management actions that participants liked and want to see continued under the revised RMP include the following:

- Continue cooperative management and active outreach.

- Continue to work with local communities to permit or provide land for municipal uses.

- Maintain the federal estate and continue to ensure access to public lands.

- Continue multiple-use concepts and management practices.

- Continue to use controlled burns and noxious weed removal.

- Continue management of routes and trails for various users.

- Preserve opportunities for recreational activities such as hunting, fishing, and camping.

BLM_0014987

<u>Recommended Management Changes</u>

Participants were asked what the BLM should change or consider changing in the revised RMP. A variety of suggestions and recommendations were recorded for improving cooperative management efforts, public lands management, travel management, and management of biological and minerals/energy resources. Participants then provided specific issues of concern to their community. These results are detailed in Section 4.3.

**Partnership Opportunities**

Participants identified opportunities for partnership and collaboration with the BLM during the planning and implementation phases of the RMP revision process. Suggestions include the following:

- Most groups would like municipal and county governments, community residents, and organizations and clubs to cooperate with BLM on trail planning (including the route designation process) and maintenance, as well as on noxious weeds management.

- A few municipal and county governments would like to consider partnership opportunities with the BLM to reduce or eliminate trash dumping on public lands.

- Some groups would like municipal governments and community residents to work with BLM on improving access from towns to BLM public lands.

## CONCLUSIONS

The community assessment process was successful in meeting its twofold purpose of starting a dialogue between BLM and local communities and identifying issues of importance to these communities prior to starting the RMP revision process. The greatest benefit to the BLM may have been realized just by attending these meetings. The meetings permitted the Field Office manager and planning staff, as well as the invited participants, to observe and listen to county, city, town, and organization representatives in a facilitated environment in which all the topics were relevant and meaningful to all attendees. The dialogues established will potentially set the stage for more effective and informative outreach during the RMP revision process, and afterwards, during implementation. The networks established with town and city officials will potentially result in more interaction, cooperation, and involvement between these parties and the BLM.

The community assessment also yielded the important insight that while these communities are different and unique and have their own individual values, issues, and concerns, many of the communities do have common concerns. Based on the degree of similarity of identified values and issues, certain geographical areas within the RMP revision planning area could be grouped together for similar or common management. The proposed socioeconomic management units can be used as a starting point in the RMP revision process..

BLM_0014988

# SECTION 1
# INTRODUCTION

The Bureau of Land Management (BLM) is proposing to update the resource management plan (RMP) for the Uncompahgre Field Office (UFO) planning area. The UFO is responsible for the management and stewardship of 787,628 acres of public land within the UFO planning area in southwestern Colorado (Figure 1-1). The UFO planning area does not include the Gunnison Gorge NCA. As part of the pre-planning process for the RMP revision, the BLM contracted a community assessment to gather input from counties, cities, towns, and local organizations in the planning area on their views of BLM-managed lands and BLM management practices. The results of the community assessment are presented in this Community Assessment Report.

## 1.1    COMMUNITY ASSESSMENT PROCESS

The BLM, assisted by a community facilitator and contractor staff, held 22 community assessment meetings from late October to mid-December 2008. Targeted participants were county, city, and town governmental staff representatives, elected officials, planning or commission members, local chamber of commerce representatives, members of the BLM Southwest Resource Advisory Council, organizations that are actively engaged with the UFO, and individuals active in BLM management concerns. These entities decided who to invite to their meeting with BLM. A total of 166 individuals participated in the meetings.

The primary objectives of the meetings were twofold:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to local communities in relation to public lands; and

2. Start a dialogue between Field Office staff and community leaders so that relationships have been established before the RMP revision process begins.

BLM_0014989



LEGEND:

| | |
|---|---|
| ☐ Uncompahgre Field Office Boundary | ☐ BLM |
| ☐ Management Unit Boundary | ☐ Forest Service |
| ▨ Gunnison Gorge Planning Area | ☐ NPS |
| ● Cities | Private |
| ☐ Counties | ☐ State |
| ☒ WSA | ☐ BLM Wilderness |
| ☐ Forest Service Wilderness | |
| ☐ NPS Wilderness | |

*Uncompahgre Field Office Planning Area*

Colorado

*No warranty is made on the accuracy, reliability and completeness of these data for individual use or aggregate use with other data. Spatial data may not meet National Map Accuracy Standards. This information may be updated without notification.*

Figure 1-1

BLM_0014990

The community assessment meetings, and the information gathered from them, enabled the BLM to:

- Determine how communities and local governments view themselves.

- Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- Identify and address important issues of common concern related to public lands.

- Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

- Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

- Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

- Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

The BLM will be able to use the information gathered from the community assessment to help shape the RMP revision.

## 1.2   READER'S GUIDE TO THIS REPORT

This Community Assessment Report is organized as follows:

- Section 1, Introduction, described the community assessment process.

- Section 2, Community Profiles, identifies and presents socioeconomic information for each participating municipality and summarizes the participants' input on what they like about their communities, their vision for the next 20 years, and barriers that need to be overcome to achieve their vision.

BLM_0014991

- Section 3, Community Relationships to Public Lands, contains participants' visions for public lands and the benefits their communities realize or desire from these lands.

- Section 4, Applying the Community Assessment to the Resource Management Plan Revision, summarizes the planning issues and concerns raised by the communities, provides specific recommendations for the RMP revision process, and details partnering opportunities for public land management.

- Appendices A through F contain information on the community assessment process. Appendix A is the meeting schedule, and Appendix B is the meeting agenda. Appendix C contains a list of participants and meeting notes from each community assessment meeting. Appendix D is a sample invitation letter. Appendix E describes the community assessment process. Appendix F contains basic information about the RMP planning area.

BLM_0014992

# SECTION 2
# COMMUNITY PROFILES

This section provides information about the communities in the Field Office planning area. Demographic information for each county, city, or town is provided, followed by a discussion of what participants like about their communities, their visions for their communities over the next 15 to 20 years, and the barriers that would need to be overcome to achieve these visions.

## 2.1    PARTICIPATING COMMUNITIES AND THEIR DEMOGRAPHICS

The BLM Uncompahgre Field Office identified the following key counties, cities, towns, and organizations in the planning area and invited them to participate in the community assessment process:

- The towns and communities of Cedaredge, Orchard City/Austin, Crawford, Hotchkiss, Mountain Village/Telluride, Naturita, Norwood, Olathe, Paonia, Ridgway, and Sawpit;

- The cities of Delta, Montrose, and Ouray;

- The counties of Delta, Gunnison, Montrose, Ouray, and San Miguel;

- Montrose County West End Planning Commission Advisory Committee;

- Public Lands Partnership; and

- San Miguel Watershed Coalition.

Individuals were selected by these municipalities and organizations to act as representatives at the meetings. Meetings were conducted by a facilitator, and BLM representatives were present at the meetings. Appendix A contains the meeting schedule, Appendix B shows the meeting agenda, including discussion questions, Appendix C contains a detailed list of participants; and Appendix D contains a copy of the invitation letter sent to prospective participants.

Socioeconomic information about the counties, cities, and towns involved in the community assessment is provided in Table 2-1. As noted by BLM staff upon review of this socioeconomic data, the BLM may want to refocus who it

BLM_0014993

contacts and how it conducts outreach based on the observation that most of the residents or at least dominant industries have something to do with construction, medical, retail, health/social services, and tourism.

BLM_0014994

**Table 2-1**
**Socioeconomic Indicators**

| Town, City, or County | County Located In | Popu-lation | Year Established | Governing Designation | County Seat? | Land Area (sq. mi.) | Number Housing Units | Unem-ployment | Median Household Income | Primary Industry[1] (% Population) |
|---|---|---|---|---|---|---|---|---|---|---|
| Crawford | Delta | 366 | 1910 | Statutory Town | N | 0.26 | 179 | 2.9% | $23,281 | 2 (18.5), 11 (16.0), 5 (13.4) |
| Hotchkiss | Delta | 968 | 1901 | Statutory Town | N | 0.67 | 451 | 4.3% | $28,056 | 5 (19.6), 10 (19.1), 1 (16.3) |
| Paonia | Delta | 1,497 | 1902 | Statutory Town | N | 0.76 | 705 | 3.9% | $31,831 | 1 (19.0), 10 (16.3), 5 (12.2) |
| Austin | Delta | 1,544 | 1900 | Unincorporated Town | N | 23.5[2] | 677 | 5.5% | $35,957 | 10 (18.5), 2 (15.2), 5 (12.3) |
| Cedaredge | Delta | 1,854 | 1907 | Statutory Town | N | 2.06 | 1,000 | 3.3% | $27,381 | 10 (20.7), 5 (14.8), 2 (12.6) |
| Orchard City | Delta | 2,880 | 1912 | Statutory Town | N | 11.40 | 1,261 | 4.6% | $35,915 | 10 (17.6), 5 (16.0), 2 (11.5) |
| Bowie | Delta | 3,582 | | Unincorporated | N | 127.1[2] | 1,648 | 2.5% | $34,265 | 1 (22.8), 10 (15.5), 2 (13.1) |
| Delta | Delta | 6,400 | 1882 | Home Rule Municipality | Y | 5.52 | 2,749 | 2.5% | $27,415 | 10 (18.3), 5 (15.6), 11 (13.4) |
| Somerset | Gunnison | 190 | -- | Unincorporated Town | N | 449.0[2] | 169 | 11.6% | $29,205 | 3 (31.1), 1 (28.4), 2 (11.1) |
| Maher | Montrose | 1,486 | -- | Unincorporated Community | N | 240.8[2] | 703 | 3.1% | $31,019 | 1 (28.6), 11 (11.6), 10 (11.0) |
| Norwood | San Miguel | 438 | 1903 | Statutory Town | N | 0.26 | 258 | 4.5% | $39,375 | 2 (25.7), 11 (18.1), 10 (10.1) |
| Naturita | Montrose | 635 | 1951 | Statutory Town | N | 0.73 | 314 | 8.6% | $28,977 | 2 (21.2), 5 (15.4), 10 (12.1) |
| Nucla | Montrose | 734 | 1915 | Statutory Town | N | 0.71 | 369 | 3.0% | $28,466 | 11 (19.7), 10 (16.5), 2 (13.7) |
| Olathe | Montrose | 1,573 | 1907 | Statutory Town | N | 1.33 | 571 | 4.5% | $26,286 | 2 (14.9), 10 (14.6), 3 (13.2) |
| Montrose | Montrose | 12,344 | 1882 | Home Rule Municipality | Y | 11.47 | 5,581 | 3.1% | $33,750 | 10 (16.1), 5 (14.7), 2 (13.3) |
| Ridgway | Ouray | 713 | 1891 | Home Rule Municipality | N | 2.0 | 318 | 2.6% | $40,903 | 2 (21.6), 11 (14.5), 3 and 10 (13.0) |
| Ouray | Ouray | 813 | 1884 | Statutory City | Y | 0.84 | 583 | 0.8% | $36,094 | 11 (23.4), 10 (15.6), 2 (12.8) |

**Table 2-1**
**Socioeconomic Indicators**

| Town, City, or County | County Located In | Popu-lation | Year Established | Governing Designation | County Seat? | Land Area (sq. mi.) | Number Housing Units | Unem-ployment | Median Household Income | Primary Industry[1] (% Population) |
|---|---|---|---|---|---|---|---|---|---|---|
| Sawpit | San Miguel | 25 | 1896 | Statutory Town | N | 0.03 | 18 | 0.0% | $26,250 | 6 (35.7), 3 (21.4), 9 (21.4) |
| Mt. Village | San Miguel | 978 | 1995 | Home Rule Municipality | N | 3.31 | 1,022 | 4.5% | $30,663 | 11 (34.5), 2 (21.5), 8 (10.2) |
| Telluride | San Miguel | 2,221 | 1878 | Home Rule Municipality | Y | 0.71 | 1,938 | 1.7% | $51,937 | 10 (31.1), 5 (13.2), 8 (13.1) |
| Ouray | County | 3,742 | 1877 | County | -- | 542.21 | 2,146 | 2.2% | $42,019 | 2 (18.6), 11 (14.1), 10 (13.7) |
| San Miguel | County | 6,594 | 1883 | County | -- | 1288.49 | 5,197 | 2.2% | $48,514 | 11 (26.2), 2 (16.2), 8 (11.1) |
| Gunnison | County | 13,956 | 1877 | County | -- | 3259.75 | 9,135 | 3.9% | $36,916 | 11 (21.8), 10 (17.5), 5 (14.3) |
| Delta | County | 27,834 | 1883 | County | -- | 1148.52 | 12,374 | 3.1% | $32,785 | 10 (17.8), 1 (13.4), 5 (13.1) |
| Montrose | County | 33,432 | 1883 | County | -- | 2242.57 | 14,202 | 3.2% | $35,234 | 10 (15.5), 2 (15.0), 5 (13.6) |
| Mesa | County | 116,255 | 1883 | County | -- | 3341.11 | 48,427 | 3.7% | $35,864 | 10 (20.7), 5 (13.4), 2 (10.4) |

Sources: US Census Bureau 2000; Colorado State Archives 2004; Colorado Department of Local Affairs 2009; Colorado Department of Public Health and the Environment 2009.

[1]Industry:

| | | | |
|---|---|---|---|
| 1 | Agriculture, forestry, fishing and hunting, and mining | 8 | Finance, insurance, real estate, and rental and leasing |
| 2 | Construction | 9 | Professional, scientific, management, administrative, and waste management services |
| 3 | Manufacturing | | |
| 4 | Wholesale trade | 10 | Educational, health and social services |
| 5 | Retail trade | 11 | Arts, entertainment, recreation, accommodation and food services |
| 6 | Transportation and warehousing, and utilities | 12 | Other services (except public administration) |
| 7 | Information | 13 | Public administration |

[2]Land area shown is for the zipcode.

BLM_0014996

## 2.2    REASONS PEOPLE LIVE IN THEIR COMMUNITIES

The community assessment asked participants what they like about their communities and why they choose to live there. The reasons most often cited included recreational opportunities, natural and scenic beauty, proximity to public lands, and the quality of life their communities afford them in terms of a strong sense of community, the availability of quality services, and a family-friendly, small town, safe environment. Table 2-2 summarizes the reasons given by representatives of each stakeholder group for why they like to live, and choose to continue to live, in their communities. The responses given reflect the opinions of those who attended the meetings, and may not be a thorough representation of others who live in their communities. See Appendix C for a complete list of responses from each meeting.

### Table 2-2
### Why People Choose to Live in Their Communities

| Reasons | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quality of Life | X | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | X | X |
| Recreational Opportunities | X | | X | X | X | X | X | | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sense of Community | X | X | | X | X | X | | X | X | X | | | X | X | X | X | X | X | X | X | | X |
| Nearby Public Lands | X | | | X | X | X | | X | X | | | | X | X | X | X | X | X | X | | | X |
| Scenic Beauty and Landscape | X | | X | | | | X | X | | | | | X | X | X | | | | X | | X | X |
| Community Facilities and Infrastructure | X | | | | X | X | | | X | X | | | X | | X | | | | | | | |
| People | | | | X | | X | X | | X | X | | | X | | X | X | X | X | | | | |
| Socioeconomics | X | | | | X | | X | | | | | | X | | X | | | X | X | | | |
| Water | | | | | | | | | | | X | X | X | | | | | | | | X | X |

## 2.3    COMMUNITY VISIONS IN 20 YEARS

In addition to what people like about their communities, participants shared the visions they have for their communities over the next 15 to 20 years. Many do not want their communities to change in population or make up, and some want their communities to be like they were 20 years ago. Local economies would

BLM_0014997

grow and become more diversified, and jobs would be created closer to home. Infrastructure would be improved to provide better transportation, educational facilities, and medical services. Communities would update land use plans, and planning tools would be adopted that would guide and control growth. As change occurs, communities would retain the life styles and quality of life elements that are currently valued by those who choose to live there. In addition, communities would play a greater role in how public lands are managed, with improved access to these lands, increased availability of information, and improved interface between communities and land management agencies. Table 2-3 summarizes the community visions expressed at the meetings.

**Table 2-3**
**Community Visions in 20 Years**

| 20-Year Vision | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Update Land Use Planning and Tools that Guide and Control Growth | X | X | X | X |  | X | X |  | X |  |  | X | X |  | X |  | X | X | X | X | X | X |
| Maintain Status Quo | X | X | X | X | X |  | X | X | X |  |  | X | X |  | X | X |  |  |  |  |  |  |
| Increase or Maintain Diversity | X | X |  |  |  | X | X | X | X | X |  |  | X |  |  |  |  |  | X |  |  | X |
| Remain a Non-Resort Community |  |  | X |  | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Improve Infrastructure | X | X |  | X |  |  | X |  | X |  |  |  | X |  |  |  |  | X | X |  |  | X |
| Increase Number of Full-Time Residents, Including Workforce | X | X |  |  |  |  | X |  | X |  |  |  |  |  |  |  |  |  | X |  |  |  |
| Grow/Diversify Local Economies | X |  |  | X | X |  | X | X | X | X | X | X | X | X | X | X | X | X | X | X |  | X |
| Continue or Increase Mining and Ag-related Industry |  |  |  |  |  |  | X |  |  |  | X |  |  | X |  | X |  |  |  |  |  | X |
| Continued/Improved Security/Safety | X |  |  |  |  |  |  |  |  |  |  |  |  |  | X |  | X |  |  |  |  |  |
| Improve Access/Fewer Restrictions on Public Lands |  |  |  | X | X | X |  |  | X | X |  |  | X |  | X | X | X | X | X |  |  |  |
| Streamline Public Land Regulations |  |  |  |  | X |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  |
| Improve Interface btwn. Land Mgt. Agencies and Communities |  | X |  |  |  |  | X |  | X |  |  | X |  | X |  |  |  |  | X |  |  | X |
| Well Funded Land Mgt. Agencies |  | X |  | X |  |  |  |  |  |  |  |  |  |  | X | X |  |  |  |  |  |  |
| Manage Public Lands for Multiple Uses and Improved Land Health |  |  |  | X |  | X | X |  | X | X |  |  |  |  | X | X |  | X | X | X | X | X |
| Improve Watershed Health/Resolve Water Rights Issues | X | X |  |  |  |  | X |  |  |  |  |  |  |  | X |  |  |  | X |  |  | X |
| Increased Input on/Better Planning of/More Energy Development |  | X |  | X | X |  |  |  |  | X | X |  |  | X | X | X |  |  | X |  |  | X |

*Final Community Assessment of the Uncompahgre Planning Area*
February 2009

BLM_0014998

## 2.4   BARRIERS TO OVERCOME FOR COMMUNITIES TO ACHIEVE THEIR VISIONS

Participants identified barriers that need to be overcome if their visions for their communities are to be realized. The most frequently identified concerns were lack of funding at all levels, increases in population growth and the accompanying demands placed on local services, the need for economic growth and diversity, and inadequate local land use regulations, plans, and tools to manage population growth and development. Participants also identified public land management barriers to achieving their visions, including overregulation that is perceived as slowing down actions proposed on public lands, and existing BLM travel management decisions, other regulations, and agency decisions that are made at a higher level than the local Field Office. Table 2-4 summarizes the barriers identified by stakeholders; more detail can be found in the meeting summaries in Appendix C.

**Table 2-4**
**Barriers to Overcome for Communities to Achieve Community Visions**

| Identified Barriers to Achieving Community Visions | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lack of Funding | X | X | X | X | | X | | | | | | X | X | | X | | X | | | | X | X |
| Resistance to Change | | | | | | | | | | | | | | | | | X | X | X | X | | |
| Increasing/Unmanaged Population Growth and Development | X | X | | X | X | X | X | | X | X | C | X | X | | X | | X | | X | | X | X |
| Bedroom Community | | | | X | X | X | | | | | | | X | | | | | X | X | | | X |
| Affordable Housing/High Cost of Living | X | X | X | X | | X | X | | | | X | | | | | | | | X | | | X |
| Economic Concerns | X | X | | X | | | X | X | | | X | | | | | | | | X | | X | X |
| Lack of a Regional Higher Ed. Facility | | | | | | | | | | | | | X | | | | X | | X | | | X |
| Changes in Cultural Demographics | X | X | | | | | | | | | | X | | | X | | | | | | | |
| Water Rights Issues/Decreasing Availability of Domestic/Irrigation Water | X | | X | | X | | X | | | X | | X | X | X | | | | | | X | | |
| Impacts From Extractive Energy/Increase in Energy Demand from Public Lands | X | | | X | X | | | | X | X | | | | | | | | | | | X | |
| Declining Public Land Health/Conflicts from Increasing Use of Public Lands | X | | X | | | | | | X | | | X | | | X | X | | | | | | X |
| Inadequate Information/Education on Public Land Management/Resources | | | | X | | | | | | | | | | | | | | | | X | | |
| BLM Overregulation of Public Lands | | | | | X | | | | X | | | | | X | X | X | | | X | | | |
| BLM Decisions and Regulations Made Higher Up Chain | | X | | | X | | | | X | X | | | | | X | X | | | | X | | |
| Communication Needs Between BLM and Local Govt./Communities | | | | | | | | X | | | | | | | | | | | | | | |

BLM_0014999

This page intentionally left blank.

*Final Community Assessment of the Uncompahgre Planning Area*
February 2009

BLM_0015000

# SECTION 3
# COMMUNITY RELATIONSHIPS TO PUBLIC LANDS

This section describes the desired social, economic, and environmental benefits that local communities receive or hope to receive from public lands, followed by a description of the landscape characteristics participants envision that would allow their communities to maintain or achieve these desired benefits.

## 3.1   COMMUNITY-DESIRED BENEFITS FROM PUBLIC LANDS

Participants described a variety of benefits that their communities receive or hope to receive from the public lands in their area. These benefits have been grouped as social, economic, and environmental benefits and are summarized below. Collectively, these benefits suggest a very strong interdependence between people, their community, and the public lands in this area.

### Social Benefits from Public Lands

*Recreation Opportunities*

The most commonly identified benefit that communities receive and hope to continue receiving from public lands are recreational opportunities. Residents enjoy the diversity of recreational activities that support an outdoor-oriented lifestyle, add to their quality of life, and foster quality time and positive experiences with their families. Recreation tourists also appreciate these areas for these reasons and economically contribute to communities. Hiking, hunting, motorized use (e.g., off-highway vehicles (OHVs), all-terrain vehicles (ATVs), motorcycle riding), and mountain biking are the most popular activities identified in most areas.

*Access to Public Lands*

Most communities identified proximity and easy access to public lands as a top benefit they receive and hope to continue to receive. Many specifically pointed to recreation opportunities out their back door as a chief reason they live in their community.

BLM_0015001

*Scenery/Aesthetics/Open Space*
Public lands offer wide open spaces and scenic vistas that many communities consider a substantial benefit. Being surrounded by a natural-looking landscape appeals to current residents and is a reason many choose to stay in these communities. Many residents voiced the dark 'night sky' as an important benefit of the open space public lands offer.

*Rural/Western Lifestyle*
Communities voiced the importance of rural or western lifestyles and livelihoods. Domestic livestock grazing, ranching, orchards, wineries, and other agricultural practices on public lands help maintain economies, but even more importantly, they help maintain the rural/western character integral to the larger community identity.

Table 3-1 summarizes the social benefits communities desire from public lands.

**Table 3-1**
**Desired Social Benefits from BLM Public Lands**

| Desired Social Benefits from BLM Public Lands | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Recreation Opportunities** | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Camping | | | X | | | | | | | | | | X | | X | | | | | X | | |
| Hiking | | | X | X | | X | | | X | | | | | | | | | | X | X | | X |
| Hunting | | | X | | X | | X | | X | | | | | | X | | | | | X | | X |
| Fishing | | | | | | | | | | | | | X | | | | | | | X | | X |
| Horseback Riding | | | | | | | X | | | | | | | | | | | | | | | |
| Motorized Activities | | | | | | | X | | | X | X | | | | X | | X | X | | | X | |
| Mountain Biking | | | | X | | | X | | | | | | X | X | | | | | X | X | | X |
| Target Shooting | | | | | | | | | | | | | X | X | X | | | | | | | |
| Winter Recreation (motorized and nonmotorized) | | | | X | | | | | | | | | | | | | | | | | | |
| **Access to BLM Public Lands** | X | X | | | | | | | X | | | | | | X | | | | X | X | X | X |
| **Scenery/Aesthetics/ Open Space** | | X | X | X | | X | | X | | | | | | | | | X | | | X | X | X |
| **Rural/Western Lifestyle** | X | | | | | | | | | | | X | | | | X | | | | | | X |

BLM_0015002

**Environmental Benefits from Public Lands**

*Open Space and the Natural Landscape*
Public lands managed by the Uncompahgre Field Office are generally open and natural in appearance. This natural-looking landscape was the most commonly identified social (see above) and environmental benefit by communities. Some groups stated their hope that public lands would not change from the way they are now.

*Water Quality and Quantity*
Many communities rely on surface and groundwater sources on public lands for drinking water. As such, they pointed to clean water in sufficient quantities as vital to their community's survival.

*Air Quality*
Clean air can be an indicator of a region's environmental health. Some communities voiced concern about potential air quality impacts associated with energy development.

*Wildlife Populations*
Participants expressed appreciation for the wildlife that public lands support, including their value to the local economy (e.g., hunting, wildlife viewing).

*Cultural Resources*
Some communities indicated that they benefit from the existence of cultural resources on public lands, some simply by knowing that those resources are there, whether discovered or unknown. Participants also acknowledged the value of public lands to Native Americans.

Table 3-2 summarizes the environmental benefits communities desire from public lands.

BLM_0015003

**Table 3-2**
**Desired Environmental Benefits from BLM Public Lands**

| Desired Environmental Benefits from BLM Public Lands | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Open Space/Natural Landscape | | X | X | X | | X | X | | X | | | X | X | X | | X | X | | X | | X | X |
| Water Quality/Quantity | | | X | X | | | | X | | X | X | X | X | | X | X | | | X | X | X | X |
|    Maintaining Water Quality | | | X | | | | | X | | X | X | X | X | | X | | | | | X | X | |
|    Maintaining Water Quantity | | | X | X | | | | | | | X | | X | | X | | | | X | X | | |
| Air Quality | | | | | | | | | | | | X | | | X | X | | X | | | | X |
| Wildlife Populations | | | | X | | X | | | | X | | | X | | X | | | | | | | |
| Cultural Resources | | | X | | | | | | | | | X | | | | | | | | | | |

## Economic Benefits from Public Lands

### *Resource Use and Development*

The most commonly cited economic benefit derived from public lands was contributions to the local economy made by resource use and development. Domestic livestock grazing, ranching, and other agricultural practices on public lands make positive economic contributions to several local economies. Revenues from energy development are also essential to several local economies, as are rights-of-way for utilities and site-specific uses. Participants also identified personal collection of forest products or firewood, or the personal or commercial collection of landscaping materials, from public lands as important to local economies.

### *Recreational Tourism*

Recreational-related tourism was also noted as a significant contribution to the local economy of several communities. Specific mention was made of the area's local, regional, and national attraction for hunting, motorized activities, mountain biking, hiking, camping, and fishing, among others. Some communities indicated that revenues from hunting season sustain many businesses throughout the remainder of the year. Participants also pointed to the local economic contributions of recreation guides and outfitters that rely on the use of public lands for their livelihoods.

BLM_0015004

Table 3-3 summarizes the economic benefits communities desire from public lands.

**Table 3-3**
**Desired Economic Benefits from BLM Public Lands**

| Desired Economic Benefits from BLM Public Lands | Mountain Village/Telluride | San Miguel County | Sawpit | San Miguel Watershed Coalition | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Resource Use and Development** | | | | X | X | | X | X | X | | | | X | X | X | X | X | X | X | | X | X |
| Ranching / Agriculture | | | | X | X | | | | | | | | X | X | X | X | X | X | X | | X | X |
| Energy development | | | | | | | | | X | | X | | X | | | | X | | | | X | X |
| Rights-of-Way | | | | X | | | | | | | | | | | | | | | | | | |
| Landscaping material, firewood/ forest product collection | | | | | X | | X | | | X | X | | | X | | | | X | | | | |
| **Recreational Tourism** | X | | | X | X | X | X | X | X | | X | | | X | | X | | | X | X | X | X |

## 3.2  COMMUNITY VISION FOR PUBLIC LANDS

Participants were also asked to describe what specific physical, social, and administrative activities, characteristics, and regulations they would have BLM maintain or change to achieve their desired outcomes or expectations while visiting public lands. These visions provide a snapshot of how stakeholders would like public lands to function and what they would like them to look like in 15 to 20 years. The visions identified by stakeholders at the community assessment meetings have been divided into the following three categories:

- **Physical characteristics** refer to what communities would like public lands near them to look like, including the degree of naturalness and the amount or type of development and infrastructure. Examples would be more or fewer developed recreation facilities, a network of designated travel and transportation routes, or natural-appearing scenery.

- **Social characteristics** refer to the how communities would like the public lands around them to feel and how they would like the lands to be used. Examples would be appreciation of quiet areas or highly concentrated uses.

BLM_0015005

- **Administrative characteristics** refer to how communities would like public lands around them to be managed, including rules and regulations, presence of personnel, and provision of services.

The physical, social, and administrative characteristics envisioned by communities represent the steps that may need to be taken so communities may achieve or maintain the desired social, economic, and environmental benefits described in Section 3.1.

It should be noted that the vision elements identified by participants varied based on the amount of public land surrounding a particular community, whether the attendees were representing a county, town, city, or organization, the participant's use of these lands, what participants like about the public lands, and the benefits or outcomes participants receive from the public lands. If a vision element was not identified at a meeting, this does not mean that participants do not feel the element is important; rather, it indicates that other issues were more important or obvious to the participants. At a public meeting or workshop, the element could very well be important to a larger cross section of the population. The communities' visions for public lands are summarized below. For a complete listing of stakeholder responses, please refer to the individual meeting notes in Appendix C.

**Physical Characteristics**

Participants identified a number of physical characteristics they would like to see maintained or improved on public lands. They envisioned an increase in public access and a more efficient transportation system within public lands. The health of public lands would be improved, with more native plant communities and improved wildlife habitat. Public lands would afford more recreational opportunities, and lands would be more effectively signed and roads more efficiently managed. Open space would be preserved, and watersheds would be protected. Table 3-4 shows the participants' physical landscape vision for public lands.

BLM_0015006

**Table 3-4**
**Physical Landscape Vision for BLM Public Lands**

| Vision for BLM Public Lands | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Public Access and Transportation** | | | | | | | | | | | | | | | | | | | | | | |
| Efficient management (Why have five roads when one will do?) | X | | | | | | | | | | | | | | | | | | | | | |
| Maintain/increase public access | | | | | | | X | | | | | | | | X | | | | | | | |
| **Health of Public Lands** | | | | | | | | | | | | | | | | | | | | | | |
| Increase overall health (lack of weeds, less erosion, improved wildlife habitat, etc) | | X | | X | | X | X | X | X | | | X | X | | | X | | | | X | X | X |
| Retain native plants/less Cheatgrass | | X | | | | | | X | X | | | | | | | | | | | | | |
| **Recreation** | | | | | | | | | | | | | | | | | | | | | | |
| Plan/build add'l recreational facilities/opportunities | | | | X | | | | | X | | | | X | X | X | | | X | | | | X |
| Effective signage | | X | | | | | | | X | | | | | | | | | X | | | | X |
| More river put ins and take outs | | | | | | | | | | | | | | | X | | | | | | | |
| **Open Space** | | | | | | | | | | | | | | | | | | | | | | |
| Open space on public lands is valuable and important | X | | | | | X | | | | X | X | X | | X | X | | X | X | | | | X |
| Open space should be preserved | | | | | | X | | | | | | | X | | | | X | X | | | | X |
| **Watersheds** | | | | | | | | | | | | | | | | | | | | | | |
| Protect/maintain water quality and flow | | | | X | | | X | | | | | | | | | | | | | | X | |
| Provide water storage | | | | X | | | | | | | | | | | | | | | | | | |
| No dams | | | | X | | | | | | | | | | | | | | | | | X | |

BLM_0015007

## Social Characteristics

Discussion of social characteristics focused on maintaining the dispersed nature of recreational opportunities on public lands in the area and preserving the natural character of the lands. Participants felt that more concentrated uses should be allowed and managed only where appropriate. Table 3-5 shows the participants' social landscape vision for public lands.

**Table 3-5**
**Social Landscape Vision for BLM Public Lands**

| Vision for BLM Public Lands | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maintain natural/pristine feel of public lands | | X | | | | | | X | X | | | X | X | | | | | | | | | |
| Less trash/more respect for lands | | | | | | | | | X | | | | | | | | | X | | | | |
| Manage recreational use for dispersed and concentrated opportunities, where appropriate | | | | | | | | X | X | | | X | X | | | | | | | | | |

## Administrative Characteristics

Participants focused much of their vision for public lands on administrative landscape characteristics. Stakeholders envisioned responsible energy development, including alternative energy. Public lands would be managed for multiple uses, including mining, grazing, recreation, and wildlife, such that the current character is maintained or improved. There would be a greater level of enforcement on public lands to reduce trash and illegal dumping and to monitor proper use of roads and trails. The most commonly expressed theme was the desire for more collaboration between BLM and local governments, with partnerships being developed and communication being improved. Table 3-6 shows the participants' administrative vision for public lands.

