CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: LOWER GUNNISON

## 9 - RIVER SEGMENT:  ROSE CREEK
## HYDROLOGIC UNIT:  Lower Gunnison
**\*\*Segment will be evaluated for suitability during development of the Dominguez-Escalante RMP.**

**Description:** This perennial tributary of Little Dominguez Creek drains from the east side of the Uncompahgre Plateau and is within the Dominguez Canyon Wilderness Area. The creek's upper terminus is the confluence of Barkley Cabin Gulch and Corral Gulch, while the lower terminus is the UFO boundary. High flows primarily occur during spring snowmelt and occasional summer rain events. Perennial base flow occurs throughout most of this segment, which originates from multiple groundwater discharge points at the contact between the Entrada and Chinle geologic formations.

> **Lower Terminus -** Latitude: 38° 42' 12.23" N; Longitude: 108° 26' 16.87" W
> **Upper Terminus -** Latitude: 38° 40' 15.32" N; Longitude: 108° 28' 56.86" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 3.90 | | | | **3.90** | **100%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 1,266.9 | 40.4 | | | **1,307.3** | **100%** |

**Outstandingly Remarkable Values:  Scenic**

1) <u>Scenic</u> - An interdisciplinary BLM field inventory team evaluated the area and assigned a **Scenic Quality Classification of A**. The following observations were derived from their field notes: Rose Creek possesses very high scenic qualities that are rare in the area of comparison. Prominent vertical and horizontal cliffs, interesting erosional features, major rock outcroppings, narrow chasms and stepped ridgelines, together with dense and diverse vegetation especially in the canyon bottoms, make Rose Creek a visually spectacular landscape. Rock formations, small waterfalls, alcoves, hanging gardens, and pools add significantly to the area's visual character. Adjacent landforms provide rich color in contrasting shades of tan, pink, red, orange, brown, and blue. The surrounding vegetation contributes hues of green, gold, yellow, tan, and gray, completing the stunning scene.

**Preliminary Classification:  Wild**

<u>Rationale</u> - There are no water diversions, impoundments, or developments of any kind along this remote segment. The entire shoreline is primitive and not accessible by road or trail.

BLM_0015402



**Map 10 - Roubideau Creek, Segment 1**

*Total Segment Length:* **10.74 miles**

*BLM-administered Portion:* **10.00 miles**

*Hydrologic Unit:* **Lower Gunnison**

*Preliminary Classification:* **Wild**

*Outstandingly Remarkable Values:* **Recreational, Wildlife, Cultural, Vegetation**

BLM_0015403

CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: LOWER GUNNISON

## 10 - RIVER SEGMENT:  ROUBIDEAU CREEK, SEGMENT 1
## HYDROLOGIC UNIT:  Lower Gunnison

**Description:** Roubideau Creek is a perennial tributary of the Gunnison River that drains from the east side of the Uncompahgre Plateau. High flows typically occur during spring snowmelt. The upper terminus of this segment is the boundary with the Uncompahgre National Forest, while the lower terminus is the north boundary of Camelback Wilderness Study Area (WSA).

**Lower Terminus -** Latitude: 38° 38' 9.10" N; Longitude: 108° 11' 23.20" W
**Upper Terminus -** Latitude: 38° 31' 59.00" N; Longitude: 108° 12' 3.16" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 10.00 | | | 0.74 | **10.74** | 93% |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 2,703.0 | < 0.1 | | 148.6 | **2,851.6** | **94.8%** |

**Outstandingly Remarkable Values:  Recreational, Wildlife, Cultural, Vegetation**

1)  <u>Recreational</u> - This section of Roubideau Creek lies entirely within Camelback WSA and provides outstanding opportunities for primitive recreation. Activities include hiking, backpacking, horseback riding, photography, nature study, and other non-mechanized uses. There is vehicle access at the lower terminus of the segment. The natural appearance of this perennial stream and associated riparian area within a highly scenic, wilderness-quality canyon offer superior opportunities for non-mechanized recreation in a primitive setting.

2)  <u>Wildlife</u> - The area has been designated as a potential conservation area for the northern leopard frog (*Rana pipiens*), which is known to occur along this reach. This species has been petitioned for listing and is currently under status review by the FWS, and a twelve-month finding is pending; i.e., listing of the species throughout all or a significant portion of its range may be warranted. This section of Roubideau Creek is also regionally important habitat for desert bighorn sheep (*Ovis canadensis*). The lower end of the creek is used extensively as a water source by this species, while the cliffs above are used for lambing.

3)  <u>Cultural</u> - The stream flows past an inscription panel of extreme historic significance. In 1769, the site was visited by Juan Maria Rivera at the behest of the king of Spain. Rivera was the first European explorer to enter what later became Colorado, and was responsible for the route of the later Escalante and Dominguez party in 1776. Rivera left his name and a date carved into a rock face at this site. Other rock art on the panel includes a prehistoric mountain sheep figure. This site qualifies for and has been nominated to the NRHP under **Criterion A**: *Associated with*

BLM_0015404

*events that have made a significant contribution to the broad pattern of our history,* **Criterion B**: *Associated with the lives of persons important in our past,* and **Criterion D**: *Yielded, or may be likely to yield, information important in history or prehistory.*

4) <u>Vegetation</u> - This segment contains areas of Fremont cottonwood/skunkbush sumac riparian woodland (*Populus Fremontei/Rhus trilobata*) which are classified as globally imperiled (G2). Areas of globally imperiled (G2) skunkbush sumac/sandbar willow riparian shrubland (*Rhus trilobata/Salix exigua*) also occur along this segment. The segment lies within the CNHP-designated Roubideau Creek Potential Conservation Area.

**Preliminary Classification:  Wild**

<u>Rationale</u> - Although there are no roads or water diversions along this stretch of Roubideau Creek, a large diversion upstream significantly reduces water flow. The shoreline is essentially primitive. The only evidence of human activity is single track trails that cross the creek.


BLM_0015405



**Map 11 - Roubideau Creek, Segment 2**

*Total Segment Length:* **7.59 miles**

*BLM-administered Portion:* **3.45 miles**

*Hydrologic Unit:* **Lower Gunnison**

*Preliminary Classification:* **Scenic**

*Outstandingly Remarkable Values:* **Wildlife, Vegetation**

## 11 - RIVER SEGMENT: ROUBIDEAU CREEK, SEGMENT 2
## HYDROLOGIC UNIT: Lower Gunnison

**Description:** Roubideau Creek is a perennial tributary of the Gunnison River that drains from the east side of the Uncompahgre Plateau. High flows typically occur during spring snowmelt and from runoff generated by occasional summer thunderstorm activity. The upper terminus of this segment is the north boundary of Camelback WSA, while the lower terminus is along the boundary of lands managed by the State of Colorado, approximately three miles upstream from the Gunnison River confluence.

> **Lower Terminus -** Latitude: 38° 42' 10.67" N; Longitude: 108° 8' 49.95" W
> **Upper Terminus -** Latitude: 38° 38' 9.10" N; Longitude: 108° 11' 23.20" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 3.45 | | | 4.14 | 7.59 | 45.5% |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 1,326.7 | | 33.1 | 844.9 | 2,204.7 | 60.2% |

**Outstandingly Remarkable Values:  Wildlife, Vegetation**

1) <u>Wildlife</u> - This area has been designated as a potential conservation area for the northern leopard frog *(Rana pipiens)*, which is known to occur along this reach. This species has been petitioned for listing and is currently under status review by the FWS. A twelve-month finding is pending which will determine whether listing of this species throughout all or a significant portion of its range may be warranted. This section of Roubideau Creek is also regionally important habitat for desert bighorn sheep *(Ovis canadensis)*. The creek is used extensively as a water source by this species, while the cliffs above are used for lambing.

2) <u>Vegetation</u> - This section of Roubideau Creek contains areas of Fremont cottonwood/ skunkbush sumac riparian woodland *(Populus deltoides spp. wislizenii/Rhus trilobata)*, which is classified as globally imperiled (G2). The segment is included within the CNHP-designated Roubideau Creek Potential Conservation Area.

**Preliminary Classification:  Scenic**

<u>Rationale</u> - Roads or trails parallel the creek along this entire segment. There is an unhardened road ford near the upper terminus and a county road bridge in the lower section. There are water diversions along this river segment. A large diversion near the headwaters significantly reduces the flow in this segment during irrigation season.


BLM_0015407



## HYDROLOGIC UNIT 2 - NORTH FORK OF THE GUNNISON

### *Eligible Segments:* 2

12. Deep Creek
13. West Fork Terror Creek


BLM_0015408



## Map 12 - Deep Creek

*Total Segment Length:* **2.55 miles**

*BLM-administered Portion:* **0.58 miles**

*Hydrologic Unit:* **North Fork of the Gunnison**

*Preliminary Classification:* **Scenic**

*Outstandingly Remarkable Values:* **Fish**


BLM_0015409

## 12 - RIVER SEGMENT:  DEEP CREEK
## HYDROLOGIC UNIT:  North Fork of the Gunnison

**Description:** Deep Creek is a perennial headwater stream that drains from the Ragged Mountains and discharges into Paonia Reservoir. High flows on this stream typically occur during spring snowmelt. The lower terminus of this segment is the confluence of Deep Creek with Paonia Reservoir along the North Fork of the Gunnison River, while the upper terminus is the upstream limit of BLM-managed lands.

> **Lower Terminus -** Latitude: 38° 57' 16.77" N; Longitude: 107° 20' 1.39" W
> **Upper Terminus -** Latitude: 38° 58' 40.89" N; Longitude: 107° 18' 13.85" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 0.58 | | | 1.97 | **2.55** | **22.7%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 127.7 | | | 680.2 | **807.9** | **15.8%** |

**Outstandingly Remarkable Values:  Fish**

1)  <u>Fish</u> - Based upon the best available genetic information, this river segment harbors a genetically pure population of greenback cutthroat trout (*Oncorhynchus clarki stomias*), a species listed as threatened under the Endangered Species Act. This is one of 37 known greenback populations on the west slope of Colorado.

**Preliminary Classification:  Scenic**

<u>Rationale</u> - An unsurfaced road crosses Deep Creek via an unhardened ford within and near the upper terminus. The remaining river channel and associated corridor are primitive and undeveloped. There are irrigation diversions upstream from this reach.

BLM_0015410



**Map 13 - West Fork Terror Creek**

> *Total Segment Length:* **1.21 miles**
>
> *BLM-administered Portion:* **0.47 miles**
>
> *Hydrologic Unit:* **North Fork of the Gunnison**
>
> *Preliminary Classification:* **Scenic**
>
> *Outstandingly Remarkable Values:* **Fish**


BLM_0015411

## 13 - RIVER SEGMENT:  WEST FORK TERROR CREEK
## HYDROLOGIC UNIT:  North Fork of the Gunnison

*Description:* The West Fork of Terror Creek is a perennial headwater stream on the southern flank of Grand Mesa north of Paonia. The creek drains into Terror Creek, which is a tributary of the North Fork of the Gunnison River. The lower terminus of this river segment is its confluence with East Terror Creek, while the upper terminus is the boundary of Grand Mesa National Forest.

*Lower Terminus -* Latitude: 38° 56' 53.88" N; Longitude: 107° 34' 28.65" W
*Upper Terminus -* Latitude: 38° 57' 25.28" N; Longitude: 107° 35' 35.84" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 0.47 |      |       | 0.74    | **1.21**     | **39.2%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|------|------|-------|---------|-------------|-----------|
| 151.3 | 31.8 |     | 202.4   | **385.5**   | **47.5%** |

**Outstandingly Remarkable Values:  Fish**

1) <u>Fish</u> - Based upon the best available genetic information, this river segment harbors a genetically pure population of greenback cutthroat trout (*Oncorhynchus clarki stomias*), a species listed as threatened under the Endangered Species Act. This is one of 37 greenback populations currently identified on the west slope of Colorado.

**Preliminary Classification:  Scenic**

<u>Rationale</u> - An unsurfaced road crosses the West Fork of Terror Creek near its confluence with Terror Creek. The remaining river channel and associated corridor are primitive and undeveloped. There is a small impoundment known as Holy Terror Reservoir, as well as Grand Mesa Canal Head Gate #4, an irrigation diversion upstream of the reach.

BLM_0015412



## HYDROLOGIC UNIT 3 - SAN MIGUEL

### Eligible River Segments: 11

14. Beaver Creek
15. Dry Creek, Segment 1
16. Naturita Creek
17. Saltado Creek

18. San Miguel River, Segment 1
19. San Miguel River, Segment 2
20. San Miguel River, Segment 3
21. San Miguel River, Segment 5

22. San Miguel River, Segment 6
23. Tabeguache Creek, Segment 1
24. Tabeguache Creek, Segment 2


BLM_0015413



## Map 14 - Beaver Creek

*Total Segment Length:* **14.25 miles**

*BLM-administered Portion:* **14.19 miles**

*Hydrologic Unit:* **San Miguel**

*Preliminary Classification:* **Scenic**

*Outstandingly Remarkable Values:* **Vegetation**

BLM_0015414

### 14 - RIVER SEGMENT: BEAVER CREEK
### HYDROLOGIC UNIT: San Miguel

**Description:** Beaver Creek is a perennial tributary of the San Miguel River with its headwaters in the San Juan Mountains. High flows usually occur in spring from mountain snowmelt. The upper terminus is the boundary between BLM-managed lands and the Uncompahgre National Forest, while the lower terminus is the confluence of Beaver Creek and the San Miguel River.

> **Lower Terminus -** Latitude: 38° 6' 20.84" N; Longitude: 108° 11' 14.48" W
> **Upper Terminus -** Latitude: 37° 56' 14.01" N; Longitude: 108° 11' 1.82" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 14.19 | | | 0.06 | **14.25** | **99.5%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 3,707.4 | 2.7 | | 583.1 | **4,293.2** | **86.4%** |

**Outstandingly Remarkable Values: Vegetation**

1) <u>Vegetation</u> - This segment supports a superior (A-ranked) occurrence of globally vulnerable (G3) narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest (*Populus angustifolia/Picea pungens/Alnus tenuifolia*) along several miles of its length. The BLM has designated an area that includes this segment as part of the San Miguel ACEC, primarily in order to protect this outstanding riparian community.

**Preliminary Classification: Scenic**

<u>Rationale</u> - Beef Trail Road crosses Beaver Creek via a bridge approximately seven miles upstream from the mouth. An unsurfaced secondary road runs adjacent and parallel to the creek from the mouth upstream for an unknown distance. A power line crosses Beaver Canyon and is visible from the creek. A buried natural gas pipeline is located along the lower reach of the creek and is surface-laid where it descends along the side of Beaver Canyon.

The town of Norwood has a conditional water right to withdraw up to five cubic feet per second (cfs) from the San Miguel River upstream from Beaver Creek, along with a plan to convey the water to Norwood via a route similar to the natural gas pipline in the lower reach. The plan could require additional surface features in the vicinity of Beaver Creek, such as pump facilities and access roads. There are no water diversions along this river segment.


BLM_0015415

## CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: SAN MIGUEL



**Map 15 - Dry Creek**

*Total Segment Length:* **10.49 miles**

*BLM-administered Portion:* **10.42 miles**

*Hydrologic Unit:* **San Miguel**

*Preliminary Classification:* **Wild**

*Outstandingly Remarkable Values:* **Scenic, Geologic**

BLM_0015416

### 15 - RIVER SEGMENT:  DRY CREEK
### HYDROLOGIC UNIT:  San Miguel

**Description:** Dry Creek is a large, intermittent tributary of the lower San Miguel River. The creek commonly experiences slightly elevated flows from snowmelt during April and May, although the highest flows result from runoff generated by summer thunderstorm activity, which is usually short-lived. The upper terminus is the BLM UFO boundary, while the lower terminus is the boundary between BLM and private land at an area known as the "Coke Ovens."

