# ENERGY AND MINERAL DEPOSITS

## LOCATABLE MINERALS

### URANIUM AND VANADIUM

Pure elemental uranium is a slightly radioactive metal, silvery white in color and almost as dense as gold. Elemental uranium metal does not occur in nature because it readily combines with oxygen to form several uranium oxide minerals and compounds. The most significant property of uranium is its role as the parent element in a radioactive decay series that eventually leads to the formation of a particular isotope of lead. This decay is a natural constant, with half of a given amount of uranium isotope 238 decaying to lead in about 4.5 billion years. The decaying material passes through several element stages (including thorium, radium, radon gas, and bismuth) on its path to forming the stable lead isotope.

#### Uranium Isotopes

Uranium occurs in three main isotopes, with uranium-238 constituting about 99.3 percent of all natural uranium. Uranium-235 makes up an additional 0.7 percent, while uranium-234 (along with other isotopes) form trace amounts. The Uranium-235 atom is readily split as part of the nuclear fission process, releasing substantial energy. Due to its shorter half-life of approximately 700 million years, uranium-235 is more radioactive than uranium-238, resulting in a changing ratio of uranium-238 to uranium-235 over geological time. In Earth's distant past, a higher percentage of uranium-235 was present than there is today (Cappa 2006).

#### Known Uranium Deposits

There are four generally agreed upon hypotheses for the origin and source locales of uranium deposits:

1. Syngenetic ores were deposited along with sediments or as an early digenetic event.
2. Deposits leached from overlying or inter-layered tuffs and volcanic rocks.
3. Deposits leached by groundwater from enclosing sands or nearby granitic sources and formed where appropriate Eh-pH conditions prevailed (as shown in Figure 10 on page 27) or groundwater circulation was channeled.
4. Ores are products of ascending hydrothermal fluids derived from underlying magma (Guilbert and Park 1986). Based upon regional geology and the evident mode of deposition, uranium and vanadium deposits within the UMB were deposited as adsorptions on older carbonaceous materials from channeled groundwater circulation. The carbonaceous



BLM_0015718

## ENERGY AND MINERAL RESOURCES

materials were syngenetic with the fluvial environment at the time the host formations were originally deposited.

In the Four Corners Region, recoverable uranium reserves are estimated at 4.2 million tons of ore. Of these reserves, approximately 57% are hosted in the Jurassic Morrison Formation, 39% in the Triassic Chinle Formation, and 4% in the Permian Cutler Group (Johnson and Thordarson 1959; Gloyn and others 1995).

### Chinle Deposits

The Chinle Formation was deposited in a river-fed swampy, continental environment during the Late Triassic, when plant life was abundant. Although predominantly shale (from low-energy muds), sandstone and conglomerate units (consisting of high-energy fluvial channel deposits) within the formation host most uranium-vanadium mineralization. Uraniferous fluids migrated through the more highly permeable sandstone, encountering intra-formational waters and organic debris (including tree logs and branches) that acted as chemically reducing agents, causing the oxidized ore fluids to eventually precipitate uranium minerals (Johnson and Thordarson 1959). While no uranium-vanadium ore bodies have been found in Chinle strata within the planning area, the formation hosts some of the region's most prolific deposits.

*Shinarump Conglomerate*

A basal member of the Chinle Formation, the Shinarump Conglomerate hosts numerous copper-uranium deposits in the region, especially in the White Canyon mining area of southeastern Utah, where the copper to uranium ratio can be as high as 13:1, and copper grades range up to 1-2% (Johnson and Thordarson 1959). Deposits in the White Canyon mining area vary from a few tons to more than 600,000 tons and average 0.29% $U_3O_8$. Known as the Elk Ridge-White Canyon channel system, these deposits typically occur in a series of westerly-trending fluvial channels incised into the subjacent Moenkopi Formation (Chenoweth 1996; Thadden and others 1964). The Shinarump Member also serves as the host stratum for the Oljeto Mesa mining area of Monument Valley, Utah (Johnson and Thordarson 1959).

*Moss Back Conglomerate*

The Moss Back Conglomerate Member of the Chinle consists primarily of thick, basal fluvial lenses of coarse-grained sandstone interbedded with mudstone and pebble conglomerates, as well as podiform zones of carbonized vegetal trash. Some of the largest high-grade uranium-vanadium ore bodies have been mined in the Lisbon Valley of eastern Utah. Deposits in this area range from 500 to 1.5 million tons and the mined ore averages 0.37% $U_3O_8$ and 0.34% $V_2O_5$ (Gloyn and others 1995). The deposits are typically comprised of tabular bodies elongated parallel to the trend of the paleo-channel host and incised into the underlying Moenkopi Formation (Chenoweth 1996). Uranium deposits of the inter-river Cane Creek, White Canyon, and Indian Creek regions also derive from the Moss Back Member (Gloyn and others 1995).

### Morrison Deposits

Within the planning area, the Salt Wash Member of the Jurassic Morrison Formation hosts uranium and vanadium deposits with larger reserves and higher grades, more closely clustered than similar deposits occurring in other formations (Chenoweth 1981; Johnson and Thordarson 1959).


BLM_0015719

## ENERGY AND MINERAL RESOURCES

There is no apparent relationship between the distribution of uranium and regional geologic structure, except to the extent that tectonic history has controlled sedimentation, geomorphology, and igneous activity, and given that the ore deposits lie within the uplifted tectonically positive regions between structural basins. Deposit margins are generally gradational and deposits normally form a single roll front unit, but can split or contain lenses, necessitating mining at several layers (Wright and Everhart 1960).

Mines typically follow a single-level plan. Some deposits are elongate in a common direction normal to the trend of the Uravan Mineral Belt (Wright and Everhart 1960). Deposits range from a few tons to in excess of 100,000 tons. Deposits typically consist of lenses and pods separated by mineralized rock or waste. In roll-front type deposits, the mineralization cuts sharply across bedding planes. Rolls are narrow and elongated, with the long axis generally parallel to the direction of original sediment deposition prior to lithification.

### *Mineralogy*

Principal ore minerals after pitchblende and coffinite are carnotite [$K(UO_2)_2(VO_4)_2 \cdot 3H_2O$], tyuyamunite [$Ca(UO_2)(VO_4)_2 \cdot 8H_2O$], gummite (a mineraloid mixture of hydrous oxides of uranium, thorium, and lead), and a variety of orange, yellow, blue, and black vanadium oxides such as montroseite ($VO(OH)$). Pitchblende and uraninite are terms often used synonymously to describe a black-colored mineral with the chemical formula $UO_2$. However, pitchblende is more properly applied to a non-crystalline mixture of uraninite that contains numerous impurities, such as lead and thorium oxides. Associated minerals include minor amounts of pyrite, marcasite, galena, sphalerite, chalcopyrite, bornite, chalcocite, covellite, and other sulfide minerals. Minor amounts of native selenium and the molybdenum oxide ilsemannite are also common (Guilbert and Park 1986). Figure 10 shows the solubility field for uraninite at specific conditions with regard to Eh, pH, and carbonate mineral species.

BLM_0015720

**ENERGY AND MINERAL RESOURCES**



Source: Guilbert and Park (1986)

**Figure 10:  Eh-pH Diagram of UO2-CO2-H2O System at 25 degrees C and pCO2=10-2 atm**

This diagram shows the reduction – oxidation (Eh) and pH stability field where uranium could form a precipitate in an aqueous solution. Uraninite solution boundaries are drawn at 10-6*M (mole)* (0.24 ppm) dissolved uranium species. The "H & G" zone denotes the boundary of the uraninite mineral stability field. The shading separates the **U+6** ion dominance and solubility (above) from **U+4** dominance and **Uraninite** (**UO₂**) precipitation (below). Carbonate complex ions (represented as **CO₃** species) are important transport media in roll-front type uranium deposits as represented in the **Uravan Mineral Belt.**

BLM_0015721

ENERGY AND MINERAL RESOURCES

### History of Exploration, Development, Production, and Economics

Uranium mining in Colorado goes back to 1871 when pitchblende ore (Uraninite) was taken from the dump of the Wood Mine near Central City (Wright and Everhart 1960). Uraninite is the black oxide mineral of uranium ($UO_2$). The UMB (shown in Figure 1 on page 11 and in Figure 2 on page 12) is an arcuate zone of uranium-vanadium deposits in San Miguel, Montrose, and Mesa counties, Colorado, and Grand County, Utah. In the early 20th century, it was the most productive uranium area in the United States. In Colorado, the mineral belt includes the Slick Rock, Gypsum Valley, Uravan, and Gateway mining districts (Fischer and Hilpert 1952).

Discovery of the radioactive mineral carnotite is believed to have occurred in 1898, when Gordon Kimball mined ore from Roc Creek in Montrose County, Colorado and packed it twelve miles by burro to Paradox Valley. Kimball's ore assayed at 21.5% $U_3O_8$ and 15% $V_2O_5$, and he received $2,500 (in 1898 dollars) for ten tons. The discovery was the first in what would become the highly productive Uravan Mining District. At the time, the vanadium value was greater than the uranium value.

In 1899, ore from the Roc Creek deposit was shipped to France, where M. M. C. Friedel and E. Cumenge identified the new mineral and named it carnotite after French mineralogist Adolphe Carnot. Some of the Roc Creek carnotite was sent to Marie and Pierre Curie in Paris to aid in their early investigations into the properties of uranium and radioactivity.

Once carnotite was found to contain radium, prospectors rushed to southwest Colorado (and southeast Utah), and found carnotite-bearing sandstones of the Jurassic Morrison Formation in Mesa, Montrose, and San Miguel counties. Carnotite ore was at first shipped to Europe for processing, but by 1913, the Standard Chemical Company had built a radium processing plant in Montrose County that for a time became the world's largest supplier of radium.

By 1913, half of the world's uranium came from mines in San Miguel, Mesa, and Montrose counties. Standard Chemical Company was the main producer, opening a radium operation in 1910, and moving it to Uravan in 1913, where it became known as the Joe Junior Mill. The National Radium Institute plant opened in Long Park (twelve miles west of Naturita, Colorado) around 1915 and a mill opened at Saucer Basin around 1920. Pitchblende was hand-picked from gold-silver ores in the Central City region during this time and over 100,000 pounds of pitchblende was shipped from the region before 1917 (Wright and Everhart 1960).

Although radium was discovered in 1898, it had been derived from European pitchblende, and the radium content of carnotite was not known. Carnotite was suspected to contain radium as early as 1903, based upon the anomalously high radioactivity of carnotite ores (Fleck and Haldane 1909). However, it was not until 1911 that the radium content of carnotite was confirmed by the Marie Curie laboratory in Paris (Fleck and Haldane 1913). Although no more than a trace of radium was present in the ore, newly discovered medical applications had made radium worth $100 per milligram, making the radium in the carnotite ore worth much more than vanadium or uranium. Forstall reported that radium was worth $80 per milligram or $2,400,000 per ounce in 1913 dollars. Montrose, Rio Blanco, San Miguel, Dolores, and Mesa counties, Colorado reportedly had

BLM_0015722

the most easily treatable carnotite ore in the world. Montrose County produced 95% of the radium ore in the state (Forstall 1913).

From 1910 to 1922, the Uravan Mineral Belt of Colorado and Utah (shown in Figure 2 on page 12) supplied about half of the world's radium, with vanadium and uranium as byproducts. Prospectors realized that the carnotite ores of southwestern Colorado contained radium that was easily mineable. In 1913, Standard Chemical Company built the Joe Junior radium processing plant and town site on the San Miguel River at what would later become the town of Uravan. The amount of radium in the typical carnotite ores of the Uravan district is very small. It took about 200-300 tons of high-grade (about 2 percent $U_3O_8$) carnotite ore to produce one gram of radium. $U_3O_8$ is the customary compound used to report uranium content in ores, even though it is not an ore mineral. Because of its bright color, $U_3O_8$ is known as *yellowcake*. However, during this period radium was selling for $160,000 to $120,000 per gram (31 grams = about one ounce). The mines were forced out of business in 1923, when rich pitchblende deposits in the Belgian Congo forced down the price of radium. Mining revived in 1935 when the government stockpiled uranium for nuclear weapons programs (Wright and Everhart 1960).

The company town of Uravan was established in 1936 when U.S. Vanadium Corporation moved its plant to the former site of the Joe Junior Mill. The company expanded the Joe Junior site and named it Uravan after the uranium and vanadium minerals for which the area was known. At one time, over 800 people lived along the tree-lined streets, enjoying housing, schools, medical facilities, tennis courts, and a recreation center and pool provided by the U.S. Vanadium Corporation.

Throughout the 1930s and 1940s, production of vanadium brought some prosperity to Uravan and all of southwestern Colorado. Prior to 1937, the uranium in the carnotite ores mined around Uravan was considered a contaminant and ended up in mine and mill waste piles. U.S. Vanadium Corporation installed a uranium recovery circuit in their mill in 1937 and used the uranium, just like the vanadium, as a steel hardener. Vanadium was considered a strategic mineral and a government-buying program encouraged continued exploration and development. Pre-1946 production of vanadium from Uravan and the surrounding districts was 636,166 tons at a weighted average grade of 1.9 percent $V_2O_5$ resulting in the production of 24,138, 822 pounds of $V_2O_5$ (Chenoweth 1981). Known as redcake due to its distinctive color, $V_2O_5$ is the customary compound for reporting the vanadium content of ores.

## World War II Demand

The entry of the United States into World War II in December 1941 changed the picture in the Uravan district dramatically. The government realized that in order to win the war, they needed a superior weapon. The nuclear fission process was barely understood when the government initiated the Manhattan Project, the goal of which was to develop an atomic bomb. The Manhattan Engineers District (the Manhattan Project division focused on acquiring uranium) purchased all the uranium-rich waste piles from Uravan Mineral Belt mines and mills, and contracted with the United States Vanadium Company to process the ores for uranium. Approximately 850 tons of uranium acquired for the Manhattan Project came from the Uravan district, while 4,150 tons came from the

---



BLM_0015723

### ENERGY AND MINERAL RESOURCES

Shinkolobwe Mine in the Congo and 1,000 tons was contributed by the Port Radium Mine in Canada (Amundsen 2002).

World War II ended with the dropping of two atomic bombs produced by the Manhattan Project on Hiroshima and Nagasaki, Japan in August 1945, and the production of uranium at Uravan ceased for a short period. In 1947, the newly created Atomic Energy Commission contracted with the United States Vanadium Company, which was bought by Union Carbide Nuclear Corporation in 1955 to produce uranium for the Cold War effort.

From 1946 to 1958, Montrose County led the state in uranium ore production (accounting for 57% of Colorado's total output and representing 97% of the county's total mineral production value in 1957). In contrast, between 1946 and 1958, Montrose County had a total precious and base metal production value of approximately $550,000 in 1960 U.S. dollars (Del Rio 1960).

The U.S. Bureau of Mines reports that uranium production in Mesa County for 1956 was 561,754 pounds of $U_3O_8$ from 88,597 tons of ore produced from 106 operations, with an average grade of 0.32% $U_3O_8$. During 1957, these figures were 704,784 pounds of $U_3O_8$ from 122,028 tons of ore produced from 109 operations, with an average grade of 0.29% $U_3O_8$. The county was a leading producer of vanadium-bearing ores from 1946-1958 (Del Rio 1960).

San Miguel County was the third-ranking producer of uranium ores in Colorado from 1955 to 1958, with a total of 1,921,486 pounds of $U_3O_8$ produced from 69-140 operations, with a dollar value for the period of over eight million in 1960 U.S. dollars.

Early in the 20th century, the Curies announced the supposed beneficial uses of radium, and the development of uranium ores began in Colorado. During the uranium boom of the 1940s and 1950s, geologic guidelines and recognition criteria for finding area uranium deposits held that:

- Most deposits occur where the Salt Wash Sandstone is more than 240 feet thick.

- Most deposits occur where the Salt Wash Sandstone is about 50% sandstone and 50% mudstone.

- There are proportionally more uranium deposits in the Uravan Belt than in other areas.

- More uranium-bearing minerals occur in the upper Salt Wash Member sandstone.

- Most deposits occur in sandstones that are 20-30 feet thick.

- Tan, brown, and gray sandstone is more likely to contain desirable mineral deposits than red sandstone.

- Scour and fill bedding is favorable for mineral deposition. Abrupt small-scale cross bedding; thin, discontinuous mudstone layers; petrified wood; and conglomerate, consisting of mudstone, pebbles, and cobbles, typify this.

- Greenish-grey mudstone frequently occurs immediately below mineral bearing sandstone. Sometimes this greenish-grey mudstone is less than 1-foot thick.


