

**Alternative D: Right-of-Way Avoidance and Exclusion Areas**

Figure 2-45

BLM_0017177



Alternatives B, C, and D: Wind Energy

Figure 2-46

BLM_0017178



Alternative A: Locatable Minerals

Figure 2-50

BLM_0017179



**Alternative B: Locatable Minerals**

Figure 2-51

BLM_0017180



**Alternative C: Locatable Minerals**

Figure 2-52



**Alternative D: Locatable Minerals**

Figure 2-53

BLM_0017182



**Alternatives A, B, C, and D: Coal Leasing**

Figure 2-54

BLM_0017183



**Alternative A: Closed to Mineral Material Disposal and Non-Energy Leasables**

Figure 2-55

BLM_0017184



**Alternative B: Closed to Mineral Material Disposal and Non-Energy Leasables**

Figure 2-56



**Alternative C: Closed to Mineral Material Disposal and Non-Energy Leasables**

Figure 2-57

BLM_0017186



**Alternative D: Closed to Mineral Material Disposal and Non-Energy Leasables**

Figure 2-58

BLM_0017187



Alternative A: Special Designations

Figure 2-59



Colorado River Valley Field Office of the Colorado BLM

**General Location Map**

**Special Designations**
- Wilderness Study Areas
- Areas of Critical Environmental Concern
- Cities
- Planning Area Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Defense
- Local Government
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

0   5   10   20 Miles

**Alternative B: Special Designations**

Figure 2-60

BLM_0017189



Alternative C: Special Designations

Figure 2-61

BLM_0017190



Alternative D: Special Designations

Figure 2-62

BLM_0017191



Alternative C: Areas Managed for Wilderness Characteristics Outside WSAs

Figure 2-63



**Alternative B: Segments Suitable for Inclusion in the NWSRS**

Figure 2-64

BLM_0017193



**Alternative C: Segments Suitable for Inclusion in the NWSRS**

Figure 2-65



**Aspen PM10 Maintenance Area**

Figure 3.2.1-1



Source: Colorado State University 2005, BLM 2005.

**Clean Air Act Class I Areas**

Figure 3.2.1-2



Colorado River Valley Field Office of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Source: BLM 2000.

**Watersheds**

Figure 3.2.4-1



## Colorado River Valley Field Office of the Colorado BLM

Source: BLM 2011.

**Water Resources**

Figure 3.2.4-2



Source: BLM 2007.

**Vegetation Types**

Figure 3.2.5-1



Source: BLM 2007.

**Riparian Proper Functioning Condition Assessment**

Figure 3.2.5-2



Source: BLM 2007.

**Fisheries**

Figure 3.2.6-1



Source: CDOW 2006.

**Elk Summer Range**

Figure 3.2.6-2



Source: CDOW 2006.

**Elk Winter Range**

Figure 3.2.6-3



Source: CDOW 2006.

**Mule Deer Summer Range**

Figure 3.2.6-4



Source: CDOW 2006.

**Mule Deer Winter Range**

Figure 3.2.6-5



Source: CDOW 2006.

**Bighorn Sheep Range**

Figure 3.2.6-6



Source: CDOW 2006.

**Greater Sage-grouse Habitat**

Figure 3.2.7-1



Source: CDOW 2006.

**Canada Lynx LAUs and Linkages**

Figure 3.2.7-2



Source: BLM 2007.

**Recreation Sites**

Figure 3.3.3-1



Source: BLM 2007.

**Oil and Gas Leases and Occurence Potential**

Figure 3.3.6-1



Source: COGCC 2008.

**Oil and Gas Well Locations**

Figure 3.3.6-2



**Wind Energy Potential**

Figure 3.3.7-1

BLM_0017212



Colorado River Valley Field Office of the Colorado BLM

**General Location Map**

**Number of Months with NVDI >= 0.4**

- Four Months
- Five Months
- Six Months

- Cities
- County Boundary
- Planning Area Boundary
- Bureau of Land Management

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Source: NREL 2003

0   5   10   20   Miles

**Biomass Potential**

Figure 3.3.7-2

BLM_0017213



Source: Idaho National Engineering and Environmental Laboratory 2003.

**Regions of Known or Potential Geothermal Resources**

Figure 3.3.7-3



**Stream Segments Eligible for Inclusion in the National Wild and Scenic River System**

Figure 3.4.3-1

BLM_0017215



**Suitable Segments and Project Region**
Colorado River Valley and Kremmling Field Offices and White River National Forest, Colorado

**Figure C-ES-1**

BLM_0017216



Travel Management Zones

Figure O-1



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

- A Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative A Travel Routes in Zone A**

**Figure O-2**



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
—— Full-Sized Vehicle
—— ATV (50" or less)
—·—·— Motorcycle
—·—·— Mechanized
—·—·— Foot/Horse Only
—·—·— Foot Only
—·—·— Rehabilitate
—— Routes Outside BLM Lands

⬛ B  Travel Management Zone
•  Cities
⬛  Planning Area Boundary
⬜  County Boundary

**Land Status**
⬛ Bureau of Land Management
⬜ Bureau of Reclamation
⬛ Department of Energy
   Private
⬛ State
⬛ US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

**Alternative A Travel Routes in Zone B**

**Figure O-3**

BLM_0017219



Alternative A Travel Routes in Zone C

Figure O-4

BLM_0017220



**Alternative A Travel Routes in Zone D**

**Figure O-5**

BLM_0017221



# Colorado River Valley Field Office of the Colorado BLM

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

E Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

General Location Map

**Alternative A Travel Routes in Zone E**

**Figure O-6**



Colorado River Valley Field Office
of the Colorado BLM

General Location Map

F Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

## Alternative A Travel Routes in Zone F

**Figure O-7**



Colorado River Valley Field Office
of the Colorado BLM

**General Location Map**

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-··-··- Foot/Horse Only
-·-·- Foot Only
-·-·- Rehabilitate
— Routes Outside BLM Lands

[G] Travel Management Zone

● Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

**Alternative A Travel Routes in Zone G**

**Figure O-8**

BLM_0017224



## Colorado River Valley Field Office of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Public Route Designations**
- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

H Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative A Travel Routes in Zone H**

**Figure O-9**



## Colorado River Valley Field Office of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative A Travel Routes in Zone I**

**Figure O-10**