

Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
–··–··– Motorcycle
–·–·–·– Mechanized
–·–·–·– Foot/Horse Only
–·–·–·– Foot Only
–·–·–·– Rehabilitate
—— Routes Outside BLM Lands

☐ J   Travel Management Zone
● Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

Alternative A Travel Routes in Zone J

Figure O-11

BLM_0017227



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

K Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

Miles 0 1 2 4

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative A Travel Routes in Zone K**

**Figure O-12**



Alternative A Travel Routes in Zone L

Figure O-13

BLM_0017229



Alternative A Travel Routes in Zone M

Figure O-14

BLM_0017230



Colorado River Valley Field Office
of the Colorado BLM

**Alternative A Travel Routes in Zone N**

Figure O-15



## Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

O Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

0 1 2 4 Miles

**Alternative A Travel Routes in Zone O**

**Figure O-16**



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**
- —— Full-Sized Vehicle
- —— ATV (50" or less)
- —··—··— Motorcycle
- —·—·—· Mechanized
- —·—·—· Foot/Horse Only
- —·—·—· Foot Only
- —·—·—· Rehabilitate
- —— Routes Outside BLM Lands

P  Travel Management Zone
●  Cities
☐  Planning Area Boundary
☐  County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative A Travel Routes in Zone P**

Figure O-17



## Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

Q Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

0 1 2 4 Miles

**Alternative A Travel Routes in Zone Q**

**Figure O-18**



Alternative A Travel Routes in Zone R

Figure O-19

BLM_0017235



Alternative B Travel Routes in Zone A

Figure O-20

BLM_0017236



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**
- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative B Travel Routes in Zone B**

Figure O-21

BLM_0017237



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- C Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

0 1 2 4 Miles

**Alternative B Travel Routes in Zone C**

**Figure O-22**



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- D Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative B Travel Routes in Zone D**

**Figure O-23**



# Colorado River Valley Field Office of the Colorado BLM

Miles
0 1 2 4

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

E Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative B Travel Routes in Zone E**

**Figure O-24**



Colorado River Valley Field Office of the Colorado BLM

Glenwood Springs

**Public Route Designations**
- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

**F** Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

Miles
0   1   2   4

**NATIONAL SYSTEM OF PUBLIC LANDS**

Alternative B Travel Routes in Zone F

Figure O-25



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- G Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative B Travel Routes in Zone G**

**Figure O-26**



Colorado River Valley Field Office
of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

H Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative B Travel Routes in Zone H**

**Figure O-27**



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**

—— Full-Sized Vehicle
—— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-··-··- Foot/Horse Only
-··-··- Foot Only
—— Administrative Route
—— Rehabilitate
—— Routes Outside BLM Lands

*Note: Administrative motorized use may be
authorized by the BLM on any public route.

☐ Travel Management Zone
● Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**
☐ Bureau of Land Management
☐ Bureau of Reclamation
☐ Department of Energy
☐ Private
☐ State
☐ US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

**General Location Map**

**Alternative B Travel Routes in Zone I**

Figure O-28



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**

—— Full-Sized Vehicle
—— ATV (50" or less)
-·-·- Motorcycle
-··-··- Mechanized
-··-··- Foot/Horse Only
-··-··- Foot Only
—— Administrative Route
——— Rehabilitate
—— Routes Outside BLM Lands

*Note: Administrative motorized use may be
authorized by the BLM on any public route.

