

Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

- Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Miles 0 1 2 4

**Alternative A Travel Routes in Zone O**

**Figure O-16**



# Colorado River Valley Field Office of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

P Travel Management Zone

Cities

Planning Area Boundary

County Boundary

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative A Travel Routes in Zone P**

**Figure O-17**



## Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

Q Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Miles 0 1 2 4

**Alternative A Travel Routes in Zone Q**

**Figure O-18**



**Alternative A Travel Routes in Zone R**

**Figure O-19**

BLM_0017278



# Colorado River Valley Field Office of the Colorado BLM

General Location Map

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- A Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative B Travel Routes in Zone A**

**Figure O-20**



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**

— Full-Sized Vehicle
— ATV (50" or less)
-∙-∙- Motorcycle
-∙-∙- Mechanized
-∙-∙- Foot/Horse Only
-∙-∙- Foot Only
— Administrative Route
-∙-∙- Rehabilitate
— Routes Outside BLM Lands

*Note: Administrative motorized use may be
authorized by the BLM on any public route.

▢ B  Travel Management Zone

● Cities

▢ Planning Area Boundary

▢ County Boundary

**Land Status**

Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

**Alternative B Travel Routes in Zone B**

Figure O-21

BLM_0017280



## Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- C Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative B Travel Routes in Zone C**

**Figure O-22**



**Alternative B Travel Routes in Zone D**

**Figure O-23**

BLM_0017282



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**

—— Full-Sized Vehicle
—— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-··-··- Foot/Horse Only
-·-·- Foot Only
—— Administrative Route
-·-·- Rehabilitate
—— Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

[E] Travel Management Zone

• Cities

☐ Planning Area Boundary

☐ County Boundary

**Land Status**

Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

Alternative B Travel Routes in Zone E

Figure O-24

BLM_0017283



Colorado River Valley Field Office
of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Miles
0 1 2 4

General Location Map

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

F Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative B Travel Routes in Zone F**

**Figure O-25**



Alternative B Travel Routes in Zone G

Figure O-26

BLM_0017285



NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

H Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative B Travel Routes in Zone H**

**Figure O-27**



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**
- —— Full-Sized Vehicle
- —— ATV (50" or less)
- —·—·— Motorcycle
- —·—·— Mechanized
- —·—·— Foot/Horse Only
- —·—·— Foot Only
- —— Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

**Travel Management Zone**
- ● Cities
- Planning Area Boundary
- County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

NATIONAL SYSTEM OF PUBLIC LANDS

**General Location Map**

**Alternative B Travel Routes in Zone I**

Figure O-28

BLM_0017287



**Colorado River Valley Field Office of the Colorado BLM**

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-·-·- Foot/Horse Only
-·-·- Foot Only
— Administrative Route
···· Rehabilitate
— Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

Travel Management Zone
● Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**General Location Map**

**Alternative B Travel Routes in Zone J**

**Figure O-29**

BLM_0017288



Colorado River Valley Field Office of the Colorado BLM

**General Location Map**

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-·-·- Foot/Horse Only
-·-·- Foot Only
— Administrative Route
-·-·- Rehabilitate
— Routes Outside BLM Lands

*Note: Administrative motorized use may be
authorized by the BLM on any public route.

☐ K  Travel Management Zone
●  Cities
☐  Planning Area Boundary
☐  County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management
as to the accuracy, reliability, or completeness of these
data for individual or aggregate use with other data.

**NATIONAL SYSTEM OF PUBLIC LANDS**

Miles
0   1   2       4

**Alternative B Travel Routes in Zone K**

**Figure O-30**

BLM_0017289



Alternative B Travel Routes in Zone L

Figure O-31

BLM_0017290



Alternative B Travel Routes in Zone M

Figure O-32

BLM_0017291



Alternative B Travel Routes in Zone N

Figure O-33



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- O Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Miles: 0 1 2 4

**Alternative B Travel Routes in Zone O**

**Figure O-34**



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

P  Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

Alternative B Travel Routes in Zone P

Figure O-35

BLM_0017294



## Colorado River Valley Field Office of the Colorado BLM

### Public Route Designations

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- Q Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

### Land Status

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

N W E S

0 1 2 4 Miles

**Alternative B Travel Routes in Zone Q**

**Figure O-36**



Alternative B Travel Routes in Zone R

Figure O-37

BLM_0017296



Alternative C Travel Routes in Zone A

Figure O-38

BLM_0017297



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

B Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative C Travel Routes in Zone B**

**Figure O-39**



## Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- C Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Miles 0 1 2 4

**Alternative C Travel Routes in Zone C**

**Figure O-40**



Alternative C Travel Routes in Zone D

Figure O-41



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

E Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

Miles
0 1 2 4

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

**Alternative C Travel Routes in Zone E**

**Figure O-42**



Colorado River Valley Field Office
of the Colorado BLM

Alternative C Travel Routes in Zone F

Figure O-43



Colorado River Valley Field Office
of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

Public Route Designations
- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

G Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

Land Status
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative C Travel Routes in Zone G**

**Figure O-44**



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-·-·- Foot/Horse Only
-·-·- Foot Only
— Administrative Route
···· Rehabilitate
— Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

H Travel Management Zone
● Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

0   1   2   4 Miles

**Alternative C Travel Routes in Zone H**

**Figure O-45**

BLM_0017304



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
- ——— Full-Sized Vehicle
- ——— ATV (50" or less)
- ·–·–·– Motorcycle
- –·–·–· Mechanized
- –··–··– Foot/Horse Only
- –··–··– Foot Only
- ——— Administrative Route
- ∿∿∿∿ Rehabilitate
- ——— Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

▢ Travel Management Zone
● Cities
▢ Planning Area Boundary
▢ County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

Alternative C Travel Routes in Zone I

Figure O-46

BLM_0017305



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**
- —— Full-Sized Vehicle
- —— ATV (50" or less)
- –·–·– Motorcycle
- –·–·– Mechanized
- –·–·– Foot/Horse Only
- –·–·– Foot Only
- —— Administrative Route
- ······· Rehabilitate
- —— Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

Travel Management Zone

• Cities

☐ Planning Area Boundary

County Boundary

**Land Status**
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**General Location Map**

**Alternative C Travel Routes in Zone J**

**Figure O-47**



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

—— Full-Sized Vehicle
—— ATV (50" or less)
—·—· Motorcycle
—·—· Mechanized
—·—· Foot/Horse Only
—·—· Foot Only
—— Administrative Route
—·—· Rehabilitate
—— Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

K  Travel Management Zone

● Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**

Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative C Travel Routes in Zone K**

**Figure O-48**

BLM_0017307



Alternative C Travel Routes in Zone L

Figure O-49

BLM_0017308



Alternative C Travel Routes in Zone M

Figure O-50

BLM_0017309



Colorado River Valley Field Office
of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Public Route Designations**
—— Full-Sized Vehicle
—— ATV (50" or less)
–·–·– Motorcycle
–·–·– Mechanized
–··–··– Foot/Horse Only
–··–··– Foot Only
—— Administrative Route
– – – Rehabilitate
—— Routes Outside BLM Lands
*Note: Administrative motorized use may be authorized by the BLM on any public route.

☐ Travel Management Zone
● Cities
☐ Planning Area Boundary
☐ County Boundary
**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

**Alternative C Travel Routes in Zone N**

**Figure O-51**

BLM_0017310



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- O Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

N W E S

0 1 2 4 Miles

**Alternative C Travel Routes in Zone O**

**Figure O-52**



# Colorado River Valley Field Office of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**General Location Map**

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

P Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative C Travel Routes in Zone P**

**Figure O-53**



## Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Administrative Route
- Rehabilitate
- Routes Outside BLM Lands

*Note: Administrative motorized use may be authorized by the BLM on any public route.

- Q Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

0 1 2 4 Miles

**Alternative C Travel Routes in Zone Q**

**Figure O-54**



Alternative C Travel Routes in Zone R

Figure O-55



Alternative D Travel Routes in Zone A

Figure O-56

BLM_0017315



Colorado River Valley Field Office
of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

B Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

Miles
0 1 2 4

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative D Travel Routes in Zone B**

**Figure O-57**



Alternative D Travel Routes in Zone C

Figure O-58

BLM_0017317



**Alternative D Travel Routes in Zone D**

**Figure O-59**

BLM_0017318



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

E Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

N W E S

0 1 2 4 Miles

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

**Alternative D Travel Routes in Zone E**

**Figure O-60**



Alternative D Travel Routes in Zone F

Figure O-61

BLM_0017320



Colorado River Valley Field Office
of the Colorado BLM

## Public Route Designations

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

- G Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

## Land Status

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative D Travel Routes in Zone G**

**Figure O-62**