

# Colorado River Valley Field Office of the Colorado BLM

Miles
0 1 2 4

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**General Location Map**

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

H Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

## Alternative D Travel Routes in Zone H

**Figure O-63**



Colorado River Valley Field Office
of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**General Location Map**

Travel Management Zone

Cities

Planning Area Boundary

County Boundary

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative D Travel Routes in Zone I**

**Figure O-64**



# Colorado River Valley Field Office of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

General Location Map

J Travel Management Zone

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

**Alternative D Travel Routes in Zone J**

**Figure O-65**



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-·-·- Foot/Horse Only
-·-·- Foot Only
-·-·- Rehabilitate
— Routes Outside BLM Lands

K  Travel Management Zone
● Cities
▭ Planning Area Boundary
▭ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Alternative D Travel Routes in Zone K**

**Figure O-66**

BLM_0017325



**Colorado River Valley Field Office of the Colorado BLM**

Alternative D Travel Routes in Zone L

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**General Location Map**

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
-·-·- Motorcycle
-·-·- Mechanized
-··-··- Foot/Horse Only
----- Foot Only
----- Rehabilitate
— Routes Outside BLM Lands

L Travel Management Zone
● Cities
☐ Planning Area Boundary
☐ County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

BLM_0017326



Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**
— Full-Sized Vehicle
— ATV (50" or less)
—·— Motorcycle
—·— Mechanized
—··— Foot/Horse Only
—··— Foot Only
—··— Rehabilitate
— Routes Outside BLM Lands

M Travel Management Zone
● Cities
Planning Area Boundary
County Boundary

**Land Status**
Bureau of Land Management
Bureau of Reclamation
Department of Energy
Private
State
US Forest Service

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

NATIONAL SYSTEM OF PUBLIC LANDS

Miles
0    1.25    2.5    5

**Alternative D Travel Routes in Zone M**

**Figure O-68**

BLM_0017327



Alternative D Travel Routes in Zone N

Figure O-69



# Colorado River Valley Field Office of the Colorado BLM

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

- O Travel Management Zone
- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

NATIONAL SYSTEM OF PUBLIC LANDS

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

0 1 2 4 Miles

**Alternative D Travel Routes in Zone O**

**Figure O-70**



# Colorado River Valley Field Office of the Colorado BLM

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.

**Public Route Designations**

- Full-Sized Vehicle
- ATV (50" or less)
- Motorcycle
- Mechanized
- Foot/Horse Only
- Foot Only
- Rehabilitate
- Routes Outside BLM Lands

P Travel Management Zone

- Cities
- Planning Area Boundary
- County Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- Private
- State
- US Forest Service

## Alternative D Travel Routes in Zone P

**Figure O-71**



Colorado River Valley Field Office of the Colorado BLM

Alternative D Travel Routes in Zone Q

Figure O-72



Alternative D Travel Routes in Zone R

Figure O-73

BLM_0017332



Draft Resource Management Plan and
Draft Environmental Impact Statement for the
Colorado River Valley Field Office, Colorado

Control Number DES 11-33

Volume IV: Appendices B through Q

BLM

COLORADO RIVER VALLEY FIELD OFFICE, COLORADO

**U.S. Department of the Interior**
**Bureau of Land Management**
**Colorado River Valley Field Office, Colorado**
**September 2011**

BLM_0017333

# TABLE OF CONTENTS – VOLUME IV
## Appendix

B.    Administrative Closures to Leasing for Fluid Minerals and Stipulations Applicable to Fluid Minerals Development and Other Surface-Disturbing Activities

C.    Wild and Scenic River Suitability Report Executive Summary

D.    Draft Lands with Wilderness Characteristics Assessment and Inventory for the Colorado River Valley Field Office

E.    Glenwood Springs and Kremmling Field Offices RMP Revision Evaluation of Proposed Areas of Critical Environmental Concern

F.    Proposed Management and Setting Prescriptions for Lands with Wilderness Characteristics

G.    Best Management Practices (Will Be Developed and Included in Final EIS)

H.    Management and Setting Prescriptions for Caves

I.    Grazing Allotments

J.    BLM Standards for Public Land Health and Guidelines for Livestock Management in Colorado

K.    Draft Recreation and Visitor Services Management Framework for Proposed Special and Extensive Recreation Management Areas Alternatives B, C and D

L.    Air Resources Impacts

M.    Colorado Noxious Weed List

N.    System Roads and Maintenance Levels

O.    Travel Management

P.    Oil and Gas Operations

Q.    Upper Colorado River Wild and Scenic Stakeholder Group Management Plan

BLM_0017334

**APPENDIX B
ADMINISTRATIVE CLOSURES TO LEASING FOR
FLUID MINERALS AND STIPULATIONS APPLICABLE
TO ALL SURFACE-DISTURBING ACTIVITIES**

BLM_0017335

BLM_0017336

# TABLE OF CONTENTS

Section                                                                 Page

**B.**   **ADMINISTRATIVE CLOSURES TO LEASING FOR FLUID MINERALS AND STIPULATIONS APPLICABLE TO FLUID MINERALS DEVELOPMENT AND OTHER SURFACE-DISTURBING ACTIVITIES** ........................... B-1

B.1   Introduction ................................................................................................ B-1
B.2   Administrative Closures to Fluid Minerals Leasing and Stipulations for All Surface-Disturbing Activities .................................................................................... B-2
    B.2.1   Administratively Closed to Leasing (CL) for Fluid Minerals ........................... B-3
    B.2.2   No Surface Occupancy (NSO) .................................................................. B-3
    B.2.3   Controlled Surface Use (CSU) ................................................................. B-4
    B.2.4   Timing Limitations (TL) ......................................................................... B-4
    B.2.5   Lease Notice (LN) ................................................................................. B-4
    B.2.6   Condition of Approval (COA) .................................................................. B-4
B.3   Exceptions, Modifications, and Waivers ....................................................... B-4
    B.3.1   Standard Exception .............................................................................. B-4
    B.3.2   Standard Modification .......................................................................... B-5
    B.3.3   Standard Waiver .................................................................................. B-5
B.4   Standard Terms and Conditions for Oil and Gas Leasing ............................... B-5

# LIST OF TABLES

Table                                                                  Page

Table B-1 Summary of Areas Administratively Closed to Leasing (CL) for Fluid Minerals .................. B-6
Table B-2 Summary of No Surface Use (NSO) Stipulations Applicable to Fluid Minerals Development and Other Surface-Disturbing Activities ............................................................. B-6
Table B-3 Summary of Controlled Surface Use (CSU) Stipulations Applicable to Fluid Minerals Leasing and All Surface-Disturbing Activities ................................................. B-10
Table B-4 Summary of Timing Limitation (TL) Stipulations Applicable to Fluid Minerals Development and Other Surface-Disturbing Activities ....................................... B-11
Table B-5 Summary of Lease Notices (LN) Applicable to Leasing for Fluid Minerals ...................... B-13
Table B-6 Areas Closed to Leasing (CL) for Fluid Minerals (Oil and Gas, Coalbed Natural Gas, Oil Shale, Geothermal) ............................................................................. B-14
Table B-7 No Surface Use (NSO) Stipulations Applicable to Fluid Minerals Leasing and All Surface-Disturbing Activities .................................................................... B-16
Table B-8 Controlled Surface Use (CSU) Stipulations Applicable to Fluid Minerals Development and Other Surface-Disturbing Activities ........................................................... B-45
Table B-9 Timing Limitation (TL) Stipulations Applicable to Fluid Minerals Development and All Other Surface-Disturbing Activities ......................................................... B-57
Table B-10 Lease Notices (LN) and Required Conditions of Approval Applicable to Fluid Minerals Leasing ................................................................................... B-70

BLM_0017337

*This page intentionlly left blank.*

BLM_0017338

B.      ADMINISTRATIVE CLOSURES TO LEASING FOR FLUID MINERALS AND STIPULATIONS
        APPLICABLE TO FLUID MINERALS DEVELOPMENT AND OTHER SURFACE-DISTURBING
        ACTIVITIES

BLM_0017339

*This page intentionally left blank.*

BLM_0017340

# APPENDIX B

# ADMINISTRATIVE CLOSURES TO LEASING FOR FLUID MINERALS AND STIPULATIONS APPLICABLE TO ALL SURFACE-DISTURBING ACTIVITIES

## B.1   INTRODUCTION

This appendix lists, by alternative, the closures and stipulations for fluid minerals (oil and gas, coalbed natural gas, oil shale, and geothermal) leasing referred to throughout this Draft RMP and EIS. These stipulations would also apply, where appropriate, to all surface-disturbing activities (and occupancy) associated with land use authorizations, permits, and leases issued on BLM lands. The stipulations would not apply to activities and uses where they are contrary to laws, regulations, or specific program guidance. The intent is to maintain consistency, to the extent possible, in applying stipulations to all surface-disturbing activities.

Stipulations apply to surface-disturbing activities on lands overlying federal mineral estate, which includes mineral estate underlying BLM lands, privately owned lands, and underlying State-owned lands. As such, federal mineral estate acres are greater than BLM surface acres. In the planning area, federal mineral estate totals 707,000 acres in the CRVFO.

Surface-disturbing activities are those that normally result in more than negligible (immeasurable, not readily noticeable) disturbance to vegetation and soils on public lands and accelerate natural erosion processes. Whether surface-disturbing activities are considered more than negligible may be determined based on the areal extent, duration, or intensity of the activity, the existing condition of the area affected, and the compatibility or incompatibility of the activity with another resource value or use. In general, surface disturbances are more than negligible if the impact would last longer than 2 years and/or require revegetation rather than natural recovery to restore the area to pre-disturbance conditions within one or two growing seasons.

BLM_0017341

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

For the purposes of this DRMP/DEIS, surface (ground) disturbances that normally result in greater-than-negligible impacts lasting more than 2 years include, but are not limited to, the following:

- Construction of permanent or other long-term facilities such as telecommunication towers, powerlines, pipelines, and well pads for fluid minerals development.
- New road construction, including upgrading of existing two-track roads for fluid minerals development.
- Mechanical scraping, excavation, or digging.
- Mining.

Additional activities that may have greater-than-negligible impacts, depending on the intensity and duration of the activity and pre-disturbance conditions, include, among others:

- Use of mechanized earth-moving equipment that damages vegetation and disturbs the soil (e.g., tracked vehicles).
- Cross-country motorized and mechanized travel in areas designated as limited or closed to OHV use, or cross-country motorized travel on less than 12 inches of snow.
- Vegetation treatments that scarify the soil, if natural recovery or revegetation of the treated area would be expected to require more than two growing seasons, and if the treatments are incompatible with a resource value being protected by a no surface occupancy / no surface disturbance stipulation.
- Construction of range improvements, including stock ponds and installation of fencing, if such improvements are incompatible with a resource value being protected by a no surface occupancy / no surface disturbance stipulation.
- Intensive and/or large-scale human use or occupation (e.g., concentrated group events).
- Use of explosives or pyrotechnics.

Activities that are not considered surface-disturbing activities include, among others, livestock grazing, cross-country hiking or horseback riding, and vehicular travel on designated routes.

## B.2    ADMINISTRATIVE CLOSURES TO FLUID MINERALS LEASING AND STIPULATIONS FOR ALL SURFACE-DISTURBING ACTIVITIES

Tables B-1 through B-5 summarize the stipulations to be applied as resource protections; Tables B-6 through B-10 provide details of the stipulations and protected resources, including exceptions, modifications, and waivers by alternative. Three types of stipulations could be applied to land use authorizations: 1) no surface occupancy (NSO) or other no surface-disturbing activities; 2) controlled surface use (CSU); and 3) timing limitation (TL). Although not a stipulation *per se*, areas that are closed to fluid minerals leasing and other

BLM_0017342

surface-disturbing activities are also summarized in Table B-1 and detailed in Table B-6. All other areas are open to fluid minerals leasing subject to standard terms and conditions.

Lease stipulations and lease notices would be applied to all new leases and to expired leases that are reissued. On existing leases, the BLM would seek voluntary compliance or would develop Conditions of Approval (COAs) for Applications for Permit to Drill (APDs) or other authorizations to achieve resource objectives of lease stipulations contained in this RMP.

Stipulations identified in Alternative A, current management, were developed in the following two source documents and are annotated as "existing" in italics in the "stipulations number" column of Tables B-2 through B-5 and B-7 through B-10:

1) Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a). These stipulations do not apply to leases that were issued prior to November 1991.

2) GSFO (CRVFO) Oil and Gas Leasing and Development RMP Amendment (BLM 1999b). These stipulations do not apply to leases issued prior to March 1999.

## B.2.1  Administratively Closed to Leasing (CL) for Fluid Minerals

Areas identified as closed are not open to leasing for fluid minerals exploration and development. Exceptions, modifications, and waivers do not apply to closed areas. Refer to Tables B-1 and B-6.

## B.2.2  No Surface Occupancy (NSO)

Use or occupancy of the land surface for fluid mineral exploration or development and surface-disturbing activities (as defined above) is prohibited to protect identified resource values. Refer to Tables B-2 and B-7.

The NSO/No Surface-Disturbing Activities stipulation, a major constraint, includes stipulations that may be worded, "No Surface Use/Occupancy," "No Surface Disturbance," "Conditional NSO," "ground-disturbing activity," and "Surface Disturbance or Surface Occupancy Restriction (by location)."

Areas identified as NSO/No Surface-Disturbing Activities are open to fluid minerals leasing, but long-term surface-disturbing activities (duration greater than 2 years) cannot be conducted on the surface of the land. Access to fluid minerals resources would require horizontal and/or directional drilling from outside the boundaries of the NSO/No Surface-Disturbing Activities area. NSO/No Surface-Disturbing Activities areas are avoidance areas for rights-of-way; no rights-of-ways would be granted in NSO/No Surface-Disturbing Activities areas unless no feasible alternative exists.

An NSO/No Surface-Disturbing Activities stipulation cannot be applied to operations conducted under the General Mining Act of 1872 without a withdrawal. A withdrawal is not a land use planning decision because it must be approved by the Secretary of Interior. Therefore, unless withdrawn, areas identified as NSO/No Surface-Disturbing Activities are

BLM_0017343

---

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

---

open to operations conducted under the Mining Law of 1872, subject only to TL and CSU stipulations that are consistent with the rights granted under the mining laws.

### B.2.3   Controlled Surface Use (CSU)

Controlled surface use (CSU) is a category of moderate constraint stipulations that allows some use and occupancy of public land while protecting identified resources or values. A CSU stipulation would allow the BLM to require special operational constraints, including special design or relocating the surface-disturbing activity by more than 200 meters (656 feet) to protect the specified resource or value. Refer to Tables B-3 and B-8.

### B.2.4   Timing Limitations (TL)

Areas identified as TL, a moderate constraint, are closed to fluid minerals exploration and development and other surface-disturbing activities during identified timeframes. This stipulation would not apply to operation and maintenance activities, including associated vehicle travel, unless otherwise specified. Refer to Tables B-4 and B-9.

### B.2.5   Lease Notice (LN)

A lease notice provides more detailed information concerning limitations already provided by law, lease terms, regulations, or operational orders. An LN also addresses special items that lessees should consider when planning operations but does not impose additional restrictions. Lease notices apply only to leasable minerals (e.g., oil, gas, geothermal) and not to other types of leases, such as livestock grazing. Refer to Tables B-5 and B-10.

### B.2.6   Condition of Approval (COA)

Conditions of Approval are conditions or provisions (requirements) under which an Application for Permit to Drill is approved.

## B.3   EXCEPTIONS, MODIFICATIONS, AND WAIVERS

Stipulations could be excepted, modified, or waived by the Authorized Officer. An exception exempts the holder of the land use authorization from the stipulation on a one-time basis. A modification changes the language or provisions of a surface stipulation, either temporarily or permanently. A waiver permanently exempts the surface stipulation, such as when it is no longer relevant or needed.

### B.3.1   Standard Exception

The standard exception applies to all NSO/No Surface-Disturbing Activities, CSUs, and TLs even though the standard exception is not included in the "exception" portion of Tables B-7 through B-9. An exception may be granted by the Authorized Officer if it can be demonstrated that the surface-disturbing activity:

1)   Would not cause adverse impacts, have negligible impacts, or improve the protected resource value or use as defined by RMP objectives, standards, or conditions in the stipulation (e.g., fuels treatment that improves forbs in key wildlife habitat with an NSO, trail construction to improve recreational opportunities in an SRMA with an NSO established to protect recreational opportunities).

---

BLM_0017344

---

2) By its nature, must be done within the NSO area in order to benefit the resource value or use that the NSO seeks to protect (e.g., spring development to improve riparian vegetation condition within an NSO for riparian vegetation, installation of brook trout stream barrier to protect cutthroat trout in a cutthroat trout NSO, or maintenance of an existing road or other facility).

In situations where a surface-disturbing activity/lease stipulation is excepted, the activity could be subject to additional conditions of approval, reclamation measures, or BMPs. Measures applied would be based on the nature, extent, and values potentially affected by the surface-disturbing activity. Excepted surface-disturbing activities/lease stipulations are given on a one-time case-by-case basis and will not necessary constitute subsequent approvals.

### B.3.2 Standard Modification

A 30-day public notice and comment period is required before modification of a stipulation. An example of a standard modification would be if an NSO or TL for a raptor nest becomes invalidated because that area of the forest has burned, and suitable nest trees no longer exist in that area.

### B.3.3 Standard Waiver

No permanent exemptions or waivers are authorized unless the areas mapped as possessing the attributes are verified by BLM staff to not possess those attributes. An example of a standard waiver would be if a species protected under the Endangered Species Act is removed from the list of threatened or endangered species, and the relevant NSO for that species is no longer appropriate (although a different stipulation, such as for BLM sensitive species, may apply).

## B.4 STANDARD TERMS AND CONDITIONS FOR OIL AND GAS LEASING

Leasing of federal oil and gas resources is regulated under 43 CFR 3100. Onshore Oil and Gas Order No. 1 (Onshore Oil and Gas Operations; Federal and Indian Oil and Gas Leases; Approval of Operations) and federal regulations (43 CFR 3160) provide the ability for the BLM to relocate proposed operations up to 200 meters (656 feet) and prohibit surface-disturbing operations for a period not to exceed 60 days. BLM's regulatory authority also includes ensuring that fluid minerals developments are conducted in an environmentally sound manner that protects other resources and uses and requiring adequate reclamation.

BLM_0017345

Appendix B. Stipulations Applicable to Oil and Gas Leasing and Other Surface-Disturbing Activities

**Table B-1**
**Summary of Areas Administratively Closed to Leasing (CL) for Fluid Minerals [1]**

| Closure Number (New) | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **Fish and Wildlife** | | | | |
| CRV-CL-1 | Core Wildlife Areas | | | ● | |
| CRV-CL-2 | State Wildlife Areas | | | ● | |
| | **Lands with Wilderness Characteristics (LWCs)** | | | | |
| CRV-CL-5 | Municipal Boundaries | ● | ● | ● | ● |
| | **Lands and Realty** | | | | |
| CRV-CL-5 | Municipal Boundaries | ● | ● | ● | ● |
| | **Recreation and Visitor Services** | | | | |
| CRV-CL-7 | Upper Colorado River SRMA | | ● | ● | ● |
| | **Areas of Critical Environmental Concern (ACECs)** | | | | |
| *None* | Thompson Creek Natural Environment Area | ● | | | |
| CRV-CL-8 | Deep Creek and Thompson Creek ACECs | | ● | ● | |
| CRV-CL-9 | Blue Hill and Bull Gulch ACECs | | ● | ● | ● |
| CRV-CL-10 | Greater Sage-Grouse Habitat ACEC | | | ● | |
| | **Wilderness Study Areas (WSAs)** | | | | |
| CRV-CL-11 | WSAs | ● | ● | ● | ● |
| | **Wild and Scenic Rivers (WSRs)** | | | | |
| CRV-CL-12 | Suitable Stream Segments | | ● | ● | |

[1] Details of these closures are provided in Table B-6, Areas Closed to Leasing for Oil and Gas.

**Table B-2**
**Summary of No Surface Use (NSO) Stipulations Applicable to Fluid Minerals Development and Other Surface-Disturbing Activities [1]**

| Stipulation Number (*Existing*/New) [2] | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **Soils** | | | | |
| *GS-NSO-14* CRV-NSO-1 | Debris Flow Hazard Zones | ● | ● | ● | ● |
| *GS-NSO-15* | Steep Slopes Greater than 50 Percent for Oil and Gas Facilities | ● | | | |
| CRV-NSO-2 | Steep Slopes Greater than 50 Percent | | ● | ● | ● |
| | **Water** | | | | |
| *GS-NSO-3* CRV-NSO-3 | Major River Corridors *(Six rivers included)* | ● | ● | ● | ● |
| *GS-NSO-13* | Domestic Watershed Areas | ● | | | |
| CRV-NSO-4 | Designated Municipal Watershed Areas | | ● | ● | ● |
| CRV-NSO-5 | Streamside Management Zones | | ● | ● | |

BLM_0017346

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-2**
**Summary of No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities [1]**

| Stipulation Number (*Existing*/New) [2] | Protected Resource | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| **Vegetation** | | | | | |
| *GS-NSO-2* | **Riparian and Wetland Zones** (*Exception granted if Authorized Officer determines that activity will cause no loss of riparian vegetation, or that vegetation loss can be replaced within 3 to 5 years*) | ● | | | |
| **CRV-NSO-6** | **Riparian and Wetland Zones** (*Exception granted if Authorized Officer determines that activity will not cause unacceptable adverse impacts to the riparian or wetland resource. Activity may be subject to additional conditions of approval, reclamation measures, or best management practices*) | | | ● | |
| **Wildlife** | | | | | |
| **CRV-NSO-8** | **Core Wildlife Areas** | | ● | ● | |
| *GS-NSO-11* | **Nine Wildlife Seclusion Areas** | ● | | | |
| *GS-NSO-4* | **Garfield Creek, Basalt, and West Rifle Creek State Wildlife Areas** | ● | | | |
| **CRV-NSO-10** | **State Wildlife Areas** | | ● | | |
| *GS-NSO-7 (NSO CO-3)* | **Raptors (including Osprey)** | ● | | | |
| **CRV-NSO-12** | **Raptors (General, not including special status species)** | | ● | ● | ● |
| *CO-NSO-7* **CRV-NSO-14** | **Waterfowl and Shorebird Habitat and Heron Rookeries** | ● | ● | ● | ● |
| **Aquatic Wildlife and Fisheries** | | | | | |
| **CRV-NSO-15** | **Fish-bearing Streams** | | ● | | |
| **CRV-NSO-16** | **Perennial Waters** | | | ● | |
| *GS-NSO-5* | **Rifle Falls and Glenwood Springs Fish Hatcheries** | ● | | | |
| **CRV-NSO-17** | **Fish Hatcheries** | | ● | ● | ● |
| **Special Status Species – Plants and Wildlife** | | | | | |
| *GS-NSO-12* | **Threatened, Endangered, Proposed, and Candidate Species (General)** | ● | | | |
| **Special Status Species – Plants** | | | | | |
| *GS-NSO-8 (NSO CO-8)* | **Threatened, Endangered, Proposed, and Candidate Plant Species** | ● | | | |
| **CRV-NSO-18** | **Threatened, Endangered, Proposed, and Candidate Plants – Current and Historically Occupied Habitat** | | ● | | ● |
| **CRV-NSO-19** | **Threatened, Endangered, Proposed, Candidate, and BLM Sensitive Plant Species – Current and Historically Occupied Habitat** | | | ● | |
| **CRV-NSO-20** | **Sensitive Plant Occupied Habitat** (*Outside ACECs, this NSO would not apply to Harrington's penstemon habitat*) | | ● | | |
| **CRV-NSO-22** | **DeBeque Phacelia Suitable Habitat** | | ● | ● | ● |
| **Special Status Species – Wildlife and Fish** | | | | | |
| *GS-NSO-6 (NSO CO-2)* | **Grouse Leks** (*NSO within a 0.25-mile radius of a lek site*) | ● | | | |
| **CRV-NSO-23** | **Greater Sage-grouse Leks** (*NSO within a 06-mile radius of a lek site*) | | ● | ● | ● |

BLM_0017347

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-2**
**Summary of No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities [1]**

| Stipulation Number (*Existing*/New) [2] | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **CRV-NSO-24** | **Columbian Sharp-tailed Grouse Leks** (*NSO and no surface-disturbing activities would be allowed within a 04-mile radius of an* **active** *lek*) | | ● | | ● |
| **CRV-NSO-25** | **Columbian Sharp-tailed Grouse Leks** (*NSO and no surface-disturbing activities would be allowed within a 04-mile radius of a* **known** *lek*) | | | ● | |
| *GS-NSO-8* **CRV-NSO-26** | **Bald Eagle Roost or Nest Site** | ● | ● | ● | ● |
| *GS-NSO-9 (NSO CO-5)* **CRV-NSO-27** | **Peregrine Falcon Cliff-Nesting Complex** | ● | ● | ● | ● |
| *GS-NSO-10 (NSO CO-6)* | **Mexican Spotted Owl Nest and Roost Sites** (*0.25-mile buffer*) | ● | ● | ● | ● |
| **CRV-NSO-28** | **Mexican Spotted Owl Nest and Roost Sites** (*0.5-mile buffer*) | | ● | ● | ● |
| *GS-NSO-7 (NSO CO-19)* | **Ferruginous Hawk Nesting and Fledgling Habitat** (*0.125-mile buffer*) | ● | | | |
| **CRV-NSO-29** | **Ferruginous Hawk Nesting and Fledgling Habitat** (*0.5-mile buffer*) | | ● | ● | ● |
| **CRV-NSO-30** | **Special Status Bat Species Roost Sites** | | ● | ● | |
| **CRV-NSO-31** | **Conservation and Core Conservation Populations of Colorado River Cutthroat Trout** | | | | ● |
| **CRV-NSO-32** | **Federally Listed Big-River Fishes (Razorback Sucker, Colorado Pikeminnow, Humpback Chub, and Bonytail)** | | ● | ● | ● |
| **CRV-NSO-33** | **BLM Sensitive Big-River Fishes (Flannelmouth Sucker, Bluehead Sucker, Roundtail Chub)** | | ● | ● | ● |
| **CRV-NSO-34** | **BLM Sensitive Amphibians (Great Basin Spadefoot, Boreal Toad, Northern Leopard Frog, Wood Frog)** | | | ● | |
| **Cultural Resources** | | | | | |
| **CRV-NSO-37** | **Heritage Areas (Traditional Cultural Properties)** | | ● | ● | ● |
| *BLM 2008f* **CRV-NSO-38** | **Historic Properties (100 meters [328 feet])** | ● | | | ● |
| **CRV-NSO-39** | **Historic Properties (200 meters [656 feet])** | | ● | ● | |
| **Visual Resources** | | | | | |
| *GS-NSO-18* | **Interstate 70 Viewshed** | ● | | | |
| **CRV-NSO-41** | **VRM Class II Areas with Slopes over 30 Percent and High Visual Sensitivity** | | ● | ● | ● |
| **CRV-NSO-42** | **VRM Class I Areas** | | ● | ● | ● |
| **Lands with Wilderness Characteristics (LWCs)** | | | | | |
| **CRV-NSO-43** | **LWCs outside WSAs** | | | ● | |
| **Cave and Karst Resources** | | | | | |
| *GS-NSO-16* **CRV-NSO-54** | **Deep Creek Cave Area** | ● | | ● | |
| **CRV-NSO-44** | **Cave and Karst Occurrence Areas** | | ● | ● | ● |

BLM_0017348

**Table B-2**
**Summary of No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities [1]**

| Stipulation Number (*Existing*/New) [2] | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **Recreation and Visitor Services** | | | | |
| *GS-NSO-16* | **SRMAs, Deep Creek Cave, and ACECs** | ● | | | |
| *GS-NSO-17* | **Recreation Management Areas** | ● | | | |
| **CRV-NSO-45** | **Rifle Mountain Park** | | ● | ● | ● |
| **CRV-NSO-46** | **SRMAs** | | ● | ● | ● |
| | **Coal** | | | | |
| *GS-NSO-1* **CRV-NSO-47** | **Surface Coal Mines** | ● | ● | ● | ● |
| | **Areas of Critical Environmental Concern (ACECs)** | | | | |
| *GS-NSO-16* **CRV-NSO-49** | **ACECs** | ● | ● | ● | ● |
| | **Wilderness Study Areas (WSAs)** | | | | |
| **CRV-NSO-50** | **Wilderness Study Areas** | ● | ● | ● | ● |
| | **Wild and Scenic Rivers (WSRs)** | | | | |
| **CRV-NSO-51** | **Suitable Stream Segments Classified as "Wild"** | | ● | ● | |

[1] Details of these stipulations are provided in Table B-7, No Surface Use (NSO) Stipulations Applicable to Fluid Minerals Leasing and All Surface-Disturbing Activities.

[2] CRV = applicable to CRVFO.  Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply to CRVFO leases preceding March 1999).  Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

BLM_0017349

**Table B-3**
**Summary of Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities** [1]

| Stipulation Number (*Existing/*New) [2] | Protected Resource | Alternative | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | A | B | C | D |
| | **Soils** | | | | |
| *GS-CSU-4* | **Erosive Soils on Slopes Greater than 30 Percent** | ● | | | |
| **CRV-CSU-1** | **Slopes Greater than 30 Percent and/or Severe Erosion Hazard Soils** | | ● | ● | ● |
| | **Water** | | | | |
| **CRV-CSU-2** | **Hydrologic Features** | | | ● | |
| | **Vegetation** | | | | |
| *GS-CSU-2* **CRV-CSU-3** | **Riparian/Wetland Vegetation Zones (500 feet beyond Outer Edge)** | ● | ● | ● | ● |
| | **Wildlife** | | | | |
| **CRV-CSU-4** | **State Wildlife Areas** | | | | ● |
| **CRV-CSU-5** | **Designated Prairie Dog Towns** | | ● | | ● |
| | **Aquatic Wildlife/Fisheries** | | | | |
| **CRV-CSU-6** | **Trout-bearing Streams** | | | | ● |
| | **Special -Status Species** | | | | |
| *GS-CSU-3* | **BLM Sensitive Species (including significant plant communities)** | ● | | | |
| **CRV-CSU-7** | **Significant Plant Communities** | | ● | ● | ● |
| **CRV-CSU-8** | **Occupied Harrington's Penstemon Habitat outside ACECs** | | ● | | |
| **CRV-CSU-9** | **BLM Sensitive Plant Occupied Habitat** (*Includes Harrington's penstemon*) | | | | ● |
| **CRV-CSU-13** | **Sage-grouse Habitat in the CRVFO** | | ● | ● | |
| **CRV-CSU-14** | **Special Status Bat Species  Roost Sites** | | | | ● |
| **CRV-CSU-15** | **Sensitive Amphibian Species (Great Basin Spadefoot, Boreal Toad, Northern Leopard Frog, Wood Frog)** | | ● | | ● |
| | **Visual Resources** | | | | |
| *GS-CSU-5* **CRV-CSU-16** | **VRM Class II** | ● | ● | ● | ● |
| | **Recreation and Visitor Services** | | | | |
| **CRV-CSU-17** | **Special Recreation Management Areas** | | ● | | ● |
| **CRV-CSU-18** | **Extensive Recreation Management Areas** | | ● | ● | |
| **CRV-CSU-19** | **Developed Recreation Facilities and Trails** | | ● | ● | ● |
| | **Coal** | | | | |
| *GS-CSU-1* **CRV-CSU-20** | **Underground Coal Mines** | ● | ● | ● | ● |
| | **Wilderness Study Areas (WSAs)** | | | | |
| **CRV-CSU-22** | **WSAs if released from Wilderness Consideration** | | ● | ● | ● |

BLM_0017350

**Table B-3**
**Summary of Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities [1]**

| Stipulation Number (*Existing*/**New**) [2] | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **Wild and Scenic Rivers (WSRs)** | | | | |
| **CRV-CSU-23** | **Suitable Stream Segments Classified as "Scenic" or "Recreational"** | | ● | ● | |

[1] Details of these stipulations are provided in Table B-8, Controlled Surface Use (CSU) Stipulations Applicable to Fluid Minerals Leasing and All Surface-Disturbing Activities.

[2] CRV = applicable to CRVFO. Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply CRVFO leases preceding March 1999). Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

**Table B-4**
**Summary of Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities [1]**

| Stipulation Number (*Existing*/**New**) [2] | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| | **Fish and Wildlife** | | | | |
| *GS-TL-1* *(TL-CO-9)* | **Big Game Winter Habitat** | ● | | | |
| **CRV-TL-1** | **Big Game Winter Habitat** | | ● | ● | ● |
| *GS-TL-2* **CRV-TL-2** | **Big Game Birthing Areas** | ● | ● | ● | ● |
| *GS-TL-6* *(TL CO-18)* | **Raptors, not including Osprey** | ● | | | |
| **CRV-TL-4** | **Raptors, General (species with 0.25-mile buffer, not including special status raptors)** | | ● | ● | ● |
| *GS-TL-8* *(TL CO-20)* | **Osprey** | ● | | | |
| **CRV-TL-5** | **Raptors, General (species with 0.5-mile buffer, not including special status raptors)** | | ● | ● | ● |
| *GS-TL-13* | **Waterfowl and Shorebird Nesting and Production Areas** *(three nesting and production areas identified)* | ● | | | |
| **CRV-TL-6** | **Waterfowl and Shorebird Nesting and Production Areas** *(six nesting and production areas identified)* | | ● | ● | ● |
| | **Aquatic Wildlife/Fisheries** | | | | |
| **CRV-TL-7** | **Coldwater Sport and Native Fish (brown, brook, rainbow, and non-native cutthroat trout, and native fishes excluding special status- species (includes mountain whitefish, speckled dace, mottled sculpin, and Paiute sculpin)** | | ● | ● | ● |
| | **Special Status Species** | | | | |
| *GS-TL-10* *(TL CO-22)* | **Bald Eagle Nest Site** *(0.25-mile buffer)* | ● | | | |
| *GS-TL-11* *(TL CO-23)* | **Bald Eagle Winter Roost Site** *(0.5-mile buffer)* | ● | | | |

BLM_0017351

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-4**
**Summary of Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities [1]**

| Stipulation Number (*Existing*/**New**) [2] | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **CRV-TL-8** | **Bald Eagle Nest Sites and Winter Roost Sites** (*0.5-mile buffer*) | | ● | ● | ● |
| *(TL CO-21)* | **Mexican Spotted Owl Nesting and Fledgling Habitat** | ● | | | |
| *GS-TL-9* **CRV-TL-9** | **Mexican Spotted Owl Primary Activity Centers** | ● | ● | ● | ● |
| *GS-TL-7* | **Ferruginous Hawk Nesting and Fledgling Habitat** (*1-mile buffer*) | ● | | | |
| **CRV-TL-10** | **Ferruginous Hawk Nesting and Fledgling Habitat** (*0.5-mile buffer*) | | ● | ● | ● |
| *GS-TL-3* | **Greater Sage-grouse Winter and Nesting Habitat** (*Nesting habitat is within a 2-mile radius of an active lek*) | ● | | | |
| **CRV-TL-11** | **Greater Sage-grouse Winter and Nesting Habitat** (*Nesting habitat is within a 4-mile radius of an active lek*) | | ● | ● | ● |
| *GS-TL-3* **CRV-TL-12** | **Columbian Sharp-tailed Grouse Winter and Nesting Habitat** | ● | ● | ● | ● |
| *GS-TL-12* *(TL CO-24)* **CRV-TL-14** | **Peregrine Falcon Cliff-Nesting Complex** | ● | ● | ● | ● |
| *GS-TL-4* *(TL CO-16)* **CRV-TL-15** | **Greater Sandhill Crane** | ● | ● | ● | ● |
| *GS-TL-5* *(TL CO-17)* **CRV-TL-16** | **American White Pelican** | ● | ● | ● | ● |
| **CRV-TL-17** | **Special Status Bat Species Maternity and Hibernaculum Sites (Townsend's big-eared bat, fringed myotis, Yuma myotis, and big free-tailed bat)** | | ● | ● | ● |
| **CRV-TL-18** | **Waters Occupied by Special Status Cutthroat Trout Subspecies** | | ● | ● | |
| **CRV-TL-19** | **Conservation and Core Conservation Populations of Cutthroat Trout Waters** | | | | ● |

[1] Details of these stipulations are provided in Table B-9, Timing Limitation (TL) Stipulations Applicable to Fluid Minerals Leasing and All Surface-Disturbing Activities.

[2] CRV = applicable to CRVFO.  Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply to CRVFO leases preceding March 1999).  Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

BLM_0017352

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

Table B-5
Summary of Lease Notices (LN) Applicable to Leasing for Fluid Minerals [1]

| Stipulation Number (*Existing*/New) [2] | Protected Resource | Alternative | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Vegetation** | | | | | |
| *GS-LN-3* **CRV-LN-1** | **Annual Reports of Reclamation Progress** | ● | ● | ● | ● |
| **Wildlife** | | | | | |
| *GS-LN-6* **CRV-LN-2** | **Working in High-Value Wildlife Habitat** | ● | ● | ● | ● |
| *GS-LN-5* **CRV-LN-3** | **Working in Big Game Winter Range** | ● | ● | ● | ● |
| **Special Status Species / Biological Inventories** | | | | | |
| *LN CO-34* | **Compliance with Endangered Species Act** | ● | ● | ● | ● |
| *GS-LN-2* **CRV-LN-4** | **Biological Inventories** | ● | ● | ● | ● |
| *LN CO-30* **CRV-LN-5** | **Nesting Grouse Species** | ● | ● | ● | ● |
| **Paleontology** | | | | | |
| *GS-LN-1* **CRV-LN-6** | **Class 4 and Class 5 Paleontological Areas** | ● | ● | ● | ● |
| **Visual Resources** | | | | | |
| *GS-LN-10* **CRV-LN-7** | **Sensitive Viewsheds** | ● | ● | ● | ● |
| **Health and Safety** | | | | | |
| *GS-LN-4* **CRV-LN-8** | **Emergency Communications Plan** | ● | ● | ● | ● |
| *GS-LN-7* **CRV-LN-9** | **Working in Residential Areas** | ● | ● | ● | ● |
| *GS-LN-9* **CRV-LN-10** | **Project Rulison Monitoring** | ● | ● | ● | ● |

[1] Details of these stipulations are provided in Table B-10, Lease Notices (LN) Applicable to Oil and Gas Leasing.
[2] CRV = applicable to CRVFO. Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply to CRVFO leases preceding March 1999). Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

BLM_0017353

**Table B-6**
**Areas Closed to Leasing (CL) for Fluid Minerals (Oil and Gas, Coalbed Natural Gas, Oil Shale, Geothermal)**

| Type | Closure Designation (New) Protected Resource | Description of Closed Area | Alternative | | | |
|---|---|---|:-:|:-:|:-:|:-:|
| | | | A | B | C | D |
| **Fish and Wildlife** | | | | | | |
| Closed to Leasing | CRV-CL-1<br><br>Core Wildlife Areas | Fluid minerals leasing would be prohibited on all Core Wildlife Areas. Core wildlife areas include the following areas:<br>o Cottonwood/Eby Creek<br>o Dry Rifle Creek<br>o East Eagle<br>o Fisher Creek<br>o Hernage/Abrams Creeks<br>o Horse Mountain<br>o Light Hill<br>o Main-West Elk Ridge<br>o New Castle North<br>o Old Man's Gulch<br>o Tenderfoot Mesa<br>o The Crown<br>o Thompson Creek - Holgate Mesa<br>o West Elk Ridge<br>o West Rifle Creek<br>o Williams Hill<br>o Winter Ridge- Deer Pen<br>o Wolcott | | | ● | |
| Closed to Leasing | CRV-CL-2<br><br>State Wildlife Areas | Fluid minerals leasing would be prohibited on all State-owned Wildlife Areas. | | | ● | |
| **Lands with Wilderness Characteristics (LWCs)** | | | | | | |
| Closed to Leasing | CRV-CL-4<br><br>LWCs | Fluid minerals leasing would be prohibited within all LWCs, totaling 47,000 acres, managed to protect their wilderness character. | | | ● | |
| **Lands and Realty** | | | | | | |
| Closed to Leasing | CRV-CL-5<br><br>Lands within Municipal Boundaries | Fluid minerals leasing would be prohibited in all lands within municipal boundaries (22 acres). | ● | ● | ● | ● |
| **Recreation and Visitor Services** | | | | | | |
| Closed to Leasing | CRV-CL-7<br><br>Upper Colorado River SRMA | Fluid minerals leasing would be prohibited in the Upper Colorado River SRMA (20,700 acres). | | ● | ● | ● |

BLM_0017354

**Table B-6**
**Areas Closed to Leasing (CL) for Fluid Minerals (Oil and Gas, Coalbed Natural Gas, Oil Shale, Geothermal)**

| Type | Closure Designation (New)<br><br>Protected Resource | Description of Closed Area | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| **Areas of Critical Environmental Concern (ACECs)** | | | | | | |
| Closed to Leasing | **Thompson Creek Natural Environment Area** | Fluid minerals leasing would be prohibited in the Thompson Creek Natural Environment Area (a portion of the Thompson Creek ACEC) (960 acres). | ● | | | |
| Closed to Leasing | CRV-CL-8<br><br>**Deep Creek and Thompson Creek ACECs** | Fluid minerals leasing would be prohibited in the following ACECs:<br>○ Deep Creek ACEC (2,400 acres)<br>○ Thompson Creek ACEC (3,400 acres) | | ● | ● | |
| Closed to Leasing | CRV-CL-9<br><br>**Blue Hill and Bull Gulch ACECs** | Fluid minerals leasing would be prohibited in the following ACECs:<br>○ Blue Hill ACEC (3,700 acres)<br>○ Bull Gulch ACEC (10,400 acres). | | ● | ● | ● |
| Closed to Leasing | CRV-CL-10<br><br>**Greater Sage-Grouse Habitat ACEC** | Fluid minerals leasing would be prohibited in the Greater Sage-Grouse Habitat ACEC (24,600 acres) | | | | ● |
| **Wilderness Study Areas (WSAs)** | | | | | | |
| Closed to Leasing | CRV-CL-11<br><br>**WSAs** | Fluid minerals leasing would be prohibited in WSAs, including 27,700 acres of BLM-administered mineral estate in the following:<br>○ Bull Gulch WSA (15,200 acres)<br>○ Castle Peak WSA (12,200 acres)<br>○ Eagle Mountain (Maroon Bells Addition) WSA (320 acres)<br>○ Hack Lack (Flat Tops Addition) WSA (4 acres) | ● | ● | ● | ● |
| **Wild and Scenic Rivers (WSRs)** | | | | | | |
| Closed to Leasing | CRV-CL-12<br><br>**Suitable Stream Segments** | Fluid minerals leasing would be prohibited on all stream segments suitable for inclusion in the NWSRS. | | ● | ● | |

[1] CRV = applicable to CRVFO. Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply CRVFO leases preceding March 1999). Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

BLM_0017355

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| **Soils** | | | | | | |
| NSO | *GS-NSO-14 (BLM 1999b)* **CRV-NSO-1** **Debris Flow Hazard Zones (CRVFO)** *6,100 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities for the protection of the Glenwood Springs debris flow. **PURPOSE:** To maintain soil stability and productivity and to minimize impacts of soil erosion within the Glenwood Springs debris flow. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, activity may be permitted by the Authorized Officer in consultation with the City of Glenwood Springs and Garfield County, provided that the applicant's proposal will produce only a negligible increase in the risk of debris flow. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | ● | ● | ● |
| NSO | *GS-NSO-15 (BLM 1999b)* **Steep Slopes Greater than 50 Percent for Oil and Gas Facilities** *101,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities for fluid minerals facilities on slopes greater than 50 percent. This stipulation does not apply to pipelines. **PURPOSE:** To maintain site stability and site productivity. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, in the event the lessee demonstrates that operations can be conducted without causing unacceptable impacts and that less restrictive measures will protect the public interest, an exception may be approved by the Authorized Officer. A request for an exception must include an engineering and reclamation plan that provides a high level of certainty that such operations can be conducted consistent with the objectives of the Glenwood Springs Resource Area Reclamation Policy. All elements of the Erosive Soils and Steep Slope CSU would apply. In addition, the operator must provide sufficient onsite analysis of soil types, vegetation types, aspect, depth to bedrock, nature of subsurface materials, and potential for below ground seeps or springs. The lessee must also provide an evaluation of past practices on similar terrain and be able to demonstrate success under similar conditions. Previous success under similar conditions would | ● | | | |

BLM_0017356

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1]<br><br>Protected Resource<br><br>Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | be a critical element in the Authorized Officer's determination.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-2**<br><br>**Steep Slopes Greater than 50 Percent**<br><br>*101,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on slopes greater than 50 percent to maintain site stability.<br><br>**PURPOSE:** To maintain soil productivity and provide necessary protection to prevent excessive soil erosion on steep slopes.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |
| | **Water** | | | | | |
| NSO | *GS-NSO-3 (BLM 1999b)*<br><br>**CRV-NSO-3**<br><br>**Major River Corridors**<br><br>*42,300 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.5 mile of either side of the high water mark (bank-full stage) of six major rivers: Colorado, Roaring Fork, Crystal, Frying Pan, Eagle, and Piney. Note: The area north of Interstate 70 in the Naval Oil Shale Reserves Production Area is not included in this stipulation.<br><br>**PURPOSE:** To protect these riverine and adjacent areas that provide (a) special status fish and wildlife species habitat, (b) important riparian values, (c) water quality/filtering values, (d) waterfowl and shorebird production values, (e) valuable amphibian habitat, and (f) high scenic and recreation values. Included in this area are public lands near the Eagle and Colorado Rivers designated as SRMAs in which BLM provides facilities to enhance recreation opportunities and maintain the recreational setting.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). In addition, the distance from the river may be reduced after the Authorized Officer has considered the habitat values and the species present, the topographical and vegetative characteristics of the area, and the type and amount of surface | ● | ● | ● | ● |

BLM_0017357

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | disturbance proposed. For the Eagle and Colorado Rivers, additional exception criteria include measures to mitigate impacts on recreation: a) screening operations from scenic views, b) reducing drill rig and other equipment noise to an acceptable level, c) protecting the recreating public from operations, and d) restoring disturbed areas to a condition substantially unnoticeable to the casual observer. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | *GS-NSO-13 (BLM 1999b)* **Domestic Watershed Areas** *5,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within watersheds providing domestic water. **PURPOSE:** To protect municipal watersheds providing domestic water for the communities of Rifle and New Castle. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, activity may be permitted if the Authorized Officer determines, in consultation with the communities of Rifle and New Castle, that the applicant's proposal would produce only a negligible decrease in water quality. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |
| NSO | **CRV-NSO-4** **Designated Municipal Watershed Areas** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within municipal watersheds providing domestic water. **PURPOSE:** To protect municipal watersheds providing domestic water. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, activity may be permitted if the Authorized Officer determines, in consultation with the municipalities, that the applicant's proposal would not cause a decrease in water quality. **MODIFICATION:** Standard modifications apply (Section B.3). | | ● | ● | ● |

BLM_0017358

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | WAIVER: Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-5** **Streamside Management Zones** *34,500 Acres* | STIPULATION: Prohibit surface occupancy and surface-disturbing activities within 50 feet from the ordinary high water mark of any hydrologic feature (i.e., ephemeral, intermittent, perennial channels, wetland, lake, fen, spring) as determined on a case-by-case basis by GIS and/or field tools. Distance is horizontal and independent of slope and topographic characteristics. PURPOSE: To protect water quality and aquatic values and prevent channel degradation, as Streamside Management Zones are lands adjacent to a waterbody where activities on land are likely to affect water quality. EXCEPTION: Standard exceptions apply (Section B.3). In addition, an exception may be granted if the Authorized Officer determines that the activity will have insignificant impacts on water quality, channel stability, and aquatic organisms (e.g., properly designed stream crossing). MODIFICATION: Standard modifications apply (Section B.3). WAIVER: Standard waivers apply (Section B.3). | | ● | ● | |
| | **Vegetation** | | | | | |
| NSO | *GS-NSO-2* *(BLM 1999b)* **Riparian and Wetland Zones** *1,700 Acres* | STIPULATION: Prohibit surface occupancy and surface-disturbing activities within riparian vegetation. PURPOSE: To maintain the proper function of riparian zones from activities associated with fluid minerals exploration and development, including roads, transmission lines, and storage facilities. EXCEPTION: Standard exceptions apply (Section B.3). In addition: a) An exception may be granted if the Authorized Officer determines that the activity will cause no loss of riparian vegetation, or that the vegetation lost can be replaced within three to five years with vegetation of like species and age class; b) Within the riparian vegetation, an exception is permitted for stream crossings, if an area analysis indicates that no suitable alternative is available. MODIFICATION: Standard modifications apply (Section | ● | | | |

BLM_0017359

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | B.3). | | | | |
| | | **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-6** **Riparian and Wetland Zones** *4,300 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within riparian vegetation. **PURPOSE:** To maintain the proper functioning and integrity of riparian and wetland resource. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, an exception may be granted on a case-by-case basis if the Authorized Officer determines that the surface-disturbing activity will not cause unacceptable adverse impacts to the riparian or wetland resource (i.e., a decline in condition as defined by RMP objectives) and meets one or more of the following: (a) Will cause no loss of riparian vegetation. (b) Involves stream crossings (e.g., roads, fences or pipelines) where there is no practicable alternative (c) The purpose or the result of the activity would improve resource conditions (e.g., meet RMP resource objectives or achieve the standards for public land health). (d) Location of the activity within the riparian or wetland resource may be necessary to avoid unacceptable impacts to other resource values. In situations where a surface-disturbing activity is excepted, the activity could be subject to additional conditions or approvals, reclamation measures, or best management practices. Measures applied will be based on the nature, extent, and values potentially affected by the surface-disturbing activity. Exceptions to allow surface-disturbing activities are granted on a one-time, case-by-case basis and do not create a precedent for subsequent approvals. **MODIFICATION:** Standard modifications apply (Section B.3). No fundamental changes to the provisions of the stipulation are authorized. **WAIVER:** Standard waivers apply (Section B.3). | | | ● | |

BLM_0017360

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | **Wildlife** | | | | | |
| NSO | **CRV-NSO-8** **Core Wildlife Areas** *57,600 Acres* | **STIPULATION:** Prohibit surface use, occupancy, and surface-disturbing activities on core wildlife areas. Core wildlife areas include the following areas:<br>○ Cottonwood/Eby Creek<br>○ Dry Rifle Creek<br>○ East Eagle<br>○ Fisher Creek<br>○ Hernage/Abrams Creeks<br>○ Horse Mountain<br>○ Light Hill<br>○ Main-West Elk Ridge<br>○ New Castle North<br>○ Old Man's Gulch<br>○ Tenderfoot Mesa<br>○ The Crown<br>○ Thompson Creek - Holgate Mesa<br>○ West Elk Ridge<br>○ West Rifle Creek<br>○ Williams Hill<br>○ Winter Ridge- Deer Pen<br>○ Wolcott<br><br>**PURPOSE:** Core wildlife areas protect wildlife habitat that offers feeding, roosting, breeding, nesting, birthing, and security habitat for a variety of mammal, bird, and reptile species. They include the protection of blocks of sagebrush shrublands for sagebrush-dependent species and protection of migration corridors, severe winter areas, and big game winter concentration areas for elk and mule deer.<br><br>**EXCEPTION:** Standard exceptions apply. Habitat and range improvements would be allowed. Surface use or occupancy or a surface-disturbing activity may be permitted if BLM determines that the requested activity would not impair values associated with core wildlife areas. In making this determination, BLM will consider the following resource factors: behavioral and ecological requirements of the species; type, amount, and duration of the surface disturbance; relative extent of available habitat; topography and vegetation screening;; type, location, duration, and intensity of potential | | ● | ● | |

BLM_0017361

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | adverse effects; mitigation and conservation measures to avoid, minimize, or offset the adverse effects; and other factors that may affect wildlife species or cause habitat to become unusable. The proponent of any surface use or occupancy or surface disturbing activity will provide an assessment with the proposal that (a) documents anticipated compliance or non-impairment of resource values protected by this stipulation and (b) considers the above mentioned resource factors. Approval of ground-disturbing activities granted in any given year may not constitute approval for subsequent years; in such cases, approval for such activities must be granted (or extended) annually by BLM. **MODIFICATION:** Standard modifications apply (see Section B.3). **WAIVER:** Standard waivers apply (see Section B.3). | | | | |
| NSO | *GS-NSO-11 (BLM 1999b)* **Nine Wildlife Seclusion Areas** *25,600 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within nine seclusion areas that provide high wildlife value: Starkey Gulch, Riley Gulch, Crawford Gulch, Paradise Creek, Coal Ridge, Lower Garfield, Jackson Gulch, Bald Mountain, and Battlement Mesa. **PURPOSE:** To protect high-value seclusion areas. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exceptions may be granted based on approval by the Authorized Officer of a mitigation plan that suitably addresses the wildlife seclusion values at risk. These areas provide several unique qualities such as an optimum mix of quality forage, cover, and water; proximity to natural migration corridors; birthing areas; topographic features that moderate severe winter conditions; and seclusion from human intrusion. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |
| NSO | *GS-NSO-4 (BLM 1999b)* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in all Garfield Creek, Basalt, and West | ● | | | |

BLM_0017362

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1]  Protected Resource  Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
|  | **Garfield Creek, Basalt, and West Rifle Creek State Wildlife Areas**  *7,500 Acres* | Rifle Creek State Wildlife Areas.  **PURPOSE:** To protect wildlife habitat values for which these areas were acquired by the state, including crucial big game and upland game winter habitat and concentration areas and riparian values.  **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exception criteria include special mitigation measures developed in consultation with CDOW.  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). |  |  |  |  |
| **NSO** | **CRV-NSO-10**  **State Wildlife Areas**  *7,500 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on all state-owned Wildlife Areas.  **PURPOSE:** To protect wildlife habitat values for which these areas were acquired by the state, including crucial big game and upland game winter habitat and concentration areas and riparian values.  **EXCEPTION:** No exceptions (including standard exceptions in Section B.3) are permitted.  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). |  | ● |  |  |
| **NSO** | *GS-NSO-7 [NSO CO-3] (BLM 1999b)*  **Raptors (including Osprey)**  *7,300 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.125 mile of a nest site of golden eagle, osprey, all accipiters, buteos, falcons (except kestrel), and owls. Raptors that are listed and protected by the Endangered Species Act are addressed separately.  **PURPOSE:** To protect raptor habitat and nest sites.  **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, the NSO area may be altered depending on the active status of the nest site or the geographical relationship to the nest site of topographic barriers and vegetation screening.  **MODIFICATION:** Standard modifications apply (Section B.3). | ● |  |  |  |

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | WAIVER: Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-12** **Raptors (General, not including special status raptors)** *7,300 Acres* | STIPULATION: Prohibit surface occupancy and surface-disturbing activities within a buffer zone centered on a nest site. Buffer widths are 0.25 mile for golden eagle, Cooper's hawk, sharp-shinned hawk, red-tailed hawk, Swainson's hawk, and owls and 0.5 mile for prairie falcon and northern goshawk. Does not apply to turkey vulture, northern harrier, or American kestrel. Special status raptors are addressed separately. PURPOSE: To protect raptor habitat and nest sites. EXCEPTION: Standard exceptions apply (Section B.3). In addition, the NSO area may be altered depending on the active status of the nest site or the geographical relationship to the nest site of topographic or vegetation screening. MODIFICATION: Standard modifications apply (Section B.3). WAIVER: Standard waivers apply (Section B.3). | | • | • | • |
| NSO | *GS-NSO-7* *[NSO CO-7]* **CRV-NSO-14** **Waterfowl and Shorebird Habitat and Heron Rookeries** | STIPULATION: Prohibit surface occupancy and surface-disturbing activities within significant production areas as mapped by CDOW. PURPOSE: To protect waterfowl and shorebird habitat and rookeries. EXCEPTION: Standard exceptions apply (Section B.3). No additional specific exception criteria apply. MODIFICATION: Standard modifications apply (Section B.3). WAIVER: Standard waivers apply (Section B.3). | • | • | • | • |
| | **Aquatic Wildlife and Fisheries** | | | | | |
| NSO | **CRV-NSO-15** **Fish-bearing Streams** *18,400 Acres* | STIPULATION: Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of all fish-bearing streams. On streams where the riparian corridor width is greater than 100 meters (328 feet) from the stream edge, prohibit surface occupancy and surface-disturbing activities within the riparian zone. | | • | | |

BLM_0017364

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] / Protected Resource / Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | **PURPOSE:** To protect fish. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, in-channel restoration or enhancement work designed to improve stream habitat conditions, riparian plantings, temporary disturbances of less than 0.1 acre, actions requiring a 404 Permit from the US Army Corps of Engineers with subsequent mitigation and BMPs are implemented. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-16** **Perennial Waters** *27,900 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of perennial waters. On perennial waters where the riparian corridor width is greater than 100 meters (328 feet) from the stream edge, prohibit surface occupancy and surface-disturbing activities within the riparian zone. **PURPOSE:** To protect riparian corridors and perennial waterways. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, in-channel restoration or enhancement work designed to improve stream habitat conditions, riparian plantings, temporary disturbances of less than 0.1 acre, actions requiring a 404 Permit from the US Army Corps of Engineers with subsequent mitigation and BMPs are implemented. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | ● | |
| NSO | *GS-NSO-5 (BLM 1999b)* **Rifle Falls and Glenwood Springs Fish Hatcheries** *12,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 2-mile radius of the hatcheries. **PURPOSE:** To protect the quality and quantity of surface water and underground aquifers supplying the Rifle Falls and Glenwood Springs Fish Hatcheries (CRVFO). **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exception criteria include special mitigation measures developed in consultation with the Colorado Division of | ● | | | |

BLM_0017365

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1]<br><br>Protected Resource<br><br>Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|:---:|:---:|:---:|:---:|
| | | | A | B | C | D |
| | | Wildlife.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-17**<br><br>**Fish Hatcheries**<br><br>*12,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within the watershed upstream of fish hatcheries. Existing hatcheries include Rifle Falls (CRVFO) and Glenwood Springs (CRVFO) State Fish Hatcheries.<br><br>**PURPOSE:** To protect the quality and quantity of surface water and underground aquifers supplying the hatcheries.<br><br>**EXCEPTION:** No exceptions (including standard exceptions in Section B.3) are permitted.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | | • | • | • |
| | **Special Status Species – Plants and Wildlife** | | | | | |
| NSO | *GS-NSO-12 (BLM 1999b)*<br><br>**Threatened, Endangered, Proposed, and Candidate Species**<br><br>*6,000 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in habitat areas for species listed by the federal or state government as endangered or threatened, and for federal proposed or candidate species. Habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species.<br><br>**PURPOSE:** To protect habitat that is important for maintenance or recovery of the species.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). In addition, surface occupancy may be authorized, pending Section 7 consultation with USFWS for federal threatened or endangered species or with CDOW for state-listed species. The Authorized Officer will consider the type and amount of surface disturbance, plant frequency and density, relative abundance of habitat, species and location, topography, and other related factors.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3). | • | | | |

BLM_0017366

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| | **Special Status Species – Plants** | | | | | |
| NSO | *GS-NSO-8* [*NSO CO-8*] (BLM 1991a) **Threatened, Endangered, Proposed, and Candidate Plant Species** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in habitat areas containing special status plant species (including federally listed, proposed, and candidate species.) **PURPOSE:** To protect special status plant species. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, an exception for special status plant species habitat may be granted for a portion of the NSO area based on a site-specific impact analysis of the type and amount of surface disturbance, plant frequency and density, relocation of proposed disturbances, or other factors. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | • | | | |
| NSO | **CRV-NSO-18** **Threatened, Endangered, Proposed, and Candidate Plant Species Current and Historically Occupied Habitat** *1,200 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 200-meter (656-foot) buffer around current and historically occupied habitat for federally listed, proposed, or candidate threatened or endangered plant species. **PURPOSE:** To protect threatened, endangered, proposed, and candidate plants from direct and indirect impacts or loss of immediately adjacent suitable habitat. **EXCEPTION:** Standard exceptions apply (Section B.3). **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | • | | • |
| NSO | **CRV-NSO-19** **Threatened, Endangered, Proposed, Candidate, and BLM Sensitive** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 200-meter (656-foot) buffer around current or historically occupied habitat for federally listed, proposed, or candidate threatened or endangered plant species or BLM sensitive plant species. **PURPOSE:** To protect threatened, endangered, proposed, candidate, and BLM sensitive plants from direct and indirect | | | • | |

BLM_0017367

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | **Plant Species Current and Historically Occupied Habitat** *28,300 Acres* | impacts or loss of immediately adjacent suitable habitat. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, prohibit surface occupancy and surface-disturbing activities within the 200-meter (656-foot) buffer around current or historically occupied habitat for threatened, endangered, proposed, candidate, or BLM sensitive plant species unless all of the following conditions are met: 1) Section 7 consultation with USFWS on federally listed or proposed threatened or endangered species has been completed 2) Valid current surveys for protected species have been completed. 3) Mitigation has been applied to avoid adverse impacts to protected species. 4) The proposed disturbance would occur in unsuitable habitat. Other surface-disturbing activities may be allowed in suitable habitat if conditions 1 through 3 above are met, and the purpose or the result of the activity would improve habitat conditions for the protected species. In addition to the exception criteria above, exceptions may be granted for activities in Harrington's penstemon habitat outside ACECs where no other feasible alternatives are available, and losses of population numbers comprise less than 5 percent of total population present in the action area. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-20** **Sensitive Plant Occupied Habitat** *1,600 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 100-meter (328-foot) buffer around occupied BLM sensitive plant species habitat. Outside ACECs, this NSO will not apply to Harrington's penstemon habitat. **PURPOSE:** To protect core populations of Harrington's penstemon within ACECs and to protect occupied habitat of other BLM sensitive plant species. | | ● | | |

BLM_0017368

**Table B-7**
**No Surface Use (NSU) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1]  Protected Resource  Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | **EXCEPTION:** Standard exceptions apply (Section B.3).  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-22**  **DeBeque Phacelia Suitable Habitat** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within suitable habitat for DeBeque phacelia.  **PURPOSE:** To protect the rare annual plant DeBeque phacelia, which may not germinate every year.  **EXCEPTION:** Standard exceptions apply (Section B.3).  In addition, prohibit surface occupancy and surface-disturbing activities within suitable habitat for DeBeque phacelia unless absence is demonstrated in the following way: Known DeBeque phacelia sites near the project area should be monitored by a qualified botanist during the flowering period (as determined by best available science) each year. If DeBeque phacelia is located at three nearby known sites in a given year, that year will be deemed a "reliable year." If DeBeque phacelia is not detected at the suitable habitat to be impacted during a reliable year, an exception to the NSO may be granted for that site and that year.  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). | | • | • | • |
| | **Special Status Species – Wildlife and Fish** | | | | | |
| NSO | *GS-NSO-6*  *[NSO CO-2]*  *(BLM 1999b)*  **Grouse Leks**  *2,600 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of a lek site (courtship area).  Grouse species within the CRVFO area include greater sage-grouse and Columbian sharp-tailed grouse, and lesser and greater prairie chickens.  **PURPOSE:** To protect greater sage-grouse and Columbian sharp-tailed grouse leks.  **EXCEPTION:** Standard exceptions apply (Section B.3).  In addition, the NSO area may be altered depending upon the active status of the lek or the geographical relationship of | • | | | |

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | topographical barriers and vegetation screening to the lek site. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-23** **Greater Sage-grouse Leks** *4,400 Acres* | **STIPULATION:** Prohibit surface use, occupancy, and surface-disturbing activities within a 0.6-mile radius of an active or historic (used within the last 10 years) lek. **PURPOSE:** To protect active greater sage-grouse leks. **EXCEPTION:** Standard exceptions apply (see Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (see Section B.3). **WAIVER:** Standard waivers apply (see Section B.3). | | ● | ● | ● |
| NSO | **CRV-NSO-24** **Active Columbian Sharp-tailed Grouse Leks** | **STIPULATION:** Prohibit surface use, occupancy, and surface-disturbing activities within a 0.4-mile radius of an active lek (used within the last 10 years). **PURPOSE:** To protect active Columbian sharp-tailed grouse leks. **EXCEPTION:** Standard exceptions apply (see Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (see Section B.3). **WAIVER:** Standard waivers apply (see Section B.3). | | ● | | ● |
| NSO | **CRV-NSO-25** **Known Columbian Sharp-tailed Grouse Leks** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.4-mile radius of a known (historic or active) lek. **PURPOSE:** To protect known (historic or active) Columbian sharp-tailed grouse leks. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). | | | ● | |

BLM_0017370

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | WAIVER: Standard waivers apply (Section B.3). | | | | |
| NSO | *GS-NSO-8* *[NSO CO-4]* *(BLM 1999b)* CRV-NSO-26 **Bald Eagle Roost or Nest Site** *410 Acres* | STIPULATION: Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of the roost or nest site. PURPOSE: To protect bald eagle roosts and nest sites. EXCEPTION: Standard exceptions apply (Section B.3). In addition, for roost sites, the NSO applies to the essential features of the winter roost complex. The NSO area may be altered, depending on the active status of the roost *or* the geographical relationship of topographic barriers and vegetation screening to the roost site. There are no exceptions currently identified for nest sites. MODIFICATION: Standard modifications apply (Section B.3). WAIVER: Standard waivers apply (Section B.3). | • | • | • | • |
| NSO | *GS-NSO-9* *[NSO CO-5]* *(BLM 1999b)* CRV-NSO-27 **Peregrine Falcon Cliff-Nesting Complex** *190 Acres* | STIPULATION: Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile radius of a cliff-nesting complex. PURPOSE: To protect peregrine falcon nest sites. EXCEPTION: Standard exceptions apply (Section B.3 MODIFICATION: Standard modifications apply (Section B.3). WAIVER: Standard waivers apply (Section B.3). | • | • | • | • |
| NSO | *GS-NSO-10* *[NSO CO-6]* *(BLM 1999b)* CRV-NSO-28 **Mexican Spotted Owl** | STIPULATION: Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile radius of a roost or nest site. PURPOSE: To protect Mexican spotted owl roosts and nest sites. EXCEPTION: Standard exceptions apply (Section B.3). In addition, after Section 7 consultation with USFWS, exceptions may be permitted. MODIFICATION: Standard modifications apply (Section B.3). | • | • | • | • |

BLM_0017371

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] / Protected Resource / Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | WAIVER: Standard waivers apply (Section B.3). | | | | |
| NSO | *GS-NSO-7 [NSO CO-19] (BLM 1999b)* **Ferruginous Hawk Nesting and Fledgling Habitat** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.125-mile radius of a nest site. **PURPOSE:** To protect ferruginous hawk nesting and fledgling habitat during usage and to avoid nest abandonment. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |
| NSO | **CRV-NSO-29** **Ferruginous Hawk Nesting and Fledgling Habitat** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile radius of a nest site. **PURPOSE:** To protect ferruginous hawk nesting and fledgling habitat during usage and to avoid nest abandonment. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |
| NSO | **CRV-NSO-30** **Special Status Bat Species Roost Sites** *450 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of Townsend's big-eared bat, fringed myotis, and special status bat species roost sites. **PURPOSE:** To protect bat roost sites. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | |
| NSO | **CRV-NSO-31** **Conservation and Core Conservation** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of streams containing conservation and core conservation populations of Colorado River cutthroat trout. Where the riparian corridor | | | | ● |

BLM_0017372

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | **Populations of Colorado River Cutthroat Trout** *1,500 Acres* | width is greater than 100 meters from the stream, prohibit surface occupancy and surface-disturbing activities within the riparian zone. **PURPOSE:** To protect conservation and core conservation populations of Colorado River cutthroat trout. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, in-channel restoration work designed to improve stream habitat conditions, riparian plantings, temporary disturbances of less than 0.1 acre, actions requiring a Section 404 permit from the US Army Corps of Engineers with subsequent mitigation and BMPs are implemented. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-32** **Endangered Big-River Fishes (Colorado Pikeminnow, Razorback Sucker, Humpback Chub, Bonytail Chub)** *90 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of the mapped 100-year floodplain on the Colorado River from Glenwood Springs downstream to the CRVFO terminus. On streams where the riparian corridor width is greater than 100 meters (328 feet) beyond the 100-year floodplain, prohibit surface occupancy and surface-disturbing activities within the riparian zone. **PURPOSE:** To protect designated critical habitat of special status species big river fish (Colorado pikeminnow, razorback sucker, bonytail chub, humpback chub) and water quality. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, in-channel restoration work designed to improve stream habitat conditions, riparian plantings, temporary disturbances of less than 0.1 acre, and actions requiring a Section 404 permit from the US Army Corps of Engineers with subsequent mitigation. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |

BLM_0017373

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| NSO | **CRV-NSO-33** **Sensitive Big-River Fishes (Flannelmouth Sucker, Bluehead Sucker, Roundtail Chub)** *4,800 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of all occupied or seasonally occupied tributary streams for flannelmouth sucker, bluehead sucker, and roundtail chub. On streams where the riparian corridor width is greater than 100 meters (328 feet) from stream edge, prohibit surface occupancy and surface-disturbing activities within the riparian zone. **PURPOSE:** To protect flannelmouth sucker, bluehead sucker, and roundtail chub. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, in-channel restoration work designed to improve stream habitat conditions, riparian plantings, temporary disturbances of less than 0.1 acre, and actions requiring a Section 404 permit from the US Army Corps of Engineers with subsequent mitigation. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | • | • | • |
| NSO | **CRV-NSO-34** **Sensitive Amphibians (Boreal Toad, Northern Leopard Frog, Wood Frog)** *3,800 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 800 meters (0.5-mile) of identified breeding sites for amphibian listed as BLM sensitive species. **PURPOSE:** To protect the boreal toad, northern leopard frog, and wood frog. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | • | |
| **Cultural Resources** | | | | | | |
| NSO | **CRV-NSO-37** **Heritage Areas (Traditional Cultural Properties)** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.25 mile of heritage areas. **PURPOSE:** To protect the integrity of place, setting, and/or feeling. **EXCEPTION:** Standard exceptions apply (Section B.3). The | | • | • | • |

BLM_0017374

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | heritage area protection boundary may be modified on a case-by-case basis taking into account topographical barriers, existing disturbances, the nature of the proposed action, and the nature of the heritage area. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | *(BLM 2008f)* **CRV-NSO-38** **Historic Properties (100 meters [328 feet])** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 100 meters (328 feet) of historic properties. **PURPOSE:** To protect historic properties. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | ● |
| | **CRV-NSO-39** **Historic Properties (200 meters [656 feet])** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 200 meters (656 feet) of historic properties. **PURPOSE:** To protect historic properties. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | |
| | **Visual Resources** | | | | | |
| NSO | *GS-NSO-18* *(BLM 1999b)* **Interstate 70 Viewshed** *9,500 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on slopes over 30 percent with high visual sensitivity in the Interstate 70 viewshed. **PURPOSE:** Lands with high visual sensitivity are those lands within 5 miles of Interstate 70, of moderate to high visual exposure, where details of vegetation and landform are readily discernible and changes in visual contrast can be easily noticed | ● | | | |

BLM_0017375

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | by the casual observer on the interstate. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exceptions may be granted if protective measures can be designed to accomplish VRM Class II objectives, namely that the overall landscape character would be retained. Such measures would be designed to blend the disturbance in with the natural landscape. BLM acknowledges that activities on private lands alter the landscape character and affect the visual quality of the overall landscape. Such modifications to the overall landscape character will be considered when evaluating mitigation proposals. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-41** **VRM Class II Areas with Slopes over 30 percent and High Visual Sensitivity** *Alternative B = 93,100 Acres* *Alternative C = 94,400 Acres* *Alternative D = 80,500 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in VRM Class II areas with slopes over 30 percent and high visual sensitivity. Lands with high visual sensitivity are those lands within 5 miles of the sensitive viewshed corridors of moderate to high visual exposure, where details of vegetation and landform are readily discernible, and changes in visual contrast can be easily noticed by the casual observer. **PURPOSE:** To preserve the visual setting and visual integrity. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, an exception could be granted if a viewshed analysis indicates no impairment of the visual resources from the driving corridor. **MODIFICATION:** Standard modifications apply (Section B.3). In addition, the boundaries of the stipulated area may be modified if the VRM Class boundaries are modified. **WAIVER:** Standard waivers apply (Section B.3). In addition, this stipulation may be waived if the area is no longer designated as VRM Class II. | | • | • | • |
| NSO | **CRV-NSO-42** **VRM Class I** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within areas designated VRM Class I. **PURPOSE:** The objective of this class is to preserve the | | • | • | • |

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | **Areas** *35,600 Acres* | existing character of the landscape. This class provides for natural ecological changes; however, it does not preclude very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention (Manual H-8410-1, Visual Resource Inventory). **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). In addition, the boundaries of the stipulated area may be modified if the VRM Class I boundaries are modified. **WAIVER:** Standard waivers apply (Section B.3). In addition, this stipulation may be waived if the area is no longer designated as VRM Class I. | | | | |
| | **Lands with Wilderness Characteristics (LWCs)** | | | | | |
| **NSO** | **CRV-NSO-43** **LWCs** *47,000 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities on LWCs outside WSAs. **PURPOSE:** To protect wilderness characteristics. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, an exception could be authorized if the surface-disturbing activity is consistent and compatible with protecting wilderness characteristics. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | ● | |
| | **Cave and Karst Resources** | | | | | |
| **NSO** | *GS-NSO-16 (BLM 1999b)* **CRV-NSO-54** **Deep Creek Cave Area** *5,100 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in the Deep Creek Cave Area (includes no subsurface occupancy for 5,000 feet below the surface). The area encompasses the cave openings, subsurface features, and watersheds immediately above the caves and extending northward to the BLM boundary. **PURPOSE:** To protect the scientific and wildlife values provided by these caves. **EXCEPTION:** Standard exceptions apply (Section B.3). No | ● | | ● | |

BLM_0017377

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1]  Protected Resource  Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | additional specific exception criteria apply.  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-44**  **Cave and Karst Occurrence Area**  *680 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 40-acre area at each of 17 known cave and karst resources (includes no subsurface occupancy for 5,000 feet below the surface). The NSO area encompasses the cave opening and associated subsurface features and the immediately overlying watershed.  **PURPOSE:** To protect the scientific and wildlife values associated with cave openings provided by these caves and to avoid the difficulties inherent in drilling such locations.  **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). | | • | • | • |
| | **Recreation and Visitor Services** | | | | | |
| NSO | *GS-NSO-16 (BLM 1999b)*  **CRV-NSO-45**  **Rifle Mountain Park**  *450 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in Rifle Mountain Park.  **PURPOSE:** To protect the recreational setting, recreation opportunities, and recreation facilities.  **EXCEPTION:** No exceptions (including standard exceptions in Section B.3) are permitted.  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). | • | • | • | • |
| NSO | *GS-NSO-16 (BLM 1999b)*  **Special Recreation Management Areas (SRMAs),** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in the following:  o  Bull Gulch ACEC/SRMA  o  Deep Creek ACEC/SRMA  o  Deep Creek Cave Area (extends to 5,000 feet below the surface) | • | | | |

BLM_0017378

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | **Deep Creek Cave, and ACECs** *22,300 Acres* | o  Hack Lake SRMA<br>o  Thompson Creek ACEC/SRMA<br><br>**PURPOSE:** To protect the recreational setting, recreation opportunities, and recreation facilities provided within the SRMAs.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | | | | |
| **NSO** | *GS-NSO-17 (BLM 1999b)* **Recreation Management Areas** *64,100 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in the following:<br>o  King Mountain Area<br>o  Siloam Springs Area<br>o  Castle Peak Area<br>o  Bull Gulch Area (the portion of the Bull Gulch WSA not within the Bull Gulch SRMA)<br>o  Sunlight Peak Area<br>o  Haff Ranch portion of Fisher Creek Area<br>o  King Creek Area (840 acres on the north side of King Mountain)<br>o  Pisgah Mountain Area.<br><br>**PURPOSE:** To protect non-motorized recreation opportunities.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). In addition, no exceptions are permitted in: King Mountain Area, Siloam Springs Area, Castle Peak Area, Bull Gulch Area (the portion of the Bull Gulch WSA not within the Bull Gulch SRMA), Sunlight Peak Area, and Fisher Creek Area (Haff Ranch). Exceptions: For the Pisgah Mountain Area, oil and gas drilling and maintenance operations on designated BLM Roads 8530, 8536, and 8585 will be permitted, because these roads are open to motorized public use. For the King Creek Area, use of the two roads previously authorized for motorized use by adjacent landowners will be permitted. These exceptions are available provided well pads and associated facilities could be located within 100 yards of the | ● | | | |

BLM_0017379

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | designated (Pisgah Mountain Area) or previously authorized (King Creek Area) roads. Certain timing restrictions consistent with current travel management regulations for the affected areas will also be necessary so that operations would not substantially affect the non-motorized recreation values in the area. Note: Non-motorized recreation opportunities are those experiences where the visitor can generally expect to see fewer people, because the access is more difficult or challenging, and enjoy a mostly natural setting with a higher degree of solitude and tranquility. BLM's overall management goal for the identified areas is to maintain the non-motorized recreation opportunities. Non-motorized recreation opportunities are not exclusive of other uses; however, when other uses with the potential to conflict with these opportunities are being considered, the impact to the non-motorized recreation opportunities will be evaluated._ Multiple use consistent with the CRVFO RMP will be accommodated to the extent that such use has minimal impact on the non-motorized recreation opportunities._ **MODIFICATION:** Standard modifications apply (Section B.3)._ **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| NSO | **CRV-NSO-46**<br><br>**Special Recreation Management Areas**<br><br>*Alternative B = 49,600 Acres*<br><br>*Alternative C = 23,800 Acres*<br><br>*Alternative D = 27,100 Acres* | **STIPULATION:** Prohibit surface use, occupancy, and surface-disturbing activities in SRMAs. This includes:<br><br>Alternative B:<br>  o  The Crown<br>  o  Hack Lake<br>  o  King Mountain<br>  o  Red Hill<br>  o  Upper Colorado River<br><br>Alternative C:<br>  o  Red Hill<br>  o  Upper Colorado River<br><br>Alternative D:<br>  o  Same as Alternative C | | ● | ● | ● |

BLM_0017380

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | **PURPOSE:** To (1) protect the prescribed physical, social, and operational recreational setting characteristics; (2) achieve the targeted recreation opportunities (including recreational activities, experiences, and outcomes); and (3) address visitor health/safety issues and use/user conflicts. | | | | |
| | | **EXCEPTION:** Standard exceptions apply to non-recreational activities. This stipulation does not apply to surface use, occupancy and surface disturbing activities (e.g., facilities, trails, events if permitted) performed by the recreation and visitor services program to achieve outcome objective, enhance the targeted recreation opportunities, or retain/enhance the physical, social, or operational recreation setting characteristics of the SRMA. Surface use or occupancy or a surface-disturbing activity may be permitted if BLM Authorized Officer determines that the requested activity would not impair (1) the prescribed physical, social, and operational recreational setting characteristics; (2) the targeted recreation opportunities (including recreational activities, experiences and benefits); and (3) visitor health and safety; within SRMAs. In making this determination, BLM will consider the following resource factors: type, amount, and duration of the surface disturbance; relative extent proposal; topography and vegetation screening; type, location, duration, and intensity of potential adverse effects; and mitigation measures to avoid, minimize, or offset the adverse effects. | | | | |
| | | **MODIFICATION:** Standard modifications apply (see Section B.3). | | | | |
| | | **WAIVER:** Standard waivers apply (see Section B.3). | | | | |
| | **Coal** | | | | | |
| NSO | *GS-NSO-1 (BLM 1999b)* <br><br> **CRV-NSO-47** <br><br> **Surface Coal Mines** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within the area of an approved surface coal mine. <br><br> **PURPOSE:** To conserve natural resources. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, this stipulation may be waived without a plan amendment if the lessee agrees that any well approved for drilling will be plugged below the coal when the crest of the highwall approaches within 500 feet of the well, and that the | • | • | • | • |

BLM_0017381

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|------|------|------|---|---|---|---|
| | | well will be re-entered or re-drilled after completion of mining operations through the well location.  A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| | **Areas of Critical Environmental Concern (ACECs)** | | | | | |
| NSO | *GS-NSO-16 (BLM 1999b)* **CRV-NSO-49** **ACECs** *Alternative A = 23,200 Acres* *Alternative B = 28,400 Acres* *Alternative C = 67,200 Acres* *Alternative D = 20,200 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in the following ACECs: Alternatives A: <br>o Bull Gulch <br>o Deep Creek <br>o Glenwood Springs Debris Flow Hazard Zones <br>o Thompson Creek (formerly Natural Environment Area). <br>Alternative B: <br>Same as Alternative A, plus: <br>o Blue Hill <br>o Dotsero Crater and NSO-20 around occupied Rare Plant Habitat within the following ACECs: <br>o Hardscrabble-Mayer Gulch <br>o Lyons Gulch <br>o Sheep Creek Uplands <br>Alternative C: <br>Same as Alternative B, plus: <br>o Abrams Creek <br>o Colorado River Seeps <br>o Grand Hogback <br>o Greater Sage-grouse Habitat <br>o McCoy Fan Delta <br>Within the following ACECs, NSO-19 only around occupied Rare Plant Habitat:: <br>o Hardscrabble-Mayer Gulch/East Eagle <br>o Lyons Gulch <br>o Mount Logan Foothills <br>o Sheep Creek Uplands | ● | ● | ● | ● |

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1] <br><br> **Protected Resource** <br><br> Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | o    The Crown Ridge <br> <u>Alternative D:</u> <br> o    Blue Hill <br> o    Bull Gulch <br> o    Glenwood Springs Debris Flow Hazard Zones <br><br> **PURPOSE:** To protect the relevant and important values for which the ACEC was established. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.3).  No additional specific exception criteria apply. <br><br> **MODIFICATION:** Standard modifications apply (Section B.3). <br><br> **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| | **Wilderness Study Areas (WSAs)** | | | | | |
| NSO | *GS-NSO-27,7242* <br><br> **CRV-NSO-50** <br><br> **Wilderness Study Areas** <br><br> *36,700 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities in all WSAs.  All WSAs are closed to fluid minerals leasing. <br><br> **PURPOSE:** To preserve wilderness characteristics in WSAs in accordance with non-impairment standards as defined by Interim Management Policy for land under wilderness review (BLM Manual H-8550-1). <br><br> **EXCEPTION:** Standard exceptions apply (Section B.3).  In addition, the Authorized Officer may grant an exception if an environmental analysis of a proposed action reveals that wilderness values would not be impacted, or that impacts could be adequately mitigated (see BLM H-8550-1). <br><br> **MODIFICATION:** Standard modifications apply (Section B.3).  In addition, the stipulation may be modified if the WSA boundary is modified by Congress. <br><br> **WAIVER:** Standard waivers apply (Section B.3).  In addition, the stipulation may be waived if the WSA is released by Congress for multiple uses. | • | • | • | • |

BLM_0017383

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-7**
**No Surface Use (NSO) Stipulations Applicable to**
**Fluid Minerals Leasing and All Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1]  Protected Resource  Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| Wild and Scenic Rivers (WSRs) | | | | | | |
| NSO | CRV-NSO-51  **Suitable Stream Segments Classified as "Wild"**  *1,200 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within 0.25-mile of either side of the active river channel.  **PURPOSE:** To protect the outstanding remarkable values (ORV), water quality, and the free-flowing nature and recommended classification of suitable segments.  **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.  **MODIFICATION:** The boundaries of the stipulated area may be modified if the suitable segment boundaries are modified.  **WAIVER:** Until interim protection is changed by Congress. | | ● | ● | |

[1] CRV = applicable to CRVFO. Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply to CRVFO leases preceding March 1999). Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

BLM_0017384

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | Soils | | | | | |
| CSU | *GS-CSU-4 (BLM 1999b)* **Erosive Soils on Slopes Greater than 30 Percent** *172,300 Acres* | **STIPULATION:** Require special design, construction, operation, and reclamation measures to limit the amount of surface disturbance, to reduce erosion potential, to maintain site stability and productivity, and to insure successful reclamation in identified areas of highly erosive soils and on slopes greater than 30 percent. Highly erosive soils are soils in the "severe" and "very severe" erosion classes based on NRCS Erosion Condition mapping. Areas identified in the RMP as Erosion Hazard Areas and Water Quality Management Areas are also included in this stipulation. Implementation may include relocation of operations beyond 200 meters (656 feet). The surface use plan of the application for permit to drill submitted for wells on erosive soils or slopes greater than 30 percent must include specific measures to comply with the Glenwood Springs Resource Area Reclamation Policy, such as stabilizing the site to prevent settling, land sliding, slumping, and highwall degradation, and controlling erosion to protect the site and adjacent areas from accelerated erosion and sedimentation and siltation of nearby water sources. Specific performance objectives for the plan include: <br> o Limiting total disturbance to 3.0 acres for the well pad. <br> o Limiting the interim *in use* area to 0.5 acre. <br> o Maximizing the area of interim reclamation that is shaped to a grade of 3:1 or less; any planned highwall must be demonstrated to be safe and stable and include enhanced reclamation and erosion prevention measures, as needed. <br> The operator must also provide an evaluation of the site's reclamation potential based on problematic characteristics of the site (slope, aspect, vegetation, depth of soils, soil salinity, and alkali content) and a comparison of the site with comparable sites already constructed. When the proposed site is comparable to sites where reclamation has not been successful, the operator will be required to make | ● | | | |

BLM_0017385

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | A | B | C | D |
| | | adjustments to reclamation techniques. Special measures might include locating production facilities offsite; building roads to higher standards, including surfacing; constructing sediment catchments; reclaiming the reserve pit immediately after use; and applying fertilizers, mulches, soil additives, and geotextile fabrics. The Authorized Officer will evaluate plans submitted by the operator and approve a design and any special measures that best accomplish the performance objectives, achieving a reasonable balance of site stability and revegetation potential, and minimizing overall disturbance. **PURPOSE:** To reduce erosion potential, maintain site stability and productivity, and insure successful reclamation in identified areas of highly erosive soils and on slopes greater than 30 percent. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| CSU | CRV-CSU-1 **Slopes Greater than 30 Percent and/or Soils with Severe Erosion Hazard** *173,400 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions on areas steeper than 30 percent and/or soils with severe erosion hazard as mapped by the NRCS. **PURPOSE:** To reduce erosion potential, maintain site stability and productivity, and insure successful reclamation in identified areas having soils with severe erosion hazard and/or with slopes greater than 30 percent. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |

BLM_0017386

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] <br><br> Protected Resource <br><br> Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | **Water** | | | | | |
| CSU | **CRV-CSU-2** <br><br> **Hydrologic Features** <br><br> *69,000 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 100 feet of the edge of a hydrologic feature as determined on a case-by-case basis by GIS and/or field tools. For CRVFO, hydrologic features include ephemeral, intermittent, and perennial channels; wetlands; lakes; fens; and springs. <br><br> **PURPOSE:** To protect water quality and aquatic values and to prevent channel degradation. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. <br><br> **MODIFICATION:** Standard modifications apply (Section B.3). <br><br> **WAIVER:** Standard waivers apply (Section B.3). | | | ● | |
| | **Vegetation** | | | | | |
| CSU | *GS-CSU-2 (BLM 1999b)* <br><br> **CRV-CSU-3** <br><br> **Riparian/Wetland Vegetation Zones (500 feet of Outer Edge)** <br><br> *50,100 Acres* | **STIPULATION:** Within the riparian/wetland area and within 500 feet of the riparian or wetland vegetation, surface-disturbing activities may require special design, construction, and implementation measures, including relocation of operations beyond 200 meters (656 feet). The actual required measures will be based on the purpose, nature, and extent of the disturbance, the affected wetland/riparian area and values, and the feasibility of relocating the project. <br><br> **PURPOSE:** To protect the values and functions of the riparian and wetland zones. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. <br><br> **MODIFICATION:** Standard modifications apply (Section B.3). <br><br> **WAIVER:** Standard waivers apply (Section B.3). | ● | ● | ● | ● |

BLM_0017387

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | **Wildlife** | | | | | |
| CSU | **CRV-CSU-4** **State Wildlife Areas** *7,500 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities on all state-owned Wildlife Areas. **PURPOSE:** To protect wildlife habitat values for which these areas were acquired by the state, including crucial big game and upland gamebird winter habitat, winter concentration areas, and riparian values. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | ● |
| | **Aquatic Wildlife and Fisheries** | | | | | |
| CSU | **CRV-CSU-6** **Trout-Bearing Streams** *17,500 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 100 meters (328 feet) of all trout-bearing streams, except those native cutthroat streams identified as Conservation and Core Conservation Populations of Colorado River cutthroat trout and greenback cutthroat trout.  On streams where riparian corridor width is greater than 100 meters (328 feet) from stream edge, special design, construction, or implementation measures, including relocation of operations beyond 200 meters (656 feet) may be required. **PURPOSE:** To protect trout. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, in-channel restoration or enhancement work designed to improve stream habitat conditions, riparian plantings, temporary disturbances of less than 0.1-acre, actions requiring a 404 Permit from the US Army Corps of Engineers with subsequent mitigation, and areas where slope is less than 15 percent and BMPs are implemented. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | ● |

BLM_0017388

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | **Special Status Species** | | | | | |
| CSU | *GS-CSU-3 (BLM 1999b)* **Species Listed as Sensitive by BLM (including significant plant communities)** *144,700 Acres* | **STIPULATION:** For species listed as sensitive by BLM and for significant natural plant communities, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. For plants, habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species or communities. (This applies to all sensitive wildlife, fish, and plant species and all significant natural plant communities.) **PURPOSE:** To protect BLM sensitive species and their habitat needs. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |
| CSU | **CRV-CSU-7** **Significant Plant Communities** | **STIPULATION:** For those plant communities that meet BLM's criteria for significant plant communities, special design, construction, and implementation measures, including relocation of operations by more than 200 meters (656 feet), may be required. For plant communities, habitat areas include occupied habitat and habitat necessary for the maintenance or recovery of the species or communities. **PURPOSE:** To protect the quality and quantity of habitat for significant plant communities. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |

BLM_0017389

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| CSU | **CRV-CSU-8** **Harrington's Penstemon Habitat outside ACECs** *13,800 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within a 100-meter (328-foot) buffer around occupied Harrington's penstemon habitat outside ACECs. **PURPOSE:** To protect Harrington's penstemon habitat outside ACECs. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | | |
| CSU | **CRV-CSU-9** **Sensitive Plant Occupied Habitat** *15,200 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to surface-disturbing activities within a 100-meter (328-foot) buffer around occupied habitat for BLM sensitive species (including Harrington's penstemon) **PURPOSE:** To protect BLM sensitive plant species. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | ● |
| CSU | **CRV-CSU-13** **Sage-grouse Habitat** *31,900 Acres* | **STIPULATION:** Apply CSU to protect sagebrush plant communities within sage-grouse habitat. **PURPOSE:** To manage the identified large blocks of sagebrush to protect from fragmentation and degradation. Sustaining the integrity of the sagebrush biome would be the priority in these areas. These patches would also protect occupied greater sage-grouse habitat, potential greater sage-grouse habitat, and big game winter range. Other uses would be allowed providing they are compatible with the objective. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, habitat improvement projects and range projects would be allowed providing these projects are | | ● | ● | |

BLM_0017390

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | compatible or beneficial to sagebrush ecosystems. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| CSU | **CRV-CSU-14** **Special Status Bat Species Roost Sites** *450 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 0.25 mile of special status bat species roost sites. **PURPOSE:** To protect special status bat-species roost sites. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | ● |
| CSU | **CRV-CSU-15** **Sensitive Amphibians (Boreal Toad, Northern Leopard Frog, Wood Frog)** *3,800 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within an 800-meter (0.5-mile) buffer around all identified breeding sites. **PURPOSE:** To protect boreal toad, northern leopard frog, and wood frog. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | | ● |

BLM_0017391

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | **Visual Resources** | | | | | |
| **CSU** | *GS-CSU-5 (BLM 1999b) CSU* **CRV-CSU-16** **VRM Class II** *Alternative A = 264,800 Acres* *Alternative B = 335,900 Acres* *Alternative C = 344,500 Acres* *Alternative D = 284,000 Acres* | **STIPULATION:** Ensure that surface-disturbing activities within VRM Class II areas comply with BLM Handbook 8431-1 to retain the existing character of the landscape. Management activities may be visible but should not attract attention of the casual observer.  Any change to the landscape must repeat the basic elements of form, line, color, and texture found in the predominant natural features of the characteristic landscape.  Special design measures, mitigation plans, or relocation of operations by more than 200 meters (656 feet) may be required to protect visual values. **PURPOSE:** To protect visual values. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | ● | ● | ● |
| | **Recreation and Visitor Services** | | | | | |
| **CSU** | **CRV-CSU-17** **Special Recreation Management Areas** *Alternative B = 1,400 Acres* *Alternative D = 41,100 Acres* | **STIPULATION:** Apply constraints surface use, occupancy, and surface-disturbing activities to minimize conflicts with recreation opportunities, and recreation setting characteristics and visitor health and safety within the following SRMAs: Alternative B:  o   Bocco Mountain  Alternative D:  o   Bocco Mountain  o   The Crown  o   Fisher Creek  o   Hardscrabble/East Eagle  o   Thompson Creek  **PURPOSE:** To minimize impacts to (1) the prescribed physical, social, and operational recreational setting | | ● | | ● |

BLM_0017392

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | characteristics; (2) the targeted recreation opportunities (including recreational activities, experiences, and outcomes); and (3) visitor health/safety.  **EXCEPTION:** Standard exceptions apply to non-recreational activities. This stipulation does not apply to surface use, occupancy and surface disturbing activities (e.g., facilities, trails, events - if permitted) performed by the recreation and visitor services program to achieve the outcome objective, enhance the targeted recreation opportunities, or retain/enhance physical, social, or operational recreation setting characteristics of the SRMA.  **MODIFICATION:** Standard modifications apply (see Section B.3).  **WAIVER:** Standard waivers apply (see Section B.3). | | | | |
| CSU | **CRV-CSU-18**  **Extensive Recreation Management Areas**  *Alternative B = 44,100 Acres*  *Alternative C = 26,200* | **STIPULATION:** Apply constraints on surface use, occupancy, and surface disturbing activities to minimize conflicts with recreation opportunities, and recreation setting characteristics and visitor health and safety within the following ERMAs:  Alternative B: <br> o  Fisher Creek <br> o  Hardscrabble/East Eagle <br> o  New Castle <br> o  Silt Mesa <br> o  Thompson Creek.  Alternative C: <br> o  King Mountain <br> o  New Castle <br> o  Silt Mesa  **PURPOSE:** To (a) minimize impacts to recreation opportunities, (b) maintain particular recreation setting characteristics, and (c) protect visitor health/safety. ERMAs offer recreation opportunities that facilitate the visitors' freedom to pursue a variety of outdoor recreation activities and attain a variety of outcomes. | | • | • | |

BLM_0017393

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1]  Protected Resource  Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | **EXCEPTION:** Standard exceptions apply to non-recreational activities. This stipulation does not apply to surface use, occupancy and surface disturbing activities (e.g., facilities, trails, events- if permitted) performed by the recreation and visitor services program to achieve the management objectives for the ERMA.  **MODIFICATION:** Standard modifications apply (see Section B.3).  **WAIVER:** Standard waivers apply (see Section B.3). | | | | |
| CSU | **CRV-CSU-19**  **Developed Recreation Facilities and Trails** | **STIPULATION:** Apply constraints on constraint on surface use, occupancy, and surface-disturbing activities of developed recreation sites and mapped national/regional trails, local system trails that connect communities, trailheads and interpretive sites with exceptional recreation value, recreation investment (i.e., time or funding), or local public interest.  **PURPOSE:** To minimize conflicts with new and existing BLM recreation facility investments (i.e. trails, recreation sites, boat launches, trailheads, interpretive sites), provide for recreational use, protect visitor health and safety, and protect the viewshed of the recreation facility.  **EXCEPTION:** Standard exceptions apply to non-recreational activities. This stipulation does not apply to surface use, occupancy and surface disturbing activities (e.g., facilities, trails, events- if permitted) performed by the recreation and visitor services program to achieve the management objectives for the ERMA.  **MODIFICATION:** Standard modifications apply (see Section B.3).  **WAIVER:** Standard waivers apply (see Section B.3). | | • | • | • |
| | **Coal** | | | | | |
| CSU | *GS-CSU-1 (BLM 1999b)*  **CRV-CSU-20**  **Underground Coal** | **STIPULATION:** Apply CSU (site-specific relocation) restrictions to oil and gas operations within the area of federally leased coal lands. Relocate oil and gas operations outside the area to be mined or located to accommodate room and pillar mining operations. | • | • | • | • |

BLM_0017394

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1]  Protected Resource  Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | Mines | **PURPOSE:** To protect coal resources.  **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). In addition, this stipulation may be waived without a plan amendment if the lessee agrees that the drilling of a well will be subject to the following conditions:  ○ The well must be plugged when the mine is within 500 feet of the well bore.  ○ The well must be plugged in accordance with Mine Safety and Health Administration (formerly Mine Enforcement and Safety Administration) Informational Report 1052.  ○ The operator will provide an accurate location of where the casing intercepts the coal by providing a directional and deviational survey of the well to the coal operator.  ○ Alternatively, the operator will relocate well into a permanent pillar or more than 500 feet outside the area to be mined. A suspension of operations and production will be considered when the well is plugged and a new well is to be drilled after mining operations move through the location. | | | | |
| | **Wilderness Study Areas (WSAs)** | | | | | |
| CSU | **CRV-CSU-22**  **Wilderness Study Areas if released from Wilderness Consideration** | **STIPULATION:** If Congress releases WSAs from wilderness consideration, then apply CSU (site-specific relocation) restrictions to the lands.  **PURPOSE:** To protect recreation activity opportunities.  **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.  **MODIFICATION:** Standard modifications apply (Section B.3).  **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |

BLM_0017395

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-8**
**Controlled Surface Use (CSU) Stipulations Applicable to**
**Fluid Minerals Development and Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|------|------|------|---|---|---|---|
| | | | A | B | C | D |
| | **Wild and Scenic Rivers (WSRs)** | | | | | |
| CSU | **CRV-CSU-23** <br><br> **Suitable Stream Segments Classified as "Scenic" and "Recreational"** <br><br> *Alternative B = 10,800 Acres* <br><br> *Alternative C = 17,500 Acres* | **STIPULATION:** Apply CSU (site-specific relocation) restrictions within 0.25-mile on either side of the active river channel. <br><br> **PURPOSE:** To protect the outstandingly remarkable values for which the stream segments were found suitable. <br><br> **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. <br><br> **MODIFICATION:** Standard modifications apply (Section B.3). <br><br> **WAIVER:** Standard waivers apply (Section B.3). In addition, until designated or released to multiple use by Congress, adopt the interim protective management guidelines identified in Alternative A. | | ● | ● | |

[1] CRV = applicable to CRVFO. Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply to CRVFO leases preceding March 1999). Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

BLM_0017396

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | **Fish and Wildlife** | | | | | |
| TL | *GS-TL-1* *[NSO CO-9]* *(BLM 1999b)* **Big Game Winter Habitat** *274,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from December 1 to April 30 to protect big game (mule deer, elk, pronghorn antelope, and bighorn sheep) winter range, including crucial winter habitat and other definable winter range as mapped by the CDOW.  This may apply to sundry notices that require an environmental analysis. **PURPOSE:** To protect winter habitat that includes severe big game winter range and other high-value winter habitat as mapped by CDOW. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, under mild winter conditions, the last 60 days of the seasonal limitation period may be suspended after consultation with CDOW.  Severity of the winter will be determined based on snow depth, snow crusting, daily mean temperatures, and whether animals are concentrated on winter range during the winter months. This limitation may apply to work requiring a Sundry Notice pending environmental analysis of any operational or production aspects. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |

BLM_0017397

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| TL | **CRV-TL-1**<br><br>**Big Game Winter Habitat**<br><br>*274,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from December 1 to April 30 to protect big game (mule deer, elk, pronghorn antelope, moose, and bighorn sheep) winter range, including crucial winter habitat and other definable winter range as mapped by the CDOW. This may apply to sundry notices that require an environmental analysis.<br><br>**PURPOSE:** To protect winter habitat that includes severe big game winter range and other high-value winter habitat as mapped by CDOW.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). In addition, site-specific ground-disturbing activity between December 1 and April 30 may be allowed if BLM determines, following consultation with CDOW, that the requested activity would not impair values associated with the quantity and quality of the winter range for the species of interest.<br><br>In making this determination, BLM will consider the following resource factors: minimization of the footprint of activities; fragmentation; impacts to winter range across the planning area as a whole; effectiveness of voluntary offsite mitigation of habitat with respect to quantity, quality, and duration of both the surface-disturbing activity and mitigation; the relative extent of available winter range; relationship to topography and vegetation screening; current baseline data; the type, location, duration, and intensity of potential adverse effects; mitigation and conservation measures to avoid, minimize, or offset the adverse effects; and other factors that may affect the winter range or cause winter range to become unusable. Approval of ground-disturbing activities granted in any given year may not constitute approval for subsequent years; in such cases approval for such activities must be granted (or extended) annually by BLM. The proponent of any ground-disturbing activity will provide an assessment with their proposal that (a) documents anticipated compliance or non-impairment of resource values protected by this stipulation; and (b) considers the above mentioned resource factors. | | • | • | • |

BLM_0017398

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| **TL** | *GS-TL-2* *[TL CO-10, 11, 12, 14]* *(BLM 1999b)* **CRV-TL-2** **Big Game Birthing Areas** *28,500 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities as follows: o Elk Calving – April 16 to June 30 *[TL CO-10]* o Pronghorn Fawning – May 1 to July 15 *[TL CO-11]* o Rocky Mountain Bighorn Sheep Lambing – May 1 to July 15 *[TL CO-12]* o Desert Bighorn Sheep Lambing – March 1 to May 1 *[TL CO-14]* **PURPOSE:** To protect big game during birthing season. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, when it is determined through a site-specific environmental analysis that actions would not interfere with critical habitat function nor compromise animal condition within the project vicinity, the restriction may be altered or removed. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | ● | ● | ● |
| **TL** | *GS-TL-6* *[TL CO-18]* *(BLM 1999b)* **Raptors** *22,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from February 1 to August 15 within a 0.25-mile radius of a raptor nest site, including golden eagles, all accipiters, buteos, falcons (except kestrels), and owls. Raptors that are listed and protected by the Endangered Species Act are addressed separately. **PURPOSE:** To protect nesting and fledgling habitat during use. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, during years when a nest site is unoccupied or unoccupied by or after May 15, the seasonal limitation may be suspended. It may also be suspended once the young have fledged and dispersed from the nest. **MODIFICATION:** Standard modifications apply | ● | | | |

BLM_0017399

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | A | B | C | D |
| | | (Section B.3). | | | | |
| | | **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| TL | **CRV-TL-4**<br><br>**Raptors (0.25-mile buffer species, not include special status species)**<br><br>*22,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.25-mile radius of a raptor nest site during the following dates:<br><br>• February 15 to July 15 – red-tailed hawk, all owls<br>• April 1 to July 15 – Swainson's hawk<br>• April 1 to August 31 – osprey<br>• April 15 to July 15 – Cooper's hawk, sharp-shinned hawk<br><br>**PURPOSE:** To protect nesting and fledgling habitat during use.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). In addition, the stipulation may be suspended during any year in which the nest site is unoccupied 2 weeks following the start of the nesting seasons specified above. It may also be suspended once the young have fledged and dispersed from the nest.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |
| TL | **CRV-TL-5**<br><br>**Raptors (0.5-mile buffer species, not include special status species)**<br><br>*22,400 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile radius of a raptor nest site during the following dates:<br><br>• December 15 to July 15 – golden eagle<br>• March 1 to September 15 – northern goshawk<br>• March 15 to July 15 – prairie falcon<br><br>**PURPOSE:** To protect nesting and fledgling habitat during use.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). In addition, the stipulation may be suspended during any year in which the nest site is unoccupied 2 weeks following the start of the nesting seasons specified above. It may also be suspended once the young have fledged | | ● | ● | ● |

BLM_0017400

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | and dispersed from the nest. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| TL | *GS-TL-13 (BLM 1999b)* **Waterfowl and Shorebird Nesting and Production Areas** *970 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from April 15 to July 15 in a 0.25-mile radius around the nesting and production areas of the Fravert Watchable Wildlife Area (CRVFO), Consolidated Reservoir and the King Mountain Reservoirs-Grimes-Brooks (CRVFO), and Nobel and Upper and Lower King Mountain (CRVFO). **PURPOSE:** Protects nesting waterfowl and shorebirds. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exceptions may be granted after consultation with CDOW if nesting waterfowl and shorebirds are not present at the reservoirs, or if operations can be located in such a manner as to minimize disturbance to nesting waterfowl and shorebirds. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |
| TL | **CRV-TL-6** **Waterfowl and Shorebird Nesting and Production Areas** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from April 15 to July 15 within a 0.25-mile radius around the nesting and production areas of the Fravert Watchable Wildlife Area, Consolidated Reservoir and the King Mountain Reservoirs-Grimes-Brooks, Nobel and Upper and Lower King Mountain,. **PURPOSE:** To protect nesting waterfowl and shorebirds. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exceptions may be granted after consultation with the Colorado Division of Wildlife if nesting waterfowl and shorebirds are not present at the reservoirs, or if operations can be located in such a manner as to minimize disturbance to nesting waterfowl and shorebirds. | | ● | ● | ● |

BLM_0017401

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | **MODIFICATION:** Standard modifications apply (Section B.3). | | | | |
| | | **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| | **Aquatic Wildlife/Fisheries** | | | | | |
| TL | **CRV-TL-7**<br><br>**Coldwater Sport and Native Fishes**<br><br>*16,900 Acres* | **STIPULATION:** Prohibit in-channel stream work in all occupied trout streams during appropriate spring and fall spawning periods of April 1 to August 1 for rainbow and cutthroat trout and October 1 to November 30 for brown and brook trout.<br><br>**PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |
| | **Special Status Species** | | | | | |
| TL | *GS-TL-10*<br>*[TL CO-22]*<br>*(BLM 1999b)*<br><br>**Bald Eagle Nest Site**<br><br>*60 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile buffer around the nest site from December 15 to June 15 to prevent disruption of nesting.<br><br>**PURPOSE:** To protect bald eagles from nest abandonment and desertion of long-established territories, as this time period is extremely sensitive to human-associated disturbance activities.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exceptions may be granted after formal Section 7 consultation with USFWS. The limitation may be suspended in years when the nest site is unoccupied by May 15 or once the young have fledged and dispersed from the nest.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | ● | | | |

BLM_0017402

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| TL | *GS-TL-11* *[TL CO-23]* *(BLM 1999b)* **Bald Eagle Winter Roost Site** *1,300 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile buffer around the roost site from November 16 to April 15. **PURPOSE:** To avoid bald eagle relocation to less-suitable areas. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exceptions may be granted after formal Section 7 consultation with USFWS. If there is partial or complete visual screening of the area of activity, the roost site buffer may be reduced to 0.25 mile. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |
| TL | **CRV-TL-8** **Bald Eagle Nest Sites and Winter Roost Sites** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile buffer around a nest site and around a winter roost site from to minimize disruptions during these critical periods. Nest Sites: October 15 to July 31 Roost Sites: November 15 to March 15 **PURPOSE:** To protect bald eagles from nest abandonment and desertion of established nesting territories or winter roosting areas, as this species is extremely sensitive to human-associated disturbance. **EXCEPTION:** Standard exceptions apply (Section B.3). The limitation for nest sites may be suspended in years when a nest site is unoccupied by May 15 or once the young have fledged and dispersed from the nest. The limitation for winter roosts may be reduced to 0.25 mile, in collaboration with the USFWS, for locations with partial or complete screening from the source of disturbance. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |

BLM_0017403

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| TL | *GS-TL-9* *(BLM 1999a, b)* **Mexican Spotted Owl Primary Activity Centers** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from February 1 through July 31. The average Mexican spotted owl territory is estimated to encompass approximately 2,000 acres. Within this area, Primary Activity Centers are defined around nesting, feeding, and roosting areas within the territory. These Primary Activity Centers are mapped as a 0.5-mile radius (600 acre) area around nests, roosts, and the center of feeding areas, and are not considered to be overlapping. With multiple sightings of the Mexican spotted owl, but with no confirmed nest or roost sites, a Primary Activity Center is defined as the area where habitat is used the most. **PURPOSE:** To protect Mexican spotted owl primary activity centers. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exceptions may be granted after formal Section 7 consultation with USFWS. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |
| TL | **CRV-TL-9** **Mexican Spotted Owl Primary Activity Centers** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities during seasons of critical use. The average Mexican spotted owl territory is estimated to encompass approximately 2,000 acres. Within this area, Primary Activity Centers are defined around nesting, feeding, and roosting areas within the territory. These Primary Activity Centers are mapped as a 0.5-mile radius (600-acre) area around nests, roosts, and the center of feeding areas, and are not considered to be overlapping. With multiple sightings of the Mexican spotted owl, but with no confirmed nest or roost sites, a Primary Activity Center is defined as the area where habitat is used the most. Dates: March 1 to August 31 **PURPOSE:** To protect Mexican spotted owl primary activity centers. | | ● | ● | ● |

BLM_0017404

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | | **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, exceptions may be granted after formal Section 7 consultation with USFWS. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| TL | *GS-TL-7 [TL CO-19] (BLM 1999b)* **Ferruginous Hawk Nesting and Fledgling Habitat** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from February 1 to August 15 within a 1-mile radius of a nest site to protect ferruginous hawk nesting and fledgling habitat during usage, and to avoid nest abandonment. **PURPOSE:** To avoid nest abandonment, as the sensitivity of the ferruginous hawk to human-associated disturbance activities requires a 1-mile buffer zone. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | ● | | | |
| TL | **CRV-TL-10** **Ferruginous Hawk Nesting and Fledgling Habitat** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from February 1 to July 15 within a 0.5-mile radius of a nest site to protect ferruginous hawk nesting and fledgling habitat during usage, and to avoid nest abandonment. **PURPOSE:** To avoid nest abandonment, as the sensitivity of the ferruginous hawk to human-associated disturbance activities requires a 1-mile buffer zone. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |
| TL | *GS-TL-3 [TL CO-15] (BLM 1999b)* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities during certain timeframes in grouse crucial winter habitat and nesting habitat (includes | ● | | | |

BLM_0017405

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing/*New) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | A | B | C | D |
|---|---|---|---|---|---|---|
| | **Greater Sage-grouse Winter and Nesting Habitat** *51,800 Acres* | greater sage-grouse).  Sage-grouse nesting habitat is described as sagebrush stands with sagebrush plants 30 to 100 centimeters (approximately 12 to 40 inches) in height and a mean canopy cover of 15 to 40 percent within a 2-mile radius of an active lek.  Sage-grouse crucial winter habitat: December 16 to March 15.  Sage-grouse nesting habitat: March 1 to June 30. **PURPOSE:** To protect greater sage-grouse during certain seasons. **EXCEPTION:** Standard exceptions apply (Section B.3).  In addition, during years when the lek is inactive and it is determined that there is no nesting activity occurring by May 15, the seasonal limitation may be suspended. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| **TL** | **CRV-TL-11** **Greater Sage-grouse Winter and Nesting Habitat** *100,900 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities during certain timeframes in grouse crucial winter habitat and nesting habitat.  Sage-grouse nesting habitat is described as sagebrush stands with sagebrush plants 30 to 100 centimeters (approximately 12 to 40 inches) in height and a mean canopy cover of 15 to 40 percent within a 4-mile radius of an active lek.  Sage-grouse crucial winter habitat: December 16 to March 15.  Sage-grouse nesting habitat: March 1 to June 30. **PURPOSE:** To protect greater sage-grouse during certain seasons. **EXCEPTION:** Standard exceptions apply (Section B.3).  No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | ● | ● | ● |
| **TL** | *GS-TL-3* *[TL CO-15]* *(BLM 1999b)* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities during certain timeframes in grouse crucial winter habitat and nesting habitat).  Sharp- | ● | ● | ● | ● |

BLM_0017406

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**)[1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | **CRV-TL-12**<br><br>**Columbian Sharp-tailed Grouse Winter and Nesting Habitat** | tailed grouse nesting habitat is described as mountain shrub communities with a shrub density of 1,700 to 32,000 plants per hectare and an average shrub height of 30 centimeters (12 inches) within a 2-mile radius of an active lek. Sharp-tailed grouse crucial winter habitat: December 16 to March 15. Sharp-tailed-grouse nesting habitat: March 1 to June 30.<br><br>**PURPOSE:** To protect grouse during certain seasons.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | | | | |
| **TL** | *GS-TL-12*<br>*[TL CO-24]*<br>*(BLM 1999b)*<br><br>**CRV-TL-14**<br><br>**Peregrine Falcon Nesting Complex**<br><br>*620 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities within a 0.5-mile buffer around the cliff-nesting complex from March 15 to July 31.<br><br>**PURPOSE:** To prevent abandonment and desertion of established territories, as the sensitivity of peregrine falcon to human-associated disturbance activities requires a 0.5-mile buffer area around the nesting complex.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). The limitation may be suspended in years when the nest site is unoccupied by May 15, or once the young have fledged and dispersed from the nest.<br><br>**MODIFICATION:** Standard modifications apply (Section B.3).<br><br>**WAIVER:** Standard waivers apply (Section B.3). | ● | ● | ● | ● |
| **TL** | *GS-TL-4*<br>*[TL CO-16]*<br>*(BLM 1999b)*<br><br>**CRV-TL-15**<br><br>**Greater Sandhill Crane** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from March 1 to October 16.<br><br>**PURPOSE:** To protect greater sandhill crane nesting and staging habitat during use.<br><br>**EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply.<br><br>**MODIFICATION:** Standard modifications apply | ● | ● | ● | ● |

BLM_0017407

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/New)[1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|------|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | (Section B.3). | | | | |
| | | **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| TL | *GS-TL-5* *[TL CO-17]* *(BLM 1999b)* **CRV-TL-16** **American White Pelican** | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities from March 16 to September 30. **PURPOSE:** To protect white pelican nesting and feeding habitat during usage. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | • | • | • | • |
| TL | **CRV-TL-17** **Special Status Bat Species Maternity and Hibernaculum Sites (Townsend's Big-eared Bat, Fringed Myotis, Yuma Myotis, and Big Free-tailed Bat)** *2,100 Acres* | **STIPULATION:** Prohibit surface occupancy and surface-disturbing activities during the following periods: maternity sites (April 15 – August 31); and winter hibernaculum sites (November 15 – April 15). **PURPOSE:** To protect bats during maternity season. **EXCEPTION:** Standard exceptions apply (Section B.3). In addition, under mild winter conditions, the last 60 days of the seasonal hibernaculum limitation period may be suspended after consultation with CDOW. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | • | • | • |
| TL | **CRV-TL-19** **Waters Occupied by Special Status Cutthroat Trout Subspecies** *5,000 Acres* | **STIPULATION:** In all occupied cutthroat trout (Colorado River cutthroat trout and greenback cutthroat trout) waters, prohibit in-channel work during the spring spawning period (April 1 to September 1). **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply | | • | • | |

BLM_0017408

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-9**
**Timing Limitation (TL) Stipulations Applicable to**
**Fluid Minerals Development and All Other Surface-Disturbing Activities**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource Acres/Miles Affected | Description of Stipulation | Alternative | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| | | (Section B.3). | | | | |
| | | **WAIVER:** Standard waivers apply (Section B.3). | | | | |
| TL | **CRV-TL-19** **Conservation and Core Conservation Populations of Cutthroat Trout Waters** *1,500 Acres* | **STIPULATION:** In all conservation and core conservation populations of cutthroat trout (Colorado River cutthroat trout and greenback cutthroat trout) waters, prohibit in-channel work during the spring spawning period (April 1 to September 1). **PURPOSE:** To protect redds (egg masses) in the gravel and emerging fry. **EXCEPTION:** Standard exceptions apply (Section B.3). No additional specific exception criteria apply. **MODIFICATION:** Standard modifications apply (Section B.3). **WAIVER:** Standard waivers apply (Section B.3). | | | | ● |

[1] CRV = applicable to CRVFO. Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply to CRVFO leases preceding March 1999). Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

BLM_0017409

Appendix B. Closures and Stipulations Applicable to Oil and Gas and Other Surface-Disturbing Activities

**Table B-10**
**Lease Notices (LN) and Required Conditions of Approval Applicable to Fluid Minerals Leasing**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource | Description | A | B | C | D |
|---|---|---|---|---|---|---|
| | **Vegetation** | | | | | |
| LN | *GS-LN-3 (BLM 1999b)* <br><br> **CRV-LN-1** <br><br> **Annual Reports of Weed Control Reclamation Progress.** | All lessees are required to report to the Authorized Officer annually on the ongoing progress of reclamation and the status of weeds and weed control at locations developed on the lease. | • | • | • | • |
| | **Wildlife** | | | | | |
| LN | *GS-LN-6 (BLM 1999b)* <br><br> **CRV-LN-2** <br><br> **Working in High-Value Wildlife Habitat.** | The operator is required to establish a set of reasonable operating procedures for employees and contractors working in high-value wildlife habitats. These areas include, but are not limited to, special status-species habitat, severe big game winter range, moose priority habitat, and migration corridors. Such procedures would be designed to inform employees and contractors of ways to minimize the effect of their presence on wildlife and wildlife habitats. Procedures might address items such as working in bear country, controlling dogs, and understanding and abiding by hunting and firearm regulations. | • | • | • | • |
| LN | *GS-LN-5 (BLM 1999b)* <br><br> **CRV-LN-3** <br><br> **Working in Big Game Winter Range.** | Within high-value or crucial big game winter range, the operator is required to implement specific measures to reduce impacts of fluid minerals operations on wildlife and wildlife habitat. Such measures shall be developed in concert with BLM during the preparation of the environmental assessment. They may include completion of habitat improvement projects designed to replace habitat lost through construction activities; reduction of human disturbance in important habitat areas during critical times of the year by installing gates and closing roads; using telemetry to collect well data; and accessing well site locations during the times of the day when wildlife are less likely to be present in the area. <br><br> It is recognized that other measures may be appropriate and that not all measures would be appropriate for all areas. Therefore, this notice is best implemented through site-specific planning addressing several years of activity in an area. . <br><br> The BLM's overall goals are to (a) reduce direct impacts (physical loss of habitat) by minimizing surface disturbance in areas where revegetation is not possible, such as roads, production facilities, working portions of well pads, exposed rock outcrops, and high cutslopes; and (b) reduce indirect habitat impacts (reduced habitat availability) from disturbances caused by increased human activities in big game winter range and other high-value wildlife areas (refer to | • | • | • | • |

BLM_0017410

**Table B-10**
**Lease Notices (LN) and Required Conditions of Approval Applicable to Fluid Minerals Leasing**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource | Description | A | B | C | D |
|------|------|------|---|---|---|---|
| | | Draft Supplemental RMP/EIS for Oil and Gas Leasing and Development, Appendix G, Supplemental Wildlife Information [BLM 1998]) by managing human activities to minimize disturbance during critical times of the year. | | | | |
| | **Special Status Species / Biological** | | | | | |
| LN | *GS-LN-2* *(BLM 1999b)* **CRV-LN-4** **Biological Inventories.** | In areas of known or suspected habitat of special status species, or habitat of other species of interest, such as raptor nests, elk calving areas, or significant natural plant communities, a biological inventory would be required prior to approval of operations.  The inventory would be used to prepare mitigating measures to reduce the impacts of surface disturbance on the affected species or their habitats.  These mitigating measures may include, but are not limited to, relocation of roads, well pads, pipelines, and other facilities, and fencing operations or habitat. | ● | ● | ● | ● |
| LN | *LN-2* *[TL CO-30]* *(BLM 1991a)* **CRV-LN-5** **Nesting Grouse Species.** | To protect nesting greater sage-grouse and Columbian sharp-tailed grouse, surface-disturbing activities proposed between March 1 and June 30 would be relocated, consistent with lease rights granted and section 6 of standard lease terms, out of grouse nesting habitat.  Sage-grouse nesting habitat is described as sage stands with sagebrush plants between 30 and 100 centimeters (approximately 12 and 40 inches) in height and a mean canopy cover between 15 and 40 percent.  Sharp-tailed grouse nesting habitat is described as mountain shrub communities with a shrub density of 1,700 to 32,000 plants per hectare and average shrub height of 30 centimeters (12 inches). | ● | ● | ● | ● |
| | **Paleontology** | | | | | |
| LN | *GS-LN-1* *[LN CO-29]* *(BLM 1999b)* **CRV-LN-6** **Class 4 and 5 Paleontological Areas.** | Instruction Memorandum No.  2008-009: Potential Fossil Yield Classification (PFYC) System for Paleontological Resources on Public Lands.  An accredited paleontologist approved by the Authorized Officer will perform an inventory of surface-disturbing activities in Class 4 and 5 paleontological areas. | ● | ● | ● | ● |

BLM_0017411

**Table B-10**
**Lease Notices (LN) and Required Conditions of Approval Applicable to Fluid Minerals Leasing**

| Type | Stipulation Number (*Existing*/New) [1] Protected Resource | Description | A | B | C | D |
|------|------------------------------------------------------------|-------------|---|---|---|---|
| | **Visual Resources** | | | | | |
| LN | *GS-LN-10 (BLM 1999b)* <br><br> **CRV-LN-7** <br><br> **Sensitive Viewsheds.** | Special design and construction measures may be required to minimize the visual impacts of drilling activities within five miles of all communities or population centers, major BLM or county roads, and state or federal highways. The overall goal of these measures would be to blend the disturbance with the natural landscape as much as possible. At a minimum, operations should be designed to insure that the disturbance does not dominate the natural landscape character (VRM Class III objective). BLM acknowledges that activities on private lands may alter the landscape character, and such alterations will be considered when evaluating mitigation proposals relative to the visual quality of the overall landscape. | ● | ● | ● | ● |
| | **Health and Safety** | | | | | |
| LN | *GS-LN-4 (BLM 1999b)* <br><br> **CRV-LN-8** <br><br> **Emergency Communications Plan.** | The operator is required to prepare and maintain a current emergency communications plan. The plan shall be provided to the BLM, Colorado State Patrol, the affected county and communities, and the general public. <br><br> The plan shall contain information sufficient to describe the potential for emergency incidents related to fluid minerals development that pose an immediate danger to human health and safety and would normally require immediate actions by the operator to remove the threat, such as for hazardous materials spills; actions to be taken by the operator in the event of such an incident; and a communications plan to inform appropriate authorities and potentially affected citizens. | ● | ● | ● | ● |
| LN | *GS-LN-7 (BLM 1999b)* <br><br> **CRV-LN-9** <br><br> **Working in Residential Areas.** | The operator drilling on federal mineral estate is required to consider the impact of operations on nearby communities and residences and will be expected to reasonably adjust operating procedures to accommodate local residential concerns. For example, the operator will be expected to try to work out reasonable compromises on issues such as noise, dust, and traffic. The operator will be expected to address such issues when raised during public comment periods associated with preparation of environmental assessments or when complaints are reported to the operator, BLM, or the Colorado Oil and Gas Conservation Commission. | ● | ● | ● | ● |
| LN | *GS-LN-9 (BLM 1999b)* <br><br> **CRV-LN-10** <br><br> **Project Rulison Monitoring.** | Any wells within three miles of Project Rulison will be subject to oversight measures established by the Colorado Oil and Gas Conservation Commission. Any such wells would also be reviewed by the DOE for consideration if such wells should be incorporated into DOE's regular monitoring program. | ● | ● | ● | ● |

BLM_0017412

**Table B-10**
**Lease Notices (LN) and Required Conditions of Approval Applicable to Fluid Minerals Leasing**

| Type | Stipulation Number (*Existing*/**New**) [1] Protected Resource | Description | A | B | C | D |
|------|------|------|---|---|---|---|
| LN | **LN-CO- 34** **Endangered Species Act** | The lease area may now or hereafter contain plants, animals, or their habitats determined to be threatened, endangered, or other special status species. The BLM may recommend modifications to exploration and development proposals to further its conservation and management objective to avoid BLM-approved activity that will contribute to a need to list such a species or their habitat. BLM may require modifications to or disapprove proposed activity that is likely to result in jeopardy to the continued existence of a proposed or listed threatened or endangered species or result in the destruction or adverse modification of a designated or proposed critical habitat. BLM will not approve any ground-disturbing activity that may affect any such species or critical habitat until it completes its obligations under applicable requirements of the Endangered Species Act as amended, 16 U.S.C. § 1531 et seq., including completion of any required procedure for conference or consultation. | | • | • | • |

[1] CRV = applicable to CRVFO.  Existing stipulations currently in effect in Alternative A, current management, and are noted in italics and are from the current RMP (BLM 1984a), Colorado Oil and Gas Leasing and Development Final EIS (BLM 1991a) (these do not apply to leases preceding November 1991), or GSFO Oil and Gas Leasing and Development RMP Amendment (BLM 1999b) (these do not apply to CRVFO leases preceding March 1999).  Proposed new stipulations under Alternatives B, C, and/or D are noted in boldface, unitalicized font.

BLM_0017413

*This page intentionally left blank.*

BLM_0017414

**APPENDIX C
WILD AND SCENIC RIVER SUITABILITY REPORT
EXECUTIVE SUMMARY**

BLM_0017415

BLM_0017416

# DRAFT WILD AND SCENIC RIVER SUITABILITY REPORT

# FOR KREMMLING AND COLORADO RIVER VALLEY FIELD OFFICES AND WHITE RIVER NATIONAL FOREST, COLORADO



April 2010

*Prepared for:*

**US Department of Interior, Bureau of Land Management**

Kremmling Field Office
2103 East Park Avenue, PO Box 68
Kremmling, Colorado 80459

Colorado River Valley Field Office
2300 River Frontage Road
Silt, Colorado 81652

**US Department of Agriculture, Forest Service**
White River National Forest
900 Grand Avenue
Glenwood Springs, CO 81601

*Prepared by:*
**Tetra Tech, Inc.**
4900 Pearl East Circle, Suite 300W
Boulder, Colorado 80301

BLM_0017418

# WILD AND SCENIC RIVER SUITABILITY REPORT EXECUTIVE SUMMARY

## Introduction

In March 2007, the US Department of the Interior, Bureau of Land Management's (BLM) Kremmling Field Office (KFO) and the Colorado River Valley Field Office (formerly the Glenwood Springs Field Office; CRVFO) completed the eligibility phase of a Wild and Scenic River (WSR) evaluation as part of the resource management plan (RMP) revision process (BLM 2007a). In addition to the segments evaluated as part of the March 2007 study, 15 other segments were previously determined eligible in other studies. River segments within the Roan Plateau planning area were assessed as part of the Roan Plateau RMP process, which includes lands administered by the BLM's CRVFO and White River Field Office in Garfield and Rio Blanco Counties, Colorado (BLM 2002). Additionally, Deep Creek was jointly analyzed by the BLM and the US Department of Agriculture, Forest Service (Forest Service), the WRNF in 1995 (Forest Service and BLM 1995). The cumulative result of these three studies is 41 segments have been identified as eligible river segments in the KFO and CRVFO. One additional segment along the Blue River (Blue River Segment 1) was originally identified as eligible (BLM 2007a). A reexamination of the landownership and management status revealed that Segment 1 occurs on Forest Service land rather than on BLM land. As a result it has been dropped from consideration by BLM and was not studied for suitability in this report.

In addition to the above studies of river segments on BLM land the Forest Service, WRNF has completed similar studies on its lands. In 2002 the Forest Service, WRNF completed the eligibility phase of a WSR evaluation as part of the Land and Resource Management Plan revision process (Forest Service 2002). In 1995 Deep Creek was jointly analyzed by the BLM and the WRNF (Forest Service and BLM 1995). Four of the eligible stream Forest Service segments either are next to or are part of the same river as the BLM segments being studied. Manual 8351.33A8.B(1) Coordinated Studies and Other Planning Efforts states: "…*The BLM shall invite and encourage other agencies to participate and/or provide technical assistance in a joint study concurrently with the BLM's RMP process.*" This study assesses the suitability of two Colorado River and two Deep Creek WRNF eligible segments.

BLM_0017419

The original intent of the RMP revision planning process was to revise the respective land use plans for the BLM KFO and CRVFO in a single, joint RMP/EIS document. The scoping process and much of the Draft RMP/EIS preparation process took place with the idea of preparing a combined document. However, the BLM decided to separate the land use plans for these two field offices based on consideration of public comments as well as understanding that the decision process would benefit from separating these RMPs by field office. Therefore, a large amount of the public outreach and agency coordination that has taken place to date was undertaken with a combined document in mind. This Suitability Report was completed prior to the splitting of the RMP, and thus it is presented in summary form here including both BLM field offices and the Forest Service.

## Project Area

### Bureau of Land Management
The project area for this suitability study includes all BLM-managed river segments in the KFO and CRVFO RMP planning areas that have been determined to meet the eligibility criteria for WSRs. This WSR suitability study also includes the eligible segments occurring in the Roan Plateau area of the CRVFO. All other aspects of the Roan Plateau management were evaluated in the Roan Plateau RMP and are not considered as part of this RMP revision process.

### Forest Service
The Forest Service project area for this suitability study is limited to four WRNF-managed river segments that have been determined to meet the eligibility criteria for WSRs. These include the rivers and their associated WSR study corridors for two Colorado River segments, and two Deep Creek segments.

## Suitability Phase
The purpose of the suitability phase of the study process is to determine whether eligible rivers would be appropriate additions to the National Wild and Scenic Rivers System (NWSRS) by considering tradeoffs between corridor development and river protection. The suitability evaluation does not result in actual designation but only a suitability determination for designation. The BLM cannot administratively designate a stream via a planning decision or other agency decision into the NWSRS, and no segment studied is designated or will be automatically designated as part of the NWSRS. Rivers found not suitable by the managing agency conducting the suitability study would be dropped from further consideration and managed according to the objectives and specific management prescriptions outlined in the RMP.

## Suitability Determinations
Table ES-1 shows the preliminary suitability determination for each segment. Of the 41 stream segments determined to be eligible in the CRVFO and KFO planning areas, the BLM determined that six segments are suitable for WSR designation, while 35 segments are not suitable. Of the four WRNF eligible segments, all four were determined to be suitable for WSR designation (Figure ES-1).

- Six segments on the Colorado River are determined to be suitable (four BLM and two WRNF). These segments contain multiple ORVs that the BLM and Forest Service believe could be managed as a Wild and Scenic River. The BLM and Forest Service concluded that because they manage a very high percentage of the land in these six segments, they can successfully protect and manage for the ORVs. The BLM and Forest Service also concluded that these segments lack any instream flow

BLM_0017420

protection and cooperative flow management, so designation, which comes with a federal reserved water right, would help protect the flows necessary to support the ORVs.

- Four segments on Deep Creek are determined to be suitable (two BLM and two WRNF). The BLM and Forest Service concluded that the multiple ORVs within these segments can be successfully managed as a WSR with very little conflict with other uses because most of the land is federal, and the likelihood of development is small. The BLM and Forest Service also concluded that a federal reserved water right would help protect the high number of water-dependent values in the streams.

- The BLM concluded that several major stream segments, including the Colorado River between Windy Gap and upstream of Gore Canyon, Eagle River, Blue River, and Muddy Creek, are not suitable. The BLM based its determination on the fact that it manages only a small fraction of the lands in the stream corridor, and local governments have not indicated an interest in managing lands under their jurisdiction as WSRs.

- The BLM concluded that several stream segments with multiple and pristine ORVs would be adequately managed under protective designations proposed in the RMP. These streams are Thompson Creek, East Middle Fork Parachute Creek complex, and East Fork Parachute Creek complex.

- A high number of the eligible stream segments have only one ORV. The BLM determined that existing protective laws and management prescriptions in the proposed plan are the best tools for managing these values. Streams in this category are those with paleontological, sensitive fish, and historical/cultural values.

**Table ES-1**
**Summary of Suitability Determinations**

| River or Creek | Segment | Segment Length (miles) | Preliminary Suitability Determination | Classification |
|---|---|---|---|---|
| *Kremmling Field Office* | | | | |
| Blue River | Total of two segments | 4.60 (total) | | |
| | Segment 2 | 2.55 | Not Suitable | |
| | Segment 3 | 2.05 | Not Suitable | |
| Colorado River | Total of five segments | 54.74 (total) | | |
| | Segment 1 | 7.32 | Not Suitable | |
| | Segment 2 | 2.44 | Not Suitable | |
| | Segment 3 | 24.36 | Not Suitable | |
| | Segment 4 | 5.36 | Suitable | Recreational |
| | Segment 5 | 15.26 | Suitable | Recreational |
| Kinney Creek | one segment | 2.35 | Not Suitable | |
| Muddy Creek | one segment | 8.93 | Not Suitable | |
| North Platte River | one segment | 0.07 | Not Suitable | |
| Piney River | one segment | 2.30 | Not Suitable | |
| Rabbit Ears Creek | one segment | 4.24 | Not Suitable | |
| Spruce Creek | one segment | 0.97 | Not Suitable | |
| Sulphur Gulch | one segment | 3.04 | Not Suitable | |
| Troublesome Creek | one segment | 6.14 | Not Suitable | |

BLM_0017421

**Table ES-1**
**Summary of Suitability Determinations**

| River or Creek | Segment | Segment Length (miles) | Preliminary Suitability Determination | Classification |
|---|---|---|---|---|
| *Colorado River Valley Field Office (excluding Roan Plateau)* | | | | |
| Abrams Creek | one segment | 3.44 | Not Suitable | |
| Battlement Creek | one segment | 2.88 | Not Suitable | |
| Colorado River | Total of two segments | 71.38 (total) | | |
| | Segment 6 | 45.38 | Suitable | Recreational |
| | Segment 7 | 15.70[1] | Suitable | Recreational |
| Deep Creek | Total of two segments | 4.46 (total) | | |
| | Segment 2b | 3.60 | Suitable | Wild |
| | Segment 3 | 0.86 | Suitable | Recreational |
| Eagle River | one segment | 25.69 | Not Suitable | |
| Egeria Creek | one segment | 8.31 | Not Suitable | |
| Hack Creek | one segment | 2.42 | Not Suitable | |
| Mitchell Creek | one segment | 0.89 | Not Suitable | |
| No Name Creek | one segment | 0.08 | Not Suitable | |
| Rock Creek | one segment | 4.78 | Not Suitable | |
| Thompson Creek | one segment | 4.76 | Not Suitable | |
| *Roan Plateau* | | | | |
| East Middle Fork Parachute Creek complex | Total of five segments | 10.28 (total) | Not Suitable | |
| | East Middle Fork Parachute Creek (one segment) | 1.10 | | |
| | Northwater Creek (one segment) | 3.20 | | |
| | Trapper Creek Segment 1 | 0.78 | | |
| | Trapper Creek Segment 2 | 3.40 | | |
| | Trapper Creek Segment 3 | 1.80 | | |
| East Fork Parachute Creek complex | Total of eight segments | 13.78 (total) | Not Suitable | |
| | East Fork Parachute Creek Segment 1 | 5.36 | | |
| | East Fork Parachute Creek Segment 2 | 2.21 | | |
| | First Anvil Creek Segment 1 | 0.60 | | |
| | First Anvil Creek Segment 2 | 1.65 | | |
| | Golden Castle Creek (1 segment) | 1.05 | | |
| | JQS Gulch (1 segment) | 1.14 | | |
| | Second Anvil Creek Segment 1 | 1.46 | | |
| | Second Anvil Creek Segment 3 | 0.31 | | |
| *White River National Forest* | | | | |
| Colorado River | Total of two segments | 6.48 (total) | | |
| | WRNF Segment 1 | 3.35 | Suitable | Recreational |
| | WRNF Segment 2 | 3.13 | Suitable | Recreational |
| Deep Creek | Total of two segments | 10.77 (total) | | |
| | Segment 1 | 0.24 | Suitable | Scenic |
| | Segment 2a | 10.53 | Suitable | Wild |

[1]The length of Colorado River Segment #7 includes the two WRNF Colorado River Segments (6.48 miles); the BLM manages 3.4 miles of this segment.

BLM_0017422



**Suitable Segments and Project Region**

Colorado River Valley and Kremmling Field Offices and White River National Forest, Colorado

**Figure ES-1**

BLM_0017423

BLM_0017424

# APPENDIX D
# DRAFT LANDS WITH WILDERNESS CHARACTERISTICS
# ASSESSMENT AND INVENTORY FOR THE
# COLORADO RIVER VALLEY FIELD OFFICE

BLM_0017425

BLM_0017426



*Draft*

# Lands with Wilderness Characteristics Assessment and Inventory for the Colorado River Valley Field Office

**Prepared by:**

**United States Department of the Interior**
**Bureau of Land Management**
**Colorado River Valley Field Office**

**February 3, 2011**

BLM_0017427

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

**Interdisciplinary Team and Resources Represented.**

| *Name* | *Resources Represented* |
|---|---|
| Kay Hopkins | Wilderness, Wild and Scenic Rivers, Visual Resource Management, Recreation |
| Kimberly Miller | Wilderness, Wild and Scenic Rivers, Recreation |
| Jeff O'Connell | Water, Geology, Minerals |
| Cheryl Harrison | Cultural Resources |
| Carla DeYoung | Ecologist, ACEC |
| Carole Huey | Lands and Realty Actions |
| Mike Kinser | Range |
| Isaac Pittman | Range |
| Dereck Wilson | Range |
| Brian Hopkins | Wildlife, Planning and Environmental Coordinator |
| Tom Fresques | Fisheries |
| Karl Mendonca | Supervisory Natural Resource Specialist |
| Steve Bennett | Geology, Minerals, Associate Field Manager |

**Approval:**

**Colorado River Valley Field Manager** _____ **Date** _____

*\* This assessment will be used as information for alternative development, affected environment, environmental consequences sections of the Draft and Final proposed RMP/ EIS for the CRVFO.*

*\*\* This assessment will be signed as final upon approval of the Final Resource Management Plan/Record of Decision.*

1

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011

# Table of Contents

Signature Page ........................................................................................................................... 1

Table of Contents ...................................................................................................................... 2

A. Land Use Planning Process ................................................................................................... 3

B. Scope of Assessment.............................................................................................................. 3

C. Wilderness Characteristics Assessment. ............................................................................. 4

D. Review of Past Wilderness Inventories................................................................................. 5

E. Review of Public Wilderness Proposals................................................................................. 5

F. Specific Documents and Data Utilized for the Assessment  ............................................... 6

G. Areas Considered for Assessment........................................................................................ 7

H. Areas Considered but Eliminated from Detailed Evaluation. ............................................ 7

*Chapter 1 -* Castle Peak Addition ........................................................................................ 8-14

*Chapter 2 -* Deep Creek ...................................................................................................... 15-22

*Chapter 3 -* Flat Tops Addition/Hack Lake  ....................................................................... 23-28

*Chapter 4 -* Grand Hogback ............................................................................................... 29-36

*Chapter 5 -* Pisgah Mountain ............................................................................................. 37-43

*Chapter 6 -* Thompson Creek.............................................................................................. 44-51

*Appendix AA  -* Recreation Setting Characteristics Matrix/Map ...................................... 52-54

BLM_0017429

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

## A. Land Use Planning Process

Through the land use planning process, the U.S. Bureau of Land Management (BLM) will consider all available information to determine the mix of resource use and protection that best serves the Federal Land Policy and Management Act of 1976 (FLPMA) multiple use mandate. BLM has authority under FLPMA to maintain inventories of all public lands and their resources, including wilderness characteristics, and to consider such information during land use planning process.

Through this assessment, the Colorado River Valley Field Office (CRVFO) is meeting its obligations for the updating and maintaining of its inventory of wilderness resources under section 102, 201, 202 of FLPMA. BLM's 1601-1-Land Use Planning Handbook, identifies broad scale decisions that guide future land management actions and subsequent site specific implementation decisions. Specifically, BLM Handbook 1610-1 - *Appendix C - Part K - Wilderness Characteristics and BLM Manual 6300-1-Wilderness Inventory* directs Field Offices to identify decisions to protect or preserve wilderness characteristics (naturalness, outstanding opportunities for solitude, and outstanding opportunities for primitive and unconfined recreation).

Through this Resource Management Plan (RMP) planning revision, the CRVFO will determine which portions of BLM lands with wilderness characteristics would be protected or preserved through management prescriptions, stipulations, designation as Wild Lands, and allowable uses *(see Appendix F, Proposed Management and Setting Prescriptions for Wilderness Characteristics).*

## B. Scope of Assessment

This assessment is intended to provide an evaluation of wilderness characteristics on BLM lands within the CRVFO, outside of existing wilderness study areas (WSAs). This process has been designed to look at all CRVFO lands, specifically: (1) to update data to ensure environmental impacts of alternatives on BLM land with wilderness characteristics are adequately analyzed; and (2) to address proposals from the public to inventory and protect BLM lands with wilderness characteristics.

For the purpose of this assessment, all lands underwent a review regarding whether or not the areas are roadless. "Roadless" definition refers to the absence of roads which have been improved and maintained by mechanical means to insure relatively regular and continuous use. BLM reviewed externally submitted wilderness proposals, BLM records, and other information on area routes to determine which areas in the CRVFO are roadless. The findings of this review are documented under the "Findings" section for those individual units.

Proposals involving lands entirely within existing WSA's were not assessed. Lands outside or adjacent to WSAs were within the scope of this assessment. This assessment does not include National Forest Lands or BLM lands assessed in the Roan Plateau Planning Area Resource Management Plan Amendment and Environmental Impact Statement. The existing four (4) designated WSA's will continue to be managed to protect their wilderness characteristics under BLM's Interim Management Policy For Lands Under Wilderness Review (H-8550-1) until Congress designates them as wilderness or releases them for other uses (see WSA section in the RMP revision/Environmental Impact Statement [EIS]).

3

BLM_0017430

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office    February 2011

**C. Wilderness Characteristics Assessment.**
The inventory evaluated wilderness characteristics as defined in Section 2(c) of the Wilderness Act and incorporated in FLPMA.   In order for an area to qualify as lands with wilderness characteristics, it must possess sufficient size, naturalness, and outstanding opportunities for either solitude or primitive and unconfined recreation. In addition, it may also possess supplemental values.

**C.1.  Size.**
*Do the areas meet the size criteria?*

1) *Roadless areas with over 5,000 acres of contiguous BLM lands. State or private lands are not included in making this acreage determination.*

2) *Roadless areas of less than 5,000 acres of contiguous BLM lands where any one of the following apply:*

a. *They are contiguous with lands which have been formally determined to have wilderness or potential wilderness values, or any Federal lands managed for the protection of wilderness characteristics. Such lands include: designated wilderness, BLM wilderness study areas, U.S. Fish and Wildlife Service areas proposed for wilderness designation, U.S. Forest Service wilderness study areas or areas of recommended wilderness, and National Park Service (NPS) areas recommended or proposed for designation. They do not include NPS areas merely considered —eligible for wilderness study, nor do they include FS Roadless Areas unless they are also designated as — recommended wilderness through a forest plan revision.*

b. *It is demonstrated that the area is of sufficient size as to make practicable its preservation and use in an unimpaired condition.*

c. *Any roadless island of the public lands.*

**C.2. Naturalness.**
*Do the lands and resources exhibit a high degree of naturalness? Are the lands affected primarily by the forces of nature?  Is the imprint of human activity substantially unnoticeable?*

*An area's naturalness may be influenced by the presence or absence of roads and trails, fences or other developments; the nature and extent of landscape modifications; the presence of native vegetation communities; and the connectivity of habitats. Wildlife species are recognized as an indicator of naturalness.*

**C.3. Outstanding Opportunities for Solitude and Primitive and Unconfined Types of Recreation.**
*Do visitors have outstanding opportunities for solitude, or primitive and unconfined types of recreation? Are the sights, sounds, and evidence of other people rare or infrequent? Can visitors feel isolated, alone or secluded from others? Is the use of the area primarily*

4

*through non-motorized or non-mechanical means with no or minimal recreation facilities?*

### C.4. Supplemental Values.
*Does the area contain ecological, geological, or other features of scientific, educational, scenic, or historical value?*

## D. Review of Past Wilderness Inventories
BLM reviewed the original BLM wilderness inventory reports and maps from 1979 and 1980. This review enabled BLM to determine if there is any new information that was not considered as part of the original inventories or new information that has emerged since that timeframe. Opinions as to what constitute solitude and outstanding opportunities for primitive recreation change as the larger landscape experiences more development and more people. There also has been an increase in interest in looking at natural systems and features found in more arid and low elevation environments and expanding the diversity of the wilderness preservation system. Therefore, some information submitted by the public was considered "new information" based on changed physical conditions, diversity within the wilderness preservation system, and changed social perceptions of wilderness characteristics that have occurred over time.

## E. Review of Public Wilderness Proposals
Numerous external groups have varying interests and have advocated wilderness designations through legislation and through participation in the land use planning processes. Proposal areas and acreage figures have changed over time. This assessment and inventory included consideration of the most recent proposal submitted to the BLM for consideration of protection of wilderness characteristics. The most recent proposal was submitted to the BLM in May of 2007, by the Colorado Environmental Coalition (CEC), the Wilderness Society, American Rivers, Inc., Center for Native Ecosystems, Colorado Mountain Club, and the Wilderness Workshop. The proposal contains wilderness inventories completed by these groups on an area by area basis, wilderness designation justifications and a statewide wilderness proposal. Earlier submissions were received from CEC in 1994, 2000, and 2001.

In February 2011, the BLM reviewed current proposed wilderness legislation (the Colorado Wilderness Act of 2009 by Congress Member DeGette and the Eagle and Summit County Wilderness Preservation Act by Congressman Polis) and the Hidden Gems Wilderness Campaign proposal. The review confirmed that almost all of the proposed wilderness is included in this assessment and inventory. Following are two exceptions that did not match the current assessment and inventory. In December 2010, the Hidden Gems Wilderness Campaign proposal expanded the Assignation Ridge (Thompson Creek) boundary in T8S R88W, sections 16, 20 and 21 to include an additional 425 acres. In addition, the Hidden Gems Wilderness Campaign proposal and Congressman Polis' proposed Eagle and Summit County Wilderness Preservation Act created a Special Management Area and expanded the Castle Peak Addition boundary to the northeast to include 2261 acres and expanded the northeast corner to include another 1229 acres. These expansions are in T3S R84W, sections 1, 11, 12, 13, and 24; T2S R84W, sections 35 and 36; and T3S R83W, sections 6 and 7. These expansions are not currently proposed in the legislation as wilderness because of on-going Army National Guard helicopter training, but the wilderness characteristic would be more fully evident should the Army National Guard no longer use this area. External proposals for wilderness can be brought to Congress that are different from BLM assessments and inventories. Opportunities for reviews during the legislative process

BLM_0017432

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011

typically occur with the affected land management agencies. Congress can designate wilderness through legislation. These additional expansions of the Thompson Creek and Castle Peak Addition Areas may contain wilderness characteristics and will be inventoried and assessed for inclusion in the CRVFO Final Resource Management Plan Revision.

**F. Specific Documents and Data Used for the Assessment**

Conclusions reached in this assessment were based on:

- Field investigations of BLM lands throughout the CRVFO
- CRVFO-Recreation Setting Characteristics Maps
- CRVFO Travel and Transportation (CRVFO GIS)
- CRVFO road maintenance records
- Range improvements (CRVFO GIS)
- CRVFO range allotment management files
- Oil and Gas leases (CRVFO GIS)
- Digital Ortho Quads
- Aerial photos (GIS)
- CRVFO's cultural data base
- Colorado Natural Heritage Program (CNHP) data base for potential conservation areas, rare plants, natural plant communities, raptors, bats, etc.
- BLM's LR2000 data base for ROW's, Mineral Claims, Oil and Gas leasing etc.
- Castle Peak Travel Management Plan, 1997
- Glenwood Springs Oil and Gas FSEIS, 1997

The staff also reviewed the following wilderness proposals:
- Colorado Environmental Coalition proposed wilderness GIS data layer (2007)
- Public written proposals and CEC's boundary shape files (5/2/07)
- Hidden Gems Wilderness Campaign website information (Jan. 2008 and Feb. 2011)
- Diana Degette Colorado Wilderness Act of 2009 website information (Feb. 2011)
- Jared Polis Eagle and Summit County Preservation Act website information (Feb. 2011)

This assessment and inventory documents all known valid existing rights, grandfathered uses, and public land investments. However, due to timing and resource constraints; a full field examination of each area for human disturbances did not take place. BLM anticipates additional information about these areas will be provided through the public review which will occur with the release of the draft RMP. This information will be used to further refine the information contained in this assessment and inventory and the alternatives in the plan.

6

BLM_0017433

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

**G. Areas Considered for Assessment**

The following table shows the areas brought forth from the CRVFO-wide inventory that met the lands with wilderness character criteria.

**Table 1. CRVFO Assessment Areas**

| Name | Acres Analyzed | Acres in existing WSA's |
|---|---|---|
| Bull Gulch | 0 | 15,201 |
| Castle Peak | 4,026 | 12,237 |
| Deep Creek | 4,422 | 0 |
| Flat Tops Addition-Hack Lake | 3,548 | 10 |
| Grand Hogback | 11,356 | 0 |
| Maroon Bells-Snowmass Addition- Eagle Mt. | 0 | 330 |
| Pisgah Mountain | 15,679 | 0 |
| Thompson Creek | 8,171 | 0 |
| Storm King | 0 | 0 |

**H. Areas Considered but Eliminated from Detailed Evaluation**

The Storm King area is the only area that was dropped from detailed evaluation. Inventory findings within the Storm King unit documented in 1980 are still relevant today. While the area may contain some wilderness characteristics within small portions of the unit, the area has undergone numerous additional man-made modifications within the landscape that create serious impairment to the area's naturalness. While some modifications are not as visible and dominating within the unit as others, they still take away from the unit's naturalness as a whole. In addition to the features identified in the 1980 report, new man made features (interpretive panels, benches, crosses, etc.) were constructed in the southern portion of the unit for the Storm King Memorial Trail in 1995. This popular memorial trail serves as an important memorial to those who lost their lives fighting the Storm King Fire. It also serves as an important training tool for visiting firefighters across the country.

7

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office       February 2011



# Wilderness Character Assessment and Inventory

## Chapter 1 - Castle Peak Addition

### 1.1. Area Description.

The area is located approximately 6 miles north of Eagle in Eagle County, Colorado. The Castle Peak "Addition" is an area approximately 4,026 acres in size that is directly adjacent to the Castle Peak WSA. The adjacent Castle Peak WSA consists of 12,237 acres. This assessment will be for 4,026 acres outside of the WSA.

### 1.2. Background.

This unit was part of the BLM's "Initial" wilderness inventory process in 1979 under section 603 of FLPMA, and was later part of the 'Intensive" wilderness inventory process in 1980. The unit contained 17,500 acres of federal land that underwent the intensive inventory. During the intensive inventory approximately 6,500 acres were eliminated due to the existence of numerous roads, ways, fences, irrigation ditches and ponds that detracted for the naturalness. The Castle Peak Addition was part of the original unit that was eliminated.

In the 1980's, 11,940 acres were proposed for WSA designation. However after the completion of the study process, 0 acres were "recommended" for wilderness as documented in the Final Wilderness Study Report in 1991. The Castle Peak WSA was recommended as "non-suitable" for wilderness designation because it would "add little to the diversity of the National Preservation System." It was stated that the area was very similar ecologically to existing wildernesses both locally and state-wide. No manageability concerns were raised. Today, 12,237 acres in the Castle Peak WSA continues to be managed under the BLM's Interim Management Policy until Congress designates the area or releases it for other uses.

In August of 1997, the BLM conducted a citizen's wilderness "roadless" review process on the adjacent 4,026 acres within the Castle Peak Addition that was identified in the 1994 Colorado Conservationists' Wilderness Proposal for BLM lands. The citizen's inventory group looked at routes to determine if the area contained "roads" or "ways". The review area was found to meet the wilderness criteria as being roadless with the exception of the "Poison Trail" BLM road #8511. Two additional routes determined to be ways were left open for continued motorized travel (Picture Ridge #8512 & Alkali Creek #8500).

The Castle Peak Travel Management Plan (TMP) partially addressed the roadless character; however a full intensive wilderness inventory was not completed. The Castle Peak TMP and the 1999 Glenwood Springs Oil and Gas EIS, provided a high degree of protections to a variety of natural values and non-motorized recreation opportunities within this unit and risks to wilderness characteristics are low. The TMP closed all routes within this unit except the Poison Trail and Picture Ridge. The Alkali Creek road, north end of # 8500 was closed and rehabilitated outside of the units' boundary less than ¼ mile west of Welsh Reservoir.

8

BLM_0017435

## 1.3. Landscape Characteristics and Issues.

### 1.3.1.  Land Ownership and Acreage.
The Castle Peak public wilderness proposal involves a total of 16,263 acres; this assessment is for the 4,026 acres outside of the Castle Peak WSA known as the "Addition". All lands within this proposal are on BLM public lands.

### 1.3.2.  Topography.
The Castle Peak Addition contains gently rolling slopes that lead to the uplands within the WSA and towards Domantle Mountain. The elevation ranges from 8,000 feet within the drainages to 10,000 feet along the slopes of Domantle Mountain.

### 1.3.3.  Vegetation.
The area contains a variety of vegetation types, from mixed sage and grasslands to aspen and subalpine douglas fir and spruce- fir forest.

### 1.3.4.  Existing Issues.
Most of the acres within the Castle Peak Addition have been managed to protect the areas semi-primitive, non-motorized recreation settings and to minimize impacts of all land uses since the 1997 Castle Peak TMP. Current information shows no long-term threats to the areas wilderness characteristics from current or projected proposed land uses.

While some motorized use occurs in the northern part of the Addition, the motorized use occurs under administrative access agreement only. The administrative use is limited and authorized travel is specific for the purpose of managing grandfathered uses relating to associated grazing permits, water rights, and a special recreation permit. This area is not open to public motorized or mechanized use. No long-term irreversible impacts are occurring.

One route (Picture Ridge) was determined to be a "way" in 1997 and continues to be managed as a designated motorized route open to the public. Three local commercial jeep tour operators have special recreation permits to use this route known as Picture Ridge (route # 8512). This commercial use has been permitted since the early 1990's and serves as the name indicates, as the main destination point due to Castle Peak high scenic values. No other routes within the vicinity offer this kind of scenic viewpoint. In 2006, a culvert was installed on this route to eliminate the increasing resource damage occurring in a boggy area. This is not an irreversible or irretrievable action and was done to mitigate resource damage and the proliferation of routes occurring around the mud holes. No other maintenance has occurred on the route since 1997, and the route continues to be used for passage by four wheel drive vehicles.

Both the Poison Trail and Picture Ridge roads were cherry-stemmed to reflect current travel management, continuous public use, its affect on naturalness, and maintenance records. If the area were to be designated as wilderness, the drainage structure could be considered reversible and temporary; however, the current motorized commercial and public use on this route would be eliminated.

9

BLM_0017436

## 1.4. Current Management Allocations/Prescriptions

### 1.4.1.  Travel.

Motorized and mechanized travel within the 4,026 acre Castle Peak Addition was "Limited" to Designated Routes. The only routes designated as open for motorized and mechanized travel within this area are Poison Trail (#8511) and Picture Ridge (#8512)  The adjacent 12,237 acres within the Castle Peak WSA is "closed" to all motorized and mechanized uses.

All other historic routes within this area have been closed to motorized uses. There are administrative agreements in place with two permittees that allows for motorized access specific to the purpose of managing; livestock grazing permit, water rights, and/or special recreation permit operations. The authorizations allow travel on all routes shown as trails in the northwest portion of the "Addition".

### 1.4.2.  Visual Resource Management.

The Castle Peak Addition unit is located in an area classified as VRM Class II in the GSRA 1984 Resource Management Plan. The objective of VRM Class II is to retain the existing characteristic landscape. The level of change in any of the basic landscape elements (line, form, color, texture) due to management activities should be low and not evident.

### 1.4.3.  Wild and Scenic Rivers.

There are no streams or rivers that were found to be eligible within the Castle Peak Addition under the Wild and Scenic River Eligibility Study conducted in 2007 in preparation for the CRVFO Resource Management Plan Revision.

### 1.4.4.  Recreation Activities and Recreation Setting Characteristics (RSCs).

Currently this unit offers excellent opportunities for activities such as hiking, backpacking, hunting, horseback riding, camping, wildlife viewing, sightseeing, and photography. The most popular recreation use is related to big game hunting.

The physical qualities of the landscape can be classified and mapped looking at a spectrum of RSC classes based on distance from motorized and mechanized routes. Based on mapping the physical RSC attribute of remoteness, there are lands that fall within the primitive class (lands more than ½ mile from either mechanized or motorized routes). Using the existing CRVFO GIS transportation data, the RSC mapping shows 51% classified as  primitive, 34% classified as middle country, and the remaining 15% classified as front country due to roads on adjacent private property (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

### 1.4.5.  Grazing.

Livestock grazing occurs on two allotments with three (3) permittees. Currently, there are 12 fencelines, 13 ponds and reservoirs, and 7 existing spring developments that exist within the unit.

### 1.4.6.  Realty and Rights of Ways (ROWs).

The entire unit has been mapped as a retention zone. No rights-of-ways (ROW) exist within the Addition.

BLM_0017437

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

**1.4.7.   Oil and Gas Leasing.**
The unit contains no existing leases. A No Surface Occupancy (NSO) stipulation is currently in place for the Castle Peak Special Recreation Management Area (SRMA) for the protection of non-motorized recreation opportunities. The Castle Peak Addition has been mapped as having "Medium Occurrence Potential". Areas of "Occurrence Potential" are listed in the CRVFO Resource Management Plan Revision and their economic importance is analyzed. Development of any leases will likely impact the wilderness characteristics.

**1.4.8.   Minerals.**
The proposed Castle Peak Addition is not currently identified as having mineral potential.

**1.4.9.   Water and Water Rights.**
The proposed Castle Peak Addition contains several springs and major perennial streams and their tributaries that include Norman Creek, Catamount Creek, Big Alkali Creek, and Alkali Creek. In addition, this area contains the ephemeral Milk Creek and its tributaries. There are currently eight water rights associated with ditches, ponds, and springs on record with the Colorado Division of Water Resources.

**1.4.10. Road Maintenance.**
There are two BLM maintained roads, #8500 (East Castle Peak aka Milk Creek Road) and #8511 (Poison Trail) that serve as the boundaries for the Castle Peak Addition and receive maintenance. There is one route #8512 (Picture Ridge) inside the wilderness proposal boundary that has had maintenance actions on the lower end of the route to address boggy conditions and avoid the creation of parallel routes.

Routes 8511 (for 1.0 miles) and 8512(for 1.1 miles) have been prescribed as maintenance level 2. Level II objectives are to make the road passable by high clearance vehicles.

Maintenance level III management has been prescribed for the route # 8500 for 6.5 miles. Level III objectives are for roads that improvements (culverts, ditches, aggregate, etc.) have been made and the road is to be passable by passenger cars.

**1.5.      Topographic Maps.**
Castle Peak 7.5 minute series topographic map.

## Findings for the Castle Peak Addition

**1.6.      Wilderness Characteristics Assessment.**
*Does the area contain wilderness characteristics (naturalness, outstanding opportunities for solitude and primitive and unconfined types of recreation)?*

The Castle Peak Addition contains wilderness characteristics on 3,906 acres. A boundary adjustment to omit Road #8512 - Picture Ridge Road, resulted in 120 acres not meeting the naturalness criteria.  Due to implementation of Castle Peak Travel Management Plan in 1997, roads have been reclaimed or have re-vegetated naturally since the original inventories in the late 70's.  Subsequently the area has been found to contain wilderness characteristics.

11

BLM_0017438

**1.6.1.  Size.**
The BLM lands are not 5,000 acres in size however they possess sufficient size to qualify as lands with wilderness characteristics because they are contiguous with the BLM Castle Peak WSA managed by the CRVFO for the protection of wilderness characteristics

**1.6.2.  Naturalness.**
The Castle Peak Addition has retained a natural landscape. The naturalness of the "Addition" was enhanced when the Castle Peak TMP closed routes. Through implementation of the Castle Peak TMP many of the old roads naturally re-vegetated, which returned the area to a more natural appearing condition. While there are authorized and permitted motorized uses occurring in the northwest portion of the unit related to valid existing rights and grandfather uses, those uses are limited, not permanent, and do not detract from the area's overall naturalness. Outside of the livestock developments (reservoirs, ditches, and fencelines), the area has experienced little additional evidence of significant human activity that is substantially noticeable.

One road (#8512) was omitted from the eastern boundary due to the ongoing maintenance and management and its effect on naturalness. While the map shows an isolated polygon created from the road entering into the unit, the route ends at the WSA boundary that also contains wilderness characteristics. Therefore acreage has not been eliminated between these two roads. No changes to WSA boundaries are being analyzed or proposed as part of this assessment. While these roads are surrounded by areas considered to be natural, they do not detract from the overall naturalness of the unit due to the topography and vegetative screening.

**1.6.3.  Outstanding Opportunities for Solitude.**
The "Additions" opportunities for solitude can be considered outstanding within the unit alone and in combination with the adjacent WSA lands. Due to the units varied terrain, vegetation, and non-motorized and non-mechanized access, visitors are not likely to encounter many others once inside the unit. The unit's pockets of dense vegetation and isolated drainages provide excellent opportunities for visitors to find isolation and seclusion. Outside of hunting season, encounters with other groups are low and generally fall into a primitive or backcountry classification (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

**1.6.4.  Outstanding Opportunities for Primitive and Unconfined Types of Recreation.**
Physical qualities of the landscape are important to producing opportunities for primitive and unconfined types of recreation. The diverse topography and vegetation consisting of rolling meadows, aspen stands, and dense forests have helped to maintain remoteness and offer the visitor challenging and primitive recreation experiences such as but limited to; hiking, horseback riding, and hunting. The unit has no recreational infrastructure or developments within the unit and signs and/or visitor controls are infrequent. RSC mapping shows that this unit contains physically remote areas more than ½ mile from motorized or mechanized routes, which indicates opportunities for primitive and unconfined types of recreation, exists. Considering the mapped physical RSC and the activity opportunities in both the Addition and within the adjacent Castle Peak WSA, those opportunities are exceptional.

**1.7.    Supplemental Values.**
*Does the area contain ecological, geological, or other features of scientific, educational, scenic, or historical value?*

12

BLM_0017439

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

The Castle Peak Addition contains supplemental values that are described below.

### 1.7.1.  Cultural.
There is a high potential for significant concentration of cultural sites associated with historic and prehistoric human use and occupation.

### 1.7.2.  Wildlife.
The Castle Peak "Addition" offers wildlife habitat for populations of elk, deer, black bear, mountain lion, bobcat, raptors, coyote, porcupine, squirrels, chipmunks and a variety of small birds and other small animals.

The Castle Peak "Addition" also encompasses mapped mule deer and elk summer range defined by that part of the overall range where 90% of the individuals are located between spring green-up and the first heavy snowfall.

The unit is part of CRVFO's largest intact sage grouse habitats. The relatively open sagebrush flats and rolling sagebrush hills are included within Colorado Division of Wildlife (CDOW) mapped greater sage grouse overall range and greater sage grouse production areas.

Most of the Castle Peak "Addition" is within CDOW mapped lynx potential habitat defined as those areas having the highest potential of lynx occurrences.

13

BLM_0017440

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office    February 2011

# Castle Peak Addition





14

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011



# Wilderness Character Assessment and Inventory

## Chapter 2 - Deep Creek

### 2.1. Area Description.

Deep Creek drains from the Flat Tops to the Colorado River and is approximately 15 miles northeast of Glenwood Springs with its confluence at the Colorado River 3 miles north of Dotsero. Deep Creek starts at Deep Lake on the White River National Forest, where it drops into an extremely rugged and remote limestone canyon. The Deep Creek unit (20,843 acres) contains 16,425 acres on the White River National Forest and 4,422 acres of BLM lands. Elevation changes from 10,500 ft. at Deep Lake to 6,100 ft at the Colorado River. This assessment is for 4,422 acres on BLM public land only.

### 2.2. Background.

Deep Creek has long been recognized for its rugged and remote scenic limestone canyon, unique geologic features and it biological diversity. Deep Creek's rugged limestone canyon has made this one of the most scenic places in Colorado. Both the BLM and the White River National Forest have managed the area for protection of its numerous unique and outstanding values. Deep Creek has been proposed to be designated for wilderness under numerous legislative proposals. Deep Creek is currently managed as an Area of Critical Environmental Concern (ACEC) and as a Special Recreation Management Area (SRMA). The area was found to be eligible under a joint interagency National Wild and Scenic River Study in 1996 and is currently under a suitability review for inclusion into the Wild and Scenic River system. The area has a high concentration of caves, many of which are the state's most outstanding. The area's remoteness and rugged terrain has resulted in limited and difficult access which has maintained its primitive and natural landscape.

In March of 1979, 4,800 acres of BLM lands in the Deep Creek area was studied under the "initial inventory" process and was originally recommended for "intensive inventory". However, information obtained during the public comment period and verified by BLM stated that area did not meet the minimum size criteria of 5,000. The area was released from further Wilderness Review study and the second part (intensive inventory) of the Phase I- Inventory process. The "BLM Initial Wilderness Inventory Final, August 1979" stated the area was released "due to the topographic setting within the unit, it appears not to be "clearly and obviously of sufficient size to make practicable its preservation and use in an unimpaired condition and of a size suitable for wilderness management."

Concerns in the 1979 inventory were also raised regarding the area's mineral potential and planned development of a limestone quarry just south of the unit. The BLM did not inventory or consider lands across administrative boundaries at that time. Adjacent lands on the White River National Forest were inventoried under their roadless process.

15

BLM_0017442

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011

In 2002, the White River National Forest Land and Resource Management Plan Revision prescribed the Deep Creek area (defined by the canyon rims) for management under "1.5 Wild Rivers- Designated and Eligible." This management prescription objective is for those identified lands and related waters "to protect and perpetuate eligible and designated wild river segments under the Wild and Scenic Rivers Act."

## 2.3. Landscape Characteristics and Issues.

### 2.3.1.   Land Ownership and Acreage.
This assessment identified 4,422 acres of BLM lands in the Deep Creek area.

### 2.3.2.   Topography.
Deep Creek plunges more than 4,400 feet in the 15 mile span from Deep Lake on the Flat Tops to its confluence with the Colorado River. The limestone canyon contains significant cave and karst systems resulting in one of the largest concentrations of caves in Colorado. The canyon's rugged terrain and distinct geologic formations result in one of Colorado's most scenic gorges.

### 2.3.3.   Vegetation.
Vegetation types within the area are diverse from the uplands which include forests of aspen, spruce, subalpine fur and grassy meadows to the lower elevation benches containing pinyon-juniper woodland, sagebrush and scrub oak. Vegetation changes along the riparian corridor which contains cottonwood, douglas-fir and red osier dogwood communities.

### 2.3.4.   Existing Issues.
Conditional water rights are held in the headwaters of Deep Creek, which could have the potential to disrupt water flows. While there are no active limestone claims, BLM has not formally withdrawn the area from mineral entry. Increased recreation visitation and subsequent impacts are occurring along the creek on BLM lands adjacent to Coffee Pot Road. OHV encroachment has continued to occur into Jack Creek and in the northern portions of the uplands off of the Onion Ridge road accessed from an old trail at Lyons Gulch. Proposed future development and associated improvements along with an existing dozed route into Deep Creek Canyon, on adjacent private lands to the south have created disturbance into an otherwise intact and undisturbed canyon. The BLM, the White River National Forest, and the Colorado Army National Guard (COARNG) have agreements in place that allow the COARNG to train helicopter pilots under high altitude conditions on FS and BLM lands. The Deep Creek unit is within a COARNG training area and has some frequently used landing areas within the canyon corridor. This use is historic (occurred since 1985) and its impacts have been determined to be minimal, temporary, reversible, and would not preclude the area from legislative designation.

## 2.4. Current Management Allocations/Prescriptions.

### 2.4.1.   Travel.
The Deep Creek ACEC (2,380 acres) is "Closed" to motorized travel. The remaining lands were designated as "Open" in the 1984 RMP. Most routes entering into the area are from adjacent private lands and have no public access. Cross country travel has not been a problem in the unit as a whole due to its inaccessibility and steep terrain. However, some limited motorized travel has occurred into the Jack Creek area from the Onion Ridge Road that is accessed by the general

16

public from a route at Lyons Gulch. The Onion Ridge road is administratively open to the adjacent private land owner for access to their private property to the north of the area.

The trail along Deep Creek has been managed as an extremely primitive trail in order to maintain the social and physical setting within the canyon. The trail is not maintained and ends approximately 2 miles up the canyon.

## 2.4.2.  Visual Resource Management.
The ACEC portion of the proposal area was one of 4 areas in the Colorado River Valley Resource Area that was recognized for its outstanding scenic quality and was subsequently designated as Visual Resource Management (VRM) Class I in the 1984 RMP. The objective of VRM Class I is to preserve the existing character of the landscape. VRM Class I provides for natural ecological changes; and may allow very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention.

The remainder of the unit was designated as VRM Class II. The objective of VRM Class II is to retain the existing characteristic landscape. The level of change in any of the basic landscape elements (line, form, color, texture) due to management activities should be low and not evident.

## 2.4.3.  Wild and Scenic Rivers.
A joint Forest Service and BLM eligibility study was done for Deep Creek in 1995. Deep Creek was found to meet the necessary free flowing criteria and was found eligible for its numerous Outstandingly Remarkable Values (ORVs). The ORVs identified in the study area were scenic, recreational, geologic, wildlife, cultural and  several supplemental values. In accordance with study procedures, the creek was divided into four (4) segments and given potential classifications. Segment 1 from Deep Lake outlet to ¼ mile downstream on the National Forest land was classified as "recreational". Segment 2 from segment 1 (approx. 6,130 acres of National Forest land, and 2,480 acres of BLM land and 40 acres of private) to the Deep Creek diversion, approximately 13 ¼ miles was classified as "wild". Segment 3 from segment 2 to the BLM private land boundary, approximately 1 mile, (450 acres of BLM land) was classified as recreational. Segment 4 from segment 3 to the Colorado River confluence, approximately one (1) mile (approximately 30 acres of BLM land and 110 acres of private land) was classified as "recreational".

As part of this RMP revision, a suitability study will be conducted for all eligible streams within the Glenwood Springs Field Office. The White River National Forest 2002 Land and Resource Management  Plan Revision prescribed the Deep Creek area (defined by the canyon rims) for management under "1.5 Wild Rivers- Designated and Eligible." This management prescription is managed to protect and perpetuate eligible and designated wild river segments under the Wild and Scenic Rivers Act.

## 2.4.4.  Recreation Activities and Recreation Setting Characteristics (RSCs).
Currently this unit offers excellent opportunities for non motorized and non-mechanized activities such as hiking, fishing, hunting, caving, wildlife viewing, photography, educational values relating to ecosystem and geology.

The physical qualities of the landscape can be classified and mapped looking at a spectrum of RSC classes based on distance from motorized and mechanized routes. Based on mapping the

17

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011

physical RSC attribute of remoteness, there are lands that fall within the primitive class (lands more than ½ mile from either mechanized or motorized routes). Using the existing CRVFO GIS transportation data, the RSC mapping shows 17% classified as primitive, 37% classified as middle country, and the remaining 46% classified as front country due to roads on adjacent private properties to the north and south of the Canyon (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

**2.4.5.  Grazing.**
Livestock grazing occurs on three allotments with two (2) permittees. Two (2) fence lines and seven (7) reservoirs exist within the unit. While portions of the canyon are mapped within the allotment boundaries, no livestock grazing occurs within the canyon itself due to the steep topography.

**2.4.6.  Realty and Rights of Ways (ROWs).**
The entire unit has been mapped as a retention zone. A record search through LR2000 shows no ROWs within the boundaries.

**2.4.7.  Oil and Gas Leasing.**
Open to oil and gas leasing, not currently leased, the ACEC portion has an NSO stipulation from the 1991 SEIS to protect surface and cave resources. The remaining portion of the unit has no special stipulations in place. The Deep Creek Area has been mapped as having a "Low Occurrence Potential".

**2.4.8.  Minerals.**
The area was recommended to be withdrawn to mineral entry in 1984 RMP. A withdrawal has not occurred to date. According to the United States Geological Survey and the Colorado Geological Survey, there is a location south of Deep Creek within Section 22 that has been identified as a past producer of Gypsum. In addition, limestone claims were forfeited as late as June of 2002. " Mineral actions are listed in the CRVFO Resource Management Plan Revision and their economic importance is analyzed. Development of any minerals will likely impact the wilderness characteristics.

**2.4.9.  Water and Water Rights.**
Flowing through the Deep Creek area is the perennial Deep Creek and its many ephemeral tributaries including Jack Creek along with several springs. There are three existing water rights on record with the Colorado Division of Water Resources in the Deep Creek area that include the South Fork Spring in Section 14, the Deep Creek Ditch in Section 25, and the Hayes Ditch in Section 26.

**2.4.10. Road Maintenance.**
There are no roads within the unit receiving ongoing maintenance. However, two (2) routes within the northern portion of the unit have received authorized intermittent maintenance and continuous use in order to maintain associated water developments for grazing.

**2.5.  Topographic Maps.**
Dotsero and Broken Rib Creek 7.5 minute series topographic maps.

18

BLM_0017445

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011

## Findings for Deep Creek

### 2.6. Wilderness Characteristics Assessment.
*Does the area contain wilderness characteristics (naturalness, outstanding opportunities for solitude and primitive and unconfined types of recreation)?*

The entire 4,422 acres within Deep Creek contains wilderness characteristics. Findings differ from the original inventories done in 1979 as the original inventories dropped this unit because the study process did not consider adjacent Forest Service lands therefore it did not meet the minimum size criteria of 5,000 acres."

### 2.6.1. Size.
The Deep Creek area is a roadless island of public lands.  Due to topography and the management of the adjacent U.S. Forest Service lands it is of sufficient size as to make practicable its preservation and use in an unimpaired condition.

### 2.6.2. Naturalness.
The Deep Creek area has retained a natural landscape within the unit as a whole. Deep Creek's steep and rugged topography and difficult access have prevented significant human activity from occurring within the area. While several man-made intrusions exist in the uplands within the northern portion of the unit, these disturbances do not dominate the unit or detract from the area's overall natural appearance. Specifically, two routes coming off the private property creating a loop in the northern portion of the unit are authorized for use to maintain associate permitted grazing activities and developments. These routes have received intermittent maintenance in order to get equipment down to maintain four (4) water developments (small reservoirs). Additional three (3) small scale reservoirs exist along the southern boundary adjacent to the Coffee Pot Road. While these manmade intrusions exist, they are reversible and do not detract from the naturalness of the area.

### 2.6.3.  Outstanding Opportunities for Solitude.
The Deep Creek area offers outstanding opportunities for solitude within the unit. Due to the units steep terrain, huge vertical relief,  and difficult access, visitors traveling up into the canyon are not likely to encounter many others beyond ½ + mile of entry. In addition to the rugged canyon, the area offers numerous side drainages, adjacent Forest Service Lands managed for primitive types of recreation, and remote uplands where one could find isolation and be secluded.

### 2.6.4.  Outstanding Opportunities for Primitive and Unconfined Types of Recreation.
Physical qualities of the landscape and the activities allowed are important to producing opportunities for primitive and unconfined types of recreation. With the steep topography and difficult and limited access into the canyon and available adjacent Forest Service lands, visitors are offered many challenging and outstanding opportunities for primitive and unconfined types of recreation such as hiking, fishing, caving, and sightseeing. Once in the unit, there is no supporting recreational infrastructure or developments and signs and/or visitor controls are minimal.

RSC mapping shows that this unit contains physically remote areas more than ½ mile from motorized or mechanized routes, which indicates opportunities for primitive and unconfined

19

types of recreation exist. While portions of the unit were mapped as middle and front country, the physical qualities remoteness mapping does not take into consideration the topographic vertical relief of the canyon. While portions of the canyon are within ½ mile of roads, the canyon itself is physically separated from those roads and the landscape reflects truly a more primitive classification (see *Recreation Setting Characteristics Matrix in Appendix AA*).

## 2.7. Supplemental Values.
*Does the area contain ecological, geological, or other features of scientific, educational, scenic, or historical value?*

The Deep Creek unit contains supplemental values that are listed below.

### 2.7.1.   Cultural.
There is a high potential for significant concentration of cultural sites associated with historic and prehistoric human use and occupation.

### 2.7.2.   Wildlife.
The area has diverse wildlife habitat in excellent condition including riparian, gambel oak/mountain brush, spruce fir forest, juniper-pinyon woodland, sagebrush, cliff and cave habitat types. The difficult access provides seclusion for animals. Populations of elk, deer, black bear, mountain lion, bobcat, raptors, beaver, weasel, coyote, porcupine, squirrels, chipmunks, grouse and a variety of small birds and other small animals are found in the area.

The Deep Creek unit encompasses mapped mule deer and elk summer range defined by that part of the overall range where 90% of the individuals are located between spring green-up and the first heavy snowfall.

The unit takes in CDOW mapped mule deer critical winter range created by combining deer data analysis units (DAUs), mule deer winter concentration areas, and "high density" mule deer severe winter range. CDOW mapped elk winter concentration areas and elk severe winter range can be found in the Deep Creek unit. The rocky, rugged canyon terrain is ideal for bighorn sheep. The lower canyon's rocky slopes are part of CDOW mapped bighorn sheep winter range and winter concentration areas.

The south side of the unit is within CDOW mapped lynx potential habitat defined as those areas having the highest potential of lynx occurrences.

There has been documentation of cave use by bats in Deep Creek canyon. During the summer, the caves are likely used as day roosts, night roosts, and maternity roosts. In the winter, the caves are likely used as hibernacula.

The cliffs and rock outcrops are part of CDOW mapped Peregrine Falcon (*Falco peregrinus*) nesting areas that are defined as areas of good nesting sites with one or more active or inactive nest locations.

### 2.7.3.   Scenery.
Deep Creek contains outstanding landforms, vegetation, and water features that give this area its high scenic quality. A portion of this unit (ACEC portion) was designated as Visual Resource

BLM_0017447

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011

Management Class I in the 1984 RMP. This is one of only four areas within the Glenwood Springs Resource Area that were determined to contain Scenic Quality A and managed as VRM Class I. The canyon's vertical relief and dramatic displays of prominent cliffs, rocky outcrops, prominent geologic features contrasting with the diverse vegetation and the stream makes this one of the most scenic places in Colorado.

### 2.7.4.   Geological.
The unit is within a significant karst area, and the canyon is carved through several sedimentary formations of Cambrian to Pennsylvanian age. The area contains several monoclines, faults and glacial, volcanic, erosional and karst features which exhibit the geologic processes which formed the area's landscape. Speleogenesis is largely controlled by faults and fractures, and water found in some of the caves indicates that formation process is active. Many caves are candidates for listing as significant caves under the Federal Cave Resources Protection Act of 1988. The area provides outstanding opportunities for educational and scientific study related to it geologic values.

### 2.7.5.   Ecological.
This area contains a large portion of the Deep Creek Potential Conservation Area (PCA), proposed by the CNHP for its significant biodiversity. CNHP has identified Deep Creek as containing one of the most pristine, high quality, exemplary occurrences of significant riparian communities in the State of Colorado. Within the boundaries are also several small occurrences of the BLM sensitive plant, Harrington's penstemon.

### 2.7.6. Education and Scientific Study.
The area's intact ecosystem condition and biodiversity and geologic values offer excellent opportunities for outdoor education and scientific study.

21

BLM_0017448

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

# Deep Creek



Legend
- PUELIC WILDERNESS PROPOSAL
- Area Containing Wilderness Characteristics
- Oil and Gas Leases
- Bureau of Land Management
- Bureau of Reclamation
- Department of Energy
- National Forest Lands
- Private
- State

22

BLM_0017449

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011



# Wilderness Character Assessment and Inventory

## Chapter 3 - Flat Tops Addition/Hack Lake

### 3.1. Area Description.

The Flat Tops Addition is located in Garfield County and is approximately 22 miles northeast of Glenwood Springs, Colorado. This public wilderness proposal contains 12,925 acres of White River National Forest and 3,558 acres of BLM lands. This assessment is for BLM lands only (3,548 acres outside of the WSA). The area is bordered on the north and west by the White River National Forest, which includes the Flat Tops Wilderness, and includes BLM lands in the Flat Tops Wilderness Addition/Hack Lake WSA (10 acres) and the Hack Lake SRMA (3,100 acres). For the purposes of this assessment and inventory, the public wilderness proposal area will be referred to as the Hack Lake area.

### 3. 2. Background.

Hack Lake has been used as an access to the Flat Tops Wilderness area. The historic "Ute and W. Mountain" trail were originally used by the Ute Indians until the late 1800's for access to Meeker over the Flat Tops, which later became a National Forest system trail. The Ute and W. Mountain trail leaves Sweetwater Lake and accesses the base of W. Mountain thru diverse vegetation zones as is climbs in elevation to Hack Lake. The area has long been recognized for its semi-primitive recreation opportunities, wildlife habitat, panoramic views of distant mountain ranges and high scenic quality of the steep, rugged cliffs and rocky outcrops of the adjacent Flat Tops Wilderness Area.

The Hack Lake Unit was studied under section 202 of FLPMA and documented under BLM's Initial Wilderness Inventory Final report in August of 1979. The unit consisted of 5,300 acres and was determined to meet the initial inventory criteria and was then analyzed under the second part of the inventory phase 'Intensive Inventory'. In the intensive inventory phase, it was determined that 3,360 acres would be proposed for inclusion in the Wilderness Study Area. However, later in the "study process" (Glenwood Springs Resource Management Plan (RMP), Final EIS, June 15, 1983), 3,350 acres were found not suitable because it was "physically isolated from the existing wilderness." The report stated that managing the remainder of the area could conflict with future management on adjacent U.S. Forest Service lands and would "create an island of non-wilderness national forest lands between the WSA and existing wilderness." Subsequently, ten (10) acres were recommended for wilderness as an addition to the existing Flat Tops Wilderness. The ten (10) acres are located above the rim, are a logical extension of the Flat Tops Wilderness and were recommended as suitable. Upon designation, administration of the Hack Lake WSA was recommended for transfer to the U.S. Forest Service.

In 2002, the 'White River National Forest Land and Resource Management Plan Revision", prescribed management direction on adjacent lands as "1.2 Recommended Wilderness" and "5.41 Deer and Elk Winter Range". There are no longer management conflicts with adjacent U.S. Forest Service lands, nor would there be "islands" of non-wilderness lands.

23

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011

## 3.3. Landscape Characteristics and Issues

### 3.3.1.  Land Ownership and Acreage.
This assessment identified 3,548 acres of BLM public lands.

### 3.3.2.  Topography.
The Hack Lake area varies in elevation from 7,500' to over 10,000' at the top of W. Mountain. The area is accessed through two main routes, the "Ute / W. Mountain Trail" and the upper "Hack Lake/Horse Lake" trail via Sheep Creek Road. Both of these routes leave the Sweetwater valley and gain elevation through rough and rocky, steep, west facing slopes. The area's topography is diverse with terraced slopes, open parks, stream drainages, rolling hills, and steep terrain. The topography changes at the bench at Hack Lake, where cliffs of "W. Mountain" within the Flat Tops Wilderness tower overhead at 11,000 ft.

### 3.3.3.  Vegetation.
The Hack Lake area contains diverse vegetation which includes sagebrush, juniper-pinyon pine in the lower elevations and oakbrush, mountain brush, aspen, dense spruce-fir and lodgepole pine in the upper elevations.

### 3.3.4.  Existing Issues.
Since 1984, the area has been managed to protect the area's semi-primitive, non-motorized recreation values and to minimize impacts of all land uses. Current information shows no threats to the area's wilderness characteristics from current or projected proposed land uses. While the area is experiencing some beetle infestations in spruce fir forests, there is no known potential for commercial logging in the area. A fuels treatment project occurred by the Upper Colorado River Interagency Fire Center in the 2008/2009 seasons. No impacts were anticipated from the fuels treatment to wilderness characteristics, but field work in 2011 will verify if any impacts occurred.

## 3.4. Current Management Allocations/Prescriptions

### 3.4.1.  Travel.
The Hack Lake SRMA portion (3,100 acres) currently is "Closed" to all motorized travel. The additional 458 acres of lands within the wilderness proposal area was left as "Open" in the 1984 RMP to motorized and mechanized uses. While these lands were designated as open in 1984, cross country travel has not been an issue to date as these polygons of public lands are in effect inaccessible due to steep terrain or dense vegetation.

### 3.4.2.  Visual Resource Management.
The entire Hack Lake area was designated as VRM Class II in the 1984 RMP.

### 3.4.3.  Wild and Scenic Rivers.
Hack Creek was studied for eligibility in 2007 as part of this land use planning process for its potential "Historic" Outstandingly Remarkable Value (ORV) relating to the Ute Trail. A suitability determination will be done as part of this planning process.

BLM_0017451

### 3.4.4.  Recreation Activities and Recreation Setting Characteristics (RSCs).

The area has long been managed for public land users seeking to find solitude within primitive settings while participating in the following unconfined types of non-motorized activities: hunting, horseback riding, fishing, photography, backpacking, hiking, and camping.

The physical qualities of the landscape can be classified and mapped looking at a spectrum of RSC classes based on distance from motorized and mechanized routes. Based on mapping the physical RSC attribute of remoteness, there are lands that fall within the primitive class (lands more than ½ mile from either mechanized or motorized routes). Using the existing CRVFO GIS transportation data, the RSC mapping shows 41% classified as primitive, 34% classified as middle country, and the remaining 25% classified as front country (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

### 3.4.5.  Grazing.

Livestock grazing occurs within two allotments with three permittees. Four (4) fence lines and two (2) ponds/reservoirs exist within the unit.

### 3.4.6.  Realty and Rights of Ways (ROWs).

The entire unit has been mapped as a retention zone. A record search through LR2000 shows one ROW for a water facility for an adjacent private ranch.

### 3.4.7.  Oil and Gas Leasing.

Open to oil and gas leasing, but not currently leased, the SRMA portion has an NSO stipulated on it from the 1999 SEIS to protect its recreation values (3,100 acres). The remaining portion of the unit has no special stipulations in place. The Hack Lake area has been mapped as having "Low Occurrence Potential".

### 3.4.8.  Minerals.

The proposed Flat Tops Addition is not currently identified as having mineral potential.

### 3.4.9.  Water and Water Rights.

The Flat Tops Addition contains several springs and major perennial streams and their tributaries that include Hack Creek, Horse Creek, and the West Fork of Sheep Creek. In addition, this area contains Hack Lake and Horse Lake along with a few unnamed lakes. There are three existing water rights on record with the Colorado Division of Water Resources within the Flat Tops Addition that include the Lower White One Spring in Section 2, the Kinser Spring in Section 11, and the Sawmill Spring Number 1 in Section 6 (R86W).

### 3.4.10. Road Maintenance.

There are no numbered system roads within the area receiving ongoing maintenance.

### 3.5.   Topographic Maps.

Sweetwater Lake and Sugarloaf Mountain 7.5 minute series topographic maps.

BLM_0017452

## Findings for the Flat Tops Addition/Hack Lake

### 3.6. Wilderness Characteristics Assessment.
*Does the area contain wilderness characteristics (naturalness, outstanding opportunities for
solitude and primitive and unconfined types of recreation)?*

The Flat Tops Addition/Hack Lake contains wilderness characteristics within the 3,548 acres.
Findings are the same as the original inventories. BLM has been actively managing the area to
retain the primitive physical qualities of the area since the 1980's. There are no longer
management conflicts with adjacent U.S. Forest Service lands, nor would there be "islands" of
non-wilderness lands on the USFS. In 2002, the 'White River National Forest Land and
Resource Management Plan Revision", prescribed management direction on adjacent lands as
"1.2 Recommended Wilderness" and "5.41 Deer and Elk Winter Range".

### 3.6.1.  Size.
The BLM lands are not 5,000 acres in size however they possess sufficient size to qualify as
lands with wilderness characteristics because they are contiguous with the Flat Tops Wilderness
Area managed by the U.S. Forest Service for the protection of wilderness characteristics.

### 3.6.2. Naturalness.
The entire Hack Lake public wilderness proposal unit has retained a natural appearing landscape.
Hack Lake has long been managed to retain its primitive physical and backcountry operational,
non-motorized values. Subsequently, the area has experienced limited evidence of significant
human activity and related impacts are substantially unnoticeable. The area contains two (2)
trails, three (3) fencelines, one (1) reservoir, and one (1) historic cabin adjacent to Hack Lake.
While these manmade features exist within the unit, they do not detract from the overall
naturalness of the unit due to the topography and vegetative screening. There is occasionally
limited evidence of hunting camps at Hack Lake and on lands adjacent to the upper Hack Lake
trailhead. However, these disturbances are temporary and do not dominate the unit.

### 3.6.3.  Outstanding Opportunities for Solitude.
The Hack Lake area offers outstanding opportunities for solitude within the unit. Visitors'
opportunities to find isolation and seclusion are outstanding due to the area's size, terraced
landscapes and varied vegetation. While there are two (2) permitted commercial outfitters
offering horseback riding tours and hunting services within the unit, these permittees are also
permitted on adjacent national forest lands so that use is dispersed, user days are few, and group
sizes are relatively small. The unit makes a great addition to the solitude visitors can find on
adjacent White River National Forest lands and within the Flat Tops Wilderness.

### 3.6.4.  Outstanding Opportunities for Primitive and Unconfined Types of Recreation.
Physical qualities of the landscape and the activities allowed are important to producing
opportunities for primitive and unconfined types of recreation. The diverse wildlife and
vegetation, abundance of water, access to system trails within the area, remoteness, and the large
size of public lands available managed for primitive uses on both BLM and adjacent USFS lands
contribute to the outstanding opportunities for visitors to participate in numerous unconfined
types of recreation activities such as hiking, horseback riding, wildlife viewing, camping, fishing

26

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011

and hunting. Within the unit, there are no supporting recreational developments and signs and/or visitor controls are infrequent, mostly occurring at trail intersections and at Hack Lake.

RSC mapping shows that this unit contains physically remote areas more than ½ mile from motorized or mechanized routes, which indicates opportunities for primitive and unconfined types of recreation exists (see *Recreation Setting Characteristics Matrix in Appendix AA*).

**3.7. Supplemental Values.**
*Does the area contain ecological, geological, or other features of scientific, educational, scenic, or historical value?*

**The Flat Tops Addition/Hack Lake unit contains supplemental values.**

**3.7.1.  Cultural**.
The historic Ute trail was originally used by the Ute Indians until the late 1800's for access to Meeker over the Flat Tops. The historic Hack Lake cabin still stands today, in a meadow above the lake. The BLM has three (3) cultural resources documented within this unit. Two of the sites are eligible or potentially eligible for listing on the National Register of Historic Places.

**3.7.2.  Wildlife**.
The Flats Tops Addition/Hack Lake unit has diverse wildlife habitat in excellent condition including riparian, gambel oak/mountain brush, spruce fir forest, juniper-pinyon woodland, sagebrush, cliff and cave habitat types.

The Flats Tops Addition/Hack Lake unit encompasses mapped mule deer and elk summer range defined by that part of the overall range where 90% of the individuals are located between spring green-up and the first heavy snowfall. The unit takes in CDOW mapped mule deer winter range. CDOW mapped elk winter concentration areas and elk severe winter range can also be found in the Flats Tops Addition /Hack Lake unit.

The secluded, rugged terrain is ideal for bighorn sheep. The unit is part of CDOW mapped bighorn sheep overall range.

The northside of the unit is within CDOW mapped lynx potential habitat defined as those areas having the highest potential of lynx occurrences.

The southwestern corner of the unit is within bald eagle (*Haliaeetus luecocephalus*) winter range as defined by an area where bald eagles have been observed between November 15 and April 1.

**3.7.3.  Scenery.**
The unit possesses excellent panoramic scenic views of surrounding mountain ranges including the adjacent Flat Tops, the Gore Range, the Sawatch Range and the Elk Range.

27

BLM_0017454

Case No. 1:20-cv-02484-MSK   Document 31-1   filed 04/27/21   USDC Colorado   pg 134 of 188



**Wilderness Character Assessment and Inventory** 28

BLM_0017455

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011



# Wilderness Character Assessment and Inventory

## Chapter 4 – Grand Hogback

### 4.1. Area Description.
The Grand Hogback is located 5 miles north of Rifle, Colorado and is within Garfield County. The Grand Hogback public wilderness proposal encompasses 11,701 acres. This assessment will be for 11,356 acres of BLM public lands and will not include the 177 acres of CDOW lands or 168 of Bureau of Reclamation lands. The area is bounded by Colorado State Highway 13 on the west and County Road 252 to the east. The boundary of the unit is a combination of roads, private property and landscape features. This area contains the Rifle Arch, which is visited by Rifle residents and regional visitors alike. The Rifle Arch trail is heavily used as the area's southwest aspect is free of snow early and late which offers residents a close to home recreational opportunity.

Much of the area is inaccessible to the public due to private lands surrounding most of the area. Current "managed" public access is limited to a few areas such as Estes Gulch, the Rifle Arch trailhead on the western side, and the State Wildlife Area on the southeastern corner.

### 4. 2. Background.
This unit was part of the BLM's Initial Wilderness Inventory process in 1979 and was later part of the intensive wilderness inventory process in 1980. The original unit contained 11,700 acres after boundary adjustments were made during the intensive inventory process. Then 9,000 acres were intensively inventoried of which 8,550 acres of roadless and primarily natural acres were identified. Following the intensive inventory field work, the unit was not proposed as a WSA and was released from any additional wilderness review and management constraints (*BLM, Intensive Wilderness Inventory, Final Wilderness Study Areas, November 1980)*. The area's release from further study was based on a determination that "Outstanding opportunities for solitude and or primitive types and unconfined recreation are not offered in this unit." The recommendation was based on "a combination of small size, narrow configuration and rugged terrain limiting recreational opportunities."

### 4.3. Landscape Characteristics and Issues

### 4.3.1.  Land Ownership and Acreage.
The Grand Hogback unit contains 11,356 of BLM public lands, 177 acres of Colorado Division of Wildlife Lands and 168 acres of Bureau of Reclamation lands. This assessment will only addresses the 11,356 acres on BLM lands.

BLM_0017456

**4.3.2.  Topography.**

The Grand Hogback is an extensive single, jagged ridgeline running approximately eight (8) to nine (9) miles long and approximately two (2) miles wide. The Grand Hogback unit's highest elevation is 9,196 feet. The area has striking displays of flatirons, dipping fins, and ridges coming off the dominate monocline. The Grand Hogback contains steep cliffs, sandstone outcroppings and deep, incised ravines that fall off the dominate ridgeline to the southwest and northeast.

**4.3.3.  Vegetation.**

Vegetation types include scrub oak, pinyon-juniper woodland and a small amount of aspen in the northern part of the unit.

**4.3.4.  Existing Issues.**

The Grand Hogback lies along the eastern boundary of the Piceance Basin and has been essentially split in half and mapped as medium and high potential for oil and gas resources. There are currently 15 active gas leases within the unit which totals approximately 4,417 acres. None of these leases have shown any active drilling, and there are no wells that have previously been drilled within the area. No applications for permit to drill (APD) have been filed on these leases and the leases have expiration dates ranging from 2010 to 2016. While no impacts to the areas wilderness characteristics have occurred to date, wilderness characteristics would likely be lost in the leased portions of the unit if they were developed. This assessment and inventory was researched in 2009. Additional research will be done before the final CRVFO Resource Management Plan Revision to see if any leases have started active drilling.

While much of the unit has NSO stipulations in place for steep slopes and visual resources, lease holders have valid existing rights to develop their lease and obtain their minerals. If the leases expire, additional lease stipulations could be attached to a new or renewed lease that may protect some characteristics while still allowing for the lease holder to recover their gas. However, it can be expected that if the area continues to be leased and experiences any development, protecting the area's wilderness characteristics would not be feasible on large portions of the unit. The only way wilderness characteristics could be preserved in this unit is if all or most of the leases are not developed under current leasing stipulations and when the existing leases expire (ranging in dates from 2010 to 2016), those leases would be made unavailable for renewal or sale or covered in whole by NSO stipulations.

Under the 1984 RMP Record of Decision (ROD) revised in 1988, decisions were made for this area and it was included and mapped as part of a larger area known as the Hogback Coal Field (28,529 acres) that was designated as "acceptable for further consideration for coal leasing." Old, historic coal mine features still exist today in the Estes Gulch area in the very southern part of the unit.

**4.4.  Current Management Allocations/Prescriptions.**

**4.4.1.  Travel.**

Travel in this area was designated "Open" in the 1984 RMP. However, motorized travel is extremely limited in the unit due to very limited public access and the steep and rugged terrain. Currently the only motorized travel occurring is related to permitted uses or where Rights of Ways have been obtained to access adjacent private lands or in holdings. While some old roads

30

show on the map within the unit and are noticeable in the landscape, they have not been maintained, are not accessible to the general public, are not routinely used, and have, for the most part, naturally reclaimed themselves.

### 4.4.2. Visual Resource Management.
Most of the Grand Hogback unit is VRM Class II with some isolated pockets of VRM Class IV along the southern boundary. The area's VRM Classes were designated in the 1984 Glenwood Springs RMP. The objective of VRM Class II is to preserve the existing character of the landscape. Class II provides for natural ecological changes and may allow very limited management activity. The level of change to the characteristic landscape should be very low and must not attract attention.

The objective of Class IV is to provide for management activities which require major modifications of the existing character of the landscape. The level of change to the characteristic landscape can be high. These management activities may dominate the view and be the major focus of viewer attention. However, every attempt should be made to minimize the impact of these activities through careful location, minimal disturbance, and repeating the basic elements as described in BLM's Best Management Practices (BMP's).

### 4.4.3. Wild and Scenic Rivers.
There are no designated Wild and Scenic Rivers in or adjacent to the unit nor are there any eligible or suitable streams or rivers.

### 4.4.4. Recreation Activities and Recreation Setting Characteristics (RSCs).
Currently, this unit offers excellent opportunities for activities such as hiking, climbing, hunting, wildlife viewing, horseback riding, and photography.

The physical qualities of the landscape can be classified and mapped looking at a spectrum of RSC classes based on distance from motorized and mechanized routes. Based on mapping the physical RSC attribute of remoteness, there are lands that fall within the primitive class (lands more than ½ mile from either mechanized or motorized routes). Using the existing CRVFO GIS transportation data, the RSC mapping shows 29% classified as primitive, 27% classified as middle country, 23% classified as front country, and 21% classified as rural due to roads on adjacent private property (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

### 4.4.5. Grazing.
Livestock grazing occurs on ten allotments with ten permittees. Currently there are five livestock reservoirs within the boundary.

### 4.4.6. Realty and Rights of Ways (ROWs).
The Grand Hogback Unit has been mapped as a retention zone with a small portion adjacent to state lands as a Cooperative Management zone. Record search through LR2000 shows there are currently 14 ROW's that are either directly adjacent to or within the boundaries. There are 12 ROW's on record that would need additional verification on the ground to ensure any necessary boundary adjustments would occur if the area was designated. There are two (2) ROW's within the boundaries. Small boundary adjustments need to be made for these incursions. One (1) adjustment would occur in T4S, R94W, Sec.11, where the boundary was mapped directly

BLM_0017458

adjacent to the road and communication tower sites currently exist within the mapped area. The other adjustments would occur in T4S, R94W, Sec. 36 where a spring and pipeline exist. Current ROW's include uses that involve; several Qwest Tel, Rifle Gap, Colorado Dept. of Transportation, DOE, several communication sites, and a private spring and pipeline.

### 4.4.7.  Oil and Gas Leasing.

The Grand Hogback lies along the eastern boundary of the Piceance Basin and has been essentially split in half and mapped as medium and high occurrence potential areas. There are currently 15 active oil and gas leases within the boundaries which totals approximately 4,417 acres. None of these leases show any active drilling or wells that have been previously drilled. No APD's have been filed on these leases and have expiration dates ranging from 2010 to 2016. This assessment and inventory was researched in 2009. Additional research will be done before the final CRVFO Resource Management Plan Revision to see if any leases have started active drilling.

Several stipulations are attached to most of the leases within the unit for steep slopes (NSO #15), erosive soils and soils greater than 30% (CSU#4), and for VRM Class II values (CSU#5). While these stipulations were designed to protect these values, development may still occur if the operator can avoid these values or "demonstrate that operations can be conducted without causing unacceptable impacts" (*GSRA, Oil and Gas Leasing and Development, ROD, RMP Amendment, March 1999, pg.8*), through site specific assessment and mitigation or special design measures and demonstrated successes under similar conditions. The only way wilderness characteristics could be preserved in this unit is if all or most of the leases are not developed under current leasing stipulations and when the existing leases expire (ranging in dates from 2010 to 2016), those leases would be made unavailable for renewal or sale or covered in whole by NSO stipulations.

### 4.4.8.  Minerals.

According to the United States Geological Survey and the Colorado Geological Survey, two (2) locations within the Grand Hogback area are identified as past producers of coal. One is named Ted Estes and is within Section 3 and the other is named North Canon and is within Section 12 (both are within T5S R93W).

### 4.4.9.  Water Rights.

Within the Grand Hogback area are numerous springs and unnamed ephemeral drainages. There are approximately 30 existing water rights for wells, springs, and ditches within the Grand Hogback area on record with the Colorado Division of Water Resources.

### 4.4.10. Road Maintenance.

There are no BLM records showing maintenance of any routes within this unit.

### 4.5.     Topographic Maps.

Horse Mountain, Rio Blanco and Rifle minute series topographic map.

BLM_0017459

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

## Findings for the Grand Hogback

### 4.6. Wilderness Characteristics Assessment.
*Does the area contain wilderness characteristics (naturalness, outstanding opportunities for solitude and primitive and unconfined types of recreation)?*

The Grand Hogback contains wilderness characteristics on the entire 11,356 acres. The findings today have not changed much from the findings in 1979 on 9,000 acres that were intensively inventoried of which 8,550 acres were identified as being roadless and primarily natural. The area's steep and rugged topography and limited public access has maintained wilderness characteristics throughout most of this unit. The conclusion of the 1980 report however, is not the same today in that this unit includes additional contiguous acreage to the north and the south. In addition, the unit has been determined to provide for outstanding opportunities for solitude and primitive and unconfined recreation opportunities within some portions of the unit.

### 4.6.1.  Size.
The Grand Hogback is a roadless area with over 5,000 acres of contiguous BLM lands resulting in sufficient size to qualify as lands with wilderness characteristics.

### 4.6.2.  Naturalness.
The Grand Hogback proposal area has retained a natural appearing landscape within the unit. The unit's steep and rugged topography and limited access points has preserved this area's naturalness.

While this assessment acknowledges the 15 existing leases and associated valid existing rights that occur within the proposal area, those leases have not yet been developed and therefore this assessment is reflecting the naturalness present at the time of the research done in 2009. Additional research will be done before the final CRVFO Resource Management Plan Revision to see if any leases have started active drilling. While a couple of old non-maintained routes exist within the unit and a few imprints of man, those imprints are negligible and the overall landscape has retained its physical undisturbed natural setting.

### 4.6.3.  Outstanding Opportunities for Solitude.
Some areas within the Grand Hogback offer outstanding opportunities for solitude. The unit's steep topography giving way to numerous ridgelines and drainages offers visitors a place to find isolation and seclusion away from sights and sounds and obtain solitude. Due to its proximity to the town of Rifle and to its accessibility year round, the highest amount of visitation occurs from hikers on public lands adjacent to and on the Rifle Arch trail in the southwestern part of the unit. However, visitors are still able to obtain seclusion in this unit away from the trail, and can expect to see fewer than 3 groups per day, with little evidence of use observed and sounds of people rare, due to the diverse topography and vegetation. While no visitor survey has been completed professional observations have indicated that visitation in the area is infrequent, and social qualities within the unit would be considered as being classified as primitive. Most visitations taking place in the unit occurs during the big game hunting seasons.

33

BLM_0017460

### 4.6.4.   Outstanding Opportunities for Primitive and Unconfined Types of Recreation.

Physical qualities of the landscape and the activities allowed are important to producing opportunities for primitive and unconfined types of recreation. The area has been managed over the years predominately for non-motorized types of recreation due to its limited public access and rugged topography. The diverse topography, geologic formations along with the wildlife, vegetation, and remoteness is within an arid and lower elevation environment. Therefore, the unit receives less snow allowing for longer periods of accessibility, which provides outstanding opportunities for visitors who wish to participate in numerous primitive and unconfined types of recreation activities such as, climbing, hiking, wildlife viewing, and hunting within localized portions of the unit. Within the unit, there are no supporting recreational developments outside of the Rifle Arch area, and signs and/or visitor controls are absent.

RSC mapping shows that this unit contains physically remote areas more than ½ mile from motorized or mechanized routes, which indicates opportunities for primitive and unconfined types of recreation exist (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

### 4.7.     Supplemental Values.

*Does the area contain ecological, geological, or other features of scientific, educational, scenic, or historical value?*

The Grand Hogback contains supplemental values that are listed below.

### 4.7.1.  Cultural.

BLM cultural data base shows 12 cultural resources, 8 sites that are eligible or potentially eligible for listing on the National Register of Historic Places.

### 4.7.2.  Wildlife.

The Grand Hogback unit works in conjunction with Colorado Division of Wildlife lands to provide year round habitat for a variety of wildlife species. The Grand Hogback unit has diverse wildlife habitat in excellent condition including riparian, gambel oak/mountain brush, spruce fir forest, juniper-pinyon woodland, and sagebrush.

The Grand Hogback unit also encompasses mapped mule deer and elk summer range defined by that part of the overall range where 90% of the individuals are located between spring green-up and the first heavy snowfall.

The eastern part of the unit takes in CDOW mapped mule deer critical winter range created by combining deer DAUs, mule deer winter concentration areas, and "high density" mule deer severe winter range. CDOW mapped elk winter concentration areas and elk severe winter range can be found as well in the Grand Hogback unit. At one time, the CDOW had proposed reintroduction of bighorn sheep in the unit.

The West Rifle Creek side and the northern portion of the unit is within bald eagle (*Haliaeetus luecocephalus*): a) winter range as defined by an area where bald eagles have been observed between November 15 and April 1, and b) bald eagle foraging areas as defined as areas frequented by wintering bald eagles between November 15 and March 15.

34

BLM_0017461

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

### 4.7.3.   Scenery.

Most of the area was classified as VRM Class II. The unique and colorful landforms were characteristics identified as deserving protection. The area is also within foreground viewing distance to travelers on State Highway 13 and the sensitivity to changes within the landscape is high.

### 4.7.4.   Geological.

This area represents the largest uninterrupted portions of BLM land on the "Grand Hogback". The Grand Hogback represents one of the longest geologic structures in Colorado that spans approximately 80 miles from the town of Meeker in the north to the town of Redstone in the south.

35

BLM_0017462

# Grand Hogback

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This project was developed through digital means and may be updated without notice.

11/08

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011



# Wilderness Character Assessment and Inventory

## Chapter 5 - Pisgah Mountain

### 5.1. Area Description.

The Pisgah Mountain unit is located in Eagle County, approximately 14 miles northeast of Eagle, Colorado, 3 miles southwest of McCoy and four miles west of Bond. The Pisgah Mountain public wilderness proposal encompasses 15,679 acres of BLM public lands. The area's northern boundary is the Colorado River. Pisgah Mountain area lies within the northeastern part of a larger travel management area known as Castle Peak. The area's vegetation and rolling topography are diverse and offer the visitor wide unobstructed views from unique desert canyon country to upland environments. The red rock cliffs adjacent to the Colorado River accentuate the diverse landscape character. The area is dominated by pinyon-juniper and some of the largest intact sagebrush communities left on public lands within the Colorado River Valley resource area. The area is currently managed as critical wildlife habitat for numerous species.

### 5.2. Background.

This unit was part of the BLM's Initial Wilderness Inventory process in 1979 and was later part of the intensive wilderness inventory process in 1980. The original unit contained 15,518 acres of federal land which is dominated by Pisgah Mountain adjacent to the Colorado River. Following the intensive inventory field work the unit was not proposed as a WSA and was released from any additional wilderness review and management constraints (*BLM, Intensive Wilderness Inventory, Final Wilderness Study Areas, November 1980).* The area's release from further study was based on a determination that outstanding opportunities for solitude were severely restricted and not attainable in the Pisgah Mountain unit due to combination of the steep topography, sparse vegetation and narrow configuration.

In 1997, the Castle Peak TMP and RMP amendment was finalized. Pisgah Mountain travel decisions were made to enhance big game hunting opportunities by implementing travel designations with the overall objective of keeping big game habitat and cover areas more intact and to reduce motorized vehicle pressures that pushed big game onto adjacent private lands. A seasonal closure on one route (# 8535 "Stagecoach Route") was implemented to provide and enhance the physical and social settings that provide for a more primitive hunting experience.

### 5.3. Landscape Characteristics and Issues

### 5.3.1. Land Ownership and Acreage.

The Pisgah Mountain unit is exclusively BLM public lands and contains 15,679 acres.

BLM_0017464

### 5.3.2.  Topography.

Pisgah Mountain rises approximately 2,000 feet from the Colorado River and is diverse topographically. The unit consists of scenic rugged canyons along its northern and eastern borders giving way to the Colorado River. The northwestern portion of the area is dominated by red rock canyon country leading up to the peak itself at 8,600 feet. The southern portion of the area is best characterized by more gentle, rolling, open sage hillsides.

### 5.3.3.  Vegetation.

Pinyon-juniper, scrub oak, sagebrush and grasslands dominate most of the unit. However, some Ponderosa pines, along with other riparian vegetation, can be found along the river. Aspen and Douglas-fir stands are present in pockets on some of the higher elevations.

### 5.3.4.  Existing Issues.

Current management issues within the area include maintaining existing active sage grouse leks to ensure the integrity of the sagebrush communities and reducing pinyon-juniper encroachment. While the area was designated as "Limited" where motorized and mechanized travel is limited to designated routes established in the 1997 Castle Peak TMP, continued off road travel occurs (mostly during hunting season) in some portions of the unit due to the open nature of the vegetation and gentle topography.

## 5.4. Current Management Allocations/Prescriptions.

### 5.4.1.  Travel.

All travel by motorized or mechanized vehicles, except snowmobiles operating over snow, is limited to designated routes year round on all public lands not otherwise closed. The entire area is closed from December 1 to April 30 to all motorized vehicles including snowmobiles to limit impacts to wintering big game and erosive soils. The seasonal closure on the Stagecoach Route # 8535 was done to enhance non-motorized recreation opportunities particularly during the big game hunting seasons. The northern part of the unit was closed not only to provide for non-motorized recreation opportunities, but to reduce stress to big game and keep the big game on public lands longer, and to enhance harvest success to correlate with DOW's management objectives. The area has become popular for those seeking to hunt in a non-motorized setting. Access in that portion of the unit is by foot from the southern closure point or by boat from the Colorado River along the northern boundary.

### 5.4.2.  Visual Resource Management.

The area was classified as VRM Class II and VRM Class IV in the 1984 Glenwood Springs RMP. Most of the area is VRM Class II with some isolated pockets of VRM Class IV along the southern boundary.

### 5.4.3.  Wild and Scenic Rivers.

The Colorado River adjacent to the Pisgah Mountain Unit was found to meet the eligibility criteria for its fish, wildlife, and recreation values under a Wild and Scenic Rivers Study, March 2007, that was done as part of the CRVFO RMP land use planning process.

### 5.4.4.  Recreation Activities and Recreation Setting Characteristics (RSCs).

Currently, this unit offers excellent opportunities for primitive activities such as hunting, hiking, camping, photography, and horseback riding which occur predominately during the fall months.

BLM_0017465

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

The physical qualities of the landscape can be classified and mapped looking at a spectrum of RSC classes based on distance from motorized and mechanized routes. Based on mapping the physical RSC attribute of remoteness, there are lands that fall within the primitive class (lands more than ½ mile from either mechanized or motorized routes). Using the existing CRVFO GIS transportation data, the RSC mapping shows 20% classified as primitive, 11% classified as backcountry, 32% classified as middle country. The remaining portion of the unit showed 12% classified as front country, and 25% classified as rural due to its proximity to Colorado River Road 301and Eagle County Road 41 (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

### 5.4.5.  Grazing.
Livestock grazing occurs on four allotments with three (3) permittees. There are 24 spring/ponds/reservoir developments and two (2) fencelines.

### 5.4.6.  Realty and Rights of Ways (ROWs).
The entire Pisgah Mountain Unit has been mapped as a retention zone. A record search through LR2000 shows no ROW's within the boundaries. However, there are numerous ROW's on record that show on the plats as being directly on or adjacent to the boundaries. There are seven (7) ROW's on record that would need additional verification on the ground to ensure any necessary boundary adjustments would occur if the area was designated. Current ROW's include uses that involve Century Tel, Yampa Valley Electric, Fiber Optics, and the Railroad.

### 5.4.7.  Oil and Gas Leasing.
Currently, no leasing has occurred; eastern portions of the area have been mapped as having "Low Occurrence Potential" with the remaining area as having "Medium Occurrence Potential". "Occurrence Potential" is listed in the CRVFO Resource Management Plan Revision and their economic importance is analyzed. Development of any leases will likely impact the wilderness characteristics.

### 5.4.8.  Minerals.
All or portions of T02S R84W Sections 2, 3, 9, 10, 11, 12, 13, 14, 15, 16, and 24 and all or portions of T02S R83W Sections 7, 8, 16, 17, and 18 have been designated as favorable for hosting uranium and/or vanadium deposits by National Uranium Resource Evaluation reports. The term favorable refers to areas that can be demonstrated as having favorable geologic characteristics or significant uranium mineralization using U.S. Department of Energy recognition criteria. " Mineral favorability is listed in the CRVFO Resource Management Plan Revision and their economic importance is analyzed. Development of any minerals will likely impact the wilderness characteristics.

### 5.4.9.  Water Rights.
The Pisgah Mountain unit contains numerous springs and ephemeral drainages, many of which are direct tributaries to the Colorado River to the north. Currently, there are approximately 16 water rights for springs, ditches, wells, and reservoirs on record with the Colorado Division of Water Resources.

BLM_0017466

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

**5.4.10.  Road Maintenance**.

The Pisgah Mountain Unit contains four (4) routes within the boundary proposed by public groups. Those routes are 8535, 8536, 8537, and portions of 8530. The remaining routes serve as the boundary of the unit (8520 & 8532).

The following shows the current maintenance level II that been prescribed for the following routes. Level II objectives are to make the road passable by high clearance vehicles.

| Route # | Miles |
|---------|-------|
| 8520 | 2.0 miles |
| 8532 | 2.3 miles |
| 8535 | 4.5 miles |
| 8536 | 0.8 miles |
| 8537 | 0.5 miles |

Route # 8530 has been prescribed for maintenance level III management for 5.8 miles. Level III objectives are for roads that improvements (culverts, ditches, aggregate, etc.) have been made and the road is to be passable by passenger cars.

**5.5.  Topographic Maps.**

Castle Peak, McCoy, Blue Hill, And State Bridge 7.5 minute series topographic maps.


## Findings for Pisgah Mountain

**5.6. Wilderness Characteristics Assessment.**

*Does the area contain wilderness characteristics (naturalness, outstanding opportunities for solitude and primitive and unconfined types of recreation)?*

Due to implementation of Castle Peak Travel Management Plan in 1997, roads have been reclaimed or have re-vegetated naturally since the original inventories in the late 70's. Subsequently the area has been found to contain wilderness characteristics.  A total of 14,757 acres were found to qualify as lands with wilderness characteristics.

**5.6.1.  Size**

Pisgah Mountain is a roadless area with over 5,000 acres of contiguous BLM lands resulting in sufficient size to qualify as lands with wilderness characteristics.

**5.6.2.  Naturalness.**

The Pisgah Mountain area has retained a natural appearing landscape within the unit as a whole. While some boundary adjustments were done within the unit to eliminate areas that are not natural, the rest of the area has an unmodified landscape that has maintained its natural qualities.

Signs of man resulting mostly from livestock developments such as fences, ponds, and troughs are largely unnoticeable in the landscape and do not detract from the overall naturalness of the area. Most of these developments are small scale stock ponds directly adjacent to maintained roads serving as boundaries or are off old two track routes that have mostly rehabilitated. Many

40

developments are off of routes that were closed to public motorized and mechanized travel in the Castle Peak TMP in 1997.

Boundary adjustments were done as part of this assessment in two (2) areas to exclude road #8530 that serves as the main access into the area and have been routinely maintained. The road's continuous use and ongoing maintenance resulted in impacts to naturalness. The public wilderness proposal boundary appears to be a mapping error. The road proposed along the western boundary comes through private land, has no public access and was closed in the Castle Peak TMP in 1997.

In addition, route # 8535 also known as the Pisgah Mountain or the Stagecoach route is listed in BLM's system as a route that is maintained and was mechanically constructed. It serves as the only access to the northern part of the unit and is used for livestock grazing activities and maintenance of related developments. This route was cherry-stemmed to eliminate its disturbance and its unnatural character and does not detract from the area's overall naturalness.

These boundary adjustments were done to eliminate areas or linear features found not to be natural resulting in a reduction of 922 acres.

### 5.6.3.  Outstanding Opportunities for Solitude.
The Pisgah Mountain area offers outstanding opportunities for solitude within the northern portions of the unit. Visitors within the Pisgah Mountain unit as a whole are infrequent during most of the year, with most visitations occurring during hunting season. While the southern portions of the area offer vast vistas in open sage country, the northern portion contains a diversity of landscapes and vegetation where one could find isolation and be secluded especially in areas adjacent to the banks of the Colorado River. The northern portion of the unit contains some heavy vegetative screening, rugged drainages, and winding canyon features where visitors can find seclusion. In conclusion, the area's size in conjunction with opportunities for topographic screening and varied vegetation provide visitors outstanding opportunities for solitude.

### 5.6.4.  Outstanding Opportunities for Primitive and Unconfined Types of Recreation.
Physical qualities of the landscape and the activities allowed are important to producing opportunities for primitive and unconfined types of recreation. The area has been managed for predominately non-motorized types of recreation while allowing for limited four wheel drive motorized access to key points within the unit. Much of the unit is remote and rugged and offers the visitor opportunities to experience primitive types of recreation with unobstructed views. However, "outstanding" opportunities are considered to be mostly within the northern portion of the unit due to the vegetation, topography, and distance from boundary roads. Those outstanding opportunities for primitive activities include hunting, fishing, hiking, camping, wildlife viewing, and photography. Within the unit, there are no recreation developments or marked trails, and signs and/or visitor controls are very minimal.

RSC mapping shows that this unit contains physically remote areas more than ½ mile from motorized or mechanized routes, which indicates opportunities for primitive and unconfined types of recreation exist (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

BLM_0017468

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

**5.7.    Supplemental Values.**
*Does the area contain ecological, geological, or other features of scientific, educational, scenic, or historical value?*

The Pisgah Mountain unit contains supplemental values that are listed below.

**5.7.1.  Cultural**.
BLM cultural data shows 13 cultural resources within the area, six (6) sites that are eligible or potentially eligible for listing on the National Register of Historic Places.

**5.7.2.  Wildlife**.
The Pisgah Mountain unit offers wildlife habitat for populations of elk, deer, black bear, mountain lion, bobcat, raptors, coyote, porcupine, squirrels, chipmunks, sage grouse, and a variety of small birds and other small animals.

The Pisgah Mountain unit encompasses mapped mule deer and elk summer range defined by that part of the overall range where 90% of the individuals are located between spring green-up and the first heavy snowfall.

The unit takes in CDOW mapped mule deer critical winter range created by combining deer DAUs, mule deer winter concentration areas, and "high density" mule deer severe winter range. CDOW mapped elk winter concentration areas and elk severe winter range can be found in the Pisgah Mountain unit.

The unit is part of CRVFO's largest intact sage grouse habitats. The relatively open sagebrush flats and rolling sagebrush hills are included within CDOW mapped greater sage grouse: a) overall range defined as seasonal activity areas within the observed range of a population of sage grouse, b) sage grouse observed winter range, and c) greater sage grouse production areas defined as the majority of important sage grouse nesting habitat and mapped as a buffer zone of 4 miles around active leks.

The portion of the unit along the Colorado River is within Bald Eagle: a) winter range as defined by an area where bald eagles have been observed between November 15 and April 1, and b) Bald Eagle foraging areas as defined as areas frequented by wintering bald eagles between November 15 and March 15.

**5.7.3.  Scenery.**
The area has been recognized and managed for its VRM Class II scenery along the Colorado River.

**5.7.4.  Ecological.**
BLM rare plant data indicates the area supports several small, but good condition occurrences of the BLM sensitive plant, Harrington's penstemon. Although not a core population of this species, the Pisgah Mountain area does contribute to the overall biodiversity and viability of the species.

42

BLM_0017469

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office     February 2011



Pisgah Mountain

BLM_0017470

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office       February 2011



# Wilderness Character Assessment and Inventory

## Chapter 6 - Thompson Creek

### 6.1. Area Description.

The Thompson Creek Area is located approximately eight (8) miles southwest of Carbondale, Colorado and is within both Garfield and Pitkin Counties. The Thompson Creek public wilderness proposal includes a total of 25,285 acres that occur on both the White River National Forest and on BLM lands. This assessment will only address the 8,171 acres on BLM lands.

### 6.2. Background.

Thompson Creek has long been recognized as a special place deserving special management. In 1974, Thompson Creek was determined to be a Natural Environment Area (NEA). In 1975, a management plan was written for the Thompson Creek NEA. In 1976, an Antiquities Report was prepared. In 1985, portions of the current wilderness proposal area (4,286 acres) was designated as an ACEC to preserve its geological, cultural, scenic values, its natural ecological state, and to provide for educational and primitive types of recreational use.

This area was part of the BLM's Initial Wilderness Inventory process in 1979 and was later part of the intensive wilderness inventory process in 1980. The original unit contained 8,800 acres during the initial inventory where boundary adjustments and subsequent deletions occurred. During the intensive inventory an additional 4,330 acres in the northern half of the unit were deleted because of the impacts of several routes in that portion of the unit. The remaining 4,200 acres were not recommended as a WSA based on a determination that the unit did not meet the size criteria and while outstanding opportunities for solitude and primitive unconfined recreation existed, these opportunities were determined not to be unconfined due to the small size. For this same reason, opportunities for solitude were determined not to be outstanding and the area was subsequently determined not to meet the criteria for a WSA and was released from any additional wilderness review and management constraints. (*BLM, Intensive Wilderness Inventory, Proposed Wilderness Study Areas, February 1980, pages 231).*

In 2002, the Revised Forest Plan for the White River National Forest found adjacent forest lands known as "Assignation Ridge Roadless Area" (11,800 acres) to be roadless, contain opportunities for solitude, and would provide biological diversity to the designated wilderness system with additional acres of under-represented low elevation cover types. The Forest Plan's ROD recommended this area for wilderness designation (1.2) and prescribed management to not impair its wilderness qualities.

### 6.3. Landscape Characteristics and Issues

### 6.3.1.   Land Ownership and Acreage.

This assessment addresses 8,171 acres on BLM lands.

44

BLM_0017471

### 6.3.2. Topography.

Thompson Creek's topography is diverse and contains unique and outstanding geologic values. Elevation ranges from 6,600 to 10,700 feet and is the southernmost terminus of the Grand Hogback. Generally along the Hogback, canyons and drainages parallel the strike of the uplift. However, in the Thompson Creek area, the canyons traverse the Hogback. Erosion processes left unique thin vertical fins and outcrops of sandstones and siltstones. This erosion has displayed 12 formations and exhibits the tilted beds caused by the uplift. Thompson Creek canyon is said to be reminiscent of the "Garden of the Gods" in Colorado Springs. The Thompson Creek drainage itself contains an undisturbed riparian zone.

### 6.3.3. Vegetation.

The area contains a wide diversity of vegetation including pinyon-juniper, scrub oak and sagebrush, with douglas fir and aspen stands present in pockets in some of the higher elevation. Within Thompson Creek drainage, a healthy riparian community contains cottonwood-alder-willow communities along with ponderosa pine.

### 6.3.4. Existing Issues.

Although there are no active leases currently on BLM lands within the Thompson Creek area, parts of the region have been leased. Some seismic activity has occurred just to the west of the unit. The area has been mapped as "medium potential" for oil and gas. No interest in other minerals has arisen. This assessment and inventory was researched in 2009. Additional research will be done before the final CRVFO Resource Management Plan Revision to see if there are other mineral interests. Portions of this area (ACEC and SRMA 4,286 acres) have a No Surface Occupancy stipulation prescribed (1999 Glenwood Springs Oil and Gas SEIS, NSO #16). Development of any leases will likely impact the wilderness characteristics.

Recreation related impacts in the area continue due to increased visitation from both the local and regional public. Subsequently, areas adjacent to the north and western boundaries are experiencing impacts and bringing up human health and safety issues, and related needs for more active management and potential recreational infrastructure (i.e. bathrooms, signs developed trailheads, parking lots, etc.). Maintaining a primitive recreation setting and related social experiences (1+ mile from the western and northern boundaries) has become increasingly more difficult. The values for which the ACEC was designated are vulnerable and at risk.

Thompson Creek canyon has seen a large increase in visitation over the last 2 seasons relating to sport rock climbing. In 2006, approximately 45 routes were bolted onto one of the unique geologic fins and the area became very popular for nearby Roaring Fork residents and other sport climbers in the state. The Roaring Fork Climbers Coalition was formed to try to mitigate the social and physical impacts until this plan is completed and further direction is provided.

Unmanaged travel and trail building activities continues to occur mostly within the northern half of the unit.

BLM_0017472

## 6.4. Current Management Allocations/Prescriptions.

### 6.4.1. Travel.
The 1984 RMP prescribed 4,286 acres (the ACEC portion) closed to motorized travel and 3,234 acres as open to motorized travel year round.

### 6.4.2. Visual Resource Management.
The area was classified as VRM Class I, II, and III in the 1984 Glenwood Springs RMP. Approximately half of the unit in the southern portion of the area that falls within the Thompson Creek ACEC was designated VRM Class I for its High Scenic Quality. Thompson Creek is one of only four VRM Class I areas within the CRVFO. The northeastern boundary is VRM Class II, which the objective is to protect the existing landscape character. The northwestern part of the unit is currently VRM Class III which will allow for moderate changes within the landscape but should not dominate the viewshed.

### 6.4.3. Wild and Scenic Rivers.
Thompson Creek was found to eligible under a Wild and Scenic River's Study, March 2007, for its Outstandingly Remarkable Values related to its Geologic and Scenic values. A suitability determination will be done as part of this planning process.

### 6.4.4. Recreation Activities and Recreation Setting Characteristics (RSCs).
Currently this unit offers excellent opportunities for primitive activities such as hiking, fishing, hunting, wildlife viewing, sightseeing, nature study, snowshoeing, cross country skiing, and photography on both BLM and adjacent Forest lands.

The physical qualities of the landscape can be classified and mapped looking at a spectrum of RSC classes based on distance from motorized and mechanized routes. Based on mapping the physical RSC attribute of remoteness, there are lands that fall within the primitive class (lands more than ½ mile from either mechanized or motorized routes). Using the existing CRVFO GIS transportation data, the RSC mapping shows 21% classified as primitive, 40% classified as middle country, 34% classified as front country, and 5% classified as rural (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

### 6.4.5. Grazing.
Livestock grazing, 11 permittees on four (4) allotments. Existing range developments consist of seven (7) reservoirs, one (1) spring development, and two (2) fences.

### 6.4.6. Realty and Rights of Ways (ROWs).
The entire Thompson Creek Unit has been mapped as a retention zone. A record search through LR2000 shows no ROWs within the boundaries. However, there is one ROW (N. Thompson 4 mile water facility) on record shown on plates directly on or adjacent to the boundaries. In addition there is an old mining claim on record. This ROW and claim would need additional research to ensure if needed any necessary boundary adjustments if the area was designated.

### 6.4.7. Oil and Gas Leasing.
Area outside of the ACEC is open to oil and gas leasing, but not currently leased. A NSO stipulation was applied in the 1999 Glenwood Springs Oil and Gas SEIS to any future leases within the ACEC. Most of the unit has been mapped as "Medium Potential". "Occurrence

46

BLM_0017473

Potential" is listed in the CRVFO Resource Management Plan Revision and their economic importance is analyzed. Development of any leases will likely impact the wilderness characteristics.

### 6.4.8.  Minerals.
The Thompson Creek area is not currently identified as having mineral potential.

### 6.4.9.  Water and Water Rights.
Several ephemeral drainages and springs are within the Thompson Creek area including the ephemerals Barbers Gulch and Smith Creek in the northern portions of the area. Thompson Creek in the southern portion of the unit is perennial and has ephemeral tributaries. There are currently approximately four water rights associated with ditches, reservoirs, and springs on record with the Colorado Division of Water Resources.

### 6.4.10.  Road Maintenance
The Thompson Creek area does not have numbered "system roads" that are assigned maintenance levels and receive regular and routine maintenance within the area. However, the area does have some routes that may be maintained in order to perform maintenance on livestock developments, such as stockponds, reservoirs, or fences.

### 6.4.11. Area of Critical Environmental Concern.
In 1985, portions of the current wilderness proposal area (4,286 acres) was designated as an ACEC to preserve its geological, natural ecological state, cultural, and scenic values and to provide for educational and primitive types of recreational use. The 1984 RMP prescribed the following management prescriptions to protect the identified values: unsuitable for utility and communication facilities, closed to Off Road Vehicles (ORV's), and manage under VRM Class I. The 1999 Glenwood Springs Oil and Gas ROD prescribed a No Surface Occupancy (NSO#16) stipulation for the Thompson Creek ACEC.

### 6.4.12. Special Recreation Management Area.
Thompson Creek was designated as an SRMA (4,286 acres) in the 1984 RMP. The area was designated to provide scarce recreation opportunities not available elsewhere. The 1999 Oil and Gas ROD prescribed a No Surface Occupancy (NSO# 16) stipulation for the Thompson Creek SRMA.

### 6.5.  Topographic Maps.
Cattle Creek, Carbondale, Mount Sopris, and Stony Ridge 7.5 minute series topographic maps.

## Findings for Thompson Creek

### 6.6. Wilderness Characteristics Assessment.
*Does the area contain wilderness characteristics (naturalness, outstanding opportunities for solitude and primitive and unconfined types of recreation)?*

The entire Thompson Creek area, consisting of 8,171 acres, was found to contain wilderness characteristics. The findings differ today from the original inventories in 1980 based on the

47

BLM_0017474

current condition of routes in the northern portion of the unit that have not received regular and/or routine maintenance or continuous use due to the difficult limited public access. Many of these routes have naturally reclaimed or become partially or totally covered with vegetation and do not detract from the units overall naturalness and offer unconfined recreation opportunities. The southern portion of the unit has maintained its naturalness and outstanding opportunities for solitude and opportunities for primitive and unconfined recreation due to administrative designations (ACEC, SRMA) and subsequent management prescriptions that have been in place since 1984 to preserve its primitive physical and social characteristics.

### 6.6.1.  Size
The Thompson Creek area is a roadless area with over 5,000 acres of contiguous BLM lands resulting in sufficient size to qualify as lands with wilderness characteristics. In addition, lands directly adjacent to this unit on the White River National Forest were found to be roadless, contain opportunities for solitude, and would provide biological diversity to the designated wilderness system with additional acres of under-represented low elevation cover types. The 2002 ROD for the White River National Forest recommended this area for wilderness designation (1.2) and prescribed management to not impair its wilderness qualities.

### 6.6.2.  Naturalness.
The Thompson Creek proposed wilderness area has retained a natural landscape within the unit as a whole. Thompson Creek's diverse topography and somewhat limited and difficult access has prevented significant evidence of human activities throughout the unit. While a few livestock developments exist within the northern portion of the unit, and some historic features can be found adjacent to the creek, these do not dominate the landscape, are well screened due to vegetation or topography, and subsequently do not detract from the area's overall naturalness.

### 6.6.3.  Outstanding Opportunities for Solitude.
The Thompson Creek area offers outstanding opportunities for solitude. Visitors within the northern portions of the area are infrequent and the size, diversity of land forms, and vegetation offers excellent screening opportunities and solitude opportunities. In addition, visitors can find excellent opportunities for solitude on adjacent Forest Service Lands that were recommended for wilderness designation and are managed to not impair its wilderness qualities.

While the Thompson Creek drainage itself is used more heavily, there are numerous side drainages, canyons, steep rock outcrops, and isolated pockets that visitors can find opportunities for isolation. While a trail exists along the creek, the trail does disappear approximately 1½ miles down the creek where hikers then must travel in the creek itself to get further downstream. This in effect reduces visitors and keeps the physical and social settings primitive. The trail once again starts up on the historic railroad grade, but it is not maintained.

### 6.6.4.  Outstanding Opportunities for Primitive and Unconfined Types of Recreation.
Physical qualities of the landscape and the activities allowed are important to producing opportunities for primitive and unconfined types of recreation. The northern portion of the area has been managed predominately for non-motorized types of recreation. However, years ago, one (1) road was managed for motorized use under an agreement with the Colorado Division of Wildlife in order to provide big game hunting opportunities within the northern half of the unit. While this one unmaintained access road has been left open for 20 years, very limited motorized activity has occurred within the unit due to the access road's steep, out sloped, rugged condition.

48

The southern half (ACEC portion) has been managed for non-motorized and non-mechanized recreation activities since 1984. Outstanding opportunities exist for primitive and unconfined types of recreation including hiking, hunting, and wildlife viewing throughout most of the unit.

RSC mapping shows that this unit contains physically remote areas more than ½ mile from motorized or mechanized routes, which indicates opportunities for primitive and unconfined types of recreation exist (see *Recreation Setting Characteristics Matrix and Map in Appendix AA*).

### 6.7.    Supplemental Values.
*Does the area contain ecological, geological, or other features of scientific, educational, scenic, or historical value?*

The Thompson Creek unit contains supplemental values that are listed below.

### 6.7.1.  Cultural.
Within the Thompson Creek area there are historic values from the remains of the abandoned Aspen and Western Railway, which operated between 1887 and 1889. This site is considered eligible for listing on the National Register of Historic Places under Criterion A (associated with events that have made a significant contribution to the broad pattern of our history).

### 6.7.2.  Wildlife.
The Thompson Creek unit offers wildlife habitat for populations of elk, deer, black bear, mountain lion, bobcat, raptors, coyote, porcupine, squirrels, chipmunks, sage grouse, and a variety of small birds and other small animals. This area contains a small portion of the Middle Thompson Creek PCA, proposed by the Colorado Natural Heritage Program because of its significant biodiversity.

The Thompson Creek unit encompasses mapped mule deer and elk summer range defined by that part of the overall range where 90% of the individuals are located between spring green-up and the first heavy snowfall. The unit takes in CDOW mapped mule deer critical winter range created by combining deer DAUs, mule deer winter concentration areas, and "high density" mule deer severe winter range. CDOW mapped elk winter concentration areas and elk severe winter range can be found in the Thompson Creek unit.

The unit is completely within Bald Eagle: a) winter range as defined by an area where bald eagles have been observed between November 15 and April 1, and b) Bald Eagle foraging areas as defined as areas frequented by wintering bald eagles between November 15 and March 15.

The Thompson Creek unit contains a Core Conservation population of Colorado River cutthroat trout located in Middle Thompson Creek. Core Conservation populations are important in the management of this sub species of cutthroat and receive the highest management attention/consideration. North Thompson Creek also contains cutthroat trout, but this population does not have conservation value due to reduced genetic purity.

### 6.7.3.  Scenery.
Portions (the ACEC portion) of the Thompson Creek public wilderness proposal area contain one of only four (4) areas within CRVFO that was designated to be managed as VRM Class I.

49

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

This scenic area was rated as Class A due to its outstanding scenic qualities tied to the unique topography and geologic forms (fins), and their sharp contrasting colors adjacent to the creek.

### 6.7.4.  Geological.
The Thompson Creek area contains unique geologic features that were identified as meeting the relevance and importance criteria for ACEC. These features were deemed to be significant geologic features that has more than local worth, have qualities that make it rare, irreplaceable, unique and vulnerable to adverse change, and have been recognized as warranting protection. Approximately 12 unique formations from the Paleozoic Era are exposed and represent depositional events that occurred in the past.

### 6.7.5.  Ecological.
This area contains most of the Smith Gulch PCA and a small portion of the Middle Thompson Creek PCA. The Smith gulch PCA contains B and C-ranked occurrence of a BLM sensitive plant, Harrington's penstemon. Although not a core conservation population of this species, the Thompson Creek area does contribute to the overall biodiversity and viability of the species.

50

BLM_0017477

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office       February 2011

## Thompson Creek



BLM_0017478

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office      February 2011

# Appendix AA

RECREATION SETTING CHARACTERISTICS MATRIX

RECREATION SETTING CHARACTERISTICS –Alternative A (Current Condition) Remoteness Map Based on Existing Road and Trail Inventory

52

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office                    February 2011

## RECREATION SETTING CHARACTERISTICS MATRIX

01/18/2009

06/25/11

### PHYSICAL COMPONENT – Qualities of the Landscape

| | Primitive Classification | Back Country Classification | Middle Country Classification | Front Country Classification | Rural Classification | Urban Classification |
|---|---|---|---|---|---|---|
| **Remoteness (approx. distance from routes)** | More than ½ mile from either mechanized or motorized routes. | Within ½ mile of mechanized routes. | Within ½ mile of four-wheel drive vehicle, ATV and motorcycles routes. | Within ½ mile of low-clearance or passenger vehicle routes (includes unpaved County roads and private land routes). | Within ½ mile of paved/primary roads and highways. | Within ½ mile of streets and roads within municipalities and along highways. |
| **Naturalness (landscape texture form, line, color)** | Undisturbed natural landscape. | Natural landscape with modifications in harmony with surroundings and not visually obvious (e.g., stock ponds, habitat treatments, historic structures). | Character of the natural landscape retained. A few modifications contrast with character of the landscape (e.g., fences, ditches). | Character of the natural landscape partially modified but none overpower natural landscape (e.g., structures, utilities). | Character of the natural landscape considerably modified (i.e., agriculture, residential, airstrips or industrial alterations). | Urbanized developments dominate landscape. |
| **Visitor Facilities** | No structures. Foot/horse and water trails only. | Developed trails made mostly of native materials such as log bridges. Structures are rare and isolated. | Maintained and marked trails, simple trailhead developments and basic toilets. | Rustic facilities such as campsites, restrooms, trailheads, and interpretive displays. | Modern facilities such as campgrounds, group shelters, boat launches, and occasional exhibits. | Elaborate full-service facilities such as laundry, restaurants, and groceries. |

### SOCIAL COMPONENT – Qualities Associated with Use

| | Primitive Classification | Back Country Classification | Middle Country Classification | Front Country Classification | Rural Classification | Urban Classification |
|---|---|---|---|---|---|---|
| **Contacts (avg. of other groups)** | Fewer than 3 encounters/at camp sites and fewer than 6 encounters/day on travel routes. | 3-6 encounters/day off travel routes (e.g.,campsites) and 7-15 encounters/day on travel routes. | 7-14 encounters/day off travel routes (e.g., staging areas) and 15-29 encounters/ day on travel routes. | 15-29 encounters/day off travel routes (e.g., campgrounds) and 30 or more encounters/day on travel routes.. | People seem to be generally everywhere. | Busy place with other people constantly in view. |
| **Group Size (average- other than you own)** | Fewer than or equal to 3 people per group. | 4-6 people per group. | 7-12 people per group | 13-25 people per group. | 26-50 people per group. | Greater than 50 people per group. |
| **Evidence of Use** | No alteration of the natural terrain. Footprints only observed. Sounds of people rare. | Areas of alteration uncommon. Little surface vegetation wear observed. Sounds of people infrequent. | Small areas of alteration. Surface vegetation showing wear with some bare soils. Sounds of people occasionally heard. | Small areas of alteration prevalent. Surface vegetation gone with compacted soils observed. Sounds of people regularly heard. | A few large areas of alteration. Surface vegetation absent with hardened soils. Sounds of people frequently heard. | Large areas of alteration prevalent. Some erosion. Constantly hear people. |

### OPERATIONAL COMPONENT – Conditions Created by Management and Controls over Recreation Use

| | Primitive Classification | Back Country Classification | Middle Country Classification | Front Country Classification | Rural Classification | Urban Classification |
|---|---|---|---|---|---|---|
| **Public Access (types of public travel allowed)** | Foot, horse, and non-motorized float boat travel. | Mountain bikes and perhaps other mechanized use, but all is non-motorized. | Four-wheel drives, all-terrain vehicles, dirt bikes, or snowmobiles in addition to non-motorized, mechanized use. | Two-wheel drive vehicles predominant, but also four wheel drives and non-motorized, mechanized use. | Ordinary highway auto and truck traffic is characteristic. | Wide variety of street vehicles and highway traffic is ever-present. |
| **Visitor Services (and information)** | No maps or brochures available on-site. Staff rarely present to provide on-site assistance. | Basic maps, staff infrequently present (e.g., seasonally, high use periods) to provide on-site assistance | Area brochures and maps; staff occasionally (e.g. most weekends) present to provide on-site assistance. | Information materials describe recreation areas & activities, staff periodically present (e.g. weekdays & weekends). | Information described to the left, plus experience and benefit descriptions; staff regularly present (e.g. almost daily). | Information described to the left, plus regularly scheduled on-site outdoor demonstrations and clinics. |
| **Management Controls (regulations)** | No on-site posting/signing of visitor regulations, interpretive information or ethics. Few use restrictions. | Basic user regulations at key access points. Minimum use restrictions | Some regulatory and ethics signing. Moderate use restrictions. (e.g. camping, human waste). | Rules, regulations and ethics clearly posted. Use restrictions, limitations and/or closures. | Regulations strict and ethics prominent. Use may be limited by permit, reservation, etc. | Enforcement in addition to rules to reduce conflicts, hazards, and resource damage. |

NOTE:  This matrix can be customized to meet particular planning needs: 1) classes can be added, split, or merged; 2) characteristics can be added or deleted; 3) class names can be changed and 4) the text can be modified; however the concept of a spectrum must remain intact.

53

BLM_0017480

Draft Wilderness Characteristic Assessment for the Colorado River Valley Field Office

February 2011



54

*This page intentionally left blank.*

BLM_0017482

# APPENDIX E
# GLENWOOD SPRINGS AND KREMMLING FIELD OFFICES RMP REVISION EVALUATION OF PROPOSED AREAS OF CRITICAL ENVIRONMENTAL CONCERN

BLM_0017483

BLM_0017484

# Glenwood Springs and Kremmling Field Offices RMP Revision Evaluation of Proposed Areas of Critical Environmental Concern



BLM_0017485

# Glenwood Springs and Kremmling Field Offices RMP Revision
## Areas of Critical Environmental Concern
## Report on the Application of the Relevance and Importance Criteria

**November 2007**

**Prepared by:**

**United States Department of the Interior**
**Bureau of Land Management**
**Glenwood Springs & Kremmling Field Offices**

**Approval:**

**/s/ Jamie Connell**
**Jamie Connell**
**Glenwood Springs Field Manager**
**Glenwood Springs, Colorado**

**/s/ David Stout**
**David Stout**
**Kremmling Field Manager**
**Kremmling, Colorado**

2

BLM_0017486

# Table of Contents

| | | |
|---|---|---|
| **I.** | **Executive Summary** | **4** |
| **II.** | **Introduction** | **7** |
| **III.** | **Requirements for ACEC Designation** | **7** |
| **IV.** | **Evaluation Process** | **9** |
| | **A.**    **Glenwood Springs Relevant and Importance Criteria Determinations** | **11** |
| | **B.**    **Kremmling Relevant and Importance Criteria Determinations** | **36** |
| **V.** | **List of Preparers** | **46** |

**Appendices**

**1 – References**
**2 – Natural Heritage Program Definitions**
**3 – Maps of Proposed ACECs found to meet the relevance and importance criteria**

3

BLM_0017487

# I. Executive Summary

As part of the Glenwood Springs and Kremmling Resource Management Plan (RMP) revisions, the BLM Interdisciplinary (ID) Team analyzed whether proposed Areas of Critical Environmental Concern (ACEC) meet the relevance and importance criteria. The Glenwood Springs Field Office (GSFO) analyzed 91 proposed ACECs (existing, internally and externally proposed) and found that 17 met the relevance and importance criteria (total proposed acres = 66,497 acres):

- Blue Hill ACEC (existing)
- Bull Gulch ACEC (existing)
- Deep Creek ACEC (existing)
- Glenwood Springs Debris Flow Hazard Zone ACEC (existing)/Mitchell Creek
- Lower Colorado River ACEC (existing)
- Thompson Creek ACEC (existing)/BLM adjacent to USFS Assignation Ridge
- Dotsero Crater (BLM proposed)
- McCoy Fan Delta (BLM proposed)
- Grand Hogback (BLM proposed)
- Lyons Gulch (proposed)
- Mount Logan Foothills Potential Conservation Area (PCA) (external nomination)
- The Crown Ridge PCA (external nomination)
- Sheep Creek Uplands PCA (external nomination)
- Hardscrabble-Mayer Gulch/East Eagle Ridge PCA (external nomination)
- Abrams Creek PCA (external nomination)
- Colorado River Seeps PCA (external nomination)
- Greater Sage Grouse Habitat Area (external nomination)

The Kremmling Field Office (KFO) analyzed 172 proposed ACECs and found that nine met the relevance and importance criteria (total proposed acres = 9,255 acres):

- North Park Natural Area (existing)
- Kremmling Cretaceous Natural Area (existing)
- Barger Gulch (proposed)
- Kremmling  Potential Conservation Area (PCA) (external nomination)
- Laramie River PCA (external nomination)
- North Park Natural Area PCA (external nomination)
- North Sand Dunes PCA (external nomination)
- Troublesome Creek PCA  (external nomination)
- Kinney Creek (external nomination)

These areas will be identified as potential ACECs and will be fully considered for designation and management in the RMP (BLM Manual 1613.2.21). For the areas found not to meet the relevance and importance criteria, "the management prescriptions which are eventually established in the plan for such areas shall reflect consideration of the identified values."

4

Map 1 – Glenwood Springs Proposed ACECs



BLM_0017489

Map 2 – Kremmling Proposed ACECs

6

BLM_0017490



## II. Introduction

7

BLM_0017491

As part of the process for developing the Glenwood Springs and Kremmling Resource Management Plan (RMP) revisions, the Bureau of Land Management (BLM) Field Office Interdisciplinary (ID) teams reviewed all BLM-administered public lands in the planning areas to determine whether any areas should be considered for designation as Areas of Critical Environmental Concern (ACECs).

The Federal Land Policy and Management Act (FLPMA) requires that priority shall be given to the designation and protection of ACEC's. ACECs are defined in the FLPMA Sec. 103[43 U.S.C 1702] (a) and in 43 C.F.R. 1601.0-5(a) as "areas within the public lands where special management attention is required to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources or other natural systems or processes, or to protect life and safety from natural hazards."

The following analysis and the resultant findings for ACEC relevance and importance criteria has been performed pursuant to FLPMA Sec. 202[43 U.S.C. 1712](c)(3), 43 C.F.R. 1610-7-2 and BLM 1613 Manual.

## III. Requirements for ACEC Designation

To be eligible for designation as an ACEC, an area must meet the relevance and importance criteria described in 43 Code of Federal Regulations (CFR) 1610.7-2 and BLM Manual 1613, *Areas of Critical Environmental Concern*, and need special management. The determinations in this report deal strictly with the relevance and importance criteria, and not special management attention.

Special management attention refers to "*management prescriptions developed during preparation of an RMP or amendment expressly to protect the important and relevant values of an area from the potential effects of actions permitted by the RMP, including proposed actions deemed to be in conformance with the terms, conditions, and decisions of the RMP.*" Thus, these are management measures that would not be necessary and prescribed if the relevant and important values were not present. A management prescription is considered to be special if it is unique to the area involved and includes terms and conditions specifically to protect the values occurring within the area.

BLM Manual 1613 includes the following guidance on incorporating management prescriptions for potential ACECs into appropriate alternatives:

> "*During the formulation of alternatives, management prescriptions for potential ACEC's are fully developed. Management prescriptions will generally vary across the plan alternatives. If there is no controversy or issues raised regarding the management of a potential ACEC, it may not be necessary to develop a range of management alternatives. In other words, management prescriptions may not vary significantly across alternatives. A potential ACEC (or portion thereof) must be shown as recommended for designation in any or all alternatives in the Draft RMP in which special management attention is prescribed to protect the resource or to minimize hazard to human life and safety. Because special management*

BLM_0017492

*attention must be prescribed in at least one plan alternative, each potential ACEC will appear as a recommended ACEC in at least one plan alternative. <u>Designation is based on whether or not a potential ACEC requires special management attention in the selected plan alternative (i.e. preferred alternative)</u>.*"

Relevance and importance are defined as follows:

**Relevance:** There shall be present a significant historic, cultural, or scenic value, a fish or wildlife resource or other natural system or process, or natural hazard.

**Importance:** The above described value, resource, system, process, or hazard shall have substantial significance and value, which generally requires qualities of more than local significance and special worth, consequence, meaning, distinctiveness, or cause for concern. A natural hazard can be important if it is a significant threat to life or property.

**Relevance**

An area meets the relevance criterion if it contains one or more of the following:

1. A significant historic, cultural, or scenic value (including but not limited to rare or sensitive archeological resources and religious or cultural resources important to Native Americans).
2. A fish and wildlife resource (including but not limited to habitat for endangered, sensitive, or threatened species or habitat essential for maintaining species diversity).
3. A natural process or system (including but not limited to endangered, sensitive, or threatened plant species; rare, endemic, or relic plants or plant communities that are terrestrial, aquatic, or riparian; or rare geological features).
4. Natural hazards (including but not limited to areas of avalanche, dangerous flooding, landslides, unstable soils, seismic activity, or dangerous cliffs). A hazard caused by human action might meet the relevance criteria if it is determined through the resource management planning process to have become part of a natural process.

**Importance**

An area meets the importance criterion if it meets one or more of the following:
1. Has more than locally significant qualities that give it special worth, consequence, meaning, distinctiveness, or cause for concern, especially compared to any similar resource.
2. Has qualities or circumstances that make it fragile, sensitive, rare, irreplaceable, exemplary, unique,  endangered, threatened, or vulnerable to adverse change.
3. Has been recognized as warranting protection to satisfy national priority concerns or to carry out the mandates of the Federal Land Policy and Management Act (FLPMA).
4. Has qualities that warrant highlighting to satisfy public or management concerns about safety and public welfare.
5. Poses a significant threat to human life and safety or to property.

9

BLM_0017493

## IV. Evaluation Process

In compiling a list of areas to be analyzed in this report, the BLM ID teams followed the guidance set forth in BLM Manual 1613 and considered:

1. Existing ACECs
2. Areas recommended for ACEC consideration (external and internal nominations)
3. Areas identified through inventory and monitoring
4. Adjacent designations of other Federal and State agencies.

ACECs may be nominated by BLM staff, other agencies, or members of the public at any time. During the RMP revision scoping process, the BLM specifically solicited nominations from the public and other agencies. A fact sheet on special designations was distributed at the scoping meetings and made available on the RMP website: http://www.blm.gov/rmp/co/kfo-gsfo/. Specifically, the fact sheet stated:

> **"BLM wants your ideas on ACECs**
> *What areas do you think should be identified and proposed as an ACEC and what areas should be re-evaluated to determine if ACEC designation is still necessary to protect the relevant and important values?"*

As part of the formal outreach process, the BLM received nominations from the Colorado Natural Heritage Program (CNHP) and the Center for Native Ecosystems (CNE). The BLM staff also reviewed information from BLM inventories, the Colorado Division of Wildlife species of concern data, and other reports (such as the Geological Advisory Group (GAG) report) to ensure that all potentially relevant and important values within the planning areas were considered.

In evaluating the large number of biological proposals, the BLM determined an area met the relevance criteria for fish and wildlife or natural processes or systems if it contained any special status species (listed, candidate, or BLM sensitive species) or if not a special status species, it contained species or plant communities that were either ranked G1, G2, S1, or S2 by CNHP (see Appendix 2 for definitions).

The maps included in Appendix 3 are for those areas that were found to meet the relevance and importance criteria. The maps indicate the "analysis unit" for the identified values, and not necessarily the proposed ACEC size. The boundaries of some of the proposed external nominations were modified to accurately represent where the values exist. The size and management prescriptions for each ACEC may vary by alternative to reflect a balance between the goals and objectives of the alternative and values being protected (BLM Manual 1613.2.22.B.1&2).

The following tables summarize the proposed ACECs evaluated, the values assessed, and whether the criteria were met (including supporting information).

BLM_0017494

## A. Glenwood Springs Relevant and Important Criteria Determinations

**Table 1 – Glenwood Springs ACEC Determinations [Note: the shaded columns met the relevance and importance criteria and are being carried forward for analysis.]**

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| The **BLM Glenwood Springs Field Office (GSFO)** existing and internally proposed ACEC | | | | | |
| Blue Hill (existing) | Cultural and Natural Hazards | Criteria 1 & 4 | Criteria 1 & 2 | Yes | Meets the relevance criteria for significant historic and cultural values and natural hazards.  Meets the importance criteria for more than locally significant qualities and qualities that make the area fragile, sensitive, rare, irreplaceable, unique, and vulnerable to adverse change. <br><br>This area is northwest of Burns and west of McCoy and is designated as a sensitive area for cultural and Native American resources with the potential to yield information important to the understanding of prehistory and history.  In addition, the area is classified as a critical watershed because of the severe erosion hazard of area soils and the negative impact they could have on cultural resources and water quality (3,722 acres). |
| Bull Gulch (existing) | Scenic, Botanical | Criteria 1 | Criteria 1 & 2 | Yes | Meets the relevance criteria for scenic values. Portions of the Bull Gulch area were classified as Visual Resource Management Class I and II in the Glenwood Springs 1984 RMP (revised 1988) for its scenic qualities and to maintain the natural landscape adjacent to the Colorado River.  The area's outstanding scenic qualities (Scenic Quality A) were tied to the unique and diverse topography, the unique geologic forms, and the sharp contrasting colors. <br><br>The site also meets the relevance criteria for botanical |

11

BLM_0017495

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | values. The southeastern portion of the area supports several sub-occurrences of the BLM Sensitive plant, Harrington's penstemon (*Penstemon harringtonii*).<br><br>Meets the importance criteria because the scenic qualities are more than locally significant and the qualities of the area are fragile, sensitive, rare, irreplaceable, unique, and vulnerable to adverse change (10,437 acres). |
| Deep Creek (existing) | Scenic, Geologic (caves) | Criteria 1 | Criteria 1 & 2 | Yes | The site meets the relevance criteria for scenic values. The Deep Creek area was classified as Visual Resource Management Class I in the Glenwood Springs 1984 RMP (revised 1988). The study area contains many outstanding land forms within the canyon, vegetation and water features which gives it high scenic values. The canyon displays high relief with its 2,000 to 3,000 ft. depth and narrow bottom bordered by prominent cliffs. Several prominent geologic faults and unusual erosional formations are found along the canyon. A variety of vegetation types are found within the study area adding to its scenic values. The landscape maintains a high degree of naturalness.<br><br>In addition to scenic values, the area also meets the relevance criteria for its geologic values specific to the high concentration of cave and karst resources within the canyon.<br><br>Meets the importance criteria for more than locally significant qualities and qualities that make the area fragile, sensitive, rare, irreplaceable, unique, and vulnerable to adverse change (2,406 acres). |
| Glenwood Springs Debris Flow Hazard Zone (Existing) | Natural Hazard | Criteria 2,3, 4 | Criteria 1,2,4, 5 | Yes | The site meets the relevance criteria for natural hazards. Meets the importance criteria for having qualities which warrant highlighting in order to satisfy public or management concerns about safety and public welfare and for posing a |

12

BLM_0017496

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | significant threat to human life and safety or to property. |
| | | | | | Several areas within the Glenwood Springs vicinity are characterized by steep slopes, sparse vegetative cover, and unstable geologic conditions; making these areas prone to mass wasting processes. Debris flows, slump, and rock fall pose potential threats to lives as well as residential and commercial property in the area. |
| | | | | | In addition to the Debris Flow Hazard Zone, this ACEC meets the relevance criteria for wildlife resources (BLM 1613.1.11.A(2) & (3)), as Mitchell Creek contains a genetically pure population of native, wild, naturally reproducing Colorado River cutthroat trout, that have been identified as a Core Conservation Population in the *Conservation Agreement and Strategy for Colorado River Cutthroat Trout, in the States of Colorado, Utah, and Wyoming* (June 2006). In addition, the watershed in which these fish live supports vital ecosystem processes and maintains crucial habitats important for the long-term survival of this fish species. |
| | | | | | This area satisfies the importance criteria (BLM 1613.1.11.B (1) & (2)) since this stream is a regionally important producer of genetically pure and naturally reproducing Colorado River cutthroat trout. Conservation populations are important in the overall conservation of the species and are given the highest priority for management and protection. Given the genetic purity of these fish, the population is unique and irreplaceable (5,934 acres). |

13

BLM_0017497

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| Lower Colorado River (existing) | Riparian and Wildlife Habitat | Criteria 2,3 | Criteria 2 | Yes | The Lower Colorado River Cooperative Management Area meets the relevance criteria for its important riparian and wildlife habitat values.  The main species of concern include the bald eagle, great blue heron, waterfowl, other resident species and the presence of two endangered fish species, the Colorado pikeminnow and razorback sucker.<br><br>The area meets the importance criteria due to the riparian's fragile and sensitive resources that are vulnerable to adverse change.  However, very little of the acreage along the Lower Colorado River is in public land (130 acres). |
| Thompson Creek (existing) | Scenic, Geologic, Historic & Ecological | Criteria 1 & 3 | Criteria 1 & 2 | Yes | The area meets the relevance criteria for its scenic, geologic, historic (cultural) and ecologic values and a natural process or system.<br><br>This scenic area was designated as VRM Class I in the Glenwood Springs 1984 RMP (revised 1988).  The area was rated as a Class A (high quality) due to its outstanding scenic qualities tied to the unique topography and geologic forms (fins), and the sharp contrasting colors adjacent to Thompson Creek.<br><br>The geologic values were based on the unique geologic features along the North Fork of Thompson Creek.  Approximately 12 formations from the Cretaceous, Jurassic, and Triassic Periods of the Mesozoic Era and the Permian and |

14

BLM_0017498

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | Pennsylvania Periods of the Paleozoic Era are exposed that represent a number of depositional events that occurred in the geologic past. These formations were tilted nearly vertical during Tertiary Period regional uplift responsible for the creation of the Grand Hogback monocline. Down-cutting of the North Fork of Thompson Creek has exposed these formations in cross-section, while erosion of weaker layers in between more resistant layers has resulted in unique sedimentary rock fins. The more prominent fins occur in the Cretaceous Dakota sandstone and the Permian-Pennsylvania Maroon formation.<br><br>Historic values within Thompson Creek are from the remains of the abandoned Aspen and Western Railway, which operated between 1887 and 1889. Evidence includes stone and wood bridge abutments, remains of grading crew's quarters, and the old railroad bed.<br><br>The area's intact natural ecological state was also recognized as important for environmental education and primitive types of recreation.<br><br>Thompson Creek meets the importance criteria for more than locally significant qualities and for qualities that make the area fragile, sensitive, rare, irreplaceable, unique, and vulnerable to adverse change (4,270 acres). |
| Dotsero Crater (Proposed) | Geologic (volcanic crater) | Criteria 3 | Criteria 1 & 2 | Yes | The site meets the relevance criteria for a natural process or system. Meets the importance criteria for more than locally significant qualities and qualities that make the area fragile, sensitive, rare, irreplaceable, unique, and vulnerable to |

15

BLM_0017499

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | adverse change. |
| | | | | | Dotsero Crater represents the youngest known volcanic event in Colorado estimated to be from approximately 4,150 to 4,700 years old. The distinct crater is approximately 800 feet deep and 1/3 mile across with an associated lava flow that extends almost one mile to the south crossing I-70 (97 acres). |
| McCoy Fan Deltas (Proposed) | Geologic (marine deposits) | Criteria 3 | Criteria 1 & 2 | Yes | The area meets the relevance criteria for a natural process or system. Meets the importance criteria for more than locally significant qualities and qualities that make the area fragile, sensitive, rare, irreplaceable, unique, and vulnerable to adverse change. |
| | | | | | The McCoy Fan Deltas consist of exposures of the Minturn Formation that are indicative of fluvial and deltaic processes that occurred in a small restricted interior basin during the Pennsylvanian Period of the Paleozoic Era. These fluvial and marine deposits represent alluvial fan, delta, and marine depositional events that occurred along the western margin of the Ancestral Front Range. Marine deposits in the area have yielded abundant fossils that include invertebrates, vertebrates, and plant species. The McCoy fan deltas are among the best exposed deltaic deposits in the Rocky Mountains and allow for study and observations to be made of the paleontological resources present and the sedimentary processes that occurred in the geologic past (223 acres). |
| Grand Hogback (Proposed) | Scenic, Geologic & Cultural | Criteria 1 & 3 | Criteria 1 & 2 | Yes | Meets the relevance criteria for historic and cultural values, and a natural process or system. Meets the importance criteria for more than locally significant qualities and qualities that make the area fragile, sensitive, rare, irreplaceable, unique, and vulnerable to adverse change. |
| | | | | | This area located north of the Town of Silt and the City of Rifle represents the largest uninterrupted portions of BLM land on the Grand Hogback. The Grand Hogback is an |

16

BLM_0017500

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | extensive monocline characterized by steeply dipping rocks that range from Cretaceous to Pennsylvanian in age. In many areas these formations have been exposed by erosional and fluvial processes that have resulted in steeply dipping fins, flatirons, and ridges. The Grand Hogback represents the western extension of the Laramide Orogeny and is one of the longest geologic structures in Colorado forming an S-shaped feature that spans approximately 80 miles from the Town of Meeker in the north to the Town of Redstone in the south. |
| | | | | | This area also contains one of the largest Ute habitation (wickiup) sites in the state. It is composed of the remnants of at least 80 structural features. This site meets National Register of historic places Criteria "C" in that it embodies the distinctive characteristics of a type, period, or method of construction, and represents a significant and distinguishable entity whose components may lack individual distinction. The site also meets National Register Criteria "D" in that it has yielded and should continue to yield significant information on the prehistory and history of the area. Accordingly, the site is considered eligible for listing on the National Register of Historic Places. |
| | | | | | The hogback also contains an historic mine in the upper reaches of Estes Gulch. There are several remnants of mining activity including a flume and tailings piles that contribute to the historic value of the area (13,990 acres). |
| Lyons Gulch* <br><br> *See Addendum in ACEC Report for addition of this ACEC. | Plants – Harrington's penstemon (BLMS) | Criteria 3 | Criteria 2 | Yes | This area satisfies the relevance and importance criteria because it contains one of the highest density populations of Harrington's penstemon ever discovered and the habitat is in very good condition with very little fragmentation by roads or other disturbances (521 acres) (see addendum for further information). |
| The **Colorado Natural Heritage Program** nominated seven areas for ACEC designation:  Rare Plants of the Wasatch (Mt Logan Foothills), Deep Creek, Seven | | | | | |

17

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| Hermits (Mayer Gulch/East Eagle Ridge), Sheep Creek Uplands, The Crown (The Crown Ridge), Hardscrabble (Abrams Creek), and Flatiron Mesa.  These areas each have some biological communities or species which are rare or of exemplary quality and are recommended as Potential Conservation Areas (PCAs) in CNHP's database.  Each of the seven areas is evaluated below. [Note: see Appendix 2 for definitions of Natural Heritage Imperilment Ranks (i.e. G/S1), CNHP Element Occurrence Ranks and their Definitions (i.e. A or B), and Natural Heritage Program Biological Diversity Ranks and their Definitions (i.e. B1).] | | | | | |
| Mount Logan Foothills PCA * renamed from Rare Plants of the Wasatch because of boundary changes | Plants – Uinta Basin hookless cactus (T), DeBeque phacelia (C), Rocky Mountain thistle (BLMS) | Criteria 3 | Criteria 1 & 2 | Yes | The Mount Logan Foothills proposed ACEC is an area northeast of the town of DeBeque where several listed, candidate and sensitive plants are concentrated.   The proposed ACEC includes lands within the GJFO and private land as well as public lands within the GSFO.  Only public lands within the GSFO will be evaluated for relevance and importance and considered for ACEC designation. The GSFO portion of this proposed ACEC meets the relevance and importance criteria for natural processes or systems because it supports all of the known occurrences of the threatened Uinta Basin hookless cactus (*Sclerocactus glaucus*) aka Colorado hookless cactus within the GSFO and most of the GSFO occurrences of the federal candidate DeBeque phacelia (*Phacelia submutica*) and BLM sensitive Adobe thistle (*Cirsium perplexans*). The GSFO portion of this PCA is 8,828 acres; however, that includes private lands and some areas where no relevant and important values are present (8,828 acres recommended; BLM proposes 3,907 acres for analysis). |
| Deep Creek expansion PCA *renamed from Deep | Plants – Harrington's penstemon (BLMS), Wildlife – Bald eagle, peregrine falcon | Criteria 2 &3 | No | No | The Deep Creek ACEC nominated by CNHP includes the existing BLM ACEC as well as additional BLM lands adjacent to the ACEC and across the Colorado River and adjoining USFS and private lands.  For the purpose of this analysis, only the BLM lands lying outside of the existing |

18

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| Creek PCA because the portion that falls within the existing Deep Creek ACEC is analyzed above. Only the portion that extends beyond the existing ACEC boundary is analyzed herein. | | | | | ACEC will be evaluated for relevance and importance.<br><br>Meets the relevance criteria for wildlife resources and natural processes or systems. There is a bald eagle roost along the Colorado River and a peregrine falcon eyrie in the cliffs east of the Colorado River. However, these sites do not meet the importance criteria because they are not more than locally significant and not particularly rare or vulnerable to adverse change.<br><br>BLM lands within this proposed ACEC expansion area support at least 4 excellent quality (A-rank) locations of the BLM Sensitive Harrington's penstemon. The ACEC meets the relevance criteria for this species. The area does not meet the importance criteria because the number of plants in these occurrences is relatively small and do not represent a substantial portion of the total population, therefore, the area is not considered particularly important for the long-term protection and management of this species. |
| The Crown Ridge PCA<br><br>* renamed from The Crown because this name represents a much larger area | Plants – Harrington's penstemon (BLMS) | Criteria 3 | Criteria 2 | Yes – with modified boundaries | This area includes public and private lands from just south of the Roaring Fork River, including the Crown, Prince Creek and West Sopris Creek.<br><br>The area meets the relevance criteria for natural processes or systems because it supports the BLM Sensitive plant, Harrington's penstemon. The biodiversity significance of this PCA is very high (B2). The Crown supports excellent quality (A-rank) occurrences of Harrington's penstemon. The site also contains high quality sagebrush and mixed mountain shrub habitats.<br><br>Meets the importance criteria for more than locally significant qualities because the penstemon sites are of excellent quality |

19

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | and are vulnerable to adverse change. Although, CNHP delineated the PCA/ACEC boundary to include all the ecological processes that might support the Harrington's penstemon, the rare plant is actually only known from six relatively small sites within this polygon.   BLM modified the boundary to include only the highest quality habitat and largest sites (16,386 acres recommended; BLM proposes 998 acres for analysis). |
| Sheep Creek Uplands PCA | Plants – Harrington's penstemon (BLMS) | Criteria 3 | Criteria 1 & 2 | Yes – with modified boundaries | The Sheep Creek Uplands proposed ACEC straddles the East and West Forks of Sheep Creek.   The area meets the relevance criteria because it supports the BLM Sensitive plant, Harrington's beardtongue. The Sheep Creek Uplands meets the importance criteria because it contains one of the largest known concentrations of excellent quality (A-rank) locations of this species.  The biodiversity significance of this site is very high (B2).  The Sheep Creek Uplands and the Hardscrabble/Seven Hermits sites are considered core populations of Harrington's penstemon and are considered essential for the long-term protection and management of the species.  The site also contains high quality sagebrush and mixed mountain shrub habitats (6,697 acres recommened; BLM proposes 4,473 acres for analysis). |
| Hardscrabble-Mayer Gulch/East Eagle Ridge PCA  * renamed from Seven Hermits because this name relates to a feature | Plants – Harrington's penstemon (BLMS), natural processes (sagebrush ecosystem) | Criteria 3 | Criteria 2 | Yes - with modified boundaries | The Seven Hermits ACEC nomination includes most of the BLM land and some private land southeast of the town of Gypsum and south of the town of Eagle, including the Kaibab area.  This site meets the relevance and importance criteria because it contains one of the highest known concentrations of excellent quality (A-rank) Harrington's penstemon occurrences. (>72 sites) This site is considered a core |

20

BLM_0017504

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| outside the proposed boundary | | | | | population of the pentemon.<br><br>BLM modified the boundaries to include only those suboccurrences with the greatest density of plants and most of the higher quality habitat.  This resulted in two smaller parcels which are renamed the Hardscrabble - Mayer Gulch/East Eagle Ridge proposed ACEC (30,988 acres recommended; BLM proposes two parcels totaling 4,714 acres for analysis). |
| Flatiron Mesa | Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | Flatiron Mesa is located southwest of the town of Rifle and east of Beaver Creek.  The proposed ACEC encompasses BLM and private lands, however, only the public land portion will be evaluated for ACEC designation.  The area meets the relevance criteria because it contains occurrences of Harrington's penstemon.  The area has excellent (A-rank) and good (B-rank) quality occurrences of Harrington's penstemon scattered throughout the sagebrush/mixed mountain shrub communities.  This PCA is one of the higher quality sites that support Harrington's penstemon, but the population here is scattered in small pockets amidst large blocks of unsuitable habitat, so it is not one of the largest occurrences of this species.  As a result, the area does not meet the importance criteria because it is not of substantial significance or value when compared to other sites with Harrington's penstemon. |
| Abrams Creek PCA<br><br>*renamed from Hardscrabble because that name implies a much larger geographic area | Fish – CRCT (BLMS), | Criteria 2 | Criteria 1,2 | Yes | This proposed ACEC meets the relevance criteria for wildlife resources (BLM 1613.1.11.A(2) & (3)), as Abrams Creek contains a genetically pure population of native, wild, naturally reproducing Colorado River cutthroat trout, that have been identified as a Core Conservation Population in the *Conservation Agreement and Strategy for Colorado River Cutthroat Trout, in the States of Colorado, Utah, and Wyoming* (June 2006).  In addition, the watershed in which |

21

BLM_0017505

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | these fish live supports vital ecosystem processes and maintains crucial habitats important for the long-term survival of this fish species

Abrams Creek also satisfies the importance criteria (BLM 1613.1.11.B (1) & (2)) since this stream is a regionally important producer of genetically pure and naturally reproducing Colorado River cutthroat trout. Core Conservation populations are important in the overall conservation of the species and are given the highest priority for management and protection.  Given the genetic purity of these fish, the population is unique and irreplaceable (186 acres recommended and proposed for analysis). |

The **Center for Native Ecosystems** nominated a total of 81 different sites and special status species' habitats as potential ACECs.  Included on their list were all 66 of the Potential Conservation Areas (PCAs) identified by CNHP for the GSFO.   The GSFO Interdisciplinary Team analyzed each site individually.  Of these 66 sites, 14 of them were dropped from further consideration because they had no special status species or significant plant communities associated with them and therefore, did not meet any of the relevance or importance criteria.  These PCAs were:  Castle Peak, Fourmile Ck, East Rifle Ck, Basalt Mountain, Coal Ridge, Middle Rifle Ck, Sweetwater Ck Uplands, Divide Ck, East Divide Ck, Cattle Ck at Coulter Ck, Burning Mountain, Blue Hill, Norman Ck, and Crystal River at Potato Bill Ck.

Twelve sites were eliminated from further consideration because there was no BLM-administered land within the PCA or the value(s) in question were not located on BLM lands. These eleven were:  East Elk Ck, No Name Ck, Beaver Ck at Battlement Mesa, Woody Ck at Horsehoe Draw, Mount Callahan, Christine SWA, Ranch at Roaring Fork, Maroon/Castle Ck, Roaring Fork at Old Snowmass, El Jebel, McCoy North, Yarmony Ck.

An additional six sites were eliminated from further consideration because they were located within the Roan Plateau Planning Area and were already analyzed in the Roan Plateau RMP.  These were Anvil Points, Upper Cow Ck, East Fork Parachute Ck, Northwater Ck, Trapper Ck, Anvil Points Rim.

The Lower Colorado River and Middle Thompson Creek PCAs are existing ACECs.  These sites were analyzed above.

Seven of the PCA sites were also recommended by CNHP and one site, Rifle Hogback, was recommended internally.  These are analyzed above.

The remaining 24 PCAs appear to meet the relevance and importance criteria because the sites contain known occurrences or suitable habitat for federally listed or BLM Sensitive plants or animals or a significant plant community.  The values in these 24 PCAs are analyzed below:

| | | | | | |
|---|---|---|---|---|---|
| Bear Creek at Glenwood Canyon PCA | Plant Community – Aspen/Rocky | Criteria 3 | No | No | This area satisfies the relevance criteria because it contains a plant community (*Populus tremuloides/Acer glabrum* G2/S2) |

22

BLM_0017506

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | Mountain maple (G2/S2) | | | | that is rare both globally and within Colorado. The area does not meet the importance criteria because the community is not an exemplary occurrence (it is a C-ranked occurrence), it is not of special consequence or distinctiveness when compared to other plant communities of the same type, and the majority of the site is in private surface ownership. |
| Deer Pen PCA*<br><br>*See Addendum for change in relevance and importance findings (renamed from Black Mountain & Blue Hill because Blue Hill is an existing ACEC north of this area). | Plants – Harrington's penstemon (BLMS) | No | No | No | This area was initially thought to support as least seven B-ranked occurrences of Harrington penstemon. However, it was discovered that the density and the total occupied acreage within this area was relatively small compared to the larger sites within Sheep Creek and Hardscrabble-Mayer Gulch. |
| Butler Creek PCA | Fish – CRCT (BLMS) | No | No | No | While Butler Creek does contain a population of Colorado River cutthroat trout, this population is not comprised of genetically pure fish but is instead contains hybridized fish. These fish provide no conservation value to the subsistence of the species and do not meet either the relevance or importance criteria. Butler Creek will not be considered further for designation as an ACEC for Colorado River cutthroat trout. |
| Cabin Creek PCA | Plants – Harrington's penstemon (BLMS).<br>Wildlife – Greater sage grouse (BLMS) | Criteria 2 & 3 | No | No | The site meets the relevance criteria for a natural process or system and for wildlife resources.<br><br>The site supports several small B-ranked occurrences of Harrington's penstemon. However, over half of the site is on private land and much of the remainder of the site is pinyon- |

23

BLM_0017507

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | | | | | juniper habitat which is unsuitable for Harrington's penstemon.  The site does not meet the importance criteria for Harrington's penstemon because it contains only a few plants and represents a very small percentage of the total population.  The site is not unique or of special consequence compared to other Harrington's penstemon sites.   The site is not considered by BLM or CNHP as being essential for the long-term protection and management of the species.<br><br>The proposed site provides habitat for greater sage grouse, which are a BLM sensitive species. The site does not meet the importance criteria because it is not unique when compared to other sage grouse habitat located within the GSFO.  In addition, over half of the site is on private land and much of the remainder of the PCA is pinyon-juniper habitat which is unsuitable for greater sage grouse. |
| Cerise Gulch PCA | Plants- Harrington's penstemon (BLMS) | Criteria 3 | No | No | This site, as defined by CNHP, includes a large acreage of National Forest lands which support four significant plant communities.  None of these communities occur on BLM land.  The BLM portion of this site supports a few small occurrences of Harrington's penstemon.  The site meets the relevance criteria because of the presence of Harrington's penstemon; however the site does not meet the importance criteria.  The site is not particularly unique or exemplary compared to other sites that support Harrington's penstemon and is not considered essential for the protection and maintenance of this species. |
| Colorado River-Radium to Red Dirt Ck PCA | Plant Communities – Silver buffaloberry (G3G4/S1), Rocky mountain juniper/red-osier | Criteria 3 | No | No | This segment of the river supports several significant riparian plant communities recommended by the Colorado Natural Heritage Program as a potential conservation area (B3 for high biodiversity significance).  This segment of the river contains two unique occurrences of silver buffaloberry |

24

BLM_0017508

| Existing or Proposed ACECs | Values Assessed | Relevance Criteria (Resources) | Importance Criteria | Carried forward for Analysis | Comments |
|---|---|---|---|---|---|
| | dogwood (G4/S2), River birch/mesic forbs (G4/S2) | | | | (*Shepherdia argentea*) which CNHP considers critically imperiled or rare within the state (G3G4/S1) and two occurrences of a (G4/S2) Rocky Mountain juniper/red-osier dogwood community (*Juniperus scopulorum/Cornus sericea*) which is imperiled within the state. There is also a community of the state vulnerable (G4/S2) river birch/mesic grasses/forbs (*Betula occidentalis/mesic forbs*). This PCA does not meet the importance criteria, because the values associated with the PCA are not more than locally significant. Although these plant communities are rare within the state, they are relatively common globally. |
| Colorado River Seeps PCA | Plant Communities – River birch/mesic grasses (G3/S2), Basin big sagebrush/Basin wildrye (G2/S1) | Criteria 3 | Criteria 2 | Yes | This PCA meets the relevance criteria because it contains two significant plant communities: *Betula occidentalis*/Mesic grass (G3/S2) and *Artemisia tridentata/Leymus cinereus* (G2/S1). The PCA meets the importance criteria because the relevant values are in exemplary condition and are rare within the state and relatively rare globally. Both communities were given an "A" rank by CNHP which means they were in excellent condition. The PCA is ranked B2 for very high biodiversity. CNHP indicated that "This may be one of the most pristine low elevation riparian areas in Eagle County" (464 acres recommended; and proposed for analysis (almost all on public land)). |
| Crater PCA | Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | This area is almost entirely on private land north of the town of McCoy. There is one known occurrence of Harrington's penstemon on the BLM parcel. The values on private land are unknown. This site does not meet the importance criteria because it does not have special worth or consequence compared to other Harrington's penstemon sites. |
| Dry Lake at Greenhorn PCA | Plants – Harrington's penstemon (BLMS) | Criteria 3 | No | No | This site meets the relevance criteria because it is a large site which supports several locations of A ranked (very high quality) and C ranked Harrington's penstemon occurrences. |

BLM_0017509