3. Community Relationships to Public Lands

**Table 3-6**
**Administrative Landscape Vision for BLM Public Lands**

| Vision for BLM Public Lands | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Energy Resource Management** | | | | | | | | | | | | | | | | | | | | | | |
| Responsible energy resource planning and development, including alternative energy | | | X | | X | | X | | | | | X | | | X | | | X | | | X | X |
| Partner with local government during energy planning activities | | | | | | | X | | | | | | | | | | | | | | | |
| Renewable energy that has direct, sustainable use locally | | | | | | X | | | | | | | | | | | | | | X | | |
| Continuous monitoring/ revisitation of energy agreements (e.g., oil/gas reclamation) | | | | | | | | | | | | X | | | | | | | | | | |
| Designate utility corridors | | | X | | | | | | | | X | | | | | | | | | | | |
| **Public Land Management** | | | | | | | | | | | | | | | | | | | | | | |
| Manage for multiple uses | | X | | | | | X | | | | | | | | | | | | X | X | | X |
| Manage as lands are now managed | | | X | | X | | | | X | X | | | | X | X | X | | | | | | |
| Recognize importance of mining, fishing, hunting, grazing | | | X | | | | X | | | | | X | | | | | | | X | | | |
| Manage for wildlife habitat and species | | X | | | | X | | | | | | | | | | | | | | | X | |
| Balance growth and development,; sustainable, well managed change | | | | | | | | | X | | | X | | | | | | | | | X | |
| **Land Tenure** | | | | | | | | | | | | | | | | | | | | | | |
| Square up/identify boundaries, retain large parcels, privatize isolated tracts | | | | | | | | | | | X | X | | | | | | | X | | | |
| No/few land disposals | | | | | X | X | | | | | | X | | | X | | | | | | | |
| **Special Designations** | | | | | | | | | | | | | | | | | | | | | | |
| Maintain protected areas | | | | | | | | | | | | | | | | | | | | | | X |
| Use special designations for sage grouse (viable population through land protect) and to assist with long-term economic engine of the watershed | | | X | | | | | | | | | | | | | | | | | | | |
| **Collaborative Management** | | | | | | | | | | | | | | | | | | | | | | |
| Collaboration and communication | | X | | | | | X | | | | | | | | | | | | | | | |
| Have local presence in county | | | | | | | | | | | | | | | | X | | | | | | |

BLM_0015009

**Table 3-6**
**Administrative Landscape Vision for BLM Public Lands**

| Vision for BLM Public Lands | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joint programming with recreation center, active outdoor education facilities | | | | | | | | | | | | | | | X | | | | | | | |
| Direct liaison with BLM, early notification when oil/gas leases up for sale and input on oil/gas stipulations | | | | | | | | | | X | | | | | | | | | | | | |
| **Enforcement** | | | | | | | | | | | | | | | | | | | | | | |
| Increase law enforcement presence, including to reduce trash and illegal dumping | | | | | | | | | X | | | | | | X | | | X | | | | |
| Develop emergency response element | | | | | | X | | | | | | | | | | | | | | | | |

BLM_0015010

# SECTION 4
# APPLYING THE COMMUNITY ASSESSMENT TO THE RESOURCE MANAGEMENT PLAN REVISION

Engaging with local communities in pre-planning discussions is an innovative first step in the RMP revision process. The result was informal, cooperative, and free-ranging conversations that yielded informative and honest input to help shape the RMP revision.

This section summarizes the general planning issues and concerns raised by the communities, provides specific recommendations for the revision process, and details partnering opportunities for public land management.

## 4.1   GROUP AREAS WITH SIMILAR SOCIOECONOMIC CHARACTERISTICS

The results of the meetings showed some geographical commonality in terms of how communities perceive and interact with public lands. This commonality is a valuable tool in understanding how public lands could be managed in different areas to meet regional needs. For example, in the upper San Miguel River watershed, most communities favor resource conservation for urban buffering, viewshed protection, and recreation. In the lower portion of the watershed, Naturita and Nucla would like public lands to be available for resource extraction and recreation. Figure 4-1 shows an approximate delineation of socioeconomic units within the UFO. These units could be used to help define actual management units for the RMP revision, realizing that Field Office staff analysis could result in refinements to the boundaries of the units. The following are the general characteristics for each socioeconomic landscape unit:

- **Socioeconomic Unit 1.** The communities in this unit (Bowie, Paonia, and Somerset) have strong economic ties and social relationships with coal mining, oil and gas extraction, and agriculture. The socioeconomic and political characteristics of residents in this unit are very diverse, and there is mix of multigenerational and new residents. Residents choose to live here because of the strong sense of community, natural resource-based jobs, good quality of life, access to federal lands (BLM and Forest

BLM_0015011



## Socioeconomic Units in the Planning Area

Units based on socioeconomic conditions and how communities relate to public lands

LEGEND:

- Uncompahgre Field Office Boundary
- Management Unit Boundary
- Gunnison Gorge Planning Area
- Cities
- Counties
- WSA
- Forest Service Wilderness
- NPS Wilderness
- BLM
- Forest Service
- NPS
- Private
- State
- BLM Wilderness

SOURCE: BLM 2009

Colorado

Figure 4-1

EMPS inc.

*No warranty is made on the accuracy, reliability and completeness of these data for individual use or aggregate use with other data. Spatial data may not meet National Map Accuracy Standards. This information may be updated without notification.*

Service), recreational opportunities, and the scenic beauty of the landscapes. Several active oil and gas and coal leases are located on the public lands in this unit.

- **Socioeconomic Unit 2.** The communities in this unit (Austin, Cedaredge, Crawford, Hotchkiss, and Orchard City) have an economic relationship with agriculture and mining, as well as ties to the City of Delta. Many residents in the northern part of the unit commute to the City of Delta or are retirees, which has increased socioeconomic diversity. Communities adjacent to BLM and Forest Service lands view themselves as gateway communities for outdoor recreation and want to maximize their economic potential as such. Residents value their access to public lands, the sense of community, good quality of life, recreational opportunities, and the scenic beauty of the landscapes.

- **Socioeconomic Unit 3.** The communities in this unit (Delta, Montrose, and Olathe) are more tied to urban economies, agriculture, and recreation. Like the other units, people in this unit live here for the good quality of life, access to public lands, sense of community, recreation opportunities, and scenery. However, economically, this region is less directly dependent on federal lands for economic stability. There is a greater diversity in socioeconomic characteristics and demographics.

- **Socioeconomic Unit 4.** The communities in this unit (Mountain Village, Norwood, Ouray, Placerville, Redvale, Ridgway, Sawpit, and Telluride) have all experienced some level of transformation from an "old west" to a "new west" economic structure. It is likely that Telluride has served as a catalyst for this transformation. Of all the units, this unit contains the most communities dominated by newer residents (either by population or by influence). In general, residents that move into this unit are attracted to the region for scenery, recreation, and the "western feel." Therefore, it is not surprising that recreation, open space, and viewshed and watershed protection are important to local residents, as are non-extractive historic uses, such as livestock grazing. Based on census data, this region is economically prosperous, although much of the money may come from outside the region (e.g., second home owners and retirees). The diversity of socioeconomic conditions varies greatly between communities, from relatively homogenous conditions around Telluride to highly diverse conditions in Norwood, which has characteristics of both Socioeconomic Units 4 and 5.

- **Socioeconomic Unit 5.** The communities in this unit (Naturita, Nucla, and Paradox) are all unique but share a long and common history of livestock grazing, locatable mineral mining, and leasable energy activity on public lands. Of all the units, this unit has the strongest economic dependence on public lands. For example, the boom and bust cycle of uranium mining is very evident in these communities. Overall, this unit is

BLM_0015013

economically depressed with many social issues. Communities are supportive of resource extraction and use of public lands in an environmentally sustainable manner for economic gain (including recreational uses). The isolation and social independence of this part of the planning area is a prime value of the people who live here, as is access to public lands and the scenery.

## 4.2   ADDRESS PLANNING ISSUES AND CONCERNS

The meetings highlighted a number of issues and concerns that communities have about public land management. The input received is consolidated below, with a list of recommendations that can be used in the RMP revision process.

### Access to Public Lands

Several communities stated that public access to federal lands (both BLM and Forest Service) has been decreased by land owners who no longer allow access across their property, as well as by the Forest Service closing routes as part of their travel management program. The latter issue was most relevant to communities near Forest Service lands. While this issue is not directly related to BLM decisions, it will impact the RMP revision process because many people do not distinguish between BLM and Forest Service lands, and because many residents feel that the BLM must keep routes open in order to mitigate the closures on National Forest lands. In general, most communities advocated for increased public access to public lands.

RMP Revision: Address this issue through recreation planning, travel management planning, and land tenure adjustments.

### General Recreation

Almost universally, communities stated that recreation on public lands is an important quality of life indicator for local residents and an important attraction that brings visitors (and their money) to the local community. As recreation on public lands increases and these communities become destinations for recreation tourists, the number of users is likely to increase. The management challenge will be balancing desired user experiences of locals (e.g., quiet, passive recreation) with the demands of tourists. Similarly, some participants noted the need for more or improved developed recreational facilities (e.g., parking lots, toilets). In general, the establishment of fee programs is not favored to pay for such improvements.

RMP Revision: Involve local communities and other interested parties in the development of Special Recreation Management Areas (SRMA) and in defining the desired benefits of the Recreation Management Zones within the SRMAs.

### Motorized and Nonmotorized Recreation

The growth in the number of individuals and groups actively engaged in motorized and nonmotorized recreation is resulting in conflicts among users. Motorized and nonmotorized recreation is often permitted in the same areas,

BLM_0015014

which can diminish the recreational experiences for both kinds of users. Most communities indicated an interest in maintaining both types of recreation on the public lands around them, although they indicated an interest in seeing these uses segregated so that each type of recreation could be the solitary recreation use in one or more areas.

RMP Revision: Identify SRMAs where there is intensive motorized and nonmotorized use. Within the SRMAs, define Recreation Management Zones focused on specific desired outcomes. This process could help to identify conflict and to segregate uses, as appropriate. Develop management decisions that reflect the growing importance of recreation on public lands.

## Energy Development and the Natural Landscape

All communities recognize the importance of energy development for the nation; however, the location, intensity, and overall acceptance of energy development varied by community. A number of communities indicated an interest in seeing continued energy development on public lands, especially if there were direct economic benefits to the community (e.g., jobs and spending). Others stated that they believe it will continue, even if they do not have a sense of directly benefiting from it. These same communities, however, stated that the natural landscape, scenic beauty, wildlife, and recreation benefits of public lands are of great importance to residents and visitors, as well as to their economies. Most communities supported some degree of renewable energy development of public lands. Hydroelectric generation on the San Miguel River was discussed, with general opposition to in-stream structures, but potential support for off-stream storage.

RMP Revision: Include a wide range of alternatives for energy development and use the socioeconomic units (Figure 4-1) to help define where development may be more appropriate for community needs. Consider establishing parameters or limits on the level of acceptable change that would occur in the management units over time as the public lands are used for various forms of energy development. Consider especially the potential off-site impacts to residents and communities (e.g., noise mitigation from energy facilities such as pipeline pumping stations, or visual impacts of transmission lines). Develop criteria to balance energy potential with preservation and enhancement of natural landscapes.

## Livestock Grazing

A few communities commented on livestock grazing management. Overall, there is support for livestock grazing on public lands; however, communities wanted to ensure that grazing would occur in a sustainable manner and that the BLM would have management tools in place to protect natural resources during drought (e.g., timing, pasture deferral, or utilization adjustments).

RMP Revision: Evaluate the grazing program and propose changes in allocations and implementation actions, as appropriate. The land health standards and

BLM_0015015

monitoring provide useful information and opportunities for adaptive management.

### Economic Growth and Small-town Living

Many of the smaller communities noted that they would like to have more growth and diversity in their local economies but do not want to sacrifice their small-town, rural character.

RMP Revision: These issues are not directly under the control of the BLM, but the RMP revision should use this as a criterion in alternative development to ensure that management allocations and actions are fully considered. Also refer to the recommendations in the *Energy Development* and the *Natural Landscape* section, above.

### Other Topics of Note

Communities provided input on a variety of other topics that are not within the scope of the RMP revision but that should be recognized, including the following:

- Management decisions require adequate enforcement capabilities. Many communities noted that they feel the BLM does not have enough rangers to adequately enforce rules and protect resources.

- The planning process takes too long and should be expedited. A few communities said that three years is too long for a planning process because it is difficult to stay engaged that long and because resource conditions continually change.

- A few communities commented on laws and regulations, including comments that the 1872 mining law is outdated and constrains BLM decision making. Communities also expressed a feeling that there are too many regulations governing how public lands are managed in general. The latter point is difficult to assess, as some of these commenters were also ones advocating for more resource protection.

- A couple of communities felt that there is too much management direction coming from Washington, DC and that management decisions need to be made at the local level.

## 4.3    COMMUNITY-BASED SUGGESTIONS FOR THE RMP REVISION PROCESS

A majority of communities offered suggestions for ensuring the success of the RMP revision process. These suggestions focused on what the BLM is currently doing well and should continue, and other recommendations to improve management. By expressing their opinions and providing ideas, the participants brought up issues, conflicts, or concerns they have with BLM management practices and methods, regulations, or policies, and their effects on the

BLM_0015016

participants. The BLM could consider using this input to further tailor RMP revision outreach programs (e.g., public scoping) to further explore these issues and continue the dialogue with participants. In addition, some people did not have a good understanding of the BLM or its management responsibilities. The BLM should inform and educate the public on the BLM and its responsibilities during outreach programs to increase the value of public input.

## Management Actions That Should Be Continued

All communities recognized positive aspects of BLM management actions. In addition, participants recognized and appreciated the high quality and helpful professional staff of the UFO. BLM management actions that participants liked and want to see continued under the revised RMP include the following:

- Continue cooperative management and active outreach. Participants noted the BLM's active role with many different working groups, support of local projects (e.g., tamarisk removal and river restoration), and coordination with local services (e.g., sheriff and fire districts).

- Continue to work with local communities to permit or provide land for municipal uses (e.g., sewer plants, etc.).

- Maintain the federal estate and continue to ensure access to public lands.

- Continue multiple-use concepts and management practices.

- Continue to use controlled burns and noxious weed removal.

- Continue management of routes and trails for various users.

- Preserve opportunities for recreational activities such as hunting, fishing, and camping.

## Recommended Management Changes

Participants were asked what the BLM should change or consider changing, and they provided a variety of suggestions and recommendations for the RMP revision. A summary of this input is provided in Table 4-1, and includes administrative and physical elements, regardless of whether the suggestion is within the scope of the planning process. Participants were then asked to provide more specific issues and actions that should be addressed in the RMP revision. The results of these discussions are provided in Table 4-2.

BLM_0015017

**Table 4-1**
**Recommended Changes for the Uncompahgre Field Office RMP Revision**

| | | Mountain Village/Telluride | San Miguel County | Sawpit | Norwood | Naturita | Ridgway | Ouray | Ouray County | Paonia | Hotchkiss | Crawford | Gunnison County | Cedaredge | Orchard City | Delta | Delta County | Olathe | Montrose | Montrose County | Montrose County West End Planning Advisory Comm. | San Miguel Watershed Coalition | Public Lands Partnership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADMINISTRATIVE CHANGES** | | | | | | | | | | | | | | | | | | | | | | | |
| COOPERATIVE MANAGEMENT | Adopt better coordination between BLM/Forest Service | X | X | | | | | | | | | | | | | | | | | | | | |
| COOPERATIVE MANAGEMENT | Have more outreach, interaction, and improved communication with local communities | X | X | X | X | X | | | | | | X | X | | | X | | | X | | | X | X |
| COOPERATIVE MANAGEMENT | Allow local government participation in local public land management decisions | X | X | X | X | | | X | | | | | | | | X | | | | | | | |
| COOPERATIVE MANAGEMENT | Provide more information on local opportunities and regulations for local public land use | | | | | | | | X | | | | | | | | | | | X | | | |
| LAND MANAGEMENT | Get the funding that public lands need for adequate management | X | | | | | | | | | | | | X | | | X | | | | | | |
| LAND MANAGEMENT | Expedite and facilitate appropriate land transfers | | | | | | | | | | | | | | | X | | | | | | X | |
| LAND MANAGEMENT | Conduct more enforcement and implementation of fines on BLM land | X | | | | | | | | | | | | | X | | | | | X | | | X |
| **CHANGES TO RESOURCES OR RESOURCES USES** | | | | | | | | | | | | | | | | | | | | | | | |
| BIOLOGICAL RESOURCES | Address forest health on public lands | X | | | | | | | | | | | | | | | | | | | | | |
| BIOLOGICAL RESOURCES | Manage for protection of resources and habitat in addition to resource extraction | X | X | | | | | | | | | | | | | | | | | | | | |
| BIOLOGICAL RESOURCES | Manage watershed and protect water quality | | | | | | | | | | | X | | | | X | | | | | | X | |
| BIOLOGICAL RESOURCES | Manage and monitor grazing activities | | | | | X | | | | | | | | | | | | | | | | | |
| BIOLOGICAL RESOURCES | Implement more weed control | | | | X | | | | | | | | | | | | | | | | X | | |
| BIOLOGICAL RESOURCES | Use fire management as a mitigation tool | X | | | | | | | | | | | | | | | | | | | | | |
| TRAVEL MANAGEMENT | Address incompatible uses of routes and trails | X | | | X | | | | | | | | | | | | | | | | | | X |
| TRAVEL MANAGEMENT | Address route connectivity and reduce multiple routes | | | | X | | X | | | | | | | | | | | | | | | | |
| TRAVEL MANAGEMENT | Designate route/areas for OHV and other use | | | | | | | | | X | | | | | | | | | | | | | |
| TRAVEL MANAGEMENT | Update travel maps | | | | | | | | | X | | | | | | | | | | | | | |
| MINERALS/ENERGY | Manage/regulate leasing activities to address all components of the leasing and extraction process and to protect sensitive areas | | X | | | | | | | | | | X | | | | | | | | | X | |
| MINERALS/ENERGY | Streamline permitting process | | | | | | | | | | | | | | | X | | | | | X | | |

BLM_0015018

**Table 4-2**
**Recommendations for the RMP Revision Process**

| Mountain Village/Telluride |
|---|
| • Need land for affordable housing. Maybe look into three-way lands swaps with the town and Forest Service. Make it happen within one year, not twenty. |
| • Look at in-stream flows for the river. Perhaps partner with water districts and others to improve water diversion systems, etc. |
| • Leasing of energy resources should have the smallest footprint possible. |
| • More educational opportunities for kids and guests to the area on the San Miguel River and the area in general. |
| • Continue or expand species management. Species reintroduction (e.g., cutthroat trout). |
| • More partnering with user groups. |
| • Norwood Bridge to Pinon has extensive use – route proliferation, dumping, etc. Close some of these excess roads. User education. |
| • Secure trail easements and access routes. |

| San Miguel County |
|---|
| • Designate areas as energy resource reserves for future generations. |
| • More teeth in ACEC for San Miguel River. |
| • Look at land use patterns. Land tenure adjustments for more ground for affordable housing only around Telluride. |
| • Land tenure for migration corridors, sage grouse, access, etc. |
| • Designate San Miguel River as Wild and Scenic River. It is an economic driver for the region for recreation opportunities. Look at acquiring/withdrawing federal minerals. |
| • Address alternative energy – hydro plant (maybe off-river; micro hydro in some storage facility). |
| • Establish oil and gas reserves for future generations (maybe in more sensitive areas). |
| • Relook at lease criteria. Avoid speculation (proven reserve). |
| • Require notification of property owner prior to leasing federal mineral estate. |
| • More emphasis on quiet recreation. Recognize incompatibility between hiking and biking. Focus on biking areas. |
| • More agency and user group interaction. The federal agencies need to make collaborative groups, task forces, etc. Maybe use Resource Advisory Council to establish subgroups to address these issues. |
| • Use land health assessments as a guide to improve management. Focus on fixing lands that do not meet health standards. |
| • Bring best science of climate change to management decisions. Use adaptive management to help mitigate damage from climate change. Allow for flexibility in planning process to adapt to changing science. |
| • Build in RMP maintenance to respond to changing conditions. |
| • Look at designating the San Miguel River as Wild and Scenic. |

| Sawpit |
|---|
| • Do not allow extraction activities along the river. |
| • Provide protection for the town's source water protection zone. |
| • Do not designate corridors in the valley (or things that would impair the viewshed). |
| • No real concerns with Wildland-Urban Interface, but fire management is important. |

BLM_0015019

**Table 4-2**
**Recommendations for the RMP Revision Process**

| Norwood |
|---|

- Balance structured development (e.g., trail system) with regulation (or desire for lack of over regulation) and provide a diversity of opportunities. Boulder has too many rules.
- Provide for firewood.
- Recognize the subsistence nature of the community (e.g., firewood gathering).
- Motorized play area close to town (for motorcycles and ATVs).
- Have a route that is out and back.
- There is a forgotten erosion/drainage system that Colorado Department of Transportation (CDOT) constructed in the 1940s with the highway that could be used as a bike trail.  Much of the system is on BLM land, while some is on CDOT right-of-way.
- Obtain rights-of-way from private landowners for some of the historic routes to provide a more interconnected transportation network.
- Lease sites for scientific research for things like climate control, air quality, etc.
- Allow for municipal water storage projects on BLM lands.
- Provide primitive trails (over gravel or hard surface).
- Recognize that mountain bikes are a unique and a new use, so they might require special trails or new ones for that experience.
- Special designation of Placerville and Norwood for a trail system.

| Naturita |
|---|

- BLM should consider water storage on their lands.
- BLM should identify and develop springs on their public lands.
- BLM should communicate honestly with the public.

| Ridgway |
|---|

- Improve vegetation management practices.
- Develop partnerships to help mitigate outbreaks (ips beetle, noxious weeds).
- Maintain the current amount of open space.
- Consider local plans during planning efforts to help complement and maintain local visions.
- Develop local partnerships to help unify land use objectives.
- Land stewardship shouldn't solely be the responsibility of the federal agencies that are underfunded.
- Gravel pit: availability of gravel may be limited. Need long-term site for gravel operation.

| Ouray |
|---|

- Retain public lands – do not see them for private development.
- If there is only one existing route to an area, do not remove it and prohibit all access to areas.
- Do not limit public access to BLM lands. It is obvious the nation is an aging population and needs the ability to access places with motorized vehicles.

| Ouray County |
|---|

- Improve relations between surface and sub-surface ownerships (split-estates).
- Geothermal, wind, and solar resources could be an economic benefit to the area, but we are concerned with the footprint size of these developments.
- Public land managers should work closely with local jurisdictions when exploring leasing energy resources.
- Explore hydroelectricity. Public lands might be able to provide water storage sites for local communities.
- Explore micropower.
- Public land managers could help local communities draw local businesses to the area.

*Final Community Assessment of the Uncompahgre Planning Area*
February 2009

BLM_0015020

**Table 4-2**
**Recommendations for the RMP Revision Process**

| Paonia |
|---|
| • Access to BLM land is very difficult in this area. |
| • Improve communication between BLM and Forest Service to create a better trail structure/system to expand opportunities. |
| • Better legislation to protect private landowners who allow access to BLM lands from their private lands in case of accidents; don't want to lose that access to BLM land. |
| • BLM is not allowing historic access sites across private lands (access may be closed when private property is purchased and new landowner does not allow access across their property to public lands); if new landowner purchases private property, BLM should mandate keeping that historic access open. |

| Hotchkiss |
|---|
| • Correct access issues: harder to get to public lands because of private ownership closing routes where they once were open. |
| • Inventory access points (to BLM lands) and legal status on private land before somebody buys the parcel, and secure that access to BLM lands as part of the land sale. |
| • Road from 3300 Road across sections of private and BLM land and exits on 3100 Road (east-west road north between Short Draw and Leroux Creek [of Hotchkiss]): is an access road to water-delivery line, a communication site, and access to public lands for hunting, etc.; *need to determine whose road it is.* |

| Crawford |
|---|
| • Would like BLM to square up some of their boundaries; boundary identification with BLM and private lands; dispose of isolated tracts, especially where adjacent private landowners would be the ones to buy it (e.g., near Needle Rock, near Maher where there is an isolated parcel); retain large parcels of BLM lands. |
| • No access issues to public lands; just need to have better signage so people know where they are (public, private). |
| • BLM needs to build more stock ponds on BLM land anywhere that will catch water. |

| Gunnison County |
|---|
| • Respect local regulatory authority and desires of local landowners and local communities regarding energy development. |
| • Wildfire concern regarding slow response time due to remoteness. |
| • Close coordination with county on energy development, particularly on split estate; enter into memoranda of agreement/memoranda of understanding with local governments without working through the State (regarding law enforcement, viewsheds, etc.). |

| Cedaredge |
|---|
| • Land tenure adjustments to improve management. |
| • Wildlife management – protect winter range and corridors. |
| • Protect lands that might influence water quality. |
| • May need land for sewer plant; may need to look at land swap, right-of-way, exchange, or RP&PA. |
| • Provide for recreational opportunities (noted land just west of town as possible good biking areas). |
| • Allow rock gathering. |
| • Make maps available on Web site. |
| • Have a BLM/Forest Service employee available in town to provide information. |
| • Provide for dispersed camping. |
| • Participate in any countywide trail systems. |

BLM_0015021

**Table 4-2**
**Recommendations for the RMP Revision Process**

| Orchard City |
| --- |

- Keep lands accessible.
- Block up lands by disposing of isolated tracts.
- ATV riding on adobe hills west of town (does not appear to have sensitive resources or wildlife habitat).

| Delta |
| --- |

- Work on getting action on the WSA on adobe areas.
- Improve access to city facilities on public and Forest Service land.
- Work with locals to set water quality standard for watersheds, then manage for that standard by communicating actions with locals (e.g., leasing could take place, but involve locals in the decision). Work with locals on water management plans.
- Do not dispose of public lands – needed for access and recreation for current and future generations.
- Use exchanges to block up land for better access and improved management.
- Make lands available for uses that benefit local communities (e.g., transmission lines, wind, solar, etc.).
- Have "responsible access" to public lands and "responsibly developed."
- Allow for use but preserve long-term viability for future generations (e.g., favorite slippers).

| Delta County |
| --- |

- Travel management – get feedback from local groups and implement plan within reasonable amount of time. Do not linger on the process.

| Olathe |
| --- |

- Would like target shooting to return to Peach Valley/Chukar/Bobcat.
- In past surveys, locals were not surveyed.
- BLM needs more signage along highways for how to access BLM lands; need more BLM-specific literature/brochures (including education on etiquette on BLM lands) within the communities (at businesses, Chamber of Commerce, etc.).

| Montrose |
| --- |

- There is a lot of potential that hasn't been planned for: how to use the public lands for energy production, tourism, roads.
- More education: better advertising/marketing about what is available locally; better signage.
- Information needs to be available at Chamber of Commerce.
- Tie roads/routes together to create a large (potentially over 100 miles), multi-use loop system (in the west end of county) as a recreational opportunity for OHVs/ATVs (stay on routes).

| Montrose County |
| --- |

- Need to minimize artificial lighting on BLM lands (such as lights from transmission lines). Need light ordinances and/or light shielding. Specifically, need to shield the lights at the pump station on Transfer Road.
- Need off-channel water storage on the San Miguel River.

| Montrose County West End Planning Advisory Committee |
| --- |

- Use land tenure adjustments to dispose of isolated tracts surrounded by private lands.
- Allow for resource extraction on public lands to help the economies of local communities.
- Protect source water areas for communities; specifically, Paradox gets water from a spring at an unknown location, but assumed to be on BLM land. Even if lands are leased, conditions of approval should be applied to any development.
- Establish trails along access roads to energy developments to avoid conflicts between bikers and vehicles.

BLM_0015022

**Table 4-2**
**Recommendations for the RMP Revision Process**

| San Miguel Watershed Coalition |
|---|

- Look at historic, restoration, linkages for sage grouse.
- Need good maps of sage grouse habitat to facilitate partnering between county programs to retire development rights and to coordinate with BLM action. Have a buffer designation.
- Work with Division of Wildlife to get updated maps of all wildlife habitat (e.g., winter range, lynx, sage grouse, etc.).
- Use best science and research (e.g., buffers for sage grouse).
- Put constraints on what is leased and how it is leased (timing and stipulations) regarding sage grouse.
- Partnership for funding for San Miguel sage grouse populations.
- Limit travel to the travel way (stay on existing routes).
- Travel management must recognize land health.
- Ensure ongoing communication with management issues and actions (noted where locals did trail work on Forest Service lands, but Forest Service removed the improvements).
- Recognize importance of fisheries (have multiagency evaluation of fisheries).
- Address how climate change will influence ecosystems, and provide management flexibility to respond to changing conditions (e.g., allow for grazing adjustments). Use best science for this analysis.
- Balance between recreational industry on the river (amount) and riparian health and the quality of the experience.
- Enjoy non-permitted use, but there might be a need as use increases. Prefer not to have to go there just yet.
- Conservation, conservation, conservation.
- Decisions and alternatives tailored to this part of the planning area – do not have one-size-fits-all management (no cookie cutter management). Use management units in the plan.
- Look at designating the San Miguel River as Wild and Scenic.
- Maintain user experiences on travel ways (e.g., some roads should remain primitive for wildlife protection).
- Travel management needs to be assessed year-round and provide for a diversity of uses. Recognize quiet recreation.

| Public Lands Partnership |
|---|

- Protect the west end area of the county from oil and gas development.
- Manage the extraction of resources for environmental protection.
- Educate people on the Mining Law.
- Prevent people from building houses on mining claims.
- Increase federal agency involvement with secondary education.
- Focus on education as the foundation (in schools and on public lands); set up field trips to public lands (Nature Deficit Disorder).
- Increase and improve river access along the Lower Gunnison.

## 4.4   PARTNERSHIP OPPORTUNITIES

Meeting attendees identified opportunities for partnerships and collaboration between the BLM and counties, cities, and towns, the tourism industry, community residents, organizations/clubs, or others during the RMP revision process and during RMP implementation. Specific opportunities are identified in

BLM_0015023

Question 8 of the meeting notes in Appendix C. A summary of these opportunities are as follows:

- Most groups would like municipal and county governments, community residents, and organizations/clubs to cooperate with BLM on trail planning (including the route designation process) and maintenance, as well as on noxious weeds management.

- A few municipal and county governments would like to consider partnership opportunities with the BLM to reduce or eliminate trash dumping on public lands.

- Some groups would like municipal governments and community residents to work with BLM on improving access from towns to BLM public lands.

**Municipal Governments**

Several communities would like to continue the Community Wildfire Protection Plan partnership with BLM for fire prevention and protection.

**County Governments**

County governments would like to cooperate with BLM during the development of County Master Plans, and envision partnerships between counties, conservationists, and BLM to maintain informal access points across private or other lands to BLM lands. They also would like BLM to continue partnerships with counties for law enforcement, road maintenance, and wildfire protection (including burn bans). For example, Montrose County is beginning to update its Master Plan, and this presents an excellent opportunity for Field Office collaboration with county leaders and staff and with communities in the county. Montrose County has expressed a desire to create a faster route between the west end of the county and the east end, and public lands, as well as National Forest lands, could play an important role in the realization of this goal.

**Others**

Groups identified the desire to connect BLM and US Forest Service trails and roads across jurisdictions. Groups would like to continue the Habitat Partnership Program with BLM on projects to alleviate wildlife damage to private lands. In addition, opportunities were identified to conduct land stewardship education with local school systems, including field trips to expose kids to public lands, resources, and impacts (e.g., littering). Other educational opportunities identified included programs for OHV/ATV safety and responsible use, perhaps as a requirement in the off-OHV/ATV permit process, as well as the need to reference BLM lands during hunter safety training provided by the Colorado Division of Wildlife.

BLM_0015024

# SECTION 5
# LIST OF PREPARERS

This assessment was prepared by staff primarily from Environmental Management and Planning Solutions, Inc. (EMPSi) and West Slope Mediation and Facilitation, LLC, with support and review from the BLM. A preparer is someone who participated in the meetings or contributed to report development. The following people prepared or reviewed the report.

### Table 5-1
### Document Preparers and Reviewers

| Name | Title |
|------|-------|
| **Preparers** | |
| Angie Adams | EMPSi (Environmental Management and Planning Solutions, Inc.) |
| David Batts | EMPSi (Environmental Management and Planning Solutions, Inc.) |
| Bill Bottomly | West Slope Mediation and Facilitation, LLC |
| Zoe Ghali | EMPSi (Environmental Management and Planning Solutions, Inc.) |
| Bruce Krickbaum | Planning & Environmental Coordinator, BLM, Uncompahgre Field Office |
| Kevin Sampson | EMPSi (Environmental Management and Planning Solutions, Inc.) |
| Jennifer Zakrowski | EMPSi (Environmental Management and Planning Solutions, Inc.) |
| **Reviewers** | |
| Dave Kauffman | Associate Field Manager, BLM, Uncompahgre Field Office |
| Bruce Krickbaum | Planning & Environmental Coordinator, BLM, Uncompahgre Field Office |
| Barb Sharrow | Field Manager, BLM, Uncompahgre Field Office |

BLM_0015025

This page intentionally left blank.

BLM_0015026

# SECTION 6
# REFERENCES

BLM. 2009. Geographic Information System. Unpublished Data. BLM, Uncompahgre Field Office, Colorado.

Colorado Department of Local Affairs. 2009. Active Colorado Municipalities as of January 22, 2009 (271 municipalities). Internet Web site: http://www.dola.state.co.us/dlg/local_governments/municipalities.html. Accessed in January 2009.

Colorado Department of Public Health and Environment. 2009. County Seat and ZIP Codes. Internet Web site: http://www.cdphe.state.co.us/hs/cntyseat.html. Accessed in January 2009.

Colorado State Archives. 2004. City & Town Incorporations. Internet Web site: http://www.colorado.gov/dpa/doit/archives/muninc.html. Accessed in January 2009.

US Census Bureau. 2000. Summary File 1 (SF 1) and Summary File 3 (SF 3). Internet Web site: http://factfinder.census.gov. Accessed in January 2009.

BLM_0015027

This page intentionally left blank.

BLM_0015028

# APPENDIX A
# MEETING SCHEDULE

BLM_0015029

BLM_0015030

# APPENDIX A
# MEETING SCHEDULE

The BLM held 22 meetings with various stakeholder groups from October 28, 2008 to December 9, 2008. A total of 166 individuals participated in the meetings (excluding BLM and contractor staff). Table A-1 contains details of the meetings.

**Table A-1**
**Stakeholder Meeting Schedule**

| | Stakeholder Group | Meeting Location | Meeting Date (Time) | Number of Attendees [1] |
|---|---|---|---|---|
| 1. | Towns of Telluride and Mountain Village | Mountain Village, Colorado | October 28, 2008 (8:00 – 10:00 am) | 8 |
| 2. | San Miguel County | Telluride, Colorado | October 28, 2008 (2:00 – 4:00 pm) | 10 |
| 3. | Towns of Sawpit and Placerville | Placerville, Colorado *Note: No Placerville attendees were present* | October 29, 2008 (9:00 – 11:00 am) | 1 |
| 4. | Towns of Norwood and Redvale | Norwood, Colorado *Note: No Redvale attendees were present* | October 29, 2008 (2:00 – 4:00 pm) | 13 |
| 5. | Montrose County West End Planning Committee (at Town of Naturita) | Naturita, Colorado | October 29, 2008 (7:00 – 9:00 pm) | 4 |
| | Town of Nucla | Nucla, Colorado *Note: Meeting rescheduled due to no attendance* | October 30, 2008 | 0 |
| 6. | Ouray County | Ridgway, Colorado | November 5, 2008 (9:00 – 11:00 am) | 6 |
| 7. | Town of Ridgway and City of Ouray | Ridgway, Colorado *Note: No City of Ouray attendees were present* | November 5, 2008 (2:00 – 4:00 pm) | 3 |

**Table A-1**
**Stakeholder Meeting Schedule**

| Stakeholder Group | Meeting Location | Meeting Date (Time) | Number of Attendees [1] |
|---|---|---|---|
| 8. Public Lands Partnership | Montrose, Colorado | November 6, 2008 (1:30 – 3:30 pm) | 17 |
| 9. Towns of Paonia, Somerset & Bowie | Paonia, Colorado *Note: No Somerset or Bowie attendees were present* | November 12, 2008 (2:00 – 3:45 pm) | 17 |
| 10. Town of Hotchkiss | Hotchkiss, Colorado | November 13, 2008 (9:00 – 11:45 am) | 4 |
| 11. Towns of Crawford & Maher | Crawford, Colorado *Note: No Maher attendees were present* | November 13, 2008 (1:00 – 2:45 pm) | 2 |
| 12. Gunnison County | Gunnison, Colorado | November 14, 2008 (4:00 – 5:15 pm) | 8 |
| 13. San Miguel Watershed Coalition (Telluride) | Placerville, Colorado | November 17, 2008 (2:00 – 4:00 pm) | 6 |
| 14. Town of Cedaredge | Cedaredge, Colorado | November 18, 2008 (9:00 – 11:00 am) | 8 |
| 15. Towns of Orchard City and Austin | Austin, Colorado | November 18, 2008 (2:00 – 4:00 pm) | 4 |
| 16. City of Delta | Delta, Colorado | November 19, 2008 (9:00 – 11:00 am) | 10 |
| 17. Delta County | Delta, Colorado | November 19, 2008 (2:00 – 3:30 pm) | 14 |
| 18. Town of Olathe | Olathe, Colorado | November 20, 2008 (9:00 – 11:00 am) | 11 |
| 19. Montrose County | Montrose, Colorado | November 20, 2008 (2:00 – 4:00 pm) | 10 |
| 20. City of Montrose | Montrose, Colorado | November 21, 2008 (9:00 – 11:00 am) | 4 |
| 21. Towns of Naturita and Nucla | Naturita, Colorado *Note: No Nucla attendees were present* | December 8, 2008 (6:00 – 8:00 pm) | 4 |
| 22. City of Ouray | Ouray, Colorado | December 9, 2008 (1:00 – 3:00 pm) | 2 |

[1] Not including BLM

Note: The first scheduled meeting with Naturita representatives was cancelled due to conflicts; however, members of the Montrose County West End Planning Commission Advisory Committee came to the meeting location, so a meeting was held with these representatives to solicit their responses. The Mesa County meeting was cancelled because of the small amount of BLM land ownership in the county. .

BLM_0015032

# APPENDIX B
# MEETING AGENDA AND QUESTIONS

BLM_0015034

# APPENDIX B
# MEETING AGENDA AND QUESTIONS

The BLM provided a meeting agenda, which included discussion questions, to participants in the community assessment process. Somewhat different agendas were provided to counties, community groups (i.e., communities, towns, and cities), and organizations (i.e., stakeholders). These agendas are provided below.

BLM_0015035

# AGENDA

## BUREAU OF LAND MANAGEMENT & COUNTY LEADER MEETINGS FOR COMMUNITY ASSESSMENT PRIOR TO REVISION OF UNCOMPAHGRE FIELD OFFICE RESOURCE MANAGEMENT PLAN

## WELCOME &  INTRODUCTIONS

## HOUSEKEEPING &  PURPOSES OF MEETING:

o To determine how county leaders and governments view themselves
o To determine how county leaders and governments view BLM managed lands and BLM management practices in relation to their communities.
o To identify and address important issues of common concern related to public lands.
o To help determine BLM's role as a source of support in the counties and to governments and local economies, and possible ways BLM could partner in the future with you where appropriate.
o To the extent possible during the land use plan update and as it is implemented, to maintain consistency with the objectives and goals in county master plans.
o To meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.
o To identify suggestions county leaders and governments may have for changes BLM could make or actions BLM should consider taking to better meet local needs and manage public lands.
o To foster collaborative relationships in which information is continually shared and updated throughout the planning process and as it is implemented.

## HOW THE MEETING WILL PROCEED

### We will be

1. **Asking** questions
2. **Ensuring** understanding of the questions and at times, the comments
3. **Recording** feedback
4. **Encouraging** discussion
5. **Asking "piggy-back" questions**
6. **Summarizing** information
7. **Reaching consensus** at times
8. **Any questions so far?**

## RESPOND TO QUESTIONS ON NEXT PAGE

## WHO TO SEND RESULTS OF THIS MEETING TO?

## ADJOURN

BLM_0015036

**QUESTIONS WE WILL DISCUSS:**

**Q1** Why do you and those you know in your communities in the county like living here?

**Q2.** If you had a snapshot or image of your county or the communities in the county that shows how you would like it to be 15-20 years from now, how would you describe it, in as few words as possible?

Counties are being especially challenged lately to effectively manage their resources, including the human resource, in order to provide services, maintain and improve roads, bridges, and infrastructure, accomplish goals and mandates, manage and protect the environment, and maintain and perhaps grow their social and economic well-being.

**Q3.** Over the next 15-20 years, in order to achieve your snapshot(s) or images in Q2, or the vision you foresee, what do you think are the most important SOCIAL, ENVIRONMENTAL, and ECONOMIC issues/values/concerns for public officials, residents, organizations, and stakeholders in your county and communities to identify, validate, address, and resolve to achieve your vision? In other words, if barriers exist that need to be overcome to achieve your vision, what might they be?

**Q4.** What do you like about the surrounding public lands administered by the Bureau of Land Management?

**Q5.** In what ways does your county, and the communities in the county, benefit from using these public lands, that is, what do you, and those you know, receive from using these public lands?

**Q6.** What specific policies, regulations, rules, etc. would you have BLM continue with or change in order for you to achieve to achieve your desired outcomes or expectations while visiting/using public lands?

The responses here assume that some things BLM is doing are working for you within your county and communities, and perhaps some are not. What are some of those things?

**Q7.** What specific actions could BLM take or implement to help assure that you can achieve the desired outcomes you identified in Question 6 above?

**Q8.** What are the opportunities for partnership and collaboration between your county and the communities in your county and the BLM, both in *planning* for or *management* of public lands in the immediate future, and in the long term?

**Q9.** Other questions/issues/comments/suggestions concerning:

Public Lands and county collaboration;
The BLM land use planning process; or
This small group discussion – How to improve it?

**Q10.** If your county does not currently have a vision statement, would you like to take the time to craft one for later use?

BLM_0015037

# AGENDA

### BUREAU OF LAND MANAGEMENT & COMMUNITY/TOWN/CITY LEADER MEETINGS FOR COMMUNITY ASSESSMENT PRIOR TO REVISION OF UNCOMPAHGRE FIELD OFFICE RESOURCE MANAGEMENT PLAN

## WELCOME &  INTRODUCTIONS

## HOUSEKEEPING &  PURPOSES OF MEETING:

- o     To determine how communities and local governments view themselves
- o     To determine how communities and local governments view BLM managed lands and BLM management practices in relation to their communities.
- o     To identify and address important issues of common concern related to public lands.
- o     To help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with you where appropriate.
- o     To the extent possible during the land use plan update and as it is implemented, to maintain consistency with the objectives and goals in local community plans.
- o     To meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.
- o     To identify suggestions community leaders may have for changes BLM could make or actions BLM should consider taking to better meet local community needs and manage public lands.
- o     To foster collaborative relationships in which information is continually shared and updated throughout the planning process and as it is implemented.

## HOW THE MEETING WILL PROCEED

### We will be

1. **Asking** questions
2. **Ensuring** understanding of the questions and at times, the comments
3. **Recording** feedback
4. **Encouraging** discussion
5. **Asking "piggy-back" questions**
6. **Summarizing** information
7. **Reaching consensus** at times
8. **Any questions so far?**

## RESPOND TO QUESTIONS ON NEXT PAGE

## WHO TO SEND RESULTS OF THIS MEETING TO?

## ADJOURN

1

BLM_0015038

## QUESTIONS WE WILL DISCUSS:

**Q1**  Why do you and those you know in your community like living here?

**Q2.** If you had a snapshot or image of your community that shows how you would like it to be 15-20 years from now, how would you describe it, in as few words as possible?

Communities are being especially challenged lately to effectively manage their resources (budgets, priority of services, employees and organization makeup, equipment, infrastructure) in order to accomplish community goals and mandates, manage and protect the environment, and maintain and perhaps grow their social and economic well-being.

**Q3.** Over the next 15-20 years, in order to achieve your snapshot(s) or images in Q2, or the vision you foresee, what do you think are the most important SOCIAL, ENVIRONMENTAL, and ECONOMIC issues/values/concerns for public officials, residents, organizations, and stakeholders in your community to identify, validate, address, and resolve to achieve your community vision? In other words, if barriers exist that need to be overcome to achieve your vision, what might they be?

**Q4.** What do you like about the surrounding public lands administered by the Bureau of Land Management?

**Q5.** In what ways does your community benefit from using these public lands, that is, what do you, and those you know, receive from using these public lands?

**Q6.** What specific policies, regulations, rules, etc. would you have BLM continue with  or change in order for you to achieve to achieve your desired outcomes or expectations while visiting/using public lands?

The responses here assume that some things BLM is doing are working for you and your community and perhaps some are not.  What are some of those things?

**Q7.** What specific actions could BLM take or implement to help assure that you can achieve the desired outcomes you identified in the Question above?

**Q8.** What are the opportunities for partnership and collaboration between your community and the BLM, both in *planning* for management of public lands and for *managing* or *implementing management* of public lands in the future?

**Q9.** Other questions/issues/comments/suggestions concerning:

Public Lands and community collaboration;
The BLM land use planning process; or
This small group discussion – How to improve it?

**Q10.**  If your community does not currently have a vision statement, would you like to take the time to craft one for later use in your community, using your previous responses?

BLM_0015039

# AGENDA

## BUREAU OF LAND MANAGEMENT & STAKEHOLDER & LEADER MEETINGS FOR COMMUNITY ASSESSMENT PRIOR TO REVISION OF UNCOMPAHGRE FIELD OFFICE RESOURCE MANAGEMENT PLAN

## WELCOME &  INTRODUCTIONS

## HOUSEKEEPING &  PURPOSES OF MEETING:

o  To determine how organizations view themselves

o  To determine how organizations view BLM managed lands and BLM management practices in relation to the goals of organizations.

o  To identify and address important issues of common concern related to public lands.

o  To help determine BLM's role as a source of support for organizational well-being and goals, and possible ways BLM could partner in the future with you.

o  To the extent possible during the land use plan update and as it is implemented, to maintain consistency with organizational goals or strategies.

o  To meet and talk with key organizational representatives about common issues early in the plan update process, especially where organizational service areas overlap or are adjacent to public lands.

o  To identify suggestions key organizational representatives may have for changes BLM could make or actions BLM should consider taking to better meet organizational goals and needs.

o  To foster collaborative relationships in which information is continually shared and updated throughout the planning process and as it is implemented.

## HOW THE MEETING WILL PROCEED

### We will be

1. **Asking** questions
2. **Ensuring** understanding of the questions and at times, the comments
3. **Recording** feedback
4. **Encouraging** discussion
5. **Asking "piggy-back" questions**
6. **Summarizing** information
7. **Reaching consensus** at times
8. **Any questions so far?**

## RESPOND TO QUESTIONS ON NEXT PAGE

## WHO TO SEND RESULTS OF THIS MEETING TO?

## ADJOURN

1

BLM_0015040

## QUESTIONS WE WILL DISCUSS:

**Q1**  Why do you and those you know choose to live in your communities or serve in your organization?

**Q2.** If you had a snapshot or image of the communities and the lands your organization focuses on that shows you what it would or could be like in 15-20 years from now, how would you describe it, in as few words as possible?

Organizations, communities, and governments are being especially challenged lately to effectively manage their resources in order to accomplish and balance priorities, goals, and mandates, manage and protect the environment, and maintain and perhaps grow their economic well-being.

**Q3.** Over the next 15-20 years, in order to achieve your snapshot(s) or images in Q2, or the vision you foresee, what do you think are the most important issues/values/concerns for public officials, residents, organizations, and stakeholders in your community to identify, validate, address, and resolve to achieve your community vision? In other words, if barriers exist that need to be overcome to achieve your vision, what might they be?

**Q4.** What do you like about the surrounding public lands administered by the Bureau of Land Management?

**Q5.** In what ways do your communities and organization(s) benefit from focusing or helping manage these public lands, that is, what do you, and those you know, receive from providing a focus on these public lands?

**Q6.** What specific policies, regulations, rules, etc. would you have BLM continue with or change in order for you to achieve your organization's goals, desired outcomes, or expectations?

The responses here assume that some things BLM is doing are working for you and your organization and perhaps some are not.  What are some of those things?

**Q7.** What specific actions could BLM take or implement to help assure that you can achieve the desired outcomes you identified in the Question above?

**Q8.** What are the existing or potential/additional opportunities for partnership and collaboration between your organization and the BLM in the immediate future or in the long-term?  How would these partnerships benefit your organizational goals or strategies?

**Q9.** Do you have additional comments or a question concerning:

Public Lands and your organization?;
The BLM land use planning process; or
This small group discussion – How to improve it?

**Q10.**  If your organization does not currently have a vision statement, and if it does, would you like to take the time to craft one for later use or perhaps look at revising your existing vision, considering your previous discussion and responses?

BLM_0015041

BLM_0015042

# APPENDIX C
# LIST OF PARTICIPANTS AND SUMMARIES OF MEETINGS

BLM_0015043

BLM_0015044

# APPENDIX C
# LIST OF PARTICIPANTS AND SUMMARIES OF MEETINGS

This appendix provides a list of individuals who participated in each meeting (Table C-1), as well as meeting notes for each meeting. Draft minutes of each meeting were provided to the participants for review and comment. The minutes were revised based on these comments, and the final minutes of each meeting are included at the end of this appendix (Table C-2 provides an index to the meeting notes). Comments received at the meetings are not attributed to a specific participant.

While each meeting followed a similar format, responses given and topics discussed varied because different stakeholders had different areas of concern. Not all stakeholder groups provided feedback on all of the topics, and not all topics were brought up for discussion in all meetings because of group dynamics or time constraints.

## Table C-1
### List of Meeting Participants

| Towns of Telluride & Mountain Village – October 28, 2008 (8:00 – 10:00 am) | |
|---|---|
| Stu Fraser (Mayor Telluride) | Greg Sparks (Mtn. Village Town Manager) |
| Bob Delves (Mayor Mountain Village) | Dale Wood (Mtn. Village Police Chief) |
| Cath Jett (Mtn. Village Town Council) | Chris Broady (Mtn. Village Deputy Police Chief) |
| Dan Garner (Mtn. Village Town Council) | Joan May (San Miguel County) |
| **San Miguel County – October 28, 2008 (2:00 – 4:00 pm)** | |
| Linda Luther (County Open Space) | Lynn Black (County Staff) |
| Dave Schneck (County Staff) | Ashley Boling (Telluride Institute) |
| Elaine Fischer (Commissioner) | Art Goodtimes (Commissioner) |
| Joan May (Commissioner) | Randy See (Senator Salazar's office) |
| Mike Rozycki (County Staff) | Hillary White (Sheep Mtn. Alliance) |

BLM_0015045

**Table C-1**
**List of Meeting Participants**

| | |
|---|---|
| **Towns of Sawpit and Placerville – October 29, 2008 (9:00 – 11:00 am)** | |
| Michael Kimball (Mayor) | *No Placerville attendees were present* |
| **Towns of Norwood and Redvale – October 29, 2008 (2:00 – 4:00 pm)** | |
| Kerry Welch (Mayor of Norwood) | Mike Perholtz |
| Bob Yant (Marshall, Town of Norwood) | Jim Wells (Norwood Water Commission) |
| Ted Mueller (Fire Chief) | Brian Hoefling (Forest Service) |
| Yvette Henson (CSU Extension) | Jon Sapp |
| Katie Sapp (Town of Norwood) | Rick Hollinbeck |
| Gretchen Wells (Town of Norwood) | Darroll Carr |
| Tim Lippert (Town of Norwood) | *No Redvale attendees were present* |
| **Montrose County West End Planning Committee (WEPC) (at Town of Naturita) – October 29, 2008 (7:00 – 9:00 pm)** | |
| Marty Warner (WEPC) | Nancy Moore (WEPC) |
| Kenneth Heldman (WEPC) | Dirk Richards (individual) |
| **Town of Nucla – October 30, 2008** | |
| *Meeting cancelled due to no attendance* | |
| **Ouray County – November 5, 2008 (9:00 – 11:00 am)** | |
| Ted Collin (Chairman of Planning Commission) | Keith Meinert (County Commissioner) |
| Alan Staehle (RAC member/Ouray County Emergency Manager) | Mark Castrodale (County Planner) |
| Heidi Albritton (County Commissioner) | Ron Mabry (County Weed Coordinator) |
| **Town of Ridgway – November 5, 2008 (2:00 – 4:00 pm)** | |
| George Clifton (Town of Ridgway) | Jen Coates (Ridgway Town Planner) |
| Joanne Fagan (Public Works Director) | |
| **City of Ouray – November 5, 2008** | |
| *Meeting cancelled due to no attendance* | |
| **Public Lands Partnership – November 6, 2008 (1:30 – 3:30 pm)** | |
| Peter Van Schaik (citizen at-large) | Lee Ann Loupe (US Forest Service) |
| Pam Motley (Uncompahgre Plateau Project) | Ken Emory (Western Slope 4 Wheelers) |
| Stu Krebs (Western Colorado Congress) | Roy Johnson (RAC member/Trail Riders) |
| Bill Steele (Public Lands Partnership Coordinator) | Mary Chapman (Resident of Delta) |
| Jan McCracken (County Commissioner) | Bill Ela (Public Lands Partnership – Hotchkiss Representative) |
| Bill Hawley | Andrea Robinsong (Western Colorado Congress) |
| Jim Free (Uncompahgre Plateau Project) | Ralph W. Files (Resident of Montrose) |
| Joan May (County Commissioner) | Wayne Quade (Retired US Forest Service/ Friends of the Uncompahgre River) |
| Carmine Lockwood (US Forest Service) | |

BLM_0015046

## Table C-1
## List of Meeting Participants

| Towns of Paonia, Somerset & Bowie – November 12, 2008 (2:00 – 3:45 pm) | |
|---|---|
| Peter Clary (Chamber of Commerce) | Brian Scranton (Chaco) |
| Neal Schwieterman (Mayor of Paonia) | Tricia Bliss (Mayor Protem Paonia) |
| Smyth Boone (Single-track Society) | Kirk Madariaga (Colorado Division of Wildlife) |
| John O'Eckert (Overgaard Bicycle Repair) | Ron Rowell (Paonia Fire Department) |
| Dave Hiney | Jim Graff |
| Tom Hanel (property owner with BLM access) | Ray Taylor |
| Doug Bradbur (Single-track Society) | Allison Elliot |
| Jim Maulhardt | Hal Brill |
| Robyn Morrison | |
| **Town of Hotchkiss – November 13, 2008 (9:00 – 11:45 am)** | |
| Michael J. Owens (Public Works Director) | Doug Fritz (Town Fire Chief) |
| Thomas Wills (Town Council Trustee, Planning Commission Chairman) | Nomi Gray |
| **Towns of Crawford & Maher – November 13, 2008 (1:00 – 2:45 pm)** | |
| Robert Pearce (North Fork Snowmobile Club) | Bruce Green (Town of Crawford Trustee) |
| **Gunnison County – November 14, 2008 (4:00 – 5:15 pm)** | |
| Jim Cochran (Gunnison County Wildlife Coordinator, BLM Southwest RAC member) | Rick Yegge (Gunnison County Weed Coordinator) |
| David Baumgarten (Gunnison County Attorney) | Eric McPhail (Gunnison County Colorado State University Extension Office) |
| Mike Pelletier (Gunnison County GIS Manager, long-range planning) | Joellen Fonken (Gunnison County Trails Commission) |
| Joanne Williams (Gunnison County Planning Division) | Matthew Birnie (Gunnison County Manager) |
| **San Miguel Watershed Coalition (Telluride) – November 17, 2008 (2:00 – 4:00 pm)** | |
| Ashley Boling (SMWC) | Peter Mueller, (SMWC and TNC) |
| Linda Luther (SMWC) | Joe Reagan, (SMWC and San Miguel Co. Open Space) |
| Leigh Robertson, (SMWC and Sage Grouse Working Group) | Leah Sullivan (SMWC) |
| **Town of Cedaredge – November 18, 2008 (9:00 – 11:00 am)** | |
| Tony Shuski (Mayor) | Doug Buniger |
| Kathleen Sickles (Town Administrator) | Tim Roberts (Public Works Director) |
| Nelson Cederberg (Trustee) | Bill Welch |
| John Verbiscar | Gerald Mendralla (Planning Commission Chair) |
| **Towns of Orchard City & Austin – November 18, 2008 (2:00 – 4:00 pm)** | |
| David Varley (Town Administrator) | Marsha Thomas (Trustee) |
| Don Suppes (Mayor) | Lenn Johnson (Trustee) |

BLM_0015047

## Table C-1
### List of Meeting Participants

| City of Delta – November 19, 2008 (9:00 – 11:00 am) | |
|---|---|
| Fay Matthews (Utilities Director) | Steve Glammeyer (Asst. City Manager) |
| Glen Black (Community Development) | Lanny Sloan (City Manager) |
| Renee Ealey (Asst Recreation Director) | Robert Thomas (Police Chief) |
| Wilma Erven (Cultural/Recreation Director) | Mary Cooper (Mayor) |
| Paul Suppes (Parks Director) | Jim Hatheway (Public Works Director) |
| **Delta County – November 19, 2008 (2:00 – 3:30 pm)** | |
| Susan Hansen (Delta County Administrator) | Jim Kiger (Oxbow Mining, Elk Creek Mine, Environmental Manager) |
| William Palmer (Delta County Sheriff's Office) | Henry Barbe (Mountain Coal Company, West Elk Mine, Environmental Engineer) |
| Jim Ventrello (Delta County Treasurer and Commissioner) | Lindy Gwinn (Mountain Valley News) |
| Deana Sheriff (Delta Area Development) | Ken Nordstrom (Delta County Environmental Health Director) |
| Bruce Hovde (Delta County Commissioner Elect) | Dave Rice (Delta County Senior Planner) |
| Larry Record (Delta County Road & Bridge) | Rob Fiedler (Delta County Emergency Management Director) |
| Jan McCracken (Delta County Commissioner) | Jim Abshire (Bowie Resources) |
| **Town of Olathe – November 20, 2008 (9:00 – 11:00 am)** | |
| Michelle Mousner (Town of Olathe Board of Trustees) | Jerra Grett (Chamber of Commerce) |
| Darrin Scott (Town of Olathe Parks Director) | Ric Hawk (Olathe Police Department) |
| Scott Eklund (Town of Olathe, Building Official) | Scott Harold (Olathe Town Administrator) |
| Lee Markley (Town of Olathe Fire Protection District, Secretary of Treasury) | Steven Gottlieb (Olathe Planning and Zoning) |
| Paul Gottlieb (Chamber of Commerce) | Leonard Felix, Jr. (Olathe Fire District) |
| Donna Faries (Owner, Olathe Market) | |
| **Montrose County – November 20, 2008 (2:00 – 4:00 pm)** | |
| Jon Waschbusch (Montrose County Land Use Planner) | Dennis Murphy (Montrose County Planning Commission) |
| Brian Wilson (Montrose County Engineer, Public Works Department) | Ana Mostaceero (Montrose County Public Relations) |
| Gary Ellis (Montrose Board of County Commissioners) | Dave Laursen (Montrose County Planning Commission) |
| Allan Belt (Montrose Board of County Commissioners) | Steve Ryder (Black Canyon Land Trust) |
| Joe Kerby (Montrose County Manager) | Barbara Hawke (Black Canyon Land Trust) |

BLM_0015048

**Table C-1**
**List of Meeting Participants**

| City of Montrose – November 21, 2008 (9:00 – 11:00 am) | |
|---|---|
| Judy Wind (City of Montrose Planning Commission Chair) | Scott Sellers (Montrose Assistant City Manager) |
| Gail Marvel (Montrose City Council) | Garry Baker (City of Montrose, Senior Planner) |
| Towns of Naturita & Nucla – December 8, 2008 (6:00 – 8:00 pm) | |
| Tami Lowrance (Nucla/Naturita Telephone Company) | Robert Haining (Trustee/Physical Plant Supervisor) |
| Cameron Riley (Mayor of Naturita) | *No Nucla attendees were present* |
| City of Ouray – December 9, 2008 (1:00 – 3:00 pm) | |
| Patrick Rondinelli (City Administer) | Mike Fedel (Land Use Planning Coordinator) |

BLM_0015049

**Table C-2**
**Index to Meeting Notes in Appendix C**

| Community, County, or Organization | Meeting Date (Time) | Page Number on which Meeting Notes Begin |
|---|---|---|
| Towns of Telluride & Mountain Village | October 28, 2008 (8:00 – 10:00 am) | C-7 |
| San Miguel County | October 28, 2008 (2:00 – 4:00 pm) | C-14 |
| Towns of Sawpit and Placerville | October 29, 2008 (9:00 – 11:00 am) | C-21 |
| Towns of Norwood and Redvale | October 29, 2008 (2:00 – 4:00 pm) | C-25 |
| Montrose County West End Planning Committee (WEPC) (at Town of Naturita) | October 29, 2008 (7:00 – 9:00 pm) | C-31 |
| Ouray County | November 5, 2008 (9:00 – 11:00 am) | C-35 |
| Town of Ridgway | November 5, 2008 (2:00 – 4:00 pm) | C-41 |
| Public Lands Partnership | November 6, 2008 (1:30 – 3:30 pm) | C-47 |
| Towns of Paonia, Somerset & Bowie | November 12, 2008 (2:00 – 3:45 pm) | C-54 |
| Town of Hotchkiss | November 13, 2008 (9:00 – 11:45 am) | C-61 |
| Towns of Crawford & Maher | November 13, 2008 (1:00 – 2:45 pm) | C-66 |
| Gunnison County | November 14, 2008 (4:00 – 5:15 pm) | C-71 |
| San Miguel Watershed Coalition (Telluride) | November 17, 2008 (2:00 – 4:00 pm) | C-76 |
| Town of Cedaredge | November 18, 2008 (9:00 – 11:00 am) | C-82 |
| Towns of Orchard City & Austin | November 18, 2008 (2:00 – 4:00 pm) | C-88 |
| City of Delta | November 19, 2008 (9:00 – 11:00 am) | C-93 |
| Delta County | November 19, 2008 (2:00 – 3:30 pm) | C-99 |
| Town of Olathe | November 20, 2008 (9:00 – 11:00 am) | C-105 |
| Montrose County | November 20, 2008 (2:00 – 4:00 pm) | C-111 |
| City of Montrose | November 21, 2008 (9:00 – 11:00 am) | C-117 |
| Towns of Naturita & Nucla | December 8, 2008 (6:00 – 8:00 pm) | C-122 |
| City of Ouray | December 9, 2008 (1:00 – 3:00 pm) | C-127 |

BLM_0015050

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Towns of Telluride and Mountain Village**
**Town Hall, Mountain Village, Colorado**
**October 28, 2008, 8:00-10:00 AM**

**Notes**

**Attendees**:  Stu Fraser (Mayor of Telluride), Joan May (San Miguel County), Bob Delves (Mayor Mountain Village), Cath Jett (Mountain Village Town Council), Dan Garner (Mtn. Village Town Council), Greg Sparks (Mtn. Village Town Manager), Dale Wood (Mountain Village Police Chief), Chris Broady (Mountain Village Deputy Police Chief), David Kauffman (BLM), Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**
- Agenda with questions.

**Discussion:**

**1.  WELCOME**

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office.  The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

**2.  INTRODUCTIONS**

Bill introduced Bruce Krickbaum, David Kaufman, and David Batts. Round robin discussion.

**3.  PURPOSES OF MEETING**

Two primary objectives of the meeting:

1.  Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2.  Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.

- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓ Identify and address important issues of common concern related to public lands.

- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

- ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of

Community Assessment for the Uncompahgre RMP Planning Area                                    October 28, 2008
Meeting with Towns of Telluride and Mountain Village                                                        page 1/7
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-7**
**February 2009**

BLM_0015051

these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

✓ We will be providing notes of this meeting for your review.  A full report will be produced on the community assessment and will be available for public review.

✓ Brain storming will be used to solicit your input.  We want to hear the first things that come to your mind; one- and two-word responses are fine.

### Question 1.   Why you like living here / choose to live here.

✓ Sense of community.

✓ Strong community.

✓ Open spaces – solitude; recreation, urban buffering.

✓ Recreation opportunities in the region.

✓ Scenic beauty.

✓ Pristine natural beauty.

✓ Structured controlled recreation (e.g., kayaking, rafting, skiing, mountain biking).

✓ Immediate accessibility to public lands.

✓ Non-overuse of public lands in this area.

✓ Amenities that come with a resort, such as restaurants, library, cultural aspects.

✓ Small-town environment with density next to open space.

✓ Good schools.

✓ Safe place to live.

✓ Cost of living is an issue.

### Question 2.   Vision for your community/county/organization (15 to 20 years from now).

✓ The way Telluride used to be – homes are full, people live here, kids are trick or treating.

✓ Healthy community and local economy.

✓ Have infrastructure to support a healthy community (i.e., affordable housing, schools, medical, and roads).

✓ Vibrant community that is alive.  Telluride is about 40 percent second homes (Mountain Village is about 60 percent).

✓ Year-round occupancy.

Community Assessment for the Uncompahgre RMP Planning Area                                                    October 28, 2008
Meeting with Towns of Telluride and Mountain Village                                                                     page 2/7
**Final Community Assessment of the Uncompahgre Planning Area                        C-8
February 2009**

BLM_0015052

✓ Make it easier for people to commute to Telluride.

✓ Focus on services for retirees (improve medical facilities).

✓ More diversity in the population.

✓ Need more affordable housing.

✓ Plan for external impacts of an increased population (e.g., plan to keep safe community).

✓ There is a Catch-22:  Need to address how to make it vibrant and self sustaining, while not having the people living here full time.  How to make that transition?

✓ Some residents like the isolation and anonymity, which might not be attainable in a more vibrant community.

✓ Let residents be part of the community and can contribute equality.

✓ Community would support the workers (few commuters from outside the community).

✓ Support for families: affordability, schools, etc.

✓ More part-time residents converted to full-time; more workers living locally.  Need enough full-time residents to support the infrastructure.

**Question 3.    The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ More recreational opportunities.

✓ Thoughtfulness and sensitivity to management of environment.

✓ There is an attitude of some that if you build it, they will come, and some do not want stuff built. People like the way it was. Remove the stigma of "close the door behind me."

✓ Need good infrastructure. Do not use infrastructure as growth control.

✓ Controlled growth through zoning, house size limits, impact fees, urban infilling, and other planning tools. Need to be proactive in planning.

✓ Continue to protect the environment.

✓ Do not have the money to build the infrastructure and affordable housing.

✓ Desirable to maintain the federal lands as an urban buffer.

✓ Need to ensure forest health to preserve aesthetics, property values, liability, fire mitigation, etc.

✓ There are small parcels of federal land that could be used for employee housing but need to assess tradeoff with impacts on environment and infrastructure.

✓ Need active management of the federal lands; for example, manage trail system to control multiple trail users.  Need more trails, especially down valley.  Right now the trails are too congested.  Need connecting trails.

✓ Look into land exchanges with Forest Service and BLM for affordable housing.

✓ Look into partnerships.

✓ Provide balance between population and adequate service.

Community Assessment for the Uncompahgre RMP Planning Area                                                    October 28, 2008
Meeting with Towns of Telluride and Mountain Village                                                                    page 3/7
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-9**
**February 2009**

BLM_0015053

**Question 4.    What you like about BLM lands.**

- ✓ BLM lands start down valley in the San Miguel River.

- ✓ BLM preserves the San Miguel River, which is a gem; it is undammed, has diverse vegetation, is wild, and unique.  Should have even more protection.  Maintain roadless condition.  Wilderness can be good for the economy.  There could be an economic draw if it is a wild and scenic river.

- ✓ Access to open space; wilderness experiences.

- ✓ Lack of funding = lack of flexibility to work with volunteer groups.

- ✓ Preserves a way of life (e.g., ranching).

**Question 5.    How you and/or your community/county/organization benefit from using public lands.**

- ✓ Recreation (solitude and active).  ATV and trail use is very important to this area.

- ✓ Public lands provide urban buffer and serve as an amenity for real estate.

- ✓ Provides an element of the "old west."

- ✓ Personal consumption of energy generated on public lands.  Communities generally do not greatly benefit economically from energy development on federal lands.

- ✓ Diversity of public lands – alpine, montane, rivers (rafting), foothills, basin (with wild horses), canyon lands.

- ✓ Family activities.

- ✓ Physical activity.

- ✓ Stress relief.

- ✓ Solitude and beauty.

- ✓ People make a living off of public lands (e.g., river running, skiing, etc).

- ✓ Wilderness and having areas that are inaccessible – wildness.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Towns of Telluride and Mountain Village
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**

October 28, 2008
page 4/7
**C-10**

BLM_0015054

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Managing the conflicting uses on public lands (e.g., hiking vs. ATV). | ✓ Forest health – need to address on all Federal lands.<br>✓ Fire mitigation.<br>✓ Need route designations to address incompatible uses.<br>✓ More protection for resources for resource extraction (e.g., set backs, etc.). |
| Social Landscape Characteristics | | ✓ More educational outreach; respect public lands. |
| Administrative/Managerial Landscape Characteristics | ✓ Good people.<br>✓ Getting stuff done.<br>✓ Sensitive implementation. | ✓ Bureaucratic process – be more flexible at local level.<br>✓ Trade land for affordable housing.<br>✓ Get the funding that public lands need for adequate management. Local government is being asked to do too much.<br>✓ Combine Forest Service and BLM; or at least follow the San Juan model.<br>✓ More enforcement. |

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Need dirt for affordable housing.  Maybe look into three-way lands swaps with the town and Forest Service.  Make it happen within 1 year, not 20.

✓ Look at instream flows for the river. Perhaps partner with water districts and others to improve water diversion systems, etc.

✓ Norwood Bridge to Pinon has extensive use – route proliferation, dumping, etc. Close some of these excess roads. User education.

✓ Leasing of energy resources should have the smallest footprint possible.

✓ More educational opportunities for kids and guests to the area on the San Miguel River and the area in general.

✓ Continue or expand species management. Species reintroduction (e.g., cutthroat trout).

✓ Secure trail easements and access routes.

✓ More partnering with user groups.

Community Assessment for the Uncompahgre RMP Planning Area                                      October 28, 2008
Meeting with Towns of Telluride and Mountain Village                                            page 5/7
**Final Community Assessment of the Uncompahgre Planning Area**                      **C-11**
**February 2009**

BLM_0015055

**Question 8.    Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ BLM could provide technical expertise with resources (e.g., wetlands, riparian, etc.).<br>✓ Joint public outreach (e.g., meetings, share mailing lists, newsletters, etc).<br>✓ Have meetings with all the mayors in the county. | ✓ BLM could provide technical expertise with resources (e.g., wetlands, riparian, etc.).<br>✓ Use more volunteers. |
| County Governments? | | |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | | |
| Others? (State, etc.) | | |

**Question 9.    Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

✓ Managed use in the most efficient manner. Why have five roads when one will do?

✓ Clearly thought out planning – plan for the future.  Don't think that just because it is being done this way now, that it cannot be improved.  Think outside the box.

✓ Consider the importance of public lands, given all the population growth in the region.

✓ Public lands will take on more value as open space.

Community Assessment for the Uncompahgre RMP Planning Area                                          October 28, 2008
Meeting with Towns of Telluride and Mountain Village                                                           page 6/7
**Final Community Assessment of the Uncompahgre Planning Area                         C-12
February 2009**

BLM_0015056

**Question 11.  Is there an official vision statement for your community/county/organization?**

✓ Town of Mountain Village is developing a vision statement. Telluride has one.

## 5.  ACTION ITEMS

✓ BLM – Explore a joint meeting of Mayors/Town Managers within the planning area to discuss public land management.

✓ Bill – obtain Telluride vision statement.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Towns of Telluride and Mountain Village
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
October 28, 2008
page 7/7
**C-13**

BLM_0015057

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with San Miguel County**
**Telluride, Colorado**
**October 28, 2008, 2:00-4:00 PM**

## Notes

**Attendees:**  Elaine Fischer (Commissioner), Joan May (Commissioner), Art Goodtimes (Commissioner), Linda Luther (County Open Space), Dave Schneck (County Staff), Mike Rozycki (County Staff),  Lynn Black (County Staff), Ashley Boling (Telluride Institute), Hillary White (Sheep Mountain Alliance), Randy See (Senator Salazar's office), Barb Sharrow (BLM), Teresa Hifer (BLM), David Kauffman (BLM), Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- ▪ Agenda with questions

**Discussion:**

1. **WELCOME**

   The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office.  The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

2. **INTRODUCTIONS**

   Bill introduced Bruce Krickbaum, David Kaufman, and David Batts. Round robin discussion.

3. **PURPOSES OF MEETING**

   Two primary objectives of the meeting:

   1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your community in relation to public lands.
   2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

   More specifically:

   - ✓ Determine how communities and local governments view themselves.
   - ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.
   - ✓ Identify and address important issues of common concern related to public lands.
   - ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.
   - ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.
   - ✓ Meet and talk with key local representatives early in the plan update process, especially

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with San Miguel County
**Final Community Assessment of the Uncompahgre Planning Area**
**February 2009**
October 28, 2008
page 1/7
**C-14**

BLM_0015058

where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

- ✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.
- ✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

- ✓ Sense of community and good people.
- ✓ Mountains and open space (provides sense of being part of a bigger world; solitude; physical connection to the environment).
- ✓ Visual characteristics.
- ✓ Spiritual connection to the world (from the mountains).
- ✓ Rural character (not urban).
- ✓ Outdoor activities – skiing, rafting, mountain biking, camping.
- ✓ People value the environment.  Environmental ethics of the community, regardless of background and activities that they engage in.
- ✓ Good work environment – casual, relaxed, opportunities to recreate on lunch break.
- ✓ Close-knit community – intimate contacts, people know each other.
- ✓ Sunshine, weather is nice.
- ✓ Proximity to other locations (e.g., Canyonlands).
- ✓ Abundance of public lands prevent sprawl.
- ✓ Sense of safety – lack of crime.
- ✓ Cultural amenities (festivals, radio station, book stores).
- ✓ History of the community is important and preserved – sense of place.
- ✓ Public land – feel like it is your own, everyone can use it for outdoor activities.  People appreciate the land.
- ✓ Community of choice – people make a decision to live here so they care for the area.
- ✓ The interface of the old west and the new west.

### Question 2.   Vision for your community/county/organization.

- ✓ As close to what it is now; hard to improve what we have.
- ✓ Nix capitalism; rainbow gathering.
- ✓ More of the workforce living closer to their jobs.
- ✓ Beautiful and involved.  Involve all components of the environment.
- ✓ Less dependent upon the car.  Alternative modes of transport and energy.
- ✓ More protection of key habitats and less exploration of resources.
- ✓ More recycling.

Community Assessment for the Uncompahgre RMP Planning Area                                        October 28, 2008
Meeting with San Miguel County                                                                                            page 2/7
**Final Community Assessment of the Uncompahgre Planning Area**                      **C-15**
**February 2009**

BLM_0015059

✓ Locally produced food – opportunities to produce on public lands?

✓ Interconnection between private and public lands (e.g., migration corridors and trails).

✓ Need to understand quiet use.  It is important.  Need to balance motorized and quiet use.  Quiet use is one of the multiple uses that needs to be considered.  Have designated areas for motorized use.

✓ Younger generation wants more developed recreation / entertainment (e.g., kayak parks, zip lines, alpine slides).

✓ Is open space for preservation or recreation?

✓ Developed recreation on private land; public lands should be used for the resource values (e.g., solitude, quietness).

✓ Maintain remoteness.

✓ May need land tenure adjustments to protect sensitive resources (even those that may be on private lands).

✓ Would be for everyone; not just for the super rich.

✓ Increase diversity.  Have more workforce living here.

✓ Perhaps use land trades to establish affordable housing.

✓ Designate areas for protection. Cooperative management between land owners for conservation or resources.

✓ Institutional interface between communities, counties, and the FS and BLM.

✓ Economy that supports diverse populations.

✓ Federal land agencies would be well funded.

**Question 3.    The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Money, weather.

✓ Economics – expensive to live here.

✓ People have to work hard to live here.

✓ County has a mix of different cultures.

✓ People are becoming less tolerant.

✓ Bigger gaps between haves and have-nots.

✓ Some of the old values were desirable.

✓ More experimental learning within the schools.

✓ Sensitive ecosystems in the Telluride region (We have already gone between our means).

✓ No historic long-term families.  Multi-generational.

✓ Extraction industries have regional impacts that affect quality of life (e.g., air quality, water use and quality).

✓ Move away from planning around administrative boundaries and focus on management by ecological or geophysical boundaries.

Community Assessment for the Uncompahgre RMP Planning Area                                    October 28, 2008
Meeting with San Miguel County                                                                                    page 3/7
**Final Community Assessment of the Uncompahgre Planning Area                    C-16
February 2009**

BLM_0015060

**Question 4.    What you like about BLM lands.**

- ✓ Ease of access to public lands of all types – mountains, foothills, basins, canyons, etc.

- ✓ Remoteness and lack of access to more wild areas.

- ✓ Access to San Miguel River.

- ✓ Recreation opportunities – desire for more developed.

- ✓ Local use of the resources.

- ✓ Locals view public lands as theirs; outsiders view them as available for everyone.

- ✓ Diversity of opportunities on public lands for multiple uses.

- ✓ Public lands need to be part of the community.

- ✓ Public lands are not protected enough is view of the eastern county, western side of the county might feel differently.  People like to do what they are doing now.

**Question 5.    How you and/or your community/county/organization benefit from using public lands.**

- ✓ Quality of life.

- ✓ See above.

**Question 6.    What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Recreational activities along river.<br>✓ Remoteness in the western portion of the county.<br>✓ Continue not to lease Gunnison Sage Grouse habitat. | ✓ Regulate extraction activities to align with what the counties are trying to do (e.g., more protection).<br>✓ More habitat management, less extractive management.<br>✓ Leasing should require proven resource base.<br>✓ Prioritize leasing by resource sensitivity (lease in less sensitive areas first).<br>✓ Need to look from cradle to grave of all actions (leasing, development, reclamation, etc).  For example, pipelines significantly change the physical characteristics.<br>✓ Travel management – need to consolidate routes. |

Community Assessment for the Uncompahgre RMP Planning Area  October 28, 2008
Meeting with San Miguel County  page 4/7
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**  **C-17**

BLM_0015061

| Characteristic | Maintain | Change |
|---|---|---|
| Social Landscape Characteristics | ✓ Interaction with communities.<br>✓ Communication.<br>✓ BLM participation in community process. | ✓ Designate areas as energy resource reserves for future generations. |
| Administrative/Managerial Landscape Characteristics | ✓ Great people.<br>✓ RAC system.<br>✓ San Miguel Co. and BLM relationship.<br>✓ Continue to develop GIS as a knowledge base. | ✓ Move away from planning around administrative boundaries and focus on management by ecological or geophysical boundaries.<br>✓ ACEC in San Miguel River does not have enough protection. Future designations need to offer appropriate protections.<br>✓ Revise the 1872 mining law.<br>✓ Review the regulations that govern the BLM for relevance. Rewrite the handbook.<br>✓ Planning process needs to be shortened; should not take 10 years.<br>✓ BLM actions can impact county governments (local governments may have to monitor BLM action).<br>✓ Make NEPA and planning readable to the general public.<br>✓ Better coordination between BLM and FS. Look at Public Land Center in San Juan. |

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Designate areas as energy resource reserves for future generations.

✓ More teeth in ACEC for San Miguel River.

✓ Look at land use patterns. Land tenure adjustments for more ground for affordable housing only around Telluride.

✓ Land tenure for migration corridors, sage grouse, access, etc.

✓ Designate San Miguel River as Wild and Scenic River. It is an economic driver for the region for recreation opportunities. Look at acquiring (withdrawing?) federal minerals.

✓ Address alternative energy – hydro plant (maybe off river - micro hydro in some storage facility).

- ✓ Establish oil and gas reserves for future generations (maybe in more sensitive areas).

- ✓ Relook at lease criteria. Avoid speculation (proven reserve).

- ✓ Require notification of property owner prior to leasing federal mineral estate.

- ✓ More emphasis on quiet recreation.  Recognize incompatibility between hiking and biking. Focus on biking areas.

- ✓ More agency and user-group interaction. The federal agencies need to make collaborative groups, task forces, etc.   Maybe use RAC to establish subgroups to address these issues.

- ✓ Use land health assessments as a guide to improve management.  Focus on fixing lands that do not meet health standards.

- ✓ Bring best science of climate change to management decisions. Use adaptive management to help mitigate damage from climate change.  Allow for flexibility in planning process to adapt to changing science.

- ✓ Build in RMP maintenance to respond to changing conditions.

**Question 8.    Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | | |
| County Governments? | | ✓ Continue BLM participation in other agency and organization meetings. |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | | |
| Others? (State, etc.) | | |

**Question 9.    Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓ Concern about the national regulations and policies that do not include local issues and concerns. <br> ✓ Moving chain-of-command authority to the local level. |
| The Land Use Planning Process | ✓ Need to consider local land use plans in the RMP process. Telluride and Mtn. Village are updating their plans. |
| This Small Group Discussion | ✓ Like the pre-scoping approach of soliciting input. This might result in better scoping comments. <br> ✓ Make it more clear initially the geographic scope that is up for discussion. <br> ✓ Good to have a discussion with BLM staff on their issues and concerns. |

Community Assessment for the Uncompahgre RMP Planning Area                                        October 28, 2008
Meeting with San Miguel County                                                                                            page 6/7
**Final Community Assessment of the Uncompahgre Planning Area**                              **C-19**
**February 2009**

BLM_0015063

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Wild and scenic
- ✓ Healthy
- ✓ Resilient
- ✓ Diverse
- ✓ Teaming with wildlife
- ✓ Preserve
- ✓ Quiet use
- ✓ Responsible
- ✓ Nature character persists
- ✓ Panarchy
- ✓ Collaborative
- ✓ Beautiful
- ✓ Communication
- ✓ Non-motorized
- ✓ Flexible

**Question 11.  Is there an official vision statement for your community/county/organization?**

Not discussed.

## 5.  ACTION ITEMS

- ✓ None

Community Assessment for the Uncompahgre RMP Planning Area                                          October 28, 2008
Meeting with San Miguel County                                                                                       page 7/7
**Final Community Assessment of the Uncompahgre Planning Area                                   C-20
February 2009**

BLM_0015064

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Town of Sawpit**
**Sawpit, Colorado**
**October 29, 2008, 9:00-11:00 AM**

## Notes

**Attendees:**  Michael Kimball (Mayor of Sawpit), Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- ▪ Agenda with questions

**Discussion:**

1. **WELCOME**

    The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office.  The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

2. **INTRODUCTIONS**

    Mike was raised in Sawpit; forth generation.  Sawpit has 27 homes on about 15 plotted acres next to the San Miguel River.  There is a mayor and 3 trustees (Bob Strong, Dave Walker, and Stacy Wright).  Debbie Festey is the Town Clerk. Most residents work, generally in the construction and artistry industries.

3. **PURPOSES OF MEETING**

    Two primary objectives of the meeting:

    1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

    2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

    More specifically:

    - ✓ Determine how communities and local governments view themselves.

    - ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

    - ✓ Identify and address important issues of common concern related to public lands.

    - ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

    - ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

    - ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of

Community Assessment for the Uncompahgre RMP Planning Area                                    October 29, 2008
Meeting with Town of Sawpit                                                                                           page 1/4
**Final Community Assessment of the Uncompahgre Planning Area**                      **C-21**
**February 2009**

BLM_0015065

these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4.  BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Mike was raised in Sawpit.  His is the only multigenerational family left in the town.

✓ Mild climate.

✓ Recreational opportunities.

✓ San Miguel River.

✓ Proximity to mountains and canyons.

### Question 2.   Vision for your community/county/organization.

✓ Town surveyed residents a while ago, and the overwhelming consensus is to keep Sawpit as it is; no more commercial developments, no trophy homes, no roadway improvements, and no annexations to expand.  Likewise, no real interest for land tenure adjustments with federal lands for expansion.

✓ Keep the small community feeling.

✓ Maintain good drinking water – Sawpit has two sources: (1) a spring on private land adjacent to BLM land, and (2) Sawpit Creek.

### Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.

✓ Funding and tax base is limited for services.  County provides road support.  Town manages the water system.

✓ Town has a zone code that is working well – no plans to update.

✓ Protect watershed for drinking water – town has defined a source water protection zone that includes BLM lands around Sawpit Creek.

### Question 4.   What you like about BLM lands.

✓ Open space; undeveloped landscape surrounds the town.

✓ Hiking.

✓ Sawpit is about 50/50 for motorized vs. non-motorized use.

### Question 5.   How you and/or your community/county/organization benefit from using public lands.

✓ Watershed protection.

✓ Underdeveloped viewshed improves quality of life.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Town of Sawpit
October 29, 2008
page 2/4
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
C-22

BLM_0015066

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Community does not want to see changes to physical characteristics. | |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✓ Good people and responsive to concerns. | ✓ Communicate about upcoming development activities in the region.<br>✓ National standards/policies do not allow flexibility for local conditions |

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Do not allow extraction activities along the river.

✓ Provide protection for the town's source water protection zone.

✓ Do not designate corridors in the valley (or things that would impair the viewshed).

✓ No real concerns with WUI, but fire management is important.

**Question 8.   Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Identifying mining areas that might have historical significance. | ✓ Viewshed protection.<br>✓ Water protection. |
| County Governments? | | |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | | |
| Others? (State, etc.) | | |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

✓ Similar condition as today.

**Question 11.  Is there an official vision statement for your community/county/organization?**

✓ Did not discuss.

**5.  ACTION ITEMS**

✓ BLM – Add town council to mailing list.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Town of Sawpit
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
October 29, 2008
page 4/4
**C-24**

BLM_0015068

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Town of Norwood**
**Norwood, Colorado**
**October 29, 2008, 2:00-4:00 PM**

**Notes**

**Attendees:** Kerry Welch (Mayor, Town of Norwood), Bob Yant (Marshall, Town of Norwood), Ted Mueller (Fire Chief), Yvette Henson (CSU Extension), Katie Sapp (Town of Norwood), Gretchen Wells (Town of Norwood), Tim Lippert (Town of Norwood), Mike Perholtz, Jim Wells (Norwood Water Commission), Brian Hoefling (Forest Service), Jon Sapp, Rick Hollinbeck, Darroll Carr, Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

## 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

## 2. INTRODUCTIONS

Bill introduced Bruce Krickbaum, Brian Hoefling, and David Batts. Round robin discussion.

## 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.

- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓ Identify and address important issues of common concern related to public lands.

- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

- ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of

Community Assessment for the Uncompahgre RMP Planning Area                     October 29, 2008
Meeting with Town of Norwood                                                                              page 1/6
**Final Community Assessment of the Uncompahgre Planning Area**                        **C-25**
**February 2009**

BLM_0015069

these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Grew up here and vast opportunities for recreation throughout the year, from canyons to mountains.

✓ Mountain biking.

✓ Family activities.

✓ Sense of community; friendly people and small town.

✓ Open space and outdoor activities.

✓ Rural character and culture.

✓ Small community – away from the city.

✓ Friendly people; stop to visit and wave.

✓ People are self sufficient and self reliant.  Independent people.  Forward thinkers.

✓ People are tolerant; easy to agree to disagree while remaining neighbors.

✓ Lack of traffic.

✓ Recreation activities all around – close to many destinations.

✓ Diversity of the community; older generations and newer residents; range in ages; and multiple workforce such as ranching, professional, tech, etc.

✓ Provides a sense of place.

✓ Diverse in topography and ecosystems in a short distance.

✓ Agriculture; there is value in industry and open space.

✓ Open space provides a good feeling.

✓ Tie to the land; hunting, gardening, chicken rearing.

✓ Good place to raise kids.

✓ Public lands are the backyard.

✓ Spring and fall outdoor opportunities.

### Question 2.   Vision for your community/county/organization.

✓ The same; do not want change.

✓ Upgraded infrastructure, including water storage.

✓ Economically self-sustaining so people do not have to drive to Telluride.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Town of Norwood
October 29, 2008
page 2/6

**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
**C-26**

BLM_0015070

✓ Provide more economic opportunities but not an industrial zone. Perhaps green based (recreation, workshops, alternative energy).

✓ More localized trails connected to town; interconnect trail system. More clear delineation as to public vs. private lands.

✓ Diverse recreational opportunities, including trails and wilderness experiences.

✓ Access to public lands. Preserve historical access.

✓ Utilize existing routes, including road and cow trails. There are enough trails, but need to be maintained.

✓ Emphasis on outdoor recreation over structured recreation.

✓ Established recreational areas; such as for mountain biking, ATV/motorcycles. Separate conflicting uses. People might stop in Norwood to ride, thereby helping economy.

✓ Recreational opportunities are maintained (e.g., trails).

✓ Energy development could provide some economic benefits. Concern from the bust of the 1980s from the mines in the west and recognition of the boom-bust cycles. Uranium could be a plus, same with oil and gas, but not in the source water area. There is a Catch-22.

✓ Solar and wind opportunities in this area and might be better received and provide high-end sustainable jobs.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Need to address the sustainability of agriculture, both economically and in regards to the land potential (e.g., grazing land health).

✓ Maintaining forest health.

✓ Education and perception, especially in relation to management of open spaces.

✓ Financing and funding improvements.

✓ Resource extraction could hinder recreational aspects.

✓ Services will grow with the community; not a concern.

**Question 4.   What you like about BLM lands.**

✓ Hunting opportunities.

✓ Scenery.

✓ Vastness and diversity of lands.

✓ Sense of freedom.

✓ 360-degree views, big sky.

✓ Open space.

✓ Mountains – lone cone.

✓ Urban buffering.

✓ Lone cone represents independence.

Community Assessment for the Uncompahgre RMP Planning Area                                    October 29, 2008
Meeting with Town of Norwood                                                                  page 3/6
**Final Community Assessment of the Uncompahgre Planning Area**                               **C-27**
**February 2009**

BLM_0015071

✓ Mushrooms.

✓ Recreation – skiing, biking, camping, hiking, running.

✓ Fossils.

✓ Archeology and cultural resources.

✓ Wildlife.

✓ Landscaping materials.

**Question 5.    How you and/or your community/county/organization benefit from using public lands.**

✓ Physical activity.

✓ Stress relief.

✓ Family bonding –talking, connecting to family, friends, and the land.

✓ Get away from structured life.

✓ Test yourself (navigation, physical, etc.).

✓ Ability to go cross-country hiking; not established provides sense of adventure.

✓ Do not like trash and abuse of public lands, dead-end trails, multiple trails, trails without a purpose (e.g., at Mailbox Park).

**Question 6.    What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Forest health.<br>✓ San Miguel River infrastructure (pick up/take outs, campgrounds).<br>✓ Healthy lands. | ✓ Master planning of trails to avoid multiple trails.<br>✓ Established trail systems (e.g., Phil's World in Cortez).<br>✓ Weed control. |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✓ Continue partnership for trail building. | ✓ Not a lot of restrictions.<br>✓ Communication and cooperation. Have more community interaction (e.g., meetings).  Public likes to be invited to collaboration. |

Community Assessment for the Uncompahgre RMP Planning Area          October 29, 2008
Meeting with Town of Norwood                                          page 4/6
**Final Community Assessment of the Uncompahgre Planning Area          C-28**
**February 2009**

BLM_0015072

**Question 7.    Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓  Balance structured development (e.g., trail system) with regulation (or desire for lack of over regulation) and provide a diversity of opportunities. Boulder has too many rules.

✓  Provide primitive trails (over gravel or hard surface).

✓  Provide for firewood.

✓  Recognize the subsistence nature of the community (e.g., firewood gathering).

✓  Motorized play area close to town (for motorcycles and ATVs).

✓  Have a route that is out and back.

✓  Recognize that mountain bikes are a unique and a new use, so they might require special trails or new ones for that experience.

✓  Special designation of Placerville and Norwood for a trail system. There is a forgotten erosion/drainage system that CDOT constructed in the 1940s with the highway that could be used as a bike trail.  Much of the system is on BLM land, some CDOT right-of-way.

✓  Obtain ROWs from private landowners for some of the historic routes to provide a more interconnected transportation network.

✓  Lease sites for scientific research for things like climate control, air quality, etc.

✓  Allow for water storage projects on BLM lands for municipal uses.

**Question 8.    Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓  Have a community group to work with the BLM.<br>✓  Work with any recreation districts to plan cooperative trails on private/public lands. | ✓  Norwood and Placerville could partner with CDOT and BLM to make a trail system between the two locations. There could be CDOT money for the erosion control aspect of such a trail. |
| County Governments? | | |
| Tourism Industry? | | |
| Community Residents? | | ✓  Volunteer to build trails. |
| Organizations or clubs? | ✓  CSU would like to partner for educational sites. | |
| Others? (State, etc.) | | ✓  Partner with FS to connect trails and roads (some areas connect but one agency may not maintain the road in their area). |

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Town of Norwood
October 29, 2008
page 5/6
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
**C-29**

BLM_0015073

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | Important to have community meetings. Have more of them. |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Municipal water storage on BLM lands.

- ✓ No dams on the San Miguel River (dams on tributaries may be okay).

- ✓ Provide recreational opportunities.

- ✓ Allow for reasonable development (e.g., transmission lines, resource extraction), but trade offs must be assessed. Smart development of resources.  Would not like a major utility designated corridor.

- ✓ Healthy lands.

- ✓ Allow grazing as long as it is done to protect the environment.

- ✓ Preserve agricultural lifestyle.

- ✓ Consolidated development (e.g., corridors) to preserve the openness, viewsheds, etc. of other areas.

- ✓ Hunting, fishing, etc.

- ✓ Maintained roads.

**Question 11.  Is there an official vision statement for your community/county/organization?**

Not discussed.

**5.  ACTION ITEMS**

- ✓ None.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Town of Norwood
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
October 29, 2008
page 6/6
**C-30**

BLM_0015074

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Montrose County's West End Planning Committee**
**Naturita, Colorado**
**October 29, 2008, 7:00-9:00 PM**

### Notes

**Attendees:**  Marty Warner (West End Planning Committee, WEPC), Kenneth Heldman (WEPC), Nancy Moore (WEPC), Dirk Richards, Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

1. **WELCOME**

   The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office.  The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

2. **INTRODUCTIONS**

   Bill introduced Bruce Krickbaum and David Batts. Round robin discussion.

3. **PURPOSES OF MEETING**

   Two primary objectives of the meeting:

   1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.
   2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

   More specifically:

   ✓ Determine how communities and local governments view themselves.

   ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

   ✓ Identify and address important issues of common concern related to public lands.

   ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

   ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

   ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

   ✓ Identify suggestions community leaders may have for changes BLM could make or actions

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Montrose County's West End Planning Committee
October 29, 2008
page 1/4
**Final Community Assessment of the Uncompahgre Planning Area**
**February 2009**
**C-31**

BLM_0015075

BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Born and raised here; family roots, fourth generation ranching and mining.

✓ Recreation.

✓ Open spaces – sense of openness and freedom.

✓ Undeveloped nature.

✓ Small community; know most of the people.

✓ We are the land; a sense of place.

### Question 2.   Vision for your community/county/organization.

✓ Sustainable economy.

✓ Resource-based industry.

✓ Increase tax base to support local services.  Current schools, senior center, and other services are struggling (have been struggling since uranium mining crashed in the 1980s).

✓ Controlled growth for healthy economy.  Need people for tax base.

✓ Public lands stay open for multiple uses.

✓ Adequate water supply and storage; water really controls the growth potential in Naturita and Paradox.

### Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.

✓ Water supply and storage.

✓ Government regulations; too much red tape to explore for energy and other resources.

✓ Drugs.

✓ Too much taxation and fees.

✓ National and statewide regulations do not fit local conditions.

✓ Lack of amenities to keep kids involved, such as recreational facilities and day care.

### Question 4.   What you like about BLM lands.

✓ Access and abundance.

✓ Exploration and sense of adventure.

✓ Recreational activities of all types, including camping, hiking, hunting, off-road travel, etc.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Montrose County's West End Planning Committee
October 29, 2008
page 2/4
**Final Community Assessment of the Uncompahgre Planning Area**
**February 2009**
**C-32**

BLM_0015076

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

- ✓ Economic opportunities from tourism and from resource uses.
- ✓ Firewood and resources for personal use.
- ✓ Uranium mining is good economically for this region.

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Prescribed burns for forest health.<br>✓ Good trails and maintenance.<br>✓ Number of AUMs (do not decrease them anymore). | ✓ Increase weed management. |
| Social Landscape Characteristics | ✓ Recognize historic uses. | |
| Administrative/Managerial Landscape Characteristics | ✓ Law enforcement.<br>✓ Keep it multiple use. | ✓ Streamline permitting process.<br>✓ Listen to local communities.<br>✓ Less restrictions. |

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

- ✓ Use land tenure adjustments to dispose of isolated tracts surrounded by private lands.
- ✓ Allow for resource extraction on public lands to help the economies of local communities.
- ✓ Protect source water areas for communities; specifically, Paradox gets water from a spring at an unknown location, but assumed to be on BLM land.  Even if lands are leased, conditions of approval should be applied to any development.
- ✓ Establish trails along access roads to energy developments to avoid conflicts between bikers and vehicles.

**Question 8.   Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | | |
| County Governments? | | |
| Tourism Industry? | | |

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Montrose County's West End Planning Committee
October 29, 2008
page 3/4
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
**C-33**

BLM_0015077

| Community Residents? | | ✓ Weed management.<br>✓ Local residents, DOW, and BLM to address wildlife management. |
| Organizations or clubs? | | ✓ Weed management. |
| Others? (State, etc.) | | |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
| --- | --- |
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

✓ Multiple uses.

✓ Maintain or reduce amount of acreage in federal management (look at privatizing some lands).

✓ Healthy lands.

✓ Easy access to public lands.

✓ Localize management decisions – talk to locals, less top-down management directives.

**Question 11.  Is there an official vision statement for your community/county/organization?**

None identified.

**5.  ACTION ITEMS:**

✓ **None.**

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Montrose County's West End Planning Committee
**Final Community Assessment of the Uncompahgre Planning Area**
**February 2009**

October 29, 2008
page 4/4
**C-34**

BLM_0015078

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Ouray County**
**Ridgway, Colorado**
**November 5, 2008, 9:00-11:00 AM**

## Notes

**Attendees:**  Ted Collin (Chairman of Planning Commission), Alan Staehle (RAC member/Ouray County Emergency Manager), Heidi Albritton (County Commissioner), Keith Meinert (County Commissioner), Mark Castrodale (County Planner), Ron Mabry (County Weed Coordinator) Barb Sharrow (BLM), Bruce Krickbaum (BLM), Kirk Sherrill (BLM), Jennifer Zakrowski (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions
- Cooperating Agency information sheet

**Discussion:**

## 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office.  The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

## 2. INTRODUCTIONS

Bill Bottomly introduced the BLM staff (Barb Sharrow, Bruce Krickbaum, and Kirk Sherrill) and Jennifer Zakrowski from EMPSi.

## 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓  Determine how communities and local governments view themselves.

- ✓  Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓  Identify and address important issues of common concern related to public lands.

- ✓  Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓  Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

Community Assessment for the Uncompahgre RMP Planning Area                                   November 5, 2008
Meeting with Ouray County                                                                                              page 1/6
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-35**
**February 2009**

BLM_0015079

✓     Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

✓     Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓     Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓  Scenic quality.

✓  Sense of community.

✓  Strong community with family roots.

✓  Quality of life, including the rural sense of the area.

✓  Ability to maintain an independent lifestyle without pressure from the community to change; freedom to live your desired lifestyle.

✓  Freedom of access to public lands for a variety of recreational opportunities.

### Question 2.   Vision for your community/county/organization.

✓  Maintain the county the same way it is today.

✓  Despite growth, preserve our community's unique qualities (scenic beauty).

✓  Maintain and improve economic viability.

✓  Diversify and support the local economy.

✓  Sustain locally throughout time.

✓  Continue to encourage smart growth.

✓  Retain sense of community through agriculture (e.g., ranching), which in turn retains sense of scenery and openness throughout the county.

✓  Reward landowners for creating/maintaining the sense of scenic beauty.

### Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.

✓  Develop affordable housing and encourage smart growth.

✓  Barrier of achieving vision is historical residential development practices.

✓  Develop alternative businesses such as alternative energy development (tourism shops are at maximum).

✓  Do not have easy access to materials, so transportation/shipping costs result in businesses closing.

Community Assessment for the Uncompahgre RMP Planning Area                                      November 5, 2008
Meeting with Ouray County                                                                                           page 2/6
**Final Community Assessment of the Uncompahgre Planning Area**                        **C-36**
**February 2009**

BLM_0015080

✔ Prevent Montrose County from moving into Ouray County.

✔ Can the agricultural community remain viable due to water and food needs?

✔ Social diversity is under pressure because people cannot afford to live here.

**Question 4.   What you like about BLM lands.**

✔ The lands are available for a variety of uses (i.e., multiple-use concept).

✔ Hunting/outfitting is very popular in the county.

✔ The public lands support the tourism economy.

✔ Ability to ride trails (rock crawlers, OHVs, motorcycles).

✔ Horseback riding.

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✔ Solitude.

✔ Being one with nature.

✔ Lack of distractions.

✔ Economic growth.

✔ Physical activity.

✔ Family relations.

✔ Teaching/educating children.

✔ Knowledge of utilizing public lands (what activities and where those activities are permitted), such as firewood gathering and harvesting Christmas trees.

✔ Wildlife observations.

✔ Historical preservation.

✔ Ranching practices (grazing permits and maintaining allotments).

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | | ✔ Need to designate open play areas for OHV use and other compatible uses. |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✔ Continue to work with user groups to maintain | ✔ Disseminate information on use (where visitors can |

Community Assessment for the Uncompahgre RMP Planning Area                                    November 5, 2008
Meeting with Ouray County                                                                                                  page 3/6
**Final Community Assessment of the Uncompahgre Planning Area**                         **C-37**
**February 2009**

BLM_0015081

| Characteristic | Maintain | Change |
|---|---|---|
| | access, as appropriate.<br>✓ Maintain relationships with local governmental groups to foster collaborative approaches to issues. | participate in certain activities).<br>✓ Need to be proactive in preserving existing qualities.<br>✓ BLM is gearing policies and narrowing use because *some* people are misusing the lands (a few bad apples spoil the bunch). |

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Improve relations between surface and sub-surface ownerships (split-estates).

✓ Geothermal, wind, and solar resources could be an economic benefit to the area, but we are concerned with the footprint size for these developments.

✓ Public land managers should work closely with local jurisdictions when exploring leasing energy resources.

✓ Explore hydroelectricity. Public lands might be able to provide water storage sites for local communities.

✓ Explore micropower.

✓ Public land managers could help local communities draw local businesses to the area.

**Question 8.   Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Cooperating with DOW and adjacent landowners for wildlife concerns. | |
| County Governments? | ✓ BLM cooperating with Ouray County public access group. | ✓ BLM cooperating with Ouray County on weed management.<br>✓ Continue providing technical expertise to Ouray County to improve its capabilities (e.g., fire management). |
| Tourism Industry? | | |
| Community Residents? | ✓ Continue cooperating with RAC to encourage diverse feedback from | ✓ BLM cooperatively managing with landowners in WUI. |

Community Assessment for the Uncompahgre RMP Planning Area                    November 5, 2008
Meeting with Ouray County                                                                                      page 4/6
**Final Community Assessment of the Uncompahgre Planning Area**          **C-38**
**February 2009**

BLM_0015082

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| | communities, user groups, and local players.<br>✓ Need to collaborate with landowners for weed management. | ✓ Continue working cooperatively with local communities to conserve water and maintain water sources and quality of water. |
| Organizations or clubs? | ✓ Cooperate with local groups to educate users of public lands. | |
| Others? (State, etc.) | ✓ Develop partnerships with private sector (or any adjoining land owners) for wildlife preservation. | ✓ Partnership with local resources for additional law enforcement. |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓ The public and visitors to the area do not always know how to access public lands (lack of signage or easily available public maps).<br>✓ Mountain biking group raising money for third-party EA for travel management plan (Chaffee gulch area).<br>✓ Gravel pit in Ouray County.<br>✓ Commuter traffic from oil and gas development; need alternative route besides through Ridgway. |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Multiple-use management.
- ✓ Continue access.
- ✓ Preservation.
- ✓ Partnership by BLM and other agencies for energy independence.
- ✓ Naturalness.
- ✓ Retain native plant habitats.
- ✓ Maintain wildlife habitat.
- ✓ Maintain water quality.
- ✓ Agricultural access (grazing permits).
- ✓ Partnerships with local governments during planning activities.
- ✓ County recognizes BLM's staff and funding issues.

✓ Continued access for recreational opportunities.

✓ Constructive and proactive management for recreation activities.

**Question 11. Is there an official vision statement for your community/county/organization?**

None identified.

## 5. ACTION ITEMS

✓ Keith: Provide Ouray County Master Plan (Item complete 11/5/08)

## 6. MEETING WRAP-UP

✓ BLM Discussion on Cooperating Agency Status (Bruce Krickbaum) – Discussed Cooperating Agency status and invitation to participate in the RMP process. Meetings will take place in Montrose for duration of RMP (~ 3 years). Alternative is availability for county to participate in public comment processes (scoping, etc.).

✓ County plans BLM should consider during RMP process:
  o Ouray County Master Plan
  o Noxious weeds are under State guidance

Community Assessment for the Uncompahgre RMP Planning Area                                    November 5, 2008
Meeting with Ouray County                                                                              page 6/6
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-40**
**February 2009**

BLM_0015084

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Town of Ridgway**
**Ridgway, Colorado**
**November 5, 2008, 2:00-4:00 PM**

### Notes

**Attendees:**  Bill Bottomly (West Slope Mediation and Facilitation), George Clifton (Town of Ridgway), Joanne Fagan (Public Works Director), Jen Coates (Ridgway Town Planner), Bruce Krickbaum (BLM), Kirk Sherrill (BLM), Jennifer Zakrowski (EMPSi)

**Handouts:**

- Agenda with questions
- Cooperating Agency information sheet

**Discussion:**

1. **WELCOME**

   The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

2. **INTRODUCTIONS**

   Bill Bottomly introduced the BLM staff (Bruce Krickbaum and Kirk Sherrill) and Jennifer Zakrowski from EMPSi.

3. **PURPOSES OF MEETING**

   Two primary objectives of the meeting:

   1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.
   2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

   More specifically:

   - ✓ Determine how communities and local governments view themselves.
   - ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.
   - ✓ Identify and address important issues of common concern related to public lands.
   - ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.
   - ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.
   - ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with the Town of Ridgway
November 5, 2008
page 1/6
**Final Community Assessment of the Uncompahgre Planning Area**
**February 2009**
**C-41**

BLM_0015085

these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Quality of life.

✓ Close to open space.

✓ Variety of outdoor recreation activities.

✓ Strong community.

✓ Wildlife, trails, recreation – conservation values.

✓ Access to public lands.

✓ Very respectful population – everyone gets along.

✓ People live here for the sense of place.

✓ Good schools.

✓ Good parks.

✓ Demographic is young attracted to outdoor activities.

✓ Progressive mindset.

✓ 40 acre (BLM parcel) gemstone for the community (headache 40)

✓ Passive use such as sitting, fishing, bird watching (eagles), and picnicking.

### Question 2.   Vision for your community/county/organization.

✓ Pedestrian activity, open spaces, connected open spaces.

✓ Strong commercial core.

✓ Economic sustainability; healthy base that serves the community and drives the local economy.

✓ Not dependent on neighboring communities (e.g., Telluride).

✓ Only somewhat reliant on tourism, but maintain diversity.

✓ Maintain diverse population of families, cultures, employment opportunities.

✓ Looking at denser population centers verses sprawl.

✓ Shared land use policies with Ouray County (which is identical to City of Ouray land use policies); therefore, a shared vision as well.

✓ Retain open spaces.

✓ Improved amenities (new athletic field expanding at south end of town includes skate park,

Community Assessment for the Uncompahgre RMP Planning Area                     November 5, 2008
Meeting with the Town of Ridgway                                                           page 2/6
**Final Community Assessment of the Uncompahgre Planning Area**                   **C-42**
**February 2009**

BLM_0015086

tennis courts, etc.).

✓ Single-track biking on BLM lands (Ridgway Trails Group).

✓ Desire visitors without being reliant and without having them move here.

✓ Do not want to be a resort destination.

✓ Cowboys and hippies, plus ranchers and Christians = socially diverse community.

✓ Improve diversity within the community; currently it is culturally diverse but not ethnically.

✓ Community resists major change happening rapidly, but logical and gradual projects to appropriate scale would move forward.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Infrastructure can be a barrier (e.g., water treatment plant).

✓ Uncertainty regarding funding for projects; typically rely on outside sources.

✓ Local government has more responsibility but resources/staff/funds aren't matched.

✓ Demographic projections – population increase.

✓ Providing affordable housing (study completed in April 2008: addresses homeownership and needs for the county).

✓ How to provide financing since we do not have big-box stores.

**Question 4.   What you like about BLM lands.**

✓ Provide hiking opportunities.

✓ Provide open space.

✓ Solitude.

✓ Property barrier for private landowners.

✓ Hunting opportunities.

✓ Provide a buffer between urban and rural areas.

✓ Inexpensive option for local communities rather than purchasing the land.

✓ Wildlife habitat.

✓ Opportunities to provide connectivity (corridors) for people and animals and for transportation.

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✓ Physical activity.

✓ Conversation with family/friends.

✓ Tranquility.

Community Assessment for the Uncompahgre RMP Planning Area                    November 5, 2008
Meeting with the Town of Ridgway                                             page 3/6
**Final Community Assessment of the Uncompahgre Planning Area**              **C-43**
**February 2009**

BLM_0015087

✓ Quietness.

✓ Chaining has improved the scenic quality.

✓ Resource elements (hunters, ranchers/grazing, firewood collections) result in shopping locally; supporting local community.

**Question 6.** **What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Retain public lands surrounding Ridgway (provides tremendous value to the town). <br> ✓ 40-acre parcel along the river is of great value; BLM please preserve this parcel for public land access. <br> ✓ Retain public access to public lands. <br> ✓ Routes and trails used by lots of various people. | ✓ Intensely used areas close to town may experience compatible-use issues. <br> ✓ Consider connecting routes/access points from highway, through public lands, into Forest Service lands. |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✓ Continue multiple-use concepts and management practices. | |

**Question 7.** **Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Vegetation management.

✓ Develop partnerships to help mitigate outbreaks (ips beetle, noxious weeds).

✓ Maintain the current amount of open space.

✓ Consider local plans during planning efforts to help compliment and maintain local visions.

✓ Develop local partnerships to help unify land use objectives.

✓ Land stewardship shouldn't solely be the responsibility of the federal agencies that are underfunded.

✓ Gravel pit: availability of gravel may be limited. Need long-term site for gravel operation.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with the Town of Ridgway
November 5, 2008
page 4/6
**Final Community Assessment of the Uncompahgre Planning Area**
**February 2009**
**C-44**

BLM_0015088

**Question 8.** **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Private parcels are for sale at north end of town. Connecting State Park to BLM land (Billy Creek area).<br>✓ Ridgway would like to continue dialogue during RMP planning process. | |
| County Governments? | | |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | | |
| Others? (State, etc.) | ✓ BLM consider trail connecting Ouray and Ridgway. | ✓ Develop non-profit and private partnerships.<br>✓ Uncompahgre RiverWay, Inc., (state and federal support). |

**Question 9.** **Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓ Ridgway more focused on passive use, values quietness. |
| The Land Use Planning Process | ✓ 40-acre parcel along the river is of great value; BLM please preserve this parcel for public land access. |
| This Small Group Discussion | ✓ This discussion was very important. Valuable when smaller groups are able to voice their issues/concerns with public lands. Communities close geographically may have very different concerns. |

**Question 10.** **Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Consider developing sustainable energy resources that, if done at all, MUST be done in a very sensitive manner that preserves the natural landscape.
- ✓ More support for renewable energy development.
- ✓ Improve federal land management (vegetation, trees).
- ✓ Preserve open space.
- ✓ Preserve wildlife habitat.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with the Town of Ridgway
November 5, 2008
page 5/6
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
C-45

BLM_0015089

✓ Well planned and integrated network of nonmotorized trails.

✓ Develop an emergency response element.

✓ The shared policies between City of Ouray and Ouray County are about maintaining open space and cultural heritage.

**Question 11.  Is there an official vision statement for your community/county/organization?**

✓ Yes, refer to Comp Plan.

## 5.  ACTION ITEMS

✓ No follow-up action identified.

## 6.  MEETING WRAP-UP

✓ BLM Discussion on Cooperating Agency Status (Bruce Krickbaum) – Discussed Cooperating Agency status and invitation to participate in the RMP process. Meetings will take place in Montrose for duration of RMP (~ 3 years). Alternative is availability of town to participate in public comment processes (scoping, etc).

✓ Jen provided CD ROM (to Bruce) containing the following:
  – 2000 Comprehensive Plan
  – Zoning and Subdivision Regulations
  – Ouray County build-out analysis from 2006
  – Ouray County IGA (intergovernmental agreement)
  – Transportation element to Master plan
  – Northwest Area Plan

Community Assessment for the Uncompahgre RMP Planning Area          November 5, 2008
Meeting with the Town of Ridgway                                                                    page 6/6
**Final Community Assessment of the Uncompahgre Planning Area**          **C-46**
**February 2009**

BLM_0015090

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Public Lands Partnership**
**Montrose, Colorado**
**November 6, 2008, 1:30-3:30 PM**

**Notes**

**Attendees:**  Peter Van Schaik, Pam Motley (Uncompahgre Plateau Project), Stu Krebs (Western Colorado Congress), Bill Steele (Public Lands Partnership Coordinator), Jan McCracken (County Commissioner), Bill Hawley, Jim Free (Uncompahgre Plateau Project), Joan May (County Commissioner), Carmine Lockwood (US Forest Service), Lee Ann Loupe (US Forest Service), Ken Emory (Western Slope 4 Wheelers), Roy Johnson (RAC member/Trail Riders), Mary Chapman (Resident of Delta), Bill Ela (Public Lands Partnership – Hotchkiss Representative), Andrea Robinsong (Western Colorado Congress), Ralph W. Files (Resident of Montrose), Wayne Quade (Retired US Forest Service/ Friends of the Uncompahgre River), Barb Sharrow (BLM), Bruce Krickbaum (BLM), Jennifer Zakrowski (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**
- Agenda with questions

**Discussion:**

## 1.  WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office.  The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

## 2.  INTRODUCTIONS

All meeting attendees introduced themselves. Bill introduced Barb Sharrow, Bruce Krickbaum, and Jennifer Zakrowski.

## 3.  PURPOSES OF MEETING

Two primary objectives of the meeting:

1.  Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2.  Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

✓  Determine how communities and local governments view themselves.

✓  Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

✓  Identify and address important issues of common concern related to public lands.

✓  Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

Community Assessment for the Uncompahgre RMP Planning Area                     November 6, 2008
Meeting with Public Lands Partnership                                                               page 1/7
**Final Community Assessment of the Uncompahgre Planning Area**          **C-47**
**February 2009**

BLM_0015091

✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Farming.

✓ Open and protected lands.

✓ Good retirement community.

✓ Opposite from the Front Range in every element.

✓ Born and raised here with extended family.

✓ Strong community.

✓ Scenic beauty.

✓ Recreation opportunities (e.g., hiking, mountain biking, hunting, fishing).

✓ Small town living.

✓ Access to public lands.

✓ Opportunities for public involvement.

✓ Affordable living opportunities.

✓ Less crowded than other areas in Colorado.

✓ Water resources.

✓ Strength of the community.

✓ Access to Wilderness Areas.

✓ Agricultural-based community/agricultural setting.

✓ Diverse community.

### Question 2.   Vision for your community/county/organization.

✓ More progressive.

✓ Less crowded.

✓ Good local planning efforts.

✓ Partnerships between federal land managers and local communities.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Public Lands Partnership
November 6, 2008
page 2/7
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
C-48

BLM_0015092

- ✓ Responsible community regarding private land rights.
- ✓ Clean alternative energy solutions.
- ✓ Economy supported by traditional industries (e.g., agriculture, timber, and sustainable energy).
- ✓ Focus population growth in areas already populated (i.e., smart growth).
- ✓ Develop transportation system.
- ✓ Sustain big game winter range habitat and wildlife corridors.
- ✓ Retain community identity.
- ✓ No more subdivisions embedded within public lands.
- ✓ Improve land ethics; learn to respect the land.
- ✓ Improve general condition of the land.
- ✓ Maintain isolated patches of public lands near communities.
- ✓ Support local economic development (agricultural production or other).
- ✓ Improve local planning efforts; collaborative efforts between cities, counties, towns, and federal/state agencies.
- ✓ Control development in relation to public lands.
- ✓ Control noxious weeds/invasive species.
- ✓ Develop infrastructure to support public land management.
- ✓ Improve economic diversity.
- ✓ Increase wages to match the cost of living increases.
- ✓ Improve community diversity.
- ✓ Develop a self-sufficient community base.
- ✓ Become a leader in renewable/sustainable energy development.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

- ✓ Anger, mistrust, and fear among local citizens.
- ✓ Lack of economic stability within small communities – people are being pushed out of their communities because of a lack of affordable housing; wages do not meet the cost of living, which impedes the ability for small communities to maintain diversity.
- ✓ The community does not want additional growth but the service economy, which largely drives this economy, is supported by growth.
- ✓ Geographic isolation is becoming an issue for agricultural and ranching practices.
- ✓ Economy is changing – farms changing to wineries.
- ✓ Increased development/growth comes with cost.
- ✓ Need to increase affordable housing; fear that children will not be able to afford this area.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Public Lands Partnership

November 6, 2008
page 3/7

**Final Community Assessment of the Uncompahgre Planning Area
February 2009**

**C-49**

BLM_0015093

✓ No zoning or building codes in Delta County; could help manage growth.

✓ Land being lost from farmers selling off to land developers.

✓ Challenge of vesting the right people early in the planning process.

✓ Challenging mindset of people who buy globally rather than locally.

✓ Private property rights need to recognize and respect their neighbors.

✓ People have similar visions of open spaces and ranches, but who is going to buy the land to support the community visions.

✓ Need opportunities for meaningful public participation in local planning issues.

✓ Challenge of retaining the skills to be successful in agriculture.

✓ Need for education and leadership.

✓ Developers are not paying their way; communities are not getting adequate payout from the new development.

✓ Don't make operating ranches more vulnerable because of all the private open space amenities they provide, the economic contribution, and the socio-cultural contribution.

✓ Manage lands for natural values and appropriate uses, not splotchy entrepreneurial development.

**Question 4.   What you like about BLM lands.**

✓ Great playground.

✓ The lands exist and are accessible.

✓ Open space.

✓ No fees for usage.

✓ Well-managed lands.

✓ Motorcycle area by Flattop (mountain biking opportunities).

✓ Protection of lands with wilderness value.

✓ Ability for agricultural community to utilize the lands.

✓ Multiple-use concept; something for everyone.

✓ Diverse recreation opportunities.

✓ Partnerships with the US Forest Service.

✓ Valuable for its continuity with other federal lands.

✓ Many ecotypes.

✓ Closeness to the community.

✓ Wildlife habitats.

✓ Protection for water and air resources.

Community Assessment for the Uncompahgre RMP Planning Area                    November 6, 2008
Meeting with Public Lands Partnership                                                      page 4/7
**Final Community Assessment of the Uncompahgre Planning Area**              **C-50**
**February 2009**

BLM_0015094

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✓ Serenity.

✓ Fulfillment.

✓ Memorable experiences.

✓ Taking in scenic beauty.

✓ Economic benefit to the community from hunters, lumber yard, tourists, etc.

✓ OHV and motorcycle competitions on public lands bring money into community.

✓ Public lands provide a deep sense of ownership; a historic connection with the land.

✓ Experiences modify behavior (make people nicer) on the trails.

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Continue implementing travel management on public lands. Continue collaborative approaches to resource management (watershed management, invasive species management, etc.). | ✓ Address incompatible uses on routes and trails. |
| Social Landscape Characteristics | | ✓ Increase signage (but balance with preserving natural setting); improve availability of maps, improve educational outreach efforts, responsibility and stewardship of the lands. |
| Administrative/Managerial Landscape Characteristics | ✓ Continue collaborative efforts (e.g., working with US Forest Service). | ✓ Increase law enforcement<br>✓ Increase partnerships in any feasible manner.<br>✓ Improve relationships with adjacent land managers so land management is cohesive.<br>✓ Combine two agencies (BLM and USFS) into one agency and change the name.<br>✓ Reevaluate game retrieval management - hunters are taking ATVs where it is illegal but are willing to pay the fine because they are unable to retrieve game otherwise. |

Community Assessment for the Uncompahgre RMP Planning Area                                      November 6, 2008
Meeting with Public Lands Partnership                                                                        page 5/7

**Final Community Assessment of the Uncompahgre Planning Area**        **C-51**
**February 2009**

BLM_0015095

**Question 7.**   **Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Protect the west end area of the county (oil and gas development).

✓ Manage the extraction of resources for environmental protection.

✓ Educate people on the Mining Law.

✓ Prevent people from building houses on mining claims.

✓ Increase and improve river access (Lower Gunnison).

✓ Work with the county so developments are not abutted against public lands.

✓ Happy Canyon – shut down anything not established as a route.

✓ Increase federal agency involvement with secondary education.

✓ Focus on education as the foundation (in schools and on public lands); set up field trips to public lands (Nature Deficit Disorder).

**Question 8.**   **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Sustainable energy development strategies. | |
| County Governments? | ✓ BLM should cooperate during the development of Master Plans. | ✓ Work with counties and cities on literature (mailings) for tourism. |
| Tourism Industry? | | ✓ Top OHV areas/rock-crawling areas are not advertised. Could work locally to educate users. |
| Community Residents? | | ✓ Work with local communities for protection of watersheds and air quality.<br>✓ Involve children in projects to improve ownership of public lands (pride and protection).<br>✓ Partnership between businesses, schools, and public land managers. |
| Organizations or clubs? | ✓ Continue partnerships with PLP. | |
| Others? (State, etc.) | ✓ Continue collaboration with the Resource Advisory Council (RAC).<br>✓ Partnerships with the Northern and Southern Utes.<br>✓ Develop community wildland fire protection plans together. | ✓ Explore partnerships for law enforcement. |

Community Assessment for the Uncompahgre RMP Planning Area                                          November 6, 2008
Meeting with Public Lands Partnership                                                                                page 6/7
**Final Community Assessment of the Uncompahgre Planning Area**                                **C-52**
**February 2009**

BLM_0015096

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓  Recognize biodiversity. |
| The Land Use Planning Process | |
| This Small Group Discussion | ✓  Enjoyed the group discussion and the layout of the process. Liked the facilitation. |

**Question 10.   Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Vision: public land agencies would increase resources so we can develop, maintain, and be ready for increased use of public lands.
- ✓ Managed for multiple-use.
- ✓ Pristine.
- ✓ Weed free.
- ✓ Available access.
- ✓ Signed with available maps.
- ✓ Environment will be stressed.
- ✓ Maintain species diversity.
- ✓ Maintain protected areas.
- ✓ Public stewardship.

**Question 11.   Is there an official vision statement for your community/county/organization?**

- ✓ The Public Lands Partnership strives to be a catalyst, promoting public education and awareness of economic and environmental issues related to public lands. (From PLP Web site.)

**5.   ACTION ITEMS:**

- ✓ None.

Community Assessment for the Uncompahgre RMP Planning Area                                    November 6, 2008
Meeting with Public Lands Partnership                                                                              page 7/7
**Final Community Assessment of the Uncompahgre Planning Area                    C-53
February 2009**

BLM_0015097

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Towns of Paonia, Somerset, and Bowie**
**Paonia, Colorado**
**November 12, 2008, 2:00-3:45 PM**

### Notes

**Attendees:**  Tricia Bliss (Mayor Protem Paonia), Smyth Boone (Single-track Society), Doug Bradbury (Single-track Society), Hal Brill, Peter Clary (Chamber of Commerce), Allison Elliot, Jim Graff, Tom Hanel (property owner with BLM access), Dave Hiney, Kirk Madariaga (Colorado Division of Widlife), Jim Maulhardt, Robyn Morrison, John O'Eckert (Overgaard Bicycle Repair), Ron Rowell (Paonia Fire Department), Neal Schwieterman (Mayor of Paonia), Brian Scranton (Chaco), Ray Taylor, Bruce Krickbaum (BLM), Angie Adams (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**
- Agenda with questions

**Discussion:**

## 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary but does not include the Gunnison Gorge National Conservation Area.

## 2. INTRODUCTIONS

Bill introduced Bruce Krickbaum and Angie Adams. Round robin discussion.

## 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.

- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓ Identify and address important issues of common concern related to public lands.

- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

- ✓ Meet and talk with key local representatives early in the plan update process, especially

Community Assessment for the Uncompahgre RMP Planning Area                                    November 12, 2008
Meeting with Towns of Paonia, Somerset, and Bowie                                                          page 1/7
**Final Community Assessment of the Uncompahgre Planning Area**                                **C-54**
**February 2009**

BLM_0015098

where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

✓ Attendees today have lived in Paonia for the following durations:

- 2 attendees: longer than 25 years
- 2 attendees: longer than 20 years
- 1 attendee: 15-20 years
- 2 attendees: 10-15 years
- Remaining attendees: 0-10 years

**Question 1.    Why you like living here / choose to live here.**

✓ Small town and independent attitude of people here; part of that is because of adjacent and easy access to public lands.

✓ Ability to grow our own food.

✓ Low density in the county, amount of public land available land around us.

✓ Area brought Chaco here.

✓ Great place to raise children.

✓ Very good schools; small; moderate student-teacher ratio; adequately funded.

✓ Diversity of people; unique that small town like this has so much diversity; some people homesteaded area/have lived here several generations; some in agriculture/ranching; newer group of more alternative people; multi-generational families.

✓ Climate – never too hot, never too cold.

✓ Friendliness of people overall in Paonia; people greet each other on the street.

✓ Paonia population = 1,600.

✓ Like the sense of community in this area.

✓ Like that stage play of old west meets new west plays out every day.

✓ Scenery.

✓ Coal mine is a big deal for the area.

✓ Economy is healthy in Paonia, but that is questionable because of empty stores on Main Street.

✓ Harder for local businesses to make it, because it's more expensive to do business (increased fuel costs, electricity, etc.).

✓ Delta County's economy is not as healthy.

Community Assessment for the Uncompahgre RMP Planning Area                                   November 12, 2008
Meeting with Towns of Paonia, Somerset, and Bowie                                                          page 2/7
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-55**
**February 2009**

BLM_0015099

**Question 2.   Vision for your community/county/organization.**

✓ More self-sufficient — provide more of our own products and services (e.g., manufacturing); more independent.

✓ More of a local economy; more stable, stronger; more variety/diversity for employment.

✓ Socially: want a similar diversity.

✓ Want more opportunities for brightest children to stay in the area; it's hard for them to make a living here.

✓ Environmentally: continued access to public lands for backcountry skiing, mountain biking, hiking, snowmobiling, hunting, diversity of access for any type of outdoor activity.

✓ Access to public lands close to town (Paonia) is difficult; have to drive to get there. Vision would be to have common/legal public access close to town.

✓ Continued improvement in infrastructure without having to rely on committees to get things done (sidewalks, etc.) to improve appearance of town.

✓ Have had issues with water; need to address that.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Managing growth. How do you grow to support a certain quality of life without losing that quality or the reason people came here?

✓ Increased use of BLM lands: if there are more people using BLM lands, then need to protect hunters (privacy in morning and evening hours), motorcycle riding, equestrian use, and hikers and bikers who want more quiet privacy away from motorized users. Allow everyone who wants to use BLM lands to use it in their niche, within control.

✓ Consideration of separating use areas, which would require more facilities.

✓ Liability issues on our private lands when people access public lands via private lands or adjacent to private lands.

✓ Sustainability: how to sustain the economy, diversity, wildlife resources.

✓ Wildlife corridors: how much growth would be too much between here and Hotchkiss where there is wildlife?

✓ Special designations would ensure various niches were accommodated.

✓ Public education: need to educate users on what's available on public lands and the proper way to use it.

✓ Barrier could be mineral extraction (natural gas, etc., any mineral) in a user-friendly area; how to manage changing traditional uses.

✓ State usage fees: e.g., out-of-state hunters paying more than in-state hunters; were about half as many hunters this year as last (rough estimate), many of those who did not come were non-resident hunters (who spend money in local economy); recent gas prices and financial crisis coincided with hunting decline this fall; general tourism is down.

✓ Fuel reductions needed in adjacent areas on both private and BLM lands. Wake Fire in mid-90s was an example of the problem; need to reduce fuels. Need to change mindset that fuel reduction is not equivalent to forest devastation. Hurdle is to plan appropriately for future growth so people cannot be in those situations (e.g., building in an area surrounded by juniper with only one access in and out). Wildlife benefit from fire. One advantage to having

Community Assessment for the Uncompahgre RMP Planning Area                                November 12, 2008
Meeting with Towns of Paonia, Somerset, and Bowie                                                    page 3/7
**Final Community Assessment of the Uncompahgre Planning Area                    C-56**
**February 2009**

BLM_0015100

trails in wooded areas is that people see fires and catch them early.

✓ Hurdle: wilderness areas (to mountain biking); some long-distance possibilities are off limits because of wilderness designation.

## Question 4.   What you like about BLM lands.

✓ Easy access from town; proximity to town.

✓ Excellent recreational terrain; great mountain biking terrain – some of the best in the country.

✓ Uncrowded; less crowded than anywhere in Colorado.

✓ BLM lands are not overly managed or regulated. Forest Service sometimes seems to be more developed than they need to be.

✓ Firewood collection on BLM lands, except you need to go to Montrose to get permit (hurdle).

✓ Trail running.

✓ Mountain biking: great aerobic exercise, adds to quality of life.

✓ No trail map exists of existing routes, so visitors requesting them from Town are denied.

✓ Winter access: skiing, snowmobiling – right around Paonia.

✓ Enjoy being outside, beautiful views, excitement of mountain bike riding.

✓ After-work bike riding.

✓ Stress relief, fun.

✓ Family time.

✓ How to control areas when they get discovered and as recreational use.

## Question 5.   How you and/or your community/county/organization benefit from using public lands.

✓ Cedar post collection in the past helped reduce fuels, but now it is more managed (need a permit). Would prefer that it was encouraged that the public could collect/cut cedar posts.

✓ Partnerships between public/organizations and BLM to maintain trails; increased use of volunteers.

Community Assessment for the Uncompahgre RMP Planning Area       November 12, 2008
Meeting with Towns of Paonia, Somerset, and Bowie       page 4/7
**Final Community Assessment of the Uncompahgre Planning Area       C-57
February 2009**

BLM_0015101

**Question 6.** **What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Conduct projects (e.g., fuel reduction, etc.) to keep big game on public lands as long as possible. | ✓ Some trails on the map don't exist anymore because they are not maintained or managed. <br> ✓ Lone Cabin Road access requiring parking on county road is a problem. |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✓ Need to solve interface issues. <br> ✓ Hope that trail systems can get legitimized through BLM's RMP revision, but want it to be locally managed and not published on any Web sites, etc. (e.g., Red Hill in Carbondale as a model). | ✓ Would be helpful to be able to get BLM permit out of the local FS office (can already get a BLM Christmas tree permit from FS). |

**Question 7.** **Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ BLM is not allowing historic access sites across private lands (access may be closed when private property is purchased and new landowner does not allow access across their property to public lands); if new landowner purchases private property, BLM should mandate keeping that historic access open.

✓ Access to BLM land is very difficult in this area.

✓ Improved communication between BLM and FS to create a better trail structure/system to expand opportunities.

✓ Better legislation to protect private landowners who allow access to BLM lands from their private lands in case of accidents; but don't want to lose that access to BLM land.

**Question 8.** **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Working with local groups to determine uses, etc., particularly with respect to trail/route designation. | |
| County Governments? | | |

Community Assessment for the Uncompahgre RMP Planning Area     November 12, 2008 <br>
Meeting with Towns of Paonia, Somerset, and Bowie     page 5/7 <br>
**Final Community Assessment of the Uncompahgre Planning Area**     **C-58** <br>
**February 2009**

BLM_0015102

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Tourism Industry? | | |
| Community Residents? | ✓ Need a trailhead/parking lot for better access from town; would require partnership with group/town and BLM. <br> ✓ BLM hands-off approach so user groups could manage areas within BLM rules. | |
| Organizations or clubs? | ✓ Conservation groups and BLM should work together (e.g., how to protect wildlife corridors by cooperating with county land use planning process). | |
| Others? (State, etc.) | | ✓ Habitat Partnership Program would continue partnering with BLM on projects to alleviate wildlife damage to private lands (e.g., brush beating, roller-chopping, hydro-axing, taping fences so wildlife will jump it). |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓ Impacts of oil and gas exploration and development are a concern; there are some leases on BLM land now. <br> ✓ Want to see more BLM presence in this area. |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.   Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Sustainable.
- ✓ No change.
- ✓ Available.
- ✓ Improved habitat.
- ✓ Work on cheatgrass.
- ✓ Sustainable, well-managed change.
- ✓ Still uncrowded.
- ✓ Mostly used by locals.
- ✓ More respect, less trash.

Community Assessment for the Uncompahgre RMP Planning Area                November 12, 2008
Meeting with Towns of Paonia, Somerset, and Bowie                                    page 6/7
**Final Community Assessment of the Uncompahgre Planning Area**          **C-59**
**February 2009**

BLM_0015103

- ✓ Direct link to the community (i.e., involvement and buy-in from community in decisions on BLM lands).
- ✓ BLM local presence in Delta County (perhaps in FS office).
- ✓ Well-managed trail system on BLM land; adequate miles for different user groups (access is critical to this).
- ✓ Effective signage.
- ✓ Like not having public access for ATVs on Jumbo.
- ✓ Access adjacent to town (including dog access).
- ✓ Pristine – no wells, no gas.

**Question 11.  Is there an official vision statement for your community/county/organization?**

- ✓ Town does have vision: basically to allow enough growth to sustainably support businesses; slow growth.

## 5. ACTION ITEMS:

- ✓ Consider allowing the public to purchase BLM firewood permits at the Paonia US Forest Service office.

Community Assessment for the Uncompahgre RMP Planning Area                     November 12, 2008
Meeting with Towns of Paonia, Somerset, and Bowie                                         page 7/7
**Final Community Assessment of the Uncompahgre Planning Area**          **C-60**
**February 2009**

BLM_0015104

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Town of Hotchkiss**
**Hotchkiss, Colorado**
**November 13, 2008, 9:00-10:45 AM**

## Notes

**Attendees:** Doug Fritz (Town Fire Chief), Nomi Gray, Michael J. Owens (Public Works Director), Thomas Wills (Town Council Trustee, Planning Commission Chairman), Bruce Krickbaum (BLM), Angie Adams (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

### 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary but does not include the Gunnison Gorge National Conservation Area.

### 2. INTRODUCTIONS

Bill introduced Bruce Krickbaum and Angie Adams. Round robin discussion.

### 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.
2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

✓ Determine how communities and local governments view themselves.

✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

✓ Identify and address important issues of common concern related to public lands.

✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions

Community Assessment for the Uncompahgre RMP Planning Area                    November 13, 2008
Meeting with Town of Hotchkiss                                                                    page 1/5
**Final Community Assessment of the Uncompahgre Planning Area**          **C-61**
**February 2009**

BLM_0015105

BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

✓ Attendees have lived in area for 20+ years, 37 years, and 51 years.

### Question 1.   Why you like living here / choose to live here.

✓ Small-world community.

✓ Moved here to have a retail business.

✓ Born and raised here; like recreational aspect, the outdoors lifestyle, rural area, the people (friendlier than other places), slower pace, tensions aren't as high.

✓ Hunting, fishing.

✓ Some multi-generational families in the area (~50%).

✓ New west town that hasn't completely bought into amenities culture.

✓ Socially somewhat diverse. Hotchkiss is a calmer, more libertarian town than other area towns. Hotchkiss is the friendliest town around. Population in town just over 1,000.

✓ School system: is good for rural area this size. People support schools except when it comes to raising taxes; just voted down a $50M bond issue.

### Question 2.   Vision for your community/county/organization.

✓ Would like it to be like it was 30 years ago: less restriction on public lands – could go where you want to go and do what you want to do.

✓ Current Economy: 25% depends on coal mines; retirement income; investment income; tourism. Diverse economy now. Want more diverse economy in 20 years.

✓ Would like light commercial industries.

✓ Town Master Plan: about two years old. Currently working on a zoning ordinance to implement master plan; will take about one year to put into place; want ordinances to remain in the future. Have subdivision regulations.

✓ Would like to have more interest in planning/volunteering for governmental causes. Some apathy is due to certain amount of trust in government. Would like to avoid the divisiveness that has hit other communities in the area.

✓ Moderation in growth; don't want growth to dramatically change character of the area. Controlled growth.

✓ Wal-mart would be welcomed by Town leaders and public/community.

✓ Very concerned about the watershed; it's out of our control because majority is outside our fire protection district. Water supply is a sizable risk to the town. Is number one concern because of either a hazardous spill (e.g., from oil and gas drilling operations) or a fire and resulting increased sediment. Beetle kill also is a runoff issue that affects water treatment plants. Would like to see Leroux Creek drainage look mostly like it does now, but with plant communities on the upswing instead of the downswing. Also concerned about recreational activities on public lands in watershed and how that may affect water quality.

Community Assessment for the Uncompahgre RMP Planning Area                    November 13, 2008
Meeting with Town of Hotchkiss                                                              page 2/5
**Final Community Assessment of the Uncompahgre Planning Area**           **C-62**
**February 2009**

BLM_0015106

✓ Watershed concern is also of the unknown – like citizen dumping or spilling hazardous materials; also increased population/development stress in watershed affects water quality.

✓ Somewhat concerned about drilling. Dever Creek has some exploratory gas wells. There are other leases in the area. Want to maintain low-density drilling for watershed protection and to preserve social culture of community.

✓ Need Memorandum of Understanding with BLM regarding source water protection. (Already have MOU with FS.)

✓ Generally Gunnison Energy is responsible and liked. But want local input and control over drilling – even if on public lands – that affects source water. Want input into activities that affect municipal watershed.

✓ Wise, well-planned energy development, low density, watershed protection.

**Question 3.    The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Don't have much confidence in government agencies (e.g., BLM and USFS) to handle problems, such as watershed concerns.

✓ Do have a lot of confidence working with BLM on wildfire issues. They are our biggest partner.

✓ Don't have confidence in Colorado Oil & Gas Conservation Commission to protect water supply from hazardous materials. Not sure if BLM or FS can help either.

✓ Isolated BLM parcels – some are good and should be retained (critical open space for aesthetic reasons, for example), while others should be sold to private landowners (e.g., enclaves on Redlands Mesa). Important that BLM keeps lands contiguous to FS (where BLM is buffer between private and FS).

✓ Would be nice if BLM could be more like the BLM always was (and less like the FS): less rigid, more responsive, less tied up in red tape, less bureaucratic.

✓ Concentrated use seems to cause more impacts (e.g., Baldy Stump on the base of Black Mesa) than dispersed use.

**Question 4.    What you like about BLM lands.**

✓ Hiking.

✓ Four-wheeling, ATVs, target shooting, hunting.

✓ Critical wildlife habitat.

✓ Firewood gathering on BLM and FS lands.

✓ Leroux Creek on FS is at capacity on weekends and many holidays: is a regional crowd.

✓ Knowledge of motorized vs. mechanized use on BLM land is only via the signage that is posted.

✓ Heavy ATV presence (clubs, well-organized groups).

**Question 5.    How you and/or your community/county/organization benefit from using public lands.**

✓ Public lands contribute to local economy: hiking, camping, fishing.

Community Assessment for the Uncompahgre RMP Planning Area                         November 13, 2008
Meeting with Town of Hotchkiss                                                                              page 3/5
**Final Community Assessment of the Uncompahgre Planning Area**                      **C-63**
**February 2009**

BLM_0015107

**Question 6.**   **What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | | |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | | ✓ Need to have regulations to protect watershed.<br>✓ BLM office in Hotchkiss, especially if there is more gas drilling on BLM land, for example.<br>✓ Better/more communication between municipalities and BLM; consider an alert-type email. |

**Question 7.**   **Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Correct access issues: harder to get to public lands because of private ownership closing routes where they once were open.

✓ Inventory access points (to BLM lands) and legal status on private land before somebody buys the parcel, and secure that access to BLM lands as part of the land sale.

✓ Road from 3300 Road across sections of private and BLM land and exits on 3100 Road (east-west road north between Short Draw and Leroux Creek [of Hotchkiss]): is an access road to water-delivery line, a communication site, and access to public lands for hunting, etc.; *need to determine whose road it is.*

**Question 8.**   **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Community Wildfire Protection Plan – done cooperatively with BLM. Hope to continue that partnership with fire prevention and protection. Would like it to happen a bit faster (NEPA slows it down). Hope to start some projects next year in area north of Hotchkiss. | ✓ Need more planning and cooperation on noxious weeds management.<br>✓ Establish municipal liaison between BLM and town. |
| County Governments? | | |

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | ✓ Need to communicate with ATV groups (snowmobiles, etc.). | |
| Others? (State, etc.) | ✓ Colorado Rural Water Association helping bring all parties to the table to protect watershed. | |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Well-planned public lands management to reduce impacts.
- ✓ Retain public lands as they are now.
- ✓ Would like more dispersed access and use rather than concentrated use.
- ✓ Town working with BLM to develop trail from high school to sewer treatment plant area; it crosses BLM land – these public lands are valuable and need to remain public (whether it be federal, state, county, town).
- ✓ Valuable open space.
- ✓ Want BLM lands to remain available.
- ✓ Want direct liaison with BLM to get updates (preferably not via RAC member).
- ✓ Signed watershed plan with all parties involved.
- ✓ Want early contact from BLM if oil/gas leases are up for sale in the area.
- ✓ Want input into oil/gas stipulations in RMP revision process.

**Question 11.  Is there an official vision statement for your community/county/organization?**

- ✓ Did not discuss.

**5.  ACTION ITEMS:**

- ✓ None.

Community Assessment for the Uncompahgre RMP Planning Area                November 13, 2008
Meeting with Town of Hotchkiss                                              page 5/5
**Final Community Assessment of the Uncompahgre Planning Area                C-65
February 2009**

BLM_0015109

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Towns of Crawford and Maher**
**Crawford, Colorado**
**November 13, 2008, 1:00-2:45 PM**

### Notes

**Attendees:** Bruce Green (Town of Crawford Trustee), Robert Pearce (North Fork Snowmobile Club), Bruce Krickbaum (BLM), Angie Adams (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

1. **WELCOME**

   The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary but does not include the Gunnison Gorge National Conservation Area.

2. **INTRODUCTIONS**

   Bill introduced Bruce Krickbaum and Angie Adams. Round robin discussion.

3. **PURPOSES OF MEETING**

   Two primary objectives of the meeting:

   1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.
   2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

   More specifically:

   ✓ Determine how communities and local governments view themselves.

   ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

   ✓ Identify and address important issues of common concern related to public lands.

   ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

   ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

   ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

   ✓ Identify suggestions community leaders may have for changes BLM could make or actions

Community Assessment for the Uncompahgre RMP Planning Area                    November 13, 2008
Meeting with Towns of Crawford and Maher                                                    page 1/5
**Final Community Assessment of the Uncompahgre Planning Area**          **C-66**
**February 2009**

BLM_0015110

BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Peace and quiet, no traffic, good people.

✓ Population = 270.

✓ The weather.

✓ Many new homes on Fruitland Mesa: retirees, hobby ranchers.

✓ Climate, access to public lands for ATV use, hunting, walking, snowmobiling, four-wheeling.

✓ Some years can snowmobile right from town to the National Park; park has too many restrictions on firearms (hunting) and four-wheeling, where we used to be able to do those things.

✓ Firewood collection on FS – Black Mesa.

✓ BLM lands immediately adjacent to north side of Crawford: used for hunting, firewood cutting, four-wheeling; don't want that area to become subdivisions.

✓ Scenery, open space.

✓ Water supply is limited; anyone outside town (e.g., Fruitland Mesa) has to haul water, and that supply is not guaranteed and in drought could be shut off.

✓ Reservoir, springs, and water storage are critical to Crawford.

### Question 2.   Vision for your community/county/organization.

✓ Need to have balance of livestock grazing, wildlife, etc. so it reduces the fire danger.

✓ Would like things to generally stay the same but know change and growth is coming.

✓ State Park has been an asset with more camping.

✓ Economy: would like housing market to increase.

✓ Coal mines (Paonia) (about half of Crawford working people work at the coal mine; coal mines employ roughly 800 to 900 people) and gas drilling (none are close to Crawford; they are up Minnesota Creek near Paonia); concern that upcoming Democratic administration would be bad for mining industry.

✓ Schools: good school system; would like quality of education to remain or get better.

✓ Do not want a college here.

✓ Do not want Wal-mart.

✓ Diversity: farming/ranching, coal mining, retirees, multi-generational families.

✓ Not concerned about municipal watershed because it is from a spring (near Land's End) and is piped to town.

### Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.

✓ Agriculture: ranchers need to be able to afford to stay on the land. Conservation

Community Assessment for the Uncompahgre RMP Planning Area                                                  November 13, 2008
Meeting with Towns of Crawford and Maher                                                                                      page 2/5
**Final Community Assessment of the Uncompahgre Planning Area                                   C-67**
**February 2009**

BLM_0015111

easements/land trust donations seem like a bad idea.

✓ Economy: more retirees will likely move in.

✓ Wildfires are a concern.

**Question 4.   What you like about BLM lands.**

✓ Using it, recreating on it, want to keep it around.

✓ Will be good to have Town's payoff of water reservoir lands (40-year payoff to BLM) be done in about 10 years so Town can dedicate more money to upgrading water infrastructure (e.g., enlarging feeder canal).

✓ Cottonwood Creek drainage south of County Road could be developed with recreational trails; north of road is 'waste ground' (adobe and sagebrush).

✓ Like the BLM area immediately north of town because it is great for OHVs/ATVs because you can access it right from town via side streets.

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✓ No responses.

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ BLM should do nothing to jeopardize hunting opportunities; do things to improve hunting. <br> ✓ Appreciate BLM grading the roads on Green Mountain and Poison Springs. | |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✓ No BLM office needed in Crawford or North Fork valley. <br> ✓ Don't want DC to dictate what happens on local ground. | |

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ BLM needs to build more stock ponds on BLM land anywhere that will catch water.

✓ Would like BLM to square up some of their boundaries; boundary identification with BLM and private lands; dispose of isolated tracts, especially where adjacent private landowners would be the ones to buy it (e.g., near Needle Rock, near Maher where there is an isolated

Community Assessment for the Uncompahgre RMP Planning Area                                    November 13, 2008
Meeting with Towns of Crawford and Maher                                                                            page 3/5
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-68**
**February 2009**

BLM_0015112

parcel); retain large parcels of BLM lands.

✓ No access issues to public lands; just need to have better signage so people know where they are (public, private).

**Question 8.   Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | | |
| County Governments? | | |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | ✓ Snowmobile club (monthly meetings); coordinate with FS fairly regularly; mainly ride Black Mesa and Stevens Gulch north of Paonia; mostly ride on FS or on National Park land when there is enough snow to access it directly from town; not enough snow on BLM lands north of town; there are several hiking trails in that area (powerline road needs maintenance). | |
| Others? (State, etc.) | | |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

✓ Would like BLM to square up some of their boundaries; boundary identification with BLM and private lands; dispose of isolated tracts, especially where adjacent private landowners would be the ones to buy it (e.g., near Needle Rock, near Maher where there is an isolated parcel); retain large parcels of BLM lands.

Community Assessment for the Uncompahgre RMP Planning Area                    November 13, 2008
Meeting with Towns of Crawford and Maher                                                        page 4/5
**Final Community Assessment of the Uncompahgre Planning Area**          **C-69**
**February 2009**

BLM_0015113

**Question 11.  Is there an official vision statement for your community/county/organization?**

✓  Would like BLM to square up some of their boundaries; boundary identification with BLM and private lands; dispose of isolated tracts, especially where adjacent private landowners would be the ones to buy it (e.g., near Needle Rock, near Maher where there is an isolated parcel); retain large parcels of BLM lands.

**5.  ACTION ITEMS:**

✓  **Bill:** Send meeting notes to Town Clerk in addition to attendees.

Community Assessment for the Uncompahgre RMP Planning Area                                          November 13, 2008
Meeting with Towns of Crawford and Maher                                                                          page 5/5
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-70**
**February 2009**

BLM_0015114

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Gunnison County**
**Gunnison, Colorado – November 14, 2008, 4:00-5:15PM**

### Notes

**Attendees:** David Baumgarten (Gunnison County Attorney), Matthew Birnie (Gunnison County Manager), Jim Cochran (Gunnison County Wildlife Coordinator, BLM Southwest RAC member), Joellen Fonken (Gunnison County Trails Commission), Eric McPhail (Gunnison County Colorado State University Extension Office), Mike Pelletier (Gunnison County GIS Manager, long-range planning), Joanne Williams (Gunnison County Planning Division), Rick Yegge (Gunnison County Weed Coordinator), Bruce Krickbaum (BLM), Jana Moe (BLM), Barb Sharrow (BLM), Angie Adams (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

### 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary but does not include the Gunnison Gorge National Conservation Area.

### 2. INTRODUCTIONS

Bill introduced Bruce Krickbaum, Barb Sharrow, Jana Moe, and Angie Adams. Round robin discussion.

### 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.

- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓ Identify and address important issues of common concern related to public lands.

- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

Community Assessment for the Uncompahgre RMP Planning Area                    November 14, 2008
Meeting with Gunnison County                                                                    page 1/5
**Final Community Assessment of the Uncompahgre Planning Area**                    **C-71**
**February 2009**

BLM_0015115

✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.    Why you like living here / choose to live here.

✓ Enjoy cold weather

✓ Public lands (easy and abundant access, usability for recreation)

✓ Clean water; concern of communities around North Fork Valley about effects of oil and gas drilling on water supply

✓ Wildlife, fisheries

✓ Low population density

✓ Rural western lifestyle

✓ Relative stability socioeconomically; things change relatively slowly

✓ Good school system, including college

✓ Educated population

✓ Strong sense of self-reliance, self-governance, and autonomy while there is desire to work collegiately

✓ Nearby ski area

### Question 2.    Vision for Uncompahgre Field Office BLM lands within Gunnison County.

✓ Protect viewsheds.

✓ Maintain water quality.

✓ Maintain land quality – keep it as pristine as possible.

✓ Avoid historic boom-bust cycles; avoid growth that extends beyond capacity to support.

✓ As coal industry winds down, find ways to keep Somerset a viable community.

✓ Keep agriculture a key, viable economic engine in the county.

✓ County policy: conduct responsible oil/gas extraction; will be challenge to share regulatory responsibility.

✓ Construct/complete the Crested Butte to Carbondale trail (nonmotorized).

✓ Local, state, and federal governments work together to avoid listing of Gunnison sage-grouse and/or Gunnison prairie dog.

✓ Consider energy development's significant potential impacts on wildlife.

✓ BLM develop consistent policy/understanding for who regulates the creation and maintenance of roads on BLM lands (also affects weed management in rights-of-way).

Community Assessment for the Uncompahgre RMP Planning Area                    November 14, 2008
Meeting with Gunnison County                                                                              page 2/5
**Final Community Assessment of the Uncompahgre Planning Area**          **C-72**
**February 2009**

BLM_0015116

✓ Conduct fair allocation of monies derived from mineral extraction (separate from payment in lieu of taxes [PILT]).

✓ Continue pursuing conservation of ranch lands via conservation easements, etc.

✓ Have multiple stakeholders present when evaluating rangeland health on BLM lands.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Balancing development of resources with other values, considering the short, intermediate, and long terms (= different approaches).

✓ Economic hurdles: value of resource present will create barrier to protecting other values.

✓ Consider County's oil and gas regulations; County's comprehensive plan is not specific to North Fork Valley.

✓ BLM's early and frequent sharing during the land use planning process.

✓ More than BLM's lip service in considering County's input into the oil and gas leasing and permitting processes.

✓ Funding for weed control/management.

✓ Split estate land development for mineral extraction can detract from surface values/resources.

**Question 4.   What you like about BLM lands.**

✓ Remoteness, isolation.

✓ Relatively little traffic.

✓ Clean water and clean air.

✓ Quiet.

✓ Scenic character.

✓ Accessibility.

✓ Availability of big game for hunting.

✓ Recreational opportunities.

✓ Opportunity to get back to the land the way it used to be.

✓ BLM lands are travel portal from mountainous areas to valleys; part of scenic byway.

✓ Value to Native American tribes.

✓ Mining history.

✓ Railroad history.

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✓ Resources create jobs.

✓ Availability of BLM lands for grazing at reasonable rate; BLM lands provide benefits for agricultural use.

✓ Conservation easements providing land owners value from their land without selling or

Community Assessment for the Uncompahgre RMP Planning Area                                     November 14, 2008
Meeting with Gunnison County                                                                                     page 3/5
**Final Community Assessment of the Uncompahgre Planning Area                      C-73
February 2009**

BLM_0015117

developing it, also creating open space for everyone else.

**Question 6.**  **What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | | ✓ Concern about BLM lands becoming sacrifice zone for oil/gas development on Western Slope. |
| Social Landscape Characteristics | ✓ Continue multi-use on public lands; don't segregate recreational uses; sustainable uses. | ✓ Evaluate travel management on BLM surface and access to/travel on subsurface. |
| Administrative/Managerial Landscape Characteristics | | ✓ Closer working relationship with County (everybody: staff, commissioners, etc.) <br> ✓ Abandoned gas pads on split estate (private surface) could be sold and developed. |

**Question 7.**  **Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Respect local regulatory authority and desires of local landowners and local communities regarding energy development.

✓ Wildfire concern regarding slow response time due to remoteness.

✓ Close coordination with County on energy development, particularly on split estate; enter into MOAs/MOUs with local governments without working through the State (regarding law enforcement, viewsheds, etc.).

**Question 8.**  **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | | |
| County Governments? | ✓ With County, develop common language and shared database (including expanding GIS sharing); shared planning. <br> ✓ Shared trail planning with County, State trails commission, other partners. | ✓ Weed management: Continue existing partnerships with private landowners, BLM, and other land managers to keep up with current trends and create buffer funding for economic downturns. |
| Tourism Industry? | | |

Community Assessment for the Uncompahgre RMP Planning Area          November 14, 2008
Meeting with Gunnison County          page 4/5
**Final Community Assessment of the Uncompahgre Planning Area          C-74
February 2009**

BLM_0015118

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Community Residents? | | |
| Organizations or clubs? | | |
| Others? (State, etc.) | ✓ Reformation of 1872 Mining Act. <br> ✓ Consider/be open to utilizing University research on energy extraction, range health. | ✓ Subsurface development: re-create something that would parallel the pre-payment of severance taxes to offset impacts (coordination between State, federal, county, municipalities). |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ No visible resource impact.
- ✓ Healthy ecosystem.
- ✓ Retention of public access.
- ✓ Wise and effective caretaker of the land (BLM).
- ✓ Balanced growth and development.
- ✓ Continued agriculture.
- ✓ Sustainable trail system.
- ✓ Open space.
- ✓ No/few BLM land disposals.
- ✓ Avoid concentrated use/proliferation.
- ✓ Protect scenic byways.
- ✓ Continued monitoring/revisitation of agreements, such as oil/gas reclamation.

**Question 11.  Is there an official vision statement for your community/county/organization?**

- ✓ Did not discuss.

**5.  ACTION ITEMS:**

- ✓ None.

Community Assessment for the Uncompahgre RMP Planning Area                          November 14, 2008
Meeting with Gunnison County                                                                      page 5/5
**Final Community Assessment of the Uncompahgre Planning Area**                    **C-75**
**February 2009**

BLM_0015119

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with San Miguel Watershed Coalition**
**Telluride, Colorado**
**November 17, 2008, 2:00-4:00 PM**

**Notes**

**Attendees:** Linda Luther (SMWC), Ashley Boling (SMWC and Telluride Institute), Leigh Robertson (SMWC and Sage Grouse Workgroup), Joe Reagan (SMWC and San Miguel Open Space), Peter Mueller (SMWC and TNC), Leah Sullivan (SMWC), David Kauffman (BLM), Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

1. **WELCOME**

   The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands. This meeting is unique in that it covers a watershed instead of a town or county.

2. **INTRODUCTIONS**

   Bill introduced Bruce Krickbaum, David Kauffman, and David Batts. Round robin discussion.

3. **PURPOSES OF MEETING**

   Two primary objectives of the meeting:

   1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your community in relation to public lands.
   2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

   More specifically:

   ✓ Determine how communities and local governments view themselves.

   ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

   ✓ Identify and address important issues of common concern related to public lands.

   ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

   ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

   ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of

Community Assessment for the Uncompahgre RMP Planning Area                                    November 17, 2008
Meeting with San Miguel Watershed Coalition                                                                              page 1/6
**Final Community Assessment of the Uncompahgre Planning Area**                    **C-76**
**February 2009**

BLM_0015120

these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Beauty.

✓ Great climate – even when cold it is not as cold as AR – sunny, doesn't rain too much, snow is powdery.

✓ Great schools and opportunities for kids – recreational and artistic.

✓ Has many urban-type benefits but small town community.

✓ I came for skiing, but stayed for recreational opportunities of the local environment – fishing, hunting, biking, hiking, snowshoeing, camping, ice climbing, etc.

✓ Good economy.

✓ Low population density and good friendly people.

✓ Shared value in natural assets.

✓ Lack of traffic. There is a commuter issue.

✓ Shared sense of place.

✓ Preservation of resources.

✓ Access to beautiful county and diversity of quiet and motorized recreation.

### Question 2.   Vision for your **watershed**/community/county/organization.

✓ Absence of oil and gas wells and associated facilities.

✓ Nothing get worse in terms of the environment, and some areas have even improved (e.g., west end where there has been resource degradation).

✓ Low population growth in watershed.

✓ Given population growth, more connectivity of lower watershed (e.g., Nucla and Naturita) with upper watershed.

✓ Continuation of land as wildlife habitat.

✓ Sustainability.

✓ River is over appropriated; maintain high runoff we have now and maintain low flow sufficiently for healthy aquatic life.

✓ Establish inflow needs and work with the state to acquire rights to meet those needs.

✓ Make the two water diversions fish friendly (e.g., passage).

✓ Conservation and efficiency of ditches.

✓ Protect water quality for environmental pollutants.

✓ Clean up tributaries with water quality issues (e.g., heavy metals). Ongoing support for

Community Assessment for the Uncompahgre RMP Planning Area                                November 17, 2008
Meeting with San Miguel Watershed Coalition                                                            page 2/6

**Final Community Assessment of the Uncompahgre Planning Area**                    **C-77**
**February 2009**

BLM_0015121

clean up.

✓ Have healthy landscape; lack of weeds, reduce erosion, wildlife habitat, and water quality. Many original mission statements are still valid.

✓ Watershed is key link to the communities in the watershed.

✓ Upgraded water system. No dam.

✓ Special designation, like wild and scenic, would assist with long-term economic engine of the watershed.

✓ Special designations for sage grouse and wildlife habitat (e.g., sage grouse ACEC).

✓ Have viable sage grouse population through land protection (concern that the San Miguel subpopulation has not received the same attention from the state and others as the Gunnison subpopulation). Areas of concern: Dry Creek Basin, Gurley, and Iron Springs.

✓ Protected forest; healthy forests. Prevent the spread of beetles.

✓ Recognize off-stream storage as important for municipal water supply, but are concerned about impacts to spring flows and degradation of the river ecological system.

**Question 3.    The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Funding.

✓ Depressed tourist economy, which favors conservation.

✓ Climate change altering the landscape, snow, etc. (ergo, less visitors).

✓ BLM needs revision in the fundamental policy in energy leases; leasing should not be so priority based. There should be suitability issues.

✓ The 1872 mining law.

✓ Lack of flexibility of all agencies; grants, working together, budgeting (carryover, accepting money, transfer money) – red tape.

✓ Too many laws and regulations.

✓ Lack of land for community housing in upper watershed to help with economy, sustainability, and transportation, which all impact the watershed.

✓ Septic systems.

✓ Land availability for housing and preservation.

✓ Socioeconomic conditions throughout the watershed (lower reaches tend to be more depressed, upper basin needs workers).

✓ Time to make decisions and top-down management approach of the BLM.

✓ Zoning regulations – need regulations to look at how development can be designed to minimize or avoid impacts to sage grouse.

**Question 4.    What you like about BLM lands.**

✓ Accessibility.

✓ It is there.

✓ Vastness of it.

✓ Uncrowded.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with San Miguel Watershed Coalition
November 17, 2008
page 3/6
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
C-78

BLM_0015122

✓ Beauty and diversity.

✓ Used as an economic resource (ranching, hunting, grazing, ROWs).

**Question 5.    How you and/or your community/county/organization benefit from using public lands.**

✓ See discussion under question 4.

**Question 6.    What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Continue to support local projects:<br>   o CC Ditch fish ladder.<br>   o Tamarisk removal and river restoration.<br>   o Recreational amenities. | ✓ BLM should recognize and support ongoing conservation efforts for sage grouse.<br>✓ Manage from a watershed perspective.<br>✓ Manage grazing for ecological system – if drought year, reduce AUMs. Flexibility in management. |
| Social Landscape Characteristics | ✓ Maintain public lands (no selling). | ✓ Get rid of politics. |
| Administrative/Managerial Landscape Characteristics | ✓ BLM is a valuable partner for the watershed.<br>✓ BLM comes to meetings with local organizations and communities.<br>✓ Land transfers to benefit watershed protection.<br>✓ Maintain transparency.<br>✓ Use newspaper, radio, e-mail and website to get the word out. Contact governments and non-profits (e.g., the coalition) to help get the word out. | ✓ Change oil and gas leasing program (both split and surface); put more protections on sensitive resources (critical habitats).<br>✓ Expedite land transfer process.<br>✓ Better communication (Federal Register is not read by the public).<br>✓ Recognize cultural issues when assessing rules (implement rules with sensitivity to culture). |

**Question 7.    Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Look at historic, restoration, linkages for sage grouse.

✓ Need good maps of sage grouse habitat to facilitate partnering between county programs to retire development rights and to coordinate with BLM action. Have a buffer designation.

Community Assessment for the Uncompahgre RMP Planning Area              November 17, 2008
Meeting with San Miguel Watershed Coalition                            page 4/6
**Final Community Assessment of the Uncompahgre Planning Area**      **C-79**
**February 2009**

BLM_0015123

- ✓ Work with DOW to get update maps of all wildlife habitat (e.g., winter range, lynx, sage grouse, etc.).

- ✓ Use best science and research (e.g., buffers for sage grouse).

- ✓ Put constraints on leasing criteria on what is leased and how it is leased (timing and stipulations) regarding sage grouse.

- ✓ Partnership for funding for San Miguel sage grouse populations.

- ✓ Limit travel to the travel way (stay on existing routes).

- ✓ Maintain user experiences on travel ways (e.g., some roads should remain primitive for wildlife protection).

- ✓ Travel management needs to be assessed year-round and provide for a diversity of uses. Recognize quiet recreation.

- ✓ Travel management must recognize land health.

- ✓ Ensure ongoing communication with management issues and actions (noted where locals did trail work on FS lands, but FS removed the improvements).

- ✓ Designate the river as wild and scenic.

- ✓ Recognize importance of fisheries (have multiagency evaluation of fisheries).

- ✓ Address how climate change will influence ecosystems, and provide management flexibility to respond to changing conditions (e.g., allow for grazing adjustments). Use best science for this analysis.

- ✓ Balance between recreational industry on the river (amount) and riparian health and the quality of the experience.

- ✓ Enjoy non-permitted use, but there might be a need as use increases. Prefer not to have to go there just yet.

- ✓ Conservation, conservation, conservation.

- ✓ Decisions and alternatives tailored to this part of the planning area – do not have one-size-fits-all management (no cookie cutter management). Use management units in the plan.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with San Miguel Watershed Coalition
November 17, 2008
page 5/6
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
C-80

BLM_0015124

**Question 8.** **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | | |
| County Governments? | | |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | ✓ Continue existing partnerships (e.g., river restoration actions). <br> ✓ Provide input on leasing decisions. <br> ✓ Help assess water quantity, flows, and quality. | ✓ Pursue partnerships for trail management. <br> ✓ Organize people to help implement restoration and recreation actions on BLM lands. |
| Others? (State, etc.) | | ✓ DOT should be engaged in river restoration. |

**Question 9.** **Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.** **Describe your vision for surrounding public lands over the next 10 to 15 years.**

✓ See responses to Question #2.

**Question 11.** **Is there an official vision statement for your community/county/ organization?**

✓ None identified.

**5. ACTION ITEMS:**

✓ None.

Community Assessment for the Uncompahgre RMP Planning Area                    November 17, 2008
Meeting with San Miguel Watershed Coalition                                  page 6/6
**Final Community Assessment of the Uncompahgre Planning Area**              **C-81**
**February 2009**

BLM_0015125

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Town of Cedaredge**
**Cedaredge, Colorado**
**November 18, 2008, 9:00-11:00 AM**

### Notes

**Attendees:** Tony Shuski (Mayor), Nelson Cederberg (trustee), John Verbiscar, Kathleen Sickles (Town Administrator), Doug Buniger, Tim Roberts (Public Works Director), Bill Welch, Gerald Mendralla (Planning Commission Chair), Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

## 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

## 2. INTRODUCTIONS

Bill introduced Bruce Krickbaum, David Kauffman, and David Batts. Round robin discussion.

## 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your community in relation to public lands.

2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.

- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓ Identify and address important issues of common concern related to public lands.

- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

- ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

Community Assessment for the Uncompahgre RMP Planning Area                     November 18, 2008
Meeting with Town of Cedaredge                                                                 page 1/6
**Final Community Assessment of the Uncompahgre Planning Area**                **C-82**
**February 2009**

BLM_0015126

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Recreation – skiing, hiking, canyons and mountains, biking, fishing, camping, and backpacking.

✓ Great climate.

✓ Great little community – friendly people, people know one another, lots of volunteering, people help one another.

✓ A lot different from Front Range – not Denver, not Fruita.

✓ Religion is important – about 20 small churches. It filters down into community values (e.g., low crime, friendly, etc.).

✓ People care about each other. Volunteerism is critical to the community.

✓ Evolution going on here; becoming more of a retirement community. Very active retirement community.

✓ Blue sky.

✓ Clean water – comes from the Mesa in the forest. Concern about coal bed methane leasing that could impact water quality.

✓ Has good services (e.g., doctors, dental, etc.).

✓ Close to larger population centers for jobs.

✓ Town is about 2,300, but many more people around the town that use town services, businesses, roads, etc.

✓ Tourist community and tourism is important economically.

✓ Location provides a diversity of recreation during all seasons (ski in mountains, hike in canyons).

✓ Art community. Talented people.

✓ Apple festival.

✓ Service industry does well serving locals and pass-through traffic.

✓ Apple industry; however, markets and generational shifts have not been favorable, so there is a loss of apple farmers and orchards.

  o There is an influx of workers for harvest.

### Question 2.   Vision for your community/county/organization.

✓ Like it the way it is.

✓ New sewer plant (in works) that could lead to development south of the town.

✓ Keep small town look and feel.

✓ Capture traffic of people going to the mesa. Encourage people to spend money here.

Community Assessment for the Uncompahgre RMP Planning Area                                    November 18, 2008
Meeting with Town of Cedaredge                                                                              page 2/6
**Final Community Assessment of the Uncompahgre Planning Area**                              **C-83**
**February 2009**

BLM_0015127

✓ Visitor center – Cedaredge is a gateway town, need to leverage.

✓ Promote amenities of the area.

✓ Continue retirement support and services – recreation center, tennis courts, art center, cultural center, etc.

✓ Increase in diversity in population, ideas, etc.

✓ Zoning and master planning (recently completed trail plan; need recreation plan).

✓ Better utilization of town properties for recreation.

✓ Developed local industry.

✓ Future generations staying in the town.

✓ Viable agricultural economy – sustainable orchards.

**Question 3.    The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Economics – capturing tourist dollars.

✓ Funding.

✓ Brain drain. No viable job market. Service industry.

✓ Lack of jobs – maybe more of a Delta County issue.

✓ Bedroom community.

✓ Lack of infrastructure for heavy industry (no major highway or rail).

✓ Lack of infrastructure for "work at home" industry (e.g., high-speed Internet). This is a chicken and egg issue, not enough people to support it, but people won't come without it.

✓ Lack of higher educational facilities in Delta and Montrose Counties for high tech training.

✓ Money and land prevent some of the recreational opportunities (not enough town land to support larger facilities).

✓ Sewage capacity.

✓ Clean water – four water districts. Availability of water.

✓ Watershed protection (e.g., large forest fire could degrade water quality). Need coordination with other communities to provide water to each other. Expired MOU with the Forest Service.

✓ Severance of minerals from surface estate (just annexed lands with severed rights).

**Question 4.    What you like about BLM lands.**

✓ Not fenced and you can get to it.

✓ Accessibility to the community.

✓ Viewshed.

✓ Camping, biking, hunting, fishing, cross-country skiing, running, sight-seeing.

✓ Off-roading – ATV and snowmobiling.

✓ Everyone knows where FS lands are, but unsure about where the BLM lands are.

✓ Isolated tracts are odd.

Community Assessment for the Uncompahgre RMP Planning Area                                    November 18, 2008
Meeting with Town of Cedaredge                                                                                    page 3/6
**Final Community Assessment of the Uncompahgre Planning Area                        C-84
February 2009**

BLM_0015128

✓ Firewood gathering.

✓ Wildlife migration.

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✓ Viewshed protection.

✓ Grazing.

✓ Oil and gas employees.

✓ Oil and gas severance tax.

✓ Recreation – gateway community. Provide services to those that recreate on public lands.

✓ Exercise, enjoyment, stress relief, just being out there.

✓ Division of motorized and non-motorized area on the Mesa in the wintertime.

✓ Need energy to run country, but prefer focus on recreation for this area.

✓ Coal in North Fork Valley.

✓ Prefer not see change on public lands and uses.

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Healthy landscape.<br>✓ Tamarisk management. | ✓ Have designated routes and divide for OHV and non-motorized use.<br>✓ Weed control and cheatgrass removal.<br>✓ Overgrazing.<br>✓ Protect water quality with leasing decisions. |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✓ Transparent process for leasing. | ✓ Secure more money to adequately manage the lands.<br>✓ Repeal 1872 mining act.<br>✓ Grazing law is old – revise? |

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Participate in any countywide trail systems – wildland planning.

✓ Land tenure adjustments to improve management.

✓ Wildlife management – protect winter range and corridors.

Community Assessment for the Uncompahgre RMP Planning Area                                    November 18, 2008
Meeting with Town of Cedaredge                                                                                      page 4/6
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-85**
**February 2009**

BLM_0015129

- ✓ Protect lands that might influence water quality.
- ✓ May need land for sewer plant; may need to look at land swap, ROW, exchange, or RP&PA.
- ✓ Provide for recreational opportunities (noted land just west of town as possible good biking areas).
- ✓ Allow rock gathering.
- ✓ Make maps available on Web site.
- ✓ Have a BLM/FS employee available in town to provide information.
- ✓ Provide for dispersed camping.

**Question 8.    Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Trail planning.<br>✓ Identifying water sources and water areas. Help with protection planning. | |
| County Governments? | ✓ Trail planning – good opportunities for regional trails. | ✓ Weed control. |
| Tourism Industry? | ✓ Providing public land maps. | |
| Community Residents? | | |
| Organizations or clubs? | | ✓ Trail maintenance. |
| Others? (State, etc.) | | |

**Question 9.    Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓ BLM will need to play role in helping to control bark beetle. |
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Maintain or improve land health and land management.
- ✓ Restored weed patches to native communities.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Town of Cedaredge
November 18, 2008
page 5/6
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
C-86

BLM_0015130

- ✓ More ski runs.
- ✓ Grouping of public lands – dispose of isolated tracts to block up and make larger areas.
- ✓ Improve accessibility to the local public lands.
- ✓ Dispersed camping.
- ✓ Preserve viewshed.
- ✓ Group utilities into one corridor.

## 5. ACTION ITEMS

- ✓ None.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Town of Cedaredge
November 18, 2008
page 6/6
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
**C-87**

BLM_0015131

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Orchard City**
**Orchard City, Colorado**
**November 18, 2008, 2:00-4:00 PM**

**Notes**

**Attendees:** David Varley (Town Administrator), Don Suppes (Mayor), Marsha Thomas (trustee), Lenn Johnson (trustee), Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

1. **WELCOME**

   The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

2. **INTRODUCTIONS**

   Bill introduced Bruce Krickbaum and David Batts. Round robin discussion.

3. **PURPOSES OF MEETING**

   Two primary objectives of the meeting:

   1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your community in relation to public lands.
   2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

   More specifically:

   ✓ Determine how communities and local governments view themselves.

   ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

   ✓ Identify and address important issues of common concern related to public lands.

   ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

   ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

   ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

   ✓ Identify suggestions community leaders may have for changes BLM could make or actions

Community Assessment for the Uncompahgre RMP Planning Area                                    November 18, 2008
Meeting with Orchard City                                                                                              page 1/5
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-88**
**February 2009**

BLM_0015132

BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Family.

✓ Not a lot of people; small town.

✓ Great views.

✓ Close enough to Delta or Grand Junction to get supplies.

✓ Rural environment.

✓ Access to open space.

✓ Minimal traffic.

✓ Lots of open space/public lands.

✓ Good opportunities for recreation; hiking, views, etc.

✓ Diversity of environments and recreational opportunities.

✓ Values.

✓ Sense of place.

✓ Great destinations and sights (Black Canyon, Ouray). Great county; hunting and fishing.

✓ Great weather.

✓ Easy to get to outdoor opportunities (20 minutes v. 2 hours).

✓ Good schools.

✓ Medical community has improved in the region.

✓ Safe.

### Question 2.   Vision for your community/county/organization.

✓ Like it is right now.

✓ Maintain rural character and small town feel.

✓ Coal mining, retirees, commuters (to Delta), and farming are key economic bases.

✓ Sewer is limiting factor (no sewer system, so each house needs 1+ acres).

✓ Limited government with limited regulations and taxes (but adequate tax base).

✓ Improvements on Highway 65 (e.g., stoplight in Eckert).

✓ Improve agricultural base (e.g., restore orchards).

### Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.

✓ Influx of populations from larger areas that want rural lifestyle but then want to change it.

✓ New residents accept what is here, being here.

Community Assessment for the Uncompahgre RMP Planning Area    November 18, 2008
Meeting with Orchard City    page 2/5
**Final Community Assessment of the Uncompahgre Planning Area**    **C-89**
**February 2009**

BLM_0015133

✓ Water supply and ownership (newcomers do not understand water appropriation law).

✓ Conversely, newcomers can convey an attitude of "shut the door."

✓ Cooperative planning with the Forest Service to protect the watershed.

✓ Closing down the coal industry and energy development (coal mining are good jobs in the region).

## Question 4.   What you like about BLM lands.

✓ Accessibility – spend 2 to 3 days a month on BLM lands. Hiking, exploring, some OHV. FS has closed down too many roads and limited accessibility so BLM is easier to travel on.

✓ Variety of uses – biking, shooting, dirt bikes, concentrated use areas (allow to play without damaging sensitive areas).

✓ Open space.

## Question 5.   How you and/or your community/county/organization benefit from using public lands.

✓ Jobs for residents (coal mining).

✓ Recreation — relaxing, exercise, family bonding, so many benefits.

✓ Scenic views and drives.

✓ Part of our soul.

✓ Open space makes it easier to wake up in the morning.

✓ Improves quality of life.

✓ Town does not necessarily directly benefit from recreation opportunities from outsiders (e.g., few services for visitors).

✓ Agricultural industry benefits from having adjacent healthy public lands.

## Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.

| Characteristic | Maintain | Change |
| --- | --- | --- |
| Physical Landscape Characteristics | ✓ Keep lands accessible.<br>✓ Multiple use.<br>✓ Sustainable and environmentally sensitive resource development.<br>✓ Viewshed.<br>✓ Tamarisk control.<br>✓ Allowing for transmission line or ROWs. | ✓ Keep people on the roads in more sensitive areas.<br>✓ Weed control.<br>✓ Fix Fruit Reservoir (e.g., silting). |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✓ Continue to work with interest groups. | ✓ Make restitution of crimes on public lands go back to public lands (litter = clean |

Community Assessment for the Uncompahgre RMP Planning Area          November 18, 2008
Meeting with Orchard City                                          page 3/5
**Final Community Assessment of the Uncompahgre Planning Area**          **C-90**
**February 2009**

BLM_0015134

| Characteristic | Maintain | Change |
|---|---|---|
|  |  | up 5 acres vs. fines). <br> ✓  More enforcement. |

**Question 7.    Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

- ✓  ATV riding on adobe hills west of town (does not appear to have sensitive resources or wildlife habitat).
- ✓  Keep lands accessible.
- ✓  Block up lands by disposing of isolated tracts.

**Question 8.    Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓  Involved in planning to help protect views and access. |  |
| County Governments? |  |  |
| Tourism Industry? |  |  |
| Community Residents? |  |  |
| Organizations or clubs? |  | ✓  Clean up efforts. |
| Others? (State, etc.) |  | ✓  Education on land stewardship with school system. Field trips with school systems to expose kids to lands, resources, and impacts to land (e.g., littering). |

**Question 9.    Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands |  |
| The Land Use Planning Process |  |
| This Small Group Discussion |  |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓  Preserved viewshed.

BLM_0015135

✓ Maintain opportunities for jobs.

✓ Recreational opportunities.

✓ Like it is right now.

## 5. ACTION ITEMS

✓ None.

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with City of Delta**
**Delta, Colorado**
**November 19, 2008, 9:00-11:00 AM**

### Notes

**Attendees:** Fay Matthews (Utilities Director), Glen Black (Community Development), Renee Ealey (Asst. Recreation Director), Wilma Erven (Cultural/Recreation Director), Paul Suppes (Parks Director), Steve Glammeyer (Asst. City Manager), Lanny Sloan (City Manager), Robert Thomas (Police Chief), Mary Cooper (Mayor), Jim Hatheway (Public Works Director), Bruce Krickbaum (BLM), David Batts (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

1. **WELCOME**

   The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

2. **INTRODUCTIONS**

   Bill introduced Bruce Krickbaum and David Batts. Round robin discussion.

3. **PURPOSES OF MEETING**

   Two primary objectives of the meeting:

   1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your community in relation to public lands.

   2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

   More specifically:

   - ✓ Determine how communities and local governments view themselves.

   - ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

   - ✓ Identify and address important issues of common concern related to public lands.

   - ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

   - ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

   - ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of

Community Assessment for the Uncompahgre RMP Planning Area                                          November 19, 2008
Meeting with City of Delta                                                                                                    page 1/6
**Final Community Assessment of the Uncompahgre Planning Area                                C-93**
**February 2009**

BLM_0015137

these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Jobs, employment.

✓ Friendly people and welcoming community.

✓ CJs Restaurant.

✓ Proximity to family.

✓ Good place to raise kids.

✓ Good schools.

✓ Stable jobs and people.

✓ Diverse economy.

✓ Recreational opportunities are diverse – both developed (recreation center) and outdoors (mountains, canyons, etc.).

✓ Weather is great. Mild weather.

✓ Outdoor activities – hunting, fishing, hiking, etc.

✓ Near winter activities and other non-winter activities.

✓ Slower pace of life.

✓ Lack of traffic.

✓ Low population density.

✓ Small, progressive community.

✓ Access to public lands.

✓ Diversity in ethnicity, age, politics, and income.

### Question 2.   Vision for your community/county/organization.

✓ Maintain agriculture base for family, heritage, economy.

✓ Provide good jobs to stop brain drain.

✓ Viable Main Street.

✓ Slow and controlled growth. Focus on multi-use districts, walkable community, community centers, maintain what makes the community nice right now.

✓ Maintain and implement regulations to provide for long-term beneficial development.

✓ Use amenities to sell growth, but use planning tools to control it (e.g., use comp plan).

✓ Stay ahead of the growth with infrastructure.

✓ Land is available for growth (even at 3 to 5 percent).

Community Assessment for the Uncompahgre RMP Planning Area                                        November 19, 2008
Meeting with City of Delta                                                                                                    page 2/6
**Final Community Assessment of the Uncompahgre Planning Area**                                      **C-94**
**February 2009**

BLM_0015138

✓ Continue to work with federal agencies to maintain accessibility to public lands.

✓ Maintaining multiple use is important to provide a diversity of economic opportunities.

✓ Tourism and hunting remain important as economic stimulus.

✓ Public lands managed more by locals' input.

✓ Public land recreation should not focus just on select use (hikers).

✓ Maintain OHV use on adobes.

✓ Improved accessibility to city facilities located on BLM and Forest Service lands.

✓ Watershed protection (but you do not need to limit access to do that).

✓ Wind farm on adobes.

✓ More family activities – water-based recreation (water park, kayak park – limited by put in and take outs and fees).

✓ No fees on public lands.

✓ Improvement of technology to keep generations remaining in Delta.

✓ Access and use of public lands as it was years ago (less restrictive, no fees, less enforcement) – use this money to manage the lands.

✓ Easier process to handle land exchanges between the BLM and Delta.

✓ Being able to utilize rivers that the City was founded on.

**Question 3.    The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Money and funding. Sales tax is main base (no property tax).

✓ Federal and state government regulations.

✓ Bureaucratic permitting process. So many agencies involved, many give conflicting direction. Each agency requires special studies, many of them unique, and all need review (which takes time).

✓ TABOR – lack of ability to control funds.

✓ Top-down management in the BLM (great to work with local staff, but as the projects get reviewed and go up the food chain, the more difficult it becomes).

✓ Unfunded federal mandates.

✓ Protected watershed; allow for other uses as long as they do not adversely impact water quality/quantity (grazing, OHV access, mitigated drilling can be okay). Water quality was just as good as it is today, even though back then there was more use in the watershed.

**Question 4.    What you like about BLM lands.**

✓ Adobes north of Delta for OHV (open play area) and target shooting. Easy access and no fees.

✓ Out-the-back-door access to do things on public lands, OHV, hiking, shooting, etc.

✓ Energy development in an environmentally responsible manner. Drilling does not impact wildlife habitat. Reclamation is important and preserves long-term uses.

✓ Wildlife viewing.

Community Assessment for the Uncompahgre RMP Planning Area                                      November 19, 2008
Meeting with City of Delta                                                                                          page 3/6
**Final Community Assessment of the Uncompahgre Planning Area**                    **C-95**
**February 2009**

BLM_0015139

✓ Restoration of mining sites can be reclaimed in better shape then prior to mining.

✓ Mountain biking.

**Question 5.** **How you and/or your community/county/organization benefit from using public lands.**

✓ Tourism that supports local economy.

✓ Physical and mental well being.

✓ Engaging in the activity in and of itself.

✓ Freedom to get out in open space (no need for amenities).

✓ See the sky and breathe the air.

✓ Solitude.

✓ Family activities.

✓ Hunting, fishing, recreation.

✓ Jobs in the mines (live here, commute to the mines). Same for drilling too.

**Question 6.** **What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Mineral development in responsible manner. | ✓ More access (less fees). |
| Social Landscape Characteristics | ✓ Continue to work with local communities to permit or provide land for municipal uses (e.g., sewer plants, etc.). | |
| Administrative/Managerial Landscape Characteristics | ✓ Great local BLM staff - helpful.<br>✓ Continue to coordinate with local agencies.<br>✓ Public outreach and meetings – partnering with local communities in conducting meetings.<br>✓ Continue to fund and support tourism development.<br>✓ Continue no fees for adobes and other areas that do not have fees right now. | ✓ Focus on local voices in local decisions of public land management.<br>✓ ROW permitting process – streamlining process.<br>✓ No fees on public lands.<br>✓ Less enforcement – use money to manage lands.<br>✓ Facilitate land tenure process.<br>✓ Top-down management in the BLM.<br>✓ Multiple agency review in permits/applications.<br>✓ Use fees to fund local projects. |

Community Assessment for the Uncompahgre RMP Planning Area          November 19, 2008
Meeting with City of Delta                                                            page 4/6
**Final Community Assessment of the Uncompahgre Planning Area          C-96
February 2009**

BLM_0015140

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Work on getting action on the WSA on adobe areas.

✓ Improve access to city facilities on public and FS land.

✓ Work with locals to set water quality standard for watersheds, then manage for that standard by communicating actions with locals (e.g., leasing could take place, but involve locals in the decision). Work with locals on water management plans.

✓ Do not dispose of public lands – needed for access and recreation for current and future generations.

✓ Use exchanges to block up land for better access and improved management.

✓ Make lands available for uses that benefit local communities (e.g., transmission lines, wind, solar, etc.).

✓ Have "responsible access" to public lands and "responsible developed."

✓ Allow for use but preserve long-term viability for future generations (e.g., favorite slippers).

**Question 8.   Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Continuing to partner in tourism development.<br>✓ Land swaps and trades. | ✓ Help open up the river – make Heartland dam passable by boats.<br>✓ Connectivity with multi-use trail systems (motorized and non-motorized). |
| County Governments? | | |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | | |
| Others? (State, etc.) | | |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓ What is the difference between impacts from ATVs vs. jeeps (why close jeep trails but keep them open to ATV use, since there is not much width difference). |
| The Land Use Planning Process | |
| This Small Group Discussion | |

Community Assessment for the Uncompahgre RMP Planning Area                    November 19, 2008
Meeting with City of Delta                                                                                  page 5/6
**Final Community Assessment of the Uncompahgre Planning Area**          **C-97**
**February 2009**

BLM_0015141

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓ Keep it as open as it is now. Possibly opening some roads that have been closed. Access!
- ✓ Recreational opportunities.
- ✓ Responsible development.
- ✓ Preserved viewshed, but reasonable and mitigated development is okay.
- ✓ Joint programming with recreation center to have activities.
- ✓ More river put in and take outs so the river can be used more from Delta (exit at Bridgeport).
- ✓ More recreational facilities and opportunities.
- ✓ Active outdoor education facilities.

**5.  ACTION ITEMS:**

- ✓ None.

Community Assessment for the Uncompahgre RMP Planning Area                                                        November 19, 2008
Meeting with City of Delta                                                                                                                     page 6/6
**Final Community Assessment of the Uncompahgre Planning Area**                                    **C-98**
**February 2009**

BLM_0015142

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Delta County**
**Delta, Colorado**
**November 19, 2008, 2:00-3:30 PM**

**Notes**

**Attendees:** Susan Hansen (Delta County Administrator), William Palmer (Delta County Sheriff's Office), Jim Ventrello (Delta County Treasurer and former Commissioner), Deana Sheriff (Delta Area Development), Bruce Hovde (Delta County Commissioner Elect), Larry Record (Delta County Road & Bridge), Jan McCracken (Delta County Commissioner), Jim Kiger (Oxbow Mining, Elk Creek Mine, Environmental Manager), Henry Barbe (Mountain Coal Company, West Elk Mine, Environmental Engineer), Lindy Gwinn (Mountain Valley News), Ken Nordstrom (Delta County Environmental Health Director), Dave Rice (Delta County Senior Planner), Rob Fiedler (Delta County Emergency Management Director), Jim Abshire (Bowie Resources), Bruce Krickbaum (BLM), Barb Sharrow (BLM), Angie Adams (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

## 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary but does not include the Gunnison Gorge National Conservation Area.

## 2. INTRODUCTIONS

Bill introduced Bruce Krickbaum, Barb Sharrow, and Angie Adams. Round robin discussion.

## 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.

- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓ Identify and address important issues of common concern related to public lands.

- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent

possible, during the land use plan update and as the plan update is implemented.

✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Climate (variety).

✓ Good place to raise a family.

✓ People – congenial, fun, neighborly.

✓ Caring community.

✓ Tremendous indoor/outdoor recreation activities, especially outdoor.

✓ World-class coal mining reserves/activity.

✓ Low taxes.

✓ Rural atmosphere – environment, agriculture, multiple use on BLM lands (logging, agriculture for varied grazing).

✓ Clean air.

✓ School system as a reason to have moved here.

✓ Location in relation to geography, outdoors: Uncompahgre plateau, Grand Mesa, San Juans, Utah, West Elks.

### Question 2.   Vision for your community/county/organization.

✓ Providing full employment locally for all residents: keeps economy going, sustainable; want kids to come back here after going to college.

✓ More jobs in Delta County.

✓ No further decline in values because of growth – want to be able to trust each other again (for example, respect for others' property, such as being able to leave cars unlocked, hunting camps vacant, etc.).

✓ Current economic contributors: coal/manufacturing/industrial, agriculture, government, some services. Want more stable economy in future. Is difficult to diversify economy.

✓ Maintain rural atmosphere, community. Includes maintaining open space, access to public lands, diverse/multiple use of public lands.

✓ Ability to access new coal lease areas for new exploration and mining activities and surface infrastructure (as old operations close).

✓ Continued coal leasing and mining.

✓ Consider other economic development opportunities in addition to coal.

✓ Maintain or enhance a sense of community: citizens take pride in the community and are

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Delta County

November 19, 2008
page 2/6

**Final Community Assessment of the Uncompahgre Planning Area
February 2009**

**C-100**

BLM_0015144

engaged in the community (including younger people).

✓ As growth occurs, need to look at crime prevention and more community policing and education.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Government regulations from Washington, DC that create orders that are not necessarily relevant to this area.

✓ Tax structure in Colorado needs to change: taxes on businesses/retail are burdensome. For business growth and diversity in the state, need to change the tax on retail.

✓ Lack of County zoning: businesses are afraid to locate here because they don't know what will be built next door.

✓ Safety is a hurdle: Colorado does not have a State Fire Marshall's office (only state in the country); County also does not have building codes that require fire safety as part of construction, for example.

✓ County Master Plan is from 1996: because it is 12 years old, perhaps it is a hurdle for managing growth.

✓ Future regulations on coal mining from US EPA, BLM, etc.

✓ Potentially out-of-state hunting fees.

✓ Pine beetle affecting land health.

✓ Aspen decline on Grand Mesa.

✓ Unwillingness to plan: must be proactive, not reactive.

**Question 4.   What you like about BLM lands.**

✓ Variety of terrain (alpine, desert, canyons, plateaus).

✓ Accessibility: motorized, foot.

✓ Multiple use.

✓ Uncrowded.

✓ Hiking.

✓ Motorcycling.

✓ OHVs/ATVs.

✓ Camping.

✓ Freedom: few rules, regulations.

✓ Hunting.

✓ Target shooting.

✓ Mineral leasing.

✓ Partnerships and informal relationships with federal land agencies: County and BLM.

Community Assessment for the Uncompahgre RMP Planning Area                    November 19, 2008
Meeting with Delta County                                                      page 3/6
**Final Community Assessment of the Uncompahgre Planning Area**                 **C-101**
**February 2009**

BLM_0015145

**Question 5.    How you and/or your community/county/organization benefit from using public lands.**

✓ Stress relief.

✓ Exercise.

✓ Exploration.

✓ Transmission lines bring service to communities.

✓ Observing wildlife.

✓ Landscaping materials.

✓ Firewood collection.

✓ Christmas tree cutting (mostly on US Forest Service lands).

✓ Watershed: drinking water, irrigation water, recreation opportunities, satisfies wildlife needs.

**Question 6.    What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Continue permitting/leasing for uranium, oil and gas, and coal. | ✓ Renewable energy facilities (and other industry/ commercial means for making money via BLM lands) need to pay similar fees for use of BLM lands as would mineral extraction, such as coal. BLM needs to have fair, balanced cost basis.<br>✓ Travel management: when travel management is done, do not punish the masses who do not abuse the public lands for the abuse of a few. Conflicting views on keeping four-wheel trails on BLM open: some participants want all motorized routes kept open, whereas others want them all closed. |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | ✓ Continue good working relationship between the Sheriff's Office and BLM.<br>✓ Continue BLM's support of coal industry with respect to mineral leasing and lease | ✓ Change: need to de-politicize agencies so leasing done on merits instead of what Washington, DC wants at the time; let the agencies do what is right. |

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Delta County

November 19, 2008
page 4/6

**Final Community Assessment of the Uncompahgre Planning Area
February 2009**

**C-102**

BLM_0015146

| Characteristic | Maintain | Change |
|---|---|---|
| | modifications. <br> ✓ Continue communication between BLM and local communities regarding off-site impacts on BLM lands. <br> ✓ Appreciate that BLM State Office typically goes along with decisions made at the Field Office level. | ✓ As trails or lands are developed, ensure there is adequate funding and staffing to manage those lands as they should be managed. |

**Question 7.** **Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

- ✓ See above.
- ✓ Suggestions for BLM RMP revision: travel management – get feedback from local groups and implement plan within reasonable amount of time. Do not linger on the process.

**Question 8.** **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | | |
| County Governments? | | ✓ Continue partnering with Counties on road maintenance (rather than closing routes because of lack of maintenance funding). Also consider partnering with OHV groups, for example, to maintain routes. <br> ✓ Continue and improve partnership with local law enforcement. Would help if there were more BLM law enforcement. <br> ✓ Continue BLM-County wildfire partnerships. <br> ✓ Need coordination between County and BLM on burn bans. |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | | ✓ Continue partnering via Public Lands Partnership. Biggest challenge is personnel. |
| Others? (State, etc.) | | ✓ Would like to see partnership between coal companies and |

Community Assessment for the Uncompahgre RMP Planning Area                    November 19, 2008 <br>
Meeting with Delta County                                                                              page 5/6 <br>
**Final Community Assessment of the Uncompahgre Planning Area**                    **C-103** <br>
**February 2009**

BLM_0015147

| | | |
|---|---|---|
| | | BLM that is based on logic and reason. Would like to consider wetland creation partnership with BLM near North Fork. |
| | | ✓ Difficult when Delta County is split between Grand Junction Field Office jurisdiction and Uncompahgre Field Office jurisdiction. Would like BLM to partner with itself to be more consistent. |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| The Land Use Planning Process | |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

✓  Like the public lands as they are right now. Maintain the current character (same use, multiple use, have not been abused). Because of future increased growth, this will require more management so will need to increase law enforcement and planning staff.

✓  Healthy landscape.

✓  Increased use of fire management as a tool.

✓  Ability to harvest beetle kill.

**Question 11.  Is there an official vision statement for your community/county/organization?**

✓  Did not discuss.

**5.  ACTION ITEMS**

✓  None.

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Delta County
November 19, 2008
page 6/6
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
C-104

BLM_0015148

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Town of Olathe**
**Olathe, Colorado**
**November 20, 2008, 9:00-11:00 AM**

<u>**Notes**</u>

<u>**Attendees:**</u> Michelle Mousner (Town of Olathe Board of Trustees), Darrin Scott (Town of Olathe Parks Director), Scott Eklund (Town of Olathe, Building Official), Lee Markley (Town of Olathe Fire Protection District, Secretary of Treasury), Paul Gottlieb (Chamber of Commerce), Donna Faries (Owner, Olathe Market), Jerra Grett (Chamber of Commerce), Ric Hawk (Olathe Police Department), Scott Harold (Olathe Town Administrator), Steven Gottlieb (Olathe Planning and Zoning), Leonard Felix, Jr. (Olathe Fire District), Bruce Krickbaum (BLM), Angie Adams (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

<u>**Handouts:**</u>

- Agenda with questions

<u>**Discussion:**</u>

1. **WELCOME**

   The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary but does not include the Gunnison Gorge National Conservation Area.

2. **INTRODUCTIONS**

   Bill introduced Bruce Krickbaum and Angie Adams. Round robin discussion.

3. **PURPOSES OF MEETING**

   Two primary objectives of the meeting:

   1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

   2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

   More specifically:

   - ✓ Determine how communities and local governments view themselves.

   - ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

   - ✓ Identify and address important issues of common concern related to public lands.

   - ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

   - ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

Community Assessment for the Uncompahgre RMP Planning Area                    November 20, 2008
Meeting with Town of Olathe                                                                                page 1/6
**Final Community Assessment of the Uncompahgre Planning Area**                    **C-105**
**February 2009**

BLM_0015149

✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Hunting, fishing, access to BLM land; climate/weather.

✓ Small community with huge heart; everybody knows everyone else; strong support system.

✓ Freedom.

✓ Agricultural community (type of people).

✓ Solid ethics.

✓ Beauty of land.

✓ Great place to raise a family.

✓ Friendly people.

✓ Good quality of life.

✓ Steady, stable economy.

✓ Diverse community.

✓ Schools' small classroom size; one-on-one attention between faculty and students; winning football team; strong autonomy.

✓ Computers/technology have brought in residents who telecommute.

✓ Recreation: used to be more unstructured and freer; has become more structured.

✓ Knowing our neighbors.

✓ Sense of security.

✓ Helping elderly.

### Question 2.   Vision for your community/county/organization.

✓ Community like it was 20 years ago; don't want subdivisions.

✓ Controlled growth and managed land use development (local control by municipalities and counties).

✓ Freedom on public lands like we used to enjoy.

✓ Continued sense of security.

✓ Knowing our neighbors.

✓ Improved infrastructure (improvements to streets, cleaning up Olathe) – beautification that leads to respect for the community.

✓ Continued caring within community.

Community Assessment for the Uncompahgre RMP Planning Area                                    November 20, 2008
Meeting with Town of Olathe                                                                                          page 2/6
**Final Community Assessment of the Uncompahgre Planning Area**                          **C-106**
**February 2009**

BLM_0015150

✓ Healthy agricultural community that contributes to the economy and quality of life.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Cooperation of people/community.

✓ Management/control of our freedoms.

✓ Financing (for improved infrastructure, etc.).

✓ Water system (stormwater system) poses threats to infrastructure, roads.

✓ Challenges to controlled growth: money; attracting specific types of growth to Olathe (such as small manufacturing businesses, beetle kill processing plant).

✓ Creating new wealth from the land (forests, minerals); challenge to creating that wealth is controlled development so we don't lose those resources.

✓ Public education is needed.

**Question 4.   What you like about BLM lands.**

✓ Multiple use.

✓ Freedom; no controls; no fees; fewer/no regulations.

✓ Ability for target practice/shooting to continue without restrictions (not at shooting range, but in more open/free space).

✓ Public policing each other: would like more of this.

✓ Open space.

✓ Recreation.

✓ Viewshed.

✓ Convenience (close location).

✓ Jeeping/motorized uses (clean-ups twice a year with organized group).

✓ Firewood collection: allow for more harvesting; open areas for firewood cutting/collection (downed trees); more accessibility so people can access those areas; more education with the permit process so people understand what downed wood is.

✓ Rock collection.

✓ Scenic driving, picnicking.

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✓ Great family activities; spending time as a family.

✓ Enjoying the outdoors.

✓ Seeing wildlife.

✓ Stress relief.

Community Assessment for the Uncompahgre RMP Planning Area                                November 20, 2008
Meeting with Town of Olathe                                                                                      page 3/6
**Final Community Assessment of the Uncompahgre Planning Area**                           **C-107**
**February 2009**

BLM_0015151

✓ Economic contribution to town (such as revenue from some hunters, gasoline for four-wheeling).

**Question 6.** **What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | | |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | | |

✓ Did not discuss.

**Question 7.** **Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ Would like target shooting to return to Peach Valley/Chukar/Bobcat.

✓ In past surveys, locals were not surveyed.

✓ BLM needs more signage along highways for how to access BLM lands; need more BLM-specific literature/brochures (including education on etiquette on BLM lands) within the communities (at businesses, Chamber of Commerce, etc.).

**Question 8.** **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Town of Olathe is considering allowing OHVs on town streets as improved access to BLM lands that are open to OHV use.<br>✓ Olathe needs to partner with BLM to maintain access across BLM lands between town and Olathe Reservoir. | ✓ Partnerships between BLM and local fire protection districts.<br>✓ Equipment sharing with Town public works department. |
| County Governments? | | ✓ Continued partnership with County law enforcement. |
| Tourism Industry? | | |
| Community Residents? | | |

Community Assessment for the Uncompahgre RMP Planning Area          November 20, 2008
Meeting with Town of Olathe                                                          page 4/6
**Final Community Assessment of the Uncompahgre Planning Area**          **C-108**
**February 2009**

BLM_0015152

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Organizations or clubs? | | ✓ BLM partnerships with snowmobiling clubs, riding clubs, and OHV clubs: gather input into the planning process and involve clubs in clean-up/maintenance of those areas. |
| Others? (State, etc.) | | ✓ More education in the public school system (whether it be in the classroom or via field trips) to understand that public lands are a privilege and not a right. <br> ✓ Consider education program for OHV/ATV safety/ responsible use, perhaps as a requirement in the permit process. <br> ✓ Educate youth about public lands – hold training or seminars on consistent basis. <br> ✓ Hunter safety training/education by CDOW: needs to include reference to BLM lands. <br> ✓ BLM needs to be more involved in search and rescue efforts in partnership with local/state. |

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

✓ None.

**Final Community Assessment of the Uncompahgre Planning Area**          **C-109**
**February 2009**

BLM_0015153

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

✓ More enforcement of areas to avoid additional limitations on OHV/ATV use.

✓ Public education: mapping, brochures, etc.; get public input on what that education should entail.

✓ Continued open space.

**Question 11.  Is there an official vision statement for your community/county/organization?**

✓ Did not discuss.

**5.  ACTION ITEMS**

✓ None.

Community Assessment for the Uncompahgre RMP Planning Area                    November 20, 2008
Meeting with Town of Olathe                                                   page 6/6
**Final Community Assessment of the Uncompahgre Planning Area                  C-110
February 2009**

BLM_0015154

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with Montrose County**
**Montrose, Colorado**
**November 20, 2008, 2:00-4:00 PM**

## Notes

**Attendees:** Jon Waschbusch (Montrose County Land Use Planner), Brian Wilson (Montrose County Engineer, Public Works Department), Gary Ellis (Montrose Board of County Commissioners), Allan Belt (Montrose Board of County Commissioners), Joe Kerby (Montrose County Manager), Dennis Murphy (Montrose County Planning Commission), Ana Mostaceero (Montrose County Public Relations), Dave Laursen (Montrose County Planning Commission), Steve Ryder (Black Canyon Land Trust), Barbara Hawke (Black Canyon Land Trust), Bruce Krickbaum (BLM), Barb Sharrow (BLM), Angie Adams (EMPSi)

**Handouts:**

- Agenda with questions

**Discussion:**

## 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary but does not include the Gunnison Gorge National Conservation Area.

## 2. INTRODUCTIONS

Angie Adams introduced Bruce Krickbaum and Barb Sharrow. Round robin discussion.

## 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.

- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓ Identify and address important issues of common concern related to public lands.

- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

Community Assessment for the Uncompahgre RMP Planning Area                    November 20, 2008
Meeting with Montrose County                                                                          page 1/6
**Final Community Assessment of the Uncompahgre Planning Area**                    **C-111**
**February 2009**

BLM_0015155

✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Small town living, nearby multitude of natural resources. Many outdoor activities, beautiful scenery.

✓ Community size, access to BLM lands. Small town but with bigger city amenities.

✓ Near university, full range of demographics, outdoor recreation.

✓ Agriculture.

✓ Variety of topography and landscapes: from high desert to mountains.

✓ Climate.

✓ Water: for irrigation, drinking, recreation. Agriculturally orientated. Green (not brown) environment and scenery.

✓ Community is not very diverse, and there is a culture clash. New people are moving into the area with new ideas, and the "old timers" are unhappy with the growth.

✓ Ranching.

✓ Progressive and clean community.

✓ Unique ecosystems such as the adobe badlands.

✓ Good hospital.

✓ Good first impression when visiting the area, so moved here.

### Question 2.   Vision for your community/county/organization.

✓ Avoid sprawl by having a well-planned community and planned growth.

✓ Good transportation planning. Must work to maintain access to public lands.

✓ Continue to have adequate water in streams/rivers for irrigation, recreation, and drinking water source. Increase water storage.

✓ Use the Uncompahgre River for recreation by developing riverside trail system, which would require easements through private properties or purchase of land.

✓ Would like to draw west and east ends of Montrose County together (currently are divided). Need paved and maintained road across Uncompahgre Plateau to connect communities together.

✓ Public transportation, including buses and light rail, and incorporating existing shuttle systems (from Telluride, including ride-sharing for commuters). Senior transit needs to be expanded among counties.

✓ Focus on developing recreational routes and use of the river corridor from Ouray to south

Community Assessment for the Uncompahgre RMP Planning Area                                    November 20, 2008
Meeting with Montrose County                                                                          page 2/6
**Final Community Assessment of the Uncompahgre Planning Area**                               **C-112**
**February 2009**

BLM_0015156

Montrose with a community-wide focus.

- ✓ Continued access to public lands. More enforcement of violators by self-policing and higher penalties.
- ✓ Need for gravel in County; consider getting from public lands and identifying where resources are.
- ✓ College campus in Montrose.
- ✓ Vibrant downtown with occupied businesses.
- ✓ Integrated non-motorized trail system between County and BLM lands.
- ✓ More traditional parks where camping is available.
- ✓ Clean and renewable energy as long as it is organized and well planned.
- ✓ Airport as an economic engine with improved aerospace industry.
- ✓ Most important social aspect is the need for a college to support younger residents.
- ✓ More technological jobs, including day traders, high-tech industry, telecommuters who live here but work elsewhere. More seasonal opportunities.
- ✓ Bicycle paths (easy or moderate terrain).
- ✓ Water storage.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

- ✓ Shift from agricultural economy to service economy.
- ✓ Growth and doubling population.
- ✓ Segregated work force. Want technical and research and development industries/jobs, and not more low-wage employers. Need businesses to bring in more skilled workforce.
- ✓ More job opportunities for the youth.
- ✓ The need for more activities for youth; will stay out of trouble if more to do.
- ✓ Housing/real estate: there is little affordable housing available.
- ✓ Flood issues in proposed subdivisions that are not mapped as FEMA floodplains, which becomes a County issue. Need County to share their GIS with BLM. Need a stormwater control plan and drainage district.
- ✓ Schools: out of space / overcrowded. Curriculum needs improvement.
- ✓ Need for public education regarding public lands issues, why they are important, and rules and regulations on public lands.
- ✓ Money: where are the sources and funding for improvements?
- ✓ Transportation: funding sources (taxes, fees).
- ✓ The support to attract college; is Montrose big enough for a college campus?
- ✓ Would like to draw west and east ends of Montrose County together (currently are divided). Need paved and maintained road across Uncompahgre Plateau to connect communities together.

**Question 4.   What you like about BLM lands.**

- ✓ Not over-regulated. People become less interested in visiting/using public lands when there are too many regulations.
- ✓ Multiple use, freedom, citizens own public lands.
- ✓ Highly accessible.
- ✓ Lots of variety.
- ✓ Hunting, fishing, biking, getting out and enjoying nature. Great amenities.
- ✓ Not confined to specific points. Can go off the beaten path while staying on routes.
- ✓ Preservation of the rare adobe badlands ecosystem and other unique ecosystems.
- ✓ Hiking with family and friends.
- ✓ The dark night sky.
- ✓ Transition/buffer zones that the public lands offer (wildland-urban interface).

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

- ✓ Stress relief.
- ✓ Important economically.
- ✓ Sense of self-renewal.

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Preserving lands. | |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | | ✓ Control OHV use with more law enforcement on BLM lands, implementing fines (such as confiscation of equipment). |

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

- ✓ Need to minimize artificial lighting on BLM lands (such as lights from transmission lines). Need light ordinances and/or light shielding. Specifically, need to shield the lights at the pump station on Transfer Road.
- ✓ Tie roads/routes together to create a large (potentially over 100 miles), multi-use loop system (in the west end of County) as a recreational opportunity for OHVs/ATVs (stay on routes).
- ✓ Need off-channel water storage on the San Miguel River.

**Question 8.    Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | | |
| County Governments? | ✓ Improved communication between the BLM and the County, including BLM's input into the County's quarterly newsletter.<br>✓ A new source for large-block sandstone is needed in Montrose and Delta Counties.<br>✓ Partnerships between Counties, conservationists, and BLM to maintain informal access points across private or other lands to BLM lands (such as Planned Unit Development).<br>✓ Coordinate with County on road improvement over the Uncompahgre Plateau.<br>✓ Coordinate with County on road and energy development to keep roads open and to regulate offenders.<br>✓ Water storage site partnership between BLM and County; would like BLM to support such a site. | ✓ Partnership with County on landfill to curtail illegal dumping. Would include community education.<br>✓ Continued weed management collaboration.<br>✓ Need coordination between emergency management agencies (flood, fire, etc.). |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | ✓ Continue collaboration with the Public Lands Partnership. | |
| Others? (State, etc.) | | |

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with Montrose County
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**

November 20, 2008
page 5/6
**C-115**

BLM_0015159

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓ Importance of the industries that are dependent on public lands (such as mining, hunting, logging, fishing, recreation).<br>✓ Invaluable to keep public lands as open space; coordinate with conservation trust groups to promote this. |
| The Land Use Planning Process | ✓ How to deal with fragmented or inaccessible parcels of public lands in the land use plan: keep those greater than 160 acres as open space. Smaller parcels should be considered for disposal if there is no public access to them. |
| This Small Group Discussion | |

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

  ✓ See questions/responses above.

**Question 11.  Is there an official vision statement for your community/county/organization?**

  ✓ Did not discuss.

**5.  ACTION ITEMS**

  ✓ **Dennis Murphy:** Get County's flood mapping GIS from Jon Waschbusch.

Community Assessment for the Uncompahgre RMP Planning Area                                    November 20, 2008
Meeting with Montrose County                                                                                      page 6/6
**Final Community Assessment of the Uncompahgre Planning Area**                              **C-116**
**February 2009**

BLM_0015160

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with City of Montrose**
**Montrose, Colorado**
**November 21, 2008, 9:00-11:00 AM**

### Notes

**Attendees:** Garry Baker (City of Montrose, Senior Planner), Gail Marvel (Montrose City Council), Scott Sellers (Montrose Assistant City Manager), Judy Wind (City of Montrose Planning Commission Chair), Bruce Krickbaum (BLM), Barb Sharrow (BLM), Angie Adams (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

## 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary but does not include the Gunnison Gorge National Conservation Area.

## 2. INTRODUCTIONS

Bill introduced Bruce Krickbaum and Angie Adams. Round robin discussion.

## 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.

2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.

- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

- ✓ Identify and address important issues of common concern related to public lands.

- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

- ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

BLM_0015161

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Climate.

✓ Scenery, natural beauty of area.

✓ Smaller community.

✓ Love the public lands: recreation (biking, climbing, hiking).

✓ Access to quality medical care.

✓ Access to quality recreation.

✓ Quality of life: recreation, shopping, medical care, good education, other services are available; clean air, blue sky, dark night sky, no pollution, walking paths, nice grocery stores, safe, little traffic.

✓ Good school system.

✓ Good community to raise family, safe environment.

✓ Community rallies around negative incidents.

✓ Diversity: there is shopping/economic variety between larger retail (big box) stores and downtown businesses (add to charm and character of city); retail draws people/shoppers regionally.

✓ Some ethnic diversity.

✓ Concern about community being able to support long term the rapid shopping growth that has occurred lately; concern about empty retail buildings.

✓ Hispanic portion of community seems isolated from remainder of community.

### Question 2.   Vision for your community/county/organization.

✓ Physical size of Montrose will not be any larger than it is today.

✓ Improved transportation system: better roads.

✓ River corridor greenway buffer: continuous greenways in the City with public access where available.

✓ Sustainable industry.

✓ Continued healthy, responsible growth (not too fast): more shopping, more entrepreneurs.

✓ How to sustain younger population and attract younger families.

✓ Will be more seniors/aging population; want more senior housing (denser retirement/independent living communities).

✓ Better work force, especially in service industry.

✓ Connect bike/pedestrian paths/trails, including in City and from Montrose to Ridgway.

✓ Getting the word out about public lands trail systems, boundaries, what is available.

Community Assessment for the Uncompahgre RMP Planning Area                                   November 21, 2008
Meeting with City of Montrose                                                                                      page 2/5
**Final Community Assessment of the Uncompahgre Planning Area**                        **C-118**
**February 2009**

BLM_0015162

✓ More human-powered recreation opportunities around Montrose.

✓ Direct links (interconnection) from City to public lands.

✓ Encourage more recreation immediately adjacent to City.

**Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Funding to make education a reality.

✓ Funding to support public education (school system).

✓ Lack of community support for higher-density housing.

✓ Communities non-support for local pods of retail within neighborhoods; people still prefer to drive to big box retail stores.

✓ Difference in views of change by newer residents and people who have lived here longer (20+ years).

**Question 4.   What you like about BLM lands.**

✓ Vision: create trail through adobe badlands, advertise/market them better.

✓ Scenic driving.

✓ Accessibility.

✓ Easily accessible.

✓ Picnicking.

✓ Four-wheel jeeping.

✓ Close to town.

✓ Exploration.

✓ Uncrowded.

✓ Scenery.

✓ Get away from it all.

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✓ Relaxation, lifts spirits, fulfillment.

✓ Different perspective.

✓ Desire to get out of town and look at the views.

✓ Mental, spiritual, emotional satisfaction.

✓ Want to see less trash.

✓ Stops the busyness of the world in your head; causes a shift to not being able to do business.

✓ Economic benefit of hunting, wintering wildlife, natural resource development (mining).

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change**

Community Assessment for the Uncompahgre RMP Planning Area                          November 21, 2008
Meeting with City of Montrose                                                                              page 3/5
**Final Community Assessment of the Uncompahgre Planning Area**                 **C-119**
**February 2009**

BLM_0015163

**for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | | |
| Social Landscape Characteristics | | |
| Administrative/Managerial Landscape Characteristics | | |

✓ See Question 7.

**Question 7.   Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

✓ There is a lot of potential that hasn't been planned for: how to use the public lands for energy production, tourism, roads
✓ More education: better advertising/marketing about what is available locally; better signage
✓ Information needs to be available at Chamber of Commerce

**Question 8.   Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Partnering with City visitor's bureau to develop tourism on public lands (to economically benefit City); also consider how that would benefit local citizens (to improve quality of life for locals).<br>✓ Consider partnership opportunities between BLM, City, and County to reduce/eliminate trash dumping on public lands. | |
| County Governments? | ✓ Consider partnership opportunities between BLM, City, and County to reduce/eliminate trash dumping on public lands. | |
| Tourism Industry? | | |
| Community Residents? | | |
| Organizations or clubs? | | |
| Others? (State, etc.) | | ✓ Need more media exposure, publicity, communication. |

Community Assessment for the Uncompahgre RMP Planning Area
Meeting with City of Montrose
November 21, 2008
page 4/5
**Final Community Assessment of the Uncompahgre Planning Area
February 2009**
C-120

BLM_0015164

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | |
| The Land Use Planning Process | |
| This Small Group Discussion | |

✓ None.

**Question 10.  Describe your vision for surrounding public lands over the next 10 to 15 years.**

✓ Would support renewable energy facilities that have direct, sustainable use locally.

✓ More law enforcement presence; concern about creation of informal trails and trash dumping.

✓ Less trash dumping on public lands.

✓ Destination place for recreation.

✓ Managed as change occurs.

✓ Relationships with communities in planning area.

**Question 11.  Is there an official vision statement for your community/county/organization?**

✓ Did not discuss.

**5.  ACTION ITEMS**

✓ None.

Community Assessment for the Uncompahgre RMP Planning Area      November 21, 2008
Meeting with City of Montrose      page 5/5
**Final Community Assessment of the Uncompahgre Planning Area      C-121
February 2009**

BLM_0015165

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with the Town of Naturita**
**Naturita, Colorado**
**December 8, 2008, 6:00-8:00 PM**

### Notes

**Attendees:** Tami Lowrance (Nucla/Naturita Telephone Company), Cameron Riley (Mayor of Naturita), Robert Haining (Trustee/Physical Plant Supervisor), Zoe Ghali (EMPSi), Jennifer Zakrowski (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

### 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

### 2. INTRODUCTIONS

Bill introduced Jennifer Zakrowski and Zoe Ghali. Round robin discussion.

### 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.
2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

- ✓ Determine how communities and local governments view themselves.
- ✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.
- ✓ Identify and address important issues of common concern related to public lands.
- ✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.
- ✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.
- ✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

Community Assessment for the Uncompahgre RMP Planning Area                                    December 8, 2008
Meeting with Town of Naturita                                                                                        page 1/5
**Final Community Assessment of the Uncompahgre Planning Area**                              **C-122**
**February 2009**

BLM_0015166

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Naturita has always been home; my roots are here.

✓ Enjoy the lifestyle.

✓ Country setting; 15 minutes from seeing anything.

✓ Wildlife opportunities.

✓ Access to San Miguel River.

✓ Variety of landscape (e.g., desert sands to Telluride).

✓ Closeness of community.

✓ Great schools.

✓ Good airport.

✓ Good medical services, including a medical clinic in town.

✓ Insulated from national economy.

✓ Low pollution levels (one cloud of steam from power plant).

✓ No congestion.

✓ Jeeping and hunting activities are easily accessible, but you don't run into people.

✓ Access to public lands.

### Question 2.   Vision for your community/county/organization.

✓ Community should stay the same as it is now.

✓ Maintain access to public lands but preserve characteristics for people to enjoy.

✓ Improve public access if possible.

✓ Fairness/clarity of regulations on public lands.

✓ Do not need signs everywhere.

### Question 3.   The most important social, environmental, and economic issues, values, and concerns to meet your vision.

✓ Ensure that this community isn't over regulated and therefore insulated (a result from the US Forest Services' route designations).

✓ Maintain population size.

✓ Water supply (current status is okay, but do not have an abundance).

✓ Water storage issues.

Community Assessment for the Uncompahgre RMP Planning Area                                          December 8, 2008
Meeting with Town of Naturita                                                                                                page 2/5
**Final Community Assessment of the Uncompahgre Planning Area**                                **C-123**
**February 2009**

BLM_0015167

✓ Mining industry will return – increases jobs and money in the community.

✓ Mining/logging is viewed in this community as "progress," and when done properly it aids our society. Mining/logging companies took good care of their employees and their families.

✓ Agricultural lands are turning into subdivisions because there is more money in it.

✓ Families will continue to retain lands for 15-20 years until younger generations sell out.

✓ Moderate changes to public lands (i.e., the landscape) for energy development could be okay.

**Question 4.   What you like about BLM lands.**

✓ Year-round recreation opportunities.

✓ Four-wheeling on snowpack.

✓ Collecting timber for firewood and cedar fence posts.

✓ Collecting rocks for landscaping garden.

✓ Collecting pinon nuts and juniper berries.

**Question 5.   How you and/or your community/county/organization benefit from using public lands.**

✓ Rely on hunters to spend money in the local economy.

✓ Scenic byway brings people through the town. Naturita is not necessarily the destination spot, but it gets passersby.

✓ Mountain biking, rock climbers, and rafters spend money in the local economy.

✓ Outfitters are increasing in the area.

✓ Beneficial outcomes from the experiences include peace, solitude, fun, relaxation.

✓ Every time you recreate, you always see something new (created by man or animals).

**Question 6.   What specific physical, social, and administrative activities, characteristics, and regulations you would have BLM maintain or change for you to achieve your desired outcomes or expectations while visiting public lands.**

| Characteristic | Maintain | Change |
|---|---|---|
| Physical Landscape Characteristics | ✓ Current landscape; change is bad. <br> ✓ Continue controlled burns on public lands, which create excellent grasslands that benefit wildlife. <br> ✓ Retain ownership so private landowners are not able to block public access. | ✓ BLM should let people collect fallen timber to clean up the lands and improve health of forests (i.e., reduce likelihood of wildland fires). <br> ✓ Identify and develop springs on public lands. <br> ✓ Grazing activities need to be monitored. <br> ✓ Grazing permits should require fencing around |

Community Assessment for the Uncompahgre RMP Planning Area                                      December 8, 2008
Meeting with Town of Naturita                                                                                              page 3/5
**Final Community Assessment of the Uncompahgre Planning Area**                      **C-124**
**February 2009**

BLM_0015168

| Characteristic | Maintain | Change |
|---|---|---|
|  |  | ponds to minimize damage (cattle and mudders). |
| Social Landscape Characteristics |  | ✓ Improve restrooms; handicap accessibility. |
| Administrative/Managerial Landscape Characteristics | ✓ Maintain access to federal lands. (Major concern with restricting access to public lands like the US Forest Service did). <br> ✓ Maintain grazing leases (BLM takes good care of permittees). | ✓ Improve outreach; build trust with the community. <br> ✓ Improve regulations by minimizing them; increased regulations only hurt innocent people. |

**Question 7.**   **Specific BLM management actions that should be implemented to assure you can achieve your desired outcomes.**

- ✓ BLM should consider water storage on their lands.
- ✓ BLM should identify and develop springs on their public lands.
- ✓ BLM should communicate honestly with the public.

**Question 8.**   **Partnership/collaboration opportunities between BLM and your community/county/organization.**

| Potential Partners | Collaborative Role in Planning | Collaborative Role in Managing |
|---|---|---|
| Municipal Governments? | ✓ Explore developing recreational opportunities with Naturita. <br> ✓ Improve access from town (paths for foot, bike, and horse). <br> ✓ Explore land swaps to enhance access to public lands (easements). <br> ✓ BLM recreation/ observatory. | ✓ Cooperatively develop water storage with local towns. |
| County Governments? |  |  |
| Tourism Industry? |  |  |
| Community Residents? | ✓ Develop 4x4 trails. |  |
| Organizations or clubs? |  |  |
| Others? (State, etc.) |  |  |

BLM_0015169

**Question 9.   Other comments regarding:**

| Identified Issues | Comments/Suggestions |
|---|---|
| Public Lands | ✓  BLM should consider cleaning up tires dumped in a wash (46N16W Section 29) (green dot on Naturita/Paradox map). |
| The Land Use Planning Process | ✓  BLM should be honest with *their* vision of the public lands. Forest Service has ruined trust with the public. The public just wants honesty from the agency. Be truthful with what their vision is. |
| This Small Group Discussion | |

**Question 10.   Describe your vision for surrounding public lands over the next 10 to 15 years.**

- ✓  Retain/maintain the public lands as they are today.
- ✓  Minimize change.
- ✓  Do not do what the Forest Service did (e.g., route closures, over regulations).

**Question 11.   Is there an official vision statement for your community/county/organization?**

- ✓  Not identified.

**5.  ACTION ITEMS**

- ✓  No follow-up action items identified.

Community Assessment for the Uncompahgre RMP Planning Area     December 8, 2008
Meeting with Town of Naturita     page 5/5
**Final Community Assessment of the Uncompahgre Planning Area**     **C-126**
**February 2009**

BLM_0015170

**BLM Uncompahgre Field Office**
**Community Assessment for the Uncompahgre RMP Planning Area**
**Meeting with City of Ouray**
**Ouray, Colorado**
**December 9, 2008, 1:00-3:00 PM**

## Notes

**Attendees:** Patrick Rondinelli (City Administer), Mike Fedel (Land Use Planning Coordinator), Bruce Krickbaum (BLM), Jennifer Zakrowski (EMPSi), Zoe Ghali (EMPSi), Bill Bottomly (West Slope Mediation and Facilitation)

**Handouts:**

- Agenda with questions

**Discussion:**

### 1. WELCOME

The BLM is beginning the process to update the resource management plan (RMP) for the Uncompahgre Field Office. The planning area is the Field Office (FO) boundary, but decisions will only be made on BLM-administered lands.

### 2. INTRODUCTIONS

Bill introduced Bruce Krickbaum, Jennifer Zakrowski, and Zoe Ghali. Round robin discussion.

### 3. PURPOSES OF MEETING

Two primary objectives of the meeting:

1. Ensure that when the BLM carries out the RMP process, it addresses what is important to your communities in relation to public lands.
2. Start a dialogue between the Field Office staff and community leaders so that relationships have been established before we become active in the RMP revision process.

More specifically:

✓ Determine how communities and local governments view themselves.

✓ Determine how communities and local governments view BLM-managed lands and BLM management practices in relation to their communities.

✓ Identify and address important issues of common concern related to public lands.

✓ Help determine BLM's role as a source of support for communities, local governments, and local economies, and possible ways BLM could partner in the future with communities, where appropriate.

✓ Maintain consistency with the objectives and goals in local community plans, to the extent possible, during the land use plan update and as the plan update is implemented.

✓ Meet and talk with key local representatives early in the plan update process, especially where governmental jurisdictions or other landowners may be affected by management of these lands or are adjacent to public lands.

Community Assessment for the Uncompahgre RMP Planning Area                    December 9, 2008
Meeting with City of Ouray                                                                    page 1/5
**Final Community Assessment of the Uncompahgre Planning Area**              **C-127**
**February 2009**

BLM_0015171

✓ Identify suggestions community leaders may have for changes BLM could make or actions BLM should consider to better meet local community needs and manage public lands.

✓ Foster collaborative relationships in which information is continually shared and updated throughout the planning process and as the plan update is implemented.

## 4. BRAINSTORMING ABOUT PUBLIC LANDS

### Question 1.   Why you like living here / choose to live here.

✓ Family roots; heritage.

✓ Good lifestyle (better than anywhere else).

✓ Multi-generational (mining families).

✓ Conservative community.

✓ Minimal government intervention.

✓ The surrounding environment.

✓ Nearby recreational opportunities: skiing, hiking, hunting, camping, climbing.

✓ Collecting firewood.

✓ Community supported with volunteerism.

✓ The community has a good balance of tourism in the summer, but quiet in the winter.

✓ Fourth of July party is big event.

✓ Good schools that provide diverse opportunities because of the small-town format (i.e., kids are involved in basketball, football, *and* speech)

### Question 2.   Vision for your community/county/organization.

✓ Diversity and balance for the soul of the community.

✓ Rebirth of mining to provide steady jobs.

✓ Diversify the economy so it is more resilient (tourism is an unstable industry).

✓ Year-round employment.

✓ Need to balance tourism with industry to provide more stability.

✓ Develop sustainable light manufacturing/industry growth that is accepted by the local community, while encouraging tourism.

✓ Use local materials and develop residential support for extracting and manufacturing them.

✓ Provide a ready source of sand, gravel, and rock through local resources for construction purposes.

✓ Water supply provided by spring on US Forest Service land (special use permit – Ouray owns rights).

✓ Continue good relationship with Ouray County (IGAs with municipalities and the County) UGMA.

✓ Continue good relationship with the Town of Ridgway.

Community Assessment for the Uncompahgre RMP Planning Area                                        December 9, 2008
Meeting with City of Ouray                                                                                                      page 2/5
**Final Community Assessment of the Uncompahgre Planning Area**                         **C-128**
**February 2009**

BLM_0015172

✓ Maintain access to public lands.

✓ Active trail group collaborates with US Forest Service.

✓ Develop a self-contained and self-sustainable community; within five years the City of Ouray could have water, electric power, (by owning the local hydropower plant) and geothermal energy.

**Question 3.    The most important social, environmental, and economic issues, values, and concerns to meet your vision.**

✓ Government red-tape on natural resource utilization makes development difficult.

✓ Bureaucracy is lengthy process; even though it is understandable why checks and balances are in place, it considerably slows down the process.

✓ Personality of the town is changing – less natives – more transplants. Change in character of community.

✓ Demographics have shifted drastically.

✓ Affordability is a challenge (houses/jobs).

✓ Not like the 60s where everyone had a stable job.

✓ Put power back into local offices because cookie-cutter management approach does not work.

✓ Maintain one-on-one relationships with local offices.

✓ Create/develop smart growth.

✓ Issues with processing rock and gravel in city limits – Ouray could manufacture their own, but city residents don't want to see processing, etc. in town.

✓ Residential areas have encroached, and therefore minimized commercial activities.

✓ Water is an issue because there is a struggle between understanding water rights (senior rights), ranches, and local citizens. City of Ouray doesn't have water meters. Residents feel since they are at the headwaters, their water use should not be regulated.

✓ Eastern slope vs. Western slope water rights issues; Eastern slope should not be making decisions for the Western slope.

✓ Huge impact of second homeowners.

✓ This is Ouray's only interaction with BLM.

**Question 4.    What you like about BLM lands.**

✓ Consider federal lands as our own personal property.

✓ Ease of access.

✓ Recreational opportunities abound.

✓ Proximity to house.

✓ Open opportunities for a variety of resource uses.

✓ Mountain biking is a growing sport.

Community Assessment for the Uncompahgre RMP Planning Area                                    December 9, 2008
Meeting with City of Ouray                                                                                                      page 3/5
**Final Community Assessment of the Uncompahgre Planning Area**                   **C-129**
**February 2009**

BLM_0015173