> **Lower Terminus -** Latitude: 38° 11' 50.57" N; Longitude: 108° 37' 36.51" W
> **Upper Terminus -** Latitude: 38° 6' 8.52" N; Longitude: 108° 37' 21.21" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|-----|------|-------|---------|--------------|-----------|
| 10.42 | | 0.07 | | **10.49** | **99.3%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|-----|------|-------|---------|-------------|-----------|
| 2,760.4 | | 80.7 | 2.8 | **2,843.9** | **97.1%** |

**Outstandingly Remarkable Values:  Scenic, Geologic**

1) <u>Scenic</u> - An interdisciplinary BLM field inventory team evaluated the area and assigned a **Scenic Quality Classification of A**. The following observations were derived from their field notes: While the vegetation does not vary greatly, and Dry Creek is not a dominant feature in the landscape, rich colors and strong contrast between rocks, soil, and vegetation make it a visually exceptional area. Steep canyons and vertical relief contribute to the scenic qualities, while the adjacent scenery moderately enhances the view. The scenic quality of Dry Creek is distinctive in the region, although it cannot be classified as either common or one of a kind. A small two-track dirt route follows the creek through this reach.

The segment of the creek that crosses the anticline valley cuts gradually down through a variety of colorful rock strata, crosses the axis of the anticline, then because of a dramatic change in the tilt of strata, the creek rapidly and dramatically ascends back through those same layers. This section is very scenic and distinctive, whereas the segments above and below it possess scenic qualities common to the region of comparison. This fairly small segment provides an exceptional example of a creek cutting across a valley, with dramatic visual features in an area with only minor cultural modifications.

2) <u>Geologic</u> - Dry Creek offers a rare opportunity to observe earth processes in a localized setting, while at the same time providing an example of a relatively young geologic structure exposed in an area of low precipitation. This feature is in many ways similar to the much larger


BLM_0015417

Paradox Basin, located only a few miles to the northwest. The Paradox Basin is a geologic structural anticline that has at its core the Pennsylvanian age Paradox Formation, a halitic evaporite. Over time, water has partially dissolved the salt core, causing the axis of the anticline to collapse, and creating a valley with walls that dip away in either direction. The anticline is asymmetric, with the southwest limb having a shallow dip and the northeast limb having a steep dip. The Dolores River has carved a channel across and perpendicular to this collapsed valley, forming the geological 'paradox' for which the valley is named.

The Paradox Anticline has affected Triassic to Jurassic age sediments in the Dry Creek area, where a prominent north-west trending normal fault forms a southeasterly extension of the anticline's axis. Erosion has created a pair of valleys along this fault trace, with the Dry Creek drainage crosscutting this feature much as the Dolores River cuts across Paradox Valley. However, while the Paradox Valley is about 28 miles long, the Dry Creek feature is only about two miles in length. This unique geologic feature contradicts our basic understanding of erosional processes, as the down-cutting creek flows across, rather than through the valley, revealing the paradox of Paradox Valley at a fraction of the scale. Dry Creek may well be regarded as one of the more intriguing geologic features in the region.

***Preliminary Classification:*  Wild**

Rationale - The shoreline of this river segment is essentially primitive, with the exception of an old, unused roadbed along portions. There are no water diversions or impoundments along this river reach.

BLM_0015418

**CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: SAN MIGUEL**



**Map 16 - Naturita Creek**

> *Total Segment Length:* **24.97 miles**
>
> *BLM-administered Portion:* **9.99 miles**
>
> *Hydrologic Unit:* **San Miguel**
>
> *Preliminary Classification:* **Scenic**
>
> *Outstandingly Remarkable Values:* **Fish**


BLM_0015419

## 16 - RIVER SEGMENT:  NATURITA CREEK
## HYDROLOGIC UNIT:  San Miguel

**Description:** Naturita Creek is a perennially flowing tributary of the lower San Miguel River. The creek experiences high flows from spring snowmelt and runoff generated by summer thunderstorm activity. The upper terminus of this segment is the intersection of the stream with the Uncompahgre National Forest boundary. The lower terminus is the confluence of Naturita Creek and the San Miguel River.

> **Lower Terminus -** Latitude: 38° 13' 6.44" N; Longitude: 108° 32' 57.29" W
> **Upper Terminus -** Latitude: 38° 5' 40.99" N; Longitude: 108° 19' 52.29" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 9.99 | | | 14.98 | 24.97 | 40% |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 3,238.5 | 2.3 | | 3,176.6 | 6,417.4 | 50.5% |

**Outstandingly Remarkable Values:  Fish**

1) <u>Fish</u> - Naturita Creek harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers (*Catostomus latipinnis*), bluehead suckers (*Catostomus discobolus*), and roundtail chubs (*Gila robusta*). The river segment is one of only a very few spawning tributaries for these species in the San Miguel River Basin. In addition, the upper portion of this river segment is managed as a wild trout fishery.

**Preliminary Classification:  Scenic**

<u>Rationale</u> - While no roads run parallel to Naturita Creek, at least five road crossings occur along it: two county road bridge crossings, two state highway bridge crossings, and one unimproved road crossing. There are water diversions along this reach, but no impoundments. Miramonte Reservoir, located several miles upstream from the upper terminus, regulates flow to some extent.

BLM_0015420



## Map 17 - Saltado Creek

*Total Segment Length:* **5.56 miles**

*BLM-administered Portion:* **4.14 miles**

*Hydrologic Unit:* **San Miguel**

*Preliminary Classification:* **Wild**

*Outstandingly Remarkable Values:* **Vegetation**


BLM_0015421

## 17 - RIVER SEGMENT:  SALTADO CREEK
## HYDROLOGIC UNIT:  San Miguel

**Description:** Saltado Creek is a perennially flowing tributary of the San Miguel River. Saltado Creek experiences high flows during spring snowmelt. The upper terminus of this segment is the intersection with the upper extent of BLM-managed lands. The lower terminus is the confluence of Saltado Creek and the San Miguel River.

> **Lower Terminus -** Latitude: 38° 3' 38.56" N; Longitude: 108° 9' 24.71" W
> **Upper Terminus -** Latitude: 37° 59' 19.95" N; Longitude: 108° 7' 41.62" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 4.14 | | | 1.42 | **5.56** | **74.6%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 1,448.4 | | | 313.0 | **1,761.4** | **82.2%** |

**Outstandingly Remarkable Values:  Vegetation**

1) <u>Vegetation</u> - This segment supports a superior (A-ranked) occurrence of globally vulnerable (G3) narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest (*Populus angustifolia/Picea pungens/Alnus incana ssp. tenuifolia*) along several miles of its length. The BLM has designated an area which includes this segment as part of the San Miguel ACEC, primarily in order to protect these outstanding riparian communities.

**Preliminary Classification:  Wild**

<u>Rationale</u> - The shoreline of this river segment is primitive, with no roads, water diversions, or other developments along it.

BLM_0015422

**CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: SAN MIGUEL**



**Map 18 - San Miguel River, Segment 1**

> *Total Segment Length:* **27.23 miles**
> *BLM-administered Portion:* **17.34 miles**
> *Hydrologic Unit:* **San Miguel**
> *Preliminary Classification:* **Recreational**
> *Outstandingly Remarkable Values:* **Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology**


BLM_0015423

### 18 - RIVER SEGMENT:  SAN MIGUEL RIVER, SEGMENT 1
### HYDROLOGIC UNIT:  San Miguel

**Description:** The San Miguel River flows perennially, with low flows occuring during fall and early winter months, and high flows occuring during spring snowmelt. The upper terminus of this segment is the BLM/private land boundary, immediately downstream of its confluence with Deep Creek. The lower terminus is the BLM/private land boundary, downstream of the San Miguel River's confluence with Clay Creek. This river segment is in a narrow, sinuous and confined canyon, deeply incised through sedimentary rock formations.

**Lower Terminus -** Latitude: 38° 10' 17.90" N; Longitude: 108° 15' 38.92" W
**Upper Terminus -** Latitude: 37° 57' 19.00" N; Longitude: 107° 56' 0.71" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 17.34 | 0.08 | | 9.81 | **27.23** | **64%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|------|------|-------|---------|-------------|-----------|
| 6,679.2 | 136.0 | | 1,628.8 | **8,444.0** | **80.7%** |

**Outstandingly Remarkable Values:  Scenic, Recreational, Wildlife, Historic, Vegetation, Paleontology**

1) <u>Scenic</u> - An interdisciplinary BLM field inventory team evaluated the area and assigned a **Scenic Quality Classification of A**. The following observations were derived from their field notes:

<u>Deep Creek to Leopard Creek</u> - Stunning views of the San Juan mountain range enhance an array of landscapes with strong vertical relief and interesting erosional patterns. The surrounding vegetation provides wonderful color and contrast, with the river a major contributor to the landscape. This section of river is boulder-strewn with a constant strong gradient. The energetic, splashy flow is the keystone to the scenic quality of this reach. Thick, diverse riparian vegetation provides additional scenic value, changing in color and density through the growing season. Some modifications, including a road, power line, and scattered structures detract somewhat from the impact of the scene.

<u>Leopard Creek to Cascabel</u> - A variety of vegetation with interesting features contributes to the exceptional beauty of this section of the San Miguel. This section of river is boulder-strewn with a constant strong gradient.  The energetic, splashy flow is the keystone to the scenic quality of this reach. Thick, diverse riparian vegetation provides additional scenic value, changing in color and density through the growing season. The river somewhat dominates the landscape, while the color and contrast provided by steep canyons and interesting erosional

BLM_0015424

patterns add to the visual appeal. There are a few modifications, including power lines and roads that detract from the scenery.

2) <u>Recreational</u> - This segment of the San Miguel River provides superior opportunities for river recreation. During the snowmelt season, whitewater rafters and kayakers are challenged by the swift currents and complex hydraulics of this boulder-strewn river. Outside of the snowmelt season, the river provides excellent opportunities for trout fishing on complex pocket water. Fishing enthusiasts may access the river via foot or raft. The river is easily accessed via paved highway and contains a number of high-quality BLM river-related recreation sites, including six developed boat launch sites, one campground, six picnic areas, and one interpretive center.

The river's reputation for outstanding recreational opportunities, combined with the availability of commercial guiding services, consistently draw visitors from around the world. This section also provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, out of state, and internationally by the Unaweep-Tabeguache Byway Committee and the Colorado Office of Tourism. The entire segment is within the San Miguel River Special Recreation Management Area.

3) <u>Wildlife</u> - Portions of the river corridor in this segment represent one of the finest protected Southwest Canyon Riparian Habitat sites in the United States. The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of species, and primary migratory routes for nearly all songbirds throughout the western United States. More than 300 bird species have been observed in the San Miguel River corridor (National Audubon Society 2010).

4) <u>Historic</u> - Remnants of an old railroad grade follow along much of this section. The Rio Grande Southern Railroad operated a fleet of seven unusual railcars along a narrow gauge track from the 1930s until service ended in 1952, at which point the line was quickly decommissioned. The rail line was known as the Galloping Goose. Built from car, truck, and bus parts, the lightweight "motors" proved to be an economical method for transporting mail and passengers between Durango and Ridgway.

The remains of historic uranium ore processing loadout areas are also present along this stretch. The site qualifies for nomination to the NRHP under Criterion A: Associated with events that have made a significant contribution to the broad pattern of our history.

5) <u>Vegetation</u> - This reach contains numerous occurrences of four globally vulnerable (G3) riparian communities. These include superior (A-ranked) occurrences of river birch/mesic graminoid riparian shrubland  *(Betula occidentalis/mesic graminoids)*, narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/Picea pungens/Alnus incana ssp. tenuifolia)*, narrowleaf cottonwood/thinleaf alder riparian woodland *(Populus angustifolia/Alnus incana ssp. tenuifolia)*, and thinleaf alder/mesic graminoid riparian shrubland *(Alnus incana ssp.*


BLM_0015425

*tenuifolia/mesic graminoids)*. The reach falls within the Middle San Miguel Potential Conservation Area. In addition, the BLM has designated an area which includes this segment as part of the San Miguel ACEC, primarily to protect these outstanding riparian communities.

6)   Paleontology - For many miles, the canyon formed by the San Miguel River exposes chunks of the Morrison Formation, remnants of a one hundred million-year old river bed. This Jurassic-age river meandered eastward from the ancestral Rocky Mountains into immense inland seas. Many fossils, including rare fish, plants and fragmentary dinosaur bones, can be found in various places along this stretch.

**Preliminary Classification:  Recreational**

Rationale - Colorado state highways parallel this river segment for most of its length. There are also several county road bridge crossings, and at least one unimproved road crossing (ford) at Beaver Creek. A powerline parallels the river within the riparian area for most of this segement.   There are several recreational developments along this segment, including campgrounds, day use areas, and boat launches. An in-channel rock project exists about 1.5 miles downstream of Placerville, Colorado, with the intended purpose of stabilizing a laterally eroding reach of the river and protecting Colorado State Highway 145. There are water diversions on this river segment, but no impoundments.

BLM_0015426



**Map 19 - San Miguel River, Segment 2**

> *Total Segment Length:* **4.01 miles**
> *BLM-administered Portion:* **3.64 miles**
> *Hydrologic Unit:* **San Miguel**
> *Preliminary Classification:* **Wild**
> *Outstandingly Remarkable Values:* **Scenic, Recreational, Wildlife, Vegetation**

BLM_0015427

CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: SAN MIGUEL

## 19 - RIVER SEGMENT:  SAN MIGUEL RIVER, SEGMENT 2
## HYDROLOGIC UNIT:  San Miguel

**Description:** The San Miguel River flows perennially, with low flows occurring during fall and early winter months, and high flows resulting from spring snowmelt. The upper terminus of this segment is the BLM/private land boundary downstream of its confluence with Clay Creek. The lower terminus is immediately above the confluence of the San Miguel and Horsefly Creek. The river in this section flows through a narrow, sinuous and confined canyon composed of deeply incised sedimentary rock.

> **Lower Terminus -** Latitude: 38° 12' 19.52" N; Longitude: 108° 18' 46.13" W
> **Upper Terminus -** Latitude: 38° 10' 17.90" N; Longitude: 108° 15' 38.92" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 3.64 | 0.37 |       |         | **4.01**     | **100%**  |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|-------|------|-------|---------|-------------|-----------|
| 1,112.0 | 122.7 |       | 21.3    | **1,256.0** | **98.3%** |

**Outstandingly Remarkable Values:  Scenic, Recreational, Wildlife, Vegetation**

1) <u>Scenic</u> - An interdisciplinary BLM field inventory team evaluated the area and assigned a Scenic Quality Classification of A. The following observations were derived from their field notes: The San Miguel flows clear and is a dominant element in this section. Complex erosional patterns combine with a diverse plant community to form a varied landscape in contrasting hues of green, red, yellow, orange, gray, tan and blue. The adjacent scenery contributes moderately to this river setting. This section of river is boulder-strewn and has a consistent gradient. The constant, energetic, splashy flow creates visually pleasing hydraulic features that are rare in the region of comparison. Riparian vegetation provides additional scenic value, changing in color and density through the growing season.

2) <u>Recreational</u> - This section of the San Miguel River offers a rare and extraordinary opportunity for primitive river recreation, as the riparian surroundings transition from the Rocky Mountain physiographic region of the upper San Miguel to the Colorado Plateau physiographic region of the lower San Miguel. With no roads or developments, this section appears primitive and natural. River recreation in this section includes rafting, kayaking and trout fishing, as part of long day or multi-day trips. This and the adjacent downstream segment support the San Miguel's best population of self-sustaining trout. There are several primitive BLM campsites

BLM_0015428

along the reach. The entire reach lies within the San Miguel Special Recreation Management Area, used by private and commercial river runners and trout fishers.

3) <u>Wildlife</u> - Portions of the river corridor in this segment represent one of the finest examples of protected Southwest Canyon Riparian Habitat in the United States. The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of bird species and primary migratory routes for nearly all songbirds throughout the western United States. More than 300 bird species have been observed in the San Miguel River corridor (National Audubon Society 2010).

4) <u>Vegetation</u> - This segment supports five distinct and outstanding riparian communities. These include four superior (A-ranked) occurrences of communities classified as globally vulnerable (G3) thinleaf alder/mesic graminoid riparian shrubland (*Alnus incana ssp. tenuifolia/mesic graminoids*), narrowleaf cottonwood/blue spruce/thinleaf alder riparian forest *(Populus angustifolia/Picea pungens/Alnus incana ssp. tenuifolia)*, narrowleaf cottonwood/thinleaf alder riparian woodland *(Populus angustifolia/Alnus incana ssp. tenuifolia)*, and river birch/mesic graminoid riparian shrubland *(Betula occidentalis/mesic graminoids)*. In addition, a superior (A-ranked) occurrence of blue spruce/red osier dogwood riparian forest *(Picea pungens/Cornus sericea)*, ranked as apparently secure (G4), occurs here as well. The site is included within the CNHP-designated San Miguel River, Clay Creek to Horsefly Creek Potential Conservation Area. The BLM has also designated an area which includes this segment as part of the San Miguel ACEC, primarily in order to protect these outstanding riparian communities.

*Preliminary Classification:* **Wild**

<u>Rationale</u> - A trail leading to the river boundary exists near the upper terminus, and an inconspicuous trail through riparian areas parallels the river for portions of this segment. There are no other developments or diversions along this segement. The shoreline is essentially primitive.


BLM_0015429



**Map 20 - San Miguel River, Segment 3**

*Total Segment Length:* **7.31 miles**

*BLM-administered Portion:* **5.30 miles**

*Hydrologic Unit:* **San Miguel**

*Preliminary Classification:* **Scenic**

*Outstandingly Remarkable Values:* **Recreational, Fish, Wildlife, Vegetation**

BLM_0015430

### 20 - RIVER SEGMENT:  SAN MIGUEL RIVER, SEGMENT 3
### HYDROLOGIC UNIT:  San Miguel

**Description:** The San Miguel River flows perennially, with low flows occuring during fall and early winter months, and high flows resulting from spring snowmelt. The upper terminus of this segment is immediately upstream from the confluence of the San Miguel River and Horsefly Creek. The lower terminus is the Colorado State Highway 90 bridge crossing at the old townsite of Pinon.

> **Lower Terminus -** Latitude: 38° 15' 59.44" N; Longitude: 108° 24' 4.57" W
> **Upper Terminus -** Latitude: 38° 12' 19.52" N; Longitude: 108° 18' 46.13" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 5.30 |      |       | 2.01    | **7.31**     | **72.5%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|--------|------|-------|---------|-------------|-----------|
| 1,880.7 |      |       | 407.6   | **2,288.3** | **82.2%** |

**Outstandingly Remarkable Values:  Recreational, Fish, Wildlife, Vegetation**

1) <u>Recreational</u> - This San Miguel River segment offers a rare and extraordinary opportunity for primitive river recreation, as the riparian surroundings transition from the Rocky Mountain physiographic region of the upper San Miguel to the Colorado Plateau physiographic region of the lower San Miguel. River recreation in this section includes rafting, kayaking and trout fishing, as part of long day or multi-day trips.

   With few developments and one minor dirt road not visible from the river, this section appears mostly primitive and natural. Several primitive BLM campsites dot the shoreline, and two developed campgrounds with boat ramps, toilets and picnic facilities are located along the lower third of the reach. Exceptionally good "play waves" form in the Ledges area during spring runoff and are sought by kayakers, who consider them to be some of the best natural features of their kind in the state.

   This and the adjacent upstream segment support the San Miguel's best population of self-sustaining trout. The entire reach lies within the San Miguel Special Recreation Management Area, used by private and commercial river runners and trout fishers.

2) <u>Fish</u> - This segment harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*.


BLM_0015431

3)  <u>Wildlife</u> - Portions of the river corridor in this segment represent one of the finest areas of protected Southwest Canyon Riparian Habitat in the United States. The Southwest Canyon Riparian Habitat is recognized as the richest terrestrial bird habitat type in North America, providing breeding sites for a wide variety of bird species and primary migratory routes for nearly all songbirds throughout the western United States. More than 300 bird species have been observed in the San Miguel River corridor. The expanding Black Phoebe *(Sayornis nigricans)* population has been moving up the San Miguel River, as evidenced by a nest found at the Highway 90 Bridge at Piñon (National Audubon Society 2010).

4)  <u>Vegetation</u> - This reach supports a superior (A-ranked) occurrence of sandbar willow *(Salix exigua/mesic graminoids)* riparian shrubland, ranked as secure globally (G5). The segment is included in the San Miguel River at Cottonwood Creek Potential Conservation Area.

***Preliminary Classification:*  Scenic**

<u>Rationale</u> - An unsurfaced road parallels but does not dominate the river corridor for most of this segment. BLM recreation sites are available for overnight camping, picnicking and boat launches within the river corridor. There are water diversions along this segment. The Highline Diversion, located downstream of Horsefly Creek, has a senior water right of 145 cfs and significantly depletes the San Miguel River during irrigation season. An overhead power line and a buried natural gas pipeline cross this segment.

BLM_0015432



**Map 21 - San Miguel River, Segment 5**

> *Total Segment Length:* **14.00 miles**
>
> *BLM-administered Portion:* **2.59 miles**
>
> *Hydrologic Unit:* **San Miguel**
>
> *Preliminary Classification:* **Recreational**
>
> *Outstandingly Remarkable Values:* **Recreational, Fish, Historic, Vegetation**


BLM_0015433

CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: SAN MIGUEL

## 21 - RIVER SEGMENT:  SAN MIGUEL RIVER, SEGMENT 5
## HYDROLOGIC UNIT:  San Miguel

*Description:* The San Miguel River flows perennially, with low flows occuring during fall and early winter months, and high flows occurring during spring snowmelt and from runoff generated during summer thunderstorm activitiy. This segment of the river has an upper terminus at its confluence with Calamity Draw. The lower terminus is the confluence of the San Miguel River and Atkinson Creek.

> *Lower Terminus* – Latitude: 38° 16' 13.17" N; Longitude: 108° 38' 39.27" W
> *Upper Terminus* – Latitude: 38° 15' 23.86" N; Longitude: 108° 36' 49.95" W

### River Segment Ownership (in Miles):

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|-----|------|-------|---------|--------------|-----------|
| 2.59 | | | 11.41 | **14.00** | **18.5%** |

### Land Ownership within One-Half Mile Wide Corridor (in Acres):

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|-----|------|-------|---------|-------------|-----------|
| 2,738.1 | | | 1,610.4 | **4,348.5** | **63%** |

*Outstandingly Remarkable Values:*  **Recreational, Fish, Historic, Vegetation**

1) <u>Recreational</u> - This section of the San Miguel River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, out of state, and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism. This section of the byway focuses on the San Miguel River and its associated historic sites and surrounding landscape.

2) <u>Fish</u> - This segment supports exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*. This segment contains an intact native fishery and is regionally one of the best examples of a remnant native fishery. In addition, this segment was historically occupied by Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

3) <u>Historic</u> - This stretch of river marks the beginning of the historic Hanging Flume, one of the premier 19th century engineering accomplishments in the west. The thirteen-mile flume was constructed above the Dolores and San Miguel rivers over a three-year period in the late 1800s to supply water to a hydraulic placer gold mining operation. The structure was added to the NRHP in 1980, and was listed as one of Colorado's Most Endangered Places in 1999. In addition, the flume is listed on the Colorado State Register of Historic Properties, the World

BLM_0015434

CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: SAN MIGUEL

Heritage Fund's list of most endangered places and the 2006 World Monument Fund Watch List of 100 Most Endangered Sites.

Historic mining buildings and shafts, as well as remnants of the dismantled radium, uranium and vanadium mill town of Uravan, are also found along this stretch.

4)   <u>Vegetation</u> - This segment supports New Mexico privet riparian shrubland *(Forestiera pubescens)*, Fremont cottonwood/skunkbush sumac riparian woodland *(Populus deltoides ssp. wislizeni/Rhus trilobata)* and skunkbush sumac riparian shrubland *(Rhus trilobata),* all ranked as globally imperiled (G2). The segment lies within the San Miguel River at Tabeguache Creek Potential Conservation Area.

*Preliminary Classification:*  **Recreational**

<u>Rationale</u> - Colorado State Highway 141 parallels this river segment, although the highway is located on a bench well above the river for much of the segment. Two county road bridge crossings occur on this segment, with one county road running parallel for a short distance along the lower portion. The former mill town site of Uravan is near the lower terminus. There are water diversions on this river segment.


BLM_0015435



**Map 22** - **San Miguel River, Segment 6**

> *Total Segment Length:* **3.23 miles**
>
> *BLM-administered Portion:* **2.25 miles**
>
> *Hydrologic Unit:* **San Miguel**
>
> *Preliminary Classification:* **Recreational**
>
> *Outstandingly Remarkable Values:* **Recreational, Fish, Historic, Vegetation**

BLM_0015436

## 22 - RIVER SEGMENT: SAN MIGUEL RIVER, SEGMENT 6
## HYDROLOGIC UNIT: San Miguel

**Description:** The San Miguel River flows perennially, with low flows occuring during fall and early winter months, and high flows occuring during spring snowmelt. This reach of the San Miguel River has an upper terminus at its confluence with Atkinson Creek and a lower terminus at its confluence with the Dolores River. The river has carved a narrow, sinuous canyon, deeply incised through sedimentary rock formations.

> **Lower Terminus** – Latitude: 38° 22' 46.60" N; Longitude: 108° 48' 12.89" W
> **Upper Terminus** – Latitude: 38° 23' 6.71" N; Longitude: 108° 45' 28.77" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|-----|------|-------|---------|--------------|-----------|
| 2.25 | | | 0.98 | **3.23** | **69.66%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|-----|------|-------|---------|-------------|-----------|
| 808.7 | | | 180.7 | **989.4** | **81.7%** |

**Outstandingly Remarkable Values: Recreational, Fish, Historic, Vegetation**

1) <u>Recreational</u> - This section of the San Miguel River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, as well as out of state and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism. This section of the byway focuses on the San Miguel River and associated historic sites and surrounding landscape.

2) <u>Fish</u> - This river segment contains exemplary populations of three BLM and Colorado sensitive warm water fish species: Bluehead sucker *(Catostomus discobolus)*, flannelmouth sucker *(Catostomus latipinnis)*, and roundtail chub *(Gila robusta)*. These populations are regionally significant due to population numbers and the lack of non-native fish within this segment. In addition, this reach was historically occupied by the Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

3) <u>Historic</u> - Along the canyon walls of this San Miguel River segment are remnants of the historic Hanging Flume, one of the premier engineering accomplishments of the 19th century in the west. The thirteen-mile flume was built in the late 1800s to supply water to a hydraulic placer gold mining operation on the Dolores River near Roc Creek. The structure was added to the NRHP in 1980, and was listed as one of Colorado's Most Endangered Places in 1999. In addition, the flume is listed on the Colorado State Register of Historic Properties, the World


BLM_0015437

Heritage Fund's list of most endangered places and the 2006 World Monument Fund Watch List of 100 Most Endangered Sites.

Historic uranium mining buildings and shafts can also be found along this stretch, many of which have been evaluated and found to be eligible for nomination to the NRHP under **Criterion A:** *Associated with events that have made a significant contribution to the broad pattern of our history.*

4) <u>Vegetation</u> - This riparian zone contains New Mexico privet riparian shrubland *(Forestiera pubescens)*, which is currently ranked as globally imperiled (G2). The reach is included within the Uravan West Potential Conservation Area and is considered by CNHP to have outstanding significance.

**Preliminary Classification:  Recreational**

<u>Rationale</u> - This river reach is free of diversions and impoundments, but an improved gravel county road parallels the southern bank of the river for its entire length. The road is primarily located in the riparian zone adjacent to the channel, but does occasionally infringe on the active river channel. An old, unused bridge crosses the San Miguel River just downstream of its confluence with Atkinson Creek. The historically significant Hanging Flume is visible from the river along the north canyon side for much of this reach.

BLM_0015438

**CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: SAN MIGUEL**



**Map 23 - Tabeguache Creek, Segment 1**

*Total Segment Length:* **3.61 miles**

*BLM-administered Portion:* **3.61 miles**

*Hydrologic Unit:* **San Miguel**

*Preliminary Classification:* **Wild**

*Outstandingly Remarkable Values:* **Vegetation**


BLM_0015439

## 23 - RIVER SEGMENT:  TABEGUACHE CREEK, SEGMENT 1
## HYDROLOGIC UNIT:  San Miguel

**Description:**  Tabeguache Creek is a perennially flowing tributary of the lower San Miguel River. High flows on this segment occur from spring snowmelt and runoff generated by summer thunderstorm activity. The upper terminus is the boundary with the Uncompahgre National Forest, while the lower terminus is the west boundary of the Tabeguache Area.

> **Lower Terminus –** Latitude: 38° 21' 34.46" N; Longitude: 108° 33' 58.49" W
> **Upper Terminus –** Latitude: 38° 22' 10.25" N; Longitude: 108° 31' 1.30" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 3.61 |      |       |         | **3.61**     | **100%**  |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|--------|------|-------|---------|-------------|-----------|
| 1,077.0 |      |       | 6.3     | **1,083.3** | **99.4%** |

**Outstandingly Remarkable Values:  Vegetation**

1)  <u>Vegetation</u> - This segment contains a superior (A-ranked) occurrence of narrowleaf cottonwood/skunkbush sumac riparian woodland (*Populus angustifolia/Rhus trilobata*), classified as vulnerable globally (G3). There is also a superior (A-ranked) occurrence of common sandbar willow/barren riparian shrubland (*Salix exigua/barren*). The entire segment lies within the CNHP-designated San Miguel River at Tabeguache Creek Potential Conservation Area.

**Preliminary Classification:  Wild**

> <u>Rationale</u> - A relatively inconspicuous single-track pack trail, overgrown with vegetation, parallels and crosses this river segment, and runs entirely within the confined canyon bottom. An absolute water right for a 1.92-cfs irrigation diversion and ditch known as Skee's Ditch is located on this river segment at Colorado Sixth Principal Meridian, T47N, R15W, Section 5 SW, NW, New Mexico Principal Meridian (NMPM) of the BLM Public Land Survey System. This water right was decreed by the state of Colorado in 1939, but records indicating if and when it was ever constructed are lacking. A field assessment conducted by BLM personnel in May 2009 found no physical sign of a stream diversion or ditch. The shoreline for the entire segment is primitive.

BLM_0015440



**Map 24 - Tabeguache Creek, Segment 2**

*Total Segment Length:* **11.57 miles**

*BLM-administered Portion:* **7.89 miles**

*Hydrologic Unit:* **San Miguel**

*Preliminary Classification:* **Recreational**

*Outstandingly Remarkable Values:* **Cultural, Vegetation**



### 24 - RIVER SEGMENT:  TABEGUACHE CREEK, SEGMENT 2
### HYDROLOGIC UNIT:  San Miguel

**Description:** Tabeguache Creek is a perennially flowing tributary of the lower San Miguel River. High flows on this segment occur during spring snowmelt and from runoff generated by summer thunderstorm activity. The upper terminus is the west boundary of the Tabeguache Area. The lower terminus is the confluence of Tabeguache Creek with the San Miguel River.

**Lower Terminus –** Latitude: 38° 21' 25.36" N; Longitude: 108° 42' 43.18" W
**Upper Terminus –** Latitude: 38° 21' 34.46" N; Longitude: 108° 33' 58.49" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 7.89 |      |       | 3.68    | **11.57**    | **68.2%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|--------|------|-------|---------|-------------|-----------|
| 2,487.3 |      |       | 515.4   | **3,002.7** | **82.8%** |

**Outstandingly Remarkable Values:  Cultural, Vegetation**

1) <u>Cultural</u> - The prehistoric Tabeguache Cave site was home to Anasazi and possibly Gateway Culture people. The site was excavated in the 1920s, and provides much of the baseline archaeological data used in interpreting Colorado's prehistory. The site is listed on the NRHP and was added to the Colorado Register of Historic Properties in 1996.

   In addition, numerous open occupations, rock art figures and campsites are associated with this segment of Tabeguache Creek, many of which have been evaluated as eligible for nomination to the NRHP under **Criterion C:** *Embodies the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction*, and **Criterion D:** *Yielded, or may be likely to yield, information important in history or prehistory.*

2) <u>Vegetation</u> - This segment contains three outstanding plant communities. There is a superior (A-ranked) occurrence of New Mexico privet riparian shrubland *(Forestiera pubescens)*, which is considered to be globally imperiled (G2). There are also superior (A-ranked) occurrences of globally vulnerable (G3) narrowleaf cottonwood/skunkbush riparian woodland *(Populus angustifolia/Rhus trilobata)*, and common coyote willow/bare ground riparian shrubland *(Salix exigua/barren)*. The entire segment lies within the CNHP-designated San Miguel River at Tabeguache Creek Potential Conservation Area.

BLM_0015442

*Preliminary Classification:* **Recreational**

<u>Rationale</u> - Montrose County roads and an unsurfaced road primarily associated with private lands parallel portions of this segment. In addition, there is a county road bridge crossing, as well as water diversions and one small impoundment.


BLM_0015443



## HYDROLOGIC UNIT 4 - LOWER DOLORES

### *Eligible River Segments:* **2**

25. Lower Dolores River
26. North Fork Mesa Creek

BLM_0015444

**CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: LOWER DOLORES**



**Map 25 - Lower Dolores River**

> *Total Segment Length:* **10.53 miles**
>
> *BLM-administered Portion:* **6.93 miles**
>
> *Hydrologic Unit:* **Lower Dolores**
>
> *Preliminary Classification:* **Scenic**
>
> *Outstandingly Remarkable Values:* **Scenic, Recreational, Geologic, Fish, Wildlife**


BLM_0015445

## 25 - RIVER SEGMENT:  LOWER DOLORES RIVER
## HYDROLOGIC UNIT:  Lower Dolores

**Description:**  This segment of the Dolores River is perennial, with the flow regulated upstream by the McPhee Reservoir. The upper terminus is the confluence of the Dolores River and the San Miguel River. The lower terminus is the boundary of the BLM UFO with the BLM Grand Junction FO. Grand Junction's WSR Eligibility Report identifies the downstream, contiguous segment of the Dolores River as eligible. The river is in a narrow sinuous canyon, deeply incised through sedimentary rock formations for much of this segment.

> **Lower Terminus** – Latitude: 38° 27' 34.84" N; Longitude: 108° 51' 35.14" W
> **Upper Terminus** – Latitude: 38° 22' 46.60" N; Longitude: 108° 48' 12.89" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 6.93 |      |       | 3.60    | 10.53        | 65.8%     |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|-------|------|-------|---------|-------------|-----------|
| 2,197.5 |    |       | 922.7   | 3,120.2     | 70.4%     |

**Outstandingly Remarkable Values:  Scenic, Recreational, Geologic, Fish, Wildlife**

1) <u>Scenic</u> - An interdisciplinary BLM field inventory team evaluated the area and assigned a **Scenic Quality Classification of A**. The following observations were derived from their field notes: A highly varied landscape marked by prominent cliffs, strong vertical relief and interesting erosional patterns, make the Dolores River a visually remarkable area. Exceptional views of adjacent scenery complete the stunning scene. The colors in the area, consisting of greens, yellows, oranges, tans, reds, browns and grays, are rich and varied. Cultural modifications consist of power lines, a recreation site, and Colorado Highway 141 that do not detract significantly from the scenery. From the mouth of the San Miguel River downstream to the confluence with Red Canyon, the river meanders through a narrow canyon bounded by sheer red rock walls. The scenic value created by the river flowing within the canyon is rare in the region of comparison. The section downstream from the confluence with Red Canyon opens to broken ledges and slopes, and does not merit the same outstandingly remarkable scenic quality.

2) <u>Recreational</u> - This section of the Dolores River provides exceptional opportunities for sightseeing and photography along the Unaweep-Tabeguache Byway. The byway is marketed to visitors from within Colorado, out of state, and internationally by the Unaweep-Tabeguache Byway Committee and by the Colorado Office of Tourism. This section of the byway focuses

BLM_0015446

on the Dolores River and its associated historic sites and surrounding landscape. The river provides extraordinary opportunities for rafting, kayaking and canoeing in a spectacular redrock canyon. With only a handful of comparable opportunities spread across the entire Colorado Plateau, this is an outstanding section of water.

3) <u>Geologic</u> - The Dolores River has a well-defined entrenched meander channel pattern through this area, with exposures of Triassic-age Chinle, Wingate, and Kayenta formations. The river has been superimposed upon the Colorado Plateau geology as the region has undergone uplifting. Initially the river established a meandering pattern and as the area rose, the river cut down in this channel until the pattern became well entrenched. Now the river cannot easily cut across the meander bends to create oxbow lakes, as many unentrenched rivers do. Over time, as the river downcuts, it exposes underlying rock formations, usually in the form of resistant redrock sandstone cliffs. The Chinle, Wingate, and Kayenta formations all exhibit this cliff-forming erosional characteristic.

4) <u>Fish</u> - This segment harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*. In addition, this segment was historically occupied by Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

5) <u>Wildlife</u> - This river segment provides exceptionally high quality habitat for peregrine falcons (Falco peregrinus), and is considered a regionally important area for this rare BLM sensitive species. In 1999, the peregrine was delisted from threatened status under the Endangered Species Act. The BLM monitors the status of peregrine populations to ensure their continued recovery. Peregrine falcons are closely associated with steep-walled canyons and often nest near perennial water sources that support prey populations such as waterfowl, songbirds, and shorebirds. Peregrine pairs were observed along this segment as recently as 2008 and 2009, and breeding/nesting activity has been confirmed along this segment. Several established peregrine territories also occur in the vicinity.

***Preliminary Classification:*** **Scenic**

<u>Rationale</u> - An unsurfaced county road crosses the Dolores River via a bridge, and Colorado State Highway 141 parallels portions of this segment but is primarily located on a bench well above the river. In addition, there are water diversions on this reach of the Dolores. The historic Hanging Flume is visible along portions of this river segment. This river segment is on the Colorado 303(d) list for impaired water quality (Colorado Water Quality Control Commission). The impairment is listed for total recoverable iron, which is suspected of impacting native, warm water fish propagation (Water Body ID COGUUN12). A water quality monitoring plan is being initiated to determine concentration and source of total recoverable iron in the Dolores River, and develop remedial actions if necessary.


BLM_0015447

## CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: LOWER DOLORES



**Map 26 - North Fork Mesa Creek**

*Total Segment Length:* **8.53 miles**

*BLM-administered Portion:* **5.81 miles**

*Hydrologic Unit:* **Lower Dolores**

*Preliminary Classification:* **Scenic**

*Outstandingly Remarkable Values:* **Vegetation**

BLM_0015448

### 26 – RIVER SEGMENT:  NORTH FORK MESA CREEK
### HYDROLOGIC UNIT:  Lower Dolores

**Description:** The North Fork of Mesa Creek is a perennial tributary of Mesa Creek. High flows occur during spring snowmelt and from runoff generated by summer thunderstorm activity. The upper terminus is the BLM Grand Junction Field Office boundary. The lower terminus is the confluence of North Fork Mesa Creek with the South Fork Mesa Creek. Grand Junction's WSR Eligibility Report identifies the upstream, contiguous segment of the North Fork of Mesa Creek as eligible. Additionally, nested within this river segment is a 475-yard reach near the upper terminus, which is managed by the Grand Junction Field Office.

> **Lower Terminus** – Latitude: 38° 27' 10.31" N; Longitude: 108° 49' 2.09" W
> **Upper Terminus** – Latitude: 38° 33' 1.27" N; Longitude: 108° 45' 53.41" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 5.81 |      |       | 2.72    | 8.53         | 68.1%     |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|--------|------|-------|---------|-------------|-----------|
| 2,042.4 |      |       | 424.5   | 2,466.9     | 82.8%     |

**Outstandingly Remarkable Values:  Vegetation**

1) <u>Vegetation</u> - This segment contains areas of narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian woodland (*Populus angustifolia/salix ligulfolia/Shepherdia argentea*), which is classified as critically imperiled globally (G1).

**Preliminary Classification:  Scenic**

<u>Rationale</u> - An unsurfaced county road parallels this creek for much of the segment. There are at least two secondary road crossings via unhardened fords. In addition, there are water diversions along this river segment, but no impoundments.


BLM_0015449



## HYDROLOGIC UNIT 5 - UPPER DOLORES

### Eligible River Segments: 8

27. Dolores River, Segment 2
28. Ice Lake Creek, Segment 2
29. La Sal Creek, Segment 1

30. La Sal Creek, Segment 2
31. La Sal Creek, Segment 3
32. Lion Creek, Segment 2

33. Spring Creek
*34. Dolores River, Segment 1

* Please refer to the San Juan Public Lands Draft RMP for the Dolores River, Segment 1 eligibility determination

BLM_0015450

CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: UPPER DOLORES



**Map 27 - Dolores River, Segment 2**

*Total Segment Length:* **11.50 miles**

*BLM-administered Portion:* **5.42 miles**

*Hydrologic Unit:* **Upper Dolores**

*Preliminary Classification:* **Recreational**

*Outstandingly Remarkable Values:* **Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation**


BLM_0015451

**\*27 - RIVER SEGMENT:  DOLORES RIVER, SEGMENT 2**
**HYDROLOGIC UNIT:  Upper Dolores**

---

**\*The San Juan Public Lands Draft Land Management Plan identifies a contiguous segment of the Dolores River upstream as eligible for WSR status. From Bedrock, Colorado south, the first 11.8 miles of this river segment is within the UFO, and is referred to in this document as *Dolores River, Segment 1*. Segment 1 will be evaluated by the UFO during the suitability phase, but is not addressed in this eligibility report.**

*Description:* While Segment 2 of the Dolores River is perennial, the McPhee Reservoir regulates flow upstream. The upper terminus of this segment is the Highway 90 bridge crossing at Bedrock in Paradox Valley. The lower terminus is the confluence of the Dolores with the San Miguel River.

> *Lower Terminus* – Latitude: 38° 22' 46.60" N; Longitude: 108° 48' 12.89" W
> *Upper Terminus* – Latitude: 38° 18' 37.30" N; Longitude: 108° 53' 8.76" W

*River Segment Ownership (in Miles):*

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 5.42 | | | 6.08 | **11.50** | **47.1%** |

*Land Ownership within One-Half Mile Wide Corridor (in Acres):*

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 1,820.7 | | | 1,423.8 | **3,244.5** | **56.1%** |

*Outstandingly Remarkable Values:*  **Scenic, Recreational, Geologic, Fish, Wildlife, Vegetation**

1) <u>Scenic</u> - An interdisciplinary BLM field inventory team evaluated the area and assigned the upper portion of this segment in the Paradox Valley a *Scenic Quality Classification of B*, making it ineligible for inclusion in the NWSRS. The lower portion of this segment from where the river leaves the Paradox Valley, downstream to the mouth of the San Miguel River was assigned a *Scenic Quality Classification of A*. The following observations were derived from the team's field notes: A highly varied landscape marked by prominent cliffs, strong vertical relief, and interesting erosional patterns, make the Dolores River a visually remarkable area. Exceptional views of the adjacent scenery complete the stunning scene. The colors in the area are rich and varied, consisting of greens, yellows, oranges, tans, reds, browns, and grays. One of the most dramatic canyons in Western Colorado. Spectacular landforms, color, water, and vegetation combine to create Class A scenic quality. A small, dirt road parallels the river in the lower section, but detracts only minimally from the scenic quality.

2) <u>Recreational</u> - When releases from McPhee Dam allow, the lower five miles of this reach, primarily managed by the BLM, offers rare and outstanding opportunities for rafting, kayaking and canoeing in a deep, meandering redrock canyon. With only a handful of rivers with

BLM_0015452

similarly attractive characteristics on the entire Colorado Plateau, the Dolores River attracts boaters from across the western United States.

3) <u>Geologic</u> - The Paradox Basin is a northwest, southeast trending geologic structural anticline that has at its core the Pennsylvanian age Paradox Formation, a halitic evaporite. Over time, water has partially dissolved the salt core, causing the axis of the anticline to collapse and creating a valley with walls that dip away in either direction. The Dolores River has carved a channel across and perpendicular to this collapsed valley, forming the geological paradox for which the valley is named.

After traversing the Paradox Valley and exiting toward the north, the Dolores River follows a well defined and exemplary entrenched meander channel. Initially the slow-moving river established its meandering pattern. As the Colorado Plateau uplifted, the accelerated flow continued to downcut within this same channel until the pattern became entrenched. Now the river cannot easily cut across these meander bends to form oxbow lakes, as many unentrenched rivers do. As the river carves slowly downward through Triassic-age strata of the Chinle Group, Wingate Sandstone, and Kayenta Formation, it exposes resistant red sandstone cliffs.

4) <u>Fish</u> - This river segment supports populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*. In addition, this segment was historically occupied by Colorado pikeminnow *(Ptychocheilus lucius)*, a federally endangered species.

5) <u>Wildlife</u> - This river segment provides exceptionally high quality habitat for peregrine falcons *(Falco peregrinus)*, and is considered a regionally important area for this rare BLM sensitive species. In 1999, the peregrine was delisted from threatened status under the Endangered Species Act. The BLM monitors the status of peregrine populations to ensure their continued recovery. Peregrine falcons are closely associated with steep-walled canyons and often nest near perennial water sources that support prey populations such as waterfowl, songbirds and shorebirds. Peregrine breeding/nesting activity has been confirmed along this segment. Active territories and nests occur within this reach. In addition, the BLM sensitive canyon treefrog *(Hyla arenicolor)* occupies portions of this stretch.

6) <u>Vegetation</u> - This segment contains areas of New Mexico privet riparian shrubland *(Forestieria pubescens)*, which is classified as globally imperiled (G2).

***Preliminary Classification:*  Recreational**

<u>Rationale</u> - An unsurfaced county road adjacent to the river in the canyon bottom ocassionally encroaches on the riparian zone and river channel. There are several well diversions along this reach, primarily in the section through Paradox Valley. The wells withdraw saline brine water from the river alluvium, which is pumped upstream south of the town of Bedrock and disposed of in a deep injection well. There are remnants of a large retention pond along the west bank of the river associated with past salinity reduction efforts. This river segment is on the


BLM_0015453

Colorado 303(d) list for impaired water quality (Colorado Water Quality Control Commission) for total recoverable iron, which is suspected of impacting native, warm water fish propagation (Water Body ID COGUUN12). A water quality monitoring plan is being initiated to determine concentration and source of total recoverable iron in the Dolores River, and develop remedial actions if necessary.

BLM_0015454



**Map 28 - Ice Lake Creek Segment 2**

*Total Segment Length:*  **0.58 miles**

*BLM-administered Portion:*  **0.31 miles**

*Hydrologic Unit:*  **Upper Dolores**

*Preliminary Classification:*  **Scenic**

*Outstandingly Remarkable Values:*  **Scenic**



BLM_0015455

### 28 – RIVER SEGMENT:  ICE LAKE CREEK SEGMENT 2
### HYDROLOGIC UNIT:  Upper Dolores

**Description:** Ice Lake Creek is a small, spring-fed perennial tributary of La Sal Creek. The upper terminus is the start of the creek's perennial flow, below a knickpoint in the channel. The lower terminus of this river segment is the confluence with La Sal Creek. High flows in this creek are short-lived and flashy, typically resulting from runoff during intense summer thunderstorms. Baseflow occurs yearlong from spring discharge in the channel, approximately three-quarters of a mile upstream from the mouth of the creek.

> **Lower Terminus** – Latitude: 38° 19' 57.43" N; Longitude: 109° 2' 22.14" W
> **Upper Terminus** – Latitude: 38° 20' 25.64" N; Longitude: 109° 2' 25.40" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 0.31 | | | 0.27 | **0.58** | **53.4%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 104.8 | | | 75.8 | **180.6** | **58%** |

**Outstandingly Remarkable Values:  Scenic**

1) <u>Scenic</u> - An interdisciplinary BLM field inventory team evaluated the area and assigned a ***Scenic Quality Classification of A***. The following observations were derived from their field notes: A spectacular landscape marked by prominent cliffs, strong vertical relief and interesting erosional features, make Ice Lake Creek a visually remarkable area. Small waterfalls, alcoves, hanging gardens, and pools add to the visual character, and are rare in the region of comparison. The landforms of the adjacent scenery provide rich colors and contrast, completing the stunning scene. The varied colors in the area consist of greens, yellows, oranges, tans, reds, browns, and grays. There is a mining road above the ridgeline on the east side of the creek, but it is not visible from the creek.

**Preliminary Classification:  Scenic**

<u>Rationale</u> - There are no roads or other developments along the creek, although several secondary roads exist on the mesas and side slopes above the creek. The shoreline along public lands is essentially primitive. On private land near the lower terminus, there is an irrigated agricultural field with a water diversion. Colorado State Highway 90 crosses this river segment just above the lower terminus. The water quality meets state classifications and designations.

BLM_0015456



**Map 29 - La Sal Creek, Segment 1**

*Total Segment Length:* **4.82 miles**

*BLM-administered Portion:* **0.62 miles**

*Hydrologic Unit:* **Upper Dolores**

*Preliminary Classification:* **Recreational**

*Outstandingly Remarkable Values:* **Fish, Vegetation**


BLM_0015457

## 29 - RIVER SEGMENT:  LA SAL CREEK, SEGMENT 1
## HYDROLOGIC UNIT:  Upper Dolores

*Description:* La Sal Creek is a perennial stream with headwaters in the La Sal Mountains of eastern Utah. The creek experiences high flows from both spring snowmelt off the La Sal Mountains and runoff generated by summer thunderstorm activity. The upper terminus for this river segment is the Utah-Colorado state line. The lower terminus is the confluence of La Sal Creek with Sharp Canyon.

> *Lower Terminus* – Latitude: 38° 19' 26.09" N; Longitude: 108° 59' 34.40" W
> *Upper Terminus* – Latitude: 38° 19' 38.29" N; Longitude: 109° 3' 36.09" W

**River Segment Ownership (in Miles):**

| *BLM* | *USFS* | *State* | *Private* | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 0.62 | | | 4.20 | **4.82** | **12.9%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| *BLM* | *USFS* | *State* | *Private* | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 718.1 | | | 630.8 | **1,348.9** | **53%** |

**Outstandingly Remarkable Values:  Fish, Vegetation**

1) <u>Fish</u> - This segment harbors exemplary populations of three BLM and Colorado sensitive species, flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*, and the segment is one of only a very few spawning tributaries for these three species in the Dolores River Basin. In addition, the upper portion of this river segment is managed as a wild trout fishery.

2) <u>Vegetation</u> - This segment contains an occurrence of boxelder-river birch riparian woodland *(Acer negundo-Betula occidentalis)*, which is currently ranked as globally imperiled (G2).

**Preliminary Classification: Recreational**

<u>Rationale</u> - La Sal Creek is paralleled by Colorado State Highway 90 throughout this segment. There are several water diversions, primarily constructed to irrigate the agricultural lands common along this river segment.

BLM_0015458



## Map 30 - La Sal Creek, Segment 2

*Total Segment Length:* **4.52 miles**

*BLM-administered Portion:* **3.82 miles**

*Hydrologic Unit:* **Upper Dolores**

*Preliminary Classification:* **Scenic**

*Outstandingly Remarkable Values:* **Fish, Vegetation**


BLM_0015459

## 30 - RIVER SEGMENT:  LA SAL CREEK, SEGMENT 2
## HYDROLOGIC UNIT:  Upper Dolores

*Description:* La Sal Creek is a perennial stream that drains from the La Sal Mountains in eastern Utah. High flows occur during spring snowmelt and from runoff generated by summer thunderstorms. The upper terminus of this segment is the confluence of La Sal Creek with Sharp Canyon. The lower terminus is at the boundary of the Dolores River Canyon Wilderness Study Area.

>   *Lower Terminus* — Latitude: 38° 18' 25.77" N; Longitude: 108° 56' 52.93" W
>   *Upper Terminus* — Latitude: 38° 19' 26.09" N; Longitude: 108° 59' 34.40" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|------|------|-------|---------|--------------|-----------|
| 3.82 |      |       | 0.70    | **4.52**     | **84.5%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|--------|------|-------|---------|-------------|-----------|
| 1,032.9 |      |       | 138.8   | **1,171.7** | **88.2%** |

**Outstandingly Remarkable Values:  Fish, Vegetation**

1) <u>Fish</u> - This segment harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*. This is one of a very few spawning tributaries for these species within the Dolores River Basin. The segment is largely intact, with native fish predominant over introduced species, and includes populations of native speckled dace *(Rhinichthys osculus)* and mottled sculpin *(Cottus bairdii)*.

2) <u>Vegetation</u> - The entire length of this segment supports boxelder/river birch riparian woodland *(Acer negundo/Betula occidentalis)*, which is currently ranked as globally imperiled (G2). The segment is included within the CNHP-designated La Sal Creek Potential Conservation Area.

**Preliminary Classification:  Scenic**

<u>Rationale</u> - An unsurfaced county road runs adjacent to La Sal Creek for most of this segment. There are no water diversions or impoundments along this stretch.

BLM_0015460

## CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: UPPER DOLORES



**Map 31 - La Sal Creek, Segment 3**

>  *Total Segment Length:* **3.37 miles**
>
>  *BLM-administered Portion:* **3.37 miles**
>
>  *Hydrologic Unit:* **Upper Dolores**
>
>  *Preliminary Classification:* **Wild**
>
>  *Outstandingly Remarkable Values:* **Scenic, Recreational, Fish, Cultural, Vegetation**

BLM_0015461

## 31 - RIVER SEGMENT:  LA SAL CREEK, SEGMENT 3
## HYDROLOGIC UNIT:  Upper Dolores

*Description:* La Sal Creek is a perennial stream with headwaters in the La Sal Mountains of eastern Utah. The creek experiences high flows from both spring snowmelt off the La Sal Mountains and runoff generated by summer thunderstorm activity. The upper terminus for this river segment is the Dolores River Canyon WSA boundary. The lower terminus is the confluence of La Sal Creek with the Dolores River.

*Lower Terminus* – Latitude: 38° 16' 42.03" N; Longitude: 108° 55' 52.62" W
*Upper Terminus* – Latitude: 38° 18' 25.77" N; Longitude: 108° 56' 52.93" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|-----|------|-------|---------|--------------|-----------|
| 3.37 | | | | **3.37** | **100%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|-----|------|-------|---------|-------------|-----------|
| 907.7 | | | 7.9 | **915.6** | **99.1%** |

**Outstandingly Remarkable Values:  Scenic, Recreational, Fish, Cultural, Vegetation**

1) <u>Scenic</u> - An interdisciplinary BLM field inventory team evaluated the area and assigned a *Scenic Quality Classification of A*. The following observations were derived from their field notes: Massive rock outcrops and prominent cliffs are the stunning qualities of the La Sal Creek area. The creek flows constant and swift. The rocks and box elder-river birch vegetation create an area of strong contrasts in color and relief consisting of greens, reds, yellows, oranges, grays, and browns. This area is visually exceptional and was determined to be rare within the region.

2) <u>Recreational</u> - This narrow, deeply incised and tightly meandering canyon provides superior opportunities for hiking, wildlife observation, nature study and photography in a high quality, primitive, densely vegetated riparian setting. BLM specialists have observed abundant signs of game species and large predators. The upper end of the segment can be reached by rough four-wheel drive road, while the lower end is accessible by boaters hiking up from the Dolores River.

3) <u>Fish</u> - This segment harbors exemplary populations of three BLM and Colorado sensitive species: flannelmouth suckers *(Catostomus latipinnis)*, bluehead suckers *(Catostomus discobolus)*, and roundtail chubs *(Gila robusta)*. The segment is one of only a very few spawning tributaries for these three species in the Dolores River Basin. In addition, this river segment supports two other native fishes: speckled dace *(Rhinichthys osculus)* and mottled sculpin *(Cottus bairdii)*.

BLM_0015462

4)   <u>Cultural</u> - Several large and important petroglyph panels are found at the junction of LaSal Creek and the Dolores River. These panels represent cultural expressions ranging from Archaic hunting motifs dating to as early as 4,000 years ago to late period Anasazi figures from around AD 1000. These petroglyph panels have been recorded and evaluated as being eligible for nomination to the NRHP under **Criterion C**: *Embodies the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction*, and **Criterion D**: *Yielded, or may be likely to yield, information important in history or prehistory.*

5)   <u>Vegetation</u> - This segment contains boxelder/river birch riparian woodland *(Acer negundo/Betula occidentalis)* along its entire length, which is currently ranked as globally imperiled (G2). The segment is included within the CNHP-designated La Sal Creek Potential Conservation Area.

***Preliminary Classification:*** **Wild**

<u>Rationale</u> - The entire river segment is within the Dolores River Canyon WSA. There is a hiking trail along the creek. Except for several locations where the trail crosses the creek, the shoreline is essentially primitive. There are no water diversions or impoundments within this river reach. The water quality meets state classifications and designations.


BLM_0015463

CHAPTER FIVE - ELIGIBLE RIVER SEGMENTS: UPPER DOLORES



**Map 32 - Lion Creek Segment 2**

*Total Segment Length:* 1.57 miles

*BLM-administered Portion:* 1.26 miles

*Hydrologic Unit:* **Upper Dolores**

*Preliminary Classification:* **Scenic**

*Outstandingly Remarkable Values:* **Vegetation**

BLM_0015464

### 32 – RIVER SEGMENT:  LION CREEK SEGMENT 2
### HYDROLOGIC UNIT:  Upper Dolores

**Description:** Lion Creek is a small, spring-fed tributary of La Sal Creek. The upper terminus is located at the base of a large knickpoint in the channel, above which the stream is mostly ephemeral. The lower terminus of this segment is the confluence with La Sal Creek. High flows in this creek are short-lived and flashy, typically resulting from runoff during intense summer thunderstorms. Baseflow occurs from spring discharge in the channel, approximately 1.5 miles upstream from the mouth of the creek.

> **Lower Terminus –** Latitude: 38° 19' 57.59" N; Longitude: 109° 1' 26.41" W
> **Upper Terminus –** Latitude: 38° 21' 1.31" N; Longitude: 109° 1' 48.01" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|-----|------|-------|---------|--------------|-----------|
| 1.26 |     |       | 0.31    | **1.57**     | **80.3%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|-----|------|-------|---------|-------------|-----------|
| 401.5 |    |       | 84.7    | **486.2**   | **82.6%** |

**Outstandingly Remarkable Values:  Vegetation**

1) <u>Vegetation</u> - This segment contains areas of boxelder/river birch riparian woodland *(Acer negundo/Betula occidentalis)*, which is currently ranked as globally imperiled (G2).

**Preliminary Classification:  Scenic**

<u>Rationale</u> - Colorado State Highway 90 crosses Lion Creek near its confluence with La Sal Creek. Except for the highway crossing, the shoreline is largely primitive. There are water diversions on private land near the confluence with La Sal Creek. The water quality meets state classifications and designations.


BLM_0015465



**Map 33** - **Spring Creek**

*Total Segment Length:* **2.65 miles**

*BLM-administered Portion:* **1.49 miles**

*Hydrologic Unit:* **Upper Dolores**

*Preliminary Classification:* **Recreational**

*Outstandingly Remarkable Values:* **Vegetation**

BLM_0015466

### 33 - RIVER SEGMENT:  SPRING CREEK
### HYDROLOGICAL UNIT:  Upper Dolores

**Description:** Spring Creek is a small perennial, spring-fed tributary of La Sal Creek. The upper terminus this river segment is the creek's headwaters, while the lower terminus is the confluence with La Sal Creek. High flows in this creek are short-lived and flashy, typically resulting from runoff during intense summer thunderstorms. Baseflow occurs yearlong, resulting from spring discharge in the headwaters.

> **Lower Terminus –** Latitude: 38° 19' 27.03" N; Longitude: 108° 58' 48.09" W
> **Upper Terminus –** Latitude: 38° 21' 10.67" N; Longitude: 109° 0' 9.84" W

**River Segment Ownership (in Miles):**

| BLM | USFS | State | Private | TOTAL LENGTH | % FEDERAL |
|---|---|---|---|---|---|
| 1.49 | | | 1.16 | **2.65** | **56.2%** |

**Land Ownership within One-Half Mile Wide Corridor (in Acres):**

| BLM | USFS | State | Private | TOTAL ACRES | % FEDERAL |
|---|---|---|---|---|---|
| 633.0 | | | 201.4 | **834.4** | **75.9%** |

**Outstandingly Remarkable Values:  Vegetation**

1) <u>Vegetation</u> - This segment contains areas of box elder/river birch riparian woodland *(Acer negundo/Betula occidentalis)*, which is currently ranked as globally imperiled (G2). The segment is located within the CNHP-designated La Sal Creek Potential Conservation Area.

**Preliminary Classification:  Recreational**

<u>Rationale</u> - A Colorado state highway crosses Spring Creek via a bridge and parallels portions of this river segment. Two power lines are visible from the bench above the creek. There are water diversions for irrigation of agricultural lands within this river segment.


BLM_0015467



# CHAPTER 6
# *Suitability Analysis*

Eligible river segments (described in Chapter 5 of this report) will undergo a suitability evaluation during the development of the Draft RMP/Draft EIS and Proposed RMP/Final EIS. The final decision on the suitability of a given river segment will be made in the Record of Decision for the Approved Uncompaghre RMP.

This determination does not designate a river as part of the NWSRS. Only congressional action (or the Secretary of the Interior in some cases) may designate a river. If a river is found to be unsuitable, it will be removed from further WSR consideration and will be subject to the management objectives in the prevailing RMP. According to the Interagency WSR Coordinating Council (1999), suitability evaluations should answer three questions:

1) Should the river's free-flowing character, water quality, and ORVs be protected, or are one or more other uses important enough to warrant doing otherwise?

2) Will the river's free-flowing character, water quality, and ORVs be protected through designation? Is it the best method for protecting the river corridor? In answering these questions, the benefits and impacts of WSR designation must be evaluated, and alternative protection methods considered.

3) Is there a demonstrated commitment to protect the river by any nonfederal entities that may be partially responsible for implementing protective management?

Input from designated stakeholder groups during the scoping process, as well as comments regarding the Draft RMP and Draft EIS, will be incorporated into the suitability determination.

## 6.1 CRITERIA USED IN SUITABILITY EVALUATION

BLM Manual 8351 identifies factors to be considered when examining jurisdictional and management constraints and answering the questions presented above during the suitability process:

- Characteristics which do or do not make the area a worthy addition to the NWSRS

- Status of land ownership, surface and subsurface minerals, area use, including the amount of private land involved and associated or incompatible uses. Jurisdictional consideration (including administrative role and/or presence) must be taken into account to the extent that management would be affected

- Reasonably foreseeable potential uses of the land and related waters which would be enhanced, foreclosed or curtailed if the area were included in the NWSRS, and the values which could be foreclosed or diminished if the area is not protected as part of the NWSRS


BLM_0015468

- Federal, public, state, tribal, local, or other interests in designation or non-designation of the river
- Where appropriate, estimated costs associated with acquiring lands or interests in lands, and administering the area if it were to be added to the NWSRS
- Ability of the agency to manage and/or protect the river area or segment as a WSR, or other mechanisms (existing and potential) to protect identified values other than WSR designation
- Historical or existing rights which could be adversely affected.

The **Wild and Scenic River Study Process** (1999) developed by the Interagency Wild and Scenic Rivers Coordinating Council provides additional factors that may be important to examine in considering the suitability of a given segment, including:

- An evaluation of the adequacy of local zoning and other land use controls in protecting the river's ORVs by preventing incompatible development. This evaluation may result in a formal finding that the local zoning fulfills Section 6(c) requirements, which in turn preempts the federal government's ability to acquire land through eminent domain if the river is designated.

- The state/local government's ability to manage and protect the ORVs on nonfederal lands. This factor requires an evaluation of the river protection mechanisms available through the authority of state and local governments. Such mechanisms may include, for example, statewide programs related to population growth management, vegetation management, water quantity or quality, or protection of river-related values such as open space and historic areas.

- Support or opposition to designation. Assessment of this factor will define the political context. The interest in designation or non-designation by federal agencies; state, local and tribal governments; and national and local publics should be considered, as well as the state's political delegation.

- The consistency of designation with other agency plans, programs or policies and in meeting regional objectives. Designation may help or impede the "goals" of other tribal, federal, state or local agencies. For example, designation of a river may contribute to state or regional protection objectives for fish and wildlife resources. Similarly, adding a river which includes a limited recreation activity or setting to the National System may help meet statewide recreation goals. Designation might, however, limit irrigation and/or flood control measures in a manner inconsistent with regional socioeconomic goals.

- The contribution to river system or basin integrity. This factor reflects the benefits of a "systems" approach, such as expanding the designated portion of a river in the National System or developing a legislative proposal for an entire river system (headwaters to mouth) or watershed. Numerous benefits are likely to result from managing an entire river


BLM_0015469

or watershed, including the ability to design a holistic protection strategy in partnership with other agencies and the public.

- The potential for water resources development. The intent of the Act is to preserve selected rivers from the harmful effects of water resources projects. Designation will limit development of water resources projects as diverse as irrigation and flood control measures, hydropower facilities, dredging, diversion and channelization.

## 6.2 TIMING AND PROCESS OF THE SUITABILITY PHASE

River and stream segments identified as eligible in this report will be evaluated for WSR suitability during the development of management alternatives for the Draft RMP, scheduled to take place in 2010. This evaluation will be a collaborative effort between the BLM UFO and other federal and non-federal stakeholders. In addition to two required alternatives: (1) finding all eligible segments suitable, and (2) finding no eligible segments suitable, the BLM and stakeholders will coordinate to develop alternatives considering designation of a portion of eligible segments as suitable, and will examine different potential levels of classification for each segment.

Coordination is particularly important during this phase to determine the appropriateness of designating a river based on other uses, whether a river can be protected through designation, and the level of commitment to protect a river by any non-federal entities who would be involved in protective management. Other options may be developed during this phase that would have the greatest potential for successfully maintaining the character and values of eligible river segments.

BLM_0015470

*I choose to listen to the river for a while,*

*thinking river thoughts,*

*before joining the night and the stars.*

*~ Edward Abbey ~*



BLM Uncompahgre Field Office, Colorado

BLM_0015471

# CHAPTER 7
## Appendices



**APPENDIX A - REPORT PREPARERS**

**APPENDIX B - REFERENCES**

**APPENDIX C - UNCOMPAHGRE WSR EVALUATION AREA RIVERS INVENTORY**

**APPENDIX D - SCOPING COMMENTS**

**APPENDIX E - DRAFT ELIGIBILITY REPORT PRESS RELEASE**

BLM_0015472

CHAPTER SEVEN - APPENDIX A: REPORT PREPARERS

# APPENDIX A - REPORT PREPARERS

| Name | Discipline | Responsibility |
|------|-----------|----------------|
| **BLM Colorado State Office —** | | |
| Roy Smith | Water Rights Specialist | Water Rights |
| **BLM Glenwood Springs Field Office —** | | |
| Tom Fresques | West Slope Fisheries Biologist | Fish ORVs |
| **BLM Uncompahgre Field Office —** | | |
| Bruce Krickbaum | Planning & Environmental Coordinator | Report Oversight/Rivers Field Inventory |
| Dennis Murphy | Hydrologist | Report Lead/Rivers Field Inventory |
| John Arkins | Outdoor Recreation Planner | Scenic ORVs/Rivers Field Inventory |
| Amanda Clements | Ecologist | Vegetation ORVs/Rivers Field Inventory |
| Robert Ernst | Geologist | Geologic ORVs |
| Jim Ferguson | Wildlife Biologist | Rivers Field Inventory |
| Edd Franz | Outdoor Recreation Planner | Recreational & Scenic ORVs |
| Glade Hadden | Archaeologist | Cultural & Historic ORVs |
| Julie Jackson | Outdoor Recreation Planner | Scenic ORVs/Rivers Field Inventory |
| Dave Kauffman | Associate Field Manager | Rivers Field Inventory |
| Kurt Kubik | Range Conservationist | Rivers Field Inventory |
| D. Maggie Magee | Technical Writer/Editor | Report Editing & Formatting |
| Teresa Pfifer | Lands & Minerals Staff Supervisor | Rivers Field Inventory |
| Charles Sharp | Wildlife Biologist | Wildlife ORVs |
| Barbara Sharrow | Field Manager | Report Review/Rivers Field Inventory |
| Kirk Sherrill | Geographical Information Systems Specialist | Mapping & Spatial Analysis |
| Melissa Siders | Biology Staff Supervisor | Rivers Field Inventory |
| David Sinton | Geographical Information Systems Lead | Mapping & Spatial Analysis/Rivers Field Inventory |
| Dean Stindt | Range Conservationist | Rivers Field Inventory |
| Karen Tucker | Gunnison Gorge NCA Manager | Rivers Field Inventory |


BLM_0015473

# APPENDIX B - REFERENCES

## Bureau of Land Management

1982    *Archaeological Resources of Southwestern Colorado: Uncompahgre and Gunnison Resource Areas, San Miguel Resource Area.* Colorado State Office. Denver, Colorado.

1992    *Wild and Scenic Rivers-Policy and Program Direction for Identification, Evaluation, and Management.* BLM Manual 8351. Rel. 8-61. Washington D.C.

2000    Colorado BLM State Director's Sensitive Species List (Animals and Plants). Webpage: *http://www.blm.gov/co/st/en/BLM_Programs/botany/Sensitive_Species_List_.html*

2002    *Roan Plateau Eligibility Report for the National Wild and Scenic Rivers System.* Glenwood Springs Field Office. Glenwood Springs, Colorado.

2004    Washington Office Instruction Memorandum No. 2004-196, *Clarification of Policy in the BLM Manual Section 8351, Wild and Scenic Rivers, with Respect to Eligibility Criteria and Protective Management,* Washington D.C.

2006    Adamic, Denise and Julie Coleman. "History in the Making: Yesterday's Miners Leave a Treasure for Tomorrow's Visitors." *Colorado Road Trip, Uncompahgre Field Office.* Colorado State Office. Denver. File address: *http://www.blm.gov/pgdata/etc/medialib/blm/co/ information/road_trips/2006.Par.71440.File.dat/RT_February_2006.pdf*

2006b   Manual H-8410-1, *Visual Resource Inventory Handbook.* Webpage: *http://www.blm.gov/nstc/VRM/8410.html*

2007    *San Juan Public Lands Center Draft Land Management Plan and Draft Environmental Impact Statement.* Durango, Colorado.

2007b   *Final Wild and Scenic Eligibility Report for Kremmling and Glenwood Springs Field Offices,* Kremmling Field Office and Glenwood Springs Field Office, Colorado.

2008    *Moab Field Office Record of Decision and Approved Resource Management Plan.* Moab Field Office, Utah.

2008b   *Preparation Plan for the Uncompahgre Resource Management Plan.* Uncompahgre Field Office. Montrose, Colorado.

2009    *Wild and Scenic River Eligibility Report for Upper Snake Field Office.* Upper Snake Field Office. Idaho Falls, Idaho.

2009b   *Wild and Scenic River Eligibility Report for Bureau of Land Management Grand Junction Field Office,* Grand Junction, Colorado.

## Coffin, R.C.

1921    "Radium, Uranium and Vanadium Deposits of Southwestern Colorado." *Colorado Geological Survey, Volume 16:* 131-136. Denver, Colorado.


BLM_0015474

CHAPTER SEVEN - APPENDIX B: REFERENCES

**Colorado Division of Wildlife**

2009    *Species of Concern.* Denver, Colorado.
Webpage: *http://wildlife.state.co.us/WildlifeSpecies/SpeciesOfConcern/*

**Colorado Natural Heritage Program**

2003    *Field Guide to Wetland and Riparian Plant Associations of Colorado.* Colorado State University.
Fort Collins, Colorado.

2005    *Understanding Natural Heritage Conservation Status.*
File address:  *http://www.cnhp.colostate.edu/download/list/Understanding_Conservation_Status_7-28-2005.pdf*

**Colorado River Water Conservation District**

2009    *Water Glossary of Colorado River Terms.* Webpage: *http://www.crwcd.org/page_100*

**Colorado Department of Public Health and Environment, Water Quality Control Commission**

2008-    "Section 303(d) List of Water Quality-limited Segments Requiring Total Maximum Daily
2010    Loads." *5CCR 1002-93, Regulation #93.* Colorado Department of Public Health and
Environment. Denver, Colorado.

2010    Classifications and Numeric Standards for Gunnison and Lower Dolores River Basins,
Regulation Number 35, as amended 8 February 2010. Available online at:
http://www.cdphe.state.co.us/regulations/wqccregs/

**COMET, NWS NERFC, and SUNY-ESF**

"Glossary of Terms." *Introduction to Fluvial Geomorphology.*
Webpage: *http://www.fgmorph.com/showglossary.php*

**Dallas, Emma Peel**

2006    "Mesa to Telluride via Unaweep/Tabeguache Scenic and Historic Byway 180 miles." *Talking
to Myself.* Webpage: *http://emmapeeldallas.blogspot.com/2006_07_01_archive.html*

**Fish and Wildlife Service**

2000    "Remanded Determination of Status for the Contiguous United States Distinct Population
Segment of the Canada Lynx: Clarification of Findings, Final Rule." *Federal Register: March 24,
2000, Volume 65, Number 58:* 16051-16086.
File address: *www.fs.fed.us/r2/projects/lynx/...106-appendix_b_references.pdf*

2000b    *Commonly Asked Questions About The Canada Lynx.* Site bulletin.
File address: *http://library.fws.gov/Pubs/lynx_faqs.pdf*

2002    *Critical Habitat: What Is It?* Site bulletin. Endangered Species Program.
File address: *http://www.fs.fed.us/r9/wildlife/tes/docs/esa_references/critical_habitat.pdf*


BLM_0015475

CHAPTER SEVEN - APPENDIX B: REFERENCES

2009    Personal communication between BLM Wildlife Biologist Charlie Sharp and FWS biologists Collin Ewing and Kirk Broderdorp regarding potential habitat of the Canada lynx.

**Interagency Wild and Scenic Rivers Coordinating Council**
1999    *The Wild and Scenic Rivers Study Process*, Technical Report. Washington D.C. Website: *http://www.rivers.gov*

**Kohler, Judith**
2009    "Gunnison sage grouse reconsidered for listing." *Denver Post.* Denver, Colorado. File address: *http://www.denverpost.com/commented/ci_13161578?source%253D commented-.09C77390B6B3F7A2083D2070F9A78E28.html*

**National Audubon Society**
2010    Important Bird Areas in the U.S. Available online at: *http://www.audubon.org/bird/iba*

**Streeter, Kelly**
2004    "Hanging Flume, Uravan, Colorado." *Vertical Access Quarterly.* Webpage: *http://www.vertical-access.com/newsletter/200406/*

**U.S. Forest Service**
2003    *Final Eligibility Study of Wild and Scenic Rivers*, Manti-La Sal National Forest. Price, Utah.

2007    *Proposed Land Management Plan Grand Mesa, Uncompahgre, and Gunnison National Forests.* Delta, Colorado.

2007b    *Wild and Scenic Rivers Suitability Study for National Forest System Lands in Utah.* PowerPoint. File address: *http://www.fs.fed.us/r4/rivers/documents/suitability_presentation_052407.pdf*

**U.S. Geological Survey**
2006    *Ecoregions of Colorado.* Color poster with map, descriptive text, summary tables, and photographs. S.S. Chapman, G.E. Griffith, J.M. Omernik, A.B. Price, J. Freeouf and D.L. Schrupp. Reston, Virginia. Webpage: *http://www.epa.gov/wed/pages/ecoregions/co_eco.htm*

**Watershed Management Council**
1994    Recommended Watershed Terminology. Moccasin, California. Webpage: *http://watershed.org/news/fall_94/terminology.html*

**Wild and Scenic Rivers Act**
1968    Public Law 90-542; 16 U.S.C. 1271 et seq., as amended.

**Willits, Patrick**
2001    *San Miguel River Restoration Assessment Summary.* The Trust for Land Restoration. Ridgway, Colorado. File address: *www.restorationtrust.org/Rest-Assess_summ.pdf*


BLM_0015476

# APPENDIX C - UNCOMPAHGRE RIVER INVENTORY

### Table 7-1  River Segments in the WSR Evaluation Area Reviewed for Eligibility

Yellow shading indicates that a segment has been determined eligible.

Blue shading indicates that the segment has been evaluated for eligibility in an Eligibility Report prepared by the BLM Dolores Field Office.

Tan shading indicates that an eligible segment will be evaluated for suitability during development of the Dominguez-Escalante RMP.

[1]X indicates that a value has been determined to meet ORV criteria.

[2]W indicates a tentative classification of wild, S indicates a tentative classification of scenic, and R indicates a tentative classification of recreational.

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Hydrologic Unit: Upper Gunnison** | | | | | | | | | | | | | |
| Coal Creek | Headwaters in T47N R7W Sec 34 NMPM to Cimarron River | 3.74 | 0.89 | Y | | | | | | | | | |
| Doug Creek | Gunnison NF boundary to Muddy Creek | 6.69 | 0.30 | Y | | | | | | | | | |
| High Park Creek | Uncompahgre NF boundary to Coal Creek | 1.84 | 0.96 | Y | | | | | | | | | |
| Iron Creek | Gould Reservoir to Crawford Reservoir | 5.08 | 0.30 | Y | | | | | | | | | |

BLM_0015477

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Muddy Creek | Headwaters to Crawford Reservoir | 8.49 | 0.03 | Y | | | | | | | | | |
| Muddy Creek | Crawford Reservoir to Smith Fork | 0.89 | 0.83 | Y | | | | | | | | | |
| Smith Fork | Gunnison NF boundary to GGNCA boundary | 15.35 | 0.12 | Y | | | | | | | | | |
| Squaw Creek | Upstream UFO boundary in T48N/R7W/Sec 1 NMPM to Cimarron River | 1.48 | 1.28 | Y | | | | | | | | | |
| HYDROLOGIC UNIT: LOWER GUNNISON | | | | | | | | | | | | | |
| Alkali Creek | Grand Mesa NF boundary to confluence with Gunnison River | 10.11 | 7.22 | Y | | | | | | | | | |
| Beebe Creek | Grand Mesa NF boundary to Oak Creek | 6.32 | 2.57 | Y | | | | | | | | | |
| Branch Creek | Uncompahgre NF boundary to North Fork Escalante Creek | 1.96 | 1.27 | N | | | | | | | | | |
| Camp Creek | Grand Mesa NF boundary to Dirty George Creek | 4.53 | 0.73 | Y | | | | | | | | | |


BLM UNCOMPAHGRE FIELD OFFICE, COLORADO
*Final Wild and Scenic River Eligibility Report*

BLM_0015478

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Cottonwood Creek | Uncompahgre NF boundary to downstream UFO boundary in T51N/ R12W/Sec 14 NMPM | 18.27 | 18.27 | Y | | | | | | | | X | S |
| Criswell Creek | Uncompahgre NF boundary to Roubideau Creek | 5.12 | 5.12 | Y | | | | | | | | | |
| Currant Creek | Grand Mesa NF boundary to downstream UFO boundary at Antelope Hill | 11.83 | 1.65 | Y | | | | | | | | | |
| Dirty George Creek | Grand Mesa NF boundary to Tongue Creek | 7.68 | 1.44 | N | | | | | | | | | |
| Doughspoon Creek | East and West Forks of Doughspoon Creek to Tongue Creek | 7.00 | 3.30 | Y | | | | | | | | | |
| Dry Fork Escalante Creek Segment 1 | Uncompahgre NF boundary to Tatum Draw | 10.86 | 10.86 | Y | | | | | | | | | |
| Dry Fork Escalante Creek Segment 2 | Tatum Draw to mouth | 2.89 | 2.43 | Y | | | | | | | | X | R |
| East Fork Doughspoon Creek | Grand Mesa NF boundary to Doughspoon Creek | 1.76 | 1.18 | N | | | | | | | | | |

BLM_0015479

## CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Escalante Creek Segment 1 | Uncompahgre NF boundary to upstream Colorado State land boundary in T51N/R13W/ Sec 15 NMPM | 8.45 | 5.75 | Y | X | X | X | | X | | | X | S |
| Escalante Creek Segment 2 | Upstream of Colorado State land boundary in T51N/R13W/Sec 15 NMPM to Gunnison River | 8.48 | 0.90 | Y | | | | X | X | | | X | R |
| Gunnison River Segment 1 | Gunnison Forks to Currant Creek | 7.86 | 5.06 | | | | | | | | | | |
| Gunnison River Segment 2 | Upstream boundary to downstream boundary of BLM land in T15S/R95W/ Sec 5 6th PM | 0.41 | 0.41 | Y | | | | X | | | | | R |
| Gunnison River Segment 3 | Upstream UFO boundary in T15S/R97W/Sec 24 6th PM to boundary between UFO and Grand Junction Field Office | 17.46 | 8.43 | Y | | X | | X | | X | | X | R |
| Kelso Creek | Uncompahgre NF boundary to Escalante Creek | 1.68 | 0.76 | N | | | | | | | | | |
| Little Monitor Creek | Uncompahgre NF boundary to Monitor Creek | 1.41 | 1.37 | Y | | | | | | | | | |



**BLM Uncompahgre Field Office, Colorado**
*Final Wild and Scenic River Eligibility Report*

BLM_0015480

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Madison Gulch | Upstream UFO boundary in T14S/R94W/Sec 16 6th PM to Currant Creek | 0.37 | 0.37 | N | | | | | | | | | |
| Monitor Creek | Uncompahgre NF boundary to Potter Creek | 9.42 | 9.42 | Y | | | | | | | | X | W |
| Negro Creek | Headwaters in T13S/ R96W/Sec 34 6th PM to Tongue Creek | 8.27 | 4.99 | N | | | | | | | | | |
| North Fork Escalante Creek | Uncompahgre NF boundary to Escalante Creek | 5.98 | 1.93 | Y | | | | | | | | | |
| Oak Creek | Grand Mesa NF boundary to Tongue Creek | 6.79 | 2.20 | Y | | | | | | | | | |
| Peach Valley | GGNCA boundary to Gunnison River | 8.11 | 0.89 | N | | | | | | | | | |
| Potter Creek | Uncompahgre NF boundary to Roubideau Creek | 9.82 | 9.82 | Y | | | | | | | | X | W |
| Rose Creek | | | | Y | X | | | | | | | | W |

BLM_0015481

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Roubideau Creek Segment 1 | Uncompahgre NF boundary to downstream Camelback WSA boundary | 10.74 | 10.00 | Y | | X | | | X | X | | X | W |
| Roubideau Creek Segment 2 | Downstream Camelback WSA boundary to upstream Colorado State land boundary in T15S/ R96W/Sec 32 6th PM | 7.59 | 3.45 | Y | | | | | X | | | X | S |
| Sulphur Gulch | Upstream UFO boundary in T14S/R94W/Sec 25 6th PM to Gunnison River | 1.31 | 1.11 | N | | | | | | | | | |
| West Fork Doughspoon Creek | Grand Mesa NF boundary to Doughspoon Creek | 1.41 | 0.98 | N | | | | | | | | | |
| HYDROLOGIC UNIT: UNCOMPAHGRE | | | | | | | | | | | | | |
| Alkali Creek | Upstream UFO boundary in T46N/R8W/Sec 27 NMPM to Ridgway Reservoir | 2.54 | 0.81 | Y | | | | | | | | | |
| Brook Creek | Upstream UFO boundary in T47N/R8W/Sec 26 NMPM to Billy Creek | 0.53 | 0.12 | Y | | | | | | | | | |
| Cedar Creek | Montrose Reservoir to Uncompahgre River | 21.64 | 3.32 | N | | | | | | | | | |


BLM_0015482

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| SEGMENT NAME | SEGMENT LOCATION | TOTAL SEGMENT LENGTH (IN MILES) | SEGMENT LENGTH ON BLM LANDS (IN MILES) | FREE-FLOWING DETERMINATION (Y OR N) | OUTSTANDINGLY REMARKABLE VALUES[1] | | | | | | | | CLASSIFICATION[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Chaffee Gulch | Upstream UFO boundary in T47N/R8W/Sec 35 NMPM to Uncompahgre River | 3.25 | 1.61 | Y | | | | | | | | | |
| Cottonwood Creek | Upstream UFO boundary in T48N/R11W/Sec 34 NMPM to East Fork Dry Creek | 0.95 | 0.39 | Y | | | | | | | | | |
| Cow Creek | Uncompahgre NF boundary to Uncompahgre River | 11.15 | 0.97 | Y | | | | | | | | | |
| Cushman Creek | Uncompahgre NF boundary to Dry Creek | 7.82 | 7.43 | Y | | | | | | | | | |
| Dolores Creek | Upstream UFO boundary in T47N/R10W/Sec 24 NMPM to downstream UFO boundary in T48N/ R9W/Sec 33 NMPM | 5.54 | 4.64 | Y | | | | | | | | | |
| Dry Cedar Creek | Upstream UFO boundary in T48N/R8W/Sec 10 NMPM to downstream UFO boundary in T48N/ R9W/Sec 14 NMPM | 2.57 | 1.05 | N | | | | | | | | | |
| Dry Creek | Confluence of East and West Forks of Dry Creek to downstream UFO boundary in T49N/ R11W/Sec 1 NMPM | 12.66 | 12.24 | Y | | | | | | | | | |
| East Fork Dry Creek | Upstream UFO boundary in T47N/R11W/Sec 2 NMPM to Dry Creek | 6.74 | 5.15 | Y | | | | | | | | | |

BLM_0015483

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| SEGMENT NAME | SEGMENT LOCATION | TOTAL SEGMENT LENGTH (IN MILES) | SEGMENT LENGTH ON BLM LANDS (IN MILES) | FREE-FLOWING DETERMINATION (Y OR N) | OUTSTANDINGLY REMARKABLE VALUES[1] | | | | | | | | CLASSIFICATION[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| East Fork Horsefly Creek | Upstream UFO boundary in T46N/R9W/Sec 4 NMPM to Horsefly Creek | 1.05 | 0.84 | N | | | | | | | | | |
| East Fork Spring Creek | Uncompahgre NF boundary to Spring Creek | 0.66 | 0.66 | Y | | | | | | | | | |
| Flume Creek | Uncompahgre NF boundary to Cow Creek | 1.36 | 0.82 | N | | | | | | | | | |
| Happy Canyon Creek | Upstream UFO boundary in T47N/R10W/Sec 24 NMPM to downstream UFO boundary in T48N/ R9W/Sec 19 NMPM | 7.52 | 4.94 | Y | | | | | | | | | |
| Horsefly Creek | Confluence of East and West Forks of Horsefly Creek to Uncompahgre River | 6.52 | 2.81 | Y | | | | | | | | | |
| Martin Creek | Upstream UFO boundary in T46N/R7W/Sec 30 NMPM to Cow Creek | 0.66 | 0.47 | N | | | | | | | | | |
| McKenzie Creek | Upstream UFO boundary in T46N/R8W/Sec 7 NMPM to Uncompahgre River | 1.49 | 1.34 | Y | | | | | | | | | |
| Middle Fork Spring Creek | Uncompahgre NF boundary to Spring Creek | 0.77 | 0.77 | Y | | | | | | | | | |



**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Final Wild and Scenic River Eligibility Report*

BLM_0015484

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| SEGMENT NAME | SEGMENT LOCATION | TOTAL SEGMENT LENGTH (IN MILES) | SEGMENT LENGTH ON BLM LANDS (IN MILES) | FREE-FLOWING DETERMINATION (Y OR N) | OUTSTANDINGLY REMARKABLE VALUES[1] | | | | | | | | CLASSIFICATION[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Montrose Arroyo | Headwaters to downstream UFO boundary in T48N/R9W/ Sec 1 NMPM | 3.34 | 2.16 | N | | | | | | | | | |
| Rawhide Gulch | Upstream UFO boundary in T49N/R7W/Sec 32 NMPM to Cedar Creek | 0.48 | 0.48 | N | | | | | | | | | |
| Spring Creek | Confluence of East and Middle Forks of Spring Creek to downstream UFO boundary in T48N/ R10W/Sec 27 NMPM | 4.81 | 4.81 | Y | | | | | | | | | |
| Uncompahgre River Segment 1 | Upstream UFO boundary in T44N/R8W/Sec 13 NMPM to Ridgway Reservoir | 13.32 | 0.51 | Y | | | | | | | | | |
| Uncompahgre River segment 2 | Outflow of Ridgway Reservoir to Horsefly Creek | 16.60 | 0.28 | Y | | | | | | | | | |
| Waterdog Basin | Upstream to downstream UFO boundary in T48N/ R8W/Sec 15 NMPM | 1.01 | 0.77 | N | | | | | | | | | |
| West Fork Dry Creek | Upstream UFO boundary in T48N/R12W/Sec 24 NMPM to Dry Creek | 3.94 | 3.94 | Y | | | | | | | | | |
| West Fork Horsefly Creek | Upstream UFO boundary in T46N/R9W/Sec 5 NMPM to Horsefly Creek | 1.44 | 1.44 | Y | | | | | | | | | |

BLM_0015485

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| SEGMENT NAME | SEGMENT LOCATION | TOTAL SEGMENT LENGTH (IN MILES) | SEGMENT LENGTH ON BLM LANDS (IN MILES) | FREE-FLOWING DETERMINATION (Y OR N) | OUTSTANDINGLY REMARKABLE VALUES[1] | | | | | | | | CLASSIFICATION[2] |
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| West Fork Spring Creek | Uncompahgre NF boundary to Spring Creek | 1.01 | 0.74 | Y | | | | | | | | | |
| HYDROLOGIC UNIT: NORTH FORK | | | | | | | | | | | | | |
| Anthracite Creek | Layton Gulch to Snowshoe Creek | 2.83 | 0.20 | Y | | | | | | | | | |
| Bear Creek | Upstream UFO boundary in T12S/R91W/Sec 36 6th PM to North Fork | 3.28 | 1.45 | Y | | | | | | | | | |
| Buzzard Creek | Upstream UFO boundary in T12S/R89W/Sec 19 6th PM to West Muddy Creek | 0.37 | 0.36 | Y | | | | | | | | | |
| Cottonwood Creek- Downstream of Paonia Reservoir | Gunnison NF boundary to North Fork | 1.87 | 1.22 | Y | | | | | | | | | |
| Cottonwood Creek (North of Crawford, CO) | Gunnison NF boundary to North Fork | 11.93 | 2.02 | Y | | | | | | | | | |
| Deadman Gulch | Upstream UFO boundary in T12S/R89W/Sec 19 6th PM to West Muddy Creek | 0.25 | 0.13 | Y | | | | | | | | | |



**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Final Wild and Scenic River Eligibility Report*

BLM_0015486

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| SEGMENT NAME | SEGMENT LOCATION | TOTAL SEGMENT LENGTH (IN MILES) | SEGMENT LENGTH ON BLM LANDS (IN MILES) | FREE-FLOWING DETERMINATION (Y OR N) | OUTSTANDINGLY REMARKABLE VALUES[1] | | | | | | | | CLASSIFICATION[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Deep Creek | Gunnison NF boundary to Paonia Reservoir | 2.55 | 0.58 | Y | | | | X | | | | | S |
| Dever Creek | Upstream UFO boundary in T13S/R93W/Sec 23 6th PM to Leroux Creek | 3.34 | 1.00 | Y | | | | | | | | | |
| East Fork Terror Creek | Reach beginning at upstream UFO boundary in T13S/R91W/Sec 5 6th PM to confluence with Muddy Creek West | 0.05 | 0.05 | Y | | | | | | | | | |
| East Muddy Creek | Upstream UFO boundary in T12S/R89W/Sec 20 6th PM to confluence with West Muddy creek | 0.55 | 0.28 | Y | | | | | | | | | |
| East Roatcap Creek | Upstream UFO/private land boundary in T13S/ R92W/Sec 14 6th PM to Roatcap Creek | 1.81 | 1.10 | Y | | | | | | | | | |
| Elk Creek | Gunnison NF boundary to downstream UFO boundary in T13S/R90W/ Sec 5 6th PM | 0.77 | 0.75 | Y | | | | | | | | | |
| Hawksnest Creek | Gunnison NF boundary to North Fork Gunnison River | 1.87 | 1.75 | Y | | | | | | | | | |

BLM_0015487

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Hubbard Creek | Gunnison NF boundary to North Fork Gunnison River | 2.37 | 1.27 | Y | | | | | | | | | |
| Jay Creek | Upstream UFO boundary in T13S/R92W/Sec 30 6th PM to North Fork Gunnison River | 5.51 | 3.04 | Y | | | | | | | | | |
| Lake Fork | Gunnison NF boundary to Minnesota Creek | 0.31 | 0.26 | Y | | | | | | | | | |
| Layton Gulch | Gunnison NF boundary to Anthracite Creek | 2.24 | 1.43 | Y | | | | | | | | | |
| Leroux Creek | Upstream UFO boundary in T13S/R93W/Sec 16 6th PM to downstream UFO boundary in T14S/R93W/ Sec 22 6th PM | 7.03 | 1.86 | Y | | | | | | | | | |
| Long Draw | Stream reach on UFO land in T13S/R92W/Sec 16 6th PM | 1.03 | 1.01 | Y | | | | | | | | | |
| Love Gulch | Headwaters to downstream UFO boundary in T14S/R92W/ Sec 4 6th PM | 2.39 | 1.19 | N | | | | | | | | | |
| McDonald Creek | Gunnison NF boundary to Cottonwood Creek | 5.84 | 4.47 | Y | | | | | | | | | |


BLM_0015488

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| SEGMENT NAME | SEGMENT LOCATION | TOTAL SEGMENT LENGTH (IN MILES) | SEGMENT LENGTH ON BLM LANDS (IN MILES) | FREE-FLOWING DETERMINATION (Y OR N) | OUTSTANDINGLY REMARKABLE VALUES[1] | | | | | | | | CLASSIFICATION[2] |
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Minnesota Creek | Lake Fork to Dry Fork | 2.02 | 0.16 | Y | | | | | | | | | |
| Muddy Creek Segment 1 | East and West Forks of Muddy Creek to Paonia Reservoir | 1.34 | 0.38 | Y | | | | | | | | | |
| Muddy Creek Segment 2 | Outlet of Paonia Reservoir to Anthracite Creek | 0.52 | 0.27 | Y | | | | | | | | | |
| North Fork Gunnison River Segment 1 | Anthracite Creek to Paonia, CO | 15.74 | 2.22 | Y | | | | | | | | | |
| North Fork Gunnison River Segment 2 | East boundary of GGNCA to Gunnison Forks | 1.11 | 0.96 | | | | | | | | | | |
| Raven Gulch | Gunnison NF boundary to North Fork Gunnison River | 0.54 | 0.11 | Y | | | | | | | | | |
| Reynolds Creek | Stream reach on UFO in T14S/R91W/Sec 21 6th PM | 0.53 | 0.52 | Y | | | | | | | | | |
| Roatcap Creek | East and West Forks of Roatcap Creek to downstream UFO boundary in T13S/R92W/ Sec 35 6th PM | 1.61 | 1.18 | Y | | | | | | | | | |

BLM_0015489

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Sams Creek | Gunnison NF boundary to Minnesota Creek | 1.10 | 0.82 | Y | | | | | | | | | |
| Sheep Creek | Grand Mesa NF boundary to Hubbard Creek | 0.88 | 0.51 | Y | | | | | | | | | |
| Stevens Gulch | Upstream UFO boundary in T13S/R92W/Sec 23 6th PM to downstream UFO boundary in T13S/R91W/ Sec 30 6th PM | 2.58 | 1.92 | Y | | | | | | | | | |
| Terror Creek | Confluence of East and West Terror Creeks to North Fork Gunnison | 3.50 | 2.97 | Y | | | | | | | | | |
| West Fork Terror Creek | Grand Mesa NF boundary to confluence with East Fork Terror Creek | 1.21 | 0.47 | Y | | | | X | | | | | S |
| West Muddy Creek Segment 1 | Upstream boundary to downstream UFO boundary in T12S/R90W/ Sec 12 6th PM | 0.26 | 0.26 | Y | | | | | | | | | |
| West Muddy Creek Segment 2 | Upstream UFO boundary in T12S/R89W/Sec 19 6th PM to East Muddy Creek | 0.45 | 0.39 | Y | | | | | | | | | |
| West Roatcap Creek | Upstream UFO boundary in T13S/R92W/Sec 8 6th PM to Roatcap Creek | 3.69 | 1.89 | Y | | | | | | | | | |



**BLM Uncompahgre Field Office, Colorado**
*Final Wild and Scenic River Eligibility Report*

BLM_0015490

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Williams Creek | Upstream UFO boundary in T12S/R89W/Sec 27 6th PM to Paonia Reservoir | 0.96 | 0.96 | Y | | | | | | | | | |
| HYDROLOGIC UNIT: SAN MIGUEL | | | | | | | | | | | | | |
| Atkinson Creek | West Atkinson Creek to San Miguel River | 2.89 | 2.70 | Y | | | | | | | | | |
| Beaver Creek | Uncompahgre NF boundary to San Miguel River | 14.25 | 14.19 | Y | | | | | | | | X | S |
| Big Atkinson Creek | Uncompahgre NF boundary to San Miguel River to Atkinson Creek | 5.91 | 5.91 | N | | | | | | | | | |
| Big Bear Creek | Upstream UFO boundary in T42N/R10W/Sec 4 NMPM to San Miguel River | 2.60 | 1.54 | Y | | | | | | | | | |
| Big Bucktail Creek | Uncompahgre NF boundary to San Miguel River | 3.55 | 3.20 | N | | | | | | | | | |
| Big Johnson Creek | Uncompahgre NF boundary to confluence with Little Johnson Creek | 0.50 | 0.49 | N | | | | | | | | | |
| Broad Canyon | Upstream UFO boundary to Hamilton Creek | 2.72 | 1.71 | N | | | | | | | | | |

BLM UNCOMPAHGRE FIELD OFFICE, COLORADO
*Final Wild and Scenic River Eligibility Report*

BLM_0015491

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| SEGMENT NAME | SEGMENT LOCATION | TOTAL SEGMENT LENGTH (IN MILES) | SEGMENT LENGTH ON BLM LANDS (IN MILES) | FREE-FLOWING DETERMINATION (Y OR N) | OUTSTANDINGLY REMARKABLE VALUES[1] | | | | | | | | CLASSIFICATION[2] |
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calamity Draw | Upstream UFO boundary in T46N/R16W/ Sec 11 NMPM to San Miguel River | 0.65 | 0.61 | N | | | | | | | | | |
| Campbell Creek | Uncompahgre NF boundary to Tabeguache Creek | 6.20 | 4.99 | Y | | | | | | | | | |
| Coal Canyon | Uncompahgre NF boundary to San Miguel River | 10.33 | 7.06 | N | | | | | | | | | |
| Cottonwood Creek | Uncompahgre NF boundary to San Miguel River | 3.41 | 1.99 | Y | | | | | | | | | |
| Craig Draw | Uncompahgre NF boundary to San Miguel River | 2.14 | 1.23 | N | | | | | | | | | |
| Dry Creek Segment 1 | Upstream UFO boundary to downstream UFO boundary in T46N/R6W/ Sec 34 NMPM | 10.49 | 10.42 | Y | X | | X | | | | | | W |
| Dry Creek Segment 2 | Upstream private land boundary in T46N/R16W/ Sec 34 NMPM to San Miguel River | 3.17 | 1.64 | Y | | | | | | | | | |
| Dry Park Draw | UFO land from headwaters to Uncompahgre NF boundary | 0.65 | 0.61 | N | | | | | | | | | |


BLM_0015492

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| East Branch Shavano Creek | Uncompahgre NF boundary to Shavano Creek | 1.09 | 0.50 | Y | | | | | | | | | |
| Fall Creek | Uncompahgre NF boundary to San Miguel River | 5.56 | 1.44 | Y | | | | | | | | | |
| Forty-Seven Creek | Boundary of Tabeguache Area to Tabeguache Creek | 1.40 | 1.40 | Y | | | | | | | | | |
| Goat Creek | Upstream UFO boundary in T43N/R12W/Sec 28 NMPM to Beaver Creek | 0.75 | 0.58 | Y | | | | | | | | | |
| Good Enough Gulch | UFO land in T44N/R12W/ Sec 3 NMPM | 0.10 | 0.10 | N | | | | | | | | | |
| Hamilton Creek | Upstream UFO boundary in T44N/R14W/Sec 33 NMPM to Naturita Creek | 16.16 | 11.17 | N | | | | | | | | | |
| Horsefly Creek | Uncompahgre NF boundary to San Miguel River | 1.12 | 1.12 | Y | | | | | | | | | |
| Huff Gulch | Upstream UFO boundary in T44N/R12W NMPM to San Miguel River | 0.67 | 0.54 | N | | | | | | | | | |

BLM_0015493

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyatt Draw | Headwaters to confluence with San Miguel River | 0.89 | 0.89 | N | | | | | | | | | |
| Leopard Creek | Upstream UFO boundary in T44N/R11W/Sec 12 NMPM to San Miguel River | 4.87 | 3.36 | Y | | | | | | | | | |
| Little Johnson Creek | Uncompahgre NF boundary to confluence with Big Johnson Creek | 0.86 | 0.85 | N | | | | | | | | | |
| Little Maverick Draw | Upstream UFO boundary in T46N/R14W/Sec 19 NMPM to Maverick Draw | 0.72 | 0.45 | N | | | | | | | | | |
| Manly Draw | Upstream UFO boundary in T45N/R13W/Sec 18 NMPM to Naturita Creek | 0.28 | 0.28 | N | | | | | | | | | |
| Maverick Draw Segment 1 | Upstream UFO boundary in T45N/R13W/Sec 6 NMPM to Little Maverick Draw | 9.42 | 1.06 | Y | | | | | | | | | |
| Maverick Draw Segment 2 | Little Maverick Draw to Naturita Creek | 2.05 | 1.69 | Y | | | | | | | | | |
| McKenzie Creek | Uncompahgre NF boundary to San Miguel River | 1.24 | 1.05 | Y | | | | | | | | | |



**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Final Wild and Scenic River Eligibility Report*

BLM_0015494

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| SEGMENT NAME | SEGMENT LOCATION | TOTAL SEGMENT LENGTH (IN MILES) | SEGMENT LENGTH ON BLM LANDS (IN MILES) | FREE-FLOWING DETERMINATION (Y OR N) | OUTSTANDINGLY REMARKABLE VALUES[1] | | | | | | | | CLASSIFICATION[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Muddy Creek | Upstream UFO boundary in T42N/R10W/Sec 4 NMPM to Big Bear Creek | 0.45 | 0.40 | Y | | | | | | | | | |
| Naturita Creek | Uncompahgre NF boundary to San Miguel River | 24.97 | 9.99 | Y | | | | X | | | | | S |
| North Fork Cottonwood Creek | Uncompahgre NF boundary to Cottonwood Creek | 0.04 | 0.04 | N | | | | | | | | | |
| Saltado Creek | Upstream UFO boundary in T43N/R11W/Sec 18 NMPM to San Miguel River | 5.56 | 4.14 | Y | | | | | | | | X | W |
| San Miguel River Segment 1 | UFO boundary just downstream of Deep Creek to UFO boundary 1.25 miles (est.) downstream from Clay Creek | 27.23 | 17.34 | Y | X | X | X Paleontology | | W | | X | X | R |
| San Miguel River Segment 2 | UFO boundary 1.25 miles (est.) downstream from Clay Creek to immediately above Horsefly Creek | 4.01 | 3.64 | Y | X | X | | | W | | | X | W |
| San Miguel River Segment 3 | Immediately above Horsefly Creek to Colorado State Highway 90 Bridge at Piñon, CO | 7.31 | 5.30 | Y | | X | | X | W | | | X | S |

BLM_0015495

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| San Miguel River Segment 4 | Colorado State Highway 90 Bridge at Piñon, Colorado to Calamity Draw | 16.34 | 1.62 | Y | | | | | | | | | |
| San Miguel River Segment 5 | Calamity Draw to Atkinson Creek | 14.00 | 2.59 | Y | | X | | X | | | X | X | R |
| San Miguel River Segment 6 | Atkinson Creek to Dolores River | 3.23 | 2.25 | Y | | X | | X | | | X | X | R |
| Shavano Creek | Uncompahgre NF boundary to Tabeguache Creek | 5.91 | 5.83 | Y | | | | | | | | | |
| Specie Creek | Upstream UFO boundary in T43N/R11W/Sec 7 NMPM to San Miguel River | 2.07 | 2.07 | Y | | | | | | | | | |
| Spring Creek | Uncompahgre NF boundary to Tabeguache Creek | 8.35 | 7.49 | Y | | | | | | | | | |
| Summit Creek | Upstream UFO boundary in T43N/R10W/Sec 22 NMPM to San Miguel River | 0.45 | 0.45 | Y | | | | | | | | | |
| Tabeguache Creek Segment 1 | Uncompahgre NF boundary to west boundary of Tabeguache Area | 3.61 | 3.61 | Y | | | | | | | | X | W |



**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Final Wild and Scenic River Eligibility Report*

BLM_0015496

CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Tabeguache Creek Segment 2 | West boundary of Tabeguache Area to San Miguel River | 11.57 | 7.89 | Y | | | | | | X | | X | R |
| Turner Creek | Upstream UFO boundary in T43N/R12W/Sec 10 NMPM to Beaver Creek | 1.00 | 1.00 | Y | | | | | | | | | |
| Tuttle Draw | Upstream UFO boundary in T47N/R15W/ Sec 26 to San Miguel River | 9.42 | 2.80 | N | | | | | | | | | |
| West Atkinson Creek | Confluence of Little Johnson and Big Johnson Creeks to Atkinson Creek | 5.68 | 5.68 | Y | | | | | | | | | |
| Willow Creek | Upstream UFO boundary in T43N/R10W/Sec 26 NMPM to San Miguel River | 0.35 | 0.35 | Y | | | | | | | | | |
| HYDROLOGIC UNIT: LOWER DOLORES | | | | | | | | | | | | | |
| Lower Dolores River | San Miguel River to BLM Grand Junction Field Office boundary | 10.53 | 6.93 | Y | X | X | X | X | X | | | | S |
| Mesa Creek | North and South Forks of Mesa Creek to Dolores River | 2.08 | 0.95 | Y | | | | | | | | | |
| North Fork Mesa Creek | UFO boundary to Mesa Creek | 8.53 | 5.81 | Y | | | | | | | | X | S |

BLM_0015497

## CHAPTER SEVEN - APPENDIX C: INVENTORY OF UNCOMPAHGRE RIVERS

| Segment Name | Segment Location | Total Segment Length (in miles) | Segment Length on BLM Lands (in miles) | Free-Flowing Determination (Y or N) | Outstandingly Remarkable Values[1] | | | | | | | | Classification[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scenic | Recreational | Geologic | Fish | Wildlife | Cultural | Historic | Vegetation | |
| Roc Creek | Manti-La Sal NF boundary to Dolores River | 5.02 | 2.30 | Y | | | | | | | | | |
| South Fork Mesa Creek | Uncompahgre NF boundary to Mesa Creek | 11.48 | 11.18 | Y | | | | | | | | | |
| **HYDROLOGIC UNIT: UPPER DOLORES** | | | | | | | | | | | | | |
| Dolores River Segment 1 | UFO boundary downstream to Highway 90 Bridge at Bedrock, CO. | | 11.80 (UFO) | Y | X | X | X | X | X | | | X | W/R |
| Dolores River Segment 2 | Highway 90 Bridge to San Miguel River | 11.50 | 5.42 | Y | X | X | X | X | X | | | X | R |
| Gregory Creek | Headwaters to Wild Steer Canyon | 3.65 | 3.65 | N | | | | | | | | | |
| Ice Lake Creek Segment 1 | Headwaters of Ice Lake Creek to Knickpoint in T47N/R20W/Sec 11 NMPM | 1.78 | 1.78 | Y | | | | | | | | | |
| Ice Lake Creek Segment 2 | Knickpoint in T47N/ R20W/Sec 11 NMPM to La Sal Creek | 0.58 | 0.31 | | X | | | | | | | | S |
| La Sal Creek Segment 1 | Colorado State line to Sharp Canyon | 4.82 | 0.62 | Y | | | | X | | | | X | R |


**BLM UNCOMPAHGRE FIELD OFFICE, COLORADO**
*Final Wild and Scenic River Eligibility Report*

BLM_0015498