BLM_0015724

## ENERGY AND MINERAL RESOURCES

- Abundant fossilized wood is favorable for mineral deposition. These are informally known as "hot logs." (Wright and Everhart 1960)

### Vanadium Boom

Beginning in 1909, the demand for vanadium skyrocketed with the advent of Henry Ford's new Model T automobile. When added to steel, vanadium makes the final product much stronger, and allows for lighter weight steel in thinner sections to meet the same specifications of much heavier steel, which does not contain vanadium.

Vanadium processing mills sprang up during the period of interest preceding World War II. Trucks took ore from mines in the surrounding area, rich in uranium and vanadium, to the processing plant at Uravan. Between 1936 and 1984, the Uravan plant milled 42 million pounds of vanadium. The mildly radioactive tailings (byproducts of the extraction) were deposited in huge piles above the canyon next to the plant. The total production from the United States Vanadium Company mill at Uravan up to late 1945 was 1,782,000 pounds of $U_3O_8$ (Goodknight and others 2005).

### Post-War Activity

The Atomic Energy Commission ended its uranium contract in December 1970. From 1947 to 1970, the mill at Uravan produced 23.9 million pounds of $U_3O_8$ (commonly referred to as "yellowcake") and 9.7 million pounds of vanadium oxide ($V_2O_5$) for the Atomic Energy Commission. In addition, 123.4 million pounds of $V_2O_5$ was sold on the open market to the steel industry. In the 1970s, the Uravan district began a new expansion to serve the growing needs of the nuclear power industry. In 1976, the mill was expanded to process 1,300 tons per day. However, declining demand for nuclear power, low prices for uranium, and an increasing supply from Canada, Australia, and other countries spelled the eventual decline of the long-lived town of Uravan and the surrounding mines and mills of the UMB.

In total, approximately 84 million pounds of uranium oxide and 220 million pounds of vanadium oxide were produced from the Uravan Mining District between 1936 and 1984.

With the end of the Cold War and subsequent release of uranium from nuclear weapons stockpiles, and as a result of recession in the 1980s as well as other factors, the price of uranium slipped from its high of $40 per pound in the late 1970s to below $10 per pound during the 1980s and 1990s.

### Uravan Site Reclamation

Since 1983, Umetco Minerals Corporation has been involved in a fifteen-year, $70 million reclamation project. In 1984, the Uravan mill was closed and the town abandoned. Contaminated soil and process wastes were removed, town structures and two mills were dismantled, and tailings were capped. Groundwater treatment, revegetation, and other reclamation work continue.

The DOE conducts site reviews every five years (with the fourth review conducted in September 2010) to determine whether remedial actions at Uravan continue to protect human health and the environment or the DOE needs to take additional actions.



ENERGY AND MINERAL RESOURCES

### Current Demand and Production

As uranium stockpiles dwindled and worldwide economies improved, the demand for uranium has increased, with the price climbing dramatically in 2000. While the worldwide demand for uranium is 180 million pounds per year to supply 435 nuclear reactors, worldwide production in 2005 was only 110 million pounds, a 70 million pounds per year shortfall. Increased demand for uranium will likely continue as China plans to build 20 new reactors over the next ten years and India plans to build 17 within the next two years (Matthews 2010).

### Cotter Corporation

With uranium and vanadium prices on the rise, Cotter Corporation reopened four uranium mines in the Uravan district during 2003 and 2004, and transported the ore to their processing mill in Cañon City, Colorado. Cotter closed the mines abruptly in November 2005, citing increased costs that made operations unprofitable. The Cotter mines produced 394,236 pounds of uranium oxide and 1,746,251 pounds of vanadium oxide from 2003 through 2005. On June 8, 2010, Colorado Governor Bill Ritter signed the Uranium Processing Accountability Act, requiring uranium mills in the state to reclaim existing toxic wastes before beginning new projects. On June 30, 2010, Cotter announced plans to shut down rather than refurbish the Cañon City milling facility, which has operated since 1958.

### Denison Mines Corporation

In July 2006, Denison Mines Corporation (formerly the International Uranium Corporation) announced plans to reopen four uranium mines in the Uravan district. Three would be located in Colorado and a fourth in Utah. Denison also owns the White Mesa Mill, the country's only operating uranium mill located near the town of Blanding in southeastern Utah (and shown in Figure 11 on page 33). According to a May 2010 press release, the mill had ceased the processing of conventional ore during 2009, but resumed in March 2010. The mill continued to process alternate feed materials throughout the same period.

BLM_0015726

ENERGY AND MINERAL RESOURCES



Source:  internet – content.edgar-online.com

**Figure 11:  Location of the White Mesa Mill in relation to the UMB**

BLM_0015727

### ENERGY AND MINERAL RESOURCES

#### Energy Fuels Corporation Uranium Processing Mill

Energy Fuels Corporation recently announced plans to build the first uranium/vanadium processing mill in the United States in 25 years. Located on private land at Piñon Ridge twelve miles west of Naturita (see Figure 12), the mill would process up to 1,000 tons per day of uranium and vanadium ores derived from company-owned and other mines in the Uravan area. Planning for the Piñon Ridge mill began in 2007 (Dion 2008; Kral 2008). Through an agreement with the Nuclear Regulatory Commission, the state of Colorado has sole responsibility for reviewing and approving or denying the license application.

Energy Fuels submitted a mill license application in April 2009 and held two public meetings in early 2010. Montrose County Commissioners provided comments to the Colorado Department of Public Health and Environment (CDPHE) in April 2010, and CDPHE was given 270 days from the receipt of comments to determine whether the application would be rejected, or a license would be issued as requested or issued with conditions (CDPHE 2010). On January 5, 2011, after CDPHE consulted with other regulatory agencies as part of the review process, and prepared a written analysis of the project along with a justification for the decision, approved the radioactive materials license for the Piñon Ridge Mill (CDPHE 2011).



Source:  internet – content.edgar-online.com

**Figure 12:  Location of the proposed Piñon Ridge Uranium Mill**

BLM_0015728

# GYPSUM

### Known Deposits

While the Paradox Valley area has known potential for the occurrence of gypsum deposits in Paradox Formation strata (shown in Figure 5 on page 18 and Map 2 on page 53), there are no known commercial gypsum deposits in the planning area.

### Mineralogy

Gypsum is a very soft (Mohs scale hardness of 2) mineral composed of calcium sulfate dihydrate with the chemical formula of $CaSO_4 \cdot 2H_2O$.

### History of Exploration, Development, Production, and Economics

Gypsum is an evaporite mineral present in the Paradox Formation of the Hermosa Group at the surface in Paradox Valley. There is no history of exploration, development, or production for gypsum from this formation within the planning area. However, a recent inquiry has been submitted to the UFO regarding submitting a mining plan of operations to mine gypsum in Paradox Valley three to five miles east of Bedrock, Colorado (Cluff 2010).

### Current Demand and Production

Gypsum is used for wallboard in the construction industry and its demand depends on the status of that industry. At present, the construction industry is down in the U.S., but it is booming in Asia. Current demand is expected to remain high for export to Asia and will increase as the U.S. economy recovers from the current recession.

# PLACER GOLD

### Known Deposits

Placer gold deposits in the planning area consist of random occurrences of gold particles that have eroded out of gold vein deposits, washed down to the Dolores, San Miguel, and Uncompahgre rivers, and become entrapped in riverbed sand, gravel, and cobble. Seasonal snowmelt and precipitation serve as an intermittent transport system to replenish these deposits.

### History of Exploration, Development, Production, and Economics

Often, the first indicator to early prospectors of gold potential in the area came from the chance discovery of a placer gold deposit. Explorers would find particles of gold as they made their way up river drainages, which ultimately would lead them to a source (typically a gold-quartz vein in bedrock). These hard rock quartz vein gold deposits typically occurred on public lands adjacent to the planning area within the Uncompahgre and San Juan National Forests.

Over time, the location of gold deposits can vary widely due to periodic movement downstream within a riverbed during snowmelt and high precipitation events. Gold exploration involves retrieving sand and gravel material from riverbeds and using gravity to extract the gold. The most



BLM_0015729

### ENERGY AND MINERAL RESOURCES

efficient and profitable extraction process has generally involved using a sluice box or suction dredge system. Most of the placer work has taken place in three areas (as shown in Figure 13 on page 36 and Figure 14 on page 37) (Parker, Jr. 2009):

- Along the San Miguel River for about six miles downstream from Sawpit
- Along Cottonwood Creek for about six miles
- On the Dolores River for about nine miles upstream from Roc Creek.

**Current Demand and Production**

As in the past, gold production from placer deposits today is sporadic and not typically reported. In the Dolores, San Miguel, and Uncompahgre river systems, placer gold is not present in quantities large enough to justify commercial operations. Currently gold production involves small-scale panning, sluicing, and suction dredging operations by individuals and prospecting clubs.  Currently, the two main prospecting areas are up-stream from the Piñon Bridge on the San Miguel River and on the Dolores River downstream from the confluence with the San Miguel River.



Source: Parker, Jr., 2009

**Figure 13:  Location map of placer gold areas on the San Miguel River.**

BLM_0015730



Source: Parker, Jr., 2009

**Figure 14:  Placer gold locations along the San Miguel and Dolores Rivers**

# SOLID LEASABLE MINERALS

## POTASSIUM AND SODIUM

Potash is the common name given to potassium carbonate and variously mined and manufactured salts containing potassium in a water-soluble form. Potash is used for the manufacture of glass, soap, and soil fertilizer, and is important for agriculture because it improves water retention, yield, nutrient value, taste, color, texture, and disease resistance of food crops. It has wide applications for fruit and vegetables, rice, wheat and other grains, sugar, corn, soybeans, palm oil and cotton, all of which benefit from potassium's quality enhancing properties. The name derives from the old method of making potassium carbonate ($K_2CO_3$) by leaching wood ashes and evaporating the collected solutions in large iron pots, leaving a white residue called "pot ash." Later, potash became the term widely applied to naturally occurring potassium salts and the commercial product derived from them.

BLM_0015731

Soda ash or trona is a mixture of sodium salt and carbonate minerals ($Na_2CO_3$). Soda ash is used in the manufacturing of glass containers, fiberglass, specialty glass, flat glass, powdered detergents, and medicine, and as a food additive, in photography, cleaning and boiler compounds, and the control of pH in water.

The oldest sedimentary formation within the UFO is found in the western portion of the planning area. Here the Hermosa Group outcrops in the center of the Paradox Valley (see Figure 3 on page 16 and Map 2 on page 52). During Pennsylvanian time, sediments filled accommodation space created by the rapidly subsiding Paradox Basin. The resulting thousands of feet of evaporites, carbonates, and black shale constitute the Hermosa Group (shown in the stratigraphic correlation chart on page 17). Flowage of these evaporites formed prominent structural anticlines and fractures in overlying sediments. At depth, these Pennsylvanian strata, particularly the Paradox Member, are potential valuable hosts to soda ash and potash deposits (Wengerd 1958).

Although the potential exists for the occurrence of sodium and potassium mineral deposits in the Paradox Member of the Hermosa Group, there has been no reported mineral exploration, development, or production on BLM-administered lands within the planning area as of the date of this report.

# SALABLE MINERALS

## SAND, GRAVEL, FILL, CLAY, RIPRAP, AND MOSS ROCK

Sand, gravel, fill material, clay, riprap, and decorative moss rock are, by nature, common commodities. Known mineral deposits such as sand and gravel occur throughout the planning area, in areas where major rivers formerly ran and have since migrated. Development and production occur in open pits, with sand and gravel extracted and separated using screening techniques to obtain various sizes. The UFO currently has two riprap areas, two fill sites, one clay pit, six gravel pits (authorized by free-use permits to Montrose, Ouray and Delta counties), and one commercial, non-competitive split-estate gravel pit.

Production is reported annually. The free-use sites consist of erratic use as conditions demand, with a few thousand tons extracted one year followed by no use for many years thereafter. The non-competitive site is currently in use for the last phase of a road improvement project, during which up to 50,000 tons have been extracted over the past year. Once completed, the project site is expected to be reclaimed and the surface used to construct a residential housing development. Decorative moss rock is sold on a personal, small quantity basis, with over a hundred permits typically sold per year.

In general, sand and gravel deposits develop from transport in fluvial systems. Rock is eroded and carried downhill by gravity and water, where creeks, streams, and rivers eventually capture them.


BLM_0015732

ENERGY AND MINERAL RESOURCES

As the flowing water moves the material, it gets broken down into smaller constituent parts, such as sand, gravel, pebbles, cobbles, and boulders. The fluvial water systems deposit these materials along the path or course of the system. As the fluvial course changes over time, these mineral material deposits become abandoned in the former river channels as perched benches (see Figure 20 on page 49).

BLM_0015733

# OCCURRENCE AND DEVELOPMENT POTENTIAL OF ENERGY & MINERAL RESOURCES

## LOCATABLE MINERALS

### URANIUM AND VANADIUM

The uranium-vanadium mineral resource potential of the planning area is classified according to the system outlined in BLM Manual 3031 (shown in Appendix B). Under this system, occurrence potential ratings are based on the geologic likelihood of a mineral's presence in a particular area. The ratings do not reflect the economic feasibility of developing a resource.

The potential for development of uranium-vanadium mineral resources from the Morrison Formation in the UMB part of the planning area as projected over the life of the RMP, for twenty years, is rated as high (H) occurrence potential with a high (D) level of certainty (as shown in the location map on Figure 15 on page 41). The likelihood for development is based on communication with industry experts and government officials familiar with the specific resources, current or past activities in the area, as well as considerations such as mineral occurrence potential, historic development, commodity price and demand, and other factors as described. The projected development may be directly affected by planning decisions that restrict or preclude mineral exploration and/or development activity. The development rating is also affected by the status of the land in which the commodity is found. Resources found in National Parks, National Monuments, National Recreational Areas, National Conservation Areas, and Wilderness Areas are generally not available for mineral development, except in a few areas where there may be valid existing rights. For that reason, these areas are considered to have a low development potential.

Historically, uranium and vanadium mining occurred over much of the western portion of the planning area (Chenoweth 1996), with most production taking place within the Salt Wash Member of the Morrison Formation (see Figure 15).

BLM_0015734



**Figure 15:  Active uranium exploration sites on the Morrison Formation within the planning area**

BLM_0015735

## OCCURRENCE AND DEVELOPMENT POTENTIAL OF ENERGY & MINERAL RESOURCES

The UMB in the planning area is rated as high (H) for uranium and vanadium occurrence potential with a high (D) level of certainty. Outside the UMB within the aerial extent of the Morrison and Chinle formations, the potential has been classified as moderate (M) with a minimal (C) level of certainty.

The last uranium and vanadium mines in the region closed in 1990 due to declining commodity prices. The local mine closures were part of a national and international trend in which the high level of domestic uranium mining and exploration that commenced in the late 1940s and early 1950s underwent an abrupt drop in the early 1980s. The drop in uranium demand was due to a number of factors, including:

- an excess of international inventories
- competition from higher-grade, readily accessible Canadian and Australian uranium deposits
- low-cost domestic extraction by solution mining
- the recovery of uranium as a byproduct of other commodities
- an accompanying decline in the price of vanadium (an important by-product or co-product) in a significant number of mines within the planning area.

Because past mining did not completely remove all potential uranium and vanadium resources in the area, the potential for new economically profitable mines in the region remains strong. It is reasonable to expect that new exploration, coupled with modern mining and milling methods, will extract additional uranium and vanadium from UMB mines.

According to a 2004 USGS report, the UMB area is believed to have substantially higher probability of hosting these sandstone uranium deposits and is delineated as favorable. However, owing to the lack of grade and tonnage information about existing deposits, no estimates concerning the possible number of undiscovered deposits that might be present could be concluded. Previous experience has shown that exploration and development activity related to these deposits is extremely sensitive to price fluctuations, which suggests that future increases in price above $15 per pound $U_3O_8$ level would be a sufficient stimulus (Spanski et al 2004).

### Uranium Leasing Program

The U.S. Department of Energy (DOE) Office of Legacy Management currently administers the Department's Uranium Leasing Program, managing 32 lease tracts containing approximately 25,000 acres, all located within the Uravan Mineral Belt in southwestern Colorado (see Figure 16 on page 43). These public lands are withdrawn to the DOE for the management of uranium and vanadium resources. DOE has the jurisdiction for these resources, and the surface management of other resources like grazing and recreation is under BLM jurisdiction. The leasing program is managed under the authority and in accordance with Title 10, Code of Federal Regulations, Part 760, in cooperation with the BLM and the State of Colorado.

BLM_0015736

**OCCURRENCE AND DEVELOPMENT POTENTIAL OF ENERGY & MINERAL RESOURCES**



Source: DOE, 2007

**Figure 16: Location of DOE lease tracts in Mesa, Montrose, and San Miguel counties**

BLM_0015737

**OCCURRENCE AND DEVELOPMENT POTENTIAL OF ENERGY & MINERAL RESOURCES**

### *Uranium-Vanadium Prices*

As of February 14, 2011, the spot price for $U_3O_8$ was $72.25 per pound (as shown in Figure 17), and prices could increase in the years to come (Ux Consulting Company, LLC 2010). Note the significant increase starting in about year 2005, and peaking in 2007 at over $130/lb $U_3O_8$. In addition, the price of ferro-vanadium skyrocketed in recent years to an all time high of over $56 per pound as shown in Figure 18 on page 45. As the current global financial crisis eases and the demand for steel once again increases, the price for ferro-vanadium is expected to increase likewise. The price for ferro-vanadium as of February 14, 2011 is selling at approximately $31 per pound (Metal-Pages, 2011). At this price, vanadium would be sought after as a co-product, and possibly the primary metal, particularly because of the relatively high ratio of vanadium to uranium in most of the Salt Wash deposits in the planning area. Based on current prices and global production (shown in Figure 19 on page 46), and with current interest expected to continue, it is reasonable to suggest that development of existing reserves is likely in the next 15 to 20 years.



Source: **UX Consulting Company, LLC (2011)**

**Figure 17:  Uranium Pricing Chart from 1988 to present**

BLM_0015738

OCCURRENCE AND DEVELOPMENT POTENTIAL OF ENERGY & MINERAL RESOURCES

The sensitivity of mining operation profitability to commodity market prices is demonstrated by the case of the Sunday Mine in Big Gypsum Valley just south of the planning area. The Sunday Mine re-opened in 1997 at a time when uranium oxide prices briefly rose above $15 per pound . The mine closed again in 1999 after prices dropped back into the $10- $11 per pound range (Cappa 2006). Future interest in development and exploration will be entirely a function of market dynamics. At low $U_3O_8$ price levels, development potential is extremely low. Should price increase into the high teens or above, there is a strong expectation that some existing mines with proven reserves will re-open, and exploration for new deposits of similar size and grade, which are highly likely to be present in favorable areas, will resume (Spanski et al 2004).



Source: Metal-Prices 2011

**Figure 18: Ferro-Vanadium Price Chart from 1996 to 2005**

BLM_0015739



**Figure 19: Top World Uranium-Producing Countries for 2008**

BLM_0015740

## GYPSUM

As allowed by the 1872 Mining Law, gypsum is a locatable mineral.  To date there has been minor exploration conducted, but there has been no development and no production of gypsum in the planning area.  Recently this office has received an inquiry from an operator regarding how to proceed with permitting a gypsum mine operation on public lands administered by the BLM in Paradox Valley approximately 4 miles east of Bedrock, Colorado.  This area has gypsum mineralization outcropping at the surface where the Paradox Member of the Hermosa group is exposed (see Figure 3 on page 16 and Map 2 on page 53).  The operator reports that the material is of exceptional purity (Cluff, 2010).  The gypsum resource occurrence and development potential is high (H), with a high degree of certainty (D).

## PLACER GOLD

Another locatable mineral resource in the planning area is placer gold, mined along the San Miguel, Uncompahgre, and Dolores Rivers in western Colorado. The activity is primarily centered in Piñon, Colorado east of Nucla, with minor activity occurring along the Dolores River toward the western planning area boundary (as shown in Figures 13 and 14 on pages 36 and 37, respectively). The gold primarily comes from gold-quartz veins above the town of Telluride, Colorado. Both independent operators and mining clubs use up to 4-inch intake diameter suction dredges to extract gold from the riverbeds. The BLM considers such activity casual use and does not require formal authorization. In order to track placer gold mining activity, the UFO requires users to submit a notification of use. Over 75 notices were received in 2009.

Placer mining activity largely depends upon the price of gold. As recently as February 2011, the price of gold was at an historic high of $1,413 per troy ounce (GoldPrice.org 2011). It is anticipated that as the price fluctuates, so will the activity level. In the short term, robust placer mining activity can be expected in the planning area. The historic nature of the mineral ensures a high degree of certainty that placer gold resources are present within the San Miguel River system into the Dolores River, giving the area a high potential rating.

# SOLID LEASABLE MINERALS

## POTASSIUM AND SODIUM

Recently, commodity prices for sodium as soda ash (trona) and potassium as potash have risen to historic levels along with other natural resources. Should these levels remain stable, there will be continued interest in soda ash and potash potential for the western portion of the planning area.

The Paradox Member of the Hermosa Group located in the northern and central portions of the Paradox Basin appears to have the highest potential for soda ash and potash development in the planning area (see Figure 3 on page 16) (Wengerd 1958).  To date there has been no exploration, development or production of sodium and/or potassium in the planning area. However, in the Paradox Basin portion in the Dolores Field Office area, which is located immediately south of the



BLM_0015741

planning area, there are presently 21 prospecting permit applications filed by RM Potash, a subsidiary of Red Metal Ltd.  Also, Dakota Salts, LLC, a subsidiary of Sirius Minerals has shown an interest in submitting prospecting permit applications for potash in the Paradox Basin. Therefore, in summary, in the planning area, the Paradox Valley area is designated as having high potential (H) for sodium and potassium solid non-energy leasable mineral deposits with a high degree of certainty (D).

# SALABLE MINERALS

## SAND AND GRAVEL

Sand and gravel provide raw materials for most construction and paving activities. Sand and gravel deposits are found along the San Miguel, Uncompahgre, and Gunnison Rivers and their major tributary valleys. Other sources include widespread glacial outwash, colluvium, and alluvial fans (see Figure 20 on page 49).

There are six county free-use permitted gravel pits and one private, non-competitive gravel pit, two riprap sites, two fill locations, and one clay area scattered across the planning area. In addition, there is currently a sales area for moss rock.  Future demand for mineral materials will vary depending upon market conditions, which differ according to economic conditions and construction activity.  It is expected that as the current recession ends, construction activity will increase and economic conditions will improve, resulting in an increased demand for construction materials including gravel from areas within the UFO's planning area. There is a high degree of certainty (D) that high potential (H) for sand and gravel deposits exist in a wide variety of locations within the planning area.

BLM_0015742

OCCURRENCE AND DEVELOPMENT POTENTIAL OF ENERGY & MINERAL RESOURCES



Source: CDRMS, 2010

**Figure 20: Potential Sand and Gravel Deposit Areas with State Permitted and UFO Salable Permit Sites**

# Recommendations

No recommendations or stipulations have been developed at this time. However, appropriate recommendations or stipulations related to the management or future development of mineral resources within the Uncompahgre planning area will be developed through the RMP process.

BLM_0015744

# Appendix A – Maps

BLM_0015745

**APPENDIX A – MAPS**



**Map 1 - The Uncompahgre Planning Area**

BLM_0015746

**APPENDIX A – MAPS**



Source: modified from Green (1992)

Map 2 - Geology of the Uncompahgre Planning Area

BLM_0015747

# Appendix B – Mineral Potential Classification System

The following mineral potential classification system found in BLM Manual 3031.3 was used to classify the mineral potential for lands within the planning area:

## LEVEL OF POTENTIAL

O.   The geologic environment, the inferred geologic processes, and the lack of mineral occurrences do not indicate potential for accumulation of mineral resources.

L.   The geologic environment and the inferred geologic processes indicate Low Potential for accumulation of mineral resources.

M.   The geologic environment, the inferred geologic processes, and the reported mineral occurrences or valid geochemical/geophysical anomaly indicate moderate potential for accumulation of mineral resources.

H.   The geologic environment, the inferred geologic processes, the reported mineral occurrences and/or valid geochemical/geophysical anomaly, and the known mines or deposits indicate high potential for accumulation of mineral resources. The "known mines and deposits" do not have to be within the area that is being classified, but have to be within the same type of geologic environment.

ND.   Mineral(s) potential not determined due to lack of useful data. This notation does not require a level-of-certainty qualifier.

## LEVEL OF CERTAINTY

A.   The available data are insufficient and/or cannot be considered as direct or indirect evidence to support or refute the possible existence of mineral resources within the respective area.

B.   The available data provide indirect evidence to support or refute the possible existence of mineral resources.

C.   The available data provide direct evidence but are quantitatively minimal to support or refute the possible existence of mineral resources.



BLM_0015748

## APPENDIX B - MINERAL POTENTIAL CLASSIFICATION SYSTEM

D.    The available data provide abundant direct and indirect evidence to support or refute the possible existence of mineral resources.

O/D.    **(**Determination of No Potential) This class shall be seldom used, and when used, should be for a specific commodity only. For example, if the available data shows that the surface and subsurface rock type in a respective area is batholithic igneous intrusive, one can conclude with reasonable certainty that the area does not have potential for coal.

BLM_0015749

# Appendix C – Glossary

**Carnotite** - A bright greenish yellow secondary vanadium and uranium mineral usually occurring as crusts and flakes in sedimentary rock of arid climates.

**Craton** - An old and stable part of the continental lithosphere.

**Diapir** - An anticlinal fold in which a mobile core, such as salt or gypsum, intrudes vertically upward along a fracture or zone of structural weakness through more dense and brittle overlying rock; the process is known as *diapirism*.

**Isotope** - Different types of atoms of the same chemical element, each having a different number of neutrons.

**Lineament** - Any long natural feature on the surface of the earth, such as a fault, especially as revealed by aerial photography.

**Locatable mineral** - Those mineral deposits authorized to be claimed by U.S. citizens under the General Mining Law of 1872 (as amended), including gold, silver, iron, tungsten, zeolite, and cement grade limestone.

**Leasable mineral** - Minerals that may be acquired on federal public lands under the Mineral Leasing Act of 1920 (as amended), including sodium, oil, gas, oil shale, coal, sodium, potash, geothermal, native asphalt, bitumen, and bituminous rock phosphate. Subject to exploration and development through leases, permits, or licenses issued by the BLM.

**Mineral** - A naturally occurring solid chemical substance formed through geological processes, which has a characteristic chemical composition, highly ordered atomic structure, and specific physical properties.

**Ore** - A mineral-bearing rock mined and refined to extract valuable metals (including uranium and gold) for commercial sale.

**Paradox Basin** - A large elongate evaporite basin containing sediments from alternating cycles of deep marine and very shallow water.

**Paradox Valley** - One of a series of valley-forming anticlines within the Paradox Basin.

**Piercement structure** - A dome or anticlinal fold in which a mobile plastic core has ruptured the more brittle overlying rock.

**Pitchblende** - Common name attributed to the radioactive mineral uraninite due to its black color.



BLM_0015750

## APPENDIX C - GLOSSARY

**Potential** - Likelihood for the occurrence of a concentration of one or more mineral resources in a particular area.

**Radioactive decay** - Certain elements (such as uranium) give off atomic particles (electrons, protons, and neutrons) that over time lead to changes in the atomic weight and number of the parent element.

**Roll-front** - The dissolution of uranium from nearby strata, transport into permeable and porous sandstones or conglomerates, and precipitation to form a front. Typically represents the largest of the sandstone-hosted uranium deposits and one of the largest uranium deposit types.

**Salable mineral** - Commodities with relatively low unit value, but may have high bulk commercial or industrial value and importance and include common varieties of sand, stone, crushed rock and gravel, pumice, cinders, and ordinary clay used chiefly for roadways and other construction. These minerals are obtainable under the Materials Act of 1947 (as amended) and disposed of at BLM discretion by contract or permit.

**$U_3O_8$** (Triuranium octoxide) - Occurs naturally as the olive-green-colored mineral pitchblende and is the most common chemical form of uranium found in nature. $U_3O_8$ is very stable and has low solubility in water.

**Uncompahgre Plateau** - A large and distinctive uplifted portion of the Colorado Plateau rising to elevations around 10,000 feet and extending some 70 miles between the Gunnison and Uncompahgre Rivers to the east and the San Miguel and Dolores Rivers to the west.

**Yellowcake** (also called *urania*) - Name given to a uranium concentrate powder containing about 80% uranium oxide obtained from leach solutions as an intermediate step in the processing of uranium ores.

BLM_0015751

# Appendix D – References

Amundsen, Michael A. *Yellowcake Towns: Uranium Mining Communities in the American West.* Boulder: University Press of Colorado, 2002: 204.

Aubrey, W.M. "Stratigraphic Architecture and Deformational History of Early Cretaceous Foreland Basin, Eastern Utah and Southwestern Colorado," *Geology and Resources of the Paradox Basin: Utah Geological Association Guidebook 25*, A.C. Huffman, Jr., W.R. Lund, and L.H. Godwin, editors, Salt Lake City: Utah Geological Association, 1996: 211-220.

Baars, D.L. and Stevenson, G.M. "Tectonic Evolution of the Paradox Basin, Utah and Colorado,", *in* Del L. Wiegand, editor, *Geology of the Paradox Basin:* Rocky Mountain Association of Geologists Field Conference Guidebook, 1981: 23-31.

Cameco Corporation Uranium Operations Fact Sheet, 2010.  Website: http://www.cameco.com/common/pdf/media/factsheets_publications/Cameco_-_Uranium_Operations_Fact_Sheet_2010.pdf

Cappa, J. "Uranium--It's Hot!! And Back By Popular Demand" *Rock Talk*, Volume 9, Number 2, Denver: Colorado Geological Survey, 2006: 12 p.

CDRMS, website: http://mining.state.co.us/  GIS Data, 2010.

Chenoweth, William L. "The Uranium-Vanadium Deposits of the Uravan Mineral Belt and Adjacent Areas, Colorado and Utah," *Western Slope Colorado, Western Colorado and Eastern Utah*, Rudy C. Epis and Jonathan F. Callendar, editors, New Mexico Geological Society Thirty-Second Field Conference, 1981: 165-170.

Chenoweth, W.L. "The Uranium Industry in the Paradox Basin," *Geology and Resources of the Paradox Basin: Utah Geological Association and Four Corners Geological Society Guidebook 25*, A.C. Huffman, Jr., W.R. Lund, and L.H. Godwin, editors, 1996: 95-108.

Chidsey, T.C., Jr., Eby, D.E., and Lorenz, D.M. "Geological and Reservoir Characterization of Small Shallow-Shelf Carbonate Fields, Southern Paradox Basin, Utah," *Geology and Resources of the Paradox Basin: Utah Geological Association Guidebook 25*, A.C. Huffman, Jr., W.R. Lund, and L.H. Godwin, editors, Salt Lake City: Utah Geological Association, 1996:  39-56.

Cole, R.D., Moore, G.E., Trevena, A.S., Armin, R.A., and Morton, M.P. "Lithofacies Definition in Culter and Honaker Trail Formations, Northeastern Paradox Basin, by Sedimentologic Observations and Spectral Gamma-Ray Data," *Geology and Resources of the Paradox Basin: Utah Geological Association Guidebook 25*, A.C. Huffman, Jr., W.R. Lund, and L.H. Godwin, editors, Salt Lake City: Utah Geological Association. 1996: 161-172.

BLM_0015752

## APPENDIX D - REFERENCES

Cluff, Rulon, personal communication, 2010.

Del Rio, S.M. "Colorado Counties, Mineral Resources in." *Mineral Resources of Colorado, First Sequel.* S. M. Del Rio, editor, Denver: State of Colorado Mineral Resources Board, 1960: 216, 279.

Denison Mines Corp. Press Release: "Denison Mines Corp. Reports First Quarter 2010 Results,", May 2010.

Department of Energy, Office of Legacy Management, "Uranium Leasing Program Final Programmatic Environmental Assessment, 2007.

Dion, D. "Mill May Wrest River Water," *The Norwood Post*, V. 14, No. 16, 2008.

Colorado Dept. of Public Health and Environment , Energy Fuels Inc. Piñon Ridge Uranium Mill Application, 2010.

Colorado Dept. of Public Health and Environment News Release. 2011.

Finch, W. I. Maps showing Distribution of Uranium Deposits in the Colorado Plateau Uranium Province-A cluster analysis: U.S. Geological Survey Miscellaneous Field Studies Map MF– 2080, scale 1:2,500,000, 1991.

Finch, W. I. "Uranium Provinces of North America - Their Definition, Distribution, and Models," *U.S. Geological Survey Bulletin 214*, 1996: 24

Fischer, R. P., and Hilpert, L.S. "Geology of the Uravan Mineral Belt," *US Geological Survey*, Bulletin 988-A. 1952.

Fleck, H. and Haldane, W. G. "Preliminary Report on the Radioactivity of the Carnotite of Southwest Colorado," *Quarterly of the Colorado School of Mines*, Oct. 1909, v.4, n.3, 1909: 1.

Forstall, A. W. "Carnotite a Supply of Radium," *Twelfth Biennial Report of the Bureau of Mines of the State of Colorado*, for the Years 1911 and 1912, 1913: 47-53.

Furuya, M., Mueller, K., and Wahr, J., 2007, *Active salt tectonics in the Needles District, Canyonlands (Utah) as detected by interferometric synthetic aperture radar and point target analysis: 1992-2002.* Journal of Geophysical Research v. 112.

Gerlitz, Carol N., Barton, H. N., Kulik, D. M., and Martin, C. M. "Mineral Resources of the Dolores River Canyon Wilderness Study Area, Montrose and San Miguel Counties, Colorado," *U.S. Geological Survey Bulletin 1715-C*, Department of the Interior, Denver, 1988.

Gloyn, R.W., Morgan, C.D., Tabet, D.E., Bickett, R.E., Tripp, B.T., and Lowe, Mike. "Mineral, Energy, and Ground Water Resources of San Juan County, Utah" *Utah Geological Survey Special Study 86* 1995: 24 p.

Gloyn, R.W. Unpublished Uranium Information, Utah Geological Survey, 2004.

Gold Price.org web site:  http://www.goldprice.org/ .  2011.


BLM_0015753

## APPENDIX D - REFERENCES

Goodknight, C.S., Chenoweth, W.L., Dayvault, R.D., and Cotter, E.T. "Geologic Roadlog for Uravan Mineral Belt Field Trip, West-Central Colorado": Prepared for Rocky Mountain Section Meeting of the Geological Society of America 2005 Annual Meeting, 2005.

Granger, H.C., and Finch, W.I. "The Colorado Plateau Uranium Province, U.S.A." *Recognition of Uranium Provinces, Proceedings of a Technical Committee Meeting on Recognition of Uranium Provinces, London, England*, 18-20 September, 1985: Vienna, International Atomic Energy Agency, 1988: 157–193.

Green, G.N. "The Digital Geologic Map of Colorado in ARC/INFO Format" *U.S. Geological Survey Open-File Report 92-0507*, 1992: 9 p.

Guilbert, J. M. and Park, C. F., Jr. *The Geology of Ore Deposits*, W. H. Freeman and Company, 1986: 910-934.

Hahn, G. and Thorson, J.P. *Geology of the Lisbon Valley Sandstone-hosted Disseminated Copper Deposits, San Juan County, Utah* unpublished manuscript, 2002.

Hintze, L.F. *Geologic History of Utah* Brigham Young University Geology Studies Special Publications 7, 1988: 202 p.

Johnson, H.S., and Thordarson, W. "The Elk Ridge-White Canyon Channel System, San Juan County, Utah: It's Effects on Uranium Distribution" *Economic Geology*, Volume 54, 1959: 119-129.

Kelley, V.C. "Tectonics of the Region of the Paradox Basin" *Guidebook to the Geology of the Paradox Basin*, A.F. Sanborn, editor, Intermountain Association of Petroleum Geologists, 1958: p.31–38.

Kral, S. "Energy Fuels Prepared to Ride Uranium's Resurgence" *Mining Engineering*, 2008, Volume 60, No. 10, 2008: 24 – 26.

Matthews, Dr. Vincent, The Global Framework for the Increased Demand for Colorado's Energy and Mineral Resources, Colorado Geological Survey Report, 2007.

Matthews, Dr. Vincent, The Global Scramble for Minerals and Energy – Its Impact on America, Colorado Geological Survey Presentation, 2010.

Merrell, H.W. and Staff. "Mineral Resource Inventory of the Paradox Salt Basin, Utah and Colorado" *Utah Geological and Mineral Survey Report of Investigation No. 143*, 1979: 67 p.

Metal-Pages website:    http://ww w.metal-pages.com/metalprices/ferrovanadium. 2011.

Metal-Prices website:  http://www.metalprices.com/FreeSite/Charts/v_ferro_charts.html?weight=lb. 2011.

Molenaar, C.M. "Correlation Chart - Paradox Basin and vicinity," *Geology of Cataract Canyon and vicinity: Four Corners Geological Society, 10th Field Conference*, J.A. Campbell, editor, 1987: 17.

Nuccio, Vito F. and Condon, Steven M. "Burial and Thermal History of the Paradox Basin, Utah and Colorado, and Petroleum Potential of the Middle Pennsylvanian Paradox Formation" *U.S. Geological Survey Bulletin 2000-O*, 1996: 41p.


BLM_0015754

## APPENDIX D - REFERENCES

O'Sullivan, R.B. "A Comparison of the Middle Jurassic San Rafael Group at Church Rock and at Bluff in Southeastern Utah" *Geology and Resources of the Paradox Basin: Utah Geological Association and Four Corners Geological Society Guidebook 25*, A.C. Huffman, W.R. Lund, and L.H. Godwin, editors, 1996: 191-196.

Parker, Jr., Ben H., "Gold Panning and Placering in Colorado, How and Where", *Colorado Geological Survey Information Series 33*, 2009: 81 p.

Spanski, Gregory T., et al, U.S.G.S. Bulletin 2213, Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests and Vicinity", Colorado, volume H, 2004.

Thadden, R.E., Trites, A.F. and Finnell, T.L. "Geology and Ore Deposits of the White Canyon Area San Juan and Garfield Counties, Utah" *U.S. Geological Survey Bulletin 1125*, 1964.

Turner-Peterson, C.E., Santos, E.S., and Fishman, N.S., editors. "A Basin Analysis Case Study: The Morrison Formation, Grants Uranium Region" *AAPG Studies in Geology No. 22*, New Mexico: American Association of Petroleum Geologists, 1986: 388 p.

USGS Uinta-Piceance Assessment Team. "Petroleum Systems and Geologic Assessment of Oil and Gas in the Uinta-Piceance Province, Utah and Colorado" *U.S. Geological Survey Digital Data Series 69-B*, 2002.

Ux Consulting Company, LLC. "Near-term Spot Market Indicators vs. Ux U3O8" 2009 from http://www.uxc.com/review/uxc_Prices.aspx. 2010.

Ux Consulting Company, LLC. http://www.uxc.com/review/uxc_PriceChart.aspx?chart=spot-u3o8-full. 2011.

Vanden Berg, Michael D. *Mineral Potential Report for the Monticello Planning Area*, Monticello Field Office, San Juan County, Utah, 2005.

Wegweiser, Marilyn D, Shumaker, Matthew W. *Mineral Potential Report for Withdrawal of Three Abandoned Uranium Mines*, BLM Mineral Report COC 70704, 2008: 51 pages.

Wengerd, S.A. and Matheny, M.L. "Pennsylvanian System of the Four Corners Region" *American Association of Petroleum Geologists Bulletin*, Volume 42, Number 9, 1958: 2048-2106.

Wood, H.B. "Geology and Exploitation of Uranium Deposits in the Lisbon Valley Area, Utah" *Ore Deposits of the United States, 1933-1967*, J.D. Ridge, editor. American Institute of Mining, Metallurgical, and Petroleum Engineers, Inc, 1968: 770-789.

Woodward-Clyde Consultants, *Geologic Characterization Report for the Paradox Basin Study Region, Utah Study Areas, Vols. II and III*, Elk Ridge: Prepared for Battelle Memorial Institute, ONWI-290, 1982.

Wright, R.J., and Everhart, D.L. "Uranium" *Mineral Resources of Colorado First Sequel*, State of Colorado Mineral Resources Board, 1960: 330-331.





| USDA Forest Service<br>San Juan National Forest<br>Dolores Ranger District<br>http://www.fs.fed.us/r2/sanjuan | **Dolores Public Lands Office**<br>**29211 Highway 184**<br>**Dolores, CO 81323**<br>**Ph (970) 882-7296  Fax (970) 882-6841** | USDI Bureau of Land Management<br>San Juan Center<br>Dolores Field Office<br>http://www.co.blm.gov |
|---|---|---|

### Notice of Public Scoping for Potassium Prospecting and Exploration

<u>June 27, 2011</u>

Dear Interested Public Land User,

The Bureau of Land Management (BLM), Dolores Public Lands Office (DPLO) is preparing an Environmental Assessment (EA) to evaluate Potassium (potash) Prospecting Permit Applications and an associated exploration plan submitted by RM Potash. We are sending you this letter to better inform you about this proposal and to solicit any comments you might have. In accordance with BLM regulations at 43 CFR 3505, RM Potash Inc. has submitted Prospecting Permit Applications to the BLM to conduct exploration operations for potash about 15 miles north of Dove Creek and US Highway 491 (aka US 666) in the vicinity of Egnar, within San Miguel and Dolores Counties, Colorado. The BLM will work closely with the Colorado Department of Reclamation, Mining, and Safety, which has jurisdiction over mineral exploration and mining in Colorado.

**Background**
Potash is the common name for a group of naturally occurring minerals containing the element potassium (K). The most common of these potassium minerals is sylvite (KCl), which commonly occurs with deposits of Halite (NaCl) salt. Beds of rock salt containing layers of potash minerals were deposited in SE Utah and SW Colorado during the evaporation of an ancient marine sea.

Potassium is primarily used to make fertilizer and is one of the three main ingredients in most fertilizer mixtures. The United States imports over 90% of its potassium fertilizer. Potassium also has a wide variety of additional uses in the chemical and pharmaceutical industries.

Potash is a leasable mineral under the Mineral Leasing Act of 1920. This means that, unlike locatable "mining claim" minerals, such as gold and silver, a royalty is paid to the federal government when potash is mined. Regulations governing the leasing, exploration, and mining of potash are governed under 43 CFR 3500 regulations. The lands proposed for exploration of potash are open for all mineral development in the current BLM Resource Management Plan.

The DPLO has received 21 potassium (potash) Prospecting Permit Applications (COC73563 - COC73579, COC74369, COC74370, COC74401, and COC 73592) on approximately 40,000 acres of land in Dolores and San Miguel counties. A prospecting permit grants exclusive rights to the permittee to explore for potash on the lands under permit, subject to NEPA review of their exploration plan(s). A mineral report prepared by BLM found that the applicant is eligible to receive prospecting permits under the 43 CFR 3500 regulations, subject to NEPA review. If the permittee can prove that they have discovered a "valuable deposit" of potash as a result of the data collected as part of prospecting, they may be eligible to receive non-competitive preference right leases (again subject to NEPA review). Presently, the DPLO is only evaluating the issuance of prospecting permits and approval of exploration plans. Leasing and development (mining) are distinct from exploration and prospecting, since development may



FS--6200-12a

BLM_0015756

not occur at all if the results of exploration are not favorable.   Any leasing and development would be fully analyzed under a separate NEPA document at a later date if and when exploration has been completed in a way that shows the existence of a "valuable" potash deposit.

**Proposed Action**
In order to determine whether potash deposits are of a grade, thickness, orientation and continuity that could eventually be commercially developed, RM Potash has proposed a two-phased exploration program.   The initial phase (Phase 1, Proof of Concept) would include drilling up to a maximum of six drill holes.  Each drill pad would be approximately 1 acre and would require a drill pit and sumps.  A large drill rig, water trucks, and other support vehicles would be used.   Drill holes would be approximately 6,000 feet deep.  Emphasis of this program would be the recovery of sufficient core samples to facilitate potassium analyses and accurate determinations of thickness of the potash beds. Proposed drill sites have generally been sited adjacent to existing access roads, with minor surface preparation needed. Including proposed access, the potential total Phase 1 maximum disturbance is expected to be less than 5.3 acres, if all six sites were actually drilled (1.4 acres for drill pads and 3.9 acres from improvements to existing access roads and/or short, new spur roads). This EA is being prepared to analyze the disturbance from these Phase 1 drill holes in particular, as well as the generalized disturbance from subsequent drill holes whose locations have yet to be determined (Phase 2).  If a Finding of No Significant Impacts (FONSI) is signed, then prospecting permits would be approved for those permit applications covered by the Phase 1 exploration plan.

If the initial exploration drilling exploration results indicate that the deposit is not commercially viable, RM Potash would discontinue drilling efforts and reclaim any and all associated disturbance.   If results are favorable, the project would proceed to Phase 2, which would include additional exploration drill holes to adequately delineate the deposit.  Because subsequent drill hole locations depend, in part, on the information gleaned from the previously drilled holes, future drill sites cannot be delineated at this time. Ultimately, a total of between 10 and 20 holes may need to be drilled.  Whenever possible previously disturbed areas such as roads and drill pads would be utilized.  Geophysical studies, including seismic, may be proposed at a later date to help correlate between core holes.  Supplemental NEPA analysis would be prepared on the site-specific disturbance proposals, and supplemental exploration plans would be approved along with the affected prospecting permit applications.

All disturbances would be adequately bonded to complete reclamation.  Reclamation would proceed as soon as the drill pads are no longer needed.  When possible, drill sites would be proposed for areas that have already been disturbed.  If prospecting and exploration indicates a valuable deposit, RM Potash could then apply for preference right leases.  At that time, RM Potash would also have to submit a mine and reclamation plan. The BLM would use this plan to evaluate the impacts of development, but currently, only the proposed exploration and prospecting is being considered.

**Decision to Be Made**
The BLM will decide whether or not the proposed action would have significant impacts on the natural environment.  If a FONSI is signed the initial decision would be approval of the initial drill sites (up to six) and the associated prospecting permit applications, which would establish standard conditions of approval and stipulations that would apply to any subsequent drill holes.  Areas within the permit application areas that would be off-limits to future potash exploration drilling or other disturbance due to resource concerns would also be identified in the initial EA, along with standard stipulations and best management practices that could be applied to any future proposed exploration activities.  If it is found that there will likely be significant impacts, then an Environmental Impact Statement (EIS) could be required before the project is authorized.

BLM_0015757

**Timeline**
A decision for the initial exploration drill holes is expected sometime between September 2011 and January 2012. Drilling would commence shortly thereafter, subject to any timing stipulations. Subsequent drilling locations would be proposed during or after the completion of the initial round of drill holes. In total, all core drilling and associated exploration work is expected to last up to 4 years from the approval of the initial drilling.

**Public Meetings**
A public information meeting will take place on July 12, 2011 from 7-8:30 pm at the Dove Creek High School Commons in Dove Creek, Colorado. A representative of RM Potash will explain this proposed project and answer technical questions, and representatives of the BLM will be on hand to answer questions about the regulatory and permitting process. You are invited to meet with BLM and review larger scale maps. Resource specialists will be available to provide information, answer questions, and receive written comments.

**Providing Comments**
The BLM requests comments on the nature and scope of the environmental, social, and economic issues, and possible alternatives related to the proposed action. To assist the BLM in identifying and considering issues and concerns related to the proposed action, comments should be as specific as possible. Please submit any written comments to:

> ATTN: RM Potash Exploration Project EA
> C/O: James Blair
> Dolores Public Lands Office
> Bureau of Land Management
> 29211 Hwy. 184, Dolores, CO, 81323

Comments may also be faxed to (970) 882-6841. Be sure to send faxes ATTN: RM Potash Exploration Project – C/O: James Blair. Please indicate on your comments whether you wish to be kept on any mailing lists to receive updates about this project and whether you wish to receive them via email or hardcopy. If you have any questions please call (970) 882-7296.

Comments should be received by July 29th in order to be considered during the scoping period. Comments received, including names and addresses of those who comment, will be considered part of the public record for this project and will be available for public inspection.

Only those individuals and organizations who have submitted specific written scoping comments during this opportunity for public involvement will have standing to place formal objection when the Environmental Assessment is made available.

This document, and additional information, as it becomes available, will be posted on the BLM's website at http://www.blm.gov/co/st/en/fo/sjplc.html.

> Sincerely,
>
> __/S/ - TOM RICE_____
> Tom Rice,
> Associate Field Manager

BLM_0015758



# THE BLM
## A Sound Investment for America

**BLM**

**Did you know** that within the Department of the Interior, there's one agency that manages more than 245 million acres of public lands—an area larger than New York, Florida, Minnesota, and California combined?

This same agency also raises more money each year for the American taxpayer from the use of these lands than it spends. In addition, it manages recreational activities, conserves much of our Nation's natural and cultural resources, improves habitat for many species of wildlife and plants, and administers 700 million acres of mineral estate. And it does so with a work force of just 10,000 people.

This is today's Bureau of Land Management (BLM). These public lands, primarily in the West, extend across rangelands, forests, high mountains, arctic tundra, and deserts, and are one of America's greatest assets—both economically and environmentally. In its management of these lands and resources, the BLM strives to balance economic benefits to our Nation with the conservation of precious natural resources. For example, while the BLM authorizes renewable energy production, mineral extraction, timber harvesting, and grazing across the National System of Public Lands, its conservation efforts ensure that our Nation's natural, scenic, recreational, and cultural resources will be available to future generations of Americans.

The BLM's management of public lands contributed more than $112 billion to the national economy in 2010 and supported more than 500,000 American jobs.





# Investing
## in Jobs

Taxpayer investment in the BLM yields employment opportunities.  The BLM's management of activities on public lands supported an estimated 507,750 American jobs in FY 2010.

| | Minerals | | Geothermal and Wind Energy | | Timber | | Grazing | | Recreation | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Direct | Total | Direct | Total | Direct | Total | Direct | Total | Direct | Total | Direct | Total |
| Alaska | 175 | 633 | 0 | 0 | 6 | 10 | 0 | 0 | 324 | 441 | 504 | 1,085 |
| Arizona | 0 | 0 | 5 | 7 | 1 | 1 | 100 | 191 | 2,908 | 4,656 | 3,013 | 4,855 |
| California | 4,473 | 13,843 | 399 | 1,041 | 110 | 281 | 34 | 71 | 4,586 | 7,634 | 9,602 | 22,870 |
| Colorado | 8,258 | 22,912 | 0 | 0 | 68 | 148 | 194 | 336 | 3,264 | 4,864 | 11,785 | 28,260 |
| Eastern States | 1,556 | 5,238 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 93 | 1,607 | 5,331 |
| Idaho | 584 | 1,150 | 0 | 0 | 86 | 206 | 212 | 402 | 3,944 | 5,508 | 4,826 | 7,266 |
| Kansas | 226 | 394 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 226 | 394 |
| Montana | 2,623 | 5,401 | 0 | 0 | 38 | 83 | 239 | 438 | 2,704 | 3,757 | 5,603 | 9,679 |
| Nebraska | 104 | 179 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 104 | 179 |
| Nevada | 125 | 221 | 193 | 393 | 22 | 47 | 200 | 352 | 2,702 | 4,096 | 3,242 | 5,110 |
| New Mexico | 25,670 | 55,213 | 0 | 0 | 13 | 26 | 486 | 842 | 1,372 | 1,953 | 27,541 | 58,034 |
| North Dakota | 3,194 | 6,308 | 0 | 0 | 0 | 0 | 1 | 2 | 14 | 18 | 3,208 | 6,328 |
| Oklahoma | 506 | 1,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 506 | 1,159 |
| Oregon | 0 | 0 | 0 | 0 | 889 | 2,736 | 216 | 388 | 4,328 | 6,811 | 5,433 | 9,935 |
| South Dakota | 40 | 57 | 0 | 0 | 9 | 16 | 17 | 28 | 33 | 42 | 99 | 143 |
| Texas | 258 | 1,269 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 258 | 1,269 |
| Utah | 8,845 | 24,366 | 141 | 192 | 32 | 73 | 360 | 476 | 3,520 | 5,486 | 12,899 | 30,592 |
| Washington | 0 | 0 | 0 | 0 | 24 | 63 | 21 | 33 | 199 | 307 | 244 | 403 |
| Wyoming | 44,628 | 93,093 | 3 | 4 | 35 | 56 | 426 | 623 | 1,437 | 1,823 | 46,528 | 95,599 |

# Investing
## in Recreation *

The National System of Public Lands offers more diverse recreational opportunities than are available on lands administered by any other Federal agency, with more than 58 million visits in 2010 to BLM-managed lands and waters.  These visits provided a nationwide economic impact of $7.4 billion.

| | Visitors | Direct | Total |
|---|---|---|---|
| Alaska | 612,570 | 28.7 | 45.7 |
| Arizona | 5,581,948 | 265.6 | 489.3 |
| California | 10,233,635 | 483.2 | 983.0 |
| Colorado | 6,447,666 | 304.4 | 532.0 |
| Eastern States | 97,516 | 4.6 | 11.0 |
| Idaho | 6,348,782 | 302.1 | 463.6 |
| Kansas | 0 | 0 | 0 |
| Montana | 4,401,972 | 207.4 | 316.3 |
| Nebraska | 0 | 0 | 0 |
| Nevada | 5,971,390 | 283.6 | 457.8 |

| | Visitors | Direct | Total |
|---|---|---|---|
| New Mexico | 2,371,886 | 112.7 | 176.0 |
| North Dakota | 20,758 | 1.0 | 1.5 |
| Oklahoma | 0 | 0 | 0 |
| Oregon | 7,563,709 | 357.0 | 662.4 |
| South Dakota | 51,805 | 2.4 | 3.5 |
| Texas | 0 | 0 | 0 |
| Utah | 6,089,818 | 289.7 | 511.7 |
| Washington | 398,308 | 18.8 | 34.6 |
| Wyoming | 2,451,949 | 115.7 | 158.4 |

※ Direct and total impact numbers reflect ($) millions.

# Investing
## in Energy*

The National System of Public Lands yielded $40 billion worth of energy and non-energy minerals in FY 2010.  The extraction of these resources and their introduction into the market boosted the American economy by approximately $103 billion.

| | Oil and Gas | | Coal | | Non-Energy Minerals* | | Geothermal and Wind Energy | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Direct | Total | Direct | Total | Direct | Total | Direct | Total | Direct | Total |
| Alaska | 123.2 | 206.0 | 0 | 0 | 0 | 0 | 0 | 0 | 123.2 | 206.0 |
| Arizona | 0 | 0 | 0 | 0 | 0 | .1 | .7 | .9 | .8 | .9 |
| California | 1,703.8 | 3,297.9 | 0 | 0 | 186.3 | 336.5 | 103.9 | 202.2 | 1,994.0 | 3,836.6 |
| Colorado | 2,930.9 | 4,856.1 | 782.7 | 1,263.2 | 17.6 | 26.7 | 0 | 0 | 3,731.1 | 6,146.0 |
| Eastern States | 338.2 | 738.2 | 154.2 | 376.3 | 4.1 | 9.4 | 0 | 0 | 496.5 | 1,123.9 |
| Idaho | 0 | 0 | 0 | 0 | 162.5 | 236.7 | 0 | 0 | 162.5 | 236.7 |
| Kansas | 51.2 | 74.5 | 0 | 0 | 0 | 0 | 0 | 0 | 51.2 | 74.5 |
| Montana | 394.5 | 582.9 | 361.6 | 526.1 | 0 | 0 | 0 | 0 | 756.1 | 1,109.0 |
| Nebraska | 23.4 | 34.9 | 0 | 0 | 0 | 0 | 0 | 0 | 23.4 | 34.9 |
| Nevada | 28.3 | 44.0 | 0 | 0 | 0 | 0 | 36.9 | 61.5 | 65.2 | 105.5 |
| New Mexico | 7,991.8 | 11,408.3 | 136.1 | 197.3 | 463.7 | 661.4 | 0 | 0 | 8,591.5 | 12,267.0 |
| North Dakota | 967.7 | 1,387.2 | 2.1 | 3.1 | 0 | 0 | 0 | 0 | 969.8 | 1,390.2 |
| Oklahoma | 135.0 | 211.1 | 26.7 | 42.0 | 0 | 0 | 0 | 0 | 161.6 | 253.2 |
| Oregon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| South Dakota | 9.0 | 11.4 | 0 | 0 | 0 | 0 | 0 | 0 | 9.0 | 11.4 |
| Texas | 208.0 | 375.1 | 0 | 0 | 0 | 0 | 0 | 0 | 208.0 | 375.1 |
| Utah | 3,049.5 | 4,750.1 | 416.6 | 694.5 | 23.6 | 37.8 | 16.6 | 22.5 | 3,506.2 | 5,504.9 |
| Washington | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wyoming | 14,199.8 | 18,949.6 | 4,820.3 | 6,416.8 | 814.2 | 1,062.9 | .5 | .6 | 19,834.7 | 26,429.8 |

※ Table numbers reflect ($) millions.       * Does not Include hardrock minerals.

# Investing
## in Timber and Grazing*

BLM-administered lands yielded $337 million worth of timber, while grazing on BLM lands made possible the introduction of $310 million worth of feed and fiber into the market. Overall, these lands provided $814 million worth of timber-related economic activity and $540 million in grazing-related benefits in FY 2010.

| | Timber | | Grazing | |
|---|---|---|---|---|
| | Direct | Total | Direct | Total |
| Alaska | 1.4 | 3.0 | 0 | 0 |
| Arizona | .1 | .3 | 14.3 | 27.4 |
| California | 20.9 | 53.7 | 5.1 | 11.9 |
| Colorado | 13.7 | 46.6 | 28.3 | 53.5 |
| Eastern States | 0 | 0 | 0 | 0 |
| Idaho | 18.5 | 35.9 | 35.8 | 61.8 |
| Kansas | 0 | 0 | 0 | 0 |
| Montana | 9.9 | 19.6 | 32.9 | 59.7 |
| Nebraska | 0 | 0 | 0 | 0 |
| Nevada | 4.1 | 7.5 | 34.6 | 58.1 |

| | Timber | | Grazing | |
|---|---|---|---|---|
| | Direct | Total | Direct | Total |
| New Mexico | 3.2 | 9.4 | 70.1 | 117.3 |
| North Dakota | 0 | 0 | .3 | .4 |
| Oklahoma | 0 | 0 | 0 | 0 |
| Oregon | 245.9 | 595.1 | 17.5 | 36.4 |
| South Dakota | 1.4 | 2.5 | 3.2 | 5.0 |
| Texas | 0 | 0 | 0 | 0 |
| Utah | 5.6 | 15.3 | 22.0 | 36.1 |
| Washington | 6.6 | 15.5 | 1.5 | 3.2 |
| Wyoming | 5.7 | 9.7 | 44.7 | 69.5 |

※ Table numbers reflect ($) millions.

BLM_0015761

## What do these numbers mean?

Data in the "Direct" column are an estimate of the BLM's economic contribution to local economies in terms of employment and other economic benefits directly associated with BLM-managed lands and resources. These benefits might be associated with river guides and other recreation outfitters, for example. Data in the "Total" column for each category of BLM activity demonstrate the agency's impacts, including indirect and induced benefits associated with, for instance, companies that manufacture outdoor gear and local service businesses in the gateway communities.

National numbers may be larger than the sum of individual state numbers because the national model takes into account activity across state borders (for example, machinery production in California that supports mining activity in Wyoming). Employment benefits reflect an annual average for full- and part-time private sector jobs. Table totals may not add exactly, owing to rounding. The numbers presented in the report are preliminary and are subject to change based on further review.













BLM/WO-GI/011/033+1800   February 2011

# Evaluation of
# Existing and Proposed
# AREAS OF CRITICAL
# ENVIRONMENTAL CONCERN

## for the
## Uncompahgre
## Planning Area

## JUNE 2011



**Bureau of Land Management**
**Uncompahgre Field Office**
**2465 South Townsend Avenue**
**Montrose, Colorado  81401**

BLM_0015763

BLM_0015764

CONTENTS

# Table of Contents

**ACRONYMS AND ABBREVIATIONS**..................................................................III

**1.0 - EXECUTIVE SUMMARY** ........................................................................IV

**2.0 - INTRODUCTION** ................................................................................. I

2.1 AREAS OF CRITICAL ENVIRONMENTAL CONCERN.....................................I
2.2 SPECIAL MANAGEMENT ATTENTION .....................................................I
    *Figure 1 - Uncompahgre RMP Planning Area*....................................................2

**3.0 - STEPS IN THE ACEC PROCESS** ............................................................ 3

3.1 NOMINATION ..................................................................................3
3.2 RELEVANCE AND IMPORTANCE CRITERIA ...............................................3
    *Table 1 - Colorado Natural Heritage Program Element Imperilment Rankings*...............5
3.3 CONSIDERATION OF POTENTIAL ACECs.................................................5
3.4 COMMENTS ON PROPOSED ACECs........................................................5
3.5 DESIGNATION ..................................................................................6

**4.0 - ACEC IMPORTANCE AND RELEVANCE EVALUATIONS**................... 7

4.1 EXISTING AND PROPOSED ACECs CONSIDERED .......................................7
    *Table 2 - Existing and Proposed ACECs in the Planning Area*................................7
    *Figure 2 - Existing and Proposed ACECs in the Planning Area*..............................10
    1. NEEDLE ROCK ACEC/ONA (Existing) ........................................................11
    *ACEC Map 1 - Needle Rock ACEC/ONA (Existing)*..........................................13
    2. ADOBE BADLANDS ACEC/ONA (Existing)..................................................14
    *ACEC Map 2 - Adobe Badlands ACEC/ONA (Existing)*.......................................16
    3. SALT DESERT SHRUB ECOSYSTEM ACEC/RNA (Proposed)............................17
    *ACEC Map 3 - Salt Desert Shrub Ecosystem (Proposed)*....................................19
    4. FAIRVIEW SOUTH ACEC/RNA (Existing) ...................................................20
    *ACEC Map 4 - Fairview South ACEC/RNA (Existing)*........................................22
    5. FAIRVIEW SOUTH ACEC/RNA (Proposed Expansion I) .................................23
    *ACEC Map 5 - Fairview South ACEC/RNA (Proposed Expansion I)* .........................25
    6. FAIRVIEW SOUTH ACEC/RNA (Proposed Expansion II)................................26
    *ACEC Map 6 - Fairview South ACEC/RNA (Proposed Expansion II)*.........................29
    7. ROUBIDEAU CORRIDORS ACEC (Proposed) ..............................................30
    *ACEC Map 7 - Roubideau Corridors ACEC (Proposed)*......................................32
    8. ROUBIDEAU-POTTER-MONITOR ACEC (Proposed) ....................................33
    *ACEC Map 8 - Roubideau-Potter-Monitor ACEC (Proposed)*................................36
    9. LOWER UNCOMPAHGRE PLATEAU CULTURAL ACEC (Proposed)................37
    *ACEC Map 9 - Lower Uncompahgre Plateau Cultural ACEC (Proposed)* ....................39

Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015765

## CONTENTS

10. SAN MIGUEL RIVER ACEC (Existing) ...................................................... 40

*ACEC Map 10 - San Miguel River ACEC (Existing)* ................................... 42

11. SAN MIGUEL RIVER ACEC (Proposed Expansion) ................................. 43

*ACEC Map 11 - San Miguel River ACEC (Proposed Expansion)* ............... 46

12. SAN MIGUEL GUNNISON SAGE GROUSE ACEC (Proposed) ................ 47

*ACEC Map 12 - San Miguel Gunnison Sage-Grouse ACEC (Proposed)* ...... 49

13. WEST MONTROSE COUNTY GUNNION SAGE GROUSE ACEC (Proposed) ... 50

*ACEC Map 13 - West Montrose County Gunnison Sage-Grouse ACEC (Proposed)* ...... 52

14. SIMS CERRO GUNNISON SAGE GROUSE ACEC (Proposed) ................ 53

*ACEC Map 14 - Sims Cerro Gunnison Sage-Grouse ACEC (Proposed)* ......... 55

15. DOLORES RIVER SLICK ROCK CANYON ACEC (Proposed) ................. 56

*ACEC Map 15a - Dolores Slick Rock Canyon ACEC (Proposed)* .................. 59

*ACEC Map 15b - Dolores River Slick Rock Canyon ACEC (Proposed)* .......... 60

16. LA SAL CREEK ACEC (Proposed) ........................................................ 61

*ACEC Map 16 - La Sal Creek ACEC (Proposed)* ...................................... 63

17. COYOTE WASH ACEC (Proposed) ..................................................... 64

*ACEC Map 17 - Coyote Wash ACEC (Proposed)* ..................................... 66

18. EAST PARADOX ACEC (Proposed) ...................................................... 67

*ACEC Map 18a - East Paradox ACEC (Proposed)* .................................... 70

*ACEC Map 18b - Biological Soil Crust ACEC (Proposed)* ........................... 71

19. WEST PARADOX ACEC (Proposed) .................................................... 72

*ACEC Map 19 - West Paradox ACEC (Proposed)* .................................... 74

20. PARADOX ROCK ART ACEC (Proposed) ............................................ 75

*ACEC Map 20 - Paradox Rock Art ACEC (Proposed)* ............................... 77

21. TABEGUACHE PUEBLO/TABEGUACHE CAVES ACEC (Proposed) ........ 78

*ACEC Map 21 - Tabeguache Pueblo/Tabeguache Caves ACEC (Proposed)* ... 80

22. YOUNG EGG LOCALITY ACEC (Proposed) ........................................ 81

*ACEC Map 22 - Young Egg Locality ACEC (Proposed)* .............................. 82

**5.0 - INTERDISCIPLINARY TEAM MEMBERS** .................................... 83

**6.0 - REFERENCES** ............................................................................ 84

**7.0 - APPENDICES** ............................................................................ 85

APPENDIX A: UFO RMP SCOPING ACEC FACT SHEET ............................ 85

APPENDIX B: UFO RMP SCOPING ACEC DISPLAY PANEL ....................... 87

**Evaluation of Existing and Proposed**
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

ii

BLM_0015766

## Acronyms and Abbreviations

| ACRONYM OR ABBREVIATION | COMPLETE PHRASE |
| --- | --- |
| ACEC | Area of Critical Environmental Concern |
| BLM | Bureau of Land Management |
| CFR | Code of Federal Regulations |
| CNAP | Colorado Natural Areas Program |
| CNHP | Colorado Natural Heritage Program |
| EIS | Environmental Impact Statement |
| FLPMA | Federal Land Policy and Management Act |
| GUSG | Gunnison sage grouse |
| IBA | Important Bird Area |
| NCA | National Conservation Area |
| ONA | Outstanding Natural Area |
| PCA | Potential Conservation Area |
| RMP | Resource Management Plan |
| RNA | Research Natural Area |
| SWCR | Southwest Canyon Riparian Habitat |
| UFO | Uncompahgre Field Office |
| USFS | United States Forest Service |
| WCC | Western Colorado Congress |
| WSA | Wilderness Study Area |
| WSERC | Western Slope Environmental Resource Council |

iii    Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015767

# 1.0 – EXECUTIVE SUMMARY

As part of the land use planning process for the Uncompahgre Resource Management Plan (RMP), a Bureau of Land Management (BLM) interdisciplinary team reviewed twenty-two land proposals submitted for consideration as Areas of Critical Environmental Concern (ACECs).

Eleven nominations were submitted by external sources (including other agencies and the public), seven were submitted internally (by BLM specialists), and four consider modification of existing ACECs.  The team analyzed the proposals to determine whether the areas 1) are within the planning area and 2) contain values that meet established relevance and importance criteria for ACEC designation.  Areas meeting the criteria are identified as potential ACECs and are fully considered for designation and management in the RMP.  Areas not meeting the criteria were dropped from further consideration.

Twenty areas were found to meet the relevance and importance criteria.  This report presents the forms completed during BLM evaluation of existing and proposed ACECs.

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

iv

BLM_0015768

# 2.0 - INTRODUCTION

The BLM Uncompahgre Field Office (UFO) is revising the 1985 San Juan/San Miguel Resource Management Plan (RMP) and 1989 Uncompahgre Basin RMP in order to provide a single comprehensive plan to guide the management of BLM land and federal mineral estate within the Uncompahgre Planning Area (planning area). In accordance with the Federal Land Policy and Management Act (FLPMA) and BLM Manual 1613, the BLM is required to give priority to the designation and protection of Areas of Critical Environmental Concern (ACECs) during the land use planning process.

As shown in Map 1, the planning area encompasses portions of Montrose, Delta, Gunnison, Ouray, San Miguel, and Mesa counties in southwestern Colorado and consists of the UFO excluding the Gunnison Gorge and Dominquez-Escalante national conservation areas (NCA). Approximately 675,800 acres of public surface land and 964,300 acres of federal mineral estate lie within the planning area boundary.

Analysis and findings in this report pertain only to lands managed by the BLM and comply with FLPMA Section 202 (43 US Code 1712[c][3]), 43 Code of Federal Regulations 1610.7-2, and BLM Manual 1613 (BLM 1988a).

## 2.1 Areas of Critical Environmental Concern

An ACEC is defined as BLM-administered land where special management attention is necessary in order to protect the relevant and important values (detailed in Section 3.2) of the area from irreparable damage. The BLM designates ACECs administratively through land use plans. No other agency uses this form of designation.

## 2.2 Special Management Attention

**Special management attention** refers to management prescriptions developed during RMP preparation expressly to protect the important and relevant values of an area from the potential effects of proposed actions deemed to be in conformance with the terms, conditions, and decisions of the RMP (BLM Manual 1613.12). These management measures would not be necessary or prescribed if the critical and important features were not present.

1          Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015769

**INTRODUCTION**



**Figure 1 - Uncompahgre RMP Planning Area**

Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

2

BLM_0015770

# 3.0 – STEPS IN THE ACEC PROCESS

This section summarizes major steps in the identification and evaluation of ACECs.

### 3.1 Nomination

While BLM staff, other agencies, and the public may nominate an ACEC at any time, ACECs are only designated during the BLM land use planning process. Existing ACECs are also reconsidered during the process.

The UFO solicited ACEC nominations from the public during RMP scoping. At public meetings, the UFO displayed a panel describing special management areas and distributed a fact sheet on ACECs, along with a map showing current ACECs in the planning area. The fact sheet is available on the planning webpage at: (http://www.blm.gov/co/st/en/fo/ufo/uncompahgre_rmp.html). Both the fact sheet and display panel are shown in Appendix A and B of this report. The fact sheet contains the following statement:

> *The BLM wants your input...*
>
> Do you know of any areas within the planning area that meet the criteria for becoming an ACEC? Any individual or organization may nominate an ACEC during the public scoping period. The nomination should describe the area's special values. Information on why the area meets relevance and importance criteria (43 CFR 1610.7-2) must be included in the nomination.

### 3.2 Relevance and Importance Criteria

Nominations for ACECs must meet criteria of **relevance** and **importance** as defined in 43 CFR1610.7-2. This report considers only these criteria, and does not discuss management prescriptions. Relevance and importance are further defined in BLM Manual 1613.1 as follows.

#### Relevance

In order to meet the criteria for relevance, an area must possess "significant historic, cultural, or scenic value; a fish or wildlife resource or other natural system or process; or natural hazard."

An area has relevance if it contains *one or more* of the following:

1. A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans).

3

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015771

2. A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity).

3. A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities that are terrestrial, aquatic, or riparian; or rare geological features).

4. Natural hazards (including but not limited to areas of avalanche, dangerous flooding, landslides, unstable soils, seismic activity, or dangerous cliffs). A hazard caused by human action may meet the relevance criteria if it is determined through the resource management planning process that it has become part of a natural process.

An area also meets the criteria for relevance if it contains a plant species or community ranked G1 through G3 or S1 through S3 by the Colorado Natural Heritage Program (CNHP). CNHP rankings are defined in Table 1 on the following page.

## Importance

To meet the importance criterion, the value, resource, system, process or hazard resource must "have substantial significance and value." This generally requires qualities of more than local significance and special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource, or qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. A natural hazard can be important if it is a significant threat to human life or property.

An area meets the importance criterion if *one or more* of the following characteristics are present:

1. Has more than locally significant qualities that give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource.

2. Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change.

3. Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of the Federal Land Policy and Management Act (FLPMA).

4. Has qualities that warrant highlighting to satisfy public or management concerns about safety and public welfare.

5. Poses a significant threat to human life and safety or to property.

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

4

BLM_0015772

**Table 1 - Colorado Natural Heritage Program Element Imperilment Rankings**

| CNHP GLOBAL RARITY RANKING (based on the range-wide status of a species) | |
|---|---|
| G1 | Critically imperiled globally because of extreme rarity (5 or fewer occurrences, or very few remaining individuals), or because of some factor of its biology making it especially vulnerable to extinction.  (Critically endangered throughout its range). |
| G2 | Imperiled globally because of rarity (6 to 20 occurrences), or because of other factors demonstrably making it very vulnerable to extinction throughout its range.  (Endangered throughout its range). |
| G3 | Very rare or local throughout its range or found locally in a restricted range (21 to 100 occurrences).  (Threatened throughout its range.) |
| G4 | Apparently secure globally, though it might be quite rare in parts of its range, especially at the periphery. |
| G5 | Demonstrably secure globally, though it may be quite rare in parts of its range, especially at the periphery. |
| CNHP STATE RARITY RANKING (based on status of species [relative abundance of individuals] in each state) | |
| S1 | Critically imperiled in state because of extreme rarity (5 or fewer occurrences, or very few remaining individuals), or because of some factor of its biology making it especially vulnerable to extirpation from the state.  (Critically endangered in state). |
| S2 | Imperiled in state because of rarity (6 to 20 occurrences), or because of other factors demonstrably making it very vulnerable to extirpation from the state.  (Endangered or threatened in state). |
| S3 | Rare in state (21 to 100 occurrences). |

### 3.3 Consideration of Potential ACECs

Each area meeting the relevance and importance criteria must be identified as a potential ACEC and must be considered as RMP alternatives are developed.  Each potential ACEC must be proposed for designation in at least one alternative in the Draft RMP (BLM Manual 1613.2.22B).  As RMP alternatives are developed, management prescriptions are fully developed.  Management prescriptions *may* (not must) vary across the alternatives.

### 3.4 Comments on Proposed ACECs

The public had an opportunity to comment on the designation recommendations included in a draft report released on July 16, 2010, with the public comment period ending on August 20, 2010.  The comments were considered prior to finalizing the report.  The public will also have the opportunity to comment on the draft RMP.

5                    Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015773

### 3.5 Designation

Designation of ACECs occurs when the record of decision for the EIS is signed and the RMP is approved.

Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

6

BLM_0015774

# 4.0 – ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

This section describes each existing and proposed area and provides an evaluation of whether or not it meets the criteria for relevance and importance.  Figure 2 on page 10 shows all existing and proposed ACECs and ACEC expansions in the planning area.  A description, evaluation, and map of each area follows.

## 4.1 Existing and Proposed ACECs Considered

The following table shows ACECs that the BLM is considering; those in existence under the current RMPs, and those being proposed by the BLM and public.  The table also shows whether an existing or proposed ACEC meets the relevance and importance criteria.

**Table 2 - Existing and Proposed ACECs in the Planning Area**

| ACEC NAME | STATUS | RELEVANT AND IMPORTANT? | RELEVANCE CRITERIA SUPPORTED | IMPORTANCE CRITERIA SUPPORTED | NOTES |
|---|---|---|---|---|---|
| Needle Rock ACEC/ Outstanding Natural | Existing | Yes | 1, 3 | 1, 2, 3 | |
| Adobe Badlands ACEC/Outstanding Natural Area/ | Existing | Yes | 2, 3 | 1, 2, 3 | |
| Salt Desert Shrub Ecosystem ACEC/ Research Natural Area/ | BLM Proposal | Yes | 2, 3 | 1, 2, 3 | Includes existing Adobe Badlands Outstanding Natural Area/ACEC |
| Fairview South ACEC/Research Natural Area | Existing | Yes | 3 | 1, 2, 3 | |
| Fairview South ACEC/Research Natural Area (Note:  Larger than existing ACEC) | BLM Proposal | Yes | 2, 3 | 1, 2, 3 | BLM-proposed expansion includes existing Fairview South ACEC/ Research Natural Area |

7  Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015775

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

| ACEC NAME | STATUS | RELEVANT AND IMPORTANT? | RELEVANCE CRITERIA SUPPORTED | IMPORTANCE CRITERIA SUPPORTED | NOTES |
|---|---|---|---|---|---|
| Fairview South ACEC/Research Natural Area *(Note: Proposed ACEC is larger than existing one)* | External Proposal | Yes | 2, 3 | 1, 2, 3 | Citizens group and CNHP proposed expansion. Includes existing Fairview South ACEC/ Research Natural Area |
| Roubideau Corridors ACEC | BLM Proposal | Yes | 1, 2, 3 | 1, 2, 3 | |
| Roubideau-Potter-Monitor ACEC | External Proposal | Yes | 1, 2, 3 | 1, 2, 3 | |
| Lower Uncompahgre Plateau Cultural ACEC | External Proposal | Yes | 1 | 1, 2 | |
| San Miguel River ACEC | Existing | Yes | 1, 2, 3 | 1, 2, 3 | |
| San Miguel River ACEC *(Note: Proposed ACEC is larger than existing one)* | BLM and External Proposal | Yes | 1, 2, 3 | 1, 2, 3 | BLM and external group proposed expansion of the existing San Miguel River ACEC |
| San Miguel Gunnison Sage Grouse ACEC | External Proposal | Yes | 2 | 2, 3 | |
| West Montrose County Gunnison Sage Grouse ACEC | External Proposal | No | None | 3 | Does not meet the relevance criteria |
| Sims Cerro Gunnison Sage Grouse ACEC | External Proposal | Yes | 2 | 2, 3 | |
| Dolores Slick Rock Canyon ACEC and Dolores River Slick Rock Canyon ACEC | BLM Proposal | Yes | 1, 2, 3 | 1, 2, 3 | |
| La Sal Creek ACEC | External Proposal | Yes | 2, 3 | 1, 2, 3 | |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

8

BLM_0015776

## ACEC Importance and Relevance Evaluations

| ACEC Name | Status | Relevant and Important? | Relevance Criteria Supported | Importance Criteria Supported | Notes |
|---|---|---|---|---|---|
| Coyote Wash ACEC | External Proposal | Yes | 3 | 1, 2, 3 | |
| East Paradox ACEC and Biological Soil Crust ACEC | BLM Proposal | Yes | 2, 3 | 1, 2, 3 | |
| West Paradox ACEC | BLM Proposal | Yes | 2, 3 | 1, 2, 3 | |
| Paradox Rock Art ACEC | External Proposal | Yes | 1 | 1, 2 | |
| Tabeguache Pueblo/Tabeguache Caves ACEC | External Proposal | Yes | 1 | 1, 2 | |
| Young Egg Locality ACEC | External Proposal | Proposed ACEC is within the Dominguez-Escalante NCA and will not be considered in the Uncompahgre RMP. | | | |

Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015777

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS



Figure 2 - Existing and Proposed ACECs in the Planning Area

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

10

BLM_0015778

ACEC Importance and Relevance Evaluations

## 1. NEEDLE ROCK ACEC/ONA (Existing)

**Status:** Existing

**General Location:** In Delta County, Colorado approximately four miles southeast of the town of Crawford, north of the Smith Fork River, and south of Missouri Flats.

**Acreage:** 80

**Significance:** The Needle Rock ACEC and Outstanding Natural Area (ONA) protects a geologic landform with high-value scientific, scenic, and interpretive characteristics. The isolated structure is the igneous core or plug of a tertiary volcano, formed when magma hardened within the vent.

**General Description:** This 80-acre site was designated as the Needle Rock ONA/ACEC in the 1989 Uncompahgre Basin RMP. The spectacular volcanic formation rises almost 1,000 feet above the Smith Fork River Valley. The structure formed in the Miocene when intruding magma hardened to form a plug (also known as a neck). Over millions of years, the surrounding sedimentary rock eroded, leaving behind the resistant igneous core. The 80-acre site is managed to protect scientific and scenic qualities that are vulnerable to damage from human use.

**Values Assessed**
- Natural System: *Rare Geological Feature*
- Scenic

**Relevance Criteria Considered:** 1 and 3

**Importance Criteria Considered:** 1, 2, and 3

| RELEVANCE CRITERION | | Yes/ No | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). | Yes | The ACEC is within a Scenic Quality Class A area, and the volcanic neck is an iconic symbol for the North Fork of the Gunnison region. |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities that are terrestrial, aquatic, or riparian; or rare geological features). | Yes | Needle Rock is an outstanding example of a regionally rare volcanic neck. |

Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015779

ACEC Importance and Relevance Evaluations

| IMPORTANCE CRITERION | | Yes/ No | Rationale for Determination |
|---|---|---|---|
| # | Description | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | The site is a tourist attraction of high regional interest. |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | The volcanic neck is an exemplary geologic feature vulnerable to damage from human use. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | The area was designated as a BLM Instant Study Area prior to FLPMA and was listed by the Colorado Natural Areas Program in October 1992 as a unique or high-quality natural feature of statewide significance. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

12

BLM_0015780

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

## ACEC Map 1 - Needle Rock ACEC/ONA (Existing)
### 80 acres



| | | | |
|---|---|---|---|
| 🟨 BLM | ⬜ Private | 🟧 BLM Wilderness | ▭ RMP Boundary |
| 🟪 NPS | 🟦 State | 🟪 NPS Wilderness | ▭ NCAs |
| 🟩 USFS | 🟦 CDOW | 🟩 USFS Wilderness | ⊠ WSAs |

0 _____ 1 Miles

N

Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015781

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

## 2. ADOBE BADLANDS ACEC/ONA (Existing)

**Status:** Existing

**General Location:** In Delta County, Colorado approximately three miles northwest of the town of Delta.

**Acreage:** 6,380

**Significance:** The Adobe Badlands ACEC and ONA is managed to protect unique scenic qualities, improve threatened and endangered species habitat, and reduce active erosion.

**General Description:** The 1989 Uncompahgre Basin RMP designated the area as the Adobe Badlands ONA/ACEC. Wind and water have shaped the Mancos Shale hills and flats into a highly scenic landscape. Fragile area soils are susceptible to high rates of erosion, resulting in heavy sediment loads and saline runoff.

The area provides occupied and potential habitat for the threatened Colorado hookless cactus (*Sclerocactus glaucus*). In addition, the area provides habitat for the BLM Sensitive white-tailed prairie dog *(Cynomys leucurus)* and possibly for the BLM Sensitive kit fox *(Vulpes macrotis)*.

**Values Assessed**
- Botanical: *Federally Threatened Species*
- Wildlife: *BLM Sensitive Species*
- Scenic
- Natural Process: *Highly Erodible Soils*

**Relevance Criteria Considered:** 1, 2, and 3

**Importance Criteria Considered:** 1, 2, and 3

| RELEVANCE CRITERION | | YES/NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). | No | The area is not significantly different from other Mancos Shale sites. |
| 2 | A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species biodiversity). | Yes | The BLM Sensitive white-tailed prairie dog *(Cynomys leucurus)* inhabits the area and potentially the BLM Sensitive kit fox *(Vulpes macrotis).* |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

14

BLM_0015782

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities that are terrestrial, aquatic, or riparian; or rare geological features). | Yes | Colorado hookless cactus (*Sclerocactus glaucus*) occurs in the area and is federally classified as a threatened species. |

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | The Adobe Badlands is identified in numerous state and regional hiking guide books due to its highly scenic qualities. |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | The Adobe Badlands is within an adobe roadless area that is susceptible to adverse change from high rates of erosion and human impacts without special management. Nearby private lands present the potential for impacts from illegal off-road recreation, dumping, and other damaging uses. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | The area was designated as an ACEC in the 1989 Uncompahgre Basin RMP and is within a WSA designated in 1992. |

15          Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015783

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

**ACEC Map 2 - Adobe Badlands ACEC/ONA (Existing)**
**6,380 acres**



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

16

BLM_0015784

### 3. SALT DESERT SHRUB ECOSYSTEM ACEC/RNA (Proposed)

**Status:** Proposed

**Proponent:** BLM (includes the CNHP Wells Gulch PCA) and external proponents

**General Location:** Delta County, Colorado northwest of the town of Delta, north and east of highway 50, and south of the Grand Mesa National Forest.

**Acreage:** 34,540 (including 6,380 from the existing Adobe Badlands ONA/ACEC)

**Significance:** The proposed ACEC contains a core population of threatened Colorado hookless cactus (*Sclerocactus glaucus*), locally imperiled cold desert shrubland communities, and the BLM Sensitive white-tailed prairie dog *(Cynomys leucurus)* and burrowing owl *(Athene cunicularia)*. This ecosystem is easily disturbed and difficult to restore.

**General Description:** This broad, gently sloping shrub/grassland covers a large area east of the Gunnison River in western Delta County. The existing Adobe Badlands ACEC lies within part of the proposed ACEC. Vegetation in much of the area is characterized by shadscale with galleta grass, except on north facing slopes where the dominant grass is salina wildrye. The area also has two occurrences of globally vulnerable to globally secure (G3/G5) and locally imperiled (G3/S2) cold desert shrubland communities.

The area contains populations of the threatened Colorado hookless cactus *(Sclerocactus glaucus)*, considered globally and locally vulnerable (G3/S3) by CNHP, as well as the BLM Sensitive white-tailed prairie dog *(Cynomys leucurus)* and burrowing owl *(Athene cunicularia)*. The area provides suitable habitat for and may support populations of the BLM Sensitive kit fox *(Vulpes macrotis)*, considered globally secure but locally critically imperiled (G4/S1) and the ferruginous hawk *(Buteo Regalis)*, considered locally vulnerable (G4/S3B).

The Intermountain Indian breadroot *(Pediomelum megalanthum)* occurs over a wide area, usually on the edges of dry washes, but is never abundant in any one place. The hills are free of weeds, except for some cheatgrass. Low-lying swales are dominated by greasewood, along with seablight and winterfat. Low areas tend to be weedier with cheatgrass and halogeton.

The area has a Biodiversity Significance Rank of B2: Very High Biodiversity Significance

**Values Assessed**
- Botanical: *Federally Endangered and Threatened Species*
- Fish and Wildlife: *BLM Sensitive Species*

**Relevance Criteria Considered:** 2 and 3

**Importance Criteria Considered:** 1, 2, and 3

17          Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015785

ACEC Importance and Relevance Evaluations

| RELEVANCE CRITERION | | Yes/ No | Rationale for Determination |
|---|---|---|---|
| # | Description | | |
| 2 | A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity). | Yes | The area provides habitat for the BLM Sensitive white-tailed prairie dog, burrowing owl, kit fox, and ferruginous hawk. |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). | Yes | Known populations of the endemic and federally listed Colorado hookless cactus are concentrated in this area.  The salt desert shrubland ecosystem is easily disturbed and difficult to restore.  CNHP considers salt desert shrubland in the area to be globally vulnerable and locally imperiled (G3/S2). |

| IMPORTANCE CRITERION | | Yes/ No | Rationale for Determination |
|---|---|---|---|
| # | Description | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | Area contains adobe soils within a selenium program management area and significant populations of the endemic and federally-listed threatened Colorado hookless cactus. |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | The salt desert shrubland is ranked as globally vulnerable and locally imperiled (G3/S2).  Multiple examples demonstrate that recovery from disturbance activities in this area is difficult.  Multiple sensitive species are known or have potential to be in the area. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | Possibly demonstrates protective area for cactus and species recovery.  Biodiversity Significance Rank of B2: Very High Biodiversity Significance. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

18

BLM_0015786

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

**ACEC Map 3 - Salt Desert Shrub Ecosystem (Proposed)**
**34,540 acres**



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015787

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

## 4. FAIRVIEW SOUTH ACEC/RNA (Existing)

**Status:** Existing

**General Location:** Approximately four miles southeast of Montrose, Colorado and 3.5 miles east of highway 550.

**Acreage:** 210

**Significance of the Existing ACEC:** The Fairview South ACEC and Research Natural Area (RNA) contains a significant portion of one of the largest populations of federally endangered clay-loving buckwheat (*Eriogonum pelinophilum*).

**Description:** Originally designated in the 1989 Uncompahgre Basin RMP, the Fairview RNA/ACEC consists of two tracts. The north tract was redesignated in the 2004 Gunnison Gorge NCA RMP and is not addressed here. The 210-acre south tract (referred to as Fairview South) is the subject of this evaluation.

Fairview South contains a large population of clay-loving buckwheat (*Eriogonum pelinophilum*). This species is endemic to the Adobe badlands of Montrose and Delta counties, with the known range restricted to less than 35 square miles. Fairview South also contains native plant communities representative of the sparsely vegetated adobe badlands, as well as a population of globally vulnerable adobe beardtongue (*Penstemon retrorsus*).

**Values Assessed**
- Botanical: *Endangered and BLM Sensitive Species*

**Relevance Criteria Considered:** 3

**Importance Criteria Considered:** 1, 2, and 3

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities that are terrestrial, aquatic, or riparian; or rare geological features). | Yes | The area contains populations of federally endangered clay-loving buckwheat. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

20

BLM_0015788

ACEC Importance and Relevance Evaluations

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| I | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | The area contains a significant portion of one of the largest populations of federally endangered clay-loving buckwheat (ranked by CNHP as a GI/SI species). |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | Endangered clay-loving buckwheat is vulnerable to adverse change. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | The area is an existing ACEC within a recommended CNHP PCA. The U.S. Fish and Wildlife Service is currently evaluating the area for potential designation as Critical Habitat for clay-loving wild buckwheat. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015789

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

**ACEC Map 4 - Fairview South ACEC/RNA (Existing)**
**210 acres**



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

22

BLM_0015790

## 5. FAIRVIEW SOUTH ACEC/RNA (Proposed Expansion I)

**Status:**  Existing with proposed expansion

**Proponent:**  BLM

**General Location:**  Approximately four miles southeast of Montrose, Colorado, 3.5 miles east of Highway 550, and west of South Canal.

**Acreage:**  610

**Significance of the Proposed ACEC:**   The expanded Fairview South ACEC and Research Natural Area (RNA) contains a significant portion of one of the largest populations of federally endangered clay-loving buckwheat (*Eriogonum pelinophilum*) and a good (B-ranked) occurrence of globally vulnerable (G3/S3) adobe beardtongue (*Penstemon retrorsus*).  The area provides habitat for the white-tailed prairie dog *(Cynomys leucurus)*, identified as a BLM Sensitive species.

**Description:**  Originally designated in the 1989 Uncompahgre Basin RMP, the Fairview RNA/ACEC consists of two tracts.  The north tract was redesignated in the 2004 Gunnison Gorge NCA RMP and is not addressed in this report, while the 210-acre south tract (referred to as Fairview South) is included in this proposal.  Since designation, additional dense populations of clay-loving wild buckwheat have been discovered to the south of this tract.  In addition, increasing pressures from development are impacting this species on BLM-administered and private lands.  Much of the potential suitable habitat for clay-loving wild buckwheat is located on private lands and has either been developed or may be developed in the future.  The area has a Biodiversity Significance Rank of B2 (Very High Biodiversity Significance).

This site has gentle to steep adobe hills, derived from Mancos Shale.  The South Canal and an adjacent service road delineate the east boundary of the proposed ACEC.  A portion of the BLM land has been designated a Research Natural Area.  Vegetation consists of desert shrub communities, with greasewood in bottom lands and shadscale and mat saltbush on hillsides.  Plants commonly found in association with the buckwheat and beardtongue include black sagebrush, woody aster, Gardner saltbush, and bottlebrush squirreltail.

**Values Assessed**
- Botanical:  *Federally Endangered and BLM Sensitive Species*
- Fish and Wildlife:  *Federal Candidate Species*

**Relevance Criteria Considered:**  2 and 3

**Importance Criteria Considered:**  1, 2, and 3

23          Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015791

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 2 | A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species biodiversity). | Yes | The area provides habitat for the white-tailed prairie dog (a BLM Sensitive species petitioned for listing under the Endangered Species Act). |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities that are terrestrial, aquatic, or riparian; or rare geological features). | Yes | Populations of federally- endangered clay-loving wild buckwheat include areas of seedling generation (which is a rare occurrence).  The area also supports a good (B-ranked) occurrence of adobe beardtongue, ranked by CNHP as globally vulnerable (G3/S3). |

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | The area contains adobe soils and significant populations of endemic and federally listed endangered clay-loving wild buckwheat. |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | Populations of endangered clay-loving wild buckwheat are endemic to the area, with the highest densities in the proposed additions.  Threats to the buckwheat have been identified as stemming from development. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | A portion of the proposed area is within the existing Fairview ACEC.  Threats to clay-loving buckwheat are predominantly due to urban development.  Much of the historic habitat in the area has been or may be developed.  Habitat for the species is becoming restricted to predominantly BLM lands in the UFO.  The U.S. Fish and Wildlife Service is currently evaluating the area for potential designation as Critical Habitat for clay-loving wild buckwheat. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

24

BLM_0015792

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

### ACEC Map 5 - Fairview South ACEC/RNA (Proposed Expansion I)
### 610 acres



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015793

## 6. FAIRVIEW SOUTH ACEC/RNA (Proposed Expansion II)

**Status:**  Existing with proposed expansion

**Proponent:**  CNHP, Western Slope Environmental Resource Council, Western Colorado Congress, Craig Grother.

**General Location:**  Approximately four to eight miles southeast of Montrose, Colorado both east and west of the South Canal.

**Acreage:**  4,250

**Significance:**  The existing Fairview ACEC and RNA contains a significant portion of one of the largest populations of federally endangered clay-loving buckwheat (*Eriogonum pelinophilum*).  The Dry Cedar Creek area supports occurrences of federally endangered clay-loving buckwheat (*Eriogonum pelinophilum*), BLM Sensitive and globally imperiled (G2G3/S2S3) Colorado desert parsley (*Lomatium concinnum*), as well as adobe beardtongue (*Penstemon retrorsus*) and good-neighbor bladderpod (*Lesquerella vicina*), both of which are ranked as globally vulnerable (G3/S3).

The South Canal area contains an excellent occurrence of federally endangered clay-loving wild buckwheat (*Eriogonum pelinophilum*) and globally vulnerable adobe beardtongue (*Penstemon retrorsus*).  The area also provides habitat for the BLM Sensitive white-tailed prairie dog (*Cynomys leucurus*).

**Description:**   Originally designated in the 1989 Uncompahgre Basin RMP, the Fairview RNA/ACEC consists of two tracts.  The north tract was redesignated in the 2004 Gunnison Gorge NCA RMP and is not addressed in this report, while the 210-acre south tract (referred to as Fairview South) is included in this proposal.  Since designation, additional dense populations of clay-loving wild buckwheat have been discovered to the south of this tract.  In addition, increasing pressures from development are impacting this species on BLM-administered and private lands.  Much of the potential suitable habitat for clay-loving wild buckwheat is located on private lands and has either been developed or may be developed in the future.  The area has a Biodiversity Significance Rank of B2 (Very High Biodiversity Significance).

*From the CNHP PCA descriptions for Dry Cedar Creek and South Canal areas:*

### Dry Cedar Creek

The Dry Cedar Creek area is the southern part of the Uncompahgre Badlands, consisting of adobe hills derived from Mancos Shale.  The area is mostly BLM land and is fragmented by roads, canals, and powerlines.  In addition to an occurrence of the federally endangered clay-loving buckwheat (*Eriogonum pelinophilum*), the site contains excellent (A-ranked) and good (B-ranked) occurrences of BLM Sensitive Colorado desert parsley (*Lomatium concinnum*), which is classified by CNHP as globally imperiled (G2G3/S2S3), and as well as excellent (A-ranked) and fair (C-ranked) occurrences of the globally vulnerable (G3/S3)

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

26

BLM_0015794

adobe beardtongue (*Penstemon retrorsus*) and an unranked occurrence of the globally imperiled (G2/S2) good-neighbor bladderpod (*Lesquerella vicina*).

## South Canal

The South Canal area has gentle to steep adobe hills derived from Mancos Shale. The South Canal, along with an adjacent service road, runs through the site. The area has a mix of private and BLM ownership. This site contains an excellent occurrence of the federally endangered clay-loving wild buckwheat (*Eriogonum pelinophilum*) and a good (B-ranked) occurrence of the globally vulnerable (G3/S3) adobe beardtongue (*Penstemon retrorsus*). Additional vegetation consists of desert shrub communities, with greasewood in the bottoms and shadscale and mat saltbush on hillsides.

*Values Assessed:*

- Botanical: *Federally Endangered and Candidate Species and BLM Sensitive Species*
- Fish and Wildlife: *Federal Candidate Species*

**Relevance Criteria Considered:**   2 and 3

**Importance Criteria Considered:**   1, 2, and 3

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 2 | A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species biodiversity). | Yes | The area contains white-tailed prairie dog habitat (a BLM Sensitive species petitioned for listing under the Endangered Species Act). |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities that are terrestrial, aquatic, or riparian; or rare geological features). | Yes | The area supports populations of endangered clay-loving wild buckwheat, including areas of seedling generation (which is a rare occurrence). The area also has occurrences of Colorado desert Parsley (a BLM Sensitive species). |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015795

ACEC Importance and Relevance Evaluations

| IMPORTANCE CRITERION | | Yes/ No | Rationale for Determination |
|---|---|---|---|
| # | Description | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | The area contains adobe soils and supports endemic plant species and significant populations of federally endangered clay-loving wild buckwheat. |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | Endangered clay-loving wild buckwheat is endemic to the area. The highest density areas of buckwheat occur in the proposed additions.  Threats to the buckwheat have been identified as stemming from development. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | A portion of the proposed area is in an existing ACEC. Threats to clay-loving buckwheat are predominantly due to urban development.  Much of the historic habitat in the area has been or may be developed.  Habitat for the species is becoming restricted to predominantly BLM lands. The U.S. Fish and Wildlife Service is currently evaluating the area for Critical Habitat designation for clay-loving wild buckwheat. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

28

BLM_0015796

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

**ACEC Map 6 - Fairview South ACEC/RNA (Proposed Expansion II)**
**4,250 acres**



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015797

## 7. ROUBIDEAU CORRIDORS ACEC (Proposed)

**Status:**  Proposed

**Proponent:**  BLM

**General Location:**  Approximately ten miles southwest of Delta and eleven miles west of Olathe, Colorado.  Includes Roubideau, Monitor, and Potter Creeks and adjacent lands, as well as the Camel Back WSA.

**Acreage:**  8,720

**Significance:**  The canyons and streams have very high biodiversity significance, supporting good and excellent examples of narrowleaf cottonwood/skunkbrush riparian forests, montane and lower montane riparian forests with blue spruce, Douglas fir, narrowleaf cottonwood and red-osier dogwood.  The riparian areas also have foothills riparian shrublands characterized by river birch and coyote willow.  BLM Sensitive species including Grand Junction milkvetch (*Astragalus linifolius*), desert bighorn sheep, and northern leopard frog are found there.  The canyons form important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau.  The uplands afford protection to the integrity of the canyons below, and offer additional habitat for bighorn sheep.

**Description:**  The Roubideau Corridors ACEC would be a new ACEC, part of which is in the Camel Back WSA.  The new ACEC is largely based on the Roubideau Creek Potential Conservation Area recommended by the Colorado Natural Heritage Program.  The canyons and streams including and surrounding Roubideau Creek are considered to have very high biodiversity significance by the CNHP.  The canyons contain three perennial streams providing available water sources for the bighorn sheep and other wildlife, and also provide important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau.  These corridors are important for wildlife, and were important for early settlers as well.  Several historic structures are found along Roubideau Creek.

**Values Assessed**
- Botanical:  *Riparian Vegetation and BLM Sensitive Species*
- Fish and Wildlife:  *Aquatic and BLM Sensitive Species*
- Historical:  *Early settlement*

**Relevance Criteria Considered:**  1, 2, and 3

**Importance Criteria Considered:**  1, 2, and 3

Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

30

BLM_0015798

## ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). | Yes | The area has historic cabins.  There is also historic human and livestock passage from the desert to the high country.  Scenic values: VRI Class 2 |
| 2 | A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity). | Yes | The area supports a herd of BLM Sensitive desert bighorn sheep, the BLM Sensitive northern leopard frog and peregrine falcon, wildlife movement corridors, and golden eagle nests. |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). | Yes | Intact Riparian systems and high quality riparian vegetation are along the creeks.  The hydrologic systems are largely intact.  Largely roadless, the habitat is not fragmented.  Adjacent to the Forest Service congressionally designated "Area," which is managed as wilderness. |

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | The riparian vegetation has a CNHP rating of B2 for very high biodiversity (statewide and global significance). |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | The riparian areas have good and excellent examples of native riparian communities with overall global rarity.  The area also has cultural and historic sites which are vulnerable to change. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | About one-half of the proposed ACEC is within a WSA.  The area contains globally significant riparian areas, as well as eligible historic/cultural sites. |

31   Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015799

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

**ACEC Map 7 - Roubideau Corridors ACEC (Proposed)**
**8,720 acres**



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

32

BLM_0015800

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

## 8. ROUBIDEAU-POTTER-MONITOR ACEC (Proposed)

**Status:** Proposed

**Proponent:** Jim Riddell

**General Location:** Approximately ten miles southwest of Delta, CO, and eleven miles west of Olathe, CO. Area includes Roubideau and Potter creeks, as well as lands between and adjacent to the creeks.

**Acreage:** 14,940

**Significance:** The canyons and streams have very high biodiversity significance, supporting good and excellent examples of narrowleaf cottonwood/skunkbrush riparian forests, montane and lower montane riparian forests with blue spruce, Douglas fir, narrowleaf cottonwood and red-osier dogwood. The canyons also have foothill riparian shrublands characterized by river birch and coyote willow. BLM Sensitive species including Grand Junction milkvetch *(Astragalus linifolius)*, peregrine falcon *(Falco peregrinus)*, desert bighorn sheep *(Ovis canadensis)*, and northern leopard frog *(Rana pipiens)* are found there. The canyons form important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau. The uplands afford protection to the integrity of the canyons below, as well as offer spectacular views down into the canyons and to mountains and mesas in the distance. There are many archaeological and historical sites in the area, including wickiups, petroglyphs, and historic structures.

**Description:** The Roubideau-Potter-Monitor ACEC would be a new ACEC encompassing all of the Camel Back WSA. The new ACEC contains the Roubideau Creek Potential Conservation Area recommended by the Colorado Natural Heritage Program. The canyons and streams including and surrounding Roubideau Creek are considered to have very high biodiversity significance by the CNHP. The canyons contain three perennial streams providing an available water source for the bighorn sheep and other wildlife, and also form important movement corridors from the desert and Gunnison River up to the forest on the Uncompahgre Plateau. These corridors are important for wildlife, and were important for early settlers as well. Several historic structures are found along Roubideau Creek. With a depth of 750 to 1,000 feet from the rim to the creeks, the area is geographically configured to offer a sense of isolation for wildlife and human visitors.

While some of this area already enjoys special protection through the Wilderness Study Area designation, the three canyons (Roubideau, Potter, and Monitor) offer equally valuable biological resources and wildness, and together form a single canyon system of three branches. The road along Potter Creek initially constrained the boundary of the Camel Back WSA; the road was closed to motorized and mechanized travel at the request of DOW soon after the formation of the WSA to protect migration corridors for bighorn sheep in Potter and Monitor Canyons. The road has remained closed for two decades.

33   Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015801

## ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

Archeological and historical sites abound in this area, including a rare collection of thirteen Ute wikiups, as well as petroglyphs perhaps 6,000 years old and an historic inscription in Roubideau Canyon that may date back to the time of the American Revolution, as well as sheep herder cabins and structures more than 100 years old.

**Values Assessed**
- Botanical:  *Riparian Vegetation and BLM Sensitive Species*
- Fish and Wildlife:  *Aquatic and BLM Sensitive Species*
- Historical:  *Early Settlement*

**Relevance Criteria Considered:**  1, 2, and 3

**Importance Criteria Considered:**  1, 2, and 3

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). | Yes | The area has historic cabins.  There is also historic human and livestock passage from the desert to the high country.  Scenic values: VRI Class 2. |
| 2 | A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity). | Yes | Area provides wildlife movement corridors and habitat for BLM Sensitive desert bighorn sheep, northern leopard frogs, and peregrine falcons.  Golden eagle nests also occur in the area. |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). | Yes | Intact riparian systems and high quality riparian vegetation occur along the creeks.  The hydrologic systems are largely intact.<br><br>The area is predominantly roadless and the habitat is not substantially fragmented.  The area is adjacent to a Forest Service congressionally designated "area" managed as wilderness. |

**Evaluation of Existing and Proposed**
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
**for the Uncompahgre Planning Area**

34

BLM_0015802

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | Area riparian vegetation has a CNHP rating of B2 for very high biodiversity (statewide and global significance). |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | Area vegetation provides good and excellent examples of native riparian communities with overall global significance.<br><br>The area contains cultural and historic sites that are vulnerable to adverse change. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | The Camel Back WSA is within the proposed ACEC.  The ACEC contains globally significant riparian areas, as well as eligible historic/cultural sites. |

35          Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015803

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

**ACEC Map 8 - Roubideau-Potter-Monitor ACEC (Proposed)**
**20,470 acres**



**Evaluation of Existing and Proposed**
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

36

BLM_0015804

## 9. LOWER UNCOMPAHGRE PLATEAU CULTURAL ACEC (Proposed)

**Status:** Proposed

**Proponent:** WSERC, WCC

**General Location:** East side of Uncompahgre Plateau, from about Dry Creek to the east side of the Camel Back WSA.

**Acreage:** 31,870

**Significance of the Proposed ACEC:** The proposed ACEC contains important rock art and archaeological sites from three different transitional time periods of occupation not represented elsewhere. The area was a central part of the early homeland of the Ute Indians, and has numerous traditional cultural and sacred sites of interest to modern Utes. The archaeological sites are nationally significant.

**Description:** The proposed ACEC is on the east side of the Uncompahgre Plateau within a predominately pinyon-juniper plant community, and includes sagebrush parks and riparian areas. The area has numerous scattered significant archaeological sites that include Archaic to historic Ute occupation dating to the 1880s (including the Harris site, rock art sites, and wickiups).

**Values Assessed**
- Cultural

**Relevance Criteria Considered:** 1

**Importance Criteria Considered:** 1 and 2

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| **#** | **DESCRIPTION** | | |
| 1 | A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). | Yes | Three different transitional time periods of occupation not represented elsewhere. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015805

ACEC Importance and Relevance Evaluations

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | The archaeological sites are nationally significant. |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | The archaeological sites are irreplaceable if damaged. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

38

BLM_0015806

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

**ACEC Map 9 - Lower Uncompahgre Plateau Cultural ACEC (Proposed)**
**31,870 acres**



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

BLM_0015807

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

## 10. SAN MIGUEL RIVER ACEC (Existing)

**Status:** Existing

**General Location:** San Miguel River and adjacent lands, from approximately Placerville, CO to Horsefly Creek, including Saltado Creek and Beaver Creek.

**Acreage:** 22,780

**Significance:** The ACEC preserves the high quality riparian vegetation resources, habitat for many bird species, and the scenic value of the corridor.

**Description:** The San Miguel River ACEC was designated through amendment of the San Juan/San Miguel RMP in 1993. It protects high quality native riparian communities that are mainly due to the undammed San Miguel River and its intact hydrology. Such communities are becoming increasingly rare in Colorado.

The ACEC has been designated as an Important Bird Area by Audubon Society. This site represents the finest protected Southwest Canyon Riparian Habitat (SWCR) in the United States (with the exception of Arizona's San Pedro SWCR), and it provides breeding sites for a wide variety of species and primary migratory routes for nearly all of the West's songbirds. More than 300 bird species have been observed at the site. The expanding black phoebe population, which has been moving up the San Miguel River, reached the lower end of the ACEC in 1999. The river also has yellow-billed cuckoo habitat.

The Unaweep Tabeguache Scenic and Historic Byway runs along the river. The ACEC is a VRI Class 2.

**Values Assessed**
- Botanical: *Riparian Vegetation*
- Wildlife: *Important Bird Area*
- Scenic

**Relevance Criteria Considered:** 1, 2, and 3

**Importance Criteria Considered:** 1, 2, and 3

| RELEVANCE CRITERION | | YES/ | |
|---|---|---|---|
| # | DESCRIPTION | NO | RATIONALE FOR DETERMINATION |
| 1 | A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). | Yes | The ACEC has high (VRI Class 2) scenic values. The Unaweep Tabeguache Scenic and Historic Byway runs along the river. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

40

BLM_0015808

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 2 | A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity). | Yes | The area is designated an Important Bird Area by the Audubon Society and provides habitat for the yellow-billed cuckoo (a federal candidate and BLM Sensitive species) habitat and a black phoebe (rare) population. |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). | Yes | There are exemplary and highly diverse riparian communities supported by the naturally functioning San Miguel River. |

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | The riparian vegetation communities have high biodiversity significance on a global level.  The area is designated as an Important Bird Area with national significance. |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | The area supports exemplary and extensive riparian communities, now rare in Colorado (since dams control most rivers).  Vulnerable to invasive weeds that threaten native ecosystems. |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | The area is an existing ACEC.  High priority riparian area.  One of two free-flowing (undammed) rivers in Colorado.  The Nature Conservancy has designated the area as an endangered landscape. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015809

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

**ACEC Map 10 - San Miguel River ACEC (Existing)**
**22,780 acres**



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

42

BLM_0015810

## 11. SAN MIGUEL RIVER ACEC (Proposed Expansion)

**Status:**  Existing with proposed addition

**Proponent:**  BLM, Trout Unlimited

**General Location:**  San Miguel River and adjacent lands, from approximately Deep Creek to the powerline about one-half mile upstream of Montrose County Rd 90, including Saltado Creek, Beaver Creek, and a portion of Leopard Creek.

**Acreage:**  35,420

**Significance:**  The ACEC preserves the high quality riparian vegetation resources, habitat for many bird species, and the scenic value of the corridor.

**Description:**   The San Miguel River ACEC is an existing ACEC.  It was designated through amendment of the San Miguel RMP in 1993.  It protects high quality native riparian communities that are mainly due to the undammed San Miguel River and its intact hydrology.  Such communities are becoming increasingly rare in Colorado.

The proposed expansion would extend protection to additional areas that have been recognized by the BLM and the Colorado Natural Heritage Program (CNHP) as having high biodiversity significance.  The CNHP has proposed the San Miguel River at Cottonwood Creek as a Potential Conservation Area which hosts skunkbrush/coyote willow riparian shrubland, narrowleaf cottonwood/skunkbrush riparian woodland, and coyote willow/mesic graminoid riparian shrubland, all of which are good to excellent examples of these community types.

The original ACEC has been designated as an Important Bird Area by Audubon Society.  This site represents the finest protected Southwest Canyon Riparian Habitat (SWCR) in the United States, with the exception of Arizona's San Pedro SWCR.  It provides breeding sites for a wide variety of species and primary migratory routes for nearly all of the West's songbirds.  More than 300 bird species have been observed at the site.  The expanding black phoebe population, which has been moving up the San Miguel River, reached the lower end of the original ACEC in 1999.

The Unaweep Tabeguache Scenic and Historic Byway follows the river downstream from Placerville.  The San Juan Skyway is follows the river upstream from Placerville.  The potential ACEC is a VRI Class 2 rating.

**Values Assessed**
- Botanical:  *Riparian Vegetation*
- Wildlife:  *Important Bird Area*
- Scenic

**Relevance Criteria Considered:**  1, 2, and 3

**Importance Criteria Considered:**  1, 2, and 3

43                    Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015811

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

| RELEVANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans). | Yes | The ACEC has scenic values, with a VRI Class 2 rating.  The Unaweep Tabeguache Scenic and Historic Byway follows the river downstream from Placerville, while the San Juan Skyway follows the river upstream from Placerville. |
| 2 | A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity). | Yes | The Audubon Society has designated the area as an Important Bird Area.  The area provides a Canada lynx (threatened species) movement corridor and habitat for Colorado River cut-throat trout (a BLM Sensitive species), yellow billed cuckoo (Candidate and BLM Sensitive species), and a population of rare black phoebes. |
| 3 | A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities which are terrestrial, aquatic, or riparian; or rare geological features). | Yes | There are exemplary and highly diverse riparian communities supported by the naturally functioning San Miguel River.  An important wetland area is also in the proposed ACEC. |

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 1 | Has more than locally significant qualities, which give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource. | Yes | High biodiversity significance at a global level, and a designated Important Bird Area of national importance.  Part of national and state scenic and historic byway system. |
| 2 | Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique, endangered, threatened, or vulnerable to adverse change. | Yes | Exemplary and extensive riparian communities, now rare in Colorado with dams controlling most rivers.  Vulnerable to invasive species that threaten native ecosystems.  High water quality in the area. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

44

BLM_0015812

ACEC Importance and Relevance Evaluations

| IMPORTANCE CRITERION | | YES/ NO | RATIONALE FOR DETERMINATION |
|---|---|---|---|
| # | DESCRIPTION | | |
| 3 | Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of FLPMA. | Yes | The existing ACEC needs some expansion to extend protection to additional significant riparian communities. |

Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015813

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

## ACEC Map 11 - San Miguel River ACEC (Proposed Expansion)
### 35,420 acres



Evaluation of Existing and Proposed
**AREAS OF CRITICAL ENVIRONMENTAL CONCERN**
for the Uncompahgre Planning Area

46

BLM_0015814

ACEC IMPORTANCE AND RELEVANCE EVALUATIONS

## 12. SAN MIGUEL GUNNISON SAGE GROUSE ACEC (Proposed)

**Status:** Proposed

**Proponent:** San Miguel County, WSERC, WCC

**General Location:** Scattered parcels of BLM lands beginning about seven miles southeast of, and about nine miles southwest of, Norwood, CO.

**Acreage:** 470

**Significance:** The proposed ACEC contains potential, occupied, and historic Gunnison sage grouse (GUSG) habitat in San Miguel County.

**Description:** The proposed ACEC is located on several small parcels of BLM land containing potential, historic, and occupied GUSG habitat, as defined by Colorado Division of Wildlife. It should be noted that determining the historic range of GUSG is problematic for many reasons, most notably because of widespread loss of sagebrush habitats, which preceded scientific study of the species. Additionally, GUSG have been extirpated from many areas for which no useful zoological records or specimens exist ([1]).

GUSG currently occur in what have previously been considered eight widely scattered and isolated populations in Colorado and Utah. In Colorado, seven GUSG population areas are: Cerro Summit-Cimarron-Sims Mesa, Crawford, Dove Creek, Gunnison Basin, Piñon Mesa, Poncha Pass, and San Miguel Basin. The San Miguel Basin population exhibits a patchy distribution of GUSG. As a result, there are six separate "subpopulations" identified within San Miguel Basin: Dry Creek Basin; Hamilton Mesa; Miramonte Reservoir; Gurley Reservoir; Beaver Mesa; and Iron Springs.[2] This proposed ACEC area incorporates the northern end of what is considered part of the San Miguel (Miramonte Reservoir) population of GUSG. The core of this population is found on the Dolores Field Office to the south, but small portions of occupied habitat exist in this proposed ACEC. Historically, Dove Creek-Monticello, San Miguel, Crawford, and Piñon Mesa all had much more sagebrush habitat and probably larger GUSG populations that were somewhat connected through more contiguous areas of sagebrush habitat. An estimated 20% loss of sagebrush habitat between the late 1950s and the early 1990s and fragmentation of sagebrush habitat in southwestern Colorado is thought to have led to the current isolation of these populations.[3] The

---

[1] Pg 32 *in* Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse rangewide conservation plan. Colorado Division of Wildlife, Denver, Colorado, USA.

[2] Pg 36-37 *in* Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse rangewide conservation plan. Colorado Division of Wildlife, Denver, Colorado, USA.

[3] Pg 51 *in* Gunnison Sage-grouse Rangewide Steering Committee. 2005. Gunnison sage-grouse rangewide conservation plan. Colorado Division of Wildlife, Denver, Colorado, USA.

47          Evaluation of Existing and Proposed
AREAS OF CRITICAL ENVIRONMENTAL CONCERN
for the Uncompahgre Planning Area

BLM_0015815