**J** Travel Management Zone

● Cities

☐ Planning Area Boundary

County Boundary

**Land Status**

Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

**General Location Map**

Alternative B Travel Routes in Zone J

Figure O-29

BLM_0017245



## Colorado River Valley Field Office of the Colorado BLM

### Public Route Designations

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- K Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

### Land Status

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

N W E S

Miles: 0 1 2 4

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative B Travel Routes in Zone K**

**Figure O-30**



Alternative B Travel Routes in Zone L

Figure O-31



Alternative B Travel Routes in Zone M

Figure O-32

BLM_0017248



# Colorado River Valley Field Office of the Colorado BLM

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

N Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

## Alternative B Travel Routes in Zone N

**Figure O-33**



Alternative B Travel Routes in Zone O

Figure O-34

BLM_0017250



Colorado River Valley Field Office
of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

P Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative B Travel Routes in Zone P**

**Figure O-35**



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

—— Full-Sized Vehicle

—— ATV (50" or less)

—·—·— Motorcycle

—·—·— Mechanized

—·—·— Foot/Horse Only

—·—·— Foot Only

—— Administrative Route

—·—·— Rehabilitate

—— Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

☐Q☐ Travel Management Zone

● Cities

☐ Planning Area Boundary

☐ County Boundary

**Land Status**

Bureau of Land Management

Bureau of Reclamation

Department of Energy

Private

State

US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**NATIONAL SYSTEM OF PUBLIC LANDS**

General Location Map

Alternative B Travel Routes in Zone Q

Figure O-36

BLM_0017252



## Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

R Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

0 1 2 4 Miles

**Alternative B Travel Routes in Zone R**

**Figure O-37**



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-·-·- Foot/Horse Only
-·-·- Foot Only
— Administrative Route
-·-·- Rehabilitate
— Routes Outside BLM Lands

*Note: Administrative motorized use may be
authorized by the BLM on any public route.

[A] Travel Management Zone
● Cities
⬜ Planning Area Boundary
⬜ County Boundary

**Land Status**
⬛ Bureau of Land Management
⬛ Bureau of Reclamation
⬛ Department of Energy
⬜ Private
⬛ State
⬛ US Forest Service

Alternative C Travel Routes in Zone A

**Figure O-38**

BLM_0017254



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
–·–·– Motorcycle
–·–·– Mechanized
–··–··– Foot/Horse Only
–·–·– Foot Only
— Administrative Route
–·–·– Rehabilitate
— Routes Outside BLM Lands

*Note: Administrative motorized use may be
authorized by the BLM on any public route.

[B] Travel Management Zone

• Cities

☐ Planning Area Boundary

County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

NATIONAL
SYSTEM OF
PUBLIC LANDS

**Alternative C Travel Routes in Zone B**

**Figure O-39**



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- C Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Miles: 0 1 2 4

**Alternative C Travel Routes in Zone C**

**Figure O-40**



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- D Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative C Travel Routes in Zone D**

**Figure O-41**



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**

——— Full-Sized Vehicle
——— ATV (50" or less)
–·–·– Motorcycle
–·–·– Mechanized
–··–··– Foot/Horse Only
–·–·– Foot Only
——— Administrative Route
–·–·– Rehabilitate
——— Routes Outside BLM Lands

*Note: Administrative motorized use may be
authorized by the BLM on any public route.

[E] Travel Management Zone

● Cities

☐ Planning Area Boundary

☐ County Boundary

**Land Status**

Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

NATIONAL
SYSTEM OF
PUBLIC LANDS

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

General Location Map

Alternative C Travel Routes in Zone E

Figure O-42

BLM_0017258



Colorado River Valley Field Office
of the Colorado BLM

Glenwood Springs

F

**Public Route Designations**
—— Full-Sized Vehicle
—— ATV (50" or less)
–·–·– Motorcycle
–··–··– Mechanized
–···–···– Foot/Horse Only
–·–·– Foot Only
—— Administrative Route
–·–·– Rehabilitate
—— Routes Outside BLM Lands
*Note: Administrative motorized use may be
authorized by the BLM on any public route.

**General Location Map**

☐ F  Travel Management Zone
● Cities
☐ Planning Area Boundary
☐ County Boundary
**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

NATIONAL
SYSTEM OF
PUBLIC LANDS

Miles
0   1   2   4

**Alternative C Travel Routes in Zone F**

**Figure O-43**

BLM_0017259



Travel Management Zones

Figure O-1

BLM_0017260



## Colorado River Valley Field Office of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

### Public Route Designations

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

- A Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

### Land Status

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative A Travel Routes in Zone A**

**Figure O-2**



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-·-·- Foot/Horse Only
-·-·- Foot Only
-·-·- Rehabilitate
— Routes Outside BLM Lands

▢B▢ Travel Management Zone
● Cities
▭ Planning Area Boundary
▭ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

**Alternative A Travel Routes in Zone B**

**Figure O-3**

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.



Alternative A Travel Routes in Zone C

Figure O-4

BLM_0017263



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**
—— Full-Sized Vehicle
—— ATV (50" or less)
– – – Motorcycle
– · – Mechanized
– · – Foot/Horse Only
– – – Foot Only
– – – Rehabilitate
—— Routes Outside BLM Lands

D Travel Management Zone

• Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

Alternative A Travel Routes in Zone D

Figure O-5

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

BLM_0017264



Colorado River Valley Field Office
of the Colorado BLM

E

**Public Route Designations**
—— Full-Sized Vehicle
—— ATV (50" or less)
—·—·— Motorcycle
–·–·– Mechanized
–··–··– Foot/Horse Only
–·–·– Foot Only
–··–··– Rehabilitate
—— Routes Outside BLM Lands

E  Travel Management Zone
•  Cities
☐  Planning Area Boundary
☐  County Boundary

**Land Status**
■ Bureau of Land Management
■ Bureau of Reclamation
■ Department of Energy
   Private
■ State
■ US Forest Service

Miles
0   1   2   4

NATIONAL
SYSTEM OF
PUBLIC LANDS

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

General Location Map

**Alternative A Travel Routes in Zone E**

**Figure O-6**

BLM_0017265



Colorado River Valley Field Office
of the Colorado BLM

F

Glenwood Springs

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

Miles
0    1    2         4

General Location Map

**Public Route Designations**
—— Full-Sized Vehicle
—— ATV (50" or less)
–·–·– Motorcycle
–·–·– Mechanized
–··–··– Foot/Horse Only
–·–·– Foot Only
–··–··– Rehabilitate
—— Routes Outside BLM Lands

F   Travel Management Zone
●   Cities
▭   Planning Area Boundary
▭   County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

**Alternative A Travel Routes in Zone F**

**Figure O-7**

BLM_0017266



Colorado River Valley Field Office
of the Colorado BLM

General Location Map

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-··-··- Foot/Horse Only
-·-·- Foot Only
-·-·- Rehabilitate
— Routes Outside BLM Lands

[G] Travel Management Zone

● Cities
⬜ Planning Area Boundary
⬚ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

NATIONAL SYSTEM OF PUBLIC LANDS

**Alternative A Travel Routes in Zone G**

**Figure O-8**



## Colorado River Valley Field Office of the Colorado BLM

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

H Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative A Travel Routes in Zone H**

**Figure O-9**



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-··-··- Foot/Horse Only
-·-·- Foot Only
-·-·- Rehabilitate
— Routes Outside BLM Lands

☐ Travel Management Zone
● Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

**General Location Map**

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Alternative A Travel Routes in Zone I

Figure O-10

BLM_0017269



# Colorado River Valley Field Office of the Colorado BLM

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

J Travel Management Zone

**Public Route Designations**
- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative A Travel Routes in Zone J**

**Figure O-11**



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
- - - Motorcycle
- - - Mechanized
- - - Foot/Horse Only
- - - Foot Only
- - - Rehabilitate
— Routes Outside BLM Lands

K  Travel Management Zone
●  Cities
☐  Planning Area Boundary
☐  County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

**Alternative A Travel Routes in Zone K**

**Figure O-12**

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

BLM_0017271



**Alternative A Travel Routes in Zone L**

**Figure O-13**

BLM_0017272



**Alternative A Travel Routes in Zone M**

**Figure O-14**

BLM_0017273



Alternative A Travel Routes in Zone N

Figure O-15

BLM